# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**Alibaba Group Holding Limited Securities Litigation**

I, Salem Gharsalli, certify that:

1.  I have reviewed a complaint against Alibaba Group Holding Limited and authorize the filing of a lead plaintiff motion on my behalf.

2.  I am duly authorized to institute legal action against Alibaba Group Holding Limited and other defendants.

3.  I did not purchase Alibaba Group Holding Limited securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5.  My transactions in Alibaba Group Holding Limited securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

6.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury that the foregoing are true and correct statements.

1/12/2021

_____

Date

DocuSigned by:

5409D418B29A45E...

Salem Gharsalli

**Salem Gharsalli's Transactions in Alibaba Group Holding Limited (BABA)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/5/2020 | Bought | 625 | $283.00 |
| 11/5/2020 | Bought | 3 | $285.00 |
| 11/5/2020 | Bought | 3,197 | $285.00 |
| 11/5/2020 | Bought | 3,300 | $285.00 |
| 11/5/2020 | Bought | 2,999 | $285.00 |
| 11/5/2020 | Bought | 2,800 | $285.00 |
| 11/5/2020 | Bought | 2,983 | $285.00 |
| 11/5/2020 | Bought | 80 | $285.00 |
| 11/5/2020 | Bought | 521 | $285.00 |
| 11/5/2020 | Bought | 317 | $285.00 |
| 11/5/2020 | Bought | 100 | $285.00 |
| 11/5/2020 | Bought | 100 | $285.00 |
| 11/5/2020 | Bought | 500 | $285.00 |
| 11/5/2020 | Bought | 600 | $285.00 |
| 11/5/2020 | Bought | 500 | $285.00 |
| 11/10/2020 | Bought | 45 | $279.00 |
| 11/13/2020 | Bought | 1,764 | $258.00 |
| 11/13/2020 | Bought | 1,836 | $258.00 |
| 11/13/2020 | Bought | 1,335 | $262.00 |
| 11/13/2020 | Bought | 50 | $261.97 |
| 11/13/2020 | Bought | 85 | $261.97 |
| 11/13/2020 | Bought | 1,046 | $261.97 |
| 11/13/2020 | Bought | 70 | $261.97 |
| 11/13/2020 | Bought | 415 | $261.97 |
| 11/13/2020 | Bought | 84 | $261.97 |
| 11/13/2020 | Bought | 86 | $261.97 |
| 11/13/2020 | Bought | 400 | $261.97 |
| 11/13/2020 | Bought | 89 | $261.97 |
| 11/13/2020 | Bought | 261 | $261.97 |
| 11/13/2020 | Bought | 86 | $261.97 |
| 11/13/2020 | Bought | 2 | $261.97 |
| 11/13/2020 | Bought | 100 | $261.97 |
| 11/13/2020 | Bought | 2 | $261.97 |
| 11/13/2020 | Bought | 86 | $261.97 |
| 11/13/2020 | Bought | 86 | $261.97 |
| 11/13/2020 | Bought | 72 | $261.97 |
| 11/13/2020 | Bought | 2 | $261.97 |
| 11/13/2020 | Bought | 2 | $261.97 |
| 11/13/2020 | Bought | 70 | $261.97 |
| 11/13/2020 | Bought | 27 | $261.97 |
| 11/13/2020 | Bought | 149 | $262.00 |
| 11/13/2020 | Bought | 100 | $261.97 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/13/2020 | Bought | 140 | $261.97 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 2 | $261.97 |
| 11/13/2020 | Bought | 2 | $261.97 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 15 | $262.00 |
| 11/13/2020 | Bought | 248 | $262.00 |
| 11/13/2020 | Bought | 100 | $261.97 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 64 | $261.97 |
| 11/13/2020 | Bought | 70 | $262.00 |
| 11/13/2020 | Bought | 14 | $261.97 |
| 11/13/2020 | Bought | 70 | $262.00 |
| 11/13/2020 | Bought | 86 | $261.97 |
| 11/13/2020 | Bought | 70 | $262.00 |
| 11/13/2020 | Bought | 100 | $261.97 |
| 11/13/2020 | Bought | 14 | $261.97 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 86 | $261.97 |
| 11/13/2020 | Bought | 78 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 169 | $262.00 |
| 11/13/2020 | Bought | 333 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 2 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 3 | $262.00 |
| 11/13/2020 | Bought | 29 | $262.00 |
| 11/13/2020 | Bought | 30 | $262.00 |
| 11/13/2020 | Bought | 40 | $262.00 |
| 11/13/2020 | Bought | 116 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 29 | $262.00 |
| 11/13/2020 | Bought | 271 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 36 | $262.00 |
| 11/13/2020 | Bought | 100 | $262.00 |
| 11/13/2020 | Bought | 24 | $262.00 |
| 11/13/2020 | Bought | 48 | $262.00 |
| 11/13/2020 | Bought | 24 | $262.00 |
| 11/13/2020 | Bought | 24 | $262.00 |
| 11/13/2020 | Bought | 24 | $262.00 |
| 11/13/2020 | Bought | 30 | $262.00 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/13/2020 | Bought | 11,000 | $262.00 |
| 11/13/2020 | Bought | 70 | $262.00 |
| 11/13/2020 | Bought | 30 | $262.00 |
| 11/13/2020 | Bought | 1 | $262.00 |
| 11/13/2020 | Bought | 600 | $262.00 |
| 11/13/2020 | Bought | 9,939 | $262.00 |
| 11/13/2020 | Bought | 3 | $262.00 |
| 11/13/2020 | Bought | 200 | $262.00 |
| 11/13/2020 | Bought | 61 | $262.00 |
| 11/13/2020 | Bought | 200 | $262.00 |
| 11/13/2020 | Bought | 200 | $262.00 |
| 11/13/2020 | Bought | 200 | $262.00 |
| 11/13/2020 | Bought | 35 | $262.00 |
| 11/13/2020 | Bought | 165 | $262.00 |
| 11/13/2020 | Bought | 2,744 | $264.00 |
| 11/13/2020 | Bought | 100 | $264.00 |
| 11/13/2020 | Bought | 100 | $264.00 |
| 11/13/2020 | Bought | 339 | $264.00 |
| 11/13/2020 | Bought | 717 | $264.00 |
| 11/16/2020 | Bought | 35 | $258.00 |
| 11/17/2020 | Bought | 39 | $257.00 |
| 11/18/2020 | Bought | 1,255 | $253.00 |
| 11/18/2020 | Bought | 92 | $253.00 |
| 11/18/2020 | Bought | 100 | $253.00 |
| 11/18/2020 | Bought | 16 | $253.00 |
| 11/18/2020 | Bought | 100 | $253.00 |
| 11/18/2020 | Bought | 100 | $253.00 |
| 11/18/2020 | Bought | 39 | $253.00 |
| 11/18/2020 | Bought | 100 | $253.00 |
| 11/18/2020 | Bought | 100 | $253.00 |
| 11/18/2020 | Bought | 43 | $253.00 |
| 12/15/2020 | Bought | 164 | $256.00 |
| 12/15/2020 | Bought | 300 | $256.00 |
| 12/15/2020 | Bought | 96 | $256.00 |
| 12/15/2020 | Bought | 41 | $256.00 |
| 12/15/2020 | Bought | 110 | $256.00 |
| 12/23/2020 | Bought | 28,699 | $252.70 |
| 12/23/2020 | Bought | 991 | $252.70 |
| 12/23/2020 | Bought | 40 | $252.70 |
| 12/23/2020 | Bought | 40 | $252.70 |
| 12/23/2020 | Bought | 130 | $252.70 |
| 12/23/2020 | Bought | 50 | $252.70 |
| 12/23/2020 | Bought | 50 | $252.70 |