# EXHIBIT C

Loss Chart

**Company Name:** Alibaba Group Holding Limited
**Ticker:** BABA
**Class Period:** July 9, 2020 to December 23, 2020
**Name:** Salem Gharsalli

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/5/2020 | 625 | $283.00 | -$176,875.0000 | | $0.0000 | -$176,875.00 |
| 11/5/2020 | 3 | $285.00 | -$855.0000 | | $0.0000 | -$855.00 |
| 11/5/2020 | 3,197 | $285.00 | -$911,145.0000 | | $0.0000 | -$911,145.00 |
| 11/5/2020 | 3,300 | $285.00 | -$940,500.0000 | | $0.0000 | -$940,500.00 |
| 11/5/2020 | 2,999 | $285.00 | -$854,715.0000 | | $0.0000 | -$854,715.00 |
| 11/5/2020 | 2,800 | $285.00 | -$798,000.0000 | | $0.0000 | -$798,000.00 |
| 11/5/2020 | 2,983 | $285.00 | -$850,155.0000 | | $0.0000 | -$850,155.00 |
| 11/5/2020 | 80 | $285.00 | -$22,800.0000 | | $0.0000 | -$22,800.00 |
| 11/5/2020 | 521 | $285.00 | -$148,485.0000 | | $0.0000 | -$148,485.00 |
| 11/5/2020 | 317 | $285.00 | -$90,345.0000 | | $0.0000 | -$90,345.00 |
| 11/5/2020 | 100 | $285.00 | -$28,500.0000 | | $0.0000 | -$28,500.00 |
| 11/5/2020 | 100 | $285.00 | -$28,500.0000 | | $0.0000 | -$28,500.00 |
| 11/5/2020 | 500 | $285.00 | -$142,500.0000 | | $0.0000 | -$142,500.00 |
| 11/5/2020 | 600 | $285.00 | -$171,000.0000 | | $0.0000 | -$171,000.00 |
| 11/5/2020 | 500 | $285.00 | -$142,500.0000 | | $0.0000 | -$142,500.00 |
| 11/10/2020 | 45 | $279.00 | -$12,555.0000 | | $0.0000 | -$12,555.00 |
| 11/13/2020 | 1,764 | $258.00 | -$455,112.0000 | | $0.0000 | -$455,112.00 |
| 11/13/2020 | 1,836 | $258.00 | -$473,688.0000 | | $0.0000 | -$473,688.00 |
| 11/13/2020 | 1,335 | $262.00 | -$349,770.0000 | | $0.0000 | -$349,770.00 |
| 11/13/2020 | 50 | $261.97 | -$13,098.5000 | | $0.0000 | -$13,098.50 |
| 11/13/2020 | 85 | $261.97 | -$22,267.4500 | | $0.0000 | -$22,267.45 |
| 11/13/2020 | 1,046 | $261.97 | -$274,020.6200 | | $0.0000 | -$274,020.62 |
| 11/13/2020 | 70 | $261.97 | -$18,337.9000 | | $0.0000 | -$18,337.90 |
| 11/13/2020 | 415 | $261.97 | -$108,717.5500 | | $0.0000 | -$108,717.55 |
| 11/13/2020 | 84 | $261.97 | -$22,005.4800 | | $0.0000 | -$22,005.48 |
| 11/13/2020 | 86 | $261.97 | -$22,529.4200 | | $0.0000 | -$22,529.42 |
| 11/13/2020 | 400 | $261.97 | -$104,788.0000 | | $0.0000 | -$104,788.00 |
| 11/13/2020 | 89 | $261.97 | -$23,315.3300 | | $0.0000 | -$23,315.33 |
| 11/13/2020 | 261 | $261.97 | -$68,374.1700 | | $0.0000 | -$68,374.17 |
| 11/13/2020 | 86 | $261.97 | -$22,529.4200 | | $0.0000 | -$22,529.42 |
| 11/13/2020 | 2 | $261.97 | -$523.9400 | | $0.0000 | -$523.94 |
| 11/13/2020 | 100 | $261.97 | -$26,197.0000 | | $0.0000 | -$26,197.00 |
| 11/13/2020 | 2 | $261.97 | -$523.9400 | | $0.0000 | -$523.94 |
| 11/13/2020 | 86 | $261.97 | -$22,529.4200 | | $0.0000 | -$22,529.42 |
| 11/13/2020 | 86 | $261.97 | -$22,529.4200 | | $0.0000 | -$22,529.42 |
| 11/13/2020 | 72 | $261.97 | -$18,861.8400 | | $0.0000 | -$18,861.84 |
| 11/13/2020 | 2 | $261.97 | -$523.9400 | | $0.0000 | -$523.94 |
| 11/13/2020 | 2 | $261.97 | -$523.9400 | | $0.0000 | -$523.94 |
| 11/13/2020 | 70 | $261.97 | -$18,337.9000 | | $0.0000 | -$18,337.90 |
| 11/13/2020 | 27 | $261.97 | -$7,073.1900 | | $0.0000 | -$7,073.19 |
| 11/13/2020 | 149 | $262.00 | -$39,038.0000 | | $0.0000 | -$39,038.00 |
| 11/13/2020 | 100 | $261.97 | -$26,197.0000 | | $0.0000 | -$26,197.00 |
| 11/13/2020 | 140 | $261.97 | -$36,675.8000 | | $0.0000 | -$36,675.80 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 2 | $261.97 | -$523.9400 | | $0.0000 | -$523.94 |
| 11/13/2020 | 2 | $261.97 | -$523.9400 | | $0.0000 | -$523.94 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 15 | $262.00 | -$3,930.0000 | | $0.0000 | -$3,930.00 |
| 11/13/2020 | 248 | $262.00 | -$64,976.0000 | | $0.0000 | -$64,976.00 |
| 11/13/2020 | 100 | $261.97 | -$26,197.0000 | | $0.0000 | -$26,197.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 64 | $261.97 | -$16,766.0800 | | $0.0000 | -$16,766.08 |
| 11/13/2020 | 70 | $262.00 | -$18,340.0000 | | $0.0000 | -$18,340.00 |
| 11/13/2020 | 14 | $261.97 | -$3,667.5800 | | $0.0000 | -$3,667.58 |
| 11/13/2020 | 70 | $262.00 | -$18,340.0000 | | $0.0000 | -$18,340.00 |
| 11/13/2020 | 86 | $261.97 | -$22,529.4200 | | $0.0000 | -$22,529.42 |
| 11/13/2020 | 70 | $262.00 | -$18,340.0000 | | $0.0000 | -$18,340.00 |
| 11/13/2020 | 100 | $261.97 | -$26,197.0000 | | $0.0000 | -$26,197.00 |
| 11/13/2020 | 14 | $261.97 | -$3,667.5800 | | $0.0000 | -$3,667.58 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 86 | $261.97 | -$22,529.4200 | | $0.0000 | -$22,529.42 |
| 11/13/2020 | 78 | $262.00 | -$20,436.0000 | | $0.0000 | -$20,436.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 169 | $262.00 | -$44,278.0000 | | $0.0000 | -$44,278.00 |
| 11/13/2020 | 333 | $262.00 | -$87,246.0000 | | $0.0000 | -$87,246.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/13/2020 | 2 | $262.00 | -$524.0000 | | $0.0000 | -$524.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 3 | $262.00 | -$786.0000 | | $0.0000 | -$786.00 |
| 11/13/2020 | 29 | $262.00 | -$7,598.0000 | | $0.0000 | -$7,598.00 |
| 11/13/2020 | 30 | $262.00 | -$7,860.0000 | | $0.0000 | -$7,860.00 |
| 11/13/2020 | 40 | $262.00 | -$10,480.0000 | | $0.0000 | -$10,480.00 |
| 11/13/2020 | 116 | $262.00 | -$30,392.0000 | | $0.0000 | -$30,392.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 29 | $262.00 | -$7,598.0000 | | $0.0000 | -$7,598.00 |
| 11/13/2020 | 271 | $262.00 | -$71,002.0000 | | $0.0000 | -$71,002.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 36 | $262.00 | -$9,432.0000 | | $0.0000 | -$9,432.00 |
| 11/13/2020 | 100 | $262.00 | -$26,200.0000 | | $0.0000 | -$26,200.00 |
| 11/13/2020 | 24 | $262.00 | -$6,288.0000 | | $0.0000 | -$6,288.00 |
| 11/13/2020 | 48 | $262.00 | -$12,576.0000 | | $0.0000 | -$12,576.00 |
| 11/13/2020 | 24 | $262.00 | -$6,288.0000 | | $0.0000 | -$6,288.00 |
| 11/13/2020 | 24 | $262.00 | -$6,288.0000 | | $0.0000 | -$6,288.00 |
| 11/13/2020 | 24 | $262.00 | -$6,288.0000 | | $0.0000 | -$6,288.00 |
| 11/13/2020 | 30 | $262.00 | -$7,860.0000 | | $0.0000 | -$7,860.00 |
| 11/13/2020 | 11,000 | $262.00 | -$2,882,000.0000 | | $0.0000 | -$2,882,000.00 |
| 11/13/2020 | 70 | $262.00 | -$18,340.0000 | | $0.0000 | -$18,340.00 |
| 11/13/2020 | 30 | $262.00 | -$7,860.0000 | | $0.0000 | -$7,860.00 |
| 11/13/2020 | 1 | $262.00 | -$262.0000 | | $0.0000 | -$262.00 |
| 11/13/2020 | 600 | $262.00 | -$157,200.0000 | | $0.0000 | -$157,200.00 |
| 11/13/2020 | 9,939 | $262.00 | -$2,604,018.0000 | | $0.0000 | -$2,604,018.00 |
| 11/13/2020 | 3 | $262.00 | -$786.0000 | | $0.0000 | -$786.00 |
| 11/13/2020 | 200 | $262.00 | -$52,400.0000 | | $0.0000 | -$52,400.00 |
| 11/13/2020 | 61 | $262.00 | -$15,982.0000 | | $0.0000 | -$15,982.00 |
| 11/13/2020 | 200 | $262.00 | -$52,400.0000 | | $0.0000 | -$52,400.00 |
| 11/13/2020 | 200 | $262.00 | -$52,400.0000 | | $0.0000 | -$52,400.00 |
| 11/13/2020 | 200 | $262.00 | -$52,400.0000 | | $0.0000 | -$52,400.00 |
| 11/13/2020 | 35 | $262.00 | -$9,170.0000 | | $0.0000 | -$9,170.00 |
| 11/13/2020 | 165 | $262.00 | -$43,230.0000 | | $0.0000 | -$43,230.00 |
| 11/13/2020 | 2,744 | $264.00 | -$724,416.0000 | | $0.0000 | -$724,416.00 |
| 11/13/2020 | 100 | $264.00 | -$26,400.0000 | | $0.0000 | -$26,400.00 |
| 11/13/2020 | 100 | $264.00 | -$26,400.0000 | | $0.0000 | -$26,400.00 |
| 11/13/2020 | 339 | $264.00 | -$89,496.0000 | | $0.0000 | -$89,496.00 |
| 11/13/2020 | 717 | $264.00 | -$189,288.0000 | | $0.0000 | -$189,288.00 |
| 11/16/2020 | 35 | $258.00 | -$9,030.0000 | | $0.0000 | -$9,030.00 |
| 11/17/2020 | 39 | $257.00 | -$10,023.0000 | | $0.0000 | -$10,023.00 |
| 11/18/2020 | 1,255 | $253.00 | -$317,515.0000 | | $0.0000 | -$317,515.00 |
| 11/18/2020 | 92 | $253.00 | -$23,276.0000 | | $0.0000 | -$23,276.00 |
| 11/18/2020 | 100 | $253.00 | -$25,300.0000 | | $0.0000 | -$25,300.00 |
| 11/18/2020 | 16 | $253.00 | -$4,048.0000 | | $0.0000 | -$4,048.00 |
| 11/18/2020 | 100 | $253.00 | -$25,300.0000 | | $0.0000 | -$25,300.00 |
| 11/18/2020 | 100 | $253.00 | -$25,300.0000 | | $0.0000 | -$25,300.00 |
| 11/18/2020 | 39 | $253.00 | -$9,867.0000 | | $0.0000 | -$9,867.00 |
| 11/18/2020 | 100 | $253.00 | -$25,300.0000 | | $0.0000 | -$25,300.00 |
| 11/18/2020 | 100 | $253.00 | -$25,300.0000 | | $0.0000 | -$25,300.00 |
| 11/18/2020 | 43 | $253.00 | -$10,879.0000 | | $0.0000 | -$10,879.00 |
| 12/15/2020 | 164 | $256.00 | -$41,984.0000 | | $0.0000 | -$41,984.00 |
| 12/15/2020 | 300 | $256.00 | -$76,800.0000 | | $0.0000 | -$76,800.00 |
| 12/15/2020 | 96 | $256.00 | -$24,576.0000 | | $0.0000 | -$24,576.00 |
| 12/15/2020 | 41 | $256.00 | -$10,496.0000 | | $0.0000 | -$10,496.00 |
| 12/15/2020 | 110 | $256.00 | -$28,160.0000 | | $0.0000 | -$28,160.00 |
| 12/23/2020 | 28,699 | $252.70 | -$7,252,237.3000 | | $0.0000 | -$7,252,237.30 |
| 12/23/2020 | 991 | $252.70 | -$250,425.7000 | | $0.0000 | -$250,425.70 |
| 12/23/2020 | 40 | $252.70 | -$10,108.0000 | | $0.0000 | -$10,108.00 |
| 12/23/2020 | 40 | $252.70 | -$10,108.0000 | | $0.0000 | -$10,108.00 |
| 12/23/2020 | 130 | $252.70 | -$32,851.0000 | | $0.0000 | -$32,851.00 |
| 12/23/2020 | 50 | $252.70 | -$12,635.0000 | | $0.0000 | -$12,635.00 |
| 12/23/2020 | 50 | $252.70 | -$12,635.0000 | | $0.0000 | -$12,635.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **90,000** | | | | **Subtotal:** | **-$23,700,269.13** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$20,765,945.32** |
| | | | $230.7327 | 90,000 | **Total:** | **-$2,934,323.81** |

Notes
The 90-Day Average Price used in this loss chart is the average closing price between December 24, 2020 and January 11, 2021.