# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA CICCARELLO, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU, <br><br> Defendants. | Case No. 1:20-cv-09568-GBD <br><br> **DECLARATION OF SALEM GHARSALLI IN SUPPORT OF HIS MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| ROBERT ROMNEK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU, <br><br> Defendants. | Case No. 1:20-cv-10267-GBD |
| ELISSA HESS, AS TRUSTEE FOR THE EH LIVING TRUST, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU, <br><br> Defendants. | Case 1:21-cv-00136 |

I, Salem Gharsalli, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I submit this declaration in support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel in the instant class action on behalf of Alibaba Group Holding Limited ("Alibaba") investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.     I live in Tampa, Florida. I am originally from Tunisia where I served four years in the Tunisian Airforce. After immigrating to the United States, I founded a restaurant chain called "Salem's Fresh Eats" which has more than a dozen location in Florida. I am currently the Chief Executive Officer of Salem's Fresh Eats. I have been managing my own investments for more than three years.

3.     I believe that the securities class action against Alibaba is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my investments in Alibaba securities, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek appointment as lead plaintiff in this action. I understand the responsibilities and duties of being a lead plaintiff, including my fiduciary duty to the class.

4.     I also understand and appreciate a lead plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining lead counsel with a proven history of handling this type of complex litigation. In this case, I selected Glancy Prongay & Murray LLP ("GPM") to serve as lead counsel and The Portnoy Law Firm to serve as additional counsel. Based on the firm's experience in achieving substantial recoveries in securities class action, I believe that GPM is well-qualified to represent the class. Moreover, GPM has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise counsel and actively oversee the

1

prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of January 2021.

Salem Gharsalli