**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA CICCARELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>      Defendants. | Honorable George B. Daniels<br>No: 1:20-cv-09568-GBD |
| ROBERT ROMNEK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>      Defendants. | Honorable George B. Daniels<br>No: 1:20-cv-10267-GBD |
| ELISSA HESS, AS TRUSTEE FOR THE EH LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>      Defendants. | No: 1:21-cv-00136-UA |

**NOTICE OF MOTION AND MOTION OF THOMAS J. POPOVICH**
**FOR CONSOLIDATION OF THE RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York  10007, Thomas J. Popovich ("Mr. Popovich"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the above-captioned related actions (the "Related Actions"); (ii) appointing Mr. Popovich as Lead Plaintiff in the Related Actions; (iii) approving Mr. Popovich's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as Lead Counsel for the class; and (iv) for any such further relief as the Court may deem just and proper.

In support of this Motion, Mr. Popovich submits his Memorandum of Law in Support of the Motion of Thomas J. Popovich for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, and the Declaration of Frederic S. Fox in Support of the Motion of Thomas J. Popovich for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel dated January 12, 2021. This Motion is made on the grounds that the Related Actions should be consolidated because they assert substantially the same claims and involve common questions of law and fact. Furthermore, Mr. Popovich believes that he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Mr. Popovich believes that he has the "largest financial interest" in the relief sought by the class in the Related Actions as a result of the substantial losses suffered on his transactions in Alibaba Group Holding Limited securities during the Class Period (July 9, 2020 through December 23, 2020, both dates inclusive).  Mr. Popovich also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Mr. Popovich respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Mr. Popovich as Lead Plaintiff in the Related Actions in accordance with the PSLRA; (3) approve Mr. Popovich's selection of Kaplan Fox to serve as Lead Counsel for the Class; and (4) grant any such further relief that the Court may deem just and proper.

Dated:  January 12, 2021

Respectfully submitted,

*/s/ Frederic S. Fox*

Frederic S. Fox
Donald R. Hall
Laurence D. King
Pamela A. Mayer
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: ffox@kaplanfox.com
dhall@kaplanfox.com
lking@kaplanfox.com
pmayer@kaplanfox.com

*Counsel for Proposed Lead Plaintiff Thomas J. Popovich and Proposed Lead Counsel for the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Frederic S. Fox, hereby certify that, on January 12, 2021, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Frederic S. Fox*
Frederic S. Fox