**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA CICCARELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>Defendants. | Honorable George B. Daniels<br>No: 1:20-cv-09568-GBD |
| ROBERT ROMNEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>Defendants. | Honorable George B. Daniels<br>No: 1:20-cv-10267-GBD |
| ELISSA HESS, AS TRUSTEE FOR THE EH LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>Defendants. | No: 1:21-cv-00136-UA |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF THE MOTION OF THOMAS J. POPOVICH FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF HIS SELECTION OF LEAD COUNSEL</u>**

I, FREDERIC S. FOX, declare the following under the penalty of perjury:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"). I respectfully submit this Declaration in Support of the Motion of Thomas J. Popovich ("Mr. Popovich") for: (1) consolidation of the above-captioned related actions (the "Related Actions"); (2) Appointment as Lead Plaintiff; and (3) Approval of his selection of Kaplan Fox as Lead Counsel.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    November 13, 2020 Notice of Pendency of *Ciccarello v. Alibaba Group Holding Limited*, 20-cv-09568 (S.D.N.Y. Nov. 13, 2020) on *Business Wire*;

Exhibit B:    Sworn Certification of Mr. Popovich pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:    Chart calculating the losses incurred by Mr. Popovich prepared by counsel; and

Exhibit D:    Firm resume of Kaplan Fox.


I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of January 2021

/s/ Frederic S. Fox
Frederic S. Fox

1

**CERTIFICATE OF SERVICE**

I, Frederic S. Fox, hereby certify that, on January 12, 2021, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Frederic S. Fox*
Frederic S. Fox
