# Exhibit B

## CERTIFICATION

I, Thomas J. Popovich, hereby certify and swear as follows:

1. I have reviewed a complaint against Alibaba Group Holding Limited ("Alibaba") alleging violations of the securities laws and authorize the filing of a lead plaintiff motion;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4. My transactions in Alibaba securities during the proposed class period are set forth in attached Schedule A;

5. I did not purchase Alibaba securities at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 12, 2021

_____
THOMAS J. POPOVICH

## Schedule A

### Transactions in Alibaba Group Holding Limited

| Security | CUSIP | Description | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| Account 1: | | | | | |
| ADRs | | | | | |
| BABA | 01609W102 | Buy | 11/13/2020 | 600 | $261.20 |
| BABA | 01609W102 | Sell | 11/13/2020 | (600) | $260.00 |
| BABA | 01609W102 | Buy | 11/17/2020 | 600 | $257.68 |
| BABA | 01609W102 | Sell | 11/20/2020 | (600) | $255.00 |
| BABA | 01609W102 | Buy | 11/25/2020 | 600 | $274.83 |
| BABA | 01609W102 | Sell | 11/27/2020 | (600) | $265.00 |
| BABA | 01609W102 | Buy | 12/1/2020 | 600 | $263.78 |
| BABA | 01609W102 | Sell | 12/4/2020 | (600) | $250.00 |
| BABA | 01609W102 | Buy | 12/14/2020 | 332 | $257.57 |
| BABA | 01609W102 | Buy | 12/14/2020 | 193 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 9 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 98 | $260.77 |
| | | | | | |
| Options: | | | | | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (2) | $9.05 |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (4) | $9.05 |
| | | | | | |
| | | | | | |
| BABA 05/22/2020 167.50 P | | Sell to Open | 5/20/2020 | (9) | $0.26 |
| BABA 05/22/2020 167.50 P | | Expired | | 9 | |
| | | | | | |
| | | | | | |
| BABA 11/13/2020 260.00 C | | Sell to Open | 11/13/2020 | (6) | $2.49 |
| BABA 11/13/2020 260.00 C | | Assigned | | 6 | |
| | | | | | |
| | | | | | |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (6) | $5.85 |
| BABA 11/20/2020 255.00 C | | Assigned | | 6 | |
| | | | | | |
| | | | | | |
| BABA 11/27/2020 265.00 C | | Sell to Open | 11/25/2020 | (3) | $10.50 |
| BABA 11/27/2020 265.00 C | | Sell to Open | 11/25/2020 | (3) | $10.50 |
| BABA 11/27/2020 265.00 C | | Assigned | | 6 | |
| | | | | | |
| | | | | | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (6) | $14.43 |
| BABA 12/04/2020 250.00 C | | Assigned | | 6 | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 3 | $9.30 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 3 | $9.30 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.30 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.30 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 3 | $9.30 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.30 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (8) | $8.50 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (6) | $8.50 |
| | | | | | |
| **Account 2:** | | | | | |
| **ADRs:** | | | | | |
| BABA | 01609W102 | Buy | 11/17/2020 | 700 | $257.08 |
| BABA | 01609W102 | Buy | 11/17/2020 | 900 | $257.80 |
| BABA | 01609W102 | Buy | 11/17/2020 | 600 | $258.58 |
| BABA | 01609W102 | Buy | 11/17/2020 | 200 | $257.80 |
| BABA | 01609W102 | Buy | 11/17/2020 | 1,000 | $257.80 |
| BABA | 01609W102 | Sell | 11/20/2020 | (1,500) | $252.50 |
| BABA | 01609W102 | Sell | 11/20/2020 | (1,800) | $255.00 |
| BABA | 01609W102 | Sell | 11/23/2020 | (4,200) | $270.03 |
| BABA | 01609W102 | Buy | 11/23/2020 | 2,142 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 76 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 107 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 13 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 13 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 100 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 499 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 31 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 400 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 27 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 19 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 49 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 107 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 17 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 100 | $269.91 |
| BABA | 01609W102 | Buy | 11/23/2020 | 500 | $269.91 |
| BABA | 01609W102 | Buy | 11/25/2020 | 900 | $276.75 |
| BABA | 01609W102 | Buy | 11/25/2020 | 900 | $276.83 |
| BABA | 01609W102 | Buy | 11/25/2020 | 1,000 | $277.01 |
| BABA | 01609W102 | Buy | 11/25/2020 | 1,000 | $277.06 |
| BABA | 01609W102 | Sell | 11/25/2020 | (7,257) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (84) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (84) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (200) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (175) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (98) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (2) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (50) | $275.16 |

| BABA | 01609W102 | Sell | 11/25/2020 | (150) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (25) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (75) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (184) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (2) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (14) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (33) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (153) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (14) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (200) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (22) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (2) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (35) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (24) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (36) | $275.16 |
| BABA | 01609W102 | Sell | 11/25/2020 | (81) | $275.16 |
| BABA | 01609W102 | Buy | 11/25/2020 | 8,100 | $274.91 |
| BABA | 01609W102 | Buy | 11/25/2020 | 800 | $274.91 |
| BABA | 01609W102 | Buy | 11/25/2020 | 100 | $274.91 |
| BABA | 01609W102 | Buy | 11/27/2020 | 5,600 | $276.66 |
| BABA | 01609W102 | Sell | 11/27/2020 | (5,600) | $275.00 |
| BABA | 01609W102 | Sell | 11/27/2020 | (100) | $252.50 |
| BABA | 01609W102 | Sell | 11/27/2020 | (3,800) | $270.00 |
| BABA | 01609W102 | Buy | 11/30/2020 | 565 | $264.39 |
| BABA | 01609W102 | Buy | 11/30/2020 | 135 | $264.39 |
| BABA | 01609W102 | Buy | 11/30/2020 | 700 | $264.39 |
| BABA | 01609W102 | Buy | 12/1/2020 | 900 | $263.64 |
| BABA | 01609W102 | Buy | 12/1/2020 | 900 | $263.72 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1,100 | $263.08 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1,200 | $263.08 |
| BABA | 01609W102 | Buy | 12/1/2020 | 3,400 | $263.08 |
| BABA | 01609W102 | Sell | 12/1/2020 | (395) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (25) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (50) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (5) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (1) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (100) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (62) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (34) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (66) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (100) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (100) | $263.17 |
| BABA | 01609W102 | Sell | 12/1/2020 | (4,500) | $263.15 |
| BABA | 01609W102 | Buy | 12/1/2020 | 2,692 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 300 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 2 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 2 | $262.66 |

| BABA | 01609W102 | Buy | 12/1/2020 | 400 | $262.66 |
|------|-----------|-----|-----------|-----|---------|
| BABA | 01609W102 | Buy | 12/1/2020 | 4 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 100 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 500 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 25 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 10 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 20 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 200 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 164 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 78 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $262.66 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.40 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.49 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.45 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.45 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.48 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.47 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.43 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.46 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.46 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.46 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.40 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.40 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.43 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.45 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.49 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.51 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.48 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.54 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.54 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.55 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.60 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.64 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.62 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.57 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.58 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.55 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |

| | | | | | |
|---|---|---|---|---|---|
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.50 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.26 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.30 |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.22 |
| BABA | 01609W102 | Sell | 12/1/2020 | (500) | $265.50 |
| BABA | 01609W102 | Sell | 12/4/2020 | (7,500) | $250.00 |
| BABA | 01609W102 | Buy | 12/14/2020 | 332 | $257.47 |
| BABA | 01609W102 | Buy | 12/14/2020 | 79 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 2 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 155 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 22 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 25 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 99 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 3 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 100 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 600 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 456 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 194 | $260.77 |
| BABA | 01609W102 | Buy | 12/14/2020 | 2 | $260.75 |
| BABA | 01609W102 | Buy | 12/14/2020 | 200 | $260.75 |
| BABA | 01609W102 | Buy | 12/14/2020 | 163 | $260.75 |
| BABA | 01609W102 | Sell | 12/15/2020 | (11) | $254.93 |
| BABA | 01609W102 | Sell | 12/15/2020 | (25) | $254.93 |
| BABA | 01609W102 | Buy | 12/15/2020 | 2,200 | $254.45 |
| BABA | 01609W102 | Buy | 12/15/2020 | 56 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 20 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 5 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 45 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 12 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 28 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 15 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 35 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 40 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 38 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 162 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 281 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 81 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 80 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 25 | $254.83 |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.82 |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.82 |
| BABA | 01609W102 | Buy | 12/15/2020 | 15 | $254.84 |

| | | | | | |
|---|---|---|---|---|---|
| BABA | 01609W102 | Buy | 12/15/2020 | 6 | $254.81 |
| BABA | 01609W102 | Buy | 12/15/2020 | 5 | $254.81 |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.81 |
| BABA | 01609W102 | Buy | 12/15/2020 | 166 | $254.81 |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.81 |
| BABA | 01609W102 | Buy | 12/15/2020 | 4 | $254.81 |
| BABA | 01609W102 | Buy | 12/15/2020 | 40 | $254.81 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 600 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 200 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 200 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 200 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 78 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 20 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 22 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 80 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 65 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 35 | $254.86 |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.20 |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.10 |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.88 |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.77 |
| | | | | | |
| **Options:** | | | | | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (3) | $8.84 |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (34) | $8.84 |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (40) | $8.84 |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (9) | $8.85 |
| | | | | | |
| | | | | | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 12 | $21.10 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 9 | $21.20 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 9 | $21.30 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 9 | $21.35 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 8 | $21.60 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 1 | $21.60 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 16 | $21.65 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (18) | $22.40 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.40 |

| | | | | | |
|---|---|---|---|---|---|
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.41 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.42 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.43 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.44 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.45 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (12) | $22.46 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (5) | $22.40 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.41 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.42 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.43 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.44 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.45 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (12) | $22.46 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 12/14/2020 | 20 | $14.55 |
| BABA 01/15/2021 250.00 C | | Buy to Open | 12/14/2020 | 1 | $14.55 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/15/2020 | (17) | $12.35 |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/15/2020 | (4) | $12.35 |
| | | | | | |
| | | | | | |
| BABA 02/19/2021 250.00 C | | Buy to Open | 12/14/2020 | 20 | $19.45 |
| BABA 02/19/2021 250.00 C | | Buy to Open | 12/14/2020 | 1 | $19.45 |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (12) | $17.90 |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (4) | $17.90 |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (1) | $17.90 |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (4) | $17.90 |
| | | | | | |
| | | | | | |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (3) | $0.16 |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (4) | $0.16 |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (15) | $0.16 |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (11) | $0.16 |
| BABA 09/25/2020 257.50 P | | Expired | | 33 | |
| | | | | | |
| | | | | | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 3 | $0.01 |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 1 | $0.01 |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 3 | $0.01 |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 4 | $0.01 |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 5 | $0.01 |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 6 | $0.01 |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 2 | $0.01 |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 1 | $0.01 |
| BABA 11/13/2020 205.00 P | | Expired | | (25) | |
| | | | | | |
| | | | | | |
| BABA 11/13/2020 220.00 P | | Buy to Open | 11/11/2020 | 42 | $0.06 |
| BABA 11/13/2020 220.00 P | | Buy to Open | 11/11/2020 | 47 | $0.07 |

| | | | | | |
|---|---|---|---|---|---|
| BABA 11/13/2020 220.00 P | | Expired | | (89) | |
| | | | | | |
| | | | | | |
| BABA 11/13/2020 240.00 P | | Sell to Open | 11/11/2020 | (42) | $0.28 |
| BABA 11/13/2020 240.00 P | | Sell to Open | 11/11/2020 | (47) | $0.40 |
| BABA 11/13/2020 240.00 P | | Expired | | 89 | |
| | | | | | |
| | | | | | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (3) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (1) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (3) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (4) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (5) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (6) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (2) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (1) | $0.07 |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (22) | $0.07 |
| BABA 11/13/2020 245.00 P | | Expired | | 47 | |
| | | | | | |
| | | | | | |
| BABA 11/20/2020 252.50 C | | Sell to Open | 11/17/2020 | (7) | $6.53 |
| BABA 11/20/2020 252.50 C | | Sell to Open | 11/17/2020 | (9) | $7.45 |
| BABA 11/20/2020 252.50 C | | Buy to Close | 11/19/2020 | 1 | $7.45 |
| BABA 11/20/2020 252.50 C | | Assigned | | 15 | |
| | | | | | |
| | | | | | |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (6) | $6.43 |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (2) | $5.98 |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (10) | $5.98 |
| BABA 11/20/2020 255.00 C | | Assigned | | 18 | |
| | | | | | |
| | | | | | |
| BABA 11/27/2020 252.50 C | | Sell to Open | 11/19/2020 | (1) | $9.90 |
| BABA 11/27/2020 252.50 C | | Assigned | | 1 | |
| | | | | | |
| | | | | | |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (9) | $7.11 |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (9) | $7.19 |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (10) | $7.37 |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (10) | $7.42 |
| BABA 11/27/2020 270.00 C | | Assigned | | 38 | |
| | | | | | |
| | | | | | |
| BABA 11/27/2020 275.00 C | | Sell to Open | 11/27/2020 | (56) | $2.09 |
| BABA 11/27/2020 275.00 C | | Assigned | | 56 | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| BABA 12/04/2020 200.00 P | | Buy to Open | 12/2/2020 | 30 | $0.01 |
| BABA 12/04/2020 200.00 P | | Buy to Open | 12/2/2020 | 29 | $0.01 |
| BABA 12/04/2020 200.00 P | | Expired | | (59) | |
| | | | | | |
| | | | | | |
| BABA 12/04/2020 245.00 P | | Sell to Open | 12/2/2020 | (30) | $0.20 |
| BABA 12/04/2020 245.00 P | | Sell to Open | 12/2/2020 | (29) | $0.20 |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 21 | $0.08 |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 34 | $0.11 |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 1 | $0.03 |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 1 | $0.03 |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 2 | $0.01 |
| | | | | | |
| | | | | | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (9) | $14.25 |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (9) | $14.33 |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (11) | $13.67 |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (12) | $13.67 |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (34) | $13.67 |
| BABA 12/04/2020 250.00 C | | Assigned | | 75 | |
| | | | | | |
| | | | | | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.35 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 14 | $9.75 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.00 |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.00 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (23) | $8.60 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (7) | $8.60 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (7) | $8.60 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (2) | $8.60 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (1) | $8.60 |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (1) | $8.60 |

| | | | | | |
|---|---|---|---|---|---|
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (1) | $8.60 |
| | | | | | |
| | | | | | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 4 | $0.09 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.09 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.09 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.09 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.09 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.09 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.08 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.09 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.08 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.08 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.08 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 1 | $0.10 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.10 |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.08 |
| | | | | | |
| | | | | | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (4) | $0.27 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.27 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.27 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.27 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.27 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.27 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.26 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.27 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.26 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.26 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.26 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (1) | $0.28 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.28 |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.26 |
| | | | | | |
| | | | | | |
| BABA 12/24/2020 250.00 C | | Buy to Open | 12/14/2020 | 17 | $10.15 |
| BABA 12/24/2020 250.00 C | | Sell to Close | 12/15/2020 | (15) | $7.15 |
| BABA 12/24/2020 250.00 C | | Sell to Close | 12/15/2020 | (2) | $7.15 |
| | | | | | |
| | | | | | |
| BABA 12/31/2020 250.00 C | | Buy to Open | 11/30/2020 | 27 | $18.75 |
| BABA 12/31/2020 250.00 C | | Sell to Close | 12/1/2020 | (24) | $19.85 |
| BABA 12/31/2020 250.00 C | | Sell to Close | 12/1/2020 | (3) | $19.85 |
| | | | | | |
| **Account 3:** | | | | | |
| **ADRs:** | | | | | |
| BABA | 01609W102 | Bought | 11/13/2020 | 300 | $257.57 |

| | | | | | |
|---|---|---|---|---|---|
| BABA | 01609W102 | Sold | 11/16/2020 | (300) | $255.00 |
| BABA | 01609W102 | Bought | 11/17/2020 | 300 | $257.75 |
| BABA | 01609W102 | Sold | 11/23/2020 | (300) | $255.00 |
| BABA | 01609W102 | Sold | 11/25/2020 | (300) | $276.85 |
| BABA | 01609W102 | Bought | 11/25/2020 | 300 | $274.09 |
| BABA | 01609W102 | Bought | 12/2/2020 | 200 | $261.73 |
| BABA | 01609W102 | Sold | 12/7/2020 | (200) | $255.00 |
| | | | | | |
| **Options:** | | | | | |
| BABA Nov 13 '20 $255 Call | | Sold Short | 11/13/2020 | (3) | $3.50 |
| BABA Nov 13 '20 $255 Call | | Option Assignment | 11/16/2020 | 3 | $0.00 |
| | | | | | |
| | | | | | |
| BABA Nov 20 '20 $255 Call | | Sold Short | 11/17/2020 | (3) | $5.95 |
| BABA Nov 20 '20 $255 Call | | Option Assignment | 11/23/2020 | 3 | $0.00 |
| | | | | | |
| | | | | | |
| BABA Dec 04 '20 $255 Call | | Sold Short | 12/2/2020 | (2) | $7.63 |
| BABA Dec 04 '20 $255 Call | | Option Assignment | 12/7/2020 | 2 | $0.00 |