# Exhibit C

**Exhibit C**



## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **Account 1:** | | | | | | | |
| **ADRs** | | | | | | | |
| BABA | 01609W102 | Buy | 11/13/2020 | 600 | $261.20 | $156,719.94 | |
| BABA | 01609W102 | Buy | 11/17/2020 | 600 | $257.68 | $154,608.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 600 | $274.83 | $164,899.80 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 600 | $263.78 | $158,268.00 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 332 | $257.57 | $85,513.24 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 193 | $260.77 | $50,328.61 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 9 | $260.77 | $2,346.93 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 98 | $260.77 | $25,555.46 | |
| | | | | 3,032 | | $798,239.98 | |
| | | | | | | | |
| BABA | 01609W102 | Sell | 11/13/2020 | (600) | $260.00 | ($156,000.00) | |
| BABA | 01609W102 | Sell | 11/20/2020 | (600) | $255.00 | ($153,000.00) | |
| BABA | 01609W102 | Sell | 11/27/2020 | (600) | $265.00 | ($159,000.00) | |
| BABA | 01609W102 | Sell | 12/4/2020 | (600) | $250.00 | ($150,000.00) | |
| BABA | 01609W102 | Sell** | 12/29/2020 | (632) | $234.80 | ($148,393.60) | |
| | | | | (3,032) | | ($766,393.60) | $31,846.38 |
| | | | | | | | |
| **Options:** | | | | | | | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (2) | $9.05 | ($1,810.00) | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (4) | $9.05 | ($3,620.00) | |
| | | | | (6) | | ($5,430.00) | |
| | | | | | | | |
| BABA 01/08/2021 252.50 C | | Buy to Close | 12/29/2020 | 4 | $1.45 | $580.00 | |
| BABA 01/08/2021 252.50 C | | Buy to Close | 12/29/2020 | 1 | $1.45 | $145.00 | |
| BABA 01/08/2021 252.50 C | | Buy to Close | 12/29/2020 | 1 | $1.45 | $145.00 | |
| | | | | 6 | | $870.00 | ($4,560.00) |
| | | | | | | | |
| BABA 11/13/2020 260.00 C | | Sell to Open | 11/13/2020 | (6) | $2.4900 | ($1,494.00) | |
| | | | | (6) | | ($1,494.00) | |
| | | | | | | | |
| BABA 11/13/2020 260.00 C | | Assigned | 11/13/2020 | 6 | $0.0000 | $0.00 | |
| | | | | 6 | | $0.00 | ($1,494.00) |
| | | | | | | | |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (6) | $5.8500 | ($3,510.00) | |
| | | | | (6) | | ($3,510.00) | |
| | | | | | | | |
| BABA 11/20/2020 255.00 C | | Assigned | 11/20/2020 | 6 | $0.0000 | $0.00 | |
| | | | | 6 | | $0.00 | ($3,510.00) |
| | | | | | | | |
| BABA 11/27/2020 265.00 C | | Sell to Open | 11/25/2020 | (3) | $10.5000 | ($3,150.00) | |
| BABA 11/27/2020 265.00 C | | Sell to Open | 11/25/2020 | (3) | $10.5000 | ($3,150.00) | |
| | | | | (6) | | ($6,300.00) | |

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA 11/27/2020 265.00 C | | Assigned | 11/27/2020 | 6 | $0.0000 | $0.00 | |
| | | | | 6 | | *$0.00* | *($6,300.00)* |
| | | | | | | | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (6) | $14.4300 | ($8,658.00) | |
| | | | | (6) | | *($8,658.00)* | |
| | | | | | | | |
| BABA 12/04/2020 250.00 C | | Assigned | 12/4/2020 | 6 | $0.0000 | $0.00 | |
| | | | | 6 | | *$0.00* | *($8,658.00)* |
| | | | | | | | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 3 | $9.3000 | $2,790.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 3 | $9.3000 | $2,790.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.3000 | $1,860.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.3000 | $930.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 3 | $9.3000 | $2,790.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.3000 | $1,860.00 | |
| | | | | 14 | | *$13,020.00* | |
| | | | | | | | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (8) | $8.5000 | ($6,800.00) | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (6) | $8.5000 | ($5,100.00) | |
| | | | | (14) | | *($11,900.00)* | $1,120.00 |
| | | | | | | | |
| | | | | | | Total Options Losses: | ($23,402.00) |
| | | | | | | Total ADR Losses | $31,846.38 |
| | | | | | | **Account 1 Total Losses:** | **$8,444.38** |

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date

**Account 2:**

**ADRs:**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA | 01609W102 | Buy | 11/17/2020 | 700 | $257.0800 | $179,956.00 | |
| BABA | 01609W102 | Buy | 11/17/2020 | 900 | $257.8000 | $232,020.00 | |
| BABA | 01609W102 | Buy | 11/17/2020 | 600 | $258.5800 | $155,148.00 | |
| BABA | 01609W102 | Buy | 11/17/2020 | 200 | $257.8000 | $51,560.00 | |
| BABA | 01609W102 | Buy | 11/17/2020 | 1,000 | $257.8000 | $257,800.00 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 2,142 | $269.9100 | $578,147.22 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 76 | $269.9100 | $20,513.16 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 107 | $269.9100 | $28,880.37 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 13 | $269.9100 | $3,508.83 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 13 | $269.9100 | $3,508.83 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 100 | $269.9100 | $26,991.00 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 499 | $269.9100 | $134,685.09 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 31 | $269.9100 | $8,367.21 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 400 | $269.9100 | $107,964.00 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 27 | $269.9100 | $7,287.57 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 19 | $269.9100 | $5,128.29 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 49 | $269.9100 | $13,225.59 | |

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA | 01609W102 | Buy | 11/23/2020 | 107 | $269.9100 | $28,880.37 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 17 | $269.9100 | $4,588.47 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 100 | $269.9100 | $26,991.00 | |
| BABA | 01609W102 | Buy | 11/23/2020 | 500 | $269.9100 | $134,955.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 900 | $276.7500 | $249,075.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 900 | $276.8300 | $249,147.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 1,000 | $277.0100 | $277,010.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 1,000 | $277.0600 | $277,060.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 8,100 | $274.9100 | $2,226,771.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 800 | $274.9100 | $219,928.00 | |
| BABA | 01609W102 | Buy | 11/25/2020 | 100 | $274.9100 | $27,491.00 | |
| BABA | 01609W102 | Buy | 11/27/2020 | 5,600 | $276.6600 | $1,549,296.00 | |
| BABA | 01609W102 | Buy | 11/30/2020 | 565 | $264.3900 | $149,380.35 | |
| BABA | 01609W102 | Buy | 11/30/2020 | 135 | $264.3900 | $35,692.65 | |
| BABA | 01609W102 | Buy | 11/30/2020 | 700 | $264.3900 | $185,073.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 900 | $263.6400 | $237,276.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 900 | $263.7200 | $237,348.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1,100 | $263.0800 | $289,388.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1,200 | $263.0800 | $315,696.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 3,400 | $263.0800 | $894,472.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 2,692 | $262.6600 | $707,080.72 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 300 | $262.6600 | $78,798.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 2 | $262.6600 | $525.32 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 2 | $262.6600 | $525.32 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 400 | $262.6600 | $105,064.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 4 | $262.6600 | $1,050.64 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 100 | $262.6600 | $26,266.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 500 | $262.6600 | $131,330.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 25 | $262.6600 | $6,566.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 10 | $262.6600 | $2,626.60 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 20 | $262.6600 | $5,253.20 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $262.6600 | $262.66 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 200 | $262.6600 | $52,532.00 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 164 | $262.6600 | $43,076.24 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 78 | $262.6600 | $20,487.48 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $262.6600 | $262.66 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $262.6600 | $262.66 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4000 | $265.40 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4900 | $265.49 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4500 | $265.45 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4500 | $265.45 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4800 | $265.48 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4700 | $265.47 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4300 | $265.43 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4600 | $265.46 | |

3

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4600 | $265.46 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4600 | $265.46 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4000 | $265.40 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4000 | $265.40 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4300 | $265.43 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4500 | $265.45 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4900 | $265.49 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5100 | $265.51 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.4800 | $265.48 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5400 | $265.54 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5400 | $265.54 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5500 | $265.55 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.6000 | $265.60 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.6400 | $265.64 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.6200 | $265.62 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5700 | $265.57 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5800 | $265.58 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5500 | $265.55 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.5000 | $265.50 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.2600 | $265.26 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.3000 | $265.30 | |
| BABA | 01609W102 | Buy | 12/1/2020 | 1 | $265.2200 | $265.22 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 332 | $257.4730 | $85,481.04 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 79 | $260.7700 | $20,600.83 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 2 | $260.7700 | $521.54 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 155 | $260.7700 | $40,419.35 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 22 | $260.7700 | $5,736.94 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 25 | $260.7700 | $6,519.25 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 99 | $260.7700 | $25,816.23 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 3 | $260.7700 | $782.31 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 100 | $260.7700 | $26,077.00 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 600 | $260.7700 | $156,462.00 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 456 | $260.7700 | $118,911.12 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 194 | $260.7700 | $50,589.38 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 2 | $260.7500 | $521.50 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 200 | $260.7500 | $52,150.00 | |
| BABA | 01609W102 | Buy | 12/14/2020 | 163 | $260.7500 | $42,502.25 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 2,200 | $254.4450 | $559,779.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 56 | $254.8600 | $14,272.16 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8600 | $25,486.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 20 | $254.8600 | $5,097.20 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 5 | $254.8600 | $1,274.30 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $254.8600 | $254.86 | |

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA | 01609W102 | Buy | 12/15/2020 | 45 | $254.8600 | $11,468.70 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 12 | $254.8600 | $3,058.32 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 28 | $254.8600 | $7,136.08 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 15 | $254.8600 | $3,822.90 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 35 | $254.8600 | $8,920.10 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 40 | $254.8600 | $10,194.40 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 38 | $254.8600 | $9,684.68 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 162 | $254.8600 | $41,287.32 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 281 | $254.8600 | $71,615.66 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 81 | $254.8600 | $20,643.66 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8600 | $25,486.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8600 | $25,486.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8600 | $25,486.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 80 | $254.8600 | $20,388.80 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 25 | $254.8300 | $6,370.75 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.8200 | $2,548.20 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.8200 | $2,548.20 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 15 | $254.8400 | $3,822.60 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 6 | $254.8100 | $1,528.86 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 5 | $254.8100 | $1,274.05 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.8100 | $2,548.10 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 166 | $254.8100 | $42,298.46 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 10 | $254.8100 | $2,548.10 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 4 | $254.8100 | $1,019.24 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 40 | $254.8100 | $10,192.40 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| *BABA* | *01609W102* | *Buy* | *12/15/2020* | *600* | *$254.8550* | *$152,913.00* | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8550 | $25,485.50 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 200 | $254.8550 | $50,971.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 200 | $254.8550 | $50,971.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 200 | $254.8550 | $50,971.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 100 | $254.8600 | $25,486.00 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 78 | $254.8600 | $19,879.08 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 20 | $254.8600 | $5,097.20 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 22 | $254.8600 | $5,606.92 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 80 | $254.8600 | $20,388.80 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 65 | $254.8600 | $16,565.90 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 35 | $254.8600 | $8,920.10 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.2000 | $256.20 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.1000 | $256.10 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.8800 | $256.88 | |
| BABA | 01609W102 | Buy | 12/15/2020 | 1 | $256.7700 | $256.77 | |

5

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| | | | | 48,074 | | $12,835,579.97 | |
| | | | | | | | |
| BABA | 01609W102 | Sell | 11/20/2020 | (1,500) | $252.5000 | ($378,750.00) | |
| BABA | 01609W102 | Sell | 11/20/2020 | (1,800) | $255.0000 | ($459,000.00) | |
| BABA | 01609W102 | Sell | 11/23/2020 | (4,200) | $270.0260 | ($1,134,109.20) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (7,257) | $275.1600 | ($1,996,836.12) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (84) | $275.1600 | ($23,113.44) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (84) | $275.1600 | ($23,113.44) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (200) | $275.1600 | ($55,032.00) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (175) | $275.1600 | ($48,153.00) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (98) | $275.1600 | ($26,965.68) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (2) | $275.1600 | ($550.32) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (50) | $275.1600 | ($13,758.00) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (150) | $275.1600 | ($41,274.00) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (25) | $275.1600 | ($6,879.00) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (75) | $275.1600 | ($20,637.00) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (184) | $275.1600 | ($50,629.44) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (2) | $275.1600 | ($550.32) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (14) | $275.1600 | ($3,852.24) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (33) | $275.1600 | ($9,080.28) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (153) | $275.1600 | ($42,099.48) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (14) | $275.1600 | ($3,852.24) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (200) | $275.1600 | ($55,032.00) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (22) | $275.1600 | ($6,053.52) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (2) | $275.1600 | ($550.32) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (35) | $275.1600 | ($9,630.60) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (24) | $275.1600 | ($6,603.84) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (36) | $275.1600 | ($9,905.76) | |
| BABA | 01609W102 | Sell | 11/25/2020 | (81) | $275.1600 | ($22,287.96) | |
| BABA | 01609W102 | Sell | 11/27/2020 | (5,600) | $275.0000 | ($1,540,000.00) | |
| BABA | 01609W102 | Sell | 11/27/2020 | (100) | $252.5000 | ($25,250.00) | |
| BABA | 01609W102 | Sell | 11/27/2020 | (3,800) | $270.0000 | ($1,026,000.00) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (395) | $263.1700 | ($103,952.15) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (25) | $263.1700 | ($6,579.25) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (50) | $263.1700 | ($13,158.50) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (5) | $263.1700 | ($1,315.85) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (1) | $263.1700 | ($263.17) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (100) | $263.1700 | ($26,317.00) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (62) | $263.1700 | ($16,316.54) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (34) | $263.1700 | ($8,947.78) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (66) | $263.1700 | ($17,369.22) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (100) | $263.1700 | ($26,317.00) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (100) | $263.1700 | ($26,317.00) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (4,500) | $263.1470 | ($1,184,161.50) | |
| BABA | 01609W102 | Sell | 12/1/2020 | (500) | $265.5000 | ($132,750.00) | |
| BABA | 01609W102 | Sell | 12/4/2020 | (7,500) | $250.0000 | ($1,875,000.00) | |
| BABA | 01609W102 | Sell | 12/15/2020 | (11) | $254.9300 | ($2,804.23) | |
| BABA | 01609W102 | Sell | 12/15/2020 | (25) | $254.9300 | ($6,373.25) | |

6

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA | 01609W102 | Sell** | 12/28/2020 | (8,238) | $222.1800 | ($1,830,318.84) | |
| BABA | 01609W102 | Sell** | 12/28/2020 | (181) | $222.1800 | ($40,214.58) | |
| BABA | 01609W102 | Sell** | 12/28/2020 | (181) | $222.1800 | ($40,214.58) | |
| | | | | (48,074) | | ($12,398,239.64) | $437,340.32 |
| | | | | | | | |
| **Options:** | | | | | | | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (3) | $8.8400 | ($2,652.00) | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (34) | $8.8400 | ($30,056.00) | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (40) | $8.8400 | ($35,360.00) | |
| BABA 01/08/2021 252.50 C | | Sell to Open | 12/15/2020 | (9) | $8.8500 | ($7,965.00) | |
| | | | | (86) | | ($76,033.00) | |
| | | | | | | | |
| BABA 01/08/2021 252.50 C | | Buy to Close | 12/30/2020 | 74 | $1.4300 | $10,582.00 | |
| BABA 01/08/2021 252.50 C | | Buy to Close | 12/30/2020 | 10 | $1.4300 | $1,430.00 | |
| BABA 01/08/2021 252.50 C | | Buy to Close | 12/30/2020 | 1 | $1.4300 | $143.00 | |
| BABA 01/08/2021 252.50 C | | Buy to Close | 12/30/2020 | 1 | $1.4300 | $143.00 | |
| | | | | 86 | | $12,298.00 | ($63,735.00) |
| | | | | | | | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 12 | $21.1000 | $25,320.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 9 | $21.2000 | $19,080.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 9 | $21.3000 | $19,170.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 9 | $21.3500 | $19,215.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 8 | $21.6000 | $17,280.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 1 | $21.6000 | $2,160.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 11/30/2020 | 16 | $21.6500 | $34,640.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 12/14/2020 | 20 | $14.5500 | $29,100.00 | |
| BABA 01/15/2021 250.00 C | | Buy to Open | 12/14/2020 | 1 | $14.5500 | $1,455.00 | |
| | | | | 85 | | $167,420.00 | |
| | | | | | | | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (18) | $22.4000 | ($40,320.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.4000 | ($2,240.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.4100 | ($2,241.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.4200 | ($4,484.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.4300 | ($4,486.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.4400 | ($2,244.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.4500 | ($4,490.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (12) | $22.4600 | ($26,952.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (5) | $22.4000 | ($11,200.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.4100 | ($2,241.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.4200 | ($4,484.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.4300 | ($4,486.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (1) | $22.4400 | ($2,244.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (2) | $22.4500 | ($4,490.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/1/2020 | (12) | $22.4600 | ($26,952.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/15/2020 | (17) | $12.3500 | ($20,995.00) | |
| BABA 01/15/2021 250.00 C | | Sell to Close | 12/15/2020 | (4) | $12.3500 | ($4,940.00) | |
| | | | | (85) | | ($169,489.00) | ($2,069.00) |

7

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA 02/19/2021 250.00 C | | Buy to Open | 12/14/2020 | 20 | $19.4500 | $38,900.00 | |
| BABA 02/19/2021 250.00 C | | Buy to Open | 12/14/2020 | 1 | $19.4500 | $1,945.00 | |
| | | | | 21 | | $40,845.00 | |
| | | | | | | | |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (12) | $17.9000 | ($21,480.00) | |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (4) | $17.9000 | ($7,160.00) | |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (1) | $17.9000 | ($1,790.00) | |
| BABA 02/19/2021 250.00 C | | Sell to Close | 12/15/2020 | (4) | $17.9000 | ($7,160.00) | |
| | | | | (21) | | ($37,590.00) | $3,255.00 |
| | | | | | | | |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (3) | $0.1600 | ($48.00) | |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (4) | $0.1600 | ($64.00) | |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (15) | $0.1600 | ($240.00) | |
| BABA 09/25/2020 257.50 P | | Sell to Open | 9/25/2020 | (11) | $0.1600 | ($176.00) | |
| | | | | (33) | | ($528.00) | |
| | | | | | | | |
| BABA 09/25/2020 257.50 P | | Expired | 9/25/2020 | 33 | | $0.00 | |
| | | | | 33 | | $0.00 | ($528.00) |
| | | | | | | | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 3 | $0.0100 | $3.00 | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 1 | $0.0100 | $1.00 | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 3 | $0.0100 | $3.00 | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 4 | $0.0100 | $4.00 | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 5 | $0.0100 | $5.00 | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 6 | $0.0100 | $6.00 | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 2 | $0.0100 | $2.00 | |
| BABA 11/13/2020 205.00 P | | Buy to Open | 11/13/2020 | 1 | $0.0100 | $1.00 | |
| | | | | 25 | | $25.00 | |
| | | | | | | | |
| BABA 11/13/2020 205.00 P | | Expired | 11/13/2020 | (25) | | $0.00 | |
| | | | | (25) | | $0.00 | $25.00 |
| | | | | | | | |
| BABA 11/13/2020 220.00 P | | Buy to Open | 11/11/2020 | 42 | $0.0600 | $252.00 | |
| BABA 11/13/2020 220.00 P | | Buy to Open | 11/11/2020 | 47 | $0.0700 | $329.00 | |
| | | | | 89 | | $581.00 | |
| | | | | | | | |
| BABA 11/13/2020 220.00 P | | Expired | 11/13/2020 | (89) | | $0.00 | |
| | | | | (89) | | $0.00 | $581.00 |
| | | | | | | | |
| BABA 11/13/2020 240.00 P | | Sell to Open | 11/11/2020 | (42) | $0.2800 | ($1,176.00) | |
| BABA 11/13/2020 240.00 P | | Sell to Open | 11/11/2020 | (47) | $0.4000 | ($1,880.00) | |
| | | | | (89) | | ($3,056.00) | |
| | | | | | | | |
| BABA 11/13/2020 240.00 P | | Expired | 11/13/2020 | 89 | | $0.00 | |
| | | | | 89 | | $0.00 | ($3,056.00) |
| | | | | | | | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (3) | $0.0700 | ($21.00) | |

8

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (1) | $0.0700 | ($7.00) | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (3) | $0.0700 | ($21.00) | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (4) | $0.0700 | ($28.00) | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (5) | $0.0700 | ($35.00) | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (6) | $0.0700 | ($42.00) | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (2) | $0.0700 | ($14.00) | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (1) | $0.0700 | ($7.00) | |
| BABA 11/13/2020 245.00 P | | Sell to Open | 11/13/2020 | (22) | $0.0700 | ($154.00) | |
| | | | | (47) | | ($329.00) | |
| BABA 11/13/2020 245.00 P | | Expired | 11/13/2020 | 47 | | $0.00 | |
| | | | | 47 | | $0.00 | ($329.00) |
| BABA 11/20/2020 252.50 C | | Sell to Open | 11/17/2020 | (7) | $6.5300 | ($4,571.00) | |
| BABA 11/20/2020 252.50 C | | Sell to Open | 11/17/2020 | (9) | $7.4500 | ($6,705.00) | |
| | | | | (16) | | ($11,276.00) | |
| BABA 11/20/2020 252.50 C | | Buy to Close | 11/19/2020 | 1 | $7.4500 | $745.00 | |
| BABA 11/20/2020 252.50 C | | Assigned | 11/20/2020 | 15 | | $0.00 | |
| | | | | 16 | | $745.00 | ($10,531.00) |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (6) | $6.4300 | ($3,858.00) | |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (2) | $5.9800 | ($1,196.00) | |
| BABA 11/20/2020 255.00 C | | Sell to Open | 11/17/2020 | (10) | $5.9800 | ($5,980.00) | |
| | | | | (18) | | ($11,034.00) | |
| BABA 11/20/2020 255.00 C | | Assigned | 11/20/2020 | 18 | | $0.00 | |
| | | | | 18 | | $0.00 | ($11,034.00) |
| BABA 11/27/2020 252.50 C | | Sell to Open | 11/19/2020 | (1) | $9.9000 | ($990.00) | |
| | | | | (1) | | ($990.00) | |
| BABA 11/27/2020 252.50 C | | Assigned | 11/27/2020 | 1 | | $0.00 | |
| | | | | 1 | | $0.00 | ($990.00) |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (9) | $7.1100 | ($6,399.00) | |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (9) | $7.1900 | ($6,471.00) | |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (10) | $7.3700 | ($7,370.00) | |
| BABA 11/27/2020 270.00 C | | Sell to Open | 11/25/2020 | (10) | $7.4200 | ($7,420.00) | |
| | | | | (38) | | ($27,660.00) | |
| BABA 11/27/2020 270.00 C | | Assigned | 11/27/2020 | 38 | | $0.00 | |
| | | | | 38 | | $0.00 | ($27,660.00) |
| BABA 11/27/2020 275.00 C | | Sell to Open | 11/27/2020 | (56) | $2.0900 | ($11,704.00) | |
| | | | | (56) | | ($11,704.00) | |

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA 11/27/2020 275.00 C | | Assigned | 11/27/2020 | 56 | | $0.00 | |
| | | | | *56* | | *$0.00* | *($11,704.00)* |
| | | | | | | | |
| BABA 12/04/2020 200.00 P | | Buy to Open | 12/2/2020 | 30 | $0.0100 | $30.00 | |
| BABA 12/04/2020 200.00 P | | Buy to Open | 12/2/2020 | 29 | $0.0100 | $29.00 | |
| | | | | *59* | | *$59.00* | |
| | | | | | | | |
| BABA 12/04/2020 200.00 P | | Expired | 12/4/2020 | (59) | | $0.00 | |
| | | | | *(59)* | | *$0.00* | *$59.00* |
| | | | | | | | |
| BABA 12/04/2020 245.00 P | | Sell to Open | 12/2/2020 | (30) | $0.2000 | ($600.00) | |
| BABA 12/04/2020 245.00 P | | Sell to Open | 12/2/2020 | (29) | $0.2000 | ($580.00) | |
| | | | | *(59)* | | *($1,180.00)* | |
| | | | | | | | |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 21 | $0.0800 | $168.00 | |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 34 | $0.1100 | $374.00 | |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 1 | $0.0300 | $3.00 | |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 1 | $0.0300 | $3.00 | |
| BABA 12/04/2020 245.00 P | | Buy to Close | 12/4/2020 | 2 | $0.0100 | $2.00 | |
| | | | | *59* | | *$550.00* | *($630.00)* |
| | | | | | | | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (9) | $14.2500 | ($12,825.00) | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (9) | $14.3300 | ($12,897.00) | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (11) | $13.6700 | ($15,037.00) | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (12) | $13.6700 | ($16,404.00) | |
| BABA 12/04/2020 250.00 C | | Sell to Open | 12/1/2020 | (34) | $13.6700 | ($46,478.00) | |
| | | | | *(75)* | | *($103,641.00)* | |
| | | | | | | | |
| BABA 12/04/2020 250.00 C | | Assigned | 12/4/2020 | 75 | | $0.00 | |
| | | | | *75* | | *$0.00* | *($103,641.00)* |
| | | | | | | | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.3500 | $935.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.3500 | $935.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.3500 | $935.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $9.3500 | $935.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.3500 | $1,870.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.3500 | $1,870.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.3500 | $1,870.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.3500 | $1,870.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $9.3500 | $1,870.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 14 | $9.7500 | $13,650.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.0000 | $1,200.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.0000 | $1,200.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.0000 | $1,200.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.0000 | $2,400.00 | |

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.0000 | $2,400.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.0000 | $2,400.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.0000 | $2,400.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 1 | $12.0000 | $1,200.00 | |
| BABA 12/11/2020 260.00 C | | Buy to Open | 11/30/2020 | 2 | $12.0000 | $2,400.00 | |
| | | | | 42 | | $43,540.00 | |
| | | | | | | | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (23) | $8.6000 | ($19,780.00) | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (7) | $8.6000 | ($6,020.00) | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (7) | $8.6000 | ($6,020.00) | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (2) | $8.6000 | ($1,720.00) | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (1) | $8.6000 | ($860.00) | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (1) | $8.6000 | ($860.00) | |
| BABA 12/11/2020 260.00 C | | Sell to Close | 12/1/2020 | (1) | $8.6000 | ($860.00) | |
| | | | | (42) | | ($36,120.00) | $7,420.00 |
| | | | | | | | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 4 | $0.0900 | $36.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.0900 | $18.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.0900 | $27.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.0900 | $18.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.0900 | $18.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.0900 | $18.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.0800 | $16.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.0900 | $18.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 2 | $0.0800 | $16.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.0800 | $24.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.0800 | $24.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 1 | $0.1000 | $10.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.1000 | $30.00 | |
| BABA 12/24/2020 230.00 P | | Buy to Open | 12/23/2020 | 3 | $0.0800 | $24.00 | |
| | | | | 34 | | $297.00 | |
| | | | | | | | |
| BABA 12/24/2020 230.00 P | | Sell to Close | 12/24/2020 | (5) | $3.2500 | ($1,625.00) | |
| BABA 12/24/2020 230.00 P | | Sell to Close | 12/24/2020 | (4) | $3.2500 | ($1,300.00) | |
| BABA 12/24/2020 230.00 P | | Sell to Close | 12/24/2020 | (25) | $3.2500 | ($8,125.00) | |
| | | | | (34) | | ($11,050.00) | ($10,753.00) |
| | | | | | | | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (4) | $0.2700 | ($108.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.2700 | ($54.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.2700 | ($81.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.2700 | ($54.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.2700 | ($54.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.2700 | ($54.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.2600 | ($52.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.2700 | ($54.00) | |

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (2) | $0.2600 | ($52.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.2600 | ($78.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.2600 | ($78.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (1) | $0.2800 | ($28.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.2800 | ($84.00) | |
| BABA 12/24/2020 240.00 P | | Sell to Open | 12/23/2020 | (3) | $0.2600 | ($78.00) | |
| | | | | (34) | | ($909.00) | |
| | | | | | | | |
| BABA 12/24/2020 240.00 P | | Buy to Close | 12/24/2020 | 34 | $21.9500 | $74,630.00 | |
| | | | | 34 | | $74,630.00 | $73,721.00 |
| | | | | | | | |
| BABA 12/24/2020 250.00 C | | Buy to Open | 12/14/2020 | 17 | $10.1500 | $17,255.00 | |
| | | | | 17 | | $17,255.00 | |
| | | | | | | | |
| BABA 12/24/2020 250.00 C | | Sell to Close | 12/15/2020 | (15) | $7.1500 | ($10,725.00) | |
| BABA 12/24/2020 250.00 C | | Sell to Close | 12/15/2020 | (2) | $7.1500 | ($1,430.00) | |
| | | | | (17) | | ($12,155.00) | $5,100.00 |
| | | | | | | | |
| | | | | | | | |
| BABA 12/31/2020 250.00 C | | Buy to Open | 11/30/2020 | 27 | $18.7500 | $50,625.00 | |
| | | | | 27 | | $50,625.00 | |
| | | | | | | | |
| BABA 12/31/2020 250.00 C | | Sell to Close | 12/1/2020 | (24) | $19.8500 | ($47,640.00) | |
| BABA 12/31/2020 250.00 C | | Sell to Close | 12/1/2020 | (3) | $19.8500 | ($5,955.00) | |
| | | | | (27) | | ($53,595.00) | ($2,970.00) |
| | | | | | | | |
| | | | | | | Total Options Losses | ($159,469.00) |
| | | | | | | Total ADR Losses | $437,340.32 |
| | | | | | | **Account 2 Total Losses:** | **$277,871.32** |

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date

| Account 3: | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADRs: | | | | | | | |
| BABA | 01609W102 | Bought | 11/13/2020 | 300 | $257.5700 | $77,271.00 | |
| BABA | 01609W102 | Bought | 11/17/2020 | 300 | $257.7500 | $77,325.00 | |
| BABA | 01609W102 | Bought | 11/25/2020 | 300 | $274.0900 | $82,227.00 | |
| BABA | 01609W102 | Bought | 12/2/2020 | 200 | $261.7300 | $52,346.00 | |
| | | | | 1,100 | | $289,169.00 | |
| | | | | | | | |
| BABA | 01609W102 | Sold | 11/16/2020 | (300) | $255.0000 | ($76,500.00) | |
| BABA | 01609W102 | Sold | 11/23/2020 | (300) | $255.0000 | ($76,500.00) | |
| BABA | 01609W102 | Sold | 11/25/2020 | (300) | $276.8450 | ($83,053.50) | |
| BABA | 01609W102 | Sold | 12/7/2020 | (200) | $255.0000 | ($51,000.00) | |
| | | | | (1,100) | | ($287,053.50) | $2,115.50 |

## Thomas Popovich

### Estimated Losses in Alibaba Group Holding Ltd. (NYSE: BABA) - Class period: 7/9/2020 - 12/23/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **Options:** | | | | | | | |
| BABA Nov 13 '20 $255 Call | | Sold Short | 11/13/2020 | (3) | $3.5000 | ($1,050.00) | |
| | | | | (3) | | ($1,050.00) | |
| | | | | | | | |
| BABA Nov 13 '20 $255 Call | | Option Assignment | 11/16/2020 | 3 | $0.0000 | $0.00 | |
| | | | | 3 | | $0.00 | ($1,050.00) |
| | | | | | | | |
| BABA Nov 20 '20 $255 Call | | Sold Short | 11/17/2020 | (3) | $5.9500 | ($1,785.00) | |
| | | | | (3) | | ($1,785.00) | |
| | | | | | | | |
| BABA Nov 20 '20 $255 Call | | Option Assignment | 11/23/2020 | 3 | $0.0000 | $0.00 | |
| | | | | 3 | | $0.00 | ($1,785.00) |
| | | | | | | | |
| BABA Dec 04 '20 $255 Call | | Sold Short | 12/2/2020 | (2) | $7.6300 | ($1,526.00) | |
| | | | | (2) | | ($1,526.00) | |
| | | | | | | | |
| BABA Dec 04 '20 $255 Call | | Option Assignment | 12/7/2020 | 2 | $0.0000 | $0.00 | |
| | | | | 2 | | $0.00 | ($1,526.00) |
| | | | | | | | |
| | | | | | | Total Options Losses | ($4,361.00) |
| | | | | | | Total ADR Losses: | $2,115.50 |
| | | | | | | **Account 3 Total Losses:** | **($2,245.50)** |
| | | | | | | | Profit |

| | |
|---|---|
| **Account 1 Total Losses:** | $8,444.38 |
| **Account 2 Total Losses:** | $277,871.32 |
| **Account 3 Total Losses:** | ($2,245.50) |
| **Total Losses:** | **$284,070.20** |

13