# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1199 SEIU Health Care Employees Pension Fund ("Plaintiff") declares:

1.  Plaintiff has reviewed a complaint filed in this matter. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.  Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc., et al.*, No. 2:19-cv-03347 (S.D. Ohio)
*Franchi v. SmileDirectClub, Inc.*, No. 3:19-cv-00962 (M.D. Tenn.)

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __11th__ day of January, 2021.

1199 SEIU Health Care Employees Pension Fund

By: _____
Jeffrey G. Stein, General Counsel

ALIBABA

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**ADR**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/09/2020 | 800 | $261.47 |
| 07/14/2020 | 3,200 | $244.73 |
| 07/22/2020 | 3,400 | $252.77 |
| 08/03/2020 | 5,663 | $257.89 |
| 08/04/2020 | 319 | $261.89 |
| 08/04/2020 | 3,176 | $261.67 |
| 08/18/2020 | 404 | $260.85 |
| 08/18/2020 | 873 | $260.21 |
| 08/24/2020 | 808 | $274.73 |
| 09/10/2020 | 3,797 | $274.79 |
| 09/11/2020 | 633 | $272.41 |
| 09/15/2020 | 1,707 | $277.26 |
| 09/28/2020 | 2,315 | $277.00 |
| 09/30/2020 | 1,179 | $289.66 |
| 10/07/2020 | 11,272 | $297.11 |
| 10/21/2020 | 553 | $309.69 |
| 11/06/2020 | 900 | $296.48 |
| 11/09/2020 | 4,598 | $290.53 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 07/09/2020 | 2,917 | $261.26 |
| 08/20/2020 (exchange) | 10,965 | $257.97 |
| 08/25/2020 | 410 | $286.00 |
| 08/26/2020 (exchange) | 10,965 | $291.96 |
| 09/09/2020 | 1,896 | $273.50 |
| 10/06/2020 | 1,734 | $292.39 |
| 10/14/2020 | 3,030 | $301.04 |
| 10/21/2020 | 1,114 | $307.97 |
| 11/02/2020 | 1,420 | $310.84 |
| 11/19/2020 | 1,925 | $258.67 |
| 12/02/2020 | 672 | $261.36 |
| 12/11/2020 | 806 | $263.92 |

*Opening position of 164,635 shares.

**Common Stock**

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 08/20/2020 (exchange) | 87,720 | HKD 255.00 |
| 08/26/2020 (exchange) | 87,720 | HKD 280.40 |
| 11/24/2020 | 7,800 | HKD 270.94 |
| 11/24/2020 | 68,000 | HKD 271.24 |
| 11/25/2020 | 4,178 | HKD 268.03 |
| 11/25/2020 | 27,700 | HKD 272.18 |
| 11/26/2020 | 16,422 | HKD 270.39 |

| Date<br>Sold | Amount of<br>Shares Sold | Price |
|---|---|---|
| 12/17/2020 | 42,200 | HKD 256.19 |

Prices listed are rounded up to two decimal places.

Doc ID: 865d7f9676f7237d9852baca92f3595d4ac4ddcf