# EXHIBIT C

Movant's Purchases and Losses — Class Period: 07/09/2020 - 12/23/2020 — Alibaba Group

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **1199 SEIU Health Care Employees Pension Fund** | 07/09/2020 | 800 | $261.47 | $209,178.80 | held | 45,597 | $230.73 | $10,520,720.17 | |
| | 07/14/2020 | 3,200 | $244.73 | $783,138.88 | | | | | |
| | 07/22/2020 | 3,400 | $252.77 | $859,427.18 | | | | | |
| | 08/03/2020 | 5,663 | $257.89 | $1,460,407.29 | | | | | |
| | 08/04/2020 | 319 | $261.89 | $83,544.19 | | | | | |
| | 08/04/2020 | 3,176 | $261.67 | $831,053.44 | | | | | |
| | 08/18/2020 | 404 | $260.85 | $105,384.41 | | | | | |
| | 08/18/2020 | 873 | $260.21 | $227,167.61 | | | | | |
| | 08/24/2020 | 808 | $274.73 | $221,984.02 | | | | | |
| | 09/10/2020 | 3,797 | $274.79 | $1,043,379.91 | | | | | |
| | 09/11/2020 | 633 | $272.41 | $172,433.63 | | | | | |
| | 09/15/2020 | 1,707 | $277.26 | $473,283.16 | | | | | |
| | 09/28/2020 | 2,315 | $277.00 | $641,253.61 | | | | | |
| | 09/30/2020 | 1,179 | $289.66 | $341,514.56 | | | | | |
| | 10/07/2020 | 11,272 | $297.11 | $3,348,996.87 | | | | | |
| | 10/21/2020 | 553 | $309.69 | $171,257.85 | | | | | |
| | 11/06/2020 | 900 | $296.48 | $266,829.48 | | | | | |
| | 11/09/2020 | 4,598 | $290.53 | $1,335,856.94 | | | | | |
| **Movant's Total** | | **45,597** | | **$12,576,091.83** | | **45,597** | | **$10,520,720.17** | **($2,055,371.66)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $230.73 as of January 11, 2021 for ADR.

Prices listed are rounded up to two decimal places.