UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA CICCARELLO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>Defendants. | Case No.  1:20-cv-09568-GBD<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF DINESHCHANDRA MAKADIA AND YAN TONGBIAO FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| ROBERT ROMNEK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>Defendants. | Case No.  1:20-cv-10267-GBD |
| ELISSA HESS, AS TRUSTEE FOR THE EH LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>Defendants. | Case No.  1:21-cv-00136-UA |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Dineshchandra Makadia ("Makadia") and Yan Tongbiao ("Tongbiao"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of Makadia and Tongbiao for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Co-Lead Plaintiffs for the Class, and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Assignment of claims from Dineshchandra Makadia, D.D.S. Defined Benefit Pension Plan, Asha Makadia, and Dushyant Makadia to Makadia;

Exhibit B:    Assignment of claims from Peaktop Holdings Limited to Tongbiao;

Exhibit C:    Chart reflecting the financial interest of Makadia and Tongbiao in the Related Actions;

Exhibit D:    Press release published over *Business Wire*, announcing the pendency of the first-filed of the Related Actions;

Exhibit E:    Shareholder Certifications executed by Makadia and Tongbiao;

Exhibit F:    Joint Declaration executed by Makadia and Tongbiao; and

Exhibit G:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 12, 2021, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1