# EXHIBIT A

# ASSIGNMENT

Dineshchandra Makadia, D.D.S. Defined Benefit Pension Plan ("Assignor") hereby assigns, transfers and sets over to Dineshchandra Makadia all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Alibaba Group Holding Limited. Further, the Assignor hereby appoints Dineshchandra Makadia as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Dineshchandra Makadia agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Dineshchandra Makadia.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed** January 12, 2021

_____
**(Signature)**

Dineshchandra Makadia

_____
**(Type or Print Name)**

Trustee

_____
**(Title)**

**On behalf of Dineshchandra Makadia, D.D.S.
Defined Benefit Pension Plan**

# ASSIGNMENT

Asha Makadia ("Assignor") hereby assigns, transfers and sets over to Dineshchandra Makadia all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Alibaba Group Holding Limited. Further, the Assignor hereby appoints Dineshchandra Makadia as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Dineshchandra Makadia agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Dineshchandra Makadia.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed** January 12, 2021

DocuSigned by:

8A9C423BFB6342A...

**(Signature)**

Asha Makadia

**(Type or Print Name)**

# ASSIGNMENT

Dushyant Makadia ("Assignor") hereby assigns, transfers and sets over to Dineshchandra Makadia all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Alibaba Group Holding Limited.  Further, the Assignor hereby appoints Dineshchandra Makadia as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Dineshchandra Makadia agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Dineshchandra Makadia.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed** January 12, 2021

DocuSigned by:

F6FE99D5934E4D2...

**(Signature)**

Dushyant Makadia

**(Type or Print Name)**