# EXHIBIT C

**Alibaba Group Holding Limited (BABA)**
**Class Period: July 9, 2020 to December 23, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 19-Day* Mean Price $230.7327 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dineshchandra Makadia** | | | | | | | | | | | |
| Personal Account | 11/4/2020 | 10,000 | $295.0000 | ($2,950,000) | | | | | 10,000 | $2,307,327 | ($642,673) |
| Defined Benefit Plan | 11/10/2020 | 10,000 | $271.5000 | ($2,715,000) | | | | | 10,000 | $2,307,327 | ($407,673) |
| Asha Makadia | 8/6/2020 | 5,000 | $261.0000 | ($1,305,000) | | | | | 5,000 | $1,153,664 | ($151,336) |
| Dushyant Makadia | 8/27/2020 | 2,000 | $285.0000 | ($570,000) | | | | | 2,000 | $461,465 | ($108,535) |
| **Dineshchandra Makadia Total** | | **27,000** | | **($7,540,000)** | | | | | **27,000** | | **($1,310,216)** |
| | | | | | | | | | | | |
| **Yan Tongbiao** | | | | | | | | | | | |
| Personal Account | 10/6/2020 | 4,000 | $294.7150 | ($1,178,860) | 11/13/2020 | (12,000) | $258.0151 | $3,096,181 | | | |
| Personal Account | 10/6/2020 | 10,000 | $294.7955 | ($2,947,955) | | | | | | | |
| **Personal Account** | | **14,000** | | **($4,126,815)** | | **(12,000)** | | **$3,096,181** | **14,000** | **$461,465** | **($569,168)** |
| Peaktop Holdings Limited | 11/3/2020 | 12,000 | $287.8832 | ($3,454,598) | 11/13/2020 | (12,000) | $258.0151 | $3,096,181 | **0** | **$0** | **($358,417)** |
| **Yan Tongbiao** | | **26,000** | | **(7,581,413)** | | **(24,000)** | | **6,192,362** | **14,000** | **$461,465** | **($927,586)** |
| Summary | | | | | | | | | | | |
| Dineshchandra Makadia | | 27,000 | | ($7,540,000) | | 0 | | $0 | 27,000 | | ($1,310,216) |
| Yan Tongbiao | | 26,000 | | ($7,581,413) | | (24,000) | | $6,192,362 | 14,000 | | ($927,586) |
| **Total** | | **53,000** | | **($15,121,413)** | | **(24,000)** | | **$6,192,362** | **41,000** | | **($2,237,802)** |

*Average Closing Prices from December 24, 2020 to January 11, 2021
**Sales were valued at the average closing prices beginning on the first day after the end of the class period to the sale date