UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAURA CICCARELLO, *individually and on behalf of others similarly situated*,

                     Plaintiff,

    -against-

ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, MAGGIE WU,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 9568 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 0 3 2021

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from March 11, 2021 to April 27, 2021 at 10:30 a.m.


Dated: March 3, 2021
     New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE