UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LAURA CICCARELLO, *individually and on behalf of all others similarly situated,*

                      Plaintiff,

    -against-

ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,

                      Defendants.

<u>ORDER</u>

20 Civ. 9568 (GBD)

------------------------------------- x

ROBERT ROMNEK, *individually and on behalf of all others similarly situated,*

                      Plaintiff,

    -against-

ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,

                      Defendants.

<u>ORDER</u>

20 Civ. 10267 (GBD)

------------------------------------- x

ELISSA HESS, *as Trustee for the EH Living Trust, individually and on behalf of all others similarly situated,*

                      Plaintiff,

    -against-

ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,

                    Defendants.

<u>ORDER</u>

21 Civ. 136 (GBD)

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 20 2021

GEORGE B. DANIELS, United States District Judge:

The unopposed motions to consolidate *Ciccarello v. Alibaba Grp. Holding Ltd. et al.*, No. 20 Civ. 9568 (GBD) (S.D.N.Y. November 13, 2020), (ECF Nos. 6, 9, 13, 16), *Romnek v. Alibaba Grp. Holding Ltd. et al.*, No. 20 Civ. 10267 (GBD) (S.D.N.Y. December 4, 2020), (ECF No. 15), and *Hess v. Alibaba Grp. Holding Ltd. et al.*, No. 21 Civ. 136 (GBD) (S.D.N.Y January 7, 2021), (ECF No. 6), are GRANTED.

The initial conference scheduled to occur on April 27, 2021 at 10:30 a.m. is converted to an oral argument on the motions to appoint lead plaintiff and lead counsel. The oral argument shall occur as a videoconference using the Microsoft Teams platform.

To optimize the quality of the video feed, only the Court and counsel for each party will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Microsoft Teams system, only one counsel per party or movant may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering the conference ID **710 367 986#**.

> To optimize use of the Court's video conferencing technology, all participants in the call must:
> 1. Use a browser other than Internet Explorer to access Microsoft Teams;
> 2. Position the participant's device as close to the WiFi router as is feasible;
> 3. Ensure any others in the participant's household are not using WiFi during the period of the call;
> 4. Unless the participant is using a mobile telephone to access Microsoft Teams, connect to audio by having the system call the participant;

If there is ambient noise, the participant must mute his or her device when not speaking. Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

To the extent that there are any documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) **prior to the proceeding**.

Dated: New York, New York  
      April 20, 2021

SO ORDERED.

GEORGE B. DANIELS  
United States District Judge