# EXHIBIT A

UCN: 522020MM004587XXXXMM    FL0521400

# COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA

| OBTS # | | REPORT # **2020-014085** | DOCKET # **1835339** |
|---|---|---|---|

| Person ID **311507074** | SSN# **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** | |
|---|---|---|

Charge Description   [ ] Felony  [X] Misdemeanor  [ ] Warrant  [ ] Traffic  [ ] Ordinance    Traffic Citation # (if any): _____    Court Case #

Charge
**DOMESTIC BATTERY**    Court Case # **20-04587-MM-1**

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| GHARSALLI, SALEM | 04/11/1963 | M | W | 505 | 200 | BRO | BRO | MED |

| Alias | DL # G624780631310 | State FL | Scars/Marks/Tattoos/Physical Features |
|---|---|---|---|

| Local Address (Street, City, State, Zip Code) 2942 68TH AV S ST. PETERSBURG FL 33705 | Telephone 8133092525 | Place of Birth TUNISIA | Citizenship US |
|---|---|---|---|

| Permanent Address (Street, City, State, Zip Code) 2942 68TH AV S ST. PETERSBURG FL 33705 | Telephone 8133092525 | Employed by / School SELF EMPLOYED |
|---|---|---|

Weapon Seized  Type  [ ] Yes  [X] No    Indication of Drug Influence  Y [ ]  N [X]  UNK [ ]    Indication of Mental Health Issues  Y [ ]  N [X]  UNK [ ]    Indication of Alcohol Influence  Y [ ]  N [X]  UNK [ ]

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody [ ]Yes [ ]No  [ ]Felony [ ]Misdemeanor |
|---|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody [ ]Yes [ ]No  [ ]Felony [ ]Misdemeanor |
|---|---|---|---|---|

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the __11__ day of ___APRIL___, __2020__,

at approximately __4:37 PM__ , at __2942 68TH AV S__ ,in Pinellas County did:

ACTUALLY AND INTENTIONALLY TOUCH OR STRIKE NADA SEHSAH, HER HUSBAND AND CO-HABITANT, AGAINST THE WILL OF NADA SEHSAH, TO WIT: WAS SMACKED ACROSS THE FACE WITH A OPEN HAND AND WAS PUSHED OVER THE BATH TUB IN THE BATHROOM. THE DEFENDANT PUSHED SEHSAH ONTO THE BED AND SAT ON TOP OF HER PUTTING BOTH OF HIS LEGS ON HER ARMS TO PREVENT HER FROM GETTING UP. SEHSAH HAS INJURIES TO THE SIDE OF HER FACE AND ALSO ON BOTH OF HER ARMS.

THE VICTIMS DAUGHTER WAS IN ANOTHER ROOM AND HEARD A LOT OF YELLING AND COMMOTION GOING ON. THE VICTIMS DAUGHTER TOOK THE VICTIMS PHONE TO HER TO CALL 9-1-1.

THE DEFENDANT HAS A MINOR BRUISE ON HIS RIGHT ARM AND SEVERAL SCRATCHES ON HIS FACE AND RIGHT HAND. THESE INJURIES ARE CONSISTENT WITH THE VICTIM SCRATCHING THE DEFENDANT TO PUSH HIM AWAY FROM HER AND TO GET HIM OFF OF HER. THE DEFENDANT HAD SEVERAL GUNS IN THE HOUSE AT THE TIME OF THE INCIDENT BUT NONE WERE USED IN THIS INCIDENT.

Contrary to Florida Statute/Ordinance __784.03__ .

ARREST DATE: __4/11/2020__  Time __5:50 PM__ . Aggravating/Mitigating Factors _____

Booking Officer: __BROWN, M 59900__    Amount of Bond __ZERO__  Bond Out Date _____  Time _____ [ ]a.m. [ ]p.m.

Victim Notified of Advisory?  __Y__ Yes  __ No    Injuries to Victim? __ Yes __ No    Medical Treatment to Victim? [ ]Yes [ ]No

The Court reviewed this complaint and finds there: [✓]is probable cause [ ]is not probable cause to detain defendant [✓]Bond Action, if any: $1000 no contact

The probable cause determination is passed for: [ ]24 Hrs [ ]24 Hrs on showing of extraordinary circumstances    Received by Booking: 4/11/2020 6:35:12 PM

| Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true. | REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1) |
|---|---|

*Samantha Reeder* (signature)    ST. PETERSBURG POLICE

| DATE 04/11/2020 | OFFICER S. REEDER | HOURS X PAY RATE 2   25.00 | OR COST $50.00 |
|---|---|---|---|

Declarant Signature    Agency

OFFICER SAMANTHA REEDER 47190    OTHER – Describe _____

Printed Name    Declarant ID#    Continuation sheet [ ]Yes [✓]No    TOTAL $ $50.00

COCR59 (Revised 10/2014)
838642    Copies to:    Court

**Defendant** GHARSALLI, SALEM _____**Court Case No:**___20-04587-MM-1_____

## ADVISORY AND SOLVENCY HEARING

The above named Defendant came before me for Advisory and Solvency hearing and was advised by me of the charge(s) against him; his right to remain silent; that any statements by him may be used against him; his right to counsel, and, if he is financially unable to afford counsel, that counsel forthwith will be appointed; of his right to communicate with his counsel, family or friends, and that reasonable implementation will be afforded him to contact the foregoing.

### I FURTHER CERTIFY THAT:

☐ A. Defendant has advised the Court that he has retained counsel or will retain counsel.

☒ B. The Court investigated Defendant's solvency and found the Defendant financially able to secure counsel.

☐ C. The Court investigated Defendant's solvency and provisionally appointed the Public Defender.

☐ D. The Defendant waived the right to counsel at the first appearance only.

_____4/12/2020_____          _____
DATE AND TIME                                    JUDGE

☐ I hereby waive the right to counsel at the first appearance only.

☐ I, having been found solvent and financially able to secure counsel, hereby waive counsel until my attorney files an appearance in this case or until I file a written request for a review of my solvency and ability to secure counsel.

_____
DEFENDANT'S SIGNATURE

Thumb Print

I HEREBY acknowledge receipt of a copy of the foregoing Complaint and Advisory.

_____     _____     _____
DEFENDANT'S SIGNATURE          DEFENDANT'S ATTORNEY'S SIGNATURE          DATE

COCR59  (Revised 02/2014)