# EXHIBIT 1

**New Progress in the case of JD Vs. Tmall for Abuse of Dominant Market Position, Saying No to "Choose One of Two"**    [Ad]

Author: Xinongluo

Source: ijiwei.com    #Tmall#  #JD#   October 16, 2019    **1.2 W**

According to ijiwei.com (article/Xinongluo), the countdown to this year's Double 11 has begun, and many merchants have started preparing for various activities of the event. The topic of "Choose One of Two" on e-commerce platforms has heated up again.

Recently, there has been new progress in the case of JD vs. Tmall in a dispute over the abuse of dominant market position by "Choose One of Two".

JD claims that, Tmall has been using various means to enforce "Choose One of Two" on merchants since 2013. Tmall's conducts include, but are not limited to, requiring brand merchants such as clothing and home furnishings that have opened shops in Tmall not participate in promotional activities such as 618 and Double 11 on JD, not to open shops on JD for business, and could only open shops on Tmall for business.

It is understood that the case was heard by the Beijing Municipal High People's Court at first instance. Tmall held that the case should be heard by the Zhejiang Municipal High People's Court. In 2017, the Beijing Municipal High People's Court rejected Tmall's jurisdictional objection at first instance, and Tmall appealed to the Supreme People's Court.

**On October 9, according to the China Judgments Online, in the second instance, the Supreme People's Court held that the Beijing Municipal High People's Court had jurisdiction over the case and rejected Alibaba's jurisdictional objections.**

Shortly after the Supreme People's Court rejected Alibaba's jurisdictional objection, Alibaba's PR Director Shuai Wang responded to the matter on Weibo, stating that he respected decisions of the court and that the so-called "Choose One of Two" has never been a false proposition. "Choose One of Two" is a normal market practice and a way to expel the bed with the good. The platform had to invest a lot of resources and money to organize large promotional activities, which makes it reasonable to require merchant brands to have equal strength in terms of goods and prices to fully protect the interests of consumers.

horsetigerbaba

October 14 12:46 from iPhone XS Max

Healthy legs are always bitten by mosquitoes,

1.   We genuinely appreciated the public hearing on the matter of Choose One of

Two in Beijing. The hype on this topic is already getting tiresome. We respect any decision made by the court and we are not willing to passively cooperate in the bottomless and endless hype of some companies anymore.

2.  The so-called "Choose One of Two" has never been a false proposition. If you remember, the 'Choose One of Two' was originally a means used by some enterprises to compete, but this has changed faster than one can take of his pants.

3.  Choose One of Two is a normal market practice and a way to expel the bad with the good. The platform had to invest a lot of resources and money to organize large promotional activities, which makes it reasonable to require merchant brands to have equal strength in terms of goods and prices to fully protect the interests of consumers. The platform is not a tycoon and the costs do not get blown in by wind. The resources for the promotion are naturally scarce and can only tilt towards the most sincere and active brand merchants who participate in the promotion. It's the simplest business rules.

----------------

We should encourage merchants to develop through multiple channels and on multiple platforms and sell commodities as much as possible, rather than threatening and suppressing them by various means. Killing the goose that lays the golden eggs will make business increasingly difficult.

The newly introduced *E-Commerce Law* clearly provides that "E-commerce platform operators shall not use service agreements, transaction rules, technology and other means to impose unreasonable restrictions or attach unreasonable conditions to transactions, transaction prices and transactions with other operators on the platform."

In May this year, Yunteng Hu, a high judge of the Supreme People's Court, pointed out that some e-commerce entities had taken advantage of their dominant position and abused their advantageous market power to force merchants to follow "Choose One of Two", which was against the market economy concept of fair competition and needed to be regulated through adjudication to uphold the basic principle of fair competition.

(Verified by Xiaobei)

Editor: Xiaobei

THE END

* This content is original from ijiwei.com and is copyrighted by ijiwei.com. It may not be used in any way, including reprinting, excerpting, copying or creating a mirror image, without the written authorization of ijiwei.com.

 Xinongluo   Author                   Introduction to the author

WeChat: 18861004818

E-mail: liuqy@lunion.com.cn

[Ad]

**Comments**  Please speak rationally on the Internet and observe the service agreement for comments on news.

Xinongluo Author

Choose One of Two is malicious competition that should not be allowed to exist.

October 16, 2019  Reply  👍0

 Foxixiaoge

I don't believe this will not happen this year.

October 16, 2019  Reply  👍0

Yumaotuan

The speech of the PR Director is strange.

October 16, 2019  Reply  👍0

Qinglin-Tianxia

We must support JD on this. The way that Alibaba did things is disgusting, malicious competition.

October 16, 2019  Reply  👍0

 It's a heartbeat

Choose One of Two

October 16, 2019  Reply  👍0

 Xiaobei

Will there be Choose One of Two this year?

October 16, 2019  Reply  👍0

No more comments

[Ad]

2022中国显示学术会议    集微招聘    集微品牌营销    咨询服务    投融资服务    知识产权服务    媒体服务    EN    Q 搜

产权 > 正文

# 京东诉天猫滥用市场支配地位有新进展，向"二选一"说不

作者：西农落    1.2w 🔥

来源：爱集微    #天猫#    #京东#    ⏲ 2019-10-16

集微网消息（文/西农落）距离今年的双十一已经开始倒计时，不少商家也开始筹备双十一的各项活动。关于电商平台"二选一"的话题又再次热了起来。

近日，京东诉天猫"二选一"滥用市场支配地位纠纷一案有了新的进展。

京东称，2013年以来，天猫不断以各种手段实施对强迫商家进行"二选一"。天猫对行为包括但不限于要求在天猫商城开设店铺的服饰、家居等众多品牌商家不得在京东商城参加618、双11等促销活动、不得在京东商城开设店铺进行经营，甚至只能在天猫商城一个平台开设店铺进行经营。

据了解，该案当时由北京市高级人民法院一审受理。天猫主张该案应由浙江省高级人民法院审理。2017年，北京市高级人民法院一审驳回天猫管辖权异议，天猫不服上诉至最高人民法院。

**10月9日，据中国文书裁判网消息显示，最高人民法院二审认定，北京市高级人民法院对此案有管辖权，驳回了阿里的管辖权异议。**

就在最高院驳回了阿里的管辖权异议后不久，阿里巴巴的公关总监王帅在微博上对此事作出了回应，他表示尊重法院的任何判决结果，所谓的"二选一"从来只是一个伪命题。"二选一"本来就是正常的市场行为，也是良币驱逐劣币。平台为组织大促活动必须投入大量资源和成本，也就有充分的理由要求商家品牌在货品、价格等方面具有对等力度，以充分保障消费者利益。





## 热门文章


2021年中国企业PCT国际请TOP100：华为第一、C
02-28 16:06


国知局维持联发科"通信系振荡信号运用方法"专利有
03-09 18:47


最高人民法院知识产权法要旨摘要发布，涉及多个
02-28 17:53


湖北公布2022年知识产权项目，高德红外、飞恩微
8天前



2022中国显示学术会议    集微招聘    集微品牌营销    咨询服务    投融资服务    知识产权服务    媒体服务    EN    搜

1.我们真心感谢在北京对二选一这个话题进行公开的审理。这个话题炒作的已经让人生厌。我们尊重法院的任何判决结果，我们实在不愿意再被动的配合某些企业的无底线无休止的炒作了。

2.所谓二选一从来只是一个伪命题，如果大家没记错，二选一也是某些企业常常用来竞争的手段，此一时彼一时，真可以说变脸的速度比脱裤子还快。

3.二选一本来就是正常的市场行为，也是良币驱逐劣币。平台为组织大促活动必须投入大量资源和成本，也就有充分的理由要求商家品牌在货品、价格等方面具有对等力度，以充分保障消费者利益。平台不是土豪，成本也不是大风刮来的，大促活动的各项资源天然稀缺，只能向最有诚意最积极参与大促活动的品牌商家倾斜。这是最朴素的商业规则。

    

@horsetigerbaba

2022中国显示学术会议    集微招聘    集微品牌营销    咨询服务    投融资服务    知识产权服务    媒体服务    EN    搜

该敦励商家多渠道、多平台发展，多销售一点是一点，而不是用各种手段威胁打压，横冲而撞的结果是让天下的生意越来越难。

新出台《电子商务法》明确规定，"电子商务平台经营者不得利用服务协议、交易规则以及技术等手段，对平台内经营者在平台内的交易、交易价格以及与其他经营者的交易实行不合理限制或者附加不合理条件。"

最高人民法院大法官胡云腾曾在今年5月指出，某些电商主体利用自身优势地位，滥用市场优势力量，强迫商家进行"二选一"，有违公平竞争的市场经济理念，需要通过裁判予以规范，维护公平竞争的基本原则。（校对/小北）

责编：小北

## THE END

*此内容为集微网原创，著作权归集微网所有。未经集微网书面授权，不得以任何方式加以使用，包括转载、摘编、复制或建立镜像。



**西农落** 作者

微信：18861004828
邮箱：liuqy@lunion.com.cn

作者简介

## 读了这篇文章的人还读了...



消息称京东已收购德邦快递



京东宣布与Shopify达成战略合作 海外商家可21天极速入华



腾讯、字节大肆入资实体医疗机构 阿里京东进军线下药店 投资逻辑正从…



京东据悉将以每股70.75美元价格配售275万股



首批无人配送车来了 京东、美团、新石器三家企业获批合规上路资质



截至2021年第一季度 京东体系上市公司及非上市公司员工数约37万人

**评论** 文明上网理性发言，请遵守新闻评论服务协议

西农落 `作者`

二选一是恶性竞争要不得

2019-10-16    回复    👍 0

佛系小哥

就不相信今年不会有这骚操作

2019-10-16    回复    👍 0

羽毛图案

这阿里的公关总监操作有点迷

2019-10-16    回复    👍 0

清临-天下

这个必须支持京东，阿里做法确实太恶心，恶性竞争。

2019-10-16    回复    👍 0

是心动啊

二选一😅

2019-10-16    回复    👍 0

小北

今年还会二选一吗

2019-10-16    回复    👍 0

没有更多评论

网站首页    版权声明

集微招聘    联系我们

网站地图    关于我们

商务合作    rss订阅

联系电话：
0592-6892326

新闻投稿：
laoyaoba@gmail.com

商务合作：
chenhao@lunion.com.cn

问题反馈：
1574400753 (QQ)

官方微信    官方微博    APP

凤凰科技    ｜    雷锋网    ｜    财联社

# DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )    Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of ***<u>New Progress in the case of JD Vs. Tmall for Abuse of Dominant Market Position, Saying No to "Choose One of Two"</u>***, **Source: ijiwei.com.**

## Specific Description of the Document

***<u>New Progress in the case of JD Vs. Tmall for Abuse of Dominant Market Position, Saying No to "Choose One of Two"</u>***,
**<u>Source: ijiwei.com</u>**

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>6th of April 2022</u> in <u>Los Angeles</u>, California.


<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators



<u>Signature</u>

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com