# EXHIBIT 2

Central People's Government of the People's Republic of China

www.gov.cn

State Council   Premier   News   Policies   Interaction   Services   Archive   State
of the Nation   National Government Affairs Service Platform

Home > News > Rolling

## State Administration for Market Regulation Interviews Platform Enterprises and Will Conduct Anti-Monopoly Investigations into "Choose One of Two" Behaviors in Accordance with the Law

November 5, 2019 20:02   Source: Xinhua News Agency   [Font: Large Medium Small]
Print

Xinhua News Agency, Hangzhou, Nov. 5 (Lingyan Qu and Qucheng Xu) The State Administration for Market Regulation held the "Administrative Guidance Forum on Regulating Online Operating Activities" in Hangzhou on November 5, convening more than 20 platform enterprises such as Jingdong, Kwai, Meituan, Pinduoduo, Suning, Alibaba, Yunji, Vipshop, and 111, Inc.

At the forum, relevant responsible personnel of the State Administration for Market Regulation pointed out that there had been problems that stood out in recent online operating activities, such as the intensification of platform competition with "Choose One of Two" being a prominent problem, sparking concern from all sides. The behaviors of "Choose One of Two" and "exclusive trading" in the Internet sector, which break the order of fair competition and harm the rights and interests of consumers, are clearly prohibited by the *Electronic Commerce Law* and also violate the *Anti-Monopoly Law* and *Anti-Unfair Competition Law*, among other laws and regulations. Meanwhile, the market regulatory authorities will conduct anti-monopoly investigations in accordance with the law into the "Choose One of Two" behaviors heavily reported by all parties.

Other issues in recent online operating activities include: lax gate-keeping by platforms, resulting in frequent illegal acts, such as the sale of infringing, counterfeit and shoddy commodities, commodities that do not meet product quality and safety standards, and prohibited and restricted commodities, causing a strong social response; chaos in the online sales of drugs with relatively prominent issues such as the online sales of drugs without qualifications, illegal sales of imported drugs, and rule-violating sales of prescription drugs, banned drugs, and fake drugs, giving rise to a highly concerned public; prominent problems including the collection and protection of personal information, with incidents occurring repeatedly involving personal information being collected and used in violation

of regulations, as well as being leaked and stolen, during online trading activities.

In particular, there are some frequently occurring problems in current centralized online promotional activities, such as false discounts, false advertising or publishing illegal advertisements, artificially increasing credibility through false transactions, refusing to fulfill the seven-day no-reason return obligation, and restricting operators on one platform from participating in promotional activities of other platforms.

In response to the above problems, the State Administration for Market Regulation pointed out: Participants in online promotional activities shall strictly comply with relevant laws, take initiative to fulfill obligations, and operate in compliance according to law. Platforms shall strictly carry out basic obligations such as entity audits and information disclosures, and strictly review qualifications. Platforms shall actively carry out platform governance obligations and fulfill their statutory responsibilities. Platforms shall supervise and urge the operators of promotions to actively fulfill their obligations in promotional activities, and to comply with legal provisions such as "seven-day no-reason returns". Using standard terms to infringe on the legitimate rights and interests of consumers is prohibited. Platforms shall compete in a fair and orderly manner. Damaging the business reputations of competitors, and restricting and excluding other operators from carrying out promotional activities, are prohibited. Platforms shall adopt the necessary technical means to ensure normal operations. The collection and use of consumers' personal information in violation of the principles of legality, legitimacy, and necessity are prohibited.

[Report Error]          Executive Editor: Lina Lei

Scan to open the current page on phone



[Ad]

中华人民共和国中央人民政府
www.gov.cn

简 | 繁 | EN | 注册 | 登录

国务院 | 总理 | 新闻 | 政策 | 互动 | 服务 | 数据 | 国情 | 国家政务服务平台

首页 > 新闻 > 滚动

# 国家市场监管总局约谈平台企业 将对 "二选一" 行为依法开展反垄断调查

2019-11-05 20:02   来源： 新华社

【字体：大 中 小】        打印

新华社杭州11月5日电（屈凌燕、许曲成）国家市场监管总局5日在杭州召开 "规范网络经营活动行政指导座谈会"，召集京东、快手、美团、拼多多、苏宁、阿里巴巴、云集、唯品会、1药网等20多家平台企业参会。

座谈会上，国家市场监管总局相关负责人指出近期网络经营活动中存在突出问题，如平台竞争加剧，"二选一" 问题突出，引发各方关注。互联网领域 "二选一""独家交易" 行为是《电子商务法》明确规定禁止的行为，同时也违反《反垄断法》《反不正当竞争法》等法律法规规定，既破坏了公平竞争秩序，又损害了消费者权益。同时，市场监管部门将对各方反映强烈的 "二选一" 行为依法开展反垄断调查。

近期网络经营活动中还存在平台把关不严，导致销售侵权假冒伪劣商品、不符合产品质量安全标准商品、禁限售商品等违法行为频频出现，社会反响强烈；网络药品销售存在乱象，网上无资质售药，非法销售进口药品，违规销售处方药、禁用药、假药等问题比较突出，舆论高度关注；个人信息收集和保护等问题突出，网络交易活动中屡次出现个人信息被违规收集、利用以及泄露、窃取的事件。

尤其在当前网络集中促销活动中存在一些易发高发问题，如虚假折扣、虚假宣传或发布违法广告、刷单炒信、拒不履行七日无理由退货义务、限制平台内经营者参加其他平台的促销活动等。

针对上述问题，国家市场监管总局提出，网络促销活动参与方要严格遵守相关法律规定，主动履行义务，依法合规经营；平台要严格落实主体审核和信息公示等基本义务，严格审核资质资格；平台要积极落实平台治理义务，履行法定责任；平台要督促促销经营者自觉履行促销活动义务，遵守 "七日无理由退货" 等法律规定，不得利用格式条款侵害消费者合法权益；平台要公平有序竞争，不得损害竞争对手商业信誉，不得限制、排斥其他经营者开展促销活动；平台要采取必要的技术手段保障平台的正常运行，禁止违背合法、正当、必要的原则，收集、使用消费者个人信息。

【我要纠错】    责任编辑：雷丽娜

扫一扫在手机打开当前页



相关稿件

上半年规上互联网企业收入增长百分之十七点九 平台企业将实施差异化监管

上海：16家网约车平台企业被联合约谈

互联网物流平台企业代开增值税专用发票试点工作启动

     

| 国务院 | 总理 | 新闻 | 政策 | 互动 | 服务 | 数据 | 国情 |
|---|---|---|---|---|---|---|---|
| 常务会议 | 最新 | 要闻 | 最新 | 督查 | 国家政务服务平台 | 宏观经济运行 | 宪法 |
| 全体会议 | 讲话 | 专题 | 国务院政策文件库 | 我向总理说句话 | 部门地方大厅 | 部门数据 | 国旗 |
| 组织机构 | 文章 | 政务联播 | 政府信息公开 | 政务服务投诉与建议 | 便民服务 | 数据快递 | 国歌 |
| 政府工作报告 | 媒体报道 | 新闻发布 | 公报 | 政策法规意见征集 | 服务专题 | 数据解读 | 国徽 |
| | 视频 | 滚动 | 政策解读 | | 服务搜索 | 数据专题 | 版图 |
| | 音频 | | 国务院政策问答平台 | | | 数据说 | 行政区划 |
| | 图片库 | | 政策专题 | | | 生猪信息 | 直通地方 |

链接： 全国人大 | 全国政协 | 国家监察委员会 | 最高人民法院 | 最高人民检察院

国务院部门网站     地方政府网站     驻港澳机构网站     驻外机构     媒体

   

国务院客户端          国务院客户端小程序          中国政府网
微博、微信

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )   Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of ***<u>State Administration for Market Regulation Interviews Platform Enterprises and Will Conduct Anti-Monopoly Investigations into "Choose One of Two" Behaviors in Accordance with the Law</u>*, Source: Xinhua News Agency.**

### Specific Description of the Document

***<u>State Administration for Market Regulation Interviews Platform Enterprises and Will Conduct Anti-Monopoly Investigations into "Choose One of Two" Behaviors in Accordance with the Law,</u>***
**<u>Source: Xinhua News Agency</u>**

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>6th of April 2022</u> in <u>Los Angeles</u>, California.

<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators

_____
Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com