# EXHIBIT 3

| Speaker ID | Source | Target |
|---|---|---|
| Female 1 | 国家市场监督管理总局近日召集多家电商平台企业召开"规范网络经营活动行政指导座谈会"，要求各平台自觉履行相关义务。同时，市场监管部门将对各方反映强烈的"二选一""独家交易"行为依法开展反垄断调查。 | The State Administration for Market Regulation recently summoned a number of e-commerce platform enterprises to a "Symposium on Administrative Guidance for Regulating Online Business Activities", requiring all platforms to conscientiously fulfill relevant obligations. Meanwhile, market regulators will, according to law, conduct an anti-monopoly probe into the practices of "pick one from two" and "exclusive dealing" that have caused a public outcry. |
| Male 1 | 11月5日，国家市场监督管理总局在浙江省杭州市召开"规范网络经营活动行政指导座谈会"，召集京东、快手、美团、拼多多、苏宁、阿里巴巴、云集、唯品会等20多家平台企业参会。会上指出，互联网领域 "二选一""独家交易"行为是电子商务法明确规定禁止的行为，同时也涉嫌违反反垄断法、反不正当竞争法等法律法规规定，既破坏了公平竞争秩序，又损害了消费者权益。 | On November 5, the State Administration for Market Regulation held a "Symposium on Administrative Guidance for Regulating Online Business Activities", which brought together more than 20 platform enterprises, including JD.com, Kuaishou, Meituan, Pinduoduo, Suning, Alibaba, Yunji, and Vipshop. At the meeting, it was pointed out that the practices of "pick one from two" and "exclusive dealing" in the Internet domain are explicitly prohibited by e-commerce law, and may also run afoul of the anti-monopoly law, the anti-unfair competition law and other laws and regulations. They not only undermine the order of fair competition, but also harm the rights and interests of consumers. |
| Male 2 | 互联网平台实施"二选一"行为，本质上是一种通过限制交易对方的选择权来排斥竞争对手的行为，为市场设置了障碍和壁垒，阻碍了资源和信息自由流动，违背了互联网开放共享的基本理念。我们认为，"二选一"行为损害了平台、合作方和消费者的利益。 | The practice of "pick one from two" on the part of Internet platforms is essentially an act of excluding competitors by limiting the options of counterparties. It sets up obstacles and barriers for the market, hinders the free flow of resources and information, and contravenes the fundamental philosophy of openness and sharing of the Internet. We believe that the practice of "pick one from two" harms the interests of platforms, partners and consumers. |

| | | |
|---|---|---|
| Male 1 | 全国网络交易监测平台一期功能也正式上线，该平台能监测获取全国主要电商平台网店等主体信息。对网络禁限售商品、虚假宣传、价格违法、知识产权侵权、网络传销等五种违法行为实施监测，实现网络违法风险早发现早处置。 | The phase I function of the national online transaction monitoring platform has also been officially launched. The platform can monitor and obtain information on online stores and other entities on major e-commerce platforms in China. The platform monitors for five kinds of illegal activities, including the sale of goods that are prohibited or restricted from being sold online, false publicity, price violations, intellectual property infringement and online pyramid marketing, so as to detect and deal with the risks of illegal activities on the Internet early. |

Case 1:20-cv-09568-GBD-JW    Document 55-3    Filed 04/22/22    Page 4 of 4

MORNINGSIDE
A Questel Company

# TRANSCRIPTION CERTIFICATION

Date: April 1, 2022

To whom it may concern:

This is to certify that the attached transcription is an accurate representation of the documents received by this office. The transcription was completed from:

- Chinese (PRC)

To:

- English (USA), Chinese (PRC)

The documents are designated as:
- 'text under video.docx'


Leslie Yale, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Leslie Yale*

Signature of Leslie Yale