# EXHIBIT 4

**The "Choose one from two" in the antitrust investigation of the State Administration for Market Regulation: Ali, JD.com and Pinduoduo express their views**

The Paper's trainee reporter WU Yuxin

November 5, 2019 19:47, Source: The Paper

font size

The State Administration for Market Regulation made an "iron fist" action before the date of double 11, and publicly pointed out that the "choose one from two" was illegal.

On November 5, the State Administration for Market Regulation held the "Administrative Guidance Symposium on Regulating Network Business Activities" in Hangzhou, and more than 20 platform enterprises such as JD.com, Kuaishou, Meituan, Pinduoduo, Suning, Alibaba, Yunji, Vipshop, and Yiyao.com participated in the conference. The State Administration for Market Regulation pointed out the prominent problems existing in recent network business activities, especially the problems in the centralized network promotion activities, and put forward specific requirements for regulating network business activities, and pointed out that the "choose one from two" was illegal. It is worth noting that it is almost a routine action before the double 11 promotion for e-commerce companies to be interviewed by the government authorities. On November 1, in Shanghai and Beijing, the local State Administrations for Market Regulation conducted interviews and administrative guidance for some key e-commerce companies.

**Ali, JD.com, and Pinduoduo expressed their opinions on the "choose one from two."**

At the symposium on November 5, the State Administration for Market Regulation pointed out that the top problem in recent online business activities was as follows: "Platform competition had intensified, and the problem of "choose one from two" was prominent, which had aroused the attention of all parties." It was pointed out in the conference that the "choose one from two" and "exclusive transactions" in the Internet field were definitely prohibited by the electronic commerce law; in addition, they also violated the "anti-monopoly law," "anti-unfair competition law," and other laws and regulations. They not only undermined the fair competition order, but also damaged the rights and interests of consumers. LIANG Aifu, director of the Internet Transaction Supervision and Management Department of the State Administration for Market Regulation, said: the State Administration for Market Regulation was going to conduct

an anti-monopoly investigation in accordance with the law against the "choose one from two" that has been strongly opposed by all the parties.

Relevant persons in charge of those mainstream e-commerce platform companies made a statement on the "choose one from two" at the conference.

The relevant person in charge of JD.com said that JD resolutely resists the "choose from two" and would never restrict merchants from doing promotional activities on other platforms. The relevant person in charge of Pinduoduo said that they had experienced the pressure of "choose one from two."

The relevant person in charge of Alibaba said: "because of the scale effect, we cooperate with good merchants to provide consumers with the best consumption experience and the lowest price. At the same time, the platform provides these merchants with the best traffic resources, thereby forming a pattern of multiple benefits. However, there are always some competitors who maliciously elaborate on this exclusive cooperation model, which is a malicious hype."

The issue of "choose one from two" has a long history; it has lasted for several years.

On November 5, a reporter from The Paper learned that two major e-commerce companies, Pinduoduo and Vipshop, applied to the Beijing High Court, requesting to join the lawsuit as third parties. This also means that the three major e-commerce companies, JD.com, Pinduoduo, and Vipshop, have joined forces with the intention of "besieging" the Tmall at the judicial level over the "choose one from two" dispute.

CAO Lei, director of the e-commerce research center of Netease, believes that the statement of the State Administration for Market Regulation has interpreted the action of "choose one from two" at the regulatory level. Next, regulators need to focus on the threat of "technological violence" on the platform. "In recent years, we have noticed that due to the increasingly fierce competition in the online e-commerce industry, some e-commerce platforms have begun to use technical threats to force or induce merchants to "stand in the right line" and "choose one from two." Such technical threats are difficult to be directly exposed."

**Online drug shopping chaos and personal information protection are highlighted**

At the symposium on November 5, online drug shopping chaos was also highlighted by the State Administration for Market Regulation -- It was pointed out that the problems of unqualified drug sales online, illegal sales of imported drugs, illegal sales of prescription drugs, banned drugs, and counterfeit drugs were very serious.

In the past two years, the supervision and regulation of online sales of prescription drugs has attracted attention. The media have also successively reported that there are many irregular sales actions in online drug sales: prescription drugs can be bought online without a prescription and prescription drugs are also included in those discount promotions such as "discount being available only when a total purchase reaches a certain amount." In April this year, the Drug Administration Law (Draft Amendment) was submitted to the Standing Committee of the 13th National People's Congress for deliberation for the second time. It is proposed to prohibit direct sales of prescription drugs through third-party platforms for drug online sales. This issue has caused heated debate.

In the process of online shopping, the problems related to the collection and protection of personal information are also serious. The State Administration for Market Regulation pointed out that there had been repeated incidents of illegal collection, use, leakage and theft of personal information in online transaction activities.

In June this year, the State Administration for Market Regulation and a few other departments issued the 2019 Special Action Plan for Internet Market Supervision (the Net Sword Action). It was pointed out in the plan that the actions of collection and use of personal information without consent, excessive collection or disclosure, illegal sale, illegal provision of personal information to others, etc. must be seriously investigated and dealt with; in addition the administration would investigate and deal with those online platforms that fail to fulfill their obligations to protect personal information or even provide support and help for cybercrimes.

After raising the problems existing in online business activities, the State Administration for Market Regulation put forward six requirements to the online promotion platforms.

1. The participants in online promotion activities must strictly abide by relevant laws and regulations, take the initiative to perform their obligations, and operate in compliance with laws and regulations.

2. The platforms must strictly implement the basic obligations including subject review and information disclosure, and strictly review qualifications.

3. The platforms must actively implement platform governance obligations and perform statutory responsibilities.

4. The platforms should urge promotion operators to consciously perform their promotional obligations, abide by legal provisions such as "return without reason within seven

days," and must not violate the legitimate rights and interests of consumers by means of providing certain standard terms.

5. The platforms must compete in a fair and orderly manner, and must not damage the business reputation of competitors, and must not restrict or exclude other operators from conducting promotional activities.

6. The platforms should take necessary technical means to ensure the normal operation of the platforms, and are forbidden to violate the principles of legality, legitimacy and necessity to collect and use the personal information of consumers.

It was requested in the conference that local market supervision departments should implement their territorial supervision responsibilities and do a good job in monitoring and supervision during the centralized promotion activities. It is necessary to give full play to the role of the departmental cooperation mechanism, and to urge online trading platforms to implement legal responsibilities by means of administrative warnings, joint symposiums and interviews, etc. It is necessary to strengthen publicity and guidance, urge the organizers and operators of centralized online promotions to carry out the centralized promotions in compliance with laws and regulations, promptly handle public opinion on key online transactions, and warn against illegal acts. In addition, it is necessary to strengthen market price supervision, timely accept and handle consumer complaints and reports.

# 市场监管总局反垄断调查"二选一"：阿里、京东、拼多多表态

澎湃新闻见习记者 吴雨欣

2019-11-05 19:47 来源：澎湃新闻

字号

国家市场监管总局双 11 前"铁腕"出手，公开点名"二选一"违法。

11 月 5 日，国家市场监管总局在杭州召开"规范网络经营活动行政指导座谈会"，召集京东、快手、美团、拼多多、苏宁、阿里巴巴、云集、唯品会、1 药网等 20 多家平台企业参会，指出近期网络经营活动中存在的突出问题，特别是网络集中促销活动中易发高发的问题，并对规范网络经营活动提出具体要求，点名"二选一"违法。

值得关注的是，电商企业被集中约谈已是双 11 大促前的常规动作。11 月 1 日，在上海、北京两地，当地的市场监管总局已对一些重点电商企业进行约谈和行政指导。

**阿里、京东、拼多多表态"二选一"**

在 11 月 5 日的座谈会上，国家市场监管总局指出，近期网络经营活动中存在的问题，排在首位的是"平台竞争加剧，'二选一'问题突出，引发各方关注"。会议指出，互联网领域 "二选一"、"独家交易"行为是《电子商务法》明确规定禁止的行为，同时也违反《反垄断法》《反不正当竞争法》等法律法规规定，既破坏了公平竞争秩序，又损害了消费者权益。国家市场监管总局网络交易监督管理司司长梁艾福表示，国家市场监管总局将对各方反映强烈的 "二选一"依法开展反垄断调查。

主流电商平台企业相关负责人在会上对"二选一"做出表态。

京东相关负责人表示坚决抵制"二选一"，绝不限制商家在其他平台做促销活动。拼多多相关负责人称遭遇"二选一"压力。

阿里巴巴相关负责人则表示："因为规模效应，我们与优秀商家合作，给消费者提供最优的消费体验、最低的价格，同时平台向这些商家提供最好的流量资源，形成多方

受益的格局。但总有一些竞争对手对这种独家合作模式进行恶意阐述，这是一种恶意炒作。"

关于"二选一"的江湖恩怨由来已久，已持续数年。

11 月 5 日，澎湃新闻记者获悉，拼多多、唯品会两大电商向北京高院提出申请，请求以第三人身份加入诉讼。这也意味着，三大电商京东、拼多多、唯品会联手，意图就"二选一"争议在司法层面上"围攻"天猫。

网经社电子商务研究中心主任曹磊认为，市场监管总局的表态是从监管层面对"二选一"的行为做出了解释，接下来，监管部门需要重点关注平台"技术暴力"的威胁手段。"近年以来，我们注意到，由于线上电商行业竞争日趋激烈，有电商平台已经开始采用技术威胁手段，逼迫或暗示商家'站队'、进行'二选一'，这样的技术威胁手段很难被直接曝光。"

**网络药品乱象、个人信息保护被重点提及**

在 11 月 5 日的座谈会上，网络药品乱象也被国家市场监管总局重点提及——指出网上无资质售药，非法销售进口药品，违规销售处方药、禁用药、假药等问题比较突出。

近两年，网售处方药监管与规范问题受到关注，媒体也相继报道了网络售药存在诸多不规范销售行为：无处方可买处方药、处方药也搞"满减促销"。今年 4 月，药品管理法（修订草案）第二次提交十三届全国人大常委会审议，拟规定不得通过药品网络销售第三方平台直接销售处方药，引起热烈争论。

网购过程中，个人信息收集和保护等问题同样突出，国家市场监管总局指出，网络交易活动中屡次出现个人信息被违规收集、利用，以及泄露、窃取的事件。

今年 6 月，国家市场监管总局等多部门印发 2019 网络市场监管专项行动(网剑行动)方案。方案指出，严肃查处未经同意收集、使用、过度收集或泄露、非法出售、非法向他人提供个人信息行为，依法查处不履行个人信息保护义务、为网络违法犯罪提供支持帮助的网络平台。

在提出网络经营活动中存在的问题后，国家市场监管总局向网络促销平台提出六个方面的要求。

一是网络促销活动参与方要严格遵守相关法律规定，主动履行义务，依法合规经营。

二是平台要严格落实主体审核和信息公示等基本义务，严格审核资质资格。

三是平台要积极落实平台治理义务，履行法定责任。

四是平台要督促促销经营者自觉履行促销活动义务，遵守"七日无理由退货"等法律规定，不得利用格式条款侵害消费者合法权益。

五是平台要公平有序竞争，不得损害竞争对手商业信誉，不得限制、排斥其他经营者开展促销活动。

六是平台要采取必要的技术手段保障平台的正常运行，禁止违背合法、正当、必要的原则，收集、使用消费者个人信息。

会议要求，各地市场监管部门要落实属地监管责任，做好集中促销活动期间的监测监管工作；要充分发挥部门协作机制作用，采取行政告诫、联合座谈约谈等方式，督促网络交易平台落实法定责任；要加强宣传引导，督促网络集中促销组织者、经营者依法合规开展集中促销活动，及时处置重点网络交易舆情，警示违法行为；要加强市场价格监管，及时受理、处理消费者投诉举报。

# MORNINGSIDE

# TRANSLATION CERTIFICATION

Date: April 21, 2022

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the document received by this office. The translation was completed from:

- Chinese

To:

- English

The document is designated as:
- SAMR November 5, 2019 meeting with Alibaba Iron fist article

Sanam Bibi, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

_Sanam Bibi_

Signature of Sanam Bibi

CERT-07, 2020-JUN-26, V7