# EXHIBIT 5

[Ad]

**Director of the Department of Supervision and Administration of Online Trading of the State Administration for Market Regulation: Anti-Monopoly Investigation Will be Conducted on "Choose One of Two" According to the Law**

The Paper Reporter: Mei Lu    Correspondent: Yan Shen

November 5, 2019 16:41  Source: ThePaper.cn



The State Administration for Market Regulation Conducts Administrative Guidance Forum in Hangzhou on Regulating Online Operating Activities.

ThePaper.cn

Reporter: Mei Lu

Prior to "Double 11", the State Administration for Market Regulation held the "Administrative Guidance Forum on Regulating Online Operating Activities" on November 5 in Hangzhou, convening more than 20 e-commerce platform enterprises including Jingdong, Kwai, Meituan, Pinduoduo, Suning, Alibaba, Yunji, Vipshop, 111, Inc. to attend the seminar. Aifu Liang, Director of the Department of Supervision and Administration of Online Trading of the State Administration for Market Regulation, said that "Choose One of Two" and "exclusive trading" in the Internet field are clearly prohibited by the *Electronic Commerce Law* and also violate the *Anti-Monopoly Law* and the *Anti-Unfair Competition Law*. The State Administration for Market Regulation will carry out, in accordance with the law, anti-monopoly investigations into the "Choose One of Two" behaviors, against which many people have complained.

During the forum, Jingdong, Pinduoduo, Alibaba and other e-commerce platforms gave speeches respectively. The person in charge of Jingdong said Jingdong resolutely resisted "Choose One of Two" and never restricted merchants from doing promotional activities on other platforms. The person in charge of Pinduoduo said Pinduoduo was under the pressure from "Choose One of Two".

"Choose One of Two" generally means that the platform requires merchants to enter into an exclusive agreement with the platform, or through other methods make the merchants

objectively choose only one platform for cooperation and operation.

The person in charge of Alibaba did not explicitly mention "Choose One of Two". She said: "Because of the scaling effect, we cooperate with outstanding merchants to provide consumers with the best consumer experience and the lowest prices, while the platform provides these merchants with the best traffic resources, forming a pattern that benefits multiple parties. However, some competitors still slander the exclusive partnership model. Such behavior is a malicious hype."

After the speeches by the enterprises, Aifu Liang, Director of the Department of Supervision and Administration of Online Trading of the State Administration for Market Regulation, and Lefu Xu, Deputy Director of the Anti-monopoly Bureau, gave speeches respectively. "'Choose One of Two' and 'exclusive trading' in the Internet field are clearly prohibited by the *Electronic Commerce Law* and also violate the *Anti-Monopoly Law* and the *Anti-Unfair Competition Law*. Both conducts undermine the order of fair competition and damage consumer rights and interests." Aifu Liang said that the State Administration will pay close attention to the relevant behaviors and will carry out anti-monopoly investigations on "Choose One of Two" (against which many people complained) in accordance with the law to create a fair and orderly market environment.

In addition, the State Administration for Market Regulation also pointed out some prominent issues in recent online business, including the sales of counterfeit and shoddy products, drug sales chaos, and misleading consumers with false discounts during centralized promotions. The forum stressed that all participants should jointly follow the principles of law compliance, fair competition and equal rights and responsibilities, strictly abide by laws and regulations such as the *Electronic Commerce Law*, and shall never resort

to unscrupulous means to gain popularity, take advantage of grey areas, and blindly pursuit traffic volume and sales.

At the same time, the forum put forth requirements for e-commerce operators to carry out centralized online promotional activities: Participants shall strictly comply with relevant laws, take the initiative to fulfill obligations and conduct compliance operations. Platforms shall strictly fulfill basic obligations such as entity audit and information disclosure, and strictly review qualifications. Platforms shall actively implement platform governance obligations and fulfill their legal responsibilities, supervise promotional operators to fulfill their obligations in promotional activities and comply with legal provisions such as "seven-day return with no reason asked", and shall not use template clauses to harm the legitimate rights and interests of consumers. Platforms shall compete in a fair and orderly manner, and shall not damage the business reputation of competitors and shall not restrict or exclude other operators from carrying out promotional activities. Additionally, platforms shall adopt necessary technical means to ensure normal operations, and shall prohibit the collection and use of consumers' personal information should such activities are in violation of the principles of lawfulness, propriety and necessity.

Editor in charge: Jun Zhang

[Ad]

下载APP

长三角政商

# 国家市监总局网监司司长：将对"二选一"依法开展反垄断调查

澎湃新闻记者 陆玫 通讯员 沈雁

2019-11-05 16:41  来源：澎湃新闻

下载APP



国家市场监督管理总局在杭州进行规范网络经营活动行政指导座谈 澎湃新闻记者 陆玫 图

"双11"前夕，国家市场监管总局11月5日在杭州召开"规范网络经营活动行政指导座谈会"，召集京东、快手、美团、拼多多、苏宁、阿里巴巴、云

下载APP

企业参会。国家市场监管总局网络交易监督管理司司长梁艾福表示，互联网领域的"二选一"、"独家交易"是《电子商务法》明确禁止的行为，也违反《反垄断法》、《反不正当竞争法》，国家市场监管总局将对各方反映强烈的"二选一"依法开展反垄断调查。

座谈会上，京东、拼多多、阿里等电商平台先后发言。京东相关负责人表示坚决抵制"二选一"，绝不限制商家在其他平台做促销活动。拼多多相关负责人称遭遇"二选一"压力。

"二选一"，一般指平台要求商家与自己签订独家协议，或以其他方式使得商

下载APP

经营。

阿里巴巴相关负责人没有明确提及"二选一"。她表示："因为规模效应，我们与优秀商家合作，给消费者提供最优的消费体验、最低的价格，同时平台向这些商家提供最好的流量资源，形成多方受益的格局。但总有一些竞争对手对这种独家合作模式进行恶意阐述，这是一种恶意炒作。"

企业发言后，国家市场监管总局网监司司长梁艾福、反垄断局副局长徐乐夫等讲话。"互联网领域的'二选一'、'独家交易'是《电子商务法》明确禁止的行为，也违反《反垄断

下载APP

平竞争秩序，又损害消费者权益。"梁艾福表示，总局将密切关注相关行为，对各方反映强烈的"二选一"依法开展反垄断调查，营造公平有序的市场环境。

此外，市监总局还指出近期网络经营中存在的一些突出问题，包括销售假冒伪劣商品、药品销售乱象、集中促销中以虚假折扣误导消费者等。会议强调，所有从业者要共同遵循守法合规、公平竞争、权责相当的原则，严格遵守《电子商务法》等法律法规，绝不能不择手段博眼球、打擦边球，片面追求流量和销量。

各

集中促销活动提出要求：参与方要严格遵守相关法律规定，主动履行义务，依法合规经营；平台严格落实主体审核和信息公示等基本义务，严格审核资质资格；平台积极落实平台治理义务，履行法定责任；平台要督促促销经营者履行促销活动义务，遵守"七日无理由退货"等法律规定，不得利用格式条款侵害消费者合法权益；平台要公平有序竞争，不得损害竞争对手商业信誉，不得限制、排斥其他经营者开展促销活动；平台要采取必要的技术手段保障平台正常运行，禁止违背合法、正当、必要的原则收集、使用消费者个人信息。

责任编辑：张军

下载APP

## 相关推荐



温州一社区防疫人员被闯卡汽车拖行数米，司机已被行拘

长三角政商　8小时前



消费者从沙拉中吃出塑料膜，法院判餐厅按沙拉菜价十倍赔偿

长三角政商　9小时前



十余人盗挖汉墓空手而归也被判刑，一主犯拒认罪获刑11年

长三角政商　9小时前　40评



南京多地现流浪猴，救护中心：未确定是否为同一只，捕捉较难

长三角政商　10小时前

下载APP

# 24小时最热



**00:20**

## 东航失事飞机MU5735黑匣子已找到一个

直击现场　8小时前　712评



## 已找到的东航失事飞机黑匣子破损严重，不确定是数据还是语音

直击现场　8小时前　84评



## 邬惊雷：上海缩小包围圈再开展一次核酸筛查，希望大家不信谣、不传谣

浦江头条　15小时前　144评



## 直击东航客机坠毁事故现场：只要有一丝希望就全力以赴

直击现场　18小时前　241评

多次呼叫机组为何未收到回

下载APP

 中国政库　14小时前　138评

关于澎湃　|　联系我们　|　版权声明　|　澎湃广告

©2014~2022 上海东方报业有限公司

沪ICP证：沪B2-20170116 | 沪ICP备14003370号

互联网新闻信息服务许可证：31120170006

沪公网安备 31010602000299号

# DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )    Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of ***<u>Director of the Department of Supervision and Administration of Online Trading of the State Administration for Market Regulation: Anti-Monopoly Investigation Will be Conducted on "Choose One of Two" According to the Law,</u>*** **Source: ThePaper.cn**

## Specific Description of the Document

***<u>Director of the Department of Supervision and Administration of Online Trading of the State Administration for Market Regulation: Anti-Monopoly Investigation Will be Conducted on "Choose One of Two" According to the Law,</u>***
**<u>Source: ThePaper.cn</u>**

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>6th of April 2022</u> in <u>Los Angeles</u>, California.

<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators



_____
Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com