# EXHIBIT 6

20 Internet platform companies make a joint commitment: maintain a good market order and promote the healthy development of the industry



Oriental Fortune Network

Release time: 2020-07-17 17:50, the official account of the Oriental Fortune Network, high-quality creators in the field of finance and economics

Follow

**COMMITMENT**

The Commitment of Internet Platform Enterprises on Maintaining a Good Market Order and Promoting the Healthy Development of the Industry

In order to continuously optimize the business environment, promote the sustainable and healthy development of the platform economy, protect the legitimate rights and interests of consumers and all parties involved in the platform economy, and maintain a good consumption environment and fair competition order in the Internet field, we have fully negotiated the issue and now solemnly make the following commitments to the society:

1. Comply with the laws and regulations, and promote the orderly development of the industry. We should abide by laws and regulations, and abide by social ethics and business ethics. We should be honest and trustworthy, compete fairly, conscientiously perform our legal obligations, and earnestly implement our legal responsibilities. We should take the initiative to assume more social and moral responsibilities, and jointly maintain a good order of the Internet market.

2. Adhere to the principle of mutual benefit to achieve common development. We should abide by the basic principles of voluntariness, equality, fairness, honesty, and credit, respect the independent rights of platform operators, and do not force platform operators to conduct "exclusive cooperation," "exclusive authorization," and should not impose any unreasonable restrictions or make any unreasonable requirements on the selections of platforms by the operators.

3. Participate in market competition fairly to maintain a good competition order. We should not use technical means to influence users' choices, or otherwise obstruct or undermine other operators' legitimately provided network products or normal services. We do not fabricate or spread false information or misleading information to damage the business reputation of competitors and the reputation of their products.

4. Implement platform responsibilities to strengthen platform governance. For each operator on the platform, if they have any of the following behaviors: engaging in business activities without obtaining necessary licenses, selling counterfeit or inferior products, providing false propaganda, misleading consumers with improper prices and actions, and excluding or limiting consumer rights, etc. through contractual terms, etc., we should conduct strict screening

and effective governance. We should conscientiously implement the relevant provisions on returning goods without reason within seven days. We should effectively protect the rights and interests of consumers. We should strengthen the protection of intellectual property rights and establish rules for the protection of intellectual property rights. We should take necessary measures for infringements of intellectual property rights, and actively assist the law enforcement departments to investigate and deal with the violations.

5. Stick to the right values. We should strengthen the self-control of the enterprise, abide by the moral norms of the society, and consciously establish a good business value. The employees of the enterprises should be trained in relevant laws, such as "the electronic business law," "the anti-monopoly law," and "the anti-unfair competition law." We should strengthen the management of the enterprises. We will never condone the direct or indirect participation of any personnel in unfair competition.

6. Strengthen communication and coordination. We should safeguard our rights and interests in accordance with the law. Once we find clues about suspected violations of laws and regulations, we must promptly report then to government supervision departments through proper channels and actively cooperate with investigation and handling, or take litigation and other methods to protect our rights and interests.

We must implement the above commitments, consciously accept the supervision of the society and the public, and jointly create a safer, more secure, fair and orderly online market environment.

Recently, the State Administration for Market Regulation held a conference on "Maintaining the Good Market Order of the Platform Economy and Promoting the Healthy Development of the Industry." A total of 20 representatives of major domestic Internet platform enterprises, including Baidu, JD.com, Kuaishou, Qihoo 360, Sogou, Meituan, 58.com, Sina Weibo, ByteDance, Gome, Ctrip, Pinduoduo, Xiaohongshu, Suning.com, Alibaba, Yunji, Mogujie, Beibei Beiwang, Vipshop, and Tencent, signed the "Commitment of Internet Platform Enterprises on Maintaining a Good Market Order and Promoting the Healthy Development of the Industry" at the meeting. These companies promised to the society that they will operate in compliance with laws and regulations, adhere to mutual benefit and win-win principles,

participate in market competition fairly, strengthen platform governance, strengthen corporate management, and strengthen communication and coordination.

The conference was a virtual meeting. The State Administration for Market Regulation was the main conference venue, and there were branch venues in Shanghai, Jiangsu, Zhejiang, Guangdong and Shenzhen. The companies talked about the current development of the Internet industry and the problems existing in industry competition, and reached a consensus on maintaining a fair competition order and promoting the healthy development of the industry. QIN Yizhi, the deputy director (minister level) of the State Administration for Market Regulation, attended the conference and delivered a speech at the main venue. Personnel from relevant departments and bureaus of the Administration, as well as relevant persons of the market supervision bureaus of Beijing, Shanghai, Jiangsu, Zhejiang, Guangdong and Shenzhen attended the reference,

In his speech, QIN Yizhi affirmed the positive contribution made by the platform economy in the overall promotion of epidemic prevention and control and economic and social development. He congratulated the platform enterprises for their new development achievements under the dual pressure of economic downturn and epidemic prevention and control. He also pointed out the problems of unfair competition in the development of the platform economy, which may damage the rights and interests of consumers and social public interests. He hoped that all platform enterprises would thoroughly study and implement the spirit of General Secretary XI Jinping's series of important speeches on the Internet, implement the decisions and deployments of the Party Central Committee and the State Council on the development of the Internet economy, strictly regulate company actions to be an example of fair competition, strictly abide by the laws and regulations, implement the platform's legal responsibilities, actively establish industry conventions, improve governance capabilities, take the initiative to assume social responsibilities, consciously serve the overall object of development, turn consensus into actions, and implement commitments, so as to jointly promote the stable, sustainable and healthy development of the Internet economy.

Representatives of participating platform enterprises said as follows: through industry conventions, it was a more efficient and feasible way to give full play to the self-discipline of platform enterprises to regulate industry order and prevent disorder in the Internet market; this was also a concrete manifestation of social co-governance. Under the current situation, the State

Administration for Market Regulation advocated that all platforms make commitments. Platform enterprises would abide by their commitments, operate in compliance, fully support the supervision and law enforcement work of market supervision departments, and accept social supervision, so as to jointly create a healthy industry competition environment and promote the sustainable and healthy development of the platform economy. The State Administration for Market Regulation promoted the supervision of platform enterprises to fulfill their commitments, urged the companies to implement the content of the commitments, and at the same time, adhere to the bottom-line thinking, and punish violations of laws such as "the anti-monopoly law," "the anti-unfair competition law," and "the electronic business law." Violations of laws and regulations would be investigated and punished in accordance with the law to maintain a good order in the industry.

(Source: The State Administration for Market Regulation)

# 20 家互联网平台企业共同承诺：维护良好市场秩序促进行业健康发展



**东方财富网**

发布时间: 2020-07-17 17:50 东方财富网官方帐号,优质财经领域创作者

关注

承　诺　书

互联网平台企业关于维护良好市场秩序
促进行业健康发展的承诺

为持续优化营商环境，推动平台经济持续健康发展，保障广大消费者、平台经济各方主体合法权益，维护互联网领域良好消费环境和公平竞争秩序，我们经充分协商，郑重向社会作出以下承诺：

一、依法合规，促进行业有序发展。遵守法律法规，恪守社会公德和商业道德，诚实守信、公平竞争，认真履行法定义务，切实落实法定责任，主动承担起更多社会责任、道德责任，共同维护网络市场良好秩序。

二、坚持互利共赢，实现共同发展。遵循自愿、平等、公平、诚实信用的基本原则，尊重平台内经营者的自主选择权，不强制要求平台内经营者进行"独家合作""独家授权"，不对平台内经营者的选择平台行为实施不合理限制或者附加不合理条件。

三、公平参与市场竞争，维护良好竞争秩序。不利用技术手段，通过影响用户选择或者其他方式，实施妨碍、破坏其他经营

者合法提供的网络产品或者服务正常运行的行为。不编造、传播虚假信息或者误导性信息，损害竞争对手的商业信誉、商品声誉。

四、落实平台责任，强化平台治理。对平台内经营者未取得相关行政许可从事经营活动、销售假冒伪劣商品、刷单炒信、虚假宣传、以不正当价格行为误导消费者、通过合同格式条款排除或限制消费者权利等行为，依法进行严格规范和有效治理。认真落实七日无理由退货有关规定，切实保护消费者权益。强化知识产权保护，建立知识产权保护规则，对发现的侵犯知识产权行为采取必要措施，并积极协助执法部门查处侵权行为。

五、坚持正确价值观，加强企业自治。遵守社会道德规范，自觉树立企业良好经营价值观。对企业员工开展《电子商务法》《反垄断法》《反不正当竞争法》等相关法律培训；加强企业内部管理，决不纵容企业内部人员直接或间接参与不当竞争行为。

六、加强沟通协调，依法维护自身利益。当发现涉嫌违法违规行为线索时，通过正当途径及时向政府监管部门举报，并积极配合调查处理，或采取诉讼等方式维护自身权益。

我们将践行以上承诺，自觉接受社会公众监督，共同营造更加安全放心、公平有序的网络市场环境。

近日，市场监管总局召开"维护平台经济良好市场秩序促进行业健康发展"座谈会，百度、京东、快手、奇虎360、搜狗、美团、58同城、新浪微博、字节跳动、国美、携程、拼多多、小红书、苏宁易购、阿里巴巴、云集、蘑菇街、贝贝网、唯品会、腾讯共20家国内主要互联网平台企业代表在会上签署了《互联网平台企业关于维护良好市场秩序促进行业健康发展的承诺》，向社会郑重承诺将依法合规经营、坚持互利共赢、公平参与市场竞争、强化平台治理、加强企业自治、加强沟通协调。

会议以视频方式进行，市场监管总局设主会场，上海、江苏、浙江、广东、深圳设分会场。会议围绕当前互联网行业的发展情况、行业竞争存在的问题充分交流沟通，在维护公平竞争秩序、促进行业健康发展方面形成共识。市场监管总局副局长(正部长级)秦宜智在主会场出席会议并讲话。总局相关司局以及北京、上海、江苏、浙江、广东及深圳市场监管局相关负责同志出席会议。

秦宜智在讲话中肯定平台经济在统筹推进疫情防控和经济社会发展工作中作出的积极贡献，祝贺平台企业在经济下行和疫情防控双重压力下取得新的发展成绩，同时也指出平台经济发展中出现的不正当竞争行为、损害消费者权益和社会公共利益等问题。他希望各家

平台企业深入学习贯彻习近平总书记关于互联网系列重要讲话精神，贯彻落实党中央、国务院关于互联网经济发展的各项决策部署，严格规范自身行为、争当公平竞争榜样，严格遵守法律规定、落实平台法律责任，积极建立行业公约、提升自身治理能力，主动担当社会责任、自觉服务发展大局，把共识化为行动，将承诺践行到底，共同推动互联网经济行稳致远、健康发展。

与会平台企业代表均表示，通过行业公约，充分发挥平台企业自律作用来规范行业秩序、防止互联网市场失序，是更为高效和可行的方式，也是社会共治的具体体现，在当前形势下，市场监管总局倡导各平台作出承诺，是立足行业实际、发挥企业主动性和社会监督作用的积极措施，平台企业将恪守承诺，合规经营，全力支持市场监管部门的监管执法工作，接受社会监督，共同营造良性健康的行业竞争环境，推动平台经济持续健康发展。市场监管部门将加强对平台企业履行承诺的监督工作，督促企业践行承诺书的内容，同时，坚持底线思维，对违反《反垄断法》《反不正当竞争法》《电子商务法》等法律法规的违法行为，依法进行查处，维护行业良好秩序。

（文章来源：市场监管总局）

MORNINGSIDE

# TRANSLATION CERTIFICATION

Date: April 14, 2022

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- **Chinese**

To:

- **English**

The documents are designated as:

- **SAMR November 5, 2019 meeting with Alibaba Iron fist article**
- **2020.07.17 - BABA (Baidu) 20家互联网平台企业共同承诺**

Taylor Liff, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Taylor Liff