# EXHIBIT 7

# Administrative Guidance Letter of the State Administration for Market Regulation

G.S.J.X.Z.F.L. [2021] No. 1

Alibaba Group Holding Limited,

We have investigated your company's abuse of dominant market position in accordance with the Anti-monopoly Law of the People's Republic of China (hereinafter referred to as the "Anti-monopoly Law") and made a decision of administrative penalty according to the law. According to the principle of combining punishment with education stated in the Law of the People's Republic of China on Administrative Penalty and based on the problems discovered during our investigation, we now put forward the following administrative guidance for your company to follow. Please comprehensively rectify the problems according to the guidance, operate in compliance with the law, and establish a sound long-term mechanism for fair market competition.

### 1. Comprehensively Standardize Your Company's Competitive Behavior

1. Your company should immediately carry out a comprehensive and in-depth self-examination against the Anti-monopoly Law and inspect and standardize your company's business practices.

2. Your company should declare the concentration of business operators that meet the declaration thresholds stipulated in the Provisions of the State Council on Declaration Thresholds for Concentrations of Business Operators according to the law, and should not unlawfully implement the concentration of business operators that has or may have the effect of excluding or restricting competition.

3. Your company should not take advantage of technical means, platform rules, data, or algorithms, implement monopoly agreements, or abuse your company's dominant market position to exclude or restrict market competition.

### 2. Strictly Implement Platform Enterprise Responsibility

4. Your company should strengthen the internal ecological governance of the platform, continuously improve the service agreement, platform operation, resource management, traffic distribution, and other transaction rules, set search, sorting, and other algorithms in an objective and neutral manner, use data resources fairly and impartially, effectively improve the openness and transparency of platform governance rules, and protect personal information and privacy according to law.

5.  Your company should cooperate with operators on the platform in accordance with the principle of fairness, reasonableness, and non-discrimination, and should not charge unfair and high service fees from operators on the platform, impose unreasonable restrictions or attach unreasonable transaction conditions on operators on the platform or treat them in a discriminatory manner.

6. Your company should establish an external platform enterprise evaluation mechanism for consumers, platform users, and social experts, consciously accept social supervision, and continuously improve the internal governance rules of the platform.

### 3. Improve Internal Compliance Control System

7.  Your company should establish and effectively implement an antitrust compliance system, clarify compliance management requirements and processes, and improve internal mechanisms such as compliance consulting, compliance inspection, compliance reporting, and compliance assessment.

8.  Your company should regularly conduct compliance training for company executives and staff to enhance antitrust compliance awareness and improve compliance capabilities.

9.  Your company should establish a system for reporting regularly to regulators on compliance and consciously maintain a fair and competitive market order.

### 4. Protect the Legitimate Rights and Interests of Operators on the Platform and Consumers

10.  Your company should provide operators on the platform and consumers with comprehensive, truthful, accurate, and timely transaction information in accordance with the law and fully safeguard operators' and consumers' right to be informed, right to fair trade, and right to free choice.

11.  Your company should establish and unblock channels for submitting complaints and reports, improve the complaint handling system and online dispute resolution mechanism, formulate and publicize dispute resolution rules, and timely and effectively handle feedback from operators on the platform and consumers.

12.   Your company should promptly publicize the punishment information if your company takes punitive measures, such as search downgrading, removal of goods, and service suspension, against operators.

13.   Your company should establish a regular analysis and research system for competition issues reported by various parties, strengthen communication with the regulators, and improve the internal system rules in a timely manner.

## 5. Actively Maintain Fair Competition to Promote Innovative Development

14.   Your company should increase the opening of data and payment, application, and other resource ports within the platform according to the law, fully respect the user's right to choose, promote cross-platform interconnection and interoperability, and should not refuse transactions without valid reasons.

15.   Your company should take the lead in strengthening industry self-discipline and actively carry out healthy competition through technological innovation, quality improvement, service enhancement, and model innovation to achieve innovative development.

16.   Your company should adhere to the principle of inclusion and sharing, provide convenient and high-quality services for operators on the platform, especially small and medium-sized businesses, and promote the coordinated development of the platform economy and the real economy.

Please formulate a rectification plan with clear rectification tasks and the deadline for completion in accordance with the above requirements and report to us by April 30. Your company should also, within three years from the date of receiving this guidance letter, submit a self-examination compliance report to us by December 31 of each year. At the same time, it is recommended that your company take the initiative to disclose your company's compliance situation to the public and accept social supervision.

State Administration for Market Regulation

April 6, 2021

3

# 国家市场监督管理总局
# 行政指导书

国市监行指反垄〔2021〕1 号

阿里巴巴集团控股有限公司：

本机关依据《中华人民共和国反垄断法》（以下简称《反垄断法》），对你公司滥用市场支配地位行为进行了调查，并依法作出行政处罚决定。根据《中华人民共和国行政处罚法》坚持处罚与教育相结合的原则，结合调查中发现的问题，现提出行政指导意见，请你公司根据指导意见进行全面整改，依法合规经营，建立健全公平参与市场竞争的长效机制。

**一、全面规范自身竞争行为**

1. 立即对照《反垄断法》开展全面深入自查，检视并规范自身经营行为。

2. 依法申报达到《国务院关于经营者集中申报标准的规定》规定申报标准的经营者集中，不得违法实施具有或者可能具有排除、限制竞争效果的经营者集中。

3. 不得利用技术手段、平台规则和数据、算法等，实施垄断协议和滥用市场支配地位行为，排除、限制市场竞争。

**二、严格落实平台企业主体责任**

4. 强化平台内部生态治理，不断完善服务协议、平台运营、

资源管理、流量分配等交易规则，客观中立设定搜索、排序等算法，公平公正使用数据资源，切实提高平台治理规则的公开性和透明度，依法保护个人信息和隐私。

5. 按照公平合理无歧视的原则与平台内经营者开展合作，不得从事向平台内经营者收取不公平高价服务费、对平台内经营者施加不合理限制或者附加不合理交易条件、歧视性对待平台内经营者等行为。

6. 建立消费者、平台用户、社会专家等对平台企业的外部评价机制，自觉接受社会监督，不断完善平台内部治理规则。

## 三、完善企业内部合规控制制度

7. 建立并有效执行反垄断合规制度，明确合规管理要求和流程，完善合规咨询、合规检查、合规汇报、合规考核等内部机制。

8. 定期开展公司高管和工作人员合规培训，增强反垄断合规意识，提升合规能力。

9. 建立定期向监管部门报告合规情况制度，自觉维护公平竞争的市场秩序。

## 四、保护平台内经营者和消费者合法权益

10. 依法为平台内经营者和消费者提供全面、真实、准确、及时的交易信息，充分保障平台内经营者和消费者的知情权、公平交易权和自由选择权。

11. 建立并畅通投诉举报渠道，健全投诉处理制度和争议在线解决机制，制定并公示争议解决规则，及时、有效处理平台内

经营者和消费者的反映。

12. 对平台内经营者采取搜索降权、下架商品、暂停服务等惩罚性措施，应当及时予以公示。

13. 建立各方面反映集中的竞争问题定期分析研判制度，加强与监管部门沟通，及时完善内部制度规则。

**五、积极维护公平竞争促进创新发展**

14. 依法加大平台内数据和支付、应用等资源端口开放力度，充分尊重用户选择权，不得没有正当理由拒绝交易，促进跨平台互联互通和互操作。

15. 带头强化行业自律，积极通过技术革新、质量改进、服务提升、模式创新等开展良性竞争，实现创新发展。

16. 坚持包容共享原则，为平台内经营者特别是中小商家提供便捷优质的服务，促进平台经济和实体经济协同发展。

请你公司按照上述要求制定整改方案，明确整改任务和完成时限，于 4 月 30 日前报本机关，并自收到本指导书之日起 3 年内，每年 12 月 31 日前向本机关报送自查合规报告。同时，建议你公司主动向社会公开合规情况，接受社会监督。

市场监管总局

2021 年 4 月 6 日

**MORNINGSIDE**

# TRANSLATION CERTIFICATION

Date: February 23, 2022

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- **Chinese**

To:

- **English**

The documents are designated as:
- **April 2021 SAMR report**

Taylor Liff, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Taylor Liff