UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: ALIBABA GROUP HOLDING LTD.
SECURITIES LITIGATION

No.: 1:20-cv-09568-GBD-JW

---

### NOTICE OF ALIBABA DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Declaration of Stephen Blake, dated July 21, 2022; the exhibits attached thereto; and the accompanying Memorandum of Law, Defendants Alibaba Group Holding Limited, Daniel Yong Zhang, and Maggie Wei Wu, (together, the "Alibaba Defendants") will move this Court, before the Honorable George B. Daniels, United States District Court Judge, in Courtroom 11A, United Sates Courthouse, 500 Pearl Street, New York, NY 10007, for an order dismissing Plaintiffs' Consolidated Class Action Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: July 21, 2022            SIMPSON THACHER & BARTLETT LLP

By: */s/ Stephen P. Blake*
Jonathan K. Youngwood
jyoungwood@stblaw.com
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-3539

James G. Kreissman
jkreissman@stblaw.com
Stephen P. Blake
sblake@stblaw.com
Bo Bryan Jin (*pro hac vice*)
Bryan.jin@stblaw.com
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000

*Counsel for Defendants Alibaba Group Holding Limited, Daniel Yong Zhang, Maggie Wei Wu, and Jack Yun Ma*