**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | No.: 1:20-cv-09568-GBD-JW |

### NOTICE OF DEFENDANT JACK YUN MA'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Declaration of Stephen Blake, dated July 21, 2022; the exhibits attached thereto; and the accompanying Memorandum of Law, Defendant Jack Yun Ma will move this Court, before the Honorable George B. Daniels, United States District Court Judge, in Courtroom 11A, United Sates Courthouse, 500 Pearl Street, New York, NY 10007, for an order dismissing Plaintiffs' Consolidated Class Action Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

Dated: July 21, 2022

SIMPSON THACHER & BARTLETT LLP

By: */s/ Stephen P. Blake*
　　Jonathan K. Youngwood
　　jyoungwood@stblaw.com
　　425 Lexington Avenue
　　New York, New York  10017
　　Telephone: (212) 455-3539

　　James G. Kreissman
　　jkreissman@stblaw.com
　　Stephen P. Blake
　　sblake@stblaw.com
　　Bo Bryan Jin (*pro hac vice*)
　　Bryan.jin@stblaw.com
　　2475 Hanover Street
　　Palo Alto, California  94304
　　Telephone: (650) 251-5000

　　*Counsel for Defendants Alibaba Group Holding Limited, Daniel Yong Zhang, Maggie Wei Wu, and Jack Yun Ma*