**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | No.: 1:20-cv-09568-GBD-JW |

<u>**DECLARATION OF STEPHEN BLAKE**
**IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**
**PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**</u>

I, STEPHEN P. BLAKE, declare as follows:

1.      I am a member of the Bar of the State of New York and of this Court, and I am a partner at Simpson Thacher & Bartlett LLP, 2475 Hanover Street, Palo Alto, CA 94304, counsel for Defendants Alibaba Group Holding Limited, Daniel Yong Zhang, Maggie Wei Wu, and Jack Yun Ma in this action.  I have personal knowledge of all facts set forth herein and could testify competently to all of them if called to do so.  I make this declaration in support of Defendants' Motions to Dismiss Plaintiffs' Consolidated Class Action Complaint (the "Complaint").

2.      Annexed hereto as **Exhibit A** is a true and correct copy of excerpts of Alibaba Group Holding Limited's annual report for fiscal year 2020, filed with the Securities and Exchange Commission (the "SEC") on Form 20-F on July 9, 2020.  The Complaint references this document in paragraphs 10, 47, 48, 52, 57, 58, 60, 170, 178, 179, 249, 253, 255, 256, 258, 260, and 377.

3.      Annexed hereto as **Exhibit B** is a true and correct copy of a November 12, 2020 Bloomberg article authored by Shuli Ren, titled "*Why Is China Regulating Big Tech Now?*," and available at https://www.bloomberg.com/opinion/articles/2020-11-12/why-is-china-regulating-big-tech-now, with pagination added for the Court's convenience.  The Complaint references this document in paragraph 128 and footnote 69.

4.      Annexed hereto as **Exhibit C** is a true and correct copy of a November 10, 2020 Bloomberg news article authored by Zheping Huang and Coco Liu, titled "*China Clampdown on Big Tech Puts More Billionaires on Notice*," and available at https://www.bloomberg.com/news/articles/2020-11-10/china-turns-up-heat-on-internet-giants-with-new-antitrust-rules.  The Complaint references this document in paragraph 124 and footnote 67.

5.      Annexed hereto as **Exhibit D** is a true and correct copy of a December 22, 2020 Bloomberg news article authored by Lulu Yilun Chen and Coco Liu, titled "*How China Lost Patience With Jack Ma, Its Loudest Billionaire*," and available at https://www.bloomberg.com/news/features/2020-12-22/jack-ma-s-empire-in-crisis-after-china-halts-ant-group-ipo.  The Complaint references this document in paragraph 28 and footnote 7.

6.      Annexed hereto as **Exhibit E** is a true and correct copy of a December 23, 2020 New York Times news article authored by Raymond Zhong, titled "*With Alibaba Investigation, China Gets Tougher on Tech*," and available at https://www.nytimes.com/2020/12/23/business/alibaba-antitrust-jack-ma.html.  The Complaint references this document in footnote 9.

7.      Annexed hereto as **Exhibit F** is a true and correct copy of a December 29, 2020 Wall Street Journal news article authored by Lingling Wei, titled "*China Eyes Shrinking Jack Ma's Business Empire*," and available at https://www.wsj.com/articles/china-eyes-shrinking-jack-mas-business-empire-11609260092, with pagination added for the Court's convenience. The Complaint references this document in paragraph 241 and footnote 125.

8.      Annexed hereto as **Exhibit G** is a true and correct copy of a March 14, 2022 Forbes news article by Jonathan Ponciano, titled "*Chinese Stock Crash: U.S. Losses Top $1.1*

*Trillion As Beijing's Russia Ties Spark Investor Concerns*," and available at

https://www.forbes.com/sites/jonathanponciano/2022/03/14/chinese-stock-crash-us-losses-top-11-trillion-as-beijings-russia-ties-spark-investor-concerns/?sh=16ed17e33554, with pagination

added for the Court's convenience.

9.      Annexed hereto as **Exhibits H1 to H10** are true and correct copies of stock price

and market capitalization data for the ten largest U.S.-listed Chinese companies by market

capitalization,[1] obtained from Bloomberg.  Each of these exhibits contains the closing stock price

(in U.S. dollars) and market capitalization (in million U.S. dollars) for one of the ten companies

on a daily basis for (i) a two-week window around the date of their highest stock price since the

start of the COVID-19 pandemic in January 2020, and (ii) a two-week window around March 14,

2022, the date of the article attached as Exhibit G.  Based on the publicly available data shown in

Exhibits H1 to H10, the ten largest Chinese companies trading in the United States have lost

approximately US$1.2 trillion in market value between their respective all-time highs during the

pandemic and March 14, 2020.

> a.  Exhibit H1 contains the daily stock prices and market capitalization values of
>     Alibaba (ticker symbol "BABA") for the period of November 17, 2020 to
>     December 1, 2020 and the period of March 7, 2022 to March 21, 2022.
>
> b.  Exhibit H2 contains the daily stock prices and market capitalization values of
>     PetroChina Company Limited (ticker symbol "PTR") for the period of
>     February 2, 2022 to March 21, 2022.

---

[1] *See* U.S.-China Economic and Security Review Commission, "*Chinese Companies Listed on Major U.S. Stock Exchanges*," https://www.uscc.gov/sites/default/files/2022-03/Chinese_Companies_on_US_Stock_Exchanges.pdf (table of Chinese Companies listed on U.S. Stock exchanges ranked by size of market capitalization).

c. Exhibit H3 contains the daily stock prices and market capitalization values of China Life Insurance Company Limited (ticker symbol "LFC") for the period of January 6, 2020 to January 20, 2020 and the period of March 7, 2022 to March 21, 2022.

d. Exhibit H4 contains the daily stock prices and market capitalization values of JD.com, Inc. (ticker symbol "JD") for the period of February 10, 2021 to February 24, 2021 and the period of March 7, 2022 to March 21, 2022.

e. Exhibit H5 contains the daily stock prices and market capitalization values of China Petroleum & Chemical Corporation (ticker symbol "SNP") for the period of December 30, 2019 to January 13, 2020 and the period of March 7, 2022 to March 21, 2022.

f. Exhibit H6 contains the daily stock prices and market capitalization values of NetEase, Inc. (ticker symbol "NTES") for the period of February 4, 2021 to February 18, 2021 and the period of March 7, 2022 to March 21, 2022.

g. Exhibit H7 contains the daily stock prices and market capitalization values of Pinduoduo Inc. (ticker symbol "PDD") for the period of February 10, 2021 to February 24, 2021 and the period of March 7, 2022 to March 21, 2022.

h. Exhibit H8 contains the daily stock prices and market capitalization values of Baidu, Inc. (ticker symbol "BIDU") for the period of February 12, 2021 to February 26, 2021 and the period of March 7, 2022 to March 21, 2022.

i. Exhibit H9 contains the daily stock prices and market capitalization values of NIO Inc. (ticker symbol "NIO") for the period of February 2, 2021 to February 16, 2021 and the period of March 7, 2022 to March 21, 2022.

j.   Exhibit H10 contains the daily stock prices and market capitalization values of Li Auto (ticker symbol "LI") for the period of November 17, 2020 to December 1, 2020 and the period of March 7, 2022 to March 21, 2022.

10.   Annexed hereto as **Exhibit I** is a true and correct copy of Alibaba Group Holding Limited's Report of Foreign Private Issuer, filed on Form 6-K with the SEC on October 21, 2020.  The Complaint references this document in paragraph 274.

11.   Annexed hereto as **Exhibit J** is a true and correct copy of an April 15, 2021 TechNode article, authored by Wei Sheng and Emma Lee, titled "*What is 'forced exclusivity'? And why did it get Alibaba fined $2.8 billion?*," and available at

https://technode.com/2021/04/15/what-is-forced-exclusivity-and-why-did-it-get-alibaba-fined-2-8-billion/.  The Complaint references this document in paragraphs 90 and 97, and footnotes 37 and 43.

12.   Annexed hereto as **Exhibit K** is a true and correct copy of a January 14, 2020 article by Wilmer Cutler Pickering Hale and Dorr LLP titled "*China Publishes Draft Amendments to Its Anti-Monopoly Law*," and available at

https://www.wilmerhale.com/en/insights/client-alerts/20200114-china-publishes-draft-amendments-to-its-anti-monopoly-law.  The Complaint references this document in paragraph 119 and footnote 63.

13.   Annexed hereto as **Exhibit L** is a true and correct copy of an August 6, 2015 Reuters news article authored by Mari Saito, titled "*Alibaba inks exclusive tie-ups with global brands to sell in China*," and available at https://www.reuters.com/article/alibaba-retailers-idCNL1N10H2JO20150806.

14.     Annexed hereto as **Exhibit M** is a true and correct copy of a September 28, 2015 press release by JD.com, Inc., titled "*TAG Heuer and JD.com Announce Exclusive E-Commerce Partnership*," and available at https://ir.jd.com/node/6761/pdf.

15.     Annexed hereto as **Exhibit N** is a true and correct copy of a February 16, 2018 press release by Vipshop Holdings Ltd and British Fashion Council, titled "*VIP.com Becomes the First Chinese Retail Partner of London Fashion Week*," and available at https://www.prnewswire.com/news-releases/vipcom-becomes-the-first-chinese-retail-partner-of-london-fashion-week-674272113.html, with pagination added for the Court's convenience.

16.     Annexed hereto as **Exhibit O** is a true and correct copy of a December 29, 2020 analyst report by Truist Securities.

17.     Annexed hereto as **Exhibit P** is a true and correct copy of a July 12, 2017 Jing Daily news article by Yiling Pan, titled "*JD Goes to War with Alibaba, Calls It 'Monopolistic' Market Player*," and available at https://jingdaily.com/jd-com-goes-to-war-against-alibaba-calling-it-a-monopolistic-market-playerq.

18.     Annexed hereto as **Exhibit Q** is a true and correct copy of an article by Jiao Haitao, Professor at the Civil, Commercial and Economic Law School of the China University of Political Science and Law, titled "*Application of Laws to 'Choose One of Two' of E-Commerce Platforms and Analysis Method,*" and published in Issue No. 1, 2020 of *Applied Law of China*, along with a certified translation for the Court's convenience.

19.     Annexed hereto as **Exhibit R** is a true and correct copy of an article by Yang Dong and Lin Yuqi, Professors at Renmin University of China Law School, titled "*Theoretical Clarification of 'Choose One of Two' Behavior in the Competition Context of Digital Economy*

*Platform,*" and published in Issue No. 2, 2020 of *Journal of Henan University of Economics and Law*, along with a certified translation for the Court's convenience.

20.     Annexed hereto as **Exhibit S** is a true and correct copy of a December 24, 2020 Wall Street Journal news article by Yoko Kubota and Liza Lin, titled "*China's Antitrust Probe Zeroes In on Vendor Claims of Alibaba Pressure,*" and available at https://www.wsj.com/articles/chinas-antitrust-probe-zeroes-in-on-vendor-claims-of-alibaba-pressure-11608827917.  The Complaint references this document in paragraph 91 and footnote 38.

21.     Annexed hereto as **Exhibit T** is a true and correct copy of a January 17, 2020 analyst report by Suntrust Robinson Humphrey.

22.     Annexed hereto as **Exhibit U** is a true and correct copy of the bilingual version of *the Notice of the State Administration for Industry and Commerce on Issuing the Working Rules for Administrative Guidance by Administrations for Industry and Commerce*, effective as of March 1, 2013, obtained from China Law Info at https://cebbank.pkulaw.com/en_law/5562817e280aacd1bdfb.html.

23.     Annexed hereto as **Exhibit V** is a true and correct copy of the bilingual version of *the Interim Provisions on Prohibiting Abuse of Dominant Market Positions*, effective as of September 1, 2019, obtained from Westlaw.  The Complaint references this regulation in paragraphs 77 and 80–82.

24.     Annexed hereto as **Exhibit W** is a true and correct copy of an article titled "*Interview with Wu Zhenguo, Director General, Anti-Monopoly Bureau of the State Administration for Market Regulation (SAMR), People's Republic of China*," published in the June 2021 issue of *The Antitrust Source*, and available at

https://www.samr.gov.cn/xw/zj/202107/P020210707589294998827.pdf.  The Complaint

references this document in paragraph 153 and footnote 91.

25.    Annexed hereto as **Exhibit X** is a true and correct copy of the bilingual version of

*the Anti-Monopoly Guidelines of the Anti-Monopoly Commission of the State Council for the*

*Sector of Platform Economy*, effective as of February 7, 2021, obtained from Westlaw.  The

Complaint references this regulation in paragraphs 123–24 and 128.

26.    Annexed hereto as **Exhibits Y1 to Y4** are true and correct stock prices of JD.com,

Inc., Tencent Holdings Ltd., Xiaomi Corp., and Meituan on November 9 and 10, 2020 obtained

from Bloomberg, showing that the stock prices of these four companies declined by

approximately 5.63%, 4.41%, 4.31%, and 10.5%, respectively, on November 10, 2020.

27.    Annexed hereto as **Exhibit Z** is a true and correct copy of a December 17, 2018

Written Decision from the Beijing Higher People's Court in *Beijing Jingdong Century Trading*

*Co. v. Zhejiang T-mall Network Co*. (No. 152), along with a certified translation for the Court's

convenience.  The Complaint references this litigation in paragraphs 91–92, 107 and 112, and

footnote 44.

28.    Annexed hereto as **Exhibit AA** is a true and correct copy of the bilingual version

of *the Anti-monopoly Law of the People's Republic of China*, adopted at the 29th Meeting of the

Standing Committee of the Tenth National People's Congress on August 30, 2007 and effective

on August 1, 2008, obtained from PKULaw.com at

https://pkulaw.com/en_law/503218397088141cbdfb.html.  The Complaint references this statute

in, for example, paragraphs 72–75, 136, and 148.

8

29.      Annexed hereto as **Exhibit BB** is a true and correct transcript of Alibaba's April 12, 2021 Special Call, compiled by S&P Global Market Intelligence.  The Complaint references this conference call in paragraphs 149–51.

30.      Annexed hereto as **Exhibit CC** is a true and correct copy of Alibaba's stock price from Friday, April 9 and Monday, April 12, 2021, obtained from Bloomberg.

31.      Annexed hereto as **Exhibit DD** is a true and correct copy of Alibaba Group Holding Limited's Report of Foreign Private Issuer, filed on Form 6-K with the SEC on September 10, 2018.

32.      Annexed hereto as **Exhibit EE** is a true and correct copy of excerpts of the final initial public offering prospectus Ant Group Co. Ltd. filed with the Hong Kong Stock Exchange (the "HKSE"), dated October 27, 2020.  The Complaint references this document in, for example, paragraphs 21, 55, 165, 170–72, 175, 188–89, 202, 221–25, 227, 293–307, 313–15, 318, 339, 349, and 358–59.

33.      Annexed hereto as **Exhibit FF** is a true and correct copy of the China Securities Regulatory Commission's ("CSRC") official notice titled "*Approval of the Ant Technology Group Co., Ltd to issue overseas-listed foreign shares and list domestic unlisted shares in the overseas market*" dated October 16, 2020, along with a certified translation for the Court's convenience.

34.      Annexed hereto as **Exhibit GG** is a true and correct copy of the CSRC's official notice dated "*Approval of Ant Technology Group Co., Ltd.'s IPO Registration*" dated October 20, 2020, along with a certified translation for the Court's convenience.

35.      Annexed hereto as **Exhibit HH** is a true and correct copy of a November 3, 2020 Bloomberg news article, authored by Lulu Chen and Zhang Dingmin, titled "*China is Planning a*

*Bigger Ant Crackdown with Bank Funding Curbs*," and available at

https://www.bloomberg.com/news/articles/2020-11-04/china-is-planning-a-bigger-ant-crackdown-with-bank-funding-curbs.  The Complaint references this document in paragraph 235 and footnote 120.

36.     Annexed hereto as **Exhibit II** is a true and correct copy of a November 5, 2020 Financial Times news article, authored by Hudson Lockett and Primrose Riordan, titled "*Ant Group IPO faces at least 6-month delay after Beijing intervention,*" and available at https://www.ft.com/content/35a95455-338a-4ede-bab3-fd0f098ac268, with pagination added for the Court's convenience.  The Complaint references this document in paragraph 236 and footnote 121.

37.     Annexed hereto as **Exhibit JJ** is a true and correct copy of a November 5, 2020 Bloomberg news article, authored by Zheng Li, titled "*Why China Changed the Rules on Jack Ma's Ant Group: Quicktake,*" and available at https://www.bloomberg.com/news/articles/2020-11-05/why-china-changed-the-rules-on-jack-ma-s-ant-group-quicktake#xj4y7vzkg, with pagination added for the Court's convenience.  The Complaint references this document in paragraph 236 and footnote 122.

38.     Annexed hereto as **Exhibit KK** is a true and correct copy of the CSRC's announcement titled "*CSRC Spokesperson Answers Reporters' Questions About Ant Group's Suspension of Listing*" dated November 4, 2020, along with a certified translation for the Court's convenience.  The Complaint references this document in footnote 119.

39.     Annexed hereto as **Exhibit LL** is a true and correct copy of a November 4, 2020 Bloomberg news article, authored by Benjamin Robertson, titled "*Chinese Regulator Says It Backs Suspension of Ant's 'Hasty' IPO,*" and available at

https://news.bloomberglaw.com/crypto/chinese-regulator-says-it-backs-suspension-of-ants-hasty-ipo.  The Complaint references this document in paragraph 234 and footnote 119.

40.    Annexed hereto as **Exhibit MM** is a true and correct copy of an April 12, 2021 New York Times news article, authored by Raymond Zhong, titled "*Ant Group Announces Overhaul as China Tightens Its Grip*," and available at

https://www.nytimes.com/2021/04/12/technology/ant-group-alibaba-china.html, with pagination added for the Court's convenience.  The Complaint references this document in paragraph 242 and footnote 126.

41.    Annexed hereto as **Exhibit NN** is a true and correct copy of a November 5, 2020 Bloomberg news article, authored by Tim Culpan, titled "*Here's How Ant Can Rise Again After That IPO Shock*," and available at https://www.yahoo.com/video/ant-rise-again-ipo-shock-051929192.html, with pagination added for the Court's convenience.  The Complaint references this document in paragraph 233 and footnote 118.

42.    Annexed hereto as **Exhibit OO** is a true and correct copy of a November 18, 2020 Bloomberg news article, authored by Mark Wood and Brian Hecht, titled "*What's Ahead for Ant Group's Now-Delayed IPO?*," and available at https://news.bloomberglaw.com/securities-law/whats-ahead-for-ant-groups-now-delayed-ipo.  The Complaint references this document in paragraph 239 and footnote 124.

43.    Annexed hereto as **Exhibit PP** is a true and correct copy of a November 11, 2020 Seneca ESG news article titled "*CBIRC, PBOC Solicit Opinions for Online Microlending Administration Measures*," and available at https://www.senecaesg.com/insights/cbirc-pboc-solicit-opinions-for-online-microlending-administration-measures/.  The Complaint references this document in paragraph 196 and footnote 106.

44.    Annexed hereto as **Exhibit QQ** is a true and correct copy of a June 7, 2018 Reuters news article, authored by Adam Jourdan and Cate Cadell, titled "*Ant Financial Raises $14 Billion in Word's Largest-ever Single Fundraising*," and available at https://www.reuters.com/article/us-ant-financial-fundraising/ant-financial-raises-14-billion-in-worlds-largest-ever-single-fundraising-idUSKCN1J407Y, with pagination added for the Court's convenience.

45.    Annexed hereto as **Exhibit RR** is a true and correct copy of excerpts of the final initial public offering prospectus WuXi Apptec Co. Ltd. filed with the HKSE, dated December 3, 2018, and available at https://www1.hkexnews.hk/listedco/listconews/sehk/2018/1203/ltn20181203003.pdf.

46.    Annexed hereto as **Exhibit SS** is a true and correct copy of a press release of WuXi Apptec Co. Ltd. dated December 12, 2018, and available at https://www.wuxiapptec.com/news/wuxi-news/834l, with pagination added for the Court's convenience.

47.    Annexed hereto as **Exhibit TT** is a true and correct copy of excerpts of the final initial public offering prospectus Antengene Corporation Limited IPO filed with the HKSE, dated November 9, 2020, and available at https://www1.hkexnews.hk/listedco/listconews/sehk/2020/1109/2020110900007.pdf.

48.    Annexed hereto as **Exhibit UU** is a true and correct copy of a press release of Antengene Corporation Limited dated November 20, 2020, and available at https://www.antengene.com/news/1120.html.

49.    Annexed hereto **as Exhibits VV1 to VV5** are true and correct copies of the State Administration for Market Regulation ("SAMR") records obtained from China's National

12

Enterprise Credit Information Publicity System, with added pagination and certified translations

for the Court's convenience.  The Complaint references these SAMR records in paragraphs 340–

47 and 350–52.  In particular:

   a.  Exhibit VV1 is a true and correct copy of the SAMR records of Ningbo

   Yuanxuan Investment Management Partnership (Limited Partnership).

   b.  Exhibit VV2 is a true and correct copy of the SAMR records of Shanghai

   Tiancen Yujing Investment Center (Limited Partnership).

   c.  Exhibit VV3 is a true and correct copy of the SAMR records of Fuqing

   Qisheng No. 3 Investment Partnership (Limited Partnership).

   d.  Exhibit VV4 is a true and correct copy of the SAMR records of Shanghai

   Zhongfu Equity Investment Management Center (Limited Partnership).

   e.  Exhibit VV5 is a true and correct copy of the SAMR records of Shanghai

   Yunfeng Qitai Investment Center (Limited Partnership).

50.     Annexed hereto as **Exhibits WW1 to WW15** are true and correct copies of

Notices of Proposed Sale of Securities Pursuant to Rule 144 under the Securities Act of 1099,

dated between July 9, 2019 and September 30, 2020 and filed on SEC Form 144 by Yun Capital

Limited, Ying Capital Limited, JSP Investment Limited, and JC Properties Limited, with

pagination added for the Court's convenience.  Mr. Ma beneficially owned the Alibaba

American depository shares ("ADSs") held by the above-listed entities as alleged in the

Complaint at paragraph 367 and as disclosed in Exhibit A at p. 192 n. 1.  The charts on page 3 of

Exhibits WW1 to WW15 show that the above-listed entities sold 20,250,000 shares of Alibaba

ADSs in 2019 and 17,314,085 shares of Alibaba ADSs in 2020 prior to the start of the putative

Class Period.

51.     Annexed hereto as **Exhibits XX1 to XX3** are true and correct copies of Notices of Proposed Sale of Securities Pursuant to Rule 144 under the Securities Act of 1099 filed by Yun Capital Limited, Ying Capital Limited, and JSP Investment Limited on SEC Form 144, with pagination added for the Court's convenience.  Mr. Ma beneficially owned the Alibaba ADSs held by the above-listed entities as alleged in the Complaint at paragraph 367 and as disclosed in Exhibit A at p. 192 n. 1.  The Complaint references planned stock sales reflected in these documents in paragraph 367.  In particular:

   a. Exhibit XX1 is a Notices of Proposed Sale filed by Yun Capital Limited with the notice date of September 30, 2020.

   b. Exhibit XX2 is a Notices of Proposed Sale filed by Ying Capital Limited with the notice date of September 30, 2020.

   c. Exhibit XX3 is a Notices of Proposed Sale filed by JSP Investment Limited with the notice date of October 1, 2020.

I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.  Executed on July 21, 2022 in Palo Alto, California.

*/s/ Stephen P. Blake*
Stephen P. Blake

14