# EXHIBIT H1

| | | | | | | |
|---|---|---|---|---|---|---|
| Start Date | 10/20/2020 | | | Start Date | 3/7/2022 | |
| End Date | 11/3/2020 | | | End Date | 3/21/2022 | |

| Dates | BABA US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP | | Dates | BABA US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP |
|---|---|---|---|---|---|---|
| 10/20/2020 | 309.81 | 838233.275 | | 3/7/2022 | 98.66 | 267458.7407 |
| 10/21/2020 | 307.97 | 833254.9037 | | 3/8/2022 | 97.5 | 264314.0809 |
| 10/22/2020 | 306.28 | 828682.3778 | | 3/9/2022 | 100.93 | 273612.5147 |
| 10/23/2020 | 309.92 | 838530.8951 | | 3/10/2022 | 92.92 | 251898.0964 |
| 10/26/2020 | 306.87 | 830278.7034 | | 3/11/2022 | 86.71 | 235063.3226 |
| 10/27/2020 | 317.14 | 858065.5913 | | 3/14/2022 | 77.76 | 210800.6454 |
| 10/28/2020 | 307.94 | 833173.7346 | | 3/15/2022 | 76.76 | 208089.7318 |
| 10/29/2020 | 312.56 | 845673.7757 | | 3/16/2022 | 104.98 | 284591.715 |
| 10/30/2020 | 304.69 | 824380.4157 | | 3/17/2022 | 100.37 | 272094.4031 |
| 11/2/2020 | 310.84 | 841020.0807 | | 3/18/2022 | 108.3 | 293591.9483 |
| 11/3/2020 | 285.57 | 772648.6439 | | 3/21/2022 | 103.59 | 280823.545 |