# EXHIBIT H2

| Start Date | 2/28/2022 |
| End Date | 3/14/2022 |

| | PTR US Equity | |
| | Last Price | Current Market Cap |
| Dates | PX_LAST | CUR_MKT_CAP |
| 2/28/2022 | 53.26 | 159321.0865 |
| 3/1/2022 | 53.76 | 158337.0977 |
| 3/2/2022 | 54.24 | 161039.8376 |
| 3/3/2022 | 53.67 | 163244.2153 |
| 3/4/2022 | 55.84 | 160648.9843 |
| 3/7/2022 | 57.36 | 164266.9167 |
| 3/8/2022 | 55.73 | 162950.9501 |
| 3/9/2022 | 50.35 | 157738.9754 |
| 3/10/2022 | 50.56 | 155629.6361 |
| 3/11/2022 | 49.55 | 152982.1017 |
| 3/14/2022 | 46.83 | 148764.7195 |

| Start Date | 3/7/2022 |
| End Date | 3/21/2022 |

| | PTR US Equity | |
| | Last Price | Current Market Cap |
| Dates | PX_LAST | CUR_MKT_CAP |
| 3/7/2022 | 57.36 | 164266.9167 |
| 3/8/2022 | 55.73 | 162950.9501 |
| 3/9/2022 | 50.35 | 157738.9754 |
| 3/10/2022 | 50.56 | 155629.6361 |
| 3/11/2022 | 49.55 | 152982.1017 |
| 3/14/2022 | 46.83 | 148764.7195 |
| 3/15/2022 | 44.76 | 136529.2896 |
| 3/16/2022 | 46.49 | 139285.3709 |
| 3/17/2022 | 49.18 | 141250.9087 |
| 3/18/2022 | 49.41 | 144061.8445 |
| 3/21/2022 | 49.73 | 142967.0034 |