# EXHIBIT H3

| Start Date | 1/6/2020 | | Start Date | 3/7/2022 | |
| End Date | 1/20/2020 | | End Date | 3/21/2022 | |

| | LFC US Equity | | | LFC US Equity | |
| | Last Price | Current Market Cap | | Last Price | Current Market Cap |
| Dates | PX_LAST | CUR_MKT_CAP | Dates | PX_LAST | CUR_MKT_CAP |
| 1/6/2020 | 14.03 | 124296.2 | 3/7/2022 | 7.91 | 103356.1 |
| 1/7/2020 | 14.22 | 126476.1 | 3/8/2022 | 7.79 | 99913.83 |
| 1/8/2020 | 14.11 | 123404.9 | 3/9/2022 | 7.75 | 97033.67 |
| 1/9/2020 | 14.39 | 125381.6 | 3/10/2022 | 7.63 | 96761.28 |
| 1/10/2020 | 14.43 | 126930.2 | 3/11/2022 | 7.48 | 96866.09 |
| 1/13/2020 | 14.67 | 128369.6 | 3/14/2022 | 7.33 | 94815.25 |
| 1/14/2020 | 14.37 | 126775.6 | 3/15/2022 | 7.17 | 89511.5 |
| 1/15/2020 | 14.29 | 126440.8 | 3/16/2022 | 7.76 | 93525.17 |
| 1/16/2020 | 14.29 | 123882.5 | 3/17/2022 | 7.66 | 95652.01 |
| 1/17/2020 | 14.19 | 121334.7 | 3/18/2022 | 7.99 | 98573.87 |
| | | | 3/21/2022 | 7.82 | 96198.06 |