# EXHIBIT H4

| Start Date | 2/10/2021 |
| End Date | 2/24/2021 |

| Dates | JD US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP |
|---|---|---|
| 2/10/2021 | 98.77 | 154564.8684 |
| 2/11/2021 | 99 | 154924.7947 |
| 2/12/2021 | 99.31 | 155409.9128 |
| 2/16/2021 | 103.43 | 161857.2881 |
| 2/17/2021 | 106.88 | 167256.1824 |
| 2/18/2021 | 105.43 | 164987.0819 |
| 2/19/2021 | 106.09 | 166019.9139 |
| 2/22/2021 | 97.66 | 152827.8329 |
| 2/23/2021 | 99.47 | 155660.2963 |
| 2/24/2021 | 96.37 | 150809.1158 |

| Start Date | 3/7/2022 |
| End Date | 3/21/2022 |

| Dates | JD US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP |
|---|---|---|
| 3/7/2022 | 60.52 | 94349.7879 |
| 3/8/2022 | 58.69 | 91496.8449 |
| 3/9/2022 | 62.4 | 97280.6802 |
| 3/10/2022 | 52.52 | 81877.9058 |
| 3/11/2022 | 47.99 | 74815.7026 |
| 3/14/2022 | 42.94 | 66942.827 |
| 3/15/2022 | 45.98 | 71682.1422 |
| 3/16/2022 | 64.08 | 99899.7754 |
| 3/17/2022 | 61.94 | 96563.547 |
| 3/18/2022 | 65.13 | 101536.71 |
| 3/21/2022 | 61.44 | 95784.0543 |