# EXHIBIT H5

| Start Date | 12/30/2019 |
|---|---|
| End Date | 1/13/2020 |

| | SNP US Equity | |
|---|---|---|
| | Last Price | Current Market Cap |
| Dates | PX_LAST | CUR_MKT_CAP |
| 12/30/2019 | 59.68 | 84705.08 |
| 12/31/2019 | 60.15 | 85470.16 |
| 1/2/2020 | 61.22 | 86558.37 |
| 1/3/2020 | 61.52 | 87984.2 |
| 1/6/2020 | 61.95 | 89216.74 |
| 1/7/2020 | 61.66 | 87934.22 |
| 1/8/2020 | 60.77 | 88204.48 |
| 1/9/2020 | 61.6 | 87259.51 |
| 1/10/2020 | 60.87 | 86772.77 |
| 1/13/2020 | 60.91 | 86787.87 |

| Start Date | 3/7/2022 |
|---|---|
| End Date | 3/21/2022 |

| | SNP US Equity | |
|---|---|---|
| | Last Price | Current Market Cap |
| Dates | PX_LAST | CUR_MKT_CAP |
| 3/7/2022 | 48.55 | 78148.98 |
| 3/8/2022 | 47.54 | 76099.43 |
| 3/9/2022 | 44.48 | 73967.55 |
| 3/10/2022 | 44.73 | 74137.91 |
| 3/11/2022 | 44.23 | 73841.15 |
| 3/14/2022 | 42.52 | 72544.98 |
| 3/15/2022 | 41.84 | 70374.05 |
| 3/16/2022 | 44.22 | 72349.97 |
| 3/17/2022 | 46.13 | 73196.12 |
| 3/18/2022 | 47.23 | 74090.74 |
| 3/21/2022 | 46.78 | 73726.98 |