# EXHIBIT H6

| Start Date | 2/4/2021 | | Start Date | 3/7/2022 | |
|---|---|---|---|---|---|
| End Date | 2/18/2021 | | End Date | 3/21/2022 | |
| | NTES US Equity | | | NTES US Equity | |
| | Last Price | Current Market Cap | | Last Price | Current Market Cap |
| Dates | PX_LAST | CUR_MKT_CAP | Dates | PX_LAST | CUR_MKT_CAP |
| 2/4/2021 | 122.28 | 84498.3524 | 3/7/2022 | 81.81 | 54892.9293 |
| 2/5/2021 | 124.02 | 85700.7332 | 3/8/2022 | 84.71 | 56838.7732 |
| 2/8/2021 | 124.13 | 85776.7458 | 3/9/2022 | 88.58 | 59435.4685 |
| 2/9/2021 | 132.42 | 91505.3305 | 3/10/2022 | 81.73 | 54839.2508 |
| 2/10/2021 | 131.05 | 90558.6284 | 3/11/2022 | 79.09 | 53067.8618 |
| 2/11/2021 | 132.47 | 91539.8817 | 3/14/2022 | 71.53 | 47995.2479 |
| 2/12/2021 | 132.12 | 91298.0235 | 3/15/2022 | 74.24 | 49813.6055 |
| 2/16/2021 | 126.98 | 87746.1628 | 3/16/2022 | 93.31 | 62609.2071 |
| 2/17/2021 | 126.9 | 87690.8809 | 3/17/2022 | 85.1 | 57100.4557 |
| 2/18/2021 | 124.32 | 85908.0403 | 3/18/2022 | 90.18 | 60509.0375 |
| | | | 3/21/2022 | 88.91 | 59656.8921 |