# EXHIBIT H7

| Start Date | 2/10/2021 | | | Start Date | 3/7/2022 | |
| End Date | 2/24/2021 | | | End Date | 3/21/2022 | |
| | PDD US Equity | | | | PDD US Equity | |
| | Last Price | Current Market Cap | | | Last Price | Current Market Cap |
| Dates | PX_LAST | CUR_MKT_CAP | | Dates | PX_LAST | CUR_MKT_CAP |
| 2/10/2021 | 199.61 | 245646.3078 | | 3/7/2022 | 38.61 | 48389.4806 |
| 2/11/2021 | 199.8 | 245880.1277 | | 3/8/2022 | 40.02 | 50156.6178 |
| 2/12/2021 | 196.59 | 241929.8014 | | 3/9/2022 | 43.34 | 54317.5366 |
| 2/16/2021 | 202.81 | 249584.3279 | | 3/10/2022 | 35.76 | 44817.6075 |
| 2/17/2021 | 202.82 | 249596.6342 | | 3/11/2022 | 32.13 | 40268.1692 |
| 2/18/2021 | 195.78 | 240932.99 | | 3/14/2022 | 25.53 | 31996.4631 |
| 2/19/2021 | 195.98 | 241179.1163 | | 3/15/2022 | 27.31 | 34227.3172 |
| 2/22/2021 | 188.24 | 231654.0303 | | 3/16/2022 | 42.62 | 53415.1687 |
| 2/23/2021 | 187.91 | 231247.9219 | | 3/17/2022 | 39.37 | 49341.9801 |
| 2/24/2021 | 179.32 | 220676.7993 | | 3/18/2022 | 42.6 | 53390.1029 |
| | | | | 3/21/2022 | 39.99 | 50119.0192 |