# EXHIBIT H8

| | | | | | | |
|---|---|---|---|---|---|---|
| Start Date | 2/12/2021 | | | Start Date | 3/7/2022 | |
| End Date | 2/26/2021 | | | End Date | 3/21/2022 | |

| Dates | BIDU US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP | Dates | BIDU US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP |
|---|---|---|---|---|---|
| 2/12/2021 | 313 | 84373.2503 | 3/7/2022 | 138.37 | 48160.8789 |
| 2/16/2021 | 326.2 | 87931.4832 | 3/8/2022 | 136.82 | 47621.3879 |
| 2/17/2021 | 308.68 | 83208.7377 | 3/9/2022 | 144.23 | 50200.5027 |
| 2/18/2021 | 298.01 | 80332.4994 | 3/10/2022 | 135.16 | 47043.6105 |
| 2/19/2021 | 339.91 | 91627.1933 | 3/11/2022 | 118.92 | 41391.1376 |
| 2/22/2021 | 335.79 | 90516.5933 | 3/14/2022 | 108.97 | 37927.9538 |
| 2/23/2021 | 322.61 | 86963.7517 | 3/15/2022 | 108.38 | 37722.5992 |
| 2/24/2021 | 304.01 | 81949.878 | 3/16/2022 | 150.87 | 52511.6123 |
| 2/25/2021 | 294.2 | 79305.464 | 3/17/2022 | 147.15 | 51216.834 |
| 2/26/2021 | 283.46 | 76410.3563 | 3/18/2022 | 149.04 | 51874.6649 |
| | | | 3/21/2022 | 146.68 | 51053.2464 |