# EXHIBIT H9

| Start Date | 2/2/2021 | | Start Date | 3/7/2022 | |
| End Date | 2/16/2021 | | End Date | 3/21/2022 | |

| Dates | NIO US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP | Dates | NIO US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP |
|---|---|---|---|---|---|
| 2/2/2021 | 55.77 | 87717.4268 | 3/7/2022 | 18.12 | 30242.3911 |
| 2/3/2021 | 57.98 | 91193.4087 | 3/8/2022 | 17.98 | 30008.7303 |
| 2/4/2021 | 57.6 | 90595.7286 | 3/9/2022 | 20.17 | 36251.5423 |
| 2/5/2021 | 56.67 | 89132.985 | 3/10/2022 | 17.77 | 29658.239 |
| 2/8/2021 | 59.07 | 92907.8071 | 3/11/2022 | 16.07 | 26820.9286 |
| 2/9/2021 | 62.84 | 98837.4233 | 3/14/2022 | 14.1 | 23532.9865 |
| 2/10/2021 | 61.26 | 96352.3322 | 3/15/2022 | 14.93 | 24918.2616 |
| 2/11/2021 | 60.27 | 94795.2181 | 3/16/2022 | 18.75 | 31293.865 |
| 2/12/2021 | 59.85 | 94134.6242 | 3/17/2022 | 18.82 | 31410.6954 |
| 2/16/2021 | 59.23 | 93159.4619 | 3/18/2022 | 20.86 | 34815.468 |
| | | | 3/21/2022 | 20.26 | 33814.0643 |