# EXHIBIT H10

| Start Date | 11/17/2020 |
|---|---|
| End Date | 12/1/2020 |

| Dates | LI US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP |
|---|---|---|
| 11/17/2020 | 35.05 | 29313.8626 |
| 11/18/2020 | 35.49 | 29681.8541 |
| 11/19/2020 | 36.74 | 30727.2843 |
| 11/20/2020 | 38.12 | 31881.4392 |
| 11/23/2020 | 43.64 | 36498.0589 |
| 11/24/2020 | 43.96 | 36765.6891 |
| 11/25/2020 | 40.72 | 34055.934 |
| 11/27/2020 | 39.48 | 33018.8672 |
| 11/30/2020 | 35.99 | 30100.0261 |
| 12/1/2020 | 34.86 | 29154.9572 |

| Start Date | 3/7/2022 |
|---|---|
| End Date | 3/21/2022 |

| Dates | LI US Equity Last Price PX_LAST | Current Market Cap CUR_MKT_CAP |
|---|---|---|
| 3/7/2022 | 25.7 | 26544.443 |
| 3/8/2022 | 24.24 | 25036.4708 |
| 3/9/2022 | 27.63 | 28537.8584 |
| 3/10/2022 | 25.99 | 26843.9718 |
| 3/11/2022 | 22.17 | 22898.4553 |
| 3/14/2022 | 17.6 | 18178.2956 |
| 3/15/2022 | 19.75 | 20398.9397 |
| 3/16/2022 | 26.05 | 26905.9432 |
| 3/17/2022 | 25.1 | 25924.7284 |
| 3/18/2022 | 28.19 | 29116.2587 |
| 3/21/2022 | 26.33 | 27195.1434 |