# EXHIBIT M



## TAG Heuer and JD.com Announce Exclusive E-Commerce Partnership

September 28, 2015

**TAG Heuer to Open First China Online Flagship Store on JD.com's Marketplace Platform**

BEIJING, Sept. 28, 2015 (GLOBE NEWSWIRE) -- JD.com, Inc. (Nasdaq:JD), China's largest online direct sales company, together with TAG Heuer, the Swiss luxury avant-garde watchmaker, today jointly announced an exclusive e-commerce partnership to include the establishment of TAG Heuer's first China online flagship store on JD.com's marketplace platform.

The TAG Heuer flagship store will offer product lines specially selected for China's increasingly sophisticated online consumers, featuring cutting-edge designs across multiple price points. The store will also feature a 360-degree "virtual" product display where consumers can experience products prior to purchasing. JD.com's support in brand marketing, logistics, payment and after-sales service will help ensure that customers enjoy a first-rate online shopping experience.

"JD.com's reputation for product authenticity and unparalleled customer experience make it the ideal e-commerce partner in China for TAG Heuer, one of Switzerland's most iconic and trusted brands," said TAG Heuer's General Manager of Greater China, Leo Poon. "The coming of age of China's young consumers, combined with the explosive development of e-commerce, present an enormously exciting opportunity for innovation and growth. By deepening our access to our key target customer market in China through JD.com's huge upwardly mobile user base, I am confident that this partnership will ignite unprecedented consumer interest in TAG Heuer's premier luxury timepieces."

"We are delighted that TAG Heuer has chosen to establish its first China online flagship store on JD.com through this exclusive partnership," said Carol Fung, Vice President of JD.com and President of JD Mall's FMCG (fast-moving consumer goods) business unit. "With over 150 years of history, TAG Heuer is synonymous with long-lasting quality, innovation, and luxury. JD.com is delighted to offer our leading e-commerce platform to help TAG Heuer deliver an online shopping experience that is consistent with its brand and vision."

To mark the opening of its first China online flagship store, Tag Heuer will launch sales of its "TAG Heuer Formula One Women G.E.M. special edition" wristwatch in the Chinese market for a limited time exclusively on the JD.com platform.

About JD.com, Inc.

JD.com, Inc. is China's leading online direct sales company and the country's largest Internet company by revenue. The Company strives to offer consumers the best online shopping experience. Through its content-rich and user-friendly website jd.com and mobile applications, JD.com offers a wide selection of authentic products at competitive prices and delivers products in a speedy and reliable manner. The Company believes it has the largest fulfillment infrastructure of any e-commerce company in China. JD.com operated 7 fulfillment centers and a total of 166 warehouses in 44 cities, and in total 4,142 delivery stations and pickup stations in 2,043 counties and districts across China, staffed by its own employees. JD.com is a member of the NASDAQ100.

**CONTACT:**

*Media*
Josh Gartner
Senior Director of International Communications
+86 (10) 8911-6155 (China)
+1 (914) 439-5315 (US)
Press@JD.com

*Investor Relations*
Ruiyu Li
Director of Investor Relations
IR@JD.com

JD.com Logo

JD.com