# EXHIBIT O

Company Update
December 29, 2020



**Truist Securities**

# Alibaba Group Holding Limited (BABA)

## Reiterate Buy/$308 PT (DCF-Derived) in Face of Regulatory Scrutiny

## Lowering SOTP Value to $294 from $307/share on Ant's Re-Evaluation

## What's Incremental To Our View

**BABA managed through the pandemic with flying colors, but it's finishing CY20 on a low note with the Ant IPO getting pushed back indefinitely, and Alibaba itself coming under regulatory scrutiny. While lack of clarity into these issues may keep the stock range-bound ST, we remain big fans of BABA and believe that 1) barring a break-up (unlikely), BABA has reached a size/scale, which makes it a-must for shoppers/ merchants, even if "forced exclusivity" is eliminated; and 2) Ant's scope is likely to be made narrower given emerging regulation, so we're lowering our Ant value to $150B from $250B.**

**Chinese State Administration for Market Regulation opens investigation into BABA on anti-trust grounds**. Last Wednesday, Bloomberg reported that Chinese regulators have opened an anti-monopoly investigation into Alibaba. While details on the investigation are sparse at this time, we view increased pressure on BABA from the country's top regulators as an important development, and a key risk for the stock in 2021. On Thursday BABA issued a press release stating that it will "actively cooperate with the SAMR's investigation." On Friday, CEO Daniel Zhang at a party committee conference sounded most conciliatory stating that "Alibaba is a participant and beneficiary of the development of the internet industry [in China] and we are particularly grateful for this," adding that "we firmly believe that regulated development is the future, and only with self-discipline can an industry prosper". Also on Friday, regulators were at the company's Hangzhou headquarters to conduct interviews as well as collect evidence and relevant materials, and the on-site investigation took only one day and was "smooth and orderly", according to the South China Morning Post (a newspaper owned by Alibaba). It's important to note that one of the key issues being raised by regulators is the practice of "picking one from the two," a practice of forced exclusivity, which BABA has been accused of for several years already. We note that this practice of forcing online merchants to choose only one platform as their exclusive distribution channel is not specific to BABA and is being used by many other leading Internet companies across ecommerce, food delivery and other online services, and so regulators are likely to use BABA as a way to regulate the online industry as a whole. While altering BABA's business practices may be negative for the company short-term, we believe that consumers and merchants, if given a choice, will always gravitate towards the largest marketplaces with the most liquidity. With 881 million mobile monthly active users (as of September 2020), and the dominant share of

**Youssef Squali**
212-303-4180
Youssef.Squali@truist.com

**Naved Khan**
212-590-0994
Naved.Khan@truist.com

Robert Zeller
212-319-3917
Robert.Zeller@truist.com

**SEE PAGE 11 FOR REQUIRED DISCLOSURE INFORMATION**

---

### Buy

**Price Target: $308.00**
*Prior: $308.00*

| | |
|---|---|
| Price (Dec. 28, 2020) | $222.36 |
| 52-Wk Range | $317.14-$176.34 |
| Market Cap ($M) | $610,434 |
| ADTV | 14,579,436 |
| Shares Out (M) | 2,745.3 |
| Short Interest Ratio/% Of Float | 1.5% |
| TR to Target | 38.5% |
| Enterprise Value ($M) | $568,586.8 |

| | |
|---|---|
| Cash And Equivalents ($M) | $59,784.0 |
| Total Debt ($M) | $17,937.0 |

| | 2020A | 2021E | | 2022E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **Revenue (CNY in M's)** | | | | | |
| 1Q | 114,924 | 153,751A | 153,751 | -- | |
| 2Q | 119,017 | 155,059A | 155,059 | -- | |
| 3Q | 161,456 | 206,194 | 206,194 | -- | |
| 4Q | 114,314 | 157,522 | 157,522 | -- | |
| FY | 509,711 | 672,525 | 672,525 | 852,265 | 852,265 |
| **Consensus Revenue (CNY in M's)** | | | | | |
| FY | 509,711 | 658,761 | | 826,990 | |
| **EBITA (CNY in M's)** | | | | | |
| FY | 137,136 | 180,685 | 180,685 | 240,780 | 240,780 |
| **Consensus EBITA (CNY in M's)** | | | | | |
| FY | 137,136 | 184,314 | | 236,073 | |
| **EPS Non-GAAP (CNY)** Non-GAAP | | | | | |
| FY | 52.99 | 69.39 | 69.39 | 81.40 | 81.40 |
| **Consensus Non-GAAP EPS (CNY)** Non-GAAP | | | | | |
| FY | 52.99 | 64.55 | | 78.74 | |
| FYE Mar | | | | | |



ecommerce, we believe BABA has reached the "escape velocity" to continue to attract most merchants and most shoppers even if "picking one from the two" practice is eliminated.

**BABA ups its share buyback authorization to $10B, execution underway.** Following the news that it is being investigated on antitrust concerns by Chinese regulators, BABA issued a brief press release acknowledging the investigation, and shortly thereafter issued a release indicating it has increased its stock buyback authorization from $6B USD to $10B (this program will be effective for a two-year period through the end of 2022, and has commenced this quarter already, according to the company). The new buyback authorization represents 1.7% of the company's $586B market cap. We view this as a positive signal, as the company appears willing to help counteract the pressure on its stock as a result of the recent headlines.

**Ant Financial under pressure to limit its scope.** In addition to the investigation into Alibaba, Ant Financial has also been targeted by Chinese state regulators. The company met again with officials last week, on the heels of Chinese regulators disallowing Ant Financial's proposed IPO shortly before it was set to begin trading. State regulators instructed the Chinese fintech giant to "stay in its lane", which has historically been payments, although it has more recently branched out into asset management, lending and insurance businesses. Chinese officials have threatened Ant with more stringent regulation after its proposed IPO was blocked ahead of its planned listing in Shanghai and Hong Kong on Nov. 5. Alibaba retains a 33% ownership stake in Ant, which we had valued at $83B in our SOTP analysis (using a $250B valuation based on several adjustments pre-IPO; we note that the proposed IPO was indicated to be priced at ~$313B). Chinese regulators released draft rules for the micro-lending sector in China shortly thereafter, a segment (CreditTech) Ant had become a major player in, with these potential changes having a material impact on Ant Group's business if they were put in place. Ant Group offers loans which are independently underwritten by the company's 100 or so partner financial institutions; allowing the company to run this business capital light. These new rules would force the company into a joint lending model where Ant would need to fund no less than 30% of the total loans. This would lead to Ant having to hold more capital, which would increase its credit risk profile and lower its growth rate, likely hurting its valuation. Shortly after Ant Financial's meeting with the Chinese Central Bank regarding increased regulation, Ant released a statement indicating it will create a "rectification plan" to comply with the regulator's demands. It is still unclear what the plan entails, but we suspect it involves a renewed focus on the core payments business and likely more regulation on the lending and insurance businesses. While the ultimate outcome is likely to take time to unfold and be implemented, we view any changes as likely negative to Ant's valuation short-term, and as a result we're lowering our carrying value to $150B from $250B. We note that $150B was the last valuation used for the company back in 2018 to raise some $14B, mostly on the merits of its core payments business. This adjustment pushed our SOTP valuation at $294/share, down from $307/share.

**BABA's fundamentals remain strong.** BABA managed through the 2020 pandemic with flying colors, growing its top line ~30% Y/Y. Despite the potential headwinds created by recent regulatory developments, our outlook on the fundamentals of the business remain strong. Last quarter (F2Q21), the company achieved solid revenues of CNY 155.1B, up +30% Y/Y with Adj. EBITA at CNY 47.5B and Adj. EPS (per ADS) of CNY 17.97. We forecast revenues to grow at a 23.5% CAGR through 2025, and operating margin expansion from 18% in 2020 to 33% in 2025. We note that Ant's financials are not consolidated into BABA's results given that BABA is a minority holder with ~33% equity stake. Our BABA estimates remain unchanged.

**Valuation/Risks:** BABA's shares have come under intense pressure lately with the recent headlines, and currently trade at 4.6x EV/Revenue and 14.2x EV/EBITDA and ~17.9 P/E on our 2021 estimates, a discount to leading US ecommerce companies, most notably AMZN at 3.5x, 22.1x and 69.4x, respectively. Our 5-yr DCF-derived PT of $308 remain unchanged (see model for details), but our SOTP value for the shares (a secondary valuation but not the main driver of our published PT) goes down to $294 from $307/share on a lower Ant Group valuation. Risks include steeper economic slowdown in China, regulation, country risk, VIE ownership structure, accounting transparency, and competition.

As of 12/28/2020

## Exhibit 1
### Sum of the Parts for BABA

| Core Commerce | |
|---|---|
| 2021 Revenue | **CNY 573,000** |
| EBITDA | **CNY 206,280** |
| EV/EBITDA | 17.0x |
| Segment EV | **CNY 3,506,761** |
| | |
| **Cloud Computing** | |
| 2021 Revenue | **CNY 62,477** |
| EBITDA | - |
| EV/Revenue | 10.0x |
| Segment EV | **CNY 624,773** |
| | |
| **Digital Media/Entertainment** | |
| 2021 Revenue | **CNY 30,215** |
| EV/Revenue | 5.0x |
| Segment EV | **CNY 151,074** |
| | |
| **Innovation initiatives and others** | |
| 2021 Revenue | **CNY 6,833** |
| EV/Revenue | 2.0x |
| Segment EV | **CNY 13,666** |
| | |
| **Strategic Investments** | **$ 95,000** |
| | |
| **Net Cash** | **$ 56,686** |
| | |
| **Equity Value** | **$ 772,365** |
| | |
| **Equity Value/Share** | **$ 294** |

*Source: Truist Securities, Company Filings*



Last updated 11/5/20

"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917

**TRUIST HH**

### Alibaba Group Holding Ltd. - Income Statement
*Fiscal Year Ends March 31*
*(data in CNY millions, except share data)*

| | 2020E | | | | 2021E | | | |
|---|---|---|---|---|---|---|---|---|
| | Jun-19 | Sep-19 | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | Mar-21 |
| | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 1Q21A | 2Q21A | 3Q21E | 4Q21E |
| **Core Commerce** | **99,544** | **101,220** | **141,475** | **93,865** | **133,318** | **130,922** | **179,370** | **129,390** |
| Y/Y Growth | 43.9% | 39.7% | 37.6% | 19.0% | 33.9% | 29.3% | 26.8% | 37.8% |
| % Total revenue | 86.6% | 85.0% | 87.6% | 82.1% | 86.7% | 84.4% | 87.0% | 82.1% |
| **Cloud computing** | **7,787** | **9,291** | **10,721** | **12,217** | **12,345** | **14,899** | **16,707** | **18,526** |
| Y/Y Growth | 65.8% | 63.9% | 62.2% | 58.1% | 58.5% | 60.4% | 55.8% | 51.6% |
| % Total revenue | 6.8% | 7.8% | 6.6% | 10.7% | 8.0% | 9.6% | 8.1% | 11.8% |
| **Digital Media and Entertainment** | **6,312** | **7,296** | **7,396** | **5,944** | **6,994** | **8,066** | **8,066** | **7,089** |
| Y/Y Growth | 5.6% | 22.8% | 13.9% | 4.8% | 10.8% | 10.6% | 9.1% | 19.3% |
| % Total revenue | 5.5% | 6.1% | 4.6% | 5.2% | 4.5% | 5.2% | 3.9% | 4.5% |
| **Innovation initiatives and others** | **1,281** | **1,210** | **1,864** | **2,288** | **1,094** | **1,172** | **2,050** | **2,517** |
| Y/Y Growth | 21.0% | 13.5% | 39.8% | 89.6% | -14.6% | -3.1% | 10.0% | 10.0% |
| % Total revenue | 1.1% | 1.0% | 1.2% | 2.0% | 0.7% | 0.8% | 1.0% | 1.6% |
| **Net revenue** | **CNY 114,924** | **CNY 119,017** | **CNY 161,456** | **CNY 114,314** | **CNY 153,751** | **CNY 155,059** | **CNY 206,194** | **CNY 157,522** |
| Y/Y Growth | 42.0% | 39.8% | 37.7% | 22.3% | 33.8% | 30.3% | 27.7% | 37.8% |
| Organic Y/Y Growth | | | | | | | | |
| **Net Revenue ($)** | **$16,741** | **$16,651** | **$23,192** | **$16,144** | **$21,762** | **$22,838** | **$31,691** | **$24,211** |
| Y/Y ($) | 36.9% | 34.3% | 36.0% | 15.9% | 30.0% | 37.2% | 36.6% | 50.0% |
| Cost of sales | (59,987) | (65,546) | (84,332) | (72,502) | (84,523) | (89,960) | (112,449) | (94,496) |
| % total revenue | -52.2% | -55.1% | -52.2% | -63.4% | -55.0% | -58.0% | -54.5% | -60.0% |
| **Gross profit** | **CNY 54,937** | **CNY 53,471** | **CNY 77,124** | **CNY 41,812** | **CNY 69,228** | **CNY 65,099** | **CNY 93,745** | **CNY 63,026** |
| Gross margin | 47.8% | 44.9% | 47.8% | 36.6% | 45.0% | 42.0% | 45.5% | 40.0% |
| Y/Y Growth | 47.7% | 39.4% | 36.6% | 10.4% | 26.0% | 21.7% | 21.6% | 50.7% |
| Product development | (10,478) | (10,938) | (11,077) | (10,587) | (11,082) | (19,245) | (13,439) | (13,859) |
| % Total revenues | -9.1% | -9.2% | -6.9% | -9.3% | -7.2% | -12.4% | -6.5% | -8.8% |
| Sales & marketing | (10,698) | (11,996) | (15,800) | (12,179) | (13,652) | (17,371) | (18,988) | (15,524) |
| % Total revenues | -9.3% | -10.1% | -9.8% | -10.7% | -8.9% | -11.2% | -9.2% | -9.9% |
| General & administrative | (6,320) | (6,591) | (7,415) | (7,871) | (6,837) | (11,961) | (8,049) | (9,219) |
| % Total revenues | -5.5% | -5.5% | -4.6% | -6.9% | -4.4% | -7.7% | -3.9% | -5.9% |
| Amortization of intangible assets | (3,066) | (3,006) | (3,272) | (4,044) | (2,952) | (2,888) | (2,310) | (1,848) |
| % Total revenues | -2.7% | -2.5% | -2.0% | -3.5% | -1.9% | -1.9% | -1.1% | -1.2% |
| Other | - | - | - | - | - | - | - | - |
| **Total operating costs** | **(30,562)** | **(33,107)** | **(37,564)** | **(34,681)** | **(34,523)** | **(51,465)** | **(42,786)** | **(40,450)** |
| Y/Y Growth | 4.7% | 33.2% | 26.6% | 19.1% | 13.0% | 55.5% | 13.9% | 16.6% |
| **Operating income (loss)** | **CNY 24,375** | **CNY 20,364** | **CNY 39,560** | **CNY 7,131** | **CNY 34,705** | **CNY 13,634** | **CNY 50,959** | **CNY 22,575** |
| Y/Y Growth | 203.9% | 50.8% | 47.6% | -18.6% | 42.4% | -33.0% | 28.8% | 216.6% |
| Operating margin | 21.2% | 17.1% | 24.5% | 6.2% | 22.6% | 8.8% | 24.7% | 14.3% |
| Interest and investment income (expense) | 187 | 63,348 | 17,136 | (7,715) | 22,137 | 10,510 | 1,847 | 2,060 |
| Interest expense | (1,346) | (1,360) | (1,309) | (1,165) | (1,123) | (1,101) | (1,296) | (1,270) |
| Other income | 2,101 | 3,171 | 987 | 1,180 | 1,493 | 1,148 | 1,148 | 1,148 |
| **Pre-tax income (loss)** | **CNY 25,317** | **CNY 85,523** | **CNY 56,374** | **-CNY 569** | **CNY 57,212** | **CNY 24,191** | **CNY 52,658** | **CNY 24,514** |
| Income tax provision | (6,712) | (2,815) | (8,407) | (2,628) | (11,124) | (1,911) | (4,160) | (1,936) |
| GAAP Tax rate | -27% | -3% | -15% | 462% | -19% | -8% | -8% | -8% |
| Share of results of equity investees | 517 | (11,960) | 2,165 | 3,545 | 349 | 4,244 | 4,244 | 4,244 |
| **Net Income** | **CNY 19,122** | **CNY 70,748** | **CNY 50,132** | **CNY 348** | **CNY 46,437** | **CNY 26,524** | **CNY 52,742** | **CNY 26,821** |
| Minority interests | 2,326 | 1,843 | 2,042 | 2,872 | 1,096 | 2,352 | 407 | 388 |
| Net income attributable to Alibaba Group Holding Ltd. (loss) | 21,448 | 72,591 | 52,174 | 3,220 | 47,533 | 28,876 | 53,149 | 27,209 |
| **Net income attributable to ordinary shareholders (loss)** | **CNY 21,252** | **CNY 72,540** | **CNY 52,309** | **CNY 3,162** | **CNY 47,591** | **CNY 28,769** | **CNY 53,149** | **CNY 27,209** |
| Net margin | 18.5% | 60.9% | 32.4% | 2.8% | 31.0% | 18.6% | 25.8% | 17.3% |
| **GAAP Diluted EPS** | **CNY 8.07** | **CNY 27.51** | **CNY 19.56** | **CNY 1.16** | **CNY 17.36** | **CNY 10.48** | **CNY 19.30** | **CNY 9.85** |
| Fully-taxed EPS (40%) | 5.77 | 19.46 | 12.65 | (0.13) | 12.52 | 5.29 | 11.47 | 5.32 |
| **Adjusted Net Income:** | | | | | | | | |
| Net Income | CNY 21,252 | CNY 72,540 | CNY 52,309 | CNY 3,162 | CNY 47,591 | CNY 28,769 | CNY 53,149 | CNY 27,209 |
| Add: Stock-based compensation expense | 7,115 | 8,145 | 7,830 | 8,652 | 7,715 | 24,694 | 8,101 | 8,303 |
| Add: Amortization of intangible assets | 3,066 | 3,006 | 3,272 | 4,044 | 2,952 | 2,888 | 2,310 | 1,848 |
| Add: impairment, gain loss on investments and other charges | 1,635 | (49,153) | (14,741) | 9,243 | (17,630) | (7,018) | - | - |
| **Adjusted Net Income (attributable to ordinary shareholders)** | **CNY 33,068** | **CNY 34,538** | **CNY 48,670** | **CNY 25,101** | **CNY 40,628** | **CNY 49,333** | **CNY 63,560** | **CNY 37,360** |
| **Adjusted EPS (non-GAAP)** | **CNY 12.55** | **CNY 13.10** | **CNY 18.20** | **CNY 9.20** | **CNY 14.82** | **CNY 17.97** | **CNY 23.08** | **CNY 13.52** |
| **EBITDA:** | | | | | | | | |
| Operating income (loss) | 24,375 | 20,364 | 39,560 | 7,131 | 34,705 | 13,634 | 50,959 | 22,575 |
| Add: D&A | 4,682 | 5,010 | 5,218 | 5,613 | 5,667 | 6,309 | 6,886 | 7,305 |
| Add: Stock-based compensation expense | 7,115 | 8,145 | 7,830 | 8,652 | 7,715 | 24,694 | 8,101 | 8,303 |
| Add: Amortization of intangible assets | 3,066 | 3,006 | 3,272 | 4,044 | 2,952 | 2,888 | 2,310 | 1,848 |
| Add: other expense | | 576 | | | | | | |
| **EBITDA** | **CNY 39,238** | **CNY 37,101** | **CNY 55,880** | **CNY 25,440** | **CNY 51,039** | **CNY 47,525** | **CNY 68,256** | **CNY 40,032** |
| Y/Y Growth FXN | 33.6% | 38.9% | 37.3% | 1.1% | 30.1% | 28.1% | 22.1% | 57.4% |
| EBITDA Margin | 34.1% | 31.2% | 34.6% | 22.3% | 33.2% | 30.6% | 33.1% | 25.4% |
| **Segment EBITA (in CNY)** | | | | | | | | |
| **Core commerce** | **41,025** | **38,574** | **58,075** | **28,126** | **51,237** | **45,958** | **67,373** | **39,516** |
| segment EBITA Margin | 41% | 38% | 41% | 30% | 38% | 35% | 38% | 31% |
| **Cloud computing** | **(358)** | **(521)** | **(356)** | **(179)** | **(342)** | **(156)** | **(167)** | **185** |
| segment EBITA Margin | -5% | -6% | -3% | -1% | -3% | -1% | -1% | 1% |
| **Digital media and entertainment** | **(2,233)** | **(2,207)** | **(3,298)** | **(3,378)** | **(1,321)** | **(710)** | **(1,798)** | **(1,611)** |
| segment EBITA Margin | -35% | -30% | -45% | -57% | -19% | -9% | -22% | -23% |
| **Innovation initiatives and others** | **(1,965)** | **(1,917)** | **(1,870)** | **(3,063)** | **(2,705)** | **(2,381)** | **(3,124)** | **(3,068)** |
| segment EBITA Margin | -153% | -158% | -100% | -134% | -247% | -203% | -152% | -122% |
| Unallocated | (1,913) | (1,838) | (1,889) | (1,679) | (1,679) | (1,495) | (913) | (2,295) |
| **Consolidated** | **CNY 34,556** | **CNY 32,091** | **CNY 50,662** | **CNY 19,827** | **CNY 45,372** | **CNY 41,216** | **CNY 61,370** | **CNY 32,727** |
| EBITA Margin | 30.1% | 27.0% | 31.4% | 17.3% | 29.5% | 26.6% | 29.8% | 20.8% |
| Y/Y Growth | 30.4% | 38.6% | 38.5% | -4.5% | 31.3% | 28.4% | 21.1% | 65.1% |
| Basic shares o/s | 2,597 | 2,600 | 2,632 | 2,679 | 2,698 | 2,700 | 2,709 | 2,718 |
| Diluted shares o/s | 2,634 | 2,637 | 2,674 | 2,727 | 2,741 | 2,745 | 2,754 | 2,763 |

*Source: Company Reports and Truist Securities estimates*



"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917

**TRUIST**

| Alibaba Group Holding Ltd. - Income Statement<br>Fiscal Year Ends March 31<br>(data in CNY millions, except share data) | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | CAGR<br>2020-2025 |
|---|---|---|---|---|---|---|---|---|
| **Core Commerce** | **436,104** | **573,000** | **721,423** | **886,281** | **1,064,797** | **1,253,892** | **1,450,475** | 23.5% |
| Y/Y Growth | 34.8% | 31.4% | 25.9% | 22.9% | 20.1% | 17.8% | 15.7% | |
| % Total revenue | 85.6% | 85.2% | 84.6% | 84.2% | 83.9% | 83.7% | 83.7% | |
| **Cloud computing** | **40,016** | **62,477** | **90,532** | **123,055** | **158,420** | **194,842** | **230,680** | 37.2% |
| Y/Y Growth | 62.0% | 56.1% | 44.9% | 35.9% | 28.7% | 23.0% | 18.4% | |
| % Total revenue | 7.9% | 9.3% | 10.6% | 11.7% | 12.5% | 13.0% | 13.3% | |
| **Digital Media and Entertainment** | **26,948** | **30,215** | **33,328** | **36,247** | **38,946** | **41,411** | **43,638** | 9.0% |
| Y/Y Growth | 11.9% | 12.1% | 10.3% | 8.8% | 7.4% | 6.3% | 5.4% | |
| % Total revenue | 5.3% | 4.5% | 3.9% | 3.4% | 3.1% | 2.8% | 2.5% | |
| **Innovation initiatives and others** | **6,643** | **6,833** | **6,982** | **7,097** | **7,187** | **7,255** | **7,308** | 1.8% |
| Y/Y Growth | 42.4% | 2.9% | 2.2% | 1.7% | 1.3% | 1.0% | 0.7% | |
| % Total revenue | 1.3% | 1.0% | 0.8% | 0.7% | 0.6% | 0.5% | 0.4% | |
| **Net revenue** | **CNY 509,711** | **CNY 672,525** | **CNY 852,265** | **CNY 1,052,680** | **CNY 1,269,349** | **CNY 1,497,400** | **CNY 1,732,100** | 24.1% |
| Y/Y Growth | 35.3% | 31.9% | 26.7% | 23.5% | 20.6% | 18.0% | 15.7% | |
| Organic Y/Y Growth | | | | 27% | | | | |
| **Net Revenue ($)** | **72,728** | **100,502** | **130,991** | **161,794** | **195,095** | **230,146** | **266,219** | |
| Y/Y ($) | 30.8% | 38.2% | 30.3% | 23.5% | 20.6% | 18.0% | 15.7% | |
| Cost of sales | (282,367) | (381,428) | (468,868) | (567,542) | (670,670) | (775,339) | (869,959) | 22.4% |
| % total revenue | -55.4% | -56.7% | -55.0% | -53.9% | -52.8% | -51.8% | -50.2% | |
| **Gross profit** | **CNY 227,344** | **CNY 291,097** | **CNY 383,397** | **CNY 485,138** | **CNY 598,679** | **CNY 722,061** | **CNY 862,142** | 26.0% |
| Gross margin | 44.6% | 43.3% | 45.0% | 46.1% | 47.2% | 48.2% | 49.8% | |
| Y/Y Growth | 33.8% | 28.0% | 31.7% | 26.5% | 23.4% | 20.6% | 19.4% | |
| Product development | (43,080) | (57,625) | (63,898) | (69,058) | (72,863) | (77,359) | (80,535) | 12.4% |
| % Total revenues | -8.5% | -8.6% | -7.5% | -6.6% | -5.7% | -5.2% | -4.6% | |
| Sales & marketing | (50,673) | (65,534) | (74,744) | (83,088) | (90,171) | (95,734) | (99,665) | 13.6% |
| % Total revenues | -9.9% | -9.7% | -8.8% | -7.9% | -7.1% | -6.4% | -5.8% | |
| General & administrative | (28,197) | (36,066) | (38,850) | (43,187) | (46,868) | (49,760) | (51,803) | 12.0% |
| % Total revenues | -5.5% | -5.4% | -4.6% | -4.1% | -3.7% | -3.3% | -3.0% | |
| Amortization of intangible assets | (13,388) | (9,999) | (6,499) | (4,224) | (2,746) | (1,785) | (1,160) | |
| % Total revenues | -2.6% | -1.5% | -0.8% | -0.4% | -0.2% | -0.1% | -0.1% | |
| Other | - | - | - | - | - | - | - | |
| **Total operating costs** | **(135,914)** | **(169,224)** | **(183,991)** | **(199,558)** | **(212,649)** | **(224,637)** | **(233,164)** | 10.6% |
| Y/Y Growth | 20.5% | 24.5% | 8.7% | 8.5% | 6.6% | 5.6% | 3.8% | |
| **Operating income (loss)** | **CNY 91,430** | **CNY 121,873** | **CNY 199,407** | **CNY 285,580** | **CNY 386,031** | **CNY 497,424** | **CNY 628,978** | 40.3% |
| Y/Y Growth | 60.2% | 33.3% | 63.6% | 43.2% | 35.2% | 28.9% | 26.4% | |
| Operating margin | 17.9% | 18.1% | 23.4% | 27.1% | 30.4% | 33.2% | 36.3% | |
| Interest and investment income (expense) | 72,956 | 36,554 | 9,118 | 15,617 | 22,055 | 30,258 | 40,410 | -16.1% |
| Interest expense | (5,180) | (4,789) | (5,162) | (5,162) | (5,162) | (5,162) | (5,162) | |
| Other income | 7,439 | 4,937 | 4,937 | 4,937 | 4,937 | 4,937 | 4,937 | |
| **Pre-tax income (loss)** | **CNY 166,645** | **CNY 158,574** | **CNY 208,300** | **CNY 300,972** | **CNY 407,861** | **CNY 527,458** | **CNY 669,163** | 25.9% |
| Income tax provision | (20,562) | (19,131) | (31,064) | (44,884) | (60,824) | (78,659) | (99,792) | 30.8% |
| GAAP Tax rate | -12% | -12% | -15% | -15% | -15% | -15% | -15% | |
| Share of results of equity investees | (5,733) | 13,081 | 13,081 | 13,081 | 13,081 | 13,081 | 13,081 | |
| **Net Income** | **CNY 140,350** | **CNY 152,524** | **CNY 190,318** | **CNY 269,169** | **CNY 360,118** | **CNY 461,879** | **CNY 582,452** | 26.9% |
| Minority interests | 9,083 | 4,243 | 1,529 | 1,451 | 586 | 686 | 779 | |
| Net income attributable to Alibaba Group Holding Ltd. (loss) | 149,433 | 156,767 | 191,847 | 270,621 | 360,705 | 462,565 | 583,231 | 25.4% |
| **Net income attributable to ordinary shareholders (loss)** | **CNY 149,263** | **CNY 156,718** | **CNY 191,847** | **CNY 270,621** | **CNY 360,705** | **CNY 462,565** | **CNY 583,231** | 25.4% |
| Net margin | 29.3% | 23.3% | 22.5% | 25.7% | 28.4% | 30.9% | 33.7% | |
| **GAAP Diluted EPS** | **CNY 55.95** | **CNY 56.97** | **CNY 66.96** | **CNY 91.91** | **CNY 119.29** | **CNY 149.07** | **CNY 183.27** | 21.7% |
| Fully-taxed EPS (40%) | 37.48 | 34.59 | 43.62 | 61.33 | 80.93 | 101.99 | 126.16 | 22.2% |
| **Adjusted Net Income:** | | | | | | | | |
| Net Income | CNY 149,263 | CNY 156,718 | CNY 191,847 | CNY 270,621 | CNY 360,705 | CNY 462,565 | CNY 583,231 | 25.4% |
| Add: Stock-based compensation expense | 31,742 | 48,813 | 34,874 | 36,617 | 38,448 | 40,371 | 42,389 | 4.9% |
| Add: Amortization of intangible assets | 13,388 | 9,999 | 6,499 | 4,224 | 2,746 | 1,785 | 1,160 | -33.2% |
| Add: impairment, gain loss on investments and other charges | (53,016) | (24,648) | - | - | - | - | - | |
| **Adjusted Net Income (attributable to ordinary shareholders)** | **CNY 141,377** | **CNY 190,882** | **CNY 233,220** | **CNY 311,462** | **CNY 401,899** | **CNY 504,721** | **CNY 626,780** | 29.0% |
| **Adjusted EPS (non-GAAP)** | **CNY 52.99** | **CNY 69.39** | **CNY 81.40** | **CNY 105.78** | **CNY 132.92** | **CNY 162.65** | **CNY 196.95** | 25.1% |
| **EBITDA:** | | | | | | | | |
| Operating income (loss) | 91,430 | 121,873 | 199,407 | 285,580 | 386,031 | 497,424 | 628,978 | |
| Add: D&A | 20,523 | 26,167 | 38,111 | 46,342 | 54,225 | 63,245 | 71,717 | |
| Add: Stock-based compensation expense | 31,742 | 48,813 | 34,874 | 36,617 | 38,448 | 40,371 | 42,389 | |
| Add: Amortization of intangible assets | 13,388 | 9,999 | 6,499 | 4,224 | 2,746 | 1,785 | 1,160 | |
| Add: other expense | 576 | 0 | | | | | | |
| **EBITDA** | **CNY 157,659** | **CNY 206,852** | **CNY 278,891** | **CNY 372,764** | **CNY 481,449** | **CNY 602,825** | **CNY 744,244** | 30.8% |
| Y/Y Growth FXN | 29.3% | 31.2% | 34.8% | 33.7% | 29.2% | 25.2% | 23.5% | |
| EBITDA Margin | 30.9% | 30.8% | 32.7% | 35.4% | 37.9% | 40.3% | 43.0% | |
| **Segment EBITA (in CNY)** | | | | | | | | |
| **Core commerce** | **165,800** | **204,083** | | | | | | |
| segment EBITA Margin | 38% | 36% | | | | | | |
| **Cloud computing** | **(1,414)** | **(480)** | | | | | | |
| segment EBITA Margin | -4% | -1% | | | | | | |
| **Digital media and entertainment** | **(11,116)** | **(5,441)** | | | | | | |
| segment EBITA Margin | -41% | -18% | | | | | | |
| **Innovation initiatives and others** | **(8,815)** | **(11,278)** | | | | | | |
| segment EBITA Margin | -133% | -165% | | | | | | |
| Unallocated | (7,319) | (6,382) | | | | | | |
| **Consolidated** | **CNY 137,136** | **CNY 180,685** | **CNY 240,780** | **CNY 326,422** | **CNY 427,225** | **CNY 539,579** | **CNY 672,527** | 31.5% |
| EBITA Margin | 26.9% | 26.9% | 28.3% | 31.0% | 33.7% | 36.0% | 38.8% | |
| Y/Y Growth | 28.2% | 31.8% | 33.3% | 35.6% | 30.9% | 26.3% | 24.6% | |
| Basic shares o/s | 2,627 | 2,706 | 2,786 | 2,865 | 2,944 | 3,024 | 3,103 | 2.9% |
| Diluted shares o/s | 2,668 | 2,751 | 2,865 | 2,944 | 3,024 | 3,103 | 3,182 | 3.1% |
| *Source: Company Reports and Truist Securities estimates* | | | | | | | | |



| Alibaba Group Holding Ltd. - Operating Metrics | Jun-19 | Sep-19 | Dec-19 | Mar-20 | | Jun-20 | Sep-20 | Dec-20 | Mar-21 |
|---|---|---|---|---|---|---|---|---|---|
| *(data in CNY millions, except share data)* | 1Q20A | 2Q20A | 3Q20A | 4Q20A | | 1Q21A | 2Q21A | 3Q21E | 4Q21E |
| **KEY METRICS** | | | | | | | | | |
| Active Buyers  (mil., ttm, China retail marketplaces) | 674.0 | 693.0 | 711.0 | 726.0 | | 742.0 | 757.0 | 769.7 | 781.9 |
| *Y/Y Growth* | *17.0%* | *15.3%* | *11.8%* | *11.0%* | | *10.1%* | *9.2%* | *8.3%* | *7.7%* |
| **Mobile** | *19.1%* | *17.9%* | *17.9%* | *17.3%* | | *15.8%* | *12.2%* | | |
| Mobile MAUs (mil) | 755.0 | 785.0 | 824.0 | 846.0 | | 874.0 | 881.0 | | |
| *Seq. Growth* | *4.7%* | *4.0%* | *5.0%* | *2.7%* | | *3.3%* | *0.8%* | | |
| Average MAU (mil) | 738.0 | 770.0 | 804.5 | 835.0 | | 874.0 | 877.5 | | |
| *% of Total Active Users (approximate, estimate)* | *109.5%* | *111.1%* | *113.2%* | *115.0%* | | *117.8%* | *115.9%* | | |
| *Revenue per active user (ttm)* | *CNY 399* | *CNY 420* | *CNY 450* | *CNY 458* | | *CNY 483* | *CNY 500* | *CNY 525* | *CNY 545* |
| *Y/Y FXN Growth* | *18.7%* | *21.0%* | *24.9%* | *21.1%* | | *20.9%* | *19.0%* | *16.5%* | *19.0%* |
| *Revenue/active user (ttm, $)* | *$58.45* | *$60.77* | *$64.96* | *$65.42* | | *$67.70* | *#DIV/0!* | *#DIV/0!* | *$81.46* |
| *Y/Y* | | | | | | | | | |
| *Revenue per active user (qtrly)* | *CNY 112.17* | *CNY 109.36* | *CNY 155.36* | *CNY 97.67* | | *CNY 136.55* | *CNY 126.12* | *CNY 176.78* | *CNY 119.64* |
| *Y/Y Growth* | *19.7%* | *21.4%* | *21.9%* | *9.3%* | | *21.7%* | *15.3%* | *13.8%* | *22.5%* |
| *Revenue per mobile MAU (ttm)* | | | | | | | | | |
| *Y/Y Growth* | | | | | | | | | |
| *Revenue per mobile MAU (qtrly)* | | | | | | | | | |
| *Y/Y Growth* | | | | | | | | | |
| **Estimated China Retail  Revenue** | **CNY 75,601** | **CNY 75,786** | **CNY 110,458** | **CNY 70,905** | | **CNY 101,321** | **CNY 95,470** | **CNY 136,066** | **CNY 93,552** |
| **% China retail revenue** | | | | | | | | | |
| *% Total Revenues* | *65.8%* | *63.7%* | *68.4%* | *62.0%* | | *65.9%* | *61.6%* | *66.0%* | *59.4%* |
| *Y/Y Growth* | *40.1%* | *40.0%* | *36.3%* | *21.3%* | | *34.0%* | *26.0%* | *23.2%* | *31.9%* |

***Source: Company Reports and Truist Securities estimates***

Alibaba Group Holding Limited



| Alibaba Group Holding Ltd. - Operating Metrics | | | | | | | | CAGR |
|---|---|---|---|---|---|---|---|---|
| *(data in CNY millions, except share data)* | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | 2020-2025 |
| **KEY METRICS** | | | | | | | | |
| Active Buyers  (mil., ttm, China retail marketplaces) | 726.0 | 781.9 | 836.2 | 888.4 | 938.3 | 985.7 | 1,030.6 | 6.3% |
| *Y/Y Growth* | *11.0%* | *7.7%* | *6.9%* | *6.2%* | *5.6%* | *5.1%* | *4.6%* | |
| **Mobile** | | | | | | | | |
| Mobile MAUs (mil) | | | | | | | | |
| *Seq. Growth* | | | | | | | | |
| Average MAU (mil) | | | | | | | | |
| *% of Total Active Users (approximate, estimate)* | | | | | | | | |
| *Revenue per active user (ttm)* | CNY 458 | CNY 545 | CNY 628 | CNY 714 | CNY 802 | CNY 890 | CNY 979 | 14.2% |
| *Y/Y FXN Growth* | *21.1%* | *19.0%* | *15.2%* | *13.7%* | *12.3%* | *11.1%* | *10.0%* | |
| *Revenue/active user (ttm, $)* | | | | | | | | |
| *Y/Y* | | | | | | | | |
| *Revenue per active user (qtrly)* | | | | | | | | |
| *Y/Y Growth* | | | | | | | | |
| *Revenue per mobile MAU (ttm)* | | | | | | | | |
| *Y/Y Growth* | | | | | | | | |
| *Revenue per mobile MAU (qtrly)* | | | | | | | | |
| *Y/Y Growth* | | | | | | | | |
| **Estimated China Retail  Revenue** | CNY 332,750 | CNY 426,409 | CNY 525,214 | CNY 634,246 | CNY 752,258 | CNY 877,764 | CNY 1,009,122 | 21.4% |
| **% China retail revenue** | 96% | 97% | 97% | 97% | 98% | 98% | 98% | |
| *% Total Revenues* | *65.3%* | *63.4%* | *61.6%* | *60.3%* | *59.3%* | *58.6%* | *58.3%* | |
| *Y/Y Growth* | *34.4%* | *28.1%* | *23.2%* | *20.8%* | *18.6%* | *16.7%* | *15.0%* | |

*Source: Company Reports and Truist Securities estimates*


"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917



### Alibaba Group Holding Ltd. - Discounted Cash Flow
**Fiscal Year Ends March 31**
*(data in CNY millions, except share data)*

| | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E |
|---|---|---|---|---|---|---|
| **Free Cash Flow (FCF)** | | | | | | |
| EBITDA | CNY 206,852 | CNY 278,891 | CNY 372,764 | CNY 481,449 | CNY 602,825 | CNY 744,244 |
| Less: Depreciation | (26,167) | (38,111) | (46,342) | (54,225) | (63,245) | (71,717) |
| EBITA | 180,685 | 240,780 | 326,422 | 427,225 | 539,579 | 672,527 |
| Less: Taxes @ 25.0% | (45,171) | (60,195) | (81,605) | (106,806) | (134,895) | (168,132) |
| Add: Depreciation | 26,167 | 38,111 | 46,342 | 54,225 | 63,245 | 71,717 |
| Less: Capital expenditures | (55,616) | (61,176) | (65,764) | (69,052) | (72,505) | (76,130) |
| **Unlevered Free Cash Flow** | **CNY 106,065** | **CNY 157,520** | **CNY 225,394** | **CNY 305,591** | **CNY 395,425** | **CNY 499,982** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Present Value of Cash Flows** | | | | | | |
| 2026 Terminal Value | 3,886,045 | 4,332,940 | 4,831,228 | 5,386,819 | 6,006,303 | 6,697,028 |
| 2026 Cash Flow | 290,122 | 323,486 | 360,687 | 402,166 | 448,415 | 499,982 |
| 2025 Cash Flow | 255,838 | 285,259 | 318,064 | 354,641 | 395,425 | |
| 2024 Cash Flow | 220,453 | 245,805 | 274,072 | 305,591 | | |
| 2023 Cash Flow | 181,298 | 202,147 | 225,394 | | | |
| 2022 Cash Flow | 141,274 | 157,520 | | | | |
| 2021 Cash Flow | 106,065 | | | | | |
| **Enterprise Value** | **CNY 5,081,093** | | | | | |
| Add: Cash & Investments | CNY 912,747 | | | | | |
| Less: Debt & capital leases | (CNY 121,788) | | | | | |
| Add: PV of NOLs | CNY 0 | | | | | |
| **Equity Value** | **$848,329** | | | | | |
| Divide by: Diluted shares | 2,751 | | | | | |
| **Price Target** | **$308** | | | | | |
| Implied EV/EBITDA Multiple | 24.6x | | | | | |

| **Assumptions** | |
|---|---|
| Perpetuity Growth Rate (S&P Avg @ 6.5%) | 4% |
| Assumed tax rate | 25% |
| Applied WACC (CAPM) | 12% |
| Exchange Rate | 6.9219 |

*Source: Company Reports and Truist Securities estimates*



"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917

## Alibaba Group Holding Ltd. - Balance Sheet

*Fiscal Year Ends March 31*
*(data in CNY millions, except share data)*

| | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **Current Assets:** | | | | | | | |
| Cash and cash equivalents | 330,503 | 396,381 | 762,830 | 1,125,893 | 1,588,449 | 2,160,853 | 2,853,852 |
| Short-term investments and restricted cash | 43,957 | 117,783 | 117,783 | 117,783 | 117,783 | 117,783 | 117,783 |
| Loan receivables net | - | - | - | - | - | - | - |
| Investment securities | 4,234 | 4,791 | 4,791 | 4,791 | 4,791 | 4,791 | 4,791 |
| Prepayments, receivables and other assets | 84,229 | 96,245 | 28,588 | 35,311 | 42,579 | 50,229 | 58,102 |
| Total current assets | 462,923 | 615,199 | 913,992 | 1,283,778 | 1,753,602 | 2,333,656 | 3,034,528 |
| **Long Term Assets:** | | | | | | | |
| Investments in equity investees | 189,632 | 189,134 | 189,134 | 189,134 | 189,134 | 189,134 | 189,134 |
| Investments and restricted cash | 161,329 | 209,449 | 209,449 | 209,449 | 209,449 | 209,449 | 209,449 |
| Prepayments, receivables and other assets | 57,985 | 60,787 | 18,814 | 23,239 | 28,022 | 33,056 | 38,237 |
| Property and equipment, net | 103,387 | 132,836 | 155,901 | 175,323 | 190,151 | 199,410 | 203,823 |
| Goodwill | 276,782 | 276,172 | 276,172 | 276,172 | 276,172 | 276,172 | 276,172 |
| Intangible assets, net | 60,947 | 52,219 | 45,720 | 41,496 | 38,750 | 36,965 | 35,805 |
| Other assets, net | - | - | - | - | - | - | - |
| Total long term assets | 850,062 | 920,597 | 895,190 | 914,812 | 931,677 | 944,186 | 952,620 |
| **Total assets** | 1,312,985 | 1,535,796 | 1,809,183 | 2,198,590 | 2,685,279 | 3,277,842 | 3,987,148 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | |
| **Current Liabilities:** | | | | | | | |
| Escrow money payable and merchant deposits | 16,654 | 15,729 | 19,903 | 24,092 | 28,470 | 32,913 | 36,929 |
| Accrued expenses, acounts payable  and other liabilities | 161,536 | 180,172 | 210,021 | 254,221 | 300,415 | 347,300 | 389,683 |
| Deferred revenue and customer advances | 38,338 | 46,634 | 59,098 | 72,995 | 88,019 | 103,832 | 120,107 |
| Debt, current portion | 5,154 | 4,903 | 4,903 | 4,903 | 4,903 | 4,903 | 4,903 |
| Income taxes payable | 20,190 | 18,503 | 5,663 | 7,988 | 10,647 | 13,653 | 17,215 |
| Total current liabilities | 241,872 | 265,942 | 299,588 | 364,198 | 432,454 | 502,602 | 568,837 |
| **Long Term Liabilities:** | | | | | | | |
| Debt | 120,276 | 116,885 | 116,885 | 116,885 | 116,885 | 116,885 | 116,885 |
| Other liabilities | 71,186 | 75,780 | 90,328 | 109,338 | 129,206 | 149,370 | 167,599 |
| Minority interest and redeemable preference shares | 9,103 | (795) | (2,324) | (3,775) | (4,361) | (5,047) | (5,826) |
| Total long term liabilities | 200,565 | 191,870 | 204,889 | 222,448 | 241,729 | 261,208 | 278,658 |
| **Stockholders' Equity:** | | | | | | | |
| Equity | 387,294 | 438,013 | 472,886 | 509,504 | 547,952 | 588,323 | 630,712 |
| Retained earnings (deficit) | 483,254 | 639,972 | 831,819 | 1,102,440 | 1,463,144 | 1,925,709 | 2,508,940 |
| Total stockholders' equity | 870,548 | 1,077,985 | 1,304,706 | 1,611,944 | 2,011,096 | 2,514,032 | 3,139,652 |
| **Total liabilities and stockholders' equity** | 1,312,985 | 1,535,796 | 1,809,183 | 2,198,590 | 2,685,279 | 3,277,842 | 3,987,148 |
| **RATIO ANALYSIS** | | | | | | | |
| Prepayments, receivables and other assets turnover | 28.6x | 29.8x | 29.8x | 29.8x | 29.8x | 29.8x | 29.8x |
| LT Prepayments, receivables and other assets turnover | 47.4x | 45.3x | 45.3x | 45.3x | 45.3x | 45.3x | 45.3x |
| Escrow money payable and merchant deposits turnover | 15.8x | 23.6x | 23.6x | 23.6x | 23.6x | 23.6x | 23.6x |
| Accrued expense turnover | 2.0x | 2.2x | 2.2x | 2.2x | 2.2x | 2.2x | 2.2x |
| Other liabilities turnover | 5.6x | 5.2x | 5.2x | 5.2x | 5.2x | 5.2x | 5.2x |
| Deferred revenue / Sales | 7.5% | 6.9% | 6.9% | 6.9% | 6.9% | 6.9% | 6.9% |
| Taxes payable / Taxes | 3.4% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |

*Source: Company Reports and Truist Securities estimates*



"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917

### Alibaba Group Holding Ltd. - Cash Flow Statement
*Fiscal Year Ends March 31*
*(data in CNY millions, except share data)*

| | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E |
|---|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | | |
| Net income (loss) | 149,263 | 156,718 | 191,847 | 270,621 | 360,705 | 462,565 | 583,231 |
| Add: depreciation and amortization | 33,911 | 36,166 | 44,610 | 50,566 | 56,970 | 65,030 | 72,877 |
| Add:Share of results of equity investees | 2,284 | (9,898) | (1,529) | (1,451) | (586) | (686) | (779) |
| Add: stock based comp + stock options | 31,742 | 48,813 | 34,874 | 36,617 | 38,448 | 40,371 | 42,389 |
| Add: Other non-cash items | - | - | - | - | - | - | - |
| Changes in assets and liabilities, net | 41,163 | 62,217 | 157,824 | 72,473 | 76,072 | 77,629 | 71,411 |
| Net cash produced (used) by operating activities | 180,607 | 228,256 | 427,625 | 428,827 | 531,609 | 644,909 | 769,129 |
| | | | | | | | |
| **Cash Flows From Investing Activities:** | | | | | | | |
| Other property, equipment and intangible assets | (31,880) | (55,616) | (61,176) | (65,764) | (69,052) | (72,505) | (76,130) |
| Land use rights and construction in progress | - | - | | | | | |
| Business Acquisitions | - | - | | | | | |
| Decrease (increase) in investments and other | (159,500) | (122,109) | - | - | - | - | (0) |
| Net cash used for investing activities | (108,072) | (165,771) | (61,176) | (65,764) | (69,052) | (72,505) | (76,130) |
| | | | | | | | |
| **Cash Flows From Financing Activities:** | | | | | | | |
| Issuance (purchase) of debt | (8,870) | (3,642) | - | - | - | - | - |
| Issuance (purchase) of equity | 80,960 | 1,906 | 0 | 0 | (0) | 0 | (0) |
| Net cash provided by financing activities | 70,853 | 5,497 | 0 | 0 | (0) | 0 | (0) |
| | | | | | | | |
| Foreign exchange effects | 4,100 | (4,204) | - | - | - | - | - |
| | | | | | | | |
| Net increase (decrease) in cash and equivalents | 147,488 | 63,779 | 366,449 | 363,063 | 462,557 | 572,404 | 692,999 |
| Cash and cash equivalents at beginning of period | 189,976 | 330,503 | 396,381 | 762,830 | 1,125,893 | 1,588,449 | 2,160,853 |
| Cash and cash equivalents at end of period | 330,503 | 396,381 | 762,830 | 1,125,893 | 1,588,449 | 2,160,853 | 2,853,852 |

*Source: Company Reports and Truist Securities estimates*

## Company Description

Alibaba Group Holding Limited (BABA) is the largest ecommerce platform in China, controlling ~80% of the spend online, with ~7T RMB in annual Gross Merchandise Value (GMV) as of FY20 and a large user base of over 850M annual active buyers and mobile Monthly Active Users (MAUs). The company operates in China through China retail marketplaces comprising three brands – Tabobao.com, Tmall, and Juhuasuan. In addition, Alibaba has dedicated marketplaces to address the opportunity in cross-border commerce and international markets including Alibaba.com, Tmall Global, AliExpress and Lazada. Alibaba also became China's largest provider of public cloud services in 2017 by revenue (IDC), offering a complete suite of cloud services, including elastic computing, database, storage and content delivery network (CDN), large-scale computing, security, management and application services, big data analytics and a machine learning platform. Alibaba Cloud has over 1 million paying customers. The company is also one of the largest players in China's Digital Media and Entertainment. This segment has been growing largely through acquisitions made over the past several years, including UCWeb (acquired 2014), which operates UC Browser, one of the top three mobile browsers in the world, and Youku Tudou (acquired April 2016), a leading multi-screen entertainment and media company, enabling users to search, view and share high-quality video content quickly and easily across multiple devices.

## Investment Thesis

We rate BABA shares Buy. We believe that a differentiated model, strong brand, unmatched scale and a proven management team give Alibaba a unique competitive advantage relative to peers, both in and outside China. With accelerating top line growth, 500M+ mobile users, $500+B in GMV (TTM), industry-leading EBITDA margin (60%+ in core commerce), and a rapidly growing Cloud business, Alibaba offers investors one of the best plays on growth in the digital economy in and around China, in our view.

## Valuation and Risks

Our PT is $308. Our target is derived using a five-year DCF (see model for details) and assumes a perpetuity growth rate of 4% and a 12% WACC (vs. 10% for U.S.-based large-cap Internet peers), reflecting BABA's relatively higher risk profile.

Risks to our rating and price target include: Threats to the Alibaba model and to investors in its equity are broader and more varied than those potentially affecting its US-based Internet peers, in our view. We see two major types of risks related to Alibaba: 1) country risks or risks specific to doing business in China, such as increased regulation; and 2) business risks, which while they may be more elevated in China, they are still similar to the type of risks faced by the majority of U.S.-based Internet companies, such as economic/macro risks, lack of traction on growth initiatives, increased investments and margin deterioration. Risks also include VIE ownership structure, accounting transparency, and competition.

## Analyst Certification

I, Youssef Squali , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp.

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 12/29/2020):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 482 | 67.89% | Buy | 172 | 35.68% |
| Hold | 218 | 30.70% | Hold | 62 | 28.44% |
| Sell | 10 | 1.41% | Sell | 2 | 20.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information, Link (password protected): TRUIST RESEARCH LIBRARY

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2020. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070