# EXHIBIT T



**SUNTRUST ROBINSON HUMPHREY**

# Internet - FY19 Holiday Spending Numbers Are In, and Online Wins Again

**Youssef Squali**
212-303-4180
youssef.squali@suntrust.com

**Naved Khan**
212-590-0994
naved.khan@suntrust.com

Sagar Vachhani
212-303-4143
sagar.vachhani@suntrust.com

Nathan Mitchell
212-590-0985
nathan.mitchell@suntrust.com

Robert Zeller
212-319-3917
Robert.Zeller@SunTrust.com

### What's Incremental To Our View

Both the NRF and Adobe reported their final estimates for holiday sales this week, and the trend is favorable for the Retail industry as a whole, and for online in particular. The NRF pegs online spending growth this season at 14.6% Y/Y, at the high-end of its 11-14% estimate range, while Adobe shows 13.1% growth, shy of its 14.1% estimate. While several retailers have materially improved their online/offline execution in the last year, we believe Amazon's 1-day shipping gave it the edge this season, fueling above-industry growth again. The IDM group is up 4.9% YTD vs. the S&P 500 at +1.8%.

**The STII Outperforms the Broader Market on the Week.** Internet stocks outperformed the overall market this week, with our SunTrust Robinson Humphrey Internet Index (STII) up 1.8% versus the S&P 500, which was up 1.1% over the same period (Jan 9 – Jan 15). YTD, the STII is up 4.9% vs. the S&P 500 up 1.8%. Over the last 52 weeks, the group is up 16.7% vs. the S&P 500 +26.0%. Valuation-wise, the STII is trading at 15.7x EV/NTM EBITDA vs. a five-year rolling average range of 10-19x.
Among the 37 IDM names currently under coverage, our favorite ten stocks for CY20 in rank-order are AMZN, GOOGL and FB among mega caps; BKNG, UBER and MTCH among large caps; and SFIX, SVMK, WIX, and YEXT among SMID caps.

**Holiday Sales Estimates Support Strong Online 4Q Performance.** According to the NRF, holiday sales grew 4.1% in 2019, with online sales growing 14.6%. Adobe also published final estimates, with online holiday sales up 13.1%, slightly below their initial expectations of +14%. As we have previously noted, MasterCard SpendingPulse data (from 11/1 through 12/24), online sales grew 18.8% Y/Y (vs. +19.1% in 2018), with in-store sales growing 1.2% Y/Y, and total retail (excl. auto) grew +3.4% Y/Y. We believe these data points are supportive of strong growth in online holiday sales, with Amazon (Buy-rated, PT $2,350) accruing most of the benefit (see why AMZN is a favorite 2020 pick for us here).

**GCP Cozies Up to Retailers, Launches New Solutions at NRF this Week**. Google used one of the largest retail events, NRF 2020, to launch a number of updates to its services for retailers. The company announced several enhancements to specific vertical editions, including Google Cloud Anthos for Retail, Google Cloud Search for Retail, and Google Cloud API Management for Retail. The company is also expanding current programs such as its Retail Acceleration Program and Customer Reliability Engineering services, which helps retailers better plan for and manage peak shopping days, to more customers. Google also announced that it is launching a new service called Google Cloud 1:1 Engagement for Retail, which is designed to help retailers make use of the company's big data platform to better understand consumers and enhance personalization and recommendation features. By powering retailers, Google is positioning itself as the anti-Amazon, a smart, powerful and differentiated strategy, in our view.

### What's Inside

A weekly review on the Internet Industry with price performance history, recent insider activity, short interest levels, and comparative valuations for all companies under coverage as well as relative performance charts of all dollar-weighted STRH Internet Indices.

**SEE PAGE 14 FOR REQUIRED DISCLOSURE INFORMATION**

Case 1:20-cv-09568-GBD-JW    Document 64-29    Filed 07/21/22    Page 3 of 17



**Google acquires Pointy to Strengthen its Retail Offering**. On Tuesday (Jan. 14), Google announced that it had acquired Pointy, a start-up based out of Dublin, Ireland that helps local merchants and retailers bring their inventory online. With Pointy, merchants can plug a tiny box (from Pointy) into their barcode scanner or install the Pointy app on their point of sale (POS) system, which surfaces the products that they sell directly into the "See what's in store" section of their business profile on Google Search. We note that Google introduced this functionality with Pointy a few years ago, but the acquisition should allow Pointy to reach even more local retailers, while helping Google enhance its search/shopping experience for users. Google said that it expects the deal to close in the coming weeks. We believe that this move should help local merchants compete more effectively with Amazon and the general shift toward online retail, as these retailers can better attract customers to their stores.

**Google to Phase-out 3rd-Party Cookies within Two Years**. On Tuesday (Jan 14), Google announced that it plans on gradually eliminating support for third-party cookies in Chrome over the next two years. With consumers increasingly valuing privacy and transparency while increasingly scrutinizing how their personal data is being used, and with regulators clamping down on big tech, we believe Google is trying to walk a fine line of restricting personal data use while still allowing publishers and advertisers to use data to target consumers. Justin Schuh, director of Chrome Engineering at Google, acknowledged such behavior from users in a blog post (LINK), and also stated that "Some browsers have reacted to these concerns by blocking third-party cookies, but we believe this has unintended consequences that can negatively impact both users and the web ecosystem." We note that Google is not saying that they are eliminating targeting advertising altogether, but rather the company is allowing publishers to designate 3rd party cookies as 1st party cookies. Beginning in February of this year, Chrome will treat cookies that do not include a SameSite label as 1P-only and require cookies labeled for 3P use to be accessed over HTTPS. Google is seeking to replace 3P cookie functionality with Google's Privacy Sandbox API, effectively storing user data in the browser and letting 3P companies gather data by doing an API call. Arguably, this is likely to lessen ad target-ability, but it is too early to know how the ecosystem will adjust over time.

**Uber Gets Black Eye From Bollywood Star in London.** Bollywood star Sonam Kapoor Ahuja said her Uber driver in London was "unstable and was yelling and shouting" during her ride, and that her complaint on the app were met with multiple disconnected replies from bots. Ms. Ahuja was discussing the event on Twitter, where she has 12.8M followers, and publications like The Guardian picked up the story. We believe this is an ill-timed event and one that has the potential to hurt Uber as the company works to appeal to regulators in order to continue to operate in London.

**Alibaba Forcing Merchants to Choose Could Cause Backlash.** Merchants this week told the Financial Times that Alibaba is threatening merchants that it won't send shoppers to their products on Tmall if they also sell on Pinduoduo, and that Alibaba is being sued for anti-competitive behavior. Pinduoduo and Vipshop joined a lawsuit that JD.com filed back in 2017. We believe this has the potential to result in fines for Alibaba, as well as changes to this practice, which is likely to increase competitive pressures, in our view.

**Pinterest Surpassed Snapchat as No. 3 Social Media App in the U.S.** (eMarketer), Pinterest amassed a total of 82.4 million users worldwide in 2019, compared to 75.8 million users for Snapchat (LINK), passing Snap to reach the third highest user base domestically. For 2020, eMarketer projects that PINS will finish the year with 86 million users compared to SNAP's 83 million users, and forecasts this trend to continue in the near- to medium-term, with Pinterest achieving ~90 million users by 2022 vs. ~86 million users for Snap. We note that Snapchat has traditionally appealed to a younger demographic age group, while Pinterest has a more universal audience, and eMarketer cited "significant gains in a wide range of age groups" as a catalyst for Pinterest surpassing Snapchat. A key takeaway for us however, is that Pinterest's growing scale gives advertisers yet another platform to leverage to reach an attractive mass audience, complementing (likely not supplementing!) existing ones including Youtube, FB, IG, Snapchat and Twitter. We estimate that 43% of all ad spending in the US is still offline (as of FY19, our estimate).

**Instagram Tests Direct Messaging on the Web**. Instagram announced that the platform will begin letting users chat from web browsers, giving people the capability to do a lot of the actions only available on mobile currently. While Instagram is testing this functionality before rolling it out broadly for all users, the capabilities users could have include receiving direct messages (or DMs), viewing their whole inbox, starting new messages/group chats, sending photos, and liking and sharing posts from their feed. However, this move potentially contradicts parent Facebook's previously stated remarks about plans for an end-to-end encryption for all of its messaging apps (Facebook Messenger, WhatsApp, and Instagram). We note that Facebook is in the midst of a significant shift toward private, end-to-end encrypted messaging, with plans to create a single, encrypted backend for all of its messaging apps.

SunTrust Robinson Humphrey

## eWeekly Summary

*The STII was up 1.8% this week vs. the S&P500, which was up 1.1%*

Internet stocks outperformed the overall market this week, with our SunTrust Robinson Humphrey Internet Index (STII) up 1.8% versus the S&P 500, which was up 1.1% over the same period (Jan 9 – Jan 15). YTD, the STII is up 4.9% vs. the S&P 500 up 1.8%. This week by sub-segment, Commerce increased 2.1% (W +11.2%, ETSY +8.6%, SFIX +4.3%), Marketing increased 3.6% (CDLX +23.7%, RDFN +11.6%, MTCH +7.1%), Travel increased 2.6% (EXPE +2.0%), and Subscriptions increased 2.7% (SVMK +6.1%, WIX +6.1%).

**FIGURE 1: INTERNET INDEX VS. S&P 500 – 52 WEEK CHART**



Source: FactSet and SunTrust Robinson Humphrey research

*The ST Internet Index is trading at 15.7x EV/NTM EBITDA*

From a valuation perspective, our ST Internet Index is trading at 15.7x EV/NTM EBITDA, slightly higher than the mid-point of the five-year rolling average range of roughly 10-19x. Looking at the historical EV/NTM EBITDA over a longer period, the STII remains well-below the peak levels of ~25x seen in 2006-7, when a flurry of M&A activity helped to drive valuations higher.

**FIGURE 2: STII - EV/NTM EBITDA – FIVE-YEAR HISTORY**



Source: FactSet and SunTrust Robinson Humphrey research

Case 1:20-cv-09568-GBD-JW    Document 64-29    Filed 07/21/22    Page 5 of 17



---

## Weekly Stories

**Holiday Sales Estimates Continue to Support Strong 4Q.** According to the NRF, holiday sales grew 4.1% in 2019, with online sales growing 14.6%. Adobe also published final estimates, with online holiday sales up 13.1%, slightly below their initial expectations of +14%. As we have previously noted, MasterCard SpendingPulse data (from 11/1 through 12/24), online sales grew 18.8% Y/Y (vs. +19.1% in 2018), with in-store sales growing 1.2% Y/Y, and total retail (excl. auto) grew +3.4% Y/Y. We believe these are data points are supportive of strong growth in online holiday sales, and we believe Amazon will accrue the most benefit.

**Alibaba Forcing Merchants to Choose Could Cause Backlash.** Merchants this week told the Financial Times that Alibaba is threatening merchants that it won't send shoppers to their products on Tmall if they also sell on Pinduoduo, and that Alibaba is being sued for anti-competitive behavior. Pinduoduo and Vipshop joined a lawsuit that JD.com filed back in 2017. We believe this has the potential to result in fines for Alibaba, as well as changes to this practice, which is likely to increase competitive pressures, in our view.

**Bollywood Star Slams Uber for Incident in London.** Bollywood star Sonam Kapoor Ahuja said her Uber driver in London was "unstable and was yelling and shouting" during her ride, and that her complaint on the app were met with multiple disconnected replies from bots. Ms. Ahuja was discussing the event on Twitter, where she has 12.8M followers, and publications like The Guardian picked up the story. We believe this has the potential to hurt Uber in its appeal to continue to operate in London.

**Google acquires Pointy**. On Tuesday (Jan. 14), Google announced that it had acquired Pointy, a start-up based out of Dublin, Ireland that helps local merchants and retailers bring their inventory online. With Pointy, merchants can plug a tiny box (from Pointy) into their barcode scanner or install the Pointy app on their point of sale (POS) system, which surfaces the products that they sell directly into the "See what's in store" section of their business profile on Google Search. We note that Google introduced this functionality with Pointy a few years ago, but the acquisition should allow Pointy to reach even more local retailers while also helping Google enhance its searching/shopping experience for users. Google said that it expects the deal to close in the coming weeks. We believe that this move can arguably help local merchants compete more with Amazon and the general shift toward online retail, as these local retailers can better attract customers to their stores.

**Pinterest Surpassed Snapchat as No. 3 Social Media App in the U.S.** According to data from eMarketer, Pinterest amassed a total of 82.4 million users worldwide in 2019, compared to 75.8 million users for Snapchat (LINK), passing Snap to reach the third highest user base domestically. For 2020, eMarketer projects that PINS will finish the year with 86 million users compared to SNAP's 83 million users, and forecasts this trend to continue in the near- to medium-term, with Pinterest achieving ~90 million users by 2022 vs. ~86 million users for Snap. We note that Snapchat has traditionally appealed to a younger demographic age

Case 1:20-cv-09568-GBD-JW    Document 64-29    Filed 07/21/22    Page 6 of 17



group, while Pinterest has a more universal audience, and eMarketer cited "significant gains in a wide range of age groups" as a catalyst for Pinterest surpassing Snapchat.

**Instagram Tests Direct Messaging on the Web**. Instagram announced that the platform will begin letting users chat from web browsers, giving people the capability to do a lot of the actions only available on mobile currently. While Instagram is testing this functionality before rolling it out broadly for all users, the capabilities users will have include receiving direct messages (or DMs), viewing their whole inbox, starting new messages/group chats, sending photos, and liking and sharing posts from their feed. However, that this move potentially contradicts parent Facebook's previously stated remarks about plans for an end-to-end encryption for all of its messaging apps (Facebook Messenger, WhatsApp, and Instagram). We note that Facebook is in the midst of a significant shift toward private, end-to-end encrypted messaging, with plans to create a single, encrypted backend for all of its messaging apps.

**Google Cloud Launches New Solutions for Retailers**. Google used one of the largest retail events, NRF 2020, to launch a number of updates to its services for retailers. The company announced several enhancements to specific vertical editions, including Google Cloud Anthos for Retail, Google Cloud Search for Retail, and Google Cloud API Management for Retail. The company is also expanding current programs such as its Retail Acceleration Program and Customer Reliability Engineering services, which helps retailers better plan for and manage peak shopping days, to more customers. Google also announced that it is launching a new service called Google Cloud 1:1 Engagement for Retail, which is designed to help retailers make use of the company's big data platform to better understand consumers and enhance personalization and recommendation features.

**Google to Phase-out Third-Party Cookies within Two Years**. On Tuesday (Jan 14), Google announced that it plans on gradually eliminating support for third-party cookies in Chrome over the next two years. We believe that we consumers are increasingly valuing privacy and transparency while increasingly scrutinizing the use of personal data, and Google seems to be adapting to these trends in the web ecosystem. Justin Schuh, director of Chrome Engineering at Google, acknowledged such behavior from users in a blog post (LINK), and also stated that "Some browsers have reacted to these concerns by blocking third-party cookies, but we believe this has unintended consequences that can negatively impact both users and the web ecosystem." We note that Google is not saying that they are eliminating targeting advertising, but rather the company is allowing publishers to designate 3rd party cookies as 1st party cookies. Beginning in February of this year, Chrome will treat cookies that do not include a SameSite label as 1P only and require cookies labeled for 3P use to be accessed over HTTPS. Google is seeking to replace 3P cookie functionality with Google's Privacy Sandbox API, effectively storing user data in the browser and letting 3P companies gather data by doing an API call.



Case 1:20-cv-09568-GBD-JW    Document 64-29    Filed 07/21/22    Page 7 of 17

---

## Notes from This Week

**GDDY – 1/16/20 - Thoughts on 2020 Outlook; Adj LT Ests/PT for TRA Pmts; Reit BUY**

**TRIP – 1/16/20 - 2020 Should See Improving Organic Growth Despite SEO Headwinds**

**CDLX – 1/13/20 - Pre-Announcing to the Upside for 4Q19 Revenues/Billings**

**EXPE – 1/10/20 - 2020 Thoughts: Risk/Reward Biased to Upside Despite Execution Challenges**

**BKNG – 1/10/20 - Base Case 2020 Framework Supports Healthy EPS Growth; BUY/PT to $2,350 (from $2,240)**

**AMZN – 1/10/20 - Mkt's Missing Full Potential of 1-Day Shipping; Reit. Buy/$2,350 PT**

**Internet – 1/10/20 - 2020 Outlook for IDM Group & Favorite Large/SMID Caps**



## Stock Summary - Weekly Share Price Performance

FIGURE 4: STOCK PERFORMANCE SUMMARY

| Company | Ticker | Rating | Current Price | 1 Week | 1 Month | 3 Mo's | YTD | 52 Weeks |
|---|---|---|---|---|---|---|---|---|
| | | | | | Price Change Over Various Periods | | | |
| Cardlytics | CDLX | Buy | $82.99 | 23.70% | 45.62% | 116.97% | 32.02% | 406.96% |
| Redfin | RDFN | Buy | $23.95 | 11.60% | 12.07% | 43.41% | 13.29% | 39.24% |
| Wayfair, Inc. | W | Hold | $105.81 | 11.18% | 17.66% | -2.91% | 17.09% | 12.72% |
| Snap | SNAP | Hold | $18.19 | 9.12% | 20.54% | 29.10% | 11.39% | 178.13% |
| Etsy, Inc. | ETSY | Buy | $48.86 | 8.57% | 15.54% | -18.59% | 10.29% | -10.07% |
| Match Group | MTCH | Buy | $91.10 | 7.11% | 26.69% | 21.06% | 10.95% | 96.04% |
| SurveyMonkey | SVMK | Buy | $19.89 | 6.14% | 12.82% | 8.22% | 11.30% | 48.32% |
| Wix | WIX | Buy | $141.97 | 6.12% | 19.22% | 13.68% | 16.01% | 40.09% |
| InterActivCorp | IAC | Buy | $274.65 | 6.10% | 22.26% | 19.48% | 10.25% | 43.81% |
| Endurance Int'l | EIGI | Hold | $5.16 | 4.88% | 21.99% | 33.33% | 9.79% | -28.83% |
| Lyft | LYFT | Buy | $47.08 | 4.44% | 0.71% | 14.61% | NA | NA |
| Stitch Fix | SFIX | Buy | $24.65 | 4.34% | -4.72% | 18.23% | -3.94% | 19.37% |
| Peloton | PTON | Buy | $30.86 | 4.08% | -2.12% | NA | NA | NA |
| Trivago | TRVG | Hold | $2.97 | 3.85% | 4.21% | -23.06% | 13.36% | -52.40% |
| GoDaddy | GDDY | Buy | $72.17 | 3.72% | 7.32% | 13.64% | 6.26% | 14.79% |
| ANGI Homeservices | ANGI | Buy | $9.36 | 3.31% | 12.36% | 37.85% | 10.51% | -41.61% |
| Alibaba | BABA | Buy | $225.06 | 3.24% | 9.83% | 28.39% | 6.11% | 49.16% |
| Uber Technologies | UBER | Buy | $35.01 | 3.18% | 22.89% | 9.41% | NA | NA |
| Facebook | FB | Buy | $221.15 | 2.76% | 13.93% | 17.08% | 7.75% | 48.47% |
| Yext | YEXT | Buy | $15.14 | 2.51% | 6.02% | -1.82% | 4.99% | 1.47% |
| Zillow | ZG | Buy | $46.51 | 2.49% | 11.24% | 50.37% | 1.68% | 39.88% |
| Alphabet | GOOGL | Buy | $1,439.20 | 2.43% | 6.86% | 15.86% | 7.45% | 32.46% |
| Shutterstock | SSTK | Hold | $44.40 | 2.33% | 4.89% | 25.25% | 3.54% | 17.93% |
| Expedia | EXPE | Buy | $110.74 | 1.95% | -1.79% | -19.32% | 2.40% | -5.13% |
| Lending Tree | TREE | Hold | $310.25 | 1.95% | 7.40% | -2.25% | 2.24% | 16.75% |
| TripAdvisor | TRIP | Buy | $30.98 | 1.27% | 5.91% | -20.34% | 1.97% | -45.41% |
| frontdoor, inc. | FTDR | Buy | $47.82 | 1.06% | 1.44% | -7.13% | 0.84% | 72.76% |
| Twitter | TWTR | Hold | $33.23 | 0.54% | 9.35% | -17.50% | 3.68% | 0.64% |
| Eventbrite | EB | Hold | $21.34 | 0.33% | 11.73% | 17.64% | 5.80% | -30.58% |
| Booking Holdings | BKNG | Buy | $2,065.16 | 0.11% | 4.64% | 2.42% | 0.56% | 21.60% |
| The Trade Desk | TTD | Buy | $284.80 | -0.14% | 12.81% | 34.34% | 9.63% | 118.39% |
| eBay | EBAY | Hold | $35.33 | -0.74% | -0.42% | -9.13% | -2.16% | 15.19% |
| Car Gurus | CARG | Buy | $36.01 | -1.15% | -3.22% | 15.32% | 2.36% | -0.91% |
| Amazon | AMZN | Buy | $1,862.02 | -1.58% | 5.74% | 5.35% | 0.77% | 11.19% |
| Cimpress | CMPR | Hold | $107.24 | -1.61% | -8.84% | -19.44% | -14.73% | -9.01% |
| TrueCar | TRUE | Hold | $4.14 | -10.39% | -18.02% | 28.37% | -12.84% | -56.56% |
| Blue Apron | APRN | Hold | $5.14 | -10.45% | -28.91% | -34.61% | -21.88% | -77.31% |

*Source: FactSet and SunTrust Robinson Humphrey research*
*Prices as of 1/15/20 close*



## Short Interest

### FIGURE 5: SHORT INTEREST TABLE

| | Ticker | Rating | Shares Short | Short Int % O/S | Shares O/S | Short Int % Float | Float Shares | Days to Cover |
|---|---|---|---|---|---|---|---|---|
| Peloton | PTON | Buy | 28,316,217 | 64.79% | 43,707,000 | 69.57% | 40,704,656 | 5.91 |
| Match Group | MTCH | Buy | 31,192,300 | 44.28% | 70,447,000 | 58.77% | 53,073,420 | 13.57 |
| Stitch Fix | SFIX | Buy | 22,600,826 | 21.87% | 103,341,000 | 43.08% | 52,460,878 | 14.54 |
| ANGI Homeservices | ANGI | Buy | 32,139,898 | 39.57% | 81,230,000 | 41.61% | 77,235,471 | 20.49 |
| Wayfair, Inc. | W | Hold | 20,835,084 | 31.68% | 65,758,220 | 33.19% | 62,772,638 | 12.23 |
| Blue Apron | APRN | Hold | 1,642,872 | 21.59% | 7,608,000 | 21.91% | 7,498,328 | 8.56 |
| Lending Tree | TREE | Hold | 1,542,278 | 11.86% | 12,999,000 | 19.78% | 7,796,700 | 13.27 |
| Shutterstock | SSTK | Hold | 3,637,707 | 10.26% | 35,457,000 | 19.24% | 18,907,769 | 27.12 |
| Cimpress | CMPR | Hold | 4,625,638 | 16.58% | 27,899,000 | 19.05% | 24,275,386 | 11.37 |
| Redfin | RDFN | Buy | 13,411,520 | 14.54% | 92,261,000 | 16.57% | 80,935,727 | 23.73 |
| Cardlytics | CDLX | Buy | 3,492,445 | 13.58% | 25,711,714 | 15.18% | 23,014,438 | 10.59 |
| Car Gurus | SNAP | Hold | 117,523,523 | 10.32% | 1,138,349,000 | 14.96% | 785,330,856 | 6.60 |
| The Trade Desk | TTD | Buy | 5,561,363 | 13.96% | 39,834,866 | 14.16% | 39,275,096 | 3.99 |
| Snap | CARG | Buy | 11,384,183 | 12.45% | 91,447,000 | 14.14% | 80,519,282 | 17.75 |
| TrueCar | TRUE | Hold | 12,258,852 | 11.50% | 106,596,000 | 12.81% | 95,731,430 | 5.67 |
| Etsy, Inc. | ETSY | Buy | 14,735,960 | 12.44% | 118,489,000 | 12.57% | 117,221,544 | 7.30 |
| TripAdvisor | TRIP | Buy | 13,110,424 | 10.36% | 126,591,960 | 12.44% | 105,377,060 | 2.88 |
| Lyft | LYFT | Buy | 19,506,622 | 6.81% | 286,464,000 | 9.80% | 199,089,057 | 3.07 |
| Trivago | TRVG | Hold | 4,019,125 | 1.15% | 350,707,000 | 9.44% | 42,560,000 | 18.48 |
| Expedia | EXPE | Buy | 10,075,897 | 7.23% | 139,362,820 | 8.34% | 120,774,920 | 4.13 |
| Yext | YEXT | Buy | 7,852,754 | 6.84% | 114,812,630 | 8.08% | 97,165,371 | 6.78 |
| Eventbrite | EB | Hold | 4,321,664 | 5.57% | 77,609,000 | 7.86% | 54,992,065 | 8.91 |
| Zillow | ZG | Buy | 3,578,099 | 6.11% | 58,524,000 | 6.40% | 55,934,286 | 11.57 |
| InterActivCorp | IAC | Buy | 4,239,188 | 5.38% | 78,825,000 | 5.44% | 77,970,010 | 4.09 |
| Uber | UBER | Buy | 42,969,921 | 2.52% | 1,705,815,000 | 5.07% | 848,235,735 | 1.30 |
| GoDaddy | GDDY | Buy | 7,659,074 | 4.33% | 176,970,000 | 4.38% | 174,872,556 | 6.29 |
| Twitter | TWTR | Hold | 31,390,583 | 4.04% | 776,357,000 | 4.20% | 746,565,554 | 2.53 |
| Wix | WIX | Buy | 1,933,542 | 3.78% | 51,151,950 | 4.17% | 46,402,168 | 4.24 |
| SurveyMonkey | SVMK | Buy | 4,519,547 | 3.36% | 134,619,310 | 4.15% | 108,967,534 | 7.62 |
| eBay | EBAY | Hold | 30,862,397 | 3.79% | 813,525,000 | 3.98% | 774,723,628 | 4.13 |
| Endurance | EIGI | Hold | 3,539,334 | 2.42% | 146,405,000 | 3.95% | 89,591,230 | 13.83 |
| Booking Holdings | BKNG | Buy | 1,071,859 | 2.56% | 41,855,700 | 2.57% | 41,684,085 | 4.19 |
| Frontdoor | FTDR | Buy | 1,719,830 | 2.03% | 84,663,000 | 2.03% | 84,561,326 | 4.95 |
| Alphabet | GOOGL | Buy | 3,552,341 | 1.19% | 299,628,000 | 1.19% | 298,957,957 | 2.93 |
| Facebook | FB | Buy | 26,819,065 | 1.11% | 2,406,468,000 | 1.12% | 2,387,824,308 | 2.08 |
| Alibaba | BABA | Buy | 27,739,608 | 1.03% | 2,682,723,100 | 1.04% | 2,665,012,909 | 2.43 |
| Amazon | AMZN | Buy | 4,161,073 | 0.84% | 495,797,000 | 0.95% | 437,739,827 | 1.23 |

*Short Interest Updated as of          12/31/2019*

*Source: FactSet and SunTrust Robinson Humphrey research*

Case 1:20-cv-09568-GBD-JW    Document 64-29    Filed 07/21/22    Page 10 of 17



## SunTrust Robinson Humphrey Internet Indices

**FIGURE 6: STRH INTERNET INDEX VS. S&P 500 – 5 YEAR CHART**



*Source:  FactSet and SunTrust Robinson Humphrey research*

**FIGURE 7: STRH INTERNET INDEX VS. S&P 500 – 52 WEEK CHART**



*Source:  FactSet and SunTrust Robinson Humphrey research*

**FIGURE 8:  STRH MARKETING INDEX VS. S&P 500 – 52 WEEK CHART**



*Source:  FactSet and SunTrust Robinson Humphrey research*

**FIGURE 9:  STRH COMMERCE INDEX VS. S&P 500 – 52 WEEK CHART**



Source:  FactSet and SunTrust Robinson Humphrey research

**FIGURE 10:  STRH SUBSCRIPTION INDEX VS. S&P 500 – 52 WEEK CHART**



Source:  FactSet and SunTrust Robinson Humphrey research

**FIGURE 11:  STRH SOCIAL INDEX VS. S&P 500 – 52 WEEK CHART**

### Social vs. Peers

Indexed Price Performance                          Price (Indexed to 100)

126.01
119.04

Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec

— Social
– · S&P 500

*Source: FactSet Prices*

Source:  FactSet and SunTrust Robinson Humphrey research

**FIGURE 12: STRH INFRASTRUCTURE INDEX VS. S&P 500 – 52 WEEK CHART**



Source:  FactSet and SunTrust Robinson Humphrey research

**FIGURE 13:  STRH ONLINE TRAVEL INDEX VS. S&P 500 – 52 WEEK CHART**



Source:  FactSet and SunTrust Robinson Humphrey research

Case 1:20-cv-09568-GBD-JW     Document 64-29     Filed 07/21/22     Page 13 of 17



## Insider Activity – Last Month

**FIGURE 14: INSIDER PURCHASING AND SELLING ACTIVITY OVER THE LAST MONTH (ROLLING)**

| Company | Ticker | Rating | Shares Traded By Insiders | % of Shares Outstanding | % of Float |
|---|---|---|---|---|---|
| Amazon | AMZN | Buy | 4,000 | 0.0% | 0.0% |
| ANGI Homeservices | ANGI | Buy | 28,488 | 0.0% | 0.0% |
| Blue Apron | APRN | Hold | 3,891 | 0.1% | 0.1% |
| Alibaba | BABA | Buy | 0 | 0.0% | 0.0% |
| Booking Holdings | BKNG | Buy | 0 | 0.0% | 0.0% |
| Car Gurus | CARG | Buy | 257,779 | 0.3% | 0.3% |
| Cardlytics | CDLX | Buy | 71,776 | 0.3% | 0.3% |
| Cimpress | CMPR | Hold | 0 | 0.0% | 0.0% |
| Eventbrite | EB | Hold | 0 | 0.0% | 0.0% |
| eBay | EBAY | Hold | 0 | 0.0% | 0.0% |
| Endurance Int'l | EIGI | Hold | 0 | 0.0% | 0.0% |
| Etsy | ETSY | Buy | 25,076 | 0.0% | 0.0% |
| Expedia | EXPE | Buy | 0 | 0.0% | 0.0% |
| Facebook | FB | Buy | 1,040 | 0.0% | 0.0% |
| Frontdoor | FTDR | Buy | 0 | 0.0% | 0.0% |
| GoDaddy | GDDY | Buy | 850 | 0.0% | 0.0% |
| Alphabet | GOOGL | Buy | 56,858 | 0.0% | 0.0% |
| InterActivCorp | IAC | Buy | 12,085 | 0.0% | 0.0% |
| Match Group | MTCH | Buy | 194,344 | 0.3% | 0.4% |
| Peloton | PTON | Buy | 0 | 0.0% | 0.0% |
| Redfin | RDFN | Buy | 18,000 | 0.0% | 0.0% |
| Stitch Fix | SFIX | Buy | 473,647 | 0.4% | 0.9% |
| Snap | SNAP | Hold | 194,549 | 0.0% | 0.0% |
| Shutterstock | SSTK | Hold | 23,562 | 0.1% | 0.1% |
| SurveyMonkey | SVMK | Buy | 12,438 | 0.0% | 0.0% |
| Lending Tree | TREE | Hold | 0 | 0.0% | 0.0% |
| TripAdvisor | TRIP | Buy | 63,814 | 0.1% | 0.1% |
| TrueCar | TRUE | Hold | 4,618 | 0.0% | 0.0% |
| Trivago | TRVG | Hold | NA | NA | NA |
| The Trade Desk | TTD | Buy | 122,162 | 0.3% | 0.3% |
| Twitter | TWTR | Hold | 3,500 | 0.0% | 0.0% |
| Wayfair | W | Hold | 13,779 | 0.0% | 0.0% |
| Wix | WIX | Buy | 0 | 0.0% | 0.0% |
| Yext | YEXT | Buy | 274,117 | 0.2% | 0.3% |
| Zillow | ZG | Buy | 0 | 0.0% | 0.0% |

*Source: FactSet and SunTrust Robinson Humphrey research*

## FIGURE 15: COMP TABLE (PRICES AS OF 1/15/20 CLOSE)

| | | Rating | Analyst | Price Target | Current Stock Price | Market Cap | Enterprise Value | CY20E EV/Revs | CY20E EV/Adj. EBITDA | CY20E EV/FCF | CY20E P/E | CY21E EV/Revs | CY21E EV/Adj. EBITDA | CY21E EV/FCF | CY21E P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Internet Advertising** | | | | | | | | | | | | | | | |
| Alphabet, Inc. | GOOGL | Buy | Squali | $1,500 | $1,439.20 | $1,004,848 | $897,419 | 4.7x | 12.7x | 19.8x | 26.6x | 4.1x | 10.5x | 16.4x | 22.2x |
| Facebook, Inc. | FB | Buy | Squali | $250 | $221.15 | $635,585 | $583,316 | 6.9x | 14.1x | 28.9x | 27.1x | 5.8x | 11.5x | 24.6x | 22.9x |
| Snap Inc. | SNAP | Hold | Squali | $17 | $18.19 | $25,345 | $23,084 | 9.6x | NM | NM | NM | 7.2x | 41.8x | 54.0x | 61.2x |
| Twitter, Inc. | TWTR | Hold | Squali | $36 | $33.23 | $26,269 | $22,995 | 5.7x | 15.2x | 23.0x | 51.7x | 5.1x | 12.1x | 16.6x | 42.3x |
| Lending Tree, Inc. | TREE | Hold | Squali | $350 | $310.25 | $4,540 | $4,835 | 3.7x | 18.4x | 26.5x | 35.2x | 3.2x | 14.8x | 21.7x | 26.7x |
| The Trade Desk, Inc. | TTD | Buy | Squali | $285 | $284.80 | $13,681 | $13,384 | 15.7x | 50.0x | 75.3x | 71.9x | 12.2x | 34.5x | 48.8x | 53.1x |
| TripAdvisor, Inc | TRIP | Buy | Khan | $43 | $30.98 | $4,337 | $3,404 | 2.1x | 7.8x | 7.8x | 17.6x | 2.1x | 7.4x | 7.4x | 17.3x |
| Trivago N.V | TRVG | Hold | Khan | $4 | $2.97 | $1,061 | $832 | 0.9x | 10.9x | 20.2x | 25.2x | 0.8x | 7.9x | 14.6x | 39.4x |
| Cardlytics, Inc. | CDLX | Buy | Squali | $52 | $82.99 | $1,955 | $1,860 | 6.9x | NM | NM | NM | 5.0x | 45.3x | 29.9x | NM |
| CarGurus, Inc. | CARG | Buy | Khan | $54 | $36.01 | $4,082 | $3,918 | 5.6x | 38.5x | 52.8x | NM | 4.8x | 27.2x | 36.4x | 72.1x |
| TrueCar, Inc. | TRUE | Hold | Khan | $6 | $4.14 | $440 | $306 | 0.8x | 17.1x | 76.2x | NM | 0.8x | 11.6x | 24.4x | 44.0x |
| ANGI Homeservices | ANGI | Buy | Squali | $14 | $9.36 | $4,781 | $4,627 | 2.7x | 12.0x | 19.6x | 16.5x | 2.1x | 8.7x | 14.8x | 11.9x |
| InterActiveCorp. | IAC | Buy | Squali | $270 | $274.65 | $23,592 | $23,281 | 4.1x | 16.2x | 25.7x | 26.7x | 3.5x | 12.8x | 19.5x | 20.3x |
| **Median** | | | | | | | | **4.7x** | **15.2x** | **25.7x** | **26.7x** | **4.1x** | **12.1x** | **21.7x** | **33.0x** |
| **Internet Subscriptions** | | | | | | | | | | | | | | | |
| Match Group | MTCH | Buy | Squali | $96 | $91.10 | $26,940 | $28,167 | 11.7x | 29.3x | 41.9x | 40.7x | 10.2x | 23.8x | 33.3x | 32.8x |
| SVMK Inc | SVMK | Buy | Squali | $24 | $19.89 | $2,725 | $2,827 | 7.4x | 57.7x | 58.4x | NM | 6.1x | 42.9x | 38.8x | NM |
| Endurance Int'l Group Holdings, Inc. | EIGI | Hold | Khan | $5.5 | $5.16 | $755 | $2,405 | 2.1x | 8.0x | 20.6x | NM | 2.1x | 8.0x | 21.2x | NM |
| frontdoor, inc. | FTDR | Buy | Squali | $54 | $47.82 | $4,060 | $4,592 | 3.1x | 13.8x | 27.7x | 23.6x | 2.9x | 12.4x | 19.4x | 20.6x |
| GoDaddy, Inc | GDDY | Buy | Khan | $89 | $72.17 | $12,710 | $14,158 | 4.3x | 21.4x | 22.3x | 67.6x | 3.9x | 18.1x | 18.8x | 41.1x |
| Yext, Inc. | YEXT | Buy | Khan | $28 | $15.14 | $1,920 | $1,634 | 4.1x | NM | NM | NM | 3.2x | NM | NM | NM |
| Wix.com Ltd. | WIX | Buy | Khan | $170 | $141.97 | $8,613 | $8,104 | 8.4x | 81.4x | 50.9x | 90.5x | 6.8x | 46.3x | 32.8x | 60.1x |
| Peloton Interactive, Inc. | PTON | Buy | Squali | $30 | $30.86 | $8,807 | $7,330 | 5.0x | NM | NM | NM | 3.4x | NM | NM | NM |
| Netflix, Inc. | NFLX | Buy | Thornton | $402 | $339.07 | $154,981 | $159,801 | 6.4x | 37.5x | NM | 46.5x | 5.4x | 27.2x | NM | 33.4x |
| **Median** | | | | | | | | **5.0x** | **29.3x** | **34.8x** | **46.5x** | **3.9x** | **23.8x** | **27.0x** | **33.4x** |
| **Internet Commerce Services** | | | | | | | | | | | | | | | |
| Alibaba Group Holding Ltd | BABA | Buy | Squali | $212 | $225.06 | $593,399 | $553,161 | 5.7x | 20.8x | 32.6x | 15.6x | 3.7x | 13.5x | 23.9x | 25.7x |
| Amazon.com, Inc. | AMZN | Buy | Squali | $2,350 | $1,862.02 | $939,943 | $921,507 | 2.7x | 19.7x | 28.6x | 91.7x | 2.3x | 15.2x | 21.0x | 47.6x |
| eBay, Inc. | EBAY | Hold | Squali | $40 | $35.33 | $28,989 | $32,520 | 2.9x | 8.8x | 10.3x | 12.1x | 2.7x | 7.9x | 9.1x | 10.3x |
| Booking Holdings, Inc. | BKNG | Buy | Khan | $2,350 | $2,065.16 | $88,453 | $85,189 | 5.4x | 13.2x | 17.8x | 18.4x | 5.0x | 12.5x | 16.7x | 17.5x |
| Expedia, Inc. | EXPE | Buy | Khan | $172 | $110.74 | $16,304 | $15,572 | 1.2x | 6.7x | 15.8x | 17.2x | 1.1x | 6.2x | 12.6x | 14.8x |
| Cimpress, N.V. | CMPR | Hold | Squali | $128 | $107.24 | $3,033 | $4,230 | 1.4x | 9.1x | 13.2x | 16.7x | 1.4x | 8.5x | 12.5x | 14.8x |
| Blue Apron, Inc. | APRN | Hold | Squali | $8.00 | $5.14 | $68 | $134 | 0.3x | NM | NM | NM | 0.3x | NM | NM | NM |
| Stitch Fix, Inc. | SFIX | Buy | Squali | $38 | $24.65 | $2,535 | $2,180 | 1.0x | 17.3x | 23.9x | NM | 0.9x | 11.0x | 13.5x | 40.1x |
| Eventbrite | EB | Hold | Squali | $22 | $21.34 | $1,951 | $1,466 | 4.0x | 88.6x | NM | NM | 3.5x | 41.4x | NM | NM |
| Shutterstock, inc | SSTK | Hold | Squali | $38 | $44.40 | $1,577 | $1,292 | 1.9x | 13.0x | 19.2x | 35.3x | 1.8x | 11.9x | 17.3x | 28.7x |
| Redfin Corporation | RDFN | Buy | Khan | $25 | $23.95 | $2,327 | $2,150 | 2.1x | NM | NM | NM | 1.6x | NM | NM | NM |
| Zillow, Inc. | ZG | Buy | Khan | $56 | $46.51 | $9,628 | $9,660 | 1.8x | NM | NM | NM | 0.6x | NM | NM | NM |
| Wayfair, Inc. | W | Hold | Khan | $95 | $105.81 | $9,792 | $9,926 | 0.8x | NM | NM | NM | 0.7x | NM | NM | NM |
| Etsy, Inc. | ETSY | Buy | Khan | $55 | $48.86 | $6,168 | $6,088 | 5.9x | 26.6x | 28.2x | 60.2x | 5.0x | 21.1x | 23.2x | 35.9x |
| Lyft, Inc. | LYFT | Buy | Squali | $75 | $47.08 | $16,202 | $13,086 | 2.8x | NM | NM | NM | 2.3x | NM | NM | NM |
| Uber Technologies, Inc. | UBER | Buy | Squali | $56 | $35.01 | $63,976 | $57,123 | 3.1x | NM | NM | NM | 2.4x | NM | NM | NM |
| **Median** | | | | | | | | **2.4x** | **15.3x** | **19.2x** | **17.8x** | **2.0x** | **12.2x** | **16.7x** | **25.7x** |

*Source: FactSet and SunTrust Robinson Humphrey research*



## Companies Mentioned in This Note

**Amazon.com, Inc.** (AMZN, $1,877.94, Buy, Youssef Squali)
**ANGI Homeservices Inc.** (ANGI, $9.26, Buy, Youssef Squali)
**Blue Apron Holdings, Inc.** (APRN, $5.10, Hold, Youssef Squali)
**Alibaba Group Holding Limited** (BABA, $223.94, Buy, Youssef Squali)
**Booking Holdings Inc.** (BKNG, $2,054.75, Buy, Naved Khan)
**CarGurus, Inc.** (CARG, $37.73, Buy, Naved Khan)
**Cardlytics, Inc.** (CDLX, $83.95, Buy, Youssef Squali)
**Cimpress N.V.** (CMPR, $107.53, Hold, Youssef Squali)
**Eventbrite, Inc.** (EB, $21.15, Hold, Youssef Squali)
**eBay Inc.** (EBAY, $35.92, Hold, Youssef Squali)
**Endurance International Group Holdings, Inc.** (EIGI, $5.16, Hold, Naved Khan)
**Etsy, Inc.** (ETSY, $50.90, Buy, Naved Khan)
**Expedia Group, Inc.** (EXPE, $111.74, Buy, Naved Khan)
**Facebook, Inc.** (FB, $221.77, Buy, Youssef Squali)
**frontdoor, inc.** (FTDR, $48.30, Buy, Youssef Squali)
**GoDaddy Inc.** (GDDY, $72.42, Buy, Naved Khan)
**Alphabet Inc.** (GOOGL, $1,450.16, Buy, Youssef Squali)
**IAC/InterActiveCorp** (IAC, $276.99, Buy, Youssef Squali)
**Lyft, Inc.** (LYFT, $46.83, Buy, Youssef Squali)
**Match Group Inc.** (MTCH, $92.45, Buy, Youssef Squali)
**Netflix, Inc.** (NFLX, $338.62, Buy, Matthew Thornton)
**Peloton Interactive, Inc.** (PTON, $30.83, Buy, Youssef Squali)
**Redfin Corporation** (RDFN, $24.22, Buy, Naved Khan)
**Stitch Fix, Inc.** (SFIX, $25.22, Buy, Youssef Squali)
**Snap, Inc.** (SNAP, $18.25, Hold, Youssef Squali)
**Shutterstock, Inc.** (SSTK, $44.85, Hold, Youssef Squali)
**SVMK Inc.** (SVMK, $20.49, Buy, Youssef Squali)
**LendingTree, Inc.** (TREE, $310.52, Hold, Youssef Squali)
**TripAdvisor, Inc.** (TRIP, $31.52, Buy, Naved Khan)
**TrueCar, Inc.** (TRUE, $4.31, Hold, Naved Khan)
**trivago N.V.** (TRVG, $2.95, Hold, Naved Khan)
**The Trade Desk, Inc.** (TTD, $281.00, Buy, Youssef Squali)
**Twitter, Inc.** (TWTR, $34.19, Hold, Youssef Squali)
**Uber Technologies, Inc.** (UBER, $34.68, Buy, Youssef Squali)
**Wayfair, Inc.** (W, $106.38, Hold, Naved Khan)
**Wix.com Ltd.** (WIX, $142.67, Buy, Naved Khan)
**Yext, Inc.** (YEXT, $15.35, Buy, Naved Khan)
**Zillow Group, Inc.** (ZG, $46.91, Buy, Naved Khan)
Pinterest (PINS, NR)

## Analyst Certification

I, Youssef Squali , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

I, Naved Khan , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.



As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

Charts indicating changes in ratings can be found in recent notes and/or reports at our website or by contacting SunTrust Robinson Humphrey. Please see our disclosures page for more complete information at https://suntrust.bluematrix.com/sellside/Disclosures.action.

## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage



T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 01/17/2020):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
| --- | --- | --- | --- | --- | --- |
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 431 | 61.75% | Buy | 139 | 32.25% |
| Hold | 258 | 36.96% | Hold | 60 | 23.26% |
| Sell | 9 | 1.29% | Sell | 2 | 22.22% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. SunTrust Robinson Humphrey, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. Truist and SunTrust Robinson Humphrey are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2020. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070