# EXHIBIT U

法北
宝大 爱法律有未来
PKULAW.COM

[FBM]CLI.4.194034(EN)

# Notice of the State Administration for Industry and Commerce on Issuing the Working Rules for Administrative Guidance by Administrations for Industry and Commerce

# 国家工商行政管理总局关于印发《工商行政管理机关行政指导工作规则》的通知

**Document Number**：No. 3 [2013] of the State Administration for Industry and Commerce

**Area of Law**：General Provisions on Industrial and Commercial Administration

**Level of Authority**：Departmental Regulatory Documents

**Date Issued**：01-04-2013

**Effective Date**：03-01-2013

**Issuing Authority**：State Administration for Industry & Commerce (dissolved)

**Status**：Effective

**Notice of the State Administration for Industry and Commerce on Issuing the Working Rules for Administrative Guidance by Administrations for Industry and Commerce**

**国家工商行政管理总局关于印发《工商行政管理机关行政指导工作规则》的通知**

(No. 3 [2013] of the State Administration for Industry and Commerce)

（工商法字〔2013〕3号）

The administrations for industry and commerce and the market supervision administrations of all provinces, autonomous regions, municipalities directly under the Central Government, cities under separate state planning, and sub-provincial cities:

各省、自治区、直辖市及计划单列市、副省级市工商行政管理局、市场监督管理局：

In recent years, administrations for industry and commerce nationwide have been promoting the work of administrative guidance in a comprehensive manner, which effectively promotes the change in concepts of industry and commerce administration, the innovation on regulatory methods, and the improvement in law enforcement efficacy by administrations for industry and commerce, and attracts

近年来，全国工商行政管理机关全面推进行政指导工作，有力促进了工商监管理念的转变和监管方式的创新，促进了工商执法效能的提升，得到社会广泛关注和积极评价。在工商



[FBM]CLI.4.194034(EN)

wide concerns and positive evaluation from the society. To promote administrative guidance in the work of industry and commerce administration is a useful practice of administrations for industry and commerce to thoroughly implement the Scientific Outlook on Development, promote the building of legal industry and commerce, create a harmonious environment for supervision, and realize "four unifications."

For purposes of adapting to the new tasks and new requirements facing the practice of market supervision, further promoting the thorough development of administrative guidance, establishing the sound procedures for administrative guidance, regulating administrative guidance behaviors, improving the efficacy of administrative guidance, and ensuring that administrations for industry and commerce properly perform their functions in the implementation of administrative guidance, safeguarding the lawful rights and interests of administrative counterparts, and effectively preventing risks in administrative guidance and administrative law enforcement, on the basis of the summarization of work practice in administrative guidance of administrations for industry and commerce at various levels, the State Administration for Industry and Commerce has formulated upon research the Working Rules for Administrative Guidance on Administrations for Industry and Commerce (hereinafter referred to as the "Working Rules"), which have been deliberated and adopted at the executive meeting of the State Administration for Industry and Commerce on December 31, 2012. The Working Rules are hereby issued to you for your diligent implementation.

All regions shall, from the prospective of adhering to pioneering and innovation, and deepening efficacy building, fully comprehend the significance in thoroughly promoting administrative guidance, and further promote and regulate the work of administrative guidance in accordance with the requirements of these Working Rules and in light of the actual circumstances of all regions. All regions shall strengthen organization and leadership and make efforts to form the working mechanism for administrative guidance in which the relevant departments have clear division of functions, perform their duties, and conduct linkage and coordination; properly grasp basic principles for the work of administrative guidance, ensure that administrative guidance is provided in a legal, proper, fair, open, efficient and convenient manner, may not replace administrative guidance with administrative penalty, or seek improper interests by means of implementing administrative guidance; strictly follow the procedures for administrative guidance, establish sound systems of administrative guidance supervision and inspection and mechanisms of examination and evaluation,

行政管理工作中推进行政指导，是工商机关深入贯彻落实科学发展观、推进法治工商建设、营造和谐监管环境、实现"四个统一"的有益实践。

为适应市场监管实践面临的新任务新要求，进一步促进行政指导深入开展，健全行政指导程序，规范行政指导行为，提高行政指导效能，保障工商机关在实施行政指导中正确履行职权，保护行政相对人合法权益，有效防范行政指导和行政执法风险，总局在总结各级工商机关行政指导工作实践的基础上，研究制定了《工商行政管理机关行政指导工作规则》（以下简称《工作规则》），并已经 2012 年 12 月 31 日局务会审议通过。现印发给你们，请认真贯彻执行。

各地要从坚持开拓创新、深化效能建设的高度，充分认识深入推进行政指导的重要意义，按照《工作规则》要求，结合各地实际，进一步推进并规范行政指导工作。要加强组织领导，努力形成相关部门分工明确、各司其职、联动协作的行政指导工作机制；要准确把握行政指导工作基本原则，确保行政指导合法合理、公平公开，高效便捷开展，不得以行政指导代替行政处罚，不得以实施行政指导谋取不正当利益；要严格行政指导程序，建立健全行政指导监督检查制度和考核评价机制，大力推进行政指导的制度化、规范化、程序化

 PKULAW.COM    [FBM]CLI.4.194034(EN)

vigorously promote administrative guidance that is institutionalized, standardized, procedure-based, and governed by law.

和法治化。

State Administration for Industry and Commerce

国家工商行政管理总局

January 4, 2013

2013 年 1 月 4 日

Working Rules for Administrative Guidance by Administrations for Industry and Commerce

工商行政管理机关行政指导工作规则

### Chapter I General Provisions

### 第一章　总　则

**Article 1** For purposes of promoting and regulating the work of administrative guidance by administrations for industry and commerce, guaranteeing that administrations for industry and commerce properly perform their functions in administrative guidance, safeguarding the lawful rights and interests of citizens, legal persons, and other organizations, strengthening the reform of administration methods and efficacy of innovation, and accelerating the building of legal industry and commerce, these Rules are formulated in accordance with the Program of the State Council for Comprehensively Promoting "Administration by Law" and other relevant provisions.

**第一条**　为了推进和规范工商行政管理机关行政指导工作，保障工商行政管理机关在行政指导中正确履行职权，保护公民、法人和其他组织的合法权益，增强行政管理方式改革和创新成效，加快推进法治工商建设，根据国务院《全面推进依法行政实施纲要》等有关规定，制定本规则。

**Article 2** These Rules shall apply to administrative guidance by administrations for industry and commerce. Where there are other provisions in laws, regulations, and rules, such provisions shall prevail.

**第二条**　工商行政管理机关实施行政指导，适用本规则。法律、法规、规章另有规定的，从其规定。

**Article 3** The term "administrative guidance" as mentioned in these Rules refers to an act of an administration for industry and commerce within the scope of its statutory functions to guide citizens, legal persons, and other organizations (hereinafter referred to as "administrative counterparts") in voluntarily committing or not committing an act by such non-compulsory means as proposal, tutorship, reminding, persuasion, demonstration, publicity, and talk so as to realize a certain administration purpose.

**第三条**　本规则所称行政指导，是指工商行政管理机关在其法定职权范围内，通过建议、辅导、提醒、规劝、示范、公示、约谈等非强制性方式，引导公民、法人和其他组织（以下简称行政相对人）自愿作出或者不作出某种行为，以实现一定行政管理目的的行为。

**Article 4** To implement administrative guidance, the following basic principles shall be followed:

**第四条**　实施行政指导应当遵循以下基本原则：

法北 爱法律有未来
宝大 PKULAW.COM

[FBM]CLI.4.194034(EN)

1. Principle of legality. An administration for industry and commerce shall implement administrative guidance within the scope of its statutory functions, and may not violate the provisions of any law, regulation or rule, or conflict with any state policy. The administration for industry and commerce may not replace an administrative act it shall commit in accordance with law with administrative guidance.

（一）合法原则。实施行政指导必须在工商行政管理机关法定职权范围内进行，不得违反法律、法规、规章的规定，不得与国家政策相抵触。不得以行政指导替代依法应当做出的行政行为。

2. Principle of voluntariness. Administrative guidance shall be implemented on the premise of administrative counterparts' voluntariness and their independent selections shall be fully respected. No compulsory method or any other administrative method that is unfavorable to an administrative counterpart may be adopted or adopted in a disguised form to force the administrative counterpart to accept administrative guidance, or no heavier administrative penalty may be imposed upon an administrative counterpart because the administrative counterpart refuses to accept administrative guidance.

（二）自愿原则。实施行政指导应当以行政相对人自愿为前提，充分尊重其自主选择权。不得采取或者变相采取强制性手段以及其他不利于行政相对人的行政手段强迫其接受行政指导，不得因行政相对人拒绝接受行政指导而加重行政处罚。

3. Principle of fairness. To implement administrative guidance, an administration for industry and commerce shall treat administrative counterparts in a fair and impartial manner and may not exercise partiality and favoritism.

（三）公平原则。实施行政指导应当公平、公正地对待行政相对人，不得偏袒徇私。

4. Principle of openness. Administrative guidance shall be implemented in an open manner except that should be kept confidential in accordance with law.

（四）公开原则。除依法应当保密的以外，实施行政指导应当公开进行。

5. Principle of reasonableness. To implement administrative guidance, reasonable and proper administrative guidance schemes or methods shall be selected according to administrative purposes and specific circumstances of administrative counterparts.

（五）合理原则。实施行政指导应当根据行政目的和行政相对人的具体情况，选择合理适当的行政指导方案、方式。

6. Principle of efficiency. To implement administrative guidance, an administration for industry and commerce shall focus on reducing administrative costs, improving efficiency, and providing administrative counterparts with efficient and convenient guidance services.

（六）效率原则。实施行政指导应当注重降低行政成本、提高效能，为行政相对人提供高效、便捷的指导服务。

Article 5 When implementing administrative guidance, an administration for industry and commerce may not seek any improper interest for any entity or individual.

第五条 工商行政管理机关实施行政指导，不得为单位和个

 [FBM]CLI.4.194034(EN)

人谋取不正当利益。

**Chapter II Implementation Subject and Applicable Scope**

第二章　实施主体与适用范围

**Article 6** An administration for industry and commerce shall implement administrative guidance within its administrative region.

第六条　工商行政管理机关在本行政区域内实施行政指导。

**Article 7** The administrations for industry and commerce at various levels shall establish sound leading organs for the work of administrative guidance. Comprehensive departments shall be responsible for organization and coordination, supervision and inspection, and performance appraisal in the work of administrative guidance. The relevant business departments shall be responsible for business guidance and specific implementation in the work of administrative guidance. Basic-level teams or offices (sub-offices) shall be responsible for specific matters in the work of administrative guidance.

第七条　各级工商行政管理机关应当建立健全行政指导工作的领导机构。综合部门负责行政指导工作的组织协调、监督检查、绩效考核等工作。相关业务部门负责行政指导工作的业务指导及具体实施。基层队、所（分局）负责行政指导工作的具体事项。

**Article 8** Administrative guidance shall mainly apply to the following circumstances:

第八条　行政指导主要适用于以下情形：

1. Administrative guidance assists an administrative counterpart in aspects of industry and commerce administration business and information according to functions of industry and commerce administration, and promotes the development of the administrative counterpart's business;

（一）依据工商行政管理职能，在工商行政管理业务、信息等方面帮助行政相对人，促进其事业发展的；

2. Administrative guidance guides and assists an administrative counterpart in improving its operation and management behaviors, and prevents or avoids the administrative counterpart's act that violates any law, regulation or rule on industry and commerce administration;

（二）指导帮助行政相对人完善经营管理行为，预防或者避免行政相对人违反工商行政管理法律、法规、规章行为发生的；

3. Where laws and regulations have granted an administration for industry and commerce with regulatory duties, but regulatory measures and means are not specified; or

（三）法律法规赋予工商行政管理机关监管职责，但未明确监管措施和手段的；

4. Any other circumstance where an administration for industry and commerce may implement administrative guidance.

（四）其他工商行政管理机关可以实施行政指导的情形。

Saved on: 06-12-2022

法北 爱法律有未来
宝大 PKULAW.COM

[FBM]CLI.4.194034(EN)

| | |
|---|---|
| **Chapter III Implementation Procedures** | 第三章　实施程序 |
| **Section 1 General Procedure** | 第一节　一般程序 |

**Article 9** Administrative guidance may be voluntarily implemented according to functions, or may be implemented upon application of an administrative counterpart.

第九条　行政指导可以依职权主动实施，也可以依行政相对人的申请实施。

For administrative guidance that is implemented upon application, where the administrative counterpart requests to withdraw or alter its application, the administration for industry and commerce shall approve such request.

对依申请实施的行政指导，行政相对人要求撤回或者变更申请的，工商行政管理机关应当准许。

**Article 10** Where, in performing its duties, an administration for industry and commerce maintains that it is necessary to voluntarily implement administrative guidance, it shall notify an administrative counterpart of the purposes, content, grounds, basis, and implementation personnel of the relevant administrative guidance. Where the administrative counterpart needs to make relevant preparations beforehand, the administration for industry and commerce shall notify the administrative counterpart in advance.

第十条　工商行政管理机关履行职责中，认为有必要主动实施行政指导的，应当告知行政相对人有关行政指导的目的、内容、理由、依据、实施人员等事项。需要行政相对人事先做相应准备的，应当提前告知行政相对人。

**Article 11** After receiving a written application for administrative guidance submitted by an administrative counterpart, an administration for industry and commerce may handle the written application separately under the following circumstances:

第十一条　工商行政管理机关收到行政相对人提交的行政指导书面申请后，可以根据下列情形分别作出处理：

1. Where an application item is within the scope of statutory functions of the administration for industry and commerce, the item shall be accepted;

（一）申请事项属于工商行政管理机关法定职权范围的，予以受理；

2. Where an application item is not within the scope of statutory functions of the administration for industry and commerce, the item may not be accepted and reasons shall be stated; or

（二）申请事项不属于工商行政管理机关法定职权范围的，不予受理，并说明理由；

3. Any other application item that is not suitable for the administration for industry and commerce to implement administrative guidance shall not be accepted, and reasons

（三）其他不适合工商行政管理机关实施行政指导的申请事项，不予受理，并说明理由。

shall be stated.

**Article 12** An administration for industry and commerce may, according to various objects and matters of administrative guidance, adopt proper administrative guidance methods, or may conduct administrative guidance by adopting various methods in a comprehensive manner according to specific objects, industries, or behaviors.

Administrative guidance may be implemented by adopting the following methods:

1. Proposal. Guiding or suggestive opinions shall be provided for an administrative counterpart on the relevant problems concerning industry and commerce administration so as to regulate the act of the administrative counterpart;

2. Tutorship. Assistance and support related to industry and commerce administration business shall be provided for an administrative counterpart.

3. Reminding. The relevant matters concerning industry and commerce administration that an administrative counterpart is easy to neglect shall be reminded;

4. Persuasion. An administrative counterpart shall be pre-warned or persuaded of an illegal act that is easy to commit or may commit;

5. Demonstration. An administrative counterpart shall be guided to conduct business in a legal and standardized manner by means of recommendation, evaluation, and demonstration;

6. Publicity. The relevant information that is prepared or obtained in the work of industry and commerce administration shall be collected, arranged and analyzed as well as legally publicized to the general public as guiding reference provided for an administrative counterpart;

第十二条　工商行政管理机关可以根据不同的行政指导对象和行政指导事项，采取适当的行政指导方式，也可以针对特定对象、特定行业或者特定行为综合运用多种方式进行行政指导。

实施行政指导可以采取以下方式：

（一）建议。为规范行政相对人行为，就工商行政管理相关问题向行政相对人提出引导性、倾向性意见；

（二）辅导。为行政相对人提供与工商行政管理业务相关的帮助和支持；

（三）提醒。就行政相对人容易疏忽的工商行政管理相关事项进行提示；

（四）规劝。就容易发生或者可能发生的违法行为对行政相对人进行预警或者劝告；

（五）示范。通过推荐、评价、展示等方式，引导行政相对人合法、规范经营；

（六）公示。对工商行政管理工作中制作或者获取的相关信息进行收集、整理、分析，并依法向社会公众公开，为行政相对人提供有引导性的参考；

法北宝大 爱法律有未来 PKULAW.COM    [FBM]CLI.4.194034(EN)

7. Talk. Administrative counterparts shall be convened and guided to conduct business in a legal and standardized manner on industry and commerce administration matters by means of appointment and communication, and study and comment; or

（七）约谈。召集行政相对人，就工商行政管理事项通过约见沟通、学习讲评等方式，引导行政相对人合法、规范经营；

8. Any other administrative guidance method that does not violate laws, regulations, and rules.

（八）其他不违背法律、法规、规章规定的行政指导方式。

**Article 13** Administrative guidance may be implemented in writing and relevant documents such as the written opinion on administrative guidance shall be formulated and issued.

第十三条　实施行政指导可以采取书面形式，制发行政指导意见书等相关文书。

The administrative guidance documents shall state such basic items as purposes, content and time of administrative guidance as well as objects and implementation personnel of administrative guidance, and shall be served upon administrative counterparts in a timely manner.

行政指导文书应当载明行政指导的目的、内容、时间、行政指导对象和实施人员等基本事项，并及时送达行政相对人。

**Article 14** To implement administrative guidance, an administration for industry and commerce shall notify an administrative counterpart of the right of selection at its sole discretion and the administrative counterpart may decide whether it is necessary to accept administrative guidance at its sole discretion.

第十四条　实施行政指导应当告知行政相对人有自主选择的权利，行政相对人可以自主决定是否需要接受行政指导。

**Article 15** Under any of the following circumstances, administrative guidance shall be terminated:

第十五条　有下列情形之一的，应当终止行政指导：

1. An administrative counterpart expressly rejects the administrative guidance, withdraws its application, or requests to terminate administrative guidance;

（一）行政相对人明确表示拒绝行政指导、撤回申请或者要求停止行政指导的；

2. A natural person as the object of administrative guidance dies, or a legal person or any other organization as the object of administrative guidance ceases to exist;

（二）作为行政指导对象的自然人死亡的，或者作为行政指导对象的法人或者其他组织终止的；

3. The legal basis or policy basis for the implementation of administrative guidance has changed, and the continued

（三）实施行政指导时的法律依据或者政策依据已经发生变

Saved on: 06-12-2022

法北宝大 PKULAW.COM    [FBM]CLI.4.194034(EN)

implementation of administrative guidance is to violate existing laws, regulations and rules, conflict with state policies, or impair the lawful rights and interests of any other person or social public interests; or

化，继续实施行政指导将违反现行法律、法规、规章的规定，或者与国家政策相抵触，或者将损害他人合法权益、社会公共利益的；

4. Any other circumstance where administrative guidance needs termination.

（四）其他需要终止行政指导的情形。

**Article 16** After administrative guidance is implemented or terminated, an administration for industry and commerce shall collect, arrange, and file administrative guidance documents, relevant approval documents as well as transcripts and evidence materials in a timely manner.

第十六条　行政指导实施完成或者终止后，工商行政管理机关应当将行政指导文书、相关批准文件及记录文书、证据材料等及时收集、整理、立卷归档。

### Section 2 Summary Procedure

### 第二节　简易程序

**Article 17** Under any of the following circumstances, an administration for industry and commerce may implement administrative guidance by directly adopting such simple and convenient means as verbal guidance, guidance by telephone, short message, email, or delivery of materials:

第十七条　有下列情形之一的，工商行政管理机关可以直接采取口头形式或者电话、短信、电子邮件、发放材料等简便形式实施行政指导：

1. In handling such routine business as various administrative licensing, examination and approval, and consultation, the administration for industry and commerce answers questions of an administrative counterpart to the relevant matters on the spot, and guides the administrative counterpart in properly handling the relevant matters concerning industry and commerce administration;

（一）在办理各类行政许可、审批、咨询等日常业务过程中，当场解答行政相对人对有关事项的疑问，引导行政相对人正确办理工商行政管理有关事务；

2. In spot inspection, the administration for industry and commerce pre-warns or persuades an administrative counterpart's tendency to violate laws in its business operations;

（二）在现场检查中，当场针对行政相对人经营活动中的违法倾向进行预警或者劝告；

3. In the spot inspection, the administration for industry and commerce distributes publicity materials for industry and commerce administration on the spot, recommends model documents, and guides an administrative counterpart in conducting business operations in a legal and standardized manner; or

（三）在现场检查中，当场发放工商行政管理宣传资料，推荐示范文本，引导行政相对人合法、规范经营；



[FBM]CLI.4.194034(EN)

4. Any other circumstance where matters of administrative guidance are simple, have minor impacts, and higher requirement for timeliness.

（四）其他行政指导事项简单、影响较小、时效性要求较强的情形。

**Article 18** An administration for industry and commerce shall record basic information on the implementation of administrative guidance by means of simple transcripts or regular statistics.

**第十八条**　工商行政管理机关应当以简易记录或者定期统计方式记载实施行政指导的基本情况。

## Section 3 Special Procedure

## 第三节　特别程序

**Article 19** To implement administrative guidance that may affect social public interests or development of a specific industry as well as have any other major impact, an administration for industry and commerce shall, besides being governed by the general procedure, comply with the provisions of this Section.

**第十九条**　工商行政管理机关实施可能影响社会公共利益或者某一特定行业发展以及可能产生其他重大影响的行政指导，除适用一般程序外，还应当遵守本节规定。

**Article 20** To implement major administrative guidance, an administration for industry and commerce shall analyze the necessity, legality, and feasibility for implementing administrative guidance, and obtain the approval of the person in charge of the administration for industry and commerce, or the leading body of administrative guidance.

**第二十条**　工商行政管理机关实施重大行政指导，应当对实施该行政指导的必要性、合法性、可行性等进行分析，并经工商行政管理机关负责人或者行政指导工作领导机构批准。

**Article 21** Before implementing major administrative guidance, an administration for industry and commerce may extensively hear opinions from administrative counterparts, experts, relevant departments, and interested parties by various means such as review conferences, symposiums, hearings, and expert demonstration meetings.

**第二十一条**　工商行政管理机关实施重大行政指导前，可以采取审议会、座谈会、听证会、专家论证会等方式，广泛听取行政相对人、专家、相关部门、利害关系人的意见。

**Article 22** An administration for industry and commerce shall strengthen analysis on efficacy of administrative guidance, build a scientific and reasonable evaluation system, and establish an evaluation system for major administrative guidance. The administration for industry and commerce may adopt such proper methods as questionnaire, field survey, and authorization of third party evaluation in light of actual circumstances, evaluate the realization of purposes of major administrative guidance and the quality and effect of administrative guidance, and provide reference and basis for the relevant administrative guidance.

**第二十二条**　工商行政管理机关应当加强对行政指导的效能分析，构建科学、合理的评估体系，建立重大行政指导评估制度。根据实际需要，可以采取问卷调查、实地考察、委托第三方评估等适当方法，对重大行政指导的目标实现情况以及行政指导的质量和效果等进行评估，为相关行政指导提供

法北爱法律有未来
宝大 PKULAW.COM

[FBM]CLI.4.194034(EN)

参考依据。

**Chapter IV Supervision and Inspection**

**第四章　监督检查**

**Article 23** An administration for industry and commerce shall establish sound systems of supervision and inspection on administrative guidance, and conduct supervision and inspection on administrative guidance that is implemented by it or its subordinated administrations for industry and commerce.

第二十三条　工商行政管理机关应当建立健全行政指导监督检查制度，对本机关和下级工商行政管理机关实施的行政指导进行监督检查。

**Article 24** The main content of supervision and inspection on administrative guidance that is conducted by an administration for industry and commerce includes:

第二十四条　工商行政管理机关进行行政指导监督检查的主要内容：

1. Whether the implementation of administrative guidance exceeds the scope of functions;

（一）实施行政指导是否超越法定职权范围；

2. Whether the implementation of administrative guidance violates the provisions of laws, regulations and rules, and conflicts with state policies;

（二）实施行政指导是否违反法律、法规、规章的规定，是否与国家政策相抵触；

3. Whether the implementation of administrative guidance seeks illegal gains; or

（三）实施行政指导行为是否谋取不正当利益；

4. Any other content that is required to be supervised and inspected.

（四）其他需要监督检查的内容。

**Article 25** An administration for industry and commerce shall correct any illegal or improper act of administrative guidance that is discovered in the process of supervision and inspection. Where an administration for industry and commerce and its personnel commits illegal acts such as abuse of power in the implementation of administrative guidance, the administration for industry and commerce and its personnel shall be punished in accordance with the relevant laws and regulations.

第二十五条　工商行政管理机关在监督检查过程中发现行政指导行为违法或者不当的，应当予以纠正。工商行政管理机关及其实施人员在实施行政指导过程中有滥用职权等违法行为的，应当依照相关法律法规的规定予以处理。

**Article 26** An administration for industry and commerce shall establish sound incentive mechanisms for administrative guidance and strengthen performance appraisal and evaluation on administrative guidance.

第二十六条　工商行政管理机关应当建立健全行政指导激励机制，加强对行政指导的绩效考核评价。对典型的行政指导

 [FBM]CLI.4.194034(EN)

Typical examples of administrative guidance shall be summarized and popularized in a timely manner, and entities and individuals with remarkable performance shall be offered with honors and rewards.

事例及时总结推广，对成绩显著的单位和个人给予表彰奖励。

### Chapter V Supplementary Provisions

### 第五章　附　则

**Article 27** The administrations for industry and commerce at or below the provincial level may, in light of the actual circumstances within their administrative region, formulate the relevant detailed rules for implementation and administrative guidance documents.

第二十七条　省级以下（含省级）工商行政管理局可以根据本辖区的实际情况，制定相应的实施细则和行政指导文书。

**Article 28** These Rules shall come into force on March 1, 2013.

第二十八条　本规则自 2013 年 3 月 1 日起施行。

Saved on: 06-12-2022

 [FBM]CLI.4.194034(EN)

© Pkulaw (www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts.

You are welcome to view all our products and services.  Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text.

**Original Link:** https://www.pkulaw.com/en_law/5562817e280aacd1bdfb.html

Saved on: 06-12-2022