# EXHIBIT V

Westlaw. CHINA

# 禁止滥用市场支配地位行为暂行规定

## Interim Provisions on Prohibition of Abuses of Dominant Market Positions

**颁布机关:**
**Promulgating Institution:**
国家市场监督管理总局
State Administration for Market Regulation

**文　　号:**
**Document Number:**
国家市场监督管理总局令第11号
Decree No. 11 of the State Administration for Market Regulation

**颁布时间:**
**Promulgating Date:**
06/26/2019
06/26/2019

**实施时间:**
**Effective Date:**
09/01/2019
09/01/2019

**效力状态:**
**Validity Status:**
有效
Valid

第一条　为了预防和制止滥用市场支配地位行为,根据《中华人民共和国反垄断法》(以下简称反垄断法),制定本规定。

Article 1　These Provisions are formulated in accordance with the Anti-Monopoly Law of the People's Republic of China (hereinafter referred to as the "Anti-Monopoly Law") to prevent and stop abuses of dominant market positions.

第二条　国家市场监督管理总局(以下简称市场监管总局)负责滥用市场支配地位行为的反垄断执法工作。

市场监管总局根据反垄断法第十条第二款规定,授权各省、自治区、直辖市市场监督管理部门(以下简称省级市场监管部门)负责本行政区域内滥用市场支配地位行为的反垄断执法工作。

本规定所称反垄断执法机构包括市场监管总局和省级市场监管部门。

Article 2　The State Administration for Market Regulation (hereinafter referred to as the "SAMR") shall be responsible for the work of anti-monopoly law enforcement against abuses of dominant market positions.

SAMR shall, in accordance with Paragraph 2 of Article 10 of the Anti-Monopoly Law, authorize the administrations for market regulations of all provisions, autonomous regions and municipalities directly under the Central Government (hereinafter referred to as the "provincial administrations for market regulation") to be responsible for the work of anti-monopoly law enforcement against abuses of dominant market positions in their respective administrative regions.

For the purpose of these Provisions, anti-monopoly law enforcement agencies shall include SAMR and provincial administrations for market regulation.

第三条　市场监管总局负责查处下列滥用市场支配地位行为:
(一)跨省、自治区、直辖市的;
(二)案情较为复杂或者在全国有重大影响的;
(三)市场监管总局认为有必要直接查处的。
前款所列滥用市场支配地位行为,市场监管总局可以指定省级市场监管部门查处。
省级市场监管部门根据授权查处滥用市场支配地位行为时,发现不属于本部门查处范围,或者虽属于本部门查处范围,但有必要由市场监管总局查处的,应当及时向市场监管总局报告。

Article 3      SAMR shall be responsible for investigation and handling of the following abuses of dominant market positions:

(1) Abuses crossing provinces, autonomous regions and municipalities directly under the Central Government;

(2) Abuses involving complicated circumstances or having material impact nationwide; and

(3) Abuses that need to be directly investigated and punished as deemed by SAMR.

SAMR may designate provincial administrations for market regulation to investigate and handle the abuses of dominant market positions listed in the preceding paragraph.

In investigating and handling abuses of dominant market positions as authorized, if a provincial administration for market regulation finds that the abuses do not fall within the scope of its investigation and handling or fall within the scope of its investigation and handling but need to be investigated and punished by SAMR, it shall report the same to SAMR in a timely manner.

第四条　反垄断执法机构查处滥用市场支配地位行为时,应当平等对待所有经营者。

Article 4      In investigating and handling abuses of dominant market positions, anti−monopoly law enforcement agencies shall treat all business operators on equal basis.

第五条　市场支配地位是指经营者在相关市场内具有能够控制商品或者服务(以下统称商品)价格、数量或者其他交易条件,或者能够阻碍、影响其他经营者进入相关市场能力的市场地位。

本条所称其他交易条件是指除商品价格、数量之外能够对市场交易产生实质影响的其他因素,包括商品品种、商品品质、付款条件、交付方式、售后服务、交易选择、技术约束等。

本条所称能够阻碍、影响其他经营者进入相关市场,包括排除其他经营者进入相关市场,或者延缓其他经营者在合理时间内进入相关市场,或者导致其他经营者虽能够进入该相关市场但进入成本大幅提高,无法与现有经营者开展有效竞争等情形。

Article 5      Dominant market positions shall refer to the market positions that enable business operators to control the pricing, quantity or other transaction conditions of commodities or services (hereinafter collectively referred to as the "commodities"), or to hinder or affect the entry of other business operators into the relevant market.

For the purpose of this Article, other transaction conditions shall refer to factors other than commodity price and quantity that have substantial effect on transactions in the market, including commodity types, commodity quality, payment terms, delivery method, after−sale services, transaction options, technical restriction, among other things.

For the purpose of this Article, "hinder or affect the entry of other business operators into the relevant market" shall include the circumstances such as excluding other business operators from entering the relevant market, delaying them in entering the relevant market within the reasonable timeframe, or making it impossible for them to compete effectively with the existing business operators within such relevant market due to substantially increased market entry cost despite of successful entry into the relevant market.

第六条　根据反垄断法第十八条第一项,确定经营者在相关市场的市场份额,可以考虑一定时期内经营者的特定商品销售金额、销售数量或者其他指标在相关市场所占的比重。

分析相关市场竞争状况,可以考虑相关市场的发展状况、现有竞争者的数量和市场份额、商品差异程度、创新和技术变化、销售和采购模式、潜在竞争者情况等因素。

Article 6      According to Item (1) of Article 18 of the Anti−Monopoly Law, the proportion of sales

Westlaw. CHINA

amount, sales volume or other indicators of a specific commodity of a business operator at relevant market within a certain period of time may be taken into consideration in determining the market shares occupied by the business operator.

To analyze the competition situations of the relevant market, factors, such as development status of the relevant market, number and market shares of existing competitors, commodity diversity degree, innovation and technical change, sale and purchase modes and information of potential competitors, shall be taken into consideration.

第七条  根据反垄断法第十八条第二项,确定经营者控制销售市场或者原材料采购市场的能力,可以考虑该经营者控制产业链上下游市场的能力,控制销售渠道或者采购渠道的能力,影响或者决定价格、数量、合同期限或者其他交易条件的能力,以及优先获得企业生产经营所必需的原料、半成品、零部件、相关设备以及需要投入的其他资源的能力等因素。

Article 7    According to Item (2) of Article 18 of the Anti−Monopoly Law, in determining a business operator's capacity to control the sales market or the raw material procurement market, the operator's capacity to control the upstream and downstream market of the industrial chain, to control sales or procurement channels, affect or decide prices, quantities, contract term or other transaction terms, and to obtain priority access to raw materials, semi−finished commodities, spare parts, relevant equipments and other resources to be input as necessary to production and operation of the enterprise may be taken into consideration.

第八条  根据反垄断法第十八条第三项,确定经营者的财力和技术条件,可以考虑该经营者的资产规模、盈利能力、融资能力、研发能力、技术装备、技术创新和应用能力、拥有的知识产权等,以及该财力和技术条件能够以何种方式和程度促进该经营者业务扩张或者巩固、维持市场地位等因素。

Article 8    According to Item (3) of Article 18 of the Anti−Monopoly Law, in determining a business operator's financial strength and technical conditions, the factors, such as the operator's asset scale, profitability, financing capacity, research and development capability, technical equipment, technological innovation and application capabilities, ownership of intellectual property, etc. as well as the method and degree in which such financial strength and technical conditions promote such operator to expand or solidify and maintain market position, may be taken into consideration.

第九条  根据反垄断法第十八条第四项,确定其他经营者对该经营者在交易上的依赖程度,可以考虑其他经营者与该经营者之间的交易关系、交易量、交易持续时间、在合理时间内转向其他交易相对人的难易程度等因素。

Article 9    According to Item (4) of Article 18 of the Anti−Monopoly Law, in determining the dependence of other business operators on the business operator in transactions, the factors, such as the trading relationship, volumes of transactions and durations of transactions of other business operators with said business operator as well as the degree of difficulty for other business operators to turn to trading with other trading counterparties within reasonable timeframe, may be taken into consideration.

第十条  根据反垄断法第十八条第五项,确定其他经营者进入相关市场的难易程度,可以考虑市场准入、获取必要资源的难度、采购和销售渠道的控制情况、资金投入规模、技术壁垒、品牌依赖、用户转换成本、消费习惯等因素。

Article 10    According to Item (5) of Article 18 of the Anti−Monopoly Law, in determining the degree of difficulty for other business operators to enter the relevant market, the factors, such as market entry, difficulty for access to necessary resources, control of purchase and sales channels, scale of financial input, technical barriers, brand dependence, user switch cost rules and consumption habits, may be taken into consideration

Westlaw CHINA

**第十一条** 根据反垄断法第十八条和本规定第六条至第十条规定认定互联网等新经济业态经营者具有市场支配地位,可以考虑相关行业竞争特点、经营模式、用户数量、网络效应、锁定效应、技术特性、市场创新、掌握和处理相关数据的能力及经营者在关联市场的市场力量等因素。

Article 11    According to Article 18 of the Anti−Monopoly Law and Article 6 through to Article 10 of these Provisions, in determining the dominant market position of a business operator of the Internet or any other new types of business, the factors, such as competition characteristics, business mode, number of users, network effect, lock−in effect, technical feature, market innovation and the capacity for grasping and processing relevant data in relevant industry as well as the market strength of the business operator at relevant market, may be taken into consideration.

**第十二条** 根据反垄断法第十八条和本规定第六条至第十条认定知识产权领域经营者具有市场支配地位,可以考虑知识产权的替代性、下游市场对利用知识产权所提供商品的依赖程度、交易相对人对经营者的制衡能力等因素。

Article 12    According to Article 18 of the Anti−Monopoly Law and Article 6 through to Article 10 of these Provisions, in determining the dominant market position of a business operator in intellectual property field, the factors, such as substitution of intellectual property, dependence of downstream market on the commodities provided by using the intellectual property and capacity of the trading counterparties for checking and balancing the business operator, may be taken into consideration.

**第十三条** 认定两个以上的经营者具有市场支配地位,除考虑本规定第六条至第十二条规定的因素外,还应当考虑市场结构、相关市场透明度、相关商品同质化程度、经营者行为一致性等因素。

Article 13    In determining the dominant market positions of two or more business operators, in addition to the factors stated in Article 6 through to Article 12 hereof, the factors, such as the market structure, transparency of relevant market, homogenization of relevant commodities and consistency of the acts of business operators, shall also be taken into consideration.

**第十四条** 禁止具有市场支配地位的经营者以不公平的高价销售商品或者以不公平的低价购买商品。
　　认定"不公平的高价"或者"不公平的低价",可以考虑下列因素:
　　(一)销售价格或者购买价格是否明显高于或者明显低于其他经营者在相同或者相似市场条件下销售或者购买同种商品或者可比较商品的价格;
　　(二)销售价格或者购买价格是否明显高于或者明显低于同一经营者在其他相同或者相似市场条件区域销售或者购买商品的价格;
　　(三)在成本基本稳定的情况下,是否超过正常幅度提高销售价格或者降低购买价格;
　　(四)销售商品的提价幅度是否明显高于成本增长幅度,或者购买商品的降价幅度是否明显高于交易相对人成本降低幅度;
　　(五)需要考虑的其他相关因素。
　　认定市场条件相同或者相似,应当考虑销售渠道、销售模式、供求状况、监管环境、交易环节、成本结构、交易情况等因素。

Article 14    Business operators with dominant market positions are prohibited from selling commodities at an unfairly high price or purchase commodities at an unfairly low price.

To determine an "unfairly high price" or "unfairly low price", the following factors may be considered:

(1) Whether the selling price or purchasing price is remarkably higher or lower than the price for selling or purchasing the same commodity or comparable commodity by other business operators at identical or similar market conditions;

(2) Whether the selling price or purchasing price is remarkably higher or lower than the price for

selling or purchasing the commodity by the same business operators in any other region with identical or similar market conditions;

 (3) Whether the increase in selling price or decrease in purchasing price of a commodity exceeds the normal range when costs are generally stable;

 (4) Whether the increase in selling price of a commodity remarkably exceeds the increase of its costs, or whether the reduction in purchasing price of a commodity remarkably exceeds the reduction of its costs by the trading counterparties; and

 (5) Other relevant factors to be considered.

In determining that market conditions are identical or similar, the factors, such as sales channels, sales mode, supply and demand status, regulatory environment, transaction links, cost structure and transaction situation, shall be taken into consideration.

第十五条  禁止具有市场支配地位的经营者没有正当理由,以低于成本的价格销售商品。
认定低于成本的价格销售商品,应当重点考虑价格是否低于平均可变成本。平均可变成本是指随着生产的商品数量变化而变动的每单位成本。涉及互联网等新经济业态中的免费模式,应当综合考虑经营者提供的免费商品以及相关收费商品等情况。
本条所称"正当理由"包括:
(一)降价处理鲜活商品、季节性商品、有效期限即将到期的商品和积压商品的;
(二)因清偿债务、转产、歇业降价销售商品的;
(三)在合理期限内为推广新商品进行促销的;
(四)能够证明行为具有正当性的其他理由。

 Article 15      Business operators with dominant market positions are prohibited from selling commodities below the cost prices without justified reasons.

In determining the selling of commodities below cost prices, priority shall be given to the consideration whether the price is lower than the average variable cost. Average variable cost refers to each unit cost that varies along with the change in the quantity of the produced commodities. Regarding the no−fee model involved in the Internet and other new business models, the free commodities provided by the business operator, relevant paid commodities and other situations shall be taken into comprehensive consideration.

"Justified reasons" mentioned in this Article shall include:

 (1) Sale of fresh and live commodities, seasonal commodities, commodities approaching their expiry dates or overstocked commodities at reduced prices;

 (2) Sale of commodities at reduced prices due to liquidation of debts, change of business lines or closing down of the business;

(3) Sales promotion carried out to promote new commodities within a reasonable period of time; and

(4) Any other reason that can prove justifiability of the acts.

第十六条  禁止具有市场支配地位的经营者没有正当理由,通过下列方式拒绝与交易相对人进行交易:
(一)实质性削减与交易相对人的现有交易数量;
(二)拖延、中断与交易相对人的现有交易;
(三)拒绝与交易相对人进行新的交易;
(四)设置限制性条件,使交易相对人难以与其进行交易;
(五)拒绝交易相对人在生产经营活动中,以合理条件使用其必需设施。
在依据前款第五项认定经营者滥用市场支配地位时,应当综合考虑以合理的投入另行投资建设或者另行开发建造该设施的可行性、交易相对人有效开展生产经营活动对该设施的依赖程度、该经营者提供该

Westlaw CHINA

设施的可能性以及对自身生产经营活动造成的影响等因素。
　　本条所称"正当理由"包括:
　　(一)因不可抗力等客观原因无法进行交易;
　　(二)交易相对人有不良信用记录或者出现经营状况恶化等情况,影响交易安全;
　　(三)与交易相对人进行交易将使经营者利益发生不当减损;
　　(四)能够证明行为具有正当性的其他理由。

**Article 16**    Business operators with dominant market positions shall not, without justified reasons, refuse to trade with their trading counterparties by employing any of the following means:

(1) Substantially reducing the existing trading quantity with the trading counterparties;

(2) Delaying or suspending the existing trade with the trading counterparties;

(3) Refusing to conduct new trade with the trading counterparties;

(4) Setting restrictive conditions to make it difficult for the trading counterparties to conduct trading therewith; or

(5) Rejecting the trading counterparties' request to use necessary facilities of the said business operators on reasonable terms during production and operation activities.

In determining the abuse of dominant market position by a business operator as stated in Item (5) of the preceding paragraph, the factors, such as the feasibility of investing and constructing or developing and constructing the aforesaid facilities separately, dependence of trading counterparties on the facilities to effectively carry out production and operation activities, possibility of the business operator concerned to provide such facilities, the influence exerted on its own production and operation activities by providing such facilities, shall be taken into consideration.

"Justified reasons" mentioned in this Article shall include:

(1) The trading cannot be conducted due to objective reasons such as force majeure;

(2) The trading counterparty is involved in the circumstances such as bad credit record or deterioration of business condition, affecting the trading security;

(3) Trading with the trading counterparty will improperly reduce or harm the interests of the business operator; and

(4) Other reasons that can provide the justifiability of the acts.

　　**第十七条**  禁止具有市场支配地位的经营者没有正当理由,从事下列限定交易行为:
　　(一)限定交易相对人只能与其进行交易;
　　(二)限定交易相对人只能与其指定的经营者进行交易;
　　(三)限定交易相对人不得与特定经营者进行交易。
　　从事上述限定交易行为可以是直接限定,也可以是以设定交易条件等方式变相限定。
　　本条所称"正当理由"包括:
　　(一)为满足产品安全要求所必须;
　　(二)为保护知识产权所必须;
　　(三)为保护针对交易进行的特定投资所必须;
　　(四)能够证明行为具有正当性的其他理由。

**Article 17**    Business operators with dominant market positions shall not implement the following acts to restrict trade without justified reasons:

(1) Restricting their trading counterparties to trade exclusively with them;

(2) Restricting their trading counterparties to trade exclusively with the business operators that are

Westlaw CHINA

designated by them; or

(3) Restricting their trading counterparties from trading with particular business operators.

Restrictions stated above can be direct restrictions or disguised restrictions by setting trading conditions, etc.

"Justified reasons" mentioned in this Article shall include:

(1) It is necessary to meet the requirements of product security;

(2) It is necessary for protecting intellectual property rights;

(3) It is necessary for protecting the specific investment in connection with the trading; and

(4) Other reasons that can prove the justifiability of the acts.

第十八条  禁止具有市场支配地位的经营者没有正当理由搭售商品,或者在交易时附加其他不合理的交易条件:
(一)违背交易惯例、消费习惯或者无视商品的功能,将不同商品捆绑销售或者组合销售;
(二)对合同期限、支付方式、商品的运输及交付方式或者服务的提供方式等附加不合理的限制;
(三)对商品的销售地域、销售对象、售后服务等附加不合理的限制;
(四)交易时在价格之外附加不合理费用;
(五)附加与交易标的无关的交易条件。
本条所称"正当理由"包括:
(一)符合正当的行业惯例和交易习惯;
(二)为满足产品安全要求所必须;
(三)为实现特定技术所必须;
(四)能够证明行为具有正当性的其他理由。

Article 18    Business operators with dominant market positions shall not conduct tie−in sales without justified reasons or impose other unreasonable trading conditions at the time of trading:

(1) Tie−up arrangement or bundling of different commodities which violates trading practices, consumption habits or disregards the functions of commodities;

(2) Imposing additional unreasonable restrictions on contractual term, way of payment, mode of transportation, and delivery of commodities or service providing method;

(3) Imposing additional unreasonable restrictions on sales regions, sales targets, after−sales services, etc.;

(4) Imposing additional unreasonable fees beyond the price; or

(5) Imposing additional trading conditions irrelevant to the items traded.

"Justified reasons" mentioned in this Article shall include:

(1) It conforms to justified industrial practices and usage of trading;

(2) It is necessary to meet the requirements of product security;

(3) It is necessary for realizing particular technology; and

(4) Other reasons that can prove the justifiability of the acts.

第十九条  禁止具有市场支配地位的经营者没有正当理由,对条件相同的交易相对人在交易条件上实行下列差别待遇:
(一)实行不同的交易价格、数量、品种、品质等级;
(二)实行不同的数量折扣等优惠条件;
(三)实行不同的付款条件、交付方式;

Westlaw. CHINA

(四)实行不同的保修内容和期限、维修内容和时间、零配件供应、技术指导等售后服务条件。

条件相同是指交易相对人之间在交易安全、交易成本、规模和能力、信用状况、所处交易环节、交易持续时间等方面不存在实质性影响交易的差别。

本条所称"正当理由"包括:

(一)根据交易相对人实际需求且符合正当的交易习惯和行业惯例,实行不同交易条件;

(二)针对新用户的首次交易在合理期限内开展的优惠活动;

(三)能够证明行为具有正当性的其他理由。

**Article 19**    Business operators with dominant market positions shall not, without justified reasons, apply the following differentiating treatment to their trading counterparties under the same conditions:

(1) Applying differentiated trading price, quantity, kinds, or quality grade;

(2) Applying differentiated preferential conditions such as quantity discounts;

(3) Applying differentiated payment conditions or delivery methods; and

(4) Applying differentiated content and period of warranty, content and time of maintenance, supply of spare parts, technical support and other after−sale service conditions.

Same conditions shall mean that there is no difference among trading counterparties in trading security, trading cost, scale and capacity, credit status, trading links they are in, duration of trading and other aspects that substantially affects trading.

"Justified reasons" mentioned in this Article shall include:

(1) Applying different trading conditions according to the actual demands of the trading counterparties and in conformity with justified usage of trading and industrial practices;

(2) Conducting promotional activities in connection with the first trading of a new user within reasonable period of time; and

(3) Other reasons that can prove the justifiability of the acts.

**第二十条**    反垄断执法机构认定本规定第十四条所称的"不公平"和第十五条至第十九条所称的"正当理由",还应当考虑下列因素:

(一)有关行为是否为法律、法规所规定;

(二)有关行为对社会公共利益的影响;

(三)有关行为对经济运行效率、经济发展的影响;

(四)有关行为是否为经营者正常经营及实现正常效益所必须;

(五)有关行为对经营者业务发展、未来投资、创新方面的影响;

(六)有关行为是否能够使交易相对人或者消费者获益。

**Article 20**    In determining the "unfair" mentioned in Article 14 hereof and "justified reasons" mentioned in Article 15 through to Article 19 hereof, anti−monopoly law enforcement agencies shall also take into consideration the following factors:

(1) Whether relevant acts are prescribed by laws and regulations;

(2) Impact of relevant acts on social public interests;

(3) Impacts of relevant acts on the economic running efficiency and economic development;

(4) Whether relevant acts are necessary for the business operators concerned to conduct normal operation and realize normal benefits;

(5) Impact of relevant acts on business development, future investment and innovation by the business operators concerned; and

Westlaw CHINA

(6) Whether relevant acts can benefit trading counterparties or consumers.

**第二十一条** 市场监管总局认定其他滥用市场支配地位行为,应当同时符合下列条件:
(一)经营者具有市场支配地位;
(二)经营者实施了排除、限制竞争行为;
(三)经营者实施相关行为不具有正当理由;
(四)经营者相关行为对市场竞争具有排除、限制影响。

Article 21    Other abuses of dominant market positions determined by the SAMR shall meet the following conditions at the same time:

(1) The business operators concerned have dominant market positions;

(2) The business operators concerned have performed the acts of excluding or restricting competition;

(3) The business operators concerned have performed relevant acts without justified reasons; and

(4) Relevant acts of the business operators concerned have the impact of exclusion or restriction on the market competition.

**第二十二条** 供水、供电、供气、供热、电信、有线电视、邮政、交通运输等公用事业领域经营者应当依法经营,不得滥用其市场支配地位损害消费者利益。

Article 22    Business operators in water supply, power supply, gas supply, heat supply, telecommunication, cable television, postal services, transport and other fields of public utilities shall conduct business operation in accordance with the law and shall not abuse their dominant market positions to harm the interests of consumers.

**第二十三条** 反垄断执法机构依据职权,或者通过举报、上级机关交办、其他机关移送、下级机关报告、经营者主动报告等途径,发现涉嫌滥用市场支配地位行为。

Article 23    Anti–monopoly law enforcement agencies shall identify abuses of dominant market positions based on their functions and powers, or through the channels such as tips, assignment by superior organs, transfer by other organs, reports by lower–level organs and reports by business operators voluntarily.

**第二十四条** 举报采用书面形式并提供相关事实和证据的,反垄断执法机构应当进行必要的调查。书面举报一般包括下列内容:
(一)举报人的基本情况;
(二)被举报人的基本情况;
(三)涉嫌滥用市场支配地位行为的相关事实和证据;
(四)是否就同一事实已向其他行政机关举报或者向人民法院提起诉讼。
反垄断执法机构根据工作需要,可以要求举报人补充举报材料。

Article 24    If the tips made in writing and relevant facts and evidence are provided, the anti–monopoly law enforcement agencies shall conduct necessary investigation. A written report shall in general include the following content:

(1) Basic information of the informant.

(2) Basic information of the business operators suspected of abuses of dominant market positions;

(3) Relevant facts and evidence in respect of the suspected abuses of dominant market positions; and

(4) Whether the same facts have been reported to another administrative organ or a lawsuit with respect thereto has been lodged with the relevant people's court.

Westlaw. CHINA

Anti−monopoly law enforcement agencies may require informants to supplement the materials for the tips according to the need of work.

**第二十五条** 反垄断执法机构经过对涉嫌滥用市场支配地位行为必要的调查,决定是否立案。

省级市场监管部门应当自立案之日起7个工作日内向市场监管总局备案。

Article 25    An anti−monopoly law enforcement agency shall, upon necessary investigation of a suspected abuse of dominant market position, decide whether to place the case on file.

A provincial administration for market regulation shall go through record−filing with the SAMR within seven working days after placing the case on file.

**第二十六条** 市场监管总局在查处滥用市场支配地位行为时,可以委托省级市场监管部门进行调查。

省级市场监管部门在查处滥用市场支配地位行为时,可以委托下级市场监管部门进行调查。

受委托的市场监管部门在委托范围内,以委托机关的名义实施调查,不得再委托其他行政机关、组织或者个人进行调查。

Article 26    In investigation and handling of abuses of dominant market positions, SAMR may entrust provincial administrations for market regulation with investigation.

In investigation and handling of abuses of dominant market positions, provincial administration for market regulation may entrust the administrations for market regulation at lower level with investigation.

Entrusted administrations for market regulation shall conduct investigation in the name of the entrusting organs within the scope of entrustment and shall not further entrust any other administrative organs, organizations or individuals with investigation.

**第二十七条** 省级市场监管部门查处涉嫌滥用市场支配地位行为时,可以根据需要商请相关省级市场监管部门协助调查,相关省级市场监管部门应当予以协助。

Article 27    In investigation and handling of a suspected abuse of dominant market position, a provincial administration for market regulation may, as needed, request relevant provincial administrations for market regulation to assist in the investigation and the relevant provincial administrations for market regulation shall provide assistance.

**第二十八条** 反垄断执法机构对滥用市场支配地位行为进行行政处罚的,应当依法制作行政处罚决定书。

行政处罚决定书的内容包括:

(一)经营者的姓名或者名称、地址等基本情况;

(二)案件来源及调查经过;

(三)违法事实和相关证据;

(四)经营者陈述、申辩的采纳情况及理由;

(五)行政处罚的内容和依据;

(六)行政处罚的履行方式、期限;

(七)不服行政处罚决定,申请行政复议或者提起行政诉讼的途径和期限;

(八)作出行政处罚决定的反垄断执法机构名称和作出决定的日期。

Article 28    In imposing administrative punishment on an act of abusing dominant market position, the anti−monopoly law enforcement agency shall prepare the written decision on administrative punishment in accordance with the law.

The content of a written decision on administrative punishment shall include:

(1) Name, address and other basic information of the business operator;

(2) Source and process of investigation of the case;

Westlaw.CHINA

(3) Facts of violation of laws and relevant evidence;

(4) Information on admission of the statement and defense made by the business operator and reasons;

(5) Content and basis of the administrative punishment;

(6) Performance method and term of the administrative punishment;

(7) Channels and time limit for applying for administrative review or lodging an administrative lawsuit in case of dissatisfaction with the decision on administrative punishment; and

(8) Name of the anti−monopoly law enforcement agency making the decision on administrative punishment and the date when the decision is rendered.

第二十九条 涉嫌滥用市场支配地位的经营者在被调查期间,可以提出中止调查申请,承诺在反垄断执法机构认可的期限内采取具体措施消除行为影响。

中止调查申请应当以书面形式提出,并由经营者负责人签字并盖章。申请书应当载明下列事项:

(一)涉嫌滥用市场支配地位行为的事实;

(二)承诺采取消除行为后果的具体措施;

(三)履行承诺的时限;

(四)需要承诺的其他内容。

反垄断执法机构对涉嫌滥用市场支配地位行为调查核实后,认为构成涉嫌滥用市场支配地位行为的,应当依法作出处理决定,不再接受经营者提出的中止调查申请。

Article 29    A business operator suspected of abusing dominant market position may, during the period when it is investigated, apply for suspension of the investigation and promise to adopt specific measures for eliminating the impact of its act within the time limit accepted by the anti−monopoly law enforcement agency.

The application for suspension of investigation shall be made in written form and signed and sealed by the person in charge of the business operator. The application shall specify the following matters:

(1) Facts of the suspected abuse of dominant market position;

(2) Specific measures to be taken for eliminating the consequence of the act as promised;

(3) Time limit for performance of the promise; and

(4) Other content that need to be covered in the promise.

If, upon investigation and verification, the anti−monopoly law enforcement agency is of the opinion that relevant act constitutes the suspected abuse of dominant market position, it shall render a decision on disposition in accordance with the law and shall cease to accept the application of the business operator for suspending investigation.

第三十条 反垄断执法机构根据被调查经营者的中止调查申请,在考虑行为的性质、持续时间、后果、社会影响、经营者承诺的措施及其预期效果等具体情况后,决定是否中止调查。

Article 30    The anti−monopoly law enforcement agency shall decide whether to suspend the investigation based on the investigation suspension application of the business operator subject to investigation after taking into consideration the specific circumstances such as the nature, duration, consequence and social impact of the act, measures that the business operator promises to take and the expected results thereof.

第三十一条 反垄断执法机构决定中止调查的,应当制作中止调查决定书。

中止调查决定书应当载明被调查经营者涉嫌滥用市场支配地位行为的事实、承诺的具体内容、消除影响的具体措施、履行承诺的时限以及未履行或者未完全履行承诺的法律后果等内容。

Westlaw CHINA

Article 31　　An anti−monopoly law enforcement agency, if deciding to suspend the investigation, shall prepare the written decision on suspension of investigation.

The written decision on suspension of investigation shall specify the facts of the abuse of dominant market position by the business operator subject to investigation, specific content of the promise, specific measures for eliminating impact, time limit for performance of the promise, legal consequence of failure to perform or to perform in full the promise and other particulars.

第三十二条　决定中止调查的,反垄断执法机构应当对经营者履行承诺的情况进行监督。
经营者应当在规定的时限内向反垄断执法机构书面报告承诺履行情况。

Article 32　　The anti−monopoly law enforcement agency, if deciding to suspend the investigation, shall supervise the performance of the promises by the business operator.

The business operator shall submit written report on the performance of the promises to the anti−monopoly law enforcement agency within the prescribed time limit.

第三十三条　反垄断执法机构确定经营者已经履行承诺的,可以决定终止调查,并制作终止调查决定书。
终止调查决定书应当载明被调查经营者涉嫌滥用市场支配地位行为的事实、承诺的具体内容、履行承诺的情况、监督情况等内容。
有下列情形之一的,反垄断执法机构应当恢复调查:
(一)经营者未履行或者未完全履行承诺的;
(二)作出中止调查决定所依据的事实发生重大变化的;
(三)中止调查决定是基于经营者提供的不完整或者不真实的信息作出的。

Article 33　　The anti−monopoly law enforcement agency, if determining that the business operator has fulfilled the promises, may decide to terminate the investigation and prepare the written decision on termination of investigation.

The written decision on termination of investigation shall specify the facts of suspected abuse of dominant market position by the business operator subject to investigation, specific content of the promises, performance of the promises, information on supervision and other particulars.

Under any of the following circumstances, the anti−monopoly law enforcement agency shall resume the investigation:

(1) Where the business operator fails to perform or perform in full the promises;

(2) Where there is material change in the facts on which the decision on suspension of investigation is based; and

(3) Where the decision on suspension of investigation is rendered based on the incomplete or unauthentic information provided by the business operator.

第三十四条　省级市场监管部门作出中止调查决定、终止调查决定或者行政处罚告知前,应当向市场监管总局报告。
省级市场监管部门向被调查经营者送达中止调查决定书、终止调查决定书或者行政处罚决定书后,应当在7个工作日内向市场监管总局备案。

Article 34　　Before making decision on suspension of investigation, decision on termination of investigation or notification of administrative punishment, the provincial administration for market regulation shall report the same to the SAMR.

The provincial administration for market regulation shall go through record−filing with SAMR within seven working days after serving the written decision on suspension of investigation, written decision on

termination of investigation or written decision on administrative punishment on the business operator subject to investigation.

**第三十五条** 反垄断执法机构作出行政处理决定后,依法向社会公布。其中,行政处罚信息应当依法通过国家企业信用信息公示系统向社会公示。

**Article 35** Anti−monopoly law enforcement agencies shall release the decisions on administrative disposition they have rendered to the public in accordance with the law. Specifically, information on administrative punishment shall be made public through the national enterprise credit information disclosure system in accordance with the law.

**第三十六条** 市场监管总局应当加强对省级市场监管部门查处滥用市场支配地位行为的指导和监督,统一执法标准。

省级市场监管部门应当严格按照市场监管总局相关规定查处滥用市场支配地位行为。

**Article 36** SAMR shall strengthen the guidance and supervision over the investigation and handling of abuses of dominant market positions conducted and imposed by provincial administrations for market regulation and unify law enforcement standards.

Provincial administrations for market regulation shall investigate and handle the abuses of dominant market positions strictly in accordance with relevant provisions of SAMR.

**第三十七条** 经营者滥用市场支配地位的,由反垄断执法机构责令停止违法行为,没收违法所得,并处上一年度销售额百分之一以上百分之十以下的罚款。

反垄断执法机构确定具体罚款数额时,应当考虑违法行为的性质、情节、程度、持续时间等因素。

经营者因行政机关和法律、法规授权的具有管理公共事务职能的组织滥用行政权力而滥用市场支配地位的,按照前款规定处理。经营者能够证明其从事的滥用市场支配地位行为是被动遵守行政命令所导致的,可以依法从轻或者减轻处罚。

**Article 37** Where a business operator abuses its dominant market position, the anti−monopoly law enforcement agency shall order such operator to cease the illegal act, confiscate the illegal gains therein, and impose thereon a fine of not less than 1% and not more than 10% of the sales amount of the preceding year.

The anti−monopoly law enforcement agency shall take factors such as the nature, circumstance, severity and duration of the illegal act into consideration when determining the specific amount of a fine.

A business operator that abuses the dominant market position due to the abuse of administrative power by the administrative organs and the organizations with the function for management of public affairs as authorized by laws and regulations shall be dealt with in accordance with the provisions in the preceding paragraph. If the business operator can prove that it abuses the dominant market position as a result of the passive compliance with the administrative order, it can be given a lighter or mitigated punishments in accordance with the law.

**第三十八条** 本规定对滥用市场支配地位行为调查、处罚程序未做规定的,依照《市场监督管理行政处罚程序暂行规定》执行,有关时限、立案、案件管辖的规定除外。

反垄断执法机构组织行政处罚听证的,依照《市场监督管理行政处罚听证暂行办法》执行。

**Article 38** Where the procedures for investigation and punishment of the abuses of dominant market positions are not provided for herein, the Interim Provisions on Procedures for Administrative Punishment in Market Supervision and Administration shall apply, excluding the provisions on time limit, placing cases on file and jurisdiction over cases.

Where anti−monopoly law enforcement agencies organize hearings on administrative punishment, the

Westlaw.CHINA

Interim Provisions on Hearings for Administrative Punishment in Market Supervision and Administration shall apply.

　　**第三十九条**　本规定自2019年9月1日起施行。2010年12月31日原国家工商行政管理总局令第54号公布的《工商行政管理机关禁止滥用市场支配地位行为规定》同时废止。

　　Article 39　　These Provisions shall come into force as of September 1, 2019. The Provisions of the Administrations for Industry and Commerce on Prohibition of Abuses of Dominant Market Positions promulgated by the Order No. 54 of the former State Administration for Industry and Commerce on December 31, 2010 shall be repealed simultaneously.