# EXHIBIT Y1

Security       JD US Equity
Start Date        11/9/2020 0:00
End Date         11/10/2020 0:00
Period         D
Currency       USD

| Date | PX_LAST |
|---|---|
| 11/10/2020 | 80.08 |
| 11/9/2020 | 84.86 |