# EXHIBIT Y2

Security       700 HK Equity
Start Date         11/9/2020 0:00
End Date        11/10/2020 0:00
Period         D
Currency       USD

| Date | PX_LAST |
|------|---------|
| 11/10/2020 | 74.48539 |
| 11/9/2020 | 77.92498 |