# EXHIBIT Y3

Security       1810 HK Equity
Start Date         11/9/2020 0:00
End Date       11/10/2020 0:00
Period         D
Currency       USD

Date           PX_LAST
 11/10/2020                3.1535
  11/9/2020              3.29524