# EXHIBIT Y4

| | |
|---|---|
| Security | 3690 HK Equity |
| Start Date | 11/9/2020 0:00 |
| End Date | 11/10/2020 0:00 |
| Period | D |
| Currency | USD |

| Date | PX_LAST |
|---|---|
| 11/10/2020 | 38.6932 |
| 11/9/2020 | 43.23153 |