# EXHIBIT AA



[FBM]CLI.1.96789(EN)

# Anti-Monopoly Law of the People's Republic of China

# 中华人民共和国反垄断法

**Document Number**：Order of the President of the People's Republic of China(No.68)

**Area of Law**： Anti-Unfair Competition

**Level of Authority**： Laws

**Date Issued**：08-30-2007

**Effective Date**：08-01-2008

**Issuing Authority**： Standing Committee of the National People's Congress

**Status**： Effective

| | |
|---|---|
| Order of the President of the People's Republic of China | 中华人民共和国主席令 |
| (No.68) | （第六十八号） |
| The Anti-Monopoly Law of the People's Republic of China, which was adopted at the 29th meeting of the Standing Committee of the Tenth National People's Congress of the People's Republic of China on August 30, 2007, is hereby promulgated, and shall be effective as of August 1, 2008. | 《中华人民共和国反垄断法》已由中华人民共和国第十届全国人民代表大会常务委员会第二十九次会议于 2007 年 8 月 30 日通过，现予公布，自 2008 年 8 月 1 日起施行。 |
| President of the People's Republic of China: Hu Jintao | 中华人民共和国主席　胡锦涛 |
| August 30, 2007 | 2007 年 8 月 30 日 |
| Anti-Monopoly Law of the People's Republic of China | 中华人民共和国反垄断法 |
| (Adopted at the 29th meeting of the Standing Committee of the Tenth National People's Congress of the People's Republic of China on August 30, 2007) | （2007 年 8 月 30 日第十届全国人民代表大会常务委员会第二十九次会议通过） |

Table of Contents　　　　　　　　　　　目录

Chapter I General Provisions　　　　　　第一章 总则

Saved on: 06-12-2022



[FBM]CLI.1.96789(EN)

Chapter II Monopoly Agreements

第二章 垄断协议

Chapter III Abuse of Dominant Market Position

第三章 滥用市场支配地位

Chapter IV Concentration of Business Operators

第四章 经营者集中

Chapter V Abuse of Administrative Power to Eliminate or Restrict Competition

第五章 滥用行政权力排除、限制竞争

Chapter VI Investigation into Suspicious Monopolistic Conducts

第六章 对涉嫌垄断行为的调查

Chapter VII Legal Liabilities

第七章 法律责任

Chapter VIII Supplementary Provisions

第八章 附则

Chapter I General Provisions

第一章 总则

**Article 1** This Law is enacted for the purpose of preventing and curbing monopolistic conducts, protecting fair market competition, enhancing economic efficiency, maintaining the consumer interests and the public interests, and promoting the healthy development of socialist market economy.

第一条 为了预防和制止垄断行为，保护市场公平竞争，提高经济运行效率，维护消费者利益和社会公共利益，促进社会主义市场经济健康发展，制定本法。

**Article 2** This Law shall apply to the monopolistic conducts in economic activities within the territory of the People's Republic of China. This Law shall apply to the monopolistic conducts outside the territory of the People's Republic of China that has the effect of eliminating or restricting competition on the domestic market of China.

第二条 中华人民共和国境内经济活动中的垄断行为，适用本法；中华人民共和国境外的垄断行为，对境内市场竞争产生排除、限制影响的，适用本法。

**Article 3** The term "monopolistic conducts" as mentioned in this Law includes:

第三条 本法规定的垄断行为包括：

1. Monopoly agreements reached between business operators;

（一）经营者达成垄断协议；

2. Abuse of dominant market position by business operators; and

（二）经营者滥用市场支配地位；

3. Concentration of business operators that may have the effect of eliminating or restricting competition.

（三）具有或者可能具有排除、限制竞争效果的经营者集中。

**Article 4** The State shall make and implement competition rules suitable for the socialist market economy, perfect the macro control, and improve a united, open, competitive and well-ordered market system.

第四条 国家制定和实施与社会主义市场经济相适应的竞争规则，完善宏观调控，健全统一、

Saved on: 06-12-2022

法北爱法律有未来 PKULAW.COM

[FBM]CLI.1.96789(EN)

开放、竞争、有序的市场体系。

**Article 5** Business operators may, through fair competition and voluntary association, get together according to law, to expand the scale of their business operations and enhance their market competitiveness.

第五条 经营者可以通过公平竞争、自愿联合，依法实施集中，扩大经营规模，提高市场竞争能力。

**Article 6** No business operator with dominant market position may abuse its dominant position to eliminate or restrict competition.

第六条 具有市场支配地位的经营者，不得滥用市场支配地位，排除、限制竞争。

**Article 7** With respect to the industries controlled by the State-owned economy and concerning the lifeline of national economy and national security or the industries lawfully enjoying exclusive production and sales, the State shall protect these lawful business operations conducted by the business operators therein, and shall supervise and control these business operations and the prices of these commodities and services provided by these business operators, so as to protect the consumer interests and facilitate technological advancements.

第七条 国有经济占控制地位的关系国民经济命脉和国家安全的行业以及依法实行专营专卖的行业，国家对其经营者的合法经营活动予以保护，并对经营者的经营行为及其商品和服务的价格依法实施监管和调控，维护消费者利益，促进技术进步。

The business operators mentioned in the previous paragraph shall operate according to law, be honest, faithful and strictly self-disciplined, and accept public supervision, and shall not harm the consumer interests by taking advantage of their controlling or exclusive dealing position.

前款规定行业的经营者应当依法经营，诚实守信，严格自律，接受社会公众的监督，不得利用其控制地位或者专营专卖地位损害消费者利益。

**Article 8** No administrative organ or organization empowered by a law or administrative regulation to administer public affairs may abuse its administrative powers to eliminate or restrict competition.

第八条 行政机关和法律、法规授权的具有管理公共事务职能的组织不得滥用行政权力，排除、限制竞争。

**Article 9** The State Council shall establish an Anti-monopoly Commission, which is responsible for organizing, coordinating and guiding the anti-monopoly work and performs the following functions:

第九条 国务院设立反垄断委员会，负责组织、协调、指导反垄断工作，履行下列职责：

1. Studying and drafting relevant competition policies;

（一）研究拟订有关竞争政策；

2. Organizing the investigation and assessment of overall competition situations, and releasing an assessment report;

（二）组织调查、评估市场总体竞争状况，发布评估报告；

3. Formulating and releasing anti-monopoly guidelines;

（三）制定、发布反垄断指南；

4. Coordinating the anti-monopoly administrative law enforcement; and

（四）协调反垄断行政执法工作；



[FBM]CLI.1.96789(EN)

5. Other functions assigned by the State Council. | （五）国务院规定的其他职责。

The composition and working rules of the Anti-monopoly Committee shall be established by the State Council. | 国务院反垄断委员会的组成和工作规则由国务院规定。

**Article 10** The anti-monopoly law enforcement agency designated by the State Council (hereinafter referred to as the Anti-monopoly Law Enforcement Agency under the State Council) shall be responsible for the anti-monopoly law enforcement work. | 第十条 国务院规定的承担反垄断执法职责的机构（以下统称国务院反垄断执法机构）依照本法规定，负责反垄断执法工作。

The Anti-monopoly Law Enforcement Agency under the State Council may, as required by the work, empower corresponding agencies in the people's governments of the provinces, autonomous regions and municipalities directly under the Central Government to be responsible for the anti-monopoly law enforcement work according to this Law. | 国务院反垄断执法机构根据工作需要，可以授权省、自治区、直辖市人民政府相应的机构，依照本法规定负责有关反垄断执法工作。

**Article 11** A trade association shall strengthen the self-discipline within the industry, lead the business operators in the industry toward lawful competition, and maintain the market competition order. | 第十一条 行业协会应当加强行业自律，引导本行业的经营者依法竞争，维护市场竞争秩序。

**Article 12** The term "business operator" as mentioned in this Law refers to a natural person, legal person, or any other organization that engages in the production or business of commodities or provides services. | 第十二条 本法所称经营者，是指从事商品生产、经营或者提供服务的自然人、法人和其他组织。

The term "relevant market" as mentioned in this Law refers to the commodity scope or territorial scope within which the business operators compete against each other during a certain period of time for specific commodities or services (hereinafter referred to as "commodities"). | 本法所称相关市场，是指经营者在一定时期内就特定商品或者服务（以下统称商品）进行竞争的商品范围和地域范围。

Chapter II Monopoly Agreement | 第二章 垄断协议

**Article 13** The competing business operators are prohibited from reaching any of the following monopoly agreements with each other: | 第十三条 禁止具有竞争关系的经营者达成下列垄断协议：

1. Fixing or changing the price of commodities; | （一）固定或者变更商品价格；

2. Restricting the production quantity or sales volume of commodities; | （二）限制商品的生产数量或者销售数量；

3. Dividing the sales market or the raw material supply market; | （三）分割销售市场或者原材料采购市场；

法北
宝大 爱法律有未来
PKULAW.COM    [FBM]CLI.1.96789(EN)

4. Restricting the purchase of new technology or new facilities or the development of new technology or new products;

（四）限制购买新技术、新设备或者限制开发新技术、新产品；

5. Jointly boycotting transactions; or

（五）联合抵制交易；

6. Other monopoly agreements as determined by the Anti-monopoly Law Enforcement Agency under the State Council.

（六）国务院反垄断执法机构认定的其他垄断协议。

The term "monopoly agreements" as mentioned in this Law refers to the agreements, decisions or other concerted behaviors that may eliminate or restrict competition.

本法所称垄断协议，是指排除、限制竞争的协议、决定或者其他协同行为。

**Article 14** Business operators are prohibited from reaching any of the following monopoly agreements with their trading parties:

第十四条 禁止经营者与交易相对人达成下列垄断协议：

1. Fixing the price of commodities for resale to a third party;

（一）固定向第三人转售商品的价格；

2. Restricting the minimum price of commodities for resale to a third party; or

（二）限定向第三人转售商品的最低价格；

3. Other monopoly agreements as determined by the Anti-monopoly Law Enforcement Agency under the State Council.

（三）国务院反垄断执法机构认定的其他垄断协议。

**Article 15** Where the business operators can prove that a monopoly agreement reached by them falls under any of the following circumstances, the monopoly agreement shall be exempt from Articles 13 and 14 of this Law:

第十五条 经营者能够证明所达成的协议属于下列情形之一的，不适用本法第十三条、第十四条的规定：

1. For the purpose of improving technologies, researching, and developing new products;

（一）为改进技术、研究开发新产品的；

2. For the purpose of upgrading product quality, reducing costs, improving efficiency, unifying product specifications or standards, or carrying out professional labor division;

（二）为提高产品质量、降低成本、增进效率，统一产品规格、标准或者实行专业化分工的；

3. For the purpose of enhancing operational efficiency and reinforcing the competitiveness of small and medium-sized business operators;

（三）为提高中小经营者经营效率，增强中小经营者竞争力的；

4. For the purpose of realizing public interests such as conserving energy, protecting the environment and providing disaster relief, etc.;

（四）为实现节约能源、保护环境、救灾救助等社会公共利益的；

5. For the purpose of mitigating the severe decrease of sales volume or obviously excessive production during economic recessions;

（五）因经济不景气，为缓解销售量严重下降或者生产明显过剩的；

    Saved on: 06-12-2022

法北 爱法律有未来
宝大 PKULAW.COM
[FBM]CLI.1.96789(EN)

6. For the purpose of protecting the justifiable interests of the foreign trade or foreign economic cooperation; or

（六）为保障对外贸易和对外经济合作中的正当利益的；

7. Other circumstances prescribed by the law or the State Council.

（七）法律和国务院规定的其他情形。

Where a monopoly agreement falls under any of the circumstances prescribed in Items 1-5 and is exempt from Articles 13 and 14 of this Law, the business operators shall also prove that the reached such an agreement shall not substantially restrict competition in the relevant market and can enable the consumers to share the benefits from the agreement.

属于前款第一项至第五项情形，不适用本法第十三条、第十四条规定的，经营者还应当证明所达成的协议不会严重限制相关市场的竞争，并且能够使消费者分享由此产生的利益。

**Article 16** No trade association may organize the business operators in its own industry to implement the monopolistic conducts as prohibited by this Chapter.

第十六条 行业协会不得组织本行业的经营者从事本章禁止的垄断行为。

Chapter III Abuse of Dominant Market Position

第三章 滥用市场支配地位

**Article 17** Business operators with a dominant market position are prohibited from committing any of the following acts of abusing the dominant market position:

第十七条 禁止具有市场支配地位的经营者从事下列滥用市场支配地位的行为：

1. Selling products at unfairly high prices or buying products at unfairly low prices;

（一）以不公平的高价销售商品或者以不公平的低价购买商品；

2. Selling products at prices below cost without any justifiable causes;

（二）没有正当理由，以低于成本的价格销售商品；

3. Refusing to trade with a trading party without any justifiable causes;

（三）没有正当理由，拒绝与交易相对人进行交易；

4. Restricting their trading party so that it may conduct deals exclusively with themselves or with the designated business operators without any justifiable causes;

（四）没有正当理由，限定交易相对人只能与其进行交易或者只能与其指定的经营者进行交易；

5. Implementing tie-in sales or imposing other unreasonable trading conditions at the time of trading without any justifiable causes ("tie-in sale" refers to an unfair sale practice in which a business operator bundles other undesirable commodities with a hot-sale commodity – noted by the translator for clarification.);

（五）没有正当理由搭售商品，或者在交易时附加其他不合理的交易条件；

6. Applying discriminatory treatments on trading prices or other trading conditions to their trading parties with equal standing without any justifiable causes; or

（六）没有正当理由，对条件相同的交易相对人在交易价格等交易条件上实行差别待遇；

7. Other forms of abusing the dominant market position as determined by the Anti-monopoly Law Enforcement Agency

（七）国务院反垄断执法机构认定的其他滥用市场支配地位的行

法宝 北大 爱法律有未来 PKULAW.COM     [FBM]CLI.1.96789(EN)

under the State Council.

为。

The term "dominant market position" as mentioned in this Law refers to a market position held by business operators that have the ability to control the price or quantity of commodities or other trading conditions in the relevant market or block or affect the entry of other business operators into the relevant market.

本法所称市场支配地位，是指经营者在相关市场内具有能够控制商品价格、数量或者其他交易条件，或者能够阻碍、影响其他经营者进入相关市场能力的市场地位。

**Article 18** The dominant market position of a business operator shall be determined according to the following factors:

第十八条 认定经营者具有市场支配地位，应当依据下列因素：

1. The market share of the business operator and its competitive status in the relevant market;

（一）该经营者在相关市场的市场份额，以及相关市场的竞争状况；

2. The ability of the business operator to control the sales market or the raw material supply market;

（二）该经营者控制销售市场或者原材料采购市场的能力；

3. The financial and technological conditions of the business operator;

（三）该经营者的财力和技术条件；

4. The extent of reliance on the business operator by other business operators in the transactions;

（四）其他经营者对该经营者在交易上的依赖程度；

5. The degree of difficulty for other business operators to enter the relevant market; and

（五）其他经营者进入相关市场的难易程度；

6. Other factors relevant to the determination of the dominant market position of the business operator.

（六）与认定该经营者市场支配地位有关的其他因素。

**Article 19** Under any of the following circumstances, a business operator may be presumed to have a dominant market position:

第十九条 有下列情形之一的，可以推定经营者具有市场支配地位：

1. The market share of one business operator accounts for 1/2 or more in the relevant market;

（一）一个经营者在相关市场的市场份额达到二分之一的；

2. The joint market share of two business operators accounts for 2/3 or more in the relevant market; or

（二）两个经营者在相关市场的市场份额合计达到三分之二的；

3. The joint market share of three business operators accounts for 3/4 or more in the relevant market.

（三）三个经营者在相关市场的市场份额合计达到四分之三的。

Under the circumstance prescribed in Item 2 or 3 of the previous paragraph, if any of the business operators has a market share of less than 1/10, that business operator shall not be considered to have a dominant market position.

有前款第二项、第三项规定的情形，其中有的经营者市场份额不足十分之一的，不应当推定该经营者具有市场支配地位。

---

7 / 18                                              Saved on: 06-12-2022

PKULAW.COM

[FBM]CLI.1.96789(EN)

A business operator that has been presumed to have a dominant market position shall not be considered as having a dominant market position if the operator can provide opposite evidence.

被推定具有市场支配地位的经营者，有证据证明不具有市场支配地位的，不应当认定其具有市场支配地位。

Chapter IV Concentration of Business Operators

第四章 经营者集中

**Article 20** The "concentration of business operators" refers to any of the following circumstances:

第二十条 经营者集中是指下列情形：

1. Merger of business operators;

（一）经营者合并；

2. A business operator acquires control over other business operators by acquiring their equities or assets; or

（二）经营者通过取得股权或者资产的方式取得对其他经营者的控制权；

3. A business operator acquires control over other business operators or is able to exert a decisive influence on other business operators by contract or any other means.

（三）经营者通过合同等方式取得对其他经营者的控制权或者能够对其他经营者施加决定性影响。

**Article 21** Business operators shall declare in advance the concentration reaching the threshold of declaration prescribed by the State Council to the Anti-monopoly Law Enforcement Agency, and otherwise, they shall not implement the concentration.

第二十一条 经营者集中达到国务院规定的申报标准的，经营者应当事先向国务院反垄断执法机构申报，未申报的不得实施集中。

**Article 22** Under any of the following circumstances, business operators may not need to file a concentration declaration to the Anti-monopoly Law Enforcement Agency under the State Council:

第二十二条 经营者集中有下列情形之一的，可以不向国务院反垄断执法机构申报：

1. Among all business operators involved in the concentration, one business operator possesses 50% or more of the voting shares or assets of every other business operator; or

（一）参与集中的一个经营者拥有其他每个经营者百分之五十以上有表决权的股份或者资产的；

2. A business operator not involved in the concentration possesses 50% or more of the voting shares or assets of every business operator that is involved in the concentration.

（二）参与集中的每个经营者百分之五十以上有表决权的股份或者资产被同一个未参与集中的经营者拥有的。

**Article 23** When making a concentration declaration to the Anti-monopoly Law Enforcement Agency under the State Council, the business operators shall submit the following documents and materials:

第二十三条 经营者向国务院反垄断执法机构申报集中，应当提交下列文件、资料：

Saved on: 06-12-2022

[FBM]CLI.1.96789(EN)

1. The Declaration Form;

2. Explanations of the concentration effects on the relevant market competition situations;

3. Concentration agreements;

4. The financial and accounting reports for the previous fiscal year of the business operators involved in the concentration, which should be audited by an accounting firm; and

5. Other documents and materials required by the Anti-monopoly Law Enforcement Agency under the State Council.

The declaration form shall contain the names of the business operators involved in the concentration, their domiciles, business scopes, the date on which the concentration is to be implemented, and other matters prescribed by the Anti-monopoly Law Enforcement Agency under the State Council.

**Article 24** Where the documents or materials submitted by the business operators are not complete, the business operators concerned shall supplement the relevant documents or materials within the time limit prescribed by the Anti-monopoly Law Enforcement Agency under the State Council. Otherwise, the declaration shall be deemed as not being filed.

**Article 25** The Anti-monopoly Law Enforcement Agency under the State Council shall, within 30 days upon receipt of the documents and materials submitted by the business operators pursuant to Article 23 of this Law, conduct a preliminary examination of the declared concentration of business operators, make a decision on whether to conduct further examination, and notify the business operators of that decision in written form. The business operators shall not implement the concentration until the Anti-monopoly Law Enforcement Agency under the State Council makes such a decision.

Where the Anti-monopoly Law Enforcement Agency under the State Council makes a decision that no further examination shall be conducted or where the Anti-monopoly Law Enforcement Agency fails to make a decision within the time limit, the business operators may implement the concentration.

**Article 26** Where the Anti-monopoly Law Enforcement Agency under the State Council decides to conduct further examination, it shall, within 90 days from the date of decision, complete the examination, make a decision on whether to prohibit the concentration, and notify the business operators of the decision in written form. If the Anti-monopoly Law

（一）申报书；

（二）集中对相关市场竞争状况影响的说明；

（三）集中协议；

（四）参与集中的经营者经会计师事务所审计的上一会计年度财务会计报告；

（五）国务院反垄断执法机构规定的其他文件、资料。

申报书应当载明参与集中的经营者的名称、住所、经营范围、预定实施集中的日期和国务院反垄断执法机构规定的其他事项。

第二十四条 经营者提交的文件、资料不完备的，应当在国务院反垄断执法机构规定的期限内补交文件、资料。经营者逾期未补交文件、资料的，视为未申报。

第二十五条 国务院反垄断执法机构应当自收到经营者提交的符合本法第二十三条规定的文件、资料之日起三十日内，对申报的经营者集中进行初步审查，作出是否实施进一步审查的决定，并书面通知经营者。国务院反垄断执法机构作出决定前，经营者不得实施集中。

国务院反垄断执法机构作出不实施进一步审查的决定或者逾期未作出决定的，经营者可以实施集中。

第二十六条 国务院反垄断执法机构决定实施进一步审查的，应当自决定之日起九十日内审查完毕，作出是否禁止经营者集中的决定，并书面通知经营者。作

Saved on: 06-12-2022

法北宝大 爱法律有未来 PKULAW.COM

[FBM]CLI.1.96789(EN)

Enforcement Agency under the State Council decides to prohibit the concentration, it shall explain the reasons. The business operators shall refrain from implementing the concentration within the period of examination.

出禁止经营者集中的决定，应当说明理由。审查期间，经营者不得实施集中。

Under any of the following circumstances, the Anti-monopoly Law Enforcement Agency under the State Council may, after notifying the business operators concerned in written form, extend the time limit of examination as prescribed in the preceding paragraph, with the extension being no more than 60 days:

有下列情形之一的，国务院反垄断执法机构经书面通知经营者，可以延长前款规定的审查期限，但最长不得超过六十日：

1. The business operators agree to extend the time limit of examination;

（一）经营者同意延长审查期限的；

2. The documents or materials submitted by business operators are inaccurate and need further verification; or

（二）经营者提交的文件、资料不准确，需要进一步核实的；

3. The relevant circumstances have significantly changed after the declaration by the business operators.

（三）经营者申报后有关情况发生重大变化的。

Where the Anti-monopoly Law Enforcement Agency under the State Council fails to make a decision within the time limit, business operators may implement the concentration.

国务院反垄断执法机构逾期未作出决定的，经营者可以实施集中。

**Article 27** The following factors shall be taken into account in the examination of the concentration of business operators:

第二十七条 审查经营者集中，应当考虑下列因素：

1. The involved business operators' market share in the relevant market and their controlling power over that market;

（一）参与集中的经营者在相关市场的市场份额及其对市场的控制力；

2. The degree of market concentration in the relevant market;

（二）相关市场的市场集中度；

3. The impact of the concentration of business operators on the market access and technological advancements;

（三）经营者集中对市场进入、技术进步的影响；

4. The impact of the concentration of business operators on the consumers and other business operators;

（四）经营者集中对消费者和其他有关经营者的影响；

5. The impact of the concentration of business operators on the national economic development; and

（五）经营者集中对国民经济发展的影响；

6. Other factors that may affect the market competition and shall be considered as deemed by the Anti-monopoly Law Enforcement Agency under the State Council.

（六）国务院反垄断执法机构认为应当考虑的影响市场竞争的其他因素。

**Article 28** Where the concentration of business operators will or may eliminate or restrict competition, the Anti-monopoly Law Enforcement Agency under the State Council shall make a

第二十八条 经营者集中具有或者可能具有排除、限制竞争效果的，国务院反垄断执法机构应

Saved on: 06-12-2022

PKULAW.COM [FBM]CLI.1.96789(EN)

decision to prohibit the concentration. However, if the business operators can prove either that the favorable impact of the concentration on competition obviously exceeds the adverse impact, or that the concentration meets the public interests, the Anti-monopoly Law Enforcement Agency under the State Council may decide not to prohibit the concentration.

当作出禁止经营者集中的决定。但是，经营者能够证明该集中对竞争产生的有利影响明显大于不利影响，或者符合社会公共利益的，国务院反垄断执法机构可以作出对经营者集中不予禁止的决定。

**Article 29** Where the concentration of business operators is not prohibited, the Anti-monopoly Law Enforcement Agency under the State Council may decide to attach restrictive conditions for reducing the adverse impact of such concentration on competition.

第二十九条 对不予禁止的经营者集中，国务院反垄断执法机构可以决定附加减少集中对竞争产生不利影响的限制性条件。

**Article 30** The Anti-monopoly Law Enforcement Agency under the State Council shall timely publicize a decision on prohibiting the concentration of business operators or a decision on attaching restrictive conditions to the concentration of business operators.

第三十条 国务院反垄断执法机构应当将禁止经营者集中的决定或者对经营者集中附加限制性条件的决定，及时向社会公布。

**Article 31** Where a foreign investor participates in the concentration of business operators by merging or acquiring a domestic enterprise or by any other means and the national security is involved, besides the examination on the concentration of business operators according to this Law, the examination on the national security shall also be conducted according to the relevant provisions of the State.

第三十一条 对外资并购境内企业或者以其他方式参与经营者集中，涉及国家安全的，除依照本法规定进行经营者集中审查外，还应当按照国家有关规定进行国家安全审查。

Chapter V Abuse of Administrative Power to Eliminate or Restrict Competition

第五章 滥用行政权力排除、限制竞争

**Article 32** No administrative organ or organization empowered by a law or administrative regulation to administer public affairs may abuse its administrative power to force or use a disguised form to force any entities or individuals to deal, purchase, or use the commodities provided by the business operators designated by such an administrative organ or organization.

第三十二条 行政机关和法律、法规授权的具有管理公共事务职能的组织不得滥用行政权力，限定或者变相限定单位或者个人经营、购买、使用其指定的经营者提供的商品。

**Article 33** No administrative organ or organization empowered by a law or administrative regulation to administer public affairs may abuse its administrative power to block the inter-region free trading of commodity by taking the following measures:

第三十三条 行政机关和法律、法规授权的具有管理公共事务职能的组织不得滥用行政权力，实施下列行为，妨碍商品在地区之间的自由流通：

1. Setting discriminatory charges, implementing discriminatory charge rates, or fixing discriminatory prices for non-local commodities;

（一）对外地商品设定歧视性收费项目、实行歧视性收费标准，

Saved on: 06-12-2022

法北爱法律有未来
宝大 PKULAW.COM

[FBM]CLI.1.96789(EN)

或者规定歧视性价格；

2. Imposing technical requirements or inspection standards on non-local commodities that are different from those on their local counterparts, or taking discriminatory technical measures, such as repeated inspections or repeated certifications on non-local commodities, so as to restrict the entry of non-local commodities into the local market;

（二）对外地商品规定与本地同类商品不同的技术要求、检验标准，或者对外地商品采取重复检验、重复认证等歧视性技术措施，限制外地商品进入本地市场；

3. Adopting the administrative licensing aimed at non-local commodities, so as to restrict the entry of non-local commodities into the local market;

（三）采取专门针对外地商品的行政许可，限制外地商品进入本地市场；

4. Setting up barriers or adopting any other means to block either the entry of non-local commodities or the exit of local commodities; or

（四）设置关卡或者采取其他手段，阻碍外地商品进入或者本地商品运出；

5. Other activities that may block the inter-region free trading of commodity.

（五）妨碍商品在地区之间自由流通的其他行为。

**Article 34** No administrative organs or organizations empowered by law or administrative regulation to administer public affairs may abuse their administrative power to reject or restrict the participation of non-local business operators in local tendering and bidding activities by imposing discriminatory qualification requirements or assessment standards or failing to publicize the binding information according to law.

第三十四条 行政机关和法律、法规授权的具有管理公共事务职能的组织不得滥用行政权力，以设定歧视性资质要求、评审标准或者不依法发布信息等方式，排斥或者限制外地经营者参加本地的招标投标活动。

**Article 35** No administrative organs or organizations empowered by law or administrative regulation to administer public affairs may abuse its administrative power to reject or restrict either investment in its jurisdiction or the establishment of local branches by non-local business operators by imposing unequal treatments on them that are different from those on the local business operators.

第三十五条 行政机关和法律、法规授权的具有管理公共事务职能的组织不得滥用行政权力，采取与本地经营者不平等待遇等方式，排斥或者限制外地经营者在本地投资或者设立分支机构。

**Article 36** No administrative organs or organizations empowered by law or administrative regulation to administer public affairs may abuse its administrative power to compel business operators to engage in monopolistic activities that are prohibited by this Law.

第三十六条 行政机关和法律、法规授权的具有管理公共事务职能的组织不得滥用行政权力，强制经营者从事本法规定的垄断行为。

**Article 37** No administrative organs may abuse its administrative power to formulate any provisions on eliminating or restricting competition.

第三十七条 行政机关不得滥用行政权力，制定含有排除、限制竞争内容的规定。

法北大宝 爱法律有未来 PKULAW.COM

[FBM]CLI.1.96789(EN)

| Chapter VI Investigation of Suspicious Monopolistic Conducts | 第六章　对涉嫌垄断行为的调查 |
| --- | --- |

**Article 38** The Anti-monopoly Law Enforcement Agency shall investigate any suspicious monopolistic conducts according to law.

第三十八条　反垄断执法机构依法对涉嫌垄断行为进行调查。

Any entities or individuals may tip off any suspicious monopolistic conducts to the Anti-monopoly Law Enforcement Agency. The Anti-monopoly Law Enforcement Agency shall keep the informer confidential.

对涉嫌垄断行为，任何单位和个人有权向反垄断执法机构举报。反垄断执法机构应当为举报人保密。

The Anti-monopoly Law Enforcement Agency shall conduct necessary investigations where the tip-off is made in writing and supported by relevant facts and evidence.

举报采用书面形式并提供相关事实和证据的，反垄断执法机构应当进行必要的调查。

**Article 39** When investigating a suspicious monopolistic conduct, the Anti-monopoly Law Enforcement Agency may take the following measures:

第三十九条　反垄断执法机构调查涉嫌垄断行为，可以采取下列措施：

1. Enter the business premises of the business operators who are under investigation or any other relevant place to investigate;

（一）进入被调查的经营者的营业场所或者其他有关场所进行检查；

2. Inquire the business operators who are under investigation, interested parties, or other relevant entities or individuals, and request them to disclose relevant information;

（二）询问被调查的经营者、利害关系人或者其他有关单位或者个人，要求其说明有关情况；

3. Review and duplicate the relevant business documents, agreements, accounting books, business correspondences, electronic data, files, or documentations of the business operators who are under investigation, interested parties, or other relevant entities or individuals;

（三）查阅、复制被调查的经营者、利害关系人或者其他有关单位或者个人的有关单证、协议、会计账簿、业务函电、电子数据等文件、资料；

4. Seize and detain the relevant evidence; and

（四）查封、扣押相关证据；

5. Inquire about the bank accounts of the business operators who are under investigation.

（五）查询经营者的银行账户。

Before any of the measures prescribed in the previous paragraph is adopted, a written report shall be submitted to the principal officials of the Anti-monopoly Law Enforcement Agency for approval.

采取前款规定的措施，应当向反垄断执法机构主要负责人书面报告，并经批准。

**Article 40** When the Anti-monopoly Law Enforcement Agency is investigating a suspicious monopolistic conduct, the agency shall send at least two officials for the investigation and they shall present their law enforcement badges.

第四十条　反垄断执法机构调查涉嫌垄断行为，执法人员不得少于二人，并应当出示执法证件。

Saved on: 06-12-2022

法北
宝大 愛法律有未来
PKULAW.COM

[FBM]CLI.1.96789(EN)

When any law enforcement official is conducting an inquiry or investigation, he shall make a written transcript for the inquiry and investigation and have the person who is under inquiry or investigation sign the transcript.

执法人员进行询问和调查，应当制作笔录，并由被询问人或者被调查人签字。

**Article 41** The Anti-monopoly Law Enforcement Agency and its functionaries shall have the responsibility to keep the business secrets, which they obtain when enforcing the law, confidential.

第四十一条 反垄断执法机构及其工作人员对执法过程中知悉的商业秘密负有保密义务。

**Article 42** The business operators, interested parties and other relevant entities or individuals who are under investigation shall assist the Anti-monopoly Law Enforcement Agency in performing its functions and shall not refuse or obstruct the investigation conducted by the Anti-monopoly Law Enforcement Agency.

第四十二条 被调查的经营者、利害关系人或者其他有关单位或者个人应当配合反垄断执法机构依法履行职责，不得拒绝、阻碍反垄断执法机构的调查。

**Article 43** The business operators and interested parties who are under investigation shall be entitled to make statements on the investigation. The Anti-monopoly Law Enforcement Agency shall verify the facts, reasons and evidence presented by the business operators and interested parties under investigation.

第四十三条 被调查的经营者、利害关系人有权陈述意见。反垄断执法机构应当对被调查的经营者、利害关系人提出的事实、理由和证据进行核实。

**Article 44** When the Anti-monopoly Law Enforcement Agency deems that a suspicious monopolistic conduct is constituted a monopolistic conduct after an investigation and verification, the agency shall make a decision on how to deal with the monopolistic conduct, and may publicize its decision.

第四十四条 反垄断执法机构对涉嫌垄断行为调查核实后，认为构成垄断行为的，应当依法作出处理决定，并可以向社会公布。

**Article 45** As for a suspicious monopolistic conduct that the Anti-monopoly Law Enforcement Agency is investigating, if the business operators under investigation promise to eliminate the effects of the conduct through the use of concrete measures within the time limit accepted by the Anti-monopoly Law Enforcement Agency, the Anti-monopoly Law Enforcement Agency may decide to suspend the investigation. The decision of suspending the investigation shall state the concrete measures promised by the business operators under investigation.

第四十五条 对反垄断执法机构调查的涉嫌垄断行为，被调查的经营者承诺在反垄断执法机构认可的期限内采取具体措施消除该行为后果的，反垄断执法机构可以决定中止调查。中止调查的决定应当载明被调查的经营者承诺的具体内容。

Where the Anti-monopoly Law Enforcement Agency decides to suspend an investigation, it shall supervise the implementation of the promise by the relevant business operators. If the business operators implement the promise, the Anti-monopoly Law Enforcement Agency may decide to terminate the investigation.

反垄断执法机构决定中止调查的，应当对经营者履行承诺的情况进行监督。经营者履行承诺的，反垄断执法机构可以决定终止调查。

However, under any of the following circumstances, the Anti-monopoly Law Enforcement Agency shall resume the investigation:

有下列情形之一的，反垄断执法机构应当恢复调查：

Saved on: 06-12-2022

[FBM]CLI.1.96789(EN)

1. The business operator fails to implement its promise;

（一）经营者未履行承诺的；

2. Significant changes have taken place to the facts, on which the decision of suspending the investigation was made; or

（二）作出中止调查决定所依据的事实发生重大变化的；

3. The decision on suspending the investigation was made on the basis of incomplete or inaccurate information submitted by the business operators.

（三）中止调查的决定是基于经营者提供的不完整或者不真实的信息作出的。

Chapter VII Legal Liability

第七章 法律责任

**Article 46** Where the business operators reach and fulfill a monopoly agreement in violation of this Law, the Anti-monopoly Law Enforcement Agency shall order them to stop the violations, confiscate the illegal gains and impose a fine of 1% up to 10% of the sales revenue made in the previous year. Where the reached monopoly agreement has not been fulfilled, a fine of less than 500,000 yuan may be imposed.

第四十六条 经营者违反本法规定，达成并实施垄断协议的，由反垄断执法机构责令停止违法行为，没收违法所得，并处上一年度销售额百分之一以上百分之十以下的罚款；尚未实施所达成的垄断协议的，可以处五十万元以下的罚款。

Where a business operator who is engaged in a monopoly agreement voluntarily confesses the information about the monopoly agreement and provides the important evidence to the Anti-monopoly Law Enforcement Agency, the operator may be given a mitigated punishment or be exempt from punishment at the discretion of the Anti-monopoly Law Enforcement Agency.

经营者主动向反垄断执法机构报告达成垄断协议的有关情况并提供重要证据的，反垄断执法机构可以酌情减轻或者免除对该经营者的处罚。

Where a trade association organizes the business operators in its own industry to reach a monopoly agreement in violation of this Law, the Anti-monopoly Law Enforcement Agency may impose a fine of less than 500,000 yuan; where the circumstances are serious, the authority in charge of social group registration may deregister the trade association.

行业协会违反本法规定，组织本行业的经营者达成垄断协议的，反垄断执法机构可以处五十万元以下的罚款；情节严重的，社会团体登记管理机关可以依法撤销登记。

**Article 47** Where the business operators abuse their dominant market position in violation of this Law, the Anti-monopoly Law Enforcement Agency shall order them to stop such violations, confiscate the illegal gains, and impose a fine of 1% up to 10% of the total sales volume made in the previous year.

第四十七条 经营者违反本法规定，滥用市场支配地位的，由反垄断执法机构责令停止违法行为，没收违法所得，并处上一年度销售额百分之一以上百分之十以下的罚款。

**Article 48** Where the business operators implement the concentration in violation of this Law, the Anti-monopoly Law Enforcement Agency under the State Council shall order them to stop the concentration, to dispose shares or assets, transfer the business or adopt other necessary measures to restore the market situation before the concentration within a time limit, and may impose a fine of less than 500,000 yuan.

第四十八条 经营者违反本法规定实施集中的，由国务院反垄断执法机构责令停止实施集中、限期处分股份或者资产、限期转让营业以及采取其他必要措施恢复到集中前的状态，可以处五十万元以下的罚款。

Saved on: 06-12-2022

[FBM]CLI.1.96789(EN)

**Article 49** To determine the specific amount of fines prescribed by Articles 46-48 of this Law, the Anti-monopoly Law Enforcement Agency shall consider such factors as nature, extent and duration of the violations.

第四十九条 对本法第四十六条、第四十七条、第四十八条规定的罚款，反垄断执法机构确定具体罚款数额时，应当考虑违法行为的性质、程度和持续的时间等因素。

**Article 50** The business operators that carry out the monopolistic conducts and cause damages to others shall bear the civil liability according to law.

第五十条 经营者实施垄断行为，给他人造成损失的，依法承担民事责任。

**Article 51** Where an administrative organ or organization empowered by law or administrative regulation to administer public affairs abuses its administrative power to eliminate or restrict competition, the superior authority thereof shall order the agency to make rectification and impose punishments on the directly responsible persons in charge and the other directly liable persons. The Anti-monopoly Law Enforcement Agency may offer suggestions to the relevant superior authority regarding how to handle the abuse according to law.

第五十一条 行政机关和法律、法规授权的具有管理公共事务职能的组织滥用行政权力，实施排除、限制竞争行为的，由上级机关责令改正；对直接负责的主管人员和其他直接责任人员依法给予处分。反垄断执法机构可以向有关上级机关提出依法处理的建议。

Where a law or administrative regulation provides otherwise for the handling of an administrative organ or organization empowered by law or administrative regulation to administer public affairs that abuses its administrative power to eliminate or restrict competition, such provisions shall prevail.

法律、行政法规对行政机关和法律、法规授权的具有管理公共事务职能的组织滥用行政权力实施排除、限制竞争行为的处理另有规定的，依照其规定。

**Article 52** As for the examination and investigation implemented by the Anti-monopoly Law Enforcement Agency, if business operators refuse to submit related materials and information, submit fraudulent materials or information, conceal, destroy or remove evidence, or refuse or obstruct investigation in other ways, the Anti-monopoly Law Enforcement Agency shall order them to make rectification, impose a fine of less than 20,000 yuan on individuals, and a fine of less than 200,000 yuan on entities; and where the circumstances are serious, the Anti-monopoly Law Enforcement Agency may impose a fine of 20,000 yuan or up to 100,000 yuan on an individual, and a fine of 200,000 yuan or up to one million yuan on an entity; where a crime is constituted, the relevant business operators shall be investigated for the criminal liabilities.

第五十二条 对反垄断执法机构依法实施的审查和调查，拒绝提供有关材料、信息，或者提供虚假材料、信息，或者隐匿、销毁、转移证据，或者有其他拒绝、阻碍调查行为的，由反垄断执法机构责令改正，对个人可以处二万元以下的罚款，对单位可以处二十万元以下的罚款；情节严重的，对个人处二万元以上十万元以下的罚款，对单位处二十万元以上一百万元以下的罚款；构成犯罪的，依法追究刑事责任。

**Article 53** Where any party concerned is dissatisfied with the decision made by the Anti-monopoly Law Enforcement Agency pursuant to Articles 28 and 29 of this Law, the party may first

第五十三条 对反垄断执法机构依据本法第二十八条、第二十九条作出的决定不服的，可以先

Saved on: 06-12-2022



apply for an administrative reconsideration; if the party is still dissatisfied with the reconsideration decision, it may lodge an administrative lawsuit according to law.

Where any party concerned is dissatisfied with any decision made by the Anti-monopoly Law Enforcement Agency other than the decisions prescribed in the previous paragraph, it may apply for an administrative reconsideration or lodge an administrative lawsuit according to law.

**Article 54** Where any functionary in the Anti-monopoly Law Enforcement Agency abuses his authority, neglects his duty, makes falsehood for personal gains, or discloses trade secrets known when enforcing the law, and a crime is constituted, he shall be investigated for criminal liability; and if no crime is constituted, he may be given a disciplinary sanction.

Chapter VIII Supplementary Provisions

**Article 55** This law shall not apply to the conduct of business operators to exercise their intellectual property rights according to the laws and relevant administrative regulations on intellectual property rights; however, this Law shall apply to the conduct of business operators to eliminate or restrict market competition by abusing their intellectual property rights.

**Article 56** This law shall not apply to the ally or concerted actions of agricultural producers and rural economic organizations in the economic activities such as production, processing, sales, transportation and storage of agricultural products.

**Article 57** This law shall come into effect as of August 1, 2008.

依法申请行政复议；对行政复议决定不服的，可以依法提起行政诉讼。

对反垄断执法机构作出的前款规定以外的决定不服的，可以依法申请行政复议或者提起行政诉讼。

第五十四条 反垄断执法机构工作人员滥用职权、玩忽职守、徇私舞弊或者泄露执法过程中知悉的商业秘密，构成犯罪的，依法追究刑事责任；尚不构成犯罪的，依法给予处分。

第八章 附则

第五十五条 经营者依照有关知识产权的法律、行政法规规定行使知识产权的行为，不适用本法；但是，经营者滥用知识产权，排除、限制竞争的行为，适用本法。

第五十六条 农业生产者及农村经济组织在农产品生产、加工、销售、运输、储存等经营活动中实施的联合或者协同行为，不适用本法。

第五十七条 本法自 2008 年 8 月 1 日起施行。

 [FBM]CLI.1.96789(EN)

© Pkulaw (www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts.

You are welcome to view all our products and services.  Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text.

**Original Link:** https://www.pkulaw.com/en_law/503218397088141cbdfb.html

Saved on: 06-12-2022