# EXHIBIT CC

Security     BABA US Equity
Start Date         4/9/2021 0:00
End Date         4/12/2021 0:00
Period     D
Currency     USD

| Date | PX_LAST |
|------|---------|
| 4/12/2021 | 244.01 |
| 4/9/2021 | 223.31 |