# EXHIBIT FF

6/28/22, 3:42 PM    Approval of Ant Group to issue overseas listed foreign shares and list domestic unlisted shares in overseas market _China Securities Regulatory Commission

[bilingual text]

**CHINA SECURITIES REGULATORY COMMISSION**

Traditional | English
Chinese

For
mobile | Weibo | Wechat

System building, non-interference and zero tolerance

Enter key words here

| Home | Institutions overview | News | Governmental information | Services | Contact us | Statistics |

Currently at: Home> Governmental information> Government information publicity> Content of active publicity> View by subject> International cooperation> Overseas security issuance> Publicity of result

| Reference No. | bm56000001/2021-00204599 | Category | Announcement of result |
|---|---|---|---|
| Publishing authority | China Securities Regulatory Commission | Publishing date | Oct. 16, 2020 |
| Name | Approval of the Ant Technology Group Co., Ltd to issue overseas-listed foreign shares and list domestic unlisted shares in the overseas market | | |
| File No. | CSRC Permit No. [2020] 2596 | Subject term | |

**Approval of the Ant Technology Group Co., Ltd to issue overseas-listed foreign shares and list domestic unlisted shares in the overseas market**

To the Ant Technology Group Co., Ltd.,

Your Application Report on Issuing Overseas Listed Foreign Shares (H Shares) and Being Listed in the Main Board of the Stock Exchange of Hong Kong and Application for Part of Domestic Shares to be Converted into Overseas Listed Foreign Shares (H Shares) and Listed for Transaction (Ant Group [2020] No. 24) and relevant documents are received. In accordance with applicable regulations including the Securities Law of the People's Republic of China, Special Provisions of the State Council on Overseas Share Offering and Listing of Incorporated Companies, and Guidelines on the Application for "Full Circulation" of Domestic Unlisted Shares of H-share Companies, upon review and verification, the following is approved: the application has been reviewed and approved as follows:

1.  It is approved that your company may issue no more than 5,221,525,000 overseas listed foreign shares with a par value of RMB 1 per share, all of which are ordinary shares. Upon completion of the issuance, your company may be listed on the main board of the Stock Exchange of Hong Kong.
2.  It is approved that, after the issuance and listing, your company may additionally issue no more than 92 million overseas-listed foreign shares with a par value of RMB 1 per share, all of which are ordinary shares used to implement equity incentives for overseas employees.
3.  It is approved that the company's 1.6 billion shares held by Hangzhou Alibaba Network Technology Co., Ltd., 350 million shares held by Hangzhou Junhan Equity Investment Partnership (Limited Partnership), and 120 million shares held by Hangzhou Junao Equity Investment Partnership (Limited Partnership) may be converted from domestic unlisted shares into overseas-listed shares. Upon completion of the conversion, the company may be listed on the Stock Exchange of Hong Kong following applicable regulations.
4.  Within 15 working days after the completion of the above issues, your company shall report to the Commission in writing the status of issuance and listing, as well as registration of share transfer.
5.  This approval shall be valid for 12 months from the date of issuance.
6.  Your company shall strictly abide by applicable laws, regulations and rules both at home and abroad when issuing shares and being listed overseas, as well as in the process of listing and circulating underlying shares.

China Securities Regulatory Commission

Oct. 16, 2020

6/28/22, 3:42 PM

Approval of Ant Group to issue overseas listed foreign shares and list domestic unlisted shares in overseas market _China Securities Regulatory Commission

 

[print]        [close window]

Links:   \www.gov.cn                                                                                         Related links                                                                      Annual statement of government website

Organizer: China Securities Regulatory Commission    All rights reserved: China Securities Regulatory Commission
Website identifier: bm56000001    Beijing ICP Registration No.: 05035542      Beijing Networking Security Registration No. 11040102700080

Contact us | Legal notice |



# 中国证券监督管理委员会
### CHINA SECURITIES REGULATORY COMMISSION

打造一个规范、透明、开放、有活力、有韧性的

请输入关键字

| 首页 | 机构概况 | 新闻发布 | 政务信息 | 办事服务 | 互动交流 | 统计信息 | |
|---|---|---|---|---|---|---|---|

📍 当前位置：首页 > 政务信息 > 政府信息公开 > 主动公开目录 > 按主题查看 > 发行监管 > 科创板注册审核 > 首发 > 注册结果

| 索　引　号 | bm56000001/2021-00263132 | 分　　类 | 注册结果;结果公示 |
|---|---|---|---|
| 发布机构 | 证监会 | 发文日期 | 2020年10月21日 |
| 名　　称 | 关于同意蚂蚁科技集团股份有限公司首次公开发行股票注册的批复 | | |
| 文　　号 | | 主 题 词 | |

## 关于同意蚂蚁科技集团股份有限公司首次公开发行股票注册的批复

蚂蚁科技集团股份有限公司：

　　中国证券监督管理委员会收到上海证券交易所报送的关于你公司首次公开发行股票并在科创板上市的审核意见及你公司注册申请文件。根据《中华人民共和国证券法》《中华人民共和国公司法》《国务院办公厅关于贯彻实施修订后的证券法有关工作的通知》《关于在上海证券交易所设立科创板并试点注册制的实施意见》和《科创板首次公开发行股票注册管理办法（试行）》（证监会令第174号）等有关规定，经审阅上海证券交易所审核意见及你公司注册申请文件，现批复如下：

　　一、同意你公司首次公开发行股票的注册申请。

　　二、你公司本次发行股票应严格按照报送上海证券交易所的招股说明书和发行承销方案实施。

　　三、本批复自同意注册之日起12个月内有效。

　　四、自同意注册之日起至本次股票发行结束前，你公司如发生重大事项，应及时报告上海证券交易所并按有关规定处理。

中国证监会

2020年10月20日



【打印】　　【关闭窗口】

Case 1:20-cv-09568-GBD-JW Document 64-44 Filed 07/21/22 Page 5 of 6

链接： 🏛 中国政府网

行业相关网站



主办单位：中国证券监督管理委员会　　　版权所有：中国证券监督管理委员会

网站识别码：bm56000001　京ICP备 05035542号　🛡京公网安备 11040102700080号

联系我们 | 法律声明 |

链接： 🏛 中国政府网

行业相关网站

主办单位：中国证券监督管理委员会　　　版权所有：中国证券监督管理委员会

网站识别码：bm56000001　京ICP备 05035542号　🛡京公网安备 11040102700080号

联系我们 | 法律声明 |



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**Approval of the SSE Ant Group IPO**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Shayna Himelfarb

Sworn to before me this
July 20, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE