# EXHIBIT GG

6/28/22, 3:44 PM          Approval of Ant Group's IPO registration_China Securities Regulatory Commission



[bilingual text]

| Reference No. | bm56000001/2021-00263132 | Category | Registration result; Announcement of result |
|---|---|---|---|
| Publishing authority | China Securities Regulatory Commission | Publishing date | Oct. 21, 2020 |
| Name | Approval of Ant Technology Group Co., Ltd.'s IPO registration | | |
| File No. | | Subject term | |

**Regarding Approval to the Application of Ant Group's IPO Registration**

To Ant Technology Group Co., Ltd.,

China Securities Regulatory Commission has received the examination opinions submitted by the Shanghai Stock Exchange regarding your company's initial public offering and listing in the science and technology innovation board, as well as registration application documents of your company. In accordance with applicable regulations including the Securities Law of the People's Republic of China, the Company Law of the People's Republic of China, the Circular of the General Office of the State Council Concerning the Implementation of the Revised Securities Law, the Opinions on Setting up Science and Technology Innovation Board and Piloting Registration System in Shanghai Stock Exchange, and the Measures for Administration and Registration of Initial Public Offering of Science and Technology Innovation Board (Trial) (CSRC Order No. 174), and upon reviewand verification of opinions submitted by Shanghai Stock Exchange and registration application document of your company, the following is approved:

1. Your company's application for registration of initial public offering has been approved.

2. This issuance of your company shall be implemented strictly following the prospectus and issuance and underwriting plan submitted to the Shanghai Stock Exchange.

3. This approval shall be valid for 12 months from the approval date of registration.

4. Any major event that occurred in your company from the approval date of registration to the end of this issuance should be reported to Shanghai Stock Exchange promptly and handled according to applicable regulations.

China Securities Regulatory Commission

Oct. 20, 2020



[print]          [Close window]

6/28/22, 3:44 PM
Approval of Ant Group's IPO registration_China Securities Regulatory Commission

Links        ı www.gov.cn                                                    Related links                    ∨         Annual
                                                                                                                       statement       of
                                                                                                                       government
                                                                                                                       website

Organizer: China Securities Regulatory Commission    All rights reserved: China Securities Regulatory Commission
Website identifier: bm56000001    Beijing ICP Registration No.: 05035542    Beijing Networking Security Registration No. 11040102700080

                                                                                                              Contact us | Legal notice



繁體 ｜ English　　🖥 移动端　　📮 微博　　💬 微信

中国证券监督管理委员会

CHINA SECURITIES REGULATORY COMMISSION

建制度、不干预、零容忍

请输入关键字

首页　　机构概况　　新闻发布　　政务信息　　办事服务　　互动交流　　统计信息

📍 当前位置：首页 > 政务信息 > 政府信息公开 > 主动公开目录 > 按主题查看 > 国际合作 > 境外证券发行 > 结果公示

| 索 引 号 | bm56000001/2021-00204599 | 分 类 | 结果公示;结果公示 |
|---|---|---|---|
| 发布机构 | 证监会 | 发文日期 | 2020年10月16日 |
| 名 称 | 关于核准蚂蚁科技集团股份有限公司发行境外上市外资股及境内未上市股份到境外上市的批复 | | |
| 文 号 | 证监许可〔2020〕2596号 | 主 题 词 | |

## 关于核准蚂蚁科技集团股份有限公司发行境外上市外资股及境内未上市股份到境外上市的批复

蚂蚁科技集团股份有限公司：

你公司《关于发行境外上市外资股（H股）并在香港联合交易所有限公司主板上市及申请部分内资股转为境外上市外资股（H股）并上市交易的申请报告》（蚂蚁集团〔2020〕24号）及相关文件收悉。根据《中华人民共和国证券法》《国务院关于股份有限公司境外募集股份及上市的特别规定》《H股公司境内未上市股份申请"全流通"业务指引》等有关规定，经审核，现批复如下：

一、核准你公司发行不超过5,221,525,000股境外上市外资股，每股面值人民币1元，全部为普通股。完成本次发行后，你公司可到香港联合交易所主板上市。

二、核准你公司于本次发行上市后增发不超过9,200万股境外上市外资股，每股面值人民币1元，全部为普通股，用于实施境外员工股权激励。

三、核准你公司股东杭州阿里巴巴网络科技有限公司所持16亿股、杭州君瀚股权投资合伙企业（有限合伙）所持35,000万股、杭州君澳股权投资合伙企业（有限合伙）所持12,000万股境内未上市股份转为境外上市股份，相关股份完成转换后可按规定在香港联合交易所上市。

四、上述事项完成后15个工作日内，你公司应将发行上市及股份转登记等情况书面报告我会。

五、本批复自核准发行之日起12个月内有效。

六、你公司在境外发行股票、上市以及相关股份上市流通过程中，应严格遵守境内外有关法律、法规和规则。

中国证监会

2020年10月16日



【打印】　　　【关闭窗口】

链接：　 中国政府网

行业相关网站　 政府网站

主办单位：中国证券监督管理委员会　　　版权所有：中国证券监督管理委员会

网站识别码：bm56000001  京ICP备 05035542号　　京公网安备 11040102700080号

联系我们 | 法律声明 |



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**Approval of the SSE Ant Group IPO**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Shayna Himelfarb

Sworn to before me this
July 20, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE