# EXHIBIT KK

Traditional Chinese | English          [icon] Mobile | [icon] Weibo | [icon] WeChat

[emblem] [bilingual text]
**CHINA SECURITIES REGULATORY COMMISSION**

| Please enter a keyword |
| --- |

| Homepage | Institution overview | News and announcements | Information on government affairs | Services | Interaction | Statistical information | [text cut off] |
| --- | --- | --- | --- | --- | --- | --- | --- |

[icon] Current location: Homepage > News and announcements > CSRC news

## CSRC spokesperson answers reporters' questions about Ant Group's suspension of listing

Date: 11/04/2020          Source:                                                    [Font size: Large    Medium      Small]

Question: On November 3, the Shanghai Stock Exchange issued a decision to suspend Ant Group's listing on the Shanghai Stock Exchange's Science and Technology Innovation Board. On the same day, Ant Group announced that it would suspend its listing on the Hong Kong Stock Exchange. What is the attitude of the CSRC on this?

Answer: Ant Group's suspension of listing on the Science and Technology Innovation Board is a decision made by the Shanghai Stock Exchange in accordance with laws and regulations. The regulatory talk held by the financial regulators and the recent change in the financial technology regulatory environment may have a material impact on Ant Group's business structure and profit model, which are material events before listing. In line with the principles of protecting the legitimate rights and interests of investors, full transparency and accurate disclosure of information, and maintaining the fairness and justice of the market, the Shanghai Stock Exchange has made a decision to suspend the listing of Ant Group in accordance with the relevant regulations of the Registration and Management Measures for the Science and Technology Innovation Board. The CSRC supports the decision made by the Shanghai Stock Exchange in accordance with laws and regulations and at the same time, maintains communication and cooperation with the Hong Kong Securities Regulatory Commission and securities regulators in certain major foreign markets to jointly and prudently conduct follow-up work.

Preventing Ant Group from hastily listing after a material change in the regulatory policy environment is a responsible approach for investors and the market, and shows respect for the market and the rule of law. We believe that this decision will be beneficial to the long-term development of the capital market and to strengthening of the trust and confidence of domestic and foreign investors.

Link: [emblem] Chinese government website          | Industry-related website      ∨ |   [icon]   **Chinese government website**

Organizer: China Securities Regulatory Commission          Copyright: China Securities Regulatory Commission
Website ID code: bm56000001          Jing ICP Bei No. 05035542          [emblem] Jing Gong Wang An Bei          Contact us | Legal disclaimer | [icon]
                                                                                                          No. 11040102700080



请输入关键字

首页　　机构概况　　新闻发布　　政务信息　　办事服务　　互动交流　　统计信息

当前位置： 首页>新闻发布>证监会要闻

## 证监会新闻发言人就蚂蚁集团暂缓上市答记者问

日期：2020-11-04　来源：　　　　　　　　　　　　　　　　　　　　　【字号：　大　中　小】

问：11月3日，上海证券交易所发布决定，暂缓蚂蚁集团在上交所科创板上市。同日，蚂蚁集团宣布暂缓在港交所上市。请问中国证监会对此持何态度？

答：蚂蚁集团暂缓科创板上市是上交所依法依规做出的决定。金融监管部门的监管约谈和近期金融科技监管环境的变化，可能对蚂蚁集团业务结构和盈利模式产生重大影响，属于上市前发生的重大事项。本着保护投资者合法权益，充分透明准确披露信息，切实维护市场公平公正的原则，上交所依据科创板注册管理办法相关规定作出了暂缓蚂蚁集团上市的决定。中国证监会支持上海证券交易所依法依规做出的决定，同时，与香港证监会和一些境外主要市场的证券监管机构保持沟通协作，共同稳妥做好后续工作。

避免蚂蚁集团在监管政策环境发生重大变化的情况下仓促上市，是对投资者和市场负责任的做法，体现了敬畏市场、敬畏法治的精神。相信这一决定将有利于资本市场长远发展，有利于增强境内外投资者的信任和信心。

链接： 🏛中国政府网　　　　　　　　　　　　　　　　　　　　行业相关网站　　　📈政府网站

主办单位：中国证券监督管理委员会　　　版权所有：中国证券监督管理委员会

网站识别码：bm56000001 京ICP备 05035542号　　🛡京公网安备 11040102700080号　　　　　　　　　　联系我们 | 法律声明 |



| | |
|---|---|
| **DATE OF TRANSLATION:** | 20-Jul-2022 |
| **ELECTRONIC FILE NAME:** | 20201104 China Securities Regulatory Commission Notice_Ant |
| **SOURCE LANGUAGE:** | Chinese |
| **TARGET LANGUAGE:** | English (United States) |
| **TRANSPERFECT JOB ID:** | US1349046 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0