# EXHIBIT RR



# 無錫藥明康德新藥開發股份有限公司
# WuXi AppTec Co.,Ltd.*

(A joint stock company incorporated in the People's Republic of China with limited liability)

## Stock Code: 2359

# Global Offering

Joint Sponsors, Joint Global Coordinators and Joint Bookrunners



Joint Global Coordinators and Joint Bookrunners

 

Joint Bookrunners

 

  

*    *For identification purposes only*

# IMPORTANT

> *IMPORTANT: If you are in any doubt about any of the contents of this prospectus, you should obtain independent professional advice.*



## WUXI APPTEC CO., LTD.*
## 無錫藥明康德新藥開發股份有限公司

*(A joint stock company incorporated in the People's Republic of China with limited liability)*

## Global Offering

| | | |
|---|---|---|
| **Total number of Offer Shares under the Global Offering** | : | **116,474,200 H Shares (subject to the Over-allotment Option)** |
| **Number of Hong Kong Offer Shares** | : | **11,647,600 H Shares (subject to adjustment)** |
| **Number of International Offer Shares** | : | **104,826,600 H Shares (subject to adjustment and the Over-allotment Option)** |
| **Maximum Offer Price** | : | **HK$71.50 per H Share, plus brokerage of 1%, SFC transaction levy of 0.0027% and Hong Kong Stock Exchange trading fee of 0.005% (payable in full on application and subject to refund on final pricing)** |
| **Nominal value** | : | **RMB1.00 per H Share** |
| **Stock code** | : | **2359** |

*Joint Sponsors, Joint Global Coordinators and Joint Bookrunners*



 

*Joint Global Coordinators and Joint Bookrunners*

  

*Joint Bookrunners*

Hong Kong Exchanges and Clearing Limited, The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this prospectus, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this prospectus.

A copy of this prospectus, having attached thereto the documents specified in "Documents Delivered to the Registrar of Companies in Hong Kong and Available for Inspection — 1. Documents Delivered to the Registrar of Companies in Hong Kong" in Appendix VII to this prospectus, has been registered by the Registrar of Companies in Hong Kong as required by Section 342C of the Companies (Winding Up and Miscellaneous Provisions) Ordinance (Chapter 32 of the Laws of Hong Kong). The Securities and Futures Commission of Hong Kong and the Registrar of Companies in Hong Kong take no responsibility for the contents of this prospectus.

The Offer Price is expected to be fixed by agreement between the Joint Global Coordinators, on behalf of the Underwriters, and our Company on or before **Thursday, December 6, 2018** or such later time as may be agreed between the parties, but in any event, no later than **Friday, December 7, 2018**. If, for any reason, the Joint Global Coordinators, on behalf of the Underwriters, and our Company are unable to reach an agreement on the Offer Price by **Friday, December 7, 2018** the Global Offering will not become unconditional and will lapse immediately. The Offer Price will be not more than HK$71.50 per Share and is expected to be not less than HK$64.10 per Share although the Joint Global Coordinators, on behalf of the Underwriters, and our Company may agree to a lower price. The Joint Global Coordinators, on behalf of the Underwriters, may, with the consent of our Company, reduce the indicative Offer Price range below that stated in this prospectus (being HK$64.10 per Share to HK$71.50 per Share) at any time on or prior to the morning of the last date for lodging applications under the Hong Kong Public Offering. In such a case, notices of the reduction in the number of Hong Kong Offer Shares and/or the indicative Offer Price range will be published on the websites of the Stock Exchange at www.hkexnews.hk and our Company at www.wuxiapptec.com.cn as soon as practicable but in any event not later than the morning of the day which is the last day for lodging applications under the Hong Kong Public Offering. For further information, see the sections headed "Structure of the Global Offering" and "How to Apply for the Hong Kong Offer Shares" in this prospectus.

We are incorporated and a substantial majority of our business and assets are located in the PRC. Potential investors should be aware of the differences in the legal, economic and financial systems between the PRC and Hong Kong, and the fact that there are different risks relating to investment in PRC-incorporated companies. Potential investors should also be aware that the regulatory framework in the PRC is different from the regulatory framework in Hong Kong, and should take into consideration the different market nature of the H Shares. Such differences and risk factors are set out in the sections headed "Risk Factors", "Regulatory Overview", "Appendix III — Taxation and Foreign Exchange", "Appendix IV — Summary of Principal Legal and Regulatory Provisions" and "Appendix V — Summary of Articles of Association" to this prospectus.

Pursuant to the termination provisions contained in the Hong Kong Underwriting Agreement in respect of the Hong Kong Public Offer Shares, the Joint Sponsors and the Joint Global Coordinators, on behalf of the Hong Kong Underwriters, have the right in certain circumstances, in their absolute discretion, to terminate the obligation of the Hong Kong Underwriters pursuant to the Hong Kong Underwriting Agreement at any time prior to 8:00 a.m. on the Listing Date. Further details of the terms of the termination provisions are set out in the section headed "Underwriting — Underwriting Arrangements and Expenses — The Hong Kong Public Offering — Grounds for Termination". It is important that you refer to that section for further details.

**The Offer Shares have not been and will not be registered under the U.S. Securities Act or any state securities laws in the United States, and may not be offered, sold, pledged or transferred, except pursuant to an exemption from, or in a transaction not subject to, the registration requirements of the U.S. Securities Act and in accordance with any applicable U.S. state securities laws. The Offer Shares are being offered and sold only (i) in the United States to QIBs in reliance on Rule 144A or another exemption from registration under the U.S. Securities Act and (ii) outside of the United States in offshore transactions in reliance on Regulation S.**

Monday, December 3, 2018

*    *For identification purposes only*

## EXPECTED TIMETABLE[1]

| | |
|---|---|
| Latest time to complete electronic applications under the **HK eIPO White Form** service through the designated website at **www.hkeipo.hk** (*note 2*) ....................................................... | 11:30 a.m. on Thursday, December 6, 2018 |
| Application lists for the Hong Kong Public Offering open (*note 3*) ........ | 11:45 a.m. on Thursday, December 6, 2018 |
| Latest time for lodging **WHITE** and **YELLOW** Application Forms and giving **electronic application instructions** to HKSCC (*note 4*) ........ | 12:00 noon on Thursday, December 6, 2018 |
| Latest time to complete payment of **HK eIPO White Form** applications by effecting internet banking transfer(s) or PPS payment transfer(s) ....... | 12:00 noon on Thursday, December 6, 2018 |
| Application lists close (*note 3*) .................................... | 12:00 noon on Thursday, December 6, 2018 |
| Expected Price Determination Date (*note 5*) ........................ | Thursday, December 6, 2018 |
| Announcement of the Offer Price, the level of applications in the Hong Kong Public Offering, the level of indications of interest in the International Offering and the basis of allocation of the Hong Kong Offer Shares to be published on the websites of the Stock Exchange at **www.hkexnews.hk** and our Company at **www.wuxiapptec.com.cn** on or before (*note 6*) .................................................. | Wednesday, December 12, 2018 |
| Results of allocations in the Hong Kong Public Offering (with successful applicants' identification document numbers, where appropriate) to be available through a variety of channels. (See the section headed "How to Apply for Hong Kong Offer Shares — 11. Publication of Results") from ................................................................ | Wednesday, December 12, 2018 |
| Results of allocations for the Hong Kong Public Offering will be available at **www.tricor.com.hk/ipo/result** with a "search by ID" function from .. | Wednesday, December 12, 2018 |
| Share certificates (if applicable) in respect of wholly or partially successful applications to be dispatched on or before ........................ | Wednesday, December 12, 2018 |
| e-Auto Refund payment instructions/Refund checks in respect of wholly successful (if applicable) or wholly or partially unsuccessful applications to be dispatched on or before (*note 7*) ............................ | Wednesday, December 12, 2018 |
| Dealings in H Shares on the Stock Exchange to commence at 9:00 a.m. on ................................................................ | Thursday, December 13, 2018 |

*Notes:*

(1)    All times refer to Hong Kong local time. Details of the structure of the Global Offering, including its conditions, are set out in the section headed "Structure of the Global Offering".

(2)    You will not be permitted to submit your application through the designated website at **www.hkeipo.hk** after 11:30 a.m. on the last day for submitting applications. If you have already submitted your application and obtained an application reference number from the designated website prior to 11:30 a.m., you will be permitted to continue the application process (by completing payment of application monies) until 12:00 noon on the last day for submitting applications, when the application lists close.

# EXPECTED TIMETABLE[(1)]

(3)     If there is a tropical cyclone warning signal number 8 or above or a "black" rainstorm warning signal in force in Hong Kong at any time between 9:00 a.m. and 12:00 noon on **Thursday, December 6, 2018**, the application lists will not open on that day. Further information is set out in the section headed "How to Apply for Hong Kong Offer Shares — 10. Effect of bad weather on the opening of the application lists".

(4)     Applicants who apply for Hong Kong Offer Shares by giving **electronic application instructions** to HKSCC should refer to the section headed "How to Apply for Hong Kong Offer Shares — 6. Applying by Giving Electronic Application Instructions to HKSCC via CCASS" for details.

(5)     The Offer Price is expected to be determined by **Thursday, December 6, 2018**, but in any event, the expected time for determination of the Offer Price will not be later than **Friday, December 7, 2018**. If, for any reason, the Offer Price is not agreed between the Joint Global Coordinators, on behalf of the Underwriters, and our Company by **Friday, December 7, 2018**, the Global Offering will not proceed.

(6)     If the Offer Price is determined on **Thursday, December 6, 2018**, the announcement of the Offer Price, the level of applications in the Hong Kong Public Offering, the level of indications of interest in the International Offering and the basis of allocation of the Hong Kong Offer Shares and the successful applicants' identification document numbers will be published on or before **Wednesday, December 12, 2018**.

(7)     Applicants who apply for 1,000,000 Hong Kong Offer Shares or more under the Hong Kong Public Offering and have indicated on their Application Forms that they wish to collect any refund check(s) (if applicable) and/or Share certificate(s) (if applicable) in person from our H Share Registrar, Tricor Investor Services Limited at Level 22, Hopewell Center, 183 Queen's Road East, Hong Kong, may do so in person from 9:00 a.m. to 1:00 p.m. on **Wednesday, December 12, 2018**. Applicants being individuals who are applying for 1,000,000 Hong Kong Offer Shares or more and opt for personal collection must not authorize any other person to make collection on their behalf. Applicants being corporations who are applying for 1,000,000 Hong Kong Offer Shares or more and opt for personal collection must attend by their authorized representatives bearing letters of authorization from their corporations stamped with the corporations' chop. Identification and (where applicable) authorization documents acceptable to our H Share Registrar, Tricor Investor Services Limited at Level 22, Hopewell Center, 183 Queen's Road East, Hong Kong, must be produced at the time of collection. Uncollected Share certificates and refund checks will be dispatched by ordinary post at the applicants' own risk to the addresses specified on the relevant Application Forms. Further details are set out in the paragraphs headed "14. Dispatch/Collection of H Share Certificates and Refund Monies" in the section headed "How to Apply for Hong Kong Offer Shares".

Share certificates for the Hong Kong Offer Shares are expected to be issued on **Wednesday, December 12, 2018**, but will only become valid certificates of title at 8:00 a.m. on the Listing Date, provided that (i) the Global Offering has become unconditional in all respects and (ii) the right of termination as described in the section headed "Underwriting — Underwriting Arrangements and Expenses — Hong Kong Public Offering — Grounds for Termination" has not been exercised. Investors who trade H Shares on the basis of publicly available allocation details before the receipt of Share certificates and before they become valid do so entirely at their own risk.

For details of the structure of the Global Offering, including the conditions thereof, please refer to the section headed "Structure of the Global Offering".

## CONTENTS

*This prospectus is issued by our Company solely in connection with the Hong Kong Public Offering and the Hong Kong Offer Shares and does not constitute an offer to sell or a solicitation of an offer to buy any security other than the Hong Kong Offer Shares. This prospectus may not be used for the purpose of, and does not constitute, an offer or invitation in any other jurisdiction or in any other circumstances. No action has been taken to permit a public offering of the Offer Shares or the distribution of this prospectus in any jurisdiction other than Hong Kong.*

*You should rely only on the information contained in this prospectus and the Application Forms to make your investment decision. Our Company has not authorized anyone to provide you with information that is different from what is contained in this prospectus. Any information or representation not made in this prospectus or the Application Forms must not be relied on by you as having been authorized by our Company, the Joint Global Coordinators, the Joint Sponsors, any of the Underwriters, any of our or their respective directors, officers, representatives, or affiliates, or any other person or party involved in the Global Offering. Information contained in our website, located at www.wuxiapptec.com.cn, does not form part of this prospectus.*

|  | Page |
|---|---|
| **Expected Timetable** | i |
| **Contents** | iii |
| **Summary** | 1 |
| **Definitions** | 16 |
| **Glossary of Technical Terms** | 31 |
| **Forward-Looking Statements** | 39 |
| **Risk Factors** | 41 |
| **Waivers from Strict Compliance with the Hong Kong Listing Rules** | 71 |
| **Information about this Prospectus and the Global Offering** | 84 |
| **Directors, Supervisors and Parties Involved in the Global Offering** | 89 |
| **Corporate Information** | 94 |
| **Industry Overview** | 96 |
| **Regulatory Overview** | 110 |
| **History and Corporate Development** | 143 |
| **Business** | 162 |
| **Relationship with the Founding Individuals** | 212 |

# CONTENTS

|  | Page |
|---|---|
| **Connected Transactions** | 218 |
| **Our Directors, Supervisors and Senior Management** | 223 |
| **Share Capital** | 242 |
| **Substantial Shareholders** | 246 |
| **Financial Information** | 255 |
| **Future Plans and Use of Proceeds** | 329 |
| **Underwriting** | 331 |
| **Structure of the Global Offering** | 340 |
| **How to Apply for the Hong Kong Offer Shares** | 348 |
| **Appendix I** — **Accountants' Report** | I-1 |
| **Appendix IA** — **Interim Financial Report** | IA-1 |
| **Appendix II** — **Unaudited Pro Forma Financial Information** | II-1 |
| **Appendix III** — **Taxation and Foreign Exchange** | III-1 |
| **Appendix IV** — **Summary of Principal Legal and Regulatory Provisions** | IV-1 |
| **Appendix V** — **Summary of Articles of Association** | V-1 |
| **Appendix VI** — **Statutory and General Information** | VI-1 |
| **Appendix VII** — **Documents Delivered to the Registrar of Companies in Hong Kong and Available for Inspection** | VII-1 |

## HISTORY AND CORPORATE DEVELOPMENT

**Share Transfer to Acting-in-concert Investors and the Proxy Grantor**

From January 27, 2016 to February 1, 2016, Group & Cloud Limited, which is controlled by Dr. Li, transferred 6,490,655 ordinary shares, 6,490,654 ordinary shares, 2,596,262 ordinary shares and 2,596,262 ordinary shares to Fertile Harvest, Relian Investment Limited, L&C Investment and Eastern Star, representing 1.16%, 1.16%, 0.47% and 0.47%, respectively, of Life Science Holdings' outstanding shares, at an aggregate price of US$140 million. The purchase price of US$7.7 per share was determined after arm's length negotiation. After the transfer, the ownership structure of Life Science Holdings was as follows:

| Name of Shareholder | Number of Shares Held | Shareholding Percentage |
|---|---|---|
| G&C I Limited | 50,173,154 | 9.00% |
| G&C IV Limited | 41,739,130 | 7.49% |
| Xiaozhong Investment | 34,782,609 | 6.24% |
| Group & Cloud Limited | 34,000,080 | 6.10% |
| G&C II Limited | 33,448,770 | 6.00% |
| G&C Partnership L.P. | 6,826,308 | 1.22% |
| Boyu Capital | 113,266,802 | 20.32% |
| Summer Bloom Investments Pte. Ltd. | 57,391,304 | 10.29% |
| Ally Bridge | 52,173,913 | 9.36% |
| Hillhouse Capital | 44,199,241 | 7.93% |
| Ping An | 34,782,609 | 6.24% |
| SPDB International | 10,434,783 | 1.87% |
| Yunfeng Capital | 8,695,652 | 1.56% |
| Sequoia Capital China | 8,695,652 | 1.56% |
| Legend Capital | 8,695,652 | 1.56% |
| Fertile Harvest | 6,490,655 | 1.16% |
| Relian Investment Limited | 6,490,654 | 1.16% |
| L&C Investment | 2,596,262 | 0.47% |
| Eastern Star | 2,596,262 | 0.47% |
| **Total** | 557,839,492 | 100% |

**Push-Down**

The push down of the Founding Individuals' and other investors' interest from Life Science Holdings to our Company (the "**Push-Down**"), which was carried out alongside with the push-down of the Founding Individuals' interest in Other WuXi Businesses to the level of separate holding company of each Other WuXi Businesses, involved the following two steps.

*Step 1*

On March 23, 2016, WXAT BVI transferred to entities established by the then shareholders of Life Science Holdings or their designated affiliates an aggregate of 91% of the then total equity interest of our Company held by WXAT BVI, at a transfer price of (i) nominal price of RMB1 to the ESOP Platforms, and (ii) RMB3.89 per RMB1 of the registered capital to the then other shareholders of Life Science Holdings or their designated affiliates, among which, 18 domestic entities, including the ESOP Platforms, agreed to pay, pursuant to the relevant agreements, an aggregate amount of RMB795,109,008 in cash, while 14 offshore entities, including G&C V Limited and G&C VI Limited, issued promissory notes in an aggregate amount of RMB2,349,921,000 to WXAT BVI, each in consideration for such share transfers.

## HISTORY AND CORPORATE DEVELOPMENT

*Step 2*

As the second step of the Push-Down, from March 30, 2016 to May 23, 2016, equity interests of the shareholders of Life Science Holdings were repurchased by Life Science Holdings at a total consideration of US$651,894,043.

The shareholding structure before and immediately after the Push-Down for the shareholders of Life Science Holdings and the special purpose vehicles established by such shareholders or their designated affiliates are detailed as follows:

| Before Push-Down | | After Push-Down | | | | | |
|---|---|---|---|---|---|---|---|
| **Indirect Ownership in Life Science Holdings** | | **Direct Ownership in our Company** | | **Indirect Ownership in our Company** | | | **Whether the entities are** |
| **Shareholder** | **Ownership Percentage** ① | **Shareholder(s)** | **Ownership Percentage** ② | **Shareholder** | **Ownership Percentage** ③ | **Total** ④=②+③ | **controlled by the Founding Individuals** |
| Boyu Capital | 20.32% | Glorious Moonlight Limited | 9.87% | Boyu Capital | 2.46% | 20.32% | No |
| | | Jiashi Kangheng (Tianjian) Investments Partnership (Limited Partnership) (嘉世康恒（天津）投資合夥企業（有限合夥）) | 7.99% | | | | |
| Summer Bloom Investments Pte. Ltd. | 10.29% | Summer Bloom Investments (I) Pte. Ltd. | 9.05% | Summer Bloom Investments Pte. Ltd. | 1.25% | 10.29% | No |
| Ally Bridge | 9.36% | ABG-WX Holding (HK) Limited | 8.23% | Ally Bridge | 1.13% | 9.36% | No |
| G&C I Limited | 9.00% | G&C VI Limited | 9.00% | — | — | 9.00% | Yes |
| Hillhouse Capital | 7.93% | HCFII WX (HK) Holdings Limited | 6.97% | Hillhouse Capital | 0.96% | 7.93% | No |
| G&C IV Limited | 7.49% | G&C IV Hong Kong Limited | 6.58% | G&C IV Limited | 0.91% | 7.49% | Yes |
| Xiaozhong Investment | 6.24% | Jiaxing Yuxiang Investment Partnership (Limited Partnership) (嘉興宇祥投資合夥企業（有限合夥）) | 4.11% | Xiaozhong Investment | 0.75% | 6.24% | Yes |
| | | Jiaxing Yumin Investment Partnership (Limited Partnership) (嘉興宇民投資合夥企業（有限合夥）) | 1.37% | | | | |
| Ping An | 6.24% | Shanghai Jinyao Investment Management Co., Ltd. (上海金藥投資管理有限公司) | 5.48% | Ping An | 0.75% | 6.24% | No |
| Group & Cloud Limited | 6.10% | G&C V | 6.10% | — | — | 6.10% | Yes |

## HISTORY AND CORPORATE DEVELOPMENT

| Before Push-Down | | After Push-Down | | | | | |
|---|---|---|---|---|---|---|---|
| Indirect Ownership in Life Science Holdings | | Direct Ownership in our Company | | Indirect Ownership in our Company | | | Whether the entities are |
| Shareholder | Ownership Percentage ① | Shareholder(s) | Ownership Percentage ② | Shareholder | Ownership Percentage ③ | Total ④=②+③ | controlled by the Founding Individuals |
| G&C II Limited | 6.00% | G&C VII | 4.86% | — | — | 6.00% | Yes |
| | | Shanghai Houshen Investment Center (Limited Partnership) (上海厚燊投資中心（有限合夥）) | 0.59% | | | | |
| | | Shanghai Houyong Investment Center (Limited Partnership) (上海厚雍投資中心（有限合夥）) | 0.11% | | | | |
| | | Shanghai Houzhen Investment Center (Limited Partnership) (上海厚溱投資中心（有限合夥）) | 0.08% | | | | |
| | | Shanghai Houyuan Investment Center (Limited Partnership) (上海厚轅投資中心（有限合夥）) | 0.08% | | | | |
| | | Shanghai Houyue Investment Center (Limited Partnership) (上海厚玥投資中心（有限合夥）) | 0.08% | | | | |
| | | Shanghai Houyao Investment Center (Limited Partnership) (上海厚堯投資中心（有限合夥）) | 0.08% | | | | |
| | | Shanghai Housong Investment Center (Limited Partnership) (上海厚嵩投資中心 (有限合夥)) | 0.07% | | | | |

— 156 —

## HISTORY AND CORPORATE DEVELOPMENT

| Before Push-Down | | After Push-Down | | | | | |
|---|---|---|---|---|---|---|---|
| Indirect Ownership in Life Science Holdings | | Direct Ownership in our Company | | Indirect Ownership in our Company | | | Whether the entities are |
| Shareholder | Ownership Percentage ① | Shareholder(s) | Ownership Percentage ② | Shareholder | Ownership Percentage ③ | Total ④=②+③ | controlled by the Founding Individuals |
| | | Shanghai Houling Investment Center (Limited Partnership) (上海厚菱投資中心 (有限合夥)) | 0.05% | | | | |
| SPDB International | 1.87% | Pearl WX HK Limited (明珠投資香港有限公司) | 1.65% | SPDB International | 0.23% | 1.87% | No |
| Yunfeng Capital | 1.56% | Yunfeng II WX Limited | 1.37% | Yunfeng Capital | 0.19% | 1.56% | No |
| Sequoia Capital China | 1.56% | SCC Growth III Holdco B Ltd. | 1.37% | Sequoia Capital China | 0.19% | 1.56% | No |
| Legend Capital | 1.56% | Shanghai Jiehuan Investment Center (Limited Partnership) (上海杰寰投資中心（有限合夥）) | 1.37% | Legend Capital | 0.19% | 1.56% | No |
| G&C Partnership L.P. | 1.22% | Jiaxing Houyi | 0.52% | — | — | 1.22% | Yes |
| | | Jiaxing Houyu | 0.52% | | | | |
| | | Jiaxing Houzi | 0.09% | | | | |
| | | Jiaxing Houjin | 0.09% | | | | |
| Fertile Harvest | 1.16% | Fertile Harvest | 1.16% | — | — | 1.16% | Yes |
| Relian Investment Limited | 1.16% | Shanghai Yingyi | 1.16% | — | — | 1.16% | Yes |
| L&C Investment | 0.47% | L&C Investment | 0.47% | — | — | 0.47% | Yes |
| Eastern Star | 0.47% | Eastern Star | 0.47% | — | — | 0.47% | Yes |

After the Push-Down, our Company underwent certain shareholding changes and was converted into a joint stock limited liability company, as further discussed in "— Our Corporate Development — Our Company" above, before we carried out our A Share Offering.

The Company confirms that all relevant regulatory approvals for the Reorganization have been obtained and the Reorganization complies with the relevant laws and regulations.

### ACTING IN CONCERT

To ensure the Founding Individuals' control over the voting power attaching to the Shares held by the Acting-in-concert Investors and the Proxy Grantor, on March 23, 2016 and March 17, 2017 (i) each of Eastern Star, L&C Investment and Fertile Harvest signed an acting-in-concert agreement with Dr. Li, pursuant to each of them shall act in accordance with the instruction of Dr. Li in respect of their voting power in our Company; and (ii) Shanghai Yingyi issued a voting proxy to appoint Dr. Li as its attorney and proxy to exercise all of its voting power in our Company and to exercise all consensual rights in respect of the shares held by it.

## HISTORY AND CORPORATE DEVELOPMENT

Furthermore, the Founding Individuals, namely Dr. Li, Dr. Zhao, Mr. Xiaozhong Liu and Mr. Zhaohui Zhang, entered into an acting-in-concert agreement and a supplemental agreement on March 23, 2016 and March 17, 2017, respectively, to acknowledge and confirm their acting-in-concert relationship in our Company, pursuant to which, Dr. Zhao, Mr. Xiaozhong Liu and Mr. Zhaohui Zhang should defer to Dr. Li's view and decision should there be different views among them on any matter considered at board meetings and general meetings of our Company.

As a result, the Founding Individuals were entitled to control 30.8471% voting rights of our Company as of the Latest Practicable Date. See "Relationship with the Founding Individuals — Overview" for details.

### REASONS FOR LISTING ON THE STOCK EXCHANGE

Our Directors believe that the Listing will be in the interests of our Group's business development strategies, and would be beneficial to us and our Shareholders as a whole for the following reasons:

(i) the Listing will provide an additional fund raising platform for our Company and allow us to raise the capital required to finance future expansion should the need arise. The Stock Exchange, as a leading player of the international financial market, serves as the ideal listing venue for us by virtue of its strong business ties with international investors and business partners; and

(ii) a listing status on the Stock Exchange will further raise our profile as a business with a global presence and thus, enhance our ability to attract new customers, business partners and strategic investors, further advance our international strategies, and recruit, motivate and retain key management personnel for our Group's business. See "Business — Our Strategies" for details.

## OUR DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

- From August 2007 to December 2015, he served as a director and senior vice president of operation of WuXi PharmaTech, a company previously listed on NYSE.

- From December 2000 to July 2007, he served as a director and vice president of domestic marketing of our Company.

- In around 2000, he served as the chief executive officer of Wuxi Qingye Investment Consultancy Limited (無錫青葉企業投資諮詢有限責任公司).

Mr. Zhang obtained a bachelor's degree in mechanical and electrical engineering from Jiangnan University (江南大學) in the PRC in 1990 and a master's degree in business administration from China Europe International Business School in the PRC in 2008.

Save as disclosed above, Mr. Zhang has not held a directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Dr. Ning Zhao** (趙寧), aged 52, is an executive Director and a vice president of our Company. Dr. Zhao is primarily responsible for the global human resources management and corporate strategy of our Group. Dr. Zhao joined our Group in March 2004.

Dr. Zhao has the following work experience:

- Since February 2011, she has been serving as a senior vice president of operations, global head of human resources of our Company.

- From February 2009 to December 2015, she served as a director of WuXi PharmaTech, a company previously listed on NYSE.

- From February 2008 to February 2011, she served as the lead advisor of analytical services operations of our Company.

- From March 2004 to February 2008, she served as a vice president of analytical services of our Company.

- Between the 1990s and the 2000s, Dr. Zhao worked as a research and development supervisor at Wyeth Pharmaceuticals, Inc., Pharmacopeia Inc. and Bristol-Myers Squibb Co. with various research papers published.

Dr. Zhao obtained a bachelor's degree in chemistry from Peking University in the PRC in July 1989. She also obtained a Ph.D. degree from Columbia University in the United States in the 1990s.

Save as disclosed above, Dr. Zhao has not held a directorship in any other listed company in the three years immediately preceding the date of this prospectus.

### Non-Executive Directors

**Mr. Xiaomeng Tong** (童小檬), aged 45, is a non-executive Director of our Company. Mr. Tong is primarily responsible for providing guidance on corporate strategy and governance to our Group. Mr. Tong joined our Group in March 2016.

## OUR DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

Mr. Tong has the following work experience:

- Since May 2011, he has been serving as a managing partner of Boyu Capital Advisory Co. Limited (博裕投資顧問).

- From October 2008 to April 2011, he served as a managing director and head of Greater China District of Providence Equity Partners, where he headed its Greater China District practice.

- From July 2000 to September 2008, he served as a managing director and joint head of Greater China District of General Atlantic, where he co-headed its Greater China practice.

Mr. Tong obtained a bachelor's degree in economics from Harvard University in the United States in June 1998.

Mr. Tong has not held a directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Dr. Yibing Wu** (吳亦兵), aged 51, is a non-executive Director of our Company. Dr. Wu is primarily responsible for providing guidance on corporate strategy and governance to our Group. Dr. Wu joined our Group in March 2016.

Dr. Wu has the following work experience:

- Since May 2016, he has been serving as a non-executive Director of WuXi Biologics, a company listed on the Main Board of the Stock Exchange (stock code: 2269) and has been responsible for providing guidance on corporate strategy and governance.

- Since November 2015, he has been serving as a director of Summer Bloom Investments Pte. Ltd.

- Since January 2014, he has been serving as a director and general manager of Temasek Holdings Advisors (Beijing) Co., Ltd.

- Since October 2013, he has been working with Temasek Holdings (Private) Limited and is currently senior executive general manager, the joint head of Global Portfolio Strategy and Risk Group and the joint head of China.

- From January 2012 to September 2013, he served as the president of CITIC Goldstone Investment Co. Ltd.

- From April 2011 to April 2014, he served as a director of Neptune Orient Lines Limited, a company listed on the Singapore Exchange Limited (stock code: RE2).

- From December 2009 to September 2013, he served as the president of CITIC Private Equity Funds Management Co., Ltd.

- From May 2009 to July 2013, he served as a non-executive director of Lenovo Group Limited, a company listed on the Main Board of the Stock Exchange (stock code: 0992)

- From September 2008 to November 2009, he served as the standing vice president of Legend Holdings Co., Ltd.

## OUR DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

- From August 2004 to August 2008, he was seconded from McKinsey & Company as the chief strategy officer, chief integration officer, chief transformation officer and chief information officer of Lenovo Group Ltd.

- From September 1996 to August 2008, he worked with McKinsey & Company, where he was a senior partner, senior director, and the head of Asia Pacific M&A practice and general manager of Beijing office.

Dr. Wu obtained a bachelor's degree in molecular biology from University of Science and Technology of China (中國科學技術大學) in the PRC in July 1989 and a Ph.D. degree in biochemistry and molecular biology from Harvard University in the United States in June 1996.

Save as disclosed above, Dr. Wu has not held directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Independent Non-Executive Directors**

**Dr. Jiangnan Cai** (蔡江南), aged 61, is an independent non-executive Director of our Company. He is primarily responsible for supervising and providing independent judgment to our Board. Dr. Cai was appointed as our independent non-executive Director in March 2017.

Dr. Cai has the following work experience:

- Since March 2015, he has been serving as a non-executive director of Harmonicare Medical Holdings Limited (和美醫療控股有限公司), a company listed on the Main Board of the Stock Exchange (stock code: 1509), and has been responsible for supervising and providing independent judgement to the board of the company.

- Since June 2016, he has been serving as an independent non-executive director of Shanghai Pharmaceuticals Holding Co., Ltd. (上海醫藥集團股份有限公司), a company listed on the Shanghai Stock Exchange (stock code: 601607) and the Main Board of the Stock Exchange (stock code: 2607), and has been responsible for supervising and providing independent judgement to the board of the company.

- Since May 2014, he has been serving as an independent director of Zhejiang DIAN Diagnostics Co., Ltd. (浙江迪安診斷技術股份有限公司), a company listed on the Shenzhen Stock Exchange (stock code: 300244), and has been responsible for supervising and providing independent judgement to the board of the company.

- Since April 2012, he has been serving as a part-time professor in economics and the director of Center for Healthcare Management and Policy of the China Europe International Business School (中歐國際工商學院衛生管理與政策研究中心).

- From April 1999 to June 2012, he served as a human services program planner, reimbursement analyst and contracted program coordinator at the Center for Health Information and Analysis at Massachusetts.

- From July 1987 to December 1990, he served as a lecturer and the director of the Institute of Economic Development in East China University of Science and Technology (華東理工大學經濟研究所).

## OUR DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

Dr. Cai obtained a master's degree in economics from Fudan University in February 1985 and a doctorate degree in health policy from Brandeis University in the United States in February 1997.

Save as disclosed above, Dr. Cai has not held directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Ms. Yan Liu (劉艷)**, aged 45, is an independent non-executive Director of the Company. Ms. Liu is primarily responsible for supervising and providing independent judgment to our Board. Ms. Liu was appointed as our independent non-executive Director in March 2017.

Ms. Liu has the following work experience:

- Since December 2016, she has been serving as an independent director of Huatai Securities Co., Ltd (華泰證券股份有限公司), a company listed on the Shanghai Stock Exchange (stock code: 601688) and the Main Board of the Stock Exchange (stock code: 6886) and primarily engaged in providing financial services in mainland China and internationally, and has been responsible for providing independent judgment to board of the company.

- Since September 2016, she has been serving as an independent director of Yantai Changyu Pioneer Wine Co., Ltd (煙臺張裕葡萄釀酒股份有限公司), a company listed on the Shenzhen Stock Exchange (stock code: 000869, 200869) and primarily engaged in the production and sale of wine and alcoholic beverages, and has been responsible for providing independent judgment to the board of the company.

- Since August 2014, she has been serving as an independent director of Huaxin Cement Co., Ltd (華新水泥股份有限公司), a company listed on Shanghai Stock Exchange (stock code: 600801) and primarily engaged in production and sale of cements and concretes, and has been responsible for providing independent judgment to the board of the company.

- She joined Beijing Tian Yuan Law Firm (北京市天元律師務所) in October 1995 and is currently a partner of the firm.

Ms. Liu obtained a bachelor's and master's degree in law from Peking University Law School (北京大學法學院) in the PRC in July 1995 and July 1998, respectively. She also obtained a master's degree in law from New York University Law School in the United States in May 2000.

Save as disclosed above, Ms. Liu has not held directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Mr. Dai Feng (馮岱)**, aged 43, is an independent non-executive Director of our Company and is ordinarily resident in Hong Kong. Mr. Feng is primarily responsible for supervising and providing independent judgment to our Board. Mr. Feng was elected as our independent non-executive Director in August 2018 and such appointment will be effective from the Listing Date.

Mr. Feng has the following work experience:

- Since March 2015, he has been serving as the managing director of CareCapital Advisors Limited (松柏投資管理(香港)有限公司), a company principally engaged in management advisory, and has been responsible for advising on business development and organizational management, with a focus on the dental industry.

## OUR DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

- Mr. Feng is currently the chairman of Wuxi EA Medical Instruments Technologies Limited (無錫時代天使醫療器械科技有限公司), a provider of invisible dental orthodontic devices and the vice chairman of Carestream Dental LLC, a provider of dental digital product lines and services and a director of Szechuan New Huaguang Medical Technology Limited (四川新華光醫療科技有限公司), a leading distributor of dental products.

- Since February 2018, he has been serving as the director of The Forsyth Institute (Harvard Dental School Affiliate) (哈佛大學牙科學院附屬研究院).

- Since January 2018, he has been serving as an independent non-executive director of Sling Group Holdings Limited (stock code: 8285), a company listed on the GEM of the Stock Exchange and a women's handbag company.

- From December 2007 to December 2010 and from March 2012 to December 2013, he served as a director of Lepu Medical Technology (Beijing) Co., Ltd. (樂普（北京）醫療器械股份有限公司) a company listed on the Shenzhen Stock Exchange (stock code: 300003).

- From April 2004 to December 2014, he has served at various positions, including manager, principal and managing director at Warburg Pincus Asia LLC, a company principally engaged in investment advisory.

Mr. Feng obtained a bachelor's degree in engineering sciences from Harvard University in the United States in June 1997.

Save as disclosed above, Mr. Feng has not held a directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Dr. Hetong Lou (婁賀統)**, aged 56, is an independent non-executive Director of our Company. Dr. Lou is primarily responsible for supervising and providing independent judgment to our Board. Dr. Lou was appointed as our independent non-executive Director in March 2017.

Dr. Lou has the following work experience:

- Since April 2018, he has been serving as a director of China Hengshi Foundation Company Limited (中國恒石基業有限公司), a company listed on the Main Board of the Stock Exchange (stock code: 1197), and was responsible for its general management.

- Since May 2018, he has been serving as a director of Shandong Hualu Hengsheng Chemical Co Ltd (山東華魯恒升化工股份有限公司), a company listed on the Shanghai Stock Exchange (stock code: 600426), and was responsible for its general management.

- From April 2015 to August 2018, he has been serving as a director of Shanghai Lilong New Media Co., Ltd (上海利隆新媒體股份有新公司), a company which shares are quoted on the NEEQ (stock code: 833366), primarily engaged in providing international integrated road show service, and was responsible for its general management.

- Since December 2015, he has been serving as an independent director of Neway Valve (Suzhou) Co., Ltd (蘇州紐威閥門股份有限公司), a company listed on the Shanghai Stock Exchange (stock code: 603699), and was responsible for its general management.

## OUR DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

- Since December 2014, he has been serving as an independent director of Shanghai LongYun Advertising and Media Co., Ltd (上海龍韻廣告傳媒股份有限公司), a company listed on the Shanghai Stock Exchange (stock code: 603729), and was responsible for its general management.

- He is currently serving as an associate professor of the Department of Accounting of Fudan University (復旦大學).

Dr. Lou obtained a bachelor's degree in accounting from Shanghai University of Finance and Economics (上海財經大學) in the PRC in July 1984. He has also obtained a Ph.D. degree in Accounting from Fudan University in the PRC in July 2007.

Save as disclosed above, Dr. Lou has not held directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Mr. Xiaotong Zhang (張曉彤)**, aged 50, is an independent non-executive Director of our Company. Mr. Zhang is primarily responsible for supervising and providing independent judgment to our Board. Mr. Zhang was appointed as our independent non-executive Director in March 2017.

Mr. Zhang has the following work experience:

- Since May 2018, he has been serving as an independent director of Hubei Kailong Chemical Group Co., Ltd (湖北凱龍化工集團有限公司), a company listed on the Shenzhen Stock Exchange (stock code: 002783) and primarily engaged in manufacturing and sale of explosives in the PRC, and has been responsible for supervising and providing independent judgment to the board of the company.

- Since October 2015, he has been serving as an independent director of Limin Chemical Co., Ltd (利民化工股份有限公司), a company listed on the Shenzhen Stock Exchange (stock code: 002734) and primarily engaged in the research and development, production and sale of pesticide and preparations, and has been responsible for supervising and providing independent judgment to the board of the company.

- Since October 2014, he has been serving as an independent director of Shangdong Huapeng Glass Co., Ltd (山東華鵬玻璃股份有限公司), a company listed on the Shanghai Stock Exchange (stock code: 603021) and primarily engaged in the research and development, manufacture and sale of glass products, and has been responsible for supervising and providing independent judgment to the board of the company.

- He is currently serving as an independent director of CTS (Dengfeng) Songshan Shaolin Culture Tourism Co., Ltd (港中旅（登封）嵩山少林文化旅遊有限公司), a company primarily engaged in promoting the tourism of the Songshan Mountain scenic spot, improving the infrastructure and upgrading the services, and has been responsible for supervising and providing independent judgment to the board of the company.

- Since April 1994, he has been serving as a lawyer and a partner of Beijing Finance and Commercial Law Offices (北京市通商律師事務所).

Mr. Zhang obtained a bachelor's degree in law from Southwest University of Political Science and Law (西南政法大學)(formerly known as Southwest College of Political Science and Law (西南政法學院)) in the PRC in July 1990 and a master's degree in law from Peking University Law School (北京大學法學院) in the PRC in July 1999. Mr. Zhang also obtained a master's degree in business administration from Cheung Kong Graduate School of Business (長江商學院) in the PRC in September 2015.

## OUR DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

Save as disclosed above, Mr. Zhang has not held directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**SUPERVISORS**

**Mr. Harry Liang He** (賀亮), aged 52, is a Supervisor of our Company. He joined the Group in July 2005 and has been the chairman of the Supervisory Committee since March 2017.

Mr. He has the following work experience:

- Since April 2018, he has been serving as the deputy head of the Waigaoqiao site of the Company.

- From December 2015 to March 2018, he served as an assistant to the chief executive officer and an executive director of the chief executive officer's office of our Company.

- From July 2007 to December 2015, he served as an assistant to the chief executive officer, senior director and subsequently an executive director of the chief executive officer's office of WuXi PharmaTech, a company previously listed on NYSE.

- From July 2005 to June 2007, he served as an assistant to the chief executive officer of our Company.

- He previously served as a senior chemical testing engineer, data management manager and as an acting manager of the United States Navy public works environmental laboratory at Shaw Environmental & Infrastructure Inc. (肖恩環境和基礎建設公司).

Mr. He obtained a bachelor's degree in chemistry from Beijing University of Chemical Technology in the PRC in July 1989.

Mr. He has not held directorship in any other listed company in the three years immediately preceding the date of this prospectus.

**Mr. Jichao Wang** (王繼超), aged 45, is a Supervisor of our Company. He joined the Group in February 2001 and was appointed as a Supervisor in March 2017.

Mr. Wang has the following work experience:

- Since December 2015, he has been serving as a finance senior director, and subsequently a finance executive director of our Company.

- From August 2007 to December 2015, he served as a finance director, and subsequently a finance senior director of WuXi PharmaTech, a company previously listed on NYSE.

- From February 2001 to August 2007, he served as a finance director of our Company.

Mr. Wang pursued further education in economics at Peking University from February 2000 to July 2000. Mr. Wang obtained a master's degree in business administration from University of Shanghai for Science and Technology (上海理工大學) in the PRC in March 2007. Mr. Wang obtained a master's degree in business administration from Shanghai Jiao Tong University (上海交通大學) in the PRC in June 2012.