# EXHIBIT SS

**WuXi AppTec**

**News**

# WuXi News

# WuXi AppTec Lists H Shares on the Hong Kong Stock Exchange

**2018/12/12**





HONG KONG and SHANGHAI, December 12, 2018-- WuXi AppTec Co., Ltd. ("WuXi AppTec" or "the Company"; Stock code: 603259.SH/2359.HK) today announced the listing of approximately 116 million H-shares on the Main Board of the Hong Kong Stock Exchange. Based on the offer price of HK$68 per share, the net proceeds to be received by the Company are about HK$7,553 million (assuming the Over-allotment Option is not exercised).

The Hong Kong IPO will be used to enhance the Company's capability and capacity worldwide. This could include acquiring CROs and CDMO/CMOs, developing cutting-edge technologies, fostering a healthcare ecosystem, boosting working capital, and repaying bank loans.

The listing adds the finishing touch to the WuXi's IPO plans on both A-shares and H-shares. The two IPOs will provide strong capital support for the Company's growth, enhance the Company's international standing in drug research and development, and propel its global expansion.

The listing also marks a significant milestone in WuXi AppTec's efforts to strengthen its open-access enabling capability and technology platform – including harnessing data and technologies – to enable scientists, entrepreneurs, doctors, and patients to participate in innovation. This networked healthcare ecosystem is vital for expediting the development of pharmaceutical and healthcare products to treat patients globally.

 "We are entering a new stage of development for WuXi AppTec with today's listing on the Hong Kong Exchange, and we are very grateful for the confidence and support we have received from the global investment community," said Dr. Ge Li, Chairman and CEO of WuXi AppTec. "We will continue to enhance the capability and capacity of our platform to enable our collaborative partners worldwide. We aspire to foster a networked healthcare ecosystem, where scientists and entrepreneurs are empowered to participate, and together, to realize our vision - every drug can be made and every disease can be treated."

**About WuXi AppTec**
WuXi AppTec (603259.SH/2359.HK) is a leading global pharmaceutical and medical device open-access capability and technology platform company with global operations. As an innovation-driven and customer-focused company, WuXi AppTec provides a broad and integrated portfolio of services to help our

worldwide customers and partners shorten the discovery and development time and lower the cost of drug and medical device R&D through cost-effective and efficient solutions. With its industry-leading capabilities such as small molecule drug R&D and manufacturing, cell therapy and gene therapy R&D and manufacturing, drug R&D and medical device testing, WuXi platform is enabling more than 3,000 innovative collaborators to bring innovative healthcare products to patients, and to fulfill WuXi's dream that "every drug can be made and every disease can be treated."

**Media Contact:**
WuXi AppTec
Gracie Rong
+86-21-3870-9479
rong_yingbei@wuxiapptec.com

‹ **Back**

# Contact Us

### WuXi AppTec Headquarters

288 Fute Zhong Road
Waigaoqiao Free Trade Zone
Shanghai 200131, China
Tel: +86 (21) 5046-1111
Fax: +86 (21) 5046-1000

### Business Enquiry and Customer Service

Tel: 400-820-0985 (Mainland China)
857-413-2800 (U.S.)

3



4



SEE OUR GLOBAL SITES >

© 2020 WuXi AppTec

Terms of Use  |  Privacy Policy  |  Transparency in Coverage  |  沪ICP备10016157号

 沪公网安备31011502012242号

4