# EXHIBIT TT



# ANTENGENE

**Antengene Corporation Limited**



(Incorporated in the Cayman Islands with limited liability)

**Stock Code: 6996**



# Global Offering

Joint Sponsors, Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers

**Goldman Sachs**    J.P.Morgan

Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers

 citi     CICC 中金公司

Joint Bookrunner and Joint Lead Manager

 招银国际 CMB INTERNATIONAL

## IMPORTANT

*IMPORTANT: If you are in any doubt about any of the contents of this prospectus, you should obtain independent professional advice.*



# Antengene Corporation Limited
# 德 琪 醫 藥 有 限 公 司

*(Incorporated in the Cayman Islands with limited liability)*

### Global Offering

| | | |
|---|---|---|
| **Number of Offer Shares under the Global Offering** | **:** | **154,153,500 Shares (subject to the Over-allotment Option)** |
| **Number of Hong Kong Offer Shares** | **:** | **15,416,000 Shares (subject to reallocation)** |
| **Number of International Offer Shares** | **:** | **138,737,500 Shares (subject to reallocation and the Over-allotment Option)** |
| **Maximum Offer Price** | **:** | **HK$18.08 per Offer Share, plus brokerage of 1.0%, SFC transaction levy of 0.0027% and Hong Kong Stock Exchange trading fee of 0.005% (payable in full on application in Hong Kong dollars, subject to refund)** |
| **Nominal value** | **:** | **US$0.0001 per Share** |
| **Stock code** | **:** | **6996** |

*Joint Sponsors, Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers*



*Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers*



*Joint Bookrunner and Joint Lead Manager*



Hong Kong Exchanges and Clearing Limited, The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this prospectus, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this prospectus.

A copy of this prospectus, having attached thereto the documents specified in the section headed "Documents Delivered to the Registrar of Companies and Available for Inspection" in this prospectus, has been registered with the Registrar of Companies in Hong Kong as required by section 342C of the Companies (Winding Up and Miscellaneous Provisions) Ordinance (Chapter 32 of the Laws of Hong Kong). The Securities and Futures Commission of Hong Kong and the Registrar of Companies in Hong Kong take no responsibility as to the contents of this prospectus or any other document referred to above.

The Offer Price is expected to be fixed by agreement between the Joint Global Coordinators (on behalf of the Underwriters) and our Company on the Price Determination Date. The Price Determination Date is expected to be on or around Thursday, November 12, 2020 (Hong Kong time) and, in any event, not later than Thursday, November 19, 2020 (Hong Kong time). The Offer Price will not be more than HK$18.08 per Offer Share and is currently expected to be not less than HK$15.80 per Offer Share. Applicants for Hong Kong Offer Shares are required to pay, on application, the maximum Offer Price of HK$18.08 for each Hong Kong Offer Share together with a brokerage of 1.0%, an SFC transaction levy of 0.0027% and a Hong Kong Stock Exchange trading fee of 0.005%, subject to refund if the Offer Price as finally determined is less than HK$18.08 per Offer Share.

**The Joint Global Coordinators (on behalf of the Underwriters) may, with our consent, reduce the number of Offer Shares and/or the indicative Offer Price range below that stated in this prospectus at any time prior to the morning of the last day for lodging applications under the Hong Kong Public Offering. In such case, notices of the reduction in the number of Offer Shares and/or the indicative Offer Price range will be published on the websites of the Stock Exchange at www.hkexnews.hk and our Company at www.antengene.com not later than the morning of the last day for lodging applications under the Hong Kong Public Offering.**

Prior to making an investment decision, prospective investors should consider carefully all of the information set out in this prospectus, including the risk factors set out in the section headed "Risk Factors" in this prospectus. The obligations of the Hong Kong Underwriters under the Hong Kong Underwriting Agreement to subscribe for, and to procure subscribers for, the Hong Kong Offer Shares, are subject to termination by the Joint Global Coordinators (on behalf of the Underwriters) if certain events shall occur prior to 8:00 a.m. on the Listing Date. Such grounds are set out in the section headed "Underwriting" in this prospectus. It is important that you refer to that section for further details.

The Offer Shares have not been and will not be registered under the U.S. Securities Act or any state securities law in the United States and may not be offered, sold, pledged or transferred within the United States except in transactions exempt from, or not subject to, the registration requirements of the U.S. Securities Act. The Offer Shares are being offered and sold (i) solely to QIBs pursuant to Rule 144A or another available exemption from registration under the U.S. Securities Act and (ii) outside the United States in offshore transactions in accordance with Regulation S.

**ATTENTION**

**We have adopted a fully electronic application process for the Hong Kong Public Offering. We will not provide printed copies of this prospectus or printed copies of any application forms to the public in relation to the Hong Kong Public Offering.**

**This prospectus is available at the website of the Hong Kong Stock Exchange at www.hkexnews.hk and our website at www.antengene.com. If you require a printed copy of this prospectus, you may download and print from the website addresses above.**

November 9, 2020

## IMPORTANT

**IMPORTANT NOTICE TO INVESTORS:**
**FULLY ELECTRONIC APPLICATION PROCESS**

**We have adopted a fully electronic application process for the Hong Kong Public Offering. We will not provide printed copies of this prospectus or printed copies of any application forms to the public in relation to the Hong Kong Public Offering.**

**This prospectus is available at the website of the Hong Kong Stock Exchange at www.hkexnews.hk under the "*HKEXnews > New Listings > New Listing Information*" section, and our website at www.antengene.com. If you require a printed copy of this prospectus, you may download and print from the website addresses above.**

To apply for the Hong Kong Offer Shares, you may:

(1)    apply online through the **White Form eIPO** service at **www.eipo.com.hk**;

(2)    apply through the **CCASS EIPO** service to electronically cause HKSCC Nominees to apply on your behalf, including by:

    i.    instructing your **broker** or **custodian** who is a CCASS Clearing Participant or a CCASS Custodian Participant to give **electronic application instructions** via CCASS terminals to apply for the Hong Kong Offer Shares on your behalf; or

    ii.    (if you are an existing **CCASS Investor Participant**) giving **electronic application instructions** through the CCASS Internet System (**https://ip.ccass.com**) or through the CCASS Phone System by calling +852 2979 7888 (using the procedures in HKSCC's "An Operating Guide for Investor Participants" in effect from time to time). HKSCC can also input **electronic application instructions** for CCASS Investor Participants through HKSCC's Customer Service Centre at 1/F, One & Two Exchange Square, 8 Connaught Place, Central, Hong Kong by completing an input request.

If you have any question about the application for the Hong Kong Offer Shares, you may call the enquiry hotline of our Hong Kong Share Registrar and White Form eIPO Service Provider, Computershare Hong Kong Investor Services Limited, both at +852 2862 8690 on the following dates:

**Monday, 9 November 2020    —    9:00 a.m. to 9:00 p.m.**
**Tuesday, 10 November 2020    —    9:00 a.m. to 9:00 p.m.**
**Wednesday, 11 November 2020    —    9:00 a.m. to 9:00 p.m.**
**Thursday, 12 November 2020    —    9:00 a.m. to 12:00 noon**

We will not provide any physical channels to accept any application for the Hong Kong Offer Shares by the public. The contents of the electronic version of this prospectus are identical to the printed prospectus as registered with the Registrar of Companies in Hong Kong pursuant to Section 342C of the Companies (Winding Up and Miscellaneous Provisions) Ordinance.

If you are an **intermediary**, **broker** or **agent**, please remind your customers, clients or principals, as applicable, that this prospectus is available online at the website addresses above.

Please refer to the section headed "How to Apply for Hong Kong Offer Shares" for further details of the procedures through which you can apply for the Hong Kong Offer Shares electronically.

## IMPORTANT

Your application must be for a minimum of 500 Hong Kong Offer Shares and in one of the numbers set out in the table. You are required to pay the amount next to the number you select.

| No. of Hong Kong Offer Shares applied for | Amount payable on application HK$ | No. of Hong Kong Offer Shares applied for | Amount payable on application HK$ | No. of Hong Kong Offer Shares applied for | Amount payable on application HK$ | No. of Hong Kong Offer Shares applied for | Amount payable on application HK$ |
|---|---|---|---|---|---|---|---|
| 500 | 9,131.09 | 10,000 | 182,621.92 | 200,000 | 3,652,438.43 | 4,000,000 | 73,048,768.64 |
| 1,000 | 18,262.19 | 15,000 | 273,932.88 | 300,000 | 5,478,657.65 | 4,500,000 | 82,179,864.72 |
| 1,500 | 27,393.29 | 20,000 | 365,243.84 | 400,000 | 7,304,876.86 | 5,000,000 | 91,310,960.80 |
| 2,000 | 36,524.39 | 25,000 | 456,554.80 | 500,000 | 9,131,096.08 | 6,000,000 | 109,573,152.96 |
| 2,500 | 45,655.48 | 30,000 | 547,865.76 | 600,000 | 10,957,315.30 | 7,000,000 | 127,835,345.12 |
| 3,000 | 54,786.57 | 35,000 | 639,176.73 | 700,000 | 12,783,534.51 | 7,708,000[1] | 140,764,977.17 |
| 3,500 | 63,917.67 | 40,000 | 730,487.69 | 800,000 | 14,609,753.73 | | |
| 4,000 | 73,048.77 | 45,000 | 821,798.65 | 900,000 | 16,435,972.94 | | |
| 4,500 | 82,179.87 | 50,000 | 913,109.61 | 1,000,000 | 18,262,192.16 | | |
| 5,000 | 91,310.96 | 60,000 | 1,095,731.53 | 1,500,000 | 27,393,288.24 | | |
| 6,000 | 109,573.15 | 70,000 | 1,278,353.45 | 2,000,000 | 36,524,384.32 | | |
| 7,000 | 127,835.35 | 80,000 | 1,460,975.37 | 2,500,000 | 45,655,480.40 | | |
| 8,000 | 146,097.54 | 90,000 | 1,643,597.29 | 3,000,000 | 54,786,576.48 | | |
| 9,000 | 164,359.73 | 100,000 | 1,826,219.22 | 3,500,000 | 63,917,672.56 | | |

(1)    Maximum number of Hong Kong Offer Shares you may apply for.

No application for any other number of Hong Kong Offer Shares will be considered and any such application is liable to be rejects.

## EXPECTED TIMETABLE[(1)]

> *If there is any change in the following expected timetable of the Hong Kong Public Offering, we will issue an announcement in Hong Kong to be published on the websites of the Stock Exchange at* **www.hkexnews.hk** *and our Company at* **www.antengene.com**.

Hong Kong Public Offering commences . . . . . . . . . . . . . . . . . . . . . . .9:00 am on Monday, November 9, 2020

Latest time to complete electronic applications under
  **White Form eIPO** service through the designated
  website **www.eipo.com.hk**[(2)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11:30 am on Thursday, November 12, 2020

Application lists of the Hong Kong Public Offering open[(3)] . . . . . . .11:45 am on Thursday, November 12, 2020

Latest time to (a) complete payment of **White Form eIPO**
  applications by effecting Internet banking transfer(s) or
  PPS payment transfer(s) and (b) giving **electronic**
  **application instructions** to HKSCC[(4)] . . . . . . . . . . . . . . . . . . . .12:00 noon on Thursday, November 12, 2020

If you are instructing your **broker** or **custodian** who is a CCASS Clearing Participant or a CCASS Custodian Participant to give **electronic application instructions** via CCASS terminals to apply for the Hong Kong Offer Shares on your behalf, you are advised to contact your **broker** or **custodian** for the latest time for giving such instructions which may be different from the latest time as stated above.

Application lists of the Hong Kong Public Offering close . . . . . . . .12:00 noon on Thursday, November 12, 2020

Expected Price Determination Date[(5)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Thursday, November 12, 2020

Announcement of the Offer Price, an indication of
  the level of interest in the International Offering,
  the level of applications in the Hong Kong Public
  Offering and the basis of allocation of the Hong Kong
  Offer Shares to be published on the websites of the
  Stock Exchange at **www.hkexnews.hk** and
  our Company at **www.antengene.com** on or before[(6)] . . . . . . . . . . . . . . . . . . . . Thursday, November 19, 2020

– iii –

## EXPECTED TIMETABLE[(1)]

The results of allocations in the
Hong Kong Public Offering (with successful applicants'
identification document numbers, where appropriate)
to be available through a variety of channels,
including:

- in the announcement to be posted on our website and
the website of the Hong Kong Stock Exchange
at **www.antengene.com** and
**www.hkexnews.hk**, respectively . . . . . . . . . . . . . . . .Thursday, November 19, 2020

- from the designated results of allocations website
at **www.iporesults.com.hk** (alternatively: English
**https://www.eipo.com.hk/en/Allotment**; Chinese
**https://www.eipo.com.hk/zh-hk/Allotment**) with
a "search by ID" function from . . . . . . . . . . . . . . . . . . . . . . .8:00 a.m. on Thursday,
November 19, 2020
to 12:00 midnight on
Wednesday, November 25, 2020

- from the allocation results telephone enquiry by
calling +852 2862 8555 between 9:00 a.m.
and 6:00 p.m. from   . . . . . . . . . . . . . . . . . . . . . . . . . .Thursday, November 19, 2020
to Friday, November 20, 2020 and
from Monday, November 23, 2020
to Tuesday, November 24, 2020

Dispatch of Share certificates in respect of wholly or partially
successful applications pursuant to the Hong Kong Public
Offering on or before[(6)]   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Thursday,
November 19, 2020

Dispatch of e-Refund payment
instructions/refund cheques on or before[(8)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . Thursday,
November 19, 2020

Dealings in Shares on the Stock Exchange to commence on . . . . . . . . . . . . . . . . . . . Friday,
November 20, 2020

*Notes:*

(1)  *All times and dates refer to Hong Kong local time and date, except as otherwise stated.*

(2)  *You will not be permitted to submit your application through the designated website at **www.eipo.com.hk** after 11:30 a.m. on the last day for submitting applications. If you have already submitted your application and obtained a payment reference number from the designated website prior to 11:30 a.m., you will be permitted to continue the application process (by completing payment of application monies) until 12:00 noon on the last day for submitting applications, when the application lists close.*

# EXPECTED TIMETABLE[(1)]

(3)  *If there is a typhoon warning signal number 8 or above, an announcement of "extreme conditions" caused by a super typhoon by the Government of Hong Kong in accordance with the revised "Code of Practice in Times of Typhoons and Rainstorms" issued by the Hong Kong Labour Department in June 2019 and/or a "black" rainstorm warning at any time between 9:00 a.m. and 12:00 noon on Thursday, November 12, 2020 the application lists will not open on that day. See "How to Apply for Hong Kong Offer Shares — 10. Effect of Bad Weather on the Opening of the Application Lists" in this prospectus.*

(4)  *Applicants who apply for Hong Kong Offer Shares by giving **electronic application instructions** to HKSCC should refer to "How to Apply for Hong Kong Offer Shares — 6. Applying by Giving Electronic Application Instructions to HKSCC via CCASS" in this prospectus.*

(5)  *The Price Determination Date is expected to be on or around Thursday, November 12, 2020 and, in any event, not later than Thursday, November 19, 2020 or such other date as agreed between parties. If, for any reason, the Offer Price is not agreed between the Joint Global Coordinators (for itself and on behalf of the Underwriters) and our Company by Thursday, November 19, 2020 or such other date as agreed between parties, the Global Offering will not proceed and will lapse.*

(6)  *Share certificates are expected to be issued on Thursday, November 19, 2020 but will only become valid provided that the Global Offering has become unconditional in all respects and neither of the Underwriting Agreements has been terminated in accordance with its terms, which is scheduled to be around 8:00 a.m. on Friday, November 20, 2020 . Investors who trade Shares on the basis of publicly available allocation details before the receipt of Share certificates and before they become valid do so entirely of their own risk.*

(7)  *None of the websites or any of the information contained on the website forms part of this prospectus.*

(8)  *e-Refund payment instructions/refund cheques will be issued in respect of wholly or partially unsuccessful applications and in respect of wholly or partially successful applications if the Offer Price is less than the price per Offer Share payable on application. Part of the applicant's Hong Kong identity card number or passport number, or, if the application is made by joint applicants, part of the Hong Kong identity card number or passport number of the first-named applicant, provided by the applicant(s) may be printed on the refund check, if any. Such data would also be transferred to a third party for refund purposes. Banks may require verification of an applicant's Hong Kong identity card number or passport number before encashment of the refund check. Inaccurate completion of an applicant's Hong Kong identity card number or passport number may invalidate or delay encashment of the refund check.*

(9)  *Applicants who have applied on White Form eIPO for 1,000,000 or more Hong Kong Offer Shares may collect any refund checks (where applicable) and/or Share certificates in person from our Hong Kong Share Registrar, Computershare Hong Kong Investor Services Limited, at Shops 1712-1716, 17th Floor, Hopewell Centre, 183 Queen's Road East, Wanchai, Hong Kong from 9:00 a.m. to 1:00 p.m. on Thursday, November 19, 2020 or such other date as notified by us as the date of dispatch/collection of Share certificates/e-Refund payment instructions/refund checks. Applicants being individuals who are eligible for personal collection may not authorize any other person to collect on their behalf. Individuals must produce evidence of identity acceptable to our Hong Kong Share Registrar at the time of collection.*

*Applicants who have applied for Hong Kong Offer Shares through CCASS EIPO service should refer to the section headed "How to Apply for Hong Kong Offer Shares — 15. PERSONAL COLLECTION — (ii) If You Apply via Electronic Application Instructions to HKSCC" for details.*

*Applicants who have applied through the White Form eIPO service and paid their applications monies through single bank accounts may have refund monies (if any) dispatched to the bank account in the form of e-Refund payment instructions. Applicants who have applied through the White Form eIPO service and paid their application monies through multiple bank accounts may have refund monies (if any) dispatched to the address as specified in their application instructions in the form of refund checks by ordinary post at their own risk.*

*Share certificates (if applicable) and/or refund checks for applicants who have applied for less than 1,000,000 Hong Kong Offer Shares and any uncollected Share certificates (if applicable) and/or refund checks will be dispatched by ordinary post, at the applicants' risk, to the addresses specified in the relevant applications.*

*Further information is set out in the sections headed "How to Apply for Hong Kong Offer Shares — 13. Refund of Application Monies" and "How to Apply for Hong Kong Offer Shares — DESPATCH/COLLECTION OF SHARE CERTIFICATES AND REFUND MONIES" in this prospectus.*

**The above expected timetable is a summary only. You should read carefully the sections headed "Underwriting", "Structure of the Global Offering" and "How to Apply for Hong Kong Offer Shares" in this prospectus for details relating to the structure of the Global Offering, procedures on the applications for Hong Kong Offer Shares and the expected timetable, including conditions, effect of bad weather and the dispatch of refund cheques and Share certificates.**

# CONTENTS

### IMPORTANT NOTICE TO PROSPECTIVE INVESTORS

*This prospectus is issued by our Company solely in connection with the Hong Kong Public Offering and the Hong Kong Offer Shares and does not constitute an offer to sell or a solicitation of an offer to buy any security other than the Hong Kong Offer Shares offered by this prospectus pursuant to the Hong Kong Public Offering. This prospectus may not be used for the purpose of making, and does not constitute, an offer or invitation in any other jurisdiction or in any other circumstances. No action has been taken to permit a public offering of the Hong Kong Offer Shares in any jurisdiction other than Hong Kong and no action has been taken to permit the distribution of this prospectus in any jurisdiction other than Hong Kong. The distribution of this prospectus for purposes of a public offering and the offering and sale of the Hong Kong Offer Shares in other jurisdictions are subject to restrictions and may not be made except as permitted under the applicable securities laws of such jurisdictions pursuant to registration with or authorization by the relevant securities regulatory authorities or an exemption therefrom.*

*You should rely only on the information contained in this prospectus to make your investment decision. The Hong Kong Public Offering is made solely on the basis of the information contained and the representations made in this prospectus. We have not authorized anyone to provide you with information that is different from what is contained in this prospectus. Any information or representation not contained nor made in this prospectus must not be relied on by you as having been authorized by our Company, the Joint Sponsors, the Joint Global Coordinators, the Joint Bookrunners, the Joint Lead Managers, any of the Underwriters, any of their respective directors, officers, employees, agents or representatives of any of them or any other parties involved in the Global Offering.*

*Page*

**Expected Timetable** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    iii

**Contents** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    vi

**Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

**Definitions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    34

**Glossary of Technical Terms** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    49

**Forward-Looking Statements** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    65

**Risk Factors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    67

**Waivers from Strict Compliance with the Listing Rules and Exemptions from Strict Compliance with the Companies (Winding Up and Miscellaneous Provisions) Ordinance** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    149

## CONTENTS

**Information about this Prospectus and the Global Offering** . . . . . . . . . . . . . . . . .    161

**Directors and Parties Involved in the Global Offering** . . . . . . . . . . . . . . . . . . . . .    165

**Corporate Information** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    171

**History, Reorganization and Corporate Structure** . . . . . . . . . . . . . . . . . . . . . . . .    174

**Industry Overview** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    197

**Regulatory Environment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    240

**Business** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    256

**Financial Information** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    359

**Relationship with our Largest Shareholder** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    398

**Share Capital** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    402

**Substantial Shareholders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    406

**Cornerstone Investors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    408

**Directors and Senior Management** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    418

**Use of Proceeds** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    432

**Underwriting** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    435

**Structure of the Global Offering** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    449

**How to Apply for Hong Kong Offer Shares** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    461

**Appendix I       –    Accountants' Report** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    I-1

**Appendix II      –    Unaudited Pro Forma Financial Information** . . . . . . . . . . .    II-1

**Appendix III     –    Summary of the Constitution of our Company and
                        Cayman Companies Law** . . . . . . . . . . . . . . . . . . . . . . . . .    III-1

**Appendix IV      –    Statutory and General Information** . . . . . . . . . . . . . . . . . . .    IV-1

**Appendix V       –    Documents Delivered to the Registrar of Companies and
                        Available for Inspection** . . . . . . . . . . . . . . . . . . . . . . . .    V-1

## SUBSTANTIAL SHAREHOLDERS

**SUBSTANTIAL SHAREHOLDERS**

So far as our Directors are aware, immediately following completion of the Capitalization Issue and the Global Offering, assuming the Over-allotment Option is not exercised, the following persons will have interests and/or short positions in the Shares or underlying shares of our Company which would fall to be disclosed to us pursuant to the provisions of Divisions 2 and 3 of Part XV of the SFO, or, who is, directly or indirectly, interested in 10% or more of the nominal value of any class of share capital carrying rights to vote in all circumstances at general meetings of our Company or any other member of our Group. Our Directors are not aware of any arrangement which may at a subsequent date result in a change of control of our Company:

| Substantial Shareholder | Capacity/ Nature of interest | Total number of Shares/underlying shares held as of the Latest Practicable Date[1] | Approximate percentage of interest in our Company as of the Latest Practicable Date (%) | Total number of Shares/underlying shares held immediately after completion of the Capitalization Issue and the Global Offering[2] | Approximate percentage of interest in our Company immediately after completion of the Capitalization Issue and the Global Offering[2] (%) |
|---|---|---|---|---|---|
| Dr. Mei[3] | Interest in controlled corporation and beneficial interest | 89,963,997 | 35.00 | 179,927,994 | 26.93 |
| JAY MEI 2020 GRAT[3] | Interest in controlled corporation | 87,963,997 | 34.22 | 175,927,994 | 26.33 |
| Horsham Angel[3] | Interest in controlled corporation | 87,963,997 | 34.22 | 175,927,994 | 26.33 |
| Meiland[3] | Beneficial interest | 87,963,997 | 34.22 | 175,927,994 | 26.33 |
| Boyu Capital Group Holdings Ltd.[4] | Interest in controlled corporation | 33,125,075 | 12.89 | 66,250,150 | 9.91 |
| Boyu Capital General Partner III, Ltd.[4] | Interest in controlled corporation | 31,355,718 | 12.20 | 62,711,436 | 9.39 |
| Boyu Capital General Partner III, L.P.[4] | Interest in controlled corporation | 31,355,718 | 12.20 | 62,711,436 | 9.39 |
| Boyu Capital Fund III, L.P.[4] | Interest in controlled corporation | 31,355,718 | 12.20 | 62,711,436 | 9.39 |
| Active Ambience Limited[4] | Beneficial interest | 31,355,718 | 12.20 | 62,711,436 | 9.39 |
| FountainVest China Capital Partners GP3 Ltd.[5] | Interest in controlled corporation | 28,505,198 | 11.09 | 57,010,396 | 8.53 |
| FV Begonia Partners GP Ltd. | Interest in controlled corporation | 28,505,198 | 11.09 | 57,010,396 | 8.53 |
| FV Begonia Partners, L.P.[5] | Interest in controlled corporation | 28,505,198 | 11.09 | 57,010,396 | 8.53 |

## SUBSTANTIAL SHAREHOLDERS

| Substantial Shareholder | Capacity/ Nature of interest | Total number of Shares/underlying shares held as of the Latest Practicable Date[1] | Approximate percentage of interest in our Company as of the Latest Practicable Date (%) | Total number of Shares/underlying shares held immediately after completion of the Capitalization Issue and the Global Offering[2] | Approximate percentage of interest in our Company immediately after completion of the Capitalization Issue and the Global Offering[2] (%) |
|---|---|---|---|---|---|
| Begonia Investment Ltd.[5] | Beneficial interest | 28,505,198 | 11.09 | 57,010,396 | 8.53 |
| Qiming Corporate GP V, Ltd[6] | Interest in controlled corporation | 20,085,221 | 7.82 | 40,170,422 | 6.01 |
| Qiming GP V, L.P.[6] | Interest in controlled corporation | 19,480,824 | 7.58 | 38,961,648 | 5.83 |
| Qiming Venture Partners V, L.P.[6] | Beneficial interest | 19,480,824 | 7.58 | 38,961,648 | 5.83 |

Notes:

(1)   The number of Shares held assuming that all of the Preferred Shares have been converted into the Shares on a one-to-one basis.

(2)   Based on the assumption that the Over-allotment Option is not exercised.

(3)   Meiland is wholly-owned by Horsham Angel. Horsham Angel is owned by Dr. Mei as to 16.48%, AM & Beyond Trust, a trust created by Dr. Mei for the benefit of his children, as to 8.52%, and the JAY MEI 2020 GRAT, a trust created by Dr. Mei for the benefit of himself and his immediate family members, as to 75%. Dr. Mei is the grantor of the AM & Beyond Trust and the trustee, the grantor and one of the beneficiaries of the JAY MEI 2020 GRAT. Accordingly, each of Horsham Angel and Dr. Mei is deemed to be interested in the total number of Shares held by Meiland. In addition, Dr. Mei is entitled to acquire up to 2,000,000 Shares (to be adjusted to 4,000,000 Shares upon completion of the Capitalization Issue) pursuant to the Share Options granted to him, subject to the relevant conditions (including the vesting conditions) thereunder.

(4)   Active Ambience Limited ("**Active Ambience**") is wholly-owned by Boyu Capital Fund III, L.P. ("**BCF III**"). Boyu Capital General Partner III, L.P. ("**BCGP III LP**") is the general partner of BCF III. Boyu Capital General Partner III, Ltd. ("**BCGP III Ltd**") is the general partner of BCGP III LP. Boyu Capital Group Holdings Ltd. ("**BCGH**") wholly-owns BCGP III Ltd. Accordingly, each of BCF III, BCGP III LP, BCGP III Ltd and BCGH is deemed to be interested in the total number of Shares held by Active Ambience. In addition, Supercluster Universe Limited ("**Supercluster Universe**") will hold 3,538,714 Shares immediately following completion of the Capitalization Issue and the Global Offering. Supercluster Universe is wholly-owned by Boyu Capital Opportunities Master Fund ("**BCOMF**"), which is in turn wholly-owned by Boyu Capital Investment Management Limited ("**BCIM**"). BCIM is wholly-owned by BCGH. Accordingly, BCGH is also deemed to be interested in the total number of Shares held by Supercluster Universe.

(5)   Begonia Investment Ltd. ("**Begonia**") is wholly-owned by FV Begonia Partners, L.P., which is controlled/managed by FV Begonia Partners GP Ltd. and its sole shareholder, FountainVest China Capital Partners GP3 Ltd. Accordingly, each of FV Begonia Partners, L.P., FV Begonia Partners GP Ltd. and FountainVest China Capital Partners GP3 Ltd. is deemed to be interested in the total number of Shares held by Begonia.

(6)   Qiming GP V, L.P. is the general partner of Qiming Venture Partners V, L.P., and Qiming Corporate GP V, Ltd is the general partner of Qiming GP V, L.P. Accordingly, each of Qiming GP V, L.P. and Qiming Corporate GP V, Ltd is deemed to be interested in the total number of Shares held by Qiming Venture Partners V, L.P. In addition, Qiming Managing Directors Fund V, L.P. will hold 1,208,794 Shares immediately following completion of the Capitalization Issue and the Global Offering. Qiming Corporate GP V, Ltd is the general partner of Qiming Managing Directors Fund V, L.P. and is deemed to be interested in the total number of Shares held by the latter.