# EXHIBIT UU

ATG
ANTENGENE

简    EN    ☰



## Antengene Corporation, an Innovative Cancer Biotech Company, is Listed on the Main Board of the Hong Kong Stock Exchange

Nov 20, 2020    📄 View PDF

HONG KONG, Nov. 20, 2020 — Antengene Corporation Limited ("Antengene", SEHK: 6996.HK), a leader in discovery, development and commercialization of innovative cancer medicines, today announced that the company was officially listed and it's shares commenced trading on the Main Board of The Stock Exchange.

1

  



Antengene offered 154,153,500 shares in its global offering at a final price of HK$18.08 per share. The net proceeds from the global offering, after deducting underwriting fees and commissions paid and payable in connection with the global offering and estimated expenses, are estimated to be approximately HK$2,635,9 million. The company's Hong Kong public offering was significantly oversubscribed, with valid applications received representing approximately 246.76 times the total number of offer shares initially available for subscription, and the international offering oversubscribed by 13.5 times. The final number of offer shares under the Hong Kong public offering and the international offering was 77,077,000 and 77,076,500, respectively, each representing approximately 50% of the total number of offer shares initially available for subscription under the global offering prior to the exercise of any over-allotment option.

Antengene is an integrated and innovative cancer biotech company. Based on a differentiated platform that focuses on a combination and complementary R&D strategy, the company discovers, develops and commercializes synergistic first-in-class, only-in-class and best-in-class cancer therapies that unlock the full therapeutic potential of its drug candidates. Currently, Antengene has built an innovative pipeline of 12 assets . One of the core products, ATG-010 (selinexor, US trade name XPOVIO®), is the first and only selective inhibitor of nuclear export (SINE) of its kind, which can promote the accumulation of tumor suppressor protein in the cell nucleus and selectively induce apoptosis in cancer cells. The product has been approved by the FDA for the treatment of patients with relapsed refractory multiple myeloma and diffuse large B-cell lymphoma, and its Phase III clinical trial for the treatment of patients with liposarcoma met its primary study endpoint reporting a significantly prolonged progression-free survival (PFS). Currently, Antengene is conducting a Phase II clinical trial of ATG-010 (selinexor) for relapsed refractory multiple myeloma and relapsed refractory diffuse large B-cell lymphoma in China, and plans to submit new drug applications for

2

ATG-010 (selinexor) in the Chinese mainland, Hong Kong China, Taiwan China, Australia, Singapore, South Korea by 2021. In addition to ATG-010, two other active SINE compounds in the pipeline — ATG-016 (eltanexor) and ATG-527 (verdinexor), are in clinical trials addressing unmet medical needs across several diseases.

ATG-008 (onatasertib), a second-generation orally available dual-target mTORC1/2 inhibitor, has the potential to overcome the drawbacks of drug resistance of traditional mTORC1 inhibitors. Currently, Antengene is conducting single agent and combination trials across several advanced solid tumors.

ATG-019 (KPT-9274) has the potential to be a first-in-class orally available dual-target PAK4 and NAMPT inhibitor for the treatment of non-Hodgkin's lymphoma (NHL) and advanced solid tumors.

ATG-017 (AZD0364) is a potent and selective ERK1/2 inhibitor with best-in-class potential for the treatment of various hematological malignancies and solid tumors caused by abnormalities in the RAS/MAPK pathway.

In addition, Antengene is working on early stage preclinical research and early drug development for several innovative-target drugs in the small molecule, monoclonal and bispecific antibody fields, including ATG-101 (PD-L1/4-1BB bispecific antibody), ATG-018 (ATR inhibitor), ATG-022 (Claudin 18.2 monoclonal antibody) and ATG-012 (KRAS inhibitor), which are currently proceeding rapidly to IND stage .

Dr. Jay MEI, Founder, Chairman and CEO of Antengene, has more than 25 years of global experience in clinical R&D of oncology therapies, with a focus on clinical R&D of oncology drugs. Other management members have distinguished achievements in drug research, clinical development, commercialization, financing and investment. Since its inception, Antengene has attracted leading industry investors including strategic investors such as Celgene, WuXi AppTec and Tigermed; and financial investors including Fidelity, GIC, BlackRock, Hillhouse Capital, Boyu Capital, FountainVest and Qiming Ventures Partners. In addition, Fidelity, GIC, BlackRock, Boyu Capital, Cormorant, Hillhouse Capital, Sequoia Capital, Morning Hill Capital, Laurion Capital Master Fund and Octagon Investments are cornerstone investors of the company's global offering.


ANTENGENE

简    EN



**Dr. Jay MEI, Founder, Chairman and CEO of Antengene,** stated, "Today is a major milestone in Antengene's history. The successful listing of Antengene in the Hong Kong stock market, demonstrates global investors' recognition of our strategic model, growth potential, management team and product pipeline; we are very proud of our success, and appreciate their trust and support of Antengene. Based on this new starting point, we will seize the historical opportunity to advance of the global development of innovative drugs, seize the most cutting-edge research and development hotspots through differentiated development strategies, and constantly discover, develop and commercialize innovative cancer therapies with new action mechanisms of action, so as to solve the unmet clinical needs of patients in APAC and across the world."

The funds raised will mainly be used to advance our 9 ongoing clinical trials and our other clinical stage product pipeline assets, our 6 preclinical assets in discovery, and prepare to launch selinexor across China and the APAC region. In addition, the funds will also be used for pipeline expansion and talent recruitment to further consolidate the company's R&D foundation, accelerate clinical research, and benefit cancer patients across the world.

**About Antengene Corporation Limited**

Antengene Corporation Limited ("Antengene", SEHK: 6996.HK) is a biopharmaceutical company with an integrated drug discovery and clinical development approach, anchored in Asia Pacific with a global footprint. Antengene aims to provide the most advanced anti-cancer drugs to patients in China, the Asia Pacific Region and around the world. Since its official start in April 2017, Antengene has built a pipeline of 12 clinical and pre-clinical stage assets, obtained 9 IND approvals and has 9 ongoing cross-regional clinical trials in Asia Pacific. At Antengene, we focus on developing drug candidates with novel MoAs and first-in-class/best-in-class potential to address significant unmet

4



ANTENGENE

简    EN

Back to list →



Copyright © 2020 By Antengene Corporation. All Rights Reserved

sitemap    sitemap