# EXHIBIT VV1



# National Enterprise Credit Information Publicity System

**NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM**

# Enterprise Credit Information Publicity Report

**Enterprise Name**    Ningbo Yuanxuan Investment Management Partnership (Limited Partnership)

**Report Generation Time**    05/26/2022 2:17:08 PM

**Applicant Email**    SAMR@stblaw.com

(The report contents are for reference only. Please refer to the inquiry page of the National Enterprise Credit Information Publicity System for specific contents)

1

# Government Department Publicity Information

■ License Cover Page Information

**Unified social credit code:** 91330206MA2AJNM14D

**Enterprise name:** Ningbo Yuanxuan Investment Management Partnership (Limited Partnership)

**Type:** Limited partnership

**Executive business partner:** Beijing Jingguan Tiancen Asset Management Partnership (Limited Partnership)

**Establishment date:** May 11, 2018

**Partnership period starts from:** May 11, 2018

**Partnership period expires on:** May 10, 2038

**Registration authority:** Administration for Market Regulation of Beilun District, Ningbo City

**Approval date:** December 29, 2018

**Registration status:** Existing

**Main business premises:** D0089, Area B, Room 401, Building 1, No. 88 Qixing Road, Meishan [Subdistrict], Beilun District, Ningbo City, Zhejiang Province

**Business scope:** Investment management. (Without the approval of financial and other regulatory authorities, it is not allowed to engage in financial business, such as deposit-taking, financing guarantee, wealth management on behalf of customers, and fundraising (financing) from the public) (For the items that must be approved according to law, their business activities can only be carried out after they are approved by the relevant authorities)

■ Partner Information

| Serial Number | Partner | License / Credential Type | License / Credential Number | Partner Type |
|---|---|---|---|---|
| 1 | Li Jianghong | Non-publicized item | Non-publicized item | Natural person shareholder |
| 2 | Liu Zhenfei | Non-publicized item | Non-publicized item | Natural person shareholder |
| 3 | Han Chong | Non-publicized item | Non-publicized item | Natural person shareholder |
| 4 | Zhang Ziquan | Non-publicized item | Non-publicized item | Natural person shareholder |
| 5 | Lv Xiaoguang | Non-publicized item | Non-publicized item | Natural person shareholder |
| 6 | Zhao Jun | Non-publicized item | Non-publicized item | Natural person shareholder |
| 7 | Shanghai Yitou Financial Management Partnership (Limited Partnership) | Other | 91310230MA1JY3 MW1H | Other investor |
| 8 | Far East Holding Group Co., Ltd. | Other | 913202822504667000 | Enterprise legal person |
| 9 | Shenzhen Borui Caizhi Holdings Co., Ltd. | Other | 914403007649568 2XM | Enterprise legal person |

2

| 10 | Beijing Jingguan Tiancen Asset Management Partnership (Limited Partnership) | Other | 91110108MA0041 GM3A | Enterprise legal person |
|---|---|---|---|---|
| 11 | Shanghai Junrui Investment Co., Ltd. | Other | | Enterprise legal person |
| 12 | Tibet Xiangyu Hetai Enterprise Management Co., Ltd. | Other | 911201165594522949 | Enterprise legal person |
| 13 | Suzhou Kunyu Jinduo Tongying Investment Enterprise (Limited Partnership) | Other | 91320583MA1NEH FK16 | Other investor |
| 14 | Hongling Siqi (Zhuhai) Equity Investment Fund Enterprise (Limited Partnership) | Other | 91440400MA4UQ HAN1C | Other investor |
| 15 | Tibet Tiancheng Investment Management Co., Ltd. | Other | 9154009132133057X8 | Enterprise legal person |
| 16 | Shanghai Fanyin Asset Management Co., Ltd. | Other | 913101103987932062 | Enterprise legal person |
| 17 | China Cinda Asset Management Co., Ltd. | Other | 91110000710924945A | Enterprise legal person |

### Branch Information

| There is no branch information for the time being |
|---|

### Change Information

| Serial Number | Change Item | Content Before Change | Content After Change | Change Date |
|---|---|---|---|---|
| | | Enterprise name:Tibet Tiancheng Investment Management Co., Ltd.; capital contribution: ***,***,***; percentage: **.****%; enterprise name:Shanghai Junrui Investment Co., Ltd.; capital contribution: ***,***,***; percentage: **.****%; enterprise name:Suzhou Kunyu Jinhong Phase II Investment Enterprise (Limited Partnership); capital contribution: ***,***,***; percentage: **.****%; name: Zhao Jun; capital contribution: *,***,***; percentage: *.****%; enterprise name:Shanghai Yitou | Enterprise name:Tibet Tiancheng Investment Management Co., Ltd.; capital contribution: ***,***,***; percentage: **.****%; enterprise name:Shanghai Junrui Investment Co., Ltd.; capital contribution: ***,***,***; percentage: **.****%; enterprise name:Suzhou Kunyu Jinduo Tongying Investment Enterprise (Limited Partnership); capital contribution: ***,***,***; percentage: **.****%; name: Zhao Jun; capital contribution: *,***,***; percentage: *.****%; enterprise name:Shanghai Yitou | |

3

| | | | | |
|---|---|---|---|---|
| 1 | Partner information filing record | Financial Management Partnership (Limited Partnership); capital contribution: **,***,***; percentage: *.****%; enterprise name:China Cinda Asset Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; name:Liu Zhenfei; capital contribution: **,***,***; percentage: *.****%; enterprise name:Tibet Xiangyu Hetai Enterprise Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; enterprise name: Beijing Jingguan Tiancen Asset Management Partnership (Limited Partnership) (executive business partner); capital contribution: **,***,***; percentage: *.***%; name: Lv Xiaoguang; capital contribution: **,***,***; percentage: *.****%; enterprise name:Shanghai Fanyin Asset Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; enterprise name:Hongling Siqi (Zhuhai) Equity Investment Fund Enterprise (Limited Partnership); capital contribution: **,***,***; percentage: *.***%; name: Zhang Ziquan; capital contribution: **,***,***; percentage: *.***%; enterprise name:Shenzhen Borui Caizhi Holdings Co., Ltd.; capital contribution: **,***,***; percentage: *.***%; enterprise name: Far East Holding Group Co., Ltd.; capital contribution: **,***,***; percentage: *.***%; name: Han Chong; capital contribution: *,***,***; percentage: *.***%; name: Li Jianghong; capital contribution: *,***,***; percentage: *.****% | Financial Management Partnership (Limited Partnership); capital contribution: **,***,***; percentage: *.****%; enterprise name:China Cinda Asset Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; name:Liu Zhenfei; capital contribution: **,***,***; percentage: *.****%; enterprise name:Tibet Xiangyu Hetai Enterprise Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; enterprise name: Beijing Jingguan Tiancen Asset Management Partnership (Limited Partnership) (executive business partner); capital contribution: **,***,***; percentage: *.***%; name: Lv Xiaoguang; capital contribution: **,***,***; percentage: *.****%; enterprise name:Shanghai Fanyin Asset Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; enterprise name:Hongling Siqi (Zhuhai) Equity Investment Fund Enterprise (Limited Partnership); capital contribution: **,***,***; percentage: *.***%; name: Zhang Ziquan; capital contribution: **,***,***; percentage: *.***%; enterprise name:Shenzhen Borui Caizhi Holdings Co., Ltd.; capital contribution: **,***,***; percentage: *.***%; enterprise name: Far East Holding Group Co., Ltd.; capital contribution: **,***,***; percentage: *.***%; name: Han Chong; capital contribution: *,***,***; percentage: *.***%; name: Li Jianghong; capital contribution: *,***,***; percentage: *.****% | December 29, 2018 |
| 2 | Business premises change | Room ***, No. 19 Office Building, No.* Salt Field, Meishan [Subdistrict], Beilun District, Ningbo City, Zhejiang Province | D****, Area B, Room ***, Building *, No. ** Qixing Road, Meishan [Subdistrict], Beilun District, Ningbo City, Zhejiang Province | December 29, 2018 |
| | | | Name: Li Jianghong; capital contribution: *,***,***; percentage: *.****%; name: Han Chong; capital contribution: *,***,***; percentage: *.***%; enterprise name:Hongling Siqi (Zhuhai) Equity Investment Fund | |

| 3 | Partner information filing record | Enterprise name:Beijing Jingguan Tiancen Asset Management Partnership (Limited Partnership) (executive business partner); capital contribution: *,***,***; percentage: **%; name: Tao Rong; capital contribution: *,***,***; percentage: **%; name: Huang Ailian; capital contribution: *,***,***; percentage: **% | Enterprise (Limited Partnership); capital contribution: **,***,***; percentage: *.***%; name: Zhang Ziquan; capital contribution: **,***,***; percentage: *.***%; enterprise name:Shenzhen Borui Caizhi Holdings Co., Ltd.; capital contribution: **,***,***; percentage: *.***%; enterprise name:Far East Holding Group Co., Ltd.; capital contribution: **,***,***; percentage: *.***%; enterprise name:Shanghai Fanyin Asset Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; name:Lv Xiaoguang; capital contribution: **,***,***; percentage: *.****%; enterprise name:Beijing Jingguan Tiancen Asset Management Partnership (Limited Partnership) (executive business partner); capital contribution: **,***,***; percentage: *.***%; name: Liu Zhenfei; capital contribution: **,***,***; percentage: *.****%; enterprise name:Tibet Xiangyu Hetai Enterprise Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; enterprise name:Shanghai Yitou Financial Management Partnership (Limited Partnership); capital contribution: **,***,***; percentage: *.****%; enterprise name:China Cinda Asset Management Co., Ltd.; capital contribution: **,***,***; percentage: *.****%; name: Zhao Jun; capital contribution: *,***,***; percentage: *.****%; enterprise name:Suzhou Kunyu Jinhong Phase II Investment Enterprise (Limited Partnership); capital contribution: ***,***,***; percentage: **.****%; enterprise name:Shanghai Junrui Investment Co., Ltd.; capital contribution: ***,***,***; percentage: **.****%; enterprise name:Tibet Tiancheng Investment Management Co., Ltd.; capital contribution: ***,***,***; percentage: **.****% | August 10, 2018 |
| 4 | Capital contribution change: | **** | ****** | August 10, 2018 |

5

▌ Liquidation Information

There is no liquidation information for the time being

▌ Administrative Licensing Information

There is no administrative licensing information for the time being

▌ Administrative Penalty Information

There is no administrative penalty information for the time being

▌ Abnormal Operation Information

There is no abnormal operation information for the time being

▌ Serious Violation Information

There is no serious violation information for the time being

▌ Random Inspection Information

There is no random inspection information for the time being

▌ Movable Property Mortgage Registration Information

There is no movable property mortgage registration information for the time being

## Enterprise Self-publicized Information (The enterprise self-publicized information is provided by the enterprise, and the enterprise is responsible for the authenticity and legality of its real-time information)

▌ Administrative Licensing Information

There is no administrative licensing information for the time being

▌ Intellectual Property Pledge Registration Information

There is no intellectual property pledge registration information or the time being

▌ Administrative Penalty Information

There is no administrative penalty information for the time being

▌ 2021 Annual Report

6

**▌** Basic Information

**Unified social credit code / registration number:** 91330206MA2AJNM14D

**Enterprise name:** Ningbo Yuanxuan Investment Management Partnership (Limited Partnership)

**Enterprise mailing address:** D0089, Area B, Room 401, Building 1, No. 88 Qixing Road, Meishan [Subdistrict], Beilun District, Ningbo City,

**Postal code:** 315832

**Enterprise contract phone:** User filled in none

**Enterprise email:** User filled in none

**Number of employees:** Enterprise chooses not to publicize

**Number of female employees:** Enterprise chooses not to publicize

**Enterprise operating status:** Normal business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: No

**Whether there is** a website or an online store: No

**Whether there is any** external guarantee information: No

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

**Enterprise main business activities:**

**▌** Website and Online Store Information

There is no website and online store information for the time being

**▌** External Investment Information

There is no external investment information for the time being

**▌** Enterprise Asset Status Information

| | | | |
|---|---|---|---|
| **Total assets** | Enterprise chooses not to publicize | **Total owners' equity** | Enterprise chooses not to publicize |
| **Total operating income** | Enterprise chooses not to publicize | **Total profit** | Enterprise chooses not to publicize |
| **Main operating income in total operating income** | Enterprise chooses not to publicize | **Net profit** | Enterprise chooses not to publicize |
| **Total taxes** | Enterprise chooses not to publicize | **Total liabilities** | Enterprise chooses not to publicize |

**▌** Social Insurance Information

| | | | |
|---|---|---|---|
| **Basic pension insurance for urban employees** | 0 people | **Unemployment insurance** | 0 people |
| **Basic medical insurance for employees** | 0 people | **Work injury insurance** | 0 people |
| **Maternity insurance** | 0 people | | |
| **Company's payment base** | **Company's payment base for basic pension insurance for urban employees** | Enterprise chooses not to publicize | |

7

| | | |
|---|---|---|
| | **Company's payment base for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's payment base for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's payment base for maternity insurance** | Enterprise chooses not to publicize |
| **Actual payment amount this period** | **Actual payment base for basic pension insurance** for urban employees this period | Enterprise chooses not to publicize |
| | **Actual payment base for unemployment insurance this period** | Enterprise chooses not to publicize |
| | **Actual payment base for basic medical insurance for employees this period** | Enterprise chooses not to publicize |
| | **Actual payment base for work** injury insurance this period | Enterprise chooses not to publicize |
| | **Actual payment base for maternity insurance this period** | Enterprise chooses not to publicize |
| **Company's payment base** | **Company's cumulative amount owed for basic pension insurance** for urban employees | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for work injury insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for maternity insurance** | Enterprise chooses not to publicize |

▌ Externally Provided Guarantee Information

There is no externally provided guarantee information for the time being

▌ 2020 Annual Report

▌ Basic Information

**Unified social credit code / registration number:** 91330206MA2AJNM14D

**Enterprise name:** Ningbo Yuanxuan Investment Management Partnership (Limited Partnership)

**Enterprise mailing address:** D0089, Area B, Room 401, Building 1, No. 88 Qixing Road, Meishan [Subdistrict], Beilun District, Ningbo City,

**Postal code:** 315832

**Enterprise contract phone:** 15168122680

**Enterprise email:** User filled in none

**Number of employees:** Enterprise chooses not to publicize

**Number** of female employees: Enterprise chooses not to publicize

**Enterprise operating status:** Normal business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: Yes

**Whether there is** a website or an online store: No

**Whether there is any** external guarantee information: No

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

**Enterprise main business activities:** Investment management

## ▌ Website and Online Store Information

There is no website and online store information for the time being

## ▌ External Investment Information

| Serial Number | Name | Unified Social Credit Code / Registration Number |
|---|---|---|
| 1 | Beijing Jingguan Investment Center (Limited Partnership) | 91110108MA0045HP55 |

## ▌ Enterprise Asset Status Information

| | | | |
|---|---|---|---|
| **Total assets** | Enterprise chooses not to publicize | **Total owners' equity** | Enterprise chooses not to publicize |
| **Total operating income** | Enterprise chooses not to publicize | **Total profit** | Enterprise chooses not to publicize |
| **Main operating income in total operating income** | Enterprise chooses not to publicize | **Net profit** | Enterprise chooses not to publicize |
| **Total taxes** | Enterprise chooses not to publicize | **Total liabilities** | Enterprise chooses not to publicize |

## ▌ Social Insurance Information

| | | | |
|---|---|---|---|
| **Basic pension insurance for urban employees** | 0 people | **Unemployment insurance** | 0 people |
| **Basic medical insurance for employees** | 0 people | **Work injury insurance** | 0 people |
| **Maternity insurance** | 0 people | | |

| **Company's payment base** | **Company's payment base for basic pension insurance for urban employees** | Enterprise chooses not to publicize |
|---|---|---|
| | **Company's payment base for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's payment base for basic medical insurance for employees** | Enterprise chooses not to publicize |

| | | |
|---|---|---|
| **Actual payment amount this period** | **Company's payment base for maternity insurance** | Enterprise chooses not to publicize |
| | **Actual payment base for basic pension insurance** for urban employees this period | Enterprise chooses not to publicize |
| | **Actual payment base for unemployment insurance this period** | Enterprise chooses not to publicize |
| | **Actual payment base for basic medical insurance for employees this period** | Enterprise chooses not to publicize |
| | **Actual payment base for work** injury insurance this period | Enterprise chooses not to publicize |
| | **Actual payment base for maternity insurance this period** | Enterprise chooses not to publicize |
| **Company's payment base** | **Company's cumulative amount owed for basic pension insurance** for urban employees | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for work injury insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for maternity insurance** | Enterprise chooses not to publicize |

**▎** Externally Provided Guarantee Information

There is no externally provided guarantee information for the time being

---

**▎** 2019 Annual Report

**▎** Basic Information

**Unified social credit code / registration number:** 91330206MA2AJNM14D

**Enterprise name:** Ningbo Yuanxuan Investment Management Partnership (Limited Partnership)

**Enterprise mailing address:** D0089, Area B, Room 401, Building 1, No. 88 Qixing Road, Meishan Subdistrict, Beilun District, Ningbo City,

**Postal code:** 315832

**Enterprise contract phone:** 13811984377

**Enterprise email:**

**Number of employees:** Enterprise chooses not to publicize

**Number** of female employees: Enterprise chooses not to publicize

**Enterprise operating status:** Normal business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: Yes

**Whether there is** a website or an online store: No

10

**Whether there is any** external guarantee information: No
**Enterprise main business activities:** Investment management

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

### Website and Online Store Information

There is no website and online store information for the time being

### External Investment Information

| Serial Number | Name | Unified Social Credit Code / Registration Number |
|---|---|---|
| 1 | Beijing Jingguan Investment Center (Limited Partnership) | 91110108MA0045HP55 |

### Enterprise Asset Status Information

| | | | |
|---|---|---|---|
| **Total assets** | Enterprise chooses not to publicize | **Total owners' equity** | Enterprise chooses not to publicize |
| **Total operating income** | Enterprise chooses not to publicize | **Total profit** | Enterprise chooses not to publicize |
| **Main operating income in total operating income** | Enterprise chooses not to publicize | **Net profit** | Enterprise chooses not to publicize |
| **Total taxes** | Enterprise chooses not to publicize | **Total liabilities** | Enterprise chooses not to publicize |

### Social Insurance Information

| | | | |
|---|---|---|---|
| **Basic pension insurance for urban employees** | 0 people | **Unemployment insurance** | 0 people |
| **Basic medical insurance for employees** | 0 people | **Work injury insurance** | 0 people |
| **Maternity insurance** | 0 people | | |

| | | |
|---|---|---|
| **Company's payment base** | **Company's payment base for basic pension insurance for urban employees** | Enterprise chooses not to publicize |
| | **Company's payment base for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's payment base for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's payment base for maternity insurance** | Enterprise chooses not to publicize |
| | **Actual payment base for basic pension insurance** for urban employees this period | Enterprise chooses not to publicize |

| | | |
|---|---|---|
| **Actual payment amount this period** | **Actual payment base for unemployment insurance this period** | Enterprise chooses not to publicize |
| | **Actual payment base for basic medical insurance for employees this period** | Enterprise chooses not to publicize |
| | **Actual payment base for work** injury insurance this period | Enterprise chooses not to publicize |
| | **Actual payment base for maternity insurance this period** | Enterprise chooses not to publicize |
| **Company's payment base** | **Company's cumulative amount owed for basic pension insurance** for urban employees | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for work injury insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for maternity insurance** | Enterprise chooses not to publicize |

■ Externally Provided Guarantee Information

There is no externally provided guarantee information for the time being

■ 2018 Annual Report

■ Basic Information

**Unified social credit code / registration number:** 91330206MA2AJNM14D

**Enterprise name:** Ningbo Yuanxuan Investment Management Partnership (Limited Partnership)

**Enterprise mailing address:** D0089, Area B, Room 401, Building 1, No. 88 Qixing Road, Meishan Subdistrict, Beilun District, Ningbo City,

**Postal code:** 315832

**Enterprise contract phone:** 15652963531

**Enterprise email:**

**Number of employees:** Enterprise chooses not to publicize

**Number** of female employees: Enterprise chooses not to publicize

**Enterprise operating status:** Normal business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: Yes

**Whether there is** a website or an online store: No

**Whether there is any** external guarantee information: No

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

**Enterprise main business activities:** Investment management

## Website and Online Store Information

There is no website and online store information for the time being

## External Investment Information

| Serial Number | Name | Unified Social Credit Code / Registration Number |
|---|---|---|
| 1 | Beijing Jingguan Investment Center (Limited Partnership) | 91110108MA0045HP55 |

## Enterprise Asset Status Information

| | | | |
|---|---|---|---|
| **Total assets** | Enterprise chooses not to publicize | **Total owners' equity** | Enterprise chooses not to publicize |
| **Total operating income** | Enterprise chooses not to publicize | **Total profit** | Enterprise chooses not to publicize |
| **Main operating income in total operating income** | Enterprise chooses not to publicize | **Net profit** | Enterprise chooses not to publicize |
| **Total taxes** | Enterprise chooses not to publicize | **Total liabilities** | Enterprise chooses not to publicize |

## Social Insurance Information

| | | | |
|---|---|---|---|
| **Basic pension insurance for urban employees** | 0 people | **Unemployment insurance** | 0 people |
| **Basic medical insurance for employees** | 0 people | **Work injury insurance** | 0 people |
| **Maternity insurance** | 0 people | | |

| Company's payment base | | |
|---|---|---|
| | **Company's payment base for basic pension insurance for urban employees** | Enterprise chooses not to publicize |
| | **Company's payment base for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's payment base for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's payment base for maternity insurance** | Enterprise chooses not to publicize |
| | **Actual payment base for basic pension insurance** for urban employees this period | Enterprise chooses not to publicize |
| | **Actual payment base for unemployment insurance this period** | Enterprise chooses not to publicize |

13

| | | |
|---|---|---|
| **Actual payment amount this period** | **Actual payment base for basic medical insurance for employees this period** | Enterprise chooses not to publicize |
| | **Actual payment base for work** injury insurance this period | Enterprise chooses not to publicize |
| | **Actual payment base for maternity insurance this period** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for basic pension insurance** for urban employees | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for unemployment insurance** | Enterprise chooses not to publicize |
| **Company's payment base** | **Company's cumulative amount owed for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for work injury insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for maternity insurance** | Enterprise chooses not to publicize |

▌ Externally Provided Guarantee Information

There is no externally provided guarantee information for the time being



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 宁波元轩投资管理合伙企业（有限合伙） |
| **报告生成时间** | 2022/07/12 11:45:01 |
| **申请人邮箱** | SAMR@stblaw.com |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## ▌ 照面信息

**统一社会信用代码：**91330206MA2AJNM14D

**企业名称：**宁波元轩投资管理合伙企业（有限合伙）

**类型：**有限合伙企业

**执行事务合伙人：**北京京管天岑资产管理合伙企业（有限合伙）

**成立日期：** 2018年05月11日

**合伙期限自：**2018年05月11日

**合伙期限至：**2038年05月10日

**登记机关：**宁波市北仑区市场监督管理局

**核准日期：**2018年12月29日

**登记状态：**存续

**主要经营场所：**浙江省宁波市北仑区梅山七星路88号1幢401室B区D0089

**经营范围：**投资管理。（未经金融等监管部门批准不得从事吸收存款、融资担保、代客理财、向社会公众集（融）资等金融业务）（依法须经批准的项目，经相关部门批准后方可开展经营活动）

## ▌ 合伙人信息

| 序号 | 合伙人 | 证照/证件类型 | 证照/证件号码 | 合伙人类型 |
|---|---|---|---|---|
| 1 | 李江虹 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 刘振飞 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 韩充 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 张自权 | 非公示项 | 非公示项 | 自然人股东 |
| 5 | 吕晓光 | 非公示项 | 非公示项 | 自然人股东 |
| 6 | 赵钧 | 非公示项 | 非公示项 | 自然人股东 |
|  | 苏州琨玉金舵同赢投 |  | 91320583MA1NEH |  |

16

| 7 | 资企业（有限合伙） | 其他 | FK16 | 其他投资者 |
|---|---|---|---|---|
| 8 | 远东控股集团有限公司 | 其他 | 913202822504667000 | 企业法人 |
| 9 | 宏瓴思齐（珠海）股权投资基金企业（有限合伙） | 其他 | 91440400MA4UQHAN1C | 其他投资者 |
| 10 | 西藏天承投资管理有限公司 | 其他 | 915400913213305 7X8 | 企业法人 |
| 11 | 北京京管天岑资产管理合伙企业（有限合伙） | 其他 | 91110108MA0041GM3A | 企业法人 |
| 12 | 上海颐投财务管理合伙企业（有限合伙） | 其他 | 91310230MA1JY3MW1H | 其他投资者 |
| 13 | 西藏祥毓和泰企业管理有限公司 | 其他 | 9112011655945229 49 | 企业法人 |
| 14 | 上海骏瑞投资有限公司 | 其他 | 91310103987932062 | 企业法人 |
| 15 | 深圳市博睿财智控股有限公司 | 其他 | 914403007649568 2XM | 企业法人 |
| 16 | 上海凡银资产管理有限公司 | 其他 | 91310103987932062 | 企业法人 |
| 17 | 中国信达资产管理股份有限公司 | 其他 | 911100007109249 45A | 企业法人 |

▌ 分支机构信息

| 暂无分支机构信息 |
|---|

▌ 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| | | 企业名称:<br>西藏天承投资管理有限公司;<br>出资额: *****.****万;<br>百分比: **.****% 企业名称: | 企业名称:<br>西藏天承投资管理有限公司;<br>出资额: *****.****万;<br>百分比: **.****% 企业名称: | |

17

| | | | | |
|---|---|---|---|---|
| 1 | 合伙人信息备案 | 上海骏瑞投资有限公司;<br>出资额: *****.****万;<br>百分比: **.****% 企业名称:<br>苏州琨玉锦弘二期投资企业<br>（有限合伙）; 出资额:<br>*****.****万; 百分比:<br>**.****% 姓名: 赵钧; 出资额:<br>****.***万; 百分比: *.****%<br>企业名称:<br>上海颐投财务管理合伙企业<br>（有限合伙）; 出资额:<br>****.****万; 百分比: *.****%<br>企业名称:<br>中国信达资产管理股份有限<br>公司; 出资额: ****.****万;<br>百分比: *.****% 姓名:<br>刘振飞; 出资额: ****.****万;<br>百分比: *.****% 企业名称:<br>西藏祥毓和泰企业管理有限<br>公司; 出资额: ****.****万;<br>百分比: *.****% 企业名称:<br>北京京管天岑资产管理合伙<br>企业<br>（有限合伙）（执行事务合<br>伙人）; 出资额: ****.****万;<br>百分比: *.***% 姓名: 吕晓光;<br>出资额: ****.****万; 百分比:<br>*.****% 企业名称:<br>上海凡银资产管理有限公司;<br>出资额: ****.****万; 百分比:<br>*.****% 企业名称:<br>宏瓴思齐（珠海）股权投资<br>基金企业（有限合伙）;<br>出资额: ****.****万; 百分比:<br>*.***% 姓名: 张自权; 出资额:<br>****.****万; 百分比: *.***%<br>企业名称:<br>深圳市博睿财智控股有限公<br>司; 出资额: ****.****万;<br>百分比: *.***% 企业名称:<br>远东控股集团有限公司;<br>出资额: ****.****万; 百分比:<br>*.***% 姓名: 韩充; 出资额:<br>***.****万; 百分比: *.***%<br>姓名: 李江虹; 出资额:<br>***.****万; 百分比: *.****% | 上海骏瑞投资有限公司;<br>出资额: *****.****万;<br>百分比: **.****% 企业名称:<br>苏州琨玉金舵同赢投资企业<br>（有限合伙）; 出资额:<br>*****.****万; 百分比:<br>**.****% 姓名: 赵钧; 出资额:<br>****.***万; 百分比: *.****%<br>企业名称:<br>上海颐投财务管理合伙企业<br>（有限合伙）; 出资额:<br>****.****万; 百分比: *.****%<br>企业名称:<br>中国信达资产管理股份有限<br>公司; 出资额: ****.****万;<br>百分比: *.****% 姓名:<br>刘振飞; 出资额: ****.****万;<br>百分比: *.****% 企业名称:<br>西藏祥毓和泰企业管理有限<br>公司; 出资额: ****.****万;<br>百分比: *.****% 企业名称:<br>北京京管天岑资产管理合伙<br>企业<br>（有限合伙）（执行事务合<br>伙人）; 出资额: ****.****万;<br>百分比: *.***% 姓名: 吕晓光;<br>出资额: ****.****万; 百分比:<br>*.****% 企业名称:<br>上海凡银资产管理有限公司;<br>出资额: ****.****万; 百分比:<br>*.****% 企业名称:<br>宏瓴思齐（珠海）股权投资<br>基金企业（有限合伙）;<br>出资额: ****.****万; 百分比:<br>*.***% 姓名: 张自权; 出资额:<br>****.****万; 百分比: *.***%<br>企业名称:<br>深圳市博睿财智控股有限公<br>司; 出资额: ****.****万;<br>百分比: *.***% 企业名称:<br>远东控股集团有限公司;<br>出资额: ****.****万; 百分比:<br>*.***% 姓名: 韩充; 出资额:<br>***.****万; 百分比: *.***%<br>姓名: 李江虹; 出资额:<br>***.****万; 百分比: *.****% | 2018年12月29日 |
| 2 | 营业场所变更 | 浙江省宁波市北仑区梅山盐场*号办公楼十九号***室 | 浙江省宁波市北仑区梅山七星路**号*幢***室B区D**** | 2018年12月29日 |
| | | | 姓名: 李江虹; 出资额:<br>***.****万; 百分比: *.****% | |

18

| 3 | 合伙人信息备案 | 企业名称:<br>北京京管天岑资产管理合伙企业<br>（有限合伙）（执行事务合伙人）; 出资额: ***万;<br>百分比: **% 姓名: 陶融;<br>出资额: ***万; 百分比: **%<br>姓名: 黄爱莲; 出资额: ***万;<br>百分比: **% | 姓名: 韩充; 出资额:<br>***.****万; 百分比: *.***%<br>企业名称:<br>宏瓴思齐（珠海）股权投资基金企业（有限合伙）;<br>出资额: ****.****万; 百分比:<br>*.***% 姓名: 张自权; 出资额:<br>****.****万; 百分比: *.***%<br>企业名称:<br>深圳市博睿财智控股有限公司; 出资额: ****.****万;<br>百分比: *.***% 企业名称:<br>远东控股集团有限公司;<br>出资额: ****.****万; 百分比:<br>*.***% 企业名称:<br>上海凡银资产管理有限公司;<br>出资额: ****.****万; 百分比:<br>*.****% 姓名: 吕晓光;<br>出资额: ****.****万; 百分比:<br>*.****% 企业名称:<br>北京京管天岑资产管理合伙企业<br>（有限合伙）（执行事务合伙人）; 出资额: ****.****万;<br>百分比: *.***% 姓名: 刘振飞;<br>出资额: ****.****万; 百分比:<br>*.****% 企业名称:<br>西藏祥毓和泰企业管理有限公司; 出资额: ****.****万;<br>百分比: *.****% 企业名称:<br>上海颐投财务管理合伙企业<br>（有限合伙）; 出资额:<br>****.****万; 百分比: *.****%<br>企业名称:<br>中国信达资产管理股份有限公司; 出资额: ****.****万;<br>百分比: *.****% 姓名: 赵钧;<br>出资额: ****.***万; 百分比:<br>*.****% 企业名称:<br>苏州琨玉锦弘二期投资企业<br>（有限合伙）; 出资额:<br>*****.****万; 百分比:<br>**.****% 企业名称:<br>上海骏瑞投资有限公司;<br>出资额: *****.****万;<br>百分比: **.****% 企业名称:<br>西藏天承投资管理有限公司;<br>出资额: *****.****万;<br>百分比: **.****% | 2018年08月10日 |
| 4 | 认缴出资变更 | **** | ****** | 2018年08月10日 |

**▌清算信息**

暂无清算信息

**▌行政许可信息**

暂无行政许可信息

**▌行政处罚信息**

暂无行政处罚信息

**▌经营异常信息**

暂无经营异常信息

**▌严重违法信息**

暂无严重违法信息

**▌抽查检查信息**

暂无抽查检查信息

**▌动产抵押登记信息**

暂无动产抵押登记信息

# 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

**▌行政许可信息**

暂无行政许可信息

**▌知识产权出质登记信息**

暂无知识产权出质登记信息

**▌行政处罚信息**

暂无行政处罚信息

**2021年度报告**

---

## 基本信息

**统一社会信用代码/注册号：** 91330206MA2AJNM14D

**企业名称：** 宁波元轩投资管理合伙企业（有限合伙）

**企业通信地址：** 浙江省宁波市北仑区梅山七星路88号1幢401室B区D0089

**邮政编码：** 315832

**企业联系电话：** 用户填无

**企业电子邮箱：** 用户填无

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：**

---

## 网站网店信息

暂无网站网店信息

---

## 对外投资信息

暂无对外投资信息

---

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| | | | |

21

| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |
|---|---|---|---|

## ▌ 社保信息

| 城镇职工基本养老保险 | 0 人 | | 失业保险 | 0 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 0 人 | | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

22

▮ 对外提供担保信息

暂无对外提供担保信息

---

▮ 2020年度报告

---

▮ 基本信息

**统一社会信用代码/注册号：** 91330206MA2AJNM
14D

**企业名称：** 宁波元轩投资管理合伙企业（有限合伙
）

**企业通信地址：** 浙江省宁波市北仑区梅山七星路88
号1幢401室B区D0089

**邮政编码：** 315832

**企业联系电话：** 15168122680

**企业电子邮箱：** 用户填无

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 是

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 投资管理

---

▮ 网站网店信息

暂无网站网店信息

---

▮ 对外投资信息

| 序号 | 名称 | 统一社会信用代码/注册号 |
|---|---|---|
| 1 | 北京京管投资中心（有限合伙） | 91110108MA0045HP55 |

23

**▌ 企业资产状况信息**

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

**▌ 社保信息**

| 城镇职工基本养老保险 | 0人 | | 失业保险 | 0人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 0人 | | 工伤保险 | 0人 |
| 生育保险 | 0人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | | |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 | | |
| | 单位参加生育保险缴费基数 | 企业选择不公示 | | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 | | |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 | | |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 | | |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 | | |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 | | |
| | 单位参加城镇职工基本养老保险累计 | | | |

| | 欠缴金额 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| 单位缴费基数 | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

❚ 对外提供担保信息

暂无对外提供担保信息

❚ 2019年度报告

❚ 基本信息

**统一社会信用代码/注册号：** 91330206MA2AJNM14D

**企业名称：** 宁波元轩投资管理合伙企业（有限合伙）

**企业通信地址：** 浙江省宁波市北仑区梅山街道梅山七星路88号1幢401室B区D0089

**邮政编码：** 315832

**企业联系电话：** 13811984377

**企业电子邮箱：**

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 是

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 投资管理

❚ 网站网店信息

暂无网站网店信息

25

## ▋ 对外投资信息

| 序号 | 名称 | 统一社会信用代码/注册号 |
|------|------|------------------------|
| 1 | 北京京管投资中心（有限合伙） | 91110108MA0045HP55 |

## ▋ 企业资产状况信息

| | | | |
|------|------|------|------|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▋ 社保信息

| | | | |
|------|------|------|------|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 | |
| | 单位参加生育保险缴费基数 | 企业选择不公示 | |
| | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 | |

| | | |
|---|---|---|
| 本期实际缴费金额 | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

**▍ 对外提供担保信息**

暂无对外提供担保信息

**▍ 2018年度报告**

**▍ 基本信息**

**统一社会信用代码/注册号：** 91330206MA2AJNM14D

**企业名称：** 宁波元轩投资管理合伙企业（有限合伙）

**企业通信地址：** 浙江省宁波市北仑区梅山街道梅山七星路88号1幢401室B区D0089

**邮政编码：** 315832

**企业联系电话：** 15652963531

**企业电子邮箱：**

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

27

**是否有投资信息或购买其他公司股权**：是  　　　**是否有网站或网店**：否

**是否有对外担保信息**：否  　　　**有限责任公司本年度是否发生股东股权转让**：否

**企业主营业务活动**：投资管理

## ▌ 网站网店信息

| 暂无网站网店信息 |
| :---: |

## ▌ 对外投资信息

| 序号 | 名称 | 统一社会信用代码/注册号 |
| :---: | :---: | :---: |
| 1 | 北京京管投资中心（有限合伙） | 91110108MA0045HP55 |

## ▌ 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| :---: | :---: | :---: | :---: |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▌ 社保信息

| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| :---: | :---: | :---: | :---: |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费 | | |

28

| | 基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

▌ 对外提供担保信息

暂无对外提供担保信息

29



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "宁波元轩" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Shayna Himelfarb

Sworn to before me this
July 21, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

30