# EXHIBIT VV3



# National Enterprise Credit Information Publicity System

**NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM**

---

# Enterprise Credit Information Publicity Report

**Enterprise Name**    Fuqing Qisheng No. 3 Investment Partnership (Limited Partnership)

**Report Generation Time**    05/26/2022 2:27:05 PM

**Applicant Email**    SAMR@stblaw.com

(The report contents are for reference only. Please refer to the inquiry page of the National Enterprise Credit Information Publicity System for specific contents)

# Government Department Publicity Information

### ▌ License Cover Page Information

**Unified social credit code:** 91350181MA31FE4RXP

**Enterprise name:** Fuqing Qisheng No. 3 Investment Partnership (Limited Partnership)

**Type:** Limited partnership

**Executive business partner:** Shanghai Zhongfu Asset Management Center (Limited Partnership)

**Establishment date:** January 18, 2018

**Partnership period starts from:** January 18, 2018

**Partnership period expires on:** January 17, 2028

**Registration authority:** Fuqing Administration for Market Regulation

**Approval date:** October 29, 2021

**Registration status:** Existing (in operation, in business and on record)

**Main business premises:** Room 070, Room 201, 2nd Floor, Annex Building, Supervision Building, Processing Trade Zone, Fuzhou Bonded Port Area, Fujian Province (No. 9 Xinjiang Road, Xincuo Town, Fuqing City) (Free Trade Zone)

**Business scope:** Equity investment, investment management, and investment consulting (excluding financial, securities and other items that require license or approval as required by laws and regulations). (For the items that must be approved according to law, their business activities can only be carried out after they are approved by the relevant authorities)

### ▌ Partner Information

| Serial Number | Partner | License / Credential Type | License / Credential Number | Partner Type |
|---|---|---|---|---|
| 1 | Qian Youding | Non-publicized item | Non-publicized item | Natural person shareholder |
| 2 | Chen Dejun | Non-publicized item | Non-publicized item | Natural person shareholder |
| 3 | Zhou Shaoming | Non-publicized item | Non-publicized item | Natural person shareholder |
| 4 | Ni Xiufang | Non-publicized item | Non-publicized item | Natural person shareholder |
| 5 | Huang Xin | Non-publicized item | Non-publicized item | Natural person shareholder |
| 6 | Yu Xuedong | Non-publicized item | Non-publicized item | Natural person shareholder |
| 7 | Tibet Hongde Century Investment Co., Ltd. | Enterprise legal person business license (company) | 91540091099590601H | Enterprise legal person |
| 8 | Tianjin Tianhe Lianguan Enterprise Management Center (Limited Partnership) | Enterprise legal person business license (company) | 91120116MA06J41R4L | Enterprise legal person |
| 9 | Tibet Youde Investment Management Co., Ltd. | Enterprise legal person business license | 91540125MA6T12LJ44 | Enterprise legal person |

2

| | | (company) | | |
|---|---|---|---|---|
| 10 | Zijin Zhonghao (Zhejiang) Investment Co., Ltd. | Enterprise legal person business license (company) | 91120106556516141K | Enterprise legal person |
| 11 | Shanghai Zhongfu Asset Management Center (Limited Partnership) | Partnership business license | 91310110MA1G80TE6M | Partnership |
| 12 | Tianjin Jiade Asset Management Co., Ltd. | Enterprise legal person business license (company) | 911202223286756261 | Enterprise legal person |
| 13 | Beijing Ronghui Sunshine Emerging Industry Investment Management Center (Limited Partnership) | Partnership business license | 91110106MA001AUN99 | Partnership |
| 14 | Shanghai Baozhen Enterprise Management Co., Ltd. | Enterprise legal person business license (company) | 91310109MA1G5GF772 | Enterprise legal person |
| 15 | Jiangsu Xinhengtong Investment Group Co., Ltd. | Enterprise legal person business license (company) | 913205092513205359 | Enterprise legal person |
| 16 | Xiamen Gaoxinhong Equity Investment Co., Ltd. | Enterprise legal person business license (company) | 913502007054755672 | Enterprise legal person |
| 17 | Shenzhen Baodechang Investment Co., Ltd. | Enterprise legal person business license (company) | 91440300793863972C | Enterprise legal person |
| 18 | Inner Mongolia Lao Niu Foundation | Other | 531500006673153930 | Other investor |
| 19 | Jiaxing Yingpeng Investment Partnership (Limited Partnership) | Partnership business license | 91330402MA2BA0KA4H | Partnership |

### Branch Information

| There is no branch information for the time being |
|---|

### Change Information

| Serial Number | Change Item | Content Before Change | Content After Change | Change Date |
|---|---|---|---|---|
| 1 | Partner change | Shanghai Zhongfu Asset Management Center (Limited Partnership) <br/>Qian Youding <br/>Inner Mongolia Lao Niu Foundation <br/>Tibet Hongde Century Investment Co., Ltd. <br/>Tibet Wensheng Jinda Investment Co., Ltd. <br/>Tibet Youde Investment Management Co., Ltd. <br/>Zhou Shaoming | Shanghai Zhongfu Asset Management Center (Limited Partnership) <br/>Qian Youding <br/>Inner Mongolia Lao Niu Foundation <br/>Tibet Hongde Century Investment Co., Ltd. <br/>Tianjin Tianhe Lianguan Enterprise Management Center (Limited Partnership) <br/>Tibet Youde Investment Management | October 29, 2021 |

3

| | | | | |
|---|---|---|---|---|
| | | <br/>Zijin Zhonghao (Zhejiang) Investment Co., Ltd. <br/>Tianjin Jiade Asset Management Co., Ltd. <br/>Jiaxing Yingpeng Investment Partnership (Limited Partnership) <br/>Shenzhen Baodechang Investment Co., Ltd. <br/>Chen Dejun <br/>Khorgas Japut Venture Capital Co., Ltd. <br/>Beijing Ronghui Sunshine Emerging Industry Investment Management Center (Limited Partnership) <br/>Huang Xin <br/>Jiangsu Xinhengtong Investment Group Co., Ltd. <br/>Xiamen Gaoxinhong Equity Investment Co., Ltd. <br/>Shanghai Baozhen Enterprise Management Co., Ltd. <br/>Wang Yulian <br/>Yu Xuedong<br/> | Co., Ltd. <br/>Zhou Shaoming <br/>Zijin Zhonghao (Zhejiang) Investment Co., Ltd. <br/>Tianjin Jiade Asset Management Co., Ltd. <br/>Jiaxing Yingpeng Investment Partnership (Limited Partnership) <br/>Shenzhen Baodechang Investment Co., Ltd. <br/>Chen Dejun <br/>Ni Xiufang <br/>Beijing Ronghui Sunshine Emerging Industry Investment Management Center (Limited Partnership) <br/>Huang Xin <br/>Jiangsu Xinhengtong Investment Group Co., Ltd. <br/>Xiamen Gaoxinhong Equity Investment Co., Ltd. <br/>Shanghai Baozhen Enterprise Management Co., Ltd. <br/>Yu Xuedong<br/> | |
| 2 | Liaison filing record | Tang Zhenhua | Jin Chen | October 13, 2021 |
| 3 | Partner change | Shanghai Zhongfu Asset Management Center (Limited Partnership) <br/>Qian Fenglei <br/>Lao Niu Foundation <br/>Tibet Hongde Century Investment Co., Ltd. <br/>Tibet Wensheng Jinda Investment Co., Ltd. <br/>Tibet Youde Investment Management Co., Ltd. <br/>Zhou Shaoming <br/>Zijin Zhonghao (Zhejiang) Investment Co., Ltd. <br/>Tianjin Jiade Asset Management Co., Ltd. <br/>Jiaxing Yingpeng Investment Partnership (Limited Partnership) <br/>Shenzhen Baodechang Investment Co., Ltd. <br/>Chen Dejun <br/>Khorgas Japut Venture Capital Co., Ltd. <br/>Beijing Ronghui Sunshine Emerging Industry Investment Management Center (Limited Partnership) <br/>Huang Xin <br/>Jiangsu Xinhengtong Investment Group Co., Ltd. <br/>Xiamen Gaoxinhong Equity Investment Co., Ltd. <br/>Shanghai Baozhen Enterprise Management Co., Ltd. <br/>Wang Yulian<br/> | Shanghai Zhongfu Asset Management Center (Limited Partnership) <br/>Qian Youding <br/>Inner Mongolia Lao Niu Foundation <br/>Tibet Hongde Century Investment Co., Ltd. <br/>Tibet Wensheng Jinda Investment Co., Ltd. <br/>Tibet Youde Investment Management Co., Ltd. <br/>Zhou Shaoming <br/>Zijin Zhonghao (Zhejiang) Investment Co., Ltd. <br/>Tianjin Jiade Asset Management Co., Ltd. <br/>Jiaxing Yingpeng Investment Partnership (Limited Partnership) <br/>Shenzhen Baodechang Investment Co., Ltd. <br/>Chen Dejun <br/>Khorgas Japut Venture Capital Co., Ltd. <br/>Beijing Ronghui Sunshine Emerging Industry Investment Management Center (Limited Partnership) <br/>Huang Xin <br/>Jiangsu Xinhengtong Investment Group Co., Ltd. <br/>Xiamen Gaoxinhong Equity Investment Co., Ltd. <br/>Shanghai Baozhen Enterprise Management Co., Ltd. <br/>Wang Yulian <br/>Yu Xuedong<br/> | July 14, 2020 |

4

| 4 | Partner change | Shanghai Yunfeng Xinchuang Investment Management Co., Ltd. <BR>Shanghai Yunfeng Xinchuang Enterprise Management Co., Ltd.<BR> | Shanghai Zhongfu Asset Management Center (Limited Partnership) <BR>Qian Fenglei <BR>Lao Niu Foundation <BR>Tibet Hongde Century Investment Co., Ltd. <BR>Tibet Wensheng Jinda Investment Co., Ltd. <BR>Tibet Youde Investment Management Co., Ltd. <BR>Zhou Shaoming <BR>Zijin Zhonghao (Zhejiang) Investment Co., Ltd. <BR>Tianjin Jiade Asset Management Co., Ltd. <BR>Jiaxing Yingpeng Investment Partnership (Limited Partnership) <BR>Shenzhen Baodechang Investment Co., Ltd. <BR>Chen Dejun <BR>Khorgas Japut Venture Capital Co., Ltd. <BR>Beijing Ronghui Sunshine Emerging Industry Investment Management Center (Limited Partnership) <BR>Huang Xin <BR>Jiangsu Xinhengtong Investment Group Co., Ltd. <BR>Xiamen Gaoxinhong Equity Investment Co., Ltd. <BR>Shanghai Baozhen Enterprise Management Co., Ltd. <BR>Wang Yulian<br/> | November 2, 2018 |
| 5 | Partner executing partnership affairs | Shanghai Yunfeng Xinchuang Enterprise Management Co., Ltd.; | Zhang Ting<BR> | November 2, 2018 |
| 6 | Capital contribution change | RMB 100,000,000.00 | RMB 2,939,698,318.00 | November 2, 2018 |

▌ Liquidation Information

There is no liquidation information for the time being

▌ Administrative Licensing Information

There is no administrative licensing information for the time being

▌ Administrative Penalty Information

There is no administrative penalty information for the time being

▌ Abnormal Operation Information

There is no abnormal operation information for the time being

▌ Serious Violation Information

5

There is no serious violation information for the time being

▌ Random Inspection Information

There is no random inspection information for the time being

▌ Movable Property Mortgage Registration Information

There is no movable property mortgage registration information for the time being

## Enterprise Self-publicized Information (The enterprise self-publicized information is provided by the enterprise, and the enterprise is responsible for the authenticity and legality of its real-time information)

▌ Administrative Licensing Information

There is no administrative licensing information for the time being

▌ Intellectual Property Pledge Registration Information

There is no intellectual property pledge registration information or the time being

▌ Administrative Penalty Information

There is no administrative penalty information for the time being

▌ 2021 Annual Report

▌ Basic Information

**Unified social credit code / registration number:** 91350181MA31FE4RXP

**Enterprise name:** Fuqing Qisheng No. 3 Investment Partnership (Limited Partnership)

**Enterprise mailing address:** 42nd Floor, Yueyang Plaza Office Building, No. 1601 Nanjing West Road, Jing'an District, Shanghai City

**Postal code:** 200040

**Enterprise contract phone:** 021-31270909

**Enterprise email:** jason.jin@yfc.cn

**Number of employees:** Enterprise chooses not to publicize

**Number** of female employees: Enterprise chooses not to publicize

**Enterprise operating status:** In business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: Yes

**Whether there is** a website or an online store: No

**Whether there is any** external guarantee information: No

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

**Enterprise main business activities:** Equity investment, investment management, and investment consulting.

6

### Website and Online Store Information

There is no website and online store information for the time being

### External Investment Information

| Serial Number | Name | Unified Social Credit Code / Registration Number |
|---|---|---|
| 1 | Shanghai Zhongfu Equity Investment Management Center (Limited Partnership) | 913100003123175412 |

### Enterprise Asset Status Information

| | | | |
|---|---|---|---|
| Total assets | Enterprise chooses not to publicize | Total owners' equity | Enterprise chooses not to publicize |
| Total operating income | Enterprise chooses not to publicize | Total profit | Enterprise chooses not to publicize |
| Main operating income in total operating income | Enterprise chooses not to publicize | Net profit | Enterprise chooses not to publicize |
| Total taxes | Enterprise chooses not to publicize | Total liabilities | Enterprise chooses not to publicize |

### Social Insurance Information

| | | | |
|---|---|---|---|
| Basic pension insurance for urban employees | 0 people | Unemployment insurance | 0 people |
| Basic medical insurance for employees | 0 people | Work injury insurance | 0 people |
| Maternity insurance | 0 people | | |

| Company's payment base | Company's payment base for basic pension insurance for urban employees | Enterprise chooses not to publicize |
|---|---|---|
| | Company's payment base for unemployment insurance | Enterprise chooses not to publicize |
| | Company's payment base for basic medical insurance for employees | Enterprise chooses not to publicize |
| | Company's payment base for maternity insurance | Enterprise chooses not to publicize |
| | Actual payment base for basic pension insurance for urban employees this period | Enterprise chooses not to publicize |
| | Actual payment base for unemployment insurance this period | Enterprise chooses not to publicize |

7

| Actual payment amount this period | Actual payment base for basic medical insurance for employees this period | Enterprise chooses not to publicize |
|---|---|---|
| | Actual payment base for work injury insurance this period | Enterprise chooses not to publicize |
| | Actual payment base for maternity insurance this period | Enterprise chooses not to publicize |
| Company's payment base | Company's cumulative amount owed for basic pension insurance for urban employees | Enterprise chooses not to publicize |
| | Company's cumulative amount owed for unemployment insurance | Enterprise chooses not to publicize |
| | Company's cumulative amount owed for basic medical insurance for employees | Enterprise chooses not to publicize |
| | Company's cumulative amount owed for work injury insurance | Enterprise chooses not to publicize |
| | Company's cumulative amount owed for maternity insurance | Enterprise chooses not to publicize |

**▮ Externally Provided Guarantee Information**

There is no externally provided guarantee information for the time being

**▮ 2020 Annual Report**

**▮ Basic Information**

**Unified social credit code / registration number:** 91350181MA31FE4RXP

**Enterprise name:** Fuqing Qisheng No. 3 Investment Partnership (Limited Partnership)

**Enterprise mailing address:** Room 3501, Jiahua Center, No. 1010 Huaihai Middle Road, Xuhui District, Shanghai City

**Postal code:** 200031

**Enterprise contract phone:** 021-31270909

**Enterprise email:** Jason.jin@yfc.cn

**Number of employees:** Enterprise chooses not to publicize

**Number** of female employees: Enterprise chooses not to publicize

**Enterprise operating status:** In business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: Yes

**Whether there is** a website or an online store: No

**Whether there is any** external guarantee information: No

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

**Enterprise main business activities:** Equity investment, investment management, and investment consulting.

**▮ Website and Online Store Information**

8

| There is no website and online store information for the time being |
| --- |

## External Investment Information

| Serial Number | Name | Unified Social Credit Code / Registration Number |
| --- | --- | --- |
| 1 | Shanghai Zhongfu Equity Investment Management Center (Limited Partnership) | 913100003123175412 |

## Enterprise Asset Status Information

| | | | |
| --- | --- | --- | --- |
| **Total assets** | Enterprise chooses not to publicize | **Total owners' equity** | Enterprise chooses not to publicize |
| **Total operating income** | Enterprise chooses not to publicize | **Total profit** | Enterprise chooses not to publicize |
| **Main operating income in total operating income** | Enterprise chooses not to publicize | **Net profit** | Enterprise chooses not to publicize |
| **Total taxes** | Enterprise chooses not to publicize | **Total liabilities** | Enterprise chooses not to publicize |

## Social Insurance Information

| | | | |
| --- | --- | --- | --- |
| **Basic pension insurance for urban employees** | 0 people | **Unemployment insurance** | 0 people |
| **Basic medical insurance for employees** | 0 people | **Work injury insurance** | 0 people |
| **Maternity insurance** | 0 people | | |

| **Company's payment base** | **Company's payment base for basic pension insurance for urban employees** | Enterprise chooses not to publicize |
| --- | --- | --- |
| | **Company's payment base for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's payment base for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's payment base for maternity insurance** | Enterprise chooses not to publicize |
| | **Actual payment base for basic pension insurance** for urban employees this period | Enterprise chooses not to publicize |
| | **Actual payment base for unemployment insurance this period** | Enterprise chooses not to publicize |
| **Actual payment amount this period** | **Actual payment base for basic medical insurance for employees this period** | Enterprise chooses not to publicize |

9

| | | |
|---|---|---|
| | **Actual payment base for work** injury insurance this period | Enterprise chooses not to publicize |
| | **Actual payment base for maternity insurance this period** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for basic pension insurance** for urban employees | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for unemployment insurance** | Enterprise chooses not to publicize |
| **Company's payment base** | **Company's cumulative amount owed for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for work injury insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for maternity insurance** | Enterprise chooses not to publicize |

### Externally Provided Guarantee Information

There is no externally provided guarantee information for the time being

### 2019 Annual Report

### Basic Information

**Unified social credit code / registration number:** 91350181MA31FE4RXP

**Enterprise name:** Fuqing Qisheng No. 3 Investment Partnership (Limited Partnership) ）

**Enterprise mailing address:** Room 3501, Jiahua Center, No. 1010 Huaihai Middle Road, Xuhui District, Shanghai City

**Postal code:** 200031

**Enterprise contract phone:** 021-31270909

**Enterprise email:** zhanglian@yfc.cn

**Number of employees:** Enterprise chooses not to publicize

**Number** of female employees: Enterprise chooses not to publicize

**Enterprise operating status:** In business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: No

**Whether there is** a website or an online store: No

**Whether there is any** external guarantee information: No

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

**Enterprise main business activities:** Equity investment, investment management, and investment consulting.

### Website and Online Store Information

There is no website and online store information for the time being

## External Investment Information

There is no external investment information for the time being

## Enterprise Asset Status Information

| Total assets | Enterprise chooses not to publicize | Total owners' equity | Enterprise chooses not to publicize |
|---|---|---|---|
| Total operating income | Enterprise chooses not to publicize | Total profit | Enterprise chooses not to publicize |
| Main operating income in total operating income | Enterprise chooses not to publicize | Net profit | Enterprise chooses not to publicize |
| Total taxes | Enterprise chooses not to publicize | Total liabilities | Enterprise chooses not to publicize |

## Social Insurance Information

| Basic pension insurance for urban employees | 0 people | Unemployment insurance | 0 people |
|---|---|---|---|
| Basic medical insurance for employees | 0 people | Work injury insurance | 0 people |
| Maternity insurance | 0 people | | |

| Company's payment base | Company's payment base for basic pension insurance for urban employees | Enterprise chooses not to publicize |
|---|---|---|
| | Company's payment base for unemployment insurance | Enterprise chooses not to publicize |
| | Company's payment base for basic medical insurance for employees | Enterprise chooses not to publicize |
| | Company's payment base for maternity insurance | Enterprise chooses not to publicize |
| Actual payment amount this period | Actual payment base for basic pension insurance for urban employees this period | Enterprise chooses not to publicize |
| | Actual payment base for unemployment insurance this period | Enterprise chooses not to publicize |
| | Actual payment base for basic medical insurance for employees this period | Enterprise chooses not to publicize |
| | Actual payment base for work injury insurance this period | Enterprise chooses not to publicize |
| | Actual payment base for maternity insurance this period | Enterprise chooses not to publicize |

11

| Company's payment base | Company's cumulative amount owed for **basic pension insurance** for urban employees | Enterprise chooses not to publicize |
| --- | --- | --- |
| | **Company's cumulative amount owed for unemployment insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for basic medical insurance for employees** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for work injury insurance** | Enterprise chooses not to publicize |
| | **Company's cumulative amount owed for maternity insurance** | Enterprise chooses not to publicize |

**▌ Externally Provided Guarantee Information**

There is no externally provided guarantee information for the time being

**▌ 2018 Annual Report**

**▌ Basic Information**

**Unified social credit code / registration number:** 91350181MA31FE4RXP

**Enterprise name:** Fuqing Qisheng No. 3 Investment Partnership (Limited Partnership)

**Enterprise mailing address:** Room 3501, Jiahua Center, No. 1010 Huaihai Middle Road, Xuhui District, Shanghai City

**Postal code:** 200031

**Enterprise contract phone:** 021-31270909

**Enterprise email:** zhanglian@yfc.cn

**Number of employees:** Enterprise chooses not to publicize

**Number** of female employees: Enterprise chooses not to publicize

**Enterprise operating status:** In business

**Enterprise shareholding situation:** Enterprise chooses not to publicize

**Whether there is any** investment information or purchase of another company's equity: No

**Whether there is** a website or an online store: No

**Whether there is any** external guarantee information: No

**Whether there is any shareholder equity transfer in the limited liability company this year:** No

**Enterprise main business activities:** Equity investment, investment management, and investment consulting (excluding financial, securities and other items that require license or approval as required by laws and regulations).

**▌ Website and Online Store Information**

There is no website and online store information for the time being

**▌ External Investment Information**

| There is no external investment information for the time being |
|---|

**▌** Enterprise Asset Status Information

| Total assets | Enterprise chooses not to publicize | Total owners' equity | Enterprise chooses not to publicize |
|---|---|---|---|
| Total operating income | Enterprise chooses not to publicize | Total profit | Enterprise chooses not to publicize |
| Main operating income in total operating income | Enterprise chooses not to publicize | Net profit | Enterprise chooses not to publicize |
| Total taxes | Enterprise chooses not to publicize | Total liabilities | Enterprise chooses not to publicize |

**▌** Social Insurance Information

| Basic pension insurance for urban employees | 0 people | Unemployment insurance | 0 people |
|---|---|---|---|
| Basic medical insurance for employees | 0 people | Work injury insurance | 0 people |
| Maternity insurance | 0 people | | |

| Company's payment base | Company's payment base for basic pension insurance for urban employees | Enterprise chooses not to publicize |
|---|---|---|
| | Company's payment base for unemployment insurance | Enterprise chooses not to publicize |
| | Company's payment base for basic medical insurance for employees | Enterprise chooses not to publicize |
| | Company's payment base for maternity insurance | Enterprise chooses not to publicize |
| | Actual payment base for basic pension insurance for urban employees this period | Enterprise chooses not to publicize |
| | Actual payment base for unemployment insurance this period | Enterprise chooses not to publicize |
| Actual payment amount this period | Actual payment base for basic medical insurance for employees this period | Enterprise chooses not to publicize |
| | Actual payment base for work injury insurance this period | Enterprise chooses not to publicize |
| | Actual payment base for maternity insurance this period | Enterprise chooses not to publicize |
| | Company's cumulative amount owed for basic pension insurance for urban employees | Enterprise chooses not to publicize |
| | Company's cumulative amount owed for unemployment insurance | Enterprise chooses not to publicize |

13

| Company's payment base | Company's cumulative amount owed for basic medical insurance for employees | Enterprise chooses not to publicize |
|---|---|---|
| | Company's cumulative amount owed for work injury insurance | Enterprise chooses not to publicize |
| | Company's cumulative amount owed for maternity insurance | Enterprise chooses not to publicize |

**Externally Provided Guarantee Information**

There is no externally provided guarantee information for the time being

14



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

**企业名称**　　　福清麒盛叁号投资合伙企业（有限合伙）

**报告生成时间**　2022/07/12 11:43:52

**申请人邮箱**　　SAMR@stblaw.com

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## 照面信息

**统一社会信用代码**：91350181MA31FE4RXP

**企业名称**：福清麒盛叁号投资合伙企业（有限合伙）

**类型**：有限合伙企业

**执行事务合伙人**：上海众付资产管理中心（有限合伙）

**成立日期**：2018年01月18日

**合伙期限自**：2018年01月18日

**合伙期限至**：2028年01月17日

**登记机关**：福清市市场监督管理局

**核准日期**：2021年10月29日

**登记状态**：存续（在营、开业、在册）

**主要经营场所**：
福建省福州保税港区加工贸易区监管大楼附属楼2层201室070区间（福清市新厝镇新江路9号）（自贸试验区内）

**经营范围**：股权投资，投资管理，投资咨询（不含金融、证券及其他法律、法规规定需许可或审批的项目）。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

## 合伙人信息

| 序号 | 合伙人 | 证照/证件类型 | 证照/证件号码 | 合伙人类型 |
|---|---|---|---|---|
| 1 | 钱友定 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 陈德军 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 周少明 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 倪秀芳 | 非公示项 | 非公示项 | 自然人股东 |
| 5 | 虞学东 | 非公示项 | 非公示项 | 自然人股东 |
| 6 | 黄鑫 | 非公示项 | 非公示项 | 自然人股东 |
| | 江苏新恒通投资集团 | 企业法人营业执照(公 | 913205092513 2053 | |

| 7 | 有限公司 | 司) | 59 | 企业法人 |
|---|---|---|---|---|
| 8 | 深圳市宝德昌投资有限公司 | 企业法人营业执照(公司) | 914403007938639 72C | 企业法人 |
| 9 | 厦门市高鑫泓股权投资有限公司 | 企业法人营业执照(公司) | 913502007054755672 | 企业法人 |
| 1 0 | 内蒙古老牛慈善基金会 | 其他 | 531500006673153930 | 其他投资者 |
| 1 1 | 北京融汇阳光新兴产业投资管理中心（有限合伙） | 合伙企业营业执照 | 91110106MA001AU N99 | 合伙企业 |
| 1 2 | 嘉兴盈鹏投资合伙企业（有限合伙） | 合伙企业营业执照 | 91330402MA2BA0K A4H | 合伙企业 |
| 1 3 | 天津佳德资产管理有限公司 | 企业法人营业执照(公司) | 911202223286756261 | 企业法人 |
| 1 4 | 紫金中浩（浙江）投资有限公司 | 企业法人营业执照(公司) | 91120106556516141K | 企业法人 |
| 1 5 | 上海宝振企业管理有限公司 | 企业法人营业执照(公司) | 91310109MA1G5GF 772 | 企业法人 |
| 1 6 | 上海众付资产管理中心（有限合伙） | 合伙企业营业执照 | 91310110MA1G80T E6M | 合伙企业 |
| 1 7 | 天津天合联冠企业管理中心（有限合伙） | 企业法人营业执照(公司) | 91120116MA06J41 R4L | 企业法人 |
| 1 8 | 西藏佑德投资管理有限公司 | 企业法人营业执照(公司) | 91540125MA6T12L J44 | 企业法人 |
| 1 9 | 西藏鸿德世纪投资有限公司 | 企业法人营业执照(公司) | 915400910995906011H | 企业法人 |

❚ 分支机构信息

| 暂无分支机构信息 |
|---|

❚ 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | 合伙人变更 | 上海众付资产管理中心（有限合伙）<br/>钱友定<br/>内蒙古老牛慈善基金会<br/>西藏鸿德世纪投资有限公司<br/>西藏稳盛进达投资有限公司<br/>西藏佑德投资管理有限公司<br/>周少明<br/>紫金中浩（浙江）投资有限公司<br/>天津佳德资产管理有限公司<br/>嘉兴盈鹏投资合伙企业（有限合伙）<br/>深圳市宝德昌投资有限公司<br/>陈德军<br/>霍尔果斯捷普特创业投资有限公司<br/>北京融汇阳光新兴产业投资管理中心（有限合伙）<br/>黄鑫<br/>江苏新恒通投资集团有限公司<br/>厦门市高鑫泓股权投资有限公司<br/>上海宝振企业管理有限公司<br/>王育莲<br/>虞学东<br/> | 上海众付资产管理中心（有限合伙）<br/>钱友定<br/>内蒙古老牛慈善基金会<br/>西藏鸿德世纪投资有限公司<br/>天津天合联冠企业管理中心（有限合伙）<br/>西藏佑德投资管理有限公司<br/>周少明<br/>紫金中浩（浙江）投资有限公司<br/>天津佳德资产管理有限公司<br/>嘉兴盈鹏投资合伙企业（有限合伙）<br/>深圳市宝德昌投资有限公司<br/>陈德军<br/>倪秀芳<br/>北京融汇阳光新兴产业投资管理中心（有限合伙）<br/>黄鑫<br/>江苏新恒通投资集团有限公司<br/>厦门市高鑫泓股权投资有限公司<br/>上海宝振企业管理有限公司<br/>虞学东<br/> | 2021年10月29日 |
| 2 | 联络员备案 | 唐振华 | 金晨 | 2021年10月13日 |
| 3 | 合伙人变更 | 上海众付资产管理中心（有限合伙）<br/>钱峰雷<br/>老牛基金会<br/>西藏鸿德世纪投资有限公司<br/>西藏稳盛进达投资有限公司<br/>西藏佑德投资管理有限公司<br/>周少明<br/>紫金中浩（浙江）投资有限公司<br/>天津佳德资产管理有限公司<br/>嘉兴盈鹏投资合伙企业（有限合伙）<br/>深圳市宝德昌投资有限公司<br/>陈德军<br/>霍尔果斯捷普特创业投资有限公司<br/>北京融汇阳光新兴产业投资管理中心（有限合伙）<br/>黄鑫<br/>江苏新恒通投资集团有限公司<br/>厦门市高鑫泓股权投资有限公司<br/>上海宝振企业管理有限公司<br/>王育莲<br/> | 上海众付资产管理中心（有限合伙）<br/>钱友定<br/>内蒙古老牛慈善基金会<br/>西藏鸿德世纪投资有限公司<br/>西藏稳盛进达投资有限公司<br/>西藏佑德投资管理有限公司<br/>周少明<br/>紫金中浩（浙江）投资有限公司<br/>天津佳德资产管理有限公司<br/>嘉兴盈鹏投资合伙企业（有限合伙）<br/>深圳市宝德昌投资有限公司<br/>陈德军<br/>霍尔果斯捷普特创业投资有限公司<br/>北京融汇阳光新兴产业投资管理中心（有限合伙）<br/>黄鑫<br/>江苏新恒通投资集团有限公司<br/>厦门市高鑫泓股权投资有限公司<br/>上海宝振企业管理有限公司<br/>王育莲<br/>虞学东<br/> | 2020年07月14日 |
| | | | 上海众付资产管理中心（有 | |

18

| 4 | 合伙人变更 | 上海云锋新创投资管理有限公司<BR>上海云锋新创企业管理有限公司<BR> | 限合伙）<BR>钱峰雷<BR>老牛基金会<BR>西藏鸿德世纪投资有限公司<BR>西藏稳盛进达投资有限公司<BR>西藏佑德投资管理有限公司<BR>周少明<BR>紫金中浩（浙江）投资有限公司<BR>天津佳德资产管理有限公司<BR>嘉兴盈鹏投资合伙企业（有限合伙）<BR>深圳市宝德昌投资有限公司<BR>陈德军<BR>霍尔果斯捷普特创业投资有限公司<BR>北京融汇阳光新兴产业投资管理中心（有限合伙）<BR>黄鑫<BR>江苏新恒通投资集团有限公司<BR>厦门市高鑫泓股权投资有限公司<BR>上海宝振企业管理有限公司<BR>王育莲<BR> | 2018年11月02日 |
| 5 | 执行合伙企业事务的合伙人 | 上海云锋新创企业管理有限公司; | 张婷<BR> | 2018年11月02日 |
| 6 | 出资额变更 | 10000.000000万人民币 | 293969.831800 万元 | 2018年11月02日 |

▎ **清算信息**

| 暂无清算信息 |
| --- |

▎ **行政许可信息**

| 序号 | 许可文件编号 | 许可文件名称 | 有效期自 | 有效期至 | 许可机关 | 许可内容 |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | | | 2018年01月18日 | 2028年01月17日 | 福清市市场监督管理局 | oracle.sql.CLOB@9bfad5f |

▎ **行政处罚信息**

| 暂无行政处罚信息 |
| --- |

▎ **经营异常信息**

| 暂无经营异常信息 |
| --- |

19

▌严重违法信息

暂无严重违法信息

▌抽查检查信息

暂无抽查检查信息

▌动产抵押登记信息

暂无动产抵押登记信息

# 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

▌行政许可信息

暂无行政许可信息

▌知识产权出质登记信息

暂无知识产权出质登记信息

▌行政处罚信息

暂无行政处罚信息

▌<u>2021年度报告</u>

▌基本信息

**统一社会信用代码/注册号：** 91350181MA31FE4RXP  **企业名称：** 福清麒盛叁号投资合伙企业（有限合伙）

**企业通信地址：** 上海市静安区南京西路1601号越洋广场办公楼42层  **邮政编码：** 200040

**企业联系电话：** 021-31270909  **企业电子邮箱：** jason.jin@yfc.cn

**从业人数：** 企业选择不公示  **其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业  **企业控股情况：** 企业选择不公示

20

**是否有投资信息或购买其他公司股权：**是            **是否有网站或网店：**否

**是否有对外担保信息：**否            **有限责任公司本年度是否发生股东股权转让：**否

**企业主营业务活动：**股权投资，投资管理，投资咨询。

### 网站网店信息

| 暂无网站网店信息 |
|---|

### 对外投资信息

| 序号 | 名称 | 统一社会信用代码/注册号 |
|---|---|---|
| 1 | 上海众付股权投资管理中心(有限合伙) | 913100003123175412 |

### 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

### 社保信息

| 城镇职工基本养老保险 | 0人 | 失业保险 | 0人 |
|---|---|---|---|
| 职工基本医疗保险 | 0人 | 工伤保险 | 0人 |
| 生育保险 | 0人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费 | | |

21

| | | |
|---|---|---|
| | 基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

▍ 对外提供担保信息

暂无对外提供担保信息

▍ 2020年度报告

▍ 基本信息

22

**统一社会信用代码/注册号**： 91350181MA31FE4RXP

**企业名称**：福清麒盛叁号投资合伙企业（有限合伙）

**企业通信地址**：上海市徐汇区淮海中路1010号嘉华中心3501室

**邮政编码**：200031

**企业联系电话**：021-31270909

**企业电子邮箱**：Jason.jin@yfc.cn

**从业人数**：企业选择不公示

**其中女性从业人数**：企业选择不公示

**企业经营状态**：开业

**企业控股情况**：企业选择不公示

**是否有投资信息或购买其他公司股权**：是

**是否有网站或网店**：否

**是否有对外担保信息**：否

**有限责任公司本年度是否发生股东股权转让**：否

**企业主营业务活动**：股权投资，投资管理，投资咨询。

---

### ▌网站网店信息

| 暂无网站网店信息 |
| --- |

---

### ▌对外投资信息

| 序号 | 名称 | 统一社会信用代码/注册号 |
| --- | --- | --- |
| 1 | 上海众付股权投资管理中心(有限合伙) | 913100003123175412 |

---

### ▌企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| --- | --- | --- | --- |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

**▌社保信息**

| 城镇职工基本养老保险 | 0 人 | | 失业保险 | 0 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 0 人 | | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

**▌对外提供担保信息**

| 暂无对外提供担保信息 |
| --- |

## 2019年度报告

### 基本信息

**统一社会信用代码/注册号：** 91350181MA31FE4RXP

**企业名称：** 福清麒盛叁号投资合伙企业（有限合伙）

**企业通信地址：** 上海市徐汇区淮海中路1010号嘉华中心3501室

**邮政编码：** 200031

**企业联系电话：** 021-31270909

**企业电子邮箱：** zhanglian@yfc.cn

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 股权投资，投资管理，投资咨询。

### 网站网店信息

| 暂无网站网店信息 |
| --- |

### 对外投资信息

| 暂无对外投资信息 |
| --- |

### 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| --- | --- | --- | --- |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |

25

| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
|---|---|---|---|
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

▌ 社保信息

| 城镇职工基本养老保险 | 0 人 | | 失业保险 | 0 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 0 人 | | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | | 企业选择不公示 | |
| | 单位参加生育保险缴费基数 | | 企业选择不公示 | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加失业保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加职工基本医疗保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加工伤保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加生育保险本期实际缴费基数 | | 企业选择不公示 | |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | | 企业选择不公示 | |
| | 单位参加失业保险累计欠缴金额 | | 企业选择不公示 | |
| 单位缴费基数 | 单位参加职工基本医疗保险累计欠缴金额 | | 企业选择不公示 | |

| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| --- | --- | --- |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 2018年度报告

## 基本信息

**统一社会信用代码/注册号：** 91350181MA31FE4RXP

**企业名称：** 福清麒盛叁号投资合伙企业（有限合伙）

**企业通信地址：** 上海市徐汇区淮海中路1010号嘉华中心3501室

**邮政编码：** 200031

**企业联系电话：** 021-31270909

**企业电子邮箱：** zhanglian@yfc.cn

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 股权投资，投资管理，投资咨询（不含金融、证券及其他法律、法规规定需许可或审批的项目）

## 网站网店信息

暂无网站网店信息

## 对外投资信息

暂无对外投资信息

27

▌ 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

▌ 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |

| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| --- | --- | --- |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

❚ 对外提供担保信息

暂无对外提供担保信息



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "福清麒盛" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Shayna Himelfarb

Sworn to before me this
July 21, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public