# EXHIBIT WW7

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| | OMB APPROVAL |
|---|---|
| OMB Number: | 3235-0101 |
| Expires: | June 30, 2020 |
| Estimated average burden hours per response | 1.00 |

## FORM 144
### NOTICE OF PROPOSED SALE OF SECURITIES
### PURSUANT TO RULE 144 UNDER THE SECURITIES ACT OF 1933

**SEC USE ONLY**
**DOCUMENT SEQUENCE NO.**

**CUSIP NUMBER**

**ATTENTION:** *Transmit for filing 3 copies of this form concurrently with either placing an order with a broker to execute sale or executing a sale directly with a market maker.*

| 1 (a) NAME OF ISSUER *(Please type or print)* | (b) IRS IDENT. NO. | (c) S.E.C. FILE NO. | WORK LOCATION |
|---|---|---|---|
| Alibaba Group Holding Limited | N/A | 001-36614 | |

| 1 (d) ADDRESS OF ISSUER | STREET | CITY | STATE | ZIP CODE | (e) TELEPHONE NO. |
|---|---|---|---|---|---|
| 26/F, Tower Once, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong *(b)* | | | | | AREA CODE / NUMBER |

| 2 (a) NAME OF PERSON FOR WHOSE ACCOUNT THE SECURITIES ARE TO BE SOLD | | RELATIONSHIP TO ISSUER | (c) ADDRESS STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| JSP Investment Limited | | | 26/F, Tower One, Time Square, 1 Matheson Street, Causeway Bay, Hong Kong | | | |

*INSTRUCTION:* The person filing this notice should contact the issuer to obtain the I.R.S. Identification Number and the S.E.C. File Number.

| 3 (a) Title of the Class of Securities To Be Sold | (b) Name and Address of Each Broker Through Whom the Securities are to be Offered or Each Market Maker who is Acquiring the Securities | SEC USE ONLY Broker-Dealer File Number | (c) Number of Shares or Other Units To Be Sold *(See instr. 3(c))* | (d) Aggregate Market Value *(See instr. 3(d))* | (e) Number of Shares or Other Units Outstanding *(See instr. 3(e))* | (f) Approximate Date of Sale *(See instr. 3(f))* (MO. DAY YR.) | (g) Name of Each Securities Exchange *(See instr. 3(g))* |
|---|---|---|---|---|---|---|---|
| American Depository Shares, each representing 1 Ordinary Share | UBS Securities LLC 1285 Avenue of the Americas, New York, NY 10019 | | 6,000,000 | 1,009,920,000 | 2.6B | Oct 15 2019 | NYSE |
| | | | | | | | |
| | | | | | | | |

**INSTRUCTIONS:**

1. (a) Name of issuer
   (b) Issuer's I.R.S. Identification Number
   (c) Issuer's S.E.C. file number, if any
   (d) Issuer's address, including zip code
   (e) Issuer's telephone number, including area code

2. (a) Name of person for whose account the securities are to be sold
   (b) Such person's relationship to the issuer (e.g., officer, director, 10% stockholder, or member of immediate family of any of the foregoing)
   (c) Such person's address, including zip code

3. (a) Title of the class of securities to be sold
   (b) Name and address of each broker through whom the securities are intended to be sold
   (c) Number of shares or other units to be sold (if debt securities, give the aggregate face amount)
   (d) Aggregate market value of the securities to be sold as of a specified date within 10 days prior to the filing of this notice
   (e) Number of shares or other units of the class outstanding, or if debt securities the face amount thereof outstanding, as shown by the most recent report or statement published by the issuer
   (f) Approximate date on which the securities are to be sold
   (g) Name of each securities exchange, if any, on which the securities are intended to be sold

**Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1147 (08-07)

1

# TABLE I — SECURITIES TO BE SOLD

*Furnish the following information with respect to the acquisition of the securities to be sold and with respect to the payment of all or any part of the purchase price or other consideration therefor:*

| Title of the Class | Date you Acquired | Nature of Acquisition Transaction | Name of Person from Whom Acquired (If gift, also give date donor acquired) | Amount of Securities Acquired | Date of Payment | Nature of Payment |
|---|---|---|---|---|---|---|
| Common Stock | Oct 2009 to Apr 2014 | Founder's Shares | Issuer | | N/A | For services rendered |

**INSTRUCTIONS:** If the securities were purchased and full payment therefor was not made in cash at the time of purchase, explain in the table or in a note thereto the nature of the consideration given. If the consideration consisted of any note or other obligation, or if payment was made in installments describe the arrangement and state when the note or other obligation was discharged in full or the last installment paid.

# TABLE II — SECURITIES SOLD DURING THE PAST 3 MONTHS

*Furnish the following information as to all securities of the issuer sold during the past 3 months by the person for whose account the securities are to be sold.*

| Name and Address of Seller | Title of Securities Sold | Date of Sale | Amount of Securities Sold | Gross Proceeds |
|---|---|---|---|---|
| JSP Investment Limited 26/F, Tower One, Time Square, 1 Matheson Street, Causeway Bay, Hong Kong | See attached | | | |

**REMARKS:** The sale of shares set forth herein are made in connection with a selling plan dated Sep 13, 2017 that is intended to comply with Rule 10b5-1(C). The representation below regarding the seller's knowledge of material information was true as of the date the selling plan was entered into.

**INSTRUCTIONS:**
See the definition of "person" in paragraph (a) of Rule 144. Information is to be given not only as to the person for whose account the securities are to be sold but also as to all other persons included in that definition. In addition, information shall be given as to sales by all persons whose sales are required by paragraph (e) of Rule 144 to be aggregated with sales for the account of the person filing this notice.

**ATTENTION:** *The person for whose account the securities to which this notice relates are to be sold hereby represents by signing this notice that he does not know any material adverse information in regard to the current and prospective operations of the Issuer of the securities to be sold which has not been publicly disclosed. If such person has adopted a written trading plan or given trading instructions to satisfy Rule 10b5-1 under the Exchange Act, by signing the form and indicating the date that the plan was adopted or the instruction given, that person makes such representation as of the plan adoption or instruction date.*

8 OCT 2019
_____
**DATE OF NOTICE**

15March 2019
_____
DATE OF PLAN ADOPTION OR GIVING OF INSTRUCTION,
IF RELYING ON RULE 10B5-1

_____
(SIGNATURE)

*The notice shall be signed by the person for whose account the securities are to be sold. At least one copy of the notice shall be manually signed. Any copies not manually signed shall bear typed or printed signatures.*

**ATTENTION:  Intentional misstatements or omission of facts constitute Federal Criminal Violations (See 18 U.S.C. 1001)**

SEC 1147 (02-08)

2

| Trade Date | Total Shares | Gross Proceeds |
|---|---|---|
| 9/12/2019 | 79,760 | $14,365,876.69 |
| 9/13/2019 | 42,900 | $7,723,334.19 |
| 9/18/2019 | 161,779 | $29,124,458.61 |
| 9/19/2019 | 579,885 | $105,773,285.55 |
| 9/20/2019 | 135,676 | $24,692,394.32 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

3

**Seller Representation Letter**

Alibaba Group Holding Limited
c/o Alibaba Group Services Limited
26/F Tower One, Times Square
1 Matheson Street
Causeway Bay, Hong Kong

Simpson Thacher & Bartlett
ICBC Tower
35th Floor, 3 Garden Road
Central, Hong Kong

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, New York 10013

**Re:    Rule 10b5-1 Sales Plan – JSP Investment Limited**

Dear Sirs:

The undersigned has entered into a sales plan, dated 15 March 2019 (the "Plan"), with UBS Securities LLC (the "Broker"), pursuant to which the Broker will sell up to 6,000,000 ordinary shares in the form of American Depositary Shares ("ADSs") of Alibaba Group Holding Limited (the "Company") from 15 October 2019 to 14 January 2020 (the "Selling Period") under a written plan established by the undersigned to meet the requirements of Rule 10b5-1 under the U.S. Securities Exchange Act of 1934, as amended. In connection with the Plan, the undersigned proposes to exchange 3,000,000 restricted ADSs for free transferable ADSs (the "Subject Shares").

The undersigned hereby confirms to you that the statements made herein are true and complete and represents to and agrees with you that:

1.      The undersigned does not know or have any reason to believe that the Company has not complied with the reporting requirements contained in paragraph (c)(1) of Rule 144 ("Rule 144") under the U.S. Securities Act of 1933, as amended (the "Securities Act");

2.      (a) A minimum of six months has elapsed since the date of acquisition, and payment of the full purchase price by the undersigned, of the Subject Shares or the securities from which the Subject Shares were converted from the Company or an affiliate of the Company; or (b) the undersigned acquired the Subject Shares under the Company's equity incentive plan and the Subject Shares were registered on the Company's Registration Statement on Form S-8 (File No. 333-199133);

3.      The aggregate number of the Company's ordinary shares to be sold by the undersigned or for the undersigned's account, either pursuant to the Plan or otherwise, and by or

4

for the account of any person whose sales are required by clauses (a)(2) and (e)(3) of Rule 144 to be aggregated with sales by or for the undersigned (other than shares sold pursuant to a registration statement under the Securities Act, or an exemption provided by Regulation A under the Securities Act, or an exemption contained in Section 4 of the Securities Act) will not exceed the amounts permitted by Rule 144(e) at any relevant time;

4.    The undersigned has not solicited or arranged for the solicitation of, and will not solicit or arrange for the solicitation of, orders to buy the Subject Shares in anticipation of or in connection with any proposed sale of the Subject Shares, and such sale shall be made in accordance with Rule 144(f);

5.    The undersigned has not made, and will not make, any payment in connection with the offering or sale of the Subject Shares to any person other than the Broker;

6.    Prior to or concurrently with the placing an order to sell part or all of the Subject Shares, the undersigned has transmitted or caused to be transmitted to the Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549, three signed copies of the Notice of Proposed Sale of Securities Pursuant to Rule 144, and, if the Company's securities are admitted to trading on any national securities exchange, one signed copy of such Notice to the principal exchange on which such securities are admitted to trading;

7.    If any Subject Shares remain unsold at the end of the Selling Period, the undersigned will promptly return such ADSs to Citibank, N.A., the Depositary of the ADSs, for exchange into restricted ADSs to be registered in the name of undersigned (or an agent of the undersigned) to the extent that such Subject Shares are then subject to transfer restrictions in the hands of the undersigned;

8.    The undersigned confirms that the undersigned entered into the Plan during the trading window under the Company's insider trading policy and did not possess any material non-public information about the Company at the time of entering into the Plan; and

9.    The undersigned will notify you immediately in the event that any of the above statements become inaccurate during any period in which the undersigned has the Subject Shares held in an account for the undersigned by the Broker.

*[Signature page follows]*

5

Sincerely yours,

X _____

JSP Investment Limited

8 OCT 2019

*[Seller Representation Letter – [Name of Affiliate] 10b5-1 Plan]*

6