# EXHIBIT XX1

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL |
|---|
| OMB Number: 3235-0101 |
| Expires: June, 30 2022 |
| Estimated average burden hours per response ... 1.00 |

# FORM 144
## NOTICE OF PROPOSED SALE OF SECURITIES
## PURSUANT TO RULE 144 UNDER THE SECURITIES ACT OF 1933

| SEC USE ONLY |
|---|
| DOCUMENT SEQUENCE NO. |

CUSIP NUMBER

**ATTENTION:** *Transmit for filing 3 copies of this form concurrently with either placing an order with a broker to execute sale or executing a sale directly with a market maker.*

| 1 (a) NAME OF ISSUER (Please type or print) | (b) IRS IDENT. NO. | (c) S.E.C. FILE NO. | WORK LOCATION |
|---|---|---|---|
| Alibaba Group Holding Limited | N/A | 001-36614 | |

| 1 (d) ADDRESS OF ISSUER | STREET | CITY | STATE | ZIP CODE | (e) TELEPHONE NO. | |
|---|---|---|---|---|---|---|
| 26/F, Tower One, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong | | | | | AREA CODE +86 | NUMBER 57185022088 |

| 2 (a) NAME OF PERSON FOR WHOSE ACCOUNT THE SECURITIES ARE TO BE SOLD | | RELATIONSHIP TO ISSUER | (c) ADDRESS STREET ... CITY ... STATE ... ZIP CODE |
|---|---|---|---|
| Yun Capital Limited | | Affiliate | 26/F, Tower One, Times Square, 1 Matheson Street, Causeway Bay Hong Kong |

*INSTRUCTION: The person filing this notice should contact the issuer to obtain the I.R.S. Identification Number and the S.E.C. File Number.*

| 3 (a) Title of the Class of Securities To Be Sold | (b) Name and Address of Each Broker Through Whom the Securities are to be Offered or Each Market Maker who is Acquiring the Securities | SEC USE ONLY Broker-Dealer File Number | (c) Number of Shares or Other Units To Be Sold (See mstr. 3(c)) | (d) Aggregate Market Value (See mstr. 3(d)) | (e) Number of Shares or Other Units Outstanding (See mstr. 3(e)) | (f) Approximate Date of Sale (See mstr. 3(f)) (MO. DAY YR.) | (g) Name of Each Securities Exchange (See mstr. 3(g)) |
|---|---|---|---|---|---|---|---|
| American Depository Shares, each representing 8 Ordinary Shares | Goldman Sachs & Co. LLC 200 West Street New York, NY 11215 | | 2,500,000 | 734.95M | 2,682.7M | Sep 30, 2020 | NYSE |
| | | | | | | | |
| | | | | | | | |

**INSTRUCTIONS:**
1. (a) Name of issuer
   (b) Issuer's I.R.S. Identification Number
   (c) Issuer's S.E.C. file number, if any
   (d) Issuer's address, including zip code
   (e) Issuer's telephone number, including area code

2. . (a) Name of person for whose account the securities are to be sold
   (b) Such person's relationship to the issuer (e.g., officer, director, 10% stockholder, or member of immediate family of any of the foregoing)
   (c) Such person's address, including zip code

3. (a) Title of the class of securities to be sold
   (b) Name and address of each broker through whom the securities are intended to be sold
   (c) Number of shares or other units to be sold (if debt securities, give the aggregate face amount)
   (d) Aggregate market value of the securities to be sold as of a specified date within 10 days prior to the filing of this notice
   (e) Number of shares or other units of the class outstanding, or if debt securities the face amount thereof outstanding, as shown by the most recent report or statement published by the issuer
   (f) Approximate date on which the securities are to be sold
   (g) Name of each securities exchange, if any, on which the securities are intended to be sold

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1147 (08-07)

1

## TABLE I — SECURITIES TO BE SOLD

*Furnish the following information with respect to the acquisition of the securities to be sold and with respect to the payment of all or any part of the purchase price or other consideration therefor:*

| Title of the Class | Date you Acquired | Nature of Acquisition Transaction | Name of Person from Whom Acquired (If gift, also give date donor acquired) | Amount of Securities Acquired | Date of Payment | Nature of Payment |
|---|---|---|---|---|---|---|
| American Depository Shares | Aug 2016 & Jan 2017 | Options | Issuer | 2,500,000 | Aug 2016 & Jan 2017 | Exercise Price |

**INSTRUCTIONS:** If the securities were purchased and full payment therefor was not made in cash at the time of purchase, explain in the table or in a note thereto the nature of the consideration given. If the consideration consisted of any note or other obligation, or if payment was made in installments describe the arrangement and state when the note or other obligation was discharged in full or the last installment paid.

## TABLE II — SECURITIES SOLD DURING THE PAST 3 MONTHS

*Furnish the following information as to all securities of the issuer sold during the past 3 months by the person for whose account the securities are to be sold.*

| Name and Address of Seller | Title of Securities Sold | Date of Sale | Amount of Securities Sold | Gross Proceeds |
|---|---|---|---|---|
| Yun Capital Limited Rm.2201, 22/F, China Merchant Tower 168-220 Connaught Road Central Hong Kong | American Depository Shares | | Please see Appendix 1 | |

**REMARKS:** The sale of shares set forth herein are made in connection with a selling plan dated 17th February 2020, as amended 25th May 2020 & 28th August 2020 that is intended to comply with Rule 10b5-1(C). The representation below regarding the seller's knowledge of material information was true as of the date the selling plan was entered into.

**INSTRUCTIONS:**
See the definition of "person" in paragraph (a) of Rule 144. Information is to be given not only as to the person for whose account the securities are to be sold but also as to all other persons included in that definition. In addition, information shall be given as to sales by all persons whose sales are required by paragraph (e) of Rule 144 to be aggregated with sales for the account of the person filing this notice.

**ATTENTION:** *The person for whose account the securities to which this notice relates are to be sold hereby represents by signing this notice that he does not know any material adverse information in regard to the current and prospective operations of the Issuer of the securities to be sold which has not been publicly disclosed. If such person has adopted a written trading plan or given trading instructions to satisfy Rule 10b5-1 under the Exchange Act, by signing the form and indicating the date that the plan was adopted or the instruction given, that person makes such representation as of the plan adoption or instruction date.*

Sep 30, 2020

DATE OF NOTICE

17th February 2020, as amended 25th May 2020 & 28th August 2020
DATE OF PLAN ADOPTION OR GIVING OF INSTRUCTION, IF RELYING ON RULE 10B5-1

(SIGNATURE)

*The notice shall be signed by the person for whose account the securities are to be sold. At least one copy of the notice shall be manually signed. Any copies not manually signed shall bear typed or printed signatures.*

**ATTENTION:** Intentional misstatements or omission of facts constitute Federal Criminal Violations (See 18 U.S.C. 1001)

SEC 1147 (02-08)

2

**Appendxix 1**

| Date of sale | Amount of Securities sold | Gross Proceeds |
|---|---|---|
| 25-Jun | 569,676 | 126,603,705.26 |
| 26-Jun | 818,905 | 177,035,650.71 |
| 26-Jun | 11,234 | 2,480,251.73 |
| 29-Jun | 181,095 | 39,043,943.48 |
| 2-Jul | 187,112 | 41,673,468.21 |
| 6-Jul | 231,978 | 54,380,890.34 |
| **Total:** | **2,000,000** | **441,217,909.73** |

3