**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | Master File No. 1:20-CV-09568-GBD |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS'**
**OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

I, Kara M. Wolke, declare as follows:

1. I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Salem Gharsalli and additional plaintiffs Laura Ciccarello, Dineshchandra Makadia, and Yan Tongbiao ("Plaintiffs") and Lead Counsel for the Class in the above-captioned action. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action.

2. I make this declaration in support of (i) Plaintiffs' Opposition to Alibaba Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint; and (ii) Plaintiffs' Opposition to Jack Yun Ma's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of a November 3, 2020 Reuters article authored by Julie Zhu and Cheng Leng, titled *"China Tells Ant To Expect Scrutiny Of Credit Business Ahead Of Record Listing: Sources,"* and available at:

https://www.reuters.com/article/us-ant-group-ipo-china-regulator-idUSKBN27J14I.

4. Attached hereto as **Exhibit B** is a true and correct copy of a July 2020 paper authored by Jesse M. Fried and Ehud Kamar, titled "*Alibaba: A Case Study of Synthetic Control*," and available at:

https://ecgi.global/sites/default/files/working_papers/documents/friedkamarfinal.pdf.

5. Attached hereto as **Exhibit C** are true and correct copies of excerpts of Ant Group's Final IPO Prospectus filed with the Hong Kong Stock Exchange on October 27, 2020.

6. Attached hereto as **Exhibit D** are true and correct copies of excerpts of Alibaba Group Holding Limited's annual report for fiscal year 2020, filed with the Securities and Exchange Commission ("SEC") on Form 20-F on July 9, 2020.

7. Attached hereto as **Exhibit E** is a true and correct copy of Alibaba Group Holding Limited's Report of Foreign Private Issuer, filed on Form 6-K with the SEC on July 26, 2022.

8. Attached hereto as **Exhibit F** is a true and correct copy of an unpublished transcript of a ruling on May 16, 2007 in *SEC v. Stanard*, No. 1:06-cv-07736-GEL (S.D.N.Y.) as filed in *SEC v. Straub*, No. 1:11-cv-09645-RJS (S.D.N.Y.) on December 5, 2012 at Docket No. 41-3.

9. Attached hereto as **Exhibit G** is a true and correct copy of a February 16, 2021 Wall Street Journal article authored by Lingling Wei titled, "*China Blocked Jack Ma's Ant IPO After Investigation Revealed Likely Beneficiaries,*" and available at: https://www.wsj.com/articles/china-blocked-jack-mas-ant-ipo-after-an-investigation-revealed-who-stood-to-gain-11613491292.

10. Attached hereto as **Exhibit H** is a true and correct copy of a December 24, 2020 Wall Street Journal article authored by Liza Lin, Lingling Wei, and Chong Koh Ping titled, "*Alibaba, Ant Face Crackdowns From Chinese Regulators,*" and available at: https://www.wsj.com/articles/chinese-regulators-launch-antitrust-investigation-into-alibaba-11608772797.

11. Attached hereto as **Exhibit I** is a true and correct copy of a November 3, 2020 Wall Street Journal article authored by Lingling Wei and Jing Yang titled, "*Ant Founder Jack Ma Faces Backlash From Regulators,*" and available at https://www.wsj.com/articles/ant-founder-jack-ma-faces-backlash-from-regulators-11604442018.

12. Attached hereto as **Exhibit J** is a true and correct copy of a October 21, 2020 Wall Street Journal article authored by Jing Yang and Stella Yifan Xie titled, "*Ant Group's Giant IPOs Set to Launch After Regulators Clear the Way,*" and available at https://www.wsj.com/articles/ant-groups-giant-ipos-set-to-launch-after-regulators-clear-the-way-11603296011.

13. Attached hereto as **Exhibit K** is a true and correct copy of a April 27, 2021 Wall Street Journal article authored by Lingling Wei titled, "*Ant IPO-Approval Process Under*

*Investigation by Beijing*," and available at https://www.wsj.com/articles/ant-ipo-approval-process-under-investigation-by-beijing-11619532022.

14. Attached hereto as **Exhibit L** is a true and correct copy of a November 12, 2020 Wall Street Journal article authored by Jing Yang and Lingling Wei titled, "*China's President Xi Jinping Personally Scuttled Jack Ma's Ant IPO*," and available at: https://www.wsj.com/articles/china-president-xi-jinping-halted-jack-ma-ant-ipo-11605203556.

15. Attached hereto as **Exhibit M** is a true and correct copy of a February 22, 2021 Wall Street Journal article authored by Chun Han Wong titled, "*Co-Founders of Chinese Private-Equity Firm Boyu Build Singapore Base*," and available at https://www.wsj.com/articles/co-founders-of-chinese-private-equity-firm-boyu-build-singapore-base-11614001812.

16. Attached hereto as **Exhibit N** is a true and correct copy of a December 20, 2020 Wall Street Journal article authored by Lingling Wei titled, "*Jack Ma Makes Ant Offer to Placate Chinese Regulators*," and available at https://www.wsj.com/articles/jack-ma-makes-ant-off er-to-placate-chinese-regulators-11608479629.

17. Attached hereto as **Exhibit O** is a true and correct copy of a August 27, 2020 Wall Street Journal article authored by Stella Yifan Xie titled, "*Jack Ma's Ant Remains in Regulators' Crosshairs Ahead of Giant IPO*," and available at https://www.wsj.com/articles/jack-mas-ant-remains-in-regulators-crosshairs-ahead-of-giant-ipo-11598524447.

18. Attached hereto as **Exhibit P** is a true and correct copy of a February 18, 2021 todaychina article titled, "*Wall Street Journal: Jiang Zemin's Grandson Jia Qinglin's Son-in-Law To Take A Stake In Ant Cancel Listing Or Related To Power Struggle*," and available at: https://todaychina.cc/18020.html.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a February 25, 2021 todaychina article titled, "*The 'Maotai Club' Under Xi Jinping's Watchful Eye – Jia Qinglin's Family Corruption Insider Is On The Table Again*," and available at:

https://todaychina.cc/19265.html.

20. Attached hereto as **Exhibit R** is a true and correct copy of a February 17, 2021 The Times of India article titled, "*China Blocked Jack Ma's Ant IPO After Investigation Revealed Likely Beneficiaries: Report*," and available at:

https://timesofindia.indiatimes.com/business/international-business/china-blocked-jack-mas-ant-ipo-after-investigation-revealed-likely-beneficiariesreport/articleshow/81035644.cms.

21. Attached hereto as **Exhibit S** is a true and correct copy of a February 18, 2021 The Standard article authored by a staff writer titled, "*Princeling Ties Blamed For Halt To Ant's IPO*," and available at https://www.thestandard.com.hk/section-news/section/2/227595/Princeling-ties-blamed-for-halt-to-Ant's-IPO.

22. Attached hereto as **Exhibit T** is a true and correct copy of a February 17, 2021 The Hindu article authored by Ananth Krishnan titled, "*'Political Links' Led To China Blocking Jack Ma's Record IPO*," and available at https://www.thehindu.com/news/international/political-links-led-to-china-blocking-jack-mas-record-ipo/article33863706.ece.

23. Attached hereto as **Exhibit U** is a true and correct copy of a February 19, 2021 OpIndia article titled, "*Another Jack Ma Mystery Solved? China Blocked Ant IPO Because It Benefitted Those Who May Challenge Xi Jinping Politically*," and available at: https://www.opindia.com/2021/02/jack-ma-mystery-china-blocked-ant-ipo-challenge-xi-jinping-politically/.

24. Attached hereto as **Exhibit V** is a true and correct copy of a February 17, 2021 Fi News.Asia article titled, "*Princelings Targeted In Ant IPO Pullout*," and available at: https://www.finews.asia/finance/33812-princelings-targeted-in-ant-ipo-pullout.

25. Attached hereto as **Exhibit W** is a true and correct copy of a July 27, 2021 Forbes article authored by Anne Stevenson-Yang titled "*Will The VIE Structure Die? What Hong Kong And Alibaba Have In Common*," and available at:

https://www.forbes.com/sites/annestevenson-yang/2021/07/27/will-the-vie-structure-die-what-hong-kong-and-alibaba-have-in-common.

26.     Attached hereto as **Exhibit X** is a true and correct copy of the opening and closing stock price (in US dollars) and volume on a daily basis for Alibaba Group Holding Limited ADS during the Class Period, *i.e.*, July 9, 2020 through and including December 23, 2020, downloaded from Bloomberg on October 20, 2022.

27.     Attached hereto as **Exhibit Y** is a true and correct copy of a December 29, 2020 Wall Street Journal article authored by Lingling Wei titled, "*China Eyes Shrinking Jack Ma's Business Empire*," and available at https://www.wsj.com/articles/china-eyes-shrinking-jack-mas-business-empire-11609260092.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of October 2022.

*s/ Kara M. Wolke*
Kara M. Wolke

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 21, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2022, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke