# EXHIBIT C



# 蚂蚁集团
# ANT GROUP

**Stock Code: 6688**
**H Share IPO**



Joint Sponsors, Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers



(in alphabetical order)

Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers



Joint Bookrunners and Joint Lead Managers

       

(in alphabetical order)

Senior Joint Lead Managers

        

(in alphabetical order)

Financial Advisor to the Company



| | |
|---|---|
| "Alibaba Partnership" | Lakeside Partners, L.P., an exempted limited partnership established in accordance with the Exempted Limited Partnership Law of the Cayman Islands |
| "Alipay China" | Alipay.com Co., Ltd. (支付寶(中國)網絡技術有限公司), a company incorporated under the laws of the PRC on December 8, 2004, a wholly-owned subsidiary of ours |
| "Ant International" | Ant International Co., Limited, a company incorporated in the Cayman Islands with limited liability on December 27, 2017, a subsidiary of ours |
| "Ant Shangcheng" | Chongqing Ant Shangcheng Micro Loan Co., Ltd. (重慶市螞蟻商誠小額貸款有限公司), a company incorporated under the laws of the PRC on June 1, 2011, a wholly-owned subsidiary of ours |
| "Ant Small and Micro Loan" | Chongqing Ant Small and Micro Loan Co., Ltd. (重慶市螞蟻小微小額貸款有限公司), a company incorporated under the laws of the PRC on August 5, 2013, a wholly-owned subsidiary of ours |
| "Articles of Association" or "Articles" | the articles of association of the Company approved by Shareholders' meeting on August 21, 2020, which will become effective upon the completion of our A Share Listing or H Share Listing (whichever is earlier), as amended from time to time, a summary of which is set out in Appendix VI to this prospectus |
| "Board" or "Board of Directors" | the board of Directors |
| "Business Day" or "business day" | a day on which banks in Hong Kong are generally open for normal banking business to the public and which is not a Saturday, a Sunday or a public holiday in Hong Kong |
| "Cathay Insurance" | Cathay Insurance Company Limited (國泰財產保險有限責任公司), a company incorporated under the laws of the PRC on August 28, 2008, a subsidiary of ours |
| "CBIRC" | the China Banking and Insurance Regulatory Commission (中國銀行保險監督管理委員會), which is created by a merger of the former China Banking Regulatory Commission (中國銀行業監督管理委員會) and the former China Insurance Regulatory Commission (中國保險監督管理委員會) |
| "CCASS" | the Central Clearing and Settlement System established and operated by HKSCC |

# DEFINITIONS

| | |
|---|---|
| "Company," "our Company," "Group," "our Group," "we," "our" or "us" | Ant Group Co., Ltd. (螞蟻科技集團股份有限公司), a company organized under the laws of the PRC on October 19, 2000 and, where the context requires, its consolidated subsidiaries and in respect of the period before the Company became the holding company of its present consolidated subsidiaries, the business operated by such consolidated subsidiaries or their predecessors (as the case may be) |
| "Concert Party Agreement" | the concert party agreement entered into among Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang on August 21, 2020, as further described in "Relationship with Controlling Shareholders" in this prospectus |
| "Controlling Shareholder(s)" | has the meaning ascribed to it under the Hong Kong Listing Rules and, strictly in accordance with such meaning, includes Hangzhou Junhan, Hangzhou Junao, Hangzhou Yunbo, Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu, Ms. Fang Jiang and Alibaba; and "Controlling Shareholder" shall mean any one of them |
| "CSRC" | China Securities Regulatory Commission (中國證券監督管理委員會) |
| "Director(s)" | director(s) of the Company |
| "Domestic Share(s)" | our Shares subscribed for or credited as paid in Renminbi, which will be registered as A Shares or H Shares upon completion of the H Share Issuance and A Share IPO |
| "Extreme Conditions" | any extreme conditions or events, the occurrence of which will cause interruption to the ordinary course of business operations in Hong Kong and/or that may affect the H Share Listing Date |
| "Global IPO" | the A Share IPO and the H Share IPO |
| "GREEN Application Form(s)" | the application form(s) to be completed by the White Form eIPO Service Provider |
| "H Share(s)" | overseas listed foreign shares in the share capital of the Company with a nominal value of RMB1.00 each, which are to be subscribed for and traded in HK dollars and are to be listed on the Hong Kong Stock Exchange |
| "H Share IPO" | the Hong Kong Public Offering and the International Placing |

# HISTORY AND DEVELOPMENT

***Development of Our Businesses — a History of Innovation***

### *Digital Payments*

Our origins date to 2004 when Alipay was created in the nascent days of e-commerce to solve the trust issue between buyers and sellers in online transactions. Our innovative payment solution bridged the trust gap, facilitated online transactions and underpinned the development of e-commerce in China. Having pioneered digital payments in China, we have since expanded our service offerings through technology and innovation to enable digital finance for consumers and businesses in China. In 2009, Alipay app, the first mobile payment app in China, was launched to provide fast, convenient and secure mobile payment solutions to consumers and merchants.

### *Digital Finance Technology Platform*

*CreditTech*

In 2014, we launched Huabei, which was among the first digital unsecured revolving credit products for daily expenditures offered to consumers in China. In 2015, we launched Jiebei, a short-term digital unsecured consumer credit product for larger consumption transactions, to meet the spending needs of users who either have already developed a credit history on our platform or those who are eligible for Huabei.

*InvestmentTech*

In 2013, we identified an opportunity to allow consumers to generate yield on their Alipay account balances. We created Yu'ebao, an innovative product that offers a simple and easy way for consumers to earn a return while allowing the funds to be instantly available for everyday purchases. Today, Yu'ebao remains the first financial investment product for many consumers and is the largest money market fund product in China.

*InsureTech*

In 2010, we launched shipping return insurance on Taobao, which was the first scenario-based online insurance product in China. This innovative and low-cost insurance product covers the purchaser's shipping cost for returning products purchased on Alibaba's marketplaces. In 2018, we launched Xianghubao, a mutual aid program that provides affordable and accessible health protection to participants.

### *Innovation Initiatives and Technology Infrastructure*

In 2018, we launched the AntChain cross-border remittance services leveraging blockchain technology and the Blockchain-as-a-Service (BaaS) open platform which supports diverse commercial applications.

# HISTORY AND DEVELOPMENT

**Formation of Our Group**

*Acquisition of Alipay China by Our Predecessor*

Alipay China was established under the laws of the PRC in December 2004 by Alibaba to provide digital payment services to consumers and merchants on Alibaba's platforms.

Our predecessor company, Zhejiang Alibaba E-Commerce Co., Ltd. (浙江阿里巴巴電子商務有限公司), which was established by Mr. Jack Ma and Mr. Simon Shihuang Xie (holding 80% and 20% of the company's equity interest, respectively), took control of Alipay China in 2011.

*Hangzhou Junhan and Hangzhou Junao Became Our Largest Shareholders*

In January 2013, Hangzhou Junao made a cash investment in our Company and became the owner of 42.14% of our Company's equity interest, and the equity interests owned by Mr. Jack Ma and Mr. Simon Shihuang Xie were diluted to 46.29% and 11.57%, respectively. On June 11, 2014, the Company's name was changed to Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. (浙江螞蟻小微金融服務集團有限公司). On the same date, Mr. Jack Ma and Mr. Simon Shihuang Xie transferred their respective equity interests in our Company to Hangzhou Junhan, which became the owner of 57.86% of our Company's equity interest.

In January 2015, Hangzhou Junhan transferred 4.61% of equity interest in our Company to Shanghai Qizhan Investment Center (Limited Partnership), a limited partnership established in China which focuses on private equity investment and is an independent third party.

*2015 and 2016 Equity Transactions*

In 2015, we conducted a round of equity financing and Shanghai Qizhan Investment Center (Limited Partnership) transferred part of its equity interest in our Company to certain new investors (the "2015 Equity Transactions"). Our registered capital increased to approximately RMB1,353 million.

In 2016, we conducted another round of equity financing while Hangzhou Junhan and Hangzhou Junao transferred part of their equity interests in our Company to certain new investors (the "2016 Equity Transactions"). Our registered capital further increased to approximately RMB1,459 million.

See "— Pre-IPO Investments" and "— Capitalization of our Company" for further details.

*Conversion to Joint Stock Limited Liability Company*

On December 16, 2016, shareholders of our Company resolved to convert our Company from a limited liability company to a joint-stock limited liability company by way of promotion in accordance with the PRC Company Law. Upon completion of all the required procedures on December 28, 2016, our Company was converted into a joint-stock limited liability company and was renamed Ant Small and Micro Financial Services Group Co., Ltd. (浙江螞蟻小微金融服務集團股份有限公司). In connection with the conversion, we issued an aggregate of 15,000,000,000 Shares to our Company's then 23 shareholders, including Hangzhou Junhan, Hangzhou Junao, Shanghai Qizhan Investment Center (Limited

Partnership) and 20 other investors that invested in our Company in the 2015 Equity Transactions and the 2016 Equity Transactions, in proportion to their equity interests before the conversion. These 23 shareholders are considered the promoters of our Company.

### *Issuance of Ant International Class B shares*

Since May 2018, Ant International has issued non-voting shares ("Ant International Class B shares") as offshore employee incentives. As of the Latest Practicable Date, there were 259,355,840 Ant International Class B shares outstanding which will be held in trust or as nominee by BOCI Trustee (Hong Kong) Limited. Such Ant International Class B shares will be redeemed by Ant International and H Shares (in the same number as the Ant International Class B shares) will be subscribed for and issued to holders of the Ant International Class B shares upon completion of the H Share IPO. See "— Redemption and Subscription by Ant International Securities Holders" for further details.

### *2018 Equity Transactions*

In July 2018, we conducted another round of equity financing and issued an aggregate of 201,247,162 Shares. At the same time, Hangzhou Junhan and Hangzhou Junao transferred an aggregate of 266,358,322 Shares to certain investors that participated in the 2015 Equity Transactions and the 2016 Equity Transactions and certain new investors at around the same time (the "2018 Equity Transactions"). In July 2018, we also issued 560,000,000 Shares at par value of RMB1.00 per Share to Hangzhou Junhan for the purpose of supporting our Share Economic Rights Plan and our Company's registered capital increased to approximately RMB15,761 million.

See "— Pre-IPO Investments" and "— Capitalization of our Company" for further details.

### *2018 Offshore Equity Financing*

In June 2018, Ant International issued an aggregate of 1,838,517,798 non-voting shares (the "Ant International Class C shares") to the Offshore Pre-IPO Investors (the "2018 Offshore Equity Financing"). These Ant International Class C shares will be redeemed by Ant International and H Shares (in the same number as the Ant International Class C shares) will be subscribed for by and issued to holders of the Ant International Class C shares upon completion of the H Share IPO.

See "— Pre-IPO Investments," "— Capitalization of our Company" and "— Redemption and Subscription by Ant International Securities Holders" for further details.

### *Issuance of Shares to the Alibaba Group*

In September 2019, pursuant to the SAPA, we issued 7,763,002,334 Shares to Hangzhou Alibaba, a wholly-owned subsidiary of Alibaba, and our Company's registered capital increased to approximately RMB23,524 million. Ant International also issued 1,171,508,767 Ant International Class C shares to Taobao Holding Limited, a wholly-owned subsidiary of Alibaba in September 2019. The consideration for the above issuance was approximately RMB12,095 million in cash. In addition, pursuant to the SAPA, Alibaba transferred certain intellectual property and assets to us for an aggregate cash consideration of approximately RMB12,204 million. The issuance and transfer of intellectual property and assets as part of the commercial arrangements under the SAPA were made at arm's-length basis. The consideration for the above issuance and transfer of the intellectual property and assets were based on the fair value of the 33% equity interest in our Company and those

intellectual property and assets in 2014, the time we and Alibaba entered into the SAPA. The issuance of 7,763,002,334 Shares to Alibaba did not change the relationship between us and Alibaba and had no impact on our daily business operations. The addition of two non-executive Directors recommended by Alibaba to our Board did not change the balance of control at the Board level as the Board had seven members immediately after such addition. Our Company was managed by the same core management team before and after Alibaba's receipt of the above equity interest in our Company. As such, we do not consider the issuance of Shares to Alibaba has caused material changes in the management of our Company's daily operations.

As of the Latest Practicable Date, Alibaba held our Shares and Ant International Class C shares, through Hangzhou Alibaba and Taobao Holding Limited, respectively. Assuming the redemption and subscription arrangement described in "— Redemption and Subscription by Ant International Securities Holders" had been completed as of the Latest Practicable Date such that all the Ant International Class B shares and the Ant International Class C shares, including the Ant International Class C shares held by Taobao Holding Limited, are redeemed and the same number of H Shares are issued, Alibaba's equity interest through Hangzhou Alibaba and Taobao Holding Limited in our Company would be 33%. Taobao Holding Limited has made similar lock-up undertakings to us as those made by the Offshore Pre-IPO Investors as detailed in "— Pre-IPO Investments — Lock-up Period."

Pursuant to a Share Subscription Agreement for Strategic Investors dated September 21, 2020, Zhejiang Tmall Technology Co., Ltd. (浙江天貓技術有限公司), an indirect wholly-owned subsidiary of Alibaba, agreed to subscribe for 730,000,000 A Shares in the A Share IPO. Accordingly, Alibaba will be interested in an aggregate of 31.8% of our total number of issued Shares upon completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised). See "A Share IPO" for details of Alibaba's participation in the A Share IPO.

Under the SAPA, Alibaba has certain special rights including but not limited to the right to recommend a certain number of our Directors, customary information rights, approval rights over the size of our Board and certain actions of our Company and Alipay China. All special rights of Alibaba will be terminated upon the earlier of the H Share Listing or the A Share Listing and therefore, are expected to terminate on November 5, 2020, except for the customary information rights, which will continue after our Global IPO but Alibaba will only receive our financial information on the date when we publicly disclose such information.

### Issuance of Shares to Hangzhou Junhan

In June 2020, we issued 254,380,000 Shares at par value of RMB1.00 to Hangzhou Junhan for the purpose of supporting our Share Economic Rights Plan and our registered capital increased to approximately RMB23,779 million. Taking into consideration the 154,186,696 Shares Hangzhou Junao transferred to Hangzhou Junhan in February 2020, as of the Latest Practicable Date, Hangzhou Junhan and Hangzhou Junao owned 29.86% and 20.66% of our Shares, respectively, and together are our largest Shareholders.

### Change of the Company's Name

On July 13, 2020, the Company's name was changed to Ant Group Co., Ltd. (螞蟻科技集團股份有限公司).

*Transfer of Hangzhou Yunbo's Equity Interest*

Hangzhou Yunbo, as the executive partner and general partner of Hangzhou Junhan and Hangzhou Junao, has the power to manage their businesses, including the power to vote in respect of the Shares held by Hangzhou Junhan and Hangzhou Junao. However, Hangzhou Yunbo is not entitled to any economic interests derived from the Shares held by Hangzhou Junhan and Hangzhou Junao. See "Substantial Shareholders" for details of the cumulative contribution by the partners of Hangzhou Junhan and Hangzhou Junao and the economic interests of the direct and indirect limited partners of Hangzhou Junhan and/or Hangzhou Junao as represented by the corresponding number of Shares.

On August 18, 2020, Mr. Jack Ma entered into an equity transfer agreement with Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang, pursuant to which, Mr. Jack Ma transferred 22% equity interest in Hangzhou Yunbo, the executive partner and general partner of Hangzhou Junhan and Hangzhou Junao, to each of Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang at a cash consideration of RMB2.222 million each, which is equivalent to 22% of the registered capital of Hangzhou Yunbo and substantially the same as 22% of the book value of Hangzhou Yunbo's equity interest based on a third-party valuation report. After such transfer of 66% equity interests, Mr. Jack Ma retained the remaining 34% equity interest in Hangzhou Yunbo. The transfer of 66% equity interests in Hangzhou Yunbo to Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang is a decision of Mr. Jack Ma and is driven by his intention to strengthen corporate governance and the stability of the shareholding structure of Hangzhou Yunbo, having taken into account the fact that the present management team of our Company is becoming more experienced and stable.

Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang also entered into the Concert Party Agreement on August 21, 2020. Pursuant to such agreement and the articles of association of Hangzhou Yunbo, Mr. Jack Ma can, through his control over resolutions passed at the general meetings of Hangzhou Yunbo which relate to the exercise of rights by Hangzhou Junhan and Hangzhou Junao as Shareholders, effectively exercise control over the Shares held by Hangzhou Junhan and Hangzhou Junao and accordingly, has ultimate control over our Company.

No changes were made to our Board or our core management team as a result of the transfer of Hangzhou Yunbo's equity interest by Mr. Jack Ma, nor has it caused material changes in the management of our daily operations. In addition, the Concert Party Agreement and the articles of association of Hangzhou Yunbo impose certain restrictions on the disposal of equity interest in Hangzhou Yunbo held by its shareholders. See "Relationship with Controlling Shareholders — Our Controlling Shareholders — Mr. Jack Ma and Other Shareholders of Hangzhou Yunbo" for details.

**Pre-IPO Investments**

*Overview*

Set forth below is a summary of our few rounds of Pre-IPO Investments, namely the 2015 Equity Transactions, the 2016 Equity Transactions, the 2018 Equity Transactions and the 2018 Offshore Equity Financing.

The issuance of Shares to Hangzhou Alibaba and the Ant International Class C shares to Taobao Holding Limited is not considered to be our pre-IPO investments.

| Round | Date of initial share subscription agreement | Date of last payment of consideration | Approximate Post-Investment Valuation | | Total consideration paid by the investors | Discount to the H Share Offer Price[1] |
|---|---|---|---|---|---|---|
| | | | (in RMB billions) | (in US$ billions)[2] | (in billions) | (%) |
| 2015 Equity Transactions | June 15, 2015 | August 27, 2015 | 260 | 43[4] | RMB19.2 | 82.6% |
| 2016 Equity Transactions | April 8, 2016 | April 22, 2016 | 390 | 60[4] | RMB29.1 | 76.3% |
| 2018 Equity Transactions | May 29, 2018 | June 27, 2018 | 960 | 150[5] | RMB21.8 | |
| 2018 Offshore Equity Financing[3] | May 16, 2018 | June 22, 2018 | | | US$10.3 | 51.7% |

Notes:

(1) Based on the post-investment valuation and assuming (i) a foreign exchange rate of RMB0.9134 to HK$1.00 or RMB7.0651 to US$1.00, as applicable, and (ii) the H Share Offer Price of HK$80.00 per H Share.

(2) Based on the foreign exchange rates as of the signing dates of the share subscription agreements for the 2015 Equity Transactions and the 2016 Equity Transactions for illustrative purpose and a foreign exchange rate as agreed with the investors for the 2018 Equity Transactions and the 2018 Offshore Equity Financing in the various share subscription or transfer agreements.

(3) Ant International Class C shares, which will be redeemed and the same number of H Shares will be subscribed for and issued upon completion of the H Share IPO. See "— Redemption and Subscription by Ant International Securities Holders" for further details.

(4) The valuation has given pro forma effect to the issuance of certain shares to Alibaba and/or its subsidiaries pursuant to SAPA.

(5) The valuation has given pro forma effect to (i) the issuance of certain Shares to Alibaba and/or its subsidiaries pursuant to the SAPA; (ii) the issuance of Shares for the purpose of supporting our Share Economic Rights Plan; (iii) the issuance of Ant International Class B shares for offshore employee incentives purpose; and (iv) the redemption and subscription arrangement described in "— Redemption and Subscription by Ant International Securities Holders."

*Principal Terms of the Pre-IPO Investments*

| | |
|---|---|
| **Use of Proceeds from the Pre-IPO Investments** | We utilized the entire proceeds that we received from the Onshore Pre-IPO Investors for the development and operations of our business, including but not limited to strategic investments or acquisitions, new business and product development, technology infrastructure, personnel recruitment and sales and marketing, as well as other general corporate purposes. |
| | We utilized the entire proceeds that we received from the Offshore Pre-IPO Investors for funding the implementation of our globalization initiatives, including investments, acquisitions and formation of alliances in various overseas markets, repayment of offshore syndicated loans and bank borrowings and purchase of IP, trademark and patent related assets from Alibaba as part of the arrangement under the SAPA and for working capital and general corporate purposes. |

# HISTORY AND DEVELOPMENT

| | |
|---|---|
| **Strategic benefits of the Pre-IPO Investors brought to our Company** | At the time of the Pre-IPO Investments, we were of the view that our Company would benefit from the strategic value that Pre-IPO Investors would bring to our business, the additional capital provided by the Pre-IPO Investors' investments in our Company and their knowledge relevant to our business. |
| **Basis of determining the consideration paid** | The consideration for the Pre-IPO Investments was determined based on arm's length negotiations between our Company and the Pre-IPO Investors after taking into consideration the timing of the investments and the achievement and prospects of our business then. |
| **Lock-up Period** | Each Offshore Pre-IPO Investor has undertaken to us that, without our prior written consent, each Offshore Pre-IPO Investor will not, at any time during the period commencing on the H Share Listing Date and ending on the date falling 12 months after the H Share Listing Date (the "Lock-up Period"), directly or indirectly (a) transfer any H Shares or any interest in any person directly or indirectly holding any H Shares except to permitted transferees or (b) enter into any transactions directly or indirectly with the same economic effect as any aforesaid transaction, except that the above restrictions shall not apply to any charge, mortgage or pledge by such Offshore Pre-IPO Investor of any H Shares or any charge, mortgage or pledge over any interest in any person referred to in (a) above during the Lock-up Period in favor of a financial institution to secure a loan or financing facility made to such Offshore Pre-IPO Investor. |
| | For lock-up undertakings given by existing Shareholders in connection with the A Share IPO and by the Controlling Shareholders and Hangzhou Yunbo pursuant to the Hong Kong Listing Rules, see "Share Capital — Lock-up Undertakings" for details. For lock-up undertakings given by existing Shareholders in connection with the H Share IPO, see "Underwriting" for further details. |

## *Special Rights of the Pre-IPO Investors*

Pursuant to our amended and restated shareholders agreement dated June 12, 2020 entered into by the Company and other parties (the "Shareholders Agreement"), and the shareholder agreement of Ant International dated June 7, 2018 entered into by Ant International and other parties (the "Ant International Shareholders Agreement"), the Pre-IPO Investors were granted certain special rights in relation to the Company, including, among others, customary rights of first refusal, pre-emptive rights and information rights. The special rights provided in the Shareholders Agreement and the Ant International Shareholders Agreement will terminate effective upon the earlier of the H Share Listing or the A Share Listing and therefore, are expected to terminate on November 5, 2020, in accordance with the respective terms of the Shareholders Agreement and the Ant International Shareholders Agreement.

# HISTORY AND DEVELOPMENT

*Compliance with Interim Guidance and Guidance Letters*

The Joint Sponsors confirm that the Pre-IPO Investments are in compliance with Guidance
Letter HKEx-GL29-12 issued by the Hong Kong Stock Exchange in January 2012 and
updated in March 2017, Guidance Letter HKEx-GL43-12 issued by the Hong Kong Stock
Exchange in October 2012 and updated in July 2013 and March 2017 and Guidance Letter
HKEx-GL44-12 issued by the Hong Kong Stock Exchange in October 2012 and updated in
March 2017.

**Redemption and Subscription by Ant International Securities Holders**

*Redemption of Ant International Class C shares and subscription for H Shares by
holders of Ant International Class C shares*

In the 2018 Offshore Equity Financing, Ant International issued an aggregate of
1,838,517,798 Ant International Class C shares to the Offshore Pre-IPO Investors for cash
consideration of approximately US$10.3 billion. In September 2019, Ant International also
issued 1,171,508,767 Ant International Class C shares to Taobao Holding Limited, a
wholly-owned subsidiary of Alibaba. As part of the arrangements with the Offshore Pre-IPO
Investors and Alibaba, we agreed to facilitate the exchange of these Ant International Class
C shares into our H Shares at the time of our H Share IPO on a one-for-one basis, through
the redemption and subscription mechanism as described below.

Pursuant to the arrangements with the Offshore Pre-IPO Investors and Alibaba, Ant
International will redeem the Ant International Class C shares and the same number of H
Shares will be subscribed for by and issued to the holders of Ant International Class C
shares, thereby effecting an exchange of Ant International Class C shares into H Shares on
a one-for-one basis. Concurrently, certain Ant International Class C shares held by Taobao
Holding Limited will be surrendered and cancelled so that a total of 1,158,572,686 Ant
International Class C shares will be redeemed and the same number of H Shares will be
issued to Taobao Holding Limited. Both the redemption and the subscription will be at the
H Share Offer Price (the "Class C Redemption and Subscription"). The Class C
Redemption and Subscription will take place upon the completion of our H Share IPO. In
connection with the Class C Redemption and Subscription, we will issue in aggregate
2,997,090,484 H Shares representing approximately 12.60% and 9.87% of our total issued
share capital immediately prior to and immediately following the H Share Issuance and the
A Share IPO (without taking into account any exercise of the Over-allotment Options),
respectively and approximately 42.83% of our total number of issued H Shares immediately
following the H Share Issuance (including 350,000,000 Domestic Shares held by Hangzhou
Junhan, 120,000,000 Domestic Shares held by Hangzhou Junao, and 1,600,000,000
Domestic Shares held by Hangzhou Alibaba, respectively to be registered as H Shares and
without taking into account any exercise of the H Share Over-allotment Option).

# HISTORY AND DEVELOPMENT

***Redemption of Ant International Class B shares and subscription of H Shares by holders of Ant International Class B shares***

In 2018, we restructured our offshore employee incentives with Ant International issuing Ant International Class B shares to support our offshore employee incentives. Ant International also implemented an ESOP plan, the Pre-IPO Offshore ESOP Plan, pursuant to which we granted awards in the form of RSUs and/or SARs to certain eligible participants of the ESOP plan including employees and directors of, and consultants engaged by, members of our Group and our associates and Alibaba and its subsidiaries, with Ant International Class B shares as the underlying shares. As of the Latest Practicable Date, there were 259,355,840 outstanding Ant International Class B shares and they will be held in trust or as nominee by BOCI Trustee (Hong Kong) Limited.

Pursuant to the terms of the Ant International Class B shares, Ant International will effect an exchange of Ant International Class B shares into H Shares on a one-for-one basis by way of redemption and the holders of the Ant International Class B shares shall subscribe for the same number of H Shares. Both the redemption and the subscription will be at the H Share Offer Price (the "Class B Redemption and Subscription," and together with the Class C Redemption and Subscription, the "Redemption and Subscription"). We intend to effect the Class B Redemption and Subscription on a group basis, with all H Shares issued in connection with the redemption of Ant International Class B shares to be held by BOCI Trustee (Hong Kong) Limited as trustee or nominee.

As a result of the Class B Redemption and Subscription, we will issue in aggregate 259,355,840 H Shares representing approximately 1.09% and 0.85% of our total issued share capital immediately prior to and immediately following the H Share Issuance and the A Share IPO (without taking into account any exercise of the Over-allotment Options), respectively and approximately 3.71% of our total number of issued H Shares immediately following the H Share Issuance (including 350,000,000 Domestic Shares held by Hangzhou Junhan, 120,000,000 Domestic Shares held by Hangzhou Junao, and 1,600,000,000 Domestic Shares held by Hangzhou Alibaba, respectively, to be registered as H Shares and without taking into account any exercise of the H share Over-allotment Option).

***Mechanism for effecting the Redemption and Subscription***

The redemption and subscription mechanisms for the Ant International Class C shares and the Ant International Class B shares are the same.

Ant International will use available resources from the Company, including utilizing funds from liquidity facilities provided by third parties, to redeem the Ant International Class C shares and Ant International Class B shares for cash, and the holders of such shares would use the redemption proceeds to subscribe for H Shares. The amount of redemption proceeds and the subscription amount are both equal to the H Share Offer Price multiplied by the number of H Shares subscribed for and issued, or approximately HK$260,516 million in aggregate (based on H Share Offer Price of HK$80.00). The funds paid for the redemption will be directly applied to the subscription of the H Shares, so that the Redemption and Subscription would be completed without holders of Ant International Class C shares and Ant International Class B shares paying any additional subscription amount. The proceeds from the subscription of H Shares will be fully utilized to settle the funding of the redemption amount. The Redemption and Subscription will take place at the same time as the completion of the H Share IPO.

*Effect of the Redemption and Subscription*

Other than the payment of certain miscellaneous administrative fees, the Redemption and Subscription will have no cash impact on our Company, as the funds paid by Ant International to redeem the Ant International Class B shares and Ant International Class C shares will immediately be used by such holders to subscribe for our H Shares and such amounts are equal.

In connection with the Redemption and Subscription, we will issue 3,256,446,324 H Shares representing approximately 13.69% and 10.72% of our total issued share capital immediately prior to and immediately following the H Share Issuance and the A Share IPO (without taking into account any exercise of the Over-allotment Options), respectively and approximately 46.54% of our total number of issued H Shares immediately following the H Share Issuance (including 350,000,000 Domestic Shares held by Hangzhou Junhan, 120,000,000 Domestic Shares held by Hangzhou Junao, and 1,600,000,000 Domestic Shares held by Hangzhou Alibaba, respectively to be registered as H Shares and without taking into account any exercise of the H Share Over-allotment Option).

**Capitalization of Our Company**

The following table sets out the shareholding structure of our Company and Ant International as of the date of this prospectus and our shareholding structure upon completion of the H Share Issuance and the A Share IPO, assuming the Over-allotment Options are not exercised:

| Shareholders | Timing of becoming a Shareholder or Round of Pre-IPO Investment | As of the date of this prospectus | | Immediately before the Redemption and Subscription | Upon completion of the H Share Issuance and the A Share IPO | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of Shares owned | Ownership percentage | Number of Ant International Class B/ Class C shares owned | Number of A Shares owned | Number of H Shares owned | Ownership percentage |
| Hangzhou Junhan | June 2014 | 7,100,807,353 | 29.86% | – | 6,750,807,353 | 350,000,000[1] | 23.38% |
| Hangzhou Junao | January 2013 | 4,911,619,577 | 20.66% | – | 4,791,619,577 | 120,000,000[1] | 16.17% |
| Alibaba Group[3] | September 2019 | 7,763,002,334 | 32.65% | 1,158,572,686[3] | 6,163,002,334 | 2,758,572,686[2] | 29.37% |
| | A Share IPO | – | – | – | 730,000,000 | – | 2.40% |
| | | | | | | | Sub-total: 31.77% |
| Trustees/nominees[4] | N/A[4] | – | – | 259,355,840[4] | – | 259,355,840[4] | 0.85% |
| **Onshore Pre-IPO Investors:** | | | | | | | |
| National Council for Social Security Fund[5] | 2015 Equity Transactions | 698,966,840 | 2.94% | – | 698,966,840 | – | 2.30% |
| Zhifu (Shanghai) Investment Center (Limited Partnership)[6] | 2016 Equity Transactions | 461,354,708 | 1.94% | – | 461,354,708 | – | 1.52% |
| Shanghai Zhongfu Equity Investment Management Center (Limited Partnership)[7] | 2015 Equity Transactions and 2018 Equity Transactions | 307,611,214 | 1.29% | – | 307,611,214 | – | 1.01% |
| China Life Insurance (Group) Company[8] | 2015 Equity Transactions and 2016 Equity Transactions | 249,400,603 | 1.05% | – | 249,400,603 | – | 0.82% |

| Shareholders | Timing of becoming a Shareholder or Round of Pre-IPO Investment | As of the date of this prospectus | | Immediately before the Redemption and Subscription | Upon completion of the H Share Issuance and the A Share IPO | | |
|---|---|---|---|---|---|---|---|
| | | Number of Shares owned | Ownership percentage | Number of Ant International Class B/ Class C shares owned | Number of A Shares owned | Number of H Shares owned | Ownership percentage |
| Shanghai Qihong Investment Center (Limited Partnership)[7] | 2016 Equity Transactions | 247,947,076 | 1.04% | – | 247,947,076 | – | 0.82% |
| Shanghai Qizhan Investment Center (Limited Partnership)[7] | January 23, 2015[9] | 240,162,546 | 1.01% | – | 240,162,546 | – | 0.79% |
| Beijing Jingguan Investment Center (Limited Partnership)[10] | 2016 Equity Transactions and 2018 Equity Transactions | 218,337,790 | 0.92% | – | 218,337,790 | – | 0.72% |
| Hainan CCB Capital Conglin Fund Partnership (Limited Partnership)[11] | 2016 Equity Transactions | 190,284,963 | 0.80% | – | 190,284,963 | – | 0.63% |
| China Pacific Insurance Co., Ltd.[12] | 2015 Equity Transactions, 2016 Equity Transactions and 2018 Equity Transactions | 173,661,636 | 0.73% | – | 173,661,636 | – | 0.57% |
| Beijing China Post Investment Center (Limited Partnership)[13] | 2015 Equity Transactions, 2016 Equity Transactions and 2018 Equity Transactions | 164,172,335 | 0.69% | – | 164,172,335 | – | 0.54% |
| Shanghai Yunfeng Xincheng Investment Center (Limited Partnership)[7] | 2016 Equity Transactions | 155,687,692 | 0.65% | – | 155,687,692 | – | 0.51% |
| PICC Capital Investment Management Co., Ltd.[14] | 2015 Equity Transactions and 2016 Equity Transactions | 128,091,283 | 0.54% | – | 128,091,283 | – | 0.42% |
| New China Life Insurance Company Ltd.[15] | 2015 Equity Transactions and 2016 Equity Transactions | 99,479,107 | 0.42% | – | 99,479,107 | – | 0.33% |
| Shanghai Financial Sector Investment Fund II (I) (Limited Partnership)[16] | 2015 Equity Transactions, 2016 Equity Transactions and 2018 Equity Transactions | 84,698,808 | 0.36% | – | 84,698,808 | – | 0.28% |
| Beijing Innovative Growth Enterprises Management Co., Ltd.[17] | 2015 Equity Transactions, 2016 Equity Transactions and 2018 Equity Transactions | 71,199,073 | 0.30% | – | 71,199,073 | – | 0.23% |

| Shareholders | Timing of becoming a Shareholder or Round of Pre-IPO Investment | As of the date of this prospectus | | Immediately before the Redemption and Subscription | Upon completion of the H Share Issuance and the A Share IPO | | |
|---|---|---|---|---|---|---|---|
| | | Number of Shares owned | Ownership percentage | Number of Ant International Class B/ Class C shares owned | Number of A Shares owned | Number of H Shares owned | Ownership percentage |
| Chunhua Jingxin (Tianjin) Investment Center (Limited Partnership)[18] | 2015 Equity Transactions | 70,648,061 | 0.30% | – | 70,648,061 | – | 0.23% |
| Shanghai Jingyi Investment Center (Limited Partnership)[7] | 2015 Equity Transactions | 62,808,757 | 0.26% | – | 62,808,757 | – | 0.21% |
| China Life Insurance Co., Ltd.[8] | 2018 Equity Transactions | 56,689,342 | 0.24% | – | 56,689,342 | – | 0.19% |
| Suzhou Industrial Park Xinyuan Guangyi Investment Center (Limited Partnership)[19] | 2015 Equity Transactions, 2016 Equity Transactions and 2018 Equity Transactions | 47,999,714 | 0.20% | – | 47,999,714 | – | 0.16% |
| Chunhua Rongxin (Tianjin) Equity Investment Fund Partnership (Limited Partnership)[18] | 2018 Equity Transactions | 45,351,473 | 0.19% | – | 45,351,473 | – | 0.15% |
| Beijing Qianshun Investment Co., Ltd.[20] | 2018 Equity Transactions | 42,517,006 | 0.18% | – | 42,517,006 | – | 0.14% |
| China International Television Corporation[21] | 2018 Equity Transactions | 42,517,006 | 0.18% | – | 42,517,006 | – | 0.14% |
| Chunhua Jingxin Jingfu (Tianjin) Investment Center (Limited Partnership)[18] | 2016 Equity Transactions | 40,363,477 | 0.17% | – | 40,363,477 | – | 0.13% |
| Beijing CICC Alpha V Equity Investment Partnership (Limited Partnership)[22] | 2016 Equity Transactions | 28,831,046 | 0.12% | – | 28,831,046 | – | 0.09% |
| Tohigh Capital Investment & Management Co., Ltd.[23] | 2018 Equity Transactions | 28,344,671 | 0.12% | – | 28,344,671 | – | 0.09% |
| Tebon StarRay Co. Ltd.[24] | 2018 Equity Transactions | 17,006,802 | 0.07% | – | 17,006,802 | – | 0.06% |
| Beijing Yingyi Internet Technology Co., Ltd.[25] | 2018 Equity Transactions | 14,172,335 | 0.06% | – | 14,172,335 | – | 0.05% |
| Shanghai Shihong Investment Center(Limited Partnership)[26] | 2016 Equity Transactions | 9,225,934 | 0.04% | – | 9,225,934 | – | 0.03% |
| Hainan CCB Capital Project Fund I Partnership[27] | 2018 Equity Transactions | 5,668,934 | 0.02% | – | 5,668,934 | – | 0.02% |
| **Offshore Pre-IPO Investors:** | | | | | | | |
| Gamnat Pte. Ltd.[28] | 2018 Offshore Equity Financing[66] | – | – | 76,638,591 | – | 76,638,591 | 0.25% |
| Tetrad Ventures Pte Ltd[28] | 2018 Offshore Equity Financing[66] | – | – | 62,388,591 | – | 62,388,591 | 0.21% |

| Shareholders | Timing of becoming a Shareholder or Round of Pre-IPO Investment | As of the date of this prospectus | | Immediately before the Redemption and Subscription | Upon completion of the H Share Issuance and the A Share IPO | | |
|---|---|---|---|---|---|---|---|
| | | Number of Shares owned | Ownership percentage | Number of Ant International Class B/ Class C shares owned | Number of A Shares owned | Number of H Shares owned | Ownership percentage |
| Pantai Juara Investments Limited[29] | 2018 Offshore Equity Financing[66] | – | – | 115,864,527 | – | 115,864,527 | 0.38% |
| WP Capital Investment, L.P.[30] | 2018 Offshore Equity Financing[66] | – | – | 101,614,527 | – | 101,614,527 | 0.33% |
| Canada Pension Plan Investment Board[31] | 2018 Offshore Equity Financing[66] | – | – | 106,951,871 | – | 106,951,871 | 0.35% |
| SL Elephant Holdco Limited[32] | 2018 Offshore Equity Financing[66] | – | – | 106,951,871 | – | 106,951,871 | 0.35% |
| CA Fourmi Investments[33] | 2018 Offshore Equity Financing[66] | – | – | 89,126,559 | – | 89,126,559 | 0.29% |
| Evans Investments Pte. Ltd.[34] | 2018 Offshore Equity Financing[66] | – | – | 53,475,935 | – | 53,475,935 | 0.18% |
| Glittertind Investments Pte. Ltd.[34] | 2018 Offshore Equity Financing[66] | – | – | 35,650,623 | – | 35,650,623 | 0.12% |
| General Atlantic Singapore Commander Pte. Ltd. [35] | 2018 Offshore Equity Financing[66] | – | – | 89,126,559 | – | 89,126,559 | 0.29% |
| Funds and accounts advised or subadvised by T. Rowe Price Associates, Inc. or T. Rowe Price Hong Kong Limited[36] | 2018 Offshore Equity Financing[66] | – | – | 89,126,559 | – | 89,126,559 | 0.29% |
| Giant Sports Limited[37] | 2018 Offshore Equity Financing[66] | – | – | 80,213,903 | – | 80,213,903 | 0.26% |
| Anchor Innovation Limited[38] | 2018 Offshore Equity Financing[66] | – | – | 71,301,247 | – | 71,301,247 | 0.23% |
| Clouse S.A., acting for the account of its Compartment 41[39] | 2018 Offshore Equity Financing[66] | – | – | 71,212,121 | – | 71,212,121 | 0.23% |
| Growth Succession Limited[40] | 2018 Offshore Equity Financing[66] | – | – | 62,388,591 | – | 62,388,591 | 0.21% |
| PV Orange Limited[41] | 2018 Offshore Equity Financing[66] | – | – | 62,388,591 | – | 62,388,591 | 0.21% |
| Funds and accounts managed by direct and indirect subsidiaries of BlackRock, Inc.[42] | 2018 Offshore Equity Financing[66] | – | – | 47,237,076 | – | 47,237,076 | 0.16% |

| Shareholders | Timing of becoming a Shareholder or Round of Pre-IPO Investment | As of the date of this prospectus | | Immediately before the Redemption and Subscription | Upon completion of the H Share Issuance and the A Share IPO | | |
|---|---|---|---|---|---|---|---|
| | | Number of Shares owned | Ownership percentage | Number of Ant International Class B/ Class C shares owned | Number of A Shares owned | Number of H Shares owned | Ownership percentage |
| Scottish Mortgage Investment Trust plc[43] | 2018 Offshore Equity Financing[66] | – | – | 44,563,279 | – | 44,563,279 | 0.15% |
| The Monks Investment Trust plc[43] | 2018 Offshore Equity Financing[66] | – | – | 2,139,037 | – | 2,139,037 | 0.01% |
| BPAF Limited[44] | 2018 Offshore Equity Financing[66] | – | – | 29,978,808 | – | 29,978,808 | 0.10% |
| PV Internet Holdings LLC[45] | 2018 Offshore Equity Financing[66] | – | – | 14,584,472 | – | 14,584,472 | 0.05% |
| DG-ANT LP[46] | 2018 Offshore Equity Financing[66] | – | – | 42,780,748 | – | 42,780,748 | 0.14% |
| Funds and portfolios advised or sub-advised by Fidelity Management & Research Company or its affiliate[47] | 2018 Offshore Equity Financing[66] | – | – | 42,350,267 | – | 42,350,267 | 0.14% |
| Antenna DF Holdings, LP[48] | 2018 Offshore Equity Financing[66] | – | – | 26,737,967 | – | 26,737,967 | 0.09% |
| SC GGF III Holdco, Ltd.[49] | 2018 Offshore Equity Financing[66] | – | – | 26,737,967 | – | 26,737,967 | 0.09% |
| Ample Era Investments Limited[50] | 2018 Offshore Equity Financing[66] | – | – | 17,825,311 | – | 17,825,311 | 0.06% |
| Fourmy Pte. Ltd[51] | 2018 Offshore Equity Financing[66] | – | – | 17,825,311 | – | 17,825,311 | 0.06% |
| Coatue PE Asia XIII LLC[45] | 2018 Offshore Equity Financing[66] | – | – | 17,825,311 | – | 17,825,311 | 0.06% |
| Intime International Holdings Limited[52] | 2018 Offshore Equity Financing[66] | – | – | 17,825,311 | – | 17,825,311 | 0.06% |
| Kofu International Limited[53] | 2018 Offshore Equity Financing[66] | – | – | 17,825,311 | – | 17,825,311 | 0.06% |
| Tahoe Ltd[54] | 2018 Offshore Equity Financing[66] | – | – | 17,825,311 | – | 17,825,311 | 0.06% |
| Credit Suisse AG, Singapore Branch[55] | 2018 Offshore Equity Financing[66] | – | – | 14,260,249 | – | 14,260,249 | 0.05% |

| Shareholders | Timing of becoming a Shareholder or Round of Pre-IPO Investment | As of the date of this prospectus | | Immediately before the Redemption and Subscription | Upon completion of the H Share Issuance and the A Share IPO | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of Shares owned | Ownership percentage | Number of Ant International Class B/ Class C shares owned | Number of A Shares owned | Number of H Shares owned | Ownership percentage |
| Active Noble Limited[56] | 2018 Offshore Equity Financing[66] | – | – | 8,912,655 | – | 8,912,655 | 0.03% |
| Hutchison Whampoa Europe Investments S.à r.l.[57] | 2018 Offshore Equity Financing[66] | – | – | 8,912,655 | – | 8,912,655 | 0.03% |
| Moraine Master Fund, LP[58] | 2018 Offshore Equity Financing[66] | – | – | 6,238,859 | – | 6,238,859 | 0.02% |
| Falcon CI V, LLC[58] | 2018 Offshore Equity Financing[66] | – | – | 2,673,796 | – | 2,673,796 | 0.01% |
| Athena Investment Limited[59] | 2018 Offshore Equity Financing[66] | – | – | 6,238,859 | – | 6,238,859 | 0.02% |
| Sinovation Fortune Limited[60] | 2018 Offshore Equity Financing[66] | – | – | 5,347,593 | – | 5,347,593 | 0.02% |
| Domenick Limited[61] | 2018 Offshore Equity Financing[66] | – | – | 1,782,531 | – | 1,782,531 | 0.01% |
| GGV Capital Holdings, L.L.C.[62] | 2018 Offshore Equity Financing[66] | – | – | 3,565,062 | – | 3,565,062 | 0.01% |
| HS Investments AP10 Limited[63] | 2018 Offshore Equity Financing[66] | – | – | 28,520,499 | – | 28,520,499 | 0.09% |
| HS Investments WT Limited[63] | 2018 Offshore Equity Financing[66] | – | – | 4,456,328 | – | 4,456,328 | 0.01% |
| Platinum Lotus B 2018 RSC Limited[64] | 2018 Offshore Equity Financing[66] | – | – | 35,650,624 | – | 35,650,624 | 0.12% |
| Public Investment Fund[65] | 2018 Offshore Equity Financing[66] | – | – | 35,650,624 | – | 35,650,624 | 0.12% |
| Talent Science Limited[37] | 2018 Offshore Equity Financing[66] | – | – | 17,825,311 | – | 17,825,311 | 0.06% |
| Other A Share Holders | A Share IPO | – | – | – | 940,706,000 | – | 3.10% |
| Other H Share Holders | H Share IPO | – | – | – | – | 1,670,706,000 | 5.50% |
| **Total** | | 23,778,629,496 | 100.0% | 3,256,446,324 | 23,379,335,496 | 6,997,152,324 | 100.0% |

# HISTORY AND DEVELOPMENT

Notes:

(1) Upon completion of the H Share Issuance and the A Share IPO, 350,000,000 Domestic Shares held by Hangzhou Junhan and 120,000,000 Domestic Shares held by Hangzhou Junao will be registered as H Shares.

(2) Upon completion of the H Share Issuance and the A Share IPO, 1,600,000,000 Domestic Shares held by Hangzhou Alibaba will be registered as H Shares. The number assumes that Alibaba does not excise its anti-dilution right to subscribe for additional Shares in our Global IPO.

(3) As of the Latest Practicable Date, Alibaba, through Hangzhou Alibaba, its wholly-owned subsidiary, held 7,763,002,334 Shares and through Taobao Holding Limited, its wholly-owned subsidiary, held 1,171,508,767 Ant International Class C shares. Certain Ant International Class C shares held by Taobao Holding Limited will be surrendered and cancelled so that a total of 1,158,572,686 Ant International Class C shares will be redeemed and the same number of H Shares will be issued to Taobao Holding Limited. Assuming the redemption and subscription arrangement described in "— Redemption and Subscription by Ant International Securities Holders" had been completed as of the Latest Practicable Date such that all the Ant International Class B shares and the Ant International Class C shares, including the Ant International Class C shares held by Taobao Holding Limited, are redeemed and the same number of H Shares are issued, Alibaba's equity interest through Hangzhou Alibaba and Taobao Holding Limited in our Company would be 33%. See "— Redemption and Subscription by Ant International Securities Holders" for further details. Pursuant to a Share Subscription Agreement for Strategic Investors dated September 21, 2020, Zhejiang Tmall Technology Co., Ltd. (浙江天貓技術有限公司), an indirect wholly-owned subsidiary of Alibaba, agreed to subscribe for 730,000,000 A Shares in the A Share IPO. Accordingly, Alibaba will be interested in an aggregate of 9,651,575,020 Shares through Hangzhou Alibaba, Taobao Holding Limited and Zhejiang Tmall Technology Co., Ltd. (浙江天貓技術有限公司) upon completion of the H Share Issuance and the A Share IPO.

(4) BOCI Trustee (Hong Kong) Limited as trustee or nominee will hold 259,355,840 Ant International Class B shares immediately before the H Share Issuance. These Ant International Class B shares will be redeemed and the same number of H Shares will be subscribed for by and issued to BOCI Trustee (Hong Kong) Limited as trustee or nominee upon completion of the H Share IPO. See "— Redemption and Subscription by Ant International Securities Holders" for further details.

(5) National Social Security Fund is a state-run investment fund established primarily to provide a fund reserve for China's social security system. The fund is managed by the National Council for Social Security Fund.

(6) Zhifu (Shanghai) Investment Center (Limited Partnership) is a China-based limited partnership engaged in investment activities and managed by CICC Zhide Equity Investment Management Co., Ltd., an indirect wholly-owned subsidiary of China International Capital Corporation Limited, a company listed on the Hong Kong Stock Exchange (Stock Code: 3908).

(7) Shanghai Qizhan Investment Center (Limited Partnership), Shanghai Zhongfu Equity Investment Management Center (Limited Partnership), Shanghai Jingyi Investment Center (Limited Partnership), Shanghai Qihong Investment Center (Limited Partnership) and Shanghai Yunfeng Xincheng Investment Center (Limited Partnership) are China-based limited partnerships engaged in investment activities and controlled by Shanghai Zhongfu Asset Management Center (Limited Partnership).

(8) China Life Insurance (Group) Company is a state-owned financial and insurance company in China. China Life Insurance Co., Ltd., a company listed on the New York Stock Exchange (NYSE Ticker: LFC), the Shanghai Stock Exchange (Stock Code: 601628) and the Hong Kong Stock Exchange (Stock Code: 2628), is a subsidiary of China Life Insurance (Group) Company.

(9) On January 23, 2015, Hangzhou Junhan transferred 4.61% of equity interest in our Company to Shanghai Qizhan Investment Center (Limited Partnership), a limited partnership established in China which focuses on private equity investment and is an independent third party. Part of the equity interest held by Shanghai Qizhan Investment Center (Limited Partnership) was subsequently transferred to other investors in the 2015 Equity Transactions.

(10) Beijing Jingguan Investment Center (Limited Partnership) is a China-based limited partnership engaged in investment activities.

(11) Hainan CCB Capital Conglin Fund Partnership (Limited Partnership) is a China-based limited partnership engaged in investment activities, the executive partners of which are CCB (Beijing) Investment Fund Management Co., Ltd. and Chunhua Jingshi Jingfu (Tianjin) Investment Management Partnership (Limited Partnership).

(12) China Pacific Life Insurance Co., Ltd. is an insurance company in China. The majority shareholder of China Pacific Life Insurance Co., Ltd. is China Pacific Insurance (Group) Co., Ltd., a company listed on the Shanghai Stock Exchange (Stock Code: 601601), the Hong Kong Stock Exchange (Stock Code: 2601) and the London Stock Exchange (Stock Code: CPIC).

(13) Beijing China Post Investment Center (Limited Partnership), a subsidiary of China Post Group Corporation Limited (China Post Group Co., Ltd.), is a China-based limited partnership engaged in investment activities.

(14) PICC Capital Investment Management Co., Ltd. is a wholly-owned subsidiary of the People's Insurance Company (Group) of China Limited, a company listed on the Shanghai Stock Exchange (Stock Code: 601319) and the Hong Kong Stock Exchange (Stock Code: 1339).

(15) New China Life Insurance Company Ltd. is an insurance company in China and is a company listed on the Shanghai Stock Exchange (Stock Code: 601336) and the Hong Kong Stock Exchange (Stock Code: 1336).

(16) Shanghai Financial Sector Investment Fund II (I) (Limited Partnership) is a China-based limited partnership engaged in investment activities and controlled by Shanghai GP Financial Capital Co,. Ltd.

(17) Beijing Innovative Growth Enterprises Management Co., Ltd is a China-based corporate management company and wholly-owned by China Development Innovation Capital Investment Co., Ltd., which is controlled by China Development Bank.

(18) Chunhua Jingxin (Tianjin) Investment Center (Limited Partnership), Chunhua Jingxin Jingfu (Tianjin) Investment Center (Limited Partnership) and Chunhua Rongxin (Tianjin) Equity Investment Fund Partnership are China-based limited partnerships engaged in investment activities and managed by Chunhua Qiushi (Tianjin) Equity Investment Management Co., Ltd.

(19) Suzhou Industrial Park Xinyuan Guangyi Investment Center (Limited Partnership) is previously known as Suzhou Industrial Park National Development Xinyuan Investment Center (limited Partnership). Suzhou Industrial Park Xinyuan Guangyi Investment Center (Limited Partnership) is a China-based limited partnership engaged in investment activities and managed by CDB Capital FOF Management Co., Ltd.

(20) Beijing Qianshun Investment Co., Ltd. is a China-incorporated company engaged in investment activities and controlled by China Investment Corporation, a state-owned sovereign wealth fund.

(21) The controlling shareholder and actual controller of China International Television Corporation is China Central Television, which is a public institution under the supervision of State Council of the PRC.

(22) Beijing CICC Alpha V Equity Investment Partnership (Limited Partnership) is managed by Xinjiang CICC Alpha Equity Investment Management Co., Ltd., which is a wholly-owned subsidiary of CICC Alpha (Beijing) Investment Fund Management Co., Ltd., which is in turn a joint venture of CICC Capital Operations Co., Ltd., a wholly-owned subsidiary of China International Capital Corporation Limited, a company listed on the Hong Kong Stock Exchange (Stock Code: 3908).

(23) Tohigh Capital Investment & Management Co., Ltd. is a China-incorporated company engaged in investment activities and is controlled by Tohigh Holdings Co., Ltd., a China-based conglomerate.

(24) Tebon StarRay Co. Ltd. is a China-incorporated company engaging in investment activities and wholly-owned by Tebon Securities Co. Ltd., a securities firm.

(25) Beijing Yingyi Internet Technology Co., Ltd., is a China-incorporated company engaging in investment activities and controlled by Shanghai Jukun Network Technology Co., Ltd.

(26) Shanghai Shihong Investment Center (Limited Partnership) is a China-based limited partnership engaged in investment activities and managed by E fund overseas investment (Shenzhen) Co., Ltd.

(27) Hainan CCB Capital Project Fund I Partnership is a China-based limited partnership engaged in investment activities and managed by CCB (Beijing) Investment Fund Management Co., Ltd.

(28) Tetrad Ventures Pte Ltd. is a private limited company incorporated in Singapore. Tetrad Ventures Pte Ltd. is wholly-owned by GIC (Ventures) Private Limited and managed by GIC Special Investments Private Limited, which in turn is wholly-owned by GIC Private Limited ("GIC"). Gamnat Pte Ltd. is a private limited company incorporated in Singapore. Gamnat Pte Ltd. is wholly-owned by Eurovest Private Limited and managed by GIC Asset Management Private Limited, which in turn is wholly-owned by GIC.

(29) Pantai Juara Investments Limited is a wholly-owned subsidiary of Khazanah Nasional Berhad ("Khazanah"). Khazanah is the sovereign wealth fund of Malaysia tasked with growing the long-term wealth of the nation. Khazanah invests in companies and assets across multiple sectors and geographies. Khazanah was incorporated under the Companies Act 1965 on 3 September 1993 as a public limited company. Except for one share owned by the Federal Lands Commissioner, all the share capital of Khazanah is owned by the Minister of Finance Incorporated, a body pursuant to the Ministry of Finance (Incorporation) Act 1957.

(30) WP Capital Investment, L.P. is indirectly wholly-owned by private equity funds managed by Warburg Pincus LLC. Warburg Pincus LLC is a leading global private equity firm focused on growth investing.

(31) Canada Pension Plan Investment Board ("CPP Investments") is a professional investment management organization that invests around the world in the best interests of the more than 20 million contributors and beneficiaries of the Canada Pension Plan.

(32) SL Elephant Holdco Limited is an investment holding company incorporated under the laws of the Cayman Islands. SL Elephant Holdco Limited is controlled by its member, Silver Lake Partners V Cayman, L.P., which is controlled by its general partner, Silver Lake Technology Associates V Cayman, L.P., which is in turn controlled by its general partner, Silver Lake (Offshore) AIV GP V, Ltd., which is advised by Silver Lake Group, L.L.C. which is a global technology investment firm.

(33) CA Fourmi Investments is wholly owned by CAP IV AIV Mauritius Limited, CAP IV Coinvest AIV Mauritius Limited and Carlyle Fourmi Co-Investment Limited (collectively, the "Funds"). The Funds are investment funds managed and advised by affiliated entities of the Carlyle Group Inc. ("Carlyle"). The Funds, by and through its control affiliates including their respective general partners, are ultimately controlled (directly or indirectly) by Carlyle, a public entity listed on Nasdaq (ticker symbol: CG).

(34) Evans Investments Pte. Ltd. and Glittertind Investments Pte. Ltd. are wholly-owned entities of Temasek, which are used for investment holding activities. Temasek is an investment company with an investment portfolio covering a broad spectrum of industries, which include: financial services; telecommunications, media and technology; consumer and real estate; transportation and industrials; life sciences and agribusiness; and energy and resources.

(35) General Atlantic Singapore Commander Pte. Ltd. is a private company limited by shares, incorporated under laws of Singapore. It is wholly-owned by General Atlantic Singapore Fund Pte. Ltd.

(36) T. Rowe Price Associates, Inc. or T. Rowe Price Hong Kong Limited advised or subadvised these funds and accounts in respect of the 2018 Offshore Equity Financing. T. Rowe Price Associates, Inc. provides investment management services to mutual funds, pooled investment vehicles and individual and institutional accounts. For most clients, T. Rowe Price Associates, Inc. exercises investment discretion and has the authority to select securities consistent with clients' investment guidelines. T. Rowe Price Associates, Inc. is an investment advisor registered under the Investment Advisers Act of 1940, as amended and is a wholly-owned subsidiary of T. Rowe Price Group, Inc. (NASDAQ: TROW). T. Rowe Price Hong Kong Limited is an indirect wholly-owned subsidiary of T. Rowe Price Associates, Inc. Of such 89,126,559 Ant International Class C shares, 263,465 Ant International Class C shares were held by two accounts that were no longer advised by T. Rowe Price Associates, Inc. or T. Rowe Price Hong Kong Limited as of the Latest Practicable Date.

(37) Giant Sports Limited, a company incorporated under the laws of the British Virgin Islands, is an investment holding company and a wholly-owned subsidiary of YF Fintech Fund I, L.P. Talent Science Limited, a company incorporated under the laws of the British Virgin Islands, is an investment holding company and a wholly-owned subsidiary of YF Fintech Fund II, L.P. The general partner of each of YF Fintech Fund I, L.P. and YF Fintech Fund II, L.P. is YF Fintech GP I, Ltd. Mr. Feng Yu is the sole shareholder of YF Fintech GP I, Ltd.

(38) Anchor Innovation Limited is an investment company established in the Cayman Islands and advised by Janchor Partners Limited, a company licensed by the SFC to conduct asset management and a long-term industrialist investor.

(39) Clouse S.A., for the account of its Compartment 41, is a public limited liability company existing under the laws of the Grand Duchy of Luxembourg as a securitization company.

(40) Growth Succession Limited is wholly-owned by Boyu Capital Fund III, L.P., an exempted limited partnership registered in the Cayman Islands. Boyu Capital Fund III, L.P. is managed by Boyu Capital.

(41) PV Orange Limited is owned by a Primavera Capital Group ("Primavera") managed investment partnership. Primavera is a leading China-based global investment management firm.

(42) Such funds and accounts are managed by the investment subsidiaries of BlackRock, Inc. ("BlackRock"), which have investment management power over such funds and accounts. BlackRock is listed on the New York Stock Exchange (stock code: BLK).

(43) Scottish Mortgage Investment Trust PLC is an actively managed, low cost investment trust listed on the London Stock Exchange (stock code: SMT) which aims to maximize total returns by investing in a high conviction, global portfolio of public and private growth companies over the long term. The Monks Investment Trust PLC is an actively managed, low cost investment trust listed on the London Stock Exchange (stock code: MNKS) which aims to deliver above average long term returns for shareholders by investing principally in a global portfolio of public companies together with a small proportion of private companies. Both Scottish Mortgage Investment Trust PLC and The Monks Investment Trust PLC are managed by Baillie Gifford, an independent investment partnership founded in Edinburgh, Scotland in 1908.

(44) BPAF Limited is an investment company established in the Cayman Islands. BPAF is primarily focused on investing in the technology sector. It is a pooled investment vehicle in which no participant holds more than a 12% interest.

(45) Coatue PE Asia XIII LLC and PV Internet Holdings LLC are managed by Coatue Management, L.L.C. as the investment manager. The sole owner of Coatue Management, L.L.C. is Coatue Management Partners L.P., for which Coatue Management Partners GP L.L.C. serves as general partner. Mr. Philippe Laffont serves as managing member of Coatue Management Partners GP L.L.C.

(46) DG-ANT LP, is a Delaware, USA, limited partnership whose general partner is DG-ANT GP LLC and whose investment manager is Discovery Capital Management, LLC. ("Discovery"). Founded in 1999, Discovery specializes in multi-asset class investing across global financial markets.

(47) These funds and portfolios are advised or sub-advised by a group of companies collectively known as Fidelity Investments.

(48) Antenna DF Holdings, LP is an advisory client of, and controlled by, Dragoneer Investment Group, LLC. Dragoneer Investment Group, LLC, a San Francisco-based growth-oriented investment firm, is an investment advisor registered with the Securities and Exchange Commission.

(49) SC GGF III Holdco, Ltd. is an exempted company with limited liability incorporated under the laws of the Cayman Islands. Its sole shareholder is Sequoia Capital Global Growth Fund III — Endurance Partners, L.P., an investment fund whose primary purpose is to make equity investments in private companies. The general partner of Sequoia Capital Global Growth Fund III — Endurance Partners, L.P. is SCGGF III — Endurance Partners Management, L.P., whose general partner is SC US (TTGP), Ltd.

(50) Ample Era Investments Limited is an indirect wholly-owned subsidiary of Charoen Pokphand Group Co., Ltd. which, through its subsidiaries, is engaged in a wide range of businesses covering all ASEAN countries, China, Europe and the United States of America, including agro-industrial, food, retail and distribution, telecommunications, information and communications technology, logistics, finance and pharmaceutical.

(51) Fourmy Pte. Ltd is a private limited company incorporated, existing and managed in Singapore, wholly-owned by Austell Asia Pte Ltd,. a private limited company incorporated existing and managed in Singapore which is ultimately owned by the members of the Mulliez family.

(52) Mr. Shen Guojun ("Mr. Shen") is the ultimate beneficiary of Intime International Holdings Limited. Mr. Shen is the founder of China Yintai Holdings Co., Ltd., which is a diversified industrial development and investment group, with a portfolio of key businesses including Yintai Retails, Yintai Land, Yintai Gold, Yintai Tourism, Yintai Investment and Finance, and Yintai Foundation.

(53) Kofu International Limited is a private investment vehicle owned by Mr. Yin Chung-Yao.

(54) Tahoe Ltd is a private company incorporated under the Mauritius Companies Act 2001 with a principal focus on private equity and venture capital investments. Tahoe is an investment vehicle wholly owned by "The Regents of the University of California."

(55) Credit Suisse AG, Singapore Branch is the Singapore branch of Credit Suisse AG which is an international financial services firm incorporated in Switzerland. Credit Suisse AG, Singapore Branch was registered in Singapore on March 8, 1973 and is a licensed wholesale bank regulated by the Monetary Authority of Singapore (MAS) and provides banking and financial services.

(56) Active Noble Limited, which is incorporated in the British Virgin Islands, is an indirect wholly-owned subsidiary of CK Asset Holdings Limited ("CKA"). CKA, a company listed on the Main Board of the Hong Kong Stock Exchange (Stock Code: 1113), is a leading multinational corporation and has diverse capabilities with activities encompassing property development and investment, hotel and serviced suite operation, property and project management, aircraft leasing, pub operation and investment in infrastructure and utility asset operation.

(57) Hutchison Whampoa Europe Investments S.à r.l. is an indirect wholly owned subsidiary of CK Hutchison Holdings Limited ("CK Hutchison"), a company listed on the Main Board of the Hong Kong Stock Exchange (Stock Code: 0001). CK Hutchison is a multinational conglomerate engaged in five core businesses — ports and related services, retail, infrastructure, energy and telecommunications.

(58) Falcon Edge Capital, LP is a diversified global alternative asset manager founded in 2012. They offer a variety of investment products that cover a number of asset classes, themes and geographies which include public equity, venture capital and private equity as well as a financial center joint venture with a leading sovereign entity. Falcon Edge Capital, LP is the investment manager to Moraine Master Fund, LP and Falcon CI V, LLC.

(59) Athena Investment Limited ("AI Ltd") is an investment vehicle which was incorporated during 2018 in the Cayman Islands. AI Ltd was formed for the purpose of acquiring and holding shares of Ant International. AI Ltd is wholly-owned by Athena Holdings Limited ("AH Ltd") which in turn is wholly-owned by KKR Partners (Athena) LLC ("Athena"). Each of AH Ltd and Athena were also incorporated during 2018 in the Cayman Islands. The ultimate beneficial owners of Athena are various current and former executives of KKR & Co. Inc. Besides the composition of Athena investors, there is no affiliation between Athena and KKR & Co. Inc.

(60) Sinovation Fortune Limited is 100% held by Sinovation Fund IV, L.P., which is an exempted limited partnership with its general partner being Sinovation Fund Management IV, L.P. and Sinovation Fund IV GP, Ltd. is the general partner of Sinovation Fund Management IV, L.P., Dr. Kai-Fu Lee is the sole shareholder of Sinovation Fund IV GP, Ltd. Sinovation Fund IV, L.P. is a USD Fund of Sinovation Ventures which is leading Chinese technology venture capital, started in 2009 by a team led by Dr. Kai-Fu Lee.

(61) Domenick Limited is a private company engaged in the business of investing in public and private companies. The ultimate beneficial owners of Domenick Limited are Mrs. Slighton Tung Leih Yuan Audrey, Mr. Tung Lieh Cheung Andrew and Mr. Tung Lieh Sing Alan.

(62) GGV Capital Holdings, L.L.C. is a limited liability company organized under the laws of Delaware. GGV Capital Holdings, L.L.C. is managed by GGV Capital LLC, which provides management services to certain venture capital investment funds focused on technology related investments in North America and Asia.

(63) HS Investments AP10 Limited and HS Investments WT Limited are investment vehicles managed by Hedosophia Group Limited ("Hedosophia"). Hedosophia is an investment firm founded in 2012 with a particular focus on growth investments in Internet and technology companies.

(64) Platinum Lotus B 2018 RSC Limited, a company organized under the laws of the Abu Dhabi Global Market, is wholly-owned by the Abu Dhabi Investment Authority ("ADIA"). ADIA is a public institution established by the Government of the Emirate of Abu Dhabi in 1976 as an independent investment institution. ADIA manages a global investment portfolio that is diversified across more than two dozen asset classes and sub categories.

(65) The Public Investment Fund ("PIF"), wholly-owned by the Kingdom of Saudi Arabia, is a sovereign wealth fund. PIF invests in long-term opportunities across diverse industries and asset classes locally and internationally.

(66) The Offshore Pre-IPO Investors acquired Ant International Class C shares in June 2018. These Ant International Class C shares will be redeemed and the same number of H Shares will be subscribed for by and issued to the Offshore Pre-IPO Investors upon completion of the H Share IPO. See "— Redemption and Subscription by Ant International Securities Holders" for further details.

**Group Structure, Major Subsidiaries and Key Associates**

We conducted our business operations through our subsidiaries and associates in China and outside of China. As of June 30, 2020, we had 70 subsidiaries incorporated in mainland China (including the 14 major subsidiaries detailed below) and 98 subsidiaries incorporated in other countries or regions (including the six major subsidiaries detailed below). We also had minority stakes in 58 investee companies which were accounted for as our associates or joint ventures (including the two key associates detailed below). Certain components of our businesses require licenses and regulatory approvals and/or strong local presences, and we have made strategic investments in minority stakes of companies whom we believe have strong growth potential or can supplement our existing primary businesses. Given our size and scale and the size and scale of the targets, we do not consider any of our historical acquisitions and investments to be material. Furthermore, not all our subsidiaries and associates are material to our business.

The chart below summarizes our corporate legal structure and identifies the subsidiaries and associates that are material to our business:



Notes:

(1)   The remaining 49.00% equity interest of Tianhong was owned by Tianjin Trust Co., Ltd. (16.80%), Inner Mongolia Junzheng Energy Chemical Group Co., Ltd. (15.60%), Wuhu High and New Technology Investment Co., Ltd. (5.60%), Xinjiang Tianju Chenxing Equity Investment Partnership (Limited Partnership)(3.50%), Xinjiang Tianrui Bofeng Equity Investment Partnership (Limited Partnership)(3.50%), Xinjiang Tianfu Hengji Equity Investment Partnership (Limited Partnership)(2.00%) and Xinjiang Tianhui Xinmeng Equity Investment Partnership (Limited Partnership)(2.00%), each an independent third party.

(2)   Including 68.83% owned by our Company and 7.07% owned by a wholly-owned subsidiary of our Company. The remaining 24.10% equity interest of Ant Funds Sales was owned by Hundsun Technologies Inc., an associate of ours.

(3)   The remaining 49.00% equity interest of Cathay Insurance was owned by Cathay Century Insurance Co., Ltd. (24.50%) and Cathay Life Insurance Co., Ltd. (24.50%), each an independent third party.

(4)    We are the largest shareholder of MYbank and the remaining 70.00% equity interest of MYbank was owned by five other shareholders, each an independent third party.

(5)    Held through intermediate holding companies that are wholly-owned by us.

(6)    Represents our voting rights. Ant International also issued Ant International Class B shares to support our offshore employee incentives and Ant International Class C shares to the Offshore Pre-IPO Investors and Taobao Holding Limited. Ant International Class B shares and Ant International Class C shares have no voting rights.

(7)    Calculated without considering the ungranted awards under the share-based compensation plans of One97 Communications Limited ("One97"). We are the largest shareholder of One97. Other shareholders of One97 include Alibaba, SoftBank Vision Fund and other independent third parties.

The principal business activities and date of establishment of each of our major subsidiaries (who contributed to 88.5% of our profit for the period of the six months ended June 30, 2020 in aggregate) and key associates, are shown below:

| Name of Company | Principal Business Activities | Our Shareholding Percentage | Date and Jurisdiction of Establishment |
|---|---|---|---|
| **Major Subsidiaries:** | | | |
| Alipay China | Digital payment and related services to consumers and merchants | 100.00% | December 8, 2004, PRC |
| Chongqing Ant Shangcheng Micro Loan Co., Ltd. ("Ant Shangcheng") | Micro loan and ancillary technical services through our digital finance technology platform | 100.00% | June 1, 2011, PRC |
| Chongqing Ant Small and Micro Loan Co., Ltd. ("Ant Small and Micro Loan") | Micro loan and ancillary technical services through our digital finance technology platform | 100.00% | August 5, 2013, PRC |
| Ant Financial (Hangzhou) Network Technology Co., Ltd. ("Ant Hangzhou") | Operations and research and development | 100.00% | October 22, 2013, PRC |
| Shanghai Yunju Venture Capital Co., Ltd. ("Shanghai Yunju") | Strategic investments and investment management | 100.00% | December 30, 2013, PRC |

| Name of Company | Principal Business Activities | Our Shareholding Percentage | Date and Jurisdiction of Establishment |
|---|---|---|---|
| Shanghai Yunxin Venture Capital Co., Ltd. ("Shanghai Yunxin") | Strategic investments and investment management | 100.00% | February 11, 2014, PRC |
| Ant Shengxin (Shanghai) Information Technology Co., Ltd. ("Ant Shengxin") | Provision of insurance-related technical services as part of our InsureTech services | 100.00% | April 2, 2015, PRC |
| Alipay (Hangzhou) Information Technology Co., Ltd. ("Alipay Hangzhou") | Operations of mobile applications and Internet related businesses | 100.00% | July 7, 2016, PRC |
| Ant Zhixin (Hangzhou) Information Technology Co., Ltd. ("Ant Zhixin") | Micro loan related technical services through our digital finance technology platform | 100.00% | February 28, 2017, PRC |
| Chongqing Wantang Information Technology Co., Ltd. ("Chongqing Wantang") | Micro loan related technical services through our digital finance technology platform | 100.00% | April 19, 2017, PRC |
| Zhejiang Finance Credit Network Technology Co., Ltd. ("Zhejiang Finance Credit") | Holds equity interests in our licensed financial services subsidiaries | 100.00% | July 16, 2003, PRC |
| Tianhong Asset Management Co., Ltd. ("Tianhong") | Asset management | 51.00% | November 8, 2004, PRC |
| Ant (Hangzhou) Funds Sales Co., Ltd. ("Ant Funds Sales") | Sales of fund products through our digital finance technology platform | 75.90% | August 6, 2007, PRC |
| Cathay Insurance Company Limited ("Cathay Insurance") | P&C insurance business, including the sales of P&C insurance products through our digital finance technology platform | 51.00% | August 28, 2008, PRC |

| Name of Company | Principal Business Activities | Our Shareholding Percentage | Date and Jurisdiction of Establishment |
| --- | --- | --- | --- |
| Alipay Singapore E-Commerce Private Limited ("Alipay Singapore") | Cross-border digital payment and merchant services | 100.00% | January 5, 2010, Singapore |
| Alipay (Hong Kong) Holding Limited ("Alipay Hong Kong") | Overseas business holding and equity investment platform | 100.00% | February 24, 2014, Hong Kong, PRC |
| API (Hong Kong) Investment Limited ("API Hong Kong") | Overseas equity investment platform | 100.00% | July 23, 2014, Hong Kong, PRC |
| ANT KBW Investment Limited ("Ant KBW") | Overseas equity investment platform | 100.00% | August 6, 2015, British Virgin Islands |
| Ant International | Overseas financing and employee incentive platform | 100.00%[1] | December 27, 2017, Cayman Islands |
| Antfin (Netherlands) Holding B.V. ("Ant Netherlands") | Overseas equity investment platform | 100.00% | October 25, 2019, the Netherlands |
| **Key Associates:** | | | |
| MYbank | Commercial banking | 30.00% | May 28, 2015, PRC |
| One97 | Payment and related services | 30.33%[2] | December 22, 2000, India |

Notes:

(1) Represents our voting rights. Ant International also issued Ant International Class B shares as offshore employee incentives and Ant International Class C shares to the Offshore Pre-IPO Investors and Taobao Holding Limited. Ant International Class B shares and Ant International Class C shares have no voting rights.

(2) Calculated without considering the ungranted awards under the share-based compensation plans of One97.

## Shareholding Structure

The following diagram illustrates the shareholding structure of our Group immediately prior to the completion of the H Share Issuance and the A Share IPO:



Notes:

(1) Hangzhou Yunbo is the executive partner and general partner of both Hangzhou Junhan and Hangzhou Junao. Pursuant to the Concert Party Agreement dated August 21, 2020 and entered into among Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang and the articles of association of Hangzhou Yunbo, Mr. Jack Ma can, through his control over resolutions passed at the general meetings of Hangzhou Yunbo which relate to the exercise of right by Hangzhou Junhan and Hangzhou Junao as Shareholders, effectively exercise control over the Shares held by Hangzhou Junhan and Hangzhou Junao and accordingly, has ultimate control over our Company. However, Mr. Jack Ma's indirect economic interest in our Company is limited to his interests as a limited partner of Hangzhou Junhan and the corresponding interests in the Shares held by Hangzhou Junhan.

(2) As of the Latest Practicable Date, Alibaba, through Hangzhou Alibaba, its wholly-owned subsidiary, held 7,763,002,334 Shares and through Taobao Holding Limited, its wholly-owned subsidiary, held 1,171,508,767 Ant International Class C shares. Certain Ant International Class C shares held by Taobao Holding Limited will be surrendered and cancelled so that a total of 1,158,572,686 Ant International Class C shares will be redeemed and the same number of H Shares will be issued to Taobao Holding Limited. Assuming the redemption and subscription arrangement described in "— Redemption and Subscription by Ant International Securities Holders" had been completed as of the Latest Practicable Date such that all the Ant International Class B shares and the Ant International Class C shares, including the Ant International Class C shares held by Taobao Holding Limited, are redeemed and the same number of H Shares are issued, Alibaba's equity interest through Hangzhou Alibaba and Taobao Holding Limited in our Company would be 33%.

(3) Ant International's Class A ordinary shares held by us are the only class of shares that have voting rights. Ant International also issued Ant International Class B shares to support our offshore employee incentives and Ant International Class C shares to the Offshore Pre-IPO Investors and Taobao Holding Limited. Ant International Class B shares and Ant International Class C shares have no voting rights.

# HISTORY AND DEVELOPMENT

The following diagram illustrates the shareholding structure of our Group immediately upon the completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised)[8]:



Notes:

(1) Hangzhou Yunbo is the executive partner and general partner of both Hangzhou Junhan and Hangzhou Junao. Pursuant to the Concert Party Agreement dated August 21, 2020 and entered into among Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang and the articles of association of Hangzhou Yunbo, Mr. Jack Ma can, through his control over resolutions passed at the general meetings of Hangzhou Yunbo which relate to the exercise of right by Hangzhou Junhan and Hangzhou Junao as Shareholders, effectively exercise control over the Shares held by Hangzhou Junhan and Hangzhou Junao and accordingly, has ultimate control over our Company. However, Mr. Jack Ma's indirect economic interest in our Company is limited to his interests as a limited partner of Hangzhou Junhan and the corresponding interests in the Shares held by Hangzhou Junhan.

(2) Represents (i) the 1,158,572,686 H Shares subscribed for and issued to Taobao Holding Limited, a wholly-owned subsidiary of Alibaba, as a result of the redemption of 1,158,572,686 Ant International Class C shares as described in "— Redemption and Subscription by Ant International Securities Holders"; and (ii) 1,600,000,000 Domestic Shares held by Hangzhou Alibaba Network Technology Co., Ltd. (杭州阿里巴巴網絡科技有限公司) which will be registered as H Shares.

(3) Represents the 1,838,517,798 H Shares subscribed for and issued to the Offshore Pre-IPO Investors as a result of the redemption of 1,838,517,798 Ant International Class C shares as described in "— Redemption and Subscription by Ant International Securities Holders."

(4) Represents the 259,355,840 H Shares subscribed for and issued to BOCI Trustee (Hong Kong) Limited as trustee or nominee as a result of the redemption of 259,355,840 Ant International Class B shares as described in "— Redemption and Subscription by Ant International Securities Holders";

(5) Upon completion of the H Share Issuance and the A Share IPO, 350,000,000 Domestic Shares held by Hangzhou Junhan and 120,000,000 Domestic Shares held by Hangzhou Junao will be registered as H Shares.

(6) 1,600,000,000 Domestic Shares held by Hangzhou Alibaba will be registered as H Shares. The shareholding percentages assume Alibaba does not excise its anti-dilution right to subscribe for additional Shares in our Global IPO.

(7) Represents the 6,163,002,334 Shares held by Hangzhou Alibaba, and 730,000,000 Shares to be subscribed for by Zhejiang Tmall Technology Co., Ltd. (浙江天貓技術有限公司), an indirect wholly-owned subsidiary of Alibaba, in the A Share IPO.

(8) Upon completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised), the Pre-IPO Investors will collectively hold 4,003,200,232 A Shares and 1,838,517,798 H Shares, or approximately 19.2% of the issued share capital of the Company, and such Shares will be counted towards the public float.

## Substantial Shareholders

So far as our Directors are aware, immediately following completion of the H Share Issuance (including Redemption and Subscription) and the A Share IPO and assuming the Over-allotment Options are not exercised, the following persons will have interests and/or short positions in the Shares or underlying Shares of our Company which (i) would fall to be disclosed pursuant to the provisions of Divisions 2 and 3 of Part XV of the SFO, or (ii) will be, directly or indirectly, interested in 10% or more of the nominal value of any class of our share capital carrying rights to vote in all circumstances at general meetings of our Company or any other member of our Group:

| Name of Shareholder | Nature of interest | Number and class of Shares held | Approximate percentage of shareholding in the relevant class of Shares immediately after the completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised) | Approximate percentage of shareholding in the total share capital of our Company immediately after the completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised) |
|---|---|---|---|---|
| Mr. Jack Ma[1] [2] [3] | Interest in controlled corporation | 470,000,000 H Shares | 6.7% | 1.5% |
| | Interest in controlled corporation | 11,542,426,930 A Shares | 49.4% | 38.0% |
| Mr. Eric Jing[2] | Interest of a party to an agreement | 470,000,000 H Shares | 6.7% | 1.5% |
| | Interest of a party to an agreement | 11,542,426,930 A Shares | 49.4% | 38.0% |
| Mr. Simon Hu[2] | Interest of a party to an agreement | 470,000,000 H Shares | 6.7% | 1.5% |
| | Interest of a party to an agreement | 11,542,426,930 A Shares | 49.4% | 38.0% |
| Ms. Fang Jiang[2] | Interest of a party to an agreement | 470,000,000 H Shares | 6.7% | 1.5% |
| | Interest of a party to an agreement | 11,542,426,930 A Shares | 49.4% | 38.0% |

| Name of Shareholder | Nature of interest | Number and class of Shares held | Approximate percentage of shareholding in the relevant class of Shares immediately after the completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised) | Approximate percentage of shareholding in the total share capital of our Company immediately after the completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised) |
|---|---|---|---|---|
| Hangzhou Yunbo[1] | Interest in controlled corporation | 470,000,000 H Shares | 6.7% | 1.5% |
| | Interest in controlled corporation | 11,542,426,930 A Shares | 49.4% | 38.0% |
| Hangzhou Junhan[1] | Beneficial owner | 350,000,000 H Shares[4] | 5.0% | 1.1% |
| | Beneficial owner | 6,750,807,353 A Shares[4] | 28.9% | 22.2% |
| Hangzhou Junao[1] | Beneficial owner | 120,000,000 H Shares[4] | 1.7% | 0.4% |
| | Beneficial owner | 4,791,619,577 A Shares[4] | 20.5% | 15.8% |
| Alibaba[3] | Interest in controlled corporation | 2,758,572,686 H Shares | 39.4% | 9.1% |
| | Interest in controlled corporation | 6,893,002,334 A Shares | 29.5% | 22.7% |
| Taobao Holding Limited[3] | Beneficial owner | 1,158,572,686 H Shares | 16.6% | 3.8% |
| | Interest in controlled corporation | 1,600,000,000 H Shares | 22.9% | 5.3% |
| | Interest in controlled corporation | 6,893,002,334 A Shares | 29.5% | 22.7% |
| Taobao China Holding Limited[3] | Interest in controlled corporation | 1,600,000,000 H Shares | 22.9% | 5.3% |
| | Interest in controlled corporation | 6,893,002,334 A Shares[6] | 29.5% | 22.7% |

# SUBSTANTIAL SHAREHOLDERS

| Name of Shareholder | Nature of interest | Number and class of Shares held | Approximate percentage of shareholding in the relevant class of Shares immediately after the completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised) | Approximate percentage of shareholding in the total share capital of our Company immediately after the completion of the H Share Issuance and the A Share IPO (assuming the Over-allotment Options are not exercised) |
|---|---|---|---|---|
| Taobao (China) Software Co, Ltd. (淘寶(中國)軟件有限公司)[3] | Interest in controlled corporation | 1,600,000,000 H Shares | 22.9% | 5.3% |
| | Interest in controlled corporation | 6,163,002,334 A Shares | 26.4% | 20.3% |
| Hangzhou Tongxin Network Technology Co., Ltd. (杭州同欣網絡技術有限公司)[3] | Interest in controlled corporation | 1,600,000,000 H Shares | 22.9% | 5.3% |
| | Interest in controlled corporation | 6,163,002,334 A Shares | 26.4% | 20.3% |
| Hangzhou Alibaba[3] | Beneficial owner | 1,600,000,000 H Shares[5] | 22.9% | 5.3% |
| | Beneficial owner | 6,163,002,334 A Shares[5] | 26.4% | 20.3% |

Notes:

(1) Hangzhou Junhan and Hangzhou Junao are two limited partnerships established under the laws of the PRC. They are controlled by Hangzhou Yunbo as their executive partner and general partner.

The direct and indirect limited partners of Hangzhou Junhan and Hangzhou Junao are certain existing and former senior management and employees of our Group and Alibaba. These direct or indirect limited partners of Hangzhou Junhan and Hangzhou Junao have no control or voting power over the Shares held by Hangzhou Junhan or Hangzhou Junao. None of them has any interests in the Shares that would fall to be disclosed pursuant to the provisions of Divisions 2 and 3 of Part XV of the SFO. Each of these direct and indirect limited partners (other than Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang) is not, and together as a group they are not, Controlling Shareholders of the Company under the Hong Kong Listing Rules.

The table below sets out the cumulative contribution by the partners of Hangzhou Junhan and Hangzhou Junao and the economic interests of the direct and indirect limited partners (who hold their economic interests through other limited partnerships) of Hangzhou Junhan and/or Hangzhou Junao as represented by the corresponding number of Shares:

| Name of partner | Subscribed capital contribution (in RMB millions)[Note b] | Economic interests represented by number of Shares (in millions)[Note c] |
|---|---|---|
| **General partner** | | |
| Hangzhou Yunbo[Note a] | 20 | 4,981 |
| **Limited partners** | | |
| Jack Yun MA (馬雲) | 20 | 2,677 |
| Lucy Lei PENG (彭蕾) | 2,077 | 504 |
| Eric Xiandong JING (井賢棟) | 2,184 | 303 |
| Zhaoxi LU (陸兆禧) | 52 | 230 |
| Xiaofeng SHAO (邵曉鋒) | 51 | 228 |
| Trudy Shan DAI (戴珊) | 48 | 189 |
| Eddie Yongming WU (吳泳銘) | 48 | 189 |
| Judy Wenhong TONG (童文紅) | 45 | 180 |
| Daniel Yong ZHANG (張勇) | 44 | 175 |
| Shuai WANG (王帥) | 42 | 167 |
| Yijie PENG (彭翼捷) | 33 | 164 |
| Simon Xiaoming HU (胡曉明) | 2,145 | 161 |
| Jian WANG (王堅) | 40 | 157 |
| Luyuan FAN (樊路遠) | 584 | 147 |
| Sara Siying YU (俞思瑛) | 35 | 140 |
| Maggie Wei WU (武衛) | 35 | 137 |
| Jianhang JIN (金建杭) | 33 | 131 |
| Li CHENG (程立) | 233 | 127 |
| Ming ZENG (曾鳴) | 29 | 115 |
| Fang JIANG (蔣芳) | 25 | 97 |
| Zhenfei LIU (劉振飛) | 25 | 97 |
| Yu ZHANG (張宇) | 24 | 94 |
| Sophie Minzhi WU (吳敏芝) | 23 | 92 |
| Peng JIANG (姜鵬) | 22 | 86 |
| Jeff Jianfeng ZHANG (張建鋒) | 20 | 80 |
| Xingjun NI (倪行軍) | 563 | 44 |
| Ying ZHAO (趙穎) | 563 | 44 |
| Songbai ZENG (曾松柏) | 522 | 33 |
| Jingxian CAI (蔡景現) | 352 | 28 |
| Yongxin FANG (方永新) | 352 | 28 |
| Lijun SUN (孫利軍) | 352 | 28 |
| Jessie Junfang ZHENG (鄭俊芳) | 352 | 28 |
| Yongfu YU (俞永福) | 352 | 28 |
| Winnie Jia WEN (聞佳) | 382 | 22 |
| Zeming WU (吳澤明) | 382 | 22 |
| Simon Shihuang XIE (謝世煌) | 5 | 20 |
| Lei WANG (王磊) | 243 | 14 |
| Jiangwei JIANG (蔣江偉) | 388 | 11 |
| Jie SONG (宋潔) | 388 | 11 |
| Cyril Xinyi HAN (韓歆毅) | 70 | 6 |
| **Total** | **13,204** | **12,012** |

Notes:

a. Hangzhou Yunbo is not entitled to any economic interest derived from the Shares held by Hangzhou Junhan and Hangzhou Junao. As general partner and executive partner of Hangzhou Junhan and Hangzhou Junao, Hangzhou Yunbo has the right to direct the allocation of economic interests derived from the Shares held by Hangzhou Junhan and Hangzhou Junao and any transfer of economic interests by limited partners is subject to the approval of Hangzhou Yunbo. Such allocation includes economic interests to be donated in the future to charitable organizations designated by Mr. Jack Ma (representing 611,337,334 underlying Shares), economic interests attached to share economic rights (including economic interests attached to post-listing employee incentives in the future), economic interests for future limited partners of Hangzhou Junhan and Hangzhou Junao and economic interests that may be used for other future charitable donations.

b. Refers to the cumulative amounts of capital subscribed by direct and indirect partners of Hangzhou Junhan and Hangzhou Junao as registered with the local counterparts of the State Administration for Market Regulation ("SAMR"). The subscribed capital of limited partners was determined with reference to the fair value of the Shares and such partners' entitlement to the economic interests that are represented by the number of Shares when they joined as partners. The fair value of the Shares varied over time; and partners' entitlement varies as to the economic interests that are represented by the number of Shares. As such, the amount of capital subscribed by a partner as registered with SAMR does not directly correlate to such partner's economic interests derived from the Shares; and such amount of subscribed capital as a percentage of the total amounts of subscribed capital by all partners does not directly correlate to such partner's economic interests as a percentage of the total economic interests derived from the Shares held by Hangzhou Junhan and Hangzhou Junao.

c. Refers to economic interests of direct and indirect limited partners as determined by limited partner interests that are represented by number of Shares. According to the Law of the People's Republic of China on Partnerships, the economic interests of partners in a partnership shall be determined by agreement among the partners. The economic interests of the direct and indirect partners of Hangzhou Junhan and Hangzhou Junao derived from the Shares held by Hangzhou Junhan and Hangzhou Junao are determined by their limited partner interests that are represented by specified numbers of Shares.

(2) Hangzhou Yunbo is held as to 34%, 22%, 22% and 22% by Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang, respectively. Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang entered into the Concert Party Agreement on August 21, 2020. Pursuant to such agreement and the articles of association of Hangzhou Yunbo, Mr. Jack Ma can, through his control over resolutions passed at the general meetings of Hangzhou Yunbo which relate to the exercise of right by Hangzhou Junhan and Hangzhou Junao as Shareholders, effectively exercise control over the Shares held by Hangzhou Junhan and Hangzhou Junao and accordingly, has ultimate control over our Company. However, although Mr. Jack Ma has control over the Shares held by Hangzhou Junhan and Hangzhou Junao, Mr. Jack Ma's indirect economic interests in our Company is limited to his interests as a limited partner of Hangzhou Junhan and the corresponding interests in the Shares held by Hangzhou Junhan. As such, each of Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang is deemed to be interested in the H Shares and A Shares in which Hangzhou Junhan and Hangzhou Junao are interested. See "Relationship with Controlling Shareholders — Our Controlling Shareholders" of this prospectus for details.

(3) Hangzhou Alibaba is wholly-owned by Hangzhou Tongxin Network Technology Co., Ltd. (杭州同欣網絡技術有限公司), a wholly-owned subsidiary of Taobao (China) Software Co, Ltd. (淘寶(中國)軟件有限公司). Taobao (China) Software Co, Ltd. (淘寶(中國)軟件有限公司) is in turn wholly-owned by Taobao China Holding Limited, a wholly-owned subsidiary by Taobao Holding Limited. Alibaba owns the entire issued share capital of Taobao Holding Limited. As a result, each of Alibaba, Taobao Holding Limited, Taobao China Holding Limited, Taobao (China) Software Co, Ltd. (淘寶(中國)軟件有限公司) and Hangzhou Tongxin Network Technology Co., Ltd. (杭州同欣網絡技術有限公司) is deemed to be interested in the same number of H Shares and A Shares held by Hangzhou Alibaba, and Alibaba is deemed to be interested in the same number of H Shares held by Taobao Holding Limited.

(4) Upon completion of the H Share Issuance and the A Share IPO, 350,000,000 Domestic Shares held by Hangzhou Junhan and 120,000,000 Domestic Shares held by Hangzhou Junao will be registered as H Shares.

(5) Upon completion of the H Share Issuance and the A Share IPO, 1,600,000,000 Domestic Shares held by Hangzhou Alibaba Network Technology Co., Ltd. (杭州阿里巴巴網絡科技有限公司) will be registered as H Shares.

(6) The Shares held by Taobao China Holding Limited includes 730,000,000 A Shares in the A Share IPO to be subscribed by Zhejiang Tmall Technology Co., Ltd. (浙江天貓技術有限公司) pursuant to a Share Subscription Agreement for Strategic Investors dated September 21, 2020 entered into among our Company, Zhejiang Tmall Technology Co., Ltd. (浙江天貓技術有限公司) and CICC. Zhejiang Tmall Technology Co., Ltd. (浙江天貓技術有限公司) is wholly owned by Taobao China Holding Limited.

Save as disclosed in this prospectus, our Directors are not aware of any person who will, immediately following the completion of the H Share Issuance and the A Share IPO (and the offering of any additional Shares pursuant to the Over-allotment Options), have an interest or short position in the Shares or underlying shares of our Company which would be required to be disclosed to our Company and the Hong Kong Stock Exchange under Divisions 2 and 3 of Part XV of the SFO or will, directly or indirectly, be interested in 10% or more of the nominal value of any class of share capital carrying rights to vote in all circumstances at any general meeting of our Company.

# RELATIONSHIP WITH CONTROLLING SHAREHOLDERS

**Our Controlling Shareholders**

*Hangzhou Junhan, Hangzhou Junao and Hangzhou Yunbo*

As of the Latest Practicable Date, Hangzhou Junhan and Hangzhou Junao held approximately 29.86% and 20.66% (together approximately 50.52%) of our total issued Shares, respectively. Both Hangzhou Junhan and Hangzhou Junao are limited partnerships established in China, with Hangzhou Yunbo being their executive partner and general partner that has the power to manage their businesses, including the power to vote in respect of the Shares held by Hangzhou Junhan and Hangzhou Junao.

We are incorporated in the PRC and pursuant to PRC laws and regulations, Hangzhou Junhan and Hangzhou Junao, which together are our largest shareholders, are considered our controlling shareholders.

*Mr. Jack Ma and other shareholders of Hangzhou Yunbo*

As of the Latest Practicable Date, Mr. Jack Ma held a 34% equity interest in Hangzhou Yunbo and each of Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang held a 22% equity interest in Hangzhou Yunbo. Pursuant to the articles of association of Hangzhou Yunbo and a concert party agreement entered into among Mr. Jack Ma, Mr. Eric Jing, Mr. Simon Hu and Ms. Fang Jiang on August 21, 2020, all matters relating to our Company including the exercise of the voting power in respect of the Shares held by Hangzhou Junhan and Hangzhou Junao, the nomination of directors and supervisors to our Company by them and the increase or decrease of their interests in our Company shall be decided by the general meetings of Hangzhou Yunbo, with a majority of more than two-thirds of the votes by the shareholders. As such, Mr. Jack Ma has veto right over all such matters, and if any resolution relating to any such matter proposed at a general meeting of Hangzhou Yunbo is not carried, the other shareholders of Hangzhou Yunbo shall cast their votes in accordance with the decision of Mr. Jack Ma and pass and sign the relevant resolution. Therefore, Mr. Jack Ma can, through his control over resolutions passed at the general meetings of Hangzhou Yunbo which relate to the exercise of right by Hangzhou Junhan and Hangzhou Junao as Shareholders, effectively exercise control over the Shares held by Hangzhou Junhan and Hangzhou Junao and accordingly, has ultimate control over our Company. However, although Mr. Jack Ma has control over the Shares held by Hangzhou Junhan and Hangzhou Junao, Mr. Jack Ma's indirect economic interests in our Company is limited to his interests as a limited partner of Hangzhou Junhan and not the interests in all the Shares held by Hangzhou Junhan and Hangzhou Junao.

No changes were made to our Board and our core management team as a result of the transfer of Hangzhou Yunbo's equity interest by Mr. Jack Ma and it has not caused material changes in the management of our daily operations.

The Concert Party Agreement and the articles of association of Hangzhou Yunbo impose certain restrictions on the disposal of equity interest in Hangzhou Yunbo held by its shareholders. In particular, a shareholder of Hangzhou Yunbo shall lose his/her voting power and shall exit from Hangzhou Yunbo and cease to be a shareholder under certain circumstances including death or incapacity to act, commission of crime, obtaining foreign citizenship or permanent residency in countries or regions outside of mainland China or being involved in legal proceedings or arbitration as a result of being unable to repay debts or other reasons which may cause the equity interest in Hangzhou Yunbo held by him/her be transferred under enforcement procedures of the PRC court (the "Exit Circumstances"). If any of the Exit Circumstance happens in respect of the largest shareholder, the largest

