# EXHIBIT J

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/ant-groups-giant-ipos-set-to-launch-after-regulators-clear-the-way-11603296011

MARKETSDEALS

# Ant Group's Giant IPOs Set to Launch After Regulators Clear the Way

Fintech giant says mainland China investors have committed to buying more than a third of the deals' shares



The Ant Group mascot is displayed at the company's headquarters in Hangzhou, China.
PHOTO: QILAI SHEN/BLOOMBERG NEWS

*By Jing Yang       and Stella Yifan Xie*
Updated Oct. 21, 2020 12:34 pm ET

Chinese financial technology giant Ant Group Co. said investors in mainland China have committed to purchasing more than a third of the shares it plans to sell in a pair of blockbuster initial public offerings, as the company prepares to raise tens of billions of dollars for its long-awaited market debuts.

Ant, the operator of popular payments and lifestyle app Alipay, on Wednesday submitted updated regulatory filings to stock exchanges in Shanghai and Hong Kong, after receiving a final nod from the China Securities Regulatory Commission to move forward with its listing plans.

Regulators in China and Hong Kong have given Ant the green light to go public amid escalating tensions between Beijing and Washington, and a recent threat from the U.S. government to put Ant on a trade blacklist.

The Chinese securities regulator earlier this week approved Ant's plans to list in Hong Kong, and on Wednesday told the company it could issue new shares on Shanghai's Nasdaq-style Science and Technology Innovation Board, also known as the STAR Market.

Ant is currently the world's most valuable technology startup, and it is likely to break global records by raising more than $30 billion from its concurrent IPOs. Banks handling the deal plan to start formal

marketing of Ant's shares to investors around the world on Thursday.

The company was valued at $150 billion in a private fundraising round in mid-2018, and some analysts have recently estimated its value at more than $300 billion. That would make Ant more valuable than most U.S. banks, and put it close to the market capitalization of Mastercard Inc.

The Hangzhou-headquartered company plans to split its share sale equally between Shanghai and Hong Kong, and issue up to 1.67 billion shares in each market, according to its filing with the Shanghai Stock Exchange.

Together, the new shares would comprise 11% of the Ant's post-listing share capital. That could increase if banks underwriting the IPOs exercise options to purchase additional shares after trading begins.

Ant said strategic investors in China have already agreed to subscribe to 80% of the Shanghai leg of the IPO. They include Ant's former parent, e-commerce giant Alibaba Group Holding Ltd., which will buy 730 million shares in the offering to maintain its stake in Ant at roughly a third of the company.

China International Capital Corp. and China Securities Co., the two sponsors of the Shanghai IPO, will also purchase some shares, as required by co-investment rules mandated by the Star board.

Other strategic investors, which Ant hasn't named yet, include insurance companies, national investment funds and their subsidiaries, as well as mutual funds. Earlier this month, five large asset managers raised billions of dollars from individual investors for new mutual funds that plan to invest in Ant's IPO.

Ant will conduct in-person and virtual roadshows for the Shanghai offering on Thursday and Friday. The offering will close on Oct. 29.

The company's new filings didn't provide a listing date, but contained some updated information about its business. Ant said its revenue for the first nine months of 2020 likely grew 42.6% from the same period a year earlier to 118.2 billion yuan, equivalent to $17.7 billion. That was slightly less than the company's revenue for the whole of last year. Ant didn't provide third-quarter net income numbers.

At the end of September, Ant said 731 million people in China used Alipay at least once a month, up from 711 million in June.

The new version of Ant's Hong Kong IPO prospectus also provided more information about the company's rivalry with Tencent Holdings Ltd., whose widely used mobile-payment system WeChat Pay has eaten into Alipay's dominant market share in recent years. Those details had largely been omitted from Ant's earlier filing.

Ant said Alipay was the largest digital payment service provider in China by total transaction volume. It cited data from consulting firm iResearch that showed Alipay claimed 55% of the digital payment market in China as of June 30, while Tencent held a 40% share.

Ant tried to differentiate itself from its nemesis. "We believe our business model and platform is unique and highly differentiated and that there are no companies with directly competitive or comparable platforms," it said.

The company will list in Shanghai using the six-digit stock code "688688," a series of auspicious numbers that bode good fortune and wealth in Chinese culture.

**Write to** Jing Yang at Jing.Yang@wsj.com and Stella Yifan Xie at stella.xie@wsj.com

*Appeared in the October 22, 2020, print edition as 'Ant Group Set to Raise Over $30 Billion in IPOs'.*