# EXHIBIT K

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law.
For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/ant-ipo-approval-process-under-investigation-by-beijing-11619532022

◆ WSJ NEWS EXCLUSIVE

# Ant IPO-Approval Process Under Investigation by Beijing

Focus is on how Jack Ma won speedy permission for stock listing last year

*By Lingling Wei*  [Follow]

April 27, 2021 10:00 am ET

Beijing is investigating how Jack Ma won speedy approvals for his Ant Group Co.'s stock listing last year, according to people with knowledge of the matter, signaling that state actors are getting embroiled in the crackdown on the tech billionaire.

The central-government investigation, which started early this year, focuses on regulators who greenlighted the initial public offering, local officials who advocated it and big state firms that stood to gain from it. Mr. Ma's relationships with these state stalwarts are being examined as part of the scrutiny, according to the people.

The probe means uncertainty continues to loom over the future of Ant and controlling shareholder Mr. Ma. The usually flamboyant entrepreneur has kept a low profile since the IPO was stopped last-minute in November. He won't be allowed to leave China until Ant completes a business overhaul ordered by regulators and the government's investigation is over, the people say.

In the eyes of China's top leadership, Ant's business model, in which lending is driven by big data, endangers the country's financial system—in part because the company's banking partners assume most of the risk. Leaders are also concerned that those who stood to benefit from what would have been the world's largest IPO include a coterie of well-connected individuals and institutions, some influential political families in China and big state funds.



A board outside the Exchange Square towers in Hong Kong last Nov. 4 shows a bad day for Alibaba, whose affiliate Ant had had its record-breaking IPO suspended by Chinese regulators the night before.

PHOTO: ANTHONY WALLACE/AGENCE FRANCE-PRESSE/GETTY IMAGES

Mr. Ma managed to push the Ant IPO application through various levels of securities regulators in a relatively short time—even as banking regulators were voicing concerns about the business model and were preparing tougher regulations for companies like Ant. The wait to be listed in China is often many months or longer.

"What happened is deeply embarrassing for regulators because they should have more effectively coordinated before approving the IPO," says Martin Chorzempa, a research fellow at the Peterson Institute for International Economics who specializes in China's financial-technology sector.

"By not doing so," he added, "they were stuck in a lose-lose situation of either the last-minute pause or, worse, forcing massive losses on IPO investors by changing the regulatory stance post-IPO."

Since halting Ant's IPO late last year, President Xi Jinping has presided over one meeting after another in which he stresses that big technology firms must be prevented from using their size, capital and troves of data to engage in anticompetitive practices. He has urged underlings to target the financial sector this year for any impropriety.

Listing standards and procedures set by both the China Securities Regulatory Commission and stock regulators in Shanghai are now under scrutiny.

One focus is Shanghai's STAR Market, where Mr. Ma had planned to list Ant, along with Hong Kong's stock exchange. Initially, the STAR board was seen as a savvy choice. It was created at the height of the U.S.-China trade war to help Chinese tech companies raise money and better compete with their American peers, and local officials and securities regulators knew its importance to the top leadership: Mr. Xi himself had announced the decision to launch in late 2018. According to officials with knowledge of the process, one of the few people he had discussed the STAR plan with before the announcement was Shanghai Communist Party chief Li Qiang.



Ant was to have listed on Shanghai's STAR Market, which launched at this July 22, 2019, ceremony as a Chinese answer to Nasdaq.

PHOTO: FANG ZHE/XINHUA/ZUMA PRESS

Mr. Li is seen as a rising political star, trusted by Mr. Xi. But as a former governor of Zhejiang province, home to Mr. Ma's empire, Mr. Li has also been supportive of the entrepreneur and his businesses.

In 2018, the Shanghai government signed a strategic-cooperation agreement with both Ant and Alibaba Group Holding Ltd., the e-commerce giant founded by Mr. Ma. In a meeting with Mr. Ma around that time, according to a release by the Shanghai government, Mr. Li and Shanghai's mayor both pledged to "fully support" Mr. Ma's business in the city. Inside Ant, the code name for the company's listing plans was "Project Star." And Mr. Ma's plan to list Ant on the new Shanghai board sailed through the regulators.

The local securities watchdog in Zhejiang spent about a week in mid-2020 reviewing and advising on the IPO plan. On Aug. 25, Ant submitted its listing prospectus to the STAR Market and to the stock exchange in Hong Kong. Less than a month later, Shanghai regulators completed their audit of the application, enabling Ant to jump ahead of earlier applicants.



Shanghai Party Secretary Li Qiang, a rising political star and former governor of Zhejiang province—home to Mr. Ma's empire—has been supportive of the entrepreneur and his businesses.
PHOTO: CARLOS GARCIA RAWLINS/REUTERS

The probe also examines how an array of state funds, including massive sovereign-wealth fund China Investment Corp. and the country's largest state insurers—among them China Life Insurance Co.—got to invest in Ant, the people familiar with the matter say. The mandate of CIC, for instance, is to invest overseas rather than domestically.

Representatives of the securities regulators, both for the central government and in Shanghai, the Shanghai city government, China Life and CIC didn't respond to questions. Ant declined to comment.

Mr. Xi has been wary of his government's financial stewardship since coming to power in late 2012. A stock-market crash in 2015, which reverberated around the world and prompted massive state intervention, deeply embarrassed the leader. More recently, an enormous state firm tasked with cleaning up bad debt, China Huarong Asset Management Co., itself has been mired in hundreds of billions of dollars in debt due to a history of mismanagement.

The way Ant's IPO application was handled fueled Mr. Xi's concerns the state's interests weren't being adequately protected.

Complaints to regulators about Ant's IPO-marketing process didn't markedly slow down the approval process. At issue was the way the company used its popular Alipay payment app to raise nearly $9 billion from individual investors in five mutual funds that planned to subscribe to the IPO. Some banks complained that the arrangement essentially meant the company was underwriting its own IPO.



Ant's use of its Alipay payment app—welcome at this vegetable market in Hangzhou, China—to raise money for its IPO drew objections from some banks.
PHOTO: ALEX PLAVEVSKI/EPA/SHUTTERSTOCK

Ant at the time denied any impropriety, saying the mutual funds operated independently and made their own investment decisions, and that the related details were fully disclosed. Having looked into the matter, the China Securities Regulatory Commission in late October greenlighted the Hong Kong portion of Ant's listing plan—the last regulatory approval needed for the stock sale.

"The Ant IPO incident shows that certain rules and regulations are still lacking as we develop the financial markets," says an adviser to the State Council, China's cabinet. "Financial security must be ensured."

In a January speech at the Central Commission for Discipline Inspection, Mr. Xi singled out the financial sector as an area of focus his year.

"It's necessary to continue to cement the main responsibilities of financial-management departments, regulatory agencies, local party committees and governments," he told the country's top graft busters.

The probe of the Ant approvals started soon after. It isn't clear whether any individual involved in approving or otherwise facilitating Ant's IPO will be held accountable, the people familiar with the investigation say.

So far, the probe has led the China Securities Regulatory Commission to tighten the STAR Market's listing requirements to ensure that only companies whose main business is technology are traded there. After Ant's IPO plans were scuttled, the five mutual funds that had raised funds to invest in the deal returned more than $3 billion to investors who wanted their money back.

An upshot, say analysts: Ant, which is being revamped as a financial holding company subject to the same kind of regulations as banks, is unlikely to gain approval to list on STAR in the future.

In Shanghai, the mood has shifted. At the city's Pudong International Airport, a poster by the local government pledges adherence to Mr. Xi's directives. It features chess pieces, including a white king with the words "strengthening implementation of antitrust laws" running along its base. The king hovers over a black knight with a horse's head.

Mr. Ma's last name means horse.