# EXHIBIT W

**HEDGE FUNDS & PRIVATE EQUITY**

# Will The VIE Structure Die? What Hong Kong And Alibaba Have In Common

**Anne Stevenson-Yang**
Contributor
*I find and expose fraud in the public markets at J Capital Research.*
Follow
Jul 27, 2021,09:53am EDT
Listen to article: 6 minutes

A cold front has descended over China's listed private companies. Even Tencent, which has always managed to run under the political radar, is affected. The next question is, will China disallow the corporate structure that underpins listings in its tech economy?

Overseas-listed Chinese companies, from Alibaba (BABA US) to Tencent (700 HK), Didi (DIDI US), and New OrientalEDU -2.5% (EDU US), are almost all proxy vehicles for Mainland businesses, established in Caymans, BVI, Seychelles, Bermuda, and elsewhere. A revocation of the rights of Variable Interest Entities (VIEs) would instantly destroy these companies and with them, China's internet and tech sectors.



Looking down on office buildings and residential buildings in Shenzhen, China. Shenzhen is China's first completely planned city. The city was commissioned to begin development in 1978 under Deng Xiaoping's Opening and Reform era. Built on top of farming villages, Shenzhen thrived throughout the 1980s and 1990s. From its original population of just a few hundred thousand farmers, Shenzhen now boasts over 15 million residents, all of whom are migrants, and has proved itself the industrial center of the Pearl River Delta Region in Southern China. That said, Shenzhen is slowing down and problems beyond those of economic growth are starting to emerge. Shenzhen is one of the cities where China's

severe inequality can be seen on almost every street corner. Crime and labor violations are also proving difficult issues to tackle. (Photo by Ryan Pyle/Corbis via Getty Images)
CORBIS VIA GETTY IMAGES

The VIE structure is clearly illegal. China's law makes it clear that domestic companies in restricted sectors may not write profit-sharing agreements with foreign-owned entities. The VIEs generally duck this requirement by stipulating that a certain payment—exceeding expected profit—be made from the VIE to the wholly foreign-owned entity, and any overcharge be racked up as an account payable. The structure is highly vulnerable. And it is likely to be attacked. It seems likely that, if the VIE structure is attacked, China will require restructuring to allow continued market listings, so as not to alarm the market too much. It will be just the start of a process.

China has relied on a patchwork of special legal and territorial concessions for really all of its modern history—the Maoist era excepted—to enable economic growth and international exchange without changing the core institutions that manage most of the Mainland's territory. The VIE structure that facilitates offshore listings in restricted sectors is one part of the "one country, two systems" formula. So is Hong Kong.



A poster of Chinese statesman Deng Xiaoping on a street in Shenzhen, China, 1993. (Photo by Tom Stoddart Archive/Getty Images) GETTY IMAGES
GETTY IMAGES

Like the VIE carve-out, the autonomy of Hong Kong has been critical to Chinese economic success. It is precisely the combination of Hong Kong's legal system with the repression of workers' rights in China that has created an economic "miracle." At one time, Hong Kong could be viewed as the line in the sand against the spread of China's autocratic model. It might also be viewed as the co-dependent metropolis that has enabled the continuation of autocracy as the economy expanded. Crushing its democracy movement suggests devastating implications for China. Those implications may roll out slowly, but they will be no less important for the pace.

Many analysts like to suggest that the country's record of economic success without significant reform of its institutions belies the old U.S. argument that economic development would lead inexorably to democratic opening. They say that China presents a shining example of success for the authoritarian model of government. This view conveniently elides Hong Kong, Macau, Taiwan, and China's own quasi-extraterritorial cities along its coast, most importantly, Shenzhen. It also ignores the special rights accorded foreign-invested enterprises through much of the reform period, the creation of the private "group corporation," and the VIE structure—all exceptions to China's corporate law. Without these anything-goes physical and legal enclaves, each playing a different role, the Chinese economic "miracle" could never have occurred.

In fact, the combination of sovereign power expressed through multiple systems served China's reforms very well. Deng brilliantly established Shenzhen as a bridge zone between British-ruled Hong Kong and the Mainland, enabling the benefits of both systems to fuel reforms. On the Mainland side of Shenzhen grew an almost slave-like manufacturing behemoth, with tides of cheap labor pouring into the city from the hinterland to make every manner of thing for export. On the Hong Kong side of Shenzhen was the skilled trading and banking capacity of a highly regarded, rule-of-law financial center to finance Mainland growth, upgrade design and manufacturing capability, and facilitate rapid expansion of export trade.



HONG KONG, HONG KONG - JUNE 12: A protester makes a gesture during a protest on June 12, 2019 in Hong Kong China. Large crowds of protesters gathered in central Hong Kong as the city braced for another mass rally in a show of strength against the government over a divisive plan to allow extraditions to China. (Photo by Anthony Kwan/Getty Images)GETTY IMAGES

Here are just a few ways in which the separate legal regimes in these "second system" places that proliferated in the early decades of reform have worked to buttress Chinese economic growth:

·   *Taiwan*: Wider range of investment activities permitted while still enjoying the special protections of a foreign territory, with the effect that the Chinese tech sector is essentially a Taiwanese colony

·   *Special zones*: 14 Open Cities, 11 Free Trade Zones, six Special Economic Zones, 50-odd national-level economic development zones, and miscellaneous special areas for fund management, logistics, foreign exchange, and so on. It is no coincidence that places like Shenzhen have shot ahead of cities in the interior, like, say, Xian or Changchun, in prosperity.

·   *Macau*: Unique rules pertaining to casinos, foreign exchange, and money management.

· **Tax havens**: The great overseas-listed Chinese companies are almost all established in overseas tax havens—which have racked up massive dollar assets in the post-financial crisis period.

· **Hong Kong**: Separate rules for Customs and tariffs; banking, finance, and currency; taxes; corruption, due process, habeas corpus, and much more. Hong Kong for 40 years has been a translation tool between the liberal financial order of the West and the closed system of the Chinese mainland, enabling the massive tariff evasion and financial arbitrage that has made China the investment-friendly place that Russia has never been. Even before China's economic opening, Hong Kong served as the nearest beacon of freedom for Mainlanders who could either claim "overseas Chinese" relatives or swim really fast and establish themselves sufficiently to send care packages to relatives on the Mainland.

We are now witnessing the roll-up of the Chinese reform experiment. There is only one direction for this to go, and it's not pleasant for foreign investors.

*Follow me on Twitter or LinkedIn. Check out my website or some of my other work here.*



**Anne Stevenson-Yang**
Follow