# EXHIBIT X

**Alibaba Group Holding Ltd (BABA)**
**Historical Stock Prices (Jul. 9, 2020 - Dec. 24, 2020)**
(Source: Bloomberg L.P.)

| Date | Open | Close | Volume |
|---|---|---|---|
| 7/9/2020 | $265.55 | $261.58 | 36,803,870 |
| 7/10/2020 | $260.21 | $261.01 | 20,335,036 |
| 7/13/2020 | $261.45 | $251.67 | 21,568,745 |
| 7/14/2020 | $246.57 | $248.58 | 19,782,607 |
| 7/15/2020 | $251.48 | $249.21 | 12,614,711 |
| 7/16/2020 | $241.77 | $242.50 | 18,032,140 |
| 7/17/2020 | $246.55 | $247.14 | 18,752,945 |
| 7/20/2020 | $256.45 | $254.81 | 19,014,963 |
| 7/21/2020 | $261.21 | $257.90 | 17,130,283 |
| 7/22/2020 | $255.76 | $251.70 | 19,682,212 |
| 7/23/2020 | $252.10 | $251.88 | 25,711,957 |
| 7/24/2020 | $244.96 | $249.00 | 17,221,468 |
| 7/27/2020 | $247.11 | $250.86 | 18,966,862 |
| 7/28/2020 | $251.15 | $249.05 | 9,878,735 |
| 7/29/2020 | $250.34 | $252.45 | 11,493,575 |
| 7/30/2020 | $251.70 | $252.74 | 7,032,900 |
| 7/31/2020 | $254.20 | $251.02 | 12,310,670 |
| 8/3/2020 | $254.02 | $257.94 | 11,534,531 |
| 8/4/2020 | $260.08 | $262.20 | 10,994,457 |
| 8/5/2020 | $263.74 | $264.91 | 10,729,172 |
| 8/6/2020 | $263.42 | $265.68 | 10,359,473 |
| 8/7/2020 | $257.41 | $252.10 | 22,529,642 |
| 8/10/2020 | $249.34 | $248.13 | 13,621,712 |
| 8/11/2020 | $251.29 | $248.42 | 10,681,758 |
| 8/12/2020 | $249.25 | $255.19 | 11,120,394 |
| 8/13/2020 | $256.39 | $253.72 | 8,794,502 |
| 8/14/2020 | $255.49 | $253.97 | 7,876,422 |
| 8/17/2020 | $253.00 | $256.96 | 9,759,984 |
| 8/18/2020 | $258.71 | $259.20 | 13,267,829 |
| 8/19/2020 | $260.89 | $260.59 | 14,096,512 |
| 8/20/2020 | $256.89 | $257.97 | 21,460,767 |
| 8/21/2020 | $259.03 | $265.80 | 25,648,217 |
| 8/24/2020 | $273.24 | $276.02 | 22,475,757 |
| 8/25/2020 | $278.06 | $286.00 | 27,535,466 |
| 8/26/2020 | $289.26 | $291.96 | 19,530,251 |
| 8/27/2020 | $290.17 | $284.17 | 14,805,798 |
| 8/28/2020 | $285.09 | $289.00 | 9,689,610 |
| 8/31/2020 | $288.62 | $287.03 | 13,253,796 |
| 9/1/2020 | $289.20 | $298.00 | 13,815,922 |
| 9/2/2020 | $299.00 | $296.07 | 12,638,553 |

**Alibaba Group Holding Ltd (BABA)**
**Historical Stock Prices (Jul. 9, 2020 - Dec. 24, 2020)**
(Source: Bloomberg L.P.)

| Date | Open | Close | Volume |
|---|---|---|---|
| 9/3/2020 | $289.00 | $282.50 | 16,766,248 |
| 9/4/2020 | $279.60 | $281.39 | 15,885,844 |
| 9/8/2020 | $270.23 | $270.02 | 12,734,048 |
| 9/9/2020 | $274.45 | $273.15 | 9,465,664 |
| 9/10/2020 | $274.90 | $267.55 | 10,676,758 |
| 9/11/2020 | $272.63 | $271.61 | 9,412,804 |
| 9/14/2020 | $275.36 | $274.10 | 7,883,271 |
| 9/15/2020 | $278.00 | $277.96 | 8,291,360 |
| 9/16/2020 | $281.03 | $278.14 | 9,591,242 |
| 9/17/2020 | $273.11 | $275.72 | 8,016,913 |
| 9/18/2020 | $275.98 | $272.41 | 11,753,470 |
| 9/21/2020 | $269.10 | $273.82 | 9,076,431 |
| 9/22/2020 | $276.02 | $275.29 | 9,673,302 |
| 9/23/2020 | $275.40 | $272.95 | 7,353,201 |
| 9/24/2020 | $267.93 | $269.73 | 9,562,132 |
| 9/25/2020 | $267.57 | $271.09 | 11,466,560 |
| 9/28/2020 | $275.53 | $276.01 | 8,761,678 |
| 9/29/2020 | $275.43 | $276.93 | 7,679,306 |
| 9/30/2020 | $284.01 | $293.98 | 24,777,735 |
| 10/1/2020 | $295.26 | $290.05 | 16,304,018 |
| 10/2/2020 | $286.62 | $288.17 | 11,482,752 |
| 10/5/2020 | $289.06 | $288.27 | 17,876,411 |
| 10/6/2020 | $287.41 | $292.39 | 15,860,391 |
| 10/7/2020 | $297.99 | $296.50 | 16,669,297 |
| 10/8/2020 | $298.11 | $300.54 | 15,105,805 |
| 10/9/2020 | $298.55 | $299.74 | 11,442,246 |
| 10/12/2020 | $303.95 | $306.34 | 14,780,069 |
| 10/13/2020 | $306.36 | $308.78 | 10,898,535 |
| 10/14/2020 | $309.00 | $301.04 | 15,186,392 |
| 10/15/2020 | $293.80 | $299.46 | 9,709,898 |
| 10/16/2020 | $303.99 | $307.31 | 12,346,464 |
| 10/19/2020 | $309.89 | $305.29 | 14,107,284 |
| 10/20/2020 | $307.60 | $309.81 | 8,806,118 |
| 10/21/2020 | $311.75 | $307.97 | 11,139,660 |
| 10/22/2020 | $311.46 | $306.28 | 8,013,083 |
| 10/23/2020 | $307.27 | $309.92 | 6,231,438 |
| 10/26/2020 | $309.92 | $306.87 | 9,350,118 |
| 10/27/2020 | $307.75 | $317.14 | 13,175,870 |
| 10/28/2020 | $313.50 | $307.94 | 13,644,451 |
| 10/29/2020 | $309.44 | $312.56 | 11,174,515 |

**Alibaba Group Holding Ltd (BABA)**
**Historical Stock Prices (Jul. 9, 2020 - Dec. 24, 2020)**
(Source: Bloomberg L.P.)

| Date | Open | Close | Volume |
|---|---|---|---|
| 10/30/2020 | $308.55 | $304.69 | 14,923,854 |
| 11/2/2020 | $310.95 | $310.84 | 11,857,638 |
| 11/3/2020 | $286.20 | $285.57 | 58,132,486 |
| 11/4/2020 | $287.79 | $295.71 | 28,791,198 |
| 11/5/2020 | $289.09 | $287.75 | 49,885,852 |
| 11/6/2020 | $291.49 | $299.95 | 25,259,567 |
| 11/9/2020 | $303.77 | $290.53 | 22,559,869 |
| 11/10/2020 | $279.97 | $266.54 | 61,063,978 |
| 11/11/2020 | $261.92 | $265.65 | 41,698,984 |
| 11/12/2020 | $271.04 | $264.31 | 27,181,048 |
| 11/13/2020 | $264.72 | $260.84 | 33,919,958 |
| 11/16/2020 | $260.42 | $258.31 | 20,864,160 |
| 11/17/2020 | $260.28 | $256.80 | 19,739,461 |
| 11/18/2020 | $257.76 | $255.83 | 28,307,122 |
| 11/19/2020 | $255.00 | $259.89 | 20,752,828 |
| 11/20/2020 | $263.97 | $270.74 | 34,178,420 |
| 11/23/2020 | $274.75 | $270.11 | 25,317,123 |
| 11/24/2020 | $276.24 | $279.96 | 20,660,477 |
| 11/25/2020 | $275.70 | $277.72 | 15,229,301 |
| 11/27/2020 | $278.80 | $276.48 | 9,583,197 |
| 11/30/2020 | $268.97 | $263.36 | 30,476,124 |
| 12/1/2020 | $265.47 | $264.01 | 14,606,285 |
| 12/2/2020 | $262.00 | $261.32 | 13,919,668 |
| 12/3/2020 | $263.78 | $266.91 | 15,520,488 |
| 12/4/2020 | $271.02 | $267.25 | 15,527,567 |
| 12/7/2020 | $265.70 | $264.00 | 11,388,712 |
| 12/8/2020 | $265.20 | $266.09 | 9,447,654 |
| 12/9/2020 | $267.56 | $263.80 | 9,060,730 |
| 12/10/2020 | $261.99 | $264.87 | 10,290,254 |
| 12/11/2020 | $264.29 | $264.54 | 7,771,290 |
| 12/14/2020 | $260.32 | $256.03 | 18,369,893 |
| 12/15/2020 | $255.34 | $255.11 | 16,595,641 |
| 12/16/2020 | $257.74 | $261.89 | 15,804,754 |
| 12/17/2020 | $264.70 | $264.43 | 14,306,570 |
| 12/18/2020 | $263.90 | $260.00 | 15,981,756 |
| 12/21/2020 | $255.17 | $260.43 | 10,901,780 |
| 12/22/2020 | $257.87 | $255.83 | 11,485,743 |
| 12/23/2020 | $255.50 | $256.18 | 10,729,152 |
| 12/24/2020 | $228.24 | $222.00 | 141,830,000 |