**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | No.: 1:20-cv-09568-GBD-JW |

### SUPPLEMENTAL DECLARATION OF STEPHEN BLAKE IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS

I, STEPHEN P. BLAKE, declare as follows:

1.     I am a member of the Bar of the State of New York and of this Court, and I am a partner at Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, counsel for Defendants Alibaba Group Holding Limited, Daniel Yong Zhang, Maggie Wei Wu, and Jack Yun Ma in this action.  I have personal knowledge of all facts set forth herein and could testify competently to all of them if called to do so.

2.     On July 21, 2022, I submitted a Declaration in Support of Defendants' Motions to Dismiss Plaintiffs' Consolidated Class Action Complaint (the "Complaint"), ECF No. 64, to which documents numbered Exhibits A through Exhibits XX were annexed.  I make this declaration in further support of Defendants' Motions to Dismiss.

3.     Annexed hereto as **Exhibit S-A** is a true and correct copy of a November 6, 2019 Reuters article authored by Brenda Goh, titled "*China Regulator Warns E-Commerce Platforms to Stop Monopolistic Practices*," and available at https://www.reuters.com/article/us-china-alibaba-singlesday/china-regulator-warns-e-commerce-platforms-to-stop-monopolistic-practices-idUSKBN1XG1KP, with pagination added for the Court's convenience.

4.     Annexed hereto as **Exhibit S-B** is a true and correct copy of a November 8, 2019 Wall Street Journal article authored by Raffaele Huang and Stu Woo, titled "*The Single Biggest*

*Shopping Day?  Nov. 11, In China; This Year's 'Singles Day' is Expected to be More Gargantuan Than Ever—And So Are The Headaches That Come Along With It,*" and available at https://www.wsj.com/articles/the-single-biggest-shopping-day-nov-11-in-china-11573209877, with pagination added for the Court's convenience.

5.      Annexed hereto as **Exhibit S-C** is a true and correct copy of an April 15, 2021 Technode article authored by Wei Sheng and Emma Lee, titled "*What Is 'Forced Exclusivity'? And Why Did It Get Alibaba Fined $2.8 Billion?*" and available at https://technode.com/2021/04/15/what-is-forced-exclusivity-and-why-did-it-get-alibaba-fined-2-8-billion/, with pagination added for the Court's convenience.  The Complaint references this document in paragraphs 90 and 97, and footnotes 37 and 43.

6.      Annexed hereto as **Exhibit S-D** is a true and correct copy of a May 10, 2021 Seeking Alpha article authored by Khaveen Investments, titled "*Alibaba: Resiliency Amid Increased Regulatory Clampdown,*" and available at https://seekingalpha.com/article/4426681-alibaba-resiliency-amid-increased-regulatory-clampdown, with pagination added for the Court's convenience.  The Complaint references this document in paragraph 157 and footnote 94.

7.      Annexed hereto as **Exhibit S-E** is a true and correct copy of excerpts of the final initial public offering prospectus that Ant Group Co. Ltd. ("Ant") filed with the Hong Kong Stock Exchange (the "HKSE"), dated October 27, 2020.  The Complaint references this document in, for example, paragraphs 21, 55, 165, 170–72, 175, 188–89, 202, 221–25, 227, 293–307, 313–15, 318, 339, 349, and 358–59.

8.      Annexed hereto as **Exhibit S-F** is a true and correct copy of a bilingual version of the *Decision of the State Council on Implementing Access Administration of Financial Holding*

*Companies* issued by the State Council of China on September 11, 2020.  The Complaint references this document in, for example, paragraphs 197 and 304–05.

9.      Annexed hereto as **Exhibit S-G** is a true and correct copy of a bilingual version of the *Interim Measures for the Supervision and Administration of Financial Holding Companies* issued by the People's Bank of China on September 11, 2020.  The Complaint references this document in, for example, paragraphs 198 and 304–05.

10.      Annexed hereto as **Exhibit S-H** is a true and correct copy of excerpts of the Application Proof of the initial public offering prospectus that Ant filed with the HKSE on August 25, 2020.  The Complaint references this document in, for example, paragraphs 192, 278–81, 284, 285 and 287–91.

11.      Annexed hereto as **Exhibit S-I** is a true and correct copy of Alibaba Group Holding Limited's Report of Foreign Private Issuer, filed on Form 6-K with the Securities and Exchange Commission on October 26, 2020.  The Complaint references this document in paragraph 276.

I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.  Executed on December 21, 2022 in San Francisco, California.

*/s/ Stephen P. Blake*
Stephen P. Blake

-3-