# EXHIBIT S-D

# Alibaba: Resiliency Amid Increased Regulatory Clampdown

May 10, 2021 10:30 AM ET**Alibaba Group Holding Limited (BABA)**69 Comments 30 Likes

 **Khaveen Investments**
5.43K Followers

## Summary

Alibaba's strong fundamentals of its core commerce platforms are buoyed by its massive user base and are underpinned by Chinese consumption growth.

Its cloud segment is poised to reach profitability achieving economies of scale, which provides upside to its margins.

Other segments such as Ant Group continue to face regulatory threats to its consumer lending unit, which could be subject to stricter regulations.

It is also carefully navigating anti-monopolistic regulations on the business practices of its core commerce platform as part of a wider industry clampdown.



Photo by David Becker/Getty Images News via Getty Images

The uncertainties surrounding Chinese e-commerce giant Alibaba (NYSE:BABA) persist, but we still believe that the company's fundamentals remain robust despite the regulatory crackdown. Alibaba has maintained strong growth in attracting customers to all its platforms. In 2020, the company witnessed a spectacular year despite the pandemic with its massive active user base growing by 9.5% YoY at 779 mln users by the end of Q4 2020. Going forward, China's personal consumption is also forecasted to reach $12.7 tln by 2030 at a CAGR of 11.5% reaching the same level as the US. In the long run, the government is also aiming to implement policies targeted towards boosting domestic consumption such as its Made in China 2025 initiative. We are optimistic that the company's strong fundamentals will allow it to ride the recovery in consumer confidence and spending.

**Number of annual active consumers across Alibaba's online shopping properties ('mln')**



*Source: Statista*

As discussed in our previous analysis on Alibaba, we expect the company to be able to sustain its growth due to several factors such as:

Continued robust middle-class growth due to government policies on tax and investments

Urban migration with the development of supercity clusters where Alibaba has an 85% penetration rate. The urbanisation rate is forecasted to be at 75% by 2030 which is 15% higher than the current rate

Integration of verticals (logistics, cloud, fintech) to support its core commerce platforms

In terms of its business segment verticals, Alibaba Cloud is the most promising with expanding margins as it grows in scale. This is significant as e-commerce and fintech are the only profitable segments. However, its fintech segment continues to be pressured by the evolving regulatory environment which has cast a shadow over the company's value. Additionally, we foresee its digital media segment remaining under pressure from intense competition within the Chinese video streaming market which guides our expectation that it may remain unprofitable for the foreseeable future.

## Nearing Cloud Profitability May Lead to Margin Upside

Alibaba Cloud is one of the most significant vertical business segments exhibiting strong integration potential with its core commerce platform. It is also the company's largest non-core commerce business segment besides fintech, accounting for 6% of revenues. Alibaba Cloud became profitable for the first time in the previous quarter's earnings report. It achieved a significant milestone with positive adjusted EBITDA during the quarter since its inception in 2009.

| Alibaba Segmental Income FY2020 | Income (RMB mln) | Share of Income % |
|---|---|---|
| Core commerce | 138,631 | 127% |
| Cloud computing | (7,016) | -6% |
| Digital media and entertainment | (14,937) | -14% |
| Innovation initiatives and others | (12,951) | -12% |
| Ant Group (Unconsolidated) | 5,274 | 5% |
| **Total** | **109,001** | **100%** |

*Source: Alibaba*

With the realization of economies of scale, we expect the segment's profitability to continue rising going forward. Alibaba Cloud is currently the market leader in China with a 40% market share. Recently, the company also launched its Hybrid Cloud Partner Program and on-premises appliances which are set to enhance the offering in 2021 and beyond. The key focus of this new program is to extend its customer-centric strategy by providing customers a tailored experience of customising the cloud platform. Global companies such as Hewlett Packard Enterprise (HPE) have already started working with Alibaba Cloud and adopted the hybrid cloud platform to better their relationships with clients. Since Alibaba Cloud is the largest cloud service in China which is an important market, many companies will have to adopt Alibaba cloud into their infrastructure within the APAC region in order to seamlessly collaborate with Chinese clients.

Overall, this is expected to increase demand through 2020 and beyond highlighting the importance of cloud within an organisation. We expect increased cloud adoption coupled with the new hybrid model from the company would allow it to maintain its top spot in the market. As the group realizes economies of scale, the profitability of the segment is set to grow. In comparison, the largest cloud providers excluding Google Cloud command high margins ranging between 29% and 38%. Despite its smaller scale with cloud revenues 5 times less than market leader AWS, Alibaba Cloud is growing at a higher rate than all major providers. As the company gains scale, we expect its profitability to rise in tandem and could attain the profitability levels seen with AWS (AMZN) or Azure (MSFT) within 2 to 3 years if it maintains its rapid growth to catch up with the scale of the top providers.

| Cloud Service | Operating Margins 2020 (%) | Estimated Revenues ($ bln) | Growth % |
| --- | --- | --- | --- |
| AWS | 29.8% | 44.0 | 27% |
| Microsoft Azure | 37.9% | 28.4 | 57% |
| Google Cloud (GOOG) (GOOGL) | -42.9% | 9.9 | 60% |
| Alibaba Cloud | -1.0% | 8.5 | 64% |

*Source: Amazon, Microsoft, Alphabet, Alibaba, Canalys, Motley Fool*

## Lending Regulatory Developments in Ant Group

The halting of Ant Group IPO has been unfortunate for Alibaba which has a 33% stake in the subsidiary. Ant Group is an unconsolidated subsidiary of Alibaba. It is accounted for in Alibaba's financial statements using the equity method. This means that the company recognizes its investment in Ant as an asset and records income as equity income. Earlier this year, the governor of the People's Bank of China's indicated that the company could resume its Ant Financial IPO if it settles the issues on user privacy and lending practices. Due to significant changes in the fintech regulatory environment in China, Ant Group is developing a rectification plan which will need to go through regulatory procedures but is subject to substantial uncertainties. According to its revenue breakdown, the company derives revenues from the payments, lending, asset & wealth management and insurance segments. The key segment at risk relates to its consumer lending activities which accounts for 35% of revenues.



*Source: Ant Group, HKEXNews*

One of the potential restructuring exercises that may be imposed on Ant Group which has been in the works for several months includes turning the entity into a financial holding company. This means that the company will be subject to more stringent regulatory oversight and capital requirements in line with those of banks. Additionally, Ant Group said it would set up a personal credit reporting company that will comply with relevant laws and strengthen the protection of personal information and effectively prevent the abuse of data as part of the restructuring plan. This is unsurprising given the scale of its consumer lending segment which has overshadowed the major Chinese banks in terms of loan volumes as depicted in the chart below.



*Source: Financial Time*

All in all, the Ant Group has grown to become a key player in the Chinese financial system and it would be reasonable for regulators to pay attention to the company's affairs due to its significant influence over the economy. We view the heightened pressure on Ant Group's lending activities to meet the strict banking regulations as essential to maintain a robust financial system and reduce systematic risk. Though, this may adversely impact its profitability and growth for the lending segment. However, we expect the company to at least maintain its place as a key player within the system owing to its rich consumer data and scale it has obtained over the years of rapid growth.

## Monopoly Crackdown Risk Lingers on But Not Solely Targeted At Alibaba

Recently, Alibaba has been slapped with a fine of $2.75 bln and continues to be closely monitored by Chinese regulators over its business practice of exclusivity on its commerce platform. The regulators are seeking to discourage the practice by major online commerce platforms to coerce merchants to become exclusive sellers on their platforms, this is a practice that has been allegedly done by Alibaba. However, the regulations appear to be aimed at creating a level playing field rather than singling out Alibaba in particular. The company's vice chairman has also provided optimism despite the clampdown that the company has not breached any regulation and the fundamentals remain strong.

Recent developments show that the Chinese government would not give any leeway to any company when it comes to misconduct. According to the State Administration for Market Regulation (SAMR), besides Alibaba, other Chinese internet giants such as Tencent Holding (OTCPK:TCEHY), Meituan (MEIT), as well as other e-commerce companies including Pinduoduo (PDD), JD.com (JD) were among the companies hauled in for a meeting with the antitrust watchdog, cyberspace administration and the tax authorities. The regulators made clear their stance against the anti-competitive behavior of forcing merchants to pick one platform, abusing their market position and misusing consumer data. The meeting stressed the requirements for these companies to heed their advice and conduct self-inspections of their business practices in the coming month and to publicly disclose their commitment to complying with the laws governing fair business practices. In our view, the rationale for the clampdown by regulators is aimed at promoting the industry growth by creating a level playing field thereby reducing the barriers of entrants of smaller startups and spurring consumer spending activity online by preventing price discrimination and predatory pricing.

We expect the impact of the Alibaba specifically to be negative in terms of potential market share leadership erosion as merchants would be able to sell on its competitors' platforms, potentially redirecting some activity there. In broader terms, stricter regulations may encourage the emergence of startups while increasing competitive risk to the company. Based on our revenue projections, for every 1% decrease in market share, the company's growth reduces by 2.1%. However, with a market share of at least 3 times larger than its closest competitor, JD.com, we foresee Alibaba maintaining its lead also cushioned by its massive user base and diverse segments integrated across its platforms which we expect leads to higher customer stickiness. In terms of the positive benefits of regulations that the company may see include higher consumer spending across the board as consumers. The overall rise in the economy may also benefit the company indirectly in the longer term.

Thus, we believe that Alibaba still stands to lose the most as it does command significant market power due to its large market share. That said, we do not view the company as a total monopoly. We also note that the Chinese e-commerce market is more competitive than perceived with competition from JD.com and Pinduoduo as well as smaller emerging online commerce platforms. Additionally, it has attained its market leadership through organic growth rather than through acquisitions due to the strong capabilities and diverse platforms across segments.



*Source: Alibaba, JD.com, Pinduoduo,* China Internet Watch,

## Unprofitable Digital Media Segment Amid Rising Competition

Although the company's cloud segment is approaching profitability, its digital media segment continues to be losing money and competition in the video streaming market is intensifying. Previously, Youku was the market leader within the digital media segment in China. However, with increased competition from players such as Tencent, Youku's market share has dropped. The video streaming platform is still among the top platforms used in China.

The company has focused on original content creation and developing a loyal membership plan which has helped boost the average daily subscriber base by 30%. Synergies between Alibaba Pictures (OTC:ABPGF) and Youku are derived through complete in-house production of popular dramas. Alibaba Pictures has also recently seen success by producing the top three grossing films during Chinese New Year. These films accounted for 80% of box office sales during that period in China. Overall, the digital media space has experienced extreme competition in China with Alibaba having to constantly innovate in order to survive among its competitors. For a comparison, the largest streaming providers are Tencent Video and iQIYI (IQ) with larger user bases than Youku. Additionally, short video streaming services such as Douyin, Kuaishou (OTCPK:KUASF) and Bilibili (BILI) are also gaining popularity with superior growth rates than Youku.

| Number of subscribers ('mln') | 2019 | 2020 | Growth % |
|---|---|---|---|
| Tencent Video | 106 | 115 | 8% |
| iQIYI (IQ) | 106.9 | 102 | -5% |
| Youku | 81.1 | 85 | 5% |
| Kuaishou (OTCPK:KUASF) | 206 | 271 | 31% |
| Douyin | 400 | 600 | 50% |
| Bilibili (BILI) | 38 | 54 | 42% |

*Source: Tencent, Baidu, Alibaba, Kuaishou, Bilibili Business of Apps*

# Valuation



The company has a stellar average revenue growth rate of 43.5% in the past 5 years with gross and net margins of 55.5% and 35.3% respectively.



As seen in the company's cash flow chart above, the company's free cash flow position has gradually improved over time as it expanded rapidly, with an average free cash flow margin of 12.31% in the past 10 years.

| Company | EV/EBITDA |
|---|---|
| Alibaba | 24.76 |
| JD | 51.55 |
| Baozun (BZUN) | 24.48 |
| Amazon Inc | 33.41 |
| eBay (EBAY) | 14.26 |
| **Average** | **29.7** |

*Source: Seeking Alpha*

The company's revenues are projected based on the forecasted growth in the total Chinese e-commerce sales as discussed in the previous analysis. According to the National Bureau of Statistics of China, online retail sales grew strongly at 10% in 2020 at RMB11,760 bln ($1.8 tln) despite the pandemic. Due to the regulatory pressures on the company's business practices, we conservatively based its market share assumption to decline slightly. Still, the company is forecasted to grow its online sales volume by at least 30%.

| Alibaba Market Share | 2020F | 2021F | 2022F | 2023F |
|---|---|---|---|---|
| China Total Online Retail Sales (RMB bln) | 11,760 | 15,448 | 20,294 | 26,659 |
| Alibaba Market Share | 62% | 62% | 61% | 60% |
| **Alibaba Online Retail Sales (RMB bln)** | **7,291** | **9,578** | **12,379** | **15,995** |
| **Alibaba Revenue Growth Rate %** | | **31.4%** | **29.2%** | **29.2%** |

*Source: Alibaba, National Bureau of Statistics of China, Fitch, China Internet Watch*

Based on an EV/EBITDA of 29.7x (E-commerce industry average) and a discount rate of 9% (company's WACC), our model shows an upside of 43.7%.

*Source: Khaveen Investments*

## Verdict

Alibaba is supported by its strong fundamentals stemming from its market leadership and massive user base which continues to grow as well as tailwinds from a positive macroeconomic environment as Chinese consumption growth remains robust and China was the only major economy to deliver positive GDP growth in 2020. These factors underpin our thesis for the company in addition to its integration across key vertical business segments. Alibaba Cloud remains the top cloud provider in China and has achieved a significant milestone in becoming profitable since its inception. The rising profitability provides margin upside for the group. However, its other business segments are met with increasing challenges. The company's fintech business continues to be plagued by regulatory threats where regulators are pushing for compliance with strict requirements especially due to the complexity of Ant's business structure. Additionally, the digital media segment faces intense competition from rivals backed by Tencent and Baidu which guides our expectation that the segment may continue weighing on margins. Nonetheless, the fundamental strengths of its e-commerce platform which has faced a pushback remain highly attractive as a key proxy to Chinese consumption growth. Overall, we rate the company as a *Buy* with a target price of *$329.72 (US ADR) or HKD319.8 (HK Stock).*