# EXHIBIT S-E



**Stock Code: 6688**
**H Share IPO**



Joint Sponsors, Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers



(in alphabetical order)

Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers



Joint Bookrunners and Joint Lead Managers



(in alphabetical order)

Senior Joint Lead Managers

(in alphabetical order)

Financial Advisor to the Company



# IMPORTANT

---

> **IMPORTANT: If you are in any doubt about this prospectus, you should obtain independent professional advice.**



# ANT GROUP CO., LTD.
## 螞蟻科技集團股份有限公司

*(A joint stock company incorporated in the People's Republic of China with limited liability)*

## H SHARE IPO

| | | |
|---|---|---|
| **Number of Offer Shares under the H Share IPO** | : | **1,670,706,000 H Shares (subject to the H Share Over-allotment Option)** |
| **Number of Hong Kong Offer Shares** | : | **41,768,000 H Shares (subject to adjustment)** |
| **Number of International Offer Shares** | : | **1,628,938,000 H Shares (subject to adjustment and the H Share Over-allotment Option)** |
| **H Share Offer Price** | : | **HK$80.00 per H Share, plus brokerage of 1.0%, SFC transaction levy of 0.0027% and Hong Kong Stock Exchange trading fee of 0.005% (payable in full on application in Hong Kong dollars and subject to refund)** |
| **Nominal value** | : | **RMB1.00 per H Share** |
| **Stock code** | : | **6688** |

### *Joint Sponsors, Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers*



(in alphabetical order)

### *Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers*

 

### *Joint Bookrunners and Joint Lead Managers*

              

(in alphabetical order)

### *Senior Joint Lead Managers*

           

(in alphabetical order)

### *Financial Advisor to the Company*



Hong Kong Exchanges and Clearing Limited, The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this prospectus, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever arising from or in reliance upon the whole or any part of the contents of this prospectus.

A copy of this prospectus, having attached thereto the documents specified in "Documents Delivered to the Registrar of Companies in Hong Kong and Available for Inspection — Documents Delivered to the Registrar of Companies" in Appendix VIII, has been registered by the Registrar of Companies in Hong Kong as required by Section 342C of the Companies (Winding up and Miscellaneous Provisions) Ordinance. The Securities and Futures Commission of Hong Kong and the Registrar of Companies in Hong Kong take no responsibility for the contents of this prospectus or any of the other documents referred to above.

The Joint Sponsors and the Joint Representatives (for themselves and on behalf of the Hong Kong Underwriters) may, where considered appropriate, reduce the number of Hong Kong Offer Shares and/or the H Share Offer Price that is stated in this prospectus at any time prior to the morning of the last day for lodging applications under the Hong Kong Public Offering. In such a case, notices of the reduction in the number of Hong Kong Offer Shares and/or the H Share Offer Price will be published in the South China Morning Post (in English) and the Hong Kong Economic Journal (in Chinese) as soon as practicable following the decision to make such reduction, and in any event not later than the morning of the day which is the last day for lodging applications under the Hong Kong Public Offering. Such notices will also be available on the website of the Company at **www.antgroup.com** and on the website of the Hong Kong Stock Exchange at **www.hkexnews.hk**. Further details are set forth in "Structure of the H Share IPO" and "How to Apply for the Hong Kong Offer Shares" in this prospectus.

We are incorporated in, and most of our revenues are derived from, mainland China. Potential investors should be aware of the differences in the legal, economic and financial systems between mainland China and Hong Kong, despite both being a part of PRC, and that there are different risk factors relating to investment in our Company. Potential investors should also be aware that the regulatory framework in mainland China is different from that in Hong Kong and should take into consideration the different market nature of the H Shares. Such differences and risk factors are set out in "Risk Factors," "Appendix V — Summary of Legal and Regulatory Matters" and "Appendix VI — Summary of Articles of Association" in this prospectus.

The obligations of the Hong Kong Underwriters under the Hong Kong Underwriting Agreement are subject to termination by the Joint Sponsors and the Joint Representatives (for themselves and on behalf of the Hong Kong Underwriters) if certain grounds arise prior to 8:00 a.m. on the H Share Listing Date. See "Underwriting — Underwriting Arrangements and Expenses — Hong Kong Public Offering — Grounds for Termination" of this prospectus.

The Offer Shares have not been and will not be registered under the U.S. Securities Act or any state securities law in the United States and may be offered and sold only (a) in the United States to "Qualified Institutional Buyers" in reliance on Rule 144A under the U.S. Securities Act or another exemption from, or in a transaction not subject to, the registration requirements under the U.S. Securities Act and (b) outside the United States in an offshore transaction in accordance with Regulation S under the U.S. Securities Act.

---

**ATTENTION**

**We have adopted a fully electronic application process for the Hong Kong Public Offering. We will not provide printed copies of this prospectus or printed copies of any application forms to the public in relation to the Hong Kong Public Offering.**

**This prospectus is available at the website of the Hong Kong Stock Exchange at www.hkexnews.hk and our website at www.antgroup.com. If you require a printed copy of this prospectus, you may download and print from the website addresses above.**

---

October 27, 2020

- when shareholders alone or in aggregate holding more than 10% of the company's shares so request;

- whenever the board of directors deems necessary;

- when the board of supervisors so proposes; or

- other circumstances as provided for in the articles of association.

Under the PRC Company Law, general meetings shall be convened by the board of directors, and presided over by the chairman of the board of directors. In the event that the chairman is incapable of performing or does not perform his duties, the meeting shall be presided over by the vice chairman. In the event that the vice chairman is incapable of performing or does not perform his duties, a director nominated by more than half of directors shall preside over the meeting. Where the board of directors is incapable of performing or does not perform its duties of convening the general meeting, the board of supervisors shall convene and preside over such meeting in a timely manner. In case the board of supervisors fails to convene and preside over such meeting, shareholders alone or in aggregate holding more than 10% of the company's shares for more than 90 days consecutively may unilaterally convene and preside over such meeting.

Under the PRC Company Law, notice of a general meeting shall state the time and venue of and matters to be considered at the meeting and shall be given to all shareholders 20 days before the meeting. Notice of the extraordinary general meetings shall be given to all shareholders 15 days prior to the meeting.

There is no specific provision in the PRC Company Law regarding the number of shareholders constituting a quorum in a shareholders' meeting. Pursuant to the Mandatory Provisions, modification or abrogation of rights conferred to any class of shareholders shall be passed both by a special resolution of the general meeting and by shareholders of the affected class at the class meeting convened respectively.

Under the PRC Company Law, shareholders present at the general meeting have one vote for each share they hold, save that shares held by the company itself are not entitled to any voting rights.

Pursuant to the provisions of the articles of association or a resolution of the general meeting, the accumulative voting system may be adopted for the election of directors and supervisors at the general meeting. Under the accumulative voting system, each share shall be entitled to vote equivalent to the number of directors or supervisors to be elected at the general meeting and shareholders may consolidate their voting rights when casting a vote.

Pursuant to the PRC Company Law and/or the Mandatory Provisions, resolutions of the general meeting shall be adopted by more than half of the voting rights held by the shareholders present at the meeting. However, resolutions of the general meeting regarding the following matters shall be adopted by more than two-thirds of the voting rights held by the shareholders present at the meeting: (i) amendments to the articles of association; (ii) the increase or decrease of registered capital; (iii) the issuance of any types of shares, warrants or other similar securities; (iv) the issuance of corporate bonds; (v) the merger, division, dissolution, liquidation or change in the form of the company; and (vi) other matters considered by the general meeting, by way of an ordinary resolution, to be of a nature which may have a material impact on the company and should be adopted by a special resolution.

# INFORMATION ABOUT THIS PROSPECTUS AND THE H SHARE IPO

**Directors' Responsibility for the Contents of this Prospectus**

This prospectus, for which our Directors collectively and individually accept full responsibility, includes particulars given in compliance with the Companies Ordinance, the Companies (WUMP) Ordinance, the Securities and Futures (Stock Market Listing) Rules (Chapter 571V of the Laws of Hong Kong) and the Hong Kong Listing Rules for the purpose of giving our information to the public with regard to our Company. Our Directors, having made all reasonable inquiries confirm that, to the best of their knowledge and belief, the information contained in this prospectus is accurate and complete in all material respects and not misleading or deceptive, and there are no other facts the omission of which would make any statement in this prospectus misleading or deceptive.

**CSRC Approval**

The CSRC issued an approval letter on October 16, 2020 for the H Share Issuance, the registration of Domestic Shares as H shares and the application to list the H Shares on the Hong Kong Stock Exchange. In granting such approval, neither the CSRC accepts any responsibility for our financial soundness, nor does it accept any responsibility for the accuracy of any of the statements made or opinions expressed in this prospectus.

**The Hong Kong Public Offering and this Prospectus**

This prospectus is published solely in connection with the Hong Kong Public Offering, which forms part of the H Share IPO. Neither the delivery of this prospectus nor any offering, sale or delivery made in connection with the H Shares should, under any circumstances, constitute a representation that there has been no change or development reasonably likely to involve a change in our affairs since the date of this prospectus or imply that the information contained in this prospectus is correct as of any date subsequent to the date of such information.

For applicants under the Hong Kong Public Offering, this prospectus sets out the terms and conditions of the Hong Kong Public Offering.

The Hong Kong Offer Shares are offered solely on the basis of the information contained and representations made in this prospectus, and on the terms and subject to the conditions set out herein. No person is authorized to give any information in connection with the H Share IPO or to make any representation not contained in this prospectus, and any information or representation not contained herein must not be relied upon as having been authorized by our Company, the Joint Sponsors, the Joint Representatives, the Joint Global Coordinators, the Joint Bookrunners, the Joint Lead Managers, the Underwriters, any of their respective directors, agents, employees or advisors or any other party involved in the H Share IPO.

**Offer Shares Fully Underwritten**

The listing of our H Shares on the Hong Kong Stock Exchange is sponsored by the Joint Sponsors. The H Share IPO is managed by the Joint Global Coordinators. The Hong Kong Public Offering is fully underwritten by the Hong Kong Underwriters listed in the section headed "Underwriting" and is subject to the Hong Kong Underwriting Agreement. The International Placing is expected to be fully underwritten by the International Underwriters.

For full information about the Underwriters and the underwriting arrangements, see "Underwriting."