# EXHIBIT S-F

[CLI Code]CLI.2.345994(EN)

**Decision of the State Council on Implementing Access Administration of Financial Holding Companies**

| | |
|---|---|
| Document Number: | No. 12 [2020] of the State Council |
| Area of Law: | General Provisions on Companies |
| Level of Authority: | Regulatory Documents of the State Council |
| Date Issued: | 09-11-2020 |
| Effective Date: | 11-01-2020 |
| Issuing Authority: | State Council |
| Status: | Effective |

Decision of the State Council on Implementing Access Administration of Financial Holding Companies

国务院关于实施金融控股公司准入管理的决定

(No. 12 [2020] of the State Council)

（国发〔2020〕12号）

The people's governments of all provinces, autonomous regions, and municipalities directly under the Central Government; all ministries and commissions of the State Council; and all institutions directly under the State Council:

各省、自治区、直辖市人民政府，国务院各部委、各直属机构：

For the purposes of strengthening the supervision and administration of financial institutions that are held or actually controlled by non-financial enterprises, natural persons, and other entities, regulating the behavior of financial holding companies, and preventing systemic financial risks, the following decision is hereby made:

为加强对非金融企业、自然人等主体控股或者实际控制金融机构的监督管理，规范金融控股公司行为，防范系统性金融风险，现作出如下决定：

I. Access administration of financial holding companies

一、对金融控股公司实施准入管理

[CLI Code]CLI.2.345994(EN)

Where a non-financial enterprise, natural person, or recognized legal person within the territory of the People's Republic of China that holds or actually controls two or more different types of financial institutions falls under any of the circumstances prescribed in this Decision, it shall apply to the People's Bank of China for approval for the formation of a financial holding company.

中华人民共和国境内的非金融企业、自然人以及经认可的法人控股或者实际控制两个或者两个以上不同类型金融机构，具有本决定规定情形的，应当向中国人民银行提出申请，经批准设立金融控股公司。

1. For the purposes of this Decision, "financial holding company" means a limited liability company or a joint stock company formed in accordance with the Company Law of the People's Republic of China and this Decision, which holds or actually controls two or more different types of financial institutions, and only carries out equity investment management rather than directly engaging in commercial business activities.

（一）本决定所称金融控股公司，是指依照《中华人民共和国公司法》和本决定设立的，控股或者实际控制两个或者两个以上不同类型金融机构，自身仅开展股权投资管理、不直接从事商业性经营活动的有限责任公司或者股份有限公司。

2. For the purposes of this Decision, the types of financial institutions include:

（二）本决定所称金融机构的类型包括：

(1) Commercial banks (excluding rural banks, similarly hereinafter), financial leasing companies;

1.商业银行（不含村镇银行，下同）、金融租赁公司；

(2) Trust companies;

2.信托公司；

(3) Financial asset management companies;

3.金融资产管理公司；

(4) Security companies, publicly-offered fund management companies, and futures companies;

4.证券公司、公募基金管理公司、期货公司；

Saved on: 11/21/2022

(5) Personal insurance companies, property insurance companies, reinsurance companies, and insurance assets management companies; and

5.人身保险公司、财产保险公司、再保险公司、保险资产管理公司；

(6) Other institutions recognized by the financial regulatory authority under the State Council.

6.国务院金融管理部门认定的其他机构。

3. For the purposes of this Decision, the "prescribed circumstances where an application should be made to form a financial holding company" means one of the following circumstances:

（三）本决定所称应当申请设立金融控股公司的规定情形，是指具有下列情形之一：

(1) Where financial institutions that are held or actually controlled include a commercial bank, the total assets of the financial institutions are not less than 500 billion yuan, or the total assets of the financial institutions are less than 500 billion yuan but the total assets of other types of financial institutions other than commercial banks are not less than 100 billion yuan, or the total assets under custody are not less than 500 billion yuan.

1.控股或者实际控制的金融机构中含商业银行的，金融机构的总资产不少于人民币5000亿元，或者金融机构总资产少于人民币5000亿元但商业银行以外其他类型的金融机构总资产不少于人民币1000亿元或者受托管理的总资产不少于人民币5000亿元；

(2) Where financial institutions that are held or actually controlled do not include a commercial bank, the total assets of the financial institutions are not less than 100 billion yuan, or the total assets in custody are not less than 500 billion yuan.

2.控股或者实际控制的金融机构中不含商业银行的，金融机构的总资产不少于人民币1000亿元或者受托管理的总资产不少于人民币5000亿元；

(3) The total assets of financial institutions that are held or actually controlled or the total assets in custody fail to meet the standards specified in the aforementioned subparagraph 1 or 2, but the People's Bank of China, as required by macroprudential surveillance, deems it necessary to form a financial holding company.

3.控股或者实际控制的金融机构总资产或者受托管理的总资产未达到上述第一项、第二项规定的标准，但中国人民银行按照宏观审慎监管要求认为需要设立金融控股公司。

[CLI Code]CLI.2.345994(EN)

II. Conditions and procedures for forming a financial holding company

二、设立金融控股公司的条件和程序

1. In addition to the requirements as prescribed by the Company Law of the People's Republic of China, an applicant for forming a financial holdings company shall also satisfy the following conditions:

（一）申请设立金融控股公司，除应当具备《中华人民共和国公司法》规定的条件外，还应当具备以下条件：

(1) Its paid-up registered capital is not less than 5 billion yuan, and not less than 50% of the total registered capital of the directly controlled financial institutions.

1.实缴注册资本额不低于人民币50亿元，且不低于所直接控股金融机构注册资本总和的50%；

(2) The shareholders and actual controller have a good credit standing and comply with relevant laws, administrative regulations and relevant provisions of the People's Bank of China.

2.股东、实际控制人信誉良好，且符合相关法律、行政法规及中国人民银行的有关规定；

(3) It has directors, supervisors, and senior executives who satisfy the office qualifications.

3.有符合任职条件的董事、监事和高级管理人员；

(4) It has the ability to continuously replenish capital for the financial institutions it controls.

4.有为所控股金融机构持续补充资本的能力；

(5) It has a sound organizational structure and effective risk management, internal control system, and meets other prudent conditions.

5.有健全的组织机构和有效的风险管理、内部控制制度等其他审慎性条件。

[CLI Code]CLI.2.345994(EN)

2. The People's Bank of China shall, within six months of accepting the application for the formation of a financial holding company, make a written decision on whether to approve the application. If it decides not to approve, it shall give reasons therefor.

The People's Bank of China shall issue a financial holding company permit to the approved financial holding company, which may, on the strength of the permit, register with the market regulatory authority and obtain a business license. Without the approval of the People's Bank of China, no entity may register as a financial holding company, or use the words such as "financial holding" or "financial group" in the company name.

Where a financial holding company should be formed in accordance with the provisions of this Decision but no approval is granted, measures such as transferring the equity in the controlled financial institutions or transferring the actual control shall be taken upon the requirements put forward by the People's Bank of China in conjunction with banking and insurance regulatory authority and securities regulatory authority under the State Council.

（二）中国人民银行应当自受理设立金融控股公司申请之日起6个月内作出批准或者不予批准的书面决定；决定不予批准的，应当说明理由。

经批准设立的金融控股公司，由中国人民银行颁发金融控股公司许可证，凭该许可证向市场监督管理部门办理登记，领取营业执照。未经中国人民银行批准，不得登记为金融控股公司，不得在公司名称中使用"金融控股"、"金融集团"等字样。

依照本决定规定应当设立金融控股公司但未获得批准的，应当按照中国人民银行会同国务院银行保险监督管理机构、国务院证券监督管理机构提出的要求，采取转让所控股金融机构的股权或者转移实际控制权等措施。




Saved on: 11/21/2022

[CLI Code]CLI.2.345994(EN)

3. Where a financial holding company changes its name, domicile, registered capital, shareholders holding more than 5% of the equity, or actual controller, revises the articles of association, invests in and holds any other financial institution, increases or decreases its capital contribution to or shareholding in a financial institution it controls and thus leading to change or loss of control, or undergoes division, combination, dissolution or bankruptcy, it shall file an application with the People's Bank of China. The People's Bank of China shall, within three months of accepting the application, make a written decision on whether to approve the application.

（三）金融控股公司变更名称、住所、注册资本、持有5%以上股权的股东、实际控制人，修改公司章程，投资控股其他金融机构，增加或者减少对所控股金融机构的出资或者持股比例导致控制权变更或者丧失，分立、合并、解散或者破产，应当向中国人民银行提出申请。中国人民银行应当自受理申请之日起3个月内作出批准或者不予批准的书面决定。

### III. Miscellaneous

### 三、其他规定

1. Where, before this Decision comes into force, an entity falls under the circumstances where an application should be made for the formation of a financial holding company as prescribed by this Decision, it shall file an application with the People's Bank of China for the formation of a financial holding company within 12 months from the date on which this Decision comes into force. Those who fail to apply within the prescribed time limit shall, upon the requirements put forward by the People's Bank of China in conjunction with the banking and insurance regulatory authority and securities regulatory authority under the State Council, take measures such as transferring the equity in the controlled financial institutions or transferring the actual control.

（一）本决定施行前已具有本决定规定应当申请设立金融控股公司情形的，应当自本决定施行之日起12个月内向中国人民银行申请设立金融控股公司。逾期未申请的，应当按照中国人民银行会同国务院银行保险监督管理机构、国务院证券监督管理机构提出的要求，采取转让所控股金融机构的股权或者转移实际控制权等措施。

2. Where the financial assets held or actually controlled by a non-financial enterprise or a recognized legal person account for more than 85% of its total consolidated assets and it falls under any of the circumstances where an application should be made for the formation of a financial holding company as prescribed by this Decision, it may also apply for approval for becoming a financial holding company according to the conditions and procedures for forming a financial holding company as provided by this Decision.

（二）非金融企业或者经认可的法人控股或者实际控制的金融资产占其并表总资产的85%以上且符合本决定规定应当申请设立金融控股公司情形的，也可以依照本决定规定的设立金融控股公司条件和程序，申请将其批准为金融控股公司。

3. The People's Bank of China shall, in accordance with this Decision, develop detailed rules for the implementation of the conditions and procedures for forming a financial holding company, and organize the implementation of supervision and administration. It may adopt relevant prudential supervision and administration measures.

（三）中国人民银行根据本决定制定设立金融控股公司条件、程序的实施细则，并组织实施监督管理，可以采取相关审慎性监督管理措施。

This Decision shall come into force on November 1, 2020.

本决定自2020年11月1日起施行。

State Council

国务院

September 11, 2020

2020年9月11日

©Pkulaw：(www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?

Saved on: 11/21/2022

[CLI Code]CLI.2.345994(EN)



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_law/c3b12504294dff99bdfb.html