# EXHIBIT S-G

法宝 北大 PKULAW.COM
[CLI Code]CLI.4.346043(EN)

**Interim Measures for the Supervision and Administration of Financial Holding Companies**

| | |
|---|---|
| Document Number： | Order No. 4 [2020] of the People's Bank of China |
| Area of Law： | Other Financial Institutions under the Supervision of the CBRC |
| Level of Authority： | Departmental Rules |
| Date Issued： | 09-11-2020 |
| Effective Date： | 11-01-2020 |
| Issuing Authority： | People's Bank of China |
| Status： | Effective |

Order of the People's Bank of China

中国人民银行令

(No. 4 [2020])

（〔2020〕第4号）

The Interim Measures for the Supervision and Administration of Financial Holding Companies, as deliberated and adopted at the fifth executive meeting of the People's Bank of China for 2020 on July 23, 2020, and with consent of the CPC Central Committee and the State Council, are hereby issued and shall come into force on November 1, 2020.

《金融控股公司监督管理试行办法》已经2020年7月23日中国人民银行2020年第5次行务会议审议通过，并报经党中央、国务院同意，现予发布，自2020年11月1日起施行。

Governor of the People's Bank of China: Yi Gang

中国人民银行行长　易纲

September 11, 2020

2020年9月11日

Interim Measures for the Supervision and Administration of Financial Holding Companies

金融控股公司监督管理试行办法

Chapter I General Provisions

第一章　总则

[CLI Code]CLI.4.346043(EN)

**Article 1** For the purposes of regulating the acts of financial holding companies, strengthening the supervision and administration of the formation of financial holding companies by non-financial enterprises, and preventing systemic financial risks, these Measures are developed according to the Law of the People's Republic of China on the People's Bank of China, the Company Law of the People's Republic of China, the Law of the People's Republic of China on Commercial Banks, the Securities Law of the People's Republic of China, the Securities Investment Fund Law of the People's Republic of China, the Insurance Law of the People's Republic of China, the Banking Supervision Law of the People's Republic of China, the Trust Law of the People's Republic of China and other laws and administrative regulations, as well as the Decision of the State Council on Implementing the Access Management of Financial Holding Companies ( No. 12 [2020] of the State Council).

第一条    为规范金融控股公司行为，加强对非金融企业等设立金融控股公司的监督管理，防范系统性金融风险，根据《中华人民共和国中国人民银行法》、《中华人民共和国公司法》、《中华人民共和国商业银行法》、《中华人民共和国证券法》、《中华人民共和国证券投资基金法》、《中华人民共和国保险法》、《中华人民共和国银行业监督管理法》、《中华人民共和国信托法》等法律、行政法规以及《国务院关于实施金融控股公司准入管理的决定》（国发〔2020〕12号），制定本办法。

**Article 2** For the purposes of these Measures, "financial holding companies" means limited liability companies or companies limited by shares that are formed according to the law, that control two or more different types of financial institutions, and that only conduct equity investment management and do not directly carry out commercial business activities.

第二条    本办法所称金融控股公司是指依法设立，控股或实际控制两个或两个以上不同类型金融机构，自身仅开展股权投资管理、不直接从事商业性经营活动的有限责任公司或股份有限公司。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

These Measures are applicable to financial holding companies whose controlling shareholder or actual controller are domestic non-financial enterprises, natural persons and recognized legal persons. The regulatory policies and standards for financial groups formed through cross-industry investment holding by financial institutions shall be determined, mutatis mutandis to, these Measures, and the specific rules shall be developed separately.

本办法适用于控股股东或实际控制人为境内非金融企业、自然人以及经认可的法人的金融控股公司。金融机构跨业投资控股形成的金融集团参照本办法确定监管政策标准，具体规则另行制定。

For the purposes of these Measures, financial institutions include the following types:

本办法所称金融机构包括以下类型：

(1) Commercial banks (excluding village banks) and financial leasing companies.

（一）商业银行（不含村镇银行）、金融租赁公司。

(2) Trust companies.

（二）信托公司。

(3) Financial asset management companies.

（三）金融资产管理公司。

(4) Securities companies, public fund management companies, and futures companies.

（四）证券公司、公募基金管理公司、期货公司。

(5) Personal insurance companies, property insurance companies, reinsurance companies, and insurance asset management companies.

（五）人身保险公司、财产保险公司、再保险公司、保险资产管理公司。

(6) Other institutions recognized by the financial management departments under the State Council.

（六）国务院金融管理部门认定的其他机构。

For the purposes of these Measures, "financial institutions controlled by a financial holding company" means domestic and foreign financial institutions that are controlled or actually controlled by financial holding companies. For the purposes of these Measures, control or actual control is collectively referred to as substantial control. A financial holding group means a combination of corporate legal persons jointly formed by a financial holding company and institutions controlled thereby.

本办法所称金融控股公司所控股金融机构是指金融控股公司控股或实际控制的境内外金融机构。本办法将控股或实际控制统称为实质控制。金融控股集团是指金融控股公司及其所控股机构共同构成的企业法人联合体。

**Article 3** Where an investor directly or indirectly obtains majority shares with voting rights of an investee, it forms substantial control over the investee. In the calculation of voting rights, convertible instruments, executable warrants, executable options and other potential voting rights directly or indirectly held by an investor shall be comprehensively considered.

第三条　投资方直接或间接取得被投资方过半数有表决权股份的，即对被投资方形成实质控制。计算表决权时应当综合考虑投资方直接或间接持有的可转换工具、可执行认股权证、可执行期权等潜在表决权。

Where an investor does not directly or indirectly obtain majority shares with voting rights of an investee and falls under one of the following circumstances, it shall be deemed that the investor has formed substantial control over the investee:

投资方未直接或间接取得被投资方过半数有表决权的股份，有以下情形之一的，视同投资方对被投资方形成实质控制：

(1) An investor substantially holds majority voting rights of an investee by entering into an agreement or other arrangements with other investors.

（一）投资方通过与其他投资方签订协议或其他安排，实质拥有被投资方过半数表决权。

(2) In accordance with the provisions of the law or the agreement, an investor has the right to actually control the corporate behaviors of an investee.

（二）按照法律规定或协议约定，投资方具有实际支配被投资方公司行为的权力。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

(3) An investor has the right to appoint and dismiss over half members of the board of directors or other similar organs of power of an investee.

（三）投资方有权任免被投资方董事会或其他类似权力机构的过半数成员。

(4) An investor has a majority of voting rights in the board of directors or other similar organs of power of an investee.

（四）投资方在被投资方董事会或其他类似权力机构具有过半数表决权。

(5) Other circumstances that are substantial control, including the circumstances forming control according to Accounting Standards for Business Enterprises No. 33—Consolidated Financial Statements.

（五）其他属于实质控制的情形，包括按照《企业会计准则第33号--合并财务报表》构成控制的情形。

Where two or more investors are qualified for independently dominating the decision-making, business operation, management and other activities of an investee in different respects, the party that is able to dominate the activities with the most significant impact on the return of the investee shall be deemed forming substantial control over the investee.

两个或两个以上投资方均有资格单独主导被投资方不同方面的决策、经营和管理等活动时，能够主导对被投资方回报产生最重大影响的活动的一方，视为对被投资方形成实质控制。

When applying for the formation of a financial holding company, an investor shall explain its equity structure in writing level by level, until the ultimate actual controller, the beneficial owner, and the affiliated relationship with other shareholders or relationship with a person acting in concert.

投资方在申请设立金融控股公司时，应当书面逐层说明其股权结构，直至最终的实际控制人、受益所有人，以及与其他股东的关联关系或一致行动人关系。

**Article 4** The People's Bank of China ("PBC") shall regulate financial holding companies according to the law, and examine and approve the formation, alteration, termination and business scope of financial holding companies.

**第四条** 中国人民银行依法对金融控股公司实施监管，审查批准金融控股公司的设立、变更、终止以及业务范围。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

The financial management departments under the State Council shall, regulate financial institution controlled by a financial holding company according to the division of responsibilities for financial supervision functions according to the law.

国务院金融管理部门依法按照金融监管职责分工对金融控股公司所控股金融机构实施监管。

The Ministry of Finance shall be responsible for developing and organizing the implementation of the financial regulations on financial holding companies.

财政部负责制定金融控股公司财务制度并组织实施。

A cross-departmental joint mechanism for the regulation of financial holding companies shall be established. The PBC, the banking and insurance regulatory authority under the State Council, the securities regulatory authority under the State Council, and the foreign exchange administration of the state shall strengthen cooperation in supervision and administration of financial holding companies and financial institutions controlled thereby and information sharing. The PBC, the banking and insurance regulatory authority under the State Council, the securities regulatory authority under the State Council, the foreign exchange administration of the state, the development and reform department, the public finance department, the state-owned assets administration and other departments shall strengthen sharing of information and data on financial holding companies.

建立金融控股公司监管跨部门联合机制。中国人民银行与国务院银行保险监督管理机构、国务院证券监督管理机构、国家外汇管理部门加强对金融控股公司及其所控股金融机构的监管合作和信息共享。中国人民银行、国务院银行保险监督管理机构、国务院证券监督管理机构、国家外汇管理部门与发展改革部门、财政部门、国有资产管理部门等加强金融控股公司的信息数据共享。

**Article 5** The PBC shall, in conjunction with the relevant departments and under the principle of substance over form, conduct comprehensive, continuous and penetrating regulation of the capital, acts and risks of financial holding groups, to prevent cross-industry and cross-market transfer of financial risks.

**第五条** 中国人民银行会同相关部门按照实质重于形式原则，对金融控股集团的资本、行为及风险进行全面、持续、穿透监管，防范金融风险跨行业、跨市场传递。

法北
宝大  PKULAW.COM

Chapter II Formation and Licensing

第二章　设立和许可

**Article 6** Where a non-financial enterprise, a natural person, and a recognized legal person have substantial control over two or more different types of financial institutions and fall under one of the following circumstances, a financial holding company shall be formed:

第六条　非金融企业、自然人及经认可的法人实质控制两个或两个以上不同类型金融机构，并具有以下情形之一的，应当设立金融控股公司：

(1) The financial institutions under substantial control include a commercial bank. The total assets of financial institutions are not less than 500 billion yuan, or the total assets of financial institutions are less than 500 billion yuan, but the assets of other types of financial institutions other than commercial banks are not less than 100 billion yuan or the total assets under entrusted management are not less than 500 billion yuan.

（一）实质控制的金融机构中含商业银行，金融机构的总资产规模不少于5000亿元的，或金融机构总资产规模少于5000亿元，但商业银行以外其他类型的金融机构总资产规模不少于1000亿元或受托管理资产的总规模不少于5000亿元。

(2) The financial institutions under substantial control exclude a commercial bank. The total assets of financial institutions are not less than 100 billion yuan or the total assets under entrusted management are not less than 500 billion yuan.

（二）实质控制的金融机构不含商业银行，金融机构的总资产规模不少于1000亿元或受托管理资产的总规模不少于5000亿元。

(3) The total assets of the financial institutions under substantial control or the total assets under entrusted management do not meet the standards set forth in items (1) and (2), but the PBC deems that a financial holding company needs to be formed according to the requirements for macro-prudential regulation.

（三）实质控制的金融机构总资产规模或受托管理资产的总规模未达到第一项、第二项规定的标准，但中国人民银行按照宏观审慎监管要求，认为需要设立金融控股公司的。

For an enterprise group that meets the conditions specified in the preceding paragraph, where the financial assets of the enterprise group account for 85% or more of the total consolidated assets of the group, an application may be filed for especially forming a financial holding company, and the financial holding company and institutions controlled thereby shall jointly form a financial holding group; and the parent company of the enterprise group may also apply for serving as a financial holding company according to the same conditions for forming a financial holding company as prescribed in these Measures, the enterprise group shall be recognized as a financial holding group as a whole, and the financial assets continuously account for 85% or more of the total consolidated assets of the group.

符合前款规定条件的企业集团，如果企业集团内的金融资产占集团并表总资产的比重达到或超过85%的，可申请专门设立金融控股公司，由金融控股公司及其所控股机构共同构成金融控股集团；也可按照本办法规定的设立金融控股公司的同等条件，由企业集团母公司直接申请成为金融控股公司，企业集团整体被认定为金融控股集团，金融资产占集团并表总资产的比重应当持续达到或超过85%。

**Article 7** To apply for forming a financial holding company, besides the conditions as prescribed in the Company Law of the People's Republic of China, the following conditions shall be met as well:

第七条 申请设立金融控股公司的，除应当具备《中华人民共和国公司法》规定的条件外，还应当具备以下条件：

(1) The paid-in registered capital is not less than 5 billion yuan nor 50% of the total registered capital of the financial institutions directly controlled.

（一）实缴注册资本额不低于50亿元人民币，且不低于直接所控股金融机构注册资本总和的50%。

(2) The shareholders and actual controller of a financial holding company to be formed shall comply with the relevant laws and administrative regulations, decision of the State Council, and provisions of these Measures.

（二）拟设金融控股公司的股东、实际控制人符合相关法律、行政法规、国务院决定和本办法规定。

(3) There are directors, supervisors and senior executives satisfying the job requirements.

（三）有符合任职条件的董事、监事和高级管理人员。

Saved on: 11/21/2022

(4) There are sound governing bodies and an effective risk management and internal control system.

（四）有健全的组织机构和有效的风险管理、内部控制制度。

(5) It is capable of continuously replenishing capital for the financial institutions controlled thereby.

（五）有能力为所控股金融机构持续补充资本。

To form a financial holding company, other prudential conditions shall be met as well.

设立金融控股公司，还应当符合其他审慎性条件。

**Article 8** Where a non-financial enterprise or natural person holds not less than 5% of equities in a financial holding company and has no significant influence on the business operation and management of the financial holding company, the following conditions shall be met:

第八条　非金融企业、自然人持有金融控股公司股权不足5%且对金融控股公司经营管理无重大影响的，应当符合以下条件：

(1) A non-financial enterprise shall be formed according to the law, with a clear equity structure and perfect corporate governance.

（一）非金融企业应当依法设立，股权结构清晰，公司治理完善。

(2) A non-financial enterprise and a natural person have no major violation of laws and regulations or major bad credit records; are not under investigation or rectification for being suspected of major violation of laws and regulations; do not fall under the circumstances of assuming material liability for business operation failure of an investee; and do not fall under the circumstances of being subject to criminal penalty and five years have not elapsed since the date of completion of the sentence.

（二）非金融企业和自然人最近三年无重大违法违规记录或重大不良信用记录；没有因涉嫌重大违法违规正在被调查或处于整改期间；不存在对所投资企业经营失败负有重大责任未逾三年的情形；不存在因故意犯罪被判处刑罚、刑罚执行完毕未逾五年的情形。

(3) A non-financial enterprise does not fall under any circumstances that affect the exercise of shareholders' rights and the fulfillment of shareholders' obligations, such as failure to actually carry out business for a long time, business suspension, bankruptcy liquidation, lack of governance structure, and invalidity of internal control, among others; nor there are guarantee, litigation, arbitration or other major matters that may seriously affect performances as a going concern.

（三）非金融企业不存在长期未实际开展业务、停业、破产清算、治理结构缺失、内部控制失效等影响履行股东权利和义务的情形；不存在可能严重影响持续经营的担保、诉讼、仲裁或其他重大事项。

Shareholders that obtain not more than 5% of equities in a financial holding company through the stock exchange or the National Equities Exchange and Quotations shall not be governed by the aforesaid provisions of this article.

通过证券交易所、全国中小企业股份转让系统交易取得金融控股公司5%以下股份的股东，不适用本条前述规定。

A financial product may hold shares of a listed financial holding company, but the total shares held by a financial product controlled by a single investor, issuer or manager and its actual controller, affiliate and person acting in concert in the same financial holding company shall not exceed 5% of total shares of the financial holding company in total.

金融产品可以持有上市金融控股公司股份，但单一投资人、发行人或管理人及其实际控制人、关联方、一致行动人控制的金融产品持有同一金融控股公司股份合计不得超过该金融控股公司股份总额的5%。

**Article 9** To apply for the formation or becoming a major shareholder, controlling shareholder or actual controller of a financial holding company via purchasing shares, a non-financial enterprise and a natural person shall, while complying with the provisions of Article 8 of these Measures, meet the following conditions as well:

第九条　非金融企业、自然人申请设立或投资入股成为金融控股公司主要股东、控股股东或实际控制人的，应当在符合本办法第八条规定的同时，还符合以下条件：

(1) The non-financial enterprise and natural person shall have sound credit records and social reputation.

（一）非金融企业和自然人应当具有良好的信用记录和社会声誉。

[CLI Code]CLI.4.346043(EN)

(2) The non-financial enterprise shall have core main business, strong capital strength, pure motivation for investing in financial institutions, has developed reasonable commercial plans for investing in the financial industry, and do not blindly expand into the financial industry or affect the development of the main business.

（二）非金融企业应当核心主业突出，资本实力雄厚，投资金融机构动机纯正，已制定合理的投资金融业的商业计划，不盲目向金融业扩张，不影响主营业务发展。

(3) The non-financial enterprise shall have regulated corporate governance, clear equity structure and organizational structure, transparent structure of shareholders and beneficial owners, competent management capacity, and effective risk management and internal control mechanisms.

（三）非金融企业应当公司治理规范，股权结构和组织架构清晰，股东、受益所有人结构透明，管理能力达标，具有有效的风险管理和内部控制机制。

(4) The non-financial enterprise shall have sound financial conditions. Those who have been major shareholders shall have made profits in the most recent two consecutive accounting years. An entity that has become the controlling shareholder or actual controller shall have made profits in the most recent three consecutive accounting years, have net assets after year-end distribution accounting for 40% of the total assets (on the basis of consolidated financial statements of parent company), and have equity investment balance not exceeding 40% of net assets (on the basis of consolidated financial statements).

（四）非金融企业应当财务状况良好。成为主要股东的，应当最近两个会计年度连续盈利。成为控股股东或实际控制人的，应当最近三个会计年度连续盈利，年终分配后净资产达到总资产的40%（母公司财务报表口径），权益性投资余额不超过净资产的40%（合并财务报表口径）。

(5) A natural person holding 5% or more shares of a financial holding company shall have the knowledge, experience and capacity required for performing the rights and obligations of shareholders of a financial institution.

（五）持有金融控股公司5%以上股份的自然人，应当具有履行金融机构股东权利和义务所需的知识、经验和能力。

No major shareholder, controlling shareholder or actual controller of a financial holding company shall hold shares of the financial holding company through financial products issued, managed or controlled by any other means.

金融控股公司主要股东、控股股东和实际控制人不得以发行、管理或通过其他手段控制的金融产品持有该金融控股公司股份。

法宝 PKULAW.COM

[CLI Code]CLI.4.346043(EN)

If the shareholder or actual controller of a financial holding company is a recognized legal person, the conditions to be met shall be prescribed separately.

金融控股公司股东或实际控制人为经认可的法人的，应具备的条件另行规定。

**Article 10** A non-financial enterprise, a natural person, or a recognized legal person falling under one of the following circumstances shall not become a major shareholder, controlling shareholder or actual controller of any financial holding company:

第十条　非金融企业、自然人及经认可的法人存在下列情形之一的，不得成为金融控股公司的主要股东、控股股东或实际控制人：

(1) It is involved in disputes over ownership of equities.

（一）股权存在权属纠纷。

(2) It has entrusted another party or accepted the entrustment of another party to hold equities of a financial holding company or a financial institution.

（二）曾经委托他人或接受他人委托持有金融控股公司或金融机构股权。

(3) It has made fake investment or circular capital injection in a financial institution, or has provided false commitment or false materials when investing in a financial holding company or a financial institution.

（三）曾经虚假投资、循环注资金融机构，或在投资金融控股公司或金融机构时，有提供虚假承诺或虚假材料行为。

(4) It has invested in a financial holding company or financial institution, and it assumes major responsibility for the operation failure or major violation of a financial holding company or a financial institution.

（四）曾经投资金融控股公司或金融机构，对金融控股公司或金融机构经营失败或重大违规行为负有重大责任。

(5) It has invested in a financial holding company or a financial institution, and refuses to cooperate with the regulation of the PBC, the banking and insurance regulatory authority under the State Council, the securities regulatory authority under the State Council, and the foreign exchange administration of the state.

（五）曾经投资金融控股公司或金融机构，拒不配合中国人民银行或国务院银行保险监督管理机构、国务院证券监督管理机构、国家外汇管理部门监管。

Saved on: 11/21/2022

**Article 11** No controlling shareholder or actual controller of a financial holding company shall fall under the following circumstances:

(1) Circumventing the regulation of financial holding companies by carriers of specific purposes or by entrusting others to hold shares, and other means.

(2) Having multiple affiliates, having complex or nontransparent equity relationship or disputes over ownership, maliciously dealing with affiliated transactions, or maliciously using association relationship.

(3) Abusing the market monopoly status or technical advantages to conduct unfair competition.

(4) Manipulating the market and disrupting the financial order.

(5) Transferring the shares of a financial holding company held within five years.

(7) Other circumstances that may adversely affect the business operation and management of a financial holding company.

**Article 12** A shareholder of a financial holding company shall invest in a financial holding company with lawful self-owned funds to ensure that the source of funds for investing in and controlling a financial holding company is authentic and reliable.

第十一条　金融控股公司的控股股东或实际控制人不得存在以下情形：

（一）通过特定目的载体或委托他人持股等方式规避金融控股公司监管。

（二）关联方众多，股权关系复杂、不透明或存在权属纠纷，恶意开展关联交易，恶意使用关联关系。

（三）滥用市场垄断地位或技术优势开展不正当竞争。

（四）操纵市场、扰乱金融秩序。

（五）五年内转让所持有的金融控股公司股份。

（六）其他可能对金融控股公司经营管理产生重大不利影响的情形。

第十二条　金融控股公司股东应当以合法自有资金投资金融控股公司，确保投资控股金融控股公司资金来源真实、可靠。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

A shareholder of a financial holding company shall not invest in any financial holding company with entrusted funds, debt funds or any other non-self-owned funds, or investment funds, or entrust any other or accept any other's entrustment to hold equities in the financial holding company, unless as otherwise prescribed by the laws and administrative regulations.

金融控股公司股东不得以委托资金、债务资金等非自有资金以及投资基金等方式投资金融控股公司，不得委托他人或接受他人委托持有金融控股公司的股权，法律、行政法规另有规定的除外。

A financial holding company shall invest in and control a financial institution with lawful self-owned funds, and shall not make fake capital injection or circular capital injection in any financial institution, or withdraw funds from any financial institution.

金融控股公司应当以合法自有资金投资控股金融机构，不得对金融机构进行虚假注资、循环注资，不得抽逃金融机构资金。

The PBC shall implement penetrating management of the capital compliance of a financial holding company, and verify the source of funds used to invest in and control a financial holding company and used by a financial holding company to invest in and control a financial institution in conjunction with other financial management departments under the State Council.

中国人民银行对金融控股公司的资本合规性实施穿透管理，向上核查投资控股金融控股公司的资金来源，向下会同其他国务院金融管理部门核查金融控股公司投资控股金融机构的资金来源。

**Article 13** The formation of a financial holding company shall be approved by the PBC and be managed as financial institutions.

　　**第十三条**　设立金融控股公司，应当经中国人民银行批准，依照金融机构管理。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

An institution that has fallen under the circumstances specified in Article 6 before these Measures come into force and that intends to apply for becoming a financial holding company shall, within 12 months of the date when these Measures come into force, file an application with the PBC.

本办法实施前已具备第六条情形的机构，拟申请成为金融控股公司的，应当在本办法实施之日起**12**个月内向中国人民银行提出申请。

After these Measures come into force, an entity that intends to control or actually controls two or more different types of financial institutions and falls under the circumstances of forming a financial holding company as prescribed in Article 6 of these Measures shall file an application with the PBC.

本办法实施后，拟控股或实际控制两个或两个以上不同类型金融机构，并具有本办法第六条规定设立金融控股公司情形的，应当向中国人民银行申请。

To apply for the formation of a financial holding company, the applicant shall file the following documents and materials:

申请设立金融控股公司应当提交以下文件、资料：

(1) The draft bylaws.

（一）章程草案。

(2) The qualification certificates of directors and senior executives to be appointed.

（二）拟任职的董事、高级管理人员的资格证明。

(3) The capital verification certificate issued by the statutory capital verification institution.

（三）法定验资机构出具的验资证明。

(4) The register of shareholders and their capital contributions and shares.

（四）股东名册及其出资额、股份。

(5) The credit certificates and relevant materials of shareholders holding 5% or more registered capital.

（五）持有注册资本**5%**以上的股东的资信证明和有关资料。

(6) The business operation policies and plans.

（六）经营方针和计划。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

(7) The materials on business premises, safety protection measures and other facilities related to the business.

（七）经营场所、安全防范措施和与业务有关的其他设施的资料。

(8) Other matters to be specially explained and an explanation for the authenticity of the application materials.

（八）其他需专门说明的事项及申请材料真实性声明。

The PBC shall, within six months of the acceptance of an application, make a written decision of approval or disapproval; and where a decision of disapproval is made, the reasons shall be explained.

中国人民银行应当自受理申请之日起六个月内作出批准或不予批准的书面决定；决定不批准的，应当说明理由。

The detailed implementation rules for the approval for formation shall be separately developed by the PBC.

设立许可的实施细则由中国人民银行另行制定。

With approval of the PBC, a license for a financial holding company shall be issued, and the financial holding company shall, upon strength of the license, undergo the formalities of registration with the market regulatory department, and obtain a business license. Without approval of the PBC, no entity shall be registered as a financial holding company.

中国人民银行批准后，应当颁发金融控股公司许可证，并由金融控股公司凭该许可证向市场监督管理部门办理登记，领取营业执照。未经中国人民银行批准，不得注册登记为金融控股公司。

The name of a financial holding company shall contain the words of "financial holding." Without a license for a financial holding company, business activities of a financial holding company as prescribed in Article 6 of these Measures shall not be carried out, nor shall such words as "financial holding" and "financial group" be used in the name.

金融控股公司名称应包含"金融控股"字样，未取得金融控股公司许可证的，不得从事本办法第六条所规定的金融控股公司业务，不得在名称中使用"金融控股"、"金融集团"等字样。

Saved on: 11/21/2022

**Article 14** When an application for the formation of a financial holding company is filed or a parent company of an enterprise group applies for serving as a financial holding company, the promoter or controlling shareholder shall issue an explanation of a letter of commitment on the following contents:

第十四条　申请设立金融控股公司或企业集团母公司申请作为金融控股公司时，发起人或控股股东应当就以下内容出具说明或承诺函：

(1) The purpose of investing in and forming a financial holding company.

（一）投资设立金融控股公司的目的。

(2) The real source of capital of the financial holding company and the real source of funds used by a financial holding company for investing in and controlling a financial institution.

（二）金融控股公司的真实资本来源，金融控股公司投资控股金融机构的真实资金来源。

(3) The organizational structure and management mode of a financial holding company.

（三）金融控股公司的组织架构和管理模式。

(4) The controlling shareholders, actual controllers, beneficial owners, persons acting in concert, and affiliates of the financial holding company.

（四）金融控股公司的控股股东、实际控制人、受益所有人、一致行动人以及关联方。

(5) There is no affiliation between shareholders of a financial holding company, when the financial holding company is formed.

（五）在金融控股公司设立之时，金融控股公司的股东之间无关联关系。

(6) There is no inappropriate affiliated transaction between a financial holding company and its affiliates, or between affiliates.

（六）金融控股公司与关联方之间、关联方相互之间不进行不当关联交易。

(7) If necessary, capital will be replenished to the financial Holding company.

（七）必要时向金融控股公司补充资本。

Saved on: 11/21/2022

(8) If necessary, the financial holding company will replenish capital to the financial institution under its control in a timely manner.

（八）必要时金融控股公司向所控股金融机构及时补充资本金。

(8) Commitment on complying with the provisions of these Measures.

（九）承诺遵守本办法规定。

In the event of any change in the aforesaid items, an explanation of a letter of commitment shall be reissued.

以上事项发生变化的，应当重新出具说明或承诺函。

**Article 15** A financial holding company conducting one of the following acts shall obtain approval of the PBC:

第十五条　金融控股公司有下列事项之一的，应当经中国人民银行批准：

(1) Changing the name, domicile, and registered capital.

（一）变更名称、住所、注册资本。

(2) Amending the bylaws.

（二）修改公司章程。

(3) Changing main shareholders holding 5% or more equities and actual controllers.

（三）变更持有5%以上股权的主要股东、实际控制人。

(4) Investing in and controlling other financial institutions.

（四）投资控股其他金融机构。

(5) Increasing or reducing the shareholding ratio or investment proportion of the financial holding company controlled, resulting in change in or loss of the rights and interests actually controlled by the financial holding company.

（五）增加或减少对所控股金融机构持股或出资比例，导致金融控股公司实际控制权益变更或丧失的。

(6) Division, merger, termination, or dissolution of the financial holding company.

（六）金融控股公司分立、合并、终止或解散。

The PBC shall, within three months of the date of accepting an application for the aforesaid matters, make a decision of approval or disapproval.

中国人民银行自受理上述事项申请之日起三个月内作出批准或不予批准的决定。

Saved on: 11/21/2022

PKULAW.COM

[CLI Code]CLI.4.346043(EN)

When a financial holding company terminates its business activities in accordance with the law, it shall cancel its license for a financial holding company.

金融控股公司依法终止其业务活动，应当注销其金融控股公司许可证。

**Article 16** Besides conducting equity management of the financial institutions controlled, a financial holding company may, with approval of the PBC, provide liquidity support for them as well. A financial holding company shall strictly regulate the use of such funds, and shall not provide financing support for any of their major shareholders, controlling shareholders and actual controllers.

第十六条　金融控股公司除对所控股的金融机构进行股权管理外，还可以经中国人民银行批准，对所控股的金融机构进行流动性支持。金融控股公司应当严格规范该资金使用，并不得为其主要股东、控股股东和实际控制人提供融资支持。

To carry out cross-border investment and financing activities, a financial holding company shall comply with the provisions of the state on cross-border investment and financing and foreign exchange administration.

金融控股公司开展跨境投融资活动，应当遵守国家有关跨境投融资及外汇管理规定。

**Article 17** A financial holding company may invest in institutions concerning the financial business as recognized by the financial management departments under the State Council, but the book value of the total investment shall not exceed 15% of the net assets of the financial holding company in principle, unless as otherwise prescribed by the state.

第十七条　金融控股公司可以投资经国务院金融管理部门认定与金融业务相关的机构，但投资总额账面价值原则上不得超过金融控股公司净资产的15%。国家另有规定的除外。

Chapter III Corporate Governance and Synergy

第三章　公司治理与协同效应

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 18** A financial holding company shall have a concise, clear and penetrable equity structure, actual controllers and ultimate beneficiaries that can be identified, and reasonable corporate hierarchy commensurate with its own capital scale, business operation and management capacity, and risk management and controlling level. Before these Measures come into force, an existing enterprise group whose equity structure does not satisfy the requirements of this article shall, within the time limit recognized by the financial management departments under the State Council, reduce the complexity of the organizational structure and simplify the corporate hierarchy. After these Measures come into force, the corporate hierarchy of a newly increased financial holding company, a financial holding company and a financial institution controlled thereby shall not exceed three levels in principle. In the event of change in the equity structure or corporate hierarchy of a financial holding company, the financial holding company shall explain the situation to the PBC, and undergo the examination and approval procedures in accordance with the law for matters for which an application for approval shall be filed.

第十八条　金融控股公司应当具有简明、清晰、可穿透的股权结构，实际控制人和最终受益人可识别，法人层级合理，与自身资本规模、经营管理能力和风险管控水平相适应。本办法实施前，已经存在的、股权结构不符合本条要求的企业集团，应当在国务院金融管理部门认可的期限内，降低组织架构复杂程度，简化法人层级。本办法实施后，新增的金融控股公司，金融控股公司和所控股金融机构法人层级原则上不得超过三级。金融控股公司股权结构或法人层级发生变化时，应当向中国人民银行说明情况，对属于应当申请批准的事项，应当依法履行审批程序。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

No financial institution controlled by a financial holding company shall hold any equity in the parent company in reverse. Financial institutions controlled by a financial holding company shall not conduct cross-shareholding. A financial institution controlled by a financial holding company shall no longer be a major shareholder of any other type of financial institution, except financial institutions controlled by financial institutions of the same type or engage in their extended business and that are recognized by the financial management departments under the State Council. Where, before these Measures come into force, a financial institution controlled by a financial holding company has become a major shareholder of another type of financial institution, it shall be encouraged to transfer equities to the financial holding company. Where an enterprise group is recognized as a financial holding group as a whole, the financial institutions and non-financial institutions within the group shall not conduct cross-shareholding, unless as otherwise prescribed by the state.

An enterprise group that exists before these Measures come into force and has an equity structure failing to satisfy the requirements of subparagraphs 1 and 2 of this article shall, when applying for forming a financial holding company, file a shareholding rectification plan with the PBC, specify the shares involved and the schedule for rectification, and implement it after it is approved by the PBC in conjunction with the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council. The financial management department under the State Council shall grant approval after completion of the shareholding rectification plan.

金融控股公司所控股金融机构不得反向持有母公司股权。金融控股公司所控股金融机构之间不得交叉持股。金融控股公司所控股金融机构不得再成为其他类型金融机构的主要股东，但金融机构控股与其自身相同类型的或属业务延伸的金融机构，并经国务院金融管理部门认可的除外。本办法实施前，金融控股公司所控股金融机构已经成为其他类型金融机构的主要股东的，鼓励其将股权转让至金融控股公司。企业集团整体被认定为金融控股集团的，集团内的金融机构与非金融机构之间不得交叉持股。国家另有规定的除外。

在本办法实施前已经存在的企业集团，股权结构不符合本条第一款、第二款要求的，应当在提出申请设立金融控股公司时，向中国人民银行提交持股整改计划，明确所涉及的股份和整改时间进度安排，经中国人民银行会同国务院银行保险监督管理机构、国务院证券监督管理机构认可后实施，持股整改计划完成后由国务院金融管理部门予以认定。

[CLI Code]CLI.4.346043(EN)

When implementing a shareholding rectification plan approved by the PBC in conjunction with the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council, the asset appraisal and appreciation involved in equity integration, transfer and assignment of the enterprise group that comply with the provisions of the tax policies may enjoy corresponding preferential tax policies; where the acceptance of relevant equities due to restructuring involves registration of change at a securities depository and clearing institution, the transfer fees shall be exempted; and where confirmation of the qualifications of shareholders needs to be re-conducted as a financial holding company becomes a shareholder of a financial institution, the financial management departments under the State Council shall apply the qualifications for shareholders suitable for a financial holding company, and exempt newly formed financial holding companies from the requirements for making profits consecutively under the regulatory procedures.

实施经中国人民银行会同国务院银行保险监督管理机构、国务院证券监督管理机构认可的持股整改计划时，企业集团内部的股权整合、划转、转让涉及的资产评估增值等，符合税收政策规定的，可以享受相应的税收优惠政策；因改制接收相关股权环节，涉及证券登记结算机构变更登记的，免收过户费；涉及金融控股公司成为金融机构股东需要重新进行股东资格核准的，国务院金融管理部门应当适用与金融控股公司相适应的股东资格条件，对于新设的金融控股公司，按监管程序豁免连续盈利要求。

**Article 19** The same investor and its affiliate and person acting in concert shall purchase shares of not more than two financial holding companies as a major shareholder or control not more than one financial holding company as a controlling shareholder or actual controller.

第十九条　同一投资人及其关联方、一致行动人，作为主要股东参股金融控股公司的数量不得超过两家，作为控股股东和实际控制人控股金融控股公司的数量不得超过一家。

Investors holding equities in a financial holding company upon authorization by the State Council and investors recognized by the PBC to participate in the risk disposition of financial holding companies shall not be subject to the restrictions of the preceding paragraph of this article.

根据国务院授权持有金融控股公司股权的投资主体，以及经中国人民银行认可参与金融控股公司风险处置的投资主体，不受本条前款规定限制。

PKULAW.COM

**Article 20** A financial holding company shall improve the corporate governance structure, participate in the corporate governance of the institutions controlled according to the law, and promote the safe and stable operation of the institutions controlled.

A financial holding company shall not abuse the substantial control power, interfere with the normal independent operation of any institution controlled, or damage the lawful rights and interests of the institution controlled and its relevant stakeholders. A financial holding company that abuses the substantial control power or causes losses to the institution controlled due to inappropriate intervention shall be liable for the losses.

**Article 21** The job requirements for directors, supervisors and senior executives of a financial holding company shall be prescribed by the PBC. To change a director, supervisor or senior executive, a financial holding company shall satisfy the job requirements and undergo the recordation formalities with the PBC.

In principle, a senior executive of a financial holding company may concurrently serve as director or supervisor of an institution controlled, but shall not concurrently serve as senior executive of any institution controlled. A senior executive of an institution controlled shall not hold any concurrent position in each other.

第二十条　金融控股公司应当完善公司治理结构，依法参与所控股机构的法人治理，促进所控股机构安全稳健运行。

金融控股公司不得滥用实质控制权，干预所控股机构的正常独立自主经营，损害所控股机构以及其相关利益人的合法权益。金融控股公司滥用实质控制权或采取不正当干预行为导致所控股机构发生损失的，应当对该损失承担责任。

第二十一条　金融控股公司的董事、监事和高级管理人员的任职条件由中国人民银行规定。金融控股公司变更董事、监事和高级管理人员，应当符合任职条件，并向中国人民银行备案。

金融控股公司的高级管理人员原则上可以兼任所控股机构的董事或监事，但不能兼任所控股机构的高级管理人员。所控股机构的高级管理人员不得相互兼任。

[CLI Code]CLI.4.346043(EN)

**Article 22** Financial holding companies and institutions controlled thereby, and institutions controlled carrying out business collaboration and sharing clients' information, sales teams, information technology systems, operation background, business premises and other resources shall specify the risk takers according to the law and prevent unclear risk risk liability, cross-contagion and conflict of interests, without damaging clients' rights and interests.

第二十二条　金融控股公司与其所控股机构之间、其所控股机构之间在开展业务协同，共享客户信息、销售团队、信息技术系统、运营后台、营业场所等资源时，不得损害客户权益，应当依法明确风险承担主体，防止风险责任不清、交叉传染及利益冲突。

**Article 23** When sharing customer information within a group, a financial holding company and institutions controlled thereby shall ensure compliance with laws, controllable risks and written authorization or consent by clients, to prevent inappropriate use of clients' information.

第二十三条　金融控股公司及其所控股机构在集团内部共享客户信息时，应当确保依法合规、风险可控并经客户书面授权或同意，防止客户信息被不当使用。

An institution controlled by a financial holding company shall respect clients' right to know and right to choose when providing comprehensive financial services.

金融控股公司所控股机构在提供综合化金融服务时，应当尊重客户知情权和选择权。

Chapter IV Consolidated Management and Risk Management

第四章　并表管理与风险管理

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 24** A financial holding company shall conduct comprehensive and continuous management and control over the corporate governance, capital and leverage ratio of the institutions that are controlled thereby and that are incorporated into the scope of consolidated management, and effectively identify, measure, monitor and control the overall risk situation of the financial holding group. An enterprise group that is recognized as a financial holding group as a whole shall implement consolidated management of the institutions in the group carrying out financial activities.

第二十四条 金融控股公司应当对纳入并表管理范围内所控股机构的公司治理、资本和杠杆率等进行全面持续管控，有效识别、计量、监测和控制金融控股集团的总体风险状况。企业集团整体被认定为金融控股集团的，应当对集团内从事金融活动的机构实行并表管理。

**Article 25** An institution that is not controlled by a financial holding company, but falls under the following circumstances, shall be incorporated into the scope of consolidated management:

第二十五条 不属于金融控股公司所控股机构，但具有以下情形的，应当纳入并表管理范围：

(1) Various investees deal with business of the same nature, and the overall business and risks are sufficient to cause a significant impact on the financial conditions and risk level of the financial holding company, although the assets account for a relatively small proportion to the consolidated assets of the financial holding company.

（一）具有业务同质性的各类被投资机构，其资产规模占金融控股公司并表资产规模的比例较小，但加总的业务和风险足以对金融控股公司的财务状况及风险水平造成重大影响的。

(2) The risk and losses generated by investees are sufficient to cause a significant impact on the financial holding company, including but not limited to liquidity risk, legal compliance risk, and reputational risk, among others.

（二）被投资机构所产生的风险和损失足以对金融控股公司造成重大影响的，包括但不限于流动性风险、法律合规风险、声誉风险等。

Saved on: 11/21/2022

(3) Other investees formed through domestic and foreign institutions controlled, shell companies and other complex equity designs, for which there is evidence to prove that it is under substantial control by the financial holding company, or that has significant impact on the business operation and management of the institution.

（三）通过境内外所控股机构、空壳公司及其他复杂股权设计成立的、有证据表明金融控股公司实质控制或对该机构的经营管理存在重大影响的其他被投资机构。

An institution that is controlled by a financial holding company, but whose equities are held by the financial holding company for a short period of time and will not cause any significant risk impact on the financial holding company, including an institution preparing for sale or liquidation within an accounting year and holding equity capital above 50%, is not required to be incorporated into the scope of consolidated management of the financial holding company as recognized by the PBC.

属于金融控股公司所控股机构，但其股权被金融控股公司短期持有，不会对金融控股公司产生重大风险影响的，包括准备在一个会计年度之内出售或清盘、权益性资本在50%以上的，经中国人民银行认可后，可以不纳入金融控股公司并表管理范围。

Consolidated management shall be carried out on the basis of the Accounting Standards for Business Enterprises and the capital regulatory provisions, and the specific rules shall be separately developed by the PBC in conjunction with relevant departments.

以企业会计准则和资本监管规定等为基础进行并表管理，具体规则由中国人民银行会同相关部门另行制定。

**Article 26** The capital of a financial holding company, financial institutions controlled and the group as a whole shall be compatible with the asset scale and risk level. The capital adequacy level shall be calculated on the basis of consolidated management and continuously comply with the provisions of the PBC, the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council. The specific measures shall be separately developed by the PBC.

第二十六条　金融控股公司、所控股金融机构以及集团整体的资本应当与资产规模和风险水平相适应，资本充足水平应当以并表管理为基础计算，持续符合中国人民银行和国务院银行保险监督管理机构、国务院证券监督管理机构规定。具体办法由中国人民银行另行制定。

**Article 27** A financial holding company shall establish a capital replenishment mechanism. When the capital of a financial institution controlled is insufficient, the financial holding company shall replenish capital in a timely manner.

A financial holding company may issue qualified capital instruments in accordance with the law and maintain the overall capital adequacy of the financial holding group.

第二十七条　金融控股公司应当建立资本补充机制，当所控股金融机构资本不足时，金融控股公司应当及时补充资本。

金融控股公司可以依法发行合格资本工具，保持金融控股集团整体资本充足。

**Article 28** A financial holding company shall strictly control debt risks and maintain a reasonable and appropriate debt size and maturity structure.

A financial holding company shall strengthen asset and liability management, strictly manage mortgage and pledge, among others, of assets, assess assets on a regular basis, gradually realize dynamic evaluation, and withdraw provision for impairment in accordance with the relevant provisions of the Accounting Standards for Business Enterprises.

第二十八条　金融控股公司应当严格控制债务风险，保持债务规模和期限结构合理适当。

金融控股公司应当加强资产负债管理，严格管理资产抵押、质押等行为，定期对资产进行评估，逐步实现动态评价，并按照企业会计准则相关规定计提减值准备。

**Article 29** A financial holding company shall establish a comprehensive risk management system that is compatible with the financial holding group's organizational structure, business scale, complexity and reputation impact.

The comprehensive risk management system shall cover the institutions that are controlled by a financial holding company, that is formed with approval of the local government according to the law or subject to supervision and administration of the local government, and that carries out financial activities.

第二十九条　金融控股公司应当建立与金融控股集团组织架构、业务规模、复杂程度和声誉影响相适应的全面风险管理体系。

全面风险管理体系应当覆盖金融控股公司所控股的、由地方政府依法批设或监管的从事金融活动的机构。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

A financial holding company shall establish and improve reputational risk monitoring, assessment and emergency response mechanisms to strengthen the management of brands and other respects, and reduce the negative impact of reputational risk events on the overall stability of a group.

金融控股公司应当建立健全声誉风险监测、评估和应急处置机制，加强品牌等方面的管理，降低声誉风险事件对集团整体稳健性的负面影响。

**Article 30** A financial holding company shall require the financial institutions controlled to establish a comprehensive risk management system within the prescribed time limit, and urge the financial institutions controlled to adopt a method combining qualitative and quantitative means to identify, measure, assess, monitor, report, control or mitigate various types of risks undertaken by the financial institutions controlled.

第三十条　金融控股公司应当要求所控股金融机构限期建立全面风险管理体系，督促所控股金融机构采取定性和定量相结合的方法，识别、计量、评估、监测、报告、控制或缓释所控股金融机构所承担的各类风险。

Various risks include credit risk, market risk, liquidity risk, operational risk, reputational risk, strategic risk, information technology risk and other risks.

各类风险包括信用风险、市场风险、流动性风险、操作风险、声誉风险、战略风险、信息科技风险以及其他风险。

**Article 31** A financial holding company shall establish a risk preference system of a financial holding group that is compatible with serving of the real economy, specify the level of risks that the group is willing and able to assume during the process of realizing its strategic objectives, determine the risk management objectives, and determine the group's risk tolerance and risk limits for various risks.

第三十一条　金融控股公司应当建立与服务实体经济相适应的金融控股集团风险偏好体系，明确集团在实现其战略目标过程中愿意并能够承担的风险水平，确定风险管理目标，确定集团对各类风险的风险容忍度和风险限额。

Saved on: 11/21/2022

A financial holding company shall embed the requirements for risk management into the group's business management process and information technology system, allocate various risk indicators and risk limits to the financial institutions controlled on the basis of the development strategies and risk preference of financial institutions controlled, establish a mechanism for handling excess of limit, and monitor the implementation of the risk management system in a timely manner.

金融控股公司应当将风险管理要求嵌入集团经营管理流程和信息科技系统中，依据所控股金融机构发展战略和风险偏好，将各类风险指标和风险限额分配到所控股金融机构，建立超限额处置机制，及时监控风险管理制度执行情况。

**Article 32** A financial holding company shall manage a group's risk concentration and large exposure on a consolidated basis. A financial holding company shall develop the management policies and internal control rules on large exposure, monitor large exposure in a real-time manner, and develop early warning reporting rules on large exposure and risk diversification measures commensurate with the risk limits.

第三十二条　金融控股公司应当在并表基础上管理集团风险集中与大额风险暴露。金融控股公司应当建立大额风险暴露的管理政策和内控制度，实时监控大额风险暴露，建立大额风险暴露的预警报告制度，以及与风险限额相匹配的风险分散措施等。

A group's risk concentration and large exposure means the concentrated risk exposure with a group's consolidated portfolio of assets to a single counterparty or a group of affiliated counterparties, industries or geographic regions, and products of specific categories, among others, exceeding a certain proportion of the group's capital.

集团风险集中与大额风险暴露是指集团并表后的资产组合对单个交易对手或一组有关联的交易对手、行业或地理区域、特定类别的产品等超过集团资本一定比例的风险集中暴露。

**Article 33** A financial holding company shall conduct overall planning and coordination of the credit of a group for the same enterprise (including enterprise group) to enhance the credit risk prevention and control level of the group.

第三十三条　金融控股公司应当统筹协调集团对同一企业（含企业集团）授信工作，提升集团信用风险防控水平。

[CLI Code]CLI.4.346043(EN)

A financial holding company shall take the initiative to grasp the group's financing for the same enterprise. For an enterprise with large financing balance, a financial holding company shall take the lead in establishing an information sharing and joint credit mechanism in the group, mainly including coordinating joint collection and summary of enterprise information by the institutions controlled, identifying hidden affiliates and actual controllers, and jointly setting warning lines for enterprises' financing risks, among others.

A financial holding company shall require the financial institutions controlled to report the credit lines and use thereof obtained from other financial institutions on a regular basis.

**Article 34** A financial holding company shall establish and improve a risk isolation mechanism for the group as a whole, including the risk isolation system between the financial holding company and the institutions controlled and between the institutions controlled, strengthen the "firewall" for legal persons, personnel, information, finance and affiliated transactions, and reasonably isolate the group's cross-office-taking, business contact, information sharing, common sales teams, information technology system, operation background, operating facilities, and business premises, among others, to effectively prevent and control risks and protect the lawful rights and interests of clients.

金融控股公司应当主动掌握集团对同一企业融资情况，对融资余额较大的企业，金融控股公司应当牵头建立集团内信息共享和联合授信机制，主要包括协调所控股机构共同收集汇总企业信息，识别隐性关联企业和实际控制人，联合设置企业融资风险预警线等。

金融控股公司应当要求所控股金融机构定期上报从其他金融机构获得的授信额度和使用情况。

第三十四条　金融控股公司应当建立健全集团整体的风险隔离机制，包括金融控股公司与其所控股机构之间、其所控股机构之间的风险隔离制度，强化法人、人事、信息、财务和关联交易等"防火墙"，对集团内部的交叉任职、业务往来、信息共享，以及共用销售团队、信息技术系统、运营后台、营业设施和营业场所等行为进行合理隔离，有效防控风险，保护客户合法权益。



Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 35** The intra-group transactions between a financial holding company and financial institutions controlled thereby, between the financial institutions controlled, and between the financial institutions controlled and other institutions in the group shall comply with the law, administrative regulations and relevant rules of the PBC, the banking and insurance regulatory authority under the State Council, and the securities regulatory authority under the State Council, and be subject to accounting treatment according to the Accounting Standards for Business Enterprises. The provisions of the laws and administrative regulations and rules of the Ministry of Finance on finance and accounting shall prevail for "affiliates," "affiliated transactions" and other concepts.

Affiliated transactions between a financial holding company and other affiliates other than financial institutions controlled shall follow the market principle, and shall not violate the rules on fair competition and anti-monopoly.

Financial holding companies shall strengthen the management of affiliated transactions. A financial holding company and financial institutions controlled thereby, and other affiliates shall not conceal affiliated transactions or the true direction of funds by any means, or conduct illicit tunneling, damage the consumption rights and interests of investors or clients, circumvent regulatory requirements or conduct business operation in violation of the provisions through affiliated transactions.

第三十五条　金融控股公司与其所控股金融机构之间、所控股金融机构之间以及所控股金融机构与集团内其他机构之间的集团内部交易，应当遵守法律、行政法规和中国人民银行、国务院银行保险监督管理机构、国务院证券监督管理机构的相关规定，并按照企业会计准则进行会计处理。其中的"关联方"、"关联方交易"等概念，以法律、行政法规和财政部有关财务、会计规定为准。

金融控股公司与其所控股金融机构之外的其他关联方之间发生的关联交易应当遵循市场原则，不得违背公平竞争和反垄断规则。

金融控股公司应当加强关联交易管理。金融控股公司与其所控股金融机构、其他关联方不得通过各种手段隐匿关联交易和资金真实去向，不得通过关联交易开展不正当利益输送、损害投资者或客户的消费权益、规避监管规定或违规操作。

Saved on: 11/21/2022

Shareholders of a financial holding company shall comply with the laws, administrative regulations and relevant provisions of the PBC, and shall not conduct inappropriate affiliated transactions with the financial holding company, or take advantage of their impact on the business operation and management of the financial holding company to obtain illicit interests.

金融控股公司股东应当遵守法律、行政法规和中国人民银行的相关规定，不得与金融控股公司进行不当的关联交易，不得利用其对金融控股公司经营管理的影响力获取不正当利益。

**Article 36** A financial holding company and institutions controlled thereby shall not conduct the following affiliated transactions:

第三十六条　金融控股公司及其所控股机构不得进行以下关联交易：

(1) Using its substantial control power to damage the lawful rights and interests of other shareholders and clients.

（一）利用其实质控制权损害其他股东和客户的合法权益。

(2) Conducting regulatory arbitrage through internal transactions.

（二）通过内部交易进行监管套利。

(3) Indirectly conducting internal transactions through third parties, impairing the soundness of financial holding companies.

（三）通过第三方间接进行内部交易，损害金融控股公司稳健性。

(4) A financial institution controlled by a financial holding company (excluding finance companies) provides financing for a financial holding company, or provides unsecured financing for shareholders of the financial holding company and affiliates of other non-financial institutions.

（四）金融控股公司所控股金融机构（财务公司除外）向金融控股公司提供融资，或向金融控股公司的股东、其他非金融机构关联方提供无担保融资等。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

(5) The financing or guarantee provided by a financial institution controlled by a financial holding company (excluding finance companies) for other affiliates of the financial holding company exceeds 10% of the net capital of the financial institution controlled that provides financing or guarantee, or exceeds 20% of the net capital of an affiliate of the financial holding company that accepts financing or guarantee, unless as otherwise prescribed by the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council.

（五）金融控股公司所控股金融机构（财务公司除外）向金融控股公司其他关联方提供的融资或担保，超过提供融资或担保的所控股金融机构资本净额的10%，或超过接受融资或担保的金融控股公司关联方资本净额的20%，国务院银行保险监督管理机构、国务院证券监督管理机构另有规定的除外。

(6) A financial institution controlled by a financial holding company (excluding finance companies) and a non-financial institution controlled accepts the equities of a financial holding company as pledge subject matter.

（六）金融控股公司所控股金融机构（财务公司除外）和所控股非金融机构接受金融控股公司的股权作为质押标的。

(7) The balance of guarantee provided by a financial holding company for institutions other than the financial holding group exceeds 10% of the financial holding company's net assets.

（七）金融控股公司对金融控股集团外的担保余额超过金融控股公司净资产的10%。

(8) Other acts prohibited by the PBC.

（八）中国人民银行禁止的其他行为。

**Article 37** A financial holding company shall, according to the laws and administrative regulations, and the requirements of the PBC, follow the principles of authenticity, accuracy and completeness, and conduct information disclosure in a timely manner. It shall assume responsibility for false records, misleading statements and major omissions in information disclosure according to the law.

第三十七条　金融控股公司应当按照法律、行政法规和中国人民银行要求，遵循真实、准确、完整的原则，及时进行信息披露。对信息披露中的虚假记载、误导性陈述及重大遗漏等依法承担责任。

Chapter V Supervision and Administration

第五章　监督管理

**Article 38** The PBC shall, in conjunction with the relevant departments and according to the laws and administrative regulations, decisions of the State Council and these Measures, develop detailed implementation rules for the supervision and administration of financial holding companies and their business activities.

第三十八条　中国人民银行会同相关部门依照法律、行政法规、国务院决定及本办法，制定对金融控股公司及其业务活动实施监督管理的实施细则。

**Article 39** The PBC shall, according to the laws and administrative regulations, decisions of the State Council and these Measures, conduct consolidated regulation of financial holding companies, and monitor, assess, prevent and resolve the overall risks of financial holding companies in capital adequacy, affiliated transactions, liquidity, reputation and other respects on a consolidated basis through the reporting system, on-site inspection, holding regulatory talks, risk assessment, early warning, and other methods, to maintain the overall stability of the financial system. A financial holding company meeting the standards for the identification of a financial institution with systemic importance shall comply with the provisions on the regulation of financial institutions with systemic importance.

第三十九条　中国人民银行依照法律、行政法规、国务院决定及本办法，对金融控股公司实施并表监管，在并表基础上，通过报告制度、现场检查、监管谈话、风险评估和预警等方式，监控、评估、防范和化解金融控股公司整体层面的资本充足、关联交易、流动性、声誉等风险，维护金融体系整体稳定。金融控股公司符合系统重要性金融机构认定标准的，应当遵守关于系统重要性金融机构的监管规定。

**Article 40** The PBC shall examine major shareholders and controlling shareholders of financial holding companies, and conduct penetrating regulation of their authentic equity structure and actual controllers.

第四十条　中国人民银行对金融控股公司主要股东和控股股东进行审查，对其真实股权结构和实际控制人实施穿透监管。

[CLI Code]CLI.4.346043(EN)

**Article 41** The PBC shall conduct penetrating regulation of the funds used by major shareholders and controlling shareholders of financial holding companies for purchasing shares, and strictly examine the source, nature and flow of funds for purchasing shares.

第四十一条　中国人民银行对金融控股公司主要股东和控股股东的入股资金进行穿透监管，严格审查入股资金来源、性质与流向。

**Article 42** The PBC shall, on the basis of the needs of performing duties, establish a unified platform and statistical system for the regulation information on financial holding companies, and have the right to require financial holding companies to submit balance sheets, income statements, and other financial accounting and statistical statements, business operation management materials, and audit reports issued by certified public accountants according to the provisions. The specific requirements for submission shall be separately prescribed by the PBC.

第四十二条　中国人民银行根据履行职责的需要，建立统一的金融控股公司监管信息平台和统计制度，有权要求金融控股公司按照规定报送资产负债表、利润表和其他财务会计、统计报表、经营管理资料以及注册会计师出具的审计报告。具体报送要求由中国人民银行另行规定。

[CLI Code]CLI.4.346043(EN)

An information sharing mechanism shall be established between the PBC and relevant departments. The PBC shall provide relevant regulatory information for financial holding companies, and other departments shall provide the information on financial holding companies in the field. All parties shall ensure that the information is used for their performance of duties in accordance with the confidentiality requirements. The PBC may request the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council to provide the risk status, examination reports, regulatory rating and other supervision and administration materials of the institutions controlled by financial holding companies. Where the materials obtained are unable to meet the regulatory needs of financial holding companies, the PBC may request the institutions controlled by financial holding companies to directly submit relevant materials.

中国人民银行与相关部门之间建立信息共享机制，中国人民银行提供金融控股公司相关监管信息，其他部门提供本领域内的关于金融控股公司的信息。各方应确保信息用于履职需要，遵循保密要求。中国人民银行可以请国务院银行保险监督管理机构、国务院证券监督管理机构提供金融控股公司所控股机构的风险状况、检查报告和监管评级等监督管理信息，所获信息不能满足对金融控股公司监管需要的，中国人民银行可以要求金融控股公司所控股机构直接报送相关信息。

**Article 43** According to the needs of performing duties, the PBC may conduct on-site inspections of financial holding companies, inquire about staff members, consult and copy relevant documents and materials, and examine the electronic data systems.

第四十三条　中国人民银行根据履行职责的需要，可以对金融控股公司进行现场检查，询问工作人员，查阅、复制相关文件、资料，检查电子数据系统等。



[CLI Code]CLI.4.346043(EN)

To promote the sound operation of financial holding companies, the PBC may suggest that the banking and insurance regulatory authority under the State Council, the securities regulatory authority under the State Council, and the foreign exchange administration of the state should conduct on-site inspections of financial institutions controlled by financial holding companies, and may, if necessary, conduct on-site inspections of financial institutions controlled in conjunction with the banking and insurance regulatory authority under the State Council, the securities regulatory authority under the State Council, and the foreign exchange administration of the state, with approval of the State Council. The banking and insurance regulatory authority under the State Council, the securities regulatory authority under the State Council and the foreign exchange administration of the state may, as needed for supervision and administration, suggest that the PBC should conduct on-site inspections of financial holding companies.

为促进金融控股公司稳健经营，中国人民银行可以建议国务院银行保险监督管理机构、国务院证券监督管理机构、国家外汇管理部门对金融控股公司所控股金融机构进行现场检查，必要时经国务院批准，可以会同国务院银行保险监督管理机构、国务院证券监督管理机构、国家外汇管理部门对所控股金融机构进行现场检查。国务院银行保险监督管理机构、国务院证券监督管理机构、国家外汇管理部门根据监管需要，可以建议中国人民银行对金融控股公司进行现场检查。

**Article 44** The PBC may, as needed for performing its duties, hold regulatory talks with directors, supervisors and senior executives of financial holding companies, and request directors, supervisors and senior executives of financial holding companies to explain financial holding companies' business activities and major risk management events.

第四十四条　中国人民银行根据履行职责的需要，可以与金融控股公司董事、监事、高级管理人员进行监督管理谈话，要求金融控股公司董事、监事、高级管理人员就金融控股公司业务活动和风险管理的重大事项作出说明。



Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 45** The PBC shall, in conjunction with the relevant departments, establish and improve the risk assessment system of financial holding groups, and comprehensively utilize macro-prudential policies, ratings of financial institutions, anti-money laundering, monitoring of combating financing of terrorism, and other policy instruments to assess the business operation and management, and risk status of financial holding groups. The PBC may dynamically adjust the regulatory requirements for financial holding companies based on the results of risk assessments, and adopt different types of measures such as risk warning, early correction, and risk disposal under different situations.

第四十五条　中国人民银行会同相关部门建立和完善金融控股集团的风险评估体系，综合运用宏观审慎政策、金融机构评级、反洗钱、反恐怖融资监测等政策工具，评估金融控股集团的经营管理与风险状况。中国人民银行可以根据风险评估结果动态调整对金融控股公司的监管要求，区别情形采取风险警示、早期纠正、风险处置措施。

**Article 46** Where a financial institution controlled by a financial holding company violates the rules for prudent business operation, has significantly deteriorated financial status, seriously jeopardizes its own stable operation and damages the lawful rights and interests of clients, the financial holding company shall be obliged to help the financial institution controlled to resume normal operation. Where a financial holding company fails to proactively perform the aforesaid obligations, the PBC shall have the right to request the financial holding company to take appropriate measures such as making capital injection and transferring equities to conduct self-rescue in conjunction with the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council. A financial holding company shall effectively implement risk isolation to prevent risk contagion and spread when offering assistance.

第四十六条　金融控股公司所控股金融机构违反审慎经营规则，财务状况显著恶化，严重危及自身稳健运行、损害客户合法权益，金融控股公司有义务帮助其所控股金融机构恢复正常营运。金融控股公司未主动履行上述义务的，中国人民银行有权会同国务院银行保险监督管理机构、国务院证券监督管理机构要求金融控股公司采取注资、转让股权等适当措施进行自救。金融控股公司在开展救助时，应当做好风险隔离，防范风险传染和蔓延。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 47** A financial holding company shall make a qualified plan for risk disposal beforehand and report to the PBC.

Where a financial holding company violates these Measures and the relevant provisions, or causes major risks to the financial institutions controlled and the financial holding group due to poor business operation, the PBC may request it to take corrective action within the prescribed time limit. Where the resulting risk situation may affect financial stability, seriously disrupt the financial order, and damage the public interests, the PBC may request the financial holding company to take the following measures:

(1) Restricting business operation activities.

(2) Restricting dividends to shareholders and restricting the remunerations and other revenue of directors, supervisors and senior executives.

(3) Replenishing capital within the prescribed time limit.

(4) Adjusting responsible directors, supervisors, senior executives or restricting their rights.

(5) Transferring the equities of financial institutions controlled.

第四十七条　金融控股公司应当事前对风险处置作出合格的计划并报告中国人民银行。

金融控股公司违反本办法及相关规定，或自身经营不善，对所控股金融机构、金融控股集团造成重大风险，中国人民银行可以要求其限期整改。所造成的风险状况可能影响金融稳定、严重扰乱金融秩序、损害公众利益的，中国人民银行可以要求金融控股公司采取下列措施：

（一）限制经营活动。

（二）限制向股东分红，限制董事、监事、高级管理人员的薪酬和其他收入。

（三）限期补充资本。

（四）调整负有责任的董事、监事、高级管理人员或限制其权利。

（五）转让所控股金融机构的股权。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

Where a financial holding company falls under the circumstances specified in subparagraph 2 of this article, the PBC may require its shareholders to transfer equities or restrict shareholders' rights; if necessary, the PBC may request the anti-monopoly department under the State Council to initiate an anti-monopoly investigation and make a handling decision in accordance with the law.

金融控股公司有本条第二款规定情形的，中国人民银行可以要求其股东转让股权或限制股东权利；必要时，中国人民银行可以提请国务院反垄断部门启动反垄断调查，依法作出处理决定。

**Article 48** Where it is difficult for a financial holding company to continue to conduct business operation and the financial order will be seriously endangered and public interests will be damaged if the company does not exit the market, market exit shall be conducted according to the law.

第四十八条　金融控股公司难以持续经营，若不市场退出将严重危害金融秩序、损害公众利益的，应当依法实施市场退出。

**Article 49** To maintain financial stability, the PBC shall have the right to request a financial holding company to develop an overall restoration and handling plan for the financial holding group and report to the PBC for recordation.

第四十九条　为维护金融稳定，中国人民银行有权要求金融控股公司制定金融控股集团整体恢复和处置计划，并报中国人民银行备案。

[CLI Code]CLI.4.346043(EN)

**Article 50** Where a financial holding company shall be formed according to Article 6 of these Measures, but no permission for a financial holding company has been obtained, the PBC shall, in conjunction with the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council, order the violator to take corrective action, and where no corrective action has been taken within a prescribed time limit, the PBC may, in conjunction with the banking and insurance regulatory authority under the State Council and the securities regulatory authority under the State Council, take the following measures against the violator:

(1) Requesting it to transfer a part of equities in the financial institution, until loss of substantial control.

(2) Requesting it to transfer all the equities in the financial institution.

(3) Other corrective measures.

Where a financial holding company formed with approval no longer meets the conditions for the formation of a financial holding company during the duration, the PBC may take corrective measures prescribed in subparagraph 1 against the financial holding company.

Chapter VI Legal Liabilities

第五十条 按照本办法第六条规定应当设立金融控股公司，但未获得金融控股公司许可的，由中国人民银行会同国务院银行保险监督管理机构、国务院证券监督管理机构责令改正，逾期不改正的，中国人民银行可以会同国务院银行保险监督管理机构、国务院证券监督管理机构对其采取以下措施：

（一）要求其部分转让对金融机构的股权至丧失实质控制权。

（二）要求其全部转让对金融机构的股权。

（三）其他纠正措施。

经批准设立的金融控股公司在存续期内，不再符合金融控股公司设立条件的，中国人民银行可以对金融控股公司采取本条前款规定的纠正措施。

第六章 法律责任

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 51** Where the promoter, controlling shareholder or actual controller of a financial holding company commits one of the following acts in violation of the provisions of the Measures, the PBC shall order it to take corrective action within a prescribed time limit, confiscate illegal gains, and impose a fine of not less than one times nor more than five times illegal gains. Where there are no illegal gains or the illegal gains are less than 500,000 yuan, a fine of not less than 500,000 nor more than 5 million yuan shall be imposed. Under serious circumstances, the administrative license shall be revoked according to the provisions of the Administrative Licensing Law of the People's Republic of China; and a violator being suspected of constituting a crime shall be transferred to the relevant authority to be held criminally liable according to the law:

(1) Providing a false letter of commitment.

(2) Making fake capital injection or circular capital injection, and making capital contribution with entrusted capital, debt capital and other non-self-owned funds.

(3) Holding equities of a financial holding company in violation of regulations by entrusting others or accepting the entrustment of others.

(4) Providing materials that are false or conceal important facts.

(5) Other circumstances violating the provisions of these Measures.

第五十一条 金融控股公司的发起人、控股股东、实际控制人违反本办法规定，有下列行为之一的，由中国人民银行责令限期改正，没收违法所得，并处违法所得1倍以上5倍以下罚款。没有违法所得或违法所得不足50万元的，处50万元以上500万元以下罚款。情节严重的，依据《中华人民共和国行政许可法》的规定，撤销行政许可；涉嫌构成犯罪的，移送有关机关依法追究刑事责任：

（一）提供虚假的承诺函。

（二）虚假出资、循环注资，利用委托资金、债务资金等非自有资金出资。

（三）通过委托他人或接受他人委托等方式违规持有金融控股公司股权。

（四）提供虚假的或隐瞒重要事实的资料。

（五）违反本办法规定的其他情形。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 52** A financial holding company conducting one of the following acts in violation of the provisions of these Measures shall be ordered to take corrective action within a prescribed time limit, be subject to confiscation of illegal gains, and be subject to a fine of not less than one times nor more than 10 times of illegal gains, or be subject to a fine of not less than 1 million yuan nor more than 10 million yuan where there are no illegal gains; the directly liable directors and senior executives, and other directly liable persons shall be subject to a fine of not less than one times nor more than 10 times of illegal gains or be subject to a fine of not less than 100,000 nor more than 1 million yuan where there are no illegal gains; and a violator suspected of constituting a crime shall be transferred to the relevant authority for being held criminally liable according to the law.

(1) Making fake capital injection or circular capital injection to a financial institution, and making capital contribution with entrusted capital, debt capital and other non-self-owned funds.

(2) Conducting affiliated transactions in violation of regulations.

(3) Intervening in the business operation of the financial institutions controlled, thus causing significant risks or significant potential hazards.

(4) Providing financial accounting reports, statements, statistical statements and business operation materials that are false or conceal important facts.

(5) Rejecting or obstructing the on-site inspections by the PBC.

第五十二条 金融控股公司违反本办法规定，有下列行为之一的，由中国人民银行责令限期改正，没收违法所得，对单位处违法所得1倍以上10倍以下罚款，没有违法所得或违法所得不足100万元的，处100万元以上1000万元以下罚款；对直接负责的董事、高级管理人员和其他直接责任人员，处违法所得1倍以上10倍以下罚款，没有违法所得或违法所得不足10万元的，处10万元以上100万元以下罚款；涉嫌构成犯罪的，移送有关机关依法追究刑事责任：

（一）对金融机构虚假出资、循环注资，利用委托资金、债务资金等非自有资金出资。

（二）违规开展关联交易。

（三）干预所控股金融机构经营造成重大风险或重大风险隐患。

（四）提供虚假的或隐瞒重要事实的财务会计报告、报表、统计报表及经营资料。

（五）拒绝或阻碍中国人民银行现场检查。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

(6) Other circumstances violating these Measures.

（六）违反本办法的其他情形。

Chapter VII Supplementary Provisions

第七章　附则

**Article 53** For the purposes of these Measures, "major shareholder of a financial holding company" means a shareholder that holds or controls 5% or more shares or voting rights of a financial holding company, or holds not more than 5% of total shares but has significant impact on the business operation and management of the financial holding company.

第五十三条　本办法所称金融控股公司主要股东是指持有或控制金融控股公司股份总额5%以上股份或表决权，或持有股份总额不足5%但对金融控股公司经营管理有重大影响的股东。

For the purposes of these Measures, "controlling shareholder" means a shareholder whose amount of capital contribution accounts for 50% or more of total capital of a financial holding company or whose shareholding accounts for 50% or more of total stock capital of a financial holding company; or a shareholder whose amount of capital contribution or shareholding accounts for not more than 50%, but whose voting rights enjoyed on the basis of its capital contribution or shareholding are sufficient to cause a significant impact on the resolutions of the shareholders' meeting and general meeting of shareholders or are able to actually dominate conducts of the company.

本办法所称金融控股公司控股股东是指其出资额占金融控股公司资本总额50%以上或其持有的股份占金融控股公司股本总额50%以上的股东；出资额或持有股份的比例虽不足**50%**，但依其出资额或持有的股份所享有的表决权已足以对股东会、股东大会的决议产生重大影响或能够实际支配公司行为的股东。

For the purposes of these Measures, "actual controller" means the person that is able to actually dominate the conducts of the company through investment relations, agreements, or other arrangements.

本办法所称实际控制人是指通过投资关系、协议或其他安排，能够实际支配公司行为的人。

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)

**Article 54** An institution that exists before these Measures come into force and falls under the circumstances for the formation of a financial holding company may, with the consent of the financial management departments under the state Council, make rectification within a certain time limit and be subject to the final inspection by the financial management departments under the State Council, if it fails to satisfy the regulatory requirements as prescribed in these Measures.

第五十四条　本办法实施前已经存在的、具备金融控股公司设立情形的机构，如果未达到本办法规定的监管要求，经国务院金融管理部门同意，可以在一定期限内进行整改，并由国务院金融管理部门进行验收。

**Article 55** These Measures shall be subject to the interpretation by the PBC.

第五十五条　本办法由中国人民银行负责解释。

**Article 56** These Measures shall come into force on November 1, 2020,

第五十六条　本办法自2020年11月1日起施行。

©Pkulaw：（www.pkulaw.com）provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?

Saved on: 11/21/2022

[CLI Code]CLI.4.346043(EN)



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_law/e2e3b62d5a10bde4bdfb.html

Saved on: 11/21/2022