# EXHIBIT S-H

*The Stock Exchange of Hong Kong Limited and the Securities and Futures Commission take no responsibility for the contents of this Application Proof, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this Application Proof.*

**Application Proof of**



## ANT GROUP CO., LTD.
# 螞蟻科技集團股份有限公司

*(A joint stock company incorporated in the People's Republic of China with limited liability)*

## WARNING

The publication of this Application Proof is required by The Stock Exchange of Hong Kong Limited (the "**Exchange**") and the Securities and Futures Commission (the "**Commission**") solely for the purpose of providing information to the public in Hong Kong. This Application Proof is in draft form. The information contained in it is incomplete and is subject to change which can be material. By viewing this document, you acknowledge, accept and agree with Ant Group Co., Ltd. (the "**Company**"), its sponsor(s), advisors or members of the underwriting syndicate that:

(a) this document is only for the purpose of providing information about the Company to the public in Hong Kong and not for any other purposes. No investment decision should be based on the information contained in this document;

(b) the publication of this document or supplemental, revised or replacement pages on the Exchange's website does not give rise to any obligation of the Company, its sponsor(s), advisors or members of the underwriting syndicate to proceed with an offering in Hong Kong or any other jurisdiction. There is no assurance that the Company will proceed with the offering;

(c) the contents of this document or supplemental, revised or replacement pages may or may not be replicated in full or in part in the actual final listing document;

(d) this document is not the final listing document and may be updated or revised by the Company from time to time in accordance with the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited;

(e) this document does not constitute a prospectus, offering circular, notice, circular, brochure or advertisement offering to sell any securities to the public in any jurisdiction, nor is it an invitation to the public to make offers to subscribe for or purchase any securities, nor is it calculated to invite offers by the public to subscribe for or purchase any securities;

(f) this document must not be regarded as an inducement to subscribe for or purchase any securities, and no such inducement is intended;

(g) neither the Company nor any of its affiliates, advisors or members of the underwriting syndicate is offering, or is soliciting offers to buy, any securities in any jurisdiction through the publication of this document;

(h) no application for the securities mentioned in this document should be made by any person nor would such application be accepted;

(i) the Company has not and will not register the securities referred to in this document under the United States Securities Act of 1933, as amended, or any state securities laws of the United States;

(j) as there may be legal restrictions on the distribution of this document or dissemination of any information contained in this document, you agree to inform yourself about and observe any such restrictions applicable to you; and

(k) the application to which this document relates has not been approved for listing and the Exchange and the Commission may accept, return or reject the application for the subject public offering and/or listing.

If an offer or an invitation is made to the public in Hong Kong in due course, prospective investors are reminded to make their investment decisions solely based on the Company's prospectus registered with the Registrar of Companies in Hong Kong, copies of which will be distributed to the public during the offer period.

**THIS DOCUMENT IS IN DRAFT FORM, INCOMPLETE AND SUBJECT TO CHANGE AND THAT THE INFORMATION MUST BE READ IN CONJUNCTION WITH THE SECTION HEADED "WARNING" ON THE COVER OF THIS DOCUMENT.**

## IMPORTANT

**IMPORTANT: If you are in any doubt about this document, you should obtain independent professional advice.**



# ANT GROUP CO., LTD.
# 螞蟻科技集團股份有限公司

*(A joint stock company incorporated in the People's Republic of China with limited liability)*

## H SHARE [REDACTED]

| | | |
|---|---|---|
| **Number of [REDACTED] under the H Share [REDACTED]** | : | [REDACTED] H Shares (subject to the H Share [REDACTED]) |
| **Number of Hong Kong [REDACTED]** | : | [REDACTED] H Shares (subject to adjustment) |
| **Number of International [REDACTED]** | : | [REDACTED] H Shares (subject to adjustment and the H Share [REDACTED]) |
| **H Share [REDACTED]** | : | HK$[REDACTED] per H Share, plus brokerage of 1.0%, SFC transaction levy of 0.0027% and Hong Kong Stock Exchange trading fee of 0.005% (payable in full on application in Hong Kong dollars and subject to refund) |
| **Nominal value** | : | RMB1.00 per H Share |
| **Stock code** | : | [REDACTED] |

### *Joint Sponsors*

 

*(in alphabetical order)*

**[REDACTED]**

### *Financial Advisor to Company*



Hong Kong Exchanges and Clearing Limited, The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this document, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this document.

A copy of this document, having attached thereto the documents specified in "Documents Delivered to the Registrar of Companies in Hong Kong and Available for Inspection — Documents Delivered to the Registrar of Companies" in Appendix VIII, has been registered by the Registrar of Companies in Hong Kong as required by Section 342C of the Companies (WUMP) Ordinance. The Securities and Futures Commission of Hong Kong and the Registrar of Companies in Hong Kong take no responsibility for the contents of this document or any of the other documents referred to above.

The H Share [REDACTED] is expected to be fixed by agreement between the [REDACTED] (for themselves and on behalf of the [REDACTED]) and us on the [REDACTED]. The [REDACTED] is expected to be on or around [REDACTED] (Hong Kong time) and, in any event, not later than [REDACTED] (Hong Kong time). If, for any reason, the H Share [REDACTED] is not agreed by [REDACTED] (Hong Kong time) between the [REDACTED] (for themselves and on behalf of the [REDACTED]) and us, the H Share [REDACTED] will not proceed and will lapse.

The [REDACTED] (for themselves and on behalf of the [REDACTED]) with our consent may, where considered appropriate, reduce the number of [REDACTED] and/or the H Share [REDACTED] that is stated in this document (which is HK$[REDACTED] at any time prior to the morning of the last day for lodging applications under the [REDACTED]. In such a case, notices of the reduction in the number of [REDACTED] and/or the H Share [REDACTED] will be published in the South China Morning Post (in English) and the [Hong Kong Economic Times] (in Chinese) as soon as practicable following the decision to make such reduction, and in any event not later than the morning of the day which is the last day for lodging applications under the [REDACTED]. Such notices will also be available on the website of the Company at **www.antgroup.com** and on the website of the Hong Kong Stock Exchange at **www.hkexnews.hk**. Further details are set forth in "Structure of the H Share IPO" and "How to Apply for the Hong Kong Offer Shares" in this document.

We are incorporated in, and most of our revenues are derived from, mainland China. Potential investors should be aware of the differences in the legal, economic and financial systems between mainland China and Hong Kong, despite both being a part of PRC, and that there are different risk factors relating to investment in our Company. Potential investors should also be aware that the regulatory framework in mainland China is different from that in Hong Kong and should take into consideration the different market nature of the H Shares. Such differences and risk factors are set out in "Risk Factors," "Appendix V — Summary of Legal and Regulatory Matters" and "Appendix VI — Summary of Articles of Association" in this document.

The obligations of the [REDACTED] under the [REDACTED] are subject to termination by the [REDACTED] (for themselves and on behalf of the [REDACTED]) if certain grounds arise prior to 8:00 a.m. on the H Share [REDACTED]. See "Underwriting — [REDACTED]" of this document.

The [REDACTED] have not been and will not be registered under the U.S. Securities Act or any state securities law in the United States and may be offered and sold only (a) in the United States to "Qualified Institutional Buyers" in reliance on Rule 144A under the U.S. Securities Act or another exemption from, or in a transaction not subject to, the registration requirements under the U.S. Securities Act and (b) outside the United States in an offshore transaction in accordance with Regulation S under the U.S. Securities Act.

**ATTENTION**

**We have adopted a fully electronic application process for the [REDACTED]. We will not provide printed copies of this document or printed copies of any [REDACTED] to the public in relation to the [REDACTED].**

**This document is available at the website of the Hong Kong Stock Exchange at www.hkexnews.hk and our website at www.antgroup.com. If you require a printed copy of this document, you may download and print from the website addresses above.**

**[REDACTED]**

## APPENDIX I                                    ACCOUNTANT'S REPORT

## I    HISTORICAL FINANCIAL INFORMATION (Continued)

### CONSOLIDATED STATEMENTS OF FINANCIAL POSITION (CONTINUED)

| | *Section II* | As at 31 December | | | As at 30 June |
|---|---|---|---|---|---|
| | *Notes* | **2017** | **2018** | **2019** | **2020** |
| | | *RMB'000* | *RMB'000* | *RMB'000* | *RMB'000* |
| **CURRENT LIABILITIES** | | | | | |
| Trade payables | 27 | 11,679,542 | 16,167,268 | 18,376,180 | 18,584,700 |
| Interest-bearing bank borrowings | 28 | 22,293,662 | 40,890,000 | 14,600,000 | 21,845,000 |
| Derivative financial instruments | 21 | 254,659 | 113,653 | 320,157 | 167,069 |
| Financial liabilities at fair value through profit or loss | | 191,754 | 121,068 | 388,454 | 309,958 |
| Income tax payables | | 1,365,399 | 463,686 | 1,037,637 | 2,022,503 |
| Contract liabilities | 29 | 1,179,446 | 1,526,261 | 2,488,163 | 3,047,128 |
| Other payables, accruals and other liabilities | 30 | 23,196,527 | 23,703,252 | 33,786,484 | 45,140,808 |
| Total current liabilities | | 60,160,989 | 82,985,188 | 70,997,075 | 91,117,166 |
| **NET CURRENT ASSETS** | | 31,383,947 | 48,423,505 | 68,241,748 | 83,392,096 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES** | | 73,568,776 | 154,163,223 | 200,560,697 | 224,780,804 |
| **NON-CURRENT LIABILITIES** | | | | | |
| Interest-bearing bank borrowings | 28 | 7,882,577 | – | 8,039,875 | 7,766,176 |
| Lease liabilities | 17 | 191,557 | 162,771 | 215,132 | 176,346 |
| Deferred tax liabilities | 31 | 5,659 | 34,382 | 562,729 | 171,518 |
| Other payables, accruals and other liabilities | 30 | 121,324 | 1,582,540 | 2,174,603 | 1,736,180 |
| Total non-current liabilities | | 8,201,117 | 1,779,693 | 10,992,339 | 9,850,220 |
| Net assets | | 65,367,659 | 152,383,530 | 189,568,358 | 214,930,584 |
| **EQUITY** | | | | | |
| Equity attributable to owners of the parent | | | | | |
| Share capital | 32 | 15,000,000 | 15,761,247 | 23,524,249 | 23,778,629 |
| Other equity instruments | 33 | – | 68,278,095 | 69,085,961 | 69,227,306 |
| Reserves | 34 | 47,227,072 | 63,713,688 | 90,647,052 | 115,257,319 |
| | | 62,227,072 | 147,753,030 | 183,257,262 | 208,263,254 |
| Non-controlling interests | | 3,140,587 | 4,630,500 | 6,311,096 | 6,667,330 |
| Total equity | | 65,367,659 | 152,383,530 | 189,568,358 | 214,930,584 |