UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ALIBABA GROUP HOLDING
LTD. SECURITIES LITIGATION        : Docket #20-cv-09568
                                  : New York, New York

                                   May 2, 2023

-------------------------------:

PROCEEDINGS BEFORE
THE HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:      GLANCY PRONGAY & MURRAY, LLP
                    BY:  KARA M. WOLKE, ESQ.
                         MELISSA WRIGHT, ESQ.
                    1925 Century Park East, Suite 2100
                    Los Angeles, California 90067

                    POMERANTZ, LLP
                    BY:  JONATHAN D. PARK, ESQ.
                    600 Third Avenue, Suite 20th Floor
                    New York, New York 10016

For Defendant:      SIMPSON THACHER & BARTLETT, LLP
                    BY:  STEPHEN P. BLAKE, ESQ.
                         BO BRYAN JIN, ESQ.
                    2475 Hanover Street
                    Palo Alto, California 94304

Transcription Service: Marissa Mignano Transcription
                       Phone:  (631) 813-9335
                       E-mail:marissamignano@gmail.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service

INDEX

E X A M I N A T I O N S

| Witness | Direct | Cross | Re-Direct | Re-Cross |
|---------|--------|-------|-----------|----------|
| None | | | | |

E X H I B I T S

| Exhibit Number | Description | ID | In | Voir Dire |
|----------------|-------------|----|----|-----------|
| None | | | | |

THE COURT:  Good morning, everyone.  It's Judge Willis.

John, are we recording?

THE DEPUTY CLERK:  Yes, we are, Your Honor.

THE COURT:  All right.  We are here in In Re: Alibaba Group Holding Ltd. Securities Litigation, 20-cv-9568.

And why don't we start by having the lawyers for the parties identify themselves for the record.  And I know that we perhaps have a large number of folks here on each side, but I'll start first with you, plaintiffs.

MS. WOLKE:  Good morning, Your Honor.  This is Kara Wolke from Glancy Prongay & Murray for the plaintiffs.

THE COURT:  Good morning.

MS. WRIGHT:  Good morning, Your Honor.  This is Melissa Wright from Glancy Prongay & Murray for the plaintiffs.

THE COURT:  Good morning.

MR. PARK:  And good morning, Your Honor.  This is Jonathan Park of Pomerantz, LLP, also for the plaintiffs.  Thank you.

THE COURT:  All right.  Good morning.

Any more for plaintiffs, or are we ready to

turn to defense?

MS. WOLKE:  That's all the plaintiffs, Your Honor.

THE COURT:  All right.  Thank you.

So, in that case, attorneys for defense, please.

MR. BLAKE:  Good morning, Your Honor. Stephen Blake from Simpson Thacher & Bartlett on behalf of defendants.  And I have one of my colleagues on the phone as well.

MR. JIN:  Good morning, Your Honor.  Bryan Jin, also from Simpson Thacher & Bartlett for defendants.

THE COURT:  Okay.  Good morning.

I believe -- I think we perhaps have one other person on the phone.  I don't know if they're just observing or an actual attorney who needs to make an appearance.

No?

MS. WOLKE:  No, I think that's it, Your Honor.  There may be somebody else from plaintiffs' counsel observing who hasn't appeared yet.  That might be the other line you're seeing.

THE COURT:  All right.  Again, it is obviously a public proceeding as well.  So if there

are extra folks, that's certainly fine.

All right.  So we are here for an initial case management conference, and I am in receipt of a proposed case management plan and report which was filed on April 25th jointly by the parties.  I see from this that both sides anticipate that there is some complexity to the discovery and that, therefore, it might take some amount of time.  I think the proposed deadline for discovery to close was the start of next year.

A number of depositions on both sides, and I see that both sides have agreed that, if it becomes clear during the taking of discovery that perhaps additional depositions might be necessary, that you will all meet and confer about that and perhaps propose some additional depositions.  So that all seems fine.

The proposed plan also starts with a fairly detailed summary of the case from both sides' perspective.  But, typically, I give both sides an opportunity if there is something else that they would like to say or spread of record or things they think I need to know about the case, other than what's in the joint proposed plan, I typically give that opportunity.  So I will do that here as well.

So starting with the plaintiffs, obviously, I have read the proposed plan, but is there anything that you would like to tell me or summarize about the case from your perspective?  You can feel free to do that now, plaintiffs.

MS. WOLKE:  Hi, Your Honor.  This is Kara Wolke.  There's nothing in particular about the case that I feel like we need to address at this moment beyond what was described in the summary and the plan.

THE COURT:  All right.  Thank you.  And, defense, same question to you.

MR. BLAKE:  Good morning, Your Honor. Again, Steve Blake from Simpson Thacher.

Nothing particularly to add.  I just wanted to flag one thing.  I think you had said the proposed discovery cutoff was early next year. It's, in fact, early the following year.

THE COURT:  Oh, yep.  2025.  You are -- yep.

MR. BLAKE:  Yes.

So, you know, at this point, I think the parties have worked cooperatively together to submit the report and to work out a schedule.  I think for both of us, timing is informed by the fact that

Ms. Wolke's firm and my firm litigated a case regarding Alibaba from approximately 2015 through 2019 in this court before Judge McMahon. And so, you know, I think we both have some degree of visibility as to kind of the layer of complexities of international litigation here, you know, and are trying to work through them collaboratively, starting with the schedule.

THE COURT: Excellent. Thank you. And, yes, you are certainly correct. 2025. I looked right at that and said that it was next year anyway.

So, look, from my perspective, I'm certainly prepared to enter this as the official plan on the case. It doesn't seem like there is anything more that needs to be discussed at this point or any Court assistance or intervention that is necessary yet.

Obviously, what I would say, and I'm sure the lawyers already know this, but to the extent that issues or disputes come up, certainly you will all attempt to confer and see if they can be resolved. But to the extent that they can't be, I think it's always better to let the Court know that sooner rather than later, once something becomes intractable, instead of kind of letting that sit.

But with that, I think it sounds as if there's nothing else that we need to discuss, but I'll just verify before we log off.

Plaintiff, anything from your perspective that you do think that we need to discuss at this point?

MS. WOLKE:  No.  Thank you, Your Honor.

THE COURT:  All right.  You're welcome.

And defense?

MR. BLAKE:  Nothing, Your Honor.  Thank you very much.

THE COURT:  You're welcome.  So, everyone have a good rest of your day.  Again, I will enter this as the case management plan for the case, and we will be adjourned.

MS. WOLKE:  Thank you, Your Honor.

MS. WRIGHT:  Thank you, Your Honor.

MR. BLAKE:  Thank you.

MR. PARK:  Thank you.

MR. JIN:  Thank you.

C E R T I F I C A T E

I, Marissa Mignano, certify that the foregoing transcript of proceedings in the case of IN RE: ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION, Docket #1:20-cv-09568-GBD-JW, was prepared using digital transcription software and is a true and accurate record of the proceedings.


Signature   ___*Marissa Mignano*_____

                   Marissa Mignano


Date:       May 26, 2023