UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ALIBABA GROUP LTD.
SECURITIES LITIGATION

Master File No. 1:20-CV-09568-GBD-JW

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL**

Having considered Plaintiffs' Motion for Class Certification And Appointment Of Class

Representatives And Class Counsel (the "Motion"), and good cause appearing therefore, the Court

ORDERS as follows:

1. The Motion is GRANTED.

2. The action is hereby certified to proceed as a class action pursuant to Rules 23(a)

   and (b)(3) of the Federal Rules of Civil Procedure, for the following Class:

   All persons and entities who or which purchased Alibaba American
   Depositary Shares ("ADSs") during the period July 10, 2020
   through December 23, 2020, both dates inclusive, and who were
   damaged thereby.

   Excluded from the Class are Defendants and the present and former
   officers and directors of Alibaba, members of their immediate
   families and their legal representatives, heirs, successors or assigns,
   and any entity in which any of the excluded parties have or had a
   controlling interest.

3. Salem Gharsalli, Laura Ciccarello, Dineshchandra Makadia, and Wusheng Hu are

   hereby appointed as Class Representatives; and

4. Glancy Prongay & Murray LLP is hereby appointed as Class Counsel.

2

IT IS SO ORDERED.


Dated: _____        _____

                                                                        HONORABLE GEORGE B. DANIELS
                                                                        UNITED STATES DISTRICT JUDGE