UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | Case No. 1:20-cv-09568-GBD-JW |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Kara M. Wolke, hereby declare as follows:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Salem Gharsalli, named plaintiffs Laura Ciccarello and Dineshchandra Makadia, and additional movant Wusheng Hu (collectively, "Plaintiffs" or the proposed "Class Representatives"), and Court-appointed Lead Counsel for the proposed Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth herein and if called upon to testify with respect thereto, I could and would do so truthfully and accurately.

2.      I make this declaration, together with the attached exhibits, in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of David I. Tabak, Ph.D.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Salem Gharsalli in Support of Plaintiffs' Motion for Class Certification.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Laura Ciccarello in Support of Plaintiffs' Motion for Class Certification.

1

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Dineshchandra Makadia in Support of Plaintiffs' Motion for Class Certification.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Wusheng Hu in Support of Plaintiffs' Motion for Class Certification.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the June 2018 Lifang & Partners Newsletter discussing the SAMR's "Symposium on the Administrative Guidance of the '6·18' Network Promotion Activities, forbidding 'choosing one between two'".

9.      Attached hereto as Exhibit 7 is a true and correct copy of the "Notice of the State Administration for Market Regulation and Other Government Departments on Issuing the Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action)" issued by the PRC State Administration for Market Regulation and other regulators on June 17, 2019, together with a Certified English Translation.

10.      Attached hereto as Exhibit 8 is a true and correct copy of a June 28, 2019 news article published on Chinese search engine Baidu titled "The State Takes Action: Crack down Hard on Such Illegal Acts as 'Choose One From Two' and 'Click Farming' on E-commerce Platforms!" together with a Certified English Translation.

11.      Attached hereto as Exhibit 9 is a true and correct copy of the SAMR's December 23, 2020 announcement titled "The State Administration for Market Regulation has Launched an Investigation into Alibaba Group's Alleged Monopolistic Practices in Accordance with the Law" which stated: "Recently, the State Administration for Market Regulation, acting on a tip-off, has launched an investigation into Alibaba Group's alleged monopolistic practices including 'Pick one from two'" together with a Certified English Translation.

12.     Attached hereto as Exhibit 10 is a true and correct copy of the firm résumé of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel and proposed Class Counsel.  As highlighted in the firm résumé, Glancy Prongay & Murray LLP specializes in litigating securities fraud class actions under federal and state laws, and has particular expertise and recognized success in prosecuting securities class actions against PRC-based companies, including Alibaba.  Indeed, I, along with several other attorneys at my firm, were deeply involved in the Exchange Act litigation arising out of Alibaba's 2014 Initial Public Offering, which ultimately settled in 2019 for $250 million.  *See Christine Asia Co. Ltd. v. Ma et al.*, Case No 15-md-02631.  Glancy Prongay & Murray LLP already has dedicated significant time and resources to the prosecution of this action, and we will continue to do dedicate all necessary resources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of October, 2023 in Los Angeles, California.


*/s/ Kara M. Wolke*
Kara M. Wolke

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 6, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2023, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

4