# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | Case No. 1:20-cv-09568-GBD-JW |

**DECLARATION OF DINESHCHANDRA MAKADIA IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

I, Dineshchandra Makadia, declare as follows:

1.      I am one of the named plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. If called upon to do so, I could and would competently testify to these facts.

2.      I and my assignors purchased Alibaba Group Holding Limited ("Alibaba") American Depositary Shares ("ADS") during the proposed Class Period (defined below). The transactions are listed in the chart attached hereto as Exhibit A. I and my assignors made the transactions through TD Ameritrade and Fidelity Investments brokerage accounts.

3.      I am pursuing this securities class action on behalf of myself and other investors who or which purchased or otherwise acquired Alibaba ADS during the period July 10, 2020 through and including December 23, 2020 (the "Class Period"), and who were damaged thereby (the "Class"). I seek to be appointed as Class representative to represent the interests of all investors in the Class.

4.      I understand that a class action lawsuit, like this one, is brought on behalf of not only myself, but also other investors that have been wronged in the same way by Defendants. I understand that as a representative plaintiff, I owe a fiduciary duty to act in the best interests of

1

the other members of the Class, and I believe that I have the ability to adequately represent the interests of all investors who are members of the Class.

5.      I am committed to working with my attorneys to vigorously prosecute this litigation and, should I be appointed as Class representative, I intend to try and obtain the largest recovery available for the proposed Class under the circumstances, consistent with good faith and sound judgment.

6.      Since being added to this action as an additional named plaintiff, I have monitored and participated in the progress of the case and have been in regular contact with my attorneys. For example, I have: (a) received status updates on the litigation from my attorneys and monitored the progress of the case; (b) participated in discussions with my attorneys concerning significant developments in the litigation; (c) reviewed the pleadings in the litigation; and (d) responded to Defendants' requests for discovery in the litigation, including providing information and producing documents in response to Defendants' written requests.

7.      I am committed to continuing to supervise, monitor, and participate in the ongoing prosecution of this action and, should I be appointed Class representative, to fulfilling my fiduciary duty to all members of the proposed Class to provide fair and adequate representation. I intend to continue providing fair and adequate representation by, among other things, participating in discovery, remaining aware of the progress of the litigation, and working together with counsel to discuss and make decisions with respect to significant developments in the case.

8.      I believe Glancy Prongay & Murray LLP possesses the necessary experience, skill, and resources to prosecute this case effectively and efficiently as Class Counsel on behalf of the proposed Class. I believe Glancy Prongay & Murray LLP has done well to this point by, for example, defeating Defendants' efforts to dismiss this action.

9.      I have kept, and will continue to keep, myself informed of the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with my counsel regarding major litigation events, such as important motions, settlement discussions, trial preparation, and trial, and I am willing to testify at deposition and trial, if necessary. I recognize my duty (as a fiduciary) to act in the best interests of the proposed Class and, if appointed as Class representative, I will take all steps necessary to fulfill that duty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____10/4/2023_____ in Corona, California.

_____
Dineshchandra Makadia

3

# EXHIBIT A

**Company Name:** Alibaba Group Holding Limited
**Ticker:** BABA
**Class Period:** July 10, 2020 to December 23, 2020
**Name:** Dineshchandra Makadia

## Account 1

| Date | ADSs | Price |
|---|---|---|
| 11/4/2020 | 10,000 | $295.0000 |

**ADSs Retained:** **10,000**

## Account 2

| Date | ADSs | Price |
|---|---|---|
| 11/10/2020 | 10,000 | $271.5000 |

**ADSs Retained:** **10,000**

## Account 3

| Date | ADSs | Price |
|---|---|---|
| 8/6/2020 | 5,000 | $261.0000 |

**ADSs Retained:** **5,000**

## Account 4

| Date | ADSs | Price |
|---|---|---|
| 8/27/2020 | 2,000 | $285.0000 |

**ADSs Retained:** **2,000**