# EXHIBIT 7

August 23, 2023, 5:56 P.M.  Notice of the State Administration for Market Regulation and Other Government Departments on Issuing the Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action) State Council Department Documents Chinese Government Network

**Central People's Government, People's Republic of China**          Home | Traditional Chinese | English

www.gov.cn

Home > Policies > State Council Policy Document Archive > State Council Department Documents          Font Size:    Default          Large  Extra Large | Print Save Comment|

| | | | |
|---|---|---|---|
| Title: | Notice of the State Administration for Market Regulation and Other Government Departments on Issuing the Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action) | Issued by: | State Administration for Market Regulation, National Development and Reform Commission, Ministry of Industry and Information Technology, Ministry of Public Security, Ministry of Commerce, General Administration of Customs, Cyberspace Administration of China, and State Post Bureau |
| Issuance No.: | G.SH.J.W.J. [2019] No. 118 | Source: | Website of the State Administration for Market Regulation |
| Subject Category: | Market regulation and regulation of safe production\Other | Type: | Notice |
| Date of the document issuance: June 17, 2019 | | | |

## Notice of the State Administration for Market Regulation and Other Government Departments on Issuing the Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action)

G.SH.J.W.J. [2019] No. 118

Market Regulation Bureaus (Departments and Commissions), Development and Reform Commissions, Communications Administrations, Public Security Departments (Bureaus), Commerce Departments (Bureaus), Cyberspace Administrations, and Postal Bureaus of the provinces, autonomous regions, municipalities directly under the Central Government, and Xinjiang Production and Construction Corps, Guangdong Branch of General Administration of Customs, and all directly affiliated customs departments:

In order to thoroughly implement the spirit of the 19th CPC National Congress and the second and third plenary sessions of the 19th Communist Party of China Central Committee, fully utilize the functional advantages of all member agencies of the Inter-ministry Joint Conference on Internet Market Supervision, bring the "E-Commerce Law" into practice, standardize the qualifications of e-commerce entities, strictly crack down on prominent Internet market issues, establish the responsibilities of e-commerce operators, and safeguard the good order of the Internet market, member agencies of the Inter-ministry Joint Conference on Internet Market Supervision decided to jointly launch the 2019 Special Action for Internet Market Supervision (Net Sword Action) between June and November. The Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action) is hereby issued to you.. Please conscientiously implement in accordance with current actual practices.

State Administration for Market Regulation,
National Development and Reform Commission,
Ministry of Industry and Information Technology,
Ministry of Public Security,
Ministry of Commerce,
General Administration of Customs,
Cyberspace Administration of China, and State Post Bureau

June 17, 2019


(This document is publicly released)


### Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action)

In order to thoroughly implement the spirit of the 19th CPC National Congress and the second and third plenary sessions of the 19th Communist Party of China Central Committee, standardize online business practices, purify the trading environment of the Internet market, and safeguard the good order of the Internet market, led by the implementation of the "E-commerce Law", member agencies of the Inter-ministry Joint Conference on Internet Market Supervision decided to jointly launch the 2019 Special Action for Internet Market Supervision (Net Sword Action) between June and November 2019. The specific plan is as follows:

## I. Overall Objective

Fully utilize the function of the Inter-ministry Joint Conference on Internet Market Supervision, strictly implement the relevant provisions of the "E-commerce Law", crack down on prominent Internet market issues and create a market environment featuring fair competition. Ongoing admission of prudent, intelligent, comprehensive and collaborative legal and regulatory supervision. Strengthen credit constraints, standardize e-commerce behaviors, purify the trading environment, protect the legitimate rights and interests of consumers and operators, improve the quality of online products and services, and promote sustainable and healthy development of e-commerce.

## II. Key Tasks

i.      Focus on standardizing the qualifications of e-commerce entities and create a positive access environment. Investigate and penalize e-commerce operators who breach the information disclosure obligations stipulated in Article 15 of the "E-commerce Law". Supervise e-commerce operators to legally register market entities, standardize e-commerce entity qualifications, and strengthen the standard guidance for social e-commerce and cross-border e-commerce operators. Urge e-commerce platform operators to register and record in accordance with the requirements of the "E-commerce Law" and other laws and regulations, verify and register the information of operator entering the platform, establish registration files, ensure compliance with the requirement of showcasing licenses, certificates and standards. Urge the postal service and courier companies to strengthen the review of e-commerce customer business scope. Standardize e-commerce operators and focus on rectifying illegal online applications (websites, APPs, etc.) (The State Administration for Market Regulation, Ministry of Industry and Information Technology, Ministry of Public Security, General Administration of Customs, and State Post Bureau shall collaborate according to their respective responsibilities.)

ii.     Severely crack down on the online sale of counterfeit and substandard products, unsafe food, fake and inferior drugs. Create a reassuring retail environment. Focus on products that relate to public health and

safety and have been under the spotlight, including food (including supplements), drugs, electronics, car parts, furniture, home decoration, household daily necessities, children's products, clothing, apparel, footwear, and construction hard hats..  Strengthen regulatory law enforcement, firmly guard the bottom line of public health and safety by organizing concentrated crackdowns using major and critical cases as breakthroughs.  Combine online and offline governance, increase random inspections of food and online catering services, strengthen risk monitoring, purify production sources, investigate and persecute the illegal sales of counterfeit and substandard products on the Internet. Crack down on infringement, counterfeit, and harmful information on the Internet in accordance with laws and regulations. (The State Administration for Market Regulation, Ministry of Public Security, General Administration of Customs, and State Post Bureau shall collaborate according to theirrespective responsibilities.)

iii.    Rigorously enforce unfair competition and create a fair market environment**.**  According to the "Law of the People's Republic of China Against Unfair Competition" and "E-commerce Law" and other relevant provisions, strictly enforce online false advertising, brushing orders, illegal promotions and bundling, etc. Actively investigate and penalize unlawful promotions and advertising of infant formula foods. Strictly enforce illegal behaviors such as brushing orders for other operators by organizing illegal empty parcel deliveries. Urge e-commerce platform operators to further strengthen the monitoring of order brushing, improve product (service) credit evaluation system, and cooperate with law enforcement. Investigate and penalize the e-commerce platform behavior of restricting platform vendors from participating in other third-party e-commerce platform operations. (The State Administration for Market Regulation, National Development and Reform Commission, Ministry of Commerce, and State Post Bureau shall collaborate according to their respective responsibilities.)

iv.    Intensively carry out the rectification of Internet advertising to create a positive advertising market environment. Focus on portal websites, search engines, and e-commerce platforms with large social influence and coverage, prioritize mobile clients, new media accounts, and other Internet media. Specifically target false and illegal advertisements related to healthcare, drugs, food supplements, real estate, financial investment, and wealth management, etc., that may affect the public health and property security. Strengthen the investigation and persecution of these cases and complete a number of major and significant cases. (The State Administration for Market Regulation, Ministry of Industry and Information Technology, Ministry of Public Security, and Office of the Central Cyberspace Affairs Commission shall collaborate according to their respective responsibilities.)

v.    According to law, enforce various other illegal online trading behaviors to effectively purify the online market environment. Implement relevant provisions of the "E-commerce Law", "Cybersecurity Law", "Law of the People's Republic of China on Protecting Consumers' Rights and Interests", "Pricing Law", and "Interim Measures for Seven-Day Unconditional Return of Products Purchased Online", etc.  Ensure smooth channels for consumer complaints, protect consumers' right to information and choice, and increase enforcement of behaviors that infringe on consumer rights, such as unfair pricing, unfair standard terms, and failure to fulfill the obligation to unconditionally return goods within seven days. Strengthen the protection of personal information, standardize contractual standard clauses involving personal information, sternly investigate and penalize the unauthorized and excessive collection, disclosure, unlawful sale, or provision of personal information. Lawfully investigate and penalize platforms that fail to fulfill their personal information protection obligations and ones that provide support to online illegal and criminal acts. Strictly crack down on crimes that infringe on personal information and conscientiously prevent the misuse of big data technology on personal information.  Enforce online trading platforms providing services for illegal sales, purchases, and usage of wildlife and their products and prohibited hunting tools. Ministries are to cooperate closely and strengthen the research, supervision, and

enforcement of illegal behaviors on mobile APP platforms (online trading platforms, online catering platforms, online travel platforms, social e-commerce, cross-border e-commerce, and other new online market models and norms).. Strengthen crackdown on the violation of regulations prohibiting online sales of prepaid cards for single-use businesses.  Strictly supervise overseas authorized purchasing behaviors and enhance the rectification efforts on the import and export steps of cross-border e-commerce.  Enhance the monitoring and supervision of online sales of prohibited goods and continually purify the online market environment. (The State Administration for Market Regulation, Ministry of Industry and Information Technology, Ministry of Public Security, Ministry of Commerce, General Administration of Customs, Office of the Central Cyberspace Affairs Commission, and State Post Bureau shall collaborate according to respective responsibilities.)

vi.  Strengthen online trading information monitoring and product quality spot checks to create a positive consumption environment. Continuously enhance regulatory technology applications, explore and apply new methods for online trading information monitoring, improve monitoring and supervision processes, and effectively find clues of illegal online trading. Pay special attention to important dates during peak promotional periods and holidays, conduct targeted online market monitoring, and spot-check product quality to promptly identify risks. Implement network-wide disciplinary warnings by unleashing collaboration capabilities among different authorities. (The State Administration for Market Regulation, National Development and Reform Commission, Ministry of Industry and Information Technology, Ministry of Public Security, Ministry of Commerce, General Administration of Customs, Office of the Central Cyberspace Affairs Commission, and State Post Bureau shall collaborate according to respective responsibilities.)

vii.  Implement the responsibilities of e-commerce operators to create an honest and lawful business environment. Supervise e-commerce operators, especially platform operators, to fulfill their statutory responsibilities and obligations. Ensure e-commerce operators are fulfilling their obligations to safeguard consumers' rights and interests, protect intellectual property rights, protect personal information, bear the responsibility for product and service quality in accordance with laws, and to strictly implement the responsibility for repairing, replacing, and agreeing to the return of products sold online.  Guide and supervise e-commerce platform operators to strengthen the qualifications review of vendors within the platform, disclose their principal information, implement "Notification-Deletion" obligation for the purpose of intellectual property right protection, and prominently mark bid-ranking products (services) as "advertisements".  Guide and supervise online catering service platforms to strengthen the management of affiliated agencies, agents, and partners, Proactively submit data on platform catering service vendors and information on the platforms' affiliated institutions, agents, and partners to regulatory authorities. Enhance the management of the food delivery process, gradually promote the packaging label seals for takeaways to prevent contamination of food during the delivery process. Guide and supervise delivery, postal, and courier enterprises to perfect the real-name system, decline the acceptance or delivery of any infringing or counterfeit products, and support the investigations into illegal acts by law enforcement authorities. (The State Administration for Market Regulation, National Development and Reform Commission, Ministry of Industry and Information Technology, Ministry of Public Security, Ministry of Commerce, General Administration of Customs, Office of the Central Cyberspace Affairs Commission, and State Post Bureau shall collaborate according to their respective responsibilities.)

## III. Relevant Work Requirements

i.  Strengthen organizational support and solidly promote deployment. All regions and departments shall implement local supervisory responsibilities based on local conditions, thoroughly prepare overall deployments, formulate feasible implementation plans, and strive for practical results.

ii.    Increase regulatory efficiency and develop new online market supervision methods.  All regions shall fully utilize the effect of the Joint Conference on Internet Market Supervision and form joint force oversight. Comprehensively employ various measures such as administrative guidance, administrative regulatory talks, and administrative penalties to supervise e-commerce operators, especially urge platform operators to fulfill their statutory responsibilities and obligations.  Steadily promote "double random, one public" inspection (inspections by randomly selected inspectors of randomly selected entities and the public release of inspection results).  Promptly publish principal information on e-commerce businesses and regulatory enforcement results from regulatory authorities, including administrative permits, penalties, and sample inspection results on "XYXNCREDIT.CN" and the National Enterprise Credit Information Publicity System, to enhance the collaborative regulation and joint penalty by the authorities.

iii.    Enhance legal awareness and intensify the promotion of the "E-commerce Law". All regions and departments shall carry out widespread publicity, organize e-commerce operator forums and talks, issue consumer warnings, present tips and advisories on common illegal cases, and create a positive atmosphere for all parties involved in e-commerce to study, know, abide by, understand, use, and publicize the "E-commerce Law".

All regions and departments shall highlight key work, strengthen source governance, logically arrange work progress, as well as submit a summary report, action status statistics table, at least 5 typical cases with the Decision of Administrative Penalty appended, and joint law enforcement materials to their respective higher authorities with copies to equivalent levels of Administration of Market Regulation by December 12.  In the event of significant cases, please report promptly to the local party committee, government, and respective higher authorities.

Appendix: Status Statistics Report on the 2019 Special Action for Internet Market Supervision (Omitted)

Scan to open the current page on your mobile phone.



Links: The National People's Congress | The National Committee of the Chinese People's Political Consultative Conference | National Supervision Commission | The Supreme People's Court | The Supreme People's Procuratorate

Websites of the State Council departments | Websites of local governments | Websites of institutions in Hong Kong and Macao | Institutions overseas

 www.gov.cn | About Us | Disclaimers | Contact Us | Corrections

Hosted by: General Office of the State Council Operated and Maintained by: Operation Center, www.gov.cn

  

Party and Government Agencies

Copyright© www.gov.cn Chinese domain: 中国政府网.政务

Website Identification Code bm01000001 J. ICP B. No. 05070218  J.G.W.AN.B. No. 11010202000001

The State Council App    The State Council Applet Sina Weibo and WeChat Accounts of www.gov.cn

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )    Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of **Notice of the State Administration for Market Regulation and Other Government Departments on Issuing the Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action).**

### <u>Specific Description of the Document</u>

Notice of the State Administration for Market Regulation and Other Government Departments on Issuing the Plan for the 2019 Special Action for Internet Market Supervision (Net Sword Action)

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>19th of September 2023</u> in <u>Los Angeles</u>, California.

<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators

Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com



中华人民共和国中央人民政府
www.gov.cn

首页 ｜ 繁体 ｜ 英文EN ｜

首页 ＞ 政策 ＞ 国务院政策文件库 ＞ 国务院部门文件　　　　字号：**默认** 大 超大 ｜ 打印　　收藏　　留言　　｜

| 标　　题： | 市场监管总局等部门关于印发2019网络市场监管专项行动（网剑行动）方案的通知 | 发文机关： | 市场监管总局 发展改革委 工业和信息化部 公安部 商务部 海关总署 网信办 邮政局 |
| --- | --- | --- | --- |
| 发文字号： | 国市监网监〔2019〕118号 | 来　　源： | 市场监管总局网站 |
| 主题分类： | 市场监管、安全生产监管\其他 | 公文种类： | 通知 |
| 成文日期： | 2019年06月17日 | | |

### 市场监管总局等部门关于印发2019网络市场监管
### 专项行动（网剑行动）方案的通知

国市监网监〔2019〕118号

各省、自治区、直辖市及新疆生产建设兵团市场监管局（厅、委）、发展改革委、通信管理局、公安厅（局）、商务厅（局）、网信办、邮政管理局、海关总署广东分署、各直属海关：

为深入贯彻党的十九大和十九届二中、三中全会精神，充分发挥网络市场监管部际联席会议各成员单位职能优势，贯彻落实《电子商务法》，着力规范电子商务主体资格，严厉打击网络市场突出问题，落实电子商务经营者责任，维护良好网络市场秩序，网络市场监管部际联席会议各成员单位决定于6-11月联合开展2019网络市场监管专项行动（网剑行动）。现将《2019网络市场监管专项行动（网剑行动）方案》印发给你们，请结合实际，认真贯彻执行。

市场监管总局　　　发展改革委　　　工业和信息化部

公安部　　　　　商务部　　　　　海关总署

网信办　　　　　　　　　　　邮政局

2019年6月17日

（此件公开发布）

### 2019网络市场监管专项行动（网剑行动）方案

为深入贯彻党的十九大和十九届二中、三中全会精神，以落实《电子商务法》为统领，规范网络经营行为，净化网络市场交易环境，维护良好网络市场秩序，网络市场监管部际联席会议各成员单位决定于6-11月联合开展2019网络市场监管专项行动（网剑行动）。具体方案如下：

一、总体目标

充分发挥网络市场监管部际联席会议作用，严格贯彻落实《电子商务法》有关规定，严厉打击网络市场突出问题，营造公平竞争的市场秩序。坚持依法依规监管、审慎监管、智慧监管、综合监管和协同监管，强化信用约束，规范电子商务行为，净化交易环境，保护消费者和经营者合法权益，提升网络商品和服务质量，促进电子商务持续健康发展。

二、重点任务

（一）着力规范电子商务主体资格，营造良好准入环境。依法查处电子商务经营者违反《电子商务法》第十五条规定的信息公示义务的行为。监督电子商务经营者依法办理市场主体登记，规范电子商务主体资格，加强对社交电商、跨境电商经营者的规范引导。督促电子商务平台经营者按照《电子商务法》等法律法规要求登记备案，对进入平台的经营者真实信息进行核验、登记，建立登记档案，监督电子商务经营者做好亮照、亮证、亮标工作。督促邮政企业、快递企业加强对电子商务企业协议客户经营范围的审查。规范

Case 1:20-cv-03568-GBD-JW Document 101-7 Filed 10/06/23 Page 10 of 11

电子商务经营主体，集中整治非法主体互联网应用（网站、APP等）。（市场监管总局、工业和信息化部、公安部、海关总署、邮政局按职责分工协作）

（二）严厉打击网上销售假冒伪劣产品、不安全食品及假药劣药，营造放心消费环境。以食品（含保健食品）、药品、电子产品、汽车配件、家具家装、家庭日用品、儿童用品、服装鞋帽以及劳动防护安全帽等社会反映集中、关系健康安全的消费品为重点，加强监管执法和刑事司法，以大要案为突破口，组织开展集中打击，坚决守住人民生命健康和安全的底线。坚持线上线下治理相结合，加强流通销售餐饮环节食品等商品抽查，加强网络餐饮服务食品安全监管，加强风险监测，净化生产源头，依法查处利用互联网销售假冒伪劣商品违法犯罪活动。依法依规处置互联网侵权假冒有害信息。（市场监管总局、公安部、海关总署、邮政局按职责分工协作）

（三）严厉打击不正当竞争行为，营造公平竞争的市场环境。按照《反不正当竞争法》《电子商务法》等相关规定，严厉打击网络虚假宣传、刷单炒信、违规促销、违法搭售等行为。严肃查处违规推销宣传婴幼儿配方食品的行为。严厉打击通过组织非法寄递空包裹等方式，帮助其他经营者进行刷单炒信等违法行为。督促电子商务平台经营者进一步加强对刷单炒信行为的监测监控，完善商品（服务）信用评价体系，配合执法工作开展。依法查处电子商务平台经营者限制平台内经营者参与其他第三方电子商务平台经营活动等行为。（市场监管总局、发展改革委、商务部、邮政局按职责分工协作）

（四）深入开展互联网广告整治工作，营造良好广告市场环境。以社会影响大、覆盖面广的门户网站、搜索引擎、电子商务平台为重点，突出移动客户端和新媒体账户等互联网媒介，针对医疗、药品、保健食品、房地产、金融投资理财等关系人民群众身体健康和财产安全的虚假违法广告，加大案件查处力度，查办一批大案要案。（市场监管总局、工业和信息化部、公安部、网信办按职责分工协作）

（五）依法打击其他各类网络交易违法行为，有效净化网络市场环境。落实《电子商务法》《网络安全法》《消费者权益保护法》《价格法》《网络购买商品七日无理由退货暂行办法》等相关规定，畅通消费投诉举报渠道，保护消费者知情权和选择权，加大对不正当价格行为、不公平格式条款、不依法履行七日无理由退货义务等侵害消费者权益行为的打击力度。全方位多渠道加大个人信息保护力度，规范涉及个人信息的合同格式条款；严肃查处未经同意收集、使用、过度收集或泄露、非法出售、非法向他人提供个人信息行为，依法查处不履行个人信息保护义务、为网络违法犯罪提供支持帮助的网络平台；严厉打击侵犯公民个人信息犯罪，切实防范大数据技术对个人信息的滥用。依法严厉打击网络交易平台为违法出售、购买、利用野生动物及其制品或者禁止使用的猎捕工具提供交易服务的行为。密切协作配合，加强对手机APP端（网络交易平台、网络订餐平台、在线旅游平台、社交电商、跨境电商以及其他网络市场新模式新业态）违法犯罪行为的研判、监管和打击查处。加大对网络销售单用途商业预付卡违规行为的查处力度。严格海外代购行为监管，加大对跨境电商进出口环节整治力度。加强对网络销售禁止交易商品的监测监管工作，不断净化网络市场环境。（市场监管总局、工业和信息化部、公安部、商务部、海关总署、网信办、邮政局按职责分工协作）

（六）强化网络交易信息监测和产品质量抽查，营造良好消费环境。不断强化监管技术应用，探索应用网络交易信息监测的新方式，完善监测监管流程，有效发现网络交易违法线索。重点关注网络集中促销期、节假日等重要时间节点，开展网络市场定向监测和产品质量抽检，及时发现风险，发挥部门失信联合惩戒作用，实施全网警示。（市场监管总局、发展改革委、工业和信息化部、公安部、商务部、海关总署、网信办、邮政局按职责分工协作）

（七）落实电子商务经营者责任，营造诚信守法经营环境。督促电子商务经营者特别是平台经营者履行法定责任和义务。监督电子商务经营者履行消费者权益、知识产权、个人信息保护等方面的义务，依法承担产品和服务质量责任，严格落实网络销售商品修理更换退货责任。指导和督促电子商务平台经营者加强对平台内经营者的资格审查、主体信息公示，落实知识产权保护"通知—删除"义务、显著标明竞价排名商品（服务）为"广告"义务；指导和督促网络餐饮服务平台加强分支机构、代理商、合作商管理，主动向监管部门报送平台入网餐饮服务提供者数据和平台分支机构、代理商、合作商等信息，加强餐食配送过程管理，逐步推动外卖餐食封签，确保食品配送过程不受污染。指导和督促配送、邮政、快递等企业完善实名制，拒绝接收、寄递侵权假冒商品，为执法部门核查违法犯罪线索提供支持。（市场监管总局、发展改革委、工业和信息化部、公安部、商务部、海关总署、网信办、邮政局按职责分工协作）

三、有关工作要求

（一）加强组织保障，扎实部署推进。各地各部门要落实属地监管责任，立足本地实际，认真做好整体部署，制定切实可行的具体实施方案，务求取得实效。

（二）提升监管效能，创新网络市场监管方式。各地要充分发挥网络市场监管联席会议作用，形成监管合力。综合运用行政指导、行政约谈、行政处罚等手段，督促电子商务经营者、特别是平台经营者履行法定责任和义务。扎实推进"双随机、一公开"监

管。通过"信用中国"网站和国家企业信用信息公示系统，及时公示电子商务经营者的基础信息和各部门履职中形成的行政许可、行政处罚、抽查检查结果等监管执法信息，进一步加强部门间协同监管和联合惩戒。

（三）增强法律意识，加大《电子商务法》宣传力度。各地各部门要通过多种形式开展广泛宣传，组织开展电子商务经营者座谈、约谈，发布消费预警、提示警示和违法典型案例，营造电子商务参与各方学法、知法、守法、懂法、用法的良好氛围，多措并举做好《电子商务法》宣贯工作。

各地各部门要突出工作重点，强化源头治理，科学安排工作进度，于12月12日前将本系统专项行动总结报告、专项行动情况统计表、典型案例（5件以上，附行政处罚决定书）、联合执法相关材料分别报各上级主管部门，并抄送同级市场监管部门。如遇重大情况，请及时报告当地党委政府和各上级主管部门。

附件：2019网络市场监管专项行动情况统计表（略）



扫一扫在手机打开当前页



中国政府网    |    关于本网    |    网站声明    |    联系我们    |    网站纠错

主办单位：国务院办公厅    运行维护单位：中国政府网运行中心

版权所有：中国政府网    中文域名：中国政府网.政务

网站标识码bm01000001    京ICP备05070218号    京公网安备11010202000001号





国务院客户端    国务院客户端小程序