# EXHIBIT 8

8/25/23, 11:13 AM

The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One From Two" and "Click Farming" on E-commerce Platforms!

| Baidu it | Baidu homepage | Login |
| --- | --- | --- |

## The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One from Two" and "Click Farming" on E-commerce Platforms!

EMBA

2019-06-28 17:00     Follow

In this year's "618" e-commerce war, all major e-commerce platforms achieved great results. However, the e-commerce war also revealed the unspoken industry rule of "Choose One from Two" for e-commerce platforms. In view of this, the State takes an action titled "Net Sword Action" to comprehensively rectify the chaos on e-commerce platforms.



| 生活方式 | Lifestyle |
| --- | --- |
| 手机淘宝 | Mobile Taobao |
| 手机天猫 | Mobile Tmall |
| 拼多多 | Pinduoduo |
| 大众点评 | Dianping.com |
| 京东 | Jingdong (JD.com) |
| 小米有品 | Xiaomiyoupin |
| 美团外卖 | Meituan Delivery |
| 美团 | Meituan |
| 每日优鲜 | Missfresh |

### The State cracks down hard on "Choose One from Two"

With the rise of shopping festivals such as "618" and "Double 11", the farce of "Choose One from Two" is repeated every year.

Over the years, it has become increasingly intense rather than being restricted.

In addition, there are a number of "click farms" and "click farmers" alive on the Internet. The act of click farming through falsification of transaction records and fake positive comments by online merchants involves majority of e-commerce shops.

8/25/23, 11:13 AM

The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One From Two" and "Click Farming" on E-commerce Platforms!

| Baidu it | Baidu homepage | Login |
|----------|----------------|-------|

## The Central People's Government, the People's Republic of China www.gov.cn

Simplified Chinese   Traditional Chinese    EN    Sign Up

| State Council | Premier | News | Policies | Interaction | Service | Data | National Status |
|---------------|---------|------|----------|-------------|---------|------|-----------------|

Homepage>News>Rolling News

## Strictly Investigate Such Illegal Acts as "Choose One from Two" and "Click Farming"

2019-06-23 07:37 Source: Economic Daily      Front size: Large/medium/small       Print

Eight Departments Jointly Launch the "Net Sword Action" to

Strictly Investigate Such Illegal Acts as "Choose one From Two" and "Click Farming"

Recently, eight departments including the State Administration for Market Regulation, the National Development and Reform Commission, the Ministry of Industry and Information Technology, the Ministry of Public Security, the Ministry of Commerce, the General Administration of Customs, the Cyberspace Administration of China and the State Post Bureau jointly issued a notice, deciding to jointly implement the 2019 Special Action for Internet Market Regulation titled "Net Sword Action" during the period from June to November 2019, to strictly crack down on prominent Internet market issues and create market order featuring fair competition, so as to protect the legitimate rights and interests of consumers and operators, improve the quality of online products and services, and promote the sustainable and sound development of e-commerce.

Recently, eight departments including the State Administration for Market Regulation, the National Development and Reform Commission, the Ministry of Industry and Information Technology, the Ministry of Public Security, the Ministry of Commerce, the General Administration of Customs, the Cyberspace Administration of China and the State Post Bureau decided to jointly implement the 2019 Special Action for Internet Market Supervision titled "Net Sword Action" during the period from June to November 2019.

The purpose is to strictly investigate such illegal acts as "Choose One from Two" and "click farming" on e-commerce platforms.

The "Net Sword Action" aims to, through strictly cracking down on prominent issues in the Internet market and creating market order featuring fair competition, protect the legitimate rights and interests of consumers and operators, improve the quality of online products and services, and promote the sustainable and sound development of e-commerce.

8/25/23, 11:13 AM

The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One From Two" and "Click Farming" on E-commerce Platforms!

| Baidu it | Baidu homepage | Login |
|---|---|---|



In particular, such product categories as food (including food supplements), drugs, electronics, car parts, furniture and home decoration, household daily necessities, children's products, clothing, and labor safety products have been highlighted.

According to relevant laws, such as the *Law of the People's Republic of China Against Unfair Competition* and the *E-Commerce Law*, illegal acts such as deceptive online publicity, boosting standing by click farming, rule-violating promotions, illegal bundling, and in particular, organizing the illegal delivery of empty parcels and faking sales for other businesses to boost their standing shall be strictly cracked down on. For e-commerce operators, such acts as forcing businesses to "take sides" shall be particularly investigated and punished.

For acts that violate laws and regulations, the notice proposes that, the departments concerned shall comprehensively leverage such means as administrative guidance, administrative regulatory admonitions, and administrative penalties to urge e-commerce operators, particularly platform operators, to fulfill their statutory responsibilities and obligations.



The "Net Sword Action" has already been in full swing. With the improvement of relevant laws and regulations, e-commerce platforms that go against the trend will be subject to just sanctions at any time!

**What is "Choose One from Two" of e-commerce platforms?**

The vigorous creation of online shopping festival by e-commerce platforms is accompanied by the fierce confrontation and malicious competition between players on e-commerce platforms that has already lasted for a decade. Such confrontation and competition is mostly represented by the phenomenon that e-commerce platforms forces merchants to make "Choose One from Two"  decision.

So what is exactly "Choose One from Two"?

Simply put, "Choose One from Two" is an unspoken rule for selection of e-commerce

8/25/23, 11:13 AM

The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One From Two" and "Click Farming" on E-commerce Platforms!

| Baidu it | Baidu homepage | Login |
|---|---|---|

platform, which may be described as follows: An e-commerce platform forces partnering merchants to choose exclusively its platform rather than multiple platforms for business promotion by virtue of its technical advantages, number of users, industry control capability, and other factors.

In addition, the partnering merchants in the e-commerce platform have to provide exclusive products and services on this platform rather than multiple platforms simultaneously; otherwise, they will be held completely liable for any consequence.



| 必须"二选一" | "Choose One from Two", a mandatory choice |
|---|---|
| 电商平台 | E-commerce platform |
| 某品牌店 | A certain brand store |

"Choose One from Two" not only exceeds the power of e-commerce platforms, but also infringes on the right of choice of consumers, infringes on the freedom of competition of partnering merchants, and protects the monopoly interests of e-commerce platforms, thus ultimately producing a negative impact on the development of the whole industry.

According to some industry experts, "Choose One from Two" has completely deviated from the normal track of market development.



At present, "Choose One from Two" has already constituted an obstacle to the future development of e-commerce platforms. To build a blooming and diversified e-commerce industry, the "Choose One from Two" shall no longer be allowed to exist.

With the enhancement of "Internet+" in all walks of life, the exploration of the Anti-trust Law in the field of e-commerce platform is also expected to provide reference and arouse reflection and inspiration for anti-trust regulations in the physical economy that are not directly related to the issues of "Choose One from Two" of e-commerce platforms.

**Unfairness must be rectified!**

In the Internet era, "Choose One from Two" will obviously bring a great negative impact to merchants, and is allegedly abusing the market dominance power and creating unfair competition.

8/25/23, 11:13 AM

The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One From Two" and "Click Farming" on E-commerce Platforms!

| Baidu it | Baidu homepage | Login |

"Choose One from Two" is one of the childish byproducts of the "barbaric growth" era of Chinese e-commerce industry. As a kind of unreasonable restriction, "Choose One from Two" shall be eliminated from whatever perspective such as economic development, overall image of the e-commerce platform industry, or social and moral responsibility.

There is no doubt that both the industry and the public show a positive attitude towards competition.

Only through competition can the principle of "survival of the fittest" be actually realized among e-commerce platforms, so that they can be promoted to establish better operation and management mechanisms to provide better products and service for consumers.

However, it is quite unfair for e-commerce platforms to conduct malicious competition for private gains, and such malicious competition as "Choose One from Two" must be rectified!

Reference source: ecxinwen, fakaonline.cn, TechTeller, etc.

Report/feedback

**Trending searches**

Is It Illegal To Fake Sales Through Click Farming On E-Commerce Platforms

E-Commerce Platforms Cracked Down On By The State

Crack Down On E-Commerce Platform

Will Sales Faking Through Click Farming On E-Commerce Platforms Be Punished By The Competent Industrial And Commercial Administration

Which E-Commerce Platforms Are Being Cracked Down On By The State

Is Click Farming Currently Legal On E-Commerce Platforms

**Publish comments**

Publish wonderful comments

Set as homepage © Baidu    Read before using Baidu  Opinion feedback    J. ICP Z. No. 030173

J.G.W.AN.B. No. 11000002000001

百度一下      百度首页    登录

# 国家出手：重拳打击电商平台"二选一""刷单"等违法行为！



**EMBA**
2019-06-28 17:00      关注

今年的618电商大战，各大电商平台都亮出了不俗的成绩单，但在这背后暴露了电商平台"二选一"的行业潜规则。而一场全面整顿电商平台乱象的"网剑行动"随之打响。



## 国家重拳打击"二选一"

伴随着618、双十一等购物节的兴起，"二选一"的闹剧每一年都在重复上演。

这么多年来，它不仅没有得到抑制，反而还有愈演愈烈的趋势。

并且在网络上，活跃着一批"刷单集团"和"刷手"。而涉及网络商家通过伪造交易记录和虚假好评刷单的行为，占比突出。

## 作者最新文章


恒大集团2022年薪酬：许家印12.6万...
7天前   854阅读


2.69亿人民币！蛋壳公寓又到危急关头
9天前   1411阅读


两大知名超市"打"起来了！
10天前   2057阅读

## 相关推荐


事关芯片，中方终于出手了？美企394...
科技宇航员


社区团购"预售+次日达+自提"组合...
武汉私域云商...   1评论


巨头加码本地生活：为刚需，能吃苦
有数DataVision   2评论


京东包邮门槛下调至59元 88元包邮平...
中国商报


矛头直指刷单！亚马逊又有新动作
亿恩网   3评论

换一换

1   日媒：日本水产行业"哀鸿遍野"   热
2   日本大使馆:在华日本人别大...   热
3   金砖，加！"金砖+"
4   俄方否认"克宫下令杀害普里戈任"
5   卫星图显示福岛核污染水激增
6   河南叶县岩盐可供全国吃3.3万年
7   天津一寿司店连夜遮住"日本"...   热
8   日本排核污水次日连发两次...   热
9   日本排污入海：有日料店转卖粤菜



近日，市场监管总局、发展改革委、工业和信息化部、公安部、商务部、海关总署、网信办、邮政局等8部门决定于6月至11月联合开展2019网络市场监管专项行动，代号"网剑行动"。

其目的就是严查电商平台"二选一"刷单等违法行为。

严厉打击网络市场突出问题，营造公平竞争的市场秩序，保护消费者和经营者合法权益，提升网络商品和服务质量，促进电子商务持续健康发展。



而其中食品含保健食品）、药品、电子产品、汽车配件、家具家装、家居日用品、儿童用品、服装、劳保等类目已被点名。

按照《反不正当竞争法》《电子商务法》等相关规定，严厉打击网络虚假宣传、刷单炒信、违规促销、违法搭售等行为，严厉打击通过组织非法寄递空包裹等方式，

8/25/23, 11:13 AM
国家出手！重拳打击电商平台"二选一"机制等违法行为！

百度首页　　登录

Case 1:20-cv-09568-GBD-JW　Document 101-8　Filed 10/06/23　Page 9 of 12

特别是查处电商平台要求类经营者"超范围扣"等行为

而对于违法违规行为，通知称，各部门将综合运用行政指导、行政约谈、行政处罚等手段，督促电子商务经营者、特别是平台经营者履行法定责任和义务。



这场"网剑行动"已经全力展开，在法律法规已经完善的前提下，如果还有电商平台逆势而行，那么正义的制裁将随时到来！

**什么是电商平台"二选一"呢?**

伴随着电商平台轰轰烈烈造节的另一面，是玩家们十年来从未休止的对抗与恶性竞争。在这其中，又以平台要求商家们"二选一"的现象最为普遍。

那么，什么是"二选一"呢?

简单说就是一家电商平台凭借技术优势、用户数量、行业控制力等因素，从而要求合作商家只能选择它的平台参加促销，而不能入驻多家平台，属于电商平台选择的一种潜规则。

并且入驻商家只能在该平台提供商品或服务，不得同时在其他平台经营，否则就要自行承担后果。



百度首页        登录

不仅超越了平台的本分，还危害消费者的选择权，侵犯入驻商家的竞争自由，保护了平台的垄断利益，并最终对行业发展产生负面性。

而按照业内一些专家的说法，"'二选一'其实已经完全偏离市场正常前行的轨道了。"



目前，"二选一"其实已经成为电商平台未来发展的绊脚石，如果想要打造一个百花齐放又形态各异的电商行业，"二选一"就不能再继续存在下去！

而随着各行各业"互联网+"程度的抬升，反垄断法在电商平台领域的探索，也有望为实体经济中不直接涉及电商平台的"二选一"反垄断规制提供参照、反思和启迪。

 **违背公平，不治不行！**

互联网时代，"二选一"显然会给商家带来极大的负面影响，并涉嫌滥用市场支配地位和不正当竞争。

而"二选一"是中国电子商务"野蛮生长"时代的幼稚产物之一，不论经济发展、电商平台的行业整体形象的角度，还是社会道义责任的角度，"二选一"这样的不合理限制都应该取消。

毋庸置疑的是，业界、大众都欢迎竞争。

只有通过竞争才可以实现电商平台的优胜劣汰，推动它们建立更好的运营、管理机制等，进而为消费者提供更好、更优的产品和服务。

百度首页　　　登录

参考整理自：电商头条、法咖在线、科技说说等

举报/反馈

---

## 大家都在搜

电商刷销量违法吗　　国家打击电商平台　　打击电商　　电商刷销量工商局会有处罚吗

被国家打击的电商平台有哪些　　现在刷电商是合法的吗

## 发表评论

发表神评妙论

发表

---

设为首页 © Baidu 使用百度前必读 意见反馈 京ICP证030173号

京公网安备11000002000001号

# DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )    Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of **article titled *The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One from Two" and "Click Farming" on E-commerce Platforms!***


## **Specific Description of the Document**

Article titled *The State Takes Action: Crack down Hard on Such Illegal Acts as "Choose One from Two" and "Click Farming" on E-commerce Platforms!*


We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>26th of September 2023 </u>in <u>Los Angeles</u>, California.



<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators



_____
Signature


KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com