# EXHIBIT 9

The State Administration for Market Regulation has launched an investigation into Alibaba Group's alleged monopolistic practices in accordance with the law

Jan 6, 2023 Friday

Official WeChat | Official microblog | Share |
Accessible browsing



Please enter what you want to search

Home page        Organization        News        Government affairs        Services        Interaction        Special topic

Your location: Home page> News> State Administration

# The State Administration for Market Regulation has Launched an Investigation into Alibaba Group's Alleged Monopolistic Practices in Accordance with the Law

Release time: Dec 24, 2020  8:30 AM        Source: State Administration for Market Regulation

Recently, the State Administration for Market Regulation, acting on a tip-off, has launched

an investigation into Alibaba Group's alleged monopolistic practices including "Pick one from

two".

---

Related Links        www.gov.cn        Ministries of the State Council        Organs, departments & administrations

National Medical Products Administration and China National Intellectual Property Administration

 Contacts         Sitemap         Site statement

  

All rights reserved: State Administration for Market Regulation
Website ID: bm30000012   BJ ICP B No.18022388    JGWAB No.11010202008101
Address: No. 8, Sanlihe East Rd, Xicheng District, Beijing
Postal code: 100820



Official WeChat        Official microblog

2023年01月06日 星期五

官方微信 | 官方微博 | 分享 | 无障碍浏览



## 国家市场监督管理总局
### State Administration for Market Regulation

请输入要查询的内容 🔍

首页　　机构　　新闻　　政务　　服务　　互动　　专题

你的位置:首页 > 新闻 > 总局

# 市场监管总局依法对阿里巴巴集团
# 涉嫌垄断行为立案调查

发布时间: 2020-12-24 08:30　　信息来源: 市场监管总局

　　近日，市场监管总局根据举报，依法对阿里巴巴集团控股有限公司实施"二选一"等涉嫌垄断行为立案调查。

**相关链接**　　🚚中国政府网　　│ 国务院部门 │　　│ 机关司局 │

国家药品监督管理局　　国家知识产权局

📞 联系方式　　🗺 网站地图　　📋 网站声明

版权所有: 国家市场监督管理总局

网站标识码bm30000012　京ICP备18022388号　🐾 京公网安备 11010202008101号

地址: 北京市西城区三里河东路八号　邮政编码: 100820





官方微信　　官方微博



# MORNINGSIDE

# TRANSLATION CERTIFICATION

Date: January 9, 2023

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the document received by this office. The translation was completed from:

- Chinese (PRC)

  To:

- English (USA)

The document is designated as:

- **SAMR announcement of Dec 24, 2020 to investigate Alibaba**

Rana Qasim, Project Coordinator in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

_Rana Qasim_
Signature of Rana Qasim

CERT-07, 2020-JUN-26, V7