**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: ALIBABA GROUP HOLDING LTD.
SECURITIES LITIGATION

No.: 1:20-cv-09568-GBD-JW

---

**DECLARATION OF STEPHEN BLAKE IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, STEPHEN P. BLAKE, declare as follows:

1.      I am a member of the Bar of the State of New York and of this Court, and I am a partner at Simpson Thacher & Bartlett LLP, 2475 Hanover Street, Palo Alto, CA 94304, counsel for Defendants Alibaba Group Holding Limited ("Alibaba"), Daniel Yong Zhang and Maggie Wei Wu in this action.  I have personal knowledge of all facts set forth herein and could testify competently to all of them if called to do so.  I make this declaration in support of Defendants' Opposition To Plaintiffs' Motion For Class Certification.

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of excerpts of Alibaba's Annual Report Pursuant to Section 13 or 15(D) of the Securities Exchange Act of 1934 for the fiscal year ended March 31, 2020, filed with the Securities and Exchange Commission (the "SEC") on Form 20-F on July 9, 2020.

3.      Annexed hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Glenn Hubbard, dated January 19, 2024.

4.      Annexed hereto as **Exhibit 3** is a true and correct copy of a November 11, 2020 Morningstar report titled *China Releases Draft Guidelines for Internet Names and Further Sell-off May Create Buying Opportunities*.

5.      Annexed hereto as **Exhibit 4** is a true and correct copy of an October 19, 2020 Civil Ruling of Beijing Internet Court in the matter of *Xiao Qiao versus Zhejiang Taobao Network Co., Ltd. and Zhejiang Tmall Network Co., Ltd.*, along with a certified translation.

6.      Annexed hereto as **Exhibit 5** is a true and correct copy of excerpts of Alibaba's Hong Kong Fiscal Year 2020 Annual Report, filed with the SEC on Form 6-K ex. 99.1 on July 13, 2020.

7.      Annexed hereto as **Exhibit 6** is a true and correct copy of excerpts of Alibaba's Supplemental Updates and Disclosures, filed with the SEC on Form 6-K ex. 99.1 on November 13, 2019.

8.      Annexed hereto as **Exhibit 7** is a true and correct copy of an announcement from the Chinese State Administration for Market Regulation (the "SAMR"), dated December 24, 2020 at 8:30 am Beijing time (equivalent to December 23, 2020 at 7:30 pm Eastern time), along with a certified translation.

9.      Annexed hereto as **Exhibit 8** is a true and correct copy of an April 9, 2021 Reuters article authored by Scott Murdock and David Stanway, titled *China fines Alibaba record 2.75 bln for anti-monopoly violations*, and available at https://www.reuters.com/business/retail-consumer/china-regulators-fine-alibaba-275-bln-anti-monopoly-violations-2021-04-10/.

10.      Annexed hereto as **Exhibit 9** is a true and correct copy of a January 17, 2020 SunTrust Robinson Humphrey report titled *Internet – FY19 Holiday Spending Numbers Are In, and Online Wins Again*.

11.      Annexed hereto as **Exhibit 10** is a true and correct copy of a November 10, 2020 Financial Times Article authored by Ryan McMorrow et al., titled *China draws up first antitrust*

2

*rules to curb power of tech companies*, available at https://www.ft.com/content/1a4a5001-6411-45fa-967c-0fd71ba9300b.

12.     Annexed hereto as **Exhibit 11** is a true and correct copy of the SAMR's *Anti-Monopoly Guidelines for the Sector of Platform Economy (Draft for Comments)*, along with a certified translation.

13.     Annexed hereto as **Exhibit 12** is a true and correct copy of a November 10, 2020 J.P. Morgan report titled *China Internet: Implications from the guidelines on anti-trust activities regarding Internet platforms*.

14.     Annexed hereto as **Exhibit 13** is a true and correct copy of a November 11, 2020 Morgan Stanley report titled *China Internet and Other Services | Asia Pacific: Government Seeks Opinions on New Antitrust Regulations.*

15.     Annexed hereto as **Exhibit 14** is a true and correct copy of a November 10, 2020 Raymond James report, titled *Thoughts on Antitrust Guidelines; Recommend Buying on Pullback.*

16.     Annexed hereto as **Exhibit 15** is a true and correct copy of a November 10, 2020 Reuters article, authored by Robyn Mak, titled *Breakingviews - China hangs its sharpest sword over online giants*, available at https://www.reuters.com/article/us-china-regulation-ecommerce-breakingvi/breakingviews-china-hangs-its-sharpest-sword-over-online-giants-idUSKBN27Q1RJ.

17.     Annexed hereto as **Exhibit 16** is a true and correct copy of a November 16, 2020 Dow Jones Institutional News article titled *US Stock Futures Rise on Vaccine News – Market Talk.*

18. Annexed hereto as **Exhibit 17** is a true and correct copy of a December 24, 2020 Raymond James report titled *China to Launch Investigation into Alibaba for Monopolistic Practices*.

19. Annexed hereto as **Exhibit 18** is a true and correct copy of a December 24, 2020 Bank of America report, titled *Potential regulation impact on promotion seasons & marketing*.

20. Annexed hereto as **Exhibit 19** is a true and correct copy of a December 29, 2020 Truist Securities report, titled *Alibaba Group Holding Limited (BABA)*.

21. Annexed hereto as **Exhibit 20** is a true and correct copy of a December 24, 2020 Reuters article authored by Julie Zhu, Kane Wu and Cheng Leng, titled *China launches antitrust probe into tech giant Alibaba*, available at https://www.reuters.com/article/us-china-antgroup-idINKBN28Y05T.

22. Annexed hereto as **Exhibit 21** is a true and correct copy of a December 24, 2020 Wall Street Journal article authored by Liza Lin, Lingling Wei, and Chong Koh Ping, titled *Alibaba, Ant Face Crackdown From Chinese Regulators*, available at https://www.wsj.com/articles/chinese-regulators-launch-antitrust-investigation-into-alibaba-11608772797.

23. Annexed hereto as **Exhibit 22** is a true and correct copy of excerpts of the deposition transcript of Dr. David Tabak, taken on November 2, 2023.

24. Annexed hereto as **Exhibit 23** is a true and correct copy of excerpts of Alibaba's Global Offering Listing Documents, filed with the Hong Kong Stock Exchange on November 15, 2019.

25. Annexed hereto as **Exhibit 24** is a true and correct copy of a September 30, 2020 J.P. Morgan report titled *Thoughts following 2020 Investor Day 3: Cloud and Cainiao graduate from incubation stage*.

26. Annexed hereto as **Exhibit 25** is a true and correct copy of a December 27, 2020 Baird report, titled *Lowering Price Target on Regulatory Uncertainty; Fundamentals Remain Intact*.

27. Annexed hereto as **Exhibit 26** is a true and correct copy of a January 13, 2021 Credit Suisse report, titled *3Q FY21 Preview: Business Outlook would be the key focus*.

28. Annexed hereto as **Exhibit 27** is a true and correct copy of a December 24, 2020 announcement from The People's Bank of China, titled *The financial management department will interview Ant Group in the near future*, available at http://www.pbc.gov.cn/goutongjiaoliu/113456/113469/4151252/index.html, along with a certified translation.

29. Annexed hereto as **Exhibit 28** is a true and correct copy of a December 27, 2020 Reuters article authored by Yilei Sun and Julie Zhu, titled *Alibaba's $10 bln buyback plan fails to halt stock slide as regulatory concerns mount*.

30. Annexed hereto as **Exhibit 29** is a true and correct copy of a December 23, 2020 Dow Jones Institutional News article authored by Yifan Wang, titled *Alibaba Pledges Cooperation as Regulators Start Antitrust Investigation*.

31. Annexed hereto as **Exhibit 30** is a true and correct copy of a September 30, 2020 Refinitiv Streetevents Edited Transcript, titled *BABA.N – Alibaba Group Ltd  Investor Day (Day 3) – CFO Session*.

5

32.     Annexed hereto as **Exhibit 31** is a true and correct copy of excerpts of an Alibaba press release, filed with the SEC on Form 6-K ex. 99.1 on November 5, 2020.

33.     Annexed hereto as **Exhibit 32** is a true and correct copy of excerpts of Alibaba's Hong Kong Interim Report for Fiscal Year 2021, filed with the SEC on Form 6-K ex. 99.1 on December 18, 2020.

34.     Annexed hereto as **Exhibit 33** is a true and correct copy of excerpts of Alibaba's Annual Report Pursuant to Section 13 or 15(D) of the Securities Exchange Act of 1934 for the fiscal year ended March 31, 2019, filed with the SEC on Form 20-F on June 5, 2019.

35.     Annexed hereto as **Exhibit 34** is a true and correct copy of excerpts of Alibaba's press release, filed with the SEC on Form 6-K ex. 99.1 on August 20, 2020.

36.     Annexed hereto as **Exhibit 35** is a true and correct copy of excerpts of an Alibaba press release, filed with the SEC on Form 6-K ex. 99.1 on May 15, 2019.

I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed on January 19, 2024 in Palo Alto, California.

*/s/ Stephen P. Blake*
Stephen P. Blake

6