Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Alibaba Group Holding Ltd. Securities Litigation | No. 1:20-CV-09568-GBD-JW |

**EXPERT REPORT OF GLENN HUBBARD**

**January 19, 2024**

**Table of Contents**

I.    INTRODUCTION ...........................................................................................................1

    A.   Qualifications...........................................................................................................1

    B.   Assignment .............................................................................................................2

    C.   Compensation ........................................................................................................3

II.   SUMMARY OF OPINIONS ........................................................................................3

III.  BACKGROUND ...........................................................................................................6

    A.   Alibaba and Its E-commerce Marketplaces ...........................................................6

    B.   This Lawsuit.............................................................................................................8

    C.   Summary of Alleged Misrepresentations................................................................10

        i.     Category 1: Prior Practices Statement ..................................................... 10

        ii.    Category 2: Antitrust Risk Disclosure Statements.................................... 12

        iii.   Category 3: Other Statements and Disclosures........................................ 13

    D.   The Remaining Alleged Corrective Disclosure .....................................................17

    E.   The SAMR Fine .....................................................................................................18

IV.   EVALUATION OF POSSIBLE THEORIES CONSISTENT WITH A FINDING OF
      PRICE INFLATION.....................................................................................................19

    A.   Theory 1: New Information Leading to Price Inflation...........................................20

    B.   Theory 2: Price Maintenance .................................................................................22

V.    MY ANALYSIS FINDS THAT THE ALLEGED MISREPRESENTATIONS WERE
      NOT VALUE RELEVANT AND THUS DID NOT INCREASE ALIBABA'S ADS
      PRICE ..........................................................................................................................25

    A.   Market Efficiency Dictates that Alibaba's ADS Price Incorporated New Value
        Relevant Information Quickly ...............................................................................25

    B.   There Is No Evidence that the Prior Practices Statement Was Considered
        Value Relevant and Caused Inflation in Alibaba's ADS Price ..................................27

        i.     Alibaba's ADS Price Reaction to the Prior Practices Statement ...................... 27

        ii.    Market Commentary Subsequent to the Prior Practices Statement ................... 28

    C.   There Is No Evidence that the Other Alleged Misrepresentations Were
        Considered Value Relevant and Caused Increases in Alibaba's ADS Price that
        Are Statistically Significantly Different from Zero.................................................32

        i.     Alleged Misrepresentations on August 20, 2020, November 5, 2020, and
            December 18, 2020 ................................................................................... 32

            a.    Alibaba's ADS Price Reactions ............................................... 32

            b.    Subsequent Market Commentary............................................. 33

        ii.    Alleged Misrepresentations on September 30, 2020 ...................................... 33

        a.    Alibaba's ADS Price Reaction.................................................. 33

        b.    Subsequent Market Commentary............................................ 35

    D.    My Findings Are Inconsistent with the Price Inflation Theory ...................................38

VI.    MY ANALYSIS OF THE INFORMATION AVAILABLE TO THE MARKET BEFORE, DURING, AND AFTER THE PROPOSED CLASS PERIOD RULES OUT A FINDING OF PRICE INFLATION UNDER THE PRICE MAINTENANCE THEORY ................................................................................................39

    A.    Information Available Prior to the Proposed Class Period (Price Maintenance Key Questions #1) .......................................................41

    B.    Information Available at the Beginning and During the Proposed Class Period (Price Maintenance Key Questions #2) ........................................45

    C.    Information in the Alleged Corrective Disclosure (Price Maintenance Key Questions #3)................................................................................54

        i.    The SAMR Investigation Announcement Did Not Correct the Prior Practices Statement ..................................................... 56

        ii.    The SAMR Investigation Announcement Did Not Correct the Antitrust Risk Disclosure Statements ...................................... 57

            a.    Alibaba's Regulatory Investigation Risks During the Proposed Class Period Were Disclosed and Known to the Market............................................. 57

            b.    Market Commentary Following the SAMR Investigation Announcement Did Not Express Surprise Regarding Alibaba Practicing Exclusivity, Indicating that the SAMR Investigation Announcement Did Not Correct Any Alleged Misrepresentations about Alibaba's Antitrust Risk .......................................... 60

        iii.    The SAMR Investigation Announcement Did Not Correct Any of the Other Statements and Disclosures ..................................... 63

        iv.    The Price Decline Following the SAMR Investigation Announcement Was Driven by Factors Other than the Revelation of Alibaba Practicing Exclusivity ............................................................... 65

            a.    An Announcement of a Government Investigation, such as the SAMR Investigation Announcement, In and of Itself, Can Cause a Price Decline....... 65

            b.    The Price Decline Following the SAMR Investigation Announcement Also Reflects Confounding News Regarding Ant Group................................. 75

VII.    CONCLUSION.................................................................................................79

## I.    INTRODUCTION

### A.    Qualifications

1.      I am the Dean Emeritus of the Graduate School of Business at Columbia University, where I hold the Russell L. Carson Professorship in Finance and Economics. In addition, I am a Professor of Economics in the Department of Economics of the Faculty of Arts and Sciences. At the National Bureau of Economic Research, I am a Research Associate in programs on corporate finance, public economics, industrial organization, monetary economics, and economic fluctuations and growth. I am also a visiting scholar at the American Enterprise Institute in programs on tax policy and financial markets. Since 2006, I have been the Co-chair of the Committee on Capital Markets Regulation dedicated to developing efficient capital markets and ensuring the stability of the financial system. Prior to joining the Columbia faculty as Professor of Economics and Finance in 1988, I taught in the Department of Economics at Northwestern University. I have also served as Visiting Professor of Business Administration at Harvard Business School, John M. Olin Visiting Professor at the University of Chicago, Visiting Professor and Research Fellow of the Energy and Environmental Policy Center at Harvard University's John F. Kennedy School of Government, and John M. Olin Fellow at the National Bureau of Economic Research. I hold A.M. and Ph.D. degrees in Economics from Harvard University, and B.A. and B.S. degrees in Economics from the University of Central Florida, *summa cum laude*.

2.      My professional work has centered on problems in finance, public economics, industrial organization, monetary economics, and natural resource economics. I have served as a director on the boards of several companies, including currently as the Chairman of the Board for MetLife, Inc. As an economist, I have examined the evolution and behavior of a wide range of

1

firms and industries. As part of my research, I have conducted peer reviewed event studies. I have also conducted event studies that look at, among other things, the issue of economic materiality in several litigation matters.

3.      I have authored more than 100 research articles, edited a number of books, and authored leading textbooks on money and financial markets, intermediate macroeconomics, and principles of economics. From 2001 to 2003, I served as Chairman of the President's Council of Economic Advisers; over that period, I also served as Chairman of the Economic Policy Committee for the Organization for Economic Cooperation and Development ("OECD") in Paris. From 1991 to 1993, I served as Deputy Assistant Secretary (Tax Analysis) of the U.S. Department of the Treasury, where I was responsible for economic analysis of tax policy, the administration's revenue estimates, and healthcare policy issues. I have also been an adviser or consultant to the Board of Governors of the Federal Reserve System, Social Security Administration, Congressional Budget Office, Federal Reserve Bank of New York, Internal Revenue Service, U.S. International Trade Commission, National Science Foundation, U.S. Department of Energy, and U.S. Department of the Treasury.

4.      My *curriculum vitae*, which is attached as **Appendix A**, provides more biographical details and lists my writings. **Appendix B** lists the testimony that I have provided as an expert witness within the past four years.

**B.      Assignment**

5.      I have been retained by Simpson Thacher & Bartlett LLP, counsel for Defendants ("Counsel"). On October 6, 2023, Dr. David I. Tabak submitted an expert report on behalf of

2

Plaintiffs concluding that: (1) "Alibaba's ADSs traded in an efficient market,"[1] and (2) "there are reliable methods to calculate damages on a common class-wide basis."[2]

6.    I have been asked by Counsel to analyze whether the alleged misrepresentations identified in the Complaint,[3] and their purported correction by the SAMR Investigation Announcement (as I define in **Section III.D** below), had an impact on Alibaba's ADS price.

7.    The materials that I have considered in completing this assignment are listed in **Appendix C** of this report.

### C.    Compensation

8.    I am being compensated for my time in this matter at my standard billing rate of $1,750 per hour. Employees of Analysis Group, Inc. ("Analysis Group") working under my direction have assisted me in preparing this report. I also receive a portion of the fees received by Analysis Group for work performed in conjunction with my assignment in this matter. My fees and Analysis Group's fees do not depend upon the opinions I form or upon the outcome of this litigation.

## II.    SUMMARY OF OPINIONS

9.    To examine whether the alleged misrepresentations and their purported correction by the SAMR Investigation Announcement (as I define in **Section III.D** below) had an impact on Alibaba's ADS price, I first describe two potential theoretical frameworks that could lead to a

---

[1] Expert Report of David I. Tabak, Ph.D., October 6, 2023 ("Tabak Report"), ¶ 2.

[2] Tabak Report, ¶ 2.

[3] Amended Consolidated Class Action Complaint, *In re: Alibaba Group Holding Ltd. Securities Litigation*, No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, April 22, 2022 ("Complaint").

finding of price inflation (*i.e.*, a Price Inflation Theory and a Price Maintenance Theory). I also

describe the "Key Questions" that one should consider to determine whether these potential

theories apply to the facts of the case:

- Under the Price Inflation Theory, is there evidence of new, false information at the beginning of the Proposed Class Period creating a positive price reaction and introducing stock price inflation that remained throughout the Proposed Class Period?

- Under the Price Maintenance Theory, is there evidence of new, false information introduced before the Proposed Class Period, resulting in continued inflation because, had the truth been revealed thereafter, the price would have declined?

10.    **Evaluation of the Price Inflation Theory**: My analysis shows that the Price

Inflation Theory is inconsistent with the facts of this matter. I investigate whether the Prior

Practices Statement (*i.e.*, the alleged misrepresentation in the Alibaba 2020 20-F at the beginning

of the Proposed Class Period that was a focus of Plaintiffs' allegations and the Court's Motion to

Dismiss Order) was value relevant. I find the answer to the question is "no" based on the

following statistical analyses and review of market commentary:

- Based on both Dr. Tabak's event study and my own, there is no evidence that the Prior Practices Statement or any other alleged misrepresentation in the Alibaba 2020 20-F caused an increase in Alibaba's ADS price that is statistically significantly different from zero.

- The lack of a price increase that is statistically significantly different from zero is consistent with my review of market commentary because none of the analysts' reports and news articles that I reviewed quoted, paraphrased, or referenced the "prior narrowly-deployed" language contained in the Prior Practices Statement.

- In addition, my research and analysis show that none of the other alleged misrepresentations that occurred during the Proposed Class Period were value relevant.

4

11.    **Evaluation of the Price Maintenance Theory**: My analysis shows that the Price Maintenance Theory is inconsistent with the facts of this matter. I investigate this theory by reviewing evidence from before, during, and after the Proposed Class Period:

- Before the Proposed Class Period: For the Price Maintenance Theory to apply to the facts of this case, there must have been an event, prior to the beginning of the Proposed Class Period, where the market's belief that Alibaba was practicing exclusivity was "reset" to believe that Alibaba stopped practicing exclusivity. However, I fail to find such an event. I identify dates prior to the Proposed Class Period where statements similar to the Prior Practices Statement were made, but none of those dates are associated with an increase in Alibaba's ADS price that is statistically significantly different from zero; nor was there any market commentary on the statements.

- During the Proposed Class Period: For the Price Maintenance Theory to apply, market participants should have no longer believed that Alibaba was practicing exclusivity. However, my statistical analysis and review of market commentary shows that the market was aware that Alibaba was practicing exclusivity during the Proposed Class Period.

- After the Proposed Class Period: I examine whether the SAMR Investigation Announcement (*i.e.*, the only alleged corrective disclosure that remains after the Court's Motion to Dismiss Order) was, in fact, a correction of the alleged misrepresentations, in order to determine whether Alibaba's ADS price reaction on December 24, 2020 was the result of dissipating inflation. My conclusion is that it was not.

  o  The SAMR Investigation Announcement did not correct the Prior Practices Statement because the market was already aware that Alibaba was practicing exclusivity during the Proposed Class Period.

  o  The SAMR Investigation Announcement did not correct the Antitrust Risk Disclosure Statements because Alibaba's regulatory investigation risks were disclosed by Alibaba and discussed by market participants during the Proposed Class Period.

  o  The SAMR Investigation Announcement did not correct the Other Statements and Disclosures because that announcement did not mention anything regarding Alibaba's revenue growth, merchant retention, or value creation, and market participants did not discuss any material long-term impact on Alibaba.

- In addition, I show that the price decline following the SAMR Investigation Announcement was due to other information that was not "corrective." I find the price decline was caused by the commencement of the SAMR investigation itself, which could not have been disclosed earlier, as well as news that Ant Group—in which Alibaba had a 33-percent stake—was asked to meet with Chinese regulators.

12.    In sum, my analyses show that the alleged misrepresentations did not have an impact on, and thus did not cause inflation in, Alibaba's ADS price. Neither the Price Inflation Theory nor the Price Maintenance Theory is consistent with the facts of this matter. Alibaba's ADS price did not increase in response to any alleged misrepresentation and the price decline after the SAMR Investigation Announcement is not related to the correction of any of the alleged misrepresentations.

13.    My work on this matter is ongoing, and I may review additional materials or conduct further analysis. To the extent that additional information comes to my attention, I reserve the right to update, refine, and/or revise my opinions.

## III.    BACKGROUND

### A.    Alibaba and Its E-commerce Marketplaces

14.    Alibaba Group Holding Limited ("Alibaba") is a technology company based in China that, among other things, provides online marketplaces that connect businesses, merchants, and consumers in retail and wholesale commerce. Alibaba's American Depositary Shares ("ADSs") are traded on the New York Stock Exchange under the symbol "BABA" and its

ordinary shares of common stock are traded on the Hong Kong Stock Exchange under the code "9988."[4]

15.     As of March 31, 2021 (the end of Alibaba's fiscal year 2021, which included the Proposed Class Period as I discuss below), Alibaba's business was composed of four operating segments:[5] core commerce, cloud computing,[6] digital media and entertainment,[7] and innovation initiatives.[8] Alibaba's core commerce segment accounted for 87 percent of Alibaba's fiscal year 2021 revenue.[9] This segment provided platforms or marketplaces for both retail and wholesale commerce in both China and other international markets.[10] Specifically:

- Alibaba's marketplaces in China included Taobao Marketplace (a retail platform primarily for individual merchants and small businesses), Tmall (a retail platform for brands), and several wholesale platforms (*e.g.*, 1688.com, Lingshoutong).[11]

- For international markets, Alibaba operated a number of e-commerce platforms, including, for example, Lazada (for the Southeast Asia market) and AliExpress (global).[12]

---

[4] Each share of Alibaba's ADS represents eight ordinary shares of Alibaba common stock. Alibaba, "Form 20-F," July 27, 2021, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465921096092/0001104659-21-096092-index.html ("Alibaba 2021 20-F"), p. F-17.

[5] Alibaba 2021 20-F, pp. 63, 116.

[6] This segment accounted for eight percent of Alibaba's fiscal year 2021 revenue. It offered: "a complete suite of cloud services, including elastic computing, database, storage, network virtualization, large scale computing, security, management and application, big data analytics, a machine learning platform and IoT services." *See* Alibaba 2021 20-F, pp. 64, 118.

[7] This segment accounted for four percent of Alibaba's fiscal year 2021 revenue. It included content platforms, such as Youku, that provided online videos, films, live events, news feeds and literature, among others. *See* Alibaba 2021 20-F, pp. 82, 118.

[8] This segment accounted for one percent of Alibaba's fiscal year 2021 revenue. It included the remaining service and product offerings by Alibaba such as Amap (a provider of mobile digital map) and DingTalk (an app for digital collaboration workplace). *See* Alibaba 2021 20-F, pp. 65, 118.

[9] Alibaba 2021 20-F, p. 118.

[10] Alibaba 2021 20-F, pp. 63-64.

[11] Alibaba 2021 20-F, pp. 63, 75-76.

[12] Alibaba 2021 20-F, pp. 63-64.

- Alibaba's core commerce segment also included Alibaba's Cainiao Network, which offered: "domestic and international one-stop-shop logistics services and supply chain management solutions" and Alibaba's consumer service offerings, which included, for example, Ele.me (an on-demand delivery platform) and Koubei (a restaurant and local services guide platform), among other things. [13]

16.    In addition, Alibaba held a 33 percent equity interest in Ant Group, which provided "digital payment services and offers digital financial services to consumers, merchants and other businesses on [Alibaba's] platforms." [14]

### B.    This Lawsuit

17.    I understand that Salem Gharsalli, Laura Ciccarello, Dineshchandra Makadia, and Wusheng Hu (collectively, "Plaintiffs") brought this consolidated action individually and on behalf of all other persons who purchased Alibaba's ADSs during the several month period from July 10, 2020 through December 23, 2020 (the "Proposed Class Period") against Alibaba and several individual defendants who are current and former senior executives at Alibaba (collectively, "Defendants"). [15]

18.    Plaintiffs allege that "[p]rior to and during the Class Period, Alibaba employed a tactic known as '二选一' or 'Er Xuan Yi'—which translated means 'Choose One of Two'—by which Alibaba employed a number of business practices that required or coerced merchants to

---

[13] Alibaba 2021 20-F, pp. 79-80.

[14] Alibaba 2021 20-F, pp. 19, 63.

[15] The Complaint alleges that the Proposed Class Period starts on July 9, 2020, but in Plaintiffs' Class Certification Motion, the Proposed Class Period is updated to start on July 10, 2020. The Complaint also includes additional allegations related to the Ant Group, which I understand are no longer relevant because they have been dismissed. *See* Complaint, ¶¶ 1, 40-44; Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel, *In re: Alibaba Group Holding Ltd. Securities Litigation*, No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, October 6, 2023 ("Class Certification Motion"), p. 1; Memorandum Decision and Order, *In re: Alibaba Group Holding Ltd. Securities Litigation*, No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, March 22, 2023 ("Motion to Dismiss Order"), p. 1 ("Defendants' motion to dismiss Plaintiffs' Ant claims in Counts One and Two against all Defendants is GRANTED.")

sell exclusively on its platforms, and/or punished the merchants if they sold on competitor platforms," which purportedly violated Chinese antitrust law.[16]

19.    The Complaint acknowledges the fact that Alibaba was practicing exclusivity was publicly known prior to the Proposed Class Period due, for example, to multiple lawsuits from smaller industry players, such as JD.com, Vipshop, and PDD.[17] Specifically, in 2015, JD.com reported to Chinese regulators that Alibaba's Tmall platform required merchants to "Choose One of Two"[18] in the "Double 11" promotional activities, disrupting the order of the e-commerce market.[19] In 2017, JD.com filed a lawsuit against Tmall and Alibaba with the Beijing High People's Court for abuse of market dominance (the "JD Lawsuit"), claiming that Alibaba had abused its dominant position in online retail platform market in mainland China, and that its "Choose One of Two" practice was a restricted act that constituted an abuse of market dominance.[20] In 2019, Vipshop and PDD filed an application with the Beijing High People's Court, requesting to join the JD Lawsuit as third parties.[21] In the same year, appliance manufacturer Galanz filed a lawsuit against Alibaba's Tmall because Galanz "continuously

---

[16] Complaint, ¶¶ 5-6.

[17] Complaint, ¶¶ 91-92.

[18] In this report, I use "Choose One of Two" and "Choose One from Two" interchangeably.

[19] "Three E-commerce Companies 'Besiege' Tmall: After JD.com Sued, Pinduoduo and Vipshop Joined the Lawsuit," *The Paper*, November 5, 2019, available at https://www.thepaper.cn/newsDetail_forward_4869579. Double 11, also known as Singles' Day is an e-commerce shopping festival on November 11 each year, where companies "offer large discounts and promotions to boost their sales." *See* Huang, Kimi, "Double 11: The Biggest Online Shopping Festival in the World," *Chinahighlights.Com*, August 24, 2023, available at https://www.chinahighlights.com/travelguide/double-eleven.htm.

[20] "JD.com Sues Tmall and Alibaba's for Abusing their Market Dominance, The First Case of 'Choose One From Two' Will Go to Trial," *The Paper*, November 26, 2020, available at https://m.thepaper.cn/baijiahao_10152878.

[21] "Highlights of JD.com v. Alibaba Case Under New Regulations: How to Determine 'Choose One From Two'? Can 'Choose One From Two' Be Regulated?" *The Paper*, February 9, 2021, available at https://baijiahao.baidu.com/s?id=1691177550632732815&wfr=spider&for=pc.

experienced abnormalities on the search end of Tmall platform, causing normal sales to be seriously affected," ever since it "visited the e-commerce platform Pinduoduo on May 28."[22]

20.    I understand Plaintiffs allege that, despite instructions from Chinese regulators to discontinue its "Choose One of Two" practices, Alibaba continued to employ such practices during the Proposed Class Period, while failing to disclose this "continued use of exclusivity."[23]

**C.    Summary of Alleged Misrepresentations**

21.    I understand that Plaintiffs allege misrepresentations on six dates during the Proposed Class Period, which I summarize in three categories (with some dates containing alleged misrepresentations in multiple categories).

*i.    Category 1: Prior Practices Statement*

22.    I understand that Plaintiffs' Complaint and the Court's Motion to Dismiss Order heavily focused on one paragraph in Alibaba's Form 20-F for the fiscal year ended March 31, 2020 ("Alibaba 2020 20-F"),[24] filed after the close of U.S. stock markets on July 9, 2020.[25] Plaintiffs allege the statement—in a page-long antitrust risk disclosure, found amongst 59 total pages (216 paragraphs) of risk disclosures—misrepresented the fact that, during the Proposed

---

[22] "Galanz's Lawsuit Against Tmall for Alleged 'Abuse of Market Dominance' Was Accepted by the Court," *China News Network*, November 5, 2019, available at https://baijiahao.baidu.com/s?id=1649358125716377001&wfr=spider&for=pc.

[23] Class Certification Motion, p. 7; Complaint, ¶¶ 5-10.

[24] An identical statement appeared in the July 13, 2020 6-K, which Plaintiffs allege as a separate misrepresentation. *See* Complaint, n. 129. ("Alibaba repeated this purported risk warning in its Hong Kong Annual Report for FY 2020, filed with the SEC on a Form 6-K dated July 13, 2020, signed by Company Secretary Timothy Steinert, and these statements repeated therein were false and misleading for the same reasons.")

[25] Throughout this report, unless otherwise noted, I use Eastern Time and refer to the U.S. stock market when describing time in relation to the stock market trading hours.

Class Period: "Alibaba was in fact employing practices that SAMR had already declared to be"[26]

unlawful. The paragraph in Alibaba's 2020 20-F reads:

> The PRC Anti-monopoly Law provides a private right of action for competitors, business partners or customers to bring anti-monopoly claims against companies. In recent years, an increased number of companies have been exercising their right to seek relief under the PRC Anti-monopoly Law. Some of these companies, including our competitors, business partners and customers, have resorted to and may continue making public allegations or media campaigns against us, submitting complaints to regulators or initiating private litigation that targets our prior and current business practices, such as our market approach with traffic resource allocation on our e-commerce platforms, which we base on multiple factors, and our *alleged prior narrowly-deployed exclusive partnerships*. Although we believe that our business practices do not violate anti-monopoly or unfair competition laws, due to our large scale of business and close media attention, there can be no assurance that regulators will not initiate anti-monopoly investigations into specific business practices we have adopted.[27]

23.     I refer to the above *italicized* alleged misrepresentation as the "Prior Practices Statement." Plaintiffs claim that by stating its exclusivity practices were "prior" and "narrowly-deployed," Alibaba was "falsely suggesting that Alibaba had ceased the practices by the time of the 2020 Form 20-F when, in fact, Alibaba had continued to utilize unlawful exclusive and restrictive dealing requirements *throughout* 2020" and such practices "were a deeply engrained and regular part of Alibaba's business practices."[28] That is, as discussed in the Motion to Dismiss Order, the Prior Practices Statement allegedly led investors to incorrectly "believe that Alibaba's description of its 'prior' exclusivity practices meant that Alibaba was no longer requiring exclusivity from merchants at all."[29] The Motion to Dismiss Order also found that Plaintiffs had plausibly alleged that the Prior Practices Statement "'affirmatively created an

---

[26] Complaint, ¶ 254.

[27] Alibaba, "Form 20-F," July 9, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920082409/0001104659-20-082409-index.html ("Alibaba 2020 20-F"), p. 39 (emphasis added).

[28] Complaint, ¶ 255 (e).

[29] Motion to Dismiss Order, p. 18.

impression of a state of affairs' regarding exclusivity that differed materially from the reality that existed."[30]

### ii.    Category 2: Antitrust Risk Disclosure Statements

24.    I understand that Plaintiffs also allege that other portions of the antitrust risk disclosure on page 39 of the Alibaba 2020 20-F,[31] were misleading—in light of Alibaba's characterization of its "prior narrowly-deployed exclusive partnerships"—because each misrepresented whether Alibaba was currently practicing exclusivity:

- "*Anti-monopoly and unfair competition claims or regulatory actions against us may result in our being subject to fines, constraints on our business and damage to our reputation*."[32]

- "*The PRC anti-monopoly enforcement agencies have in recent years strengthened enforcement under the PRC Antimonopoly Law*, including levying significant fines, with respect to concentration of undertakings and cartel activity, mergers and acquisitions, as well as abusive behavior by companies with market dominance."[33]

- "Although *we believe that our business practices do not violate anti-monopoly or unfair competition laws, due to our large scale of business and close media attention, there can be no assurance that regulators will not initiate anti-monopoly investigations into specific business practices we have adopted*."[34]

- "*Any anti-monopoly lawsuit, regulatory investigations or administrative proceedings initiated against us could also result in our being subject to regulatory actions* and constraints on our investments and acquisitions, which could include forced termination of any agreements or transactions that may be determined by governmental authorities to be in violation of anti-monopoly laws or the relevant filing requirements, required divestitures, limitations on certain pricing and business practices and/or significant fines."[35]

---

[30] Motion to Dismiss Order, p. 19.

[31] Identical statements appeared in a July 13, 2020 6-K, which Plaintiffs allege are separate misrepresentations. *See* Complaint, n. 129.

[32] Alibaba 2020 20-F, p. 39 (emphasis in Complaint; *see* Complaint, ¶ 253).

[33] Alibaba 2020 20-F, p. 39 (emphasis in Complaint; *see* Complaint, ¶ 253).

[34] Alibaba 2020 20-F, p. 39 (emphasis in Complaint; *see* Complaint, ¶ 253).

[35] Alibaba 2020 20-F, p. 39 (emphasis in Complaint; *see* Complaint, ¶ 253).

25.    In my report, I call these statements the "Antitrust Risk Disclosure Statements."[36]

### iii.    Category 3: Other Statements and Disclosures

26.    I understand that Plaintiffs also allege that an assortment of other statements describing (1) how Alibaba creates value by enabling merchants to operate at a higher efficiency, (2) Alibaba's source of revenue growth, and (3) Alibaba's general business risks were misleading because each failed to disclose how Alibaba's merchant retention, revenue, and revenue growth were attributable in part to it practicing exclusivity. The sentences that the Complaint emphasizes are italicized below:

- Alibaba 2020 20-F (July 9, 2020): "Core Commerce. Our core commerce segment is primarily comprised of our China commerce retail, China commerce wholesale, retail commerce – cross-border and global, wholesale commerce – cross-border and global, logistics services, local consumer services and others. *The marketplaces of our core commerce business attract and retain a large number of consumers and merchants. We primarily generate revenue from merchants*."[37]

- Alibaba 2020 20-F (July 9, 2020): "China Commerce Retail. *We generate revenue from merchants by leveraging our data technology and consumer insights which enable brands and merchants to attract, retain and engage consumers, complete transactions, improve their branding, enhance operating efficiency, and offer various services*. The revenue model of our China commerce retail business is primarily performance-based marketing services that are typically set by market-based bidding systems. Revenue from this model primarily consists of customer management revenue, commission and other revenue."[38]

- Alibaba 2020 20-F (July 9, 2020): "Other than as disclosed in this annual report, we are not aware of any trends, uncertainties, demands, commitments or events for the current fiscal year that are reasonably likely to have a material effect on our net revenues, income, profitability, liquidity or capital reserves, or that caused

---

[36] The Court found that the allegedly misleading nature of the Antitrust Risk Disclosure Statements was based on Alibaba's public disclosure concerning its "prior narrowly-deployed exclusive partnerships." *See* Motion to Dismiss Order, pp. 22-23.

[37] Alibaba 2020 20-F, p. 131 (emphasis in Complaint; *see* Complaint, ¶ 256). An identical statement appeared in a July 13, 2020 6-K, which Plaintiffs allege as a separate misrepresentation. *See* Complaint, n. 130.

[38] Alibaba 2020 20-F, pp. 131-132 (emphasis in Complaint; *see* Complaint, ¶ 256). An identical statement appeared in a July 13, 2020 6-K, which Plaintiffs allege as a separate misrepresentation. *See* Complaint, n. 130.

the disclosed financial information to be not necessarily indicative of future operating results or financial conditions."[39]

- Alibaba Form 6-K, June Quarter Results (August 20, 2020): "Revenue from our China commerce retail business in the quarter ended June 30, 2020 was RMB101,321 million (US$14,341 million), an increase of 34% compared to RMB75,601 million in the same quarter of 2019. Revenue from our China retail marketplaces recorded a strong recovery compared to March 2020 quarter. Combined customer management and commission revenues grew 21% year-over-year, reflecting an increase of 23% in customer management revenue and an increase of 17% in commission revenue. The growth of customer management revenue was primarily due to increased revenue contribution from new monetization formats, including recommendation feeds, as well as the increase in volume of paid clicks in search monetization."[40]

- Alibaba Investor Day (September 30, 2020): "Next, I would like to dedicate a session to talk about our value proposition to consumers and merchants. This is our core value, and this is how we make it easy to do business anywhere and how we could achieve sustainable growth. […] There is a uniqueness about Alibaba digital economy. There are many businesses within this ecosystem, so that longer the people stay, […] more activities they have conducted. And you've seen synergy actually could increase our consumer engagement."[41]

- Alibaba Investor Day (September 30, 2020): "Now let's take a look at our value creation for merchants. Merchants are customers who pays us directly. […] Taobao and Tmall, they are not only providing distribution value to our merchants to help them reach GMV, but they're also providing services to help them acquire new consumers, retain these consumers, help their brand building and help their new products launching. So there, a whole set of the value at the sales and marketing and customer service that we provided to the merchants. We also provide IT infrastructures to these merchants. For example, Ali Cloud, where we offered differentiated solutions to these customers across all of these industries, and our DingTalk also enhanced the office communication and collaborations. So you can tell that GMV is not our TAM [or: "total addressable market"]. Merchants costs and expenditures, these are our TAM. We aim to enable these merchants to operate at a higher efficiency, and when they realize and recognize this value we provided to them, they will pay us and our revenue will grow. As of

---

[39] Alibaba 2020 20-F, p. 168.

[40] Alibaba, "Alibaba Group Announces June Quarter 2020 Results," Form 6-K, August 20, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920097260/a20-29076_1ex99d1.htm ("June Quarter Results"), p. 8. *See also* "Alibaba Group Announces June Quarter 2020 Results," *Businesswire*, August 20, 2020, available at https://www.businesswire.com/news/home/20200820005395/en/Alibaba-Group-Announces-June-Quarter-2020-Results.

[41] "Call Transcript of Alibaba Analyst/Investor Day, September 30, 2020, 2:00 AM GMT," *S&P Global Market Intelligence* ("2020 Investor Day, Day 3 Transcript"), pp. 4-5.

now, we have around 3.9 million of paying merchants in our China retail marketplaces...."[42]

- Alibaba Form 6-K, September Quarter Results (November 5, 2020): "Alibaba had another strong quarter. We continued to help businesses recover and find new opportunities for growth through digitalization in the post-pandemic landscape. *The solid performance of our core commerce and robust growth of Alibaba Cloud are the direct results of our commitment to value creation for customers* [...] We remain focused on our three long-term growth engines — domestic consumption, cloud computing and data intelligence, and globalization — to effectively capture opportunities from the ongoing changes in consumer demand and acceleration of digitalization of businesses across our digital economy."[43]

- Alibaba Form 6-K, September Quarter Results (November 5, 2020): "We delivered another solid quarter, with revenue growth of 30% year-over-year and adjusted EBITDA up 28% year-over-year [...] *Our domestic core commerce business continued to grow steadily* during the post-COVID-19 environment in China through higher purchase frequency and consumer spending."[44]

- Alibaba Form 6-K, September Quarter Results (November 5, 2020): "Revenue from our China commerce retail business in the quarter ended September 30, 2020 was RMB95,470 million (US$14,061 million), an increase of 26% compared to RMB75,786 million in the same quarter of 2019. Customer management revenue grew 20% year-over-year, primarily due to robust growth in revenue from new monetization formats, such as recommendation feeds, an increase in the volume of paid clicks in search monetization, as well as the 21% year-over-year growth of Tmall online physical goods GMV, excluding unpaid orders."[45]

- Alibaba Hong Kong Interim Report (December 18, 2020): "We presented our commission revenue as part of customer management revenue in order to better reflect our value proposition to merchants on our platforms."[46]

---

[42] 2020 Investor Day, Day 3 Transcript, p. 5.

[43] Alibaba, "Alibaba Group Announces September Quarter 2020 Results," Form 6-K, November 5, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920121812/a20-35108_1ex99d1.htm ("September Quarter Results"), p. 1 (emphasis in Complaint; *see* Complaint, ¶ 265). *See also* "Alibaba Group Announces September Quarter 2020 Results," *Businesswire*, November 5, 2020 available at https://www.businesswire.com/news/home/20201105005549/en/Alibaba-Group-Announces-September-Quarter-2020-Results.

[44] September Quarter Results, p. 1 (emphasis in Complaint; *see* Complaint, ¶ 265).

[45] September Quarter Results, p. 8.

[46] Alibaba, "Interim Report for the Six Months Ended September 30, 2020," Form 6-K, December 18, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920137127/0001104659-20-137127-index.html ("Hong Kong Interim Report"), p. 5. Plaintiffs allege that the Hong Kong Interim Report is misleading for the same reason that the June and September 2020 Forms 6-K are misleading. *See* Complaint, ¶¶ 269-273. *See also* September Quarter Results, p. 8.

15

- Alibaba Hong Kong Interim Report (December 18, 2020): "Revenue from our China commerce retail business for the six months ended September 30, 2020 was RMB196,791 million (US$28,984 million), an increase of 30% compared to RMB151,387 million for the same period of 2019. Customer management revenue grew 21% year-over-year, primarily due to robust growth in revenue from new monetization formats, such as recommendation feeds, an increase in the volume of paid clicks in search monetization, as well as the 24% year-over-year growth of Tmall online physical goods GMV, excluding unpaid orders."[47]

- Alibaba Hong Kong Interim Report (December 18, 2020): "[Alibaba disclosed that a number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including] Alibaba's ability to continue to compete effectively and maintain and improve the network effects of its digital economy [and] changes in laws, regulations and regulatory environment that affect Alibaba's business operations."[48]

27.    I call these statements the "Other Statements and Disclosures."[49]

28.    I summarize the alleged misrepresentations in **Table 1** below.

---

[47] Hong Kong Interim Report, p. 6.

[48] Hong Kong Interim Report, p. 16. Plaintiffs allege that the Hong Kong Interim Report includes misleading risk disclosures that present as hypothetical regulatory and legal risks that could affect Alibaba's business operations without disclosing that Alibaba was already in violation of Chinese antitrust law.

[49] In the Motion to Dismiss Order, the Court indicated that Other Statements and Disclosures were plausibly misleading when "[t]aken together" with "Alibaba's characterization of their 'prior' use of exclusive partnerships." *See* Motion to Dismiss Order, p. 20.

**Table 1**
**Summary of the Alleged Misrepresentations**

| No. | Actual Date | Effective Date[50] | Event/ Disclosure | Category of Statement | | |
|---|---|---|---|---|---|---|
| | | | | 1 Prior Practices Statement | 2 Antitrust Risk Disclosure Statements | 3 Other Statements and Disclosures |
| 1 | July 9, 2020 | July 10, 2020 | Alibaba 2020 20-F[51] | ✓ | ✓ | ✓ |
| 2 | August 20, 2020 | August 20, 2020 | June Quarter Results | | | ✓ |
| 3 | September 30, 2020[52] | September 30, 2020 | Alibaba Investor Day | | | ✓ |
| 4 | November 5, 2020 | November 5, 2020 | September Quarter Results | | | ✓ |
| 5 | December 18, 2020 | December 18, 2020 | Hong Kong Interim Report/Form 6-K | | | ✓ |

### D.    The Remaining Alleged Corrective Disclosure

29.    On December 23, 2020, after the close of U.S. stock markets,[53] China's State

Administration for Market Regulation ("SAMR") issued the following announcement:

> Recently, based on complaints, the State Administration for Market Regulation launched an investigation into Alibaba Group Holding Co., Ltd.'s suspected monopolistic practices including "Choose One From Two" in accordance with the law.[54]

---

[50] If the alleged misstatement came out at or after 4:00 PM Eastern Time or on a non-trading day, the next trading day is considered the effective date. This approach is consistent with Dr. Tabak's definition. *See* Tabak Exhibit 2.

[51] Plaintiffs also allege certain statements in the Alibaba 2020 20-F, which were repeated in a July 13, 2020 6-K, as separate misrepresentations. *See* Alibaba, "Fiscal Year 2020 Annual Report," Form 6-K, July 13, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920082881/0001104659-20-082881-index.html ("Alibaba July 2020 6-K"), p. 250.

[52] According to the 2020 Investor Day, Day 3 Transcript, this event began at 2:00 AM Greenwich Mean Time on September 30, 2020, which is equivalent to 10:00 PM Eastern Time on September 29, 2020 in the U.S.

[53] The SAMR announcement was issued at 8:30 AM Beijing Time on December 24, 2020, which is equivalent to 7:30 PM Eastern Time on December 23, 2020 in the U.S.

[54] "The State Administration for Market Regulation Has Launched an Investigation into Alibaba Group's Suspected Monopolistic Practices in Accordance with the Law," *SAMR*, December 24, 2020, available at https://www.samr.gov.cn/xw/zj/art/2023/art_82fd752c33454c5794e93f213a7eb28b.html ("SAMR Investigation Announcement").

30.    It is my understanding that Plaintiffs allege that: "[i]n response to this news, as the market learned that Alibaba had engaged in unlawful monopolistic conduct and was, as a result, the direct target of a formal SAMR investigation, Alibaba's shares fell $34.18 per share."[55] I understand that SAMR's announcement—the entirety of which is reproduced above—is identified by Plaintiffs as the sole corrective disclosure that has survived the motion to dismiss.[56] I refer to this statement as the "SAMR Investigation Announcement" hereinafter.

### E.    The SAMR Fine

31.    Four months after the SAMR Investigation Announcement, on April 9, 2021 after the close of U.S. stock markets,[57] SAMR published its investigation results (the "April Investigation Conclusion"), which determined that: "Alibaba Group has a dominant position in the domestic online retail platform service market in China," and found that Alibaba's practices:

> abused its market dominance by imposing "Choose One From Two" requirements on merchants on the platform … [and by] relying on market power, platform rules and data, algorithms and other technical means, adopting a variety of reward and punishment measures to ensure the implementation of the "Choose One From Two" requirements, maintaining and enhancing their own market power, and obtaining unfair competitive advantages.[58]

---

[55] Complaint, ¶ 374. **Exhibit 1** shows Alibaba's ADS price history over the Proposed Class Period.

[56] Complaint, ¶ 374. It is my understanding that only one of Plaintiffs' alleged corrective disclosures survived the motion to dismiss stage and is relevant to my analysis. *See also* Tabak Report, ¶ 60; Class Certification Motion, pp. 8-9.

[57] The SAMR announcement was issued at 9:00 AM Beijing Time on April 10, 2021, which is equivalent to 9:00 PM Eastern Time on April 9, 2021 in the U.S.

[58] "The State Administration for Market Regulation Has Imposed Administrative Penalties on Alibaba Group Holding Co., Ltd. in Accordance with the Law for its 'Choose One From Two' Monopoly Behavior in China's Domestic Online Retail Platform Service Market," *SAMR*, April 10, 2021, available at https://www.samr.gov.cn/zt/qhfldzf/art/2021/art_a10f74fa09cd49ee8db7804ba834db2a.html ("April Investigation Conclusion").

18

32.     SAMR imposed a CN¥18 billion (approximately US$2.75 billion) fine on Alibaba, which was approximately four percent of Alibaba's 2019 domestic revenue.[59] On April 11, 2021, in response to the April Investigation Conclusion, Alibaba said in a conference call to investors that it did not: "rely on exclusivity to retain our merchants" and it did not: "expect material negative impact."[60]

## IV.    EVALUATION OF POSSIBLE THEORIES CONSISTENT WITH A FINDING OF PRICE INFLATION

33.     A securities fraud case relies on the logic that (1) alleged misrepresentations create inflation in the price of a security relative to its counterfactual or "but-for" price (*i.e.*, the estimated price without any alleged misrepresentations from the defendants), (2) that inflation continues for a period of time, and (3) an eventual corrective disclosure reveals the truth and the inflation in the security's price ends. As shown in **Figure 1**, this framework is often described as having an "inflation ribbon" sitting on top of the but-for price.

---

[59] Complaint, ¶¶ 134-142. *See also Reuters News,* "China Fines Alibaba Record $2.75 Billion for Anti-Monopoly Violations," April 10, 2021.

[60] "Alibaba Group Holding Limited Special Call, April 12 2021, 1:00 AM GMT," *S&P Global Market Intelligence*, April 12, 2021, p. 6. 1:00 AM Greenwich Mean Time on April 12, 2021 is equivalent to 9:00 PM Eastern Time on April 11, 2021 in the U.S.

**Figure 1**
**Illustration of Share Price Inflation**



34.    In this section, I first describe two potential theories that could lead to a finding of price inflation and outline the "Key Questions" that I will use to determine whether the potential theories apply to the facts of this case. In the following two sections, I then conduct statistical analyses and review market commentary as a practical test of the Key Questions (as I define below). Finally, I explain throughout how the evidence I found is inconsistent with either theory of price inflation, and thus there is no basis on which one could identify price inflation that is consistent with Plaintiffs' claims or the evidence.

**A.    Theory 1: New Information Leading to Price Inflation**

35.    The first theory that would lead to a possible finding of price inflation would be a standard price inflation theory that new, false information at the beginning of the Proposed Class Period creates a positive price reaction, introducing stock price inflation that remains throughout

the Proposed Class Period until the false information is corrected at the end of the Proposed

Class Period. **Figure 2** below provides a stylized illustration of this theory.

**Figure 2**
**Illustration of Standard Price Inflation Framework**

36.      Under this theory, prior to the Proposed Class Period the market would correctly

believe that Alibaba was practicing exclusivity, and thus there would be no inflation in Alibaba's

ADS price. The Prior Practices Statement would then be made, which would incorrectly lead the

market to believe that Alibaba was no longer requiring exclusivity from merchants, as laid out in

the Motion to Dismiss Order.[61]

37.      Under this theory, which I will refer to as the "Price Inflation Theory," this new

(albeit allegedly false) information in the Prior Practices Statement would cause Alibaba's ADS

price to increase and create ADS price inflation. In an efficient market, that price increase would

occur quickly after the Prior Practices Statement was made. The inflation would end only with

the disclosure of the truth, when the market would learn that—contrary to the allegedly false

belief created by the Prior Practices Statement—Alibaba was continuing to practice exclusivity.

38.      In analyzing this Price Inflation Theory below, I ask the following Price Inflation

Key Question: Was the Prior Practices Statement value relevant and did it thus cause Alibaba's

ADS price to increase?

---

[61] Motion to Dismiss Order, p. 18.

**B.     Theory 2: Price Maintenance**

39.     The second theory that would lead to a possible finding of price inflation during the Proposed Class Period would be a price maintenance theory, in which the Prior Practices Statement does not result in a price increase but maintains the price at its current level. Inflation is present because, had the truth been revealed at any point after the inflation was introduced, the price would have declined. Plaintiffs' Class Certification Motion indicates that they may argue that the lack of price increases that are statistically significantly different from zero on the alleged misrepresentation dates is not dispositive because the alleged misrepresentations *maintained* Alibaba's ADS price rather than increased it.[62] I refer to this theory as the "Price Maintenance Theory."[63]

40.     However, Plaintiffs have not articulated any specific price maintenance theory and it is challenging to conceive of one that fits the allegations in this case. The Motion to Dismiss Order found that Plaintiffs had plausibly alleged that the Prior Practices Statement: "'affirmatively created an impression of a state of affairs' regarding exclusivity that differed materially from the reality that existed."[64] In particular, the Motion to Dismiss Order found that "a reasonable investor could plausibly believe" that the Prior Practices Statement meant: "that Alibaba was *no longer* requiring exclusivity from merchants at all."[65] That is, the Prior Practices

---

[62] Class Certification Motion, pp. 7, 23.

[63] "Misleading or deceptive statements come in various shapes and sizes, some of which immediately and artificially inflate a stock price and cause an eventual price drop when the truth is disclosed. Others involve falsehoods which, by omission or commission, artificially maintain an inflated stock price until the truth later comes out and the price drops. The latter type is known as an 'inflation-maintaining statement,' which is legally actionable under the 'inflation maintenance theory' or 'price-maintenance theory.'" Brief of Former SEC Officials as *Amici Curiae* in Support of Respondents, *Goldman Sachs Group, Inc., et al., Petitioners, v. Arkansas Teacher Retirement System, et. al., Respondents*, No. 20-222, Supreme Court of the United States, p. 8.

[64] Motion to Dismiss Order, p. 19.

[65] Motion to Dismiss Order, p. 18 (emphasis added).

Statement changed market participants' beliefs regarding Alibaba's practices. Yet, as Dr. Tabak testified: "in order to fully maintain the price, you have to fully maintain the status quo."[66] If price maintenance requires maintaining the status quo, as Dr. Tabak testifies (and I agree), then that is not compatible with a misrepresentation that allegedly changed market participants' beliefs regarding the company's practices.

41.    There is a potential theory that allows for both (1) a change in market participants' beliefs and (2) the alleged misrepresentations, including the Prior Practices Statement, to maintain the status quo. This theory posits that incorrect information—and with it, inflation—was introduced to the market at an earlier date, changing market participants' beliefs at that earlier time, and the alleged misrepresentations at the beginning of and during the Proposed Class Period maintained the price and inflation that had been introduced earlier. When the incorrect information is corrected, a stock price drop occurs, which is indirect evidence of the misrepresentation-related inflation. **Figure 3** below provides a stylized illustration of this theory.[67]

---

[66] Video Deposition of David Tabak. Ph.D., *In re: Alibaba Group Holding Ltd. Securities Litigation*, No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, November 2, 2023 ("Tabak Deposition"), 55:25-56:14.

[67] I note that one could also seek to apply a price maintenance theory to a situation where there was never an observed price increase, but a past accurate market belief became inaccurate based on subsequent events, and the company made statements reinforcing or confirming the market's (now inaccurate) belief as if it were still accurate. Stated differently, the true circumstances changed, but the misrepresentations misled the market into the belief that they had not changed. In such circumstances, the company's price does not change after the misrepresentations, but had the market known the truth that the *status quo* had changed, the price would have fallen.

For this permutation of the Price Maintenance Theory to fit the facts of this case, Alibaba must *not* have been practicing exclusivity prior to the misrepresentations (and the market would have had to know this), but then inflation would have been introduced because Alibaba *began* practicing exclusivity without updating the market's beliefs. However, the Complaint, Motion to Dismiss Order, and market commentary discussed later in this report all make clear that there was widespread market recognition that Alibaba was practicing exclusivity prior to the Proposed Class Period, which is inconsistent with the facts needed for such a theory to apply.

**Figure 3**
**Illustration of Price Maintenance Theory**



42.      In analyzing this Price Maintenance Theory below, I ask the following Price

Maintenance Key Questions:

      1.      Before the Proposed Class Period:

    a.  *Is there evidence that the market was aware that Alibaba was practicing exclusivity prior to the Proposed Class Period?*

    b.  *Is there evidence that Alibaba made statements that changed the market's beliefs regarding Alibaba practicing exclusivity prior to the Proposed Class Period?*

      2.      During the Proposed Class Period:

    a.  *Is there evidence that market participants believed that Alibaba was not practicing exclusivity during the Proposed Class Period?*

      3.      At the End of the Proposed Class Period:

    a.  *Is there evidence that the SAMR Investigation Announcement revealed the "truth" of the alleged misrepresentations?*

43.      In order to assess the Price Inflation Theory, I begin my analysis in **Section V**

below by considering whether the Prior Practices Statement and other alleged misrepresentations

were value relevant and thus caused Alibaba's ADS price to increase. Next, in **Section VI**, I

consider the Price Maintenance Key Questions, which all relate to what information was

available to the market before, during, and immediately after the Proposed Class Period.

## V.    MY ANALYSIS FINDS THAT THE ALLEGED MISREPRESENTATIONS WERE NOT VALUE RELEVANT AND THUS DID NOT INCREASE ALIBABA'S ADS PRICE

44.    In this section, I describe the analyses I conducted to investigate whether the Prior Practices Statement caused an increase in Alibaba's ADS price that is statistically significantly different from zero, which I find did not occur. Additionally, my review of analysts' reports and news articles provides further support that the market did not view the Prior Practices Statement to be value relevant. Moreover, I show that there is no evidence that any other alleged misrepresentations were value relevant. Thus, the Price Inflation Theory is inconsistent with my findings.

### A.    Market Efficiency Dictates that Alibaba's ADS Price Incorporated New Value Relevant Information Quickly

45.    As I discuss above, Plaintiffs' expert Dr. Tabak concluded that Alibaba's ADSs traded in an efficient market during the Proposed Class Period.[68] In a semi-strong efficient market, a security's price quickly reflects all value relevant public information.[69] In other words, according to the efficient market hypothesis and Dr. Tabak's finding, one would expect Alibaba's ADS price to incorporate new, value relevant information quickly during the Proposed Class Period.[70]

46.    As Dr. Tabak explained in his report:

> An event study is a statistical test that first measures the movement in the price of a stock or other security by removing the influence of general market and/or industry effects. The remaining movement is then compared to a "control period" of similar market-adjusted price movements to see if it is unusual (i.e.,

[68] Tabak Report, ¶ 2.

[69] *See*, *e.g.*, Brealey, Richard, *et al.*, *Principles of Corporate Finance,* 14th Ed., McGraw-Hill Irwin, 2023, pp. 330, 333. Dr. Tabak similarly states that: "Semi-strong-form efficiency posits that the price of a stock rapidly incorporates all publicly available information." Tabak Report, ¶ 9.

[70] Tabak Report, ¶ 10.

statistically significant). If so, then one may be able to make the inference that the news was the cause of the unusual stock price movement.[71]

47.    Thus, a lack of an "unusual" or "statistically significant"[72] price increase in response to the alleged misrepresentations would suggest that these statements were not perceived by the market as either new information or information relevant to the company's value. Dr. Tabak identified this as an explanation for the lack of a statistically significant price change in his deposition as well.[73]

48.    As I discuss below, for each alleged misrepresentation, I assess whether Alibaba's ADS price experienced a *positive* abnormal return that is statistically significantly different from zero (*i.e.*, the difference between the actual ADS return and the predicted return based on the market and industry movements) on the day each alleged misrepresentation was made[74] using Dr. Tabak's event study results. I also perform an additional event study (the "Hubbard Event Study") using a different model specification.[75] Using either event study, I reach the same

---

[71] Tabak Report, ¶ 32.

[72] It is common to employ a significance level of five percent in statistical tests. A five percent significance level means that if one finds an estimated value is statistically significantly different from zero, there is a five percent chance that conclusion could be wrong, and the true value of the estimate could be zero. *See*, *e.g.*, Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach*, Fifth Ed., South-Western Cengage Learning, 2013, pp. 125, 846. In this report, unless otherwise noted, I use the five percent significance level when determining whether an abnormal return is statistically significantly different from zero. Dr. Tabak also used the five percent significance level in his event study analysis. *See* Tabak Report, ¶ 39.

[73] When asked about reasons for no statistically significant price change when Alibaba announced ceasing a practice, Dr. Tabak testified "several possibilities," including that: "maybe Alibaba is replacing the practice with something else that the market had anticipated. Maybe the market did not view that practice as material to Alibaba's value, and there may be others." Tabak Deposition, 96:24-97:23.

[74] For information released before or during trading hours on a trading day, the effective date would be the same trading day. For information released after the close of U.S. stock markets or during a weekend or holiday, the effective date would be the next trading day.

[75] In the Hubbard Event Study, I regress Alibaba's returns on those of the adjusted EMQQ Emerging Markets Internet Index (the same index Dr. Tabak uses) and the S&P 500 Index. I also use a different control period from what Dr. Tabak used. Dr. Tabak used the year prior to the Proposed Class Period. As I discuss below in **Section VI.A**, I assess whether Alibaba's ADS had any price reactions to disclosures prior to the Proposed Class Period. Thus, I use one year before November 13, 2019, the earliest disclosure that I assess, as the estimation period in the Hubbard Event Study.

conclusions with respect to whether Alibaba's ADS price experienced a positive abnormal return that is statistically significantly different from zero after the alleged misrepresentations were made. I also supplement this analysis with a broad review of analysts' reports and news articles to determine whether the alleged misrepresentations were meaningfully discussed by any equity analysts and/or market participants. I find no evidence that the alleged misrepresentations identified by the Plaintiffs caused any inflation in Alibaba's ADS price during the Proposed Class Period.

**B.     There Is No Evidence that the Prior Practices Statement Was Considered Value Relevant and Caused Inflation in Alibaba's ADS Price**

49.     Plaintiffs focus on the Prior Practices Statement made in the Alibaba 2020 20-F.[76] The Court also reviewed this date in its decision not to dismiss the case and noted that this date was potentially important because: "a reasonable investor *could* plausibly believe that Alibaba's description of its 'prior' exclusivity practices meant that Alibaba was no longer requiring exclusivity from merchants at all."[77] I begin my analysis by focusing on the Price Inflation Key Question of whether there is any evidence that the Prior Practices Statement was considered value relevant by the market.

*i.     Alibaba's ADS Price Reaction to the Prior Practices Statement*

50.     As I show in **Exhibit 2**, according to Dr. Tabak's event study analysis, the abnormal return of Alibaba's ADS on July 10, 2020 (the trading day following the alleged

---

[76] Complaint, ¶¶ 253-255.

[77] Motion to Dismiss Order, p. 18 (emphasis added).

misrepresentations in Alibaba 2020 20-F) is not statistically significantly different from zero.[78] The Hubbard Event Study reaches the same conclusion (*see* **Exhibit 2**). If the information in the Prior Practices Statement had modified investors' beliefs in any meaningful way, this should be reflected in the ADS price return. However, I find no evidence that the Prior Practices Statement caused an increase in Alibaba's ADS price that is statistically significantly different from zero.[79]

### *ii.    Market Commentary Subsequent to the Prior Practices Statement*

51.    In addition to analyzing the ADS price movement, I reviewed market commentary from analysts' reports and news articles published after the filing of the Alibaba 2020 20-F and July 2020 6-K that contained the Prior Practices Statement.[80] Analysts are financial professionals who closely follow news of a given company or industry, conduct analyses, and are paid to provide guidance and opinions to investors. Typically, analysts publish reports to provide commentary and interpretation on new, important information (*e.g.*, earnings releases) that

---

[78] An identical statement appeared in Alibaba's July 2020 6-K, which Plaintiffs allege as a separate misrepresentation. As I show in **Exhibit 2**, according to Dr. Tabak's event study analysis, the abnormal return of Alibaba's ADS on July 13, 2020 is not statistically significantly different from zero. The Hubbard Event Study reaches the same conclusion.

[79] Plaintiffs may argue that the Prior Practices Statement could still have a positive impact on Alibaba's ADS price, which could have been offset by concurrent negative news, resulting in a net change in the ADS price that is not statistically significantly different from zero. However, as I show below, this argument is inconsistent with evidence from market commentary, because none of the analysts' reports and news articles mentioned or discussed the Prior Practices Statement. If the Prior Practices Statement had been value relevant, it should have elicited some comment or analysis from market participants.

[80] Unless otherwise specified, in this report, my review of analysts' reports includes reports published from the date of the alleged misrepresentations or the other event of interest (*e.g.*, the SAMR Investigation Announcement) to within three weeks following the corresponding effective date. In contrast, I limit the review of news articles to those published within two business days of the effective date of the relevant event. For completeness, for those relevant events that occurred after market close prior to the effective date, I start my news search at the time they occurred on that prior date.

This approach accounts for the time analysts require to digest, analyze, and respond to new information. Unlike news outlets that primarily focus on timely and immediate reporting of facts and developments, analysts often need additional time to conduct a comprehensive assessment and detailed analysis. Therefore, a longer review period for analysts' reports is justified, while a shorter timeframe is applied for news articles.

would affect their assessment of the future prospects and valuation of the subject company.[81] As Dr. Tabak describes: "analysts seek out, review, and disseminate information about a company and make it easier for market participants to understand and react, or choose not to react, to that information."[82] Thus, if a statement made by the company was believed to be value relevant and important, one would expect to see related discussions in analysts' reports.[83]

52.    Alibaba is a very large company with a substantial market capitalization (approximately seven hundred billion U.S. dollars as of the start of the Proposed Class Period)[84] and was followed by over 100 analysts during the Proposed Class Period and frequently followed in-depth by a multitude of news outlets. For my review of analysts' reports in this section and the remainder of this report, I constructed a universe of analysts' reports covering Alibaba from three sources: those provided by Counsel, and those available from two databases: S&P Capital IQ and Refinitiv.  I include 1,877 Alibaba-specific reports[85] that were published from October 1, 2019 through January 14, 2021,[86] 120 Alibaba-specific reports that were published from April 9,

---

[81] Vipond, Tim, "Equity Research Report: A Recommendation to Buy, Sell, or Hold Shares of a Public Company," *Corporate Finance Institute*, available at https://corporatefinanceinstitute.com/resources/valuation/equity-research-report/.

[82] Tabak Report, ¶ 18.

[83] Dr. Tabak testified that, to learn the market's expectations, one "would look at documents such as analyst reports prior to and after to Alibaba's statement to see what they said." Tabak Deposition, 75:5-24.

[84] *See* Tabak Exhibit 7.

[85] For analysts' reports in the S&P Capital IQ and Refinitiv databases, I filtered the analysts' reports to include those where Alibaba was designated as the "primary ticker." I excluded certain analysts' reports classified as "quantitative" by S&P Capital IQ and Refinitiv. These analysts' reports generally focus on historical data analysis and do not offer qualitative insights or commentary, which is crucial for understanding market perceptions and reactions to Alibaba's business practices and potential risks. I also excluded transcripts of earnings calls and investor calls.

[86] This period begins one calendar month before the SAMR's November 2019 "Administrative Guidance Forum on Regulating Online Operating Activities" referenced in the Complaint (*see, e.g.*, Complaint, ¶ 6), extends through the Proposed Class Period, and ends three weeks following the SAMR Investigation Announcement.

2021 through May 3, 2021,[87] and 29 analysts' reports focused on the industry[88] that were published between November 9, 2020 to December 1, 2020.[89] In total, there are 2,026 analysts' reports (the "Alibaba Analysts' Report Universe").[90]

53.    For news articles, I relied on the Factiva database, which is the same database on which Dr. Tabak relies.[91] For my analysis in this section and the remainder of this report, I identified 3,229 news articles in English and simplified Chinese with "Alibaba Group Holding Ltd" as the associated company, from "Major News and Business Sources" as classified by Factiva (the "Alibaba News Article Universe").[92] Out of the 3,229 articles, 3,164 news articles were published within two business days following the effective date of each alleged misrepresentations or other event of interest (*e.g.*, the SAMR Investigation Announcement). As

---

[87] This period is the three weeks following the April Investigation Conclusion.

[88] The November Draft Guidelines (as I define below) potentially affected all Chinese internet companies, so I reviewed these additional reports beyond the Alibaba-specific ones.

[89] To identify analysts' reports focused on the industry in the S&P Capital IQ and Refinitiv databases, I filtered the analysts' reports, without requiring Alibaba as the "primary ticker," to include only those for which (1) the key words "internet," "ecommerce," "e-commerce," "industry," or "sector" were mentioned in the title of the report; (2) the key words "Alibaba" or "BABA" were mentioned in the report; (3) the geography of the report was tagged as "Asia/Pacific" on S&P Capital IQ and "Asia" on Refinitiv; and (4) the report was not classified as "quantitative" or a transcript of earnings calls or investor calls. I then reviewed the titles of the reports that satisfy these criteria and included in my review a subset of the reports that are potentially related to the November Draft Guidelines (as I define below).

[90] For non-English analysts' reports in the Alibaba Analysts' Report Universe, English translations were generated by DeepL Translate, when possible. For the analysts' reports that cannot be recognized and translated by DeepL Translate, I relied on staff from Analysis Group who are familiar with the language. For any non-English analysts' reports that I quote in this report and the associated Appendices, the quotes are based on a certified English translation.

[91] Tabak Report, ¶¶ 37-38.

[92] Note that for some news providers, Factiva includes reprinted articles for different regions to which that provider circulates. Thus, some of the articles in this set may include reprints of others in the same set.

For the Chinese news articles, I follow the same process as the non-English analysts' reports. For Chinese news articles, English translations were generated by DeepL Translate, when possible. For the Chinese news articles that cannot be recognized and translated by DeepL Translate, I relied on staff from Analysis Group who are familiar with the language. For any Chinese news articles that I quote in this report, the quotes are based on a certified English translation.

described further below, I also reviewed 65 additional news articles published between October 1, 2019 and December 23, 2020 that contained certain keywords.[93]

54.    To evaluate whether the market considered the Prior Practices Statement to be value relevant, I reviewed the 76 analysts' reports in the Alibaba Analysts' Report Universe that were published from the July 9, 2020 filing of the Alibaba 2020 20-F to August 3, 2020 (three weeks after the Alibaba July 2020 6-K). I found that *none* of the 76 analysts' reports mentioned or discussed the "prior narrowly-deployed" language contained in the Prior Practices Statement. This indicates that the Prior Practices Statement was not material information that changed the analysts' beliefs regarding Alibaba's business practices.

55.    I also reviewed the 122 news articles in the Alibaba News Article Universe that were published after the filing of the Alibaba 2020 20-F (5:00 PM Eastern Time on July 9, 2020) through July 15, 2020 (two business days after the filing of the Alibaba July 2020 6-K).[94] I found that *none* of the articles quoted, paraphrased, or otherwise referenced the "prior narrowly-deployed" language, or other terms that could be interpreted as related to the "prior narrowly-deployed" language.

56.    To summarize, I conclude that the Prior Practices Statement was not considered value relevant by the market. If it had been, one would expect to see an increase to Alibaba's ADS price that is statistically significantly different from zero. This conclusion is corroborated

---

[93] As I discuss in **Section VI.B**, the purpose of my keyword search is to examine the market's knowledge of exclusivity at the beginning and during the Proposed Class Period. Thus, I ended the time period for the keyword search on December 23, 2020. Note that 27 articles appeared both in the keyword search and among the 3,164 articles that were published within two business days following the alleged misrepresentations or another event of interest.

[94] As I noted above, Factiva includes reprinted articles. Thus, some of the articles in this set may include reprints of others in the same set.

by my review of analysts' reports and news articles, which did not mention the Prior Practices

Statement. This view is also consistent with Dr. Tabak's testimony:

> If there was an unexpected announcement by a [sic] Alibaba that it was ceasing a practice that the market believed it was engaging in that was resulting in material value through profits or cash flow to Alibaba [and] if this is unexpected and wasn't, for example, being replaced by anything else and if the market believed Alibaba, that would result in a change in the market's perceived value of Alibaba. And if that change was large enough, we would expect to see a statistically significant change in Alibaba's stock price.[95]

57.    Therefore, I conclude that there is no evidence to show that the Prior Practices

Statement introduced inflation to Alibaba's ADS price.

### C.    There Is No Evidence that the Other Alleged Misrepresentations Were Considered Value Relevant and Caused Increases in Alibaba's ADS Price that Are Statistically Significantly Different from Zero

58.    In this section, I describe additional research and analysis I conducted regarding

market reactions to the other alleged misrepresentations that occurred during the Proposed Class

Period, but after the Prior Practices Statement.

#### i.    *Alleged Misrepresentations on August 20, 2020, November 5, 2020, and December 18, 2020*

##### a.    Alibaba's ADS Price Reactions

59.    I analyzed Alibaba's ADS price reactions to the alleged misrepresentations on

August 20, 2020, November 5, 2020, and December 18, 2020 using the same methods I

described in the prior section. As with the Prior Practices Statement, I found no price increases

that are statistically significantly different from zero on these dates. As I show in **Exhibit 2**,

according to Dr. Tabak's event study analysis, the abnormal returns of Alibaba's ADS are not

positive and statistically significantly different from zero on any of August 20, 2020, November

---

[95] Tabak Deposition, 96:10-23.

5, 2020, or December 18, 2020.[96] The Hubbard Event Study reaches the same conclusion (*see* **Exhibit 2**).

### b.  Subsequent Market Commentary

60.     For the alleged misrepresentations other than the Prior Practices Statement, I examine whether the market participants linked them to the Prior Practices Statement. I undertook this analysis because, according to the Motion to Dismiss Order, those statements are misleading when "[t]aken together" with the Prior Practices Statement.[97] I reviewed (1) 423 analysts' reports in the Alibaba Analysts' Report Universe that were issued within three weeks after each of August 20, 2020, November 5, 2020, and December 18, 2020, and (2) 849 news articles in the Alibaba News Article Universe that were issued in the two business days following each of the same three dates for their discussions of the other alleged misrepresentations.[98] None of the analysts or news outlets connected the alleged misrepresentations made on these dates to the Prior Practices Statement.

### ii.     *Alleged Misrepresentations on September 30, 2020*

### a.  Alibaba's ADS Price Reaction

61.     Unlike the other alleged misrepresentation dates, the abnormal return of Alibaba's ADS on the remaining alleged misrepresentation date, September 30, 2020, is positive and

---

[96] The abnormal return on November 5, 2020 is statistically significantly different from zero, but negative. The abnormal returns on the other two dates are not statistically significantly different from zero. *See* **Exhibit 2**.

[97] Motion to Dismiss Order, p. 20. Further, the Court stated that: "Plaintiffs have sufficiently alleged that Alibaba's characterization of their 'prior' use of 'exclusive partnerships' rendered their financial statements on growth and merchant retention materially misleading," and that Alibaba: "omitted the material fact that it was not in compliance with the commitment pledge it had signed, nor with the representation it made to investors regarding 'prior' use of exclusivity." Motion to Dismiss Order, pp. 20, 22.

[98] As I noted above, Factiva includes reprinted articles. Thus, some of the articles in this set may include reprints of others in the same set.

statistically significantly different from zero, according to both Dr. Tabak's event study and the

Hubbard Event Study (*see* **Exhibit 2**). This date pertains to two alleged misrepresentations in the

Other Statements and Disclosures category:

- Alibaba Investor Day (September 30, 2020): "Next, I would like to dedicate a session to talk about our value proposition to consumers and merchants. This is our core value, and this is how we make it easy to do business anywhere and how we could achieve sustainable growth. […] There is a uniqueness about Alibaba digital economy. There are many businesses within this ecosystem, so that longer the people stay, more activities they have conducted. And you see synergy actually could increase our consumer engagement."[99]

- Alibaba Investor Day (September 30, 2020): "Now let's take a look at our value creation for merchants. Merchants are customers who pays us directly, […] Taobao and Tmall, they are not only providing distribution value to our merchants to help them reach GMV, but they're also providing services to help them acquire new consumers, retain these consumers, help their brand building, and help their new products launching. So there, a whole set of the value at the sales and marketing and customer service that we provided to the merchants. We also provide IT infrastructures to these merchants. For example, Ali Cloud, where we offered differentiated solutions to these customers across all of these industries, and our DingTalk also enhanced the office communication and collaborations. So you can tell that GMV is not our TAM [or: "total addressable market"]. Merchants costs and expenditures, these are our TAM. We aim to enable these merchants to operate at a higher efficiency, and when they realize and recognize this value we provided to them, they will pay us and our revenue will grow. As of now, we have run 3.9 million of paying merchants in our China retail marketplaces...."[100]

62.     The alleged misrepresentations were made during Alibaba's three-day Investor

Day event,[101] during which many news items were announced. In particular, during the same

event, on the same day, Alibaba announced that: (1) Alibaba's AliCloud subsidiary would turn

---

[99] 2020 Investor Day, Day 3 Transcript, p. 4.

[100] 2020 Investor Day, Day 3 Transcript, p. 5.

[101] Alibaba's 2020 Investor Day began on September 28, 2020 and ended on September 30, 2020 Beijing Time. As I noted above, Day 3 of the event began at 10:00 PM Eastern Time on September 29, 2020 in the U.S. *See* 2020 Investor Day, Day 3 Transcript, pp. 1, 4. *See also* "Alibaba Group to Host Investor Day," *Businesswire*, September 18, 2020, available at https://www.businesswire.com/news/home/20200917006061/en/Alibaba-Group-to-Host-Investor-Day.

34

profitable in FY21, and (2) Cainiao Logistics, Alibaba's logistics subsidiary, would generate positive operating cash flows in FY21.[102] Thus, the statistically significant increase in Alibaba's ADS price cannot be assumed to be caused by the alleged misrepresentations because it may be attributable to other statements or events. In the next subsection, I discuss my review of commentary contained in analysts' reports and news articles to understand which pieces of news were particularly noted by market participants, and are thus the likely drivers of the price increase in Alibaba's ADS on this date. My review suggests that Alibaba's ADS price increase on September 30, 2020 is attributable to the announcements regarding AliCloud and Cainiao Logistics, rather than the alleged misrepresentations.

### b. Subsequent Market Commentary

63.     To evaluate whether the statistically significant increase in Alibaba's ADS price on September 30, 2020 is attributable to the alleged misrepresentations, other news, or some combination thereof, I reviewed discussions in all 213 analysts' reports in the Alibaba Analysts' Report Universe that were published from September 29, 2020 (when Day 3 of the Investor Day event occurred after the U.S. market close) through October 21, 2020 (three weeks after the effective date of September 30),[103] and analyzed the information that analysts focused on as being new or incremental information, which is information that would be likely to result in an

---

[102] 2020 Investor Day, Day 3 Transcript, p. 7. ("We expect Ali Cloud to turn profitable within fiscal 2021. The Cainiao is expected to generate positive operating cash flow in fiscal 2021.")

[103] Note that the 213 analysts' reports include 100 that were found to (1) have identical commentary to other reports; (2) contain merely a presentation of previously released data; or (3) contain no Alibaba-specific commentary, such as a compilation of news. Among the remaining 113 reports, 62 discussed only events other than Day 3 of the Investor Day event (*e.g.*, information released Day 1 and Day 2 of the Investor Day event and earnings results previews).

abnormal price return. I found that analysts generally focused on the positive—and seemingly unexpected—AliCloud and Cainiao Logistics news.[104] For example:

- Morgan Stanley (September 30, 2020): "AliCloud will reach profitable in F21, which we see as a major share price catalyst. Cainiao will also reach positive OCF in F21. Stay OW."[105]

- Citi (September 30, 2020): "While mgmt. did not adjust revenue guidance (as largely expected), the *surprise* came from the profit guidance on AliCloud and cash flow positive guidance on Cainiao."[106]

- Nomura Securities Co. Ltd. (September 30, 2020): "AliCloud becoming profitable is a *positive surprise* as this business has long hovered around break-even levels."[107]

---

[104] While several analysts' reports did repeat or mention the alleged misrepresentations, the analysts did not present these comments as positive new information, and these analysts' reports primarily discussed AliCloud and Cainiao Logistics. For example, *Haitong International Research Limited* noted: "Most notably, the company expects AliCloud to be profitable in FY3/21 and Cainiao to be operating cash flow positive in FY3/21. […] During the event, Alibaba CFO, Maggie WU, reiterated that Alibaba's core goal is to create value for merchants." As another example, *Truist Securities* said: "Wu outlined how Alibaba has been able to better expand the areas where it can add-value for its merchants. […] To that end, management now believes Alicloud and Cainiao have begun new chapters as the cloud unit is expected to turn [profitable] in FY21 while the logistics platform is expected to create positive operating cash flows in FY21." *See Haitong International Research Limited*, "Alibaba Group Holding (BABA US): Key Takeaways from Alibaba Investor Event – Day 3," September 30, 2020. *See also*, *Truist Securities*, "Maintain Buy on BABA/PT to $308 Post Investor Day; Riding the (Digitization of the World) Wave," September 30, 2020.

However, none of the analysts' reports appeared to treat the alleged misrepresentations as new or surprising, consider them pertinent to their valuation models, or connect them with the Prior Practices Statement. This outcome perhaps reflects that the statements were similar to a variety of statements Alibaba had made prior to the Proposed Class Period. *See* Alibaba, "Form 20-F," June 5, 2019, available at https://www.sec.gov/Archives/edgar/data/1577552/000104746919003492/0001047469-19-003492-index.html, p. 123 ("The marketplaces of our core commerce business attract and retain a large number of consumers and merchants. We primarily generate revenue from merchants. […] We generate revenue from merchants by leveraging our data technology and consumer insights which enable brands and merchants to attract, retain and engage consumers, complete transactions, improve their branding, enhance operating efficiency, and offer various services.") *See also* Alibaba, "Global Offering," November 15, 2019, available at https://www1.hkexnews.hk/listedco/listconews/sehk/2019/1115/2019111500039.pdf ("Alibaba Global Offering"), pp. 226, 229 ("The marketplaces of our core commerce business attract and retain a large number of consumers and merchants. We primarily generate revenue from merchants. […] We generate revenue from merchants by leveraging our data technology and consumer insights which enable brands and merchants to attract, retain and engage consumers, complete transactions, improve their branding, enhance operating efficiency, and offer various services.")

[105] *Morgan Stanley*, "2020 Investor Day Takeaways #3," September 30, 2020.

[106] *Citi*, "Alert: Day 3 Investor Day Highlights, Cloud & Cainiao To Turn +ve," September 30, 2020 (emphasis added).

[107] *Nomura Securities Co. Ltd.*, "Alibaba Investor Day - Day 3 Wrap," September 30, 2020 (emphasis added).

- J.P. Morgan (September 30, 2020): "[T]he *most important incremental information* from the presentation today includes: 1) AliCloud will turn profitable within FY21, 2) Cainiao's operating cash flow will turn positive in FY21, 3) Alibaba will no longer break down core-core revenue into customer management revenue (CMR) and commission, as management believes Alibaba's services to merchants are integrated."[108]

- Mizuho Securities USA LLC (September 30, 2020): described that the Investor Day: "[raised] profitability expectation for Cloud and logistics."[109]

- RBC Capital Markets (September 30, 2020): "[T]he *big headline* from this update is BABA's Cloud segment is expected to turn profitable in this fiscal year, a decade after its launch."[110]

64.      In addition, I reviewed the discussion of Alibaba's Investor Day in all 117 news articles in the Alibaba News Article Universe that were published after the 10:00 PM Eastern Time start time on September 29, 2020 through October 2, 2020 (two business days after the effective date of September 30).[111]  Consistent with evidence from analysts' reports, I found that news articles also reported the updates about AliCloud and Cainiao Logistics. For example:

- Barron's Online (September 30, 2020): "The stock was up nearly 5% on Wednesday after the company wrapped up the third day of its Ali Virtual Investor Day, which began earlier this week. Analysts are largely happy with the updates the company provided, especially the unexpected news that its cloud business, a star performer at Amazon (ticker: AMZN), will be in the black next year."[112]

- Yicai Global (September 30, 2020): "Alibaba Cloud is expected to become profitable in the coming fiscal year, Chief Financial Officer Maggie Wu told an online investor event. Cainiao, Alibaba's logistics arm, is also expected to generate positive operating cash flow next year. Meanwhile, over the course of this year's Investor Day, Alibaba pointed to Chinese domestic consumption, cloud

---

[108] *J.P. Morgan*, "Thoughts Following 2020 Investor Day 3: Cloud and Cainiao Graduate from Incubation Stage," September 30, 2020 (emphasis added).

[109] *Mizuho Securities USA LLC*, "Alibaba Analyst Day Highlights: Day 3," September 30, 2020.

[110] *RBC Capital Markets*, "Alibaba Investor Day Takeaways – Day 3," September 30, 2020 (emphasis added).

[111] As I noted above, Factiva includes reprinted articles. Thus, some of the articles in this set may include reprints of others in the same set.

[112] *Barron's Online*, "Alibaba Offers One More Reason to Buy the Stock: Cloud Computing," September 30, 2020.

computing and data intelligence as well as globalization as its three core growth engines."[113]

- Dow Jones Institutional News (September 30, 2020): "Alibaba Group climbed 3.8% after the company said its cloud-computing business will likely turn profitable this financial year."[114]

- South China Morning Post (October 1, 2020): "Hangzhou-based Alibaba Cloud - ranked by Gartner as the world's third-biggest infrastructure-as-a-service provider in 2019, behind Amazon Web Services and Microsoft's Azure - is expected to turn a profit by the end of March, according to chief financial officer Maggie Wu Wei, who spoke at its webinar for investors yesterday. Wu also said Cainiao Network, the smart logistics business of Alibaba, would generate positive operating cash flow in the same period. Alibaba is the parent company of the Post."[115]

65.    To summarize, my review of the analysts' reports and news articles following September 30, 2020 shows that market participants focused on other positive news, unrelated to the alleged misrepresentations, that was released on the day. Thus, I conclude that the statistically significant price increase on September 30, 2020 is attributable to other news announced by Alibaba on that day, not the Other Statements and Disclosures.

66.    In addition, consistent with my findings in **Section V.B.ii**, my review of the market commentary shows that none of the analysts' reports or news articles connected the alleged misrepresentations on September 30, 2020 to the Prior Practices Statement.

**D.    My Findings Are Inconsistent with the Price Inflation Theory**

67.    The Price Inflation Theory, based on a standard price inflation framework, has as a required element that the Prior Practices Statement at the beginning of the Proposed Class Period contained value relevant false information and resulted in an increase in Alibaba's ADS

---

[113] *Yicai Global*, "Alibaba Is Best Placed to Harness Digital for Business, CEO Zhang Says," September 30, 2020.

[114] *Dow Jones Institutional News*, "Global Equities Roundup: Market Talk," September 30, 2020.

[115] *South China Morning Post*, "Alibaba's Cloud Service Poised to Turn Profit," October 1, 2020.

38

price that is statistically significantly different from zero. As shown above, there is no evidence that the Prior Practices Statement caused Alibaba's ADS price to increase, nor do I find any market commentary on the Prior Practices Statement. Additionally, there is no evidence that the Antitrust Risk Disclosure Statements and Other Statements and Disclosures caused the ADS price to increase and thus, there is no evidence that these alleged misrepresentations contained value relevant information either. These findings are inconsistent with the Price Inflation Theory.

68. Moving to the Price Maintenance Theory described in **Section IV.B**, my analysis in the section, on its own, does not rule out a finding of price inflation under this theory. However, in the next section I show that my analysis of the evidence finds no price inflation under the Price Maintenance Theory either.

## VI. MY ANALYSIS OF THE INFORMATION AVAILABLE TO THE MARKET BEFORE, DURING, AND AFTER THE PROPOSED CLASS PERIOD RULES OUT A FINDING OF PRICE INFLATION UNDER THE PRICE MAINTENANCE THEORY

69. To reiterate, the second theory that would lead to a possible finding of price inflation during the Proposed Class Period would be the Price Maintenance Theory (as shown again in **Figure 4**), in which the allegedly false information—and with it, inflation—was introduced to the market at an earlier date. Under this theory, the Prior Practices Statement did not result in a price increase, but maintained the price at its current level when, had the truth been revealed, the price would have declined.

**Figure 4**
**Illustration of Price Maintenance Theory**



70.     As I discussed in **Sections IV.A** and **V**, the Price Inflation Key Question I analyzed under the Price Inflation Theory is whether the Prior Practices Statement was value relevant and caused Alibaba's ADS price to increase. I found that the answer to this Price Inflation Key Question is "no." While this finding is inconsistent with the Price Inflation Theory, it could potentially be consistent with the Price Maintenance Theory.

71.     As I discussed in **Section IV.B**, under the Price Maintenance Theory, the Price Maintenance Key Questions must be examined, and all three answers I list below need to be satisfied to support a hypothetical finding of price maintenance. In this section, I analyze whether there is evidence consistent with these answers:

1. Before the Proposed Class Period: There was initially information available to the market indicating that Alibaba was practicing exclusivity, but then information equivalent to the allegedly false Prior Practices Statement entered the market, and that information was value relevant and resulted in an increase in the ADS price.

2. During the Proposed Class Period: Market participants no longer believed that Alibaba was practicing exclusivity.

3. At the End of the Proposed Class Period: The SAMR Investigation Announcement revealed the "truth" concealed by the alleged misrepresentations and dissipated misrepresentation-related inflation.

40

A.     **Information Available Prior to the Proposed Class Period (Price Maintenance Key Questions #1)**

72.     For the Price Maintenance Theory to apply to the facts of this case, it initially requires that the information available to the market at some point prior to the Proposed Class Period be consistent with the truth that Alibaba practiced exclusivity. Then, there must have been a subsequent event, still prior to the beginning of the Proposed Class Period, that "reset" the market's beliefs regarding whether Alibaba was practicing exclusivity, changing the status quo and thereby introducing inflation into Alibaba's ADS price.

73.     It is not difficult to establish that information available to the market prior to the Proposed Class Period indicated that Alibaba practiced exclusivity. As I discussed in **Section III.B**, the Complaint itself acknowledges that it was publicly known prior to the Proposed Class Period that Alibaba was practicing exclusivity due, for example, to multiple lawsuits from smaller industry players, such as JD.com, Vipshop, and PDD.[116] Multiple news outlets covered these and other lawsuits. For example, the *Economist* reported on November 30, 2019 that: "Galanz, a home-appliance-maker, and JD.com, a big e-commerce rival, have recently sued Alibaba's Tmall for allegedly abusing its market power. In April, Colin Huang, founder of Pinduoduo, a $43bn upstart that is nipping at Alibaba's heels, warned of 'forced exclusivity' in e-commerce."[117] On January 15, 2020, the *Financial Times* reported on a merchant's claim that: "he was forced to pick between [Alibaba and PDD], after Alibaba allegedly told him that unless he shut his Pinduoduo site, online shoppers would no longer be directed to his products on its

---

[116] Complaint, ¶¶ 91-92.

[117] *The Economist*, "Schumpeter: One Company, Two Systems," November 30, 2019. The article also cites Alibaba's reaction to the allegation, stating: "Alibaba dismisses the issue as 'baseless sensationalisation'. It adds that 'committing to a single partner is normal commercial behaviour.'"

41

Tmall platform[….]" and quoted the chief executive of a Chinese think-tank saying: "[f]orced exclusivity is an open secret in China's ecommerce industry."[118]

74.     However, as mentioned, for the Price Maintenance Theory to apply here, there must have been an event subsequent to the above, though still prior to the beginning of the Proposed Class Period, that changed the market's beliefs, thereby potentially introducing inflation into Alibaba's ADS price. Plaintiffs and Dr. Tabak have not identified any such event where information equivalent to the Prior Practices Statement entered the market and was considered value relevant.

75.     Unlike Dr. Tabak, I did undertake this analysis. I identified several dates prior to the Proposed Class Period where statements similar to the Prior Practices Statement were made. Critically, however, both Dr. Tabak's and my event studies show that those statements (as with the Prior Practices Statement itself) did *not* cause any increase in Alibaba's ADS price that is statistically significantly different from zero. Similarly, my review of market commentary further suggests that the market did not consider these statements to be value relevant. This evidence is inconsistent with the required element of the Price Maintenance Theory that equivalent information entered the market, which was value relevant and resulted in an increase in the ADS price prior to the Proposed Class Period.

76.     As I discussed above, Plaintiffs allege the Prior Practices Statement in the Alibaba 2020 20-F as a misrepresentation. However, the phrase: "prior narrowly-deployed exclusive partnerships" appeared in Alibaba's antitrust risk disclosures before July 2020. Specifically, Alibaba included the "prior narrowly-deployed" language in the "Risk Factors" section of the

---

[118] *Financial Times*, "Alibaba Accused of Shackling Sellers to Platform," January 15, 2020.

Hong Kong IPO Prospectus filed after the close of U.S. stock markets on November 14, 2019,[119] and a related Form 6-K filed on November 13, 2019 (collectively, the "Previous Disclosures").[120] Given that Dr. Tabak found Alibaba's ADS to have traded in an efficient market,[121] one would expect Alibaba's ADS price to incorporate information contained in this disclosure the first time it was made. Thus, I also assessed whether Alibaba's ADS had any price reactions following the Previous Disclosures. According to Dr. Tabak's event study analysis, the abnormal returns of Alibaba's ADS on both November 13, 2019 and November 15, 2019 are not statistically significantly different from zero.[122] The Hubbard Event Study reaches the same conclusion that the abnormal returns of Alibaba's ADS on these dates are not statistically significantly different from zero.[123] This provides further support that the type of information contained in the Prior Practices Statement was *not* value relevant.

---

[119] Alibaba Global Offering, pp. 102-103. *See also* "Alibaba Group Launches Hong Kong Initial Public Offering," *Businesswire*, November 14, 2019, available at https://www.businesswire.com/news/home/20191114005921/en/Alibaba-Group-Launches-Hong-Kong-Initial-Public-Offering.

[120] Alibaba, "Alibaba Group Supplemental and Updated Disclosures," Form 6-K, November 13, 2019, available at https://www.sec.gov/Archives/edgar/data/1577552/000104746919006269/0001047469-19-006269-index.html, p. 22. This Form 6-K contains, among other things, "supplemental descriptions and additional new descriptions of certain aspects of our business and financial information as required by the Hong Kong Stock Exchange Listing Rules" disclosed by Alibaba in its Hong Kong listing application on the same day. Alibaba's Hong Kong application also contained the risks disclosure that used the "prior narrowly-deployed exclusive partnerships" language. *See* Alibaba, "Risk Factors," *HKEX*, November 13, 2019, available at https://www1.hkexnews.hk/listedco/listconews/sehk/2019/1126/9077145/sehk19111301403.pdf. *See also* Alibaba, "Post Hearing Information Pack of Alibaba Group Holding Limited," *HKEX*, November 13, 2019, available at https://www1.hkexnews.hk/listedco/listconews/sehk/2019/1126/sehk19111301430.pdf. .

[121] While the Tabak Report analyzed market efficiency during the Proposed Class Period, Dr. Tabak testified that "from 2015 to 2020," he "would have no reason to believe that [the market for Alibaba's ADS] would be inefficient." Tabak Deposition, 185:17-186:8.

[122] Dr. Tabak produced the results for abnormal returns for July 10, 2020 through December 24, 2020. For dates outside this period, I calculate the abnormal return myself using the estimated relationship between Alibaba's ADS and the industry index in Dr. Tabak's event study.

[123] Alibaba's ADS returns on November 13, 2019 and November 15, 2019 were -2.40 and 1.47 percent, respectively. Using Dr. Tabak's model, I find that the abnormal return on November 13, 2019 was -1.19 percent with a *t*-statistic of -0.86, which is not statistically significantly different from zero at the five percent level. Using Dr. Tabak's model, I find that the abnormal return on November 15, 2019 was 0.75 percent with a *t*-statistic of 0.54, which is not statistically significantly different from zero at the five percent level. Under the Hubbard Event Study, on November

77.    As with the Prior Practices Statement, there is no evidence that the market

discussed the Previous Disclosures. Based on my review of 67 analysts' reports in the Alibaba

Analysts' Report Universe that were published from November 13, 2019 to December 6, 2019

(three weeks after the November 15, 2019 effective date of the Hong Kong IPO Prospectus), as

well as 536 news articles in the Alibaba News Article Universe that were published from

November 13, 2019 to November 19, 2019 (two business days after the November 15, 2019

effective date of the Hong Kong IPO Prospectus),[124] there was no discussion of the "prior

narrowly-deployed" language.

78.    To summarize, as with the Prior Practices Statement, I find no evidence of any

price increase caused by the Previous Disclosures that is statistically significantly different from

zero. If the Previous Disclosures had misled the market into the belief that Alibaba had

discontinued practicing exclusivity, and such information was value relevant, then one would

expect to observe a price reaction in Alibaba's ADS price that is statistically significantly

different from zero. However, there was no such reaction. In addition, as with the Prior Practices

Statement, I find no discussion of the Previous Disclosures in the analysts' reports or news

articles, providing further support that the Previous Disclosures were not value relevant.

79.    Based on these analyses, I conclude that there is no evidence of impact on

Alibaba's ADS price when the Previous Disclosures were made. The answer to the Key Question

"is there evidence that the market was aware that Alibaba was practicing exclusivity prior to the

---

13, 2019, Alibaba's ADS had an abnormal return of -1.40 percent with a $t$-statistic of -1.16, which is not statistically significantly different from zero at the five percent level. Under the Hubbard Event Study, on November 15, 2019, Alibaba's ADS had an abnormal return of 0.41 percent with a $t$-statistic of 0.34, which is also not statistically significantly different from zero at the five percent level. *See* **Exhibit 2**.

[124] As I noted above, Factiva includes reprinted articles. Thus, some of the articles in this set may include reprints of others in the same set.

44

Proposed Class Period?" is "yes," but the answer to the Key Question "is there evidence that Alibaba made statements that changed the market's beliefs regarding Alibaba's practicing exclusivity prior to the Proposed Class Period?" is "no." The latter answer is inconsistent with the Price Maintenance Theory.[125]

### B. Information Available at the Beginning and During the Proposed Class Period (Price Maintenance Key Questions #2)

80.    I continue my analysis by analyzing the question: "is there evidence that market participants believed that Alibaba was not practicing exclusivity during the Proposed Class Period?" To find price inflation under the Price Maintenance Theory, the answer to this question is required to be "yes." Stated differently, it is not plausible for inflation to be embedded in the ADS price during the Proposed Class Period if the market participants were aware that Alibaba was, in fact, engaging in exclusivity. Yet, inconsistent with the Price Maintenance Theory, my analysis finds substantial evidence that market participants discussed that Alibaba was practicing exclusivity during the Proposed Class Period.

81.    The first empirical test focuses on the statistically significant decline in Alibaba's ADS price on November 10, 2020,[126] the trading day after SAMR published the "Anti-Monopoly Guidelines for the Sector of the Platform Economy (Draft for Comments)" (the "November Draft Guidelines").[127] These draft guidelines defined what constituted anti-

---

[125] As I discussed in **Section V**, I have already found that the Price Inflation Theory cannot provide a basis for finding price inflation. However, I note that my findings in this section further indicate there is no empirical support for the Price Inflation Theory.

[126] The November Draft Guidelines were issued at 8:00 AM Beijing Time on November 10, 2020, which is equivalent to 7:00 PM Eastern Time on November 9, 2020 in the U.S., after the market close.

[127] "Anti-Monopoly Guidelines for the Sector of Platform Economy (Draft for Comments)," *SAMR*, November 10, 2020, available at https://www.samr.gov.cn/jzxts/tzgg/zqyj/art/2023/art_82bbee6bcd8b4a5ab5fa63bf49891173.html ("November Draft Guidelines"). Plaintiffs originally alleged the November Draft Guidelines as a partial corrective

monopoly violations for e-commerce platforms[128] and considered "Choose One of Two" and the

practices of requiring exclusive trading on one platform as "abus[ing…] market dominance"

under certain conditions.[129] The November Draft Guidelines also stated that restrictive trading

practices could be imposed by platform operators through either punitive or incentive-based

measures.[130] The Complaint described the November Draft Guidelines as rules that: "[bolstered]

---

disclosure, but it was dismissed by the court. *See* Section IV.A.4. of the Complaint, entitled: "Undisclosed Risks Materialize and the Truth of Alibaba's Unlawful and Anti-Competitive Practices Is Revealed In a Series of Partial Corrective Disclosures" which describes how the November Draft Guidelines resulted in a $23.99 per share price decline of Alibaba's ADS. Complaint, ¶¶ 123-132. *See also* Motion to Dismiss Order, pp. 9-10, 24.

[128] *Raymond James & Associates* noted: "[t]he [release of the November Draft Guidelines] is viewed as the government's first official attempt in defining and regulating monopolistic behaviors." *See Raymond James & Associates*, "Thoughts on Antitrust Guidelines; Recommend Buying on Pullback," November 10, 2020.

News outlets, including *South China Morning Post*, commented that the November Draft Guidelines were: "the first time the regulator has sought to define anti-competitive practices among internet firms under the law." *See South China Morning Post*, "Antitrust Guideline to Rein in Tech Titans," November 10, 2020. Similarly, *Dow Jones Newswires* reported on commentary from Morningstar Equity Research highlighting: "While the government has introduced a series of regulatory measures for the internet industry the past two years, the new rules stand out in their level of detail and extensive scope." *See Dow Jones Newswires*, "China's Antimonopoly Rules for Online Platforms Are a 'Strong Signal' of Tightening -- Market Talk," November 11, 2020. The *Wall Street Journal* also highlighted the details of the November Draft Guidelines, stating that: "China's market regulator said it planned to target certain practices, such as the unfair pricing of products by inflating prices or pricing them below cost. Other rules could target the use of data and algorithms to offer different prices to different consumers, or the use of market clout to restrict sales on competing platforms." *See The Wall Street Journal*, "China Targets Alibaba, Other Homegrown Tech Giants with Antimonopoly Rules; New Rules Targeting Online Platforms Could Constrain Internet Companies," November 10, 2020.

[129] For example, Chapter III, Article 15 says: "An operator with dominant market position in the sector of platform economy may restrict transactions of the transaction counterparts without justification by abusing its dominant market position to exclude or restrict market competition. In analyzing whether there is restriction on transaction, following factors may be taken into consideration: (1) Where such operator requires an on-platform operator to make [Choose One of Two] choice between competitive platforms or other behaviors that have the same effect." *See* November Draft Guidelines.

[130] Chapter III, Article 15 says: "Above restrictions can be effectuated through written agreement, or through reaching agreement with the transaction counterpart via telephone or in oral form or through actually setting limitation or barrier in terms of platform rules, data, algorithm or technology, etc. In analyzing whether there is restriction on transactions, consideration may be focused on the following two circumstances: the first circumstance involves the restriction imposed by the platform operator through the punitive measures such as blocking store, downgrading the right of visit, traffic restriction, technical barrier and withholding deposit, and such restriction can generally be deemed as constituting the restriction on transactions since it causes direct harm to market competition and consumers. The second circumstance involves the restriction imposed by the platform operator through incentives such as subsidy, discount, promotion and support in traffic resources. Such incentives may have certain positive effect on the on-platform operator, consumers' interests and overall welfare of the society. However, if there is evidence showing that such incentives have the remarkable effect of excluding or restricting market competition, they may be deemed as constituting restriction on transaction." *See* November Draft Guidelines.

46

the prohibition of anti-competitive practices on online platforms including Alibaba's 'Choose One of Two' and other restrictive dealing practices."[131]

82.    On November 10, 2020, after the November Draft Guidelines were published, Alibaba's ADS price declined by 8.26 percent.[132] As shown in **Exhibit 2**, this drop is statistically significantly different from zero,[133] which indicates that the market was aware that Alibaba was practicing exclusivity and anticipated a potential adverse impact on Alibaba from the November Draft Guidelines.[134] Had the market believed that Alibaba was not practicing exclusivity, the November Draft Guidelines should not have had any statistically significant impact on Alibaba's ADS price.

83.    As with my prior tests, in addition to examining the changes in ADS prices, I also reviewed analysts' commentary around this date, which provides further evidence that the market was aware of Alibaba practicing exclusivity.

84.    I reviewed the 148 analysts' reports in the Alibaba Analysts' Report Universe that were published from November 9, 2020 to December 1, 2020 (three weeks after the effective date of the November Draft Guidelines).[135]

---

[131] Complaint, ¶ 25.

[132] *See* **Exhibit 2**.

[133] Dr. Tabak finds that the abnormal return was -3.62 percent with a *t*-statistic of -2.66, which is statistically significantly different from zero at the one percent level. Under the Hubbard Event Study, on November 10, 2020 Alibaba's ADS had an abnormal return of -4.14 percent with a *t*-statistic of -3.47, which is also statistically significantly different from zero at the one percent level. *See* **Exhibit 2**.

[134] Based on my review, there were no other notable news events on November 10, 2020. The Complaint also ties Alibaba's ADS price decline to the November Draft Guidelines. It says: "In response to [the November Draft Guidelines], Alibaba's ADS fell $23.99 per share from the prior day's closing price, to close at $266.54 per share on November 10, 2020 (a drop of about 8.26%), on heavy trading volume." *See* Complaint, ¶¶ 25-27.

[135] Note that the 148 analysts' reports include 75 that were found to (1) have identical commentary to other reports; (2) contain merely a presentation of previously released data; or (3) contain no Alibaba-specific commentary, such

85.     First, none of the analysts' reports pointed to the Prior Practices Statement to note that Alibaba had recently ceased practicing exclusivity, and several analysts specifically mentioned ongoing exclusivity as a reason for why Alibaba would be affected by the November Draft Guidelines. For example, in its November 11, 2020 report, *Morgan Stanley* noted: "we believe e-commerce (Alibaba, Pinduoduo, JD) and food delivery (Meituan, Alibaba) could be in focus [of the November Draft Guidelines], given the specific mentions of practices around [Choose One of Two] policy and aggressive subsidies, among others."[136] As another example, *J.P. Morgan* stated in its November 10, 2020 report that it expected a "[p]otentially negative" effect for Alibaba because Alibaba, along with Meituan: "have dominant positions in their respective market segments (e-commerce/local consumer services) and have been accused of forced exclusivity by merchants."[137]

86.     Several analysts' reports connected Alibaba's ADS price decline on November 10, 2020 to the November Draft Guidelines[138]:

- J.P. Morgan (November 10, 2020): "We expect the introduction of such guidelines to trigger negative share price reactions in the near-term, particularly for Alibaba and Meituan […] We expect the share prices of platform leaders to be under pressure in the near term."[139]

- Raymond James & Associates (November 10, 2020): "Given the news of potential for increased antitrust regulation, BABA shares declined ~8% on

---

as a compilation of news. Of the remaining 73 analysts' reports that contained original Alibaba-specific commentary, 38 reports commented on the November Draft Guidelines. The remaining 35 reports discussed only events other than the November Draft Guidelines (*e.g.*, the "Double 11" promotional activities or earnings results).

[136] *Morgan Stanley*, "Government Seeks Opinions on New Antitrust Regulations," November 11, 2020.

[137] *J.P. Morgan*, "China Internet: Implications from the Guidelines on Anti-Trust Activities Regarding Internet Platforms," November 10, 2020.

[138] None of the analysts' reports attributed the decline in Alibaba's ADS price to any specific provisions in the November Draft Guidelines other than those pertaining to exclusivity.

[139] *J.P. Morgan*, "China Internet: Implications from the Guidelines on Anti-Trust Activities Regarding Internet Platforms," November 10, 2020.

Tuesday… we believe the biggest impact to eCommerce companies would be to restrict the practice of exclusive relationships."[140]

- Morningstar, Inc. (November 11, 2020): "The Chinese government announced [the November Draft Guidelines…]. Alibaba, Tencent and JD in our coverage sold off 12%-17% in the following two days."[141]

- RBC Capital Markets (November 11, 2020): "We expect these regulatory uncertainties to pressure the stock in the near-term and create a more competitive environment for BABA moving forward."[142]

- William O'Neil + Co. (November 11, 2020): Considered Alibaba as one of the "affected" stocks by the November Draft Guidelines.[143]

- Jefferies (November 11, 2020): "The draft rules on anti-trust aim to foster LT sector development, and we suggest investors buy on dips leading platforms, Alibaba, Tencent and Meituan […] Market pulls back on proposed anti-trust guidelines."[144]

- J.P. Morgan (November 12, 2020): "The recently released consultation paper of guidelines for anti-trust activities regarding internet platforms led to sharp share price correction across the China ecommerce sector. We reiterate our view that… Alibaba/Meituan face more overhang due to the new guidelines, but we think it's too early to conclude there'll be significant impact…"[145]

87. In addition, many analysts commented that they expected Alibaba to be more negatively affected by the November Draft Guidelines than its peers:

- J.P. Morgan (November 10, 2020): "Listed names that could be affected: We divide the related listed companies into three groups based on the potential impact from the event: 1) Potentially negative: Alibaba/Meituan, which have dominant positions in their respective market segments (e-commerce/local consumer services), and have been accused of forced exclusivity by merchants.

---

[140] *Raymond James & Associates*, "Thoughts on Antitrust Guidelines; Recommend Buying on Pullback," November 10, 2020.

[141] *Morningstar, Inc.*, "China Releases Draft Guidelines for Internet Names; Further Sell-Off May Create Buying Opportunities," November 11, 2020.

[142] *RBC Capital Markets*, "Doubling Up on Double 11," November 11, 2020.

[143] *William O'Neil + Co.*, "China Releases Draft Antitrust Guidelines: What Should You Do with Your China Internet Plays?" November 11, 2020.

[144] *Jefferies*, "Strong Execution Key to Success," November 11, 2020.

[145] *J.P. Morgan*, "China Ecommerce: Double 11 GMV Growth Re-accelerated: Positive Signals for Ecommerce Players' 4Q20 Growth," November 12, 2020.

Huya/Douyu's ongoing merger may be under more scrutiny too, leading to some uncertainties; 2) Potentially positive: Pinduoduo/JD/Vipshop, whose cooperation with brands (especially in the apparel space) could be improved 3) Limited or insignificant impact: Tencent/TME/Baidu/Trip.com, that do not enjoy as much direct economic benefits from their dominant positions in their core market segments."[146]

- Citi (November 10, 2020): "On the other hand, the removal of 'forced exclusivity' could be positive for JD and PDD as both companies previously have voiced such concerns that some brands and merchants were forced to depart from their platforms because of competitive pressures [...] we would view any further sell-off on some of the names with relatively 'less overhang' like Tencent, Meituan and JD as an enhanced buying opportunity."[147]

- Morgan Stanley (November 11, 2020): "Stricter scrutiny of [Choose One of Two] policy to merchants could have a negative impact on Alibaba and Meituan, although merchants and restaurants have increasingly been using multiple platforms given intensifying competition in both e-commerce and food delivery in recent years [...] We believe JD is less affected by the rules of the draft antitrust regulation."[148]

- Morningstar, Inc. (November 11, 2020): "Looking into our Greater China Internet coverage, we believe Alibaba potentially faces a negative effect [from the November Draft Guidelines] while JD and Tencent are relatively less affected."[149]

- RBC Capital Markets (November 11, 2020): "[W]e think the Anti-Monopoly Guidelines for the Internet Platforms published on 11/10 (esp. around merchant exclusivity and fair pricing) potentially carries greater implications for BABA vs. its eCommerce competitors, given BABA's dominant scale in China Internet retail."[150]

- Oppenheimer & Co., Inc. (November 11, 2020): "BABA (negative impact). Competitors including JD and PDD have complained about BABA's practice of merchant exclusivity by rewarding exclusive merchants with more traffic and preferential fees, which may not be permitted under the proposed rules [...] PDD (neutral to positive). Should benefit from less merchant exclusivity on BABA."[151]

---

[146] *J.P. Morgan*, "China Internet: Implications from the Guidelines on Anti-Trust Activities Regarding Internet Platforms," November 10, 2020.

[147] *Citi*, "Alert: New Antitrust Guidelines for Marketplace Platforms," November 10, 2020.

[148] *Morgan Stanley*, "Government Seeks Opinions on New Antitrust Regulations," November 11, 2020.

[149] *Morningstar, Inc.*, "China Releases Draft Guidelines for Internet Names; Further Sell-Off May Create Buying Opportunities," November 11, 2020.

[150] *RBC Capital Markets*, "Doubling Up on Double 11," November 11, 2020.

[151] *Oppenheimer & Co., Inc.*, "Equity Research: Morning Research Summary," November 12, 2020.

88.      In addition to analysts' reports, my review of news articles also finds discussion of Alibaba practicing exclusivity during the Proposed Class Period. I reviewed 344 news articles in the Alibaba News Article Universe that were published from 7:00 PM Eastern Time on November 9, 2020 through November 12, 2020 (two business days after the effective date of the November Draft Guidelines),[152] and found that multiple news outlets commented on the potential impact the November Draft Guidelines would have on Alibaba. For example:

- Reuters News (November 10, 2020): "The 22-page draft, which is open to public feedback until the end of the month, checks off a laundry list of market abuses, including the unfair use of subsidies and discounts, and restricting businesses to sell or offer services on rival platforms – a practice that $786 billion Alibaba has been accused of by a number of merchants and competitors. The e-commerce giant founded by Jack Ma looks particularly vulnerable."[153]

- Business Insider (November 10, 2020): "Shares of Alibaba slid as much as 9% in Tuesday trades after Chinese regulators released a new draft of anti-monopoly rules that could target online platforms. […] Other practices that could be targeted by regulators include inflating prices or pricing products below costs, or the use of market influence to restrict sales on competing platforms."[154]

- Financial Times (November 10, 2020): "China's ecommerce industry has long been known for its aggressive tactics. Some online sellers have said for instance that Alibaba unfairly forces them to sell exclusively on its platform, in a tactic known in China as [Choose One of Two]"[155]

- Barron's Online (November 10, 2020): "All e-commerce platforms would feel the pain, but it would be especially rough for Alibaba Group (BABA), Pinduoduo (PDD), and JD.com, though to a lesser degree […] Removing forced exclusivity could be a small win for JD.com and Pinduoduo."[156]

---

[152] As I noted above, Factiva includes reprinted articles. Thus, some of the articles in this set may include reprints of others in the same set.

[153] *Reuters News*, "RPT-BREAKINGVIEWS-China Hangs Its Sharpest Sword over Online Giants," November 10, 2020.

[154] *Business Insider*, "Alibaba Slides 9% as Regulatory Pressure Overshadows Singles Day Blowout (BABA)," November 10, 2020.

[155] *Financial Times*, "China Draws Up First Antitrust Rules to Curb Power of Tech Companies," November 10, 2020.

[156] *Barron's Online*, "Chinese Internet Stocks Tumble Because Regulatory Risk Is Back," November 10, 2020.

- The Boston Globe (November 11, 2020): "Investors are now gaming out how bad it might get for Alibaba Group Holding Ltd., Tencent Holdings Ltd., and other Chinese Internet giants as Xi Jinping's government prepares to roll out a raft of new anti-monopoly regulations […] Some analysts predict there's a crackdown coming, but a targeted one. They point to language in the regulations that suggests a heavy focus on online commerce, from forced exclusive arrangements with merchants known as [Choose One of Two] to algorithm-based prices favoring new users. […] Those kinds of strategies helped drive eBay Inc. and Amazon.com Inc. out of China and have led companies including Alibaba, JD.com Inc., and upstart Pinduoduo Inc. to accuse each other of using underhanded tactics."[157]

- City A.M. (November 11, 2020): "The draft rules, which were published yesterday, will look to crack down on practices such as [Choose One of Two] which prevents brands from selling on multiple platforms. A number of competitors and merchants have accused Alibaba of adopting this practice on its sites."[158]

- Ming Pao (November 11, 2020): "This opinion draft not only raises issues such as unfair pricing, but also addresses issues such as Tmall being accused of forcing merchants to choose only one online shopping platform and differential pricing in the early years. […] Issues such as 'Choose One From Two' and fraudulent orders on Double Eleven merchants did not happen overnight. As early as 2015, JD.com sued Tmall in court for abusing its market dominance by forcing merchants to choose between platforms."[159]

89.     I also conducted keyword searches on Factiva in order to identify news articles that fell outside the two business day window I used above.[160] In addition, while I have already provided evidence showing the market's awareness of Alibaba practicing exclusivity before the Proposed Class Period in the **Section VI.A** above, I also applied this systematic keyword search

---

[157] *The Boston Globe*, "Down $290 Billion, China Tech Investors Wargame Worst-case Scenarios," November 11, 2020.

[158] *City A.M.*, "China Cracks Down on Tech Giants with Anti-Monopoly Laws," November 11, 2020.

[159] *Ming Pao*, "The Central Government Plans to Crack Down on Online Monopolies, ATMX Plummets Heavily, and on the Eve of Double Eleven, Alibaba's ADR Falls by Another 50%," November 11, 2020.

[160] The specific keyword combination used in English-language articles was: ("one of two" OR "one out of two" OR "one from two" OR "one between two" OR "one among two" OR "one-of-two" OR "one-out-of-two" OR "one-from-two" OR "one-between-two" OR "one-among-two" OR "1 of 2" OR "1 out of 2" OR "1 from 2" OR "1 between 2" OR "1 among 2" OR "1-of-2" OR "1-out-of-2" OR "1-from-2" OR "1-between-2" OR "1-among-2" OR "er xuan yi" OR "er-xuan-yi" OR "erxuanyi" OR "choose one" OR "pick one" OR "choosing one" OR "picking one" OR "exclusivity" OR "exclusive agreement" OR "2-select-1" OR "two-select-one"). The specific keyword used in Chinese-language articles was "二选一."

analysis to the articles in the Alibaba News Article Universe published before the Proposed Class

Period (specifically, starting from October 1, 2019).[161] Among these, I found evidence

demonstrating that the market was aware of Alibaba practicing exclusivity before and during the

Proposed Class Period. For example:

- Wang Daily (November 7, 2019): "According to reports, since Tmall has implemented a 'Choose One From Two' policy for many online stores since 2013, many merchants have been unable to operate on e-commerce platforms other than Tmall. The three major Tencent-based e-commerce platforms, including JD.com, Pinduoduo and Vipshop, recently jointly filed a lawsuit against Tmall, demanding that Tmall 'stop abusing its market dominance.'"[162]

- The Economist (November 30, 2019): "In April Colin Huang, founder of Pinduoduo, a $43bn upstart that is nipping at Alibaba's heels, warned of 'forced exclusivity' in e-commerce. Alibaba dismisses the issue as 'baseless sensationalisation'. It adds that 'committing to a single partner is normal commercial behaviour'. Shortly before Alibaba's Singles' Day sales jamboree on November 11th, regulators travelled to its home town of Hangzhou to warn e-commerce firms that such deals were illegal. If they want, they can make life deeply uncomfortable."[163]

- Financial Times (January 13, 2020): "[I]n June [2019, Mark Hu, a merchant], was forced to pick between [PDD and Alibaba], after Alibaba allegedly told him that unless he shut his Pinduoduo site, online shoppers would no longer be directed to his products on its Tmall platform. […] In China's hyper competitive online shopping market, Mr Hu's experience is increasingly common. Alibaba is fighting back against Pinduoduo, [who is …] now Alibaba's main competition, displacing JD.com, which has 334m customers. In response, merchants say they are being asked by Alibaba to [Choose One of Two], a tactic that has already drawn two lawsuits for anti-competitive behaviour."[164]

- Reuters News (November 23, 2020): "Alibaba's e-commerce marketplaces and payment services are also expected to face greater oversight under the draft rules published on Nov. 10 by China's market regulator, which said it wanted to

---

[161] It was not necessary to conduct such a keyword search on the analysts' reports because, as I discussed above, I reviewed all analysts' reports in the Alibaba Analysts' Report Universe, which includes those published during the period of interest here.

[162] *Wang Daily*, "During the Double Eleven War, Tencent Besieged Tmall. Three Major E-Commerce Companies Jointly Filed a Lawsuit to Urge to Stop Demanding Merchants to 'Choose One From Two,'" November 7, 2019.

[163] *The Economist*, "Schumpeter: One Company, Two Systems," November 30, 2019.

[164] *Financial Times*, "Sellers Asked to Choose in Battle Between Alibaba and Pinduoduo," January 13, 2020.

prevent platforms from dominating the market or from adopting methods aimed at blocking fair competition. The company and its rivals have come under fire for allegedly engaging in a practice referred to as [Choose One of Two], in China, in which e-commerce platforms penalize sellers who offer goods on rival sites."[165]

90.    To summarize, my analysis finds that the market was aware that Alibaba was practicing exclusivity during the Proposed Class Period. This finding is not consistent with the Price Maintenance Theory.[166] I note that this result is the second such finding.

### C.    Information in the Alleged Corrective Disclosure (Price Maintenance Key Questions #3)

91.    The final Key Question under the Price Maintenance Theory is whether the alleged corrective disclosure (the SAMR Investigation Announcement) did, in fact, reveal the "truth" concealed by the alleged misrepresentations. It is undisputed that there was a large price decline on December 24, 2020 following the SAMR Investigation Announcement, which Plaintiffs and Dr. Tabak point to as the corrective disclosure.[167] However, if the SAMR Investigation Announcement did not "correct" information in alleged misrepresentations, then the December 24, 2020 ADS price decline cannot provide the basis to infer the existence of misrepresentation-related inflation during the Proposed Class Period.

92.    The SAMR Investigation Announcement was not a statement by Alibaba that it was, contrary to the alleged misrepresentations, practicing exclusivity. Instead, it was an announcement by SAMR that it had started a regulatory investigation into Alibaba's exclusivity practices. In this section, I evaluate the claim that this was equivalent to a corrective disclosure

---

[165] *Reuters News*, "UPDATE 2-Alibaba CEO Says China's Scrutiny of Internet Platforms is Needed," November 23, 2020.

[166] This finding is also inconsistent with the Price Inflation Theory, which I rejected in **Section V**.

[167] Complaint, ¶¶ 130-131; Tabak Deposition, 36:11-19. Note that Dr. Tabak only briefly described the SAMR Investigation Announcement in his report and did not compare the information it contained with any alleged misrepresentation. *See* Tabak Report, ¶ 60, n. 48.

and I investigate whether, absent the alleged misrepresentations, Alibaba's ADS price may have declined to the same degree due to other factors that contributed to that price decline.

93.     After the SAMR Investigation Announcement, Alibaba's ADS price declined from $256.18 to $222.00 per share, more than 13 percent. According to both Dr. Tabak's event study and the Hubbard Event Study, this price decline is statistically significantly different from zero.[168] However, as I showed above in **Sections VI.A-B**, the market was already aware, before the SAMR Investigation Announcement, that Alibaba was practicing exclusivity during the Proposed Class Period and, as such, the SAMR Investigation Announcement did not correct the Prior Practices Statement. Moreover, as I discuss further in this section, none of the other alleged misrepresentations were corrected. Alibaba specifically disclosed the risk (though, of course, not the certainty) of a SAMR investigation, and the market was aware of such risk. As such, the SAMR Investigation Announcement did not correct the Antitrust Risk Disclosure Statements either. I also find that the SAMR Investigation Announcement did not correct the Other Statements and Disclosures.

94.     In addition, the price decline following the SAMR Investigation Announcement was driven by other factors that were unrelated to the alleged misrepresentations, including: (1) the announcement of the SAMR investigation, which was the materialization of disclosed and known risks, and the associated uncertainty regarding the scope, timeline, outcome, and the

---

[168] Alibaba's ADS return on December 24, 2020 was -13.34 percent. Dr. Tabak finds that the abnormal return was -12.96 percent with a *t*-statistic of -10.00, which is statistically significantly different from zero at the one percent level. *See* Tabak Report, ¶ 34. Under the Hubbard Event Study, on December 24, 2020 Alibaba had an abnormal return of -13.19 percent with a *t*-statistic of -11.62, which is statistically significantly different from zero at the one percent level. *See* **Exhibit 2**.

ramifications beyond the investigation that were not resolved until at least April 2021; and (2) confounding news that, on the same day, Ant Group was asked to meet with regulators.[169]

95.    Thus, I conclude that the price decline following the SAMR Investigation Announcement was not caused by a correction of the alleged misrepresentations. This is my third finding contradicting the Price Maintenance Theory.[170]

### i.    The SAMR Investigation Announcement Did Not Correct the Prior Practices Statement

96.    To reiterate, on December 23, 2020, after the close of U.S. stock markets, SAMR issued the following announcement:

> Recently, based on complaints, the State Administration for Market Regulation launched an investigation into Alibaba Group Holding Co., Ltd.'s suspected monopolistic practices including "Choose One From Two" in accordance with the law.[171]

97.    Plaintiffs allege that the Prior Practices Statement was misleading because it: "falsely suggest[ed] that Alibaba had ceased the practices by the time of the 2020 Form 20-F when, in fact, Alibaba had continued to utilize unlawful exclusive and restrictive dealing requirements *throughout* 2020."[172] However, the SAMR Investigation Announcement did not correct the Prior Practices Statement because the market was aware that Alibaba was practicing exclusivity during the Proposed Class Period, as I discussed in detail in **Section VI.B**.

---

[169] Ant Group was 33 percent owned by Alibaba. *See Truist Securities*, "Reiterate Buy/$308 PT (DCF-Derived) in Face of Regulatory Scrutiny," December 29, 2020, p. 2.

[170] Similar to my other findings in **Sections VI.A-B**, this finding is also inconsistent with the Price Inflation Theory.

[171] SAMR Investigation Announcement.

[172] Complaint, ¶ 255 (e) (emphasis in Complaint).

98.     Furthermore, as I discuss below in **Section VI.C.ii.b**, market commentary after the SAMR Investigation Announcement did not express surprise regarding Alibaba practicing exclusivity, again indicating that the news was not corrective of the Prior Practices Statement.

### ii.     The SAMR Investigation Announcement Did Not Correct the Antitrust Risk Disclosure Statements

99.     The SAMR Investigation Announcement did not correct the Antitrust Risk Disclosure Statements because, as I show below, the regulatory investigation risks were disclosed and discussed by market participants during the Proposed Class Period.

### a.     Alibaba's Regulatory Investigation Risks During the Proposed Class Period Were Disclosed and Known to the Market

100.     During the Proposed Class Period, Alibaba disclosed the risk of being investigated by Chinese regulators in its SEC filings. For example, as Plaintiffs acknowledge, Alibaba disclosed in its 2020 20-F, filed on the first day of the Proposed Class Period, that: "[a]nti-monopoly and unfair competition claims or regulatory actions against us may result in our being subject to fines, constraints on our business and damage to our reputation."[173] This statement was also disclosed in Alibaba's July 2020 6-K concerning Alibaba's 2020 Annual Report.[174]

101.     The same Alibaba 2020 20-F and July 2020 6-K discussed that SAMR had strengthened its anti-monopoly enforcement in recent years:

---

[173] Alibaba 2020 20-F, p. 39. Plaintiffs claim that this sentence is an alleged misrepresentation because "it presented as hypothetical regulatory and legal risks relating to Alibaba's compliance with China's anti-monopoly laws and/or unfair competition laws while omitting and failing to disclose that Alibaba was in fact employing practices that SAMR had already declared to be a violation of Chinese law and unambiguously ordered Alibaba to cease from doing." Complaint, ¶¶ 253, 255.

[174] *See* Alibaba July 2020 6-K, p. 250.

57

"The PRC anti-monopoly enforcement agencies have in recent years strengthened enforcement under the PRC Anti-monopoly Law, including levying significant fines, with respect to concentration of undertakings and cartel activity, mergers and acquisitions, as well as abusive behavior by companies with market dominance. […] The SAMR issued a new set of guidelines with respect to merger control review in September 2018, and issued the Notice on Anti-monopoly Enforcement Authorization on December 28, 2018, which grants authorizations to the SAMR's province-level branches for anti-monopoly enforcement within their respective jurisdictions. The SAMR also imposed several administrative penalties on various companies for failing to duly make filings as to their transactions subject to merger control review by the SAMR. The scope of the companies that were penalized is broad, and covers a variety of different industries."[175]

102.   Alibaba's 2020 20-F and July 2020 6-K also discussed that SAMR had previously indicated its intention of initiating investigations into certain practices adopted by e-commerce platforms, including exclusivity arrangements:

On several recent occasions, including at administrative guidance meetings attended by Internet platform companies including our company, the SAMR has indicated its view that certain business arrangements adopted by e-commerce platforms, *including arrangements seen as exclusivity arrangements, may constitute violation of the anti-monopoly and unfair competition laws. The SAMR also indicated its intention of initiating investigations into these arrangements.*[176]

103.   Alibaba's 2020 20-F and July 2020 6-K warned that: "[i]n recent years, an increased number of companies have been exercising their right to relief under the PRC Anti-monopoly Law" and that: "due to our large scale of business and close media attention, there can be no assurance that regulators will not initiate anti-monopoly investigations into specific business practices we have adopted."[177] Further, Alibaba discussed the potential negative impacts from a materialization of such regulatory risks:

---

[175] Alibaba 2020 20-F, p. 39. Alibaba July 2020 6-K, p. 250. Plaintiffs claim that the first sentence in the quote is an alleged misrepresentation because "Defendants knew and failed to disclose that Alibaba was then violating the AML by utilizing illegal exclusive dealing business practices." Complaint, ¶¶ 253, 255.

[176] Alibaba 2020 20-F, p. 39. Alibaba July 2020 6-K, p. 250 (emphasis added).

[177] Alibaba 2020 20-F, p. 39. Alibaba July 2020 6-K, p. 250. Plaintiffs claim that this sentence is an alleged misrepresentation because "it misrepresented and failed to disclose that due to Alibaba's knowing and ongoing violations of Chinese law in contravention of SAMR directives, regulators were extremely likely to initiate

> These allegations, claims, actions or proceedings, regardless of their merits, have, and may continue to, cause us to change some of our business practices and hinder our business operations, which could decrease the popularity of our businesses, products and services, cause our revenue and net income to decrease materially, and could lead to additional regulatory inquiries, investigations or actions against us, such as profit disgorgement, heavy fines and various restrictions on our businesses or investment activities. Any of the above circumstances could materially and adversely affect our business, operations, reputation, brand and the trading price of our ADSs and/or Shares.[178]

104.    Alibaba's regulatory risks were not only disclosed by Alibaba, but also discussed by market participants. As I showed in **Section VI.B**, my review of analysts' reports and news articles following the November Draft Guidelines indicates that the market was aware of the risks entailed by Alibaba practicing exclusivity, as analysts connected the November Draft Guidelines discussion of such practices to Alibaba. This is also consistent with my finding in the same section that Alibaba's ADS price declined statistically significantly following the November Draft Guidelines, which suggests that the market incorporated the risk of being investigated by SAMR into Alibaba's ADS price.

105.    The announcement of a potential government investigation and/or enforcement action is, by its nature, unpredictable. Any regulatory decisions by SAMR or other Chinese

---

antimonopoly investigations into specific business practices that Alibaba employed, including its 'Choose One of Two' practices, forced exclusivity, and related anti-competitive behavior." Complaint, ¶ 255.

[178] Alibaba 2020 20-F, p. 39. Alibaba July 2020 6-K, p. 250. In addition, Alibaba also discussed the potential negative impact from China's anti-monopoly law on its acquisition strategies: "Under the PRC Anti-monopoly Law, companies undertaking certain investments and acquisitions relating to businesses in China must notify the anti-monopoly enforcement agency, in advance of any transaction where the parties' revenues in the China market exceed certain thresholds and the buyer would obtain control of, or decisive influence over, the other party [...] Due to the level of our revenues, our proposed acquisition of control of, or decisive influence over, any company with revenues within China of more than RMB400 million in the year prior to any proposed acquisition would be subject to the SAMR merger control review. As a result of our size, many of the transactions we undertook and may undertake could be subject to SAMR merger review. Complying with the requirements of the relevant regulations to complete these transactions could be time-consuming, and any required approval processes, including approval from SAMR, may be uncertain and could delay or inhibit our ability to complete these transactions, which could affect our ability to expand our business maintain our market share or otherwise achieve the goals of our acquisition strategy." Alibaba 2020 20-F, p. 51. *See also* Alibaba July 2020 6-K, p. 262.

government agencies would be beyond the control or prediction of individual companies like Alibaba. Therefore, Alibaba could not have known for certain *that* a future investigation would take place, *when* a future investigation would take place, or *what* the findings or impact would be should one occur. Dr. Tabak agrees, as he testified that: "if you're talking about the actual investigation. It could not have been disclosed by Alibaba before December 23, 2020, assuming that Alibaba did not know of it."[179] Alibaba's risks of being investigated by SAMR were disclosed by Alibaba in various SEC filings and known to the market during the Proposed Class Period.

> **b.    Market Commentary Following the SAMR Investigation Announcement Did Not Express Surprise Regarding Alibaba Practicing Exclusivity, Indicating that the SAMR Investigation Announcement Did Not Correct Any Alleged Misrepresentations about Alibaba's Antitrust Risk**

106.    My review of the 90 analysts' reports in the Alibaba Analysts' Report Universe that were published within three weeks of the SAMR Investigation Announcement (the "December Analysts' Report Subset") shows that market participants were not surprised by the purported revelation of Alibaba practicing exclusivity.[180] Commentary from many analysts' reports is consistent with market participants already being aware of the antitrust risks presented by Alibaba practicing exclusivity. As such, the SAMR Investigation Announcement did not correct any alleged misrepresentations about Alibaba's antitrust risk. I list a few examples below, and a full list of analysts' quotes are included in **Appendix D.1**:

---

[179] Tabak Deposition, 38:10-20.

[180] Note that the 90 analysts' reports include 44 reports that were found to (1) have identical commentary to other reports; (2) contain merely a presentation of previously released data; or (3) contain no Alibaba-specific commentary, such as a compilation of news. Among the remaining 46 reports, 14 reports discussed only events other than the SAMR Investigation Announcement (*e.g.*, earnings results previews and potential U.S. policies on Chinese companies).

- Raymond James & Associates (December 24, 2020): "As we noted in our November 10 published note…we felt the biggest risk from the Antitrust Guidelines was the practice of exclusive relationships. As such, we are not surprised by the announcement of the investigation."[181]

- Bank of America (December 24, 2020): "[e-Commerce regulation is] not a big surprise… there has been more media attention on the [e-Commerce] market's practices. […] especially, forced exclusive supply deals with merchants…"[182]

- Truist Securities (December 29, 2020): "BABA has been accused of [Choose One of Two] for several years already… [the practice] is not specific to BABA and is being used by many other leading Internet companies across ecommerce, food delivery, and other online services."[183]

107. News coverage further demonstrates that the market was aware of Alibaba practicing exclusivity prior to the SAMR Investigation Announcement and that Alibaba would be subject to regulatory risk. For example:

- Dow Jones Institutional News (December 24, 2020): "Specifically, the regulators mentioned the practice of forcing merchants to sell exclusively on Alibaba's platforms. This is a longstanding issue in China's e-commerce industry, where Alibaba reigns supreme. JD.com, Alibaba's competitor, has complained about it for years and filed lawsuits against the market leader."[184]

- The Wall Street Journal (December 24, 2020): "If the political concerns around Alibaba are new, the complaints that Beijing's main market regulator raised on Thursday aren't. Accusations over the practice, called [Choose One of Two] have been a mainstay of China's online retail sector for at least five years as Alibaba, the operator of the dominant e-commerce platforms Taobao and Tmall, looked to head off the rise of rival JD.com Inc. and, more recently, fast-growing Pinduoduo Inc. According to Alibaba's competitors and some merchants, the company has punished certain brands selling goods on both Alibaba and its rival platforms. Such moves include preventing them from participating in high-traffic promotions on Alibaba services or by moving their listings lower down in search results, said

---

[181] *Raymond James & Associates*, "China to Launch Investigation into Alibaba for Monopolistic Practices," December 24, 2020.

[182] *Bank of America*, "Potential Regulation Impact on Promotion Seasons & Marketing," December 24, 2020.

[183] *Truist Securities*, "Reiterate Buy/$308 PT (DCF-Derived) in Face of Regulatory Scrutiny," December 29, 2020.

[184] *Dow Jones Institutional News*, "Beijing Sends Alibaba an Unwelcome Christmas Present – Heard on the Street," December 24, 2020.

Ben Cavendar, managing director at China Market Research Group in Shanghai."[185]

- The New York Times (December 23, 2020): "Large e-commerce sites in China have for years been accused of blocking merchants who sell on their platform from selling on others, particularly during big sales events such as the annual Singles' Day. One of Alibaba's main rivals, JD.com, has fought the company in court over the practice. Galanz, a Chinese appliance maker, made headlines last year when it accused Tmall of suppressing its products in the platform's search results after the brand teamed up with a rival e-commerce company, Pinduoduo. Tmall denied the accusations, according to news reports at the time."[186]

- South China Morning Post (December 24, 2020): "The move by China's antitrust regulator to launch an investigation into the alleged monopolistic practices of Alibaba Group Holding will be the first time authorities have cracked down on the so-called: [Choose One of Two] practice, despite its years-long use in the e-commerce market. The tactic, in which online merchants are forced to choose only one platform as their exclusive distribution channel, is widespread in China, especially during the shopping festivals such as November 11."[187]

- Hong Kong Economic Journal (December 25, 2020): "In fact, the 'Choose One From Two' controversy between Alibaba and other e-commerce platforms has existed for years. The so-called 'Choose One From Two' practice means that Alibaba's Tmall requires merchants to cooperate by 'signing an exclusive agreement' and engaging in 'exclusive cooperation.' After opening a flagship store on Tmall, merchants are not allowed to open stores on other platforms or participate in other promotional activities."[188]

- Sing Tao Daily (December 25, 2020): "As early as 2013, legal documents show that Alibaba was accused of requiring merchants to [Choose One of Two] for the products listed on its Tmall platform and rival JD.com (9618)."[189]

- Ming Pao (December 26, 2020): "The so-called 'Choose One From Two' monopolistic behavior for which Alibaba was investigated this time can be traced back to 2013. At that time, Alibaba's e-commerce platform Tmall required

[185] *The Wall Street Journal*, "China's Antitrust Probe Zeroes In on Vendor Claims of Alibaba Pressure; Chinese Tech Companies Face Both Increasing Political Pressure at Home and Intensified Scrutiny In the U.S.," December 24, 2020.

[186] *The New York Times*, "With Alibaba Investigation, China Gets Tougher on Tech," December 23, 2020.

[187] *South China Morning Post*, "Alibaba Antitrust Investigation: What Is the 'Picking One from the Two' Practice that Triggered an Official Probe?" December 24, 2020.

[188] *Hong Kong Economic Journal*, "Antitrust Investigation, Alibaba Drops 8%, US Falls Again," December 25, 2020.

[189] *Sing Tao Daily*, "The Stock Price Plunged 8%, Jack Ma's Net Worth Evaporated by 15 Billion in Half a Day, and Alibaba was Investigated by the Central Supervision Bureau for Involvement in Monopoly," December 25, 2020.

merchants to only choose between itself and JD.com for promotions. During the 2015 Double Eleven, JD.com reported on Tmall's 'choose one from two' behavior..."[190]

108.    To summarize, I show in this section that the SAMR Investigation Announcement was a materialization of disclosed and known risks. The information Plaintiffs allege was revealed on December 23, 2020 (*i.e.*, "Alibaba's continued use of exclusive and restrictive trading practices"[191] and the associated regulatory risk) was, in fact, known by the market prior to the SAMR Investigation Announcement. As such, the SAMR Investigation Announcement did not correct the Antitrust Risk Disclosure Statements.

### iii.    The SAMR Investigation Announcement Did Not Correct Any of the Other Statements and Disclosures

109.    There is also no evidence to show that the SAMR Investigation Announcement corrected or revealed new information related to the Other Statements and Disclosures. As I described in **Section III.C.iii.**, these alleged misrepresentations generally concerned: (1) how Alibaba creates value by enabling merchants to operate at a higher efficiency, (2) Alibaba's source of revenue growth, and (3) Alibaba's general business risks "were materially misleading because they omitted and failed to disclose that Alibaba 'retain[ed]' many of its most important merchants, and derived its revenue, in substantial part, based on" practicing exclusivity.[192]

110.    First, as I discussed above, the SAMR Investigation Announcement only included the brief statement: "Recently, based on complaints, the State Administration for Market Regulation launched an investigation into Alibaba Group Holding Co., Ltd.'s suspected

---

[190] *Ming Pao*, "Alibaba's U.S. Stocks Down 13% at Close, the Largest Single-Day Drop, Equivalent to a Further 6% Drop Compared to Hong Kong Stocks. Pinduoduo Benefited from a 10% Rebound," December 26, 2020.

[191] Class Certification Motion, p. 7.

[192] Complaint, ¶ 257.

monopolistic practices including 'Choose One From Two' in accordance with the law."[193] There was no mention in the disclosure regarding Alibaba's merchant retention, how it creates value, the sources of Alibaba's revenue growth, or any general business risks.

111.    Moreover, as I described in **Section III.E**, following the conclusion of the investigation, Alibaba said in a conference call to investors that it did not "rely on exclusivity to retain our merchants" and it did not "expect material negative impact" after SAMR concluded its investigation.[194] Plaintiffs do not allege this statement as false or misleading.

112.    Further, based on a review of the December Analysts' Report Subset, I found that many analysts' reports either did not comment on any long-term impact of the SAMR Investigation Announcement on Alibaba's revenue, value creation, and merchant retention or expected any such potential impact to be limited (*see* **Appendix D.2** for examples of the latter).

113.    Furthermore, in my review of 665 news articles in the Alibaba News Article Universe that were published from the time of the SAMR Investigation Announcement at 7:30 PM Eastern Time on December 23, 2020 through December 29, 2020 (two business days after the December 24 effective date),[195] which I refer to as the "December News Article Subset." I found no mention that the SAMR investigation was expected to have a material impact on Alibaba's revenue, value creation, and merchant retention.

---

[193] SAMR Investigation Announcement.

[194] Alibaba, "Alibaba Group Holding Limited Special Call, April 12, 2021, 1:00 AM GMT," *S&P Global Market Intelligence*, April 12, 2021, p. 6.

[195] As I noted above, Factiva includes reprinted articles. Thus, some of the articles in this set may include reprints of others in the same set.

114.    To summarize, there is no evidence that the SAMR Investigation Announcement corrected the Other Statements and Disclosures.

### iv.    The Price Decline Following the SAMR Investigation Announcement Was Driven by Factors Other than the Revelation of Alibaba Practicing Exclusivity

115.    I showed above that the SAMR Investigation Announcement did not correct the alleged misrepresentations and, thus, cannot be used as evidence that the alleged misrepresentations caused inflation in Alibaba's ADS price. In this section I conduct analyses to investigate whether there is evidence consistent with a finding that the price was reacting to other information that was not "corrective." I find that the price decline following the SAMR Investigation Announcement was driven by factors that were unrelated to the alleged misrepresentations. Specifically, I find it was caused, in part, by the commencement of the SAMR investigation itself, which could not have been disclosed earlier and, in addition to being negative news in and of itself, introduced uncertainty into Alibaba's future prospects, irrespective of any prior company statements. An investigation announcement of this type—with an uncertain scope and outcome and unpredictable timelines—can generally be expected to result in an ADS price decline because, all else equal, it introduces a possibility that the company could be negatively affected by the investigation outcome. Further, negative confounding news that Ant Group, in which Alibaba owned a 33-percent stake, was asked to meet with regulators also contributed to the price decline.

### a.    An Announcement of a Government Investigation, such as the SAMR Investigation Announcement, In and of Itself, Can Cause a Price Decline

116.    First, an announcement of a government enforcement action, such as the SAMR Investigation Announcement, is generally considered by the market as a negative event for a

65

firm. The materialization of this previously-disclosed risk itself contributed to the ADS price decline. Furthermore, as I show below, the SAMR Investigation Announcement amplified the uncertainty around Alibaba and led market participants to speculate about the "worst-case" outcome of the investigation and ramifications beyond the investigation (*i.e.*, any impact on Alibaba's future business operations and prospects), which further contributed to the price decline. Changes in Alibaba's implied volatilities after the SAMR Investigation Announcement and the statistically significant price increase in April 2021, after the SAMR investigation was concluded, support my conclusion that an important cause of the price decline was the uncertainty regarding the SAMR investigation.

117.    Note that, unlike many announcements of investigations by U.S. regulators,[196] which often only take place after the completion of the investigation,[197] the SAMR Investigation Announcement related only to the initiation of an investigation and provided no detail on the scope, timeline, or potential penalties of said investigation. Thus, the SAMR Investigation Announcement was associated with greater uncertainty than investigation announcements to which U.S. shareholders may be accustomed.

---

[196] Companies may announce that they are being investigated, formally or informally, before the SEC's release of results.

[197] *See*, *e.g.*, "How Investigations Work," *SEC.gov*, available at https://www.sec.gov/enforcement/how-investigations-work ("All SEC investigations are conducted privately.") *See also* "Investor Bulletin: SEC Investigations," *SEC.gov*, October 22, 2014, available at https://www.sec.gov/oiea/investor-alerts-bulletins/ib_investigations ("SEC investigations are generally conducted on a confidential basis to maximize their effectiveness and protect the privacy of those involved. Because SEC investigations are generally nonpublic, Enforcement will not confirm or deny the existence of an investigation unless the SEC brings charges against a person or entity involved. Enforcement also will not provide updates on the status of any pending SEC investigation.")

*1) Market Commentary on Uncertainty*

118.    To understand the market's assessment of the SAMR Investigation

Announcement, I reviewed the December Analysts' Report Subset. My review shows that

analysts commented on the uncertainty associated with the investigation in terms of its scope,

timeline, and outcome. Specifically, numerous analysts' reports mentioned uncertainty, ongoing

risks, regulatory overhang or headwinds, or a related term with regard to the SAMR

Investigation Announcement. I list a few examples below, and a full list of analysts' quotes are

included in **Appendix D.3**:

- Robert W. Baird & Co., Inc. (December 27, 2020): "We are lowering our price target to $285 using a higher discount rate on future projected cash flows given uncertainty around government oversight and potential for direct regulatory action in the coming year. On Thursday, the government announced an anti-trust investigation into Alibaba and its relationships with suppliers," and "Regulatory impact remains unclear, long-term growth drivers still solid. While it is very hard to predict the outcome of the Chinese government's ongoing investigation into Alibaba and other large consumer Internet platforms, we believe the bigger picture is Alibaba's e-commerce, cloud, and fulfillment platforms are still aligned with the government's interests in improving the standard of living for Chinese citizens."[198]

- Nomura Securities Co. Ltd. (December 28, 2020): "SAMR particularly pointed out in its 43-word announcement regarding BABA that the ongoing probe was initiated in response to complaints received, which in our view has scotched speculation that BABA was purposely targeted […] Along this line, we think SAMR could identify, upon the completion of its probe, some of BABA's business practices as [Choose One of Two], and demand amends. It is difficult to forecast at the moment what, if any, additional penalty the authority may impose on BABA."[199]

- UOB Kay Hian Pte Ltd (January 5, 2021): "Due to the short-term regulatory overhang and concerns on intense competition in the commerce space, we continue to expect an unfavourable valuation for BABA."[200]

---

[198] *Robert W. Baird & Co., Inc.*, "Lowering Price Target on Regulatory Uncertainty; Fundamentals Remain Intact," December 27, 2020.

[199] *Nomura Securities Co. Ltd.*, "The Regulator Initiates Anti-Trust Probe into BABA," December 28, 2020.

[200] *UOB Kay Hian Pte Ltd*, "Business On Track; Short-term Regulation Overhang," January 5, 2021.

- Citi (January 7, 2021): "As we are awaiting the announcement of the outcome of the investigation from the government, we do not have visibility into the timing of when such an announcement could be released. That said, we believe it is highly likely that BABA will be fined for certain penalty charges and the amount could range from millions to tens of millions of dollars."[201]

- HSBC (January 8, 2021): "We think regulatory headwinds and market concerns on share loss have already been largely priced-in by share price correction of c30% since 2020 peak."[202]

- Oppenheimer & Co., Inc. (January 11, 2021): "In our view, the antitrust investigation remains a sentiment overhang, but the potential impact is likely minimal."[203]

- Credit Suisse (January 13, 2021): "While the uncertainty over the investigation outcome and impact on earnings… are likely to drag the share price, we see attractive valuation for longer-term investor at the current level."[204]

119.    Many of the articles in the December News Article Subset highlighted the lack of detail in the SAMR investigation, the fact that this investigation was the first of its kind, as well as the general uncertainty surrounding the investigation. For example:

- The New York Times (December 23, 2020): "In its brief statement announcing the inquiry on Thursday, the State Administration for Market Regulation named only one specific form of anticompetitive conduct by Alibaba that it would look into: exclusivity agreements, which in Chinese are described using a phrase that translates as 'choose one of two.'"[205]

- Associated Press Newswire (December 24, 2020): "The one-sentence statement gave no details of possible penalties or a timeline to announce a result."[206]

- Barron's Online (December 24, 2020): "Overnight, China's antitrust watchdog said it was investigating Alibaba, without further details. In the near-term, the regulatory scrutiny, especially the antimonopoly measures, could be a source of

---

[201] *Citi*, "Business Update, Assess Regulatory Risk and FY3Q21E Preview," January 7, 2021.

[202] *HSBC*, "Buy: Fundamentals Remain Intact, Risks Look Priced In," January 8, 2021.

[203] *Oppenheimer & Co., Inc.*, "Investing in Lower-Tier Cities and E-Grocery, Long-term Thesis Intact; Maintain Outperform," January 11, 2021.

[204] *Credit Suisse*, "3Q FY21 Preview: Business Outlook Would Be the Key Focus," January 13, 2021.

[205] *The New York Times*, "With Alibaba Investigation, China Gets Tougher on Tech," December 23, 2020.

[206] *Associated Press Newswire*, "China Steps Up Pressure on Alibaba With Anti-Monopoly Probe," December 24, 2020.

continued volatility for Chinese tech stocks. 'Many rules in China aren't sufficiently detailed, which means there is wide gray areas,' says David Semple, a veteran emerging markets manager who oversees VanEck's emerging markets equity team."[207]

- Financial Times (December 24, 2020): "The investigation is one of the first of its kind into a large Chinese tech company and comes as authorities are subjecting Alibaba's ecommerce and fintech activities to an unprecedented amount of scrutiny." Quoting Scott Yu, an antitrust expert: "[t]his is China's first antitrust investigation into a Chinese internet company for abusing its market dominance."[208]

- South China Morning Post (December 24, 2020): "The move by China's antitrust regulator to launch an investigation into the alleged monopolistic practices of Alibaba Group Holding will be the first time authorities have cracked down on the [Choose One of Two] practice, despite its years-long use in the e-commerce market. […] The regulatory probe comes as Beijing turns up the heat on its e-commerce giants, issuing draft rules last month aimed at preventing monopolistic behaviour by internet firms in China's first serious antitrust move against the sector."[209]

- Sing Tao Daily (December 25, 2020): "China's State Administration for Market Regulation announced that it had recently launched an investigation into Alibaba's alleged monopolistic practices such as 'Choose One From Two' based on reports, but did not disclose other details.[210]

- National Post (December 29, 2020): "It's unclear what concessions regulators may try to wring from Alibaba. Under the existing Antitrust Law – now undergoing revisions to include the internet industry for the first time […]."[211]

120.  To summarize, my review of analysts' reports and news articles shows that a portion of the price decline was attributable to the SAMR investigation itself and the uncertainty it introduced into Alibaba's future prospects. This is not surprising given my finding above that

---

[207] *Barron's Online*, "China Will Continue to Pose Risks for Investors. Here's What to Expect in 2021." December 24, 2020.

[208] *Financial Times*, "Beijing Launches Antitrust Investigation into Alibaba," December 24, 2020.

[209] *South China Morning Post*, "Alibaba Antitrust Investigation: What Is the 'Picking One from the Two' Practice that Triggered an Official Probe?" December 24, 2020.

[210] *Sing Tao Daily*, "The Stock Price Plunged 8%, Jack Ma's Net Worth Evaporated by 15 Billion in Half a Day, and Alibaba Was Investigated by the Central Supervision Bureau for Involvement in Monopoly," December 25, 2020.

[211] *National Post*, "China Tech Takes Hit; Probe Stirs Global Worry on What Next for Alibaba, Rivals," December 29, 2020.

market participants were already aware that Alibaba was practicing exclusivity and the associated regulatory risk. This is also consistent with my review of academic literature. For example, Karpoff *et al.* (2008) reports a negative average abnormal return that is statistically significantly different from zero for the at-issue companies' stock prices following announcements of regulatory involvement.[212]

> ### 2) *Uncertainty Suggested by the Implied Volatility of Alibaba's ADS*

121.    Implied volatility derived from options[213] reflects the stock market's expectation of how volatile a stock price will be in the future.[214] Academic studies have used implied volatilities to measure the stock market's uncertainty about future stock prices.[215] To examine whether the market's opinion of the uncertainty around Alibaba's future ADS prices changed following the SAMR Investigation Announcement, I analyzed the implied volatilities derived from Alibaba's exchange-traded at-the-money call options that expire in 91, 182, and 365

---

[212] Karpoff *et al.* (2008) documents that investigation events, where companies announced they were being investigated by the SEC, had "a mean abnormal return of-14.41% for the 230 investigation events with returns data. Most (97.4%) of these abnormal returns are negative and both test statistics are highly significant at the 0.001 level." *See* Karpoff, Jonathan M., *et al.*, "The Cost to Firms of Cooking the Books," *The Journal of Financial and Quantitative Analysis*, vol. 43, no. 3, September 2008 ("Karpoff *et al.* (2008)"), pp. 581-611, at pp. 588, 591-592.

[213] Implied volatility is derived from option values. According to the Black Scholes option pricing formula, the value of a stock option depends on, amongst other factors, the stock price, the expected volatility of the stock return, and the time to maturity. For a stock that has a traded option, the volatility implied by the option value can be inferred because stock price, option value, and time to maturity are known. This inferred value, or "implied volatility," represents the expected future standard deviation of the underlying stock's returns. *See* Hull, John C., *Options, Futures, and Other Derivatives*, Ninth Ed., Pearson Education, 2015 ("Hull (2015)"), pp. 357-358, 363-364.

[214] For example, Hull (2015) notes that: "[i]mplied volatilities are used to monitor the market's opinion about the volatility of a particular stock." *See* Hull (2015), p. 363.

[215] Baker *et al*. (2016) documents the relationship between implied volatilities and the stock market uncertainty about future government policies. Diavatopoulos *et al.* (2008) uses implied volatility as a measure of future risk when examining the relationship between the market's assessment of an individual stock's risks and the future return of the stock. *See* Baker, Scott R., *et al.*, "Measuring Economic Policy Uncertainty," *Quarterly Journal of Economics*, vol. 131, no. 4, November 2016 ("Baker *et al*. (2016)"), pp. 1593-1636; Diavatopoulos, Dean, *et al.*, "The Information Content in Implied Idiosyncratic Volatility and the Cross-Section of Stock Returns: Evidence from the Option Markets," *Journal of Futures Markets: Futures, Options, and Other Derivative Products*, vol. 28, no. 11, September 2008 ("Diavatopoulos *et al.* (2008)"), pp. 1013-1039.

calendar days (*i.e.*, in three, six, and twelve months).[216] As **Exhibits 3.A - 3.C** show, Alibaba's implied volatilities derived from 91-day, 182-day, and 365-day options were all relatively stable in the month leading up to December 24, 2020, at which point they all increased, by 9.4, 6.0, and 4.5 percentage points respectively, and then remained relatively stable at the new, higher, level for at least the next month. In contrast, the VIX indices that measure the implied volatility of the S&P 500 index[217] were stable over the entire period and, if anything, declined slightly on December 24, 2020. This analysis shows that, consistent with analysts' commentary regarding the uncertainty around SAMR's investigation, the volatility embedded in Alibaba's ADS increased sharply on December 24, 2020, which was not driven by market-wide factors but in response to the SAMR Investigation Announcement.[218]

> 3) *The April 2021 ADS Price Rebound and Market Commentary at that Time Is Further Evidence that Uncertainty Was a Driver of the ADS Price Decline After the SAMR Investigation Announcement*

122.    As discussed in **Section III.E**, in the April Investigation Conclusion, SAMR imposed a fine of CN¥18 billion (approximately US$2.75 billion), and also issued administrative guidance, instructing Alibaba to implement a comprehensive program of rectification and to submit a self-assessment and compliance report to the SAMR for three consecutive years.[219] This fine was equivalent to four percent of Alibaba's 2019 domestic revenues.[220]

---

[216] I obtained Alibaba's implied volatility from OptionMetrics, a database that provides historical option price data.

[217] *See* "Volatility Index Methodology: CBOE Volatility Index," *CBOE*, 2023, available at https://cdn.cboe.com/api/global/us_indices/governance/Volatility_Index_Methodology_Cboe_Volatility_Index.pdf.

[218] Uncertainty may also have been introduced by the news I discuss below that the People's Bank of China disclosed its intention to meet with Ant Group along with other regulators.

[219] April Investigation Conclusion. *See also Reuters News*, "China Fines Alibaba Record $2.75 Billion for Anti-Monopoly Violations," April 10, 2021.

[220] *Reuters News*, "China Fines Alibaba Record $2.75 Billion for Anti-Monopoly Violations," April 10, 2021.

123. As the *New York Times* highlighted: "[t]he [US$2.75 billion fine] imposed on Alibaba […] was the biggest move yet in the government's campaign to tighten its supervision of Big Tech. […] The resulting fine far exceeds the $975 million antitrust penalty that China imposed on Qualcomm, the American chip giant, in 2015."[221] However, on the next trading day, April 12, 2021, Alibaba's ADS price *increased* by 9.27 percent. This increase is statistically significantly different from zero under both Dr. Tabak's event study and the Hubbard Event Study.[222]

124. I reviewed the 119 analysts' reports in the Alibaba Analysts' Report Universe that were published within three weeks of the April Investigation Conclusion.[223] Of that set, many viewed the results of the investigation as at least a partial resolution of regulatory uncertainty and risk for Alibaba. I list examples below with a longer set of analysts' quotes presented in **Appendix D.4**:

- Jefferies (April 10, 2021): "We believe market concerns over the anti-monopoly investigation on BABA are addressed by SAMR's recent decision and penalties."[224]

- Nomura Securities Co. Ltd. (April 10, 2021): "On a positive note, the conclusion of this anti-trust investigation allows Baba to move on from this regulatory turmoil and to recast its focus on the business. It also helps lift the regulatory

---

[221] The *New York Times*, "China Fines Alibaba $2.8 Billion in Landmark Antitrust Case," April 9, 2021.

[222] *See* **Exhibit 2**. Dr. Tabak produced the results for abnormal returns for July 10, 2020 through December 24, 2020. For dates outside this period, I calculate the abnormal return myself using the estimated relationship between Alibaba's ADS and the industry index in Dr. Tabak's event study.

[223] Note that the 119 analysts' reports include 38 reports that were found to (1) have identical commentary to other reports; (2) contain merely a presentation of previously released data; or (3) contain no Alibaba-specific commentary, such as a compilation of news. Among the remaining 81 reports, 13 reports discussed only events other than the April Investigation Conclusion (*e.g.*, earnings results previews and updates on Ant Group) and 26 reports commented on the April Investigation Conclusion but did not comment on the uncertainty that Alibaba faced.

[224] *Jefferies*, "A New Starting Point," April 10, 2021.

overhang for Baba shares, as it scotched speculation on a possible breakup of Baba." [225]

- Loop Capital Markets (April 11, 2021): "While competitive and spending overhangs will likely remain near-term, we think the dark cloud of regulatory uncertainty should begin to clear and investor sentiment can begin to repair. Reiterate Buy."[226]

- Morgan Stanley (April 11, 2021): "[W]e think the regulatory decision should lift a major overhang on Alibaba that has pressured its share price, which has fallen 16% (vs. CSI Overseas China Internet index at +2%) since SAMR first started to seek public opinions on antitrust guidelines in November 2020."[227]

- China Merchants Securities (HK) Co., Ltd. (April 12, 2021): "Going forward, we believe this penalty indicates the anti-monopoly investigation on BABA has temporarily come to an end, which should gradually appease the market concerns and drive BABA's revaluation."[228]

- Goldman Sachs (April 12, 2021): "The State Administration for Market Regulation's (SAMR) announced administrative penalties on Alibaba's platform exclusivity … on 10 April, bringing closure to the anti-trust regulatory scrutiny that commenced in Dec 2020," and "We reiterate our Buy rating (on CL) and positive stance on BABA, as we expect limited further headline-driven risks given the period of low visibility on regulatory overhang should now largely come to an end."[229]

- HSBC (April 12, 2021): "We believe the regulatory risks have been largely priced in, and the concerns over the anti-trust penalty should now be put to rest."[230]

- UBS Equities (April 12, 2021): "Fine was in line with our expectations and should be a positive catalyst. This fine brings a conclusion to SAMR's anti monopoly investigation into Alibaba, which lifts one of several overhangs on the stock."[231]

---

[225] *Nomura Securities Co. Ltd.*, "SAMR Concludes Anti-Trust Investigation," April 10, 2021.

[226] *Loop Capital Markets*, "Anti-Monopoly Investigation Closes with $1/sh Fine and Message of Unity," April 11, 2021.

[227] *Morgan Stanley*, "Regulators Impose Record Fine for Anti-Monopoly Violations," April 11, 2021.

[228] *China Merchants Securities (HK) Co., Ltd.*, "Overhanging Sword Has Fallen, Market Concerns Could Fade," April 12, 2021.

[229] *Goldman Sachs*, "SAMR Penalties Bring Closure, Removing Overhang: Reiterate Buy (on CL)," April 12, 2021.

[230] *HSBC*, "Buy: Overhang Removed, Refocus on Fundamentals," April 12, 2021.

[231] *UBS Equities*, "Anti Monopoly Fine Lifts One of the Key Overhangs on the Stock," April 12, 2021.

- Morningstar, Inc. (April 13, 2021): "We think the overhang on Alibaba's stock price is largely removed with the finalization of the investigation by Chinese regulators over anticompetitive practices."[232]

125.    Additionally, I reviewed 531 news articles in the Alibaba News Article Universe that were published from 9:00 PM Eastern Time on April 9, 2021 through April 14, 2021(within two business days after the effective date of the April Investigation Conclusion),[233] and I found that many highlighted the reduction in antitrust-related uncertainty and risk. For example:

- Dow Jones Institutional News (April 9, 2021): "It is the harshest rebuke yet against the company, though it also removes some uncertainty over the company's future."[234]

- Dow Jones Newswires Chinese (April 11, 2021): "The penalty could put an end to the regulatory uncertainty associated with the antimonopoly investigation into Alibaba that started late last year, some analysts say."[235]

- Hong Kong Economic Times (April 12, 2021): "[T]wo major regulatory risks have been plaguing Alibaba's stock price performance. One of the two major regulatory risks has now been eliminated."[236]

- Los Angeles Times (April 12, 2021): "For Alibaba, the $2.8-billion fine was less severe than many feared and helps lift a cloud of uncertainty hanging over founder Jack Ma's internet empire."[237]

- Shanghai Daily Online (April 12, 2021): "The shares rally on relief that the fine marked the end of a four-month antitrust investigation into the company — a key source of uncertainty for the market was therefore removed, and that the fine and steps ordered were not more onerous."[238]

---

[232] *Morningstar, Inc.*, "Wide-Moat Alibaba Is Unprecedentedly Cheap; Regulatory Overhang Largely Removed," April 13, 2021.

[233] As I noted above, Factiva includes reprinted articles. Thus, some of the articles in this set may include reprints of others in the same set.

[234] *Dow Jones Institutional News*, "Alibaba Hit With Record $2.8 Billion Antitrust Fine in China -- 2nd Update," April 9, 2021.

[235] *Dow Jones Newswires Chinese*, "Alibaba Shares Rise in Hong Kong Despite Record $2.8 Bln Fine," April 11, 2021.

[236] *Hong Kong Economic Times*, "Perspective on China, Hong Kong SAR and the United States, Trend Analysis: Alibaba is Fined and Regulatory Risks are Eliminated," April 12, 2021.

[237] *Los Angeles Times*, "With a Huge Fine, China Shows Big Tech Who's Boss," April 12, 2021.

[238] *Shanghai Daily Online*, "Alibaba's Shares Soar after Record China Fine," April 12, 2021.

- Business Insider (April 12, 2021): "Alibaba's shares jumped 8% on Monday after China imposed a record $2.8 billion fine on the company. The fine, which marks an end to investor uncertainty, wasn't as hefty as some expected."[239]

- South China Morning Post (April 12, 2021): "Alibaba Group Holding surged by the most in nearly three months, aiding an advance in the Hang Seng Index, after a record antitrust fine of US$2.8 billion allowed the firm to leave its regulatory troubles behind."[240]

126.    To summarize, the price increase in April 2021 following the April Investigation Conclusion, combined with market commentary, provides further support that a portion of the price decline following the SAMR Investigation Announcement was attributable to uncertainty, which was later at least partially resolved (favorably, relative to market expectations, as indicated by the price increase) by the April Investigation Conclusion.

### b. The Price Decline Following the SAMR Investigation Announcement Also Reflects Confounding News Regarding Ant Group

127.    Another factor that contributed to Alibaba's ADS price decline on December 24, 2020 was an announcement made by the People's Bank of China ("PBOC") before market open,[241] which disclosed its intention to meet with Ant Group along with other regulators: "in the near future."[242]

128.    In the meeting announcement, PBOC stated that the meeting would: "guide Ant Group to implement financial supervision, engage in fair competition, and protect the legal rights

---

[239] *Business Insider*, "Alibaba Shares Jump 8% as China Ends its Antitrust Probe on Jack Ma's Tech Empire with a Record $2.8 Billion Fine," April 12, 2021.

[240] *South China Morning Post*, "Alibaba Stock Rally Lifts Hang Seng Index as Record US$2.8 Billion Fine Puts Regulatory Troubles Behind," April 12, 2021.

[241] The PBOC announcement was issued at 8:30 AM Beijing Time on December 24, 2020, which is equivalent to 7:30 PM Eastern Time on December 23, 2020 in the U.S.

[242] "The Financial Management Department Will Interview Ant Group in the Near Future," *PBOC*, December 24, 2020, available at http://www.pbc.gov.cn/goutongjiaoliu/113456/113469/4151252/index.html ("PBOC Ant Group Meeting Announcement").

and interests of consumers, and standardize financial business operation and development, in accordance with the principles of marketization and rule of law."[243] The *Wall Street Journal* commented that the SAMR Investigation Announcement and the PBOC's announcement together: "mark Beijing's strongest enforcement action against a technology empire that has come to embody China's striking rise."[244]

129.    My review of the December Analysts' Report Subset found that in addition to commenting on the SAMR Investigation Announcement, analysts also discussed that more stringent regulation, as indicated by the PBOC's announcement, would negatively affect the valuation of Ant Group, which would in turn negatively impact Alibaba's ADS price.

130.    Several analysts' reports discussed the Ant Group news in addition to the SAMR news.[245] Analysts also identified Ant-related news as a factor in their revisions to Alibaba's target price. For example:

- Truist Securities (December 29, 2020): "Ant Financial under pressure to limit its scope. In addition to the investigation into Alibaba, Ant Financial has also been

---

[243] PBOC Ant Group Meeting Announcement.

[244] *The Wall Street Journal*, "Alibaba, Ant Face Crackdowns from Chinese Regulators," December 24, 2020. This article also commented that: "Regulators are also worried that Ant's online-lending model—which makes unsecured credit available to consumers and small businesses online—could potentially trigger 'systemic risks' for China's financial system," and that: "China's central bank and traditional lenders don't enjoy the degree of access to China's free-spending younger consumers that Ant does," indicating that it expected potentially tighter controls by the Chinese government over Ant Group.

[245] For example, *Raymond James & Associates* mentioned that: "Alibaba's shares were down 3% after hours following the news... that the Chinese regulators announced an investigation into Alibaba Group for suspected monopolistic behavior. [...] Separately, it was also reported that financial regulators will meet with Alibaba affiliate Ant Financial Group in the coming days." *See Raymond James & Associates*, "China to Launch Investigation into Alibaba for Monopolistic Practices," December 24, 2020. As another example, *Shanxi Securities* commented that both the Ant Group news and the SAMR Investigation Announcement were "causing Alibaba's stocks to continue to weaken." *See Shanxi Securities*, "Closely Monitoring the Progress of Escalating US Crackdown on Chinese Technology Stocks," January 8, 2021. In addition, when *Ping An Securities* summarized the government actions in a table, it highlighted both the Ant Group news and the SAMR Investigation Announcement for December 24, 2020. *See Ping An Securities*, "Big Consumer Industry Weekly Report Anti-Monopoly Continues to Increase, Promoting the Healthy Development of the Online Economy," December 27, 2020.

targeted by Chinese state regulators. […] While the ultimate outcome is likely to take time to unfold and be implemented, we view any changes as likely negative to Ant's valuation short-term, and as a result we're lowering our carrying value to $150B from $250B. We note that $150B was the last valuation used for the company back in 2018 to raise some $14B, mostly on the merits of its core payments business. This adjustment pushed our SOTP valuation at $294/share, down from $307/share."[246]

- Oppenheimer & Co., Inc. (January 3, 2021): "Following a second meeting with Ant Financial in late Dec. (first meeting in early Nov.), regulators put forward five regulatory requirements, including setting up a holding company for Ant's financial businesses, which would be regulated, similar to a bank (requiring more reserve capital). As a result, we are updating our target Ant valuation based on a sum-of-the-parts (SOTP) analysis (Exhibit 1), […] we are lowering Ant's valuation to $150B from $200B. As a result, we are lowering BABA's target to $320 (was $330), but other estimates are unchanged (Exhibit 2)."[247]

- Needham & Company Inc. (January 8, 2021): "Decreases Of Ant Financial's Valuation Only Modestly Impact Our PT. We assign a $50 billion valuation to Alibaba's holding in Ant Financial, based on previously available market data released during Ant's IPO. Within our $330/share price target, $18/share can be attributable to this investment holding. We recognize that Ant's valuation can be negatively impacted by the changes made in its business to comply with new regulations, subsequently impacting Alibaba's investment holding, though the impact will not be greater than $18/share, in our view."[248]

131. Additionally, many of the articles in the December News Article Subset indicate that negative news related to Ant Group contributed to Alibaba's ADS price decline. For example:

- Dow Jones Newswires Chinese (December 23, 2020): "The two moves mark the strongest enforcement action yet by Beijing against the country's biggest technology group, and sent Alibaba's stock tumbling in Asia morning trade."[249]

---

[246] *Truist Securities*, "Reiterate Buy/$308 PT (DCF-Derived) in Face of Regulatory Scrutiny Lowering SOTP Value to $294 from $307/share on Ant's Re-Evaluation," December 29, 2020.

[247] *Oppenheimer & Co., Inc.*, "Lowering Ant Valuation on New Regulatory Requirements; BABA Shares Still Undervalued," January 3, 2021.

[248] *Needham & Company Inc.*, "More Investments in F3Q21 & Regulation Updates," January 8, 2021.

[249] *Dow Jones Newswires Chinese*, "Alibaba Pledges Cooperation as Regulators Start Antitrust Investigation," December 23, 2020.

- Sing Tao Daily (December 25, 2020): "Alibaba's troubles never come alone. Xinhua News Agency reported in a short article that the People's Bank of China, the Bank of China Insurance Regulatory Commission, the China Securities Regulatory Commission and the State Administration of Foreign Exchange will interview Ant Group in the near future to supervise and guide them to implement financial supervision, fair competition and protect the legitimate rights and interests of consumers in accordance with the principles of marketization and rule of law, and standardize the operation and development of financial business. […] Continuous negative news triggered investor panic. Alibaba's stock price plunged 8% in the half-day market yesterday, closing at 228.2 yuan, the lowest level in more than five months."[250]

- Barron's Online (December 29, 2020): "The price plunge reflected official tensions surrounding three related but distinct entities: Alibaba; its sister financial company Ant group…; and their joint founder Jack Ma. Of the three, Alibaba's problems look the least severe. […] Even if Ant gets marked down by half from the $300 billion valuation it was aiming for, that means a drop of $50 billion in Alibaba's stake."[251]

- Reuters News (December 28, 2020): "Alibaba shares slumped 9% to their lowest since June on Monday, as the firm's upsized $10 billion buyback programme failed to ease concerns about a regulatory crackdown on co-founder Jack Ma's e-commerce and financial empire. […] Putting investors more on edge was news over the weekend that China's central bank had asked Ant to shake up its lending and other consumer finance operations."[252]

- Dow Jones Institutional News (December 28, 2020): "No longer China's most valuable company, Alibaba Group Holding Ltd. has erased almost all its stock-market gains this year, just days after Chinese regulators signaled a major change in their posture toward the e-commerce behemoth and its finance affiliate, Ant Group Co. Alibaba's Hong Kong-listed shares tumbled another 8% on Monday, after China's central bank released a harshly worded statement Sunday criticizing Ant's business practices and instructing the financial-technology giant to shift its focus back to its mainstay—and less lucrative—digital-payments business."[253]

- Global Times (December 29, 2020): "Shares of Alibaba tumbled 8.59 percent to HK$208.6 ($26.9) at Monday's closing on the Hong Kong Stock Exchange, down

---

[250] *Sing Tao Daily*, "The Stock Price Plunged 8%, Jack Ma's Net Worth Evaporated by 15 Billion in Half a Day, and Alibaba Was Investigated by the Central Supervision Bureau for Involvement in Monopoly," December 25, 2020.

[251] *Barron's Online*, "Alibaba's Woes Deepen in China Over Ant Group. Why the Stock is Starting to Look Oversold," December 29, 2020.

[252] *Reuters News*, "UPDATE 2-Alibaba's $10 Bln Buyback Plan Fails to Halt Stock Slide as Regulatory Concerns Mount," December 28, 2020.

[253] *Dow Jones Institutional News*, "Alibaba Shares Tumble Again After Chinese Regulators Tighten Screws on Ant Group," December 28, 2020.

from more than HK$300 two months ago […] The market jitters came after China's top financial regulators interviewed Alibaba Group's fintech offshoot Ant Group on Saturday."[254]

132.   To summarize, I show in this section that the ADS price decline following the SAMR Investigation Announcement was driven by factors other than the revelation of the alleged truth about Alibaba practicing exclusivity, including negative news related to the Ant Group.

## VII.   CONCLUSION

133.   My analyses above showed that the alleged misrepresentations did not cause inflation in, and thus had no impact on, Alibaba's ADS price. Neither the Price Inflation Theory nor the Price Maintenance Theory is consistent with the facts of this matter. Alibaba's ADS price did not increase in response to any alleged misrepresentation and the price decline after the SAMR Investigation Announcement is not related to the correction of any of the alleged misrepresentations.

Executed on January 19, 2024

_Glenn Hubbard_

Glenn Hubbard

[254] *Global Times*, "Alibaba Increases Share Buyback Program to $10b," December 29, 2020.

**Exhibit 1**
**Alibaba's ADS Price**
*November 1, 2019 – April 30, 2021*



**Sources**: Complaint; Class Certification Motion; Bloomberg.

**Exhibit 2**
**Summary of the Tabak and Hubbard Event Study Results**

| Model Specification | | Tabak Event Study | Hubbard Event Study |
|---|---|---|---|
| Estimation Period | | 7/10/2019 - 7/9/2020 | 11/12/2018 - 11/12/2019 |
| Market Index | S&P 500 Index | | 0.50** |
| Industry Index | EMQQ Emerging Markets Internet Index | 0.97** | 0.86** |

**Summary of Results**

| | | | Abnormal Return | |
|---|---|---|---|---|
| **Effective Date** | **Event** | **Actual Return** | **Tabak Event Study** | **Hubbard Event Study** |
| November 13, 2019 | Previous Disclosure | -2.40% | -1.19% | -1.40% |
| | | | (-0.86) | (-1.16) |
| November 15, 2019 | Previous Disclosure | 1.47% | 0.75% | 0.41% |
| | | | (0.54) | (0.34) |
| July 10, 2020 | Alibaba 2020 20-F | -0.22% | 1.09% | 0.38% |
| | | | (0.78) | (0.31) |
| July 13, 2020 | Alibaba July 2020 6-K | -3.58% | -2.30% | -2.02% |
| | | | (-1.67) | (-1.68) |
| August 20, 2020 | June Quarter Results | -1.01% | -0.85% | -1.05% |
| | | | (-0.61) | (-0.87) |
| September 30, 2020 | Alibaba Investor Day | 6.16% | 5.04%** | 4.70%** |
| | | | (3.54) | (3.78) |
| November 5, 2020 | September Quarter Results | -2.69% | -6.38%** | -6.90%** |
| | | | (-4.75) | (-5.87) |
| November 10, 2020 | November Draft Guidelines | -8.26% | -3.62%** | -4.14%** |
| | | | (-2.66) | (-3.47) |
| December 18, 2020 | Hong Kong Interim Report/6-K | -1.68% | -1.38% | -1.27% |
| | | | (-1.00) | (-1.05) |
| December 24, 2020 | SAMR Investigation Announcement | -13.34% | -12.96%** | -13.19%** |
| | | | (-10.00) | (-11.62) |
| April 12, 2021 | April Investigation Conclusion | 9.27% | 11.45%** | 11.17%** |
| | | | (7.81) | (8.70) |
| Adjusted R^2 | | | 0.62 | 0.63 |

**Notes and Sources**:

[1] *t*- statistics for each abnormal return are reported in parentheses above.

[2] * and ** denote statistical significance at the five percent and one percent levels, respectively.

[3] The estimation period for the Hubbard Event Study is November 12, 2018 to November 12, 2019, the year before the earliest disclosure assessed above.

[4] Dr. Tabak adjusts the returns of the EMQQ Emerging Markets Internet Index to remove the weight of Alibaba's ADS returns in the index. The same is done in the Hubbard Event Study.

[5] The Tabak and Hubbard event studies both use logarithmic returns in the regressions. The abnormal returns reported in this exhibit are converted to regular returns.

[6] Data from BABA_TABAK_0006691.xlsx, BABA_TABAK_0000474.xlsx, BABA_TABAK_0000476.xlsx, and Bloomberg.

**Exhibit 3.A**
**Comparison of Alibaba's Implied Volatilities and Market's Expected Volatility**
**Based on 91-Day Exchange-Traded Call Options**
*November 24, 2020 - January 25, 2021*



**Notes and Sources**:

[1] The market's expected volatility is measured by the 3-Month Chicago Board Options Exchange Volatility Index (VIX3M). Data from Bloomberg.

[2] Alibaba's implied volatilities are obtained from OptionMetrics' exchange-traded at-the-money call options with expiration of 91 calendar days.

**Exhibit 3.B**
**Comparison of Alibaba's Implied Volatilities and Market's Expected Volatility**
**Based on 182-Day Exchange-Traded Call Options**
*November 24, 2020 - January 25, 2021*



**Notes and Sources**:
[1] The market's expected volatility is measured by the 6-Month Chicago Board Options Exchange Volatility Index (VIX6M). Data from Bloomberg.
[2] Alibaba's implied volatilities are obtained from OptionMetrics' exchange-traded at-the-money call options with expiration of 182 calendar days.

**Exhibit 3.C**
**Comparison of Alibaba's Implied Volatilities and Market's Expected Volatility**
**Based on 365-Day Exchange-Traded Call Options**
*November 24, 2020 - January 25, 2021*



**Notes and Sources**:
[1] The market's expected volatility is measured by the 1-Year Chicago Board Options Exchange Volatility Index (VIX1Y). Data from Bloomberg.
[2] Alibaba's implied volatilities are obtained from OptionMetrics' exchange-traded at-the-money call options with expiration of 365 calendar days.

## Appendix A

**ROBERT GLENN HUBBARD**

Graduate School of Business
Columbia University
572 Kravis Hall
665 West 130th Street
New York, NY 10027

Phone:  212.854.2888
Fax:  212.864.6184
Email: rgh1@gsb.columbia.edu
Web: www.glennhubbard.net

*Curriculum Vitae*

PERSONAL DATA

Born:            In Orlando, Florida.
Marital Status:    Married, two children.

FIELDS OF SPECIALIZATION

Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.

EDUCATION

Ph.D., Economics, Harvard University, May 1983.
Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.

A.M., Economics, Harvard University, May 1981.

B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude*.

HONORS AND AWARDS

Singhvi Prize for Scholarship in the Classroom, Columbia Business School, May 2023.

Legendary Knight Lifetime Achievement Award, University of Central Florida, April 2023.

Distinguished Service Award, Tax Foundation, 2022.

Doctorate, *Honoris Causa*, Niagara University, 2022.

John H. Makin Fellowship, American Enterprise Institute, 2019-2020.

NACD Directorship 100, 2019.

Distinguished Eagle Scout Award, National Boy Scouts of America, November 2017.

Visionary Award, Council for Economic Education, 2016.

Silver Beaver Award, Boy Scouts of America, 2014.

Medal of Honor, Foreign Policy Association, 2014.

Homer Jones Lecture, Federal Reserve Bank of St. Louis, 2013.

Fiftieth Anniversary Award of Scholarship, University of Central Florida, 2013.

Franklin Delano Roosevelt Distinguished Service Award, Greater New York Council, Boy Scouts of America, 2012.

Bloomberg Markets, 50 Most Influential Members of the Global Financial Community, 2012.

National Association of Corporate Directors, Directorship 100: People to Watch, 2011.

Joint American Economic Association/American Finance Association Distinguished Speaker, 2008.

Cairncross Lecture, University of Oxford, 2007.

Fellow of the National Association of Business Economists, 2005.

William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.

Exceptional Service Award, The White House, 2002**.**

Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.

**Robert Glenn Hubbard**                                    Page 2 of 17

Alumni Hall of Fame, University of Central Florida, 2000.

Best Paper Award for Corporate Finance, Western Finance Association, 1998.

Exceptional Service Award, U.S. Department of the Treasury, 1992.

Distinguished Alumnus Award, University of Central Florida, 1991.

John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

Teaching Commendations, Graduate School of Business, Columbia University.

Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

POSITIONS HELD

| | |
|---|---|
| 2019-present | Dean Emeritus, Graduate School of Business, Columbia University |
| 2004-2019 | Dean, Graduate School of Business, Columbia University |
| 2019-present | Academic Director, Chazen Institute for Global Business, Graduate School of Business, Columbia University |
| 2019-present | Co-Director, Richman Center for Law, Business, and Public Policy |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 2019-present | Co-Chair, Task Force on Financial Stability, Brookings Institution |
| 2017-present | Co-Chair, Aspen Institute Future of Work Initiative National Advisory Council |
| 2017-present | Member, Aspen Institute Economic Strategy Group |
| 2007-2017 | Panel of Economic Advisors, Federal Reserve Bank of New York (also 1993-2001) |
| 2003-2012 | Featured commentator, *Nightly Business Report* |
| 2003-2010 | Featured commentator, *Marketplace* |
| 2003-present | Visiting Scholar American Enterprise Institute (also 1995-2001) |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2001-2003 | Chairman, President's Council of Economic Advisers |
| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |

**Robert Glenn Hubbard**                                    Page 3 of 17

| 1995-2001 | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |
| 1981-1983 | Teaching Fellow (Department of Economics) and Resident Tutor in Economics (Dunster House), Harvard University |

**DIRECTORSHIPS**

| 2021-present | TotalEnergies SE |
| 2019-present | MetLife (Chairman of the Board) |
| 2007-present | MetLife (Independent director) |
| 2022-present | BlackRock Fixed Income Funds (Chairman of the Board) |
| 2004-present | BlackRock Fixed Income Funds |
| 2004-2020 | ADP, Inc. |
| 2004-2014 | KKR Financial Corporation (Lead independent director) |
| 2004-2008 | Duke Realty Corporation |
| 2006-2008 | Capmark Financial Corporation; Information Services Group |
| 2004-2006 | Dex Media/R.H. Donnelley |
| 2003-2005 | ITU Ventures |
| 2000-2001 | Angel Society, LLC; Information Technology University, LLC |

CONSULTING OR ADVISORY RELATIONSHIPS

| 2019-present | Growth Catalyst Partners |
| 2016-2020 | 55 Capital |
| 2014-present | Fiscal Note |

**Robert Glenn Hubbard**                                    Page 4 of 17

| | |
|---|---|
| 2007-present | Consulting or Speaking Engagements at Some Point: U.S. Department of Justice, Internal Revenue Service, 1-800-Flowers, Abbott, Access Midstream, Advance Auto Parts, Advent, Airgas, Alibaba, AlixPartners, Alternative Investment Group, Amazon, American Century, America's Health Insurance Plans, AMVAC, ApexBrasil, Republic of Argentina, Association for Corporate Growth, Atlantic Point, AXA, Banco Bradesco, Bank of America, Bank of New York Mellon, Barclays Services Corporation, BBVA Compass, BGC, BNP Paribas, Brevan Howard, Calamos, Capital Research, Carlyle Group, Christofferson Robb, CIBC, Citigroup, Commonfund, Compagnie Financiere Tradition, ComScore, Coty, Credit Suisse, Dell, Deutsche Bank, FactSet, Donald Fewer, Fidelity, Flutter, Franklin Resources, Freddie Mac, Gartner, Goldman Sachs, Good, Government of Greece, Great-West, Sue Ann Hamm, Hanson, The Hartford, HFF, Huntsman Corp., Insurance Information Institute, Intel, Investcorp, Jarden, JP Morgan Chase, Key Bank, Kosmos, Lincoln National, Loews, Lotte, LVMH, Macquarie, Mastercard, Mattel, Medtronic, Microsoft, Morgan Stanley, Mylan, NAI, NAREIT, NASCAR, National Rural Utilities Cooperative Finance Corporation, Nationwide, Adam Neumann, New York Bankers Association, NextEra, NMS Group, Nuveen, Ocwen, Oracle, Pandora, Panera, Patriarch, Pension Real Estate Association, Pershing Square, PNC, Principal Management Corporation, Prium, Promontory, Rabobank, Real Estate Roundtable, Related Properties, Reynolds American, Rio Tinto, Royal Bank of Canada, Royal Bank of Scotland, Robinhood, Rural/Metro, Samsung, Sarshar, SCE&G, Steven Scott, Schwab, Sears, SIG, Sinclair, Solera, Streck, SunTrust, Telia Sonera, Tesco, Trust Company of the West, Tullett Prebon, Vale S.A., Visa, Votorantim, Walter Energy, William Walters, Wells Fargo, Wilmington Trust, Zillow |
| 2005-2009 | Arcapita |
| 2005-2010 | Nomura Holdings America |
| 2008 | Laurus Funds |
| 2005-2008 | Chart Venture Partners |
| 2003-2009 | Ripplewood Holdings |

## POSTS IN NON-PROFIT ORGANIZATIONS

| | |
|---|---|
| 2021-present | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2020-present | Member, Board of Directors, Resources for the Future |
| 2019-present | Member, Grant Advisory Committee, Smith Richardson Foundation |
| 2019-present | Member, Task Force on Inclusive Capitalism |
| 2019-present | Co-Chair, Financial Stability Task Force |
| 2006-present | Co-Chair, Committee on Capital Markets Regulation |
| 2003-present | Member, Manhattan District Council Board, Boy Scouts of America |
| 2012-present | Trustee, Committee for Economic Development |
| 2004-2019 | Member, Advisory Board, National Center on Addiction and Substance Abuse |
| 2017-2020 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2012-2015 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2010-2011 | Co-Chair, The Study Group on Corporate Boards |
| 2008-2011 | Elder, Fifth Avenue Presbyterian Church |
| 2008-2010 | Chairman, Economic Club of New York |
| 2006-2008 | Member, Board of Directors, Resources for the Future |
| 2003-2008 | Trustee, Tax Foundation |
| 2004-2010 | Trustee, Economic Club of New York |
| 2004-2007 | Trustee, Fifth Avenue Presbyterian Church, New York |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1987-present | Research Associate, National Bureau of Economic Research (Monetary Economics, Corporate Finance, Public Economics, Economic Fluctuations, Industrial Organization) |
| 2007-present | Life Member, Council on Foreign Relations |
| 2017-2018 | Member, U.S.-China Economic and Security Review Commission |

**Robert Glenn Hubbard**                              Page 5 of 17

| | |
|---|---|
| 2003 | Member, Committee of Visitors, National Science Foundation |
| 2000 | Panelist, Graduate Fellowship Selection Committee, National Science Foundation |
| 1999-2001 | Director, Project on Nonprofit Organizations, National Bureau of Economic Research |
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994, 2020 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |
| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |
| 1981-present | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |

**Robert Glenn Hubbard**                                    Page 6 of 17

| | |
|---|---|
| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |
| Referee: | *American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation*; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press |
| Associate Editor: | *Journal of Applied Corporate Finance* |
| Former Associate Editor: | *Federal Reserve Bank of New York Economic Policy Review; International Finance; International Tax and Public Finance; Journal of Industrial Economics; Journal of Macroeconomics; Journal of Small Business Finance; National Tax Journal* |

PUBLICATIONS AND PAPERS

**Edited Volumes**

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, D.C.: AEI Press, 2001.

*Inequality and Tax Policy* (with K.A. Hassett), Washington, D.C.: AEI Press, 2001.

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

**Books**

*The Wall and the Bridge,* New Haven, CT: Yale University Press, 2022.

*Balance* (with T. Kane), Simon and Schuster, 2013.

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Hoover Institution Press and AEI Press, 1st ed., 2005; 2nd ed., 2011.

*Seeds of Destruction* (with P. Navarro), FT Publishing, 2010.

*The Mutual Fund Industry: Competition and Investor Welfare* (with M.F. Koehn, S.I. Ornstein, M. Van Audenrode, and J. Royer), New York: Columbia Business School Publishing, 2010.

*The Aid Trap: Hard Truths About Ending Poverty* (with W. Duggan), Columbia Business School Publishing, 2009.

**Textbooks**

*Principles of Economics* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2006; 2nd ed., 2008; 3rd ed., 2010; 4th ed., 2013; 5th ed., 2015; 6th ed., 2017; 7th ed., 2019; 8th ed., 2021.

*Money, Banking, and the Financial System* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2013; 3rd

**Robert Glenn Hubbard**                                      Page 7 of 17

ed., 2016; 4th ed., 2021.

*Macroeconomics* (with A.P. O'Brien and M. Rafferty), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2014; 3rd ed., 2018.

*Money, the Financial System, and the Economy,* Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007.


## Publications

### *Articles*

"Did Pandemic Unemployment Benefits Reduce Employment?: Evidence from Early State-level Expirations in June 2021" (with H. J. Holzer and M. R. Strain), *Economic Inquiry* (September 2023).

"Stakeholders, Shareholders, and the Purpose of the Corporation" (with S. Bhagat), *Journal of Law, Economics and Policy* 17 (October 2022).

"The Elasticity of Taxable Income in the Presence of Intertemporal Income Shifting" (with A. Gorry and A. Mathur), *National Tax Journal* 74 (March 2021): 45-73.

"Has the Paycheck Protection Program Succeeded?" (with M. Strain), *Brookings Papers on Economic Activity* (Fall 2020): 335-390.

"Establishing Credible Rules for Fed Emergency Lending" (with C. Calomiris, D. Holtz-Eakin, A.H. Meltzer, and H.S. Scott), *Journal of Financial Economic Policy* 8 (2017): 260-267.

"The Response of Deferred Executive Compensation to Changes in Tax Rates" (with A. Gorry, K.A. Hassett, and A. Mathur), *Journal of Public Economics* 151 (2017): 28-40.

"Country Characteristics and the Incidence of Capital Income Taxation on Wages:  An Empirical Assessment" (with C. Azemar), *Canadian Journal of Economics* 48 (2015): 1762-1802.

"Taxing Capital's Gains: Capital's Ideas and Tax Policy in the Twenty-First Century", *National Tax Journal*, 68 (2015): 409-424.

Reforming the Tax Preference for Employer Health Insurance" (with J. Bankman, J.F. Cogan, and D.P. Kessler), *Tax Policy and the Economy*, volume 26, Cambridge, University of Chicago Press, 2012.

"The Effect of Tax Preferences on Health Spending" (with J.F. Cogan and D.P. Kessler), *National Tax Journal*, 64 (2011): 795-816.

"The Effect of Medicare Coverage for the Disabled on the Market for Private Insurance" (with J.F. Cogan and D.P. Kessler), *Journal of Health Economics* 29 (2010): 418-428.

"The Effect of Massachusetts' Health Reform on Employer-Sponsored Insurance Premiums" (with J.F. Cogan and D.P. Kessler), *Forum for Health Economics and Policy*, 2010.

"The Mortgage Market Meltdown and House Prices" (with C. Mayer), *The B.E. Journal of Economic Analysis & Policy* 9: Issue 3 (Symposium), Article 8 (2009).

"Competition in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), *Journal of Corporation Law*, 33 (Fall 2007).

"Evaluating Effects of Tax Preferences on Health Care Spending and Federal Revenues" (with J.F. Cogan and D.P. Kessler), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 21, Cambridge: MIT Press, 2007.

"To Bundle or Not to Bundle: Firms' Choices Under Pure Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business* 14 (2007): 59-83.

"The Economic Effects of Federal Participation in Terrorism Risk" (with B. Deal and P. Hess), Risk Management and Insurance Review 8 (2005): 177-209.

"The Effects of Progressive Income Taxation on Job Turnover" (with W.M. Gentry), *Journal of Public Economics* 88 (September 2004): 2301-2322.

Robert Glenn Hubbard                                    Page 8 of 17

"Business, Knowledge, and Global Growth", *Capitalism and Society*, 1 (2006).

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics*, 2005.

"Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

"Entrepreneurship and Household Saving" (with W.M. Gentry), *Advances in Economic Analysis and Policy*, 4 (2004).

"Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics* 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"The Share Price Effects of Dividend Taxes and Tax Imputation Credits" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

"Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879- 1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd., 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), Annales d' *Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science 32* (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

### Writings on Public Policy

*Report of the Task Force on Financial Stability* (with Donald Kohn, *et al.*), Brookings Institution, 2021.

"Rule of Law and Purpose of the Corporation" (with S. Bhagat), *Corporate Governance* (April 16, 2021).

"The Wall and the Bridge," *National Affairs* (Fall 2020).

"What Can Be Done at the National Level  to Boost the Economic Well-Being of Middle- and Lower-Income Americans," in E. Ludwig, ed., *The Vanishing American Dream*, New York: Disruption Books, 2020.

"Should the Modern Corporation Maximize Shareholder Value?" (with S. Bhagat), *AEI Economic Perspectives,* September 2020.

**Robert Glenn Hubbard**                                    Page 11 of 17

"The $64,000 Question: Living in the Age of Technological Possibility or Showing Possibility's Age?," in J. Diamond and G. Zodrow, eds., *Prospects for Economic Growth*, Cambridge: Cambridge University Press, forthcoming.

"Promoting Economic Recovery After COVID-19" (with J. Furman, T. Geithner, and M. Kearney), Aspen Economic Study Group, 2020.

"A Business Fiscal Response to a COVID-19 Recession" (with M. Strain), *AEI Ideas,* 2020.

"How Treasury Should Implement Loans to Large Businesses" (with M. Strain), *AEI Ideas,* 2020.

"If Congress Must Have Revenue Tests, Make Them Backward-Looking" (with M. Strain), *AEI Ideas,* 2020.

"Building the Car While Driving It: Suggestions for Reforming the Paycheck Protection Program" (with M. Strain), *AEI Ideas,* 2020.

"If 'It' Happened Again: A Roadmap for Regulatory Reform," in Sharyn O'Halloran and Thomas Groll, eds., *After the Crash: Financial Crises and Regulatory Responses,* New York: Columbia University Press, 2019.

"A Policy Agenda to Develop Human Capital for the Modern Economy" (with A. Goolsbee and A. Ganz), in Melissa S. Kearney and Amy Ganz, eds*., Expanding Economic Opportunity for More Americans*, Washington, D.C.: Aspen Institute, 2019.

 "Supporting Work, Inclusion, and Mass Prosperity," in M. Strain ed., *The U.S. Labor Market: Questions and Challenges for Public Policy.*  Washington, D.C.: AEI Press, 2016.

"Financial Regulatory Reform: A Progress Report," Federal Reserve Bank of St. Louis *Review* (May/June 2013): 181-197

"Consequences of Government Deficits and Debt," *International Journal of Central Banking* (January 2012).

"Putting Economic Ideas Back into Innovation Policy," in J. Lerner and S. Stern, eds., *The Rate and Direction of Inventive Activity Revisited.*  Chicago: University of Chicago Press, 2012.

"Back to the Future: The Marshall Plan" (with W. Duggan), in C. Schramm, ed.
Entrepreneurship and Expeditionary Economics, Kansas City: Kauffman Foundation (2011): 8-19.

"The Morning After: A Road Map for Financial Regulatory Reform," in R. B. Porter, R. R. Glauber, and J.J. Healey, eds., *New Directions in Financial Services Regulation*, Cambridge: MIT Press (2011): 77-98.

"The Best Business Education Ever," *BizEd* 6:5 (2007).

"An Action Plan for US Capital Markets," *International Finance* 10:1 (2007): 91-99.

"Nondestructive Creation," *strategy+business* 27 (Summer 2007): 30-35.

"The Productivity Riddle," *strategy+business* 45 (Winter 2006): 28-33.

"Overview of the Japanese Deficit Question," *(with T. Ito),* in *"Tackling Japan's Fiscal Challenges: Strategies to Cope with High Public Debt and Population Aging*, *Palgrave*, Macmillan (October 31, 2006).

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling* 28 (2006): 665-671.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?,"  In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform*.  Washington, D.C.: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

 "Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004): 233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future*. Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled," (with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs," in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth,* Washington, D.C.: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened,* Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000*, Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

*Comments, Notes, and Reviews*

"Comment" on D. Elmendorf, "'Dynamic Scoring': Why and How to Include Macroeconomic Effects in Budget Estimates for Legislative Proposals," *Brookings Papers on Economic Activity* (Fall 2015): 134-138.

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Key Issues in Public Finance: Essays In Honor of David Bradford,* forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720.

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Handlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity, 1986*:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

### *Submitted Papers and Working Papers*

"Tax Policy and Wage Growth" (with W. M. Gentry), Working Paper, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Working Paper, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Working Paper, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Working Paper, Columbia University, 1999.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss), Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Working Paper, Northwestern University, 1987.

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

### *GRANTS RECEIVED*

"Corporate Board Study Group," Rockefeller Foundation, 2009.

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.


## PAPERS PRESENTED

### University Seminars

Bard College, University of Bergamo, Butler Community College, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia, University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Georgia Southern University, Harvard, Hendrix College, University of Illinois, Indiana University, Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, National Defense University, New York University, Northwestern, Oxford, University of Notre Dame, University of Pennsylvania, Princeton, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.


### Conference Papers Presented

American Council for Capital Formation, Washington, D.C., June 1994.

American Economic Association, San Antonio, 2024; New Orleans, 2023; Boston, 2022; San Diego, 2020; Atlanta, 2019; Philadelphia, 2018; Chicago, 2017; San Francisco, 2016; Boston, 2015; Philadelphia, 2014; San Diego, 2013; Chicago, 2012; New Orleans, 2008; Chicago, 2007; Boston, 2006; Philadelphia, 2005; San Diego, January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington, D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Economic Policy, 2019; Conference on Corporate Taxation, 2016; Conference on Private Equity, 2007; Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, New Orleans, January 2008; San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

Bipartisan Commission on Entitlement and Tax Reform, Washington, D.C., June 1994.

Brookings Panel on Economic Activity, September 2020, September 2015, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

European Institute for Japanese Studies, Tokyo, September 2002; March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment on Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2007; November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, D.C., May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, D.C., June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Washington, March 2015; Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, August 2014; August 2012; August 2009; August 2006; August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

National Bureau of Economic Research Conference on Innovation Policy, Washington, D.C., April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, D.C., April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, D.C., October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, D.C., June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, D.C., June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

U.S. Joint Economic Committee, Washington, D.C., February 2003, October 2002, October 2001, May 2001.

U.S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, D.C., October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U.S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, D.C., February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

APPENDIX B

ROBERT GLENN HUBBARD

*Testimony as an expert witness 2020 – 2024*

*In Re: Vale S.A. Securities, Litigation,* Case No. 19-cv-526-RJD-SJB, In the United States District Court, Eastern District of New York. Provide deposition testimony 2023.

*Richard J. Tornetta v. Gregory B. Maffei, et al.,* C.A. No. 2019-0649, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2023. Provided trial testimony 2023.

*The City of Philadelphia, et al., v. Bank of America Corporation, et al.,* Case No.: 19-cv-1608, In the United States District Court, Southern District of New York.  Provided deposition testimony 2023.

*Aurelius Capital Master, LTD., et al. v. The Republic of Argentina,* No. 19 Civ. 351, In the United States District Court, Southern District of New York. Provided deposition testimony 2023.

*Palladian Partners, L.P. and others v. The Republic of Argentina and another*, Case Number FL-2019-000010, in the Commercial Court, Queen's Bench Division of the High Court of Justice of England and Wales.  Provided trial testimony 2022.

*The Successor Agency to the Former Emeryville Redevelopment Agency and the City of Emeryville v. Swagelok Company, et al.*, Case No. 17-cv-00308-WHO, in the United States District Court, Northern District of California. Provided deposition testimony 2022.  Provided trial testimony in 2023.

*In Re Dell Technologies Inc. Class V Stockholders Litigation,* Consol. C.A. No. 2018-0816-JTL, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2022.

*In the Matter of: Certain Laptops, Desktops, Servers, Mobile Phones, Tablets, and Components Thereof*, Investigation No. 337-TA-1280, United States International Trade Commission, Washington, D.C. Provided deposition testimony 2022.

*Rebecca J. Scott, et al. v. Steven R. Scott, et al., American Arbitration Association Case No. 01-20-0000-1588.*  Provided arbitration testimony 2022.

*Preston Hollow Capital LLC v. Nuveen LLC, et al,* C.A. No. N19C-10-107-MMJ-CCLD, in the Superior Court of the State of Delaware.  Provided deposition testimony 2022.

*Novolex Holdings, LLC v. Newell Brands Inc.,* C.A. No. N19C-10-223-PRW-CCLD, in the Superior Court of the State of Delaware. Provided deposition testimony 2021.

*In the Matter of the Otto Bremer Trust,* Court File No. 62-C9-61-315222, in the State of Minnesota District Court, County of Ramsey, Second Judicial District.  Provided trial testimony 2021.

*Rebecca J. Scott, et al. v. Carl S. Rosen, Esq., et al.,* Case No. 20-000868 CACE, in the District Court of the 17th Judicial Circuit of Florida in and for Broward County. Provided deposition testimony 2021.

*Medtronic, Inc. & Consolidated Subsidiaries v. Commissioner of Internal Revenue,* Docket No. 6944-11, in the United States Tax Court.  Provided trial testimony 2021.

*Huntsman International, LLC v. Albemarle Corporation, et al.,* American Arbitration Association, AAA Case No. 01-17-001-4588.  Provided deposition testimony 2021. Provided trial testimony 2021.

*In Re: WeWork Litigation,* C.A. No. 2020-0258, in the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2021.

*In Re: BGC Partners, Inc. Derivative Litigation,* C.A. No. 2018-0722-AGB, in the Court of Chancery of the State of Delaware. Provided deposition testimony 2021. Provided trial testimony 2021.

*BCIM Strategic Value Master Fund, LP v. HFF, Inc., a Delaware Corporation,* C.A. No. 2019-0558-JTL, in the Court of Chancery of the State of Delaware. Provided deposition testimony 2021. Provided trial testimony 2021.

*Bandera Master Fund LP, et al. v. Boardwalk Pipeline Partners, LP, et al.,* C.A. No. 2018-0372-JTL, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2020. Provided trial testimony 2021.

*In Re:  Advance Auto Parts, Inc. Securities Litigation,* Civil Action No. 1:18-cv-00212-RGA, In the United States District Court, District of Delaware.  Provided deposition testimony 2020 and 2021.

*National ATM Council, Inc., et al. v. Visa Inc., et al.,* Case No. 1:11-cv-01803 in the United States District Court, District of Columbia. Provided deposition testimony 2020.

*Lynne Bartron, et al. v. Visa Inc., et al.,* Case No. 1:11-cv-1831, Case No. 1:11-cv-1882 in the United States District Court, District of Columbia. Provided deposition testimony 2020.

*Peter Burke, et al. v. Visa Inc., et al.,* Case No. 1:11-cv-1882 in the United States District Court, District of Columbia. Provided deposition testimony 2020.

*Securities and Exchange Commission v. Rio Tinto PLC,* Case No. 1:17-cv-07994 in the United States District Court, Southern District of New York.  Provided deposition testimony 2020.

*Forescout Technologies, Inc. v. Ferrari Group Holdings, L.P. and Ferrari Merger Sub, Inc.,* Case No. 2020-0385-SG, In the Court of Chancery of the State of Delaware. Provided deposition testimony 2020.

*Medtronic, Inc. & Consolidated Subsidiaries v. Commissioner of Internal Revenue,* Docket No. 6944-11, in the United States Tax Court. Provided deposition testimony 2020.

*Joan Obeslo, et al. v. Great-West Capital Management, LLC, et al.,* Civil Action No. 16-cv-230-CMA-MJW consolidated with No. 16-cv-01215 and No. 16-cv-03162, In the United States District Court, District of Colorado. Provided deposition testimony 2018. Provided trial testimony 2020.

**Appendix C**
**Materials Considered**

*Case Documents*

1. Amended Consolidated Class Action Complaint, *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, April 22, 2022.

2. Expert Report of David I. Tabak, Ph.D., October 6, 2023, and the Associated Production Materials.

3. Memorandum Decision and Order, *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, March 22, 2023.

4. Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel, *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, October 6, 2023.

*Deposition*

1. Video Deposition of David Tabak. Ph.D., *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, November 2, 2023.

*SEC and Other Filings*

1. Alibaba, "Alibaba Group Announces June Quarter Results," Form 6-K, August 20, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920097260/a20-29076_1ex99d1.htm.

2. Alibaba, "Alibaba Group Announces September Quarter Results," Form 6-K, November 5, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920121812/a20-35108_1ex99d1.htm.

3. Alibaba, "Alibaba Group Supplemental and Updated Disclosures," Form 6-K, November 13, 2019, available at https://www.sec.gov/Archives/edgar/data/1577552/000104746919006269/a2240063zex-99_1.htm.

4. Alibaba, "Fiscal Year 2020 Annual Report," Form 6-K, July 13, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920082881/0001104659-20-082881-index.html.

5. Alibaba, "Form 20-F," July 27, 2021, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465921096092/0001104659-21-096092-index.html.

6. Alibaba, "Form 20-F," July 9, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920082409/0001104659-20-082409-index.html.

7. Alibaba, "Form 20-F," June 5, 2019, available at https://www.sec.gov/Archives/edgar/data/1577552/000104746919003492/0001047469-19-003492-index.html.

8. Alibaba, "Global Offering," November 15, 2019, available at https://www1.hkexnews.hk/listedco/listconews/sehk/2019/1115/2019111500039.pdf.

9. Alibaba, "Interim Report for the Six Months Ended September 30, 2020," Form 6-K, December 18, 2020, available at https://www.sec.gov/Archives/edgar/data/1577552/000110465920137127/0001104659-20-137127-index.html.

10. Alibaba, "Post Hearing Information Pack of Alibaba Group Holding Limited," *HKEX,* November 13, 2019, available at https://www1.hkexnews.hk/listedco/listconews/sehk/2019/1126/sehk19111301430.pdf.

11. Alibaba, "Risk Factors," *HKEX,* November 13, 2019, available at https://www1.hkexnews.hk/listedco/listconews/sehk/2019/1126/9077145/sehk19111301403.pdf.

*Academic Articles and Books*

1. Baker, Scott R., *et al.,* "Measuring Economic Policy Uncertainty," *Quarterly Journal of Economics,* vol. 131, no. 4, November 2016, pp. 1593-1636.

2. Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach*, Fifth Ed., South-Western Cengage Learning, 2013.

3. Diavatopoulos, Dean, *et al.,* "The information content in implied idiosyncratic volatility and the cross-section of stock returns: Evidence from the option markets," *Journal of Futures Markets: Futures, Options, and Other Derivative Products,* vol. 28, no. 11, September 2008.

4. Hull, John C., *Options, Futures, and Other Derivatives,* Ninth Ed., Pearson Education, 2015.

5. Karpoff, Jonathan M., *et al.,* "The Cost to Firms of Cooking the Books," *The Journal of Financial and Quantitative Analysis,* vol. 43, no. 3, September 2008.

6. Brealey, Richard, *et al., Principles of Corporate Finance,* 14th Ed., McGraw-Hill Irwin, 2023.

*Certified Translations*

1. "Anti-Monopoly Guidelines for the Sector of Platform Economy (Draft for Comments)," *SAMR,* November 10, 2020, available at https://www.samr.gov.cn/jzxts/tzgg/zqyj/art/2023/art_82bbee6bcd8b4a5ab5fa63bf49891173.html.

2. *Hong Kong Economic Journal,* "Antitrust Investigation, Alibaba Drops 8%, US Falls Again," December 25, 2020.

3. *Ming Pao,* "Alibaba's U.S. Stocks Down 13% at Close, the Largest Single-Day Drop, Equivalent to a Further 6% Drop Compared to Hong Kong Stocks. Pinduoduo Benefited from a 10% Rebound," December 26, 2020.

4. *Ping An Securities,* "Big Consumer Industry Weekly Report Anti-Monopoly Continues to Increase, Promoting the Healthy Development of the Online Economy," December 27, 2020.

5. *Ming Pao,* "The Central Government Plans to Crack Down on Online Monopolies, ATMX Plummets Heavily, and on the Eve of Double Eleven, Alibaba's ADR Falls by Another 50%," November 11, 2020.

6. *Shanxi Securities International,* "Closely Monitoring the Progress of Escalating US Crackdown on Chinese Technology Stocks," January 8, 2021.

7. *Wang Daily,* "During the Double Eleven War, Tencent Besieged Tmall. Three Major E-Commerce Companies Jointly Filed a Lawsuit to Urge to Stop Demanding Merchants to 'Choose One From Two,'" November 7, 2019.

8. "The Financial Management Department Will Interview Ant Group in the Near Future," *PBOC,* December 24, 2020, available at http://www.pbc.gov.cn/goutongjiaoliu/113456/113469/4151252/index.html.

9. "Galanz's Lawsuit Against Tmall for Alleged 'Abuse of Market Dominance' Was Accepted by the Court," *China News Network,* November 5, 2019, available at https://baijiahao.baidu.com/s?id=1649358125716377001&wfr=spider&for=pc.

10. "Highlights of JD.com v. Alibaba Case Under New Regulations: How to Determine 'Choose One From Two'? Can 'Choose One From Two' Be Regulated?" *The Paper,* February 9, 2021, available at https://baijiahao.baidu.com/s?id=1691177550632732815&wfr=spider&for=pc.

11. "JD.com Sues Tmall and Alibaba's for Abusing their Market Dominance, The First Case of 'Choose One From Two' Will Go to Trial," *The Paper,* November 26, 2020, available at https://m.thepaper.cn/baijiahao_10152878.

12. *Hong Kong Economic Times,* "Perspective on China, Hong Kong SAR and the United States, Trend Analysis: Alibaba is Fined and Regulatory Risks are Eliminated," April 12, 2021.

13. "The State Administration for Market Regulation Has Imposed Administrative Penalties on Alibaba Group Holding Co., Ltd. in Accordance with the Law for its Choose One From Two Monopoly Behavior in China's Domestic Online Retail Platform Service Market," *SAMR,* April 10, 2021, available at https://www.samr.gov.cn/zt/qhfldzf/art/2021/art_a10f74fa09cd49ee8db7804ba834db2a.html.

14. "The State Administration for Market Regulation Has Launched an Investigation into Alibaba Group's Suspected Monopolistic Practices in Accordance with the Law," *SAMR,* December 24, 2020, available at https://www.samr.gov.cn/xw/zj/art/2023/art_82fd752c33454c5794e93f213a7eb28b.html.

15. *Sing Tao Daily,* "The Stock Price Plunged 8%, Jack Ma's Net Worth Evaporated by 15 Billion in Half a Day, and Alibaba Was Investigated by the Central Supervision Bureau for Involvement in Monopoly," December 25, 2020.

16. "Three E-commerce Companies 'Besiege' Tmall: After JD.com Sued, Pinduoduo and Vipshop Joined the Lawsuit," *The Paper,* November 5, 2019, available at https://www.thepaper.cn/newsDetail_forward_4869579.

*Factiva News Articles in English* [1]

1. EJ Insight, "The Sunday Telegraph," October 15, 2019.

2. The Sunday Telegraph, "Is High Fashion's Online Goal Farfetched?," October 27, 2019.

3. Reuters, "China Regulator Warns E-Commerce Platforms To Stop Monopolistic Practices," November 6, 2019.

4. Reuters, "China Regulator Warns E-Commerce Platforms To Stop Monopolistic Practices," November 6, 2019.

5. South China Morning Post, "With The Us-China Trade War In Its 16Th Month, Will The Singles' Day Shopping Extravaganza Continue To Shine?," November 9, 2019.

6. Mint, "Shopclues ' Exit Sets Stage For Face-Off Between Paytm Mall, Snapdeal," November 11, 2019.

7. Dow Jones Newswires Chinese, "Market Talk: Alibaba Concept Shrs Mostly Retreat," November 12, 2019.

8. Reuters News, "Alibaba-Backed Ev Startup Xpeng Says Raises $400 Million For Growth," November 12, 2019.

9. Reuters News, "Alibaba's Singles' Day Sales Hit Record $38 Billion; Growth Slows," November 12, 2019.

10. Reuters News, "Corrected-Update 7-Alibaba's Singles' Day Sales Hit Record $38 Bln; Growth Slows," November 12, 2019.

11. Reuters News, "Media-Alibaba Gets Nod To Sell Shares In Hong Kong - Scmp," November 12, 2019.

12. Agence France Presse, "China Retail Giant Alibaba Given Ok For Huge Hong Kong Listing," November 13, 2019.

13. Arab News, "Aliexpress: Emerging Online Retailer In The Middle East," November 13, 2019.

14. Associated Press Newswire, "Alibaba Moves Closer To Hong Kong Stock Listing," November 13, 2019.

15. Bangkok Post, "State Mulls E-Payment Platform To Beef Up Tax," November 13, 2019.

16. Bangkok Post, "Technology - Alibaba's 11.11 Festival Shatters Record," November 13, 2019.

17. Barron's Online, "Alibaba Stock Is Down Because Jack Ma Reportedly Was Disappointed With Singles Day Results," November 13, 2019.

18. China Daily, "Singles Day Shows Strength Of Consumption," November 13, 2019.

19. China Daily, "Small Cities, Towns Drive Record Sales On Singles Day," November 13, 2019.

20. Dow Jones Institutional News, "*Alibaba Files For Secondary Listing In Hong Kong," November 13, 2019.

21. Dow Jones Institutional News, "*Hong Kong Exchange Approves Alibaba's Plan For $10B-$15B Secondary Listing: Sources," November 13, 2019.

22. Dow Jones Institutional News, "Alibaba Seeks To Raise $13 Billion In Hong Kong Share Sale -- Update," November 13, 2019.

23. Dow Jones Institutional News, "Alibaba Stock Is Down Because Jack Ma Reportedly Was Disappointed With Singles Day Results -- Barrons.Com," November 13, 2019.

24. Dow Jones Institutional News, "Alibaba'S Secondary Hong Kong Listing Gets The Nod," November 13, 2019.

25. Dow Jones Institutional News, "Alibaba's Secondary Hong Kong Listing Gets The Nod," November 13, 2019.

26. Dow Jones Institutional News, "Alibaba's Secondary Hong Kong Listing Gets The Nod -- Update," November 13, 2019.

27. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," November 13, 2019.

28. Dow Jones Newswires Chinese, "Alibaba Aims To Start Taking Stock Orders Late This Month," November 13, 2019.

29. Dow Jones Newswires Chinese, "Alibaba Files For Secondary Listing In Hong Kong," November 13, 2019.

30. Dow Jones Newswires Chinese, "Alibaba Files For Secondary Listing In Hong Kong," November 13, 2019.

31. Dow Jones Newswires Chinese, "Alibaba Files For Secondary Listing In Hong Kong," November 13, 2019.

32. Dow Jones Newswires Chinese, "Alibaba Files For Secondary Listing In Hong Kong -- Update," November 13, 2019.

33. Dow Jones Newswires Chinese, "Alibaba Plans To Begin Investor Roadshow As Soon As Thursday," November 13, 2019.

34. Dow Jones Newswires Chinese, "Alibaba Plans To Use Funds To Expand Newer Businesses," November 13, 2019.

35. Dow Jones Newswires Chinese, "Alibaba Says It Will Expand Ele.Me, Fliggy And Youku Business Units," November 13, 2019.

36. Dow Jones Newswires Chinese, "Alibaba Seeks To Raise $13 Billion In Hong Kong Share Sale -- Update," November 13, 2019.

37. Dow Jones Newswires Chinese, "Alibaba Seeks To Raise $13 Billion In Hong Kong Share Sale -- Update," November 13, 2019.

38. Dow Jones Newswires Chinese, "Alibaba-Backed Xpeng Motors Raises $400 Mln In Latest Fundraising," November 13, 2019.

39. Dow Jones Newswires Chinese, "Alibaba's Secondary Hong Kong Listing Gets The Nod," November 13, 2019.

40. Dow Jones Newswires Chinese, "Alibaba's Secondary Hong Kong Listing Gets The Nod -- Update," November 13, 2019.

41. Dow Jones Newswires Chinese, "China's Xpeng Motors Raises $400 Million In Latest Fundraising," November 13, 2019.

42. Dow Jones Newswires Chinese, "Hong Kong Exchange Approves Alibaba's Plan For $10B-$15B Secondary Listing: Sourc," November 13, 2019.

43. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," November 13, 2019.

44. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," November 13, 2019.

45. Dow Jones Newswires Chinese, "Market Talk: Alibaba Files For Secondary Listing In Hong Kong," November 13, 2019.

46. Dow Jones Newswires Chinese, "Market Talk: Alibaba Files For Secondary Listing In Hong Kong," November 13, 2019.

47. EJ Insight, "Alibaba Set To Launch Us$13.4 Billion Hk Share Sale: Report," November 13, 2019.

48. EJ Insight, "Apple, Huawei, Xiaomi Reap Big On Singles' Day," November 13, 2019.

49. Financial Times, "Alibaba: Homecoming King," November 13, 2019.

50. Financial Times, "Alibaba-Backed Chinese Electric Vehicle Start-Up Xpeng Raises $400M," November 13, 2019.

51. Financial Times, "Hong Kong Gets An Alibaba-Sized Ipo Gift," November 13, 2019.

52. Financial Times, "Tencent Profits Fall As Threat From Alibaba Grows," November 13, 2019.

53. Global Times, "Speedy Delivery," November 13, 2019.

54. Macau Daily Times, "Tencent Falls $90 Billion Behind Alibaba After Nba China Row," November 13, 2019.

55. MarketWatch, "Alibaba'S Near–$15 Billion Listing In Hong Kong Gets Green Light, Sources Say; Online Retailer To Kick Off Road Show As Early As This Week," November 13, 2019.

56. Mist News, "Alibaba Reportedly Wins Approval For $10B Hong Kong Listing," November 13, 2019.

57. Reuters News, "Alibaba Launches $13.4 Billion Hong Kong Listing To Fund Expansion," November 13, 2019.

58. Reuters News, "Alibaba Opens Bookbuild For Hong Kong Listing - Sources," November 13, 2019.

59. Reuters News, "Alibaba Opens Bookbuild For Hong Kong Listing: Sources," November 13, 2019.

60. Reuters News, "Alibaba Poised To Launch Record-Breaking $15 Bln Hk Share Sale -Sources," November 13, 2019.

61. Reuters News, "Alibaba's Jack Ma Says Singles' Day Shopping Results Miss Expectations," November 13, 2019.

62. Reuters News, "Alibaba's Jack Ma Says Singles' Day Shopping Results Miss Expectations," November 13, 2019.

63. Reuters News, "Breakingviews-Alibaba Homecoming Heralds New Breed Of Unicorn," November 13, 2019.

64. Reuters News, "Brief-Alibaba Files For Common Stock Offering Of An Undisclosed Size With The U.S. Sec," November 13, 2019.

65. Reuters News, "Brief-Alibaba Group Says Filed Listing Application With Hong Kong Stock Exchange," November 13, 2019.

66. Reuters News, "Brief-Alibaba May Offer Stock At 5% Discount In Hong Kong Sale- Nikkei," November 13, 2019.

67. Reuters News, "Brief-Alibaba Says Cicc, Credit Suisse Are Joint Sponsors For Hong Kong Listing," November 13, 2019.

68. Reuters News, "Brief-Alibaba Says Jack Ma Confirmed He Intends To Reduce His Economic Interest In Ant Financial Over Time," November 13, 2019.

69. Reuters News, "Brief-Alibaba Says Offering 500 Million Ordinary Shares As Part Of A Global Offering," November 13, 2019.

70. Reuters News, "Buzz-U.S. Stocks On The Move-Canada Goose, Smiledirectclub , Nuvectra, Chesapeake Energy , Nuvectra,," November 13, 2019.

71. Reuters News, "Buzz-U.S. Stocks On The Move-Nuvectra, Smiledirectclub , Chesapeake Energy , Canada Goose," November 13, 2019.

72. Reuters News, "Hong Kong Interbank Rates Rise Ahead Of Huge Alibaba Listing," November 13, 2019.

73. Reuters News, "Update 5-Alibaba Launches $13.4 Bln Hong Kong Listing To Fund Expansion," November 13, 2019.

74. South China Morning Post, "Alibaba Unveils Hong Kong Secondary Listing Plan, In Vote Of Confidence That Pushes City Back To Top Of Global Ipo Ranking," November 13, 2019.

75. South China Morning Post, "Alibaba's Ant Financial Testing Enterprise Blockchain Network Targeting Small Businesses," November 13, 2019.

76. South China Morning Post, "Banks, Investors Hoard Cash In Anticipation Of Alibaba's 'Giant' Listing, Push Up Interbank Lending Rate," November 13, 2019.

77. South China Morning Post, "Explainer: What Is A Secondary Listing, Who Qualifies And What Does Alibaba's Plan Mean For Holders Of Its Adrs?," November 13, 2019.

78. South China Morning Post, "Singles' Day Splurge Shows Power Of The Consumer In China," November 13, 2019.

79. South China Morning Post, "Stocks Blog: Alibaba Approved To List In Hong Kong; New World, Wharf, Other Property Stocks Fall Amid Protest Chaos," November 13, 2019.

80. The Australian, "Drumming Up Record Sales, The Alibaba Way," November 13, 2019.

81. The Canadian Press, "Alibaba Moves Closer To Hong Kong Stock Listing," November 13, 2019.

82. The New York Times, "China'S Internet Is Flowering. And It Might Be Our Future.," November 13, 2019.

83. The Times of India, "How Alibaba Made $38 Billion In One Day," November 13, 2019.

84. The Wall Street Journal Online, "Alibaba Seeks To Raise $13 Billion In Hong Kong Share Sale; Chinese Online Retailer's Secondary Listing Likely To Take Place In Second Half...," November 13, 2019.

85. Xinhua's China Economic Information Service, "China Focus: Power Engines Behind Double 11's Shining Records," November 13, 2019.

86. Yicai Global, "Alibaba Hopes To Raise Usd180 A Share In Hong Kong Listing," November 13, 2019.

87. Yicai Global, "Alibaba's Cainiao Delivered 100 Million Singles Day Parcels In 2.4 Days," November 13, 2019.

88. Yicai Global, "Singles Day Transactions More Than Doubled To 1.54 Billion, China's Netsunion Says," November 13, 2019.

89. Agence France Presse, "Alibaba Confirms Huge Hong Kong Public Listing," November 14, 2019.

90. Bangkok Post, "Taxation - State Mulls New E-Payment Platform," November 14, 2019.

91. Barron's Online, "Alibaba Is Moving Ahead With A Hong Kong Listing. It Plans To Sell 500 Million Shares.," November 14, 2019.

92. Barron's Online, "Alibaba Stock Dropped After Jack Ma's Comments On Singles Day Sales. Now The Company Is Clarifying What He Said.," November 14, 2019.

93. BNE IntelliNews, "Russians Spend $270Mn On Aliexpress 11.11 Sale," November 14, 2019.

94. China Daily, "Chinese Buying More Travel Products," November 14, 2019.

95. China Daily, "Green Light For Alibaba's Listing To Lift Confidence In Hk's Economy," November 14, 2019.

96. City AM, "Tencent Posts Fall In Quarterly Profit As Alibaba Threat Looms," November 14, 2019.

97. Dow Jones Institutional News, "Alibaba Is Moving Ahead With A Hong Kong Listing. It Plans To Sell 500 Million Shares. -- Barrons.Com," November 14, 2019.

98. Dow Jones Institutional News, "Alibaba Seeks $13 Billion In Share Sale -- Wsj," November 14, 2019.

99. Dow Jones Institutional News, "Alibaba Stock Dropped After Jack Ma's Comments On Singles Day Sales. Now The Company Is Clarifying What He Said. -- Barrons.Com," November 14, 2019.

100. Dow Jones Institutional News, "Hk Bourse: Announcement From Alibaba Pictures Group Ltd .," November 14, 2019.

101. Dow Jones Institutional News, "Press Release: Alibaba Group Launches Hong Kong Initial Public Offering," November 14, 2019.

102. Dow Jones Newswires Chinese, "Alibaba Group Launches Hong Kong Public Offering," November 14, 2019.

103. Dow Jones Newswires Chinese, "Alibaba Launches Hk Public Offering," November 14, 2019.

104. Dow Jones Newswires Chinese, "Alibaba: Final Public Retail Offer Price Will Be Set At Lower Of Final International O," November 14, 2019.

105. Dow Jones Newswires Chinese, "Alibaba: Listing In Hong Kong Will Allow More Company Users And Stakeholders Across Asia To Invest And Participate In Alibaba Growth >Baba," November 14, 2019.

106. Dow Jones Newswires Chinese, "Alibaba: Offer Price For International Offering Tranche Of Offering May Be Set Higher," November 14, 2019.

107. Dow Jones Newswires Chinese, "Alibaba: Offer Price For Public Retail Offering Will Be No More Than Hk$188.00 Per Sha," November 14, 2019.

108. Dow Jones Newswires Chinese, "Alibaba: Offering Forms Part Of Global Offering Of 500 Million New Ordinary Shares And Listing Of Ordinary Shares On Main Board Of The Stock...," November 14, 2019.

109. Dow Jones Newswires Chinese, "Alibaba: Offering Initially Comprises 12.5 Million New Shares Under Public Retail Offe," November 14, 2019.

110. Dow Jones Newswires Chinese, "Alibaba: Offering Will Tap Into Substantial New Capital Pools In Asia, Create Nearly Round-The-Clock Market For Global Investors To Trade...," November 14, 2019.

111. Dow Jones Newswires Chinese, "Alibaba: Plans To Use Proceeds From Offering For Empowering Businesses To Facilitate D," November 14, 2019.

112. Dow Jones Newswires Chinese, "Alibaba: Plans To Use Proceeds From Offering For Implementation Of Strategies Of Drivi," November 14, 2019.

113. Dow Jones Newswires Chinese, "Alibaba: Shares Will Be Traded In Board Lots Of 100 Shares Each >Baba," November 14, 2019.

114. Dow Jones Newswires Chinese, "Alibaba: Stock Code Is '9988' >Baba," November 14, 2019.

115. Dow Jones Newswires Chinese, "Alibaba: Upon Listing In Hong Kong, The Hong Kong-Listed Shares Will Be Fully Fungible With Adss Listed On Nyse >Baba," November 14, 2019.

116. Dow Jones Newswires Chinese, "Alibaba: Will Set International Offer Price By Nov. 20 Hong Kong Time >Baba," November 14, 2019.

117. Ecofin Agency, "Jack Ma Meets Young African Entrepreneurs Today In Lomé!," November 14, 2019.

118. Financial Times, "? Alibaba Gets Nod For [...]," November, 14, 2019.

119. Financial Times, "? Alibaba Gets Nod For [...]," November, 14, 2019.

120. Financial Times, "Alibaba Gets Nod For [...]," November 14, 2019.

121. Financial Times, "Alibaba Gets Nod For Hong Kong Listing," November 14, 2019.

122. Financial Times, "Alibaba Gets Nod For Hong Kong Listing," November 14, 2019.

123. Financial Times, "Alibaba Set For Hong Kong Listing," November 14, 2019.

124. Financial Times, "Alibaba Set For Hong Kong Listing," November 14, 2019.

125. Financial Times, "Alibaba Set For Hong Kong Listing," November 14, 2019.

126. Financial Times, "Alibaba Set To Raise Up To $13.4Bn In Hong Kong Secondary Listing," November 14, 2019.

127. Financial Times, "Alibaba: Homecoming King," November 14, 2019.

128. Financial Times, "Alibaba: Homecoming King," November 14, 2019.

129. Financial Times, "Alibaba: Homecoming King," November 14, 2019.

130. Financial Times, "Alibaba: Homecoming King," November 14, 2019.

131. Financial Times, "Alibaba: Homecoming King," November 14, 2019.

132. Financial Times, "Electric Car Maker Xpeng Raises $400M," November 14, 2019.

133. Financial Times, "Electric Car Maker Xpeng Raises $400M," November 14, 2019.

134. Financial Times, "Electric Car Maker Xpeng Raises $400M," November 14, 2019.

135. Financial Times, "Electric Car Maker Xpeng Raises $400M," November 14, 2019.

136. Financial Times, "Tencent Profits Slide And Alibaba Poses Home Turf Threat," November 14, 2019.

137. Financial Times, "Tencent Profits Slide And Alibaba Poses Home Turf Threat," November 14, 2019.

138. Financial Times, "Tencent Profits Slide And Alibaba Poses Home Turf Threat," November 14, 2019.

139. Financial Times, "Tencent Profits Slide And Alibaba Poses Home Turf Threat," November 14, 2019.

140. Global Times, "Tmall Says It'S Launching Lawsuit Over Rumors It Fabricated Singles' Day Sales," November 14, 2019.

141. Hong Kong Shipping Gazette Daily Enews, "Alibaba Raises Stake In Its Logistic Unit Cainiao With Investment Of Us$3.3B," November 14, 2019.

142. Korea Times, "Naver To Create Global Internet Platform With Softbank," November 14, 2019.

143. Macau Daily Times, "The Buzz - Alibaba Moves Closer To Hong Kong Stock Listing," November 14, 2019.

144. MarketWatch, "Five Chinese Startups You Should Know About; These Youthful Tech-Focused Companies Are Remaking China'S E-Commerce, Transport And Social...," November 14, 2019.

145. Reuters News, "Alibaba Goes Paperless For $13.4 Bln Listing In A First For Hong Kong - Source," November 14, 2019.

146. Reuters News, "Alibaba Praises Hong Kong Ahead Of $13.4 Bln Listing," November 14, 2019.

147. Reuters News, "Alibaba To Pioneer Paperless Listing In Break With Hong Kong Norm," November 14, 2019.

148. Reuters News, "Alibaba's Hong Kong Listing Offers Valuable Beijing Goodwill," November 14, 2019.

149. Reuters News, "Analysis-Alibaba's Hong Kong Listing Offers Valuable Beijing Goodwill," November 14, 2019.

150. Reuters News, "Brief-Alibaba Applied To List Ordinary Shares On Stock Exchange Of Hong Kong Limited Under The Stock Code "9988."," November 14, 2019.

151. Reuters News, "Brief-Alibaba Says Believes Future Of Hong Kong Remains Bright," November 14, 2019.

152. Reuters News, "Brief-Appaloosa Ups Share Stake In Alphabet And Pg&E, Takes In Alibaba," November 14, 2019.

153. Reuters News, "Brief-Tiger Global Management Ups Share Stake In Alibaba, Pinduoduo And Sunrun," November 14, 2019.

154. Reuters News, "Rpt-Analysis-Alibaba's Hong Kong Listing Offers Valuable Beijing Goodwill," November 14, 2019.

155. Reuters News, "Update 1-Alibaba To Pioneer Paperless Listing In Break With Hong Kong Norm," November 14, 2019.

156. South China Morning Post, "Alibaba Share Sale 'To Give City A Boost'," November 14, 2019.

157. South China Morning Post, "Alibaba's Hong Kong Secondary Listing Gives Asia's Taobao Users A Chance To Own Stakes In China's Biggest Technology Champion," November 14, 2019.

158. South China Morning Post, "Coming Offer Pushes Up Bank Funding Costs," November 14, 2019.

159. The Australian Financial Review, "Singles Day Bonanza For Chemist Warehouse, A2," November 14, 2019.

160. The Nation, "Greenlight For Alibaba Listing Expected To Lift Hk Market Sentiment," November 14, 2019.

161. The Straits Times, "Alibaba Gets Green Light For Hong Kong Ipo Listing," November 14, 2019.

162. The Wall Street Journal, "Alibaba Seeks $13 Billion In Share Sale," November 14, 2019.

163. Vanguard, "In Pictures: Vp Yemi Osinbajo Meets Alibaba'S Jack Ma," November 14, 2019.

164. Vanguard, "Vice-President Yemi Osinbajo Receives Founder, Alibaba In Abuja," November 14, 2019.

165. Vanguard, "Vice-President Yemi Osinbajo Recieves Founder, Alibaba In Abuja," November 14, 2019.

166. Xinhua's China Economic Information Service, "Alipay To Help European Merchants Better Reach World Consumers," November 14, 2019.

167. Yicai Global, "Alibaba Reportedly Wants Up To Usd15 Billion From Hong Kong Listing," November 14, 2019.

168. Agence France Presse, "Alibaba Confirms Huge Hong Kong Public Listing Worth At Least $13Bn," November 15, 2019.

169. Agence France Presse, "What Is Alibaba, China's E-Commerce Giant?," November 15, 2019.

170. Barron's Online, "China's Jd.Com Boosted By Surging Online Sales," November 15, 2019.

171. BusinessWorld, "Lazada Reports Record Number Of Sellers Topping P1M On Nov. 11," November 15, 2019.

172. China.org.cn, "How E-Commerce Tech Is Behind Record-Breaking Double 11 Sales," November 15, 2019.

173. China.org.cn, "Overseas Markets Snap Up Chinese Tv Series," November 15, 2019.

174. Chosun Ilbo, "Naver's Line And Yahoo Japan Eye Merger," November 15, 2019.

175. Dow Jones Institutional News, "China's Jd.Com Boosted By Surging Online Sales -- Barrons.Com," November 15, 2019.

176. Dow Jones Institutional News, "Demand Strong For Alibaba's Hong Kong Listing, Sources Say --Reuters," November 15, 2019.

177. Dow Jones Newswires Chinese, "Demand Strong For Alibaba's Hong Kong Listing, Sources Say --Reuters," November 15, 2019.

178. Ecofin Agency, "Chinese Tycoon Jack Ma Says He Will Help Boost E-Payment In Togo," November 15, 2019.

179. EFE News Service, "Alibaba Confirms Hong Kong Stock Exchange Listing," November 15, 2019.

180. EJ Insight, "Hk Financial Markets Show Great Resilience, For Now," November 15, 2019.

181. EJ Insight, "Hk's Future 'Remains Bright', Alibaba Says As Stock Sale Begins," November 15, 2019.

182. Evening Standard, "Alibaba £10Bn Float Buoys Hong Kong," November 15, 2019.

183. Evening Standard Online, "Alibaba's Massive Listing Gives Former British Colony Hong Kong A Boost," November 15, 2019.

184. Financial Times, "Alibaba Puts Its Faith In Hong Kong With Mammoth Secondary Listing," November 15, 2019.

185. Financial Times, "Best Of Lex: Your Weekly Round-Up," November 15, 2019.

186. Financial Times, "Further Reading," November 15, 2019.

187. Financial Times, "Twitter And Targeting," November 15, 2019.

188. Global Times, "Smart Way To Eat," November 15, 2019.

189. i, "Good Numbers For Alibaba Stock," November 15, 2019.

190. National Post, "Alibaba Listing In Hong Kong; Equity Offering," November 15, 2019.

191. National Post, "Ma Says U.S.-China Trade Tension Could Last 20 Years," November 15, 2019.

192. Reuters News, "Alibaba Gets Strong Demand For $13.4 Billion Hong Kong Listing: Sources," November 15, 2019.

193. Reuters News, "Alibaba's $13.4 Billion Bookbuild Covered Multiple Times: Sources," November 15, 2019.

194. Reuters News, "Alibaba's $13.4 Billion Bookbuild Covered Multiple Times: Sources With Knowledge Of The Deal," November 15, 2019.

195. Reuters News, "Alibaba's $13.4 Bln Bookbuild Covered Multiple Times -Sources," November 15, 2019.

196. Reuters News, "Explainer -Why Is Alibaba Listing In Hong Kong?," November 15, 2019.

197. Reuters News, "Explainer: Why Is Alibaba Listing In Hong Kong?," November 15, 2019.

198. Reuters News, "Hong Kong's Cash Pool Tightens As Alibaba Primes For $13 Billion Listing," November 15, 2019.

199. Reuters News, "Hong Kong's Cash Pool Tightens As Alibaba Primes For $13 Bln Listing," November 15, 2019.

200. Reuters News, "Update 2-Alibaba Gets Strong Demand For $13.4 Bln Hong Kong Listing - Sources," November 15, 2019.

201. South China Morning Post, "Alibaba Picks Auspicious Numbers For Stock Code And Hk Share Price," November 15, 2019.

202. South China Morning Post, "Alibaba To Tap Asian Capital In Hk Offer," November 15, 2019.

203. South China Morning Post, "Taobao Queen' Leads The Charge As Hong Kong Fans Of E-Commerce Platform Get Ready To Spend Big On Alibaba's Secondary Listing," November 15, 2019.

204. The Australian Financial Review, "Alibaba's Hk Listing Bad News For Rival Tencent," November 15, 2019.

205. The Economic Times, "Softbank 's Paytm Top-Up To Come With Riders," November 15, 2019.

206. The Guardian, "Nigeria Ripe For Partnership With Global Tech Giants, Says Osinbajo," November 15, 2019.

207. The Irish Times, "Image Of The Weekalibaba Day," November 15, 2019.

208. The Straits Times, "Alibaba Launches Mega Hong Kong Ipo With $16B Retail Offering," November 15, 2019.

209. The Straits Times, "Alibaba Praises Hong Kong As It Launches Mega $19B Ipo," November 15, 2019.

210. The Times of India, "Amazon Continues To Be 'smarter' Than Google In The Speaker Race," November 15, 2019.

211. This Day, "Osinbajo Receives Alibaba Group'S Founder," November 15, 2019.

212. Yicai Global, "Alibaba Spends Usd262 Million To Boost Its Stake In Meinian Onehealth," November 15, 2019.

213. Yicai Global, "Ant Financial To Help 10 Million European Smes In Next Five Years," November 15, 2019.

214. Yicai Global, "Huawei, Alibaba And Tencent Are Among China's Most Global Firms, Yicai Survey Shows," November 15, 2019.

215. Bangkok Post, "Shopee Triples 1St-Hour Sales," November 16, 2019.

216. China Daily, "Alibaba Plans Large Hong Kong Ipo," November 16, 2019.

217. Dow Jones Institutional News, "What Does Alibaba's Hong Kong Listing Mean For U.S. Shareholders? 6 Things To Know -- Barrons.Com," November 16, 2019.

218. National Post, "Alibaba's Hong Kong Listing In Demand; Us$13.4 Billion," November 16, 2019.

219. Seychelles Nation, "Liege Airport Signs Three New Partnerships," November 16, 2019.

220. South China Morning Post, "China's Bricks-And-Mortar Stores Stress The Shopping Experience, Rev Up With Technology To Survive The Onslaught Of Online Shopping," November 16, 2019.

221. The Economist, "One For The Money," November 16, 2019.

222. The Economist, "Schumpeter: Tomato Catch-Up," November 16, 2019.

223. The Straits Times, "Alibaba Shows Faith In Hk's Future With Mega $19B Listing," November 16, 2019.

224. Dow Jones Institutional News, "Aramco Ipo Aims To Value Energy Giant At Up To $1.7 Trillion," November 17, 2019.

225. Dow Jones Institutional News, "Saudi Aramco Ipo Price Range Values Company At Up To $1.7 Trillion," November 17, 2019.

226. Dow Jones Institutional News, "Saudi Aramco Ipo Price Range Values Company At Up To $1.7 Trillion--2Nd Update," November 17, 2019.

227. Dow Jones Institutional News, "Saudi Aramco Ipo Price Range Values Company At Up To $1.7 Trillion-- Update," November 17, 2019.

228. Dow Jones Newswires Chinese, "Aramco Ipo Aims To Value Energy Giant At Up To $1.7 Trillion," November 17, 2019.

229. Dow Jones Newswires Chinese, "Aramco Ipo Aims To Value Energy Giant At Up To $1.7 Trillion," November 17, 2019.

230. Financial Times, "India'S Third Wave Of Tech Development Will Produce A Titan," November 17, 2019.

231. Reuters News, "Brief-Darapay Announces Strategic Partnership With Chinese Tech Giant- Alipay," November 17, 2019.

232. South China Morning Post, "African Start-Ups Get Us$1 Million Boost From Jack Ma's Netpreneur Prize," November 17, 2019.

233. The Nation, "Shifting Trends Behind China's Record Shopping Spree," November 17, 2019.

234. The New York Times, "China's Interlocking Internet," November 17, 2019.

235. The Wall Street Journal Online, "Aramco Ipo Aims To Value Energy Giant At Up To $1.7 Trillion; Drop In Value Illustrates The Operational, Geopolitical And Governance Risks...," November 17, 2019.

236. This Day, "Nigeria Emerges First In Africa Netprenure Competition," November 17, 2019.

237. Al Jazeera English, "Alibaba To Close Books Early On $13.4 Hong Kong Listing: Sources," November 18, 2019.

238. Barron's Online, "What Does Alibaba's Hong Kong Listing Mean For U.S. Shareholders? 6 Things To Know," November 18, 2019.

239. Dow Jones Institutional News, "*Alibaba's $13 Billion Hong Kong Share Sale Already Multiple Times Subscribed: Sources," November 18, 2019.

240. Dow Jones Institutional News, "Asia-Pacific Corporate Calendar - Month Ahead," November 18, 2019.

241. Dow Jones Institutional News, "Hk Bourse: Results Announcement From China International Capital Corp. Ltd .," November 18, 2019.

242. Dow Jones Institutional News, "Hong Kong's Protests Won'T Derail Alibaba's $13 Billion Listing -- Heard On The Street," November 18, 2019.

243. Dow Jones Institutional News, "Meinian Onehealth Healthcare Hldg. Co., Ltd . -- Moody's - Meinian S Private Placement And Investment By Alibaba Subsidiary Are Credit Positive," November 18, 2019.

244. Dow Jones Newswires Chinese, "Hong Kong's Protests Won'T Derail Alibaba's $13 Billion Listing -- Heard," November 18, 2019.

245. EJ Insight, "Are Food Delivery Apps Creating Any Value?," November 18, 2019.

246. Financial Times, "A Third Wave Of Development Will Produce An Indian Tech Titan," November 18, 2019.

247. Financial Times, "A Third Wave Of Development Will Produce An Indian Tech Titan," November 18, 2019.

248. Financial Times, "A Third Wave Of Development Will Produce An Indian Tech Titan," November 18, 2019.

249. Financial Times, "A Third Wave Of Development Will Produce An Indian Tech Titan," November 18, 2019.

250. Hindustan Times, "Aramco Seeks Up To $1.7 Tn Valuation In Mega Offering," November 18, 2019.

251. Hong Kong Shipping Gazette Daily Enews, "Alibaba's Cainiao To Start China-Russia Freighter Services With 2 Russian Airlines," November 18, 2019.

252. Reuters News, "Alibaba To Close Books Early In $13.4 Billion Hong Kong Listing After Strong Demand: Sources," November 18, 2019.

253. Reuters News, "Corrected-Alibaba's Books Close Early In $13.4 Bln Hong Kong Listing -Sources," November 18, 2019.

254. Reuters News, "Update 1-Alibaba To Close Books Early In $13.4 Bln Hong Kong Listing After Strong Demand -Sources," November 18, 2019.

255. South China Morning Post, "After Rocky Start, Stock Connect Finds Its Stride Connect Finds Its Stride After Rocky Start," November 18, 2019.

256. South China Morning Post, "Alibaba Founder's Fund Gives Boost To African Start-Ups," November 18, 2019.

257. South China Morning Post, "Alibaba Founder's Fund Gives Boost To African Start-Ups; Ten Promising Young Entrepreneurs Share Us$1M In First Grants From Jack Ma's Initiative," November 18, 2019.

258. South China Morning Post, "Happy 5Th Birthday Hong Kong-Mainland Stock Connect: Your Infancy Was Troubled But You'Re Thriving Now," November 18, 2019.

259. The Australian - Online, "'Nothing To Fear' From Communist Influence 'Nothing To Fear' From Investing In China," November 18, 2019.

260. The Namibian, "Xpeng Motors Raises Us$400M To Fund Production Of New Models," November 18, 2019.

261. The Straits Times, "Alibaba Calls Off Event For Mega Hk Ipo Amid Unrest," November 18, 2019.

262. The Wall Street Journal, "Aramco Lowers Valuation Target For Ipo," November 18, 2019.

263. The Wall Street Journal Online, "Hong Kong's Protests Won'T Derail Alibaba's $13 Billion Listing," November 18, 2019.

264. Yicai Global, "Alibaba's Jack Ma Hands 10 African Entrepreneurs Usd1 Million In Local Hero Prize," November 18, 2019.

265. Al Jazeera English, "Dashed Expectations For Aramco Ipo Extends To Banks," November 19, 2019.

266. Al Jazeera English, "Us Blacklist Is Not Stopping Megvii From Seeking A Hong Kong Ipo," November 19, 2019.

267. Barron's Online, "The Dow Lost 102 Points Because Retail Earnings Were A Wipeout," November 19, 2019.

268. China Daily, "10 African Entrepreneurs Earn Prizes From Alibaba," November 19, 2019.

269. China.org.cn, "Taylor Swift's Music Feud Affects Her China Show," November 19, 2019.

270. Citywire, "Why This A-Rated Pm Went Against Proxy Voting Advice On Alibaba," November 19, 2019.

271. Dong-A Ilbo Daily, "Naver, Softbank To Form A Joint Venture From Next Month," November 19, 2019.

272. Dow Jones Institutional News, "Alibaba'S $13 Billion Hong Kong Share Sale Already Multiple Times Subscribed," November 19, 2019.

273. Dow Jones Institutional News, "Alibaba's $13 Billion Hong Kong Share Sale Already Multiple Times Subscribed," November 19, 2019.

274. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," November 19, 2019.

275. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," November 19, 2019.

276. Dow Jones Institutional News, "The Dow Lost 102 Points Because Retail Earnings Were A Wipeout -- Barrons.Com," November 19, 2019.

277. Dow Jones Newswires Chinese, "Alibaba To Close U.S. Order Books For Secondary Listing Half A Day Early, At Noon Est Tuesday: Sources," November 19, 2019.

278. Dow Jones Newswires Chinese, "Alibaba's $13 Billion Hong Kong Share Sale Already Multiple Times Subscribed," November 19, 2019.

279. Dow Jones Newswires Chinese, "Alibaba's $13 Billion Hong Kong Share Sale Already Multiple Times Subscribed: Sources," November 19, 2019.

280. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," November 19, 2019.

281. Financial Express Online, "Snapdeal Takes Cue From Alibaba To Stop Fake Products," November 19, 2019.

282. Financial Times, "Airbnb Limbers Up For Ipo By Signing $500M Olympic Sponsorship Deal," November 19, 2019.

283. Financial Times, "Airbnb Limbers Up For Ipo By Signing $500M Olympic Sponsorship Deal," November 19, 2019.

284. Financial Times, "Alibaba Listing Marks Test For Both Hong Kong And Beijing," November 19, 2019.

285. Financial Times, "Megvii Plan For Ipo Signals Show Of Confidence In Hong Kong," November 19, 2019.

286. Global Times, "Alibaba'S Ma Inspires Africa," November 19, 2019.

287. Korea Times, "Banks Boost Strategic Alliance With Fintechs Overseas," November 19, 2019.

288. MarketWatch, "Alibaba Closes $13 Billion Hong Kong Share Sale Early; Strong Demand For Secondary Listing Causes Oversubscription," November 19, 2019.

289. Reuters News, "Alibaba Gives Guidance Of A Share Price Of 176 Hong Kong Dollars For Secondary Listing In Hong Kong - Sources," November 19, 2019.

290. Reuters News, "Alibaba Raises Up To $12.9 Bln For Hong Kong Secondary Listing - Sources," November 19, 2019.

291. Reuters News, "Aramco Ipo Banks Face Pared Payday Of $90 Million Or Less - Sources," November 19, 2019.

292. Reuters News, "Aramco Ipo Banks Face Pared Payday Of $90 Million Or Less: Sources," November 19, 2019.

293. Reuters News, "Brief-Dhl Express Sees Internet Giants Like Alibaba, Amazon As Clients, Not Competitors," November 19, 2019.

294. Reuters News, "China's Megvii Seeks Approval For Hong Kong Ipo Despite U.S. Blacklist: Sources," November 19, 2019.

295. Reuters News, "Chinese Ai Start-Up Megvii Seeks Approval For Hong Kong Ipo Of At Least $500 Mln - Sources," November 19, 2019.

296. Reuters News, "Update 1-Aramco Ipo Banks Face Pared Payday Of $90 Million Or Less - Sources," November 19, 2019.

297. Reuters News, "Update 1-China's Megvii Seeks Approval For Hong Kong Ipo Despite U.S. Blacklist -Sources," November 19, 2019.

298. South China Morning Post, "Alibaba Gives Hong Kong Vote Of Confidence," November 19, 2019.

299. South China Morning Post, "Stocks Blog: Want Want China Shoots Up On Results; Tencent Gains," November 19, 2019.

300. South China Morning Post, "Test Case For Tolerance; Markets Do Not Believe Hong Kong's Crisis Will Have Systemic Impact. But That May Change If The Protests Become...," November 19, 2019.

301. The Australian, "'Nothing To Fear' From Communist Influence," November 19, 2019.

302. The Australian, "Communist Influence 'No Cause For Alarm'," November 19, 2019.

303. The Irish Times, "Airbnb Seals $500M Olympics Sponsorship Deal Ahead Of Ipo," November 19, 2019.

304. The Times, "Road To Nowhere," November 19, 2019.

305. The Times, "Road To Nowhere," November 19, 2019.

306. The Times, "Road To Nowhere," November 19, 2019.

307. The Wall Street Journal Online, "Alibaba's $13 Billion Hong Kong Share Sale Oversubscribed; Company Closes U.S. Order Books For Secondary Listing Half A Day Early," November 19, 2019.

308. Vietnam News Brief Service, "Banking: Citi, Lazada Cooperate To Launch First E-Commerce Credit Card In Vietnam," November 19, 2019.

309. Vietnam News Brief Service, "Business: Vietnam'S E-Commerce Market May Rank 3Rd In Southeast Asian In 2025: Expert," November 19, 2019.

310. Yicai Global, "Ant Financial Says It Is 'Actively Looking' At Singapore Virtual Bank License," November 19, 2019.

311. Beijing Review, "Behind The Bright Lights," November 28, 2019.

312. The Economist, "Schumpeter: One Company, Two Systems," November 30, 2019.

313. South China Morning Post, "Alibaba Announces Management Reshuffle While Ant Financial Names Simon Hu As New Ceo," December 19, 2019.

314. South China Morning Post, "Alibaba, Ant Financial Eye Opportunities With Reshuffle," December 20, 2019.

315. Financial Times, "Sellers Asked To Choose In Battle Between Alibaba And Pinduoduo," January 13, 2020.

316. Financial Times, "Alibaba Accused Of Shackling Sellers To Platform," January 15, 2020.

317. Financial Times, "Alibaba Accused Of Shackling Sellers To Platform," January 15, 2020.

318. Financial Times, "Alibaba Accused Of Shackling Sellers To Platform," January 15, 2020.

319. Financial Times, "Alibaba Accused Of Shackling Sellers To Platform," January 15, 2020.

320. Financial Times, "Us-China Decoupling Hits Taiwan Chip Giant," January 15, 2020.

321. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," February 5, 2020.

322. Dow Jones Institutional News, "Hk Bourse: Results Announcement From Sun Art Retail Group Ltd .," February 20, 2020.

323. Global Times, "Beijing'S Two Giant Airports Open For Cargo Flights By All Domestic, Foreign Airlines," May 14, 2020.

324. Market Watch, "Coronavirus Update: Global Case Tally Reaches 4.8 Million; China'S Xi Supports Who-Backed Probe Of
Origins Of Pandemic — Once The Crisis Is Over; Tesla Gets Green Light To Reopen California Plant, And Investors Await Earnings From Walmart, Target And Alibaba," May 18, 2020.

325. Dow Jones Institutional News, "Press Release: Alibaba Group Announces Filing Of Annual Report On Form 20-F For Fiscal Year 2020," July 9, 2020.

326. Dow Jones Newswires Chinese, "Market Talk: Alibaba Health Information Tech Fall," July 9, 2020.

327. Shanghai Daily Online, "Top Companies Seek Innovative Partnerships At Waic," July 9, 2020.

328. Barron's Online, "Alibaba Lays Out Its Plan To Conquer The Digital World," July 10, 2020.

329. Dow Jones Institutional News, "*Alibaba Group Target Raised To $292.00 From $268.00 By Hsbc," July 10, 2020.

330. Dow Jones Institutional News, "Alibaba Lays Out Its Plan To Conquer The Digital World -- Barrons.Com," July 10, 2020.

331. Dow Jones Institutional News, "Alibaba Seems Well-Placed To Regain Market Share -- Market Talk," July 10, 2020.

332. Dow Jones Institutional News, "Softbank Group Making Progress With Asset Sales, Nomura Says -- Market Talk," July 10, 2020.

333. Dow Jones Newswires Chinese, "Alibaba Group Target Raised To $292.00 From $268.00 By Hsbc," July 10, 2020.

334. Dow Jones Newswires Chinese, "Alibaba Seems Well-Placed To Regain Market Share -- Market Talk," July 10, 2020.

335. Dow Jones Newswires Chinese, "Softbank Group Making Progress With Asset Sales, Nomura Says -- Market Talk," July 10, 2020.

336. Prime News, "Report: Aliexpress Russia Eyes $10 Bln Turnover By 2022–2023," July 10, 2020.

337. Reuters News, "Aliexpress Could Consider Ipo In 3 To 4 Years, Ceo Tells Reuters," July 10, 2020.

338. Reuters News, "Aliexpress Russia Eyes $10 Billion Turnover By 2022-2023, Up An Estimated 66%," July 10, 2020.

339. Reuters News, "Aliexpress Russia Eyes $10 Bln Turnover By 2022-2023, Up An Estimated 66%," July 10, 2020.

340. Reuters News, "Aliexpress Russia Seeks $10 Bln Annual Turnover By 2022-2023, Says Ceo, Up From Analysts' Estimate Of Around $6 Bln Now," July 10, 2020.

341. Reuters News, "Focus-Skin Whitening Creams Remain Online Despite Mercury Findings," July 10, 2020.

342. Reuters News, "Skin Whitening Creams Remain Online Despite Mercury Findings," July 10, 2020.

343. South China Morning Post, "Covid-19 'speeding' Tech Adoption, Jack Ma Says," July 10, 2020.

344. South China Morning Post, "E-Commerce Giant Alibaba Sets Five-Year Goal Of Serving Over A Billion Customers In China," July 10, 2020.

345. The Times, "Universities 'Pander To Chinese Censors'," July 10, 2020.

346. The Times, "Universities 'Pander To Chinese Censors'," July 10, 2020.

347. The Times, "Universities 'Pander To Chinese Censors'," July 10, 2020.

348. The Times, "Universities 'Pander To Chinese Censors'," July 10, 2020.

349. Yicai Global, "Alibaba Builds Digital Infrastructure For New Covid Normal, Ceo Zhang Says," July 10, 2020.

350. Yicai Global, "Alibaba, Shiseido, Bosch Attend Ciie'S First Supply, Demand Meeting In Shanghai," July 10, 2020.

351. Yicai Global, "Jack Ma, Other Big Names Appear At Waic," July 10, 2020.

352. South China Morning Post, "Alibaba Vows To Serve A Billion Customers In 5 Years," July 11, 2020.

353. The Economist, "Online Business: E-Shopping Frenzy," July 11, 2020.

354. Shanghai Daily Online, "Ant Group Hoping For 100M More Investors," July 12, 2020.

355. BNE IntelliNews, "Aliexpress Sets Ambitious Goals In Russia, Ipo Possible," July 13, 2020.

356. BNE IntelliNews, "Aliexpress Sets Ambitious Goals In Russia, Ipo Possible," July 13, 2020.

357. BNE IntelliNews, "Aliexpress Sets Ambitious Goals In Russia, Ipo Possible," July 13, 2020.

358. Dow Jones Institutional News, "Hk Bourse: Results Announcement From Red Star Macalline Group Corp. Ltd .," July 13, 2020.

359. Dow Jones Institutional News, "Pinduoduo May Regain High Double-Digit Revenue Growth In 2Q -- Market Talk," July 13, 2020.

360. Dow Jones Institutional News, "Pinduoduo May Regain High Double-Digit Revenue Growth In 2Q -- Market Talk," July 13, 2020.

361. Dow Jones Newswires Chinese, "Pinduoduo May Regain High Double-Digit Revenue Growth In 2Q -- Market Talk," July 13, 2020.

362. Global Times, "Chinese Refrigerator Sales Soar 700% In Spain," July 13, 2020.

363. India Today, "Desi Unicorns In A Dragon-Hold  Start-Ups," July 13, 2020.

364. Reuters News, "Alibaba's Jack Ma Sells $8.2 Billion Worth Shares, Stake Dips To 4.8%: Filing," July 13, 2020.

365. Reuters News, "Corrected-Alibaba's Jack Ma Sells $8.2 Bln Worth Shares, Stake Dips To 4.8% -Filing," July 13, 2020.

366. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," July 14, 2020.

367. Dow Jones Institutional News, "Beyond Meat To Begin Sales At Metro China Locations In Shanghai Starting July 15 -- Marketwatch," July 14, 2020.

368. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," July 14, 2020.

369. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $285.00/Share From $255.00 By Keybanc," July 14, 2020.

370. Dow Jones Newswires Chinese, "Beyond Meat To Begin Sales At Metro China Locations In Shanghai Starting July 15," July 14, 2020.

371. i, "Ma Cuts Stake To 4.8% In Alibaba," July 14, 2020.

372. Shanghai Daily Online, "Cainiao Joins Russian Partner For New Route To Europe," July 14, 2020.

373. The Irish Times, "Alibaba Co-Founder Ma Sells $8.2Bn In Shares," July 14, 2020.

374. The Telegraph, "Jack Ma Trims Alibaba Stake Post Retirement," July 14, 2020.

375. Dow Jones Institutional News, "Chinese Software Suppliers Likely To Gain Domestic Market Shares -- Market Talk," July 15, 2020.

376. Dow Jones Institutional News, "Hk Bourse: Announcement From Easyknit International Holdings Ltd .," July 15, 2020.

377. Dow Jones Institutional News, "Tech, Media & Telecom Roundup: Market Talk," July 15, 2020.

378. Dow Jones Newswires Chinese, "Chinese Software Suppliers Likely To Gain Domestic Market Shares -- Market Talk," July 15, 2020.

379. Dow Jones Newswires Chinese, "Chinese Software Suppliers Likely To Gain Domestic Market Shares -- Market Talk," July 15, 2020.

380. Reuters News, "Beyond Meat To Sell Plant-Based Patties Brazil, World'S No. 3 Beef Consumer," July 15, 2020.

381. Reuters News, "Beyond Meat To Sell Plant-Based Patties Brazil, World'S No. 3 Beef Consumer," July 15, 2020.

382. Reuters News, "Brief-Easyknit International Holdings Says Unit Acquired On-Market 220,000 Alibaba Shares For Hk$53.8 Mln," July 15, 2020.

383. The Guardian, "Will Silicon Valley Be Your Healthcare Provider One Day? It'S Very Likely," July 15, 2020.

384. Agence France Presse, "Alibaba Revenue Up 34 Percent As Coronavirus Fuels Online Spending," August 20, 2020.

385. Agence France Presse, "China's Alibaba Says Revenue Up 34 Percent Despite Virus," August 20, 2020.

386. Barron's Online, "Alibaba Beat Earnings Estimates. Why Its Stock Is Falling.," August 20, 2020.

387. Beijing Review, "Jamboree Of Gadgets," August 20, 2020.

388. City AM, "Alibaba Gets Lockdown Revenue Boost As Us Threat Looms," August 20, 2020.

389. Dow Jones Institutional News, "*Alibaba Group Target Price Raised To Hk$307.00 From Hk$300.00 By Jefferies >9988.Hk," August 20, 2020.

390. Dow Jones Institutional News, "*Alibaba Group Target Price Raised To Hk$308.00 From Hk$307.00 By Citi>9988.Hk," August 20, 2020.

391. Dow Jones Institutional News, "Adrs Close Lower; Alibaba, Crh Trade Actively," August 20, 2020.

392. Dow Jones Institutional News, "Alibaba Could Continue To Deliver Growth -- Market Talk," August 20, 2020.

393. Dow Jones Institutional News, "Alibaba Earnings And Sales Top Estimates, But Stock Slips -- Barrons.Com," August 20, 2020.

394. Dow Jones Institutional News, "Alibaba Earnings Top Expectations As Pandemic Drives Increased Digital Purchases -- Marketwatch," August 20, 2020.

395. Dow Jones Institutional News, "Alibaba Group Holding Ltd Ceo Daniel Zhang On Q1 2021 Results -- Earnings Call Transcript >Baba," August 20, 2020.

396. Dow Jones Institutional News, "Alibaba Online Orders Amid Coronavirus Fuel Sales Recovery -- 2Nd Update," August 20, 2020.

397. Dow Jones Institutional News, "Alibaba Online Orders Fuel Sales Recovery," August 20, 2020.

398. Dow Jones Institutional News, "Alibaba Posts Higher 1Q Results As Core Commerce Business Recovers," August 20, 2020.

399. Dow Jones Institutional News, "Alibaba Posts Higher 1Q Results As Core Commerce Business Recovers -- Update," August 20, 2020.

400. Dow Jones Institutional News, "Alibaba's Online Orders Amid Coronavirus Fuel Sales Recovery -- 3Rd Update," August 20, 2020.

401. Dow Jones Institutional News, "Ant Group Posts $3.5 Billion Profit In Six Months Ahead Of Ipo," August 20, 2020.

402. Dow Jones Institutional News, "Asia-Pacific Corporate Calendar - Week Ahead," August 20, 2020.

403. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," August 20, 2020.

404. Dow Jones Institutional News, "Jack Ma's Ant Group Posts $3.5 Billion Profit In Six Months Ahead Of Ipo," August 20, 2020.

405. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," August 20, 2020.

406. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," August 20, 2020.

407. Dow Jones Institutional News, "Press Release: Alibaba Group Announces June Quarter 2020 Results," August 20, 2020.

408. Dow Jones Newswires Chinese, "Adrs Close Lower; Alibaba, Crh Trade Actively," August 20, 2020.

409. Dow Jones Newswires Chinese, "Alibaba Could Continue To Deliver Growth -- Market Talk," August 20, 2020.

410. Dow Jones Newswires Chinese, "Alibaba Group Holding 1Q Cloud Computing Rev $1.75B >Baba," August 20, 2020.

411. Dow Jones Newswires Chinese, "Alibaba Group Holding 1Q Core Commerce Rev $18.87B >Baba," August 20, 2020.

412. Dow Jones Newswires Chinese, "Alibaba Group Holding 1Q Digital Media And Entertainment Rev $990M >Baba," August 20, 2020.

413. Dow Jones Newswires Chinese, "Alibaba Group Holding 1Q Innovation Initiatives And Others Rev $155M >Baba," August 20, 2020.

414. Dow Jones Newswires Chinese, "Alibaba Group Holding 1Q Rev $21.76B >Baba," August 20, 2020.

415. Dow Jones Newswires Chinese, "Alibaba Group Target Price Raised To Hk$307.00 From Hk$300.00 By Jefferies >9988.Hk," August 20, 2020.

416. Dow Jones Newswires Chinese, "Alibaba Group Target Price Raised To Hk$308.00 From Hk$307.00 By Citi>9988.Hk," August 20, 2020.

417. Dow Jones Newswires Chinese, "Alibaba Group Target Price Raised To Us$314.00 From Us$307.00 By Jefferies>Baba," August 20, 2020.

418. Dow Jones Newswires Chinese, "Alibaba Group Target Price Raised To Us$318.00 From Us$316.00 By Citi>Baba," August 20, 2020.

419. Dow Jones Newswires Chinese, "Alibaba Posts Higher 1Q Results As Core Commerce Business Recovers," August 20, 2020.

420. Dow Jones Newswires Chinese, "Alibaba Up," August 20, 2020.

421. Dow Jones Newswires Chinese, "Alibaba's Online Orders Amid Coronavirus Fuel Sales Recovery -- 3Rd Update," August 20, 2020.

422. Dow Jones Newswires Chinese, "Jack Ma's Ant Group Posts $3.5 Billion Profit In Six Months Ahead Of Ipo," August 20, 2020.

423. Dow Jones Newswires Chinese, "Market Talk: Alibaba Up," August 20, 2020.

424. EFE News Service, "Alibaba Doubles Its Income In June Quarter," August 20, 2020.

425. Financial Times, "Alibaba Beats Revenue Expectations Despite Looming Threats," August 20, 2020.

426. Financial Times, "Alibaba: Diverging Mirror," August 20, 2020.

427. Financial Times, "Markets Now - Thursday 20Th August 2020," August 20, 2020.

428. Interfax: Kazakhstan General Newswire, "More Than 40 Kazakh Manufacturers And Sellers Represented On Alibaba," August 20, 2020.

429. MarketWatch, "Alibaba Earnings Have Analysts Cheering 'V-Shaped Recovery' But Stock Falls; Alibaba'S Investment Losses Are Narrowing, Company Says To...," August 20, 2020.

430. Reuters News, "Alibaba Beats Estimates As Pandemic Fuels Online, Cloud Computing Demand," August 20, 2020.

431. Reuters News, "Alibaba Beats Quarterly Revenue Estimates," August 20, 2020.

432. Reuters News, "Alibaba Group Holding Ltd: Profits Of $2.14 Announced For First Quarter," August 20, 2020.

433. Reuters News, "Breakingviews-Alibaba Polishes Its Crown And Half-Hidden Jewels," August 20, 2020.

434. Reuters News, "Brief-Alibaba Group Announces June Quarter 2020 Results," August 20, 2020.

435. Reuters News, "Rpt-Update 3-Alibaba Beats Estimates As Pandemic Fuels Online, Cloud Computing Demand," August 20, 2020.

436. Reuters News, "Update 2-Alibaba Beats Estimates As Pandemic Fuels Online, Cloud Computing Demand," August 20, 2020.

437. Reuters News, "Update 3-Alibaba Beats Estimates As Pandemic Fuels Online, Cloud Computing Demand," August 20, 2020.

438. The Telegraph Online, "Alibaba Sees Revenue Grow To $22Bn As Consumer Spending Picks Up," August 20, 2020.

439. The Times, "Alibaba Outdoes Forecasts After Expansion In China," August 20, 2020.

440. The Wall Street Journal Online, "Alibaba's Online Orders Soar During Coronavirus, Fueling A Sales Recovery; China's Most Valuable Technology Company Runs Two Of The Country...," August 20, 2020.

441. The Wall Street Journal Online, "Jack Ma's Ant Group Produces $3.5 Billion Profit In Six Months As Ipo Looms; Results Show How Lucrative The Chinese Financial-Technology ...," August 20, 2020.

442. Barron's Online, "Softbank Continues To Make Risky Bets. Here's Why The Stock Remains Attractive.," August 21, 2020.

443. BusinessLine Online, "Alibaba Appeals To Trump, Says It Supports Us Businesses," August 21, 2020.

444. BusinessLine Online, "Jack Ma's Ant Targets $225-Billion Value In World's Largest Ipo," August 21, 2020.

445. China Daily, "Highlight," August 21, 2020.

446. Dow Jones Institutional News, "Alibaba Group Could Sustain Revenue Growth Momentum -- Market Talk," August 21, 2020.

447. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Buy By B Of A Securities," August 21, 2020.

448. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," August 21, 2020.

449. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Strong Buy By Raymond James," August 21, 2020.

450. Dow Jones Institutional News, "Alibaba To Select Small U.S. Businesses For Singles Day Participation At Upcoming Virtual Event -- Marketwatch," August 21, 2020.

451. Dow Jones Institutional News, "Alibaba's Ecosystem Strategy Could Drive Sustainable Growth -- Market Talk," August 21, 2020.

452. Dow Jones Institutional News, "Alibaba's Ecosystem Strategy Could Drive Sustainable Growth -- Market Talk," August 21, 2020.

453. Dow Jones Institutional News, "E-Commerce Giant Alibaba Posts Leaps In Profit, Sales -- Wsj," August 21, 2020.

454. Dow Jones Institutional News, "Hk Bourse: Announcement From Alibaba Pictures Group," August 21, 2020.

455. Dow Jones Institutional News, "Hk Bourse: Announcement From Alibaba Pictures Group," August 21, 2020.

456. Dow Jones Institutional News, "Softbank Continues To Make Risky Bets. Here's Why The Stock Remains Attractive. -- Barrons.Com," August 21, 2020.

457. Dow Jones Institutional News, "Vipshop's Margin Upside Likely To Be Capped By Rising Competition -- Market Talk," August 21, 2020.

458. Dow Jones Institutional News, "Vipshop's Margin Upside Likely To Be Capped By Rising Competition -- Market Talk," August 21, 2020.

459. Dow Jones Newswires Chinese, "Alibaba Could Continue To Deliver Growth -- Market Talk," August 21, 2020.

460. Dow Jones Newswires Chinese, "Alibaba Group Could Sustain Revenue Growth Momentum -- Market Talk," August 21, 2020.

461. Dow Jones Newswires Chinese, "Alibaba Group Could Sustain Revenue Growth Momentum -- Market Talk," August 21, 2020.

462. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Buy By B Of A Securities," August 21, 2020.

463. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," August 21, 2020.

464. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Strong Buy By Raymond James," August 21, 2020.

465. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $295.00/Share From $285.00 By Keybanc," August 21, 2020.

466. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $317.00/Share From $301.00 By B Of A Securities," August 21, 2020.

467. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $320.00/Share From $290.00 By Raymond James," August 21, 2020.

468. Dow Jones Newswires Chinese, "Alibaba To Select Small U.S. Businesses For Singles Day Participation At Upcoming Virtu," August 21, 2020.

469. Dow Jones Newswires Chinese, "Alibaba's Ecosystem Strategy Could Drive Sustainable Growth -- Market Talk," August 21, 2020.

470. Dow Jones Newswires Chinese, "Alibaba's Ecosystem Strategy Could Drive Sustainable Growth -- Market Talk," August 21, 2020.

471. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," August 21, 2020.

472. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," August 21, 2020.

473. Dow Jones Newswires Chinese, "Jack Ma's Ant Group Posts $3.5 Billion Profit In Six Months Ahead Of Ipo," August 21, 2020.

474. Dow Jones Newswires Chinese, "Market Talk: Alibaba Up," August 21, 2020.

475. Dow Jones Newswires Chinese, "Vipshop's Margin Upside Likely To Be Capped By Rising Competition -- Market Talk," August 21, 2020.

476. Evening Standard Online, "Jack Ma's Ant Group 'Eyes $225 Billion Valuation' In Blockbuster Ipo," August 21, 2020.

477. Financial Times, "Alibaba Beats Revenue Expectations Despite Threats," August 21, 2020.

478. Financial Times, "Alibaba Beats Revenue Expectations Despite Threats," August 21, 2020.

479. Financial Times, "Alibaba Beats Revenue Expectations Despite Threats," August 21, 2020.

480. Financial Times, "Alibaba Beats Revenue Expectations Despite Threats," August 21, 2020.

481. Financial Times, "Alibaba: Diverging Mirror," August 21, 2020.

482. Financial Times, "Alibaba: Diverging Mirror," August 21, 2020.

483. Financial Times, "Alibaba: Diverging Mirror," August 21, 2020.

484. Financial Times, "Alibaba: Diverging Mirror," August 21, 2020.

485. Financial Times, "Alibaba: Diverging Mirror," August 21, 2020.

486. Forbes Asia, "This Time Is Different. Really.," August 21, 2020.

487. i, "Alibaba's Profits Double In A Year," August 21, 2020.

488. Reuters News, "Brief-Alibaba Pictures Group Enters Marketing And Promotion Services Framework Agreement," August 21, 2020.

489. Reuters News, "Media-Alibaba Investors Swap U.S. Shares For Hong Kong Amid Crackdown - Bloomberg News," August 21, 2020.

490. South China Morning Post, "Alibaba Posts 124Pc Surge Inearnings," August 21, 2020.

491. South China Morning Post, "Hong Kong Stocks Boosted By Us Tech Rally, Alibaba Blowout Earnings," August 21, 2020.

492. The Daily Telegraph, "Alibaba's Surge In Revenue Signals China Bounce Back," August 21, 2020.

493. The Daily Telegraph, "Impact Of The Google Outage Can Be Measured In Gdp," August 21, 2020.

494. The Economic Times, "Et Startup Awards 2020: Contenders For Startup Of The Year," August 21, 2020.

495. The Times, "Alibaba Outdoes Forecasts After Expansion In China," August 21, 2020.

496. The Times, "Alibaba Outdoes Forecasts After Expansion In China," August 21, 2020.

497. The Times, "Alibaba Outdoes Forecasts After Expansion In China," August 21, 2020.

498. The Wall Street Journal, "E-Commerce Giant Alibaba Posts Leaps In Profit, Sales," August 21, 2020.

499. Xinhua's China Economic Information Service, "Alibaba Reports 34 Pct Surge In Quarterly Revenue," August 21, 2020.

500. Yicai Global, "Alibaba Posts 28% Jump In Second-Quarter Net Profit As Covid-19 Boosts Business," August 21, 2020.

501. Yicai Global, "Ant Group Has Applied For Permission To List Offshore, China'S Securities Regulator Says," August 21, 2020.

502. Yicai Global, "Douyin Is A Good Business Partner, Alibaba Says," August 21, 2020.

503. Yicai Global, "Tiktok Is A Good Business Partner, Alibaba Says," August 21, 2020.

504. Bangkok Post, "Lazmall Looks To Build On Gains," August 22, 2020.

505. China Daily, "Alibaba Looking To Ride Out Rough Global Scene," August 22, 2020.

506. Manila Bulletin, "Philmar Alipayo On Giving Andi Eigenmann Pechay Instead Of Flowers During Courtship," August 22, 2020.

507. National Post, "Alibaba Investors Swap U.S. Shares; E-Commerce," August 22, 2020.

508. South China Morning Post, "Xpeng Seeks To Raise Up To Us$1.1 Billion In New York Ipo As Electric Car Maker Prepares To Challenge Tesla In China," August 22, 2020.

509. Dow Jones Institutional News, "Greentown Service Group Could Stage A Turnaround -- Market Talk," August 23, 2020.

510. Dow Jones Institutional News, "Hong Kong Shares Rise 1.4%; Tech Sector Likely To Draw Fund Flows -- Market Talk," August 23, 2020.

511. Dow Jones Newswires Chinese, "Hong Kong Shares Rise 1.4%; Tech Sector Likely To Draw Fund Flows -- Market Talk," August 23, 2020.

512. Dow Jones Newswires Chinese, "Hong Kong Shares Rise 1.4%; Tech Sector Likely To Draw Fund Flows -- Market Talk," August 23, 2020.

513. South China Morning Post, "Xiaomi's Spectacular Gain Outshines Alibaba And Wuxi Biologics In First Week Since Trio Tapped For Hang Seng Index," August 23, 2020.

514. Associated Press Newswire, "Taiwan Says Alibaba-Linked E-Commerce Site A Security Risk," August 24, 2020.

515. Barron's, "Softbank: A Risky Bet That Still Pays --- Softbank Shares Have Rallied As The Company Has Become Disciplined About Asset Sales And Stock B...," August 24, 2020.

516. Dow Jones Institutional News, "*Alibaba Group Shares In Hong Kong Hit Fresh Record High Of Hk$266.00 Apiece," August 24, 2020.

517. Dow Jones Institutional News, "Ant Group Appoints Independent Directors, Falls Short On Gender Diversity -- Esg Insight," August 24, 2020.

518. Dow Jones Institutional News, "Ant Group Pushes Ahead With Listing Plans; Investors See Big Ipo Gains," August 24, 2020.

519. Dow Jones Institutional News, "Ant Group Reconstitutes Board Ahead Of Ipo; Adds Three Independent Directors," August 24, 2020.

520. Dow Jones Institutional News, "Hk Bourse: Announcement From Alibaba Health It," August 24, 2020.

521. Dow Jones Institutional News, "Jack Ma's Ant Group Pushes Ahead With 'Project Star' Listing Plans; Investors See Big Ipo Gains," August 24, 2020.

522. Dow Jones Newswires, "Amazon Isn'T Synonymous With Luxury. That May Be Changing. -- Barrons.Com," August 24, 2020.

523. Dow Jones Newswires Chinese, "Alibaba Group Shares In Hong Kong Hit Fresh Record High Of Hk$266.00 Apiece," August 24, 2020.

524. Dow Jones Newswires Chinese, "Alibaba's Hong Kong Shares Last Up 5.1% At Hk$265.60," August 24, 2020.

525. Dow Jones Newswires Chinese, "Ant Group Reconstitutes Board Ahead Of Ipo; Adds Three Independent Directors," August 24, 2020.

526. Dow Jones Newswires Chinese, "Greentown Service Group Could Stage A Turnaround -- Market Talk," August 24, 2020.

527. Dow Jones Newswires Chinese, "Greentown Service Group Could Stage A Turnaround -- Market Talk," August 24, 2020.

528. Financial Times, "China'S Tech Giants Grapple With Threats At Home And Abroad," August 24, 2020.

529. Financial Times, "Chinese Managers Apply To Launch First Hang Seng Tech Index Etfs," August 24, 2020.

530. Financial Times, "Eu Risks Being Dethroned As World's Lead Digital Regulator," August 24, 2020.

531. Financial Times, "Eu Risks Being Dethroned As World's Lead Digital Regulator," August 24, 2020.

532. Financial Times, "Eu Risks Being Dethroned As World's Lead Digital Regulator," August 24, 2020.

533. Financial Times, "Eu Risks Being Dethroned As World's Lead Digital Regulator," August 24, 2020.

534. Hong Kong Shipping Gazette Daily Enews, "Alibaba's Cainiao Links Up With Air China Cargo To Boost Operations At Liege," August 24, 2020.

535. Reuters News, "Brief-China Securities Regulator Accepts Ant's Application For Hong Kong Share Listing," August 24, 2020.

536. Reuters News, "Refile-Taiwan Tells Alibaba's Local Taobao Site To Re-Register Or Leave Island," August 24, 2020.

537. South China Morning Post, "Hong Kong, China Stocks Climb On Report Us Companies Can Still Do Business In China On Wechat, Chinext Reforms Kick In," August 24, 2020.

538. South China Morning Post, "Pdd Doubles Down On Investment In Online Agriculture, Ramping Up Rivalry With Jd, Alibaba," August 24, 2020.

539. The Canadian Press, "Taiwan Says Alibaba-Linked E-Commerce Site A Security Risk," August 24, 2020.

540. The Hindu Online, "Taiwan Orders Alibaba To Sell Stake In E-Commerce Platform," August 24, 2020.

541. The Wall Street Journal Online, "Jack Ma's Ant Group Pushes Ahead With 'Project Star' Listing Plans; Investors See Big Ipo Gains; In The Coming Days, Ant Could Shed Light ...," August 24, 2020.

542. Yicai Global, "Alibaba-Backed Xpeng Eyes Usd1.1 Billion Via Chinese Nev Makers' Third Us Ipo," August 24, 2020.

543. Yicai Global, "Alibaba-Backed Xpeng Motors Seeks Usd1.1 Billion From Us Ipo," August 24, 2020.

544. Yicai Global, "Bank Of China To Cooperate With Alibaba, Ant Group To Fuse Internet, Finance," August 24, 2020.

545. Yicai Global, "Bank Of China To Cooperate With Alibaba, Ant Group To Fuse Internet, Finance," August 24, 2020.

546. Yicai Global, "Unicorn Leader Ant Group To Go Public In Hong Kong By November, Insider Says," August 24, 2020.

547. Barron's, "Amazon Isn'T Synonymous With Luxury. That May Be Changing.," August 28, 2020.

548. Barron's, "Review & Preview: Amazon.Com Looks Uptown -- Barron's," August 28, 2020.

549. Barron's, "Amazon.Com Looks Uptown," August 31, 2020.

550. Reuters News, "Alibaba Cloud Division To Be Profitable Within Fy2021 -Cfo," September 29, 2020.

551. Reuters News, "Alibaba Cloud Division To Be Profitable Within Fy2021: Cfo," September 29, 2020.

552. Reuters News, "Brief-Alibaba Cfo Says Cloud Division To Be Profitable Within 2021," September 29, 2020.

553. Barron's Online, "Alibaba Offers One More Reason To Buy The Stock: Cloud Computing," September 30, 2020.

554. Dow Jones Institutional News, "*Alibaba Group: Cloud Computing Business To Turn Profitable In Fy2021," September 30, 2020.

555. Dow Jones Institutional News, "Adrs End Higher," September 30, 2020.

556. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Buy By Benchmark," September 30, 2020.

557. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Buy By Truist Securities," September 30, 2020.

558. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Outperform By Baird," September 30, 2020.

559. Dow Jones Institutional News, "Alibaba Offers One More Reason To Buy The Stock: Cloud Computing -- Barrons.Com," September 30, 2020.

560. Dow Jones Institutional News, "Alibaba's Guidance Indicates Upbeat Outlook For Its New Businesses -- Market Talk," September 30, 2020.

561. Dow Jones Institutional News, "Alibaba's Guidance Indicates Upbeat Outlook For Its New Businesses -- Market Talk," September 30, 2020.

562. Dow Jones Institutional News, "Alibaba's Logistics Arm Could Become Next Bright Spot -- Market Talk," September 30, 2020.

563. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," September 30, 2020.

564. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," September 30, 2020.

565. Dow Jones Newswires Chinese, "Adrs End Higher," September 30, 2020.

566. Dow Jones Newswires Chinese, "Alibaba Chairman: China Consumption Has Recovered To Pre-Covid Levels," September 30, 2020.

567. Dow Jones Newswires Chinese, "Alibaba Chairman: Pandemic Has Accelerated China's Transition Away From Reliance On Investment, Exports," September 30, 2020.

568. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Buy By Benchmark," September 30, 2020.

569. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Buy By Truist Securities," September 30, 2020.

570. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Outperform By Baird," September 30, 2020.

571. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $308.00/Share From $285.00 By Truist Securities," September 30, 2020.

572. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $325.00/Share From $275.00 By Baird," September 30, 2020.

573. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $355.00/Share From $290.00 By Benchmark," September 30, 2020.

574. Dow Jones Newswires Chinese, "Alibaba Group: Cloud Computing Business To Turn Profitable In Fiscal 2021," September 30, 2020.

575. Dow Jones Newswires Chinese, "Alibaba Group: Cloud Computing Business To Turn Profitable In Fy2021," September 30, 2020.

576. Dow Jones Newswires Chinese, "Alibaba's Guidance Indicates Upbeat Outlook For Its New Businesses -- Market Talk," September 30, 2020.

577. Dow Jones Newswires Chinese, "Alibaba's Logistics Arm Could Become Next Bright Spot -- Market Talk," September 30, 2020.

578. Dow Jones Newswires Chinese, "Alibaba's Logistics Arm Could Become Next Bright Spot -- Market Talk," September 30, 2020.

579. Reuters News, "Brief-Alibaba Elects Maggie Wei Wu, Kabir Misra And Walter Teh Ming Kwauk As Group Iii Directors," September 30, 2020.

580. Reuters News, "Brief-Alibaba Says Board To Be Divided Into 3 Groups," September 30, 2020.

581. Reuters News, "Brief-Alibaba's Jack Ma Not Named Among Board Of Directors As At Sept 30 - Company Statement," September 30, 2020.

582. Shanghai Daily Online, "Dutch Food Features At Changning Festival," September 30, 2020.

583. Shanghai Daily Online, "Freshippo's Membership Store Part Of New Retail Trend," September 30, 2020.

584. South China Morning Post, "Alibaba's Cloud Services Business Poised To Turn A Profit On Back Of China's Digital Economy, Global Expansion," September 30, 2020.

585. South China Morning Post, "Jack Ma: China's Entrepreneurs Must Be Ready For A Globalised, Digitalised World," September 30, 2020.

586. The Economic Times, "Bigbasket In Talks For $400M Round," September 30, 2020.

587. The Guardian, "Mitchell Zvagelskiy, The E-Commerce'S Rising Star," September 30, 2020.

588. The Telegraph, "Strumming A Tribute To Memorable Characters," September 30, 2020.

589. Yicai Global, "Alibaba Is Best Placed To Harness Digital For Business, Ceo Zhang Says," September 30, 2020.

590. Yicai Global, "Chinese Can Equipment Maker Slac Gains Over 10% On Ant Group Blockchain Cooperation," September 30, 2020.

591. Yicai Global, "Chinese Tourism Firm Utour'S Shares Flop Despite Alibaba Investing Usd56.5 Million," September 30, 2020.

592. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Buy By Needham," October 1, 2020.

593. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," October 1, 2020.

594. Dow Jones Institutional News, "Press Release: Thinking About Buying Stock In American Equity, Northern Dynasty Minerals, Nikola Corp , American Airlines , Or Alibaba?," October 1, 2020.

595. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Buy By Needham," October 1, 2020.

596. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," October 1, 2020.

597. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $330.00/Share From $275.00 By Needham," October 1, 2020.

598. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $330.00/Share From $295.00 By Keybanc," October 1, 2020.

599. Reuters News, "Insight-Secrecy And Speed: Inside Ant Group'S Unusual Ipo Process," October 1, 2020.

600. Reuters News, "Secrecy And Speed: Inside Ant Group'S Unusual Ipo Process," October 1, 2020.

601. South China Morning Post, "Alibaba's Cloud Service Poised To Turn Profit," October 1, 2020.

602. The San Francisco Chronicle, "Daily Briefing," October 1, 2020.

603. The Telegraph, "Strumming A Tribute To Memorable Characters," October 1, 2020.

604. World Service Wire, "Aliexpress Russia Collaborating With Russian Designers," October 1, 2020.

605. Dow Jones Institutional News, "Alibaba Group Could Gain From Growth Of Several Segments -- Market Talk," October 2, 2020.

606. Dow Jones Newswires Chinese, "Alibaba Group Could Gain From Growth Of Several Segments -- Market Talk," October 2, 2020.

607. Interfax: Russia & CIS Business and Financial Newswire, "Mail.Ru Group Completes Transfer Of $182 Mln To Jv Aliexpress Russia," October 2, 2020.

608. Prime News, "Mail.Ru Transfers $82 Mln Under Joint Venture Aliexpress Russia," October 2, 2020.

609. AP, "Here's Why Ant Group Is About To Shatter Ipo Records," October 27, 2020.

610. The Canadian Press, "Here's Why Ant Group Is About To Shatter Ipo Records," October 27, 2020.

611. The Independent, "Here's Why Ant Group Is About To Shatter Ipo Records," October 27, 2020.

612. Orlando Sentinel, "What Is Ant Group And Why Will Its Ipo Make History?," October 29, 2020.

613. The Hartford Courant, "Ant Group's Ipo Set To Make History," October 29, 2020.

614. The Independent, "World'S Largest Fintech Firm Set To Smash Trading Records With A £27Bn Share Offering," October 29, 2020.

615. AP, "Market Debut Of Chinese E-Finance Giant Ant Group Postponed," November 3, 2020.

616. The Canadian Press, "Market Debut Of Chinese E-Finance Giant Ant Group Postponed," November 3, 2020.

617. The Independent, "China Regulators Summon Ant Group Executives Ahead Of Ipo," November 3, 2020.

618. Associated Press Newswire, "Debut Of Chinese E-Finance Giant Derailed By Fear Of Risks," November 4, 2020.

619. Chicago Tribune, "Ant Group's Historic Ipo Suspended In Asia," November 4, 2020.

620. Dow Jones Institutional News, "*Alibaba Opens 3.0% Higher In Hong Kong, Rebounding From Wednesday Losses After Ant Ipo Suspension," November 4, 2020.

621. Dow Jones Institutional News, "Hong Kong Shares Rise, Near-Term Political Uncertainties High -- Market Talk," November 4, 2020.

622. Dow Jones Newswires Chinese, "Alibaba Opens 3.0% Higher In Hong Kong, Rebounding From Wednesday Losses After Ant Ipo Suspension," November 4, 2020.

623. Dow Jones Newswires Chinese, "Alibaba Shares Last Up 4.1% At Hk$288.60," November 4, 2020.

624. Dow Jones Newswires Chinese, "Ant Group Can No Longer Pretend It's Just A Tech Firm -- Heard On The Street," November 4, 2020.

625. Dow Jones Newswires Chinese, "Hong Kong Shares Rise, Near-Term Political Uncertainties High -- Market Talk," November 4, 2020.

626. Dow Jones Newswires Chinese, "Hong Kong Shares Rise, Near-Term Political Uncertainties High -- Market Talk," November 4, 2020.

627. Dow Jones Newswires Chinese, "Suspended Ant Ipo Shows Growing Regulatory Focus On Fintech Giant," November 4, 2020.

628. Financial Times, "'The Party Is Pushing Back': Why Beijing Reined In Jack Ma And Ant," November 4, 2020.

629. Orlando Sentinel, "Ant Group's Historic Ipo Suspended In Asia," November 4, 2020.

630. Reuters News, "Brief-Dbs Ceo Says Expects Ant's Ipo Will Be Back In The Market Over The Next Couple Of Months," November 4, 2020.

631. Reuters News, "It's A Joke': Retail Investors Shocked As China Halts Ant Group's Ipo," November 4, 2020.

632. Reuters News, "Timeline: Key Events Behind Suspension Of Ant Group's $37 Billion Ipo," November 4, 2020.

633. Reuters News, "Update 2-"It's A Joke': Retail Investors Shocked As China Halts Ant Group's Ipo," November 4, 2020.

634. The Canadian Press, "Debut Of Chinese E-Finance Giant Derailed By Fear Of Risks," November 4, 2020.

635. Xinhua's China Economic Information Service, "Ant Group's Ipo Suspension To Benefit Capital Market In The Long Run: Regulator," November 4, 2020.

636. Xinhua's China Economic Information Service, "China-Europe Freight Trains Facilitate Parcel Delivery For Shopping Spree," November 4, 2020.

637. Agence France Presse, "Alibaba Posts Solid Revenue Ahead Of Shopping Festival," November 5, 2020.

638. Agence France Presse, "Ant Group Fiasco Reflects Battle For China's Financial Soul," November 5, 2020.

639. Associated Press Newswire, "Alibaba Revenue Up 30% As Virus Drives Demand For E-Commerce," November 5, 2020.

640. Barron's Online, "Alibaba Continues To Grow, Aided By A Strong Chinese Recovery. The Stock Is Falling.," November 5, 2020.

641. Barron's Online, "Alibaba Stock Is Falling. It's Time To Pounce On It.," November 5, 2020.

642. Business Insider, "Ant Group's Ipo Could Be Delayed More Than 6 Months Amid Regulatory Pressure That May Slash Its Valuation, Report Says," November 5, 2020.

643. Business Times Singapore, "Ant Ipo Shock; Ant Ipo Debacle Prompts Rethink On China Fintechs," November 5, 2020.

644. BusinessLine Online, "Ant Group Ipo Suspension Alarming For Company Executives, Investors," November 5, 2020.

645. City AM, "Alibaba Gets Post-Pandemic Revenue Boost Amid Ant Group Float Woes," November 5, 2020.

646. City AM, "Debate: Did Chinese Regulators Have A Legitimate Reason For Halting The Ipo Of Jack Ma'S Ant Group?," November 5, 2020.

647. Daily Mail, "Ant Blow Costs Tycoon £2.2Bn," November 5, 2020.

648. Die Welt, "End Of A High Flight," November 5, 2020.

649. Dow Jones Institutional News, "*Alibaba Group Fy2Q Net Income 28.8 Bln Yuan," November 5, 2020.

650. Dow Jones Institutional News, "*Dj Symbol For Ant Group Co. Ltd. (688688.Sh) Now Antgcn.Yy," November 5, 2020.

651. Dow Jones Institutional News, "*Farfetch, Alibaba Group And Richemont Form Global Partnership For Digitization Of The Luxury Industry," November 5, 2020.

652. Dow Jones Institutional News, "Alibaba Continues To Grow, Aided By A Strong Chinese Recovery. The Stock Is Falling. -- Barrons.Com," November 5, 2020.

653. Dow Jones Institutional News, "Alibaba Earnings Fell 60% From Year Earlier," November 5, 2020.

654. Dow Jones Institutional News, "Alibaba Earnings Fell 60% In Latest Quarter," November 5, 2020.

655. Dow Jones Institutional News, "Alibaba Group Holding Ltd Ceo Daniel Zhang On Q2 2021 Results -- Earnings Call Transcript >Baba," November 5, 2020.

656. Dow Jones Institutional News, "Alibaba Stock Is Falling. It's Time To Pounce On It. -- Barrons.Com," November 5, 2020.

657. Dow Jones Institutional News, "Alibaba's New Businesses Look Healthy -- Market Talk," November 5, 2020.

658. Dow Jones Institutional News, "Ant, Investors Regroup After Ipo Halt -- Wsj," November 5, 2020.

659. Dow Jones Institutional News, "Asia-Pacific Corporate Calendar - Week Ahead," November 5, 2020.

660. Dow Jones Institutional News, "Atlas Air Restores More 747 Flying -- Market Talk," November 5, 2020.

661. Dow Jones Institutional News, "Atlas Air Restores More 747 Flying -- Market Talk," November 5, 2020.

662. Dow Jones Institutional News, "Gds Holdings Can Tap Growing China Data Center Segment -- Market Talk," November 5, 2020.

663. Dow Jones Institutional News, "Hk Bourse: Announcement From Mason Group Holdings," November 5, 2020.

664. Dow Jones Institutional News, "Meinian Onehealth Healthcare Might Be Hurt By Ant Ipo Suspension -- Market Talk," November 5, 2020.

665. Dow Jones Institutional News, "Newsbox.Ch/ Farfetch, Alibaba Group And Richemont Form Global Partnership To Accelerate The Digitisation Of The Luxury Industry," November 5, 2020.

666. Dow Jones Institutional News, "Press Release: Alibaba Group Announces September Quarter 2020 Results," November 5, 2020.

667. Dow Jones Institutional News, "Press Release: Popreach Closes $5 Million Strategic Investment By Alibaba Group 's Global Investment Arm," November 5, 2020.

668. Dow Jones Newswires Chinese, "Alibaba And Richemont Will Also Invest $250M Each In Farfetch China >Ftch," November 5, 2020.

669. Dow Jones Newswires Chinese, "Alibaba And Richemont Will Invest $300M Each In Private Convertible Notes Issued By Farfetch >Ftch," November 5, 2020.

670. Dow Jones Newswires Chinese, "Alibaba Earnings Beat Expectations But Stock Still Dips," November 5, 2020.

671. Dow Jones Newswires Chinese, "Alibaba Fy2Q Sales 155.1 Bln Yuan," November 5, 2020.

672. Dow Jones Newswires Chinese, "Alibaba Reviewing Regulatory Changes After Halt Of Ant Ipo," November 5, 2020.

673. Dow Jones Newswires Chinese, "Alibaba Reviewing Regulatory Changes After Halt Of Ant Ipo," November 5, 2020.

674. Dow Jones Newswires Chinese, "Alibaba Says Earnings Affected By One-Time Gain From Ant Group," November 5, 2020.

675. Dow Jones Newswires Chinese, "Alibaba Says Earnings Fell 60% From Year Earlier," November 5, 2020.

676. Dow Jones Newswires Chinese, "Alibaba To Fall," November 5, 2020.

677. Dow Jones Newswires Chinese, "Alibaba To Invest In New Farfetch China Joint Venture And In Farfetch Ltd. >Ftch," November 5, 2020.

678. Dow Jones Newswires Chinese, "Farfetch Will Launch Luxury Shopping Channels On Alibaba's Platforms, Tmall Luxury Pavilion And Luxury Soho >Ftch," November 5, 2020.

679. Dow Jones Newswires Chinese, "Farfetch, Alibaba Group And Richemont Form Global Partnership For Digitization Of The Luxury Industry," November 5, 2020.

680. Dow Jones Newswires Chinese, "Gds Holdings Can Tap Growing China Data Center Segment -- Market Talk," November 5, 2020.

681. Dow Jones Newswires Chinese, "Market Talk: Alibaba To Fall," November 5, 2020.

682. Dow Jones Newswires Chinese, "Market Talk: Alibaba To Fall," November 5, 2020.

683. Dow Jones Newswires Chinese, "Meinian Onehealth Healthcare Might Be Hurt By Ant Ipo Suspension -- Market Talk," November 5, 2020.

684. Dow Jones Newswires Chinese, "Meinian Onehealth Healthcare Might Be Hurt By Ant Ipo Suspension -- Market Talk," November 5, 2020.

685. Financial Times, "Alibaba Plays Down Ant Crisis As Ecommerce Growth Slows," November 5, 2020.

686. Financial Times, "Ant Group Ipo Faces At Least 6-Month Delay After Beijing Intervention," November 5, 2020.

687. Financial Times, "Ant Group/Alibaba: Inspect An Insect," November 5, 2020.

688. Financial Times, "Ant's Failed Ipo Points To Wider Clash On Fintech," November 5, 2020.

689. Financial Times, "Ant's Failed Ipo Points To Wider Clash On Fintech," November 5, 2020.

690. Financial Times, "Ant's Failed Ipo Points To Wider Clash On Fintech," November 5, 2020.

691. Financial Times, "Ant's Failed Ipo Points To Wider Clash On Fintech," November 5, 2020.

692. Financial Times, "Ant's Rocky Road Holds Lessons For Business In A Digital Age," November 5, 2020.

693. Financial Times, "Ant's Rocky Road Holds Lessons For Business In A Digital Age," November 5, 2020.

694. Financial Times, "Ant's Rocky Road Holds Lessons For Business In A Digital Age," November 5, 2020.

695. Financial Times, "Ant's Rocky Road Holds Lessons For Business In A Digital Age," November 5, 2020.

696. Global Times, "Ant Group Refunds Loom," November 5, 2020.

697. Irish Independent, "Chinese Regulators' Stalling Of $37Bn Ipo Could Hit Ant Group's Prospects And Value," November 5, 2020.

698. Macau Daily Times, "Ant - Ipo Debut Of Chinese E-Finance Giant Derailed By Fear Of Risks," November 5, 2020.

699. MarketWatch, "Alibaba Earnings Beat Expectations But Stock Still Dips," November 5, 2020.

700. MarketWatch, "Alibaba Earnings Beat Expectations But Stock Still Dips," November 5, 2020.

701. Mint, "Why The Colour Of The Ant Should Not Matter," November 5, 2020.

702. Reuters News, "Alibaba Beats Sales Forecasts On China E-Commerce Growth," November 5, 2020.

703. Reuters News, "Alibaba Group Holding Ltd Reports Results For The Quarter Ended In September - Earnings Summary," November 5, 2020.

704. Reuters News, "Alibaba Group Holding Ltd: Profits Of $2.70 Announced For Second Quarter," November 5, 2020.

705. Reuters News, "Alibaba, Richemont To Invest $1.1 Bln In Farfetch With Focus On China," November 5, 2020.

706. Reuters News, "Brief-Alibaba Group Announces Quarterly Earnings Per Share Hkd 1.49," November 5, 2020.

707. Reuters News, "Brief-Farfetch, Alibaba Group And Richemont Form Global Partnership," November 5, 2020.

708. Reuters News, "Corrected-Alibaba Beats Quarterly Revenue Estimates," November 5, 2020.

709. Reuters News, "Corrected-Breakingviews-Crushed Ant Is Just The Start Of China Techlash," November 5, 2020.

710. Reuters News, "Corrected-Update 3-Alibaba Beats Sales Forecasts On China E-Commerce Growth," November 5, 2020.

711. Reuters News, "Whatsapp Gets Approval To Launch Payments Feature In India," November 5, 2020.

712. South China Morning Post, "Alibaba Evaluates Response To Shelved Ant Ipo As Quarterly Revenue Rises 30 Per Cent," November 5, 2020.

713. South China Morning Post, "Ant Ipo Saga Shines Light On Risk Debate," November 5, 2020.

714. South China Morning Post, "Hong Kong Stocks Surge, Yuan At Two-Year High As Biden's Wins In Michigan And Wisconsin Allay Fear Of Us Election Deadlock," November 5, 2020.

715. South China Morning Post, "Hong Kong, China Stocks Jump As Alibaba Rebounds, Biden Wins Michigan And Wisconsin In Election Race," November 5, 2020.

716. The Australian, "Alibaba Boss Taught A Lesson On Who Must Be Obeyed," November 5, 2020.

717. The Australian - Online, "China Still In The Mood To Pull Us Their Way," November 5, 2020.

718. The Australian Financial Review, "Ant Squashed By Beijing Behemoth," November 5, 2020.

719. The Australian Financial Review, "Beijing Calls Halt To World's Biggest Ipo," November 5, 2020.

720. The Canadian Press, "Alibaba Revenue Up 30% As Virus Drives Demand For E-Commerce," November 5, 2020.

721. The Daily Telegraph, "Ant Founder Pays High Price For Bugging Beijing," November 5, 2020.

722. The Jakarta Post, "Are Merchants Ready For An All-Digital 2020 Holiday Season?," November 5, 2020.

723. The Straits Times, "Abrupt Halt To Ant Ipo Stuns Investors In S'Pore And Abroad," November 5, 2020.

724. The Telegraph, "Shanghai Stock Exchange Suspends Initial Public Offering Of Ant Group," November 5, 2020.

725. The Times, "Market Remains Antsy Over Alibaba," November 5, 2020.

726. The Wall Street Journal, "Ant, Investors Regroup After Ipo Halt," November 5, 2020.

727. The Wall Street Journal Online, "Alibaba Reviews Regulatory Changes After Halt Of Ant Ipo; On The Day Its Financial Affiliate Was Supposed To Go Public, Alibaba Held An...," November 5, 2020.

728. Xinhua's China Economic Information Service, "Alibaba Revenue Up 30 Pct In Q2 Of 2021 Fiscal Year," November 5, 2020.

729. Xinhua's China Economic Information Service, "Commentary: China Takes Responsible Approach To Safeguarding Financial Stability," November 5, 2020.

730. Yicai Global, "Ciie E-Store Sells Dolls Galore," November 5, 2020.

731. Yicai Global, "Jack Ma Tops Forbes China Rich List For Third Year," November 5, 2020.

732. Yicai Global, "Jack Ma Tops Forbes China Rich List For Third Year Amid 'Wealth Juggernaut'," November 5, 2020.

733. Yicai Global, "Meinian Onehealth'S Shares Sink After Alibaba Trims Stake To About 8%," November 5, 2020.

734. Agence France Presse, "Whatsapp Takes On Google, Alibaba In India's Phone Payment Battle," November 6, 2020.

735. Al Jazeera English, "China'S E-Commerce Growth Gives Alibaba A Boost, Eyes On Ant," November 6, 2020.

736. Bangkok Post, "Lazada Accelerates Ai And Logistics For Eec Services," November 6, 2020.

737. Barron's Online, "Alibaba's Earnings Were A Pleasant Surprise. Here's What Wall Street Is Saying.," November 6, 2020.

738. Barron's Online, "Richemont Stock Jumps On Earnings Beat And Tie-Up With Alibaba And Farfetch," November 6, 2020.

739. Business Times Singapore, "Alibaba Fraternity Stamps Mark On Top-End Singapore Properties," November 6, 2020.

740. China Daily, "Top Tips To Help Expats Boost Their Consumption On 11-11," November 6, 2020.

741. China Daily, "Trains Deliver For European E-Shoppers," November 6, 2020.

742. City AM, "Screenshot — City A.M.'s Weekly Tmt Roundup," November 6, 2020.

743. Dow Jones Institutional News, "*Alibaba Group Holding Ltd. Target Price Raised To $375 From $373 By Bocom International," November 6, 2020.

744. Dow Jones Institutional News, "Alibaba Could Maintain Rapid Growth In 3Q -- Market Talk," November 6, 2020.

745. Dow Jones Institutional News, "Alibaba Could Maintain Rapid Growth In 3Q -- Market Talk," November 6, 2020.

746. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Buy By Ubs," November 6, 2020.

747. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Strong Buy By Raymond James," November 6, 2020.

748. Dow Jones Institutional News, "Alibaba Rethinks Beijing Regulatory Climate -- Wsj," November 6, 2020.

749. Dow Jones Institutional News, "Alibaba, Richemont, Farfetch Link Up On Digitization Of Luxury Industry, Chinese Market," November 6, 2020.

750. Dow Jones Institutional News, "Alibaba's Earnings Were A Pleasant Surprise. Here's What Wall Street Is Saying. -- Barrons.Com," November 6, 2020.

751. Dow Jones Institutional News, "Cartier's Owner Spreads Its Bets Online," November 6, 2020.

752. Dow Jones Institutional News, "Chinese Rival To Bytedance Plans Multibillion-Dollar Ipo In Hong Kong," November 6, 2020.

753. Dow Jones Institutional News, "Chinese Rival To Bytedance Plans Multibillion-Dollar Ipo In Hong Kong," November 6, 2020.

754. Dow Jones Institutional News, "Farfetch Shares Jump After Landing $1.15B Investment," November 6, 2020.

755. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," November 6, 2020.

756. Dow Jones Institutional News, "Newsbox.Ch/ Richemont Announces Interim Results Ended 30 September 2020," November 6, 2020.

757. Dow Jones Institutional News, "Options -- The Striking Price: Alibaba Stock Is Falling. It's Time To Pounce On It. -- Barron's," November 6, 2020.

758. Dow Jones Institutional News, "Richemont Jumps On Better-Than-Expected 1H Earnings, Partnership With Alibaba," November 6, 2020.

759. Dow Jones Institutional News, "Richemont Stock Jumps On Earnings Beat And Tie-Up With Alibaba And Farfetch -- Barrons.Com," November 6, 2020.

760. Dow Jones Institutional News, "Suncoke Energy Says Lower Demand Hurt 3Q Coal Volumes -- Market Talk," November 6, 2020.

761. Dow Jones Institutional News, "Today's Logistics Report: Rebound On Wheels; Reviving Auto Supply Chains; Alibaba Eyes Payments," November 6, 2020.

762. Dow Jones Institutional News, "Uber, Gm, Alibaba: Stocks That Defined The Week," November 6, 2020.

763. Dow Jones Institutional News, "Us Stock Futures Fall After Massive Rally -- Market Talk," November 6, 2020.

764. Dow Jones Newswires Chinese, "Alibaba Could Maintain Rapid Growth In 3Q -- Market Talk," November 6, 2020.

765. Dow Jones Newswires Chinese, "Alibaba Could Maintain Rapid Growth In 3Q -- Market Talk," November 6, 2020.

766. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Buy By Ubs," November 6, 2020.

767. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Strong Buy By Raymond James," November 6, 2020.

768. Dow Jones Newswires Chinese, "Alibaba Group Holding Ltd. Target Price Raised To $375 From $373 By Bocom International," November 6, 2020.

769. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Cut To $330.00/Share From $335.00 By Raymond James," November 6, 2020.

770. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Raised To $340.00/Share From $330.00 By Ubs," November 6, 2020.

771. Dow Jones Newswires Chinese, "Alibaba, Richemont, Farfetch Link Up On Digitization Of Luxury Industry, Chinese Market," November 6, 2020.

772. Dow Jones Newswires Chinese, "Alibaba's New Businesses Look Healthy -- Market Talk," November 6, 2020.

773. Dow Jones Newswires Chinese, "Correct:Alibaba, Richemont, Farfetch Link Up On Digitization Of Luxury Industry, Chines," November 6, 2020.

774. Dow Jones Newswires Chinese, "Farfetch Shares Jump After Landing $1.15B Investment," November 6, 2020.

775. Dow Jones Newswires Chinese, "Richemont Jumps On Better-Than-Expected 1H Earnings, Partnership With Alibaba," November 6, 2020.

776. Financial Times, "Ant Group Faces Slashed Valuation And Long Ipo Delay," November 6, 2020.

777. Financial Times, "Ant Group/Alibaba: Inspect An Insect," November 6, 2020.

778. Financial Times, "Ant Group/Alibaba: Inspect An Insect," November 6, 2020.

779. Financial Times, "Ant Group/Alibaba: Inspect An Insect," November 6, 2020.

780. Financial Times, "Ant Group/Alibaba: Inspect An Insect," November 6, 2020.

781. Financial Times, "Ant Group/Alibaba: Inspect An Insect," November 6, 2020.

782. Financial Times, "Farfetch Secures $1.1Bn Backing From Alibaba And Richemont," November 6, 2020.

783. Financial Times, "How Jack Ma Lost His Spot At China'S Business Top Table," November 6, 2020.

784. Financial Times, "'The Party Is Pushing Back'," November 6, 2020.

785. Financial Times, "'The Party Is Pushing Back'," November 6, 2020.

786. Financial Times, "'The Party Is Pushing Back'," November 6, 2020.

787. Financial Times, "'The Party Is Pushing Back'," November 6, 2020.

788. Global Times, "Alibaba Posts Strong Q2 Revenue Growth," November 6, 2020.

789. i, "Alibaba 'shrugs Off' Ant Suspension," November 6, 2020.

790. Manila Bulletin, "Find The Perfect Gift For Everyone On Your Christmas List This 11.11," November 6, 2020.

791. MarketWatch, "Farfetch Shares Soar After $1.15 Billion Alibaba, Richemont, Artemis Investment," November 6, 2020.

792. National Post, "Alibaba's Slowing Sales Scare Investors; E-Commerce; Post-Pandemic Rebound Begins To Level Out," November 6, 2020.

793. National Post, "Alibaba's Slowing Sales Scare Investors; Post-Pandemic Rebound Begins To Level Out," November 6, 2020.

794. Reuters News, "Breakingviews-Richemont Hedges Online Bets With Farfetch Stake," November 6, 2020.

795. Reuters News, "Buzz-U.S. Stocks On The Move-U.S. Homebuilders, Cannabis Stocks, Cvs Health," November 6, 2020.

796. Reuters News, "Buzz-U.S. Stocks On The Move-Weed Stocks, U.S. Homebuilders, Livent, Cvs Health," November 6, 2020.

797. Reuters News, "Corrected-Breakingviews-Alibaba Will Feel The Ant Sting," November 6, 2020.

798. Reuters News, "Farfetch Plans To Terminate Partnership With Jd.Com, Says Source," November 6, 2020.

799. Reuters News, "Richemont Chairman Says Company Is Not For Sale, Rupert Family To Remain Shareholder," November 6, 2020.

800. Reuters News, "Richemont Chairman Says Farfetch Takeover Is Not On Cards," November 6, 2020.

801. Reuters News, "Richemont Counts On Online And China After H1 Profit Slides," November 6, 2020.

802. Reuters News, "Update 1-Alibaba, Richemont To Invest $1.1 Bln In Farfetch With Focus On China," November 6, 2020.

803. Reuters News, "Update 3-Richemont Bets Big On China, Partnering Alibaba To Invest In Farfetch," November 6, 2020.

804. South China Morning Post, "Alibaba Surpasses Estimates With 30Pc Revenue Increase," November 6, 2020.

805. South China Morning Post, "Hong Kong Stocks Trade Near Four-Month High As Us Election Lingers, Global Covid-19 Cases Spike," November 6, 2020.

806. South China Morning Post, "Hong Kong, China Stock Rally Cools On Us Election Suspense, Global Covid-19 Cases Spike," November 6, 2020.

807. South China Morning Post, "Suspension Of Ant Group's Ipo Likely To Cost Investment Banks Us$400 Million In Fees," November 6, 2020.

808. South China Morning Post, "Tencent Insists It Is A Collaborator, Not A Disrupter, Of China's Financial Markets," November 6, 2020.

809. South China Morning Post, "Tencent Insists It Is A Collaborator, Not Disrupter, In Fintech As Regulatory Screws Tighten," November 6, 2020.

810. The Australian, "Booming China Still In The Mood To Pull Us Its Way," November 6, 2020.

811. The Economic Times, "Amazon-Future Coupons Deal Named 15 Companies As Untouchables," November 6, 2020.

812. The New York Times, "Alibaba, Richemont And Artemis Are To Form A Luxury Partnership With Farfetch.," November 6, 2020.

813. The Straits Times, "Ant Group To Push Ahead Still With S'Pore Digital Bank Licence Application After Ipo Scrapped," November 6, 2020.

814. The Straits Times, "Ant Group To Push Ahead With S'Pore Digital Bank Licence Application After Ipo Scrapped," November 6, 2020.

815. The Telegraph, "Shanghai Stock Exchange Suspends Initial Public Offering Of Ant Group," November 6, 2020.

816. The Times, "Market Remains Antsy Over Alibaba," November 6, 2020.

817. The Times, "Market Remains Antsy Over Alibaba," November 6, 2020.

818. The Wall Street Journal, "Alibaba Rethinks Beijing Regulatory Climate," November 6, 2020.

819. The Wall Street Journal Online, "Cartier's Owner Spreads Its Bets Online; Swiss Luxury Group Richemont Is Investing In U.S.-Listed Fashion Platform Farfetch Alongside...," November 6, 2020.

820. The Wall Street Journal Online, "Chinese Rival To Bytedance Plans Multibillion-Dollar Ipo In Hong Kong; Tencent-Backed Kuaishou Technology Is Aiming For A Roughly $50...," November 6, 2020.

821. The Wall Street Journal Online, "Today's Logistics Report: Rebound On Wheels; Reviving Auto Supply Chains; Alibaba Eyes Payments; Today's Top Supply Chain & Logistics News...," November 6, 2020.

822. The Wall Street Journal Online, "Uber, Gm, Alibaba: Stocks That Defined The Week; Here Are Seven Major Companies Whose Stocks Moved On The Week's News," November 6, 2020.

823. Yicai Global, "Alibaba Beats On Quarterly Revenue In Week Ant'S Ipo Was Delayed," November 6, 2020.

824. Yicai Global, "Alibaba, Richemont To Pour Usd1.1 Billion Into Farfetch To Spur China Lux Sales," November 6, 2020.

825. Dow Jones Institutional News, "Chinese Video App Files For Ipo -- Wsj," November 7, 2020.

826. Dow Jones Institutional News, "Heard On The Street: Cartier's Owner Makes A New Online Bet -- Wsj," November 7, 2020.

827. Dow Jones Institutional News, "Uber, Gm, Alibaba: Stocks That Defined The Week -- Wsj," November 7, 2020.

828. Financial Times, "Alibaba Founder Loses Magic Touch With China's Power Elite," November 7, 2020.

829. Financial Times, "Alibaba Founder Loses Magic Touch With China's Power Elite," November 7, 2020.

830. Financial Times, "Alibaba Founder Loses Magic Touch With China's Power Elite," November 7, 2020.

831. Financial Times, "Alibaba Founder Loses Magic Touch With China's Power Elite," November 7, 2020.

832. Financial Times, "Eurozone Compagnie Financière Richemont Gained [...]," November 7, 2020.

833. Financial Times, "Eurozone Compagnie Financière Richemont Gained [...]," November 7, 2020.

834. Financial Times, "Eurozone Compagnie Financière Richemont Gained [...]," November 7, 2020.

835. Financial Times, "Eurozone Compagnie Financière Richemont Gained [...]," November 7, 2020.

836. Financial Times, "Farfetch Grabs Support From Big Rivals," November 7, 2020.

837. Financial Times, "Farfetch Grabs Support From Big Rivals," November 7, 2020.

838. Financial Times, "Farfetch Grabs Support From Big Rivals," November 7, 2020.

839. Financial Times, "Farfetch Grabs Support From Big Rivals," November 7, 2020.

840. Gulf News (Dubai), "Whatsapp Takes On Google, Alibaba In India'S Phone Payment Battle," November 7, 2020.

841. South China Morning Post, "How An Avalanche Of Rules Buried Ant Group's Us$39.5 Billion Stock Sale And Looks Set To Reshape China's Fintech Landscape," November 7, 2020.

842. South China Morning Post, "Inside China Tech: Alibaba Weighs Ant Impact While 5G Struggles To Gain Ground," November 7, 2020.

843. South China Morning Post, "Investment Banks Likely To Take Us$400M Hit As Ant Suspends Ipo," November 7, 2020.

844. South China Morning Post, "The Future For Retailing; E-Shopping Bonanza Will Confirm Changes In Shopping Habits, But Consumers' Urge To Get Out May Yet Prove...," November 7, 2020.

845. South China Morning Post, "Three Lessons From China's Singles' Day For A Pandemic-Hit Retail World," November 7, 2020.

846. The Economist, "Regulators V Ant Group: Ant Agonises," November 7, 2020.

847. The Economist, "The World This Week Business," November 7, 2020.

848. The New Zealand Herald, "Party'S Revenge: Why Beijing Squashed Ant," November 7, 2020.

849. The Toronto Star, "Inside The Chaotic Unraveling Of Ant's $35B Ipo," November 7, 2020.

850. The Wall Street Journal, "Exchange --- Chinese Video App Files For Ipo," November 7, 2020.

851. The Wall Street Journal, "Exchange --- Heard On The Street: Cartier's Owner Makes A New Online Bet," November 7, 2020.

852. The Wall Street Journal, "Exchange --- The Score: The Business Week In 7 Stocks," November 7, 2020.

853. Dow Jones Newswires Chinese, "Chinese Rival To Bytedance Plans Multibillion-Dollar Ipo In Hong Kong," November 8, 2020.

854. Dow Jones Newswires Chinese, "Chinese Tech Stocks Jump After U.S. Election," November 8, 2020.

855. Shanghai Daily Online, "Top Shanghai Brands Partner With E-Commerce Platforms," November 8, 2020.

856. The Sunday Times, "China's Message To Big Tech," November 8, 2020.

857. The Sunday Times, "Fund Focus Manchester & London," November 8, 2020.

858. Barron's, "Alibaba Stock Is Falling. It's Time To Pounce On It.," November 9, 2020.

859. Dow Jones Institutional News, "Richemont's Core Brands Show Quality, China Jv To Boost Online Offering -- Market Talk," November 9, 2020.

860. MarketWatch, "Farfetch Shares Soar After $1.15 Billion Alibaba, Richemont, Artemis Investment," November 9, 2020.

861. Shanghai Daily Online, "Unilever Teams Up With Alibaba On Recycling Deal," November 9, 2020.

862. South China Morning Post, "A Tech Trailblazer; Edward Tse Says China Has Moved From 'Copycat' To Become A Global Innovation Epicentre," November 9, 2020.

863. South China Morning Post, "Biden Victory Rally Soothes Market Pain As Hong Kong Investors Look Beyond Ant Group Ipo Stumble," November 9, 2020.

864. The Edge Malaysia (Weekly), "Corporate: Tech: Behind The Implosion Of Ant Group'S Mega Ipo," November 9, 2020.

865. The Straits Times, "Why Ant Group's Ipo May Stay On Ice For A While," November 9, 2020.

866. The Straits Times, "Why Ant Group's Ipo May Stay On Ice For A While," November 9, 2020.

867. AFR Online, "Alibaba Insists Recession, Political Spat Will Not Hurt Singles' Day Sales," November 10, 2020.

868. Associated Press Newswire, "Chinese Shoppers Splurge In World's Largest Shopping Fest," November 10, 2020.

869. Barron's Online, "Chinese Internet Stocks Tumble Because Regulatory Risk Is Back," November 10, 2020.

870. Business Insider, "Alibaba Slides 9% As Regulatory Pressure Overshadows Singles Day Blowout (Baba)," November 10, 2020.

871. China Daily, "Multinational Enterprises Ink Flurry Of Agreements," November 10, 2020.

872. China Daily, "Success In Sight For The Luxury Sector," November 10, 2020.

873. Dow Jones Institutional News, "Alibaba And China's "Black Friday" Event Are Set To Boost Online Shopping. What Investors Need To Know. -- Barrons.Com," November 10, 2020.

874. Dow Jones Institutional News, "Alibaba Down Over 8%, On Pace For Largest Percent Decrease Since January 2015 -- Data Talk," November 10, 2020.

875. Dow Jones Institutional News, "Jumia Technologies Pitches Long-Term View As 3Q Disappoints -- Market Talk," November 10, 2020.

876. Dow Jones Institutional News, "Jumia Technologies Pitches Long-Term View As 3Q Disappoints -- Market Talk," November 10, 2020.

877. Dow Jones Newswires Chinese, "Alibaba Falls 7.8%, Jd.Com Slides 7.1%, Tencent Drops 5.0%," November 10, 2020.

878. Dow Jones Newswires Chinese, "Alibaba Group Down 6.9% At Hk$256.40; Jd.Com Down 5.9% At Hk$310.80," November 10, 2020.

879. Dow Jones Newswires Chinese, "China's Regulators Prepare To Roll Out New Antimonopoly Rules," November 10, 2020.

880. Dow Jones Newswires Chinese, "China's Regulators Prepare To Roll Out New Antimonopoly Rules," November 10, 2020.

881. DPA International Service in English, "1St Lead China's Singles Day: New Record For World's Largest Shopping Festival By Joern Petring, Dpa," November 10, 2020.

882. DPA International Service in English, "China's Singles Day: New Record For World's Largest Shopping Festival," November 10, 2020.

883. Financial Times, "Ant Group Faces Tortuous Path Back To Ipo," November 10, 2020.

884. Financial Times, "Ant Group Faces Tortuous Path Back To Ipo," November 10, 2020.

885. Financial Times, "Ant Group Faces Tortuous Path Back To Ipo," November 10, 2020.

886. Financial Times, "Ant Group Faces Tortuous Path Back To Ipo," November 10, 2020.

887. Financial Times, "China Draws Up First Antitrust Rules To Curb Power Of Tech Companies," November 10, 2020.

888. Financial Times, "Funds Move To Quell Retail Investors' Ire Over Halted $37Bn Ant Ipo," November 10, 2020.

889. Independent Online, "China Gears Up For World's Largest Online Shopping Festival," November 10, 2020.

890. Manila Bulletin, "Ever Bilena Holds Biggest 11.11 Blowout Sale On Lazada And Shopee," November 10, 2020.

891. MarketWatch, "Alibaba Brings Notable Names, Including Taylor Swift, To China For Singles Day," November 10, 2020.

892. Reuters News, "Alibaba Moves Deeper Into Offline With Chinese Smart Apparel Factory," November 10, 2020.

893. Reuters News, "Alibaba Moves Deeper Into Offline With Chinese Smart Apparel Factory," November 10, 2020.

894. Reuters News, "Breakingviews-China Hangs Its Sharpest Sword Over Online Giants," November 10, 2020.

895. Reuters News, "China Publishes Draft Competition Rules For Online Platforms," November 10, 2020.

896. Reuters News, "China Ups Scrutiny Of Tech Giants With Draft Anti-Monopoly Rules," November 10, 2020.

897. Reuters News, "Corrected-Offering Discounts Galore, Alibaba Launches China's First Post-Covid Singles' Day," November 10, 2020.

898. Reuters News, "Corrected-Update 2-Alibaba Records Billions In Sales As China's First Post-Virus Singles' Day Kicks Off," November 10, 2020.

899. Reuters News, "Rpt-Breakingviews-China Hangs Its Sharpest Sword Over Online Giants," November 10, 2020.

900. Reuters News, "Update 2-China Ups Scrutiny Of Tech Giants With Draft Anti-Monopoly Rules," November 10, 2020.

901. Shanghai Daily Online, "Singles Day Sales Expected To Be The Best Yet," November 10, 2020.

902. South China Morning Post, "China Drafts New Antitrust Guideline To Rein In Tech Giants, Slamming Atm Stocks From Record Highs," November 10, 2020.

903. South China Morning Post, "China Drafts New Antitrust Guideline To Rein In Tech Giants, Wiping Us$102 Billion From Alibaba, Tencent And Meituan Stocks," November 10, 2020.

904. South China Morning Post, "E-Commerce Firms Adapt To Stingier Consumer Mood," November 10, 2020.

905. South China Morning Post, "Hong Kong Stocks Jump As Vaccine Results Spur End-Of-Pandemic Trades, Meituan And Alibaba Slide On Antitrust Draft," November 10, 2020.

906. South China Morning Post, "Singles' Day: Chinese E-Commerce Giants Target New Wave Of Budget-Conscious Consumers And Lower Tier Cities Amid Pandemic And Belt...," November 10, 2020.

907. South China Morning Post, "Will China's Singles' Day Shopping Extravaganza Shine As Country Continues To Recover From Pandemic?," November 10, 2020.

908. The Australian - Online, "China'S Double 11 Fest To Be Next Trade Test," November 10, 2020.

909. The Canadian Press, "Chinese Shoppers Splurge In World's Largest Shopping Fest," November 10, 2020.

910. The Hindu Online, "China Ups Scrutiny Of Tech Giants With Draft Anti-Monopoly Rules," November 10, 2020.

911. The Nation, "China Clampdown On Big Tech Puts More Billionaires On Notice," November 10, 2020.

912. The Nation, "Tech Stocks Lead Market Losses After Big Rally," November 10, 2020.

913. The Times of India, "Logistics Company Xpressbees Raises $110 Million As E-Commerce Booms," November 10, 2020.

914. The Wall Street Journal Online, "China Targets Alibaba, Other Homegrown Tech Giants With Antimonopoly Rules; New Rules Targeting Online Platforms Could Constrain Internet...," November 10, 2020.

915. World Service Wire, "Cainiao, Aliexpress To Launch Free Tracked Delivery Of Cheap Goods To Russia," November 10, 2020.

916. Xinhua's China Economic Information Service, "U.S.-Listed Chinese Firms Trade Lower," November 10, 2020.

917. Yicai Global, "Alibaba-Backed Youku's Ex-Chief Is Jailed For Seven Years After Receiving Usd1.3 Million In Bribes," November 10, 2020.

918. AFR Online, "Global Uncertainty Fails To Curb China's Online Shopping Spree," November 11, 2020.

919. Agence France Presse, "Chinese Shoppers Spend Big In Post-Virus Singles' Day Binge," November 11, 2020.

920. Agence France Presse, "Chinese Tech Shares Fall On Internet Industry Clampdown," November 11, 2020.

921. Agence France Presse, "Chinese Tech Shares Fall On Internet Industry Clampdown," November 11, 2020.

922. Al Jazeera English, "Crazy Sale! China'S Singles' Day Bags Record Shopping Revenues," November 11, 2020.

923. Al Jazeera English, "Singles' Day: Alibaba Shoppers Ready To Mingle On 'Double Eleven'," November 11, 2020.

924. Associated Press Newswire, "Chinese Shoppers Spend Over $100 Billion In Shopping Fest," November 11, 2020.

925. Baltic Business Daily, "Latvian Technology Start-Up Xheero Becomes Fficial Partner Of Technology Giant Alibaba Cloud," November 11, 2020.

926. Barron's Online, "Alibaba's 'singles Day' Is Here. What To Know About China's Black Friday Event.," November 11, 2020.

927. Barron's Online, "Alibaba's Soaring Sales And Regulatory Pressure Make The Stock A Buy, Raymond James Says," November 11, 2020.

928. Business Insider, "Alibaba Smashed Last Year's Singles Day Record With Over $74 Billion In Sales Amid Worries Over The Pandemic (Adr)," November 11, 2020.

929. Business Insider, "Billionaire Investor Ray Dalio Believes Ant's Ipo Suspension Was Reasonable — And Says Not Investing In China Is 'Very Risky'," November 11, 2020.

930. BusinessLine Online, "Alibaba Records Billions In Sales As China'S First Post-Virus Singles' Day Kicks Off," November 11, 2020.

931. China Daily, "Double Eleven Brings Smiles To Retailers," November 11, 2020.

932. China Daily, "Software Tackling The Tower Of Babel," November 11, 2020.

933. City AM, "China Cracks Down On Tech Giants With Anti-Monopoly Laws," November 11, 2020.

934. Daily FT, "Sampathcards Generates Highest Revenue For 2020 To Daraz," November 11, 2020.

935. Dow Jones Institutional News, "*Alibaba Shares In Hong Kong Fall By Most Since Listing," November 11, 2020.

936. Dow Jones Institutional News, "*Alibaba Shares In Hong Kong Suffered Steepest Fall Since Listing In November 2019," November 11, 2020.

937. Dow Jones Institutional News, "*Alibaba: Generates Rmb498.2 B ($74.1 Billion) In Gmv During 2020 11.11 Global Shopping Festival," November 11, 2020.

938. Dow Jones Institutional News, "Adrs Close Mostly Higher; Alibaba Trades Actively," November 11, 2020.

939. Dow Jones Institutional News, "Alibaba Sets 'Singles Day' Sales Record," November 11, 2020.

940. Dow Jones Institutional News, "Alibaba Sets 'singles Day' Sales Record," November 11, 2020.

941. Dow Jones Institutional News, "Alibaba's Singles Day Sales Top $74 Billion, Up 26% -- Marketwatch," November 11, 2020.

942. Dow Jones Institutional News, "Alibaba's Soaring Sales And Regulatory Pressure Make The Stock A Buy, Raymond James Says -- Barrons.Com," November 11, 2020.

943. Dow Jones Institutional News, "China's Antimonopoly Rules For Online Platforms Are A 'strong Signal' Of Tightening -- Market Talk," November 11, 2020.

944. Dow Jones Institutional News, "Chinese Big Tech Faces Antimonopoly Rules -- Esg Insight," November 11, 2020.

945. Dow Jones Institutional News, "Global Stocks Are Higher, But Technology Stocks Tumbled Again In China -- Barrons.Com," November 11, 2020.

946. Dow Jones Institutional News, "Hk Bourse: Announcement From Alibaba Pictures Group," November 11, 2020.

947. Dow Jones Institutional News, "Tech Crash Drags Hong Kong's Hang Seng Index Lower -- Market Talk," November 11, 2020.

948. Dow Jones Institutional News, "The Big-Tech-Monopoly Crackdown Hits China -- Heard On The Street," November 11, 2020.

949. Dow Jones Institutional News, "With Ant Ipo In Limbo, Funds Let Investors Cash Out," November 11, 2020.

950. Dow Jones Institutional News, "With Ant Ipo In Limbo, Funds Let Investors Cash Out," November 11, 2020.

951. Dow Jones Newswires Chinese, "Alibaba Group Holding: Over 470 Participating Brands Surpassed Rmb100M In Sales During 11-Day Campaign >Baba," November 11, 2020.

952. Dow Jones Newswires Chinese, "Alibaba Sets 'singles Day' Sales Record," November 11, 2020.

953. Dow Jones Newswires Chinese, "Alibaba Sets 'singles Day' Sales Record," November 11, 2020.

954. Dow Jones Newswires Chinese, "Alibaba Shares In Hong Kong Closed 9.8% Lower At Hk$248.40," November 11, 2020.

955. Dow Jones Newswires Chinese, "Alibaba Shares In Hong Kong Fall By Most Since Listing," November 11, 2020.

956. Dow Jones Newswires Chinese, "Alibaba Shares In Hong Kong Last Down 9.4% At Hk$249.60," November 11, 2020.

957. Dow Jones Newswires Chinese, "Alibaba Shares In Hong Kong Suffered Steepest Fall Since Listing In November 2019," November 11, 2020.

958. Dow Jones Newswires Chinese, "Alibaba: Generates Rmb498.2 B ($74.1 Billion) In Gmv During 2020 11.11 Global Shopping Festival," November 11, 2020.

959. Dow Jones Newswires Chinese, "Alibaba's Singles Day Sales Top $74 Billion, Up 26%," November 11, 2020.

960. Dow Jones Newswires Chinese, "Tech Crash Drags Hong Kong's Hang Seng Index Lower -- Market Talk," November 11, 2020.

961. Dow Jones Newswires Chinese, "Tech Crash Drags Hong Kong's Hang Seng Index Lower -- Market Talk," November 11, 2020.

962. Dow Jones Newswires Chinese, "The Big-Tech-Monopoly Crackdown Hits China -- Heard On The Street," November 11, 2020.

963. Dow Jones Newswires Chinese, "With Ant Ipo In Limbo, Funds Let Investors Cash Out," November 11, 2020.

964. EFE News Service, "China's Single's Day Sales Bonanza On Track For New Record," November 11, 2020.

965. Evening Standard, "Sales Smash China's Singles Day Record," November 11, 2020.

966. Evening Standard Online, "Singles' Day: World'S Biggest Online Shopping Event In China 'Beats Records With £42 Billion Spend'," November 11, 2020.

967. Financial Times, "A Tip For Alibaba Founder From An Ancient Role Model," November 11, 2020.

968. Financial Times, "A Tip For Alibaba Founder From An Ancient Role Model," November 11, 2020.

969. Financial Times, "A Tip For Alibaba Founder From An Ancient Role Model," November 11, 2020.

970. Financial Times, "A Tip For Alibaba Founder From An Ancient Role Model," November 11, 2020.

971. Financial Times, "Alibaba: Trust Issues," November 11, 2020.

972. Financial Times, "China'S Banking Regulator Signals Tougher Fintech Antitrust Laws," November 11, 2020.

973. Financial Times, "Funds Act To Allow Retail Punters A Way Of Cashing Out After Halted Ant Ipo," November 11, 2020.

974. Financial Times, "Funds Act To Allow Retail Punters A Way Of Cashing Out After Halted Ant Ipo," November 11, 2020.

975. Financial Times, "Funds Act To Allow Retail Punters A Way Of Cashing Out After Halted Ant Ipo," November 11, 2020.

976. Financial Times, "Funds Act To Allow Retail Punters A Way Of Cashing Out After Halted Ant Ipo," November 11, 2020.

977. Financial Times, "Letter: A Tip For Alibaba Founder From An Ancient Role Model," November 11, 2020.

978. Financial Times, "Tech Watch Beijing Regulator Draws Up First Antitrust Rules To Curb Power Of Digital Giants," November 11, 2020.

979. Financial Times, "Tech Watch Beijing Regulator Draws Up First Antitrust Rules To Curb Power Of Digital Giants," November 11, 2020.

980. Latvian News Agency, "Latvian Technology Start-Up Xheero Becomes Fficial Partner Of Technology Giant Alibaba Cloud," November 11, 2020.

981. Macau Daily Times, "Antitrust - China Clampdown On Big Tech Puts More Billionaires On Notice," November 11, 2020.

982. Macau Daily Times, "China Gears Up For World'S Largest Online Shopping Festival," November 11, 2020.

983. Mail Online, "Chinese Consumers Splash Out In The World's Largest Shopping Festival By Alibaba As The Company's Shares Plunge Following Beijing's Anti...," November 11, 2020.

984. Mail Online, "What Trade War? Chinese Shoppers Snap Up $1Billion Worth Of Australian Goods During The First 24 Hours Of The World's Biggest Shopping...," November 11, 2020.

985. Manila Bulletin, "Get Up To 40% Off, Free Apple Watch, And More At Rowa'S Official Launch," November 11, 2020.

986. MarketWatch, "Alibaba Brings Notable Names, Including Taylor Swift, To China For Singles Day," November 11, 2020.

987. MarketWatch, "Alibaba'S Stock Falls After China Regulator Drafts Anti-Monopoly Guidelines," November 11, 2020.

988. MarketWatch, "Alibaba'S Stock Falls After China Regulator Drafts Anti-Monopoly Guidelines," November 11, 2020.

989. New Straits Times, "Cambodia Govt Mulls Digital Service Tax," November 11, 2020.

990. New York Post, "Cba-Plus New Guidelines Could Prove To Be Big Boost For Brooklyn, Tsai," November 11, 2020.

991. Reuters News, "Alibaba Boasts $70.6 Billion Sales In First Post-Virus Singles' Day," November 11, 2020.

992. Reuters News, "Alibaba Boasts $70.6 Bln Sales In First Post-Virus Singles' Day," November 11, 2020.

993. Reuters News, "Alibaba Says Singles' Day Gmv Hits 467.5 Bln Yuan ($70.59 Bln) By 1305 Gmt (Over 11-Day Sales Period)," November 11, 2020.

994. Reuters News, "Alibaba Says Singles' Day Gmv Hits 498.2 Bln Yuan ($74.10 Bln) Over 11-Day Sales Period," November 11, 2020.

995. Reuters News, "Alibaba, Jd.Com Say Us Was Top Seller To China During Singles' Day Event," November 11, 2020.

996. Reuters News, "Alibaba's Singles Day Sales Top $74 Billion, Planned Rules Hit Shares," November 11, 2020.

997. Reuters News, "Brief-Alibaba Pictures Group Announces Voluntary Delisting Of Shares From Main Board Of Sgx-St," November 11, 2020.

998. Reuters News, "Brief-Hkex Ceo Charles Li Says Suspension Of Ant Ipo Will Prove To Be The Right Decision For Company, Market And Investors As Market Needs...," November 11, 2020.

999. Reuters News, "Buzz-U.S. Stocks On The Move-Apple, Lyft, Alibaba, D.R. Horton, Norwegian Cruise Line," November 11, 2020.

1000. Reuters News, "China's Alibaba Says Post-Covid Singles' Day Sales Hit $74 Billion," November 11, 2020.

1001. Reuters News, "China's Alibaba Says Post-Covid Singles' Day Sales Hit $74 Bln," November 11, 2020.

1002. Reuters News, "China's Banking Regulator Urges Enhanced Anti-Monopoly Scrutiny In Financial Sector," November 11, 2020.

1003. Reuters News, "Corrected-Update 3-Alibaba Touts Billions In Sales As Post-Virus Singles' Day Gets Into Full Swing," November 11, 2020.

1004. Reuters News, "Exclusive-Tiktok-Owner Bytedance To Rake In $27 Bln Ad Revenue By Year-End-Sources," November 11, 2020.

1005. Reuters News, "Exclusive-Tiktok-Owner Bytedance To Rake In $27 Bln In Ad Revenue By Year-End-Sources," November 11, 2020.

1006. Reuters News, "Hong Kong Exchange Operator Backs Decision To Halt Ant's Record Ipo," November 11, 2020.

1007. Reuters News, "Update 7-Alibaba's Singles Day Sales Top $74 Bln, Planned Rules Hit Shares," November 11, 2020.

1008. Shanghai Daily Online, "Hong Kong Consumers Join Singles' Day Shopping Carnival," November 11, 2020.

1009. Shanghai Daily Online, "Lockdown-Weary Shoppers Splash Out Record Cash On Singles Day," November 11, 2020.

1010. South China Morning Post, "Alibaba's Singles' Day Offers A Lifeline To Luxury Brands, With Louis Vuitton And Dior Buying Into China's Annual Double 11 Shopping Festi...," November 11, 2020.

1011. South China Morning Post, "Antitrust Guideline To Rein In Tech Titans," November 11, 2020.

1012. South China Morning Post, "Balenciaga, Prada, Iwc Lead Global Luxury Brands In Bowing To Online Shopping As China's Singles' Day Sets E-Commerce Record," November 11, 2020.

1013. South China Morning Post, "Chinese E-Commerce Giants Come To Rescue Of Ailing Property Sector, Step Up Sales Of Discounted Homes On Singles' Day," November 11, 2020.

1014. South China Morning Post, "Chinese Mutual Funds To Unfreeze Us$9 Billion Of Investor Capital After Ant Group's Ipo Suspension," November 11, 2020.

1015. South China Morning Post, "Delay To Ant Ipo Shows Beijing's Desire To Get The Rules Right," November 11, 2020.

1016. South China Morning Post, "Developers Seek To Drum Up Sales Via Singles' Day Event," November 11, 2020.

1017. South China Morning Post, "Fintech Firms Must Behave Like Banks, China Regulator Says As It Ring-Fences Runaway Industry To Rein In Potential Risks," November 11, 2020.

1018. South China Morning Post, "Singles' Day: Big Chinese E-Commerce Platforms Report Strong Sales During World's Largest Shopping Festival As Pandemic Moves More People...," November 11, 2020.

1019. South China Morning Post, "Singles' Day: Chinese Consumers Spend Us$56 Billion In 10 Days During The World's Largest Shopping Festival," November 11, 2020.

1020. The Atlanta Journal - Constitution, "Talking Point Retail: Chinese Shoppers Splurge In World's Biggest Shopping Fest," November 11, 2020.

1021. The Australian, "Sellers Set Out Stalls For China'S Double 11 Fest," November 11, 2020.

1022. The Australian - Online, "Tension Won'T Sour Alibaba Sales," November 11, 2020.

1023. The Australian Financial Review, "China Spat Won'T Hit Singles' Day: Alibaba," November 11, 2020.

1024. The Boston Globe, "Down $290 Billion, China Tech Investors Wargame Worst-Case Scenarios," November 11, 2020.

1025. The Canadian Press, "Chinese Shoppers Spend Over $100 Billion In Shopping Fest," November 11, 2020.

1026. The Guardian, "Ftse 100 Closes At Five-Month High As Vaccine Rally Continues – As It Happened," November 11, 2020.

1027. The Herald, "We Can Learn From China On Mass Testing," November 11, 2020.

1028. The Nation, "China's Recipe For Rescuing Retail: Virtual Pets, Walnuts - And Katy Perry," November 11, 2020.

1029. The Telegraph Online, "China Tech Stocks Slide By £215Bn On New Internet Regulations," November 11, 2020.

1030. The Telegraph Online, "Singles Day In China Rivals Black Friday With $56Bn Sales," November 11, 2020.

1031. The Times, "Alibaba Sale Rings Up Over $70Bn," November 11, 2020.

1032. The Times of India, "Logistics Co Xpressbees Raises $110Mn," November 11, 2020.

1033. The Wall Street Journal, "China Drafts New Regulation To Rein In Online Platforms," November 11, 2020.

1034. The Wall Street Journal Online, "Alibaba Sets 'singles Day' Sales Record; Chinese Technology Company, Under Regulatory Shadow, Reaps $75.1 Billion In Sales In Annual...," November 11, 2020.

1035. The Wall Street Journal Online, "The Big-Tech-Monopoly Crackdown Hits China; Recent Events Indicate Beijing Will Take On The Overreaching Power Of Its Technology Giants," November 11, 2020.

1036. The Wall Street Journal Online, "With Ant Ipo In Limbo, Funds Let Investors Cash Out; Small Investors Had Poured About $9 Billion Into Funds That Planned To Invest In Ant's...," November 11, 2020.

1037. The Washington Post, "China's Recipe For Rescuing Retail: Virtual Pets, Walnuts — And Katy Perry," November 11, 2020.

1038. Xinhua's China Economic Information Service, "Commentary: Shopping Spree A Good Start To Re-Establish Confidence In Globalization," November 11, 2020.

1039. Yicai Global, "Funds Stranded By Shelved Ant Ipo Grant Investors 1 Month To Pull Out," November 11, 2020.

1040. AFR Online, "Aussie Brands Safe In Singles' Day Top 10," November 12, 2020.

1041. Barron's Online, "Alibaba Rival Pinduoduo Beats Sales Forecasts As Chinese Consumer Spending Surges. The Stock Is Soaring.," November 12, 2020.

1042. Barron's Online, "Alibaba's Singles Day Sales Growth Keeps Pace," November 12, 2020.

1043. Barron's Online, "Tencent Profit Surges 89% On Gaming," November 12, 2020.

1044. Chicago Tribune, "Chinese Shopping Festival Nets Over $100B," November 12, 2020.

1045. China Daily, "Consumers Spend Big For Singles Day Shopping Gala," November 12, 2020.

1046. Dow Jones Institutional News, "Alibaba Sales Break 'singles Day' Record -- Wsj," November 12, 2020.

1047. Dow Jones Institutional News, "Alibaba's Singles Day Sales Growth Keeps Pace -- Barrons.Com," November 12, 2020.

1048. Dow Jones Institutional News, "China Antimonopoly Rules Could Curb E-Commerce Firms' Monetization -- Market Talk," November 12, 2020.

1049. Dow Jones Institutional News, "China Parcel Volume Growth Likely To Accelerate After Record-Breaking Shopping Festival -- Market Talk," November 12, 2020.

1050. Dow Jones Institutional News, "China Parcel Volume Growth Likely To Accelerate After Record-Breaking Shopping Festival -- Market Talk," November 12, 2020.

1051. Dow Jones Institutional News, "Chinese Shares Mixed; Shanghai Benchmark Slips For Third Session -- Market Talk," November 12, 2020.

1052. Dow Jones Institutional News, "Funds Give Ant Investors An Exit -- Wsj," November 12, 2020.

1053. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," November 12, 2020.

1054. Dow Jones Institutional News, "Hong Kong's Hang Seng Index Slips Despite Tech Rebound -- Market Talk," November 12, 2020.

1055. Dow Jones Institutional News, "Pinduoduo Sales Surge Amid Chinese Consumer Spending Boom. The Stock Is Soaring. -- Barrons.Com," November 12, 2020.

1056. Dow Jones Institutional News, "Press Release: Farfetch Announces Third Quarter 2020 Results," November 12, 2020.

1057. Dow Jones Newswires Chinese, "China Antimonopoly Rules Could Curb E-Commerce Firms' Monetization -- Market Talk," November 12, 2020.

1058. Dow Jones Newswires Chinese, "China Antimonopoly Rules Could Curb E-Commerce Firms' Monetization -- Market Talk," November 12, 2020.

1059. Dow Jones Newswires Chinese, "China Parcel Volume Growth Likely To Accelerate After Record-Breaking Shopping Festival," November 12, 2020.

1060. Dow Jones Newswires Chinese, "China's Antimonopoly Rules For Online Platforms Are A 'strong Signal' Of," November 12, 2020.

1061. Dow Jones Newswires Chinese, "Hong Kong's Hang Seng Index Slips Despite Tech Rebound -- Market Talk," November 12, 2020.

1062. Dow Jones Newswires Chinese, "Hong Kong's Hang Seng Index Slips Despite Tech Rebound -- Market Talk," November 12, 2020.

1063. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," November 12, 2020.

1064. Ecofin Agency, "Jumia Plans To Boost Activity In Buoyant Markets," November 12, 2020.

1065. Financial Times, "Alibaba: Trust Issues," November 12, 2020.

1066. Financial Times, "Alibaba: Trust Issues," November 12, 2020.

1067. Financial Times, "Alibaba: Trust Issues," November 12, 2020.

1068. Financial Times, "Alibaba: Trust Issues," November 12, 2020.

1069. Financial Times, "Alibaba: Trust Issues," November 12, 2020.

1070. Forbes Asia, "Wealth Juggernaut," November 12, 2020.

1071. Global Times, "Sailing Through," November 12, 2020.

1072. Hindustan Times, "China Singles Day Online Sales Touches Record High," November 12, 2020.

1073. i, "The 30 Second Briefing," November 12, 2020.

1074. Irish Independent, "Sales Boom: Alibaba Singles' Day Takes In $74Bn As Shares Drop 10Pc," November 12, 2020.

1075. Macau Daily Times, "World Views - Beijing Just Tore Up China'S Giant Internet Playbook," November 12, 2020.

1076. National Post, "Alibaba's Singles Day Sales Top Us$74 Billion; Dampened By 10 Per Cent Drop In Shares," November 12, 2020.

1077. National Post, "Alibaba's Singles Day Sales Top Us$74 Billion; Retail; Dampened By 10 Per Cent Drop In Shares," November 12, 2020.

1078. New Straits Times, "Malaysia Is No.4 Spender In China'S 11.11 Global Sales," November 12, 2020.

1079. Reuters News, "Alibaba, Jd.Com Say U.S. Was Top Seller To China During Singles' Day Event," November 12, 2020.

1080. Reuters News, "Breakingviews-Tencent'S Super Status Can Survive Antitrust Dig," November 12, 2020.

1081. Shanghai Daily Online, "Airasia's Logistics Company Partners With Alibaba's Cainiao During Singles' Day Shopping Festival," November 12, 2020.

1082. Shanghai Daily Online, "China's Record Online Shopping Bonanza Speaks Of 'Dual Circulation' Potential," November 12, 2020.

1083. Shanghai Daily Online, "City Shoppers Among Country's Big Spenders," November 12, 2020.

1084. South China Morning Post, "Alibaba, Tencent, Meituan Jump, Defying Hang Seng Slump As Market Ignores Covid-19 Vaccine Developments," November 12, 2020.

1085. South China Morning Post, "Luxury Brands Pull Out All Stops To Lure Mainland Shoppers For Singles' Day," November 12, 2020.

1086. South China Morning Post, "Sales Break Records In Singles' Day Frenzy," November 12, 2020.

1087. The Australian, "Tension Won'T Sour Alibaba Sales," November 12, 2020.

1088. The Australian Financial Review, "New Tech Rules Hit China Stocks," November 12, 2020.

1089. The Australian Financial Review, "Shopping Frenzy Nets Billions," November 12, 2020.

1090. The Financial Mail, "Luxury Retail - Rupert And The Online Champions," November 12, 2020.

1091. The Guardian, "China's Biggest Tech Firms Dive In Value Over Beijing Crackdown Fears," November 12, 2020.

1092. The Hindu Online, "Chinese Shoppers Spend Over $100 Billion In Shopping Fest," November 12, 2020.

1093. The New York Times, "China Prepares To Impose New Limits On Its Tech Giants.," November 12, 2020.

1094. The Straits Times, "Asian Insider, Nov 12: Singapore's Asean Summit Vaccine Call, Typhoon Vamco Hammers Philippines," November 12, 2020.

1095. The Times, "Alibaba Sale Rings Up Over $70Bn," November 12, 2020.

1096. The Times, "Alibaba Sale Rings Up Over $70Bn," November 12, 2020.

1097. The Wall Street Journal, "Alibaba Sales Break 'singles Day' Record --- More Than $75 Billion In Online Buying Event Highlights China's Pandemic Rebound," November 12, 2020.

1098. The Wall Street Journal, "Funds Give Ant Investors An Exit --- Lockup Periods Are Waived After A Clamor For Refunds Following Halt Of Mammoth Ipo," November 12, 2020.

1099. The Washington Post, "China Seeks To Rescue Retail With Katy Perry," November 12, 2020.

1100. Xinhua's China Economic Information Service, "Singles' Day Sales On Tmall Tops 74 Bln Usd," November 12, 2020.

1101. Yicai Global, "Alibaba, Jd.Com'S Double-11 Sales Soar To New Record As Buyers Gripe," November 12, 2020.

1102. Yicai Global, "China's Taobao, Jd.Com Double-11 Sales Soar To Record Though Buyers Gripe," November 12, 2020.

1103. Yicai Global, "Tmall Double-11 Shopping Global Carnival 's Gmv Rises 26% Per Year," November 12, 2020.

1104. Barron's, "Alibaba Joins The Ranks Of Internet Giants Scorched By Regulators," November 13, 2020.

1105. Barron's, "Alibaba Joins The Tech Giants Hit By Regulators," November 13, 2020.

1106. Dow Jones Newswires, "Alibaba Joins The Ranks Of Internet Giants Scorched By Regulators -- Barrons.Com," November 13, 2020.

1107. Dow Jones Newswires, "Review & Preview Follow-Up -- A Return Visit To Earlier Stories: Alibaba Joins The Tech Giants Hit By
Regulators -- Barron's," November 13, 2020.

1108. Financial Times, "How China'S Big Tech Companies Upset Beijing," November 16, 2020.

1109. Global Times, "Platforms Must Not Become Oligopolies, Hindering Fair Competition," November 16, 2020.

1110. Financial Times, "Beijing Seeks To Tear Down Big Tech's Barriers," November 17, 2020.

1111. Financial Times, "Beijing Seeks To Tear Down Big Tech's Barriers," November 17, 2020.

1112. Financial Times, "Beijing Seeks To Tear Down Big Tech's Barriers," November 17, 2020.

1113. Financial Times, "Beijing Seeks To Tear Down Big Tech's Barriers," November 17, 2020.

1114. Mint, "How Jack Ma Blew Ant's $35-Billion Ipo," November 19, 2020.

1115. Reuters News, "UPDATE 2-Alibaba Ceo Says China's Scrutiny Of Internet Platforms Is Needed," November 23, 2020.

1116. South China Morning Post, "Ant Group Wins Singapore Digital Wholesale Banking Licence," December 4, 2020.

1117. South China Morning Post, "Why Amazon Is Failing Selling Luxury Fashion But Alibaba Is Succeeding," December 4, 2020.

1118. South China Morning Post, "Why Amazon Is Failing To Sell Luxury Fashion But Alibaba Is Succeeding," December 4, 2020.

1119. South China Morning Post, "Why Amazon Is Losing To Alibaba In Luxury Sector; The Us E-Commerce Giant Is Spending Big But Still Has
An Image Problem," December 4, 2020.

1120. Agence France Presse, "China's Alibaba 'Dismayed' By Uighur Facial-Recognition Software," December 17, 2020.

1121. Reuters News, "Alibaba Facial Recognition Tech Specifically Picks Out Uighur Minority - Report," December 17, 2020.

1122. Reuters News, "Alibaba Says It Won'T Allow Its Tech To Target, Identify Ethnic Groups," December 17, 2020.

1123. Reuters News, "Alibaba Says It Won'T Allow Its Tech To Target, Identify Ethnic Groups," December 17, 2020.

1124. Reuters News, "Update 2-Alibaba Facial Recognition Tech Specifically Picks Out Uighur Minority - Report," December 17, 2020.

1125. Barron's Online, "With The Pandemic Fading, The Stars Align For Emerging Market Growth Stocks In 2021," December 18, 2020.

1126. Business Times Singapore, "Ant Group: The Ipo That Failed To Launch," December 18, 2020.

1127. BusinessLine Online, "Gucci Joins Alibaba'S Luxury E-Commerce Site To Woo Chinese Consumers," December 18, 2020.

1128. China Daily, "Textile Firms Weave Success Despite Pandemic," December 18, 2020.

1129. Dow Jones Institutional News, "Emerging Markets: Long-Term Stars Align For Em Growth Stocks -- Barron's," December 18, 2020.

1130. Dow Jones Institutional News, "Gucci To Open Two Virtual Stores On Alibaba's Luxury Platform In China," December 18, 2020.

1131. Dow Jones Institutional News, "Trump Signs Bill Targeting Chinese Public Companies -- Market Talk," December 18, 2020.

1132. Dow Jones Institutional News, "Trump Signs Bill Targeting Chinese Public Companies -- Market Talk," December 18, 2020.

1133. Dow Jones Institutional News, "With The Pandemic Fading, The Stars Align For Emerging Market Growth Stocks In 2021 -- Barrons.Com," December 18, 2020.

1134. Dow Jones Newswires Chinese, "Gucci To Open Two Virtual Stores On Alibaba's Luxury Platform In China," December 18, 2020.

1135. Dow Jones Newswires Chinese, "Trump Signs Bill Targeting Chinese Public Companies -- Market Talk," December 18, 2020.

1136. Financial Times, "China Rethinks The Jack Ma Model," December 18, 2020.

1137. Financial Times, "Gucci Targets China'S Post-Covid Luxury Surge With Alibaba Tie-Up," December 18, 2020.

1138. i, "Alibaba Face Recognition Is Able To Spot Uighurs," December 18, 2020.

1139. International New York Times, "As China Tracked Muslims, Alibaba Showed Customers How They Could, Too," December 18, 2020.

1140. Reuters News, "Ant Group Stops Offering Sales Of Online Deposit Products At Chinese Banks," December 18, 2020.

1141. Reuters News, "Gucci Joins Alibaba's Luxury E-Commerce Site To Woo Chinese Consumers," December 18, 2020.

1142. Reuters News, "Gucci Joins Alibaba's Luxury E-Commerce Site To Woo Chinese Consumers," December 18, 2020.

1143. South China Morning Post, "Alibaba Says Uygur-Tracking Facial Recognition Violates Company Values, Removes Software," December 18, 2020.

1144. South China Morning Post, "Ant Group Removes Small Banks' Online Deposit Products From Its Platform As It Toes The Line With China's New Fintech Rules," December 18, 2020.

1145. South China Morning Post, "China's Fintech Giants Led By Ant Group Retool And Innovate, As They Roll With The Punches In New Regulatory Landscape," December 18, 2020.

1146. South China Morning Post, "China's Market Regulator Flexes Muscles, Signalling Wild West Era Of Unchecked Big Tech Growth Is Over," December 18, 2020.

1147. South China Morning Post, "Innovation And Retooling Are Buzzwords For China's Fintech Giants In 2021 As They Roll With The Punches In New Regulatory Landscape," December 18, 2020.

1148. South China Morning Post, "Watchdog Reins In Big Tech Firms," December 18, 2020.

1149. Yicai Global, "China'S Ant Stops Online Bank Deposits On Alipay To Conform With Regulations," December 18, 2020.

1150. Yicai Global, "Saic Motor 'S Ride-Hailing Venture Gets Financial Backing Of Alibaba, Catl," December 18, 2020.

1151. Financial Times, "Gucci Targets China's Post-Covid Luxury Surge," December 19, 2020.

1152. Financial Times, "Gucci Targets China's Post-Covid Luxury Surge," December 19, 2020.

1153. Financial Times, "Gucci Targets China's Post-Covid Luxury Surge," December 19, 2020.

1154. Financial Times, "Gucci Targets China's Post-Covid Luxury Surge," December 19, 2020.

1155. Global Times, "Ant Group Among Fintech Firms To Clean Up Online Banking Services As Regulation Tightens," December 19, 2020.

1156. South China Morning Post, "Alibaba Says Profiling Tech Violates Firm's Values," December 19, 2020.

1157. South China Morning Post, "Ant Group Sweeps Platform Clear To Toe Regulatory Line," December 19, 2020.

1158. BusinessLine Online, "Tatas Looking To Acquire Bigbasket, Ccd Vending Machine Business," December 20, 2020.

1159. BusinessLine Online, "Tatas To Add Bigbasket, Ccd Arm To Shopping Cart By December-End," December 20, 2020.

1160. MarketWatch, "Jack Ma Offered China Parts Of Ant Group To Save Ipo," December 20, 2020.

1161. MarketWatch, "Jack Ma Offered China Parts Of Ant Group To Save Ipo," December 20, 2020.

1162. Reuters News, "China Could Restrict Bank Tie-Ups With Fintech Platforms, Official Suggests," December 20, 2020.

1163. Reuters News, "China Could Restrict Bank Tie-Ups With Fintech Platforms, Official Suggests," December 20, 2020.

1164. Barron's, "Long-Term Stars Align For Em Growth Stocks," December 21, 2020.

1165. BusinessLine (The Hindu), "Tatas To Add Bigbasket, Ccd Arm To Shopping Cart By December-End," December 21, 2020.

1166. China Daily, "Dc/Ep Timeline," December 21, 2020.

1167. Dow Jones Institutional News, "Ant Group's Ma Made Offer In Bid To Placate Beijing -- Wsj," December 21, 2020.

1168. MarketWatch, "China'S 'Unstoppable' Global Luxury-Market Share Nearly Doubles Amid Pandemic," December 21, 2020.

1169. MarketWatch, "China'S "Unstoppable" Global Luxury Market Share Nearly Doubles Amid Pandemic," December 21, 2020.

1170. South China Morning Post, "Law Silent On Variable Interest Entities, Experts Say," December 21, 2020.

1171. The Wall Street Journal, "Ant Group's Ma Made Offer In Bid To Placate Beijing," December 21, 2020.

1172. Business Times Singapore, "China's Online Shopping Addiction Is Killing Its Green Packaging Drive," December 22, 2020.

1173. Dow Jones Institutional News, "China Turns Up Pressure On Its Tech Giants," December 22, 2020.

1174. Dow Jones Institutional News, "China Turns Up Pressure On Its Tech Giants," December 22, 2020.

1175. Dow Jones Institutional News, "Chinese Regulators Summon Tech Giants, Intensifying Pressure," December 22, 2020.

1176. Dow Jones Institutional News, "Hk Bourse: Announcement From Sun Art Retail Group," December 22, 2020.

1177. Dow Jones Institutional News, "Hk Bourse: Announcement From Sun Art Retail Group On Change In Directors," December 22, 2020.

1178. Dow Jones Institutional News, "More Luxury Brands Could Follow Gucci Onto Alibaba's Tmall -- Market Talk," December 22, 2020.

1179. Dow Jones Institutional News, "Press Release: Shareholder Action Notice: The Schall Law Firm Announces The Filing Of A Class Action Lawsuit Against Alibaba Group H...," December 22, 2020.

1180. Dow Jones Newswires Chinese, "Chinese Regulators Summon Tech Giants, Intensifying Pressure," December 22, 2020.

1181. Dow Jones Newswires Chinese, "More Luxury Brands Could Follow Gucci Onto Alibaba's Tmall -- Market Talk," December 22, 2020.

1182. Dow Jones Newswires Chinese, "Update: China's "Unstoppable" Global Luxury Market Share Nearly Doubles," December 22, 2020.

1183. Manila Bulletin, "Andi Eigenmann Announces Engagement To Philmar Alipayo," December 22, 2020.

1184. Manila Bulletin, "Beautiful Underwater Proposal: Andi Eigenmann, Philmar Alipayo Are Engaged," December 22, 2020.

1185. Reuters News, "Brief-China Market Regulator Says To Regulate The Community Group Buying Sector," December 22, 2020.

1186. Reuters News, "Brief-Sun Art Retail Group Says Lin Xiaohai Has Been Appointed As An Executive Director," December 22, 2020.

1187. Reuters News, "China To Tighten Regulation Of Community Group Buying," December 22, 2020.

1188. The Wall Street Journal Online, "Chinese Regulators Summon Tech Giants, Intensifying Pressure; Popular Online Group-Buying Model Triggers Scrutiny Of Alibaba, Tencent And...," December 22, 2020.

1189. Agence France Presse, "Alibaba Plunges More Than 8% In Hong Kong On China Probe," December 23, 2020.

1190. Agence France Presse, "Alibaba Tumbles More Than 3% At Open In Hong Kong," December 23, 2020.

1191. Agence France Presse, "China Begins Anti-Monopoly Investigation Into Alibaba," December 23, 2020.

1192. Agence France Presse, "China Begins Anti-Monopoly Probe Into Tech Giant Alibaba," December 23, 2020.

1193. Agence France Presse, "Chinese Regulators Launch Anti-Monopoly Investigation Into Alibaba," December 23, 2020.

1194. Agence France Presse, "Hong Kong Stocks End With Gains," December 23, 2020.

1195. Agence France Presse, "Hong Kong Stocks Open Flat," December 23, 2020.

1196. Associated Press Newswire, "Chinese Regulator Launches Anti-Monopoly Probe Of E-Commerce Giant Alibaba, Stepping Up Pressure On Tech Industry," December 23, 2020.

1197. Deutsche Welle, "China Launches Anti-Monopoly Probe Into Alibaba," December 23, 2020.

1198. Dow Jones Institutional News, "*Alibaba Group: Received Notice Of Antitrust Investigation By Chinese Regulators," December 23, 2020.

1199. Dow Jones Institutional News, "*Alibaba's Hong Kong Shares Fall On News Of Antitrust Investigation In China," December 23, 2020.

1200. Dow Jones Institutional News, "*Chinese Regulators Launch Antitrust Investigation Into Alibaba - State Media," December 23, 2020.

1201. Dow Jones Institutional News, "*Chinese Regulators Launch Antitrust Investigation Into Alibaba, State Media Says," December 23, 2020.

1202. Dow Jones Institutional News, "*Softbank Group Shares Give Up Earlier Gains, Now Down 1.8%," December 23, 2020.

1203. Dow Jones Institutional News, "Alibaba Investigation Likely To Heighten Regulatory Uncertainties -- Market Talk," December 23, 2020.

1204. Dow Jones Institutional News, "Alibaba Shares Sink In Hong Kong As China Launches Antitrust Probe -- Marketwatch," December 23, 2020.

1205. Dow Jones Institutional News, "Chinese Regulators Launch Antitrust Investigation Into Alibaba," December 23, 2020.

1206. Dow Jones Institutional News, "Chinese Regulators Launch Antitrust Investigation Into Alibaba -- 2Nd Update," December 23, 2020.

1207. Dow Jones Institutional News, "Chinese Regulators Launch Antitrust Investigation Into Alibaba -- Update," December 23, 2020.

1208. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," December 23, 2020.

1209. Dow Jones Institutional News, "Hong Kong Shares Slip 0.4%; Hsi May Lack Upward Momentum -- Market Talk," December 23, 2020.

1210. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 23, 2020.

1211. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 23, 2020.

1212. Dow Jones Newswires Chinese, "Alibaba Group: Received Notice Of Antitrust Investigation By Chinese Regulators," December 23, 2020.

1213. Dow Jones Newswires Chinese, "Alibaba Investigation Likely To Heighten Regulatory Uncertainties -- Market Talk," December 23, 2020.

1214. Dow Jones Newswires Chinese, "Alibaba Pledges Cooperation As Regulators Start Antitrust Investigation," December 23, 2020.

1215. Dow Jones Newswires Chinese, "Alibaba Shares Fall 6.7% To Hk$231.80 In Hong Kong Trade," December 23, 2020.

1216. Dow Jones Newswires Chinese, "Alibaba: Business Operations Remain Normal," December 23, 2020.

1217. Dow Jones Newswires Chinese, "Alibaba: Will 'Actively Cooperate' With Regulators On Investigation," December 23, 2020.

1218. Dow Jones Newswires Chinese, "Alibaba's Hong Kong Shares Fall On News Of Antitrust Investigation In China," December 23, 2020.

1219. Dow Jones Newswires Chinese, "Chinese Regulators Launch Antitrust Investigation Into Alibaba -- 2Nd Update," December 23, 2020.

1220. Dow Jones Newswires Chinese, "Chinese Regulators Launch Antitrust Investigation Into Alibaba -- Update," December 23, 2020.

1221. Dow Jones Newswires Chinese, "Chinese Regulators Launch Antitrust Investigation Into Alibaba, State Media Says," December 23, 2020.

1222. Dow Jones Newswires Chinese, "Hong Kong Shares Slip 0.4%; Hsi May Lack Upward Momentum -- Market Talk," December 23, 2020.

1223. Dow Jones Newswires Chinese, "Hong Kong Shares Slip 0.4%; Hsi May Lack Upward Momentum -- Market Talk," December 23, 2020.

1224. Dow Jones Newswires Chinese, "In China, Online Grocery Shopping Gets Political -- Heard On The Street," December 23, 2020.

1225. Dow Jones Newswires Chinese, "Jack Ma'S Ant Group Slashes Credit Limits For Some Younger Borrowers In China," December 23, 2020.

1226. Dow Jones Newswires Chinese, "Market Talk: Alibaba To Dn," December 23, 2020.

1227. Dow Jones Newswires Chinese, "Softbank Group Shares Fall After Alibaba Group Stock Drops," December 23, 2020.

1228. DPA International Service in English, "Chinese Regulators Launch Antitrust Probe Into Alibaba," December 23, 2020.

1229. Independent Online, "China Steps Up Pressure On Alibaba With Anti-Monopoly Probe," December 23, 2020.

1230. Kyodo News, "China Launches Anti-Monopoly Investigation Of It Giant Alibaba," December 23, 2020.

1231. Reuters News, "Alibaba Shares In Hk Tumble On China Probe," December 23, 2020.

1232. Reuters News, "Alibaba Shares In Hk Tumble On China Probe," December 23, 2020.

1233. Reuters News, "Ant Group Says Will Strictly Comply With All Regulatory Requirements," December 23, 2020.

1234. Reuters News, "Brief-Alibaba Group Says Got Notice Of Investigation From State Administration For Market Regulation Of Prc," December 23, 2020.

1235. Reuters News, "Brief-Alibaba Says Will Actively Cooperate With Market Regulators On The Investigation," December 23, 2020.

1236. Reuters News, "China, Hk Shares Firm On Brexit Talk Progress; Alibaba Tumbles On Probe," December 23, 2020.

1237. Reuters News, "Chinese Market Regulators To Meet Ant Group "In Coming Days"," December 23, 2020.

1238. Reuters News, "Corrected-Ant Group Says Will Strictly Comply With All Regulatory Requirements," December 23, 2020.

1239. Reuters News, "Hong Kong-Listed Shares Of Alibaba Group Are Set To Open Down 3.4% After Beijing Launches Probe," December 23, 2020.

1240. Reuters News, "Key Events Behind China's Investigation Into Alibaba Group," December 23, 2020.

1241. Reuters News, "Timeline-Key Events Behind China's Investigation Into Alibaba Group," December 23, 2020.

1242. The New York Times, "With Alibaba Investigation, China Gets Tougher On Tech," December 23, 2020.

1243. World Service Wire, "Alibaba Shares In Hong Kong Drop 8% Amid Antitrust Investigation," December 23, 2020.

1244. Agence France Presse, "Hong Kong Stocks End With Gains," December 24, 2020.

1245. Agence France Presse, "Jack Ma: Tycoon Who Soared On China's Tech Dreams Grounded By Regulators," December 24, 2020.

1246. Al Jazeera English, "China Launches Antitrust Probe Into Technology Giant Alibaba," December 24, 2020.

1247. Al Jazeera English, "Stocks, British Pound Get Brexit Lift, Alibaba Hit By China Probe," December 24, 2020.

1248. Associated Press Newswire, "Bc-Weekly Percent Leaders,," December 24, 2020.

1249. Associated Press Newswire, "China Steps Up Pressure On Alibaba With Anti-Monopoly Probe," December 24, 2020.

1250. Associated Press Newswire, "Tesla Rises; Alibaba, Altimmune Fall," December 24, 2020.

1251. Barron's Online, "Alibaba Stock Plunges, Tesla Stumbles, And The Stock Market Is Moving Higher," December 24, 2020.

1252. Barron's Online, "Alibaba Stock Sinks Over Monopoly Probe In China. One Analyst Thinks The Selloff Is An Overreaction.," December 24, 2020.

1253. Barron's Online, "Alibaba Stock's Antitrust Tumble Is A Reminder That It Plays By China's Rules," December 24, 2020.

1254. Barron's Online, "China Will Continue To Pose Risks For Investors. Here's What To Expect In 2021.," December 24, 2020.

1255. Barron's Online, "Why Alibaba's Stock Plunge Is Bad News For Softbank," December 24, 2020.

1256. BBC Monitoring Asia Pacific, "Bbcm China Watchlist For 24 December," December 24, 2020.

1257. Business Insider, "Alibaba Falls 7% In Premarket Trading After Chinese Regulators Open Antitrust Investigation Into The Company," December 24, 2020.

1258. Business Insider, "Alibaba Sinks 18% In Worst Day Ever After Chinese Regulators Open Antitrust Investigation (Baba)," December 24, 2020.

1259. Business Insider, "China Launches An Antitrust Investigation Into Alibaba As Its Crackdown On Jack Ma's Tech Empire Continues," December 24, 2020.

1260. BusinessLine Online, "Asian Stocks And Pound Cheer Brexit," December 24, 2020.

1261. BusinessLine Online, "China Steps Up Pressure On Alibaba With Anti-Monopoly Probe," December 24, 2020.

1262. China Daily, "Stricter Antitrust Scrutiny Of Online Economy," December 24, 2020.

1263. City AM, "Alibaba Under Investigation By China For Monopoly Tactics," December 24, 2020.

1264. Citywire, "Gam'S Em Equity Chief Backs 'Start' Stocks To Rival Faang Dominance," December 24, 2020.

1265. Dow Jones Institutional News, "Adrs Slip In Christmas Eve Trading Amid Pressure On Alibaba Shares," December 24, 2020.

1266. Dow Jones Institutional News, "Alibaba Antitrust Probe Likely To Hurt Sentiment On China's Internet Sector -- Market Talk," December 24, 2020.

1267. Dow Jones Institutional News, "Alibaba Down Over 15%, On Pace For Record Percent Decrease -- Data Talk," December 24, 2020.

1268. Dow Jones Institutional News, "Alibaba Selloff Deepens As Antitrust Probe Rattles Investors," December 24, 2020.

1269. Dow Jones Institutional News, "Alibaba Selloff Deepens As Antitrust Probe Rattles Investors," December 24, 2020.

1270. Dow Jones Institutional News, "Alibaba Stock Plunges, Tesla Stumbles, And The Stock Market Is Moving Higher -- Barrons.Com," December 24, 2020.

1271. Dow Jones Institutional News, "Alibaba Stock Set To Open In Bear-Market Territory After Antitrust Probe Launched -- Marketwatch," December 24, 2020.

1272. Dow Jones Institutional News, "Alibaba Stock Sinks Over Monopoly Probe In China. One Analyst Thinks The Selloff Is An Overreaction. -- Barrons.Com," December 24, 2020.

1273. Dow Jones Institutional News, "Alibaba Stock's Antitrust Tumble Is A Reminder That It Plays By China's Rules -- Barrons.Com," December 24, 2020.

1274. Dow Jones Institutional News, "Alibaba, Ant Face Crackdowns From Chinese Regulators -- 3Rd Update," December 24, 2020.

1275. Dow Jones Institutional News, "Alibaba, General Dynamics, Altimar: What To Watch When The Stock Market Opens Today," December 24, 2020.

1276. Dow Jones Institutional News, "Alibaba, General Dynamics, Altimar: What To Watch When The Stock Market Opens Today," December 24, 2020.

1277. Dow Jones Institutional News, "Alibaba, General Dynamics, Altimar: What To Watch When The Stock Market Opens Today," December 24, 2020.

1278. Dow Jones Institutional News, "Ant Curbs Loan Risk For Some Borrowers -- Wsj," December 24, 2020.

1279. Dow Jones Institutional News, "Beijing Sends Alibaba An Unwelcome Christmas Present -- Heard On The Street," December 24, 2020.

1280. Dow Jones Institutional News, "Beijing Takes Action Against Tech Giants Alibaba, Ant Group -- Wsj," December 24, 2020.

1281. Dow Jones Institutional News, "China Tells Alibaba It Means Business. What That Means For The Stock. -- Barrons.Com," December 24, 2020.

1282. Dow Jones Institutional News, "China'S Antitrust Probe Zeroes In On Vendor Claims Of Alibaba Pressure," December 24, 2020.

1283. Dow Jones Institutional News, "China-Linked Etfs Fall As Alibaba Shares Skid Nearly 14% -- Marketwatch," December 24, 2020.

1284. Dow Jones Institutional News, "China's Antitrust Probe Zeroes In On Vendor Claims Of Alibaba Pressure," December 24, 2020.

1285. Dow Jones Institutional News, "Hk Bourse: Announcement From Lianhua Supermarket," December 24, 2020.

1286. Dow Jones Institutional News, "Logistics Report: Delivering More Doses; Crackdown On Alibaba; Peloton's Faster Gear," December 24, 2020.

1287. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1288. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1289. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1290. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1291. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1292. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1293. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1294. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 24, 2020.

1295. Dow Jones Institutional News, "Press Release: Announcement From Alibaba Group," December 24, 2020.

1296. Dow Jones Institutional News, "Press Release: Investor Alert: Kaplan Fox Investigates Potential Securities Fraud At Alibaba," December 24, 2020.

1297. Dow Jones Institutional News, "Stock Market Closes Modestly Higher In Holiday-Abbreviated Christmas Eve Trade -- Marketwatch," December 24, 2020.

1298. Dow Jones Institutional News, "Tech, Media & Telecom Roundup: Market Talk," December 24, 2020.

1299. Dow Jones Institutional News, "Technology Shares Climb Ahead Of Holiday -- Tech Roundup," December 24, 2020.

1300. Dow Jones Institutional News, "What's News: Business & Finance -- Wsj," December 24, 2020.

1301. Dow Jones Institutional News, "Why Alibaba's Stock Plunge Is Bad News For Softbank -- Barrons.Com," December 24, 2020.

1302. Dow Jones Newswires Chinese, "Adrs Slip In Christmas Eve Trading Amid Pressure On Alibaba Shares," December 24, 2020.

1303. Dow Jones Newswires Chinese, "Alibaba Antitrust Probe Likely To Hurt Sentiment On China's Internet Sector -- Mar," December 24, 2020.

1304. Dow Jones Newswires Chinese, "Alibaba Investigation Likely To Heighten Regulatory Uncertainties -- Market Talk," December 24, 2020.

1305. Dow Jones Newswires Chinese, "Alibaba Selloff Deepens As Antitrust Probe Rattles Investors," December 24, 2020.

1306. Dow Jones Newswires Chinese, "Alibaba Stock Set To Open In Bear-Market Territory After Antitrust Probe Launched," December 24, 2020.

1307. Dow Jones Newswires Chinese, "Alibaba, Ant Face Crackdowns From Chinese Regulators -- 3Rd Update," December 24, 2020.

1308. Dow Jones Newswires Chinese, "Beijing Sends Alibaba An Unwelcome Christmas Present -- Heard On The Street," December 24, 2020.

1309. Dow Jones Newswires Chinese, "China's Antitrust Probe Zeroes In On Vendor Claims Of Alibaba Pressure," December 24, 2020.

1310. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," December 24, 2020.

1311. Dow Jones Newswires Chinese, "Update: Alibaba Stock Suffering Record Fall After Antitrust Probe In China," December 24, 2020.

1312. EFE News Service, "China Opens Anti-Monopoly Investigation Into E-Commerce Giant Alibaba," December 24, 2020.

1313. EFE News Service, "China Opens Anti-Monopoly Investigation Into E-Commerce Giant Alibaba," December 24, 2020.

1314. Financial Express Online, "Amazon'S E-Commerce Marketplace Fy20 Revenue Jumps 42% While Losses Go Up Marginally; Expenses Widen 25%," December 24, 2020.

1315. Financial Times, "Beijing Launches Antitrust Investigation Into Alibaba," December 24, 2020.

1316. Independent Online, "Asian Markets Advance After S&P 500 Snaps Losing Streak," December 24, 2020.

1317. Mail Online, "Business Close: Pound Edges Up With Eu Trade Deal Reported To Be Imminent; Jlr Not Hurt By Port Problems; Monopoly Probe Into Alibaba," December 24, 2020.

1318. Mail Online, "Tech Behemoths Alibaba And Ant Group Being Probed By Chinese Regulators Over Alleged Monopolistic Practices," December 24, 2020.

1319. MarketWatch, "Alibaba Stock Suffers Record Fall After Antitrust Probe In China; Stock Slides Into Bear-Market Territory, While Raymond James Analyst Said...," December 24, 2020.

1320. Mint, "Alibaba Shares Slid After China Begins Anti-Monopoly Probe," December 24, 2020.

1321. Reuters News, "Breakingviews-Xi Jinping Dumps Coal In Alibaba'S Stocking," December 24, 2020.

1322. Reuters News, "Brief-Lianhua Supermarket Says Entered Software Services Framework Agreement With Alipay," December 24, 2020.

1323. Reuters News, "Buzz-U.S. Stocks On The Move-Alibaba, Altimmune, Tonix," December 24, 2020.

1324. Reuters News, "Buzz-U.S. Stocks On The Move-Alibaba, Tonix, Altimmune Inc," December 24, 2020.

1325. Reuters News, "China Launches Antitrust Probe Into Tech Giant Alibaba," December 24, 2020.

1326. Reuters News, "Press Digest - Wall Street Journal - Dec. 24," December 24, 2020.

1327. Reuters News, "Press Digest- New York Times Business News - Dec 24," December 24, 2020.

1328. Reuters News, "Quote Box-Reaction To China's Antitrust Probe Into Alibaba Group," December 24, 2020.

1329. Reuters News, "Update 5-China Launches Antitrust Probe Into Tech Giant Alibaba," December 24, 2020.

1330. Reuters News, "Us Stocks-Futures Rise In Pre-Christmas Trade; Alibaba Falls On China Probe," December 24, 2020.

1331. Reuters News, "Us Stocks-Wall St Set To Rise On Stimulus Hopes; Alibaba Falls On China Probe," December 24, 2020.

1332. South China Morning Post, "Alibaba Antitrust Investigation: What Is The 'Picking One From The Two' Practice That Triggered An Official Probe?," December 24, 2020.

1333. South China Morning Post, "China Investigates Alibaba Over Suspected Monopolistic Practices, Regulators To Meet Ant Group," December 24, 2020.

1334. South China Morning Post, "China Kicks Off Antitrust Probes Into Alibaba Over Alleged Monopolistic Practices, As Regulators Summon Ant To Meet," December 24, 2020.

1335. South China Morning Post, "Hong Kong Stocks End Higher For A Second Day Amid Hopes Of An Imminent Brexit Deal, Brush Aside Alibaba Slump," December 24, 2020.

1336. South China Morning Post, "Hong Kong Stocks End Higher On Christmas Eve Amid Hopes Of An Imminent Brexit Deal, Brush Aside Alibaba Slump," December 24, 2020.

1337. South China Morning Post, "Hong Kong Stocks Rise For A Second Day Amid Hopes Of An Imminent Brexit Deal, Brush Aside Alibaba Slump," December 24, 2020.

1338. South China Morning Post, "'Must Nots' Order For Six Internet Giants," December 24, 2020.

1339. STT, "China Launched A Monopoly Investigation Into E-Commerce Giant Alibaba," December 24, 2020.

1340. STT, "China Launches E-Commerce Giant Alibaba's Monopoly Investigation - The Value Of The Company's Shares Went Diving On The Hong Kong Stock...," December 24, 2020.

1341. The Canadian Press, "China Steps Up Pressure On Alibaba With Anti-Monopoly Probe," December 24, 2020.

1342. The Canadian Press, "Tesla Rises; Alibaba, Altimmune Fall," December 24, 2020.

1343. The Guardian, "China Targets Alibaba With Anti-Monopoly Investigation," December 24, 2020.

1344. The Hindu Online, "Business Live:," December 24, 2020.

1345. The Hindu Online, "China Steps Up Pressure On Alibaba With Anti-Monopoly Probe," December 24, 2020.

1346. The New York Times, "China Looks Into Alibaba For Antitrust," December 24, 2020.

1347. The New York Times, "Quotation Of The Day: Beijing Reins In Tech Behemoths It Let Run Free," December 24, 2020.

1348. The New York Times, "Why China Turned Against Jack Ma," December 24, 2020.

1349. The Statesman, "Beijing Begins Anti-Trust Probe Into Alibaba," December 24, 2020.

1350. The Telegraph Online, "Alibaba Shares Plunge On Chinese Anti-Monopoly Probe," December 24, 2020.

1351. The Wall Street Journal, "Ant Curbs Loan Risk For Some Borrowers," December 24, 2020.

1352. The Wall Street Journal, "Beijing Takes Action Against Tech Giants Alibaba, Ant Group," December 24, 2020.

1353. The Wall Street Journal, "Business & Finance," December 24, 2020.

1354. The Wall Street Journal Online, "Alibaba Selloff Deepens As Antitrust Probe Rattles Investors; Chinese Regulators Say They Are Taking Actions Against Alibaba And Ant Group," December 24, 2020.

1355. The Wall Street Journal Online, "Alibaba, Ant Face Crackdowns From Chinese Regulators; Beijing Takes Action Against Billionaire Jack Ma's Two Crown Jewels," December 24, 2020.

1356. The Wall Street Journal Online, "Alibaba, General Dynamics, Altimar: What To Watch When The Stock Market Opens Today; Stock Futures Edged Higher At The End Of A Shortened Trading Week," December 24, 2020.

1357. The Wall Street Journal Online, "Beijing Sends Alibaba An Unwelcome Christmas Present; Government's Antitrust Broadside Against Chinese Tech Giant Marks An Escalation In...," December 24, 2020.

1358. The Wall Street Journal Online, "China's Antitrust Probe Zeroes In On Vendor Claims Of Alibaba Pressure; Chinese Tech Companies Face Both Increasing Political Pressure At...," December 24, 2020.

1359. The Wall Street Journal Online, "Logistics Report: Delivering More Doses; Crackdown On Alibaba; Peloton's Faster Gear; Today's Top Supply Chain & Logistics News From Wsj," December 24, 2020.

1360. The Wall Street Journal Online, "What's News: Business & Finance," December 24, 2020.

1361. The Washington Post, "China Launches Antitrust Investigation Into Alibaba, Its Most Successful Internet Company," December 24, 2020.

1362. WSJ Pro Central Banking, "Consumer Spending, Jobless Claims Data Cloud U.S. Growth Outlook; Alibaba, Ant Face Regulatory Crackdown; U.K., Eu Near Deal," December 24, 2020.

1363. Yicai Global, "Alibaba's Shares Tumble To Five-Month Low Amid Monopoly Probe," December 24, 2020.

1364. Yicai Global, "Plunging Alibaba Says Business As Usual Amid Anti-Monopoly Investigation," December 24, 2020.

1365. China Daily, "Anti-Monopoly Probe Launched Against Alibaba," December 25, 2020.

1366. China Daily, "Antitrust Probes Will Ensure Healthy Development Of Platform Economy," December 25, 2020.

1367. Dow Jones Institutional News, "China Tells Alibaba It Means Business -- Barron's," December 25, 2020.

1368. Global Times, "China Launches Antitrust Probe Into Alibaba In A Move To Commit Platform Economy To More Sustainable Growth," December 25, 2020.

1369. Global Times, "The Next Level," December 25, 2020.

1370. Los Angeles Times, "Business; Antitrust Rules Threaten China's Tech Behemoths," December 25, 2020.

1371. Mint, "Alibaba's Us-Listed Shares Slump 13%, Biggest One-Day Drop Since Debut," December 25, 2020.

1372. Orlando Sentinel, "China Steps Up Pressure On Alibaba With Probe," December 25, 2020.

1373. South China Morning Post, "Alibaba Antitrust Probe: Not A Sign Winter Is Coming But A New Start For Tech Industry, Chinese Official Media Says," December 25, 2020.

1374. South Florida Sun-Sentinel, "China Steps Up Pressure On Alibaba With Probe," December 25, 2020.

1375. St. Louis Post-Dispatch, "Business Digest," December 25, 2020.

1376. The Baltimore Sun, "China Steps Up Pressure On Alibaba With Probe," December 25, 2020.

1377. The Hartford Courant, "China Steps Up Pressure On Alibaba With Probe," December 25, 2020.

1378. The Independent, "Business News In Brief," December 25, 2020.

1379. The New York Times, "Quote Of The Day," December 25, 2020.

1380. The New York Times, "What Made Ma Beloved Now Makes Him Reviled," December 25, 2020.

1381. The Telegraph, "China Announces Anti-Monopoly Investigation On Alibaba," December 25, 2020.

1382. World Service Wire, "Pandao To Remain Experimental Platform Of Aliexpress - Press Service," December 25, 2020.

1383. Bangkok Post, "China's Antitrust Probe Zeroes In On Vendor Claims Of Alibaba Pressure," December 26, 2020.

1384. Barron's Online, "China Tells Alibaba It Means Business. What That Means For The Stock.," December 26, 2020.

1385. Business Insider, "What Happened Last Week? Pfizer's And Moderna's Vaccine Rollout Widened, China Targeted Jack Ma's Alibaba, And The Uk Border With Europe Closed.," December 26, 2020.

1386. Dow Jones Institutional News, "A Big Fund Sold Apple And Tesla Stock. Here's What It Bought. -- Barrons.Com," December 26, 2020.

1387. Dow Jones Institutional News, "Alibaba's Treatment Of Vendors Scrutinized -- Wsj," December 26, 2020.

1388. International New York Times, "Why China Turned Against Jack Ma; The New New World," December 26, 2020.

1389. South China Morning Post, "Alibaba Antitrust Probe: Ceo Affirms Commitment To Regulated Development After On-Site Investigation," December 26, 2020.

1390. The Australian, "China Launches Alibaba Competition Probe," December 26, 2020.

1391. The Globe and Mail, "Beijing Increases Pressure On Alibaba With Anti-Monopoly Probe," December 26, 2020.

1392. The Hindu Online, "Alibaba | Close Sesame For China'S Internet Giant," December 26, 2020.

1393. The Point Newspaper, "Transcosmos Wins Four Awards In Tmall "Q2 2020 Consumer Operations" Rankings," December 26, 2020.

1394. The Telegraph, "China Announces Anti-Monopoly Investigation On Alibaba," December 26, 2020.

1395. The Wall Street Journal, "Exchange --- Alibaba's Treatment Of Vendors Scrutinized," December 26, 2020.

1396. Associated Press Newswire, "Chinese Regulators Order Ant Group To Rectify Its Businesses," December 27, 2020.

1397. BBC Monitoring Asia Pacific, "Bbcm China Watchlist For 28 December," December 27, 2020.

1398. Deutsche Welle, "China Orders Alibaba's Jack Ma To Overhaul Ant Fintech Business," December 27, 2020.

1399. Dow Jones Institutional News, "*Alibaba Group Upsizes Share Repurchase Program To Us$10 Billion," December 27, 2020.

1400. Dow Jones Institutional News, "*Alibaba Group Upsizes Share Repurchase Program To Us$10 Billion >Baba," December 27, 2020.

1401. Dow Jones Institutional News, "*Tech Stocks In Hong Kong Broadly Open Lower, With Alibaba Down 3.9%," December 27, 2020.

1402. Dow Jones Institutional News, "China Tells Ant Group To Refocus On Its Payments Business," December 27, 2020.

1403. Dow Jones Institutional News, "China Tells Ant Group To Refocus On Its Payments Business -- Update," December 27, 2020.

1404. Dow Jones Institutional News, "China Tells Ant To Refocus On Payments Business," December 27, 2020.

1405. Dow Jones Newswires Chinese, "Alibaba Falls 4.0%, Meituan Slides 3.3%, Tencent Drops 3.1%," December 27, 2020.

1406. Dow Jones Newswires Chinese, "Alibaba Group Share Repurchase Program Upsized From Us$6 Billion," December 27, 2020.

1407. Dow Jones Newswires Chinese, "Alibaba Group Share Repurchase Program Will Be Effective For Two Years Through The End 2022," December 27, 2020.

1408. Dow Jones Newswires Chinese, "Alibaba Group Started Share Repurchase Program This Quarter," December 27, 2020.

1409. Dow Jones Newswires Chinese, "Alibaba Group Upsizes Share Repurchase Program To Us$10 Billion >Baba," December 27, 2020.

1410. Dow Jones Newswires Chinese, "Alibaba Raises Stock Buyback Plan To $10 Billion, But Stock Continues To Sink," December 27, 2020.

1411. Dow Jones Newswires Chinese, "China Tells Ant Group To Refocus On Its Payments Business -- Update," December 27, 2020.

1412. Dow Jones Newswires Chinese, "Market Talk: Alibaba To Keep Fall," December 27, 2020.

1413. Dow Jones Newswires Chinese, "Tech Stocks In Hong Kong Broadly Open Lower, With Alibaba Down 3.9%," December 27, 2020.

1414. Financial Times, "China'S Central Bank Orders Jack Ma'S Ant Group To Overhaul Business," December 27, 2020.

1415. Independent Online, "Chinese Regulators Order Ant Group To Rectify Its Businesses," December 27, 2020.

1416. MarketWatch, "Alibaba Raises Stock Buyback Plan To $10 Billion, But Stock Continues To Sink," December 27, 2020.

1417. Reuters News, "Alibaba Group Increases Share Repurchase Programme To $10 Bln," December 27, 2020.

1418. Reuters News, "Ant Group Says It Will Establish Working Party To Meet China Regulator Demands," December 27, 2020.

1419. Reuters News, "Ant Group Says It Will Establish Working Party To Meet China Regulator Demands," December 27, 2020.

1420. Reuters News, "Brief-Alibaba Group Upsizes Share Repurchase Program To $10 Billion," December 27, 2020.

1421. Reuters News, "China C.Bank Urges Ant Group To Set 'Rectification' Plan Swiftly," December 27, 2020.

1422. Reuters News, "China Pushes Ant Group Overhaul In Latest Crackdown On Ma," December 27, 2020.

1423. Reuters News, "Corrected-Update 3-China Pushes Ant Group Overhaul In Latest Crackdown On Ma," December 27, 2020.

1424. South China Morning Post, "Alibaba In Commitment To Regulated Development," December 27, 2020.

1425. South China Morning Post, "Beijing Builds Cold-Chain Link To Africa," December 27, 2020.

1426. South China Morning Post, "China Orders Ant Group To Rein In Unfettered Expansion As Regulators Put Up Fences Around Financial Risks," December 27, 2020.

1427. South China Morning Post, "China Orders Ant Group To Return To E-Payment Roots As Regulators Rein In Fintech's Unfettered Expansion," December 27, 2020.

1428. South China Morning Post, "Indian Tech Workers Seek Lifelines As Chinese Firms Exit Amid Border Stand-Off And Coronavirus Pandemic," December 27, 2020.

1429. The Canadian Press, "Chinese Regulators Order Ant Group To Rectify Its Businesses," December 27, 2020.

1430. The Economic Times, "Anticipate Crossing $20 Million In Revenue Next Year: Corestack Founder," December 27, 2020.

1431. The Hindu, "Close Sesame For China'S Internet Giant," December 27, 2020.

1432. The Hindu Online, "China Orders Ant Group To Rectify Businesses," December 27, 2020.

1433. The New York Times, "China Orders Ant Group To Revamp Its Business," December 27, 2020.

1434. The Punch, "China Launches Antitrust Probe Into Alibaba, Ant Group," December 27, 2020.

1435. The Telegraph Online, "Beijing Moves To Break Up Jack Ma's Financial Empire," December 27, 2020.

1436. The Wall Street Journal Online, "China Tells Ant Group To Refocus On Its Payments Business; Public Rebuke Is Latest Step By Beijing To Rein In Large Companies After They...," December 27, 2020.

1437. The Washington Post, "China Launches Antitrust Probe Into Internet Colossus Alibaba," December 27, 2020.

1438. Agence France Presse, "China Orders Ant Group To Return To Online Payment Roots," December 28, 2020.

1439. American Banker Online, "Regulators Say Ant Group Must Stick To Payments; U.K. Ad Watchdog Criticizes Klarna Instagram Posts," December 28, 2020.

1440. Arab News, "Stc Announces Partnership With Alibaba Cloud," December 28, 2020.

1441. Associated Press Newswire, "Carnival, Alibaba, Myovant Rise; Weibo Falls," December 28, 2020.

1442. Barron's, "China Tells Alibaba It Means Business --- With Chinese Regulators Investigating Antitrust Practices At Alibaba, Investors Got A Reminder...," December 28, 2020.

1443. Barron's Online, "A Big Fund Sold Apple And Tesla Stock. Here's What It Bought.," December 28, 2020.

1444. Barron's Online, "Alibaba's Troubles Are Far From Over," December 28, 2020.

1445. Business Insider, "China Has Ordered Ant Group To Overhaul Its Goliath Financial Business And 'Return To Its Payment Origins'," December 28, 2020.

1446. BusinessLine Online, "Chinese Regulators Order Ant Group To Rectify Its Businesses," December 28, 2020.

1447. China Daily, "Fintech Firm Urged To Rectify Its Operations," December 28, 2020.

1448. China Daily, "Pleasure's High While Shopping On Livestreams," December 28, 2020.

1449. Dow Jones Institutional News, "*Alibaba Shares In Hong Kong Open Higher After Slumping Past Two Sessions Due To Anti-Monopoly Probe," December 28, 2020.

1450. Dow Jones Institutional News, "Alibaba May Be At Buying Opportunity For Long-Term Investors -- Market Talk," December 28, 2020.

1451. Dow Jones Institutional News, "Alibaba Shares Tumble Again After Chinese Regulators Tighten Screws On Ant Group," December 28, 2020.

1452. Dow Jones Institutional News, "Alibaba Shares Tumble Again After Chinese Regulators Tighten Screws On Ant Group," December 28, 2020.

1453. Dow Jones Institutional News, "Alibaba, Astrazeneca: What To Watch When The Stock Market Opens Today," December 28, 2020.

1454. Dow Jones Institutional News, "Alibaba, Astrazeneca: What To Watch When The Stock Market Opens Today," December 28, 2020.

1455. Dow Jones Institutional News, "Alibaba, Astrazeneca: What To Watch When The Stock Market Opens Today," December 28, 2020.

1456. Dow Jones Institutional News, "Alibaba's Troubles Are Far From Over -- Barrons.Com," December 28, 2020.

1457. Dow Jones Institutional News, "Alibaba's Woes Deepen In China Over Ant Group. Why The Stock Is Starting To Look Oversold. -- Barrons.Com," December 28, 2020.

1458. Dow Jones Institutional News, "Ant's Regulatory Nightmare Could Torment Other Chinese Tech Giants Too -- Heard On The Street," December 28, 2020.

1459. Dow Jones Institutional News, "Ashford Hospitality Lands Loan -- Market Talk," December 28, 2020.

1460. Dow Jones Institutional News, "Beijing Unlikely To Impose Extreme Measures In Antimonopoly Push -- Market Talk," December 28, 2020.

1461. Dow Jones Institutional News, "China Acts To Limit Ant Group Influence -- Wsj," December 28, 2020.

1462. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," December 28, 2020.

1463. Dow Jones Institutional News, "Heard On The Street: Beijing Sends Alibaba An Unwelcome Christmas Present -- Wsj," December 28, 2020.

1464. Dow Jones Institutional News, "Holiday Flying Bump Ahead Of Max Return -- Market Talk," December 28, 2020.

1465. Dow Jones Institutional News, "Hong Kong's Hang Seng Index Rises 0.7% As Tech Rebounds -- Market Talk," December 28, 2020.

1466. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 28, 2020.

1467. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," December 28, 2020.

1468. Dow Jones Institutional News, "Stock-Market Benchmarks Book Fresh Closing Records To Start Week -- Marketwatch," December 28, 2020.

1469. Dow Jones Institutional News, "Tech Rises As Upward Momentum In Sector Builds -- Tech Roundup," December 28, 2020.

1470. Dow Jones Institutional News, "Us Stock Futures Higher On Covid-19 Aid Bill Passage -- Market Talk," December 28, 2020.

1471. Dow Jones Institutional News, "Us Stock Futures Higher On Covid-19 Aid Bill Passage -- Market Talk," December 28, 2020.

1472. Dow Jones Newswires Chinese, "Alibaba Climbs 5.9%, Meituan Rises 3.9%, Tencent Adds 3.4%," December 28, 2020.

1473. Dow Jones Newswires Chinese, "Alibaba Falls 8.2%, Meituan Drops 6.9%," December 28, 2020.

1474. Dow Jones Newswires Chinese, "Alibaba May Be At Buying Opportunity For Long-Term Investors -- Market Talk," December 28, 2020.

1475. Dow Jones Newswires Chinese, "Alibaba May Be At Buying Opportunity For Long-Term Investors -- Market Talk," December 28, 2020.

1476. Dow Jones Newswires Chinese, "Alibaba Shares In Hong Kong Open Higher After Slumping Past Two Sessions Due To Anti-Monopoly Probe," December 28, 2020.

1477. Dow Jones Newswires Chinese, "Alibaba Shares In Hong Kong Open Up 2.95% At Hk$216.20," December 28, 2020.

1478. Dow Jones Newswires Chinese, "Alibaba Shares Tumble Again After Chinese Regulators Tighten Screws On Ant Group," December 28, 2020.

1479. Dow Jones Newswires Chinese, "Alibaba Shares Tumble Again After Chinese Regulators Tighten Screws On Ant Group," December 28, 2020.

1480. Dow Jones Newswires Chinese, "Ant's Regulatory Nightmare Could Torment Other Chinese Tech Giants Too -- Heard On," December 28, 2020.

1481. Dow Jones Newswires Chinese, "Beijing Unlikely To Impose Extreme Measures In Antimonopoly Push -- Market Talk," December 28, 2020.

1482. Dow Jones Newswires Chinese, "Beijing Unlikely To Impose Extreme Measures In Antimonopoly Push -- Market Talk," December 28, 2020.

1483. Dow Jones Newswires Chinese, "Chinese Online Tutoring Startup Zuoyebang Raises $1.6 Billion," December 28, 2020.

1484. Dow Jones Newswires Chinese, "Hang Seng Tech Index Extends Gains As Alibaba, Meituan Rise Further," December 28, 2020.

1485. Dow Jones Newswires Chinese, "Hang Seng Tech Index Extends Loss As Alibaba, Meituan Slide Further," December 28, 2020.

1486. Dow Jones Newswires Chinese, "Hang Seng Tech Index Opens 1.45% Higher As Alibaba, Tencent Rebound," December 28, 2020.

1487. Dow Jones Newswires Chinese, "Hong Kong's Hang Seng Index Rises 0.7% As Tech Rebounds -- Market Talk," December 28, 2020.

1488. Dow Jones Newswires Chinese, "Hong Kong's Hang Seng Index Rises 0.7% As Tech Rebounds -- Market Talk," December 28, 2020.

1489. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," December 28, 2020.

1490. Dow Jones Newswires Chinese, "Update: Alibaba Raises Stock Buyback Plan To $10 Billion, But Shares Continue To Sink," December 28, 2020.

1491. EFE News Service, "Alibaba Ups Stock Buyback Plan But Shares Continue To Dip," December 28, 2020.

1492. Financial Times, "Alibaba Shares Fall 8% After Beijing Turns Up Heat On Ant," December 28, 2020.

1493. Macau Daily Times, "China Orders Ant Group To Rectify Businesses," December 28, 2020.

1494. Mail Online, "Alibaba Shares Slide 9% As Regulatory Concerns Overshadow The Tech Giant's $10Bn Buyback Plan," December 28, 2020.

1495. MarketWatch, "Alibaba Raises Stock Buyback Plan To $10 Billion, But Shares Continue To Sink," December 28, 2020.

1496. Reuters News, "Alibaba's $10 Billion Buyback Plan Fails To Halt Stock Slide As Regulatory Concerns Mount," December 28, 2020.

1497. Reuters News, "Brief-Chinese Online Tutor Zuoyebang Raises Over $1.6 Billion," December 28, 2020.

1498. Reuters News, "Chinese Online Tutor Zuoyebang Raises More Than $1.6 Bln," December 28, 2020.

1499. Reuters News, "Hong Kong Stocks End Down As Techs Weigh," December 28, 2020.

1500. Reuters News, "Press Digest- Wall Street Journal - Dec 28," December 28, 2020.

1501. Reuters News, "Refile-Ant May Form Holding Company With Regulation Similar To Bank -Bloomberg News," December 28, 2020.

1502. Reuters News, "Saudi Stc Announces Investment Of Up To $500 Mln Over Five Years In Cloud Services In Partnership With Ewtp Arabia Capital And Alibaba Cloud...," December 28, 2020.

1503. Reuters News, "Stc To Invest Up To $500 Mln In Cloud Services With Partners," December 28, 2020.

1504. Reuters News, "Update 2-Alibaba's $10 Bln Buyback Plan Fails To Halt Stock Slide As Regulatory Concerns Mount," December 28, 2020.

1505. South China Morning Post, "Hong Kong Stocks See-Saw As Tech Giants Including Alibaba Affiliates Plunge After Regulators Clip Ant's Wings," December 28, 2020.

1506. South China Morning Post, "Netease To Shutter Personal Finance App Youqian In Further Retreat From Finance-Related Services," December 28, 2020.

1507. South China Morning Post, "Netease To Shutter Personal Finance App Youqian In Further Retreat From Fintech," December 28, 2020.

1508. South China Morning Post, "Shares Of Alibaba, Tencent, Meituan Take A Hammering In Hong Kong As Beijing Clips Ant's Wings, Cracks Down On Monopolies," December 28, 2020.

1509. The Canadian Press, "Carnival, Alibaba, Myovant Rise; Weibo Falls," December 28, 2020.

1510. The Daily Telegraph, "Jack Ma's Ant Group Has Wings Clipped By China," December 28, 2020.

1511. The New York Times, "After Halting Its I.P.O., China Orders Fixes For Ant Group," December 28, 2020.

1512. The Telegraph Online, "Beijing's Alibaba Crackdown Knocks £150Bn Off China's Tech Giants," December 28, 2020.

1513. The Wall Street Journal, "Beijing Sends Alibaba An Unwelcome Christmas Present," December 28, 2020.

1514. The Wall Street Journal, "China Acts To Limit Ant Group Influence," December 28, 2020.

1515. The Wall Street Journal Online, "Alibaba Shares Tumble Again After Beijing Tightens Screws On Ant Group; Company's Hong Kong-Listed Shares Slumped 8% Monday, Extending A...," December 28, 2020.

1516. The Wall Street Journal Online, "Alibaba, Astrazeneca: What To Watch When The Stock Market Opens Today; S&P 500 Futures Are Rising At The Start Of The Week After President T...," December 28, 2020.

1517. The Wall Street Journal Online, "Ant's Regulatory Nightmare Could Torment Other Chinese Tech Giants, Too; The Company's Troubles May Be Particularly Severe, But Others...," December 28, 2020.

1518. Yicai Global, "Alibaba Expands Share Buyback As Stock Sinks To Six-Month Low," December 28, 2020.

1519. Yicai Global, "Zuoyebang Raises Usd1.6 Billion As Investors Flock To China'S E-Education Sector," December 28, 2020.

1520. Barron's Online, "Alibaba Is Under Scrutiny In China. Why An Analyst Still Likes The Stock.," December 29, 2020.

1521. Barron's Online, "Alibaba's Woes Deepen In China Over Ant Group. Why The Stock Is Starting To Look Oversold.," December 29, 2020.

1522. Business Insider, "A 'Nirvana Set Up' For Faang In 2021: Wedbush Says Chinese Tech Crackdown Is Bullish For Us Tech Stocks," December 29, 2020.

1523. Business Times Singapore, "Ant Fallout; Ant Turning From Windfall To Nightmare For Global Investors," December 29, 2020.

1524. Business Times Singapore, "Ant Group Fallout; China Clampdown On Ant Group Could Distract It From Overseas Expansion," December 29, 2020.

1525. Chicago Tribune, "Ant Group Told To Fix Practices," December 29, 2020.

1526. China Daily, "Internet Firms Told To Stop Monopolizing Trade," December 29, 2020.

1527. Dominion Post, "Ant Told To Reform Businesses," December 29, 2020.

1528. Dow Jones Institutional News, "Alibaba Run-Up Abruptly Erased -- Wsj," December 29, 2020.

1529. Dow Jones Institutional News, "Ant Group May Have To Become More Bank-Like. What Comes Next. -- Barrons.Com," December 29, 2020.

1530. Dow Jones Institutional News, "Ant Mulls Moving Financial Units Under Holding Company, Bloomberg Reports," December 29, 2020.

1531. Dow Jones Institutional News, "Heard On The Street: Ant's Regulatory Woes Risk Spreading To Others -- Wsj," December 29, 2020.

1532. Dow Jones Institutional News, "Hk Bourse: Announcement From Lianhua Supermarket," December 29, 2020.

1533. Dow Jones Institutional News, "The 10-Point: The Wall Street Journal's Guide To The Day's Top News," December 29, 2020.

1534. Dow Jones Newswires Chinese, "Alibaba Rebounds," December 29, 2020.

1535. Dow Jones Newswires Chinese, "Ant Mulls Moving Financial Units Under Holding Company, Bloomberg Reports," December 29, 2020.

1536. Dow Jones Newswires Chinese, "China Eyes Shrinking Jack Ma's Business Empire," December 29, 2020.

1537. Dow Jones Newswires Chinese, "Market Talk: Alibaba Rebounds," December 29, 2020.

1538. Dow Jones Newswires Chinese, "Market Talk: Alibaba Rebounds," December 29, 2020.

1539. Financial Times, "Alibaba Hurt As Beijing Takes Shot At Ma," December 29, 2020.

1540. Financial Times, "Alibaba Shares Slide 8% After China Turns Up Heat On Ant," December 29, 2020.

1541. Financial Times, "Alibaba Shares Slide 8% After China Turns Up Heat On Ant," December 29, 2020.

1542. Financial Times, "Alibaba Shares Slide 8% After China Turns Up Heat On Ant," December 29, 2020.

1543. Financial Times, "Alibaba Shares Slide 8% After China Turns Up Heat On Ant," December 29, 2020.

1544. Financial Times, "Alibaba Suffers As Beijing Takes [...]," December 29, 2020.

1545. Global Times, "Alibaba Increases Share Buyback Program To $10B," December 29, 2020.

1546. i, "The 30 Second Briefing," December 29, 2020.

1547. Irish Independent, "Alibaba Shares Slump Despite $10Bn Buyback As China Cracks Down," December 29, 2020.

1548. Los Angeles Times, "Business; Alibaba Inquiry Leads To Tech Concerns; As Chinese Regulators Open An Antitrust Probe, Pressure Grows On Jack Ma's Company ...," December 29, 2020.

1549. Macau Daily Times, "Alibaba Probe Stirs Global Worry On What'S Next For Chinese Tech," December 29, 2020.

1550. National Post, "China Tech Takes Hit; Probe Stirs Global Worry On What Next For Alibaba, Rivals," December 29, 2020.

1551. Orlando Sentinel, "Ant Group Told To Fix Practices," December 29, 2020.

1552. Reuters News, "Ant Weighs Financial Holding Company To Placate Regulators, Sources Say," December 29, 2020.

1553. Reuters News, "China's Central Bank Says Ant Group To Set Up Financial Holding Firm," December 29, 2020.

1554. Reuters News, "Update 4-Ant Weighs Financial Holding Company To Placate Regulators, Sources Say," December 29, 2020.

1555. South China Morning Post, "Beijing Strives To Get Balance Right With Move On Tech Giants," December 29, 2020.

1556. South China Morning Post, "China Strives To Get Balance Right With Move On Tech Giants," December 29, 2020.

1557. South China Morning Post, "China's Electric Car Start-Ups Nio, Xpeng And Wm Motor Each Has A Big Tech Backer. What Is Riding On Their Success?," December 29, 2020.

1558. South China Morning Post, "Hong Kong Stocks Jump As Alibaba, Meituan Rebound From Biggest Tech Sell-Off In Seven Weeks," December 29, 2020.

1559. South China Morning Post, "Hong Kong Stocks Jump As Alibaba, Tech Companies Recover From Biggest Sell-Off In Seven Weeks," December 29, 2020.

1560. South China Morning Post, "Hong Kong Stocks Jump As Alibaba, Tech Stocks Recover From Biggest Sell-Off In Seven Weeks," December 29, 2020.

1561. South China Morning Post, "Zhejiang Vows Fintech Overhaul," December 29, 2020.

1562. The Age, "Beijing Forces Ant To Rewrite Its Own Story," December 29, 2020.

1563. The Daily Telegraph, "Chinese Tech Sell-Off After Beijing Crackdown," December 29, 2020.

1564. The Guardian, "Us Tightens Noose On Chinese Companies," December 29, 2020.

1565. The Hartford Courant, "Ant Group Told To Fix Practices," December 29, 2020.

1566. The Nation, "Quick Take: China's Crackdown On Its Internet Giants," December 29, 2020.

1567. The Sydney Morning Herald, "Beijing Forces Ant To Rewrite Its Own Story," December 29, 2020.

1568. The Wall Street Journal, "Alibaba Run-Up Abruptly Erased --- Shares Of E-Commerce Giant Fall A Further 8% After Finance Affiliate Ordered To Scale Back," December 29, 2020.

1569. The Wall Street Journal Online, "China Eyes Shrinking Jack Ma's Business Empire; The State Could Take A Bigger Stake In The Billionaire's Businesses As Regulators Beef Up Ov...," December 29, 2020.

1570. This Day, "Alibaba Increases Share Repurchase Programme," December 29, 2020.

1571. Agence France Presse, "China Fines Alibaba $2.78Bn For Market Abuses: State Media," April 9, 2021.

1572. Agence France Presse, "China Fines Alibaba $2.78Bn For Market Abuses: State Media," April 9, 2021.

1573. Agence France Presse, "China Hits Alibaba With Record $2.78Bn For Market Abuses," April 9, 2021.

1574. Associated Press Newswire, "Ap Top Business News At 11:05 P.M. Edt," April 9, 2021.

1575. Associated Press Newswire, "Chinese Regulator Fines E-Commerce Giant Alibaba $2.8 Billion On Charges Of Violating Anti-Monopoly Rules," April 9, 2021.

1576. Dow Jones Institutional News, "*Alibaba Hit With Record 18.2 Billion Rmb Antitrust Fine - China Market Regulator," April 9, 2021.

1577. Dow Jones Institutional News, "Alibaba Hit With Record $2.8 Billion Antitrust Fine In China -- 2Nd Update," April 9, 2021.

1578. Dow Jones Institutional News, "Alibaba Hit With Record $2.8 Billion Antitrust Fine In China -- 3Rd Update," April 9, 2021.

1579. Dow Jones Institutional News, "Alibaba Hit With Record $2.8 Billion Antitrust Fine In China -- Update," April 9, 2021.

1580. Dow Jones Institutional News, "Press Release: Alibaba Group Has Received The Administrative Penalty Decision Issued By The State Administration For Market Regulation Of...," April 9, 2021.

1581. DPA International Service in English, "1St Lead Chinese Competition Regulator Fines Alibaba 2.8 Billion Dollars By Andreas Landwehr, Dpa," April 9, 2021.

1582. DPA International Service in English, "Chinese Competition Regulator Fines Alibaba 2.8 Billion Dollars," April 9, 2021.

1583. Independent Online, "Alibaba Fined $2.8 Billion On Monopoly Charge In China," April 9, 2021.

1584. Reuters News, "Alibaba Says To Hold Conference Call On April 12 To Discuss Administrative Penalty Decision At 8:00 Am Hk Time," April 9, 2021.

1585. Reuters News, "Brief-Alibaba To Hold Conference Call On Monday To Dicuss $2.75 Bln China Regulatory Fine," April 9, 2021.

1586. Reuters News, "China Regulators Fine Alibaba $2.75 Bln For Anti-Monopoly Violations," April 9, 2021.

1587. Shanghai Daily Online, "Alibaba Group Fined Us$2.78B For Monopoly Conduct," April 9, 2021.

1588. The New York Times, "China Fines Alibaba $2.8 Billion In Landmark Antitrust Case," April 9, 2021.

1589. Agence France Presse, "China Hits Alibaba With Record $2.78Bn Fine For Market Abuses," April 10, 2021.

1590. Agence France Presse, "China Hits Alibaba With Record $2.78Bn For Market Abuses," April 10, 2021.

1591. Al Jazeera English, "China Fines Alibaba Record $2.75Bn For Anti-Monopoly Violations," April 10, 2021.

1592. Associated Press Newswire, "Alibaba Fined $2.8 Billion On Competition Charge In China," April 10, 2021.

1593. BBC Monitoring Asia Pacific, "China Imposes 2.79Bn Dollar Penalty On Alibaba Group," April 10, 2021.

1594. Business Insider, "Alibaba Group Hit With Record $2.8 Billion Fine Amid Increased Government Scrutiny Of Billionaire Jack Ma's Tech Empire," April 10, 2021.

1595. City AM Online, "China Fines Alibaba A Record £2Bn After Competition Probe," April 10, 2021.

1596. Deutsche Welle, "China: Alibaba Fined $2.8 Billion Over Anti-Monopoly Violations," April 10, 2021.

1597. Dow Jones Institutional News, "China Slaps Alibaba With $2.8 Billion Fine -- Wsj," April 10, 2021.

1598. EFE News Service, "China's Alibaba To Pay Record Fine Of $2.75 Billion In Anti-Monopoly Probe," April 10, 2021.

1599. Financial Times, "Chinese Regulators Fine Alibaba Record $2.8Bn," April 10, 2021.

1600. Independent Online, "Alibaba: Jack Ma Company Fined £2.4Bn By China Over Alleged Market Violations," April 10, 2021.

1601. Kyodo News, "China Levies Record Fine On It Giant Alibaba Under Anti-Monopoly Laws," April 10, 2021.

1602. Kyodo News, "Kyodo News Summary -3-," April 10, 2021.

1603. MarketWatch, "Alibaba Hit With Record $2.8 Billion Antitrust Fine In China," April 10, 2021.

1604. MarketWatch, "Alibaba Hit With Record $2.8 Billion Antitrust Fine In China," April 10, 2021.

1605. Reuters News, "China Fines Alibaba Record \$2.75 Billion For Anti-Monopoly Violations," April 10, 2021.

1606. Reuters News, "Expert View: China's Alibaba Hit With Record \$2.75 Billion Antitrust Fine," April 10, 2021.

1607. Reuters News, "Instant View 3-China's Alibaba Hit With Record \$2.75 Bln Antitrust Fine," April 10, 2021.

1608. Reuters News, "Update 6-China Fines Alibaba Record \$2.75 Bln For Anti-Monopoly Violations," April 10, 2021.

1609. South China Morning Post, "Alibaba Antitrust Investigation: Beijing Slaps E-Commerce Giant With Record Us\$2.8 Billion Fine," April 10, 2021.

1610. South China Morning Post, "Alibaba Antitrust Investigation: Beijing Slaps E-Commerce Giant With Record Us\$2.8 Billion Fine In Landmark Case," April 10, 2021.

1611. STT, "Chinese E-Commerce Giant Alibaba Received 2.3 Billion In Fines For Distorting Competition," April 10, 2021.

1612. STT, "Chinese E-Commerce Giant Alibaba Received Billions In Fines For Distorting Competition," April 10, 2021.

1613. STT, "Chinese E-Commerce Giant Alibaba Received Billions In Fines For Distorting Competition," April 10, 2021.

1614. The Canadian Press, "Alibaba Fined \$2.8 Billion On Competition Charge In China," April 10, 2021.

1615. The Economist, "Technology In China: An Uncertain New Path," April 10, 2021.

1616. The Hindu Online, "China Slaps \$2.8 Bn Fine On Ma'S Alibaba," April 10, 2021.

1617. The Nation, "China's Top Market Regulator Imposes Penalty On Alibaba Group Over Monopoly Conduct," April 10, 2021.

1618. The New York Times, "China Fines Alibaba \$2.8 Billion In Landmark Antitrust Case," April 10, 2021.

1619. The Wall Street Journal, "China Slaps Alibaba With \$2.8 Billion Fine," April 10, 2021.

1620. The Wall Street Journal Online, "Alibaba Hit With Record \$2.8 Billion Antitrust Fine In China; Penalty Comes Amid Regulatory Scrutiny On Business Empire Of Alibaba Founder Jack Ma," April 10, 2021.

1621. The Wall Street Journal Online, "What's News: Business & Finance," April 10, 2021.

1622. Vanguard, "China Fines Alibaba \$2.8 Billion For Anti-Competitive Tactics," April 10, 2021.

1623. Agence France Presse, "Alibaba Shares Soar As It Plays Down Hit From Record \$2.78 Bn Fine," April 11, 2021.

1624. Barron's Online, "Charlie Munger Prefers Alibaba Stock To Treasury Bills. Here's Why.," April 11, 2021.

1625. Dow Jones Institutional News, "*Alibaba's Hong Kong Shares Open 5.5% Higher At Hk\$230.00 After Company Hit With \$2.8B Antitrust Fine In China," April 11, 2021.

1626. Dow Jones Institutional News, "Alibaba Hit With Record \$2.8 Billion Antitrust Fine In China," April 11, 2021.

1627. Dow Jones Institutional News, "Alibaba Shares Rise In Hong Kong Despite Record \$2.8 Bln Fine," April 11, 2021.

1628. Dow Jones Institutional News, "Alibaba Shares Rise In Hong Kong Despite Record \$2.8 Bln Fine -- Update," April 11, 2021.

1629. Dow Jones Institutional News, "Alibaba's Record Antitrust Fine Is Likely One-Off -- Market Talk," April 11, 2021.

1630. Dow Jones Institutional News, "Charlie Munger Prefers Alibaba Stock To Treasury Bills. Here's Why. -- Barrons.Com," April 11, 2021.

1631. Dow Jones Newswires Chinese, "Alibaba Hit With Record \$2.8 Billion Antitrust Fine In China -- 3Rd Update," April 11, 2021.

1632. Dow Jones Newswires Chinese, "Alibaba Shares Rise In Hong Kong Despite Record $2.8 Bln Fine," April 11, 2021.

1633. Dow Jones Newswires Chinese, "Alibaba Shares Rise In Hong Kong Despite Record $2.8 Bln Fine," April 11, 2021.

1634. Dow Jones Newswires Chinese, "Alibaba Up 8%," April 11, 2021.

1635. Dow Jones Newswires Chinese, "Alibaba's Hong Kong Shares Open 5.5% Higher At Hk$230.00 After Company Hit With $2.8B Antitrust Fine In China," April 11, 2021.

1636. Dow Jones Newswires Chinese, "Alibaba's Record Antitrust Fine Is Likely One-Off -- Market Talk," April 11, 2021.

1637. Dow Jones Newswires Chinese, "Market Talk: Alibaba Up 8%," April 11, 2021.

1638. Dow Jones Newswires Chinese, "Market Talk: Alibaba Up 8%," April 11, 2021.

1639. Financial Times, "Alibaba'S Rivals On Alert After China'S Regulators Hand Out Record Fine," April 11, 2021.

1640. Hindustan Times, "Anti-Monopoly Violations: China Fines Alibaba $2.75Bn," April 11, 2021.

1641. Hindustan Times, "Anti-Monopoly Violations: China Fines Alibaba $2.75Bn," April 11, 2021.

1642. Hindustan Times, "Anti-Monopoly Violations: China Fines Alibaba $2.75Bn," April 11, 2021.

1643. Hindustan Times, "China Tightens The Screws On Alibaba, Levies $2.78Bn Fine For Market Abuse," April 11, 2021.

1644. Mail Online, "China Fines E-Commerce Giant Alibaba A Record £2Bn For Abusing Its Dominant Market Position For Years - One Month After Its Billionaire...," April 11, 2021.

1645. MarketWatch, "Alibaba Shares Jump In Hong Kong After Record Antitrust Fine By China," April 11, 2021.

1646. Reuters News, "Alibaba Ceo Daniel Zhang Says We Don'T Expect Material Impact On The Change Of Exclusivity Arrangement Imposed By Regulators," April 11, 2021.

1647. Reuters News, "Alibaba Ceo Daniel Zhang Says Will Introduce Measures To Lower Entry Barriers And Business Costs Of Merchants On E-Commerce Platforms," April 11, 2021.

1648. Reuters News, "Alibaba Executive Vice Chairman Joe Tsai Says Company And Peers Remain Under Review For Mergers And Acquisitions From Market Regulator, Not...," April 11, 2021.

1649. Reuters News, "Alibaba Says To Lower Entry Barriers, Business Costs Of Merchants," April 11, 2021.

1650. Reuters News, "Breakingviews-Fine Leaves Sharp Sword Hanging Over Alibaba," April 11, 2021.

1651. Reuters News, "Breakingviews-Fine Leaves Sharp Sword Hanging Over Alibaba," April 11, 2021.

1652. Reuters News, "Buzz-W/E News-Powell On Us Economy, China Fines Alibaba," April 11, 2021.

1653. Reuters News, "Newsmaker-Record Penalty For Ma's Alibaba Marks Tumultuous Stretch For Its Founder," April 11, 2021.

1654. Reuters News, "Record Penalty For Ma's Alibaba Marks Tumultuous Stretch For Its Founder," April 11, 2021.

1655. Reuters News, "Rpt-Newsmaker-Record Penalty For Ma's Alibaba Marks Tumultuous Stretch For Its Founder," April 11, 2021.

1656. Reuters News, "Rpt-Timeline-Events Leading Up To China's $2.75 Billion Fine On Alibaba," April 11, 2021.

1657. Reuters News, "Rpt-Update 6-China Fines Alibaba Record $2.75 Bln For Anti-Monopoly Violations," April 11, 2021.

1658. South China Morning Post, "Alibaba Hit With Record Penalty; Analysts Say The 18.2 Billion Yuan Fine Imposed On E-Commerce Giant For Abusing Market Dominance Will Send...," April 11, 2021.

1659. South China Morning Post, "China's Record Fine On Alibaba Sets An Example For Technology Giants To Toe The Regulatory Line," April 11, 2021.

1660. South China Morning Post, "Will Bytedance, The 800-Pound Gorilla In China's Technology Scene, Become King Of The Jungle?," April 11, 2021.

1661. The Hindu, "China Slaps $2.8 Bn Fine On Ma'S Alibaba," April 11, 2021.

1662. The Independent, "Alibaba Fined £2.4Bn By China Over 'Market Breach'," April 11, 2021.

1663. The Nation, "China's Top Market Regulator Imposes Penalty On Alibaba Group Over Monopoly Conduct," April 11, 2021.

1664. The New York Times, "Alibaba Will Lower Merchant Fees After Antitrust Fine," April 11, 2021.

1665. The New York Times, "Your Monday Briefing," April 11, 2021.

1666. The Sunday Times, "China Fines Alibaba," April 11, 2021.

1667. The Sunday Times, "China Fines Alibaba," April 11, 2021.

1668. The Telegraph, "China Fines Alibaba $2Bn In Antitrust Case," April 11, 2021.

1669. The Wall Street Journal Online, "Alibaba, Hit By Antitrust Fine, Vows To Help Vendors With Fee Cuts; Days After Chinese Regulator Imposed A Record $2.8 Billion Penalty, The...," April 11, 2021.

1670. The Washington Post, "Digest," April 11, 2021.

1671. Agence France Presse, "Alibaba Shares Soar As It Plays Down Hit From Record $2.78 Bn Fine," April 12, 2021.

1672. Agence France Presse, "Alibaba Shares Soar As It Plays Down Hit From Record $2.78 Bn Fine," April 12, 2021.

1673. Agence France Presse, "Hong Kong Shares Tumble In Morning," April 12, 2021.

1674. Al Jazeera English, "China'S Alibaba Promises To Make Life Easier For Smaller Firms," April 12, 2021.

1675. Al Jazeera English, "Ma'S Wealth Soars $2.3Bn After China Imposes Milder Alibaba Fine," April 12, 2021.

1676. American Banker Online, "Ant Plans To Be A Financial Holding Company; Apple, Epic Games Prepare For Court," April 12, 2021.

1677. Associated Press Newswire, "Chinese Regulator Orders Ant Group To Conduct Major Overhaul," April 12, 2021.

1678. Barron's Online, "Alibaba Can Now Put Record Antitrust Fine Behind It. Analysts Expect The Stock To Rise.," April 12, 2021.

1679. Barron's Online, "Alibaba Was Fined $2.8 Billion By China. Why Its Stock Is Gaining.," April 12, 2021.

1680. Barron's Online, "Nuance Communications Soars On Microsoft Buyout, Alibaba Gains, And The Stock Market Is Ticking Lower," April 12, 2021.

1681. BBC Monitoring Asia Pacific, "Bbcm China Watchlist For 12 April," April 12, 2021.

1682. BBC Monitoring Asia Pacific, "China State Media Defend Fine On Alibaba Group Over Alleged Market Abuses," April 12, 2021.

1683. Business Insider, "Alibaba Shares Jump 8% As China Ends Its Antitrust Probe On Jack Ma's Tech Empire With A Record $2.8 Billion Fine," April 12, 2021.

1684. China Daily, "Alibaba Falls Foul Of Its Unfair Practices," April 12, 2021.

1685. China Daily, "Alibaba's $2.78B Fine Shows Emphasis On Fairness," April 12, 2021.

1686. City AM Online, "Jack Ma'S Ant Group Forced To Restructure After China Crackdown," April 12, 2021.

1687. Dow Jones Institutional News, "*Alibaba's Hong Kong Shares Rise After Rectification Plan Formulated For Ant Group," April 12, 2021.

1688. Dow Jones Institutional News, "*China's Central Bank, Banking, Securities And Foreign-Exchange Regulators Summoned Ant Group To A Meeting Monday," April 12, 2021.

1689. Dow Jones Institutional News, "*S&Pgrbulletin: Alibaba's Fine Removes Overhang," April 12, 2021.

1690. Dow Jones Institutional News, "Adrs Close Mostly Lower; Alibaba Rises," April 12, 2021.

1691. Dow Jones Institutional News, "Alibaba Can Now Put Record Antitrust Fine Behind It. Analysts Expect The Stock To Rise. -- Barrons.Com," April 12, 2021.

1692. Dow Jones Institutional News, "Alibaba Changes Approach To Merchants Following Antitrust Fine -- Esg Insight," April 12, 2021.

1693. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," April 12, 2021.

1694. Dow Jones Institutional News, "Alibaba Group Holding Is Maintained At Strong Buy By Raymond James," April 12, 2021.

1695. Dow Jones Institutional News, "Alibaba Likely To Face Limited Negative Impact From Removal Of Exclusivity Measures -- Market Talk," April 12, 2021.

1696. Dow Jones Institutional News, "Alibaba To Cut Fees After Record Fine -- Wsj," April 12, 2021.

1697. Dow Jones Institutional News, "Alibaba Up Nearly 8%, On Pace For Largest Percent Increase Since July 2020 -- Data Talk," April 12, 2021.

1698. Dow Jones Institutional News, "Alibaba Was Fined $2.8 Billion By China. Shares Are Rallying. -- Barrons.Com," April 12, 2021.

1699. Dow Jones Institutional News, "Alibaba, Hit By Antitrust Fine, Vows To Help Vendors With Fee Cuts," April 12, 2021.

1700. Dow Jones Institutional News, "Alibaba, Hit By Antitrust Fine, Vows To Help Vendors With Fee Cuts," April 12, 2021.

1701. Dow Jones Institutional News, "Alibaba's Regulatory Overhang Looks Mostly Removed After Record Antitrust Fine -- Market Talk," April 12, 2021.

1702. Dow Jones Institutional News, "Alibaba's Stock Rallies Toward Biggest Gain In Nearly 4 Years As Antitrust Fine Removes Overhang -- Marketwatch," April 12, 2021.

1703. Dow Jones Institutional News, "China'S Ant Group To Become Financial Holding Company," April 12, 2021.

1704. Dow Jones Institutional News, "Global Equities Roundup: Market Talk," April 12, 2021.

1705. Dow Jones Institutional News, "How A $2.8 Billion Fine Added $40 Billion To Alibaba -- Heard On The Street," April 12, 2021.

1706. Dow Jones Institutional News, "Jack Ma's Ant Group Bows To Beijing With Company Overhaul -- 3Rd Update," April 12, 2021.

1707. Dow Jones Institutional News, "Jack Ma's Ant To Become Financial Holding Firm Overseen By Central Bank -- Update," April 12, 2021.

1708. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," April 12, 2021.

1709. Dow Jones Institutional News, "Nuance Communications Soars On Microsoft Buyout, Alibaba Gains, And The Stock Market Is Ticking Lower -- Barrons.Com," April 12, 2021.

1710. Dow Jones Newswires Chinese, "Adrs Close Mostly Lower; Alibaba Rises," April 12, 2021.

1711. Dow Jones Newswires Chinese, "Alibaba Changes Approach To Merchants Following Antitrust Fine -- Esg Insight," April 12, 2021.

1712. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Overweight By Keybanc," April 12, 2021.

1713. Dow Jones Newswires Chinese, "Alibaba Group Holding Is Maintained At Strong Buy By Raymond James," April 12, 2021.

1714. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Cut To $305.00/Share From $315.00 By Keybanc," April 12, 2021.

1715. Dow Jones Newswires Chinese, "Alibaba Group Holding Price Target Cut To $330.00/Share From $350.00 By Raymond James," April 12, 2021.

1716. Dow Jones Newswires Chinese, "Alibaba Likely To Face Limited Negative Impact From Removal Of Exclusivity Measures --," April 12, 2021.

1717. Dow Jones Newswires Chinese, "Alibaba, Hit By Antitrust Fine, Vows To Help Vendors With Fee Cuts," April 12, 2021.

1718. Dow Jones Newswires Chinese, "Alibaba's Hong Kong Shares Open 3.4% Higher At Hk$240.00," April 12, 2021.

1719. Dow Jones Newswires Chinese, "Alibaba's Hong Kong Shares Rise After Rectification Plan Formulated For Ant Group," April 12, 2021.

1720. Dow Jones Newswires Chinese, "Alibaba's Regulatory Overhang Looks Mostly Removed After Record Antitrust Fine --," April 12, 2021.

1721. Dow Jones Newswires Chinese, "Alibaba's Stock Rallies Toward Biggest Gain In Nearly 4 Years As Antitrust Fine Re," April 12, 2021.

1722. Dow Jones Newswires Chinese, "Ant Group To Become A Financial Holding Company Overseen By Central Bank," April 12, 2021.

1723. Dow Jones Newswires Chinese, "Hot Stocks To Watch: Baba," April 12, 2021.

1724. Dow Jones Newswires Chinese, "How A $2.8 Billion Fine Added $40 Billion To Alibaba -- Heard On The Street," April 12, 2021.

1725. Dow Jones Newswires Chinese, "Jack Ma's Ant Group Bows To Beijing With Company Overhaul -- 3Rd Update," April 12, 2021.

1726. DPA International Service in English, "1St Lead Ant Group To Reorganize, Face Controls, Say Chinese Regulators By Andreas Landwehr, Dpa," April 12, 2021.

1727. DPA International Service in English, "Ant Group To Reorganize, Face Controls, Say Chinese Regulators," April 12, 2021.

1728. EFE News Service, "Alibaba Says China's Antitrust Fine Will Have Little Impact," April 12, 2021.

1729. EJ Insight, "The Challenge Of Big Tech Finance," April 12, 2021.

1730. Financial Times, "Alibaba And Ant'S Rectification Reckoning," April 12, 2021.

1731. Financial Times, "Alibaba Shares Jump After Record Antitrust Fine," April 12, 2021.

1732. Financial Times, "Alibaba: Record Fine Means More Spending On Corporate Good Deeds," April 12, 2021.

1733. Financial Times, "Ant Ordered To Restructure By Chinese Regulators," April 12, 2021.

1734. Financial Times, "China Tech Giants On Alert After $2.8Bn Alibaba Fine," April 12, 2021.

1735. Financial Times, "China Tech Giants On Alert After $2.8Bn Alibaba Fine," April 12, 2021.

1736. Financial Times, "China Tech Giants On Alert After $2.8Bn Alibaba Fine," April 12, 2021.

1737. Financial Times, "China Tech Giants On Alert After $2.8Bn Alibaba Fine," April 12, 2021.

1738. Financial Times, "Chinese Tech Groups Braced For [...]," April 12, 2021.

1739. Financial Times, "Tech Groups Fear Beijing Fines," April 12, 2021.

1740. Independent Online, "Alibaba Accepts Record $2.8Bn Fine And Thanks Chinese Authorities For 'Guidance'," April 12, 2021.

1741. Independent Online, "Chinese Regulator Orders Ant Group To Conduct Major Overhaul," April 12, 2021.

1742. Interfax: Russia & CIS Business and Financial Newswire, "Alibaba Fine, Measures To Stabilize Commodity Prices, Hainan Port Development - Chinese Press Review," April 12, 2021.

1743. Interfax: Russia & CIS Business and Financial Newswire, "Alibaba Fine, Measures To Stabilize Commodity Prices, Hainan Port Development - Chinese Press Review," April 12, 2021.

1744. Kyodo News, "China Orders Alibaba Affiliate Ant To Become Financial Holding Firm," April 12, 2021.

1745. Los Angeles Times, "Business; With A Huge Fine, China Shows Big Tech Who's Boss," April 12, 2021.

1746. Macau Daily Times, "Gov'T Fines Alibaba Usd2.8 Billion After Monopoly Probe," April 12, 2021.

1747. MarketWatch, "Alibaba Shares Jump After Record Antitrust Fine By China," April 12, 2021.

1748. MarketWatch, "Ant Group To Fall Under Chinese Government Oversight As Alibaba'S Jack Ma Yields To Regulators," April 12, 2021.

1749. MarketWatch, "Ant Group To Fall Under Chinese Government Oversight As Alibaba'S Jack Ma Yields To Regulators," April 12, 2021.

1750. Reuters News, "Alibaba Shrugs Off $2.75 Billion Antitrust Fine, Shares Rally," April 12, 2021.

1751. Reuters News, "Ant Group Reforms Required By China Gov'T Example For Sector -State Media," April 12, 2021.

1752. Reuters News, "Ant Group Reforms Required By China Gov'T Example For Sector: State Media," April 12, 2021.

1753. Reuters News, "Breakingviews-China'S Alibaba Slap Offers Clues To Hit Amazon," April 12, 2021.

1754. Reuters News, "China Extends Crackdown On Jack Ma's Empire With Enforced Revamp Of Ant Group," April 12, 2021.

1755. Reuters News, "China's Ant Group To Become Financial Holding Company -Central Bank," April 12, 2021.

1756. Reuters News, "Events Leading Up To China's $2.75 Billion Fine On Alibaba," April 12, 2021.

1757. Reuters News, "Events Leading Up To China's Clamp Down On Jack Ma's Business Empire," April 12, 2021.

1758. Reuters News, "Instant View: China's Ant Group To Restructure Under Central Bank Agreement," April 12, 2021.

1759. Reuters News, "Instant View-China's Ant Group To Restructure Under Central Bank Agreement," April 12, 2021.

1760. Reuters News, "Morning Bid-"Inflection Point" For Markets Too," April 12, 2021.

1761. Reuters News, "Press Digest- New York Times Business News - April 12," April 12, 2021.

1762. Reuters News, "Timeline-Events Leading Up To China's Clamp Down On Jack Ma's Business Empire," April 12, 2021.

1763. Reuters News, "Timeline-Events Leading Up To China's Clamp Down On Jack Ma's Business Empire," April 12, 2021.

1764. Reuters News, "Update 4-China Extends Crackdown On Jack Ma's Empire With Enforced Revamp Of Ant Group," April 12, 2021.

1765. Reuters News, "Update 6-Alibaba Shrugs Off $2.75 Bln Antitrust Fine, Shares Rally," April 12, 2021.

1766. Shanghai Daily Online, "Alibaba's Shares Soar After Record China Fine," April 12, 2021.

1767. Shanghai Daily Online, "Analysts Say Record Fine Won'T Slow Down Alibaba," April 12, 2021.

1768. Shanghai Daily Online, "China's Financial Authorities Conduct Talks With Ant Group Again," April 12, 2021.

1769. South China Morning Post, "Alibaba Investors Collect Us$39.6 Billion In Stock's Best Rally Since January As Antitrust Penalty Removes Gloom," April 12, 2021.

1770. South China Morning Post, "Alibaba Says It Will Invest To Retain Merchants And Customers As It Puts Antitrust Fine Behind It," April 12, 2021.

1771. South China Morning Post, "Alibaba Stock Rally Lifts Hang Seng Index As Record Us$2.8 Billion Fine Puts Regulatory Troubles Behind," April 12, 2021.

1772. South China Morning Post, "China's Ant Group To Form A Financial Holding Company After Regulatory Clampdown," April 12, 2021.

1773. South China Morning Post, "Hang Seng Index Approaches Two-Week Low As Tech Extends Slide On Regulatory Risks While Alibaba Mitigates Market Losses," April 12, 2021.

1774. South China Morning Post, "Hong Kong Stocks Risk Inertia As Doubts Impede Tencent, Alibaba Price Targets After Us$310 Billion Surrender From Peak," April 12, 2021.

1775. South China Morning Post, "Hong Kong Stocks Slip To Near Two-Week Low As Tech Extends Slide On Regulatory Risks While Alibaba Mitigates Market Losses," April 12, 2021.

1776. South China Morning Post, "Milestone Alibaba Fine Sets Red Lines For Tech Giants; Analysts Say In Defining Areas Of Abuse, Antitrust Regulator May Prompt Self-Checks...," April 12, 2021.

1777. South China Morning Post, "Stocks Risk Inertia As Tech Champions Leave Fans Bruised; Concerns Over Woes At Heavyweights Mean Share Gains May Be Limited This Quarter...," April 12, 2021.

1778. South China Morning Post, "Tencent Accelerates Global Cloud Push With Its First Data Centre In Indonesia," April 12, 2021.

1779. The Australian, "Beijing Slaps Alibaba With $3.7Bn Competition Fine," April 12, 2021.

1780. The Canadian Press, "Chinese Regulator Orders Ant Group To Conduct Major Overhaul," April 12, 2021.

1781. The Economic Times, "Tata Sons Build Marketplace For Small And Medium Enterprises," April 12, 2021.

1782. The Guardian, "Alibaba Shares Jump After Record $2.8Bn Anti-Monopoly Fine," April 12, 2021.

1783. The New York Times, "Alibaba'S Big Fine Is A Warning Shot," April 12, 2021.

1784. The New York Times, "Ant Group Announces Overhaul As China Tightens Its Grip," April 12, 2021.

1785. The Straits Times, "Alibaba Fine Not Just About Market Regulation," April 12, 2021.

1786. The Straits Times, "Alibaba's $3.7B Fine Not Just About Market Regulation," April 12, 2021.

1787. The Telegraph, "China Fines Alibaba $2Bn In Antitrust Case," April 12, 2021.

1788. The Times, "Markets Show Faith In Alibaba After It Accepts China Fine," April 12, 2021.

1789. The Wall Street Journal, "Alibaba To Cut Fees After Record Fine," April 12, 2021.

1790. The Wall Street Journal Online, "How A $2.8 Billion Fine Added $40 Billion To Alibaba; Alibaba Investors Are Relieved That The Only Thing They Have To Deal With Is A Huge...," April 12, 2021.

1791. The Wall Street Journal Online, "Jack Ma's Ant Group Bows To Beijing With Company Overhaul; China's Central Bank Said Ant Will Apply To Become A F...," April 12, 2021.

1792. This Day, "China Fines Alibaba," April 12, 2021.

1793. Xinhua's China Economic Information Service, "U.S.-Listed Chinese Firms Trade Flat," April 12, 2021.

1794. AFR Online, "Ant To Be Financial Holding Firm In Overhaul Forced By China," April 13, 2021.

1795. AFR Online, "Jack Ma's Fortune Jumps $3B After Record Alibaba Fine," April 13, 2021.

1796. Agence France Presse, "'Heed The Warning': Beijing Summons 34 Tech Firms After Record Alibaba Fine," April 13, 2021.

1797. Barron's Online, "Alibaba's Core Commerce Business Is Back In Focus," April 13, 2021.

1798. Business Insider, "Charlie Munger's Daily Journal May Have Bought Alibaba Stock Because 'The Chinese Warren Buffett' Recommended It," April 13, 2021.

1799. Chicago Tribune, "Ant Group Told To Overhaul Plan," April 13, 2021.

1800. China Daily, "Ant Group To Face Stricter Supervision," April 13, 2021.

1801. City AM Online, "China Issues Warning To Tech Firms After Record Alibaba Fine," April 13, 2021.

1802. Dow Jones Institutional News, "Alibaba's Core Commerce Business Is Back In Focus -- Barrons.Com," April 13, 2021.

1803. Dow Jones Institutional News, "Ant Falls In Line As China Tightens Oversight -- Wsj," April 13, 2021.

1804. Dow Jones Institutional News, "China Orders 34 Tech Companies To Rectify Anticompetitive Practices," April 13, 2021.

1805. Dow Jones Institutional News, "Jack Ma'S Ant Group Will End Some Practices That Helped Fuel Its Growth," April 13, 2021.

1806. Dow Jones Institutional News, "Jack Ma's Ant Group Will End Some Practices That Helped Fuel Its Growth," April 13, 2021.

1807. Dow Jones Institutional News, "JD.Com, Baidu Pledge To Comply With Chinese Regulator's Antitrust Order," April 13, 2021.

1808. Dow Jones Institutional News, "News Highlights: Top Company News Of The Day," April 13, 2021.

1809. Dow Jones Newswires Chinese, "Alibaba Up," April 13, 2021.

1810. Dow Jones Newswires Chinese, "China Orders 34 Tech Companies To Rectify Anticompetitive Practices," April 13, 2021.

1811. Dow Jones Newswires Chinese, "Jack Ma's Ant Group Will End Some Practices That Helped Fuel Its Growth," April 13, 2021.

1812. Dow Jones Newswires Chinese, "Market Talk: Alibaba Up," April 13, 2021.

1813. Dow Jones Newswires Chinese, "Market Talk: Alibaba Up," April 13, 2021.

1814. Financial Times, "Alibaba Shares Boosted As [...]," April 13, 2021.

1815. Financial Times, "Alibaba Shares Boosted As [...]," April 13, 2021.

1816. Financial Times, "Alibaba Shares Boosted As [...]," April 13, 2021.

1817. Financial Times, "Alibaba Shares Boosted As [...]," April 13, 2021.

1818. Financial Times, "Alibaba Stock Rebounds After $2.8Bn Antitrust Fine," April 13, 2021.

1819. Financial Times, "Alibaba Stock Rebounds After $2.8Bn Antitrust Fine," April 13, 2021.

1820. Financial Times, "Alibaba Stock Rebounds After $2.8Bn Antitrust Fine," April 13, 2021.

1821. Financial Times, "Alibaba Stock Rebounds After $2.8Bn Antitrust Fine," April 13, 2021.

1822. Financial Times, "Alibaba: Fine Lines," April 13, 2021.

1823. Financial Times, "Alibaba: Fine Lines," April 13, 2021.

1824. Financial Times, "Alibaba: Fine Lines," April 13, 2021.

1825. Financial Times, "Alibaba: Fine Lines," April 13, 2021.

1826. Financial Times, "Ant Group Ordered To Cut Payments And Products Links," April 13, 2021.

1827. Financial Times, "Beijing Orders Ant To Sever Links Between Payments And Products," April 13, 2021.

1828. Financial Times, "Beijing Orders Ant To Sever Links Between Payments And Products," April 13, 2021.

1829. Financial Times, "Beijing Orders Ant To Sever Links Between Payments And Products," April 13, 2021.

1830. Financial Times, "Beijing Orders Ant To Sever Links Between Payments And Products," April 13, 2021.

1831. Financial Times, "China Tech Groups Given A Month To Fix Antitrust Practices," April 13, 2021.

1832. Financial Times, "Vietnam Unveils Tools For Taxing And Tracking Big Tech," April 13, 2021.

1833. i, "Alibaba Hit By $2.8Bn Penalty," April 13, 2021.

1834. Irish Independent, "China Puts Squeeze On Ant Group After Record Alibaba Fine," April 13, 2021.

1835. New York Post, "'Ali' Shrugs Off Fines," April 13, 2021.

1836. Reuters News, "Breakingviews-China's Rectified Internet Will Be Fairer, Duller," April 13, 2021.

1837. Reuters News, "China's Revamp Of Ant Dents Investor Appetite For Ipo Revival," April 13, 2021.

1838. Reuters News, "Emerging Markets-Stocks, Fx Muted Ahead Of U.S. Inflation Data; Alibaba Gains," April 13, 2021.

1839. Reuters News, "Guangzhou Market Regulator Fines Alibaba-Backed Uc Browser 2 Million Yuan For False Advertising," April 13, 2021.

1840. Reuters News, "Guangzhou Market Regulator Fines Alibaba-Backed Uc Browser 2 Mln Yuan For False Advertising," April 13, 2021.

1841. Reuters News, "Learn From Alibaba Penalty, China Warns Internet Firms," April 13, 2021.

1842. Reuters News, "Local Chinese Regulators Fine Alibaba-Backed Browser For False Advertising," April 13, 2021.

1843. Reuters News, "Press Digest - Wall Street Journal - April 13," April 13, 2021.

1844. Reuters News, "Press Digest- New York Times Business News - April 13," April 13, 2021.

1845. Reuters News, "Refile-Some Investors Lukewarm On China's Ant Group If Ipo Is Revived After Revamp," April 13, 2021.

1846. Reuters News, "Update 1-China's Revamp Of Ant Dents Investor Appetite For Ipo Revival," April 13, 2021.

1847. Reuters News, "Update 1-Local Chinese Regulators Fine Alibaba-Backed Browser For False Advertising," April 13, 2021.

1848. Reuters News, "Update 2-Learn From Alibaba Penalty, China Warns Internet Firms," April 13, 2021.

1849. South China Morning Post, "Alibaba Surges As Antitrust Fine Lifts Weight On Business; Shares Of Chinese E-Commerce Leader Rose 6.5 Per Cent In Hong Kong, Adding Us$39...," April 13, 2021.

1850. South China Morning Post, "Alibaba Will Invest To Keep Merchants, Customers As It Moves On From Huge Fine; Alibaba Executives Speak Out After An Antitrust Probe Found...," April 13, 2021.

1851. South China Morning Post, "Beijing Lectures Tencent, Meituan And Bytedance To Learn A Lesson From Alibaba In Latest Antitrust Crackdown," April 13, 2021.

1852. South China Morning Post, "Chinese Tech Stocks Slump After Beijing Summons 34 Companies In Sign Of Heightened Regulatory Oversight," April 13, 2021.

1853. South China Morning Post, "Even Tech Giants Have To Play By The Rules Of The Market," April 13, 2021.

1854. South China Morning Post, "Even Tech Giants Have To Play By The Rules Of The Market; Record Us$2.8 Billion Penalty Imposed On Alibaba Shows That China Is Serious About...," April 13, 2021.

1855. South China Morning Post, "Hong Kong Stocks Rebound As City Eases More Measures To Repair Economy, Alibaba Extends Rally," April 13, 2021.

1856. South China Morning Post, "Tencent, Jd And Dozens Of Chinese Tech Firms Ordered To 'Learn From Alibaba' As Antitrust Regulator Keeps Foot On Crackdown Pedal," April 13, 2021.

1857. South China Morning Post, "Whole Of Ant Group To Apply To Become A Regulated Financial Holding Company; Regulators Have Instructed Ant Group To Form A Financial...," April 13, 2021.

1858. The Age - Online, "Jack Ma's Ant Group Is Becoming A Member Of A Club He Despises," April 13, 2021.

1859. The Australian, "How China'S Wechat And Alipay Slip Past Austrac'S Net," April 13, 2021.

1860. The Daily Telegraph, "Ma Ordered To Restructure Ant Group As Beijing Tightens Curbs," April 13, 2021.

1861. The Hartford Courant, "Ant Group Told To Overhaul Plan," April 13, 2021.

1862. The Irish Times, "Alibaba'S Shares Rally As It Shrugs Off $2.75Bn Antitrust Fine," April 13, 2021.

1863. The Nation, "Ant Group To Face Stricter Supervision," April 13, 2021.

1864. The New York Times, "Ant Group Announces Revamp, But Beijing Is Pulling The Strings," April 13, 2021.

1865. The Straits Times, "News Analysis; Alibaba Penalty Not Just About Market Regulation," April 13, 2021.

1866. The Sydney Morning Herald - Online, "Jack Ma's Ant Group Is Becoming A Member Of A Club He Despises," April 13, 2021.

1867. The Times, "Markets Show Faith In Alibaba After It Accepts China Fine," April 13, 2021.

1868. The Wall Street Journal, "Ant Falls In Line As China Tightens Oversight --- Company Acquiesces To A Revamp That Puts It Under Regulators' Stricter Banking Rules," April 13, 2021.

1869. The Wall Street Journal Online, "Jack Ma's Ant Group Will End Some Practices That Helped Fuel Its Growth; Beijing Wants The Financial-Technology...," April 13, 2021.

1870. Yicai Global, "China's Financial Authorities Conduct Talks With Ant Group Again," April 13, 2021.

1871. Yicai Global, "Tmall To Make It Easier For Vendors To Open Online Shops," April 13, 2021.

1872. Agence France Presse, "China's Big Tech 'Rectification' Continues After Alibaba Record Fine," April 14, 2021.

1873. BusinessLine Online, "Meituan, Bytedance Pledge To Comply With China's Antitrust Laws," April 14, 2021.

1874. China Daily, "Briefly," April 14, 2021.

1875. China Daily, "Internet Platforms Get Guidance On Fair Market Play," April 14, 2021.

1876. Dow Jones Institutional News, "Alibaba May De-Emphasize Big Promotional Events After Probe -- Market Talk," April 14, 2021.

1877. Dow Jones Institutional News, "Ant Group To End Some Practices That Fueled Its Growth -- WSJ," April 14, 2021.

1878. Dow Jones Institutional News, "Hong Kong Stocks End 1.4% Higher As Tech Sector Rebounds -- Market Talk," April 14, 2021.

1879. Dow Jones Newswires Chinese, "Alibaba May De-Emphasize Big Promotional Events After Probe -- Market Talk," April 14, 2021.

1880. Dow Jones Newswires Chinese, "Alibaba May De-Emphasize Big Promotional Events After Probe -- Market Talk," April 14, 2021.

1881. Dow Jones Newswires Chinese, "Hong Kong Stocks End 1.4% Higher As Tech Sector Rebounds -- Market Talk," April 14, 2021.

1882. Dow Jones Newswires Chinese, "Hong Kong Stocks End 1.4% Higher As Tech Sector Rebounds -- Market Talk," April 14, 2021.

1883. Dow Jones Newswires Chinese, "JD.Com, Baidu Pledge To Comply With Chinese Regulator's Antitrust Order," April 14, 2021.

1884. Financial Times, "Beijing Hints At Truce In War On Jack Ma's Business Empire," April 14, 2021.

1885. Financial Times, "China Tech Confronted With Antitrust Ultimatum," April 14, 2021.

1886. Financial Times, "China Tech Confronted With Antitrust Ultimatum," April 14, 2021.

1887. Financial Times, "China Tech Confronted With Antitrust Ultimatum," April 14, 2021.

1888. Financial Times, "China Tech Confronted With Antitrust Ultimatum," April 14, 2021.

1889. i, "Big Tech Faces Antitrust Scrutiny," April 14, 2021.

1890. International New York Times, "Ant Group Announces Overhaul As China Tightens Its Grip," April 14, 2021.

1891. Macau Daily Times, "Technology - China Warns 34 Firms To Curb Excess In Antitrust Review," April 14, 2021.

1892. Prime News, "Moscow Court Gets 5.2 Mln Rbl Suit Against Aliexpress," April 14, 2021.

1893. Reuters News, "Moscow Exchange Aims To Offer More Than 250 Foreign Shares," April 14, 2021.

1894. South China Morning Post, "Hong Kong Stocks Advance As Chinese Tech Leaders Recoup Losses Amid Antitrust Concerns," April 14, 2021.

1895. South China Morning Post, "JD.Com, Meituan And Bytedance Among The First To Pledge Antitrust Compliance After Being Told By Beijing To Learn A Lesson From Alibaba," April 14, 2021.

1896. South China Morning Post, "Luxury Brands Court Young Consumers On Chinese Video Platform; Louis Vuitton And Gucci Are Among The Names That Have Collaborated With Or ...," April 14, 2021.

1897. South China Morning Post, "Regulators Warn 34 Big Tech Firms To Learn From Example Of Alibaba; Regulators Ordered 34 Companies Including Pinduoduo, Jd.Com, Ku...," April 14, 2021.

1898. The Age, "Jack Ma's Ant Group Joins The Club He Despises," April 14, 2021.

1899. The Sydney Morning Herald, "Jack Ma's Ant Group Joins The Club He Despises," April 14, 2021.

1900. The Wall Street Journal, "Business News: Ant Group To End Some Practices That Fueled Its Growth," April 14, 2021.

1901. The Wall Street Journal Online, "China's Tech Giants Vow, In Unison, To Play By Regulator's Rules; Days After A Record Fine Against Alibaba, China's Tech Companies Have...," April 14, 2021.

*Factiva News Articles in Chinese* [1],[2]

1. 道琼斯中文通讯, "中概股简报 百度Apollo美国团队部分业务搬迁回国," October 14, 2019.

2. 道琼斯中文通讯, "中概股简报 黄峥称拼多多真实支付GMV已经超过京东," October 21, 2019.

3. 道琼斯中文通讯, "中概股简报 上一季由盈转亏后 好未来新财报能否逆袭？," October 22, 2019.

4. 道琼斯中文通讯, "中概股简报 蔚来10月销售强劲股价涨至1.71美元 暂脱离危险区," November 5, 2019.

5. 道琼斯中文通讯, "中概股简报 保荐机构人士证实 阿里拟下周寻求港股上市审批," November 5, 2019.

6. 旺报, "双十一大战 腾讯系围攻天猫 三大电商联手提告 促停止要求商家「二选一」," November 7, 2019.†

7. 中国网, "营造公平有序的电商市场环," November 8, 2019.

8. 道琼斯中文通讯, "深度：欢迎来中国，不过你八成什ム都买不了," November 12, 2019.

9. 道琼斯中文通讯, "市场快讯：阿里概念随市回吐；报称阿里已获准在港发行股票," November 12, 2019.

10. 大公报, "阿里上市 港将问鼎全球集资王," November 13, 2019.

11. 香港经济日报, "小鹏汽车完成C轮融资 集31亿; 小米领投 与阿里成战略投资者," November 13, 2019.

12. 香港经济日报, "迎阿里巴巴来港 科技股率先起动; 腾讯今放榜 手游增长料加速广告续弱," November 13, 2019.

13. 香港经济日报, "市场续传阿里周五招股 港望蝉联集资王," November 13, 2019.

14. 香港经济日报, "天猫双11热卖产品 营养补充品面膜奶粉," November 13, 2019.

15. 香港经济日报, "天猫双11交易额增速 11年最慢," November 13, 2019.

16. 香港经济日报, "阿里巴巴招股前夕 券商预留仔展," November 13, 2019.

17. 香港经济日报, "阿里双11续创佳绩 增长故事未完," November 13, 2019.

18. 香港经济日报, "忧羽绒服销情 波司登跌近1成," November 13, 2019.

19. 香港经济日报, "贸战无碍 双11美国货销售排第2; 苹果iPhone成交额 首10分钟达去年7倍," November 13, 2019.

20. 新京报, "主播带货乱象背后：佣金一般为销售额20%," November 13, 2019.

21. 信报, "恒指二万七拉锯 科网股迎阿里上市," November 13, 2019.

22. 信报, "阿里微折让招股 隔空撼沙地阿美," November 13, 2019.

23. 信报, "波司登传滞销 股价挫10%," November 13, 2019.

24. 工商时报, "阿里双11 台港美仍很捧场
今年跨境交易额，由俄罗斯夺冠，香港第二，台、美分居第三、第四名," November 13, 2019.

25. 工商时报, "双11下架限量新款 陆羽绒衣厂波司登重摔," November 13, 2019.

26. 工商时报, "双11助威 陆消费股乐翻天
阿里巴巴旗下天猫交易总额再创纪录，年底消费旺季接棒下，将持续受惠," November 13, 2019.

27. 明报, "「双11」羽绒下架 波司登**泻一成**," November 13, 2019.

28. 明报, "阿里昨上市聆讯 最快周五招股 券商预留逾660亿仔展 隔夜拆息大升0.53厘," November 13, 2019.

29. AM730, "(am730新闻) 预留560亿额度 阿里仔展息料达3厘," November 13, 2019.

30. 星岛日报, "最快周五招股 **筹逾**780亿 阿里上市聆讯传闯关 券商预留560亿仔展," November 13, 2019.

31. 星岛日报, "电商市场庞大 「双11」再创纪录 新经济股潜力厚合长," November 13, 2019.

32. 中国产经信息数据库, "区块链助力贸易的时代已经来临," November 13, 2019.

33. 中国产经信息数据库, "阿里云创新中心（上海临港）基地昨日开业揭幕," November 13, 2019.

34. 道琼斯中文通讯, "股闻天下 中国消费股近期走强，但投资者需谨慎," November 13, 2019.

35. 道琼斯中文通讯, "阿里巴巴支持的小鹏汽车在最新一轮融资中筹集资金四亿美元," November 13, 2019.

36. 道琼斯中文通讯, "小鹏汽车 小米集团在最新一轮融资中进行了投资," November 13, 2019.

37. 道琼斯中文通讯, "香港交易所批准阿里巴巴规模100亿至150亿美元的第二上市计划 -知情人," November 13, 2019.

38. 道琼斯中文通讯, "阿里巴巴计划最早于周四开始投资者路演," November 13, 2019.

39. 道琼斯中文通讯, "阿里巴巴力争本月末**开始接受股票**认购," November 13, 2019.

40. 澳门日报, "经济 - 支付宝：澳区"双十一"交易笔数飙廿一倍," November 13, 2019.

41. 澳门日报, "要闻 - "双十一"十一年十一个变化," November 13, 2019.

42. 道琼斯中文通讯, "阿里巴巴支持的小鹏汽车在最新一轮融资中筹资4亿美元 >BABA," November 13, 2019.

43. 道琼斯中文通讯, "阿里巴巴在香港二次上市计划获批 >BABA," November 13, 2019.

44. 道琼斯中文通讯, "香港时间1300-1500重要消息," November 13, 2019.

45. 道琼斯中文通讯, "更新：阿里巴巴在香港二次上市计划获批," November 13, 2019.

46. 中国产经信息数据库, "订单峰值每秒五十多万笔    阿里云抗住全球最大流量洪峰," November 13, 2019.

47. 中国产经信息数据库, "海外买家"囤货"热情高," November 13, 2019.

48. 中国产经信息数据库, "电商促销购物车变化凸显消费变革力量"双11"数据亮眼新消费拉动新增量," November 13, 2019.

49. 中国产经信息数据库, ""双十一"战绩亮眼电商抢占下沉市场成效初显," November 13, 2019.

50. 中国产经信息数据库, ""双十一"，你的消费升级了吗？," November 13, 2019.

51. 法新社, "传阿里巴巴获准香港上市 近10年来香港最大IPO," November 13, 2019.

52. 中时电子报即时新闻, "阿里赴港上市计划 传已获批," November 13, 2019.

53. 道琼斯中文通讯, "中概股简报 报称蔚来聘请一位跟踪该公司的分析师出任CFO," November 13, 2019.

54. 道琼斯中文通讯, "阿里巴巴申请在香港二次上市 >BABA," November 13, 2019.

55. 道琼斯中文通讯, "阿里巴巴计划将所得资金用于扩大较新的业务 >BABA," November 13, 2019.

56. 道琼斯中文通讯, "阿里巴巴称将扩大饿了麼、飞猪和优酷业务部门 >BABA," November 13, 2019.

57. 中时电子报即时新闻, "阿里巴巴 已向港交所提交上市申请," November 13, 2019.

58. 道琼斯中文通讯, "阿里巴巴申请在香港二次上市 >BABA," November 13, 2019.

59. 道琼斯中文通讯, "热门股预告 阿里巴巴在香港二次上市计划获批 >BABA," November 13, 2019.

60. 道琼斯中文通讯, "热门股预告 阿里巴巴支持的小鹏汽车在最新一轮融资中筹资4亿美元 >BABA," November 13, 2019.

61. AM730, "(am730新闻) 阿里料利润率下降," November 13, 2019.

62. 道琼斯中文通讯, "更新2 阿里巴巴提交香港二次上市申请 >BABA," November 13, 2019.

63. 道琼斯中文通讯, "香港骚乱之际，阿里巴巴正式提交港股二次上市申请，恒指现弹0.1%，阿里概念股表现参差不齐。," November 13, 2019.

64. 道琼斯中文通讯, "市场快讯：阿里巴巴提交港股二次上市申请，恒指弹0.1%," November 13, 2019.

65. 道琼斯中文通讯, "更新3 阿里巴巴提交香港二次上市申请 >BABA," November 13, 2019.

66. 道琼斯中文通讯, "市场快讯：阿里巴巴提交港股二次上市申请，恒指弹0.1%," November 13, 2019.

67. 道琼斯中文通讯, "更正：更新3 阿里巴巴提交香港二次上市申请 >BABA," November 13, 2019.

68. 晴报, "阿里上市获批 定价每股约180美元," November 14, 2019.

69. 大公报, "阿里发5亿新股 本月26日挂牌," November 14, 2019.

70. 大公报, "马云：中国内需是百年一遇金矿," November 14, 2019.

71. 大公报, "华为阿里腾讯 在巴均有投资," November 14, 2019.

72. 香港经济日报, "纳港股通未明朗 港美股份可互换," November 14, 2019.

73. 香港经济日报, "阿里最快明招股集千亿 约1.7万入场；3理由回港第二上市 26号挂牌," November 14, 2019.

74. 香港经济日报, "阿里巴巴最快周五开始招股," November 14, 2019.

75. 信报, "阿里落实最多集资1045亿," November 14, 2019.

76. 工商时报, "阿里重返港股 集资千亿港元 最快11月底上市市场传出，可与在美发行的股份相互买卖，" November 14, 2019.

77. 工商时报, "全球金融科技100强 蚂蚁金服五连霸," November 14, 2019.

78. 工商时报, "胡润AI百强榜 华为夺下宝座 腾讯、阿里也上榜，近五年陆专利申请数量领先全球," November 14, 2019.

79. 旺报, "法说会登场 发行价落在每股167港元上下 阿里返港IPO 募资将逾100亿美元," November 14, 2019.

80. 明报, "阿里港上市过关 集资最多1048亿," November 14, 2019.

81. 明报, "张兆聪：买弱势腾讯 不如认购阿里," November 14, 2019.

82. AM730, "(am730新闻) 折让5% 最快明杀到 阿里未吓退 传167元定价," November 14, 2019.

83. 联合早报, "阿里巴巴月底在港上市有望成全球新股"集资王"," November 14, 2019.

84. 星岛日报, "不设基石投资者 拟发售五亿新股  阿里集资缩至1052亿 本周招股26号挂牌," November 14, 2019.

85. 中国产经信息数据库, "阿里巴巴：港交所IPO所募资金主要用于包括助力企业实现数字化转型," November 14, 2019.

86. 中时电子报即时新闻, "双11应放半天假！马云：今年业绩不够热 归咎2原因," November 14, 2019.

87. 澳门日报, "经济 - 工银成首家支付宝澳门元收单行," November 14, 2019.

88. AM730, "(am730新闻) 阿里或1.85万入场 集资最多千亿," November 14, 2019.

89. 中国产经信息数据库, "新消费、新场景、新供给成为主要特色"双11"狂欢背后不只是"买买买"," November 14, 2019.

90. 中国产经信息数据库, "阿里云支付宝区块链机器人科技撑住天猫"双 11"新高交易额," November 14, 2019.

91. 中国产经信息数据库, "直播只是为了卖货吗？," November 14, 2019.

92. 中国产经信息数据库, "双十一全网销售额增三成再创新高食品也"疯狂"带来新增量," November 14, 2019.

93. 中时电子报即时新闻, "Burberry与腾讯达成独家合作关系," November 14, 2019.

94. 中国网, ""双11"数据造假？阿里CEO张勇：数据是自然发生的 平台无法干预," November 14, 2019.

95. 道琼斯中文通讯, "中概股简报 报称阿里配售反应热烈 国际配售定价或高于招股价," November 14, 2019.

96. 环球时报, "多方围观"阿里香港上市"," November 14, 2019.

97. 道琼斯中文通讯, "阿里巴巴启动香港IPO >BABA," November 14, 2019.

98. 道琼斯中文通讯, "阿里巴巴:新股发售是全球发售五亿股新普通股及在香港交易所主板上市的一部分 >BABA," November 14, 2019.

99. 道琼斯中文通讯, "阿里巴巴:IPO包括1,250万股面向散户发售的新股和4.875亿股供全球认购的新股," November 14, 2019.

100. 道琼斯中文通讯, "阿里巴巴面向散户的新股发售价不会高于每股188.00 港元>BABA," November 14, 2019.

101. 道琼斯中文通讯, "阿里巴巴:募股所得拟用于赋能企业数字转型、继续创新和长期投资 >BABA," November 14, 2019.

102. 道琼斯中文通讯, "Grab投资的数字支付公司OVO将很快在印尼推出货币市场基金," November 14, 2019.

103. 道琼斯中文通讯, "阿里巴巴拟在香港发5亿股新股募资千亿，公开售价最高188港元," November 14, 2019.

104. 晴报, "今起公开招股 有望26日挂牌 阿里入场费近$1.9万," November 15, 2019.

105. 大公报, "六券商预留820亿仔展额," November 15, 2019.

106. 大公报, "阿里入场费18989元 国际配售已足额," November 15, 2019.

107. 信报, "阿里18989元入场 首创无纸IPO," November 15, 2019.

108. 新京报, "阿里赴港上市是多赢港股进入互联网科技巨头时代," November 15, 2019.

109. 新京报, "居然之家"双11"抢占家居消费新跑道," November 15, 2019.

110. 新京报, "阿里在港IPO，AT为何青睐港交所," November 15, 2019.

111. 香港经济日报, "第二上市初期 难炒作北水," November 15, 2019.

112. 香港经济日报, "券商一致好评 阿里巴巴认购," November 15, 2019.

113. 香港经济日报, "阿里来港上市 港要做好两件事," November 15, 2019.

114. 香港经济日报, "阿里今起招股 国际配售已足额; **每手**18989元 仔展息高宜现金认购," November 15, 2019.

115. 香港经济日报, "阿里力促港美股互换 港市值望壮大," November 15, 2019.

116. 香港经济日报, "大行予阿里目标 较现价高逾两成," November 15, 2019.

117. 工商时报, "阿里11月26日在港上市 无纸化首例
新发行5亿普通股、集资约134亿美元，成为陆首家在港、美双挂牌的网路公司," November 15, 2019.

118. 明报, "阿里今起招股 入场费18990元 集资最多1081亿元 消息：配售已足额认购," November 15, 2019.

119. AM730, "(am730新闻) 集资千亿 港史上第三大 阿里今招股 料1.9万入场," November 15, 2019.

120. AM730, "(am730新闻) 阿里招股 季绩逊色 大行降目标 腾讯低见318元," November 15, 2019.

121. AM730, "(am730新闻) 观徽集: 胡雪姬 - 阿里巴巴," November 15, 2019.

122. 星岛日报, "阿里将上市　港交所购「22084」可吼," November 15, 2019.

123. 星岛日报, "**每手**1.9万入场 今起招股 阿里定价最多188元 港首家无纸化IPO," November 15, 2019.

124. 中国产经信息数据库, "阿里王磊：本地生活是巨大市场，存在被数字化的空间," November 15, 2019.

125. 中时电子报即时新闻, "《大陆金融》阿里巴巴集团启动香港IPO," November 15, 2019.

126. 中时电子报即时新闻, "阿里巴巴今在港招股 发售价188港元," November 15, 2019.

127. AM730, "(am730新闻) 阿里巴巴今日招股 入场费近1.9万元," November 15, 2019.

128. 联合新闻网即时新闻, "动汤中重登港股 阿里巴巴：依然相信香港的美好未来," November 15, 2019.

129. 中国产经信息数据库, "蚂蚁金服计划支持1000万家欧洲中小企业," November 15, 2019.

130. 中国产经信息数据库, "支付宝现可办理泰国落地签业务，最快十分钟入境," November 15, 2019.

131. 中国产经信息数据库, "蚂蚁金服计划支持1000万家欧洲中小企业," November 15, 2019.

132. 中国产经信息数据库, "杭州电信连续十年成功保障阿里"双11"活动," November 15, 2019.

133. 中国产经信息数据库, "三维家获得阿里5亿投资的背后4万亿市场与家居新零售探索," November 15, 2019.

134. 中时电子报即时新闻, "马云到非洲：这里年轻人像20年前的我," November 15, 2019.

135. 中时电子报即时新闻, "香港动汤之际 阿里赴港上市," November 15, 2019.

136. 道琼斯中文通讯, "中概股简报 阿里拟在港发5亿新股募资千亿，每股最高188港元," November 15, 2019.

137. 道琼斯中文通讯, "消息人士称阿里巴巴在香港上市的股票需求强劲 - 路透 >BABA," November 15, 2019.

138. 大公报, "阿里首日超购逾倍 仔展50亿元," November 16, 2019.

139. 大公报, "张勇：为香港未来贡献绵薄之力," November 16, 2019.

140. 大公报, "阿里晋身蓝筹 还看明年谘询/张智威," November 16, 2019.

141. 大公报, "马云：中美摩擦或长达20年," November 16, 2019.

142. 大公报, "阿里上市为港股添活力/大卫," November 16, 2019.

143. 香港经济日报, "阿里估值低于腾讯," November 16, 2019.

144. 香港经济日报, "市场吹捧买阿里沽腾讯 跟炒要留神," November 16, 2019.

145. 香港经济日报, "阿里超购逾倍 多行免手续费抢客; 3攻略：全家总动员 现金+仔展 最多10手," November 16, 2019.

146. 香港经济日报, "阿里水位不多 只许现金认购," November 16, 2019.

147. 香港经济日报, "电商起家 廿载成世界巨头," November 16, 2019.

148. 香港经济日报, "张勇：仍相信港美好未来 积极建设," November 16, 2019.

149. 信报, "阿里万千宠爱 腾讯跌入冷宫," November 16, 2019.

150. 信报, "阿里仔展息近4厘 5券商借出50亿," November 16, 2019.

151. 工商时报, "中美若闹僵 马云示警：恐影响未来20年," November 16, 2019.

152. 工商时报, "阿里香港开募 市场冷处理 10家券商仅得54亿港元保证金额度，远低于预留的逾800亿港元," November 16, 2019.

153. 工商时报, "智慧音箱出货 阿里百度挤下GOOGLE," November 16, 2019.

154. 旺报, "港纯网银备战 锁定年底争霸 阿里、腾讯等科技巨头为后盾 势必引爆抢客潮," November 16, 2019.

155. 旺报, "阿里在港发行价 每股上限188港元," November 16, 2019.

156. 明报, "马云：中美贸战恐持续20年," November 16, 2019.

157. 明报, "仔展息达4.58厘 阿里首日超购逾倍 头槌飞6日利息达80万 券商吁现金认购," November 16, 2019.

158. 星岛日报, "阿里抽水不旨在钱　你信吗？," November 16, 2019.

159. 星岛日报, "首天反应慢热 现金认购反多 阿里仔展60亿超购倍半 10券商预留逾800亿," November 16, 2019.

160. 星岛日报, "马云：中美关系搞不好　恐见20年动汤," November 16, 2019.

161. 中时电子报即时新闻, "阿里赴港上市为北京？马云吐真话," November 16, 2019.

162. 中国网, "阿里"回归"港股将带来多赢效应," November 16, 2019.

163. 大公报, "四成90后买假发套 表现「秃」出," November 17, 2019.

164. 大公报, "财经分析/盒马鲜生 阿里「新城」/大公报记者 李灵修," November 17, 2019.

165. 旺报, "娃娃机退烧 盲盒崛起掀疯潮 「拉布布」9秒卖55000个 登天猫双11单品销售王," November 17, 2019.

166. 旺报, "阿里公开招股 首日超购1.55倍," November 17, 2019.

167. 明报, "阿里因安全原因取消投资午餐会," November 17, 2019.

168. 明报, "阿里巴巴重返港交所的深意," November 17, 2019.

169. 星岛日报, "阿里回港上市前　基金大举扫货," November 17, 2019.

170. 联合晚报, "进入嫌弃的购物网 改变10亿人生活," November 17, 2019.

171. 道琼斯中文通讯, "沙特阿美计划通过IPO将公司估值最高定到1.7万亿美元," November 17, 2019.

172. 道琼斯中文通讯, "更新：沙特阿美拟通过IPO将估值定到最高1.7万亿美元," November 17, 2019.

173. 晴报, "阿里仔展 暂仅超购1.3倍," November 18, 2019.

174. 晴报, "贸战回暖 美3大指数破顶 社运加剧 阿里吸资 港股料续寻底," November 18, 2019.

175. 大公报, "阿里招股价合理 可小注认购/子 石," November 18, 2019.

176. 大公报, "料增交易量 带旺本港资本市场," November 18, 2019.

177. 大公报, "以「同股不同权」回归 再战港股市场/大公报记者 李洁仪," November 18, 2019.

178. 大公报, "阿里回归 势威胁股王腾讯," November 18, 2019.

179. 大公报, ""「股轮同步」有望 发行商积极备战," November 18, 2019.

180. 香港经济日报, "纵有阿里上市 港股气氛难带动," November 18, 2019.

181. 香港经济日报, "利息成本高 阿里宜现金申购," November 18, 2019.

182. 香港经济日报, "直击阿里生意心脏 淘宝第一村; 10万商家促销 主播「带货」成新风口," November 18, 2019.

183. 香港经济日报, "阿里来袭 腾讯股王传说不再？," November 18, 2019.

184. 香港经济日报, "淘宝村年销售60亿 创业氛围浓," November 18, 2019.

185. 信报, "阿里电话会议代投资者午餐会," November 18, 2019.

186. 信报, "国家融资中心 香港定位不变," November 18, 2019.

187. 明报, "以支付宝为基础 发展各类金融服务," November 18, 2019.

188. 明报, "刘思明：阿里上市在即 腾讯沽12327," November 18, 2019.

189. 明报, "2007年阿里上市恒指见顶属巧合 料历史不会重演," November 18, 2019.

190. 明报, "蚂蚁金服或为同股同权公司 马云仅持股8.8% 藉两基金控五成股权," November 18, 2019.

191. 明报, "林少阳：闲钱认购阿里 好过摆银行," November 18, 2019.

192. 明报, "许绎彬：阿里巴巴现金认购较稳阵," November 18, 2019.

193. 明报, "安捷证券陈灏：认购阿里睇长线 看好港交所," November 18, 2019.

194. AM730, "(am730新闻) 仔展慢热 现金入飞多 阿里已超购 看升半成," November 18, 2019.

195. 星岛日报, "互联互通五年 南北向成交悬殊  阿里纳港股通指日可待 吸引北水作用恐有限," November 18, 2019.

196. 中国产经信息数据库, "数字技术助力普惠金融拓展边界," November 18, 2019.

197. 联合新闻网即时新闻, "淘帝-KY双11业绩告捷 11月营收可期," November 18, 2019.

198. 中时电子报即时新闻, "阿里赴港IPO 投资吸引力大吗？法人这么看," November 18, 2019.

199. 中时电子报即时新闻, "沙乌地阿美IPO被看衰 募资恐低于阿里250亿美元," November 18, 2019.

200. 中国产经信息数据库, ""双11"快件再创新高物流企业如何应对," November 18, 2019.

201. 中时电子报即时新闻, "港交所定调 阿里初期难纳入港股通," November 18, 2019.

202. 联合晚报, "淘帝双11业绩告捷 本月营收挑战新高," November 18, 2019.

203. 道琼斯中文通讯, "中概股简报 蔚来汽车任命新CFO 前中金公司分析师接棒," November 18, 2019.

204. 道琼斯中文通讯, "股闻天下 香港抗议活动不会妨碍阿里巴巴130亿美元的二次上市 >BABA," November 18, 2019.

205. 晴报, "阿里上市初期 难纳入港股通," November 19, 2019.

206. 香港经济日报, "阿里巴巴明日截止认购," November 19, 2019.

207. 香港经济日报, "阿里两日88亿仔展 暂超购3倍; 配售热烈提早截飞 初期北水难参与," November 19, 2019.

208. 香港经济日报, "孙正义新蓝图 打造日本阿里巴巴," November 19, 2019.

209. 香港经济日报, "阿里拓「下沉市场」 争10亿人口新流量," November 19, 2019.

210. 香港经济日报, "紧盯下周超级星期二 阿里挂牌最重磅," November 19, 2019.

211. 信报, "阿里无缘北水 暂不纳港股通," November 19, 2019.

212. 工商时报, "阿里巴巴返港挂牌 富邦人寿拟申购5亿美元," November 19, 2019.

213. 工商时报, "《社论》沙美石油与阿里巴巴上市的指标意义," November 19, 2019.

214. 旺报, "阿里贡腾讯 掀港股王争霸战 从云计算、金融科技等竞争 跨界恒指交锋," November 19, 2019.

215. 旺报, "日韩龙头强强联手 改写全球网路生态版图 雅虎日本并LINE 威胁阿里腾讯," November 19, 2019.

216. 旺报, "阿里回归港股 料带动中概股跟进," November 19, 2019.

217. 自由时报, "阿里行动支付 孙正义想在日复制," November 19, 2019.

218. 明报, "阿里巴巴仔展累计87亿 超购2.7倍," November 19, 2019.

219. AM730, "(am730新闻) 谈财经: 胡孟青 - 阿里巴巴抽唔抽？," November 19, 2019.

220. 星岛日报, "次天仅20亿认购 散户料睇定入市 阿里仔展86亿超购2.6倍 按美股价恐难爆升," November 19, 2019.

221. 星岛日报, "支付宝行政总裁谈「智慧城市与电子支付」," November 19, 2019.

222. 中国产经信息数据库, "波司登欲撬动高端市场 大幅提价销量遇冷," November 19, 2019.

223. 中时电子报即时新闻, "各方投资追捧 阿里国际配售传提前结束," November 19, 2019.

224. 中时电子报即时新闻, "MSCI：明年2月指数审核将调整阿里巴巴股份数量," November 19, 2019.

225. 道琼斯中文通讯, "阿里巴巴规模130亿美元的香港IPO已获数倍超额认购 - 消息人士," November 19, 2019.

226. 道琼斯中文通讯, "阿里巴巴将提前半天于美东时间周二中午关闭二次上市的美国认购," November 19, 2019.

227. 中时电子报即时新闻, "市场需求太强劲 阿里巴巴将提前结束新股认购," November 19, 2019.

228. 道琼斯中文通讯, "阿里巴巴130亿美元香港IPO获数倍认购," November 19, 2019.
229. 道琼斯中文通讯, "香港时间1300-1500重要消息," November 19, 2019.
230. 联合新闻网即时新闻, "蚂蚁金服拟申请新加坡虚拟银行牌照," November 19, 2019.
231. 中国产经信息数据库, "俄罗斯食品官方旗舰店在天猫电商平台开业," November 19, 2019.
232. 中国产经信息数据库, "双十一饮料行业全网销售额达6.32亿元," November 19, 2019.
233. 中国产经信息数据库, ""双11"酒业战果放榜：大品牌 高品质 网红款受青睐," November 19, 2019.

234. 中国产经信息数据库, "波司登"双11"全渠道销售额破10亿元," November 19, 2019.
235. 中国产经信息数据库, ""双十一"波司登全渠道销售逾10亿元," November 19, 2019.
236. 中时电子报即时新闻, "蚂蚁金服拟申请新加坡虚拟银行牌照," November 19, 2019.
237. 道琼斯中文通讯, "新闻回放 阿里巴巴130亿美元香港IPO获数倍认购," November 19, 2019.
238. 道琼斯中文通讯, "中概股简报 阿里巴巴提早截单 国际认购超额3-4倍," November 19, 2019.

239. 道琼斯中文通讯, "热门股预告 阿里巴巴130亿美元香港IPO获数倍认购 >BABA," November 19, 2019.

240. 明报, "憧憬染蓝 阿里流通市值两月飚660亿 分析估计权重将不止3% 美团料更高," May 30, 2020.

241. 中国产经信息数据库, "疫情618：电商变阵争"王"大战," June 23, 2020.
242. 道琼斯中文通讯, "市场快讯：阿里健康跌4.5%，云锋基金折让减持消息打击," July 9, 2020.

243. 香港经济日报, "科网发狂防超买 候低吸纳较稳健," July 10, 2020.
244. 香港经济日报, "憧憬染蓝+港版纳指 阿里美团爆升," July 10, 2020.
245. 香港经济日报, "科网股「斗狂」 阿里市值6天涨万亿; 资金再涌港 金管局累计注资突破千亿," July 10, 2020.
246. 大公报, "升势持续\阿里飙一成 市值突破5.6万亿\大公报记者 许 临," July 10, 2020.
247. 信报, "云锋减持阿里健康 折让逾3%套现31亿," July 10, 2020.
248. 工商时报, "恒指公司 将成立科技股指数 阿里巴巴、小米及美团均为蓝筹股的选股范围," July 10, 2020.

249. 中国产经信息数据库, "阿里巴巴成立新能源控股公司，主营新能源产业投资与发展," July 10, 2020.

250. 星岛日报, "阿里云夥拍Equinix 扩公有云国际市场," July 10, 2020.
251. 中时电子报即时新闻, "阿里巴巴2020财年净利年增75%," July 10, 2020.
252. 道琼斯中文通讯, "汇丰将阿里巴巴目标价从268.00美元上调至292.00美元 >BABA," July 10, 2020.

253. 道琼斯中文通讯, "市场快讯 阿里巴巴似乎处于夺回市场份额的有利位置 >BABA," July 10, 2020.

254. 中国产经信息数据库, "阿里零售宣布"小店"帮扶方案," July 10, 2020.
255. 中国产经信息数据库, "联手阿里巴巴　宝马加快数字化转型," July 10, 2020.
256. 香港经济日报, "阿里饿了么服务升级 瞄准「身边经济」," July 11, 2020.
257. 大公报, "大涨小回\ATM高位回吐 瑞信升阿里目标价至301元," July 11, 2020.
258. 信报, "阿里巴巴为濠江旅业集气," July 11, 2020.
259. 信报, "阿里冀5年内交易额达10万亿," July 11, 2020.

260. 工商时报, "陆电商十强 阿里、美团、京东居前三," July 11, 2020.

261. 工商时报, "阿里2020财年营收 突破5千亿人民币
新掌门张勇：四年内将推进全球化战略，拚旗下平台消费增至10兆元," July 11, 2020.

262. 星岛日报, "阿里冀五年内平台消费10万亿," July 11, 2020.

263. 澳门日报, "经济 - 阿里冀五年达十万亿消费规模," July 11, 2020.

264. 澳门日报, "经济 - 胡润：阿里成中国最值钱电商," July 11, 2020.

265. 工商时报, "陆加速晶片 去美化 台厂得利
中兴、阿里巴巴着手研发晶片，创意、智原、力旺等搭上顺风车," July 12, 2020.

266. 明报, "马云蔡崇信减持阿里 蒋凡正式除名合伙人," July 12, 2020.

267. 道琼斯中文通讯, "市场快讯：新经济龙头齐回软；马云减持、阿里巴巴现跌1.4%," July 12, 2020.

268. 晴报, "马云减持阿里 套现约$476亿," July 13, 2020.

269. 香港经济日报, "憧憬推港版纳指 阿里巴巴要收集," July 13, 2020.

270. 大公报, "大行点评\瑞银睇阅文升至69元," July 13, 2020.

271. 信报, "马云蔡崇信减持阿里巴巴," July 13, 2020.

272. 工商时报, "阿里巴巴、腾讯股价近期不断创高，公司要角们却纷售持股... 马云大卖阿里股票
套现430亿人民币," July 13, 2020.

273. 旺报, "互联网巨头接棒卖股套现 大股东赚现金 散户陷窘境 马云减持阿里股票 套现430亿人币," July 13, 2020.

274. 明报, "何启聪：冀挑战270元 阿里购22996," July 13, 2020.

275. 星岛日报, "疫情恶化中美角力　港股本周走势不明," July 13, 2020.

276. 星岛日报, "盲盒潮流玩具的炼金术," July 13, 2020.

277. 中国产经信息数据库, "阿里巴巴成立AIoT创新中心探索5G," July 13, 2020.

278. 中国产经信息数据库, "中远海运与阿里巴巴、蚂蚁集团签署战略合作协议," July 13, 2020.

279. 中时电子报即时新闻, "马云阿里持股降至5%以下 仍为最大个人股东," July 13, 2020.

280. 中国产经信息数据库, "美股三大指数集体收涨阿里巴巴市值一夜暴增600亿美元," July 13, 2020.

281. 中国产经信息数据库, "Lazada首个跨境创新中心在南宁启用," July 13, 2020.

282. 道琼斯中文通讯, "中概股简报 蔚来超越特斯拉成美国散户最喜爱电动车概念股," July 13, 2020.

283. 道琼斯中文通讯, "股闻天下 中国数据中心类股大涨，但新对手入场或引发回落," July 13, 2020.

284. 大公报, "金针集\中国新经济股领涨全球\大卫," July 14, 2020.

285. 香港经济日报, "大和唱好阿里收入 目标价升至$294," July 14, 2020.

286. 旺报, "支付宝生活好集市天津鼓楼站**开街** 等你来逛 天津老城 **开启夜游模式**," July 14, 2020.

287. 中国产经信息数据库, "阿里数字农业产地仓落户淄博," July 14, 2020.

288. 中国产经信息数据库, "蚂蚁金服持股：马云持股约8.8%，拥有50%表决权," July 14, 2020.

289. 澳门日报, "经济 - 马云减持阿里套现96亿美元," July 14, 2020.

290. 中国产经信息数据库, "支付宝上线多品类理财精选专区," July 14, 2020.

291. 道琼斯中文通讯,
"KeyBanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从255.00美元上调至285.00美元," July 14, 2020.

292. 道琼斯中文通讯, "KeyBanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在增持," July 14, 2020.

293. 中时电子报即时新闻, "IDC报告 阿里云语音AI市占大陆夺冠," July 14, 2020.

294. 道琼斯中文通讯, "市场快讯：影业股料回落，影院短期将恢复营业的传闻落空," July 14, 2020.

295. 大公报, "头牌手记\新经济股整固 阿里低位吸\沈 金," July 15, 2020.

296. 新京报, "支付宝上线"金选专区" 如何破除"追涨杀跌"魔咒？," July 15, 2020.

297. 香港经济日报, "ATMX回气 专家撑科网牛市未完; 料资金短期获利 腾讯阿里业绩仍看俏," July 15, 2020.

298. 中国产经信息数据库, "2019年阿里农产品交易额为2000亿元," July 15, 2020.

299. 道琼斯中文通讯, "市场快讯 中国软件供应商和云服务商可能获得更多国内市场份额 - 花旗," July 15, 2020.

300. 中国产经信息数据库, ""蚂蚁金服"更名为"蚂蚁科技集团股份有限公司"," July 15, 2020.

301. 中国产经信息数据库, "阿里巴巴发布2020脱贫半年报：国家级贫困县在阿里平台销售额超2000亿," July 15, 2020.

302. 中国产经信息数据库, "速览," July 15, 2020.

303. 道琼斯中文通讯, "市场快讯 中国软件供应商和云服务商可能获得更多国内市场份额 - 花旗," July 15, 2020.

304. 东方网, "东方快评丨解决人脸信息"裸奔"，盼见多方合力共治," July 15, 2020.

305. 大公报, "淡友收割\科技通讯股捱沽 专家：低吸阿里小米," August 20, 2020.

306. 大公报, "业绩前瞻\阿里今派季绩 最乐观多赚29%," August 20, 2020.

307. 香港经济日报, "阿里国家电投达共识 推动能源数字化应用," August 20, 2020.

308. 香港经济日报, "资金转炒绩优股 紧盯阿里今放榜; 京东两日涨15% 蓝筹新贵小米两年高," August 20, 2020.

309. 大公报, "合作共赢\阿里夥国家电投共建智慧城市," August 20, 2020.

310. 信报, "国家电投夥阿里拓智慧能源," August 20, 2020.

311. 旺报, "猫狗大战 京东封杀申通围剿阿里 与多家物流合约到期后不续约 霸权文化引批评," August 20, 2020.

312. 中国产经信息数据库, "阿里云与西奥电梯达成深度合作 共同打造可信电梯物联网平台," August 20, 2020.

313. 中国产经信息数据库, "蚂蚁集团将与宁德时代等多家企业组建消费金融公司," August 20, 2020.

314. 澳门日报, "经济 - 中资股被动美退市 无损评级," August 20, 2020.

315. 中国产经信息数据库, "市场规模将破千亿无人驾驶离我们还有多远？," August 20, 2020.

316. 道琼斯中文通讯, "阿里巴巴第一财季收入217.6亿美元 >BABA," August 20, 2020.

317. 道琼斯中文通讯, "阿里巴巴第一财季核心商业收入188.7亿美元 >BABA," August 20, 2020.

318. 道琼斯中文通讯, "阿里巴巴第一财季云计算收入17.5亿美元 >BABA," August 20, 2020.

319. 道琼斯中文通讯, "阿里巴巴第一财季数字媒体和娱乐收入9.9亿美元 >BABA," August 20, 2020.

320. 道琼斯中文通讯, "阿里巴巴第一财季创新计划和其他收入1.55亿美元 >BABA," August 20, 2020.

321. 中时电子报即时新闻, "阿里巴巴第二季收入年增34%," August 20, 2020.

322. 道琼斯中文通讯, "阿里巴巴第一财季利润上升，受核心商业恢复推动 >BABA," August 20, 2020.

323. AM730, "(am730新闻) 阿里首季纯利大增1.2倍," August 20, 2020.

324. 道琼斯中文通讯, "中概股简报 阿里巴巴1Q净利润强劲增长 受核心商业恢复推动," August 20, 2020.

325. 道琼斯中文通讯, "蚂蚁集团上半年实现利润35亿美元 BABA," August 20, 2020.

326. 道琼斯中文通讯, "ADR收盘下跌，阿里巴巴下跌 >BABA," August 20, 2020.

327. 道琼斯中文通讯, "更新:疫情带来的网购潮推动阿里巴巴营收大涨 >BABA," August 20, 2020.

328. 道琼斯中文通讯, "美国富瑞金融集团将阿里巴巴目标价从300.00港元上调至307.00港元>9988.HK," August 20, 2020.

329. 道琼斯中文通讯, "美国富瑞金融集团将阿里巴巴目标价从307.00美元上调至314.00美元>BABA," August 20, 2020.

330. 道琼斯中文通讯, "花旗集团将阿里巴巴目标价从307.00港元上调至308.00港元>9988.HK," August 20, 2020.

331. 道琼斯中文通讯, "花旗集团将阿里巴巴目标价从316.00美元上调至318.00美元>BABA," August 20, 2020.

332. 道琼斯中文通讯, "市场快讯：阿里巴巴绩后探底回升，京东业绩后累涨18%," August 20, 2020.

333. 道琼斯中文通讯,
"阿里巴巴(9988.HK)绩后表现差强人意，一季度营收和净利均增长强劲，但相比其竞争对手京东(9618.HK)似乎落后，股价今早探底回升，现倒升0.8%，昨日在美股收跌1%。," August 20, 2020.

334. 道琼斯中文通讯, "市场快讯 阿里巴巴有望继续实现增长 - 花旗," August 20, 2020.
335. 晴报, "阿里巴巴去季纯利按年增124%," August 21, 2020.
336. 大公报, "大行点评\高盛予买入评级 睇268元," August 21, 2020.
337. 大公报, "标青成绩\阿里多赚28%胜预期 美股偏软," August 21, 2020.
338. 大公报, "人事变动阿里合夥人胡喜退出蚂蚁子公司," August 21, 2020.
339. 香港经济日报, "财报披露 蚂蚁季度利润或达92亿," August 21, 2020.
340. 香港经济日报, "季绩胜预期 阿里看300元," August 21, 2020.
341. 香港经济日报, "阿里多赚28%胜预期 云计算增长6成; 外围股价午市反跌 **关注美政策**变化," August 21, 2020.
342. 环球时报, "阿里交出最新亮眼财报," August 21, 2020.
343. 信报, "阿里多赚28%胜预期 ADS反跌," August 21, 2020.
344. 信报, "评估美对华企政策 采取新合规措施," August 21, 2020.
345. 工商时报, "阿里第二季净利强弹124%," August 21, 2020.
346. 旺报, "消费金融夯 陆巨头抢拿护身符 90后消费者占比逾半 蚂蚁集团申请牌照," August 21, 2020.

347. 明报, "阿里巴巴次季纯利增1.24倍," August 21, 2020.
348. AM730, "(am730新闻) 核心商业回复疫前水平 阿里纯利倍升 胜预期," August 21, 2020.
349. 星岛日报, "全球最大电商 国际贸易仍持续　阿里首季赚390亿增28% 张勇忧中美争拗碍业务," August 21, 2020.
350. 中国产经信息数据库, "蚂蚁金服2020年Q1利润约为90亿元," August 21, 2020.
351. 中国产经信息数据库, "阿里巴巴：第一财季创新业务及其他收入为10.94亿元，同比减少6%," August 21, 2020.
352. 中国产经信息数据库, "阿里巴巴：第一财季盒马鲜生GMV的线上渗透率持续超过60%," August 21, 2020.

353. 中国产经信息数据库, "阿里巴巴：菜鸟网络物流服务收入合计为77.13亿元，同比增长54%," August 21, 2020.
354. 中国产经信息数据库, "阿里巴巴：第一财季阿里云收入增长59%," August 21, 2020.
355. 中国产经信息数据库, "阿里巴巴：正密切**关注美国政府**对中国企业的政策变化," August 21, 2020.

356. 中国产经信息数据库, "阿里巴巴：第一财季中国零售市场移动月活跃用户增至8.74亿," August 21, 2020.

357. 中国产经信息数据库, "阿里巴巴：第一财季净利润394.7亿元，市场预期190.88亿元," August 21, 2020.

358. 中国产经信息数据库, "蚂蚁集团一季度盈利约92亿元，同比增逾567%," August 21, 2020.
359. 中时电子报即时新闻, "蚂蚁集团二次上市计画 目标估值2,250亿美元," August 21, 2020.
360. 道琼斯中文通讯, "市场快讯：阿里巴巴绩后探底回升，京东业绩后累涨18%," August 21, 2020.

361. 道琼斯中文通讯, "更正:蚂蚁集团六个月豪赚35亿美元 >BABA," August 21, 2020.

362. 道琼斯中文通讯, "市场快讯 阿里巴巴生态系统战略有望推动其可持续增长 - 富瑞金融 >BABA," August 21, 2020.

363. 道琼斯中文通讯, "市场快讯 阿里巴巴有望继续实现增长 - 花旗," August 21, 2020.

364. 澳门日报, "经济 - 阿里次季纯利增逾倍," August 21, 2020.

365. 道琼斯中文通讯, "市场快讯 阿里巴巴生态系统战略有望推动其可持续增长 - 富瑞金融 >BABA," August 21, 2020.

366. 道琼斯中文通讯, "市场快讯：报称蚂蚁集团IPO寻求估值2250亿美元，部分概念股受提振," August 21, 2020.

367. 道琼斯中文通讯, "市场快讯 阿里巴巴有望保持收入增长动能，大和维持买入评级," August 21, 2020.

368. 中国产经信息数据库, "家电品牌扎堆布局线上3D购," August 21, 2020.

369. 道琼斯中文通讯, "KeyBanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在增持," August 21, 2020.

370. 道琼斯中文通讯, "KeyBanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从285.00美元上调至295.00美元," August 21, 2020.

371. 道琼斯中文通讯, "市场快讯 阿里巴巴有望保持收入增长动能，大和维持买入评级," August 21, 2020.

372. 道琼斯中文通讯, "B of A Securities将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在买进," August 21, 2020.

373. 道琼斯中文通讯, "B of A Securities将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从301.00美元上调至317.00美元," August 21, 2020.

374. 道琼斯中文通讯, "Raymond James将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在强烈建议买进," August 21, 2020.

375. 道琼斯中文通讯, "Raymond James将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从290.00美元上调至320.00美元," August 21, 2020.

376. 道琼斯中文通讯, "中概股简报 拼多多盘前大跌；2Q营收同比增长67%、亏损收窄," August 21, 2020.

377. 道琼斯中文通讯, "热门股预告 蚂蚁集团六个月豪赚35亿美元 >BABA," August 21, 2020.

378. 道琼斯中文通讯, "热门股预告 疫情带来的网购潮推动阿里巴巴营收大涨 >BABA," August 21, 2020.

379. 中时电子报即时新闻, "两强再合作 国泰蚂蚁再设大陆消金公司," August 21, 2020.

380. 中时电子报即时新闻, "阿里巴巴恐成美国封禁目标 股东纷将ADR转成香港上市股票," August 21, 2020.

381. 道琼斯中文通讯, "MarketWatch 阿里巴巴将举办虚拟活动挑选参加今年双11购物节的美国中小企业 >BABA," August 21, 2020.

382. 大公报, "智在必得/推动各行各业数字化 阿里动力足/张智威," August 22, 2020.

383. 大公报, "前景明朗\憧憬零售快速复苏 阿里最牛看328元," August 22, 2020.

384. 大公报, "金针集/人民币具长期升值条件/大卫," August 22, 2020.

385. 大公报, "头牌手记/阿里潜力不可小觑/沈 金," August 22, 2020.

386. 大公报, "新股速递\中证监收到蚂蚁上市申请 传10月挂牌," August 22, 2020.

387. 香港经济日报, "蚂蚁估值1.7万亿 最快10月 港沪上市," August 22, 2020.

388. 香港经济日报, "阿里好事齐来 股价望升一成," August 22, 2020.

389. 香港经济日报, "阿里业绩超标 大行一致赞好," August 22, 2020.

390. 工商时报, "两岸金融巨头再携手，冲刺对岸市场 国泰、蚂蚁合设大陆消金公司," August 22, 2020.

391. 工商时报, "蚂蚁集团 A＋H最快10月上市
目标估值为2,250亿美元；中国证监会已受理，下周即可向港交所提交上市资料," August 22, 2020.

392. 明报, "彭博：蚂蚁集团最快10月中港上市," August 22, 2020.

393. 明报, "大行唱好 阿里巴巴先升后跌," August 22, 2020.

394. 星岛日报, "艾迪康筹31亿 明年港挂牌 蚂蚁估值升至1.75万亿 最快10月中港上市," August 22, 2020.

395. 中时电子报即时新闻, "淘宝退出台湾？经济部锁定查陆资 最快本周揭晓," August 23, 2020.

396. 大公报, "进退有道\阿里业绩对办 上升空间可期\王子森," August 24, 2020.

397. 香港经济日报, "新晋蓝筹阿里药明 绩佳吼位买," August 24, 2020.

398. 工商时报, "《专家传真》平台与供应链 创造新经济巨人," August 24, 2020.

399. 明报, "丰盛黄国英：增持金蝶 揸腾讯阿里 减持中海物业," August 24, 2020.

400. 星岛日报, "马云转让持股 仍实控蚂蚁集团," August 24, 2020.

401. 中国产经信息数据库, "理财界"双11"收官！超8000万人上支付宝过理财节," August 24, 2020.

402. 中时电子报即时新闻, "《国际金融》忧心制裁 阿里大股东纷将美国ADR转进香港," August 24, 2020.

403. 中时电子报即时新闻, "阿里巴巴港股涨3% 投资人美股换港股避险," August 24, 2020.

404. 中时电子报即时新闻, "淘宝台湾被经部认定是陆资 遭罚41万并限期撤资或改正," August 24, 2020.

405. 道琼斯中文通讯, "蚂蚁集团重组董事会，增加三名独立董事 >BABA," August 24, 2020.

406. 道琼斯中文通讯, "阿里巴巴在香港挂牌交易的H股触及266港元的纪录新高," August 24, 2020.

407. 道琼斯中文通讯, "阿里巴巴H股最新上涨5.1%，至265.60港元," August 24, 2020.

408. 联合新闻网即时新闻, "经济部提三大理由 认定淘宝台湾为陆资限期撤回投资," August 24, 2020.

409. 中国产经信息数据库, "中国银行与阿里巴巴、蚂蚁金服签订全面深化战略合作协议," August 24, 2020.

410. 中国产经信息数据库, "创业金句," August 24, 2020.

411. 中时电子报即时新闻, "《经济》经部开铡淘宝台湾 命6个月内撤资或改正," August 24, 2020.

412. 中时电子报即时新闻, "港股收涨1.74%科技股强 阿里京东美团股价创新高," August 24, 2020.

413. 联合新闻网即时新闻, "经济部判定淘宝为陆资 行政院表达支持," August 24, 2020.

414. AM730, "(am730新闻) 台认定「淘宝台湾」属陆资 限6个月内撤资或改正," August 24, 2020.

415. 联合新闻网即时新闻, ""淘宝台湾" 遭认定为陆资 投审会限半年内撤资或改正," August 24, 2020.

416. 中时电子报即时新闻, "遭投审会开铡 淘宝台湾：优先保障用户权益," August 24, 2020.

417. 联合新闻网即时新闻, "阿里巴巴、小米将纳入 麦格理恒指权证25日起上市," August 24, 2020.

418. 道琼斯中文通讯, "中概股简报 报称阿里巴巴多个主要投资者把所持ADR转换为港股," August 24, 2020.

419. 中时电子报即时新闻, "蚂蚁集团董事名单披露 井贤栋任董事长," August 24, 2020.

420. 道琼斯中文通讯, "中概股简报 印度再禁118款中国App，港股中资科技股急跌," September 3, 2020.

421. 道琼斯中文通讯, "中概股简报 阿里巴巴据悉正在商谈向GRAB投资30亿美元," September 14, 2020.

422. 道琼斯中文通讯, "市场快讯：阿里巴巴(9988.HK)涨3.4%，高管透露过去12个月财务数据向好," September 29, 2020.

423. 香港经济日报, "阿里逆市升 买Call（24657）," September 30, 2020.

424. 香港经济日报, "蚂蚁A股配售基金 逾700万人疯抢; 投资界忧抽走市场资金 港股波动未完," September 30, 2020.

425. AM730, "(am730新闻) 轮证珠玑: 朱红 - 淘宝直播用户倍增 资金流入阿里好仓," September 30, 2020.

426. 中国产经信息数据库, "阿里巴巴将推出数字贸易体系 打**开万**亿交易市场," September 30, 2020.

427. 中国产经信息数据库, "快递江湖厮杀加剧 市场洗牌提速," September 30, 2020.

428. 联合新闻网即时新闻, "马云：工业时代的全球化终结 新一轮将由中国驱动," September 30, 2020.

429. 中时电子报即时新闻, "数位洪流冲击传统行业！ 马云：传统行业十年内须数位化," September 30, 2020.

430. 中时电子报即时新闻, "张勇：阿里未来有11大重要战略机遇," September 30, 2020.

431. 道琼斯中文通讯, "阿里巴巴：云计算业务将在2021财年扭亏为盈," September 30, 2020.

432. 道琼斯中文通讯, "阿里巴巴董事局主席：中国消费已恢复到疫情前的水平," September 30, 2020.

433. 道琼斯中文通讯, "阿里巴巴董事局主席：疫情使中国加速摆脱对投资和出口的依赖," September 30, 2020.

434. 中时电子报即时新闻, "马云最新演讲：数位时代的全球化才刚刚打开," September 30, 2020.

435. 联合新闻网即时新闻, "阿里巴巴提出公司11大战略机遇," September 30, 2020.

436. 道琼斯中文通讯, "阿里巴巴：云业务有望在2021财年实现盈利," September 30, 2020.

437. 中国产经信息数据库, "阿里巴巴首次披露技术研发投入：每年超千亿," September 30, 2020.

438. 中国产经信息数据库, "阿里巴巴：阿里云将在2021财年内扭亏为盈," September 30, 2020.

439. 中国产经信息数据库, "众信旅游引阿里入股 董事长冯滨拟转让公司5%股权," September 30, 2020.

440. 中国产经信息数据库, "快递江湖厮杀加剧市场洗牌提速," September 30, 2020.

441. 中国产经信息数据库, "角逐细分领域末端建设成重要赛道快递江湖厮杀加剧市场洗牌提速," September 30, 2020.

442. 道琼斯中文通讯, "市场快讯 香港股市涨0.8%；受地产股提振," September 30, 2020.

443. 道琼斯中文通讯, "市场快讯 阿里巴巴的物流子公司或将成为下一个亮点," September 30, 2020.

444. 道琼斯中文通讯, "市场快讯 香港股市涨0.8%；受地产股提振," September 30, 2020.

445. 道琼斯中文通讯, "市场快讯 阿里巴巴的物流子公司或将成为下一个亮点," September 30, 2020.

446. 联合新闻网即时新闻, "阿里巴巴国际站分析 疫情带动全球运动消费大增," September 30, 2020.

447. 道琼斯中文通讯, "中概股简报 阿里CFO 预计下个财年阿里云扭亏 菜鸟经营现金流转正," September 30, 2020.

448. 道琼斯中文通讯, "贝雅将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在强于大盘," September 30, 2020.

449. 道琼斯中文通讯, "贝雅将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从275.00美元上调至325.00美元," September 30, 2020.

450. 道琼斯中文通讯, "Truist Securities将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从285.00美元上调至308.00美元," September 30, 2020.

451. 道琼斯中文通讯, "Truist Securities将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在买进," September 30, 2020.

452. 道琼斯中文通讯, "Benchmark将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在买进," September 30, 2020.

453. 道琼斯中文通讯, "Benchmark将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从290.00美元上调至355.00美元," September 30, 2020.

454. 道琼斯中文通讯, "ADR收盘走高；途牛和阿里巴巴交投活跃 >TOUR BABA," September 30, 2020.

455. 道琼斯中文通讯, "市场快讯 阿里巴巴最新预期暗示新业务前景向好 - 花旗 >BABA," September 30, 2020.

456. 大公报, "暗示估值低估 未体现新业务," October 1, 2020.

457. 大公报, "鸿图大计/阿里云今年扭亏 张勇：起步阶段," October 1, 2020.

458. 大公报, "阿里管理层言论重点," October 1, 2020.

459. 大公报, "头牌手记/阿里留有后劲沈 金," October 1, 2020.

460. 香港经济日报, "电商「直播带货」热 网民参与激增," October 1, 2020.

461. 香港经济日报, "阿里百亿成交抽升4% 外围续破280关; 管理层：6万亿市值 仍未反映全部估值," October 1, 2020.

462. 香港经济日报, "马云：数字时代全球化刚开始," October 1, 2020.

463. 工商时报, "云业务明年转盈 阿里大涨 投资者大会释佳音,云端计算收入年增六成；阿里美股开盘涨5%," October 1, 2020.

464. 工商时报, "《中国新视野》叫阵腾讯、网易 阿里再战游戏圈," October 1, 2020.

465. 明报, "阿里：云业务有望今年扭亏," October 1, 2020.

466. 星岛日报, "阿里五年三大战略 全球化内需云计算," October 1, 2020.

467. 中时电子报即时新闻, "马云不再担任阿里巴巴董事 全面完成交棒," October 1, 2020.

468. 联合新闻网即时新闻, "马云不再担任阿里巴巴董事 全面完成交棒," October 1, 2020.

469. 澳门日报, "经济 - 阿里云明年扭亏为盈," October 1, 2020.

470. 道琼斯中文通讯, "KeyBanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从295.00美元上调至330.00美元," October 1, 2020.

471. 道琼斯中文通讯, "KeyBanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在增持," October 1, 2020.

472. 道琼斯中文通讯, "Needham将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在买进," October 1, 2020.

473. 道琼斯中文通讯, "Needham将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从275.00美元上调至330.00美元," October 1, 2020.

474. 信报, "阿里预言云业务今年度转赚[更正]," October 1, 2020.

475. 大公报, "金针集/阿里强势展现中国创新力\大卫," October 2, 2020.

476. 信报, "马云正式退任阿里董事," October 2, 2020.

477. 信报, "美国惊奇陆续来 一注独赢买阿里," October 2, 2020.

478. 星岛日报, "市场快讯," October 2, 2020.

479. 道琼斯中文通讯, "市场快讯 阿里巴巴或受益于几项业务的增长 - 机构 >BABA," October 2, 2020.

480. 道琼斯中文通讯, "阿里巴巴H股开盘涨3.0%，在周三走低后反弹，之前蚂蚁集团IPO暂缓," November 4, 2020.

481. 道琼斯中文通讯, "阿里巴巴H股现涨4.1%，报288.60港元," November 4, 2020.

482. 道琼斯中文通讯, "深度：蚂蚁集团暂缓上市表明监管机构愈发关注这家金融科技巨头," November 4, 2020.

483. 道琼斯中文通讯, "市场快讯 香港股市走高，近期政治不确定性仍然高企," November 4, 2020.

484. 道琼斯中文通讯, "股闻天下 蚂蚁集团无法再假装自己只是科技公司," November 4, 2020.

485. 道琼斯中文通讯, "市场快讯 香港股市走高，近期政治不确定性仍然高企," November 4, 2020.

486. 道琼斯中文通讯, "香港科技股飙升，市场预计美中紧张关系将缓和," November 4, 2020.

487. 晴报, "「话不可随口」新华社暗批马云," November 5, 2020.

488. 香港经济日报, "蚂蚁触礁引发大换马 科网股未散水," November 5, 2020.

489. 香港经济日报, "小米已突破 双十一热卖," November 5, 2020.

490. 香港经济日报, "蚂蚁暂缓上市 资金流入小米美团," November 5, 2020.

491. 大公报, "新闻追踪/蚂蚁上市恐半年后 估值势缩水," November 5, 2020.

492. 大公报, "井贤栋言论要点," November 5, 2020.

493. 大公报, "花 絮/李小加与蚂蚁缘悭一面," November 5, 2020.

494. 环球时报, "证监会回应蚂蚁集团暂缓上市," November 5, 2020.

495. 信报, "人生有四季 蚂蚁是冬季," November 5, 2020.

496. 信报, "美股技术反弹 阿里巴巴寻底," November 5, 2020.

497. 信报, "阿里疑说服罗斯搁制裁蚂蚁," November 5, 2020.

498. 信报, "补偿损失马云有责 贾优入仕难服水土," November 5, 2020.

499. 工商时报, "双11传捷报 小米股价大涨
手机和电视在天猫、京东、苏宁易购销售夺冠，直播卖货也创佳绩," November 5, 2020.

500. 旺报, "《短评》短评 约谈马云的两个面向解读," November 5, 2020.

501. 工商时报, "华府传暂停制裁蚂蚁集团," November 5, 2020.

502. 旺报, "蚂蚁上市延半年 阿里蒸发逾1.7兆 专家：需先界定企业属性是金融或科技," November 5, 2020.

503. 自由时报, "蚂蚁IPO喊卡 国寿、富邦：认购资金未汇出," November 5, 2020.

504. 明报, "路透：受压华尔街 美弃蚂蚁禁令," November 5, 2020.

505. 明报, "汤文亮：免蚂蚁陷危机 马云借失言转圜," November 5, 2020.

506. 明报, "中央新规限制网贷 蚂蚁估值须重计," November 5, 2020.

507. 明报, "阿里巴巴大跌8% 美团破顶逼314元," November 5, 2020.

508. AM730, "(am730新闻) 新股触礁 重启上市恐要半年 蚂蚁传须符新资本要求," November 5, 2020.

509. AM730, "(am730新闻) ATMX走两极 美团破顶 阿里腾讯市值失5800亿," November 5, 2020.

510. 联合报, "阿里市值蒸发680亿美元," November 5, 2020.

511. 联合报, "蚂蚁暂缓上市 半年后重新IPO; 董事长召开紧急会议 坦言过去两天是集团史上最黑暗两天," November 5, 2020.

512. 星岛日报, "马已今服　金句井喷," November 5, 2020.

513. 星岛日报, "蚂蚁上市触礁 腾讯港交所亦受压 新经济股龙头捱沽 阿里巴巴急挫7.5%," November 5, 2020.

514. 中国产经信息数据库, "证监会：避免蚂蚁集团在监管政策环境发生重大变化的情况下仓促上市是对投资者和市场负责任的做法," November 5, 2020.

515. 中国产经信息数据库, "美年健康：阿里网络近期累计减持公司股份合计5399.3万股," November 5, 2020.

516. 联合新闻网即时新闻, "马云犯天条？蚂蚁上市喊卡，那些台面上没说的事！," November 5, 2020.

517. 中时电子报即时新闻, "天猫下架iPhone12 预告双11惊喜放大招," November 5, 2020.

518. 道琼斯中文通讯, "市场快讯：恒生科技股暴涨，港交所拟推以恒生科技指数为基础的期货及期权合约," November 5, 2020.

519. 澳门日报, "经济 - 蚂蚁或推迟半年重新上市," November 5, 2020.

520. 中国产经信息数据库, "阿里巴巴"5年2000亿美元进口计划"连续第二年提前完成," November 5, 2020.

521. 中时电子报即时新闻, "《港股》科技股、汽车股领涨 恒指狂升近3%," November 5, 2020.

522. 852邮报即时新闻, "林行止吁马云补偿股民兼勿再「妄议中央」 专制国度商人议政为大忌," November 5, 2020.

523. 道琼斯中文通讯, "阿里巴巴公布第二财季利润同比减少60% >BABA," November 5, 2020.

524. 道琼斯中文通讯, "阿里巴巴称利润受到了来自蚂蚁集团一次性利得影响 >BABA," November 5, 2020.

525. 道琼斯中文通讯, "阿里巴巴第二财季营收人民币1,551亿元 >BABA," November 5, 2020.

526. AM730, "(am730新闻) 【企业放榜】阿里巴巴次季少赚60%," November 5, 2020.

527. 道琼斯中文通讯, "MarketWatch 阿里巴巴业绩胜预期，但盘前股价仍下挫 >BABA," November 5, 2020.

528. 道琼斯中文通讯, "中概股简报 阿里巴巴2Q营收同比增长30%、净利润同比下滑60%," November 5, 2020.

529. 中时电子报即时新闻, "糗！陆点名监管互联网巨头 却意外爆出科技跟不上," November 5, 2020.

530. AM730, "(am730新闻) 【企业放榜】阿里巴巴次季少赚60% 经调整盈利涨44%胜预期," November 5, 2020.

531. 端传媒, "蚂蚁集团A+H上市暂缓，创始人马云面临来自监管机构的反击," November 5, 2020.

532. 道琼斯中文通讯, "Farfetch、阿里巴巴、历峰集团达成奢侈品行业数字化全球合作伙伴关系 >BABA FTCH," November 5, 2020.

533. 道琼斯中文通讯, "阿里巴巴将投资Farfetch中国新合资公司和Farfetch Ltd >FTCH BABA," November 5, 2020.

534. 道琼斯中文通讯, "Farfetch将在阿里巴巴的平台、天猫Luxury Pavilion和Luxury Soho上推出奢侈品购物渠道 >FTCH BABA," November 5, 2020.

535. 道琼斯中文通讯, "阿里巴巴和历峰将分别向Farfetch发行的私人可转换债券投资3亿美元 >BABA FTCH," November 5, 2020.

536. 道琼斯中文通讯, "阿里巴巴和历峰也将分别向Farfetch China投资2.5亿美元 >FTCH BABA," November 5, 2020.

537. 中时电子报即时新闻, "2020富比世中国大陆富豪榜 陆增幅超美三倍、马云三连霸," November 5, 2020.

538. 联合新闻网即时新闻, "富比世中国富豪榜出炉 马云蝉联首富," November 5, 2020.

539. 工商时报, "蚂蚁重新上市 恐等半年
先前在市场募集资金将会退还；马云财富一夕蒸发30亿美元，成亚洲首富梦破碎," November 5, 2020.

540. AM730, "(am730新闻) 【福布斯富豪榜】马云连续3年成中国首富 蚂蚁10股东上榜," November 5, 2020.

541. 道琼斯中文通讯, "市场快讯：阿里财报胜预期、但美股大跌，上交所将审慎处理蚂蚁后续IPO,"
November 5, 2020.

542. 道琼斯中文通讯,
"阿里巴巴(9988.HK)第二财季业绩胜预期，但前夜美股逆市大跌，继续受到蚂蚁集团IPO暂停拖累，料
损股价。," November 5, 2020.

543. 道琼斯中文通讯, "市场快讯：阿里财报胜预期、但美股大跌，上交所将审慎处理蚂蚁后续IPO,"
November 5, 2020.

544. 道琼斯中文通讯, "蚂蚁集团IPO暂停后，阿里巴巴评估监管变化对业务影响 >BABA," November 5, 2020.

545. 道琼斯中文通讯, "重发 蚂蚁集团IPO暂停后，阿里巴巴评估监管变化对业务影响 >BABA," November 5,
2020.

546. 道琼斯中文通讯, "市场快讯 美年健康可能成为蚂蚁集团IPO暂停的意外受害者 - 大和," November 5,
2020.

547. 道琼斯中文通讯, "市场快讯 美年健康可能成为蚂蚁集团IPO暂停的意外受害者 - 大和," November 5,
2020.

548. 大公报, "阿里连续第二年完成进口目标," November 6, 2020.

549. 大公报, "妥善处理/阿里季赚470亿增44% ADR反跌半成," November 6, 2020.

550. 香港经济日报, "疫下海外品牌 加快进驻内地电商," November 6, 2020.

551. 香港经济日报, "习：入口22万亿美元 跨境电商黄金期," November 6, 2020.

552. 香港经济日报, "阿里上季盈利增44%胜预期 惟美股价软; 张勇：积极评估金融科技监管变化
对业务影响," November 6, 2020.

553. 信报, "阿里上季经调整纯利增44%胜预期," November 6, 2020.

554. 信报, "阿里进口目标 连续两年超额完成," November 6, 2020.

555. 工商时报, "阿里Q3财报 净利跌六成
美股开盘一度大跌4%，阿里：各项业务收入与关键指标仍维持高速成长," November 6, 2020.

556. 自由时报, "《观察笔记》老大," November 6, 2020.

557. 明报, "阿里非通用会计纯利增四成 上季云收入升六成 下财年料转亏为盈," November 6, 2020.

558. AM730, "(am730新闻) 审计密探CIA: Bittermelon - 陆金所赴美上市匪夷所思," November 6, 2020.

559. AM730, "(am730新闻) 康庄大道: 区丽庄 - 从蚂蚁上市学到的教训," November 6, 2020.

560. 联合早报, "蚂蚁集团要"慢慢爬"," November 6, 2020.

561. 星岛日报, "淘宝改版辟客源 特价版覆盖广 阿里季赚471亿胜预期 云计算料半年扭亏," November 6, 2020.

562. 星岛日报, "中国蚁灾," November 6, 2020.

563. 星岛日报, "蚂蚁上市触礁 张勇：因应监管变化," November 6, 2020.

564. 中国产经信息数据库, "阿里巴巴Q2财报：集团营收增长30%," November 6, 2020.

565. 中国产经信息数据库, "阿里巴巴：9月中国零售市场移动月活跃用户达8.81亿," November 6, 2020.

566. 中国产经信息数据库, "阿里巴巴：中国零售市场年度活跃消费者达7.57亿," November 6, 2020.

567. 中国产经信息数据库, "阿里宣布与历峰集团共同投资奢侈品电商平台FARFETCH," November 6, 2020.

568. 中国产经信息数据库, "阿里联合马来西亚机场宣布：eWTP菜鸟超级枢纽上线运行," November 6, 2020.

569. 中国产经信息数据库, "证监会：已要求有关主体确保蚂蚁集团退款工作平稳有序开展," November 6, 2020.

570. 中国产经信息数据库, "阿里张勇：我们会继续坚持内需消费、云计算和大数据、全球化三大战略," November 6, 2020.

571. 中国产经信息数据库, "证监会新闻发言人就蚂蚁集团暂缓上市答记者问," November 6, 2020.

572. 中时电子报即时新闻, "阿里合夥历峰 砸11亿美元投资名牌电商Farfetch," November 6, 2020.

573. 中时电子报即时新闻, "恒指开高54点 阿里巴巴股价今早开低4%," November 6, 2020.

574. 道琼斯中文通讯, "市场快讯 阿里巴巴的新业务看起来发展稳健 - 富瑞金融," November 6, 2020.

575. 道琼斯中文通讯, "阿里巴巴、历峰和Farfetch建立战略合作伙伴关系，推进奢侈品行业的数字化进程," November 6, 2020.

576. 中时电子报即时新闻, "金可10月营收创单月同比新高 第四季获利能力可期," November 6, 2020.

577. 道琼斯中文通讯, "交银国际将阿里巴巴目标价从373美元上调至375美元," November 6, 2020.

578. 道琼斯中文通讯, "更正:阿里巴巴、历峰和Farfetch建立战略合作伙伴关系，推进奢侈品行业的数字化进程," November 6, 2020.

579. 中时电子报即时新闻, "《生医股》金可10月营收冲今年新高 年增率转正," November 6, 2020.

580. 道琼斯中文通讯, "市场快讯 阿里巴巴或在第三财季保持快速增长 - 交银国际 >BABA," November 6, 2020.

581. 道琼斯中文通讯, "市场快讯 香港恒指收涨0.1%，个股涨跌互见," November 6, 2020.

582. 中国产经信息数据库, "山西国企数字化转型高峰论坛在杭州举办," November 6, 2020.

583. 中国产经信息数据库, "阿里与历峰集团将向Farfetch中国投资5亿美元," November 6, 2020.

584. 中国产经信息数据库, "阿里发布Q2财报：文娱营收增长8%，优酷会员同比增长45%," November 6, 2020.

585. 中国产经信息数据库, "线上红利逐渐消退获客成本逐年增加数字化赋能传统商超转型加速," November 6, 2020.

586. 澳门日报, "经济 - 上交所：发行人与主承销商决定," November 6, 2020.

587. 道琼斯中文通讯, "市场快讯 阿里巴巴或在第三财季保持快速增长 - 交银国际 >BABA," November 6, 2020.

588. 道琼斯中文通讯, "历峰集团股价大涨，受上半年利润超预期及与阿里巴巴合作提振 >CFRUY BABA," November 6, 2020.

589. 道琼斯中文通讯, "市场快讯 香港恒指收涨0.1%，个股涨跌互见," November 6, 2020.

590. 道琼斯中文通讯, "中概股简报 理想汽车致歉 召回10469辆理想ONE 约占累计销量一半," November 6, 2020.

591. 道琼斯中文通讯, "Raymond James将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从335.00美元下调至330.00美元," November 6, 2020.

592. 道琼斯中文通讯, "Raymond James将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在强烈建议买进," November 6, 2020.

593. 道琼斯中文通讯, "Farfetch在获得11.5亿美元投资后股价大涨 >FTCH BABA CFRUY," November 6, 2020.

594. 道琼斯中文通讯, "瑞银将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在买进," November 6, 2020.

595. 道琼斯中文通讯, "瑞银将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从330.00美元上调至340.00美元," November 6, 2020.

596. 明报, "马云连续3年膺《福布斯》中国首富 身家4377亿人币," November 6, 2020.

597. 工商时报, "富比世中国富豪榜 马云又称霸," November 6, 2020.

598. 大公报, "马云身家大增72% 蝉联中国首富," November 6, 2020.

599. AM730, "(am730新闻) 福布斯富豪 蚂蚁集团10人上榜 马云连续3年成中国首富," November 6, 2020.

600. 旺报, "马云三夺陆首富 蚂蚁10股东进榜," November 6, 2020.

601. 信报, "马云连续三年膺中国首富," November 6, 2020.

602. 香港经济日报, "淘宝直播带货 面临监管新规," November 7, 2020.

603. 香港经济日报, "憧憬「双11」效应 券商续唱好阿里," November 7, 2020.

604. 香港经济日报, "民行坐享其成 中央规管网贷," November 7, 2020.

605. 大公报, "阿里增长引擎多 最牛上望380元," November 7, 2020.

606. 大公报, "智在必得/双11盛宴将至 阿里动力足\张智威," November 7, 2020.

607. 信报, "蚂蚁触礁 竞争对手乘势而起," November 7, 2020.

608. 信报, "阿里夥历峰86亿投资Farfetch," November 7, 2020.

609. 信报, "阿里或卖产套现 注资蚂蚁符新规," November 7, 2020.

610. 工商时报, "阿里、历峰砸11亿美元 合攻奢侈品电商市场," November 7, 2020.

611. 工商时报, "《社论》蚂蚁集团上市风波与后续效应," November 7, 2020.

612. 联合早报, "驯"马"记," November 7, 2020.

613. 星岛日报, "五只配售蚂蚁基金　申请将份额上市," November 7, 2020.

614. AM730, "(am730新闻) 【蚂蚁触礁】蚂蚁集团暂缓上市　陈家强：保护小股东做法正确," November 7, 2020.

615. 大公报, "财经观察 金融科技上市潮之三/估值紧箍咒\李灵修," November 8, 2020.

616. 自由时报, "一周大事（11月1日至7日）," November 8, 2020.

617. 自由时报, "蚂蚁上市被卡 中国难容大型民企," November 8, 2020.

618. 联合早报, "双11光棍节宅度假优惠," November 8, 2020.

619. 联合报, "街口到蚂蚁 金融创新与监理的冲撞," November 8, 2020.

620. 中时电子报即时新闻, "蚂蚁崛起竟靠日本人发明 无名工程师改变世界," November 8, 2020.

621. 道琼斯中文通讯, "市场快讯 香港股市涨1.4%，受科技和银行股提振," November 8, 2020.

622. 道琼斯中文通讯, "更新:快手科技申请香港IPO，计划筹资约50亿美元," November 8, 2020.

623. 道琼斯中文通讯, "市场快讯 香港股市涨1.4%，受科技和银行股提振," November 8, 2020.

624. 道琼斯中文通讯, "中国科技股大涨，此前媒体宣布拜登赢得美国大选," November 8, 2020.

625. 道琼斯中文通讯, "市场快讯：恒生科技股暴跌、恒指涨1%；新冠疫苗曙光初现、新旧经济走势分化," November 9, 2020.

626. 大公报, "如是我见/「蚂蚁」生变\阿 薯," November 9, 2020.

627. 大公报, "「十四五」寻宝之科技内需/科技结合内需概念 必拣美团阿里\大公报记者 李清心," November 9, 2020.

628. 大公报, "进退有道/云业务成阿里增长动力\王子森," November 9, 2020.

629. 香港经济日报, "阿里季绩对办 电商云业务续看好," November 9, 2020.

630. 旺报, "人行示警 勿玩钱生钱游戏 剑指蚂蚁集团小贷业务 大赚高利贷," November 9, 2020.

631. 明报, "何启聪：憧憬双十一购物节 留意阿里京东购证," November 9, 2020.

632. 明报, "谢绍荣：成也马云 败也马云？," November 9, 2020.

633. 明报, "瑞银亚洲：阿里巴巴博反弹 留意购证27659," November 9, 2020.

634. 联合早报, "热锅上的蚂蚁集团," November 9, 2020.

635. 中国产经信息数据库, "上汽阿里共创"天猫好车百亿补贴"," November 9, 2020.

636. 中国产经信息数据库, "富森美与阿里旗下"躺平智造"战略签约 布局家居产业C2M生态," November 9, 2020.

637. 中国产经信息数据库, "阿里巴巴成立数字科技公司，业务涉及集成电路芯片等," November 9, 2020.

638. 中国产经信息数据库, "第十三届"一带一路"生态农业与食品安全论坛举办," November 9, 2020.

639. 中国产经信息数据库, "证监会新闻发言人就蚂蚁集团决定退回A股认购资金答记者问," November 9, 2020.

640. AM730, "(am730新闻) 法证巴打: 黄集恩 - 阿里巴巴第三季季绩," November 9, 2020.

641. 星岛日报, "京投夥支付宝 拓小巴电子收费," November 9, 2020.

642. 中时电子报即时新闻, "拥抱大陆被蚂蚁IPO触礁打脸？达利欧反讥美监管单位黑历史," November 9, 2020.

643. 中时电子报即时新闻, "谢金河惊呼蚂蚁案不单纯 再爆超猛假设阴谋论," November 9, 2020.

644. 中时电子报即时新闻, "网家跨界延揽人才 瞄准投资台湾新创服务," November 9, 2020.

645. 澳门日报, "经济 - 美大选势掀诉讼 港股料波动," November 9, 2020.

646. 联合新闻网即时新闻, "阿里与历峰合作 斥资11亿美元投资名牌电商," November 9, 2020.

647. 中国产经信息数据库, "富森美牵手阿里躺平智造 布局C2M生态," November 9, 2020.

648. 中国产经信息数据库, "上汽集团与阿里巴巴集团达成新零售战略合作," November 9, 2020.

649. 中国产经信息数据库, "AR、AI美妆为新零售全渠道赋能," November 9, 2020.

650. 中国产经信息数据库, "蚂蚁集团暂缓上市影响几何," November 9, 2020.

651. 中国产经信息数据库, "蚂蚁集团A股H股暂缓上市," November 9, 2020.

652. 中国产经信息数据库, "金融科技监管环境发生变化 蚂蚁集团上市按下"暂缓键"," November 9, 2020.

653. 道琼斯中文通讯, "市场快讯 香港股市上涨1.2%，科技股领涨," November 9, 2020.

654. 道琼斯中文通讯, "市场快讯 香港股市上涨1.2%，科技股领涨," November 9, 2020.

655. 中时电子报即时新闻, "马云惨了！蚂蚁集团IPO被踩急煞 估值最高暴跌4兆," November 9, 2020.

656. 道琼斯中文通讯, "中概股简报 腾讯(0700.HK)再创新高，市场对第三季度业绩预期乐观," November 9, 2020.

657. 端传媒, "蚂蚁上市折戟——「不合时宜」的马云，是如何引火烧身的？," November 9, 2020.

658. 香港经济日报, "历峰集团攻华 夥阿里投资Farfetch," November 10, 2020.

659. 工商时报, ""《学者观点》蚂蚁问题在于竞争与监管," November 10, 2020.

660. 工商时报, "耐斯进驻天猫 撬开新蓝海," November 10, 2020.

661. 明报, "周显：马云非失言 纯粹发牢骚," November 10, 2020.

662. AM730, "(am730新闻) 保持乐观心态 为复苏做好准备 康泰迈向55周年 带你领略精彩世界," November 10, 2020.

663. 联合报, "电支条例修正 将比支付宝开放; 可提高国内非现金支付比重 但商家意愿及消费者习惯是瓶颈," November 10, 2020.

664. 联合早报, "蚂蚁集团的长征," November 10, 2020.

665. 星岛日报, "阿里商业平台新夥伴 塑胶闭环再造," November 10, 2020.

666. 中国产经信息数据库, "阿里巴巴在广东成立新公司，经营范围含"区块链技术相关软件和服务"," November 10, 2020.

667. 中国产经信息数据库, "天猫双11首波评价排行尾款人最满意物流与折扣," November 10, 2020.

668. 中国产经信息数据库, "增收易、增利难 三季报凸显云厂商困局," November 10, 2020.

669. 道琼斯中文通讯, "市场快讯：内地互联网巨头集体暴跌；平台经济领域反垄断指南征求意见," November 10, 2020.

670. 中国产经信息数据库, "优酷原总裁杨伟东受贿案宣判，受贿855万被判7年," November 10, 2020.

671. 道琼斯中文通讯, "股闻天下 软银在科技股热潮中华丽翻盘," November 10, 2020.

672. 道琼斯中文通讯, "市场快讯：内地互联网巨头集体暴跌；平台经济领域反垄断指南征求意见," November 10, 2020.

673. 道琼斯中文通讯, "内地互联网巨头集体暴跌，除了前夜纳指急挫带来拖累外，平台经济领域反垄断征求意见稿发布，亦引来获利抛售。," November 10, 2020.

674. 道琼斯中文通讯, "市场快讯 香港股市收盘涨1.1%，周期性股票重获青睐," November 10, 2020.

675. 道琼斯中文通讯, "市场快讯 香港股市收盘涨1.1%，周期性股票重获青睐," November 10, 2020.

676. 道琼斯中文通讯, "中概股简报 内地互联网巨头在香港市场暴跌 平台经济领域反垄断指南征求意见," November 10, 2020.

677. 道琼斯中文通讯, "市场快讯：互联网巨头或续跌，报称线上经济全方位监管体系即将形成," November 10, 2020.

678. 道琼斯中文通讯, "阿里巴巴股价跌6.9%，报256.40港元；京东股价跌5.9%，报310.80港元," November 10, 2020.

679. 道琼斯中文通讯, "科技股下挫令香港恒生指数承压," November 10, 2020.

680. 道琼斯中文通讯, "市场快讯 香港股市下跌0.1%，受科技股拖累," November 10, 2020.

681. 道琼斯中文通讯, "更新：中国准备推出针对国内在线平台的反垄断规定," November 10, 2020.

682. 道琼斯中文通讯, "香港科技股扩大跌势，此前中国考虑对在线平台实施反垄断新规," November 10, 2020.

683. 道琼斯中文通讯, "阿里巴巴股价跌7.8%，京东跌7.1%，腾讯跌5.0%," November 10, 2020.

684. 道琼斯中文通讯, "市场快讯 香港股市下跌0.1%，受科技股拖累," November 10, 2020.

685. 道琼斯中文通讯, "市场快讯 中国考虑出台在线平台反垄断规定，科技股大跌," November 10, 2020.

686. 香港经济日报, "阿里股权异动 软银部署沽货？," November 11, 2020.

687. 大公报, "专题分析/中国科技发展与生活素质\将军澳香岛中学通识教育科科主任 吴壁坚," November 11, 2020.

688. 大公报, "人与岁月/「蚂蚁」煞停\凡 心," November 11, 2020.

689. 中时电子报即时新闻, "大陆双11网购节凌晨开跑 订单高峰每秒达58.3万笔," November 11, 2020.

690. 工商时报, "马化腾卸任财付通法定代表人," November 11, 2020.

691. 工商时报, "陆亮反垄断大刀 剑指互联网
**揭露四大重点**，电商巨头股价大跌，阿里港股跌5.1%、美团跌10.5%," November 11, 2020.

692. 工商时报, "《陆港观盘》蚂蚁的稳妥创新、拥抱监管之路," November 11, 2020.
693. 中时电子报即时新闻, "天猫「双11」半小时成交3723亿人币," November 11, 2020.
694. 明报, "中央拟打击网上垄断 ATMX重挫 双十一前夕出招 阿里ADR再挫半成," November 11, 2020.†

695. 明报, "疫下「双十一」促销多提早开始," November 11, 2020.
696. 中时电子报即时新闻, "天猫「双11」半小时成交3723亿人民币," November 11, 2020.
697. 星岛日报, "传软银搬货来港伺机估阿里," November 11, 2020.
698. 中国产经信息数据库, "万亿休闲零食行业双十一谁将是最后的赢家？," November 11, 2020.

699. 中国产经信息数据库, "福建福鼎：推动白茶产业融合发展," November 11, 2020.
700. 中时电子报即时新闻, "双11买起来！每秒58万笔订单、销售额爆涨2千亿," November 11, 2020.

701. 中时电子报即时新闻, "天猫双11好惊人 半小时成交额突破3723亿人民币," November 11, 2020.

702. 中时电子报即时新闻, "恒生指数跌7点 阿里巴巴重挫8%," November 11, 2020.
703. 中时电子报即时新闻, "《金融》陈(冲)：蚂蚁不上市 见微早知著," November 11, 2020.
704. 中时电子报即时新闻, "陈冲：蚂蚁不上市 见微早知著," November 11, 2020.
705. AM730, "(am730新闻) 恒指中午跌20点　滙控再升阿里巴巴再挫近9%," November 11, 2020.

706. 道琼斯中文通讯, "市场快讯 中国考虑出台在线平台反垄断规定，科技股大跌," November 11, 2020.

707. 澳门日报, "要闻 - 天猫双十一每秒近六十万笔订单," November 11, 2020.
708. 联合新闻网即时新闻, "陈冲：蚂蚁不能上市非一朝一夕 见微早知著," November 11, 2020.
709. 联合新闻网即时新闻, "陈冲：蚂蚁不上市非一朝一夕 早见微知著," November 11, 2020.
710. 中时电子报即时新闻, "连股价都在打折 陆「双11」概念股跌," November 11, 2020.
711. 中时电子报即时新闻, "阿里巴巴双11 逾340个品牌成交额突破人民币1亿元," November 11, 2020.

712. 中时电子报即时新闻, "阿里巴巴新招节能 陆若全面采用年省1座三峡大坝发电量," November 11, 2020.

713. 道琼斯中文通讯, "阿里巴巴H股创上市以来最大跌幅," November 11, 2020.
714. 道琼斯中文通讯, "阿里巴巴H股最新下跌9.4%，报249.60港元," November 11, 2020.
715. 道琼斯中文通讯, "阿里巴巴H股遭遇2019年11月上市以来最大跌幅," November 11, 2020.
716. 道琼斯中文通讯, "阿里巴巴H股收盘下跌9.8%，至248.40港元," November 11, 2020.
717. 中国产经信息数据库, ""双十一"商标纷争，阿里京东分别起诉国家知识产权局," November 11, 2020.

718. 中国产经信息数据库, "税惠"工具包" 助战"双十一"," November 11, 2020.
719. 中国产经信息数据库, "代餐食品要扎稳自己的根," November 11, 2020.
720. 中国产经信息数据库, "深圳人上支付宝搜"辣"暴增650%," November 11, 2020.
721. 道琼斯中文通讯, "市场快讯 科技股大跌拖累香港恒生指数走低," November 11, 2020.
722. 中时电子报即时新闻, "恒生指数收跌0.28% 阿里巴巴重挫9.8%," November 11, 2020.
723. 道琼斯中文通讯, "市场快讯 科技股大跌拖累香港恒生指数走低," November 11, 2020.
724. 中时电子报即时新闻, "阿里影业 停止股份于新交所买卖," November 11, 2020.
725. 联合新闻网即时新闻, "反垄断政策一出阿里大跌9.4% 陆电商股迎黑色双11," November 11, 2020.

726. AM730, "(am730新闻) 恒指全日跌74点 阿里跌9.9%创港上市最大跌幅," November 11, 2020.

727. 道琼斯中文通讯, "中概股简报 报称中国线上经济全方位监管体系即将形成 ATMJ两日共蒸发近2万亿," November 11, 2020.
728. 中时电子报即时新闻, "马云狂言害蚂蚁IPO梦碎 达里欧却喊支持北京严管市场," November 11, 2020.

729. 道琼斯中文通讯, "阿里巴巴"双11"总成交额创纪录 >BABA," November 11, 2020.

730. 道琼斯中文通讯, "阿里巴巴：2020年双11全球购物节总成交额为人民币4,982亿元，合741亿美元 >BABA," November 11, 2020.

731. 道琼斯中文通讯, "阿里巴巴：逾470个参与品牌在11天的活动中销售额超过人民币1亿元 >BABA," November 11, 2020.

732. 道琼斯中文通讯, "MarketWatch 阿里巴巴今年双11总交易额突破740亿美元，增长26% >BABA," November 11, 2020.

733. 道琼斯中文通讯, "市场快讯 香港股市上涨0.6%，科技和制药类股领涨," November 11, 2020.

734. 道琼斯中文通讯, "蚂蚁集团上市被暂缓后，"蚂蚁战配基金"允许投资者申请退出," November 11, 2020.

735. 道琼斯中文通讯, "市场快讯：电商巨头集体反弹，推动恒生科技指数涨4%," November 11, 2020.

736. 道琼斯中文通讯, "市场快讯 香港股市上涨0.6%，科技和制药类股领涨," November 11, 2020.

737. 道琼斯中文通讯, "股闻天下 中国加入全球遏制科技巨头的战役," November 11, 2020.

738. 道琼斯中文通讯, "深度：阿里巴巴"双十一"总成交额创纪录 >BABA," November 11, 2020.

739. 香港经济日报, "阿里「双11」期间 录4982亿人币成交; 电商平台成交纷创纪录 阿里美股价早段反弹," November 12, 2020.

740. 香港经济日报, "科网股真转势 抑技术性调整？," November 12, 2020.

741. 香港经济日报, "平台垄断受打压 旧经济内银得益," November 12, 2020.

742. 大公报, "阿里Put轮涨4倍 每手赚510元," November 12, 2020.

743. 大公报, "阿里首开腔：发展伴随国策 欢迎新规," November 12, 2020.

744. 中时电子报即时新闻, "苏宁易购双十一战报 11天线上订单量增长75%," November 12, 2020.

745. 信报, "阿里加长版双11成交4982亿," November 12, 2020.

746. 工商时报, "反垄断缠身 新经济股急泻 阿里巴巴、京东双11新高成交额未能拉动股价，双双跌逾9%," November 12, 2020.

747. 旺报, "陆双11出手严打 电商股价跳水 祭反垄断指南加强监管 概念股巨头连重挫," November 12, 2020.

748. 自由时报, "中国监管压顶 电商5巨头市值狂泻," November 12, 2020.

749. 自由时报, "财经观测站》「中」字头护驾蚂蚁," November 12, 2020.

750. 明报, "阿里：内地反垄断非针对公司 指「二选一」是伪命题 大摩料网购外卖影响最大," November 12, 2020.

751. 星岛日报, "ATMXJ市值跌万亿 「北水」逆市扫货 科网小股灾两日泻11% 阿里「双11」挫近一成," November 12, 2020.

752. 中时电子报即时新闻, "李小加：阿里纳入港股通只是时间问题," November 12, 2020.

753. AM730, "(am730新闻) 恒指半日跌104点 腾讯阿里巴巴回升," November 12, 2020.

754. 道琼斯中文通讯, "市场快讯 中国公布在线平台反垄断指南是监管收紧的强烈信号," November 12, 2020.

755. 澳门日报, "经济 - 阿里：配合国家政策监管," November 12, 2020.

756. 澳门日报, "经济 - 阿里："双十一"助力内循环双循环," November 12, 2020.

757. 道琼斯中文通讯, "市场快讯 双十一购物节料推动中国包裹发货量加速增长 - 汇丰," November 12, 2020.

758. 道琼斯中文通讯, "市场快讯 中国针对在线平台的反垄断规定或削弱电商公司盈利能力 - 花旗," November 12, 2020.

759. 道琼斯中文通讯, "市场快讯 中国针对在线平台的反垄断规定或削弱电商公司盈利能力 - 花旗," November 12, 2020.

760. 中时电子报即时新闻, "双11破纪录 阿里巴巴、京东吸金3兆 却有2颗未爆弹," November 12, 2020.

761. 道琼斯中文通讯, "中概股简报 小鹏汽车发布上市后首份季报 亏损扩大但毛利率首次转正," November 12, 2020.

762. 道琼斯中文通讯, "热门股预告 阿里巴巴"双十一"总成交额创纪录 >BABA," November 12, 2020.

763. 中国网, "双11红蜻蜓GMV突破8亿 同比增长111%," November 12, 2020.

764. 联合早报, "祭出反垄断把翅膀长硬电商关回笼," November 22, 2020.

765. 澳门日报, "经济- 阿里财务强健逢低吸纳好时机," November 23, 2020.

766. 中时电子报即时新闻, "中时新闻网-国际,政治圈,制定反垄断审查陆平台经济告别野蛮生长," December 4, 2020.

767. 道琼斯中文通讯, "市场快讯：恒生科技指数跌1.1%, 互联网巨头利空消息频现、股价承压," December 17, 2020.

768. 道琼斯中文通讯, "恒生科技指数跌1.1%, 互联网巨头利空消息频现，股价承压。," December 17, 2020.

769. 道琼斯中文通讯, "市场快讯：汽车股普遍反弹，东风汽车等四股涨停," December 17, 2020.

770. 道琼斯中文通讯, "市场快讯：恒生科技指数跌1.1%, 互联网巨头利空消息频现、股价承压," December 17, 2020.

771. 中国产经信息数据库,
"网络货运平台企业基本上是以物流和供应链公司为主，哪物流公司与供应链公司的区别是什么？," December 18, 2020.

772. 中时电子报即时新闻, "回应监管 蚂蚁下架互联网存款产品," December 18, 2020.

773. 中国产经信息数据库, "阿里巴巴迅犀（杭州）数字科技有限公司注册资本增至5000万美元," December 18, 2020.

774. 中国产经信息数据库, "蚂蚁下架互联网存款产品 仅对已购买产品用户可见," December 18, 2020.

775. 道琼斯中文通讯, "市场快讯 香港股市收跌0.7%, 受科技和金融股拖累," December 18, 2020.

776. 中时电子报即时新闻, "传陆中央调查组进驻阿里巴巴 学者：马云处境越来越糟," December 18, 2020.

777. 道琼斯中文通讯, "市场快讯 香港股市收跌0.7%, 受科技和金融股拖累," December 18, 2020.

778. 联合新闻网即时新闻, "突发！蚂蚁集团网路存款产品全面下架," December 18, 2020.

779. 中时电子报即时新闻, "传陆中央调查组进驻 阿里巴巴否认," December 18, 2020.

780. 联合新闻网即时新闻, "继华为后 纽时：阿里开发侦测维吾尔人工具," December 18, 2020.

781. 道琼斯中文通讯, "中概股简报 阿里辟谣联合调查组进驻 绝不能容忍纯粹的捏造," December 18, 2020.

782. 联合新闻网即时新闻, "联合调查组进驻？阿里巴巴辟谣 称究责谣言," December 18, 2020.

783. 道琼斯中文通讯, "古驰将在阿里巴巴的中国奢侈品平台开设两家网店 >BABA," December 18, 2020.

784. 道琼斯中文通讯, "市场快讯 特朗普签署针对中国上市公司的法案," December 18, 2020.

785. 大公报, "主动配合/存款产品下架 蚂蚁：落实监管要求\大公报记者 李洁仪," December 19, 2020.

786. 大公报, "中环絮语/Gucci进驻天猫 卖时尚美妆精品," December 19, 2020.

787. 香港经济日报, "监管大时代遍科网龙头 北水再净走资," December 19, 2020.

788. 香港经济日报, "阿里健康可收集 綫上医疗潜力大," December 19, 2020.

789. 信报, "蚂蚁遵规范 互联网存款下架," December 19, 2020.

790. 信报, "阿里否认人脸识别针对特定族群," December 19, 2020.

791. 工商时报, "监管紧箍咒 蚂蚁下架网路存款产品
人行定调存在风险，支付宝银行存款页面已无产品，其他平台也陆续撤下," December 19, 2020.

792. 明报, "人行狠批第三方存款产品 蚂蚁下架 百度称正处理京东未有动静 阿里股价一度急跌," December 19, 2020.

793. 明报, "人脸辨识标注维族人 阿里：已删功能," December 19, 2020.

794. 中时电子报即时新闻, "头条揭密》马云湖畔大学叫停「办黄埔军校有问过蒋校长吗？」," December 19, 2020.

795. 联合报, "支付宝下架所有网路存款产品," December 19, 2020.

796. 星岛日报, "蚂蚁互联网存款产品下架," December 19, 2020.

797. 中时电子报即时新闻, "卖公仔市值近4千亿 这家潮玩店卖赢乐高、Line," December 19, 2020.

798. 中时电子报即时新闻, "川普签署法案 阿里巴巴等陆企面临被纽交所摘牌威胁," December 20, 2020.

799. 联合新闻网即时新闻, "继蚂蚁之后 京东、百度、腾讯均下架网路存款产品," December 20, 2020.

800. 澳门日报, "经济 - 阿里：澳门百店解决电商营运痛点," December 20, 2020.

801. AM730, "(am730新闻)【企业抽水】阜博折让7.5% 向蚂蚁配股," December 20, 2020.

802. 道琼斯中文通讯,
"市场快讯：中央经济工作会议提出强化反垄断和防止资本无序扩张，概念股或续承压," December 20, 2020.

803. 道琼斯中文通讯,
"中央经济工作会议提出强化反垄断和防止资本无序扩张，互联网巨头股价料继续承压。," December 20, 2020.

804. 道琼斯中文通讯,
"市场快讯：中央经济工作会议提出强化反垄断和防止资本无序扩张，概念股或续承压," December 20, 2020.

805. 道琼斯中文通讯, "深度：为安抚中国监管部门，马云曾提出把蚂蚁部分业务移交给政府," December 20, 2020.

806. 香港经济日报, "阿里健康 搭建新冠疫苗接种平台有睇头," December 21, 2020.

807. 大公报, "紧贴监管 腾讯京东撤存款产品," December 21, 2020.

808. 大公报, "大行分析/超市客急跌 高鑫目标价降至6元," December 21, 2020.

809. 信报, "阜博集团折让7.5% 向蚂蚁配股筹4亿," December 21, 2020.

810. 信报, "京东腾讯传下架网上存款," December 21, 2020.

811. 信报, "楼继伟暗指蚂蚁积聚巨大风险," December 21, 2020.

812. 信报, "资源股强势 内银阿里继续Put," December 21, 2020.

813. 工商时报, "跟着风向走 京东腾讯线上存款下架," December 21, 2020.

814. 工商时报, "防蚂蚁变巨兽 楼继伟给棍子
前财长公开喊话，别让金融平台「大到不能倒」，应限制合作银行数," December 21, 2020.

815. 旺报, "建议可限制与单一平台合作 防数据平台独大 楼继伟剑指蚂蚁," December 21, 2020.

816. 明报, "规管网上金融 百度腾讯产品下架 原财政部长：防范系统风险," December 21, 2020.

817. 联合报, "陆前财长：防金融平台「大而不能倒」；不点名批评蚂蚁集团 陆官员纷表态
预示新一轮严格监管到来," December 21, 2020.

818. 中国产经信息数据库,
"上汽集团旗下享道出行获得阿里、宁德时代3亿元战略投资，推出共享租车服务," December 21, 2020.

819. 中国产经信息数据库, "享道出行完成超3亿元A轮融资 阿里和宁德时代参投," December 21, 2020.

820. 中国产经信息数据库, "海口琼山举行数字乡村发展论坛暨精品网货标准发布会," December 21, 2020.

821. 中国产经信息数据库, "阿里等3家企业被罚 监管总局：向社会释放加强互联网反垄断信号," December 21, 2020.

822. 中国产经信息数据库, "支付宝下架互联网存款产品，其他平台意欲何为？," December 21, 2020.

823. 中时电子报即时新闻, "换取上市！传马云曾提出上缴部分蚂蚁业务," December 21, 2020.

824. 联合新闻网即时新闻, "上市前挽救关系 外媒：马云传曾提出蚂蚁部分交予官方," December 21, 2020.

825. 中国产经信息数据库, "网易云音乐将与支付宝集五福活动延续新春单曲合作," December 21, 2020.

826. 中国产经信息数据库, "武汉抗疫纪念林落户长江岸边," December 21, 2020.

827. 道琼斯中文通讯, "中概股简报 百度腾讯携程陆金所平台互联网存款产品全下架," December 21, 2020.

828. 香港经济日报, "阿里技术转差 隐现头肩顶三角形态," December 22, 2020.

829. 香港经济日报, "高鑫背靠阿里 拓展生鲜电商," December 22, 2020.

830. 香港经济日报, "京明年修订反垄断法 料剑指科企巨头; 蚂蚁停上市前 传马云提部分业务交政府," December 22, 2020.

831. 信报, "马云传上缴业务 难挽救蚂蚁上市," December 22, 2020.

832. 中时电子报即时新闻, "头条揭密》整顿马云旗下金融商品 解除卡奴危机刻不容缓," December 22, 2020.

833. 工商时报, "批陆官方监管过严遭盯上，陆港两地IPO失利... 马云折腰？曾提部分蚂蚁给政府," December 22, 2020.

834. 明报, "马云据报曾主动提将蚂蚁部分交政府," December 22, 2020.

835. 明报, "人大将修反垄断法 防民企一家独大 阿里巴巴等3企业上周罚60万," December 22, 2020.

836. 星岛日报, "马云早前遭监管约谈 传提「上缴」蚂蚁部分业务," December 22, 2020.

837. 中国产经信息数据库, "上汽集团旗下享道出行获得阿里、宁德时代3亿元战略投资，推出共享租车服务," December 22, 2020.

838. 中国产经信息数据库, "居然之家布局数字化家居产业平台：拓展6大自营IP业务 未来5年年销售额超1500亿," December 22, 2020.

839. 中国产经信息数据库, "宁德时代、阿里巴巴或参与享道出行新一轮融资 总额约为3亿元," December 22, 2020.

840. 道琼斯中文通讯, "MarketWatch 今年中国在全球奢侈品市场份额增长近一倍," December 22, 2020.

841. 澳门日报, "经济 - 多个互联网平台急撤存款产品," December 22, 2020.

842. 道琼斯中文通讯, "市场快讯 更多奢侈品品牌将效仿古驰入住天猫平台 - 机构," December 22, 2020.

843. 道琼斯中文通讯, "中概股简报 1药网子公司完成Pre-IPO轮融资 估值人民币100亿元," December 22, 2020.

844. 端传媒, "为安抚中国监管部门，马云曾提出把蚂蚁部分业务移交给政府," December 22, 2020.

845. 道琼斯中文通讯, "中国市场监管机构要求国内科技巨头加强监督社区团购 >BABA PDD JD," December 22, 2020.

846. 道琼斯中文通讯, "市场快讯：阿里巴巴或跌，涉嫌垄断遭立案调查、一行两会等近日将约谈蚂蚁集团," December 23, 2020.

847. 道琼斯中文通讯, "中国监管机构对阿里巴巴展开反垄断调查 - 官方媒体," December 23, 2020.

848. 道琼斯中文通讯, "中国监管机构还约谈了蚂蚁集团，讨论监管、竞争和消费者权益问题 - 官方媒体," December 23, 2020.

849. 道琼斯中文通讯, "更新：蚂蚁集团调降中国部分年轻用户的信贷额度," December 23, 2020.

850. 道琼斯中文通讯, "阿里巴巴香港上市股票下跌，受中国反垄断调查消息拖累," December 23, 2020.

851. 道琼斯中文通讯, "阿里巴巴跌6.7%，至231.80港元," December 23, 2020.

852. 道琼斯中文通讯, "软银集团下跌，因此前阿里巴巴股价下跌," December 23, 2020.

853. 道琼斯中文通讯, "市场快讯 香港股市下滑0.4%；恒指或缺乏上行动能," December 23, 2020.

854. 道琼斯中文通讯, "股闻天下 中国网购食杂被赋予政治色彩," December 23, 2020.

855. 道琼斯中文通讯, "中国监管部门对阿里巴巴展开反垄断调查 >BABA," December 23, 2020.

856. 道琼斯中文通讯, "市场快讯 香港股市下滑0.4%；恒指或缺乏上行动能," December 23, 2020.

857. 道琼斯中文通讯, "阿里巴巴：收到中国监管机构反垄断调查通知," December 23, 2020.

858. 道琼斯中文通讯, "阿里巴巴：将 "积极配合 "监管部门调查," December 23, 2020.

859. 道琼斯中文通讯, "阿里巴巴：业务运营仍正常," December 23, 2020.

860. 道琼斯中文通讯, "市场快讯：阿里巴巴涉嫌垄断遭立案调查暴跌近9%，互联网平台巨头全线走低," December 23, 2020.

861. 道琼斯中文通讯, "更新：中国监管部门对阿里巴巴展开反垄断调查 >BABA," December 23, 2020.

862. 道琼斯中文通讯, "阿里巴巴承诺将配合中国监管机构的反垄断调查 >BABA," December 23, 2020.

863. 道琼斯中文通讯, "市场快讯 阿里巴巴被调查可能凸显监管不确定性," December 23, 2020.

864. 道琼斯中文通讯, "市场快讯 香港恒指收涨0.2%，出口商类股领涨," December 23, 2020.

865. 法新社, "中国监管单位宣布 立案调查阿里巴巴垄断," December 23, 2020.

866. 道琼斯中文通讯, "香港时间1100-1300重要消息," December 23, 2020.

867. 大公报, "焦头烂额/基金人忙于道歉退款," December 24, 2020.

868. 大公报, "蚂蚁上市事件簿," December 24, 2020.

869. 大公报, "未来之路/分拆上市？「马」已经服," December 24, 2020.

870. 大公报, "经济透视/热锅上的蚂蚁：一场失落的财富盛宴," December 24, 2020.

871. 信报, "恒大阿里旗下恒宝 回购股份撤新三板," December 24, 2020.

872. 信报, "花呗降部分年轻户信贷额," December 24, 2020.

873. 工商时报, "严防垄断 社区团购九不得
市场监督管理总局订新规，要求阿里、腾讯等六家网路平台遵守," December 24, 2020.

874. 旺报, "反垄断再出手 6家网路巨头遭约谈 陆祭社区购九不得 剑指阿里腾讯," December 24, 2020.

875. 明报, "蚂蚁花呗信贷收紧 称鼓励年轻人理性消费," December 24, 2020.

876. 星岛日报, "八拆优惠 至三月底 港版支付宝付款 地铁下月中通行," December 24, 2020.

877. 中国产经信息数据库,
"上汽集团旗下享道出行获得阿里、宁德时代3亿元战略投资，推出共享租车服务," December 24, 2020.

878. 联合新闻网即时新闻, "阿里巴巴传遭中国当局反垄断调查 美股盘后重挫逾3%," December 24, 2020.

879. 联合新闻网即时新闻, "中国人民银行等四部门 近日约谈蚂蚁集团," December 24, 2020.

880. AM730, "(am730新闻) 遭内地市监局调查 阿里巴巴股价曾挫近8%," December 24, 2020.

881. AM730, "(am730新闻) 市监局对阿里巴巴涉垄断立案调查," December 24, 2020.

882. 中时电子报即时新闻, "遭陆监管单位立案调查 阿里巴巴暴跌逾6%," December 24, 2020.

883. 中时电子报即时新闻, "阿里巴巴遭立案调查 中国：促平台经济健康发展," December 24, 2020.

884. 中时电子报即时新闻, "《港股》阿里巴巴捅到马蜂窝 午前一度重挫近8%," December 24, 2020.

885. 联合新闻网即时新闻, "两大利空消息来袭 阿里系股价重挫," December 24, 2020.
886. AM730, "(am730新闻) 恒指半日升43点 阿里跌8%瑞声升7.1%," December 24, 2020.
887. 道琼斯中文通讯, "市场快讯 阿里巴巴被调查可能凸显监管不确定性," December 24, 2020.
888. 中时电子报即时新闻, "港股早盘转涨 阿里系股价重伤," December 24, 2020.
889. 道琼斯中文通讯, "市场快讯 香港恒指收涨0.2%，出口商类股领涨," December 24, 2020.
890. 中时电子报即时新闻, "阿里巴巴**涉**垄断行为 陆监管机构正式立案调查," December 24, 2020.

891. 852邮报即时新闻, "阿里巴巴遭市场监管总局调查垄断行为　《彭博》：马云被劝留在中国," December 24, 2020.

892. 法新社, "阿里巴巴**涉**垄断 中国立案调查," December 24, 2020.
893. 道琼斯中文通讯, "更新2 阿里巴巴和蚂蚁集团面临中国监管整顿," December 24, 2020.
894. 道琼斯中文通讯, "市场快讯 阿里巴巴遭遇反垄断调查可能打击中国互联网板块的人气," December 24, 2020.

895. 中国产经信息数据库, "市场监管总局依法对阿里巴巴集团涉嫌垄断行为立案调查," December 24, 2020.

896. 中国产经信息数据库, "猿辅导获马云旗下云锋基金3亿美元投资，今年融资35亿美元," December 24, 2020.
897. 道琼斯中文通讯, "阿里巴巴跌幅扩大，反垄断调查令投资者感到不安," December 24, 2020.

898. 中时电子报即时新闻, "陆反垄断剑指网企 蚂蚁独董胡祖六：若针对民企将成悲剧," December 24, 2020.

899. 联合新闻网即时新闻, "蚂蚁约谈官方发文不足百字 陆媒：释放3强烈信号," December 24, 2020.

900. 中时电子报即时新闻, "Porsche于欧洲扩大汽车线上贩售服务," December 24, 2020.
901. 道琼斯中文通讯, "MarketWatch 阿里巴巴盘前下挫，开盘料步入熊市区域 >BABA," December 24, 2020.

902. 道琼斯中文通讯, "中概股简报 阿里巴巴**涉嫌**垄断遭立案调查，其港股暴跌超8%," December 24, 2020.

903. 道琼斯中文通讯, "热门股预告 中国监管部门对阿里巴巴展开反垄断调查 >BABA," December 24, 2020.

904. 道琼斯中文通讯, "MarketWatch 美国股市**开**盘小幅上涨," December 24, 2020.
905. 中时电子报即时新闻, "平安夜脱欧送大礼 道琼指数开盘小涨 阿里美股狂**泻**11%," December 24, 2020.

906. 道琼斯中文通讯, "MarketWatch 阿里巴巴股价大跌，或创上市来最大单日跌幅 >BABA," December 24, 2020.
907. 端传媒, "**晚**报：阿里巴巴涉「二选一」等垄断行为，中国国家市场监管总局立案调查," December 24, 2020.
908. 道琼斯中文通讯, "美国股市收盘小幅走高，本周涨跌互现," December 24, 2020.
909. 道琼斯中文通讯, "ADR下跌，阿里巴巴大跌 >BABA," December 24, 2020.
910. 道琼斯中文通讯, "市场快讯：电商股或续跌，市场监管总局两节将加强监管、阿里巴巴美股暴跌13%," December 24, 2020.

911. 道琼斯中文通讯, "股闻天下 阿里和蚂蚁双双面临政府监管整顿，这个圣诞"礼物"不太好！>BABA," December 24, 2020.

912. 道琼斯中文通讯, "深度:中国启动反垄断调查后，阿里巴巴卖家投诉的"二选一"做法成为焦点," December 24, 2020.

913. 香港经济日报, "二次约谈蚂蚁 资本整风维稳并重," December 25, 2020.
914. 香港经济日报, "蚂蚁再被约谈 央视：非遏平台经济发展," December 25, 2020.
915. 香港经济日报, "金融创新须监管 科网平台未脱险," December 25, 2020.
916. 香港经济日报, "阿里再遭监管开刀 反垄断手尾长," December 25, 2020.
917. 香港经济日报, "阿里涉垄断受查 160亿狠沽股价泻; 称业务正常 投资界：长綫仍看好," December 25, 2020.
918. 大公报, "央视：立规矩让平台经济走远走稳," December 25, 2020.
919. 大公报, "规范发展/阿里被立案调查 ADR泻17%见204元," December 25, 2020.
920. 大公报, "话你知/何谓「二选一」," December 25, 2020.
921. 大公报, "专家解读/剑指明星企业 料具震慑效果," December 25, 2020.
922. 大公报, "马云身家单日缩水150亿," December 25, 2020.
923. 环球时报, "多国对科技巨头加强反垄断监管," December 25, 2020.
924. 信报, "反垄断是福报," December 25, 2020.
925. 信报, "纳指新高倒跌 阿里重创20元," December 25, 2020.
926. 信报, "中型网企受惠反垄断 低买优质龙头," December 25, 2020.
927. 信报, "反垄断调查 阿里港泻8%美再跌," December 25, 2020.†
928. 信报, "阿里正式被查 网雄营运大变," December 25, 2020.
929. 信报, "中央加强监管 阿里飞不出掌控," December 25, 2020.
930. 信报, ""马云疲劳" 损估值 减持阿里避风头," December 25, 2020.
931. 工商时报, "陆高压监管 阿里再遭反垄断调查
二选一商业行为惹祸，蚂蚁将被二度约谈；双面夹击，「阿里系」股价应声重挫," December 25, 2020.

932. 工商时报, "昔日官方宠儿，今成头号箭靶 马云 就此从云端坠落？," December 25, 2020.
933. 工商时报, "《观念平台》大陆严格监管平台经济的省思," December 25, 2020.
934. 旺报, "马云系太过庞大 当局无法坐视," December 25, 2020.
935. 旺报, "陆反垄断 指向马云 跨部会调查阿里巴巴 网路巨头荣景不再," December 25, 2020.
936. 旺报, "严惩网路平台二选一 跨部会执法动起来 陆反垄断开铡 阿里巴巴遭调查," December 25, 2020.

937. 自由时报, "中追杀马云 排查垄断、二度约谈," December 25, 2020.
938. 明报, "内地立案查垄断 阿里股价插8% 蚂蚁遭二次约谈 市监总局：元旦加强价格监管," December 25, 2020.
939. 联合报, "阿里市值 一天蒸发逾四千亿港元," December 25, 2020.
940. 联合报, "阿里巴巴涉垄断 再遭立案调查; 陆4部门也将对蚂蚁集团二次约谈 阿里：业务一切正常," December 25, 2020.
941. 联合早报, "可能涉及市场垄断中国监管部门调查阿里约谈蚂蚁," December 25, 2020.
942. 联合早报, "学者：当局如何拿捏垄断标准成焦点接下来或有更多互联网巨头被调查," December 25, 2020.

943. 星岛日报, "股价暴泻8%　马云身家半日蒸发150亿 阿里涉垄断遭中监局调查," December 25, 2020.†

944. 联合新闻网即时新闻, "遭垄断调查后 阿里巴巴ADR创最深跌幅," December 25, 2020.
945. 中国产经信息数据库, "金融管理部门将于近日约谈蚂蚁集团," December 25, 2020.
946. 中国产经信息数据库, "加强反垄断监管是为了更好发展," December 25, 2020.
947. 中国产经信息数据库, "风沙吹尽始见金：为什么它们入列15大双跨平台？," December 25, 2020.

948. 中时电子报即时新闻, "人民日报再评阿里巴巴涉嫌垄断被查
实现平台经济更加规范更有活力更高品质发展," December 25, 2020.

949. 中时电子报即时新闻, "阿里惊魂夜遭大屠杀 谢金河：新华社曝一张照 马云不妙了," December 25, 2020.

950. 联合新闻网即时新闻, "阿里巴巴股价重挫…软银也遭殃 持股蒸发逾220亿美元," December 25, 2020.

951. 中时电子报即时新闻, "人民日报再评阿里巴巴垄断被调查 中概股惨遭清洗," December 25, 2020.

952. 道琼斯中文通讯, "市场快讯：电商股疲软，传阿里系商家元旦后补缴电商税、但阿里方面否认,"
December 25, 2020.

953. 澳门日报, "要闻 - 阿里**涉**垄断被查," December 25, 2020.

954. 澳门日报, "要闻 - 蚂蚁集团遭二次约谈," December 25, 2020.

955. 联合新闻网即时新闻, "阿里巴巴被查 胡锡进补枪：它垄断是真实的," December 25, 2020.

956. 中国产经信息数据库, "市场监管总局依法对阿里巴巴集团涉嫌垄断行为立案调查," December 25, 2020.

957. 中时电子报即时新闻, "头条揭密》蚂蚁金服退出 新网贷业者瓜分市场瞄准底层民众," December 26,
2020.

958. 中时电子报即时新闻, "头条揭密》蚂蚁金服退出 新网贷业者瓜分市场瞄准底层民众," December 26,
2020.

959. 大公报, "一沉百踩/2400亿狂沽阿里ADR 200元受考验\大公报记者 许临," December 26, 2020.

960. 大公报, "累积名气回流香港," December 26, 2020.

961. 大公报, "话你知/阿里罚金最高可达500亿," December 26, 2020.

962. 自由时报, "传马云骂习畜生 遭整肃祭旗," December 26, 2020.

963. 明报, "阿里美股收跌13% 单日最大跌幅 折合较港股再挫6% 拼多多受惠弹一成," December 26, 2020.†

964. 星岛日报, "正义驹信口不雌黄," December 26, 2020.

965. 星岛日报, "浙江书记谈反垄断：一枝独秀不是春," December 26, 2020.

966. 星岛日报, "内地股市低**开高收** 深成指重上14000点 阿里在美急**泻**13%," December 26, 2020.

967. 中国网, "中国人民银行副行长潘功胜就金融管理部门约谈蚂蚁集团有关情况答记者问," December 26,
2020.

968. 工商时报, "全球最大IPO卡**关** 蚂蚁集团董事长井贤栋 勇当救火队长," December 27, 2020.

969. 自由时报, "中国积极反垄断 去年「进帐」13.7亿," December 27, 2020.

970. 明报, "阿里总部浙江省 省委书记支持反垄断," December 27, 2020.

971. 联合早报, "艺人直播带货," December 27, 2020.

972. 联合新闻网即时新闻, "蚂蚁集团被约谈 陆央行开炮：藐视监管要求、违规套利," December 27, 2020.

973. 中时电子报即时新闻, "监管约谈蚂蚁集团 要求5点整改," December 27, 2020.

974. AM730, "(am730新闻)【蚂蚁受查】内地监管当局昨约谈蚂蚁 提5整改要求," December 27, 2020.

975. 中时电子报即时新闻, "阿里**涉嫌**垄断调查结束 若属实恐面临巨额罚款," December 27, 2020.

976. 联合新闻网即时新闻, "约谈蚂蚁集团后 陆央行提5点整改要求," December 27, 2020.

977. 中时电子报即时新闻, "陆理财销售新规 支付宝等第三方平台不得代销," December 27, 2020.

978. 中时电子报即时新闻, "蚂蚁集团成立整改组 承诺两不加、两不降," December 27, 2020.

979. 联合新闻网即时新闻, "昨被约谈 蚂蚁集团今宣布：设「整改工作组」落实要求," December 27, 2020.

980. AM730, "(am730新闻) 【巨头受查】内地监管当局昨约谈蚂蚁 提5整改要求," December 27, 2020.

981. 中时电子报即时新闻, "阿里股价暴跌拼多多大涨 网民狂酸：马云反正对钱没兴趣," December 27, 2020.

982. 中时电子报即时新闻, "曾志超》蚂蚁变巨兽 陆出手整顿," December 27, 2020.

983. 道琼斯中文通讯, "阿里巴巴将股票回购计划规模提升至100亿美元 >BABA," December 27, 2020.

984. 道琼斯中文通讯, "阿里巴巴原股票回购规模60亿美元," December 27, 2020.

985. 道琼斯中文通讯, "阿里巴巴股份回购计划有效期两年，至2022年底," December 27, 2020.

986. 道琼斯中文通讯, "阿里巴巴本季度启动股票回购计划," December 27, 2020.

987. 道琼斯中文通讯, "市场快讯：阿里巴巴料续跌；蚂蚁集团被列出多宗重大问题、多项业务面临调整," December 27, 2020.

988. 道琼斯中文通讯, "市场快讯：中国股市料偏强震荡；外围上涨，且两会时间确定、刑法修正案亦正式通过," December 27, 2020.

989. 道琼斯中文通讯, "香港上市科技股开盘走低，阿里巴巴跌3.9%," December 27, 2020.

990. 道琼斯中文通讯, "阿里巴巴下跌4.0%，美团跌3.3%，腾讯下跌3.1%," December 27, 2020.

991. 道琼斯中文通讯, "市场快讯 恒生指数跌0.4%，科技股下挫," December 27, 2020.

992. 道琼斯中文通讯, "深度：中国要求蚂蚁集团回归支付本源," December 27, 2020.

993. 道琼斯中文通讯, "恒生科技指数连续第二天大跌，继宣布对阿里巴巴启动反垄断调查后，监管又对该公司进行现场检查，并列出蚂蚁集团多宗重大问题，责令其调整多项业务，威震各大互联网巨头。," December 27, 2020.

994. 道琼斯中文通讯, "市场快讯：恒生科技指数连续第二天大跌，阿里巴巴和美团均跌近5%," December 27, 2020.

995. 道琼斯中文通讯, "市场快讯 恒生指数跌0.4%，科技股下挫," December 27, 2020.

996. 道琼斯中文通讯, "市场快讯：恒生科技指数连续第二天大跌，阿里巴巴和美团均跌近5%," December 27, 2020.

997. 道琼斯中文通讯, "MarketWatch 阿里巴巴将股份回购计划增至100亿美元，但股价仍下跌 >BABA," December 27, 2020.

998. 道琼斯中文通讯, "香港时间1100-1300重要消息," December 27, 2020.

999. 香港经济日报, "磨刀霍霍向阿里," December 28, 2020.

1000. 香港经济日报, "蚂蚁二次约谈整改 回归支付本源; 个人徵信业务需持牌 设金融控股确保资本充足," December 28, 2020.

1001. 香港经济日报, "阿里系恐临大额罚款 盈利模式或变," December 28, 2020.

1002. 大公报, "蚂蚁落实整改要求 贷款业务势受影响," December 28, 2020.

1003. 大公报, "涉垄断现场调查结束 阿里积极配合," December 28, 2020.

1004. 大公报, "智在必得/阿里遭调查 股价恐跌穿200元\张智威," December 28, 2020.

1005. 信报, ""「双节」受累疫情势挫消费," December 28, 2020.

1006. 信报, "蚂蚁藐视监管 遭勒令5大整改," December 28, 2020.

1007. 信报, "市监总局进驻阿里完成取证," December 28, 2020.

1008. 工商时报, "针对性强 对网路平台挥大刀 阿里巴巴 高度监管上身," December 28, 2020.

1009. 工商时报, "人行控蚂蚁四大罪 阿里巴巴也遭殃，恐面临天价罚款," December 28, 2020.

1010. 旺报, "指存在多项违规 要求尽快制定方案并实施 人行再约谈蚂蚁 提5大改革要求," December 28, 2020.

1011. 工商时报, ""《专家传真》新经济浪潮与传统的反扑," December 28, 2020.

1012. 自由时报, "中金监二度约谈 蚂蚁低头整改," December 28, 2020.

1013. 明报, "人行下令蚂蚁5整改 回归支付本源 副行长斥藐视监管 蚂蚁：全面落实约谈要求," December 28, 2020.

1014. 明报, "阿里ADR较港跌5.7% 今恐穿200元," December 28, 2020.

1015. 明报, "阿里涉垄断案 市场监管局完成调查," December 28, 2020.

1016. 明报, "张兆聪：阿里巴巴当头跌 不急于捞底," December 28, 2020.

1017. AM730, "(am730新闻) 外围再泻6% 蚂蚁五整改 阿里续寻底," December 28, 2020.

1018. AM730, "(am730新闻) 观微集: 胡雪姬 - 阿里又如何," December 28, 2020.

1019. 联合报, "阿里峰回路转 蚂蚁绝处逢生; 如何「融入国家发展大局」成最大悬念 也是北京最高关切," December 28, 2020.

1020. 联合报, "蚂蚁集团被要求5大整改; 治理不全、漠视法律 藐视监管、违规套利," December 28, 2020.

1021. 联合早报, "指存在"违规监管套利"等问题中国监管部门向蚂蚁提出五业务整改要求," December 28, 2020.

1022. 星岛日报, "进驻总部调查完成　监管部门向蚂蚁提五项整改 阿里倘证垄断 最重恐罚510亿," December 28, 2020.

1023. 星岛日报, "中国查网企巨头有国际意义," December 28, 2020.

1024. 中国产经信息数据库, "阿里巴巴：增加股份回购计划总额至100亿美元," December 28, 2020.

1025. 中国产经信息数据库, "央行：对蚂蚁集团提出了重点业务领域的整改要求," December 28, 2020.

1026. 中国产经信息数据库, "蚂蚁集团：将积极对照和落实监管要求 已立即着手制定整改方案和工作时间表," December 28, 2020.

1027. 中国产经信息数据库, "中国人民银行副行长潘功胜就金融管理部门约谈蚂蚁集团有关情况答记者问," December 28, 2020.

1028. 联合新闻网即时新闻, "投资人美梦一场空？蚂蚁集团可能出现的3情境," December 28, 2020.

1029. 中时电子报即时新闻, "《港股》阿里巴巴再重挫 恒指涨国企跌," December 28, 2020.

1030. 联合新闻网即时新闻, "阿里巴巴股份回购 增至100亿美元," December 28, 2020.

1031. AM730, "(am730新闻) 恒指半日升4点 阿里巴巴跌7%," December 28, 2020.

1032. 澳门日报, "要闻 - 蚂蚁集团存四大问题," December 28, 2020.

1033. 澳门日报, "要闻 - 蚂蚁集团成立整改工作组," December 28, 2020.

1034. 端传媒, "早报：中国金管部门指蚂蚁集团「藐视监管」，蚂蚁宣布整改," December 28, 2020.

1035. 澳门日报, "经济 - 墨菲法则港股发威 阿里短期难涨," December 28, 2020.

1036. 澳门日报, "要闻 - 浙：对阿里现场调查结束," December 28, 2020.

1037. 道琼斯中文通讯, "恒生科技指数跌幅扩大；阿里巴巴和美团进一步下挫," December 28, 2020.

1038. 道琼斯中文通讯, "恒生科技指数跌4.4%, 至7784.68点," December 28, 2020.

1039. 道琼斯中文通讯, "阿里巴巴下跌8.2%, 美团下跌6.9%," December 28, 2020.

1040. 道琼斯中文通讯, "MarketWatch 更新:阿里巴巴将股份回购计划增至100亿美元，但股价仍下跌 >BABA," December 28, 2020.

1041. 联合新闻网即时新闻, "拟删「361」制度？阿里巴巴后段10%员工可领年终奖金," December 28, 2020.

1042. 道琼斯中文通讯, "中国在线辅导初创公司作业帮完成E+轮16亿美元融资," December 28, 2020.

1043. 中国产经信息数据库, "阿里巴巴、上汽集团等投资成立汽车科技公司 注册资本100亿," December 28, 2020.

1044. 中国产经信息数据库, "调查组进驻阿里巴巴现场调查全部结束," December 28, 2020.

1045. 中国产经信息数据库, "阿里巴巴、上汽集团等投资成立汽车科技公司，注册资本100亿元," December 28, 2020.

1046. 中国产经信息数据库, "阿里巴巴达摩院发布2021十大科技趋势," December 28, 2020.

1047. 中国产经信息数据库, "享道出行完成超3亿元A轮融资 阿里、宁德时代参投," December 28, 2020.

1048. 中国产经信息数据库, "喜茶携手支付宝开启"消费捐"," December 28, 2020.

1049. 中国产经信息数据库, "阿里巴巴涉嫌垄断被立案调查," December 28, 2020.

1050. AM730, "(am730新闻) 【巨头受查】阿里6日泻19% 失万亿市值," December 28, 2020.

1051. AM730, "(am730新闻) 【巨头受查】阿里加码回购 股价曾挫近一成," December 28, 2020.

1052. 中时电子报即时新闻, "恒指收跌71点 阿里巴巴大跌8%," December 28, 2020.

1053. 中时电子报即时新闻, "《港股》科技大咖拉垮恒指 阿里巴巴暴跌近8%," December 28, 2020.

1054. 道琼斯中文通讯, "市场快讯 对于长线投资者而言，阿里巴巴买进机会或浮现 - 野村," December 28, 2020.

1055. 852邮报即时新闻, "当局结束对阿里巴巴现场调查 阿里今早公布增回购总额股价照跌近8%," December 28, 2020.

1056. 道琼斯中文通讯, "市场快讯 对于长线投资者而言，阿里巴巴买进机会或浮现 - 野村," December 28, 2020.

1057. 道琼斯中文通讯, "中概股简报 监管部门联合约谈蚂蚁集团，阿里巴巴和腾讯等大型科技股急挫," December 28, 2020.

1058. 中时电子报即时新闻, "马云企业被查 浙江专设阿里「亲橙办」黑胶袋套头被网民围观," December 28, 2020.

1059. 道琼斯中文通讯, "热门股预告 阿里巴巴将股份回购计划增至100亿美元，但股价仍下跌 >BABA," December 28, 2020.

1060. 道琼斯中文通讯, "阿里巴巴股价再度重挫，投资者重估互联网公司面临的监管风险," December 28, 2020.

1061. 道琼斯中文通讯, "更新:阿里巴巴股价再度重挫，投资者重估互联网公司面临的监管风险," December 28, 2020.

1062. 道琼斯中文通讯, "阿里巴巴H股开盘上涨，此前两个交易日股价因反垄断调查大跌," December 28, 2020.

1063. 道琼斯中文通讯, "阿里巴巴开盘涨2.95%，报216.20港元," December 28, 2020.

1064. 道琼斯中文通讯, "恒生科技指数开盘上涨1.45%，因阿里巴巴、腾讯反弹," December 28, 2020.

1065. 道琼斯中文通讯, "市场快讯 恒生指数开盘涨0.7%，科技股反弹," December 28, 2020.

1066. 道琼斯中文通讯, "恒生科技指数涨幅扩大，阿里巴巴和美团进一步上涨," December 28, 2020.

1067. 道琼斯中文通讯, "恒生科技指数上涨3.1%，报8038.34点," December 28, 2020.

1068. 道琼斯中文通讯, "阿里巴巴涨5.9%，美团涨3.9%，腾讯涨3.4%," December 28, 2020.

1069. 道琼斯中文通讯, "股闻天下 监管噩梦惊扰蚂蚁集团，其他中国科技巨头或难幸免," December 28, 2020.

1070. 道琼斯中文通讯, "市场快讯 恒生指数开盘涨0.7%，科技股反弹," December 28, 2020.

1071. 香港经济日报, "反垄断风暴 阿里蚂蚁影响有多大？," December 29, 2020.

1072. 香港经济日报, "科技股龙头受遏 转吼丘钛联想," December 29, 2020.

1073. 香港经济日报, "整顿科网平台 内银间接得益," December 29, 2020.

1074. 香港经济日报, "阿里软银参投 「作业帮」完成124亿融资," December 29, 2020.

1075. 香港经济日报, "阿里受查 野村：为明年更严监管奠基础," December 29, 2020.

1076. 香港经济日报, "71亿涌4新能源车股 五菱飈逾3成; 监管风暴ATMX齐挫 阿里蒸发全年升幅," December 29, 2020.

1077. 大公报, "风高浪急/基金□货避险 阿里浮8%六连跌," December 29, 2020.

1078. 大公报, "落实监管 蚂蚁未来的三个可能," December 29, 2020.

1079. 大公报, "阿里夥上汽进军新能源车," December 29, 2020.

1080. 环球时报, "阿里巴巴回购计划引关注," December 29, 2020.

1081. 信报, "阿里去留勿纠缠 分散注码迎大波动," December 29, 2020.

1082. 信报, "作业帮E+轮吸125亿 阿里软银参投," December 29, 2020.

1083. 信报, "强化反垄断 阿里手尾长," December 29, 2020.

1084. 信报, "阿里780亿加码回购 股照插8%," December 29, 2020.

1085. 信报, "阿里联手上汽集团 成立汽车科技公司," December 29, 2020.

1086. 信报, "科网发展临樽颈 基金换马电动车," December 29, 2020.

1087. 信报, "阿里250天线失守 恐试167元," December 29, 2020.

1088. 工商时报, "阿里、红杉出资 作业帮 E＋轮融资逾16亿美元," December 29, 2020.

1089. 工商时报, "阿里百亿救市 股价无力回天
盼提振市场信心，回购额从60亿增至100亿美元，股价仍跌近8%," December 29, 2020.

1090. 自由时报, "2个月市值蒸发7.9兆 阿里扩大回购护盘," December 29, 2020.

1091. 明报, "浙江银保监重申：银行不得藉第3方吸存款," December 29, 2020.

1092. 明报, "周显：阿里巴巴整顿后可翻身," December 29, 2020.

1093. 明报, "蚂蚁遭监管整改 阿里再挫8% 加码回购无助扭跌势 市值两日蒸发8300亿," December 29, 2020.

1094. 明报, "金曹：恒指准备突破 阿里低于222元值博," December 29, 2020.

1095. AM730, "(am730新闻) 专家搜罗: 罗尚沛 - 反垄断下的怪思乱想," December 29, 2020.

1096. AM730, "(am730新闻) 轮・证: 瑞银 - 阿里受查股价向下 短线操作购证," December 29, 2020.

1097. AM730, "(am730新闻) 谈财经: 胡孟青 - 社会主义挂帅 市场经济借歪," December 29, 2020.

1098. AM730, "(am730新闻) 阿里连泻6日 失万亿市值," December 29, 2020.

1099. 联合早报, "分析：被令"回归支付本源"蚂蚁整改高利润信贷增长将受限," December 29, 2020.

1100. 联合早报, "六只股单日市值共蒸发1675亿元"政策市"令港大型科技网络股暴跌," December 29, 2020.

1101. 星岛日报, "阿里上汽合资公司    发展汽车科技," December 29, 2020.

1102. 星岛日报, "科指断崖式下跌 腾讯美团同受累 内地反垄断震散科网股 阿里加码回购仍插8%," December 29, 2020.

1103. 中时电子报即时新闻, "陆加强监管只是阵痛 华尔街看好阿里巴巴2021年反弹," December 29, 2020.

1104. 道琼斯中文通讯,
"继前夜美股企稳后，阿里巴巴港股今日明显反弹6.3%，并带动互联网巨头们集团走高，连续两日大跌的恒生科技指数亦快速反弹3%。," December 29, 2020.

1105. 道琼斯中文通讯, "市场快讯：阿里巴巴反弹超6%；近两月来港股和美股均累跌超三成," December 29, 2020.

1106. 澳门日报, "经济 - 阿里单日市值蒸发近四千亿," December 29, 2020.

1107. 道琼斯中文通讯, "蚂蚁集团拟将金融部门并入控股公司 -报道," December 29, 2020.

1108. 道琼斯中文通讯, "市场快讯：阿里巴巴反弹超6%；近两月来港股和美股均累跌超三成," December 29, 2020.

1109. 联合新闻网即时新闻, "彭博：蚂蚁拟设金融控股公司 接受类似银行监管," December 29, 2020.

1110. 道琼斯中文通讯, "香港时间1300-1500重要消息," December 29, 2020.

1111. 中时电子报即时新闻, "蚂蚁传拟设金融控股公司 接受类银行业监管," December 29, 2020.

1112. 联合新闻网即时新闻, "蚂蚁传拟设金融控股公司 接受类似银行监管," December 29, 2020.

1113. 中国产经信息数据库, "技术赋能+多元共治，阿里知产保护模式获国家知识产权局推广," December 29, 2020.

1114. 中国产经信息数据库, "第二批52家证券信息技术系统服务机构备案名单公布，蚂蚁财富入选," December 29, 2020.

1115. 道琼斯中文通讯, "市场快讯 香港股市收涨1.0%，中资科技股反弹," December 29, 2020.

1116. AM730, "(am730新闻)【巨头受查】蚂蚁传合并金融部门 接受银行式监管," December 29, 2020.

1117. 道琼斯中文通讯, "新闻回放 美国众议院批准将刺激支票金额提高至2,000美元，推翻特朗普对国防法案的否决," December 29, 2020.

1118. 中时电子报即时新闻, "《港股》港股收涨0.96% 特斯拉概念股消风," December 29, 2020.

1119. 道琼斯中文通讯, "市场快讯 香港股市收涨1.0%，中资科技股反弹," December 29, 2020.

1120. AM730, "(am730新闻)【罗尚沛专家短评】阿里大反弹 捞唔捞得过？," December 29, 2020.

1121. AM730, "(am730新闻)【港股收市】科指大反弹 阿里飙近6%," December 29, 2020.

1122. 道琼斯中文通讯, "中概股简报 阿里巴巴港股反弹近6% 带动互联网平台巨头集体走高," December 29, 2020.

1123. 中时电子报即时新闻, "人行：蚂蚁集团正制定设立金控公司方案," December 29, 2020.

1124. 道琼斯中文通讯, "北京方面寻求缩小马云的科技和金融帝国 - 消息," December 29, 2020.

1125. 道琼斯中文通讯, "马云的业务改革可能会让政府持有更多股份 - 消息," December 29, 2020.

1126. 道琼斯中文通讯, "马云的业务据称给小竞争对手带来了财务风险和威胁," December 29, 2020.

1127. 道琼斯中文通讯, "中国打算缩小马云的商业帝国," December 29, 2020.

1128. 道琼斯中文通讯, "中国早间财经简报 中国打算缩小马云的商业帝国," December 29, 2020.

1129. 香港经济日报, "马云任校长大学 外媒传禁止招生," April 10, 2021.

1130. 信报, "马云湖畔大学传暂停招生," April 10, 2021.

1131. 信报, "马云湖畔大学传暂停招生," April 10, 2021.

1132. 明报, "马云任校长 传湖畔大学禁招生," April 10, 2021.

1133. 明报, "路透：滴滴委投行安排美上市 集资780亿 阿里后中概股最大规模," April 10, 2021.

1134. 星岛日报, "现代东林学院 偏离共党路   马云杭州湖畔大学 传被官方叫停招生," April 10, 2021.

1135. 中时电子报即时新闻, "阿里巴巴实施「二选一」垄断 遭罚近791亿元," April 10, 2021.

1136. 中时电子报即时新闻, "惨吞790亿天价罚单后 阿里巴巴火速8字回应," April 10, 2021.

1137. 联合新闻网即时新闻, "「反垄断」开铡阿里吃782亿元罚单," April 10, 2021.

1138. 联合新闻网即时新闻, "「反垄断」重罚阿里 陆官媒评论：清理净化平台经济," April 10, 2021.

1139. 中时电子报即时新闻, "阿里巴巴涉垄断遭罚792亿 阿里：诚恳接受处罚," April 10, 2021.

1140. 联合新闻网即时新闻, "重罚下的阿里：坚决服从 将强化依法经营," April 10, 2021.

1141. AM730, "(am730新闻) 涉垄断被罚款182亿人民币   阿里巴巴：诚恳接受," April 10, 2021.

1142. 中时电子报即时新闻, "小电科技冲刺赴港上市 共用充电宝行业将迎第二家上市企业," April 10, 2021.

1143. 中时电子报即时新闻, "遭罚182亿人民币 阿里巴巴：将推出降低平台经营门槛措施," April 10, 2021.

1144. 联合新闻网即时新闻, "分析：782亿创反垄断史上最大罚款 阿里能否利空出尽," April 10, 2021.

1145. 852邮报即时新闻, "阿里巴巴**涉**垄断被罚216亿港元　《人民日报》：做法非否定平台经济作用," April 10, 2021.

1146. 联合新闻网即时新闻, "反垄断处罚后 阿里巴巴公**开信**：**新的起点**," April 10, 2021.

1147. 中时电子报即时新闻, "阿里巴巴**吞反**垄断天价罚款 陆官媒：扯袖子也是种爱护," April 10, 2021.

1148. 中时电子报即时新闻, "大陆开铡阿里巴巴近800亿罚款 网点名科技巨头：更该罚," April 10, 2021.

1149. 中时电子报即时新闻, "卢虹快评》阿里天价罚单的背后," April 10, 2021.

1150. 852邮报即时新闻, "谢伟俊不点名引雷鼎鸣「支付宝叫鸡」论　忧消费券变相促进色情业," April 10, 2021.

1151. 大公报, "不当手法/阿里强迫「二选一」 违者罚坐冷板櫈\大公报记者 倪巍晨报道," April 11, 2021.

1152. 大公报, "严正执法/反垄断头炮 阿里重罚182亿," April 11, 2021.

1153. 工商时报, "遭罚182亿人民币阿里：诚恳接受 大陆市监总局因反垄断法开出破纪录罚款，更要求连续3年提交自查合规报告," April 11, 2021.

1154. 工商时报, "阿里发公开信安抚军心 坦言面临前所未有挑战及机遇，本次重罚是警醒与鞭策...," April 11, 2021.

1155. 旺报, "马云旗下闲鱼遭约谈 湖畔大学招生喊卡," April 11, 2021.

1156. 旺报, "祭重罚 人民日报称扯袖子是爱护," April 11, 2021.

1157. 旺报, "回应市场监管总局：诚恳接受 坚决服从 反垄断开铡 阿里巴巴挨罚792亿," April 11, 2021.

1158. 自由时报, "中国重罚800亿 阿里巴巴「坚决服从」," April 11, 2021.

1159. 明报, "阿里「二选一」垄断 罚款216亿 等同一年销售额4% 分析：预期之内股价难大跌," April 11, 2021.

1160. 联合报, "互联网反垄断来临 阿里能否利空出尽？," April 11, 2021.

1161. 联合报, "阿里巴巴遭罚791亿 下一个腾讯？；大陆反垄断下重手 祭出天价罚款 阿里表态「坚决服从」," April 11, 2021.

1162. 联合报, "陆学者：反垄断执法 进入常态化," April 11, 2021.

1163. 联合早报, "阿里巴巴因垄断被罚逾180亿人民币学者：破纪录罚款显示中国政府对企业不手软," April 11, 2021.

1164. 星岛日报, "金额破纪录　市监总局责令停止违法行为　阿里遭「重击」　**涉**垄断罚216亿," April 11, 2021.

1165. 澳门日报, "要闻 - 阿里被罚逾二百亿元," April 11, 2021.

1166. 中时电子报即时新闻, "阿里巴巴天价罚金破纪录 大陆平台巨头锉咧等," April 11, 2021.

1167. 中时电子报即时新闻, "时论广场》阿里成反垄断祭旗（白德华）," April 11, 2021.

1168. 道琼斯中文通讯, "深度:阿里巴巴被中国监管机构处以28亿美元反垄断罚款 >BABA," April 11, 2021.

1169. 道琼斯中文通讯, "市场快讯： 阿里巴巴(9988.HK)"二选一"垄断行为遭重罚，平台巨头们料将受打击," April 11, 2021.

1170. 道琼斯中文通讯, "阿里巴巴H股**开**盘涨5.5%，报230.00港元，此前该公司被中国监管机构处以28亿美元反垄断罚款," April 11, 2021.

1171. 道琼斯中文通讯, "市场快讯：惩罚落地后阿里巴巴急涨8%，但其他互联网巨头普跌," April 11, 2021.

1172. 道琼斯中文通讯, "阿里巴巴(9988.HK)"二选一"垄断行为惩罚落地，股价逆市急涨8%，据腾讯科技，阿里巴巴董事局主席兼CEO张勇表示，预计监管部门的反垄断处罚不会造成重大影响。," April 11, 2021.

1173. 道琼斯中文通讯, "市场快讯：其余平台股下跌、美团急跌5%；报称监管正扩充人手，加大打击垄断力度," April 11, 2021.

1174. 道琼斯中文通讯, "市场快讯 香港股市下跌，恒指短期可能缺少刺激因素," April 11, 2021.

1175. 道琼斯中文通讯, "市场快讯：惩罚落地后阿里巴巴急涨8%，但其他互联网巨头普跌," April 11, 2021.

1176. 道琼斯中文通讯, "阿里巴巴港股价格上涨，创纪录的28亿美元罚款影响可控＞BABA," April 11, 2021.

1177. 道琼斯中文通讯, "更新:阿里巴巴港股价格上涨，创纪录的28亿美元罚款影响可控＞BABA," April 11, 2021.

1178. 道琼斯中文通讯, "市场快讯 香港股市下跌，恒指短期可能缺少刺激因素," April 11, 2021.

1179. 道琼斯中文通讯, "市场快讯 阿里巴巴反垄断罚金影响或可控，野村维持其ADR买入评级和目标价＞BABA," April 11, 2021.

1180. 香港经济日报, "专家料阿里利淡消散 股价短綫望反弹; 遭罚182亿人币 紧盯业务影响监管后续," April 12, 2021.

1181. 香港经济日报, "阿里巴巴受罚 监管风险二去其一," April 12, 2021.†

1182. 香港经济日报, "张勇：处罚是警醒鞭策 深刻认识责任," April 12, 2021.

1183. 大公报, "新闻背后/反垄断 新经济才能走得更远\卓 铭," April 12, 2021.

1184. 大公报, "横行偏软/罚单纾缓不明朗 阿里跌势可控," April 12, 2021.

1185. 大公报, "证券业对阿里巴巴分析," April 12, 2021.

1186. 大公报, "**开市前**举行投资者会议解画," April 12, 2021.

1187. 信报, "阿里祭旗碍气氛 港股续陷闷局," April 12, 2021.

1188. 信报, "阿里垄断遭重罚219亿 史上最严," April 12, 2021.

1189. 信报, "阿里明蚀实赚 字节最大赢家," April 12, 2021.

1190. 信报, "阿里余波 平台经济担惊受怕," April 12, 2021.

1191. 信报, "阿里受罚如悬刀 科网巨企估值寒," April 12, 2021.

1192. 工商时报, "大陆监管电商下重手 港股铩咧等 继阿里巴巴遭罚182.28亿元人民币后，外界担忧腾讯等恐也难逃," April 12, 2021.

1193. 工商时报, "陆反垄断 下波锁定房地产 阿里旗下平台闲鱼，涉公布违规租赁资讯遭约谈；58同城CEO举报对手贝壳找房垄断市场," April 12, 2021.

1194. 旺报, "谁是下一波 房产业者掀互咬 阿里巴巴遭重罚 马云消声," April 12, 2021.

1195. 自由时报, "中国追杀阿里巴巴后 传腾讯下个被铡," April 12, 2021.

1196. 明报, "何启聪：阿里淡仓增 熊证留意58714," April 12, 2021.

1197. AM730, "(am730新闻) 腾讯或成目标 不利科网股 阿里被重罚 短期恐受压," April 12, 2021.

1198. 联合早报, "阿里巴巴不再是快乐青年？," April 12, 2021.

1199. 星岛日报, "阿里重罚影响微 市场现关注美团 港股表现还看A股 今周料续窄幅波动," April 12, 2021.

1200. 星岛日报, "重罚杀鸡儆猴　阿里整改棘手," April 12, 2021.

1201. 中国产经信息数据库, "阿里巴巴集团被罚182.28亿元," April 12, 2021.

1202. 中国产经信息数据库, "中国信通院召**开首批数据安全治理能力**评审会," April 12, 2021.

1203. 中国产经信息数据库, "阿里巴巴：将继续出台一系列降平台经营门槛、减平台经营成本的措施," April 12, 2021.

1204. 中国产经信息数据库, "青岛能源牵手阿里云，深度合作数字化转型," April 12, 2021.

1205. 中时电子报即时新闻, "利空出尽 阿里巴巴港股开高5.5%," April 12, 2021.

1206. 中时电子报即时新闻, "利空出尽加张勇喊话 阿里股价逆势狂飙," April 12, 2021.

1207. 联合新闻网即时新闻, "遭重罚后利空出尽？阿里巴巴港股急升9%," April 12, 2021.

1208. AM730, "(am730新闻) 阿里巴巴｜无计划就处罚上诉　料罚款不会造成重大影响," April 12, 2021.

1209. 道琼斯中文通讯, "香港时间1100-1300重要消息," April 12, 2021.

1210. 中时电子报即时新闻, "恒指午盘跌0.98% 阿里逆势涨7%," April 12, 2021.

1211. 联合新闻网即时新闻, "阿里巴巴：没计划就处罚上诉 罚款将反映于上季业绩," April 12, 2021.

1212. 联合新闻网即时新闻, "调查告一段落？阿里巴巴：不知与反垄断有关的其他调查," April 12, 2021.

1213. 中时电子报即时新闻, "792亿罚款算轻放？阿里巴巴秒跪原因曝光," April 12, 2021.

1214. 道琼斯中文通讯, "遭反垄断处罚后，阿里巴巴承诺降低收费为平台商户提供支持 >BABA," April 12, 2021.

1215. 香港经济日报, "阿里外资股东 为何「搬仓」来港[更正]," April 12, 2021.

1216. 道琼斯中文通讯, "市场快讯 遭遇创纪录反垄断罚款后，阿里巴巴监管不确定因素似消除 - 机构," April 12, 2021.

1217. 中国产经信息数据库, "促进平台经济领域民营企业健康发展 社论," April 12, 2021.

1218. 中国产经信息数据库, ""革自己的命"：云转型浪潮下的众生相," April 12, 2021.

1219. 中国产经信息数据库, "市场监管总局依法对阿里巴巴集团控股有限公司在中国境内网络零售平台服务市场实施"二选一"垄断行为作出行政处罚," April 12, 2021.

1220. 中国产经信息数据库, "阿里巴巴集团回应处罚诚恳接受坚决服从," April 12, 2021.

1221. 道琼斯中文通讯, "市场快讯 香港股市收跌0.9%，吉利和中资科技巨头领跌," April 12, 2021.

1222. 中时电子报即时新闻, "阿里巴巴挨天价罚款 在美盘前股价不跌反涨," April 12, 2021.

1223. 中时电子报即时新闻, "《港股》网路科技股压垮恒指 阿里逆涨," April 12, 2021.

1224. 中时电子报即时新闻, "恒指收跌0.86% 阿里涨7% 瑞声科技涨13%," April 12, 2021.

1225. 道琼斯中文通讯, "市场快讯 香港股市收跌0.9%，吉利和中资科技巨头领跌," April 12, 2021.

1226. AM730, "(am730新闻) 港股收市｜恒指跌245点 阿里逆市扬6.5%," April 12, 2021.

1227. 道琼斯中文通讯, "市场快讯 阿里巴巴取消排他性措施的负面影响有限 - 机构," April 12, 2021.

1228. 道琼斯中文通讯, "中国央行、银行证券和外汇监管机构周一召集蚂蚁集团开会," April 12, 2021.

1229. 道琼斯中文通讯, "Keybanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在增持," April 12, 2021.

1230. 道琼斯中文通讯, "Keybanc将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从315.00美元下调至305.00美元," April 12, 2021.

1231. 道琼斯中文通讯, "中国央行表示，蚂蚁集团已经制定了一项全面、可行的整改计划," April 12, 2021.

1232. 道琼斯中文通讯, "中国央行称，蚂蚁集团将申请成为一家金融控股公司," April 12, 2021.

1233. 道琼斯中文通讯, "蚂蚁集团申设为受中国央行监管的金融控股公司," April 12, 2021.

1234. 中时电子报即时新闻, "人行等四部委今再约谈蚂蚁 要求限缩余额宝、花呗等金融产品," April 12, 2021.

1235. 道琼斯中文通讯, "Raymond James将阿里巴巴集团控股有限公司(简称 阿里巴巴)评级维持在强烈建议买进," April 12, 2021.

1236. 道琼斯中文通讯, "Raymond James将阿里巴巴集团控股有限公司(简称 阿里巴巴)目标价从350.00美元下调至330.00美元," April 12, 2021.

1237. 中时电子报即时新闻, "蚂蚁集团再遭约谈 要求五大整改方向," April 12, 2021.

1238. 道琼斯中文通讯, "中概股简报 阿里巴巴垄断处罚靴子落地，港股疾弹6.5%，其余平台巨头下跌," April 12, 2021.

1239. 852邮报即时新闻, "阿里巴巴旗下蚂蚁集团再被约谈　促设金融控股公司接受监管," April 12, 2021.

1240. 道琼斯中文通讯, "热门股预告 阿里巴巴被中国监管机构处以28亿美元反垄断罚款 >BABA," April 12, 2021.

1241. 端传媒, "从年轻人偶像到「最不稳定因素」：反垄断案背后的马云，如何一步步走到今天？," April 12, 2021.

1242. 道琼斯中文通讯, "MarketWatch 阿里巴巴遭处反垄断罚款，股价有望创下近四年来最大单日涨幅 >BABA," April 12, 2021.

1243. 道琼斯中文通讯, "ADR收盘大多数走低，阿里巴巴上涨 >BABA," April 12, 2021.

1244. 明报, "消费券经4电子平台派 商户免安装费 包括八达通支付宝微信Tap&Go 专家：难杜绝「套现」[更正]," April 12, 2021.

1245. 道琼斯中文通讯, "市场快讯： 阿里巴巴或续弹，蚂蚁集团整改方案出炉、将整体申设金融控股公司," April 12, 2021.

1246. 道琼斯中文通讯, "阿里巴巴H股上涨，此前蚂蚁集团遵从政府要求全面整改业务," April 12, 2021.

1247. 道琼斯中文通讯, "阿里巴巴H股开盘涨3.4%，报240港元," April 12, 2021.

1248. 道琼斯中文通讯, "市场快讯 香港恒指上涨0.4%；本交易日可能盘整," April 12, 2021.

1249. 道琼斯中文通讯, "股闻天下 接巨额罚单后阿里巴巴股价反涨，但阴云尚未消散 >BABA," April 12, 2021.

1250. 道琼斯中文通讯, "更新:蚂蚁集团遵从政府要求，全面整改业务," April 12, 2021.

1251. 道琼斯中文通讯, "市场快讯 香港恒指上涨0.4%；本交易日可能盘整," April 12, 2021.

1252. 道琼斯中文通讯, "阿里巴巴被处以反垄断罚款后改进对商户的态度 - ESG Insight >BABA," April 12, 2021.

1253. 晴报, "阿里被重罚 科网股陷监管阴霾 港股沽压未消险守100天綫," April 13, 2021.

1254. 香港经济日报, "阿里投资气氛改善 重新聚焦基本面," April 13, 2021.

1255. 香港经济日报, "阿里劲弹似翻盘 炒家急拆长短仓," April 13, 2021.

1256. 香港经济日报, "蚂蚁5大方面整改 监管阴霾续消; 整体设金控公司 花呗借呗断支付宝不当连接," April 13, 2021.

1257. 大公报, "新闻分析/凿开巨企「流量围墙」 促竞争利发展\李清心," April 13, 2021.

1258. 大公报, "有序发展/官方再约谈蚂蚁 列五大整改要求," April 13, 2021.

1259. 大公报, "阿里称未涉其他垄断调查 股价升6.5%," April 13, 2021.

1260. 信报, "整改陆续有来 新经济股震汤," April 13, 2021.

1261. 信报, "道指新高遇阻力 阿里被罚逆市升," April 13, 2021.

1262. 信报, "阿里破财挡灾 股价逆市弹7%," April 13, 2021.

1263. 信报, "蚂蚁落实五大整改 申设金控公司," April 13, 2021.

1264. 工商时报, "人行三度约谈蚂蚁 促加速分拆金融业务," April 13, 2021.

1265. 工商时报, "阿里张勇：降低商户进入门槛
蔡崇信：部分投资、并购已接受审核；阿里股价反弹，腾讯、百度大跌," April 13, 2021.

1266. 旺报, "蚂蚁声明：申设金融控股公司 业务回归支付本源 蚂蚁集团再遭约谈 要求5大整改," April 13, 2021.

1267. 自由时报, "中国罚完阿里整蚂蚁 祭5大整改抑制成长," April 13, 2021.

1268. 明报, "阿里罚款今年入帐 强调不损净利润," April 13, 2021.

1269. 明报, "人行再约谈 蚂蚁允设金控公司 支付宝不得接连贷款产品 阿里ADR较港升1%," April 13, 2021.

1270. 明报, "何民杰：反垄断法本质违反常理," April 13, 2021.

1271. 新京报, "如何保护我们的脸？不再为"颜面何存"而忧," April 13, 2021.

1272. 新京报, "争议人脸识别," April 13, 2021.

1273. AM730, "(am730新闻) 罚额出炉除不明朗 阿里弹6% 反垄未完 腾讯美团接力挫," April 13, 2021.

1274. 联合报, "人行再约谈 蚂蚁5大整改出炉; 将转型金融控股公司 人行：不能使科技成为违法的保护色," April 13, 2021.

1275. 联合早报, "重罚阿里——在呵护中严格监管," April 13, 2021.

1276. 星岛日报, "金融业务纳监管 切割支付宝连系　蚂蚁再被「约谈」五大方面须整改," April 13, 2021.

1277. 星岛日报, "阿里巴巴：诚恳受处罚不上诉," April 13, 2021.

1278. 星岛日报, "反垄断阴霾未散 科网巨头未脱险　大行唱好阿里爆升6.5% 腾讯美团挫港股跌245点," April 13, 2021.

1279. 中国产经信息数据库, "阿里巴巴：蚂蚁集团将整体申设金融控股公司，实现金融业务全部纳入监管," April 13, 2021.

1280. 中国产经信息数据库, "阿里再回应因垄断被罚：接受处罚不上诉，投入数十亿帮助商家," April 13, 2021.

1281. 中国产经信息数据库, "加强反垄断监管 促进平台经济在规范中发展," April 13, 2021.

1282. 中国产经信息数据库, "浙江省促进金融科技规范健康发展," April 13, 2021.

1283. 中国产经信息数据库, "中国人民银行副行长潘功胜就金融管理部门再次约谈蚂蚁集团情况答记者问," April 13, 2021.

1284. AM730, "(am730新闻) 恒指高开104点　阿里巴巴重上240元," April 13, 2021.

1285. 中时电子报即时新闻, "《港股》恒生开高百点 阿里巴巴涨逾3.5%," April 13, 2021.

1286. 澳门日报, "经济 - 阿里拟降平台电商进入门槛," April 13, 2021.

1287. 澳门日报, "经济 - 阿里天价罚单 迎反垄断新篇章," April 13, 2021.

1288. 澳门日报, "要闻 - 蚂蚁集团整改涉五方面," April 13, 2021.

1289. 澳门日报, "要闻 - 蚂蚁：全面对标监管要求," April 13, 2021.

1290. 道琼斯中文通讯,
"市场快讯：中港抱团股随美股期指回落，但央行顾问称要避免信用收缩及通胀预期强化," April 13, 2021.

1291. 中国产经信息数据库, "阿里巴巴谈数据隐私监管：确保数据使用和收集完全合规," April 13, 2021.

1292. 中国产经信息数据库, "规范发展才有平台经济更好未来," April 13, 2021.

1293. 中国产经信息数据库, "阿里巴巴集团回应--诚恳接受 坚决服从," April 13, 2021.

1294. 中国产经信息数据库, "推动平台经济规范健康持续发展," April 13, 2021.

1295. 中国产经信息数据库, "把握平台经济发展规律防止资本无序扩张阿里巴巴收罚单反垄断监管提速," April 13, 2021.

1296. 中国产经信息数据库, "国家市场监督管理总局行政处罚决定书," April 13, 2021.

1297. 中国产经信息数据库, "川维化工打通阿里巴巴国际站外贸全流程," April 13, 2021.

1298. 中国产经信息数据库, "阿里巴巴收罚单反垄断监管提速," April 13, 2021.

1299. 中国产经信息数据库,
"市场监管总局依法对阿里巴巴集团控股有限公司在中国境内网络零售平台服务市场实施"二选一"垄断行为作出行政处罚," April 13, 2021.

1300. 中国产经信息数据库, "国家市场监督管理总局行政指导书　　国市监行指反垄〔2021 1号," April 13, 2021.

1301. 道琼斯中文通讯, "中国责令34家科技公司自查自纠反竞争行为," April 13, 2021.

1302. 道琼斯中文通讯, "中概股简报 大摩持有百度股份从5.2%降至0.9% 退出主要股东行列," April 13, 2021.

1303. 中时电子报即时新闻, "阿里巴巴噩梦扩散 34陆企面临反垄断大刀 1个月限期改善," April 13, 2021.

1304. AM730, "(am730新闻) 以阿里案作警惕 市监总局限腾讯等34企业1月内整改," April 13, 2021.

1305. 道琼斯中文通讯, "市场快讯 香港恒指上涨，科技股走强," April 13, 2021.

1306. 道琼斯中文通讯,
"阿里巴巴(9988.HK)再涨1.3%，芒格回应买入阿里巴巴称，少量持有以作为现金等价物，显示芒格长期看好阿里巴巴基本面。," April 13, 2021.

1307. 道琼斯中文通讯, "市场快讯：港股互联网巨头普涨，阿里巴巴再升1.3%," April 13, 2021.

1308. 道琼斯中文通讯, "深度：马云麾下蚂蚁集团将终止一些曾推动其增长的安排," April 13, 2021.

1309. 道琼斯中文通讯, "市场快讯 香港恒指上涨，科技股走强," April 13, 2021.

1310. 道琼斯中文通讯, "市场快讯：港股互联网巨头普涨，阿里巴巴再升1.3%," April 13, 2021.

1311. 香港经济日报, "阿里估值平追落后 社区团购绕道突围," April 14, 2021.

1312. 大公报, "重整市场/阿里案作警示 34企月内自查整改," April 14, 2021.

1313. 大公报, "**涉虚假广告** 阿里旗下被罚253万," April 14, 2021.

1314. 信报, "天猫下周降**开店**门槛可试业," April 14, 2021.

1315. 信报, "360搜索阿里广告违规齐罚款," April 14, 2021.

1316. AM730, "(am730新闻) 耳提面命 要以阿里案作警惕 官方限网络平台企业1月内整改," April 14, 2021.

1317. 联合报, "以阿里巴巴当警示 网路平台 陆限期整改," April 14, 2021.

1318. 中国产经信息数据库, "中国人民银行副行长潘功胜就金融管理部门再次约谈蚂蚁集团情况答记者问," April 14, 2021.

1319. 中国产经信息数据库, "蚂蚁再被约谈：规范有序才能行稳致远," April 14, 2021.

1320. 星岛日报, "重罚后不明朗暂消除 大摩穆迪唱好阿里," April 14, 2021.

1321. 道琼斯中文通讯, "响应官方反垄断指令，京东、百度等互联网公司承诺将合规经营 >BABA BIDU JD," April 14, 2021.

1322. 道琼斯中文通讯, "市场快讯 反垄断调查后阿里巴巴可能降低对大型促销活动的重视程度 >BABA," April 14, 2021.

1323. 道琼斯中文通讯, "市场快讯 反垄断调查后阿里巴巴可能降低对大型促销活动的重视程度 >BABA," April 14, 2021.

1324. 中国产经信息数据库, "浙江阿里CCO：近8成天猫家电品牌已接入自助服务功能," April 14, 2021.

1325. 中国产经信息数据库, "国货彩妆品牌"SEVEN · JULY"完成数百万元**种子**轮融资," April 14, 2021.

1326. 中国产经信息数据库, "罚款182.28亿元！国家市场监管总局对阿里巴巴"二选一"垄断行为作出行政处罚 平台经济应在规范中发展," April 14, 2021.

1327. 中国产经信息数据库, "阿里巴巴被罚182.28亿元," April 14, 2021.

1328. 道琼斯中文通讯, "中概股简报 瑞信再度出售爱奇艺等三只Archegos爆仓股，总额约21亿美元," April 14, 2021.

*Analysts' Reports* [2],[3],[4]

1. 451 Research, "Alibaba Cloud Offers Rides On Its Global Backbone," May 27, 2020.

2. 451 Research, "Alibaba Cloud 2.0 Combines Apsara Os, Digital-Native Os And Dingtalk," September 23, 2020.

3. ABCI Securities Company Limited, "Abci Research: Alibaba (Baba Us/9988 Hk) - A Trailblazer Still Staying Ahead Of The Ecommerce Game," January 15, 2020.

4. ABCI Securities Company Limited, "Abci Research: Alibaba (Buy; Baba Us/9988 Hk) - Intact Medium-Term Outlook," February 14, 2020.

5. ABCI Securities Company Limited, "中长期前景维持正面," February 26, 2020.

6. ABCI Securities Company Limited, "Abci Research: China Ecommerce Sector - Strong Post-Pandemic Recovery," August 12, 2020.

7. ABCI Securities Company Limited, "China Ecommerce Sector - Structural Boost In The Post-Pandemic Era," October 8, 2020.

8. ABCI Securities Company Limited, "Alibaba (9988 Hk/Baba Us): Poise To Rebound," April 14, 2021.

9. Aequitas Research, "Alibaba Ipo/Secondary Listing What Does One Need To Do With The Us Adr While Waiting For The Hk Listing?," November 13, 2019.

10. Aequitas Research, "Alibaba Ipo/Secondary Listing: Not Good For The Adr, Should Have Put A Price Range To It," November 14, 2019.

11. Aequitas Research, "Aequitas 2019 Ipos And Placements Performance," January 15, 2020.

12. Aequitas Research, "2019 Hong Kong Ipo Analytics - How Did Insti And Retail Coverage Impact Deal Performance," January 16, 2020.

13. Aequitas Research, "Alibaba'S Softbank Driven Placement: Sounds Big But May Not Be As Large In The End," March 24, 2020.

14. Aequitas Research, "Jd And Netease Secondary Listing: Lessons From Alibaba'S Listing And Index Impact," May 29, 2020.

15. Aequitas Research, "Ant Group (蚂蚁集团) Ipo First-Take: No. 1 Fintech From All Angles," August 26, 2020.

16. Aequitas Research, "Ant Group (蚂蚁集团) Pre-Ipo: Things To Clarify/Questions To Ask," September 3, 2020.

17. Aequitas Research, "Ant Group (蚂蚁集团) Pre-Ipo - Impact Assessment Of The New Rule For Financial Holding Companies," September 16, 2020.

18. Aequitas Research, "Ant Group (蚂蚁集团) Pre-Ipo - Payments And Credittech Peer Comparison," September 22, 2020.

19. Aequitas Research, "Ant Group (蚂蚁集团) Pre-Ipo : First Stab At Valuation," September 23, 2020.

20. Aequitas Research, "Ant Group (蚂蚁集团) Pre-Ipo - Deal Structure, Phip Updates And Short-Term Trades," October 22, 2020.

21. Aequitas Research, "Ant Group (蚂蚁集团) Pre-Ipo Updated Valuation. It'S Going Higher.," October 25, 2020.

22. Aequitas Research, "Ant Group Ipo: Final Say. Strategics, Index Impact.," October 27, 2020.

23. Aequitas Research, "Ant Group (蚂蚁集团) Ipo - Star Market Trading Stats, A/H Spread," October 29, 2020.

24. AJ Securities Limited, "中国互联网跨界平台之巨头," November 18, 2019.

25. AJ Securities Limited, "中国电商新时代 强大基本盘无可撼动," June 30, 2020.

26. AMTD Group, "云计算（Iaas） - 主要供应商产品竞争力," September 25, 2020.

27. AMTD Group, "本期焦点 – 蚂蚁集团 Vs.京东数科：截然不同的路," October 5, 2020.

28. AMTD Group, "云计算（Iaas） - 增速和规模," November 27, 2020.

29. Argus Research Corporation, "Argus Analyst Report, Baba," November 14, 2019.

30. Argus Research Corporation, "Argus Analyst Report, Baba," February 20, 2020.

31. Argus Research Corporation, "Alibaba Group Holding Ltd," May 28, 2020.

32. Argus Research Corporation, "Alibaba Group Holding Ltd," August 26, 2020.

33. Argus Research Corporation, "Alibaba Group Holding Ltd," November 9, 2020.

34. Atlantic Equities, "Solid Core Growth, Smaller Investment Losses," November 1, 2019.

35. Atlantic Equities, "Breadth Of Assets Leaves Company Well Positioned," November 12, 2019.

36. Atlantic Equities, "Revs & Ebitda Ahead Despite Lowered Fees," February 13, 2020.

37. Atlantic Equities, "Robust Trends, But Softer Lower Tier City Growth," February 19, 2020.

38. Atlantic Equities, "Adjusting Estimates To Reflect Crisis Recovery," April 22, 2020.

39. Atlantic Equities, "Alibaba Solid Quarter, Reassuring Fy21 Guidance," May 22, 2020.

40. Atlantic Equities, "Profits Defensible, Cloud Remains An Opportunity," June 8, 2020.

41. Atlantic Equities, "Alibaba Q1 Snap - Solid Core, Cloud Reaccelerates," August 20, 2020.

42. Atlantic Equities, "Alibaba Sum-Of-The-Parts Value Becoming More Apparent," August 24, 2020.

43. Atlantic Equities, "China Internet: New Draft Regulations Create Fintech Uncertainty," November 4, 2020.

44. Atlantic Equities, "Alibaba Q2 Snap - Ahead, But Core Ecommerce Soft," November 5, 2020.

45. Auerbach Grayson & Co., Inc., "Re-Rating On Widen Investors Base," November 26, 2019.

46. Auerbach Grayson & Co., Inc., "A Milestone Of The Digital Economy," May 25, 2020.

47. Auerbach Grayson & Co., Inc., "A New Milestone In The Digital Economy," July 27, 2020.

48. Auerbach Grayson & Co., Inc., "Asia Daily," October 5, 2020.

49. Auerbach Grayson & Co., Inc., "Asia Daily, December 29, 2020," December 29, 2020.

50. Auerbach Grayson & Co., Inc., "Antitrust Fine Imposed," April 13, 2021.

51. Avic Securities, "文化传媒行业周报：关注电影国庆档行情，紧抓线上娱乐投资主线," September 21, 2020.

52. Avic Securities, "通信行业周报：运营商经营数据公布，5G用户渗透不断提升," September 25, 2020.

53. Avic Securities, "文化传媒行业周报：双十一预售火爆，持续关注营销板块投资机会," October 26, 2020.

54. Avic Securities, "文化传媒行业周报：后疫情时代顺周期行业持续复苏，关注电影、院线、体育等板块," November 23, 2020.

55. Bank of America, "Alibaba: Alicloud: Positioning As An Enabler Of Digital Transformation Of The Economy," October 3, 2019.

56. Bank of America, "Research Portfolio Update & Holdings," October 14, 2019.

57. Bank of America, "Global Ecommerce Outlook; A Long Runway For Growth," October 16, 2019.

58. Bank of America, "Alibaba: Healthy Business Trends Enable A Balance Between Growth And Efficiency," November 4, 2019.

59. Bank of America, "Research Portfolios Changes-International Portfolio Changes 20191105," November 5, 2019.

60. Bank of America, "Research Portfolios Update-Research Portfolio Update & Holdings 20191118," November 18, 2019.

61. Bank of America, "Logistics Expert'S Views Inline With Our Expectations On Ecommerce Industry," December 9, 2019.

62. Bank of America, "Research Portfolios Update Research Portfolio Update & Holdings," December 16, 2019.

63. Bank of America, "Digital Payment: Recent Regulatory Environment A Mixed Bag," January 13, 2020.

64. Bank of America, "Research Portfolio Update & Holdings," January 16, 2020.

65. Bank of America, "Revising Ecommerce Leaders' Estimates On Back Of The Coronavirus Outbreak," February 5, 2020.

66. Bank of America, "Alibaba Group: Solid Trends Ahead Of The Outbreak; Facing Near-Term Hit," February 14, 2020.

67. Bank of America, "Asia Credit Monday Morning Ideas: Ow Ftlnhd 6.5% '21; Ow Baba '47; Ow Cba Tier-2," February 17, 2020.

68. Bank of America, "International Portfolio Changes," February 19, 2020.

69. Bank of America, "Research Portfolios Update-Research Portfolio Update & Holdings 20200219," February 19, 2020.

70. Bank of America, "Portfolio Changes," March 16, 2020.

71. Bank of America, "Internet Media Asia Pacific-Conf Call-Asian Internet Analysts On Sector Trends Amid Coronavirus Outbreak," March 26, 2020.

72. Bank of America, "Research Portfolio Update & Holdings," March 30, 2020.

73. Bank of America, "Reminder: Conf Call: Asian Internet Analysts On Sector Trends Amid Pandemic," April 1, 2020.

74. Bank of America, "Thematic Stock Charts: Bulls: Baba, Cnc, Ntes, Rng, Tgt & Veev | Bears: Ben, Hpq, Sivb & Uri," April 16, 2020.

75. Bank of America, "Prefer Tech To Soe; Like Tencnt In Shorter End, Baba/Jd In Longer End," April 28, 2020.

76. Bank of America, "Alibaba Group: Deceleration In 4Qfy20 Not New News; Competition Likely A Focus For Market," May 18, 2020.

77. Bank of America, "Pboc Digital Currency Electronic Payment Roll Out Implications And Key Stock Ideas," May 18, 2020.

78. Bank of America, "Pboc Digital Currency Electronic Payment Roll Out Implications And Key Stock Ideas," May 18, 2020.

79. Bank of America, "Research Portfolio Update & Holdings," May 19, 2020.

80. Bank of America, "Revenue Outlook Largely Within Expectations," May 25, 2020.

81. Bank of America, "Internet Asia Pacific-A Deep-Dive On Asian Mobile Payments-Moving From Traction To Monetization," June 11, 2020.

82. Bank of America, "Internet Asia Pacific-New Retail-A Secular Theme Across Ems-Covid To Accelerate Adoption," June 17, 2020.

83. Bank of America, "Research Portfolio Update & Holdings," June 30, 2020.

84. Bank of America, "Asia Credit Rally Continued In June Despite Rising Supply Pressure," July 2, 2020.

85. Bank of America, "Alibaba Group Core Marketplace Business Rebounding In Promotion Season," July 13, 2020.

86. Bank of America, "Ant Technology: Developing More Competitive Advantages," August 6, 2020.

87. Bank of America, "Alibaba Group Holding Ltd. First Take On 1Qfy21," August 20, 2020.

88. Bank of America, "Alibaba Group Ecommerce Recovery Amid Promotion; Managing Costs Of Newer Initiatives," August 21, 2020.

89. Bank of America, "Alibaba Group: Ant Technology: Monetization And Margins Improving In Recent Quarters," August 25, 2020.

90. Bank of America, "Internet - Asia Pacific Fintechs Now Becoming Mainstream; Key Drivers - Lending, Investing & Insurtech," September 7, 2020.

91. Bank of America, "Internet China-Fintech Day-Expert Views On Digital Payment And Online Finance," September 21, 2020.

92. Bank of America, "Alibaba Group: More Tools For Full Consumer Journey; Cross-Border Driven By Shift To Online," September 28, 2020.

93. Bank of America, "Alibaba Group: More New Initiatives With Mature Strategy; Focusing On Execution," September 29, 2020.

94. Bank of America, "Alibaba Group: Alicloud: Leveraging Full-Stack Capabilities To Capture Growth," September 30, 2020.

95. Bank of America, "Alibaba Group: Certain Developing Businesses Start To Yield Fruit," October 1, 2020.

96. Bank of America, "Global Ecommerce Outlook: Tougher Comps In '21, But Secular Story Even Better," October 16, 2020.

97. Bank of America, "Research Portfolio Update & Holdings," October 19, 2020.

98. Bank of America, "Alibaba Group: Sun Art: Moderate Profit Impact; Potential For Better Operation And User Experience," October 21, 2020.

99. Bank of America, "The Model Portfolio: Back To Zero," November 3, 2020.

100. Bank of America, "Alibaba Group Investment In Core Ec Offset By Improving Economics Of Some Newer Initiatives," November 6, 2020.

101. Bank of America, "Research Portfolio Update & Holdings," November 13, 2020.

102. Bank of America, "Weekly Wrap (Nov 9-13): Biden Effect, Anti-Trust Rule On Internet And Trump'S Ban," November 14, 2020.

103. Bank of America, "Conf Call: Expert Call On China'S Proposed New Antitrust Rules," November 26, 2020.

104. Bank of America, "2021: Bumpy Road To The New Normal," November 27, 2020.

105. Bank of America, "The Model Portfolio-Nov Ig Performance Capped By Us Sanction & Onshore Credit Events," December 2, 2020.

106. Bank of America, "Large Cap Defensive And International Portfolio Changes," December 4, 2020.

107. Bank of America, "Research Portfolios Update-Research Portfolio Update & Holdings 20201214," December 14, 2020.

108. Bank of America, "Potential Regulation Impact On Promotion Seasons & Marketing," December 24, 2020.

109. Bank of America, "Stepping Up Reinvestment In Ecommerce; Factoring In Antitrust Fine In Fy22E, Cut Po," April 12, 2021.

110. Bank of America, "Manageable Impact Of Anti-Trust Penalties; Prefer Belly Of Baba Curve," April 14, 2021.

111. Baotong Securities, "恆指跌578點，上證全日跌28點，深成反覆跌25點，道指跌185點," May 3, 2021.

112. Barclays, "China Ecommerce: Expecting Another Robust Quarter," October 20, 2019.

113. Barclays, "Alibaba Cy3Q First Impressions: Revenue Solid; Consistent Margin Improvement," November 1, 2019.

114. Barclays, "Don'T Expect Investment Plans To Impact Profit Outlook," November 4, 2019.

115. Barclays, "Alibaba And Jd Singles' Day Gmv Increased 26% And 28% Y/Y," November 11, 2019.

116. Barclays, "Baba: The Key Takeaways From Tmt Conference," December 16, 2019.

117. Barclays, "Alibaba Group Holding Ltd.: Dec-Q '19 Preview: Maintaining The Momentum Into Cy2020," January 13, 2020.

118. Barclays, "Alibaba Group Holding Ltd.: First Impressions: Result Solid; Near-Term Impact From Covid-19," February 13, 2020.

119. Barclays, "Alibaba Group Holding Ltd.: 3Q Review: Long-Term Outlook Intact," February 14, 2020.

120. Barclays, "Alibaba Ndr Takeaways," March 1, 2020.

121. Barclays, "China E-Commerce: Cy1Q Preview: Faster Recovery In March Partly Fills In February'S Deficit," April 13, 2020.

122. Barclays, "Alibaba March-Q First Impressions: Result Solid; Fy21 Guidance Meeting Expectations," May 22, 2020.

123. Barclays, "China Ecommerce: Strong Momentum Entering Cy2Q," May 26, 2020.

124. Barclays, "China Ecommerce: "6.18" Review: Online Consumption Market Fully Recovered," June 19, 2020.

125. Barclays, "China Ecommerce 2Q Preview: Ecom Is Still Best Position," July 20, 2020.

126. Barclays, "Alibaba Group Holding Ltd. First Impressions: Robust Results Beat Across The Board," August 20, 2020.

127. Barclays, "China Ecommerce: A New Departure Post The Covid-19," August 24, 2020.

128. Barclays, "Taobao Front-Page Testing Further Function Integration With Recommendation Feeds," September 14, 2020.

129. Barclays, "Alibaba Group Holding Ltd.: Takeaways From Investor Day Ceo And Cfo Sessions," September 30, 2020.

130. Barclays, "China Internet: 3Q Preview: A Time Of Transition," October 20, 2020.

131. Barclays, "Alibaba Group Holding Ltd. First Impressions: Core Marketplace Solid; Non-Core Segment Margin Beat," November 5, 2020.

132. Barclays, "Cy3Q Review: Ecom Taking Share; Margins Of New Initiatives Improved," November 9, 2020.

133. Barclays, "Anti-Trust Guide, More Like A Fair-Competition Instruction To Ecom Market," November 11, 2020.

134. Barclays, "China Internet: Regulations Expanding To Online Video Live Streaming," November 25, 2020.

135. Barclays, "Waiting For The Dust To Settle," January 11, 2021.

136. BCC Invest, "Акции Сша | Электронная Коммерция | Alibaba," July 30, 2020.

137. BCC Invest, "Акции Сша | Электронная Коммерция | Alibaba," July 30, 2020.

138. BigOne Lab, "China E-Commerce And Consumer Spending 1Q20 Performance Amid Covid-19," April 2020.

139. BigOne Lab, "从抖□音看直播电商□生态," July 16, 2020.

140. BigOne Lab, "Post-Covid Analysis On Beike, Douyin, Xigua, Meituan, Popmart And Other Hot Companies," September 1, 2020.

141. BigOne Lab, "Post-Covid Analysis On Economic Recovery And Hot Consumer Brands," September 24, 2020.

142. BigOne Lab, "Baba, Jd, Pdd, Meituan, Douyin, And Kuaishou, The For Supremacy In China'S Ecommerce," March 2021.

143. Blue Lotus Research Institute, "[Alibaba (Baba Us, Buy, Tp Us$200) Company Update]: Sgz Is Baba'S Breakthrough In Mobile Gaming," December 16, 2019.

144. Blue Lotus Research Institute, "Further Cut Forecast Due To Impact Of Coronavirus," February 14, 2020.

145. BNP Paribas Securities (Asia), "Alibaba Group: Dropping Coverage," November 4, 2019.

146. BOCI Research Ltd., "China E-Commerce Sector – 3Q19 Results Preview ," October 22, 2019.

147. BOCI Research Ltd., "Alibaba Group - Strong Profit Growth Leaving Room For Investment (Buy)," November 4, 2019.

148. BOCI Research Ltd., "Alibaba Group: Covid-19 Disrupts Retail Marketplace & Local Consumer Services," February 14, 2020.

149. BOCI Research Ltd., "Strong Credit To Firms With Weak Individual Loans," March 12, 2020.

150. BOCI Research Ltd., "Alibaba Group – 4Qfy20 Results Preview," April 23, 2020.

151. BOCI Research Ltd., "Alibaba Group – Outstanding Results Despite Macro And Operational Challenges," May 25, 2020.

152. BOCI Research Ltd., "Alibaba Group Robust Online Retail Sales Across The Board," July 23, 2020.

153. BOCI Research Ltd., "Alibaba Group Solid Domestic Recovery, International Biz On The Mend," August 21, 2020.

154. BOCI Research Ltd., "Alibaba Group - Getting Ready For The "New Double 11" (Buy) Baba Us," October 27, 2020.

155. BOCI Research Ltd., "Alibaba Group Strong Results Beat Top And Bottom Despite Seasonal Slowdown In China Online Retail," November 6, 2020.

156. BOCI Research Ltd., "3Qfy21 Results Preview," January 11, 2021.

157. BOCI Research Ltd., "4Qfy21 Results Preview, Lower Tp On Margin Pressure," April 12, 2021.

158. Bohai Securities, "持续关注金融科技、车联网," September 21, 2020.

159. Bohai Securities, ""外滩大会"召开，持续关注金融科技," September 28, 2020.

160. Bohai Securities, "工信部：将联合相关部门编制汽车下乡活动计划," November 29, 2020.

161. Bohai Securities, "交通运输部：物流配送轻型车辆使用新能源汽车," December 20, 2020.

162. Bond Angle LLC, "Breaking: Softbank Bonds Gets Severe Downgrade; Wework Bonds Suffer," March 25, 2020.

163. Capital Securities, "阿里巴巴(9988.Hk)," November 18, 2019.

164. Capital Securities, "三季报陆续公布，消费复苏激活互联网营销," October 28, 2020.

165. CCB International Securities Limited, "Alibaba (Baba Us): Digital Economy Shines ," November 4, 2019.

166. CCB International Securities Limited, "阿里巴巴数字经济体 蓬勃发展," November 4, 2019.

167. CCB International Securities Limited, "Alibaba | Baba Us Another Solid Quarter," February 14, 2020.

168. CCB International Securities Limited, "Alibaba | Baba Us / 9988 Hk On The Right Track," May 25, 2020.

169. CCB International Securities Limited, "Alibaba | Baba Us / 9988 Hk Best In Class Performance," August 21, 2020.

170. CEBM, "Tmt 周报——阿里巴巴 Oceanbase 数据库登顶世界第一," October 7, 2019.

171. CEBM, "阿里云发布云电脑"无影"," September 21, 2020.

172. CEBM, "全球金融科技大会——"外滩大会"在沪举办," September 27, 2020.

173. CEBM, "Alibaba To Assist Mango Excellent Media With E-Commerce Business Development As A Strategic Investor," November 25, 2020.

174. CEBM, "Chinese Internet Stocks Rebounded Last Week," January 5, 2021.

175. Celestial Asia Sec. (CASH), "每日通訊," December 23, 2019.

176. Celestial Asia Sec. (CASH), "每日通訊," February 5, 2020.

177. Celestial Asia Sec. (CASH), "每日通訊," February 17, 2020.

178. Celestial Asia Sec. (CASH), "每日通訊," February 28, 2020.

179. Celestial Asia Sec. (CASH), "每日通訊," March 17, 2020.

180. Celestial Asia Sec. (CASH), "每日通訊," April 16, 2020.

181. Celestial Asia Sec. (CASH), "每日通訊," May 26, 2020.

182. Celestial Asia Sec. (CASH), "每日通訊," June 5, 2020.

183. Celestial Asia Sec. (CASH), "每日通訊," July 8, 2020.

184. Celestial Asia Sec. (CASH), "每日通訊," July 29, 2020.

185. Celestial Asia Sec. (CASH), "每日通訊," August 26, 2020.

186. Celestial Asia Sec. (CASH), "每日通訊," October 7, 2020.

187. Celestial Asia Sec. (CASH), "每日通訊," October 12, 2020.

188. Central China Securities, "Z 世代促进潮玩出圈，Ip 变现进入加速," September 18, 2020.

189. Central China Securities, "疫情加速的背后，云计算产业链高景气度仍具可 持续性," October 11, 2020.

190. Century Securities, "华为第四大 Bg 成立，技术将驱动增长," January 15, 2020.

191. CFRA Equity Research, "Alibaba Group Holding Limited," November 4, 2019.

192. CFRA Equity Research, "Alibaba Group Holding Limited," November 7, 2019.

193. CFRA Equity Research, "Cfra Maintains Buy Rating On Shares Of Alibaba, Inc.," November 7, 2019.

194. CFRA Equity Research, "Cfra Maintains Buy Rating On Shares Of Alibaba, Inc.," November 7, 2019.

195. CFRA Equity Research, "Alibaba Group Holding Limited," November 15, 2019.

196. CFRA Equity Research, "Alibaba Group Holding Limited," November 21, 2019.

197. CFRA Equity Research, "Alibaba Group Holding Limited," December 20, 2019.

198. CFRA Equity Research, "Cfra Downgrades Rating On Shares Of Alibaba, Inc. To Hold From Buy," December 20, 2019.

199. CFRA Equity Research, "Alibaba Group Holding Limited," January 4, 2020.

200. CFRA Equity Research, "Alibaba Group Holding Limited," January 11, 2020.

201. CFRA Equity Research, "Alibaba Group Holding Limited," January 18, 2020.

202. CFRA Equity Research, "Alibaba Group Holding Limited," January 25, 2020.

203. CFRA Equity Research, "Alibaba Group Holding Limited," February 1, 2020.

204. CFRA Equity Research, "Alibaba Group Holding Limited," February 9, 2020.

205. CFRA Equity Research, "Alibaba Group Holding Limited," February 15, 2020.

206. CFRA Equity Research, "Alibaba Group Holding Limited," February 20, 2020.

207. CFRA Equity Research, "Cfra Maintains Hold Rating On Shares Of Alibaba Group Holding, Ltd," February 20, 2020.

208. CFRA Equity Research, "Alibaba Group Holding Limited," February 21, 2020.

209. CFRA Equity Research, "Alibaba Group Holding Limited," February 29, 2020.

210. CFRA Equity Research, "Alibaba Group Holding Limited," March 20, 2020.

211. CFRA Equity Research, "Alibaba Group Holding Limited," April 18, 2020.

212. CFRA Equity Research, "Alibaba Group Holding Limited," April 25, 2020.

213. CFRA Equity Research, "Alibaba Group Holding Limited," May 2, 2020.

214. CFRA Equity Research, "Alibaba Group Holding Limited," May 9, 2020.

215. CFRA Equity Research, "Alibaba Group Holding Limited," May 16, 2020.

216. CFRA Equity Research, "Alibaba Group Holding Limited," May 23, 2020.

217. CFRA Equity Research, "Alibaba Group Holding Limited," May 26, 2020.

218. CFRA Equity Research, "Cfra Maintains Hold Rating On Shares Of Alibaba Group Holding Limited," May 26, 2020.

219. CFRA Equity Research, "Alibaba Group Holding Limited," May 30, 2020.

220. CFRA Equity Research, "Alibaba Group Holding Limited," June 6, 2020.

221. CFRA Equity Research, "Alibaba Group Holding Limited," June 12, 2020.

222. CFRA Equity Research, "Alibaba Group Holding Limited," June 20, 2020.

223. CFRA Equity Research, "Alibaba Group Holding Limited," June 27, 2020.

224. CFRA Equity Research, "Alibaba Group Holding Limited," July 4, 2020.

225. CFRA Equity Research, "Alibaba Group Holding Limited," July 11, 2020.

226. CFRA Equity Research, "Alibaba Group Holding Limited," July 13, 2020.

227. CFRA Equity Research, "Alibaba Group Holding Limited," July 18, 2020.

228. CFRA Equity Research, "Alibaba Group Holding Limited," July 25, 2020.

229. CFRA Equity Research, "Alibaba Group Holding Limited," August 1, 2020.

230. CFRA Equity Research, "Alibaba Group Holding Limited," August 8, 2020.

231. CFRA Equity Research, "Alibaba Group Holding Limited," August 15, 2020.

232. CFRA Equity Research, "Alibaba Group Holding Limited," August 20, 2020.

233. CFRA Equity Research, "Cfra Maintains Hold Rating On Shares Of Alibaba Group Holding Limited," August 21, 2020.

234. CFRA Equity Research, "Alibaba Group Holding Limited," August 23, 2020.

235. CFRA Equity Research, "Alibaba Group Holding Limited," August 29, 2020.

236. CFRA Equity Research, "Alibaba Group Holding Limited," September 5, 2020.

237. CFRA Equity Research, "Alibaba Group Holding Limited," September 12, 2020.

238. CFRA Equity Research, "Alibaba Group Holding Limited," September 19, 2020.

239. CFRA Equity Research, "Alibaba Group Holding Limited," September 26, 2020.

240. CFRA Equity Research, "Alibaba Group Holding Limited," September 30, 2020.

241. CFRA Equity Research, "Alibaba Group Holding Limited," October 3, 2020.

242. CFRA Equity Research, "Alibaba Group Holding Limited," October 10, 2020.

243. CFRA Equity Research, "Alibaba Group Holding Limited," October 14, 2020.

244. CFRA Equity Research, "Cfra Maintains Hold Rating On Shares Of Alibaba Group Holding, Ltd.," October 14, 2020.

245. CFRA Equity Research, "Alibaba Group Holding Limited," October 17, 2020.

246. CFRA Equity Research, "Alibaba Group Holding Limited," October 20, 2020.

247. CFRA Equity Research, "Alibaba Group Holding Limited," October 24, 2020.

248. CFRA Equity Research, "Alibaba Group Holding Limited," October 31, 2020.

249. CFRA Equity Research, "Alibaba Group Holding Limited," November 7, 2020.

250. CFRA Equity Research, "Alibaba Group Holding Limited," November 11, 2020.

251. CFRA Equity Research, "Alibaba Group Holding Limited," November 11, 2020.

252. CFRA Equity Research, "Alibaba Group Holding Limited," November 11, 2020.

253. CFRA Equity Research, "Alibaba Group Holding Limited," November 11, 2020.

254. CFRA Equity Research, "Alibaba Group Holding Limited," November 30, 2020.

255. CFRA Equity Research, "Alibaba Group Holding Limited," December 5, 2020.

256. CFRA Equity Research, "Alibaba Group Holding Limited," December 12, 2020.

257. CFRA Equity Research, "Alibaba Group Holding Limited," December 19, 2020.

258. CFRA Equity Research, "Alibaba Group Holding Limited," December 26, 2020.

259. CFRA Equity Research, "Alibaba Group Holding Limited," January 2, 2021.

260. CFRA Equity Research, "Alibaba Group Holding Limited," January 5, 2021.

261. CFRA Equity Research, "Alibaba Group Holding Limited," January 5, 2021.

262. CFRA Equity Research, "Cfra Downgrades Shares Of Alibaba Group Holding Limited To Sell From Hold," January 5, 2021.

263. CFRA Equity Research, "Alibaba Group Holding Limited," January 13, 2021.

264. CFRA Equity Research, "Alibaba Group Holding Limited," April 10, 2021.

265. CFRA Equity Research, "Alibaba Group Holding Limited," April 16, 2021.

266. CFRA Equity Research, "Alibaba Group Holding Limited," April 16, 2021.

267. CFRA Equity Research, "Alibaba Group Holding Limited," April 17, 2021.

268. CFRA Equity Research, "Alibaba Group Holding Limited," April 24, 2021.

269. CFRA Equity Research, "Alibaba Group Holding Limited," May 1, 2021.

270. CGS-CIMB Research, "Welcome To The "Alibaba Zoo"," September 19, 2020.

271. CGS-CIMB Research, "Alibaba Group: Sustainable Growth Powered By Digitalization And Innovation," September 30, 2020.

272. CGS-CIMB Research, "Analyst Day Highlights Core Strength & Robust Growth In Emerging Areas; Reiterate Strong Buy," September 30, 2020.

273. CGS-CIMB Research, "Cn : Consumer Discretionary - Overall - Consumption Recovery During National Day Holiday," October 9, 2020.

274. CGS-CIMB Research, "Rj Express: Baba: Ant Group Listing Suspension," November 3, 2020.

275. CGS-CIMB Research, "Limited Impact From Ant Group Ipo Suspension," November 4, 2020.

276. CGS-CIMB Research, "In Line 2Q; Reiterate As Top Megacap Pick; Strong Buy/$330 Pt," November 5, 2020.

277. CGS-CIMB Research, "2Q Fy3/21 Results In Line, With Strong Gmv Growth," November 6, 2020.

278. CGS-CIMB Research, "Cn : Alibaba Group Holding Ltd. - Baba | Thoughts On Antitrust Guidelines; Recommend Buying On Pullback," November 10, 2020.

279. CGS-CIMB Research, "Cn : Alibaba Group Holding Ltd. - Baba | Alibaba Reports Solid 26% Y/Y Growth For Singles Day Period," November 11, 2020.

280. CGS-CIMB Research, "Chinese Equity Delisting Bill Passes Congress - Gds, Baba Implications," December 2, 2020.

281. CGS-CIMB Research, "Chinese Equity Delisting Bill Set To Pass Congress – China Ramp Up Continues," December 2, 2020.

282. CGS-CIMB Research, "Cn : Alibaba Group Holding Ltd. - Baba | China To Launch Investigation Into Alibaba For Monopolistic Practices," December 24, 2020.

283. CGS-CIMB Research, "Alibaba Group: Removal Of A Major Overhang," April 12, 2021.

284. Chasing Securities, "数据中心能耗问题面临挑战，液冷技术加速发展," December 21, 2020.

285. China Fortune Securities, "行业周报：华为 Mate40 发布，看好手机产业链（1019-1025）," October 27, 2020.

286. China Fortune Securities, "纺织服装行业周报," November 16, 2020.

287. China Fortune Securities, "纺织服装行业周报," December 22, 2020.

288. China Galaxy International Securities, "恒指咨询结果：美团和阿里巴巴有望在 8 月季检中纳入恒指," May 18, 2020.

289. China Galaxy International Securities, "Alibaba Group - Welcome To The "Alibaba Zoo"," September 20, 2020.

290. China Galaxy International Securities, "周期板块补涨，牛市下半场，守稳待事（势)," September 20, 2020.

291. China Galaxy International Securities, "5G 建设持续提速，国庆档带动影视行业加速回暖 ——9 月行业动态报告," September 30, 2020.

292. China Galaxy International Securities, "数字化和创新驱动可持续增长," September 30, 2020.

293. China Galaxy International Securities, "双十一预售额再创新高，直播电商热度不减," October 25, 2020.

294. China Galaxy International Securities, ""十四五"文化事业迎繁荣发展期，新老直播电商角力"双十一" ——10 月行业动态报告," November 5, 2020.

295. China Galaxy International Securities, "2Q Fy3/21 Results In Line, With Strong Gmv Growth," November 6, 2020.

296. China Galaxy International Securities, "双十一各平台销售额增速稳中有升，线上电商有效带动消费进一步回暖," November 12, 2020.

297. China Galaxy International Securities, "2020 年"双十一"当日件量同比增 26.15%，快递业持续保持高景气度," November 13, 2020.

298. China Galaxy International Securities, "11 月社消增速恢复至 5.0%，双十一大促带动网上零售额占比进一步提升," December 15, 2020.

299. China Galaxy International Securities, "中央经济工作会议强调科技创新与 自主可控，电子行业是重要着力点," December 21, 2020.

300. China Galaxy International Securities, "2020 年我国快递业务量突破 800 亿件， 预计未来 5 年件量有望翻番," December 23, 2020.

301. China Galaxy International Securities, "合理运营线上电商渠道、打造良性营销环境，维持推荐零售行业优质标的," April 11, 2021.

302. China Galaxy International Securities, "阿里巴巴被罚的思考和启示," April 11, 2021.

303. China Galaxy International Securities, "Alibaba Group: Removal Of A Major Overhang," April 12, 2021.

304. China Merchants Securities (HK) Co., Ltd, "Alibaba Baba Us - Takeaways From 2019 Alibaba Investor Day," September 26, 2019.

305. China Merchants Securities (HK) Co., Ltd, "阿里巴巴 Baba Us 2019年阿里巴巴投资者日纪要," September 26, 2019.

306. China Merchants Securities (HK) Co., Ltd, "Alibaba (Baba Us) - Tiny Ant'S Big Move," October 4, 2019.

307. China Merchants Securities (HK) Co., Ltd, "阿里巴巴 (Baba Us) - 小蚂蚁的大动作," October 4, 2019.

308. China Merchants Securities (HK) Co., Ltd, "Twin-Engine Strategy Shed Light On Baba'S Future Expedition," November 3, 2019.

309. China Merchants Securities (HK) Co., Ltd, "阿里巴巴 (Baba Us) - 双引擎战略指明阿里未来发展之路," November 3, 2019.

310. China Merchants Securities (HK) Co., Ltd, "What Doesn'T Kill You, Makes You Stronger," February 14, 2020.

311. China Merchants Securities (HK) Co., Ltd, "Alibaba (Baba Us): Surpassed St Headwind, Fast Recovery In Fy2021," May 23, 2020.

312. China Merchants Securities (HK) Co., Ltd, "Alibaba (Baba Us) A Full Recovery Lived Up To Market Expectations," August 21, 2020.

313. China Merchants Securities (HK) Co., Ltd, "全面复苏符合市场预期," August 21, 2020.

314. China Merchants Securities (HK) Co., Ltd, "Alibaba (Baba Us): A New Member Of Alibaba Zoo," September 21, 2020.

315. China Merchants Securities (HK) Co., Ltd, "Alibaba (Baba Us) Takeaways From 2020 Alibaba Investor Day (Day 1)," September 28, 2020.

316. China Merchants Securities (HK) Co., Ltd, "2020年阿里巴巴投资者日纪要 (第二天)," September 29, 2020.

317. China Merchants Securities (HK) Co., Ltd, "Alibaba (Baba Us) Takeaways From 2020 Alibaba Investor Day (Day 2)," September 29, 2020.

318. China Merchants Securities (HK) Co., Ltd, "2020年阿里巴巴投资者日纪要 (第三天)," September 30, 2020.

319. China Merchants Securities (HK) Co., Ltd, "Takeaways From 2020 Alibaba Investor Day (Day 3)," September 30, 2020.

320. China Merchants Securities (HK) Co., Ltd, "传统需求放缓，Ai 拓展产业边界," November 5, 2020.

321. China Merchants Securities (HK) Co., Ltd, "Solid Result Amid Ec Off-Season," November 6, 2020.

322. China Merchants Securities (HK) Co., Ltd, "在电商淡季中表现稳定," November 6, 2020.

323. China Merchants Securities (HK) Co., Ltd, "Internet Giants To Be Regulated By China'S Antitrust Rule," November 16, 2020.

324. China Merchants Securities (HK) Co., Ltd, "Overhanging Sword Has Fallen, Market Concerns Could Fade," April 12, 2021.

325. China Merchants Securities (HK) Co., Ltd, "阿里巴巴 (Baba Us) - 悬顶之剑已落地，市场担忧有望逐渐消退," April 12, 2021.

326. China Renaissance Securities, "Uncovering The Life Of The Internet In China'S Lower-Tier Regions," October 8, 2019.

327. China Renaissance Securities, "F2Q Preview: Efficiency Emphasis To Bring Margin Support," October 14, 2019.

328. China Renaissance Securities, "Fy2Q20 Results: Expect More Competition During Double 11, Yet Rational Spending In Other Areas," November 2, 2019.

329. China Renaissance Securities, "Ecommerce Competition Intensifies While Local Services Focus On Integration," December 13, 2019.

330. China Renaissance Securities, "Fee Reduction Plan Revenue Impact," February 10, 2020.

331. China Renaissance Securities, "Livestream Commerce: Content Marketing'S Best Monetization Model," February 10, 2020.

332. China Renaissance Securities, "Alibaba Group Holding (Baba, Buy, Tp: $270.00): Fy3Q20: Look Through Tough Times…," February 13, 2020.

333. China Renaissance Securities, "Insight Series: "Tracking The Recovery" Local Services Expert Call Takeaways," April 7, 2020.

334. China Renaissance Securities, "Healthy Rebound Fueled Core Commerce Recovery," April 9, 2020.

335. China Renaissance Securities, "Alibaba Group Holding (Baba, Buy, Tp: $270.00): Fy20 Well-Delivered Despite Pandemic; Expect Strong Rebound While Growth Investment Continues," May 25, 2020.

336. China Renaissance Securities, "Insight Series: 618 Series – Fresh Groceries Ecommerce Expert Call Takeaways," June 23, 2020.

337. China Renaissance Securities, "Insight Series: 618 Series – Streaming Ecommerce Expert Call Takeaways," June 24, 2020.

338. China Renaissance Securities, "Insight Series – Streaming Ecommerce," July 6, 2020.

339. China Renaissance Securities, "Strong Performance Implies Further Valuation Upside; Raise Tp To $315," July 12, 2020.

340. China Renaissance Securities, "F1Q21 Review: Strong Recovery And Improving Roi," August 20, 2020.

341. China Renaissance Securities, "Alibaba Group Holding Alibaba Investor Day Day-One Takeaways Digitalization And Diversified Growth At E-Commerce Units," September 28, 2020.

342. China Renaissance Securities, "Investor Day: Day-Two Takeaways: The "One" Alibaba-Digital Economy Is Taking Shape," September 29, 2020.

343. China Renaissance Securities, "Investor Day: Day-Three Takeaways: Early Seeds Start To Blossom, Lifting Sentiment And Lt Confidence," September 30, 2020.

344. China Renaissance Securities, "Alibaba Group Holding Fy2Q21 Preview Long-Term Profitability Improvement Yields Valuation Upside; Tp Up To $355," October 12, 2020.

345. China Renaissance Securities, "Fy2Q21: Healthy Results With More M&A In New Growth Areas," November 5, 2020.

346. China Renaissance Securities, "Fy3Q21 Preview: Investment Cycle Likely To Continue With Initial Encouraging Signs," January 11, 2021.

347. China Renaissance Securities, "Turn The Page: Antitrust Investigation Concludes While Business Development Continues," April 12, 2021.

348. China Tonghai Securities Ltd, "Long Term Opportunities From China'S New Tech Antitrust Guidelines," November 11, 2020.

349. Chuancai Securities, "阿里新制造平台"迅犀"上线," September 15, 2020.

350. Chuancai Securities, "阿里巴巴推出犀牛制造平台，关注工业软件投资机会," September 16, 2020.

351. Chuancai Securities, "银保监会印发通知加强小额货款公司监管," September 17, 2020.

352. Chuancai Securities, "工业软件或将受益于阿里迅犀平台的推出," September 19, 2020.

353. Chuancai Securities, "云计算中长期投资机会凸显," September 21, 2020.

354. Chuancai Securities, "中秋、国庆双节助力，白酒头部企业维持高增长," October 5, 2020.

355. Chuancai Securities, "头部企业维持高增长," November 6, 2020.

356. Chuancai Securities, "双十一助力线上消费，茅台、五粮液线上渠道显著放量," December 5, 2020.

357. Chuancai Securities, "新能源汽车产销持续提高，年内销量或将突破200万辆," April 10, 2021.

358. Chuancai Securities, "淘宝联合菜鸟驿站推出快递按需上门服务," April 15, 2021.

359. Chuancai Securities, "电力设备与新能源产业链核心数据跟踪日报," April 27, 2021.

360. Chuancai Securities, "电力设备与新能源产业链核心数据跟踪日报," April 28, 2021.

361. Cinda Securities Co., Ltd., "每日港股评析," November 15, 2019.

362. Cinda Securities Co., Ltd., "港股早晨快訊," November 18, 2019.

363. Cinda Securities Co., Ltd., "每日港股評析," November 21, 2019.

364. Cinda Securities Co., Ltd., "每日港股評析," November 26, 2019.

365. Cinda Securities Co., Ltd., "每日港股評析," November 27, 2019.

366. Cinda Securities Co., Ltd., "每日港股评析," December 20, 2019.

367. Cinda Securities Co., Ltd., "Iphone 销量望超预期，关注供应链龙头回调布局机," October 19, 2020.

368. Cinda Securities Co., Ltd., "从逸仙电商看新锐品牌如何崛起," November 30, 2020.

369. Cinda Securities Co., Ltd., "小米 11 取消标配充电头， 关注快充投资机遇," December 28, 2020.

370. Citi, "Business & Estimates Update Reflecting Kaola; Fy2Q20E Preview," October 14, 2019.

371. Citi, "China Internet Alert: Highlights Of Key Speeches At 6Th World Internet Conf.," October 21, 2019.

372. Citi, "China Internet Countdown To 2019 Singles Day: Globalization & Customization," October 29, 2019.

373. Citi, "Results: Alibaba Group Holding (Baba) - Fy2Q20 Revs And Profit Beat; Core +25% & Ebita +28%," November 1, 2019.

374. Citi, "Preparing To Reinvest 1H Profit Into 2H20 For Sustainable Growth," November 3, 2019.

375. Citi, "Alert: Alibaba Group Holding (Baba) - Takeaways From China Investor Conference 2019," November 8, 2019.

376. Citi, "Alert: Another Record 11.11 Gmv At Rmb268.4Bn; +25.7% Yoy," November 11, 2019.

377. Citi, "Alibaba Group Holding: Revisiting Our Thesis And Initiating On H-Shares," December 9, 2019.

378. Citi, "Pan-Asia Internet 2020 Outlook: Key Trends, Challenges & Opportunities," December 9, 2019.

379. Citi, "Alert: Alibaba Group Holding (Baba) - Senior Leadership Realignment To Attain Broader Targets," December 19, 2019.

380. Citi, "A Major Force For Reform In The China Healthcare Sector; Initiating On Alihealth And 111," January 6, 2020.

381. Citi, "Alert: Strengthening Local Services Leadership; Deepening Tide With Ant," January 8, 2020.

382. Citi, "Global Internet Quarterly  Global Internet Trends 2020 & Global Top Picks," January 9, 2020.

383. Citi, "Alibaba Group Holding (Baba) Business Update: Promotional Subsidies & Fy3Q20E Preview," January 14, 2020.

384. Citi, "Alert  China Internet Dec Online Retail Sales Implied +15.7% Yoy; Ytd +16.5%," January 17, 2020.

385. Citi, "China Equity Strategy 2020 Index Target Forecasts; Sino-Us Trade Deal Implication," January 20, 2020.

386. Citi, "Winners And Losers From Sino-Us Trade Deal Phase 1," January 22, 2020.

387. Citi, "Alibaba Group Holding: Marketplace & Local Services See Material Impact From Ncov," February 13, 2020.

388. Citi, "Results: Fy3Q20 Revs & Profit Beat; Core Revs +21% Ebita 22%," February 13, 2020.

389. Citi, "Untangling Short-Term Vs. Long-Term Impacts Of The Outbreak," February 16, 2020.

390. Citi, "Alert: Ecom Expert Call Takeaways: 2020E, Ncov & Competition," February 18, 2020.

391. Citi, "Assessing Covid-19 Impact On Online Advertising Outlook," February 21, 2020.

392. Citi, "Alert: Thoughts On Latest Mgmt-Level Promotions And Restructuring Of Local Services Business Group," March 8, 2020.

393. Citi, "Alert: Jan & Feb Online Retail Sales -3.0% Yoy; Physical Gd +3%," March 16, 2020.

394. Citi, "Alert: Alibaba Group Holding (Baba) - Taobao Live-Streaming Shopping Festival Boosts Sales," March 23, 2020.

395. Citi, "China Internet  4Q19 Wrap; What'S Next For Recovery & Global Covid Impact?," March 30, 2020.

396. Citi, "Alibaba Group Holding  Cautiously Optimistic Recovery Trend & Fy4Q20E Preview ," April 9, 2020.

397. Citi, "Alibaba Group Holding (Baba): Results: Fy4Q20 Revs/Profit Beat; Fy21E Revs Guidance +27.5% Yoy," May 22, 2020.

398. Citi, "Fy21E Revs Guide Of 27.5% Solid; Target Net Add Gmv +Rmb1Trn," May 24, 2020.

399. Citi, "1Q20 Wrap: Recovery Post Covid & 2H20E Outlook," June 4, 2020.

400. Citi, "China Internet  Previewing The Biggest 6.18; Boosting Consumption Post-Covid," June 9, 2020.

401. Citi, "Opportunities From Local New Infrastructure & Aging Population," June 15, 2020.

402. Citi, "Alert: Thoughts On Business Managers Changes And Bytedance," June 18, 2020.

403. Citi, "Unpacking The Implications Of Covid-19," June 25, 2020.

404. Citi, "The Complex Web Of Data Privacy; Stock Implications," July 8, 2020.

405. Citi, "Expect Solid Fy1Q21E  6.18 Promotion & Brands' Online Move," July 9, 2020.

406. Citi, "Alibaba Group Holding (Baba) Alert: Fy2020 20-F Titbits: More Op Metrics & Shareholder Letter," July 10, 2020.

407. Citi, "China Internet Alert: Jun Online Retail Sales Imply +18.6%; Phy Gd +25% Yoy," July 16, 2020.

408. Citi, "Alert: Thoughts On Raising Stake In E-House And The New Jv," August 3, 2020.

409. Citi, "Alibaba Group Holding Results: Fy1Q21 Revs & Profit Strong Beat; Phy Gmv +27% Yoy," August 20, 2020.

410. Citi, "Alibaba Group Holding: Solid Rebound In Core Commerce; New Initiative Losses Narrow," August 20, 2020.

411. Citi, "Alert: Aug Online Retail Sales Imply +12.8% Yoy; Phy Gd +16.5%," September 15, 2020.

412. Citi, "Alert: Unveiling New Manufacturing Model Xunxi & Launching New Tmall Haofan Platform," September 16, 2020.

413. Citi, "Business Update & What To Expect At 2020 Virtual Investor Days," September 23, 2020.

414. Citi, "Alert: Thoughts On Investor Day Takeaways (1): Core Commerce," September 28, 2020.

415. Citi, "Alert: Our Takeaways From Day 2 Investor Day Highlights," September 29, 2020.

416. Citi, "Alert: Day 3 Investor Day Highlights, Cloud & Cainiao To Turn +Ve," September 30, 2020.

417. Citi, "Alert: Thoughts On Strategic Investment And Jv With Dufry," October 6, 2020.

418. Citi, "Alibaba Group Holding: Seasonal Fy2Q21E W/ Earlier Preparation For 11.11; Growth Intact," October 15, 2020.

419. Citi, "Alert: Sun Art (6808.Hk) - Alibaba To Raise Stake To 72% To Become Majority Shareholder," October 19, 2020.

420. Citi, "Alibaba Group Holding (Baba) Alert: Thoughts On Raising Stake In Sun Art & Retail Landscape," October 19, 2020.

421. Citi, "China Internet Alert: Implied Sep Online Retail Sales +11.2% Yoy; Phy Gd +11.7%," October 19, 2020.

422. Citi, "China Internet Previewing 2020 Singles Day (12Th Year); Double Shopping Frenzy," October 29, 2020.

423. Citi, "Alibaba Group Holding (Baba) Results: Fy2Q21 Profit Strong Beat; Tmall Phy Gmv +21% Yoy," November 5, 2020.

424. Citi, "Alibaba Group Holding Investing In Core Marketplace As Non-Commerce Loss Improves," November 6, 2020.

425. Citi, "Richemont (Cfr.S) Results: Strong Profit Beat Ed By Jewellery/China/Cost Control, Further Move To "New Retail" With Digital Agreement," November 6, 2020.

426. Citi, "China Internet: Alert: New Antitrust Guidelines For Marketplace Platforms," November 10, 2020.

427. Citi, "China Internet: Alert: Baba Cumulated Gmv At Rmb498.2Bn; Jd At Rmb271.5Bn," November 11, 2020.

428. Citi, "China Internet: 2020 Singles Day Wrap: Baba Gmv +26% Yoy To Rmb498.2Bn," November 12, 2020.

429. Citi, "China Internet: Alert: Oct Online Retail Sales Implied +20.3% Yoy; Phy Gd +21.4%," November 15, 2020.

430. Citi, "Business Update, Assess Regulatory Risk And Fy3Q21E Preview," January 7, 2021.

431. CLSA, "Focusing On Engagement For Growth," November 1, 2019.

432. CLSA, "Record Double 11 Gmv," November 13, 2019.

433. CLSA, "School Of Thought," February 5, 2020.

434. CLSA, "Big Growth Deceleration In Feb," February 13, 2020.

435. CLSA, "Weibo Coronavirus Hits Hard In 1Q," February 26, 2020.

436. CLSA, "Alibaba Quarterly Sales Update," April 6, 2020.

437. CLSA, "Recovering From Covid-19," April 11, 2020.

438. CLSA, "Weibo Gradual Ad Demand Recovery," May 19, 2020.

439. CLSA, "Returning To Normal," May 22, 2020.

440. CLSA, "School Of Thought (Dingtalk'S Edu Ambitions)," May 22, 2020.

441. CLSA, "Jd.Com Another Sales Record At 618 Festival," June 19, 2020.

442. CLSA, "Another Lazada Ceo," June 28, 2020.

443. CLSA, "Singapore Morning Notes," June 29, 2020.

444. CLSA, "Alibaba An Attractive Laggard Play," July 9, 2020.

445. CLSA, "Sun Art Tailwind Subsiding," August 14, 2020.

446. CLSA, "China Hpc: Care More, Worry Less," August 17, 2020.

447. CLSA, "Hengan More Headroom," August 19, 2020.

448. CLSA, "Alibaba Strong Rebound In China Retail," August 21, 2020.

449. CLSA, "Pinduoduo Decelerating Gmv Growth," August 23, 2020.

450. CLSA, "Morning Notes Australia," September 10, 2020.

451. CLSA, "Theorality Daily Ideas (Alibaba + Familymart = Remote + Robots)," September 17, 2020.

452. CLSA, "Investor Day 2020," October 1, 2020.

453. CLSA, "Sun Art One Step Forward," October 20, 2020.

454. CLSA, "Alibaba Rebounded Gmv And Monetisation," November 6, 2020.

455. CLSA, "China Internet: Antitrust Rules On Internet Giants," November 11, 2020.

456. CLSA, "Another Record Double-11," November 12, 2020.

457. CLSA, "Morning Notes Australia," November 17, 2020.

458. CLSA, "Largest Antitrust Fine In China," April 12, 2021.

459. CLSA, "Mar-Q Results Likely To Be Good," April 12, 2021.

460. CMB International Securities, "2Qfy20E Preview: Solid Results With Strong Core Commerce," October 18, 2019.

461. CMB International Securities, "2Qfy20 Beat Again With Strong Core," November 4, 2019.

462. CMB International Securities, "All Eyes On "11.11"," November 13, 2019.

463. CMB International Securities, "Better-Than-Expected Ecommerce Recovery," May 25, 2020.

464. CMB International Securities, "Alibaba (Baba Us) More Catalysts To Come," July 20, 2020.

465. CMB International Securities, "A Strong Start In Fy21," August 21, 2020.

466. CMB International Securities, "Key Takeaways From 2020 Investor Day," October 6, 2020.

467. CMB International Securities, "Expecting Solid 2Qfy21E," October 19, 2020.

468. CMB International Securities, "2Qfy21 Beat On Margin," November 6, 2020.

469. CMB International Securities, "China Internet Sector: Eyes On "11.11": Livestreaming & Logistics," November 13, 2020.

470. CMB International Securities, "Investment For Long-Term Growth," April 13, 2021.

471. Corporate Watchdog Reports, "Alibaba Group Holding Ltd.," September 1, 2020.

472. Corporate Watchdog Reports, "Alibaba Group Holding Ltd.," November 23, 2020.

473. Credit Suisse, "Solid Results With Disciplined Cost Control," November 1, 2019.

474. Credit Suisse, "2Q Fy20: Results Beat On Solid Revenue And Efficiency Gain; Yet Awaiting More Clarity On "Aggressive Investment"," November 4, 2019.

475. Credit Suisse, "Alibaba Group Holding Limited (Baba.N): 2019 Cic Live Takeaways," November 6, 2019.

476. Credit Suisse, "China Internet Sector China Internet Weekly News," November 8, 2019.

477. Credit Suisse, "Baba Alibaba Group Holding Limited Double-11 Is More Than Deep Discount, Also A Window For New Product Launches ," November 11, 2019.

478. Credit Suisse, "A True Champion Deserves A Premium; Reinstate With Outperform And Tp Of Us$291," January 6, 2020.

479. Credit Suisse, "Alibaba Group Holding Limited (Baba.N): New Report: A True Champion Deserves A Premium; Reinstate With Outperform And A Tp Of Us$291.00," January 6, 2020.

480. Credit Suisse, "Alibaba Group Holding Limited: A True Champion Deserves A Premium; Initiate With Outperform And A Tp Of Hk$284. ," January 6, 2020.

481. Credit Suisse, "Asian Daily China Internet Sector New Report: 2020 Outlook—Momentum Rolls Into The New Year," January 6, 2020.

482. Credit Suisse, "China Internet Sector 2020 Outlook: Momentum Rolls Into The New Year," January 6, 2020.

483. Credit Suisse, "Asian Daily Alibaba Group Holding Limited (Baba.N) Key Takeaways From Our Conference And 3Q Fy20 Preview," January 13, 2020.

484. Credit Suisse, "China Internet Sector: Early Assessment Of The Wuhan Coronavirus Impact," January 29, 2020.

485. Credit Suisse, "Alibaba Group Holding Limited Measure To Weather Through The Tough Times, Earnings Impact Should Be Minimal," February 10, 2020.

486. Credit Suisse, "Alibaba Group Holding Limited (Baba.N): Quick Take: A Nice Beat In 3Q, But All Eyes On 4Q Update," February 13, 2020.

487. Credit Suisse, "Asian Daily China Alibaba Group Holding Limited Weak 4Q Does Not Change Long-Term Growth Profile; Reiterate Outperform. ," February 14, 2020.

488. Credit Suisse, "Weak 4Q Does Not Change Long-Term Growth Profile; Reiterate," February 14, 2020.

489. Credit Suisse, "Holt® Apac Insights: Quality Screen As Markets Correct On Covid-19 Concerns," March 2020.

490. Credit Suisse, "Holt® Apac Insights: Focusing On Quality In A Virus Hit World: Insights From Recent Holt Reports," March 5, 2020.

491. Credit Suisse, "Quick Take: Post 3Qfy20 Earnings Ndr Takeaways: St Headwinds Well Known, Lt Story Intact," March 6, 2020.

492. Credit Suisse, "China Internet Sector: Covid-19: Structural Opportunities Despite Near Term Headwind," April 3, 2020.

493. Credit Suisse, "4Q Fy20 Preview: May Not Be That Bad After The Strong March Recovery," April 9, 2020.

494. Credit Suisse, "China E-Commerce Sector New Report: The Ceiling Is Rising—Three Forces To Pump Up Online Retail Penetration To 37% By 2023E Online," May 4, 2020.

495. Credit Suisse, "Alibaba Group Holding Limited (Baba.N): A Well-Rounded Long-Term Core Holding, With More Catalysts Towards Late-2020," May 5, 2020.

496. Credit Suisse, "China E-Commerce Sector The Ceiling Is Rising: Three Forces To Pump Up Online Retail Penetration To 37% By 2023E," May 5, 2020.

497. Credit Suisse, "Alibaba Group Holding Limited (Baba.N) 4Qfy20 Quick Take: Solid Quarter. Fy21 Guides 28% Growth," May 22, 2020.

498. Credit Suisse, "4Q Fy20: Solid Beat With Resilient Outlook4Q Fy20: Solid Beat With Resilient Outlook," May 25, 2020.

499. Credit Suisse, "Holt® Apac Viewpoint: Identifying Growth Opportunities In Asia," July 8, 2020.

500. Credit Suisse, "Alibaba Group Holding Limited (Baba.N) 1Q Fy21 Preview: We Expect 30% Higher Revenue, And Lift Tp To Us$309," July 9, 2020.

501. Credit Suisse, "Holt® Apac Insights: Extreme Valuation Screens: Picking Ideas Among Leaders And Laggards?," August 2020.

502. Credit Suisse, "E-House (China) Enterprise Holdings Limited (2048.Hk) To Introduce Alibaba As The Strategic Investors," August 3, 2020.

503. Credit Suisse, "To Introduce Alibaba As The Strategic Investors," August 3, 2020.

504. Credit Suisse, "Holt® Apac Viewpoint Identifying Pockets Of Value / Laggard Opportunities," August 20, 2020.

505. Credit Suisse, "Alibaba Group Holding Limited (Baba.N) 1Q Fy21: Another Set Of Clean Beat," August 21, 2020.

506. Credit Suisse, "Yto Express Group Co. Ltd (600233.Ss) Quick Take: Proposed Private Placement, Adjustment To Share Incentive Scheme And Investment From Alibaba," September 1, 2020.

507. Credit Suisse, "Asian Daily China Internet Sector Assuming Coverage," September 9, 2020.

508. Credit Suisse, "Key Takeaways From Alibaba Investor Day 1," September 28, 2020.

509. Credit Suisse, "Key Takeaways From Alibaba Investor Days 2 And 3," September 30, 2020.

510. Credit Suisse, "2Q Fy21 Preview: Solid China Retail Marketplace Despite Lighter Seasonality," October 14, 2020.

511. Credit Suisse, "Alibaba Group Holding Limited (Baba.N) 2Qfy21 First Take: Topline Inline; Non-Gaap Earnings Beat," November 5, 2020.

512. Credit Suisse, "Alibaba Group Holding Limited (Baba.N) 2Q Fy21: Solid Set Of Results; Investing For A Stronger 3Q," November 6, 2020.

513. Credit Suisse, "Holt Hk/China Insights: Sifting Through Opportunities Among Recent Hk New Listings," November 9, 2020.

514. Credit Suisse, "China Internet Sector: New Anti-Trust Regulation; Likely Limited Operational Impact But Overhang Into 1H21," November 12, 2020.

515. Credit Suisse, "Double-11 Performance Update," November 12, 2020.

516. Credit Suisse, "China Internet Sector - Weekly News, Views & Research," November 20, 2020.

517. Credit Suisse, "Alibaba Group Holding Limited (Baba.N) Long-Term Core Holding Despite Near-Term Pressure," December 18, 2020.

518. Credit Suisse, "China E-Commerce And Consumer Sectors Framing The Impact From The Rise Of E-Grocery," December 18, 2020.

519. Credit Suisse, "3Q Fy21 Preview: Business Outlook Would Be The Key Focus," January 13, 2021.

520. Credit Suisse, "4Q Fy21 Preview: Investment Would Be A Focus," April 9, 2021.

521. Credit Suisse, "China Internet: Baba Received Record Anti-Trust Fine; Initial Take From Our Discussion With Legal Contact," April 12, 2021.

522. Credit Suisse, "Quick Take From Management Call On Anti-Trust Investigation Result," April 12, 2021.

523. Credit Suisse, "China Internet Sector: Investors' Thought And Positioning Beyond Baba'S Anti-Trust Fine," April 13, 2021.

524. Credit Suisse, "China Internet: Ant To Initiate Five Rectification Measures; Initial Take From Industry Expert," April 13, 2021.

525. Credit Suisse, "China Semiconductor Sector: Quick Take: Bestechnic (688608.Ss, Not Covered) Earnings Call Note," April 27, 2021.

526. CRIC Securities Co. Ltd., "克而瑞证券物业及存量地产组 — 物业管理行业周报（2020.12.21-12.27），" December 27, 2020.

527. Crispidea, "Strong Q2 Results Driven By Strength In Alibaba'S Retail And Cloud Business," November 2019.

528. Crispidea, "2019 Review - E-Commerce Sectors: Review Of 2019 Performance Of Stocks Under Our Coverage In Digital E-Commerce And Internet Media Sub-Sectors," January 2020.

529. Crispidea, "Alibaba Group Holdings (Baba – Q3Fy20): Excellent Q3 Results Aided By Record Single'S Day And Splendid Cloud Business," March 2020.

530. Crispidea, "Amazon Vs Alibaba – 2020: How Are The Two E-Commerce Giants Performing Admist A Pandemic?," July 2020.

531. Crispidea, "Alibaba Group Holdings (Baba – Q1Fy21) Standing Firm And Leading The Cloud Industry In China," August 2020.

532. Crispidea, "Amazon Vs Alibaba – 2020 Touching New Highs," November 2020.

533. Crispidea, "A Compelling Opportunity," December 2020.

534. Crispidea, "Amazon Vs Alibaba – 2020: Who Is Winning?," January 2021.

535. CSC Securities, "阿里巴巴(9988.Hk)," November 18, 2019.

536. DBS Group Research, "Strong Ad Revenue Growth And Improving Margins," November 4, 2019.

537. DBS Group Research, "Alibaba Group: Solid Growth Potential Amid Cautious 4Q Outlook," February 14, 2020.

538. DBS Group Research, "(Hk) Alibaba Group - 4Qfy20 Results Above Expectations, Recovery On Track ," May 25, 2020.

539. DBS Group Research, "Alibaba Group (Hk) 1Qfy21 Results Above, Market Leadership Intact," August 21, 2020.

540. DBS Group Research, "Cloud Of Uncertainty Is Lifted," April 13, 2021.

541. Deloitte, ""零时差消费"系列活动," September 22, 2020.

542. Deutsche Bank, "Sep Q: Looking Forward To Stronger," November 4, 2019.

543. Deutsche Bank, "Assess Impacts From Covid-19," February 15, 2020.

544. Deutsche Bank, "Alibaba 4Q Fy3/20 Preview," April 15, 2020.

545. Deutsche Bank, "Optimistic Towards Fy21," May 26, 2020.

546. Deutsche Bank, "Core E-Commerce Fully Recovered; New Initiative Losses Narrowed," August 21, 2020.

547. Deutsche Bank, "Alibaba Alibaba Investor Day 2020," October 2, 2020.

548. Deutsche Bank, "Upside From Monetization And New Initiatives' Profitability," November 9, 2020.

549. Deutsche Bank, "Antitrust Fine: One Overhang Resolved," April 12, 2021.

550. Dongguan Securities, "阿里巴巴已向香港交易所提交上市申请，发行规模定为 5 亿股," November 14, 2019.

551. Donghai Securities, "东海证券：通信行业周报," September 20, 2020.

552. Donghai Securities, "疫情影响需求，货运好于客运," November 16, 2020.

553. Dongxing Securities, "核心电商业务仍是生态系统基石，下沉市场是重要引流血管," November 1, 2019.

554. Dongxing Securities, "阿里巴巴（Baba，N）二季报点评：惊喜仍然持续，用户增长强劲," November 2, 2019.

555. Dongxing Securities, "阿里巴巴（Baba,N）事件点评：衣锦终会还乡，航母再度起航," November 14, 2019.

556. Dongxing Securities, "新零售模式的缘起、纷争及演变——零售新业态探究之一," January 17, 2020.

557. Dongxing Securities, "阿里巴巴（Baba，N）三季报点评：直播带动mau大增，疫情或影响当季业绩," February 14, 2020.

558. Dongxing Securities, "大消费周观点," March 2, 2020.

559. Dongxing Securities, "从淘宝特价版的浮沉来看：阿里巴巴和拼多多的电商之战," March 26, 2020.

560. Dongxing Securities, "阿里巴巴（Baba.N）深度系列报告之三：从网络效应看阿里巴巴生态系统," March 30, 2020.

561. Dongxing Securities, "大消费周观点：消费复苏持续推进，关注白酒等品类的回复性增长," April 12, 2020.

562. Dongxing Securities, "阿里巴巴（Baba，N）：钉钉的前世、今生与未来," April 29, 2020.

563. Dongxing Securities, "大消费周观点：端午临近催化旅游相关消费，食饮继续关注白酒回复趋势," June 21, 2020.

564. Dongxing Securities, "如何看待阿里巴巴的组织狼性——阿里巴巴(Baba.N)深度系列报告之四," July 9, 2020.

565. Dongxing Securities, "蚂蚁集团," September 9, 2020.

566. Dongxing Securities, "社会服务：双节催化旅游业加速回暖，离岛免税表现仍亮眼," October 9, 2020.

567. Dongxing Securities, "东兴大消费：长假催化消费加速回暖，内循环持续发力," October 11, 2020.

568. Dongxing Securities, "纺织服装：长假带动服装消费加速回暖，9月份及双节期间网销数据良好," October 14, 2020.

569. Dongxing Securities, "汽车行业：站在新能源车《规划》（至35年）上看造车"新势力"发展," November 4, 2020.

570. Essence Securities, "变现可见度高，利润率企稳," January 10, 2020.

571. Essence Securities, "阿里巴巴3Qfy20 业绩点评," February 14, 2020.

572. Essence Securities, "复苏进入快车道," April 12, 2020.

573. Essence Securities, "4 月份快递数据点评：需求回归高增长，价格竞争持续," May 14, 2020.

574. Essence Securities, "生态为锚," May 24, 2020.

575. Essence Securities, "板块分化加速，行业估值逐渐修复," June 3, 2020.

576. Essence Securities, "水大鱼大，强者恒强," June 8, 2020.

577. Essence Securities, "流量变迁，国货崛起," June 29, 2020.

578. Essence Securities, "阿里云进入 2.0 时代 开创全新云计算形态," September 19, 2020.

579. Essence Securities, "快递旺季将至，短期关注快递龙头 Q4业绩改善," September 27, 2020.

580. Essence Securities, "阿里巴巴 2020 投资者日主要内容 Day 1," September 28, 2020.

581. Essence Securities, "阿里巴巴 2020 投资者日主要内容 Day 2," September 29, 2020.

582. Essence Securities, "阿里巴巴 2020 投资者日 Day 3 要点," September 30, 2020.

583. Essence Securities, "上海家化股权激励彰显改革信心，国庆期间线上线下场景加速融合," October 11, 2020.

584. Essence Securities, "五主线看社服零售 2020 年三季报前瞻," October 11, 2020.

585. Essence Securities, "中免三季报业绩高增，就业服务业继续景气上行," October 18, 2020.

586. Essence Securities, "双十一补贴空前，直播助推疫后狂欢," October 22, 2020.

587. Essence Securities, ""最强"双十一拉开序幕，消费板块看点几何," October 23, 2020.

588. Essence Securities, "双十一狂欢补贴空前，壹网壹创拟定增增强核心竞争力," October 25, 2020.

589. Essence Securities, "快递旺季开启，京沪高铁实行浮动票价," October 25, 2020.

590. Essence Securities, "三季度快递业绩分化加剧，航空机场业绩回升," November 1, 2020.

591. Ever Long Research, "阿里巴巴集團控股有限公司," November 15, 2019.

592. Everbright Securities Co. Ltd., "本届双十一，忘掉 Gmv - ——阿里巴巴（Baba.N） 2019 年双十一购物节前瞻," October 22, 2019.

593. Everbright Securities Co. Ltd., "多元化供给促使用户活跃度回升," November 3, 2019.

594. Everbright Securities Co. Ltd., "互联网与传媒 - 直播电商：一切刚刚开始，未来无限可能 - ——电商行业专题之三," November 14, 2019.

595. Everbright Securities Co. Ltd., "怎样定量评估疫情对阿里的业绩影响," February 16, 2020.

596. Everbright Securities Co. Ltd., "新基建的核心建设者与核心受益者," March 8, 2020.

597. Everbright Securities Co. Ltd., "互联网与传媒 - 以终局视角看内容电商 - ——电商行业专题之四," March 10, 2020.

598. Everbright Securities Co. Ltd., "核心电商业务恢复好于预期," April 20, 2020.

599. Everbright Securities Co. Ltd., "为什么阿里这么特别？," April 27, 2020.

600. Everbright Securities Co. Ltd., "疫情影响基本消除，淘系平台内容化终现曙光," May 25, 2020.

601. Everbright Securities Co. Ltd., "忘记"至暗时刻"，拥抱"王者归来"," July 13, 2020.

602. Everbright Securities Co. Ltd., ""Baba Is Losing Market Share?" -- 阿里巴巴（Baba.N） 1Qfy21业绩点评," August 23, 2020.

603. Everbright Securities Co. Ltd., "手淘app首页重大升级，加速推进视频化/信息流化——阿里巴巴（Baba.N）产品重大升级点评," September 15, 2020.

604. Everbright Securities Co. Ltd., "国联国金两券商讨论并购，银保监会发布《应对突发事件管理办法》——非银行金融行业周报20200919," September 20, 2020.

605. Everbright Securities Co. Ltd., "阿里入股全球免税巨头dufry，国内免税格局短期影响有限——免税行业近况跟踪报道," October 8, 2020.

606. Everbright Securities Co. Ltd., "**养老金改革或**纳入"十四五"规划，资本市场双向放步伐不减," October 25, 2020.

607. Everbright Securities Co. Ltd., "家居出口数据亮眼，文化纸需求持续坚挺——轻工行业每周观点20201025," October 25, 2020.

608. Everbright Securities Co. Ltd., "淘宝 Gmv 超预期，阿里云逐渐成为下一个利润贡献点," November 3, 2020.

609. Everbright Securities Co. Ltd., "社区团购," November 6, 2020.

610. Everbright Securities Co. Ltd., "顺丰竞争优势明显," November 7, 2020.

611. Everbright Securities Co. Ltd., "标的供给增加," November 8, 2020.

612. Everbright Securities Co. Ltd., "核心电商业务加大投入，新业务显著减亏——阿里巴巴（Baba.N）2Q Fy21 业绩点评," November 8, 2020.

613. Everbright Securities Co. Ltd., "用户参与度显著提升，新品牌渐成中流砥柱," November 12, 2020.

614. Everbright Securities Co. Ltd., "半导体产业高景气，面板价格持续上涨——电子行业景气数据跟踪报告之二（2020年12月），" December 20, 2020.

615. Everbright Securities Co. Ltd., "央行"扭转操作"减弱降准概率，定向工具面临"扩面提效"," December 27, 2020.

616. First Shanghai Group, "阿里巴巴以及邮储银行上市将增厚投行业绩，买入评级," November 20, 2019.

617. First Shanghai Group, "电商龙头，王者归来," January 16, 2020.

618. First Shanghai Group, "疫情短期负面影响公司表现，长期无碍," February 18, 2020.

619. First Shanghai Group, "Gmv 突破万亿美元阿里云业务表现强势," May 26, 2020.

620. First Shanghai Group, "业绩全面超预期，蚂蚁金服上市在即," August 24, 2020.

621. Founder Securities (Hong Kong) Co., "阿里巴巴 Fy2020Q2 点评：生态内各平台用户快速增长，天猫实物 Gmv 增长 26%," November 1, 2019.

622. Founder Securities (Hong Kong) Co., "阿里巴巴 9988 Hk," November 18, 2019.

623. Founder Securities (Hong Kong) Co., "阿里巴巴 Fy2020Q3 点评：零售主业利润率创新高，新冠疫情和 5G 革新将助推零售、云计算增速提升," February 14, 2020.

624. Founder Securities (Hong Kong) Co., "謹慎佈局，静待春暖花開," March 25, 2020.

625. Founder Securities (Hong Kong) Co., "2019年度跟踪复盘：从新零售时代迈入五新时代，全面进击新基建," April 15, 2020.

626. Founder Securities (Hong Kong) Co., "阿里巴巴 Fy2020 点评：Gmv 突破 1 万亿美元，云计算收入突破 400 亿人民币，加快进击新基建时代," May 23, 2020.

627. Founder Securities (Hong Kong) Co., "阿里云历史梳理：十年磨一剑，做数字经济时代的造风者," June 19, 2020.

628. Founder Securities (Hong Kong) Co., "挖掘弱復蘇下的投资机遇 港股中期策略 報告," June 24, 2020.

629. Founder Securities (Hong Kong) Co., "通信行业 2020 年半年报总结," September 10, 2020.

630. Founder Securities (Hong Kong) Co., "8月芒果tv Dau超优酷，三七《云上城之歌》进ios游戏畅销榜前十," September 20, 2020.

631. Founder Securities (Hong Kong) Co., "中秋动销反馈良好，舆论短期影响情绪," September 27, 2020.

632. Founder Securities (Hong Kong) Co., "櫛風沐雨 砥礪前行 港股 第四季 策略報告," September 30, 2020.

633. Founder Securities (Hong Kong) Co., "5G 建设持续推进，运营商加大资本开支助力光通信产业释放增长潜力," October 11, 2020.

634. Founder Securities (Hong Kong) Co., "5G 规模部署促进下游应用增长，助力移动办公场景常态化发展," October 18, 2020.

635. Founder Securities (Hong Kong) Co., "外圍 因素不明朗 料 恆指 繼續 反覆," October 19, 2020.

636. Founder Securities (Hong Kong) Co., "5G 应用逐步推广落地，助推自动驾驶技术发展," October 25, 2020.

637. Founder Securities (Hong Kong) Co., "螞蟻集團 6688 .Hk," October 27, 2020.

638. Founder Securities (Hong Kong) Co., "字节快手时长占比持续提升；腾讯包揽游戏畅销榜前三," November 1, 2020.

639. Founder Securities (Hong Kong) Co., "交通运输行业 2021 年度策略," November 5, 2020.

640. Founder Securities (Hong Kong) Co., "疫情推动线上消费," November 6, 2020.

641. Founder Securities (Hong Kong) Co., "市场监管局《关于平台经济领域的反垄断指南（征求意见稿）》事件点评," November 11, 2020.

642. Founder Securities (Hong Kong) Co., "化妆品行业双十一点评," November 12, 2020.

643. Founder Securities (Hong Kong) Co., "《原神》登顶10月出海手游收入榜," November 15, 2020.

644. Founder Securities (Hong Kong) Co., "白酒情绪维持高位，大众品成本上涨催化提价预期," December 14, 2020.

645. Founder Securities (Hong Kong) Co., "小芒电商公测，国内手游市场预计破2000亿," December 20, 2020.

646. Founder Securities (Hong Kong) Co., "汽车智能化发展加速，5G+车联网助力产业协同创新," December 20, 2020.

647. Founder Securities (Hong Kong) Co., "最壞時候，最佳時機 - 港股 2021 年 策略報告," December 24, 2020.

648. Founder Securities (Hong Kong) Co., "汽车智能化发展加速，车路协同孕育产业发展机会," December 27, 2020.

649. Galliano's Latin Notes, "Alibaba (Baba) Fine – Close, But No Cigar," April 11, 2021.

650. Galliano's Latin Notes, "Ant Group-Alibaba: Are We There Yet?," April 28, 2021.

651. GF Securities Co., Ltd., "Alibaba-2Qfy20 Results Preview — Ecosystem Expansion To Bear Fruit," October 24, 2019.

652. GF Securities Co., Ltd., "Alibaba-Mau Numbers Surge Amid Resilient Growth Across Businesses," November 5, 2019.

653. GF Securities Co., Ltd., "Business Operating System Pushing The Digital Economy Forward," December 4, 2019.

654. GF Securities Co., Ltd., "Alibaba (Baba Us, 09988 Hk): Fy3Q20 Earnings Preview - User Growth Continues, E-Commerce Business Remains Solid," February 3, 2020.

655. GF Securities Co., Ltd., "Fy3Q20 Results Takeaways: User Growth Still Robust, Strategic Business Losses Narrowing," February 18, 2020.

656. GF Securities Co., Ltd., "Epidemic'S Impact Fading, Long-Term Growth Outlook Intact," March 12, 2020.

657. GF Securities Co., Ltd., "Alibaba (Baba Us, 09988 Hk): Fy4Q20 Preview — Pandemic Having A Short-Term Impact On Performance," April 22, 2020.

658. GF Securities Co., Ltd., "Fy4Q20 Result Takeaways: Gmv Milestone Of Over Us$1Trn Achieved As Expected; Pandemic'S Impact Limited," May 26, 2020.

659. GF Securities Co., Ltd., "Fy1Q21 Preview - Strong Recovery Ahead," July 21, 2020.

660. GF Securities Co., Ltd., "阿里巴巴（Baba）/阿里巴巴-Sw（0988.Hk）Fy1Q21点评——电商增长恢复，战略业务减亏," August 21, 2020.

661. GF Securities Co., Ltd., "Fy2Q21 Results: Losses In Strategic Businesses Narrowing, Refocusing On Core Segments," November 10, 2020.

662. GF Securities Co., Ltd., "Fy3Q21 Preview – Pressing Ahead With Transformation," January 12, 2021.

663. GF Securities Co., Ltd., "Fy4Q21 Preview – Recamping Up Efforts In Its Core Commerce Business," April 12, 2021.

664. Goldman Sachs, "2Qfy20 Preview: Rolling Forward Sotp To Us$253 Or 25.5X Fy21; Fastest Growing Megacap," October 25, 2019.

665. Goldman Sachs, "Alibaba Group (Baba) First Take 2Qfy20 Another Beat On Strong Core; Cl-Buy & Alibaba Group (Baba): First Take: 2Qfy20 Another Beat On Strong Core; Cl-Buy," November 1, 2019.

666. Goldman Sachs, "Earnings Review: 2Qfy20 Above Expectations: Strong Core On Better User Engagement, With Ant/Lda The Growth Drivers; Cl-Buy," November 4, 2019.

667. Goldman Sachs, "Alibaba Group (Baba): Gs China Conference - Key Takeaways," November 7, 2019.

668. Goldman Sachs, "Alibaba Group (Baba): Takeaways From 2019 Singles' Day Shopping Festival: Entertaining, "E"Nnovating And Engaging," November 12, 2019.

669. Goldman Sachs, "Alibaba Group (Baba): Data Correction," December 5, 2019.

670. Goldman Sachs, "Faqs On Alibaba'S Secondary Listing In Hk," December 5, 2019.

671. Goldman Sachs, "Initiate On Alibaba'S Hk-Listed Shares At Buy (On Cl) With Hk$252 Tp," December 5, 2019.

672. Goldman Sachs, "Alibaba Group (Baba) Alibaba Rolls On, 12M Tp To Us$285Hk$277; Buy, On Cl," January 21, 2020.

673. Goldman Sachs, "Thoughts On Alibaba'S Southbound Inclusion Eligibility," February 11, 2020.

674. Goldman Sachs, "Alibaba Group (Baba): First Take: 3Qfy20 Earnings Above Consensus - 9% Beat Vs. Gse Adjusted Eps," February 13, 2020.

675. Goldman Sachs, "Alibaba Group (Baba) Virus Impact Weighs Heavy Only For 4Qfy20; 3Qfy20 Earnings Above Expectations; Remain Buy (On Cl)," February 14, 2020.

676. Goldman Sachs, "Alibaba Group (Baba): Live Streaming Ecommerce Expert Call: Key Takeaways," February 27, 2020.

677. Goldman Sachs, "Strategic Upgrade In Local Services: Alipay, Transforming Into An Open Lifestyle Ecosystem, Digitalizing 40Mn Services Providers With," March 17, 2020.

678. Goldman Sachs, "Alibaba Group (Baba): 4Qfy20 Preview: Strong End To 1Q On Online Retail Trends; Maintain Buy (On Cl)," April 21, 2020.

679. Goldman Sachs, "Alibaba Group (Baba): First Take: 4Q20 Eps Beats, Fy21 Gmv +Rmb1Tn Yoy, Revenue >28% Yoy," May 22, 2020.

680. Goldman Sachs, "4Qfy20 Earnings Review: Above Expectations; Back On Track Post The Pandemic; Buy (On Cl)," May 25, 2020.

681. Goldman Sachs, "Alibaba Group (Baba): 6.18 Breaks Gmv Record; Growth Recovery Well Underway; Buy (On Cl)," June 24, 2020.

682. Goldman Sachs, "Alibaba Group (Baba): Conference Call Takeaways; Reiterate Buy (Cl)," July 1, 2020.

683. Goldman Sachs, "Takeaways From Meeting With Cfo: The Market Leader Remains Well Positioned And Committee," July 6, 2020.

684. Goldman Sachs, "First Take: To Acquire Leju Stake And Link With Alibaba To Build Real Estate O2O Platform," August 2, 2020.

685. Goldman Sachs, "1Qfy21 Preview: (Still) In Pole Position In China E-Commerce, Buy On Cl," August 19, 2020.

686. Goldman Sachs, "Alibaba Group (Baba): First Take 1Qfy21 Results Above Expectation; Core Tmall Gmv Growth Quicker Than Pre-Covid19," August 20, 2020.

687. Goldman Sachs, "1Qfy21 Earnings Review: Above Expectations; Investing And Growing On Multiple Fronts; Tp To Us$315/Hk$306; Buy (On Cl)," August 21, 2020.

688. Goldman Sachs, "Asia Ex Japan Technology Internet: Logistics, The Next Battleground; Buy Sea Ltd, Alibaba (Both On Cl)," September 2, 2020.

689. Goldman Sachs, "Alibaba Group (Baba): What To Expect At The 2020 Investor Day; Buy (On Cl)," September 24, 2020.

690. Goldman Sachs, "Investor Day 2020, Day 1 - Key Takeaways; Reiterate Buy (On Cl)," September 29, 2020.

691. Goldman Sachs, "Investor Day 2020, Day 2 - Key Takeaways; Reiterate Buy (On Cl)," September 30, 2020.

692. Goldman Sachs, "Investor Day 2020 Wrap: Multi-Engine Drivers, Cloud Turning Profitable; Tp +11% To $350; Reiterate Buy (On Cl)," October 7, 2020.

693. Goldman Sachs, "3Q20 Preview: Trends Normalize Across China Internet; Buy Baba/Ntes/Xiaomi/Bidu/Tme; Upgrade Pdd To Buy," November 3, 2020.

694. Goldman Sachs, "Alibaba Group (Baba): First Take: 2Qfy21: Tmall/ Taobao Physical Goods Gmv +21%/ High-Teens Yoy," November 5, 2020.

695. Goldman Sachs, "Alibaba Group (Baba) 2Qfy21 Earnings Review: In Line; Continues To Invest And Grow On Multiple Fronts; Tp To Us$362/Hk$352; Buy (On Cl)," November 6, 2020.

696. Goldman Sachs, "China Technology: Internet: Draft Anti-Monopoly Rules Guide Competition In Digital Platform Economy For Sustainable Development," November 11, 2020.

697. Goldman Sachs, "Alibaba Group (Baba): 2020 Singles' Day Shopping Festival: Gmv +26% Yoy, Driven By Ongoing Innovation," November 12, 2020.

698. Goldman Sachs, "Alibaba Group (Baba): A Compliant Baba, Aligned With China'S Lt Goals; Reiterate Buy (Cl)," November 25, 2020.

699. Goldman Sachs, "Gs Twig Notes: This Week In Global Research - November 27, 2020," November 27, 2020.

700. Goldman Sachs, "Alibaba Group (Baba): Takeaways From Meeting With Cfo: Business On Track; Reiterate Buy (On Cl)," December 16, 2020.

701. Goldman Sachs, "Mapping The Regulatory Challenges; Attractive Valuation Offsets Sector-Wide Regulatory Headwind; Reiterate Buy (On Cl)," January 4, 2021.

702. Goldman Sachs, "Samr Penalties Bring Closure, Removing Overhang: Reiterate Buy (On Cl)," April 12, 2021.

703. Guangzheng Hang Seng, "Tmt 企业新冠疫情应对措施及建议," February 13, 2020.

704. Guosen Securities Co., Ltd., "业绩再超预期，新零售持续高增长," November 6, 2019.

705. Guosen Securities Co., Ltd., "志在生态，多元协同未来可期," December 8, 2019.

706. Guosen Securities Co., Ltd., "商贸零售 1 月投资策略," January 15, 2020.

707. Guosen Securities Co., Ltd., "商贸零售 2 月投资策略," February 3, 2020.

708. Guosen Securities Co., Ltd., "业绩再超预期，核心电商及云业务表现强劲," February 14, 2020.

709. Guosen Securities Co., Ltd., "行业需求趁势而起，紧抓供应链胜负手," March 20, 2020.

710. Guosen Securities Co., Ltd., "从张大奕到李佳琦," March 26, 2020.

711. Guosen Securities Co., Ltd., "流量、数据、供应链之争," May 5, 2020.

712. Guosen Securities Co., Ltd., "短期承压，看好需求反弹," May 22, 2020.

713. Guosen Securities Co., Ltd., "万亿 Gmv 达成，危与机共存," May 25, 2020.

714. Guosen Securities Co., Ltd., "短视频平台电商化的重要一步，关注直播电商、营销服务产业链," May 31, 2020.

715. Guosen Securities Co., Ltd., "最强促销季火爆开启，品牌的回血之战与平台的获客之战," June 2, 2020.

716. Guosen Securities Co., Ltd., "全线复苏，新经济业务表现惊喜," August 21, 2020.

717. Guosen Securities Co., Ltd., "买量迈入新时代，精品开启新征程," September 15, 2020.

718. Guosen Securities Co., Ltd., "比较 Paypal 与蚂蚁集团：有何差异？," September 21, 2020.

719. Guosen Securities Co., Ltd., "10 月投资策略暨三季报前瞻," October 12, 2020.

720. Guosen Securities Co., Ltd., "季报期叠加板块景气向上，迎接旺季行情," October 13, 2020.

721. Guosen Securities Co., Ltd., "云计算增速亮眼，信息流生态 未来可期," November 9, 2020.

722. Guosen Securities Co., Ltd., "市场监管总局处罚阿里巴巴，短期不确定解除、中长期有负面影响," April 13, 2021.

723. Guosheng Securities, "阿里巴巴（Baba.N）1900 万新增买家，不够吗？," November 2, 2019.

724. Guosheng Securities, "归来仍是少年," November 25, 2019.

725. Guosheng Securities, "疫情影响几何？," February 15, 2020.

726. Guosheng Securities, "拥抱后浪，遇强则强," May 24, 2020.

727. Guosheng Securities, "竞争有多激烈，阿里的"后浪"就有多奔腾," July 11, 2020.

728. Guosheng Securities, "升级蚂蚁链，蚂蚁集团加码数字经济新基建," July 23, 2020.

729. Guosheng Securities, "线上线下，主动出击," August 23, 2020.

730. Guosheng Securities, "泛电商积极求变，云计算盈利在即," November 7, 2020.

731. Guosheng Securities, "直面问题，调整再出发," April 12, 2021.

732. Guotai Junan Securities Co. Ltd., "2Qfy2020 Results Beat, Reiterate "Buy"," November 5, 2019.

733. Guotai Junan Securities Co. Ltd., "个股交易参考," November 6, 2019.

734. Guotai Junan Securities Co. Ltd., "阿里巴巴 (Baba.Us) –航母再出发，静待双十一," November 6, 2019.

735. Guotai Junan Securities Co. Ltd., "Alibaba Group Launches Hong Kong Initial Public Offering, With Maximum Offer Price Of Hk$188.00," November 15, 2019.

736. Guotai Junan Securities Co. Ltd., "阿里巴巴 集团 (9988.Hk) Ipo简评," November 15, 2019.

737. Guotai Junan Securities Co. Ltd., "Tmt 行业动态 - 阿里巴巴(09988)架构调整，涉及智能云、蚂蚁金服、阿里妈妈、盒马等业务," December 20, 2019.

738. Guotai Junan Securities Co. Ltd., "Valuation Uplift Amid Bullish Market Sentiment, "Buy"," December 24, 2019.

739. Guotai Junan Securities Co. Ltd., "Valuation Uplift Amid Bullish Market Sentiment, Buy," December 24, 2019.

740. Guotai Junan Securities Co. Ltd., "阿里巴巴集团 (Baba Us)," February 3, 2020.

741. Guotai Junan Securities Co. Ltd., "Strong Fundamentals Despite Short-Term Impact From The Outbreak Of The Novel Coronavirus, "Buy"," February 19, 2020.

742. Guotai Junan Securities Co. Ltd., "Revenue Expected To Reach Rmb650 Bn In Fy2021, "Buy"," June 2, 2020.

743. Guotai Junan Securities Co. Ltd., "阿里巴巴 – Sw 09988 Hk," June 30, 2020.

744. Guotai Junan Securities Co. Ltd., "阿里巴巴 (9988.Hk) –厚积薄发，消费场景全覆盖," July 7, 2020.

745. Guotai Junan Securities Co. Ltd., "1Qfy2021 Results Beat, Reiterate "Buy"," August 24, 2020.

746. Guotai Junan Securities Co. Ltd., "阿里巴巴 (9988.Hk) –消费复苏，阿里云盈利指日可待," September 15, 2020.

747. Guotai Junan Securities Co. Ltd., "Alibaba Agrees To Acquire Controlling Stake In Sun Art Retail Group Limited (06808 Hk)," October 19, 2020.

748. Guotai Junan Securities Co. Ltd., "Baba-Sw(09988 Hk)Alibaba-Sw Agrees To Acquire Controlling Stake In Sun Art Retail Group Limited (06808 Hk)," October 19, 2020.

749. Guotai Junan Securities Co. Ltd., "2Qfy2021 Results Remained Solid, "Buy"," November 10, 2020.

750. Guotai Junan Securities Co. Ltd., "The State Administration For Market Regulation Opens Anti-Monopoly Law Investigation On Alibaba-Sw," December 24, 2020.

751. Guotai Junan Securities Co. Ltd., "Share Repurchase Program Upsized To Us$10.0 Billion," December 28, 2020.

752. Guotai Junan Securities Co. Ltd., "U.S. Executive Order Ban On Transactions With Alipay; The Order Will Go Into Effect 45 Days From Now," January 6, 2021.

753. Guotai Junan Securities Co. Ltd., "Finalized Anti-Monopoly Investigation; Expecting To Increase Strategic Investment And Spending," April 12, 2021.

754. Guotai Junan Securities Co. Ltd., "Ant Group Completes The Formulation Of Rectification Plan," April 13, 2021.

755. Guoyuan Securities, "行业资本化加速，线上渠道红利凸显——电商代运营行业深度报告," September 22, 2020.

756. Guoyuan Securities, "国际品牌持续热销，薇诺娜荣登天猫国货美妆 Top1," November 12, 2020.

757. Guoyuan Securities, "核心平台高增长，新锐品牌表现强劲," November 13, 2020.

758. Guoyuan Securities, "线上加速渗透，新国货崛起——零售行业2021年策略报告," December 2, 2020.

759. Guoyuan Securities, "外资品牌领跑护肤类目，新锐国货表现亮眼——化妆品行业十一月数据跟踪," December 8, 2020.

760. Haitong International Research Limited, "Alibaba Group Holding - Heading Into A Strong Season," October 25, 2019.

761. Haitong International Research Limited, "Alibaba Group Holding (Baba Us) – Reinvestments In Core Business Showing Positive Signs," November 1, 2019.

762. Haitong International Research Limited, "Another Solid Double 11," November 12, 2019.

763. Haitong International Research Limited, "Alibaba Group Holding (Baba Us)—Steady Quarter," January 14, 2020.

764. Haitong International Research Limited, "A Helping Hand," February 10, 2020.

765. Haitong International Research Limited, "Negative Growth For Some Businesses In March Quarter," February 14, 2020.

766. Haitong International Research Limited, "Alibaba Group Holding (Baba Us): Strong Momentum In Live Streaming And Global Platforms," March 4, 2020.

767. Haitong International Research Limited, "从电商龙头走向数字经济," March 23, 2020.

768. Haitong International Research Limited, "Alibaba Group Holding (Baba Us): A Leading E-Commerce Giant Embraces Digital Economy," April 9, 2020.

769. Haitong International Research Limited, "Globally Widespread Virus Could Drag June Quarter," April 14, 2020.

770. Haitong International Research Limited, "Juhuasuan'S Optimization To Improve Conversion," April 29, 2020.

771. Haitong International Research Limited, "Alibaba Q4 Fy20 Results Quick Facts," May 22, 2020.

772. Haitong International Research Limited, "Alibaba Group Holding (Baba Us): Full-Year Guidance Implies Take-Rate Improvement," May 24, 2020.

773. Haitong International Research Limited, "Fy20 Revenue Rose By 35% Yoy, Gmv Reached Trillions Of Dollars, Profit Margin Of Core Commerce Is Stable: Initiation," May 27, 2020.

774. Haitong International Research Limited, "Management Reshuffling," June 18, 2020.

775. Haitong International Research Limited, "Alibaba Group Holding (Baba Us) The Underperforming Blue Chip," July 15, 2020.

776. Haitong International Research Limited, "Alibaba Q1 Fy3/21 Results: Quick Facts," August 20, 2020.

777. Haitong International Research Limited, "Growing On The Back Of Better Efficiency," August 21, 2020.

778. Haitong International Research Limited, "2Q 收入增34%经调整净利增28%，新零售占比20%为收入新驱动," August 23, 2020.

779. Haitong International Research Limited, "Q1 Fy21 Revenue/Non-Gaap Np Rose 34%/28%Yoy, New Retail Drives Revenue Up," September 12, 2020.

780. Haitong International Research Limited, "Takeaways From Alibaba Investor Event – Day 1," September 28, 2020.

781. Haitong International Research Limited, "Takeaways From Alibaba Investor Event – Day 2," September 29, 2020.

782. Haitong International Research Limited, "Key Takeaways From Alibaba Investor Event – Day 3," September 30, 2020.

783. Haitong International Research Limited, "Invests In Major Global Travel Retail Brand," October 6, 2020.

784. Haitong International Research Limited, "投资全球旅游零售巨头品牌," October 9, 2020.

785. Haitong International Research Limited, "Q2 Fy3/21 Preview: Efficiency To Likely Drive Earnings Beat," October 13, 2020.

786. Haitong International Research Limited, "阿里巴巴投资者日纪要——第三天," October 14, 2020.

787. Haitong International Research Limited, "2021/3财年二季度业绩预告：效率提升或推动盈利高出预期," October 18, 2020.

788. Haitong International Research Limited, "Raising Its Game In Local Retail Services," October 19, 2020.

789. Haitong International Research Limited, "Regulation Overhang Lifts; Positive Despite Lower Growth Expectations," April 12, 2021.

790. Haitong International Research Limited, "阿里巴巴 (Baba Us)：监管担忧初步消退；市场对增长预期降低、超预期可能性增加—维持优于大市; 下调目标价8%," April 14, 2021.

791. Hana Financial Investment, "알리바바 (Baba.Us): Fy2Q2020 Re: 견조한 펀더멘탈," November 5, 2019.

792. Hana Financial Investment, "알리바바 (Baba.Us): Fy3Q2020 Re: 신유통이 견인한 실적," February 17, 2020.

793. Hana Financial Investment, "핀테크 계열사 '앤트그룹' 10월 Ipo 예정," October 8, 2020.

794. Hana Financial Investment, "Fy2Q21 Re: 견고한 유통과 클라우드 매출," November 9, 2020.

795. Horizon Insights, "E-Commerce Increased Penetration; Live Streaming Boosted Traffic Conversion," August 2020.

796. Horizon Insights, "September Exports Up, Imports Jump On Strong Demand," October 13, 2020.

797. Horizon Insights, "Fmcg Accelerates Online Penetration, Reigniting Fresh Food E-Commerce War," November 2020.

798. Horizon Insights, "Monthly Ecommerce Sales Tracking-December," January 2021.

799. HSBC, "Buy: Apparel Brand Reveals Trends Market Might Have," October 4, 2019.

800. HSBC, "Buy: Sotp Implies 50% Further Upside From Cloud And Ant Financials," October 9, 2019.

801. HSBC, "Buy: Earnings Preview; Upbeat Quarter Ahead," October 12, 2019.

802. HSBC, "Alibaba Group (Baba Us): Buy: Measured Investment Approach With Robust Profits And Better Technology," November 2, 2019.

803. HSBC, "Buy: Profit Machine Loaded Up," November 26, 2019.

804. HSBC, "Alibaba Group (Baba Us): Buy: Hometown Centre Of Attention; Hk Listing In Lights," November 27, 2019.

805. HSBC, "Buy: Earnings Preview – Reaping Benefits From Earlier Investments," January 14, 2020.

806. HSBC, "Buy: Earnings Review – Adapt To Near-Term Challenges," February 14, 2020.

807. HSBC, "Buy: Earnings Preview: Profit Engine Reaccelerates," April 13, 2020.

808. HSBC, "China E-Commerce: Live Streaming: Next Growth Engine Revived," April 23, 2020.

809. HSBC, "China Internet: Labour Day Data Suggest Strong Consumption Recovery," May 7, 2020.

810. HSBC, "Buy: Sustainable, Profitable Growth At Attractive Valuation," May 24, 2020.

811. HSBC, "Buy: Ndr Reaffirms Multi-Engine Approach Could," June 1, 2020.

812. HSBC, "Brand Perspective: Year Of Festivals; Multi-Channel Strategies Rather Than Head-To-Head," July 10, 2020.

813. HSBC, "Buy: 1Q Fy21 Preview: Muscled-Up To Regain Market Share," July 10, 2020.

814. HSBC, "Brand Perspective Ii: Reality Check Across Platforms," July 18, 2020.

815. HSBC, "China E-Commerce Brand Perspective Iii: Multi-Channel Strategy For Brands Reaffirmed," July 30, 2020.

816. HSBC, "Alibaba Group (Baba Us) Buy: Profitable Fast Growth Under-Appreciated," August 21, 2020.

817. HSBC, "Buy: Dissecting Ant Group'S Value," August 27, 2020.

818. HSBC, "Buy: Cloud Apsara Conference – Lead In Innovations," September 25, 2020.

819. HSBC, "Buy: Incremental Info And Surprises From Investor Day 1," September 29, 2020.

820. HSBC, "Buy: Incremental Info And Surprises From Investor Day 2," September 30, 2020.

821. HSBC, "Alibaba Group (Baba Us) Buy: Visionary Strategy - The First Becomes No. 1," October 1, 2020.

822. HSBC, "Alibaba Group (Baba Us)-Buy: 2Q Fy21 Preview: Expect Promising Results," October 13, 2020.

823. HSBC, "Buy: Ant Valuation Lifted To Usd320Bn," October 23, 2020.

824. HSBC, "Buy: Assessing The Impact Of Ant," November 4, 2020.

825. HSBC, "Alibaba Group (Baba Us) Buy: The Best Is Yet To Come," November 6, 2020.

826. HSBC, "China Internet: Assessing Anti-Monopoly Guidelines," November 12, 2020.

827. HSBC, "China Internet: Anti-Monopoly Guidelines: A Legal Perspective," November 27, 2020.

828. HSBC, "Buy: Fundamentals Remain Intact, Risks Look Priced In," January 8, 2021.

829. HSBC, "Buy: 'All-In' With More Aggressive Investments," April 9, 2021.

830. HSBC, "Buy: Overhang Removed, Refocus On Fundamentals," April 12, 2021.

831. Hua Chuang Securities, "阿里巴巴（Baba.N/9988.Hk）4Q20Fy 业绩梳理及发布会纪要," May 28, 2020.

832. Hua Chuang Securities, "从流量驱动的商业帝国到数字生活开放平台," July 12, 2020.

833. Hua Chuang Securities, "主业集中战略初见成效," August 23, 2020.

834. Hua Chuang Securities, "线上&下沉增量可期，单品王者蓝月高悬," September 17, 2020.

835. Hua Chuang Securities, "销售靓丽、险资举牌，板块底部价值凸显," September 20, 2020.

836. Hua Chuang Securities, "推荐（维持）关注十一黄金周国内航空需求或实现同比增长，阿里加大对快递业渗透，持续强推华夏、顺," September 27, 2020.

837. Hua Chuang Securities, "保险与科技相得益彰，生态结构持续优化 ——互联网保险系列报告之二," October 9, 2020.

838. Hua Chuang Securities, "阿里巴巴召开 2020 年投资者日大会：我们预计内需、云计算大数据," October 11, 2020.

839. Hua Chuang Securities, " 2020 电商"双 11"前瞻："猫狗拼"传统巨头分化，"快抖微"新平台入局," October 21, 2020.

840. Huaan Securities, "阿里犀牛切入传统制造业，工业互联网落地更进一步," September 20, 2020.

841. Huaan Securities, "极米科技过会，双十一预售靓丽；家居内外销景气持续回升," October 24, 2020.

842. Huafu Securities Co., Ltd., "双十一临近，建议关注化妆品板块与电商板块投资机会," October 18, 2020.

843. Huafu Securities Co., Ltd., "美国对华为禁令有所松动，苹果产业链未来可期," November 1, 2020.

844. Huafu Securities Co., Ltd., "五粮液市值破万亿，但业绩预期需客观," November 6, 2020.

845. Huafu Securities Co., Ltd., "海外订单向中国转移，疫情控制显优势," November 14, 2020.

846. Huafu Securities Co., Ltd., "上汽携手阿里打造全新高端汽车品牌," November 29, 2020.

847. Huafu Securities Co., Ltd., "白酒板块高位有突破趋势，继续推荐高端龙头," December 4, 2020.

848. Huafu Securities Co., Ltd., "白酒板块高位有所突破，后续需求需关注," December 11, 2020.

849. Huajin Securities, "消费持续分化," December 24, 2019.

850. Huajin Securities, "情绪逐渐趋稳，低估值板块关注度升温-策略周报," September 19, 2020.

851. Huajin Securities, "第 52 周周报：12 月第 2 周零售同比+15%," December 20, 2020.

852. Huajin Securities, "反垄断治理推进，芒果优酷春季招商储备丰富," April 19, 2021.

853. Huajin Securities, "快手强化国内联盟生态构建，关注一季报业绩超预期情况," April 26, 2021.

854. Huatai Securities Co. Ltd., "Alibaba Group Holding (Baba Us):Core Commerce Performance In Line With Our Expectations," November 3, 2019.

855. Huatai Securities Co. Ltd., "Enhancing Ecosystem Competitiveness," December 31, 2019.

856. Huatai Securities Co. Ltd., "Enhancing Ecosystem Competitiveness," December 31, 2019.

857. Huatai Securities Co. Ltd., "Initiatives Announced To Support Merchants During Tough Times," February 11, 2020.

858. Huatai Securities Co. Ltd., "宣布支持商家计划，共克时艰," February 11, 2020.

859. Huatai Securities Co. Ltd., "Coronavirus Outbreak Weighs On Short-Term Sentiment," February 14, 2020.

860. Huatai Securities Co. Ltd., "新冠疫情爆发影响短期市场情绪," February 14, 2020.

861. Huatai Securities Co. Ltd., "Turning Negatives Into Long-Term Opportunities," February 18, 2020.

862. Huatai Securities Co. Ltd., "将不利因素转化为长期机遇," February 18, 2020.

863. Huatai Securities Co. Ltd., "Alibaba Group Holding (Baba Us):  4Qfy20 Results Preview," April 22, 2020.

864. Huatai Securities Co. Ltd., "Resilient Platform Withstands Covid-19 Impacts," May 24, 2020.

865. Huatai Securities Co. Ltd., "Alibaba Group Holding (Baba Us): Steady Ship With Ongoing Efforts In Efficiency Improvement," June 3, 2020.

866. Huatai Securities Co. Ltd., "稳健航行，效率持续提升 ," June 3, 2020.

867. Huatai Securities Co. Ltd., "Alibaba Group Holding (Baba Us): Post-Results Ndr Takeaways," June 15, 2020.

868. Huatai Securities Co. Ltd., "业绩路演纪要," June 15, 2020.

869. Huatai Securities Co. Ltd., "Alibaba To Become Largest Shareholder," August 20, 2020.

870. Huatai Securities Co. Ltd., "Efficiency Improvement Key To Stabilizing Margins," August 21, 2020.

871. Huatai Securities Co. Ltd., "Takeaways From Day 1 Of Alibaba'S 2020 Investor Day," September 29, 2020.

872. Huatai Securities Co. Ltd., "Takeaways From Day 2 Of Alibaba'S 2020 Investor Day," September 30, 2020.

873. Huatai Securities Co. Ltd., "Shall Acquire Controlling Stake In Sun Art," October 19, 2020.

874. Huatai Securities Co. Ltd., "Sun Art Retail (6808 Hk) Buy (Maintained) Alibaba To Become Largest Shareholder ," October 20, 2020.

875. Huatai Securities Co. Ltd., "Alibaba Group Holding (Baba Us) Buy (Maintained) Striving To Enlarge Addressable Market," October 22, 2020.

876. Huatai Securities Co. Ltd., "Striving To Enlarge Addressable Market," October 22, 2020.

877. Huatai Securities Co. Ltd., "New Retail, Infrastructure And Initiatives Roi Trending Up," November 6, 2020.

878. Huatai Securities Co. Ltd., "Read-Through Of Antitrust Guidelines On Internet Industry," November 11, 2020.

879. Huatai Securities Co. Ltd., "11 月游戏买量放缓，大厂维持强势," December 6, 2020.

880. Huatai Securities Co. Ltd., "白酒延续强势，休闲食品表现平淡," December 7, 2020.

881. Huatai Securities Co. Ltd., "功效为王、群雄抢滩，龙头东方起," December 9, 2020.

882. Huatai Securities Co. Ltd., "数据中心当前景气度如何？," December 13, 2020.

883. Huatai Securities Co. Ltd., "提价效果有所显现," December 20, 2020.

884. Huatai Securities Co. Ltd., "行业周报（第五十二周）," December 27, 2020.

885. Huatai Securities Co. Ltd., "Us Considers Adding Alibaba And Tencent To China Stock Ban," January 11, 2021.

886. Huatai Securities Co. Ltd., "核心业务具备韧性有望缓解市场担忧," January 15, 2021.

887. Huatai Securities Co. Ltd., "核心业务具备韧性有望缓解市场担忧," January 15, 2021.

888. Huatai Securities Co. Ltd., "Administrative Penalty Decision Issued By Samr Announced," April 11, 2021.

889. Huatai Securities Co. Ltd., "Announced Supporting Policy For Merchants," April 20, 2021.

890. Huaxi Securities Co., Ltd., "华西带你看两会：轻工零售篇," May 6, 2020.

891. Huaxi Securities Co., Ltd., "增配非银，以守为功," September 20, 2020.

892. Huaxi Securities Co., Ltd., "国庆假期服装高增，海外制造订单转移，关注三季报有望迎来拐点标的," October 11, 2020.

893. Huaxi Securities Co., Ltd., "通信细分板块估值及判断（附量子科技政策观点）," October 18, 2020.

894. Huaxi Securities Co., Ltd., "蚂蚁集团：成长-边界-生态," October 22, 2020.

895. Huaxi Securities Co., Ltd., "车路协同有望成为5G最典型应用场景之一," October 25, 2020.

896. Huaxi Securities Co., Ltd., "银行it监管催化，集中度有望提升," October 27, 2020.

897. Huaxi Securities Co., Ltd., "两个独角兽进程," November 7, 2020.

898. Huaxi Securities Co., Ltd., "电信领域纳入开放条款，数据中心、云等增值业务有望出海加速," November 16, 2020.

899. Huaxi Securities Co., Ltd., "人民日报发声，工业软件产业崛起进行时," November 17, 2020.

900. Huaxi Securities Co., Ltd., "Rcep 签订利好域内跨境电商，阿里入股芒果或掀行业变革," November 22, 2020.

901. Huaxi Securities Co., Ltd., "车企布局高端电动智能 共给驱动加速," November 29, 2020.

902. Huaxi Securities Co., Ltd., "阿里巴巴接受立案调查，反垄断步入深水区," December 2, 2020.

903. Huaxi Securities Co., Ltd., "传统车企携手科技企业，只能驾驶群雄并起," December 5, 2020.

904. Huaxi Securities Co., Ltd., "芯片短缺影响有限 长期加速自主可控," December 6, 2020.

905. Huaxi Securities Co., Ltd., "2021年考研报名人数377万，中共考研业务进驻淘宝," December 27, 2020.

906. Huaxi Securities Co., Ltd., "科技巨头入局 共和驱动加速," December 27, 2020.

907. Huaxi Securities Co., Ltd., "国产 Model Y 上市 新能源供给质变加速," January 3, 2021.

908. Huaxi Securities Co., Ltd., "阿里收反垄断巨额罚单，腾讯视频会员费提价," April 11, 2021.

909. Hwabao Securities, "Etp 日报（20191128）：阿里巴巴将被纳入恒生综指," November 28, 2019.

910. Hwabao Securities, "Etp 日报（20200518）：恒指公司调整选股规则，阿里巴巴有望纳入指数," May 18, 2020.

911. Hyundai Motor Securities Co. Ltd., "유의미한 변화 세 가지," October 30, 2020.

912. Hyundai Motor Securities Co. Ltd., "오너리스크, 호흡조절이 필요," November 4, 2020.

913. Hyundai Motor Securities Co. Ltd., "Fy21 2Q: 보조엔진 장착," November 9, 2020.

914. ICBC International Securities Limited, "Solid Fy2Q20 Results; Expect Synergies To Unlock The Value Of Ecosystem," November 4, 2019.

915. ICBC International Securities Limited, "Alibaba: Off To A Flying Start," January 10, 2020.

916. ICBC International Securities Limited, "Robust Fy3Q20 Results; Coronavirus Outbreak Impacts Short-Term Profitability," February 17, 2020.

917. ICBC International Securities Limited, "Alibaba: Healthy Recovery Of Core Commerce; Other Business Facing Margin Pressure In Short Term," April 17, 2020.

918. ICBC International Securities Limited, "Accelerating Digital Adoption And Transformation In Retail," May 25, 2020.

919. ICBC International Securities Limited, "On Track Recovery With Improving Profitability," July 10, 2020.

920. ICBC International Securities Limited, "Robust Core Commerce; Operating Efficiency Continues To Increase," August 21, 2020.

921. ICBC International Securities Limited, "Alibaba 2020 Investor Day Takeaways," October 5, 2020.

922. ICBC International Securities Limited, "云计算及软件服务行业 2021 年展望," November 18, 2020.

923. ICBC International Securities Limited, "Battle In The Community Group Buying Business," April 12, 2021.

924. Industrial Securities Co. Ltd., "增长超预期，强者恒强 & 阿里巴巴(Baba.N) - 增长超预期，强者恒强," November 4, 2019.

925. Industrial Securities Co. Ltd., "从海外行业看中国远程办公发展," February 20, 2020.

926. Industrial Securities Co. Ltd., "小程序 Dau 大增，应用生态加速迁移," March 8, 2020.

927. Industrial Securities Co. Ltd., "Fy20Q4 业绩前瞻：公共卫生事件单季影响超预期，下调盈利预测," April 17, 2020.

928. Industrial Securities Co. Ltd., "疫情不影响阿里长期增长," May 26, 2020.

929. Industrial Securities Co. Ltd., "核心商业复苏，云业务维持高增速," August 23, 2020.

930. Industrial Securities Co. Ltd., "东航携手国铁实现"空铁联运"互联互通," August 30, 2020.

931. Industrial Securities Co. Ltd., "教育部称政策很快落地，淘宝教育打开招生新渠道," September 15, 2020.

932. Industrial Securities Co. Ltd., "拆解爱美客，医美之奇才," September 17, 2020.

933. Industrial Securities Co. Ltd., "险企基本面改善带来投资机会，金控监管办法出台," September 19, 2020.

934. Industrial Securities Co. Ltd., "中秋十一双节将至景区限流提升至 75%，8 月生活可选消费表现优异," September 20, 2020.

935. Industrial Securities Co. Ltd., "会师华为"长征路"-Hc2020 前瞻," September 20, 2020.

936. Industrial Securities Co. Ltd., "关注景气度持续恢复的食品公司," September 22, 2020.

937. Industrial Securities Co. Ltd., "需求持续恢复，双节期间旅客量有望创新高," September 27, 2020.

938. Industrial Securities Co. Ltd., "拥抱开源后浪-聚焦,1024'程序员节," October 24, 2020.

939. Industrial Securities Co. Ltd., "可选消费助力 9 月社零超预期，Q3 板块经营业绩改善显著," October 25, 2020.

940. Industrial Securities Co. Ltd., "教育行业周随笔（10.26-11.01）：独立学院专题之政策要点梳理," November 2, 2020.

941. Industrial Securities Co. Ltd., "核心商业收入稳健增长，菜鸟物流加速发展," November 7, 2020.

942. Industrial Securities Co. Ltd., "巨罚之后，阿里的机遇与挑战," April 13, 2021.

943. Investcafe, "Alibaba Group Готова К Реваншу," July 4, 2019.

944. J.P. Morgan, "Alibaba Group Holding Limited Overweight Baba, Baba Us: 2Q Fy20 Preview: Expecting A Solid Quarter With Upside Risk To Earnings," October 23, 2019.

945. J.P. Morgan, "[Update] Alibaba (Baba Us) May Come Back To Hk In Nov," October 31, 2019.

946. J.P. Morgan, "2Qfy20 Results First Take: A Solid Clean Beat," November 1, 2019.

947. J.P. Morgan, "Well Balanced Growth Strategies Drive Solid Profit Growth; Reiterate Ow," November 3, 2019.

948. J.P. Morgan, "Hk Ipos' Lock-Up Expiry Monitor (1Q 2020) Potential Index Implications," January 2, 2020.

949. J.P. Morgan, "3Qfy20 Preview: Eyes On Core-Core Growth Outlook And Subsidy Plans," January 13, 2020.

950. J.P. Morgan, "Hsi/Hscei Jan 2020 Consultation," January 13, 2020.

951. J.P. Morgan, "Thoughts On Implications From Newly Announced Policies To Help Merchants Survive The Challenging Time," February 10, 2020.

952. J.P. Morgan, "Factoring In Upside From Ant Financial'S Transition From Volume Growth To Profit Generation; Ow," February 12, 2020.

953. J.P. Morgan, "Alibaba Group Holding Limited (Baba Us): 3Qfy20 First Take: A Prelude To Coronavirus Impactlikely Cmr/Commission Revenue Decline In Mar Q," February 13, 2020.

954. J.P. Morgan, "Alibaba Group Holding Limited: Looking Through The Tougher-Than-Expected Challenging Environment," February 14, 2020.

955. J.P. Morgan, "Ftse Kickstarts Alibaba'S Conversion; What Is Next?," March 4, 2020.

956. J.P. Morgan, "Alibaba: Softbank'S Reported Sell Down," March 24, 2020.

957. J.P. Morgan, "Softbank'S Reported Sell Down Index Implications," March 24, 2020.

958. J.P. Morgan, "China Express Delivery: Baba'S Potential Investment Into Yunda A Logical Move, But Key Industry Dynamics Unlikely To Shift Meaningfully," March 31, 2020.

959. J.P. Morgan, "Alibaba Group Holding Limited: Leader In China'S Cloud Market," April 8, 2020.

960. J.P. Morgan, "China Public Cloud: A Sizable Market In The Making," April 8, 2020.

961. J.P. Morgan, "Alibaba Group Holding Limited : 4Qfy20 Preview: Eyeing Upside Risks To Domestic Ecommerce Recovery," April 10, 2020.

962. J.P. Morgan, "Alibaba Group Holding Limited (Baba Us): 4Qfy20 First Take: Resilient Operation With Cost Control And Ant'S Ramping Profitability; Strong Fy21 Rev Outlook," May 22, 2020.

963. J.P. Morgan, "Healthy China Retail Marketplace Recovery; Reiterate Ow," May 24, 2020.

964. J.P. Morgan, "China Ecommerce  May Ecommerce Data Tracker Back To Normalized Growth With Apparel Sales Returning To Yoy Growth," June 15, 2020.

965. J.P. Morgan, "1Q Fy21 Preview: Eyeing Upside Risks From Domestic Marketplace Growth As The Market Recovers," July 10, 2020.

966. J.P. Morgan, "Asia Pacific Equity Derivatives Highlights," August 18, 2020.

967. J.P. Morgan, "Alibaba Group Holding Limited  Ecommerce Monetization Back On Track; Roi Driven Investment Strategy Likely To Drive Earnings Upside," August 21, 2020.

968. J.P. Morgan, "Thoughts Post 2020 Alibaba Investor Day 1 - Solidifying Core Commerce Leadership," September 28, 2020.

969. J.P. Morgan, "Thoughts Following 2020 Investor Day 2: New," September 29, 2020.

970. J.P. Morgan, "Alibaba Group Holding Limited (Baba Us): Thoughts Following 2020 Investor Day 3: Cloud And Cainiao Graduate From Incubation Stage," September 30, 2020.

971. J.P. Morgan, "China Consumer Internet  Position Into Abnormal Trends In A Normalized Quarter," October 15, 2020.

972. J.P. Morgan, "2Qfy21 First-Take:Strong Bottom-Line Growth With Mixed Underlying Drivers," November 5, 2020.

973. J.P. Morgan, "Alibaba Group Holding Limited  Entering Final Dash Of China Ecommerce User Acquisition Stage ," November 6, 2020.

974. J.P. Morgan, "When I Toured Malaysia'S Airport To Understand Baba'S E-Fulfilment Hub: Notes From The Road," November 6, 2020.

975. J.P. Morgan, "China Internet: Implications From The Guidelines On Anti-Trust Activities Regarding Internet Platforms," November 10, 2020.

976. J.P. Morgan, "Alibaba: Hk Line Popularity Grows," November 11, 2020.

977. J.P. Morgan, "China Ecommerce Double 11 Gmv Growth Re-Accelerated: Positive Signals For Ecommerce Players' 4Q20 Growth," November 12, 2020.

978. J.P. Morgan, "Asia Pacific Equity Derivatives Highlights Hsci/Hscei Index Rebalance Update; Position For A Reveresal In Growth/Momentum Stocks," November 17, 2020.

979. J.P. Morgan, "Southbound May Include Secondary Listings And Biotech Firms," November 24, 2020.

980. J.P. Morgan, "China Internet: 8Th Global Tmt Conference Takeaways," November 25, 2020.

981. J.P. Morgan, "Concerns On Anti-Trust Investigation Overdone," January 12, 2021.

982. J.P. Morgan, "Finally, The Closure: Expect Positive Share Price Reaction To The Conclusion Of Anti-Trust Investigation," April 11, 2021.

983. J.P. Morgan, "Key Takeaways From Management Call On The Antimonopoly Penalty," April 12, 2021.

984. Jefferies, "China: When The View From The Bottom Is Better Than From The Top," October 8, 2019.

985. Jefferies, "Sep Quarter Earnings Preview," October 14, 2019.

986. Jefferies, "Alibaba: Reinvestment With Clear Strategy," November 1, 2019.

987. Jefferies, "Alibaba: Sep Quarter Results Quick Tak," November 1, 2019.

988. Jefferies, "Celebrating The 11Th Year Of Double-11," November 10, 2019.

989. Jefferies, "Maintain Our Positive View On Secular Online," November 14, 2019.

990. Jefferies, "Online Shopping Continues Solid Momentum," December 15, 2019.

991. Jefferies, "Alibaba: Solid Execution, Clear Long-Term Strategy," January 9, 2020.

992. Jefferies, "Reaffirm 2020 Outlook On Latest Business Trends," January 19, 2020.

993. Jefferies, "Cosmetics, Household & Personal Care Coronavirus Impact: Discussion With Chinese Consumer Goods Consultant," February 4, 2020.

994. Jefferies, "コロナウイルスの影響：中国人消費財コンサルタントへのヒアリング," February 4, 2020.

995. Jefferies, "Reaffirm Mission With Support Measures To Merchants," February 10, 2020.

996. Jefferies, "Alibaba And The 40 Things," February 11, 2020.

997. Jefferies, "3Q Miss; Vf1 Losses; Alibaba Is The Only Consistent Positive. Svf2 Is A Risk.," February 12, 2020.

998. Jefferies, "Embracing The Wave Of Digitization," February 13, 2020.

999. Jefferies, "Quick Take: Alibaba Dec Quarter Results," February 13, 2020.

1000. Jefferies, "Group Investor Calls Takeaways," February 27, 2020.

1001. Jefferies, "Recovery Path Is Intact - Maintain Baba As Tier One Top Pick," March 15, 2020.

1002. Jefferies, "Reaffirm Online Shopping Recovery Trends," April 5, 2020.

1003. Jefferies, "Tier-One Top Pick At The Center Of Recovery Story," April 9, 2020.

1004. Jefferies, "Getting Its Strength Back," April 16, 2020.

1005. Jefferies, "Accelerating Online Shopping Recovery Trend In April," May 10, 2020.

1006. Jefferies, "Virtual China Consumer Conference - Key Takeaway," May 19, 2020.

1007. Jefferies, "Multiple Growth Engines Powered By Technology," May 22, 2020.

1008. Jefferies, "Quick Take: Alibaba Mar Quarter Results," May 22, 2020.

1009. Jefferies, "Spb'S May Data Reaffirms Online Shopping Trend," June 11, 2020.

1010. Jefferies, "Tmall – Engaging With Millennial Luxury Consumers In China," June 17, 2020.

1011. Jefferies, "Reaffirm Tier-One Top Pick On Strong Execution," July 8, 2020.

1012. Jefferies, "Marketing Campaign Drives Growth In June," July 16, 2020.

1013. Jefferies, "Positive News From Ant Group," July 20, 2020.

1014. Jefferies, "More Color About 2H Outlook Next Week," August 14, 2020.

1015. Jefferies, "Quick Take Alibaba Jun Quarter Results ," August 20, 2020.

1016. Jefferies, "Strong Ecosystem Strategy Stands Out," August 20, 2020.

1017. Jefferies, "Baba Funding Cbn'S 5G Build? Stay Calm," August 27, 2020.

1018. Jefferies, "Day 1 Takeaways From 2020 Investor Day," September 28, 2020.

1019. Jefferies, "Day 2 Takeaways From 2020 Investor Day," September 29, 2020.

1020. Jefferies, "Day 3 Takeaways From 2020 Investor Day," September 30, 2020.

1021. Jefferies, "Multiple Growth Drivers Backed By Technological Prowess," October 12, 2020.

1022. Jefferies, "Acceleration In New Retail Strategy," October 18, 2020.

1023. Jefferies, "Multiple Growth Drivers On The Back Of Ecosystem Strategy," November 5, 2020.

1024. Jefferies, "Quick Take: Alibaba Sep Quarter Results," November 5, 2020.

1025. Jefferies, "Strong Execution Key To Success," November 11, 2020.

1026. Jefferies, "Internet Monopoly Disruption, & Policy Intervention," November 12, 2020.

1027. Jefferies, "Stay Calm: A Glimpse At Biden'S Potential China Policies," January 7, 2021.

1028. Jefferies, "Focus On User Experience," January 8, 2021.

1029. Jefferies, "A New Starting Point," April 10, 2021.

1030. Jefferies, "Key Takeaways From Conference Call," April 11, 2021.

1031. Jefferies, "More Updates On Ant Group," April 12, 2021.

1032. Jefferies, "Tweaking Estimates Database Update," April 12, 2021.

1033. Kaiyuan Securities, "阿里"犀牛工厂"正式亮相，工业互联网大风已起," September 18, 2020.

1034. Kaiyuan Securities, "阿里旗下犀牛制造亮相，C2M模式构建电商可持续发展生态," September 20, 2020.

1035. Kaiyuan Securities, "零信任：网络安全理念的重塑," September 23, 2020.

1036. Kaiyuan Securities, ""十一"黄金周国内消费复苏强劲，可选品类亮眼," October 11, 2020.

1037. Kaiyuan Securities, "直播赋能电商打造最强"双十一"，产业链各方再起舞," October 13, 2020.

1038. Kaiyuan Securities, "第四大运营商千亿投资，5G从可用到好用更进一步," October 15, 2020.

1039. Kaiyuan Securities, "千亿投资助力700M国家覆盖，5G进程再加速," October 18, 2020.

1040. Kaiyuan Securities, "游戏蛰伏中布局，直播电商和芒果继续加码," October 18, 2020.

1041. Kaiyuan Securities, "盒马总部落户上海，商超线下线上融合趋势明显," October 18, 2020.

1042. Kaiyuan Securities, "内容商店长期空间大，底部前瞻布局体育板块," October 25, 2020.

1043. Kaiyuan Securities, "各大平台双十一预售火爆开启，直播占据c位," October 25, 2020.

1044. Kaiyuan Securities, "小家电板块q3业绩优异，电商旺季有望再创佳绩," October 25, 2020.

1045. Kaiyuan Securities, "行业 Q3 业绩改善显著，持续关注冷冬晚春、双十一投资机会," October 25, 2020.

1046. Kaiyuan Securities, "金融科技巨头之间的角逐," October 25, 2020.

1047. Kaiyuan Securities, "坚守内容电商赛道，顺周期复苏布局梯媒、电影," November 1, 2020.

1048. Kaiyuan Securities, "双十一上半场," November 6, 2020.

1049. Kaiyuan Securities, "坚定把握," November 8, 2020.

1050. Kaiyuan Securities, "天猫双十一," November 8, 2020.

1051. Kaiyuan Securities, "直播电商系列3一代运营," November 8, 2020.

1052. Kaiyuan Securities, "双十一战报：电商平台创新高，"颜值经济高景气," November 12, 2020.

1053. Kaiyuan Securities, "Rcep 签订、东亚自贸区建立，跨境电商东风渐起," November 15, 2020.

1054. Kaiyuan Securities, "双十一落幕：电商持续高景气，"颜值经济"亮眼," November 15, 2020.

1055. Kaiyuan Securities, "直播电商再颁新政，行稳致远推动行业规范发展," November 15, 2020.

1056. Kaiyuan Securities, "双十一电商渠道分析：龙头优势稳固，细分领域新品牌异军突起," November 16, 2020.

1057. Kaiyuan Securities, "从完美日记，看dtc模式如何打造彩妆"国货之光"," November 20, 2020.

1058. Kaiyuan Securities, "疫情局部反复催化防疫物资需求提升，Rcep 签署利好纺服行业出口," November 22, 2020.

1059. Kaiyuan Securities, "社区团购：下沉市场的零售效率革命," November 26, 2020.

1060. Kaiyuan Securities, ""长视频破圈十顺周期"，不确定中的相对确定," November 29, 2020.

1061. Kaiyuan Securities, "Idc 用电成本有望降低，行业景气度持续提升," November 30, 2020.

1062. Kaiyuan Securities, "关注线上娱乐跨年新变化，握稳顺周期," December 6, 2020.

1063. Kaiyuan Securities, "11月化妆品线上销售两眼，持续看好颜值经济主线," December 7, 2020.

1064. Kaiyuan Securities, "11月电商数据分析：大众品稳步增长，乳制品、膳食营养品景气度高," December 17, 2020.

1065. Kaiyuan Securities, "社会消费稳步复苏，看好消费升级类商品表现——商贸零售行业周报," December 20, 2020.

1066. Kaiyuan Securities, "平台经济反垄断下内容重要性提升，关注跨年晚会," December 27, 2020.

1067. Kaiyuan Securities, "12月化妆品线上销售相对平淡，看好皮肤学级护肤品赛道," January 10, 2021.

1068. Kaiyuan Securities, "关注政策因素，把握优质互联网及影视块机会," April 11, 2021.

1069. Kaiyuan Securities, "叮咚买菜完成新一轮融资，生鲜电商行业竞争激烈," April 11, 2021.

1070. KB Securities Co., Ltd., "Alibaba Group Holdings (Baba Us) - 전자상거래와 클라우드 서비스가 성장세를 견인," November 4, 2019.

1071. KB Securities Co., Ltd., "Alibaba Group Holdings (Baba Us) - 사업부 간 시너지로 성장 가능성 확인-02/24/2020," February 24, 2020.

1072. KB Securities Co., Ltd., "Alibaba Group Holdings (Baba Us) - 온라인/디지털 사업 중심의 성장 기대," May 28, 2020.

1073. KB Securities Co., Ltd., "코로나19를 넘어서며 높아진 이커머스 기대감," August 24, 2020.

1074. KB Securities Co., Ltd., "매출 고성장세 지속됐으나, 일회성 비용으로 이익은 부진," November 18, 2020.

1075. KeyBanc Capital Markets Inc., "Baba Investor Day Recap And China Checks," October 1, 2019.

1076. KeyBanc Capital Markets Inc., "Morning Call," October 2, 2019.

1077. KeyBanc Capital Markets Inc., "Baba: Expecting In-Line To Better F2Q20;," October 15, 2019.

1078. KeyBanc Capital Markets Inc., "Baba: Expecting In-Line To Better F2Q20; Adjusting Model And Pt On Kaola Acquisition," October 16, 2019.

1079. KeyBanc Capital Markets Inc., "Morning Call," October 16, 2019.

1080. KeyBanc Capital Markets Inc., "Baba: Monetization Remains Healthy On Slower Gmv Growth," November 3, 2019.

1081. KeyBanc Capital Markets Inc., "Kbcm Am Summary Leisure (Motorcycle Update), Baba, Z, Atvi, Avns," November 4, 2019.

1082. KeyBanc Capital Markets Inc., "Keybanc Capital Markets Tech Morning Call," November 4, 2019.

1083. KeyBanc Capital Markets Inc., "3Q19 China Internet & Ecommerce Earnings Recap," November 26, 2019.

1084. KeyBanc Capital Markets Inc., "China Internet & E-Commerce Continue To Favor E-Commerce Stocks," January 21, 2020.

1085. KeyBanc Capital Markets Inc., "Baba Expecting A F3Q Beat, While Lowering F4Q Estimates On Coronavirus," February 10, 2020.

1086. KeyBanc Capital Markets Inc., "Tech Morning Call," February 11, 2020.

1087. KeyBanc Capital Markets Inc., "Today'S Topics: Keyfl, Acm, Fix, Dy, Eme, Flr, J, Kbr, Mtz, Myrg, Prim, Pwr, Strl, Qsr, Ely, Amt, T, Cci, Sbac,," February 11, 2020.

1088. KeyBanc Capital Markets Inc., "Baba Alert F3Q20 Earnings Quick Take," February 13, 2020.

1089. KeyBanc Capital Markets Inc., "Baba: See Lt Benefit In E-Com Despite Nt Coronavirus Impact; Maintain Ow & $260 Pt," February 13, 2020.

1090. KeyBanc Capital Markets Inc., "Morning Call," February 14, 2020.

1091. KeyBanc Capital Markets Inc., "Today'S Topics: Dlr, Baba, Anet, Dava, Ebay, Fis, Logm, Lpsn, Nvda, Spsc," February 14, 2020.

1092. KeyBanc Capital Markets Inc., "Today'S Topics: Axta, Dd, Emn, Fmc, Hun, Acm, Fix, Dy, Eme, Flr, J, Kbr, Mtz, Mg, Myrg, Prim, Pwr, Strl, Tisi,," March 26, 2020.

1093. KeyBanc Capital Markets Inc., "Baba Better China E-Commerce Despite Weaker International, Dme; Pt Up To $255," April 12, 2020.

1094. KeyBanc Capital Markets Inc., "Baba - Alert: F4Q20 Earnings First Take," May 22, 2020.

1095. KeyBanc Capital Markets Inc., "Today'S Topics: Baba, Pdd, Mu," May 22, 2020.

1096. KeyBanc Capital Markets Inc., "Baba: Results Beat; Core Commerce Recovers Strongly; Fy21 Guidance In Line," May 25, 2020.

1097. KeyBanc Capital Markets Inc., "Morning Call," May 26, 2020.

1098. KeyBanc Capital Markets Inc., "Tech Morning Call: May 26, 2020," May 26, 2020.

1099. KeyBanc Capital Markets Inc., "Baba: Cautiously Optimistic In 2H; Greater Lt Potential In Taobao Live, Cloud," July 13, 2020.

1100. KeyBanc Capital Markets Inc., "Today'S Topics: Pdd, Baba, Rcm, Adi, Ivc, Lvgo, Mxim, Ryi," July 14, 2020.

1101. KeyBanc Capital Markets Inc., "Today'S Topics: Pdd, Baba, Rcm, Adi, Lvgo, Mxim," July 14, 2020.

1102. KeyBanc Capital Markets Inc., "Baba - Alert: F1Q21 Earnings First Take," August 20, 2020.

1103. KeyBanc Capital Markets Inc., "Baba: Revenue Upside And Efficiency Gain Drove Better Profitability," August 20, 2020.

1104. KeyBanc Capital Markets Inc., "Research Summary: August 20, 2020," August 20, 2020.

1105. KeyBanc Capital Markets Inc., "Morning Call: August 21, 2020," August 21, 2020.

1106. KeyBanc Capital Markets Inc., "Tech Morning Call: August 21, 2020," August 21, 2020.

1107. KeyBanc Capital Markets Inc., "Baba: 2020 Investor Day Takeaways," September 30, 2020.

1108. KeyBanc Capital Markets Inc., "Tech Morning Call," October 1, 2020.

1109. KeyBanc Capital Markets Inc., "China E-Commerce: 3Q20 Earnings Preview," November 1, 2020.

1110. KeyBanc Capital Markets Inc., "Ftch Alert Potential Baba Investment, Leading Luxury Marketplace," November 2, 2020.

1111. KeyBanc Capital Markets Inc., "Baba - Alert: F2Q Earnings First Take," November 5, 2020.

1112. KeyBanc Capital Markets Inc., "Baba: Gmv Acceleration, Healthy Ecosystem Should Warrant Reinvestment In Core," November 5, 2020.

1113. KeyBanc Capital Markets Inc., "Tech Morning Call: November 06, 2020," November 6, 2020.

1114. KeyBanc Capital Markets Inc., "China Internet - Alert: Initial Thoughts On New Regulatory Guideline About Anti-Monopoly," November 11, 2020.

1115. KeyBanc Capital Markets Inc., "Research Summary, November 11, 2020," November 11, 2020.

1116. Kingsway Financial Services Group Limited, "Morning Snapshot," June 19, 2020.

1117. Kingsway Financial Services Group Limited, "Morning Snapshot: Hong Kong & China Market Daily," June 19, 2020.

1118. Kingsway Financial Services Group Limited, "Morning Snapshot: Hong Kong & China Market Daily," November 12, 2020.

1119. Kingsway Financial Services Group Limited, "Morning Snapshot," April 14, 2021.

1120. Kingsway Financial Services Group Limited, "Morning Snapshot," April 14, 2021.

1121. LeadLeo, "2019年中国成人纸尿裤行业概览," December 1, 2019.

1122. Loop Capital Markets, "Post-Call Thoughts From Loop," November 1, 2019.

1123. Loop Capital Markets, "Updating Estimates And Pts For China Internet As We Roll Forward To 2021," December 2, 2019.

1124. Loop Capital Markets, "Post-Call Thoughts From Loop (Condensed)," February 13, 2020.

1125. Loop Capital Markets, "First Pass Estimates At Coronavirus Impact," February 28, 2020.

1126. Loop Capital Markets, "Research Highlights," February 28, 2020.

1127. Loop Capital Markets, "Covid-19 Is A Catalyst For Big Opportunities At Both Baba And Jd," April 2, 2020.

1128. Loop Capital Markets, "Research Highlights," April 2, 2020.

1129. Loop Capital Markets, "New Retail To Accelerate In Post-Covid Environment," April 29, 2020.

1130. Loop Capital Markets, "Research Highlights," April 29, 2020.

1131. Loop Capital Markets, "Post-Call Thoughts From Loop," May 22, 2020.

1132. Loop Capital Markets, "Generating 2X The Total Consumption Growth Of China; Not Burning Money To Grow," June 1, 2020.

1133. Loop Capital Markets, "Loop First Point," June 1, 2020.

1134. Loop Capital Markets, "Post-Call Thoughts From Loop," August 20, 2020.

1135. Loop Capital Markets, "Raising Pt To $350 Ahead Of Investor Day," September 25, 2020.

1136. Loop Capital Markets, "Post-Call Thoughts From Loop," November 5, 2020.

1137. Loop Capital Markets, "Regulatory Risk Is Not Company Specific, And Could Deflate Competitive Intensity," December 15, 2020.

1138. Loop Capital Markets, "Anti-Monopoly Investigation Closes With $1/Sh Fine And Message Of Unity," April 11, 2021.

1139. Macquarie Research, "Macquarie: Alibaba Group Holding (Baba Us) (Initiating Coverage With Outperform) - Building A Strong Retention Moat," November 22, 2019.

1140. Macquarie Research, "Alibaba Group Holding (9988 Hk) Building A Strong Retention Moat," November 26, 2019.

1141. Macquarie Research, "Alibaba Group Holding (9988 Hk / Baba Us) 3Qfy3/20 Earnings Update; Stock Back At Historical Mid Point," January 15, 2020.

1142. Macquarie Research, "Macquarie: Alibaba Group Holding (Baba Us) (Outperform) - Baba To Offer Merchant Support Programs," February 10, 2020.

1143. Macquarie Research, "Alibaba Group Holding (Baba Us/9988 Hk): Assessing The Impact From Covid-19," February 14, 2020.

1144. Macquarie Research, "Why Is Alibaba Underperforming While Amazon Is Outperforming Its Peers?," March 26, 2020.

1145. Macquarie Research, "Raising 4Qfy3/20 Earnings Outlook On Faster Than Expected Business Recovery," April 10, 2020.

1146. Macquarie Research, "Alibaba Group Holding (Baba Us / 9988 Hk) Business Going Beyond Normalizing In June Q," May 25, 2020.

1147. Macquarie Research, "Alibaba Group Holding (Baba Us/9988 Hk) June Q Preview – Core Marketplace Ad Rev Growth Likely Borders 20% Yoy," July 9, 2020.

1148. Macquarie Research, "Alibaba Group Holding (Baba Us/9988Hk) June Q Shows Meaningful Progress In International And New Initiatives," August 21, 2020.

1149. Macquarie Research, "Alibaba Group Holding (Baba Us/9988 Hk): Three Key Takeaways From 2020 Investor Day," October 5, 2020.

1150. Macquarie Research, "Three Key Takeaways From 2020 Investor Day," October 5, 2020.

1151. Macquarie Research, "Sept Q Preview – Pronounced Seasonality," October 12, 2020.

1152. Macquarie Research, "Sept Q Preview – Pronounced Seasonality," October 12, 2020.

1153. Macquarie Research, "Sun Art Retail Group (6808 Hk) Alibaba To Be The Controlling Shareholder," October 19, 2020.

1154. Macquarie Research, "China Fintech Ant Ipo Is Suspended," November 4, 2020.

1155. Macquarie Research, "Alibaba Group Holding (Baba Us / 9988 Hk): 2Qfy3/21 – Give And Take," November 6, 2020.

1156. Macquarie Research, "Asia Essentials," November 9, 2020.

1157. Macquarie Research, "3Qfy3/21 Preview: Core Growing By High Teens Yoy," January 8, 2021.

1158. Macquarie Research, "Asia Essentials," January 11, 2021.

1159. Macquarie Research, "Regulator'S Final Ruling – Paying Dues And Moving On," April 12, 2021.

1160. Marktfeld, "Ownership Timelines & Shareholder Analytics," March 12, 2020.

1161. Marktfeld, "Alibaba Group Holding Ltd: Information Content Of Earnings Releases 2015-2020," May 9, 2020.

1162. Marktfeld, "Alibaba Group Holding Ltd: Ownership Timelines & Shareholder Analytics," May 31, 2020.

1163. Marktfeld, "Alibaba Group Holding Ltd: Information Content Of Earnings Releases 2015-2020," June 2, 2020.

1164. Marktfeld, "Alibaba Group Holding Ltd Information Content Of Earnings Releases 2015-2020," September 17, 2020.

1165. Marktfeld, "Alibaba Group Holding Ltd: Capital Deployment Dashboard," November 3, 2020.

1166. Marktfeld, "Information Content Of Earnings Releases 2015-2020," November 9, 2020.

1167. Marktfeld, "Alibaba Group Holding Ltd: Capital Deployment Dashboard," December 7, 2020.

1168. Marktfeld, "Peer Group Analytics - Q3 Fy2021," May 2, 2021.

1169. Marktfeld, "Information Content Of Earnings Releases 2015-2021," May 3, 2021.

1170. Millennium BCP, "Waters E Fireeye Disparam Em Arranque De Alta De Praças Norte-Americanas," October 9, 2019.

1171. Millennium BCP, "Walt Disney, Booking E Monster Beverage Em Alta Expressiva Numa Nova Iorque Em Leve Baixa," November 8, 2019.

1172. Millennium BCP, "Millennium Bcp (Pt) Abertura Wall Street 19112019," November 19, 2019.

1173. Millennium BCP, "Millennium Bcp (Pt) Abertura Wall Street 26112019," November 26, 2019.

1174. Millennium BCP, "Olhos Postos Na Banca Num Arranque Em Baixa De Bolsa Em Nova Iorque," January 15, 2020.

1175. Millennium BCP, "Abertura Wall Street," October 19, 2020.

1176. Minsheng Securities, "爱奇艺订阅服务人数成增长态势；阿里巴巴即将重返香港ipo," November 11, 2019.

1177. Minsheng Securities, "腾讯云服务增速迅猛；阿里巴巴拟以每股不超过188港元发售香港ipo股票——传煤互联网行业海外周报20191118," November 18, 2019.

1178. Minsheng Securities, "积极绑定阿里云，批发型数据中心成长确定性较高—阿里巴巴投入24.4亿元拟与公司合作建设数据中心点评," December 4, 2019.

1179. Minsheng Securities, "阿里巴巴组织架构调整，集中发力全球化、内需、大数据和云计算," December 23, 2019.

1180. Minsheng Securities, "赋能金融+融合 B 端，看好蚂蚁 Fintech 生态发展," September 28, 2020.

1181. Minsheng Securities, "十一居民出行稳步复苏，阿里加强旅游零售布局," October 9, 2020.

1182. Minsheng Securities, "财报密集披露期，震荡行情业绩为王," October 26, 2020.

1183. Minsheng Securities, "首次实现季度盈利，高基数下用户持续高增," November 13, 2020.

1184. Minsheng Securities, "拼多多首次实现季度盈利，持续关注绩优龙头," November 16, 2020.

1185. Minsheng Securities, "关注顺周期复苏和细分板块绩优龙头," November 30, 2020.

1186. Minsheng Securities, "电动车年底需求旺盛，光伏大尺寸迭代加速," November 30, 2020.

1187. Minsheng Securities, "布局未来，静待 5G 应用爆发," December 22, 2020.

1188. Minsheng Securities, "云基础设施高位增长，Idc 产业链景气持续上行," December 28, 2020.

1189. Minsheng Securities, "腾讯分布式数据库发布，看好产业长期发展潜力," December 28, 2020.

1190. Mirae Asset Securities Co., Ltd., "미래에셋대우 Daily," November 25, 2019.

1191. Mirae Asset Securities Co., Ltd., "미래에셋대우 Daily," January 3, 2020.

1192. Mirae Asset Securities Co., Ltd., "미래에셋대우 Daily," February 14, 2020.

1193. Mirae Asset Securities Co., Ltd., "미래에셋대우 Daily," April 10, 2020.

1194. Mirae Asset Securities Co., Ltd., "미래에셋대우 Daily," August 26, 2020.

1195. Mizuho Securities USA LLC, "China Trip Takeaways," October 7, 2019.

1196. Mizuho Securities USA LLC, "China Internet 3Q19 Preview; Positive On Baba And Bidu," October 28, 2019.

1197. Mizuho Securities USA LLC, "Alibaba Group Holding Ltd: Investing To Optimize Efficiency And Synergies," November 3, 2019.

1198. Mizuho Securities USA LLC, "2020 Vision Us And China Internet; Fb And Baidu Top Picks," January 13, 2020.

1199. Mizuho Securities USA LLC, "Meaningful Impact From Coronavirus, But Not A Structural Issue; Raise Pt," February 13, 2020.

1200. Mizuho Securities USA LLC, "Global Internet Tracker: Covid-19 Update; Upgrading Ebay And Twtr To Neutral," April 27, 2020.

1201. Mizuho Securities USA LLC, "Alibaba Group Holding Ltd: Driving Operating Efficiency; Raise Pt And Estimates," May 25, 2020.

1202. Mizuho Securities USA LLC, "Continued Recovery In Core Commerce; Driving Synergies Long-Term," June 8, 2020.

1203. Mizuho Securities USA LLC, "Global Internet Tracker: Positive On Baba; St Headwinds For Bidu; Expe Update," July 15, 2020.

1204. Mizuho Securities USA LLC, "Driving Operating Leverage From Scale Advantage; Raise Estimates And Pt," August 20, 2020.

1205. Mizuho Securities USA LLC, "Analyst Day Preview; Scale Advantage Leads To Synergies," September 21, 2020.

1206. Mizuho Securities USA LLC, "Alibaba Analyst Day Highlights: Day 1," September 29, 2020.

1207. Mizuho Securities USA LLC, "Alibaba Analyst Day Highlights: Day 2," September 29, 2020.

1208. Mizuho Securities USA LLC, "Alibaba Analyst Day Highlights: Day 3," September 30, 2020.

1209. Mizuho Securities USA LLC, "Investor Day Takeaways; Scale, Integration And Synergy; Raising Estimates And Pt," September 30, 2020.

1210. Moody's Investors Services, "Alibaba Group Holding Limited Hong Kong Secondary Listing Is Credit Positive," November 18, 2019.

1211. Moody's Investors Services, "Announcement: Moody'S: Alibaba'S Strong Fy2020 Results Support Its Ratings; Expect Its Revenue To Continue To Increase," May 28, 2020.

1212. Moody's Investors Services, "Update To Credit Analysis," June 2, 2020.

1213. Moody's Investors Services, "Alibaba Group Holding Limited Ant Financial Services Group'S Listing Is Credit Positive For Alibaba," July 29, 2020.

1214. Moody's Investors Services, "Technology Services – China: Proposed Antitrust Regulations Are Credit Negative For Internet Companies," November 12, 2020.

1215. Moody's Investors Services, "Antitrust Penalties Are Credit Negative, But Offset By Strong Financial Profile And Funding Access," April 13, 2021.

1216. Moody's Investors Services, "Update To Credit Analysis," April 15, 2021.

1217. Moody's Investors Services, "反垄断处罚具有负面信用影响，但强劲的财务状况与融资渠道可缓解其影响," April 15, 2021.

1218. Morgan Stanley, "Alibaba Group Holding | Asia Pacific: F2Q20 Preview - Healthy Growth On Strong Execution," October 11, 2019.

1219. Morgan Stanley, "20年度2Q決算プレビュー：優れた執□□で順調に成□," October 15, 2019.

1220. Morgan Stanley, "Alibaba And Tencent Results Preview," October 15, 2019.

1221. Morgan Stanley, "F2Q20: Bottom-Line Beat," November 1, 2019.

1222. Morgan Stanley, "Raise Profit Forecasts After," November 3, 2019.

1223. Morgan Stanley, "Alibaba Group Holding: Raise Profit Forecasts After F2Q20 Profit Beat," November 4, 2019.

1224. Morgan Stanley, "20年2Q：利益は予想を上回る," November 5, 2019.

1225. Morgan Stanley, "2Q利益の上振れを受け予想を 上□修正," November 6, 2019.

1226. Morgan Stanley, "China New Economy Summit Feedback," January 7, 2020.

1227. Morgan Stanley, "Alibaba Group Holding | Asia Pacific: F3Q20: Bottom-Line Beat," February 13, 2020.

1228. Morgan Stanley, "Alibaba Group Holding Incorporating Covid-19 Impact," February 13, 2020.

1229. Morgan Stanley, "Alibaba Group Holding: Incorporating Covid-19 Impact," February 14, 2020.

1230. Morgan Stanley, "Covid-19の影響を織り込む," February 14, 2020.

1231. Morgan Stanley, "Virtual Access Summit 2020 Feedback," March 26, 2020.

1232. Morgan Stanley, "バーチャル・アクセス・サミット2020で得られた情報," March 26, 2020.

1233. Morgan Stanley, "Alibaba Group Holding | Asia Pacific: F4Q20 Preview: Better Core Recovery, But Wider Non-Core Losses," April 9, 2020.

1234. Morgan Stanley, "E-Commerce: Labour Day Promotions Point To Ongoing Online Penetration," May 7, 2020.

1235. Morgan Stanley, "Alibaba Group Holding | Asia Pacific: F4Q20 Results: Better Core Drove Bottom-Line Beat," May 22, 2020.

1236. Morgan Stanley, "F4Q20: Monetizing Structural Grwoth In E-Commerce," May 24, 2020.

1237. Morgan Stanley, "20年度4Q決算：Eコマースの 構造上の成□がマネタイ ズにつ ながる," May 25, 2020.

1238. Morgan Stanley, "20年度4Q決算：コア事業の好 調が予想を上回る純利益を牽引," May 25, 2020.

1239. Morgan Stanley, "Alibaba Group Holding: F4Q20 Results: Better Core Drove Bottom-Line Beat," May 25, 2020.

1240. Morgan Stanley, "Alibaba Group Holding Best Conference Feedback," May 28, 2020.

1241. Morgan Stanley, "Best Conference Feedback: Key Takeaways On Baba, Meituan And China Mobile," June 2, 2020.

1242. Morgan Stanley, "F1Q21 Preview - Catalyst Ahead For A Big Laggard," July 10, 2020.

1243. Morgan Stanley, "F1Q21 Preview – Catalyst Ahead For A Big Laggard," July 10, 2020.

1244. Morgan Stanley, "F1Q21 Earnings Beat," August 20, 2020.

1245. Morgan Stanley, "Fmcg And Cloud Are Key To Long-Term Prospects," August 20, 2020.

1246. Morgan Stanley, "Alibaba Group Holding: Fmcg And Cloud Are Key To Long-Term Prospects," August 21, 2020.

1247. Morgan Stanley, "2020 Investor Day Takeaways #1," September 28, 2020.

1248. Morgan Stanley, "2020 Investor Day Takeaways #2," September 29, 2020.

1249. Morgan Stanley, "Alibaba Group Holding | Asia Pacific: 2020 Investor Day Takeaways #3," September 30, 2020.

1250. Morgan Stanley, "F2Q21 Preview: Strong Growth Amid Weak Seasonality," November 2, 2020.

1251. Morgan Stanley, "Alibaba Group Holding: F2Q21 Preview: Strong Growth Amid Weak Seasonality," November 3, 2020.

1252. Morgan Stanley, "21年度2Q決算プレビュー：季 節的な軟調のなか□成□を□す," November 4, 2020.

1253. Morgan Stanley, "Alibaba Group Holding Reinvesting For Growth, Funded By Narrower Non-Core Losses," November 5, 2020.

1254. Morgan Stanley, "F2Q21 Results In-Line With Consensus," November 5, 2020.

1255. Morgan Stanley, "Alibaba Group Holding: Reinvesting For Growth, Funded By Narrower Non-Core Losses," November 6, 2020.

1256. Morgan Stanley, "Alibaba Group Holding: 非中核事業の赤字縮小分を成長のために再投資," November 6, 2020.

1257. Morgan Stanley, "Government Seeks Opinions On New Antitrust Regulations," November 11, 2020.

1258. Morgan Stanley, "Virtual Asia Pacific Summit Feedback," November 20, 2020.

1259. Morgan Stanley, "China Internet - Live Streaming Tightening Regulations Confirmed," November 23, 2020.

1260. Morgan Stanley, "バーチャルapサミットのフィードバック," November 24, 2020.

1261. Morgan Stanley, "F3Q21 Preview: Investing Amid Regulatory Uncertainties," January 7, 2021.

1262. Morgan Stanley, "21年度3Q決算プレビュー：法規制の不透明感の中で投資," January 8, 2021.

1263. Morgan Stanley, "Sound Bites: Alibaba Group Holding: F3Q21 Preview: Investing Amid Regulatory Uncertainties," January 8, 2021.

1264. Morgan Stanley, "Regulators Impose Record Fine For Anti-Monopoly Violations," April 11, 2021.

1265. Morgan Stanley, "Conference Call Takeaways On Administrative Penalty Decision," April 12, 2021.

1266. Morgan Stanley, "Research Tactical Idea," April 12, 2021.

1267. Morgan Stanley, "独禁法違反で過去最高額の罰金," April 12, 2021.

1268. Morningstar, Inc., "Alibaba Remains A Top Investment Idea As Market Underestimates Future Engagement Opportunities," October 2, 2019.

1269. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macro Environment," October 3, 2019.

1270. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," October 3, 2019.

1271. Morningstar, Inc., "Alibaba On Track To Meet Our Full-Year Estimate; Strong Growth Amid," November 3, 2019.

1272. Morningstar, Inc., "Alibaba Will Exceed Full-Year Estimate With One-Off; Strong Growth Amid Weak Macro," November 4, 2019.

1273. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," December 4, 2019.

1274. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," December 5, 2019.

1275. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," December 5, 2019.

1276. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," December 10, 2019.

1277. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," January 15, 2020.

1278. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," January 15, 2020.

1279. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," January 15, 2020.

1280. Morningstar, Inc., "Alibaba Will Not Miss 2020 Revenue Guidance Of Cny 500 Million," January 23, 2020.

1281. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," January 23, 2020.

1282. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," January 23, 2020.

1283. Morningstar, Inc., "Engagement Trends Reinforce That Wide-Moat Alibaba Can Thrive In An Uneven Macroeconomic Environment," January 23, 2020.

1284. Morningstar, Inc., "Alibaba Group Holding Ltd Baba: Alibaba Will Not Miss 2020 Revenue Guidance Of Cny 500 Million," February 14, 2020.

1285. Morningstar, Inc., "Alibaba Group Holding Ltd: Alibaba Will Not Miss 2020 Revenue Guidance Of Cny 500 Million," February 14, 2020.

1286. Morningstar, Inc., "Alibaba Will Not Miss 2020 Revenue Guidance Of Cny 500 Million," February 14, 2020.

1287. Morningstar, Inc., "Coronavirus Outbreak Shouldn'T Put Alibaba'S Full-Year Cny 500 Billion Revenue Guidance At Risk," February 14, 2020.

1288. Morningstar, Inc., "Alibaba Will Not Miss 2020 Revenue Guidance Of Cny 500 Million," April 16, 2020.

1289. Morningstar, Inc., "Alibaba Group Holding Ltd," April 23, 2020.

1290. Morningstar, Inc., "Alibaba Reported Soft September Quarter Result While Outlook Remains Solid; Fve Raised By 4%," April 23, 2020.

1291. Morningstar, Inc., "Alibaba'S China E-Commerce Is Recovering; Lifting Fair Value Estimate To Usd 258; Shares Undervalued Updated Forecasts And Estimates From 21 Apr 2020," April 23, 2020.

1292. Morningstar, Inc., "Alibaba'S China E-Commerce Is Recovering; Lifting Fair Value Estimate To Usd 258; Shares Undervalued," April 23, 2020.

1293. Morningstar, Inc., "Morningstar | Alibaba Takes Controlling Stake In Sun Art Putting Its Self-Run Supermarket Segment On Par With Jd'S ," April 23, 2020.

1294. Morningstar, Inc., "Alibaba'S China E-Commerce Is Recovering; Lifting Fair Value Estimate To Usd 258; Shares Undervalued," April 24, 2020.

1295. Morningstar, Inc., "Alibaba Is On Track To Recover; Shares Undervalued," May 25, 2020.

1296. Morningstar, Inc., "Alibaba Is On Track To Recover; Shares Undervalued," May 25, 2020.

1297. Morningstar, Inc., "Alibaba Is On Track To Recover; Shares Undervalued," May 25, 2020.

1298. Morningstar, Inc., "Alibaba Is On Track To Recover; Shares Undervalued," May 25, 2020.

1299. Morningstar, Inc., "Alibaba Is On Track To Recover; Shares Undervalued," May 25, 2020.

1300. Morningstar, Inc., "Alibaba Is On Track To Recover; Shares Undervalued," May 26, 2020.

1301. Morningstar, Inc., "Raising Alibaba'S Fve By 2%; E-Commerce Recovered Strongly In June; Ant Proceeds With Ipo.," July 24, 2020.

1302. Morningstar, Inc., "Raising Alibaba'S Fve By 2%; E-Commerce Recovered Strongly In June; Ant Proceeds With Ipo," July 24, 2020.

1303. Morningstar, Inc., "Alibaba'S Fair Value Estimate Raised By 3% To Usd 272/Hkd 264; Shares Fairly Valued," August 21, 2020.

1304. Morningstar, Inc., "Alibaba'S Fair Value Estimate Raised By 3% To Usd 272/Hkd 264; Shares Fairly Valued," August 21, 2020.

1305. Morningstar, Inc., "Alibaba'S Fair Value Estimate Raised By 3% To Usd 272/Hkd 264; Shares Fairly Valued," August 21, 2020.

1306. Morningstar, Inc., "Generally Positive Takeaways From Alibaba Investor Day 1, Particularly On New Taobao First Page," September 28, 2020.

1307. Morningstar, Inc., "Alibaba Gives Positive Guidance On Cloud And Cainiao," September 30, 2020.

1308. Morningstar, Inc., "Raising Alibaba'S Fair Value Estimate By 5% As We Increased Wide-Moat Ant Group'S Valuation By 58%," October 5, 2020.

1309. Morningstar, Inc., "Raising Alibaba'S Fair Value Estimate By 5% As We Increasedwide-Moat Ant Group'S Valuation By 58%," October 5, 2020.

1310. Morningstar, Inc., "Alibaba Takes Controlling Stake In Sun Art Putting Its Self- Run Supermarket Segment On Par With Jd'S," October 20, 2020.

1311. Morningstar, Inc., "Alibaba Takes Controlling Stake In Sun Art Putting Its Self- Run Supermarket Segment On Par With Jd'S," October 20, 2020.

1312. Morningstar, Inc., "Alibaba Takes Controlling Stake In Sun Art Putting Its Self- Run Supermarket Segment On Par With Jd'S," October 20, 2020.

1313. Morningstar, Inc., "Morningstar | Alibaba Takes Controlling Stake In Sun Art Putting Its Self-Run Supermarket Segment On Par With Jd'S ," October 20, 2020.

1314. Morningstar, Inc., "Ant Group'S Ipo Suspension Has Limited Valuation Impact To Alibaba; Eyes On September Quarter Result," November 3, 2020.

1315. Morningstar, Inc., "Alibaba Reported Soft September Quarter Result While Outlook Remains Solid; Fve Raised By 4%," November 5, 2020.

1316. Morningstar, Inc., "Alibaba'S Soft September Quarter Result As Outlook Remains," November 5, 2020.

1317. Morningstar, Inc., "Alibaba'S Soft September Quarter Result As Outlook Remains Solid; Fve Raised By 4% On Stronger Cny," November 5, 2020.

1318. Morningstar, Inc., "Alibaba'S Soft September Quarter Result As Outlook Remains Solid; Fve Raised By 4% On Stronger Cny," November 5, 2020.

1319. Morningstar, Inc., "Ant Group'S Ipo Suspension Has Limited Valuation Impact To Alibaba; Eyes On September Quarter Result," November 5, 2020.

1320. Morningstar, Inc., "China Releases Draft Guidelines For Internet Names; Further Sell-Off May Create Buying Opportunities," November 11, 2020.

1321. Morningstar, Inc., "Wide-Moat Alibaba Is Unprecedentedly Cheap; Regulatory Overhang Largely Removed; Buy," April 12, 2021.

1322. Morningstar, Inc., "Wide-Moat Alibaba Is Very Cheap; Regulatory Overhang Largely Removed," April 12, 2021.

1323. Morningstar, Inc., "Wide-Moat Alibaba Is Unprecedentedly Cheap; Regulatory Overhang Largely Removed," April 13, 2021.

1324. Morningstar, Inc., "Wide-Moat Alibaba Is Unprecedentedly Cheap; Regulatory Overhang Largely Removed," April 13, 2021.

1325. Morningstar, Inc., "Ant Group Is Restructuring Under Regulator'S Fintech Industry Policies; Immaterial Impact On Alibaba," April 16, 2021.

1326. Morningstar, Inc., "Ant Group Is Restructuring Under Regulator'S Fintech Industry Policies; Immaterial Impact On Alibaba," April 16, 2021.

1327. Morningstar, Inc., "Ant Group Is Restructuring Under Regulator'S Fintech Industry Policies; Small Impact To Alibaba," April 16, 2021.

1328. Morningstar, Inc., "Ant Group Is Restructuring Under Regulator'S Fintech Industry Policies; Small Impact To Alibaba," April 16, 2021.

1329. Morningstar, Inc., "Ant Group Is Restructuring Under Regulator'S Fintech Industry Policies; Immaterial Impact On Alibaba," April 23, 2021.

1330. Morningstar, Inc., "Wide-Moat Alibaba Is Still Cheap," April 23, 2021.

1331. Needham & Company Inc., "Morning Summary," July 9, 2020.

1332. Needham & Company Inc., "Strong Moat In E-Commerce Ecosystem; Initiative At Buy & Add To Conviction List," July 9, 2020.

1333. Needham & Company Inc., "Equity Research Morning Summary," August 21, 2020.

1334. Needham & Company Inc., "Estimate Change," August 21, 2020.

1335. Needham & Company Inc., "Alicloud Breakeven & Cainiao Op. Cash Flow," October 1, 2020.

1336. Needham & Company Inc., "Equity Research Morning Summary," October 1, 2020.

1337. Needham & Company Inc., "Adjust Est. Based On Nbs Data; New Shopping Festival & Freshippo Store Format," October 20, 2020.

1338. Needham & Company Inc., "Alibaba Group Holding Ltd. : Thoughts On Ant Financial'S Ipo Pause In A & H Shares, Updating Sbc Estimates," November 3, 2020.

1339. Needham & Company Inc., "Alibaba Group Holding: Reinvesting For Growth, Funded By Narrower Non-Core Losses," November 6, 2020.

1340. Needham & Company Inc., "More Investments In F3Q21 & Regulation Updates," January 8, 2021.

1341. Needham & Company Inc., "Investments Across Businesses To Weigh On Margins; Topline Remains Healthy," April 9, 2021.

1342. Needham & Company Inc., "Management Call Takeaway & Our Thoughts On Regulatory Penalty & Fine," April 12, 2021.

1343. New Street Research LLP, "Fy2Q20 Pre-Blackout Call: Comfort With Our," October 16, 2019.

1344. New Street Research LLP, "Alibaba Group Holding Ltd. (Baba Us) Fy2Q20 Results: Concerns Over "Aggressive" Investments Look Overblown," November 4, 2019.

1345. New Street Research LLP, " Baba Fy3Q20 Preview - Inching Up Our Revs And Margin Estimates," January 10, 2020.

1346. New Street Research LLP, "New Street: Baba Fy3Q20 Results - Demand Remains Intact," February 14, 2020.

1347. New Street Research LLP, "Alibaba Group Holding Ltd. (Baba Us) Fy4Q20 Preview: Recovery In Core Tracking Better Than Anticipated," April 9, 2020.

1348. New Street Research LLP, "Alibaba Group Holding Ltd. (Baba Us): Fy4Q20 Results: Strong Visibility In Guidance," May 25, 2020.

1349. New Street Research LLP, "Fy1Q21 Preview: Core Business Continues To See Healthy Recovery," July 9, 2020.

1350. New Street Research LLP, "Collaboration + Video Conferencing Market In China: A Potential Margin Accretive Business For Alibaba And Tencent," August 7, 2020.

1351. New Street Research LLP, "Fy1Q21 Results: Beat Across The Board; Stepping Up In Investments," August 21, 2020.

1352. New Street Research LLP, "Fy2Q21 Results: Results Largely Inline; Look For More Margin Concerns For Core," November 6, 2020.

1353. New Times Securities, "直播带货已成趋势、Mcn 流量模型加速人货场商业变现," May 27, 2020.

1354. New Times Securities, "布局 10.1 双 11 影视与电商板块机会，游戏调整建议逢低加配," September 21, 2020.

1355. New Times Securities, "年度 5G 建设继续推进，继续关注高景气度板块," September 29, 2020.

1356. New Times Securities, "十一国内游收入恢复七成，离岛免税销售超 10 亿增 1.5 倍," October 14, 2020.

1357. New Times Securities, "游戏调整或已结束，当下应继续寻找内容电商的长期公司," October 25, 2020.

1358. New Times Securities, "Iaas 业绩持续验证," November 8, 2020.

1359. New Times Securities, "游戏行业维持高景气，拼多多首次实现季度盈利," November 15, 2020.

1360. New Times Securities, "技术和供需催化，公有云 Paas 值得期待," November 22, 2020.

1361. New Times Securities, "繁荣的老铁社区、进击的内容电商," December 5, 2020.

1362. New Times Securities, "新消费提振楼宇广告营销增长，寻找社区团购的投资机会," December 6, 2020.

1363. New Times Securities, "Ai 商业化大步迈进，产品落地放量可期," December 14, 2020.

1364. New Times Securities, "分众传媒 2020 年业绩预增超 100%，手游全年同比增长 32.61%出海收入破千亿元," December 20, 2020.

1365. New Times Securities, "智慧城市订单放量，标杆示范驱动成长," December 20, 2020.

1366. New Times Securities, "前 11 月离岛免税销售 232 亿提前翻倍，元旦春节游升温显著," December 22, 2020.

1367. New Times Securities, "展望 2021，在反垄断政策之下寻找二线互联网机会," December 27, 2020.

1368. New Times Securities, "离岛免税全年销售劲增 1.2 倍，考研人数 5 年翻倍市场空间扩大," December 30, 2020.

1369. NH Investment & Securities Co., Ltd., "알리바바그룹(Baba.Us) 역시 알리바바," November 4, 2019.

1370. NH Investment & Securities Co., Ltd., "코로나는 일시적 요인, 중장기적 매수 관점 유효," February 17, 2020.

1371. NH Investment & Securities Co., Ltd., "Nh Global Stocks 10," November 3, 2020.

1372. Nomura Securities Co. Ltd., "Alibaba Group Holding: 2Qfy20F Results Preview: Quick Note," October 14, 2019.

1373. Nomura Securities Co. Ltd., "Quick Note - China E-Commerce - September E-Commerce Sales Growth Slowed," October 18, 2019.

1374. Nomura Securities Co. Ltd., "Quick Note - 2Qfy20F: Read Between The Lines," November 2, 2019.

1375. Nomura Securities Co. Ltd., "20.3 期第2 四半期決算：堅調," November 4, 2019.

1376. Nomura Securities Co. Ltd., "Alibaba Group Holding: Putting Up A Fight In Lower-Tier Market," November 4, 2019.

1377. Nomura Securities Co. Ltd., "Quick Note - China Ecommerce - Snapshot Of 2019 Double 11 Sales," November 12, 2019.

1378. Nomura Securities Co. Ltd., "Earnings Growth Likely To Peak In 2019F Maintain Neutral With New Tp Of Usd11," November 14, 2019.

1379. Nomura Securities Co. Ltd., "E-Commerce Growth Decelerated In October," November 14, 2019.

1380. Nomura Securities Co. Ltd., "Pinduoduo Pdd.Oq Pdd Us Equity: Media & Internet A Miss On Both Topline And Bottomline Quick Note," November 20, 2019.

1381. Nomura Securities Co. Ltd., "Vipshop Vips.N Vips Us Equity: Media & Internet Outsourcing Entire Delivery To Sf Maintain Neutral With A Higher Usd12.1 Tp," November 25, 2019.

1382. Nomura Securities Co. Ltd., "Alibaba Group Holding: 3Qfy20 Results Preview," January 10, 2020.

1383. Nomura Securities Co. Ltd., "20.3期第3四半期決算予想," January 13, 2020.

1384. Nomura Securities Co. Ltd., "Quick Note - China Ecommerce - Ecommerce Growth Slightly Decelerated In December," January 17, 2020.

1385. Nomura Securities Co. Ltd., "Quick Note - Alibaba Group Holding - Unveiling Supporting Measures For Merchants," February 11, 2020.

1386. Nomura Securities Co. Ltd., "マーチャント救済措置を発表," February 11, 2020.

1387. Nomura Securities Co. Ltd., "Quick Note - Alibaba Group Holding : Bigger-Than-Expected Covid-19 Impact," February 13, 2020.

1388. Nomura Securities Co. Ltd., "20.3期第3四半期決算：売上高・Epsは上振れ," February 14, 2020.

1389. Nomura Securities Co. Ltd., "Looking Beyond Near-Term Disruption Fundamentals Remain Intact, But Competition Landscape Needs To Be Closely Monitored," February 14, 2020.

1390. Nomura Securities Co. Ltd., "短期的な落ち込みの先を見据えるべき," February 17, 2020.

1391. Nomura Securities Co. Ltd., "Takeaways From Expert'S Conference Call On China Ad Market," February 18, 2020.

1392. Nomura Securities Co. Ltd., "Pinduoduo Pdd.Oq Pdd Us The Fight With Alibaba Going On Maintain Neutral With A New Tp Of 33.40," March 12, 2020.

1393. Nomura Securities Co. Ltd., "Bilibili Inc Bili.Oq Bili Us Takeaway From Investor Group Call Quick Note," March 24, 2020.

1394. Nomura Securities Co. Ltd., "4Qfy20F Preview: Soft But In-Line Results," April 10, 2020.

1395. Nomura Securities Co. Ltd., "20.3期第4四半期決算予想," April 13, 2020.

1396. Nomura Securities Co. Ltd., "Pinduoduo Pdd.Oq Pdd Us A Mixed Bag Maintain Neutral; Lift Tp To Usd66Pinduoduo Pdd.Oq Pdd Us A Mixed Bag Maintain Neutral; Lift Tp To Usd66," May 24, 2020.

1397. Nomura Securities Co. Ltd., "Recovery On Track," May 24, 2020.

1398. Nomura Securities Co. Ltd., "20.3期第4四半期決算：軟調だったが上振れ," May 26, 2020.

1399. Nomura Securities Co. Ltd., "An Investment Year: Downgrade To Neutral With Tp Of Hkd122," May 26, 2020.

1400. Nomura Securities Co. Ltd., "Hong Kong Exchanges And Clearing 0388.Hk 388 Hk Assessing The Impact Of Second Listings Lift Tp By 2% To Hkd316.5; Maintain Buy As Tp Implies 16% Upside," May 27, 2020.

1401. Nomura Securities Co. Ltd., "Douyin'S Ambition In Ecommerce Takeaways From Investor Call With Douyin Expert," July 8, 2020.

1402. Nomura Securities Co. Ltd., "1Qfy21 Preview: Ecommerce Sales Likely Beat Cmr Growth Picking Up On Recovering Gmv & New Ads," July 9, 2020.

1403. Nomura Securities Co. Ltd., "アリババ・グループ・ホールディング 21.3期第1四半期決算予想," July 10, 2020.

1404. Nomura Securities Co. Ltd., "Ecommerce Sales Accelerated To 25% Y-Y In June Quick Note," July 16, 2020.

1405. Nomura Securities Co. Ltd., "Pinduoduo Pdd.Oq Pdd Us Gmv Likely Slowed Down; Margins Likely Beat Maintain Neutral With Higher Target Price Of Usd90," August 3, 2020.

1406. Nomura Securities Co. Ltd., "Alibaba Group Holding: Results Beat On The Revival In Ecommerce: Quick Note," August 20, 2020.

1407. Nomura Securities Co. Ltd., "Alibaba Group Holding: Ecommerce Business Fully Recovered," August 21, 2020.

1408. Nomura Securities Co. Ltd., "アリババ・グループ・ホールディング (Baba Us) (Buy) - 21.3期第1四半期決算：上振れ," August 21, 2020.

1409. Nomura Securities Co. Ltd., "Cm Adds 14Mn 5G Subs In Aug," September 20, 2020.

1410. Nomura Securities Co. Ltd., "Quick Note - China Real Estate Brokerage - Takeaways From Real Estate Platform Expert Call," September 22, 2020.

1411. Nomura Securities Co. Ltd., "Alibaba Investor Day: Day 1 Wrap: Quick Note," September 28, 2020.

1412. Nomura Securities Co. Ltd., "Alibaba Investor Day - Day 2 Wrap: Quick Note," September 29, 2020.

1413. Nomura Securities Co. Ltd., "2020 Has Not Been Kind On Flows, But May Improve: Technical Outflow Related To Ant Financial Ipo Should Subside By October," September 30, 2020.

1414. Nomura Securities Co. Ltd., "Alibaba Investor Day - Day 3 Wrap: Quick Note," September 30, 2020.

1415. Nomura Securities Co. Ltd., "アリババ・グループ・ホールディング インベスターデー：1日目の要旨," September 30, 2020.

1416. Nomura Securities Co. Ltd., "アリババ・グループ・ホールディング インベスターデー：2日目の要旨," October 1, 2020.

1417. Nomura Securities Co. Ltd., "アリババ・グループ・ホールディング インベスターデー：3日目の要旨," October 2, 2020.

1418. Nomura Securities Co. Ltd., "インドネシア株ストラテジー - 今年は資金流出が続いたが、この先改善か," October 5, 2020.

1419. Nomura Securities Co. Ltd., "2Qfy21 Preview: A Largely In-Line Quarter," October 12, 2020.

1420. Nomura Securities Co. Ltd., "21.3期第2四半期決算予想：ほぼ予想線か," October 13, 2020.

1421. Nomura Securities Co. Ltd., "Ecommerce Growth Continued To Slow In Sep," October 19, 2020.

1422. Nomura Securities Co. Ltd., "Ecommerce Growth Continued To Slow In Sep Quick Note," October 20, 2020.

1423. Nomura Securities Co. Ltd., "Going On Offensive In Ecommerce Competition," November 6, 2020.

1424. Nomura Securities Co. Ltd., "Stretching Muscles For A Big Fight Maintain Buy; Lift Tp To Usd361," November 6, 2020.

1425. Nomura Securities Co. Ltd., "21.3期第2四半期決算：非gaap Epsは上振れ," November 9, 2020.

1426. Nomura Securities Co. Ltd., "Joyy Inc. (Yy Us) (Buy) - Assessing Joyy Without Yy," November 11, 2020.

1427. Nomura Securities Co. Ltd., "The Regulator Initiates Anti-Trust Probe Into Baba," December 28, 2020.

1428. Nomura Securities Co. Ltd., "中国当局が独占禁止法の疑いで調査を開始," December 28, 2020.

1429. Nomura Securities Co. Ltd., "Weibo Wb.Oq Wb Us: An Attractive Stock To Own In 2021 Maintain Buy With Tp Of Usd50," December 29, 2020.

1430. Nomura Securities Co. Ltd., "3Qfy21 Preview: A Largely In-Line Quarter," January 7, 2021.

1431. Nomura Securities Co. Ltd., "21.3期第3四半期決算予想：ほぼ予想線か," January 8, 2021.

1432. Nomura Securities Co. Ltd., "Netease 9999.Hk 9999 Hk: Earnings Likely Hurt Again By Fx And Invest. Loss Maintain Buy, Raise Tp To Hkd216," January 13, 2021.

1433. Nomura Securities Co. Ltd., "Netease Ntes.Oq Ntes Us: Earnings Likely Hurt Again By Fx And Invest. Loss Maintain Buy, Raise Tp To Usd139," January 13, 2021.

1434. Nomura Securities Co. Ltd., "Samr Concludes Anti-Trust Investigation," April 10, 2021.

1435. Nomura Securities Co. Ltd., "独占禁止法違反で182億元の罰金," April 12, 2021.

1436. Nomura Securities Co. Ltd., "Tencent Holdings 0700.Hk 700 Hk: 1Q21F: Expecting Higher Revenue, Light Earnings Quick Note," April 27, 2021.

1437. OCBC Investment Research Pte Ltd., "Market Pulse," October 2, 2020.

1438. OCBC Investment Research Pte Ltd., "Market Commentary," October 20, 2020.

1439. OCBC Investment Research Pte Ltd., "Market Pulse: Morning Call, 13 Apr 2021," April 13, 2021.

1440. Oppenheimer & Co., Inc., "F2Q:20 Preview: Potential Update On Fy Guidance," October 16, 2019.

1441. Oppenheimer & Co., Inc., "Afternoon Research Summary," November 1, 2019.

1442. Oppenheimer & Co., Inc., "F2Q20 Beat Across The Board; Unlocking Ecosystem Synergies; Raising Target To $220," November 1, 2019.

1443. Oppenheimer & Co., Inc., "Afternoon Research Summary," November 11, 2019.

1444. Oppenheimer & Co., Inc., "Updating Model For Kaola Acquisition; Remain Positive On Growth & Efficiency Gain," December 10, 2019.

1445. Oppenheimer & Co., Inc., "Solid F3Q Reflects Healthy Fundamentals;," February 13, 2020.

1446. Oppenheimer & Co., Inc., "Afternoon Research Summary," April 13, 2020.

1447. Oppenheimer & Co., Inc., "F4Q:20 Preview: Covid-19 Recovery On Track, Expecting Fy21 Revenue Guidance Of >30% Growth; Maintain Outperform," April 13, 2020.

1448. Oppenheimer & Co., Inc., "Rapid Covid-19 Recovery Drives Solid F4Q; Gmv Growth Resumes To Pre-Pandemic Level; Maintain Outperform," May 22, 2020.

1449. Oppenheimer & Co., Inc., "Afternoon Research Summary," July 16, 2020.

1450. Oppenheimer & Co., Inc., "F1Q:21 Preview: Ecommerce Adoption Fast-Forward Two Years; Ant Ipo Unlocking Value; Maintain Outperform, Pt To $290," August 10, 2020.

1451. Oppenheimer & Co., Inc., "Strong Core Ecommerce With Bright Spots In Strategic Segments; Maintain Outperform," August 20, 2020.

1452. Oppenheimer & Co., Inc., "Afternoon Research Summary," September 15, 2020.

1453. Oppenheimer & Co., Inc., "2020 Investor Day Well-Positioned To Capture Digital Economy Transformation-Increasing Target To $325," October 1, 2020.

1454. Oppenheimer & Co., Inc., "Afternoon Research Summary," October 19, 2020.

1455. Oppenheimer & Co., Inc., "Alibaba Group Holding Ltd.: Expect Strong 11:11 Sales Despite Slowdown; Positive On Recent Initiatives; Raising Target To $335," October 26, 2020.

1456. Oppenheimer & Co., Inc., "Morning Research Summary," October 26, 2020.

1457. Oppenheimer & Co., Inc., "Solid Taobao Gmv With Accelerating Cloud, Strategic Losses Continue To Narrow; Maintain Outperform," November 5, 2020.

1458. Oppenheimer & Co., Inc., "Morning Research Summary," November 12, 2020.

1459. Oppenheimer & Co., Inc., "Core Value Holds Despite Near-Term Regulatory Headwinds," December 24, 2020.

1460. Oppenheimer & Co., Inc., "Lowering Ant Valuation On New Regulatory Requirements; Baba Shares Still Undervalued," January 3, 2021.

1461. Oppenheimer & Co., Inc., "Investing In Lower-Tier Cities And E-Grocery, Long-Term Thesis Intact; Maintain Outperform," January 11, 2021.

1462. Oppenheimer & Co., Inc., "Daily Chip Clips," April 12, 2021.

1463. Oppenheimer & Co., Inc., "F4Q:21 Preview: E-Grocery Investments And Antitrust Compliance Should Weigh On Margins But Necessary; Maintain Outperform," April 12, 2021.

1464. Orient Securities, "盈利恢复，关注三个增长点," August 25, 2020.

1465. Orient Securities, "流量博弈中的电商成长路径," September 15, 2020.

1466. Orient Securities, "双节数据符合预期，行业复苏正当其时," October 9, 2020.

1467. Orient Securities, "业绩符合预期，云计算盈利拐点将至," November 5, 2020.

1468. Pacific Securities, "Mau 保持高速增长，业绩略超预期," November 7, 2019.

1469. Pacific Securities, "关注蚂蚁金服上市对金融科技板块的积极影响," September 14, 2020.

1470. Pacific Securities, "Q2 业绩反弹明显，新基建和华为链表现亮眼," September 16, 2020.

1471. Pacific Securities, "休闲零食线上数据 20Q3 跟踪：行业增速有所放缓，龙头受基数影响大," October 20, 2020.

1472. Pacific Securities, "上汽发布纯电动高端品牌，单晶硅片价格上涨," November 28, 2020.

1473. Pacific Securities, "三大运营商纽交所"被迫退市"，情绪扰动不改基本面," January 3, 2021.

1474. Pacific Securities, "纽交所重新推动运营商退市，看好超跌机会," January 10, 2021.

1475. Paragon Intel, "Amzn: Flights During Covid," August 20, 2020.

1476. Ping An Securities, "8 月社零增速首次转正，餐饮降幅持续收窄," September 20, 2020.

1477. Ping An Securities, "因城施策继续演绎，兼论天猫好房与贝壳差异," September 20, 2020.

1478. Ping An Securities, "阿里云发布云电脑"无影"，Iaas市场迎来增长新动力," September 20, 2020.

1479. Ping An Securities, "阿里犀牛初亮相，智造引领新业态," September 21, 2020.

1480. Ping An Securities, "双节黄金周需求集中释放," October 11, 2020.

1481. Ping An Securities, "房地产经纪系列专题一," October 13, 2020.

1482. Ping An Securities, "名创上市+淘宝开设 1元店，高性价比商品零售再起波澜," October 18, 2020.

1483. Ping An Securities, "金融科技行业周报," October 26, 2020.

1484. Ping An Securities, "快手冲击ipo，直播电商发展迅猛," November 9, 2020.

1485. Ping An Securities, "2020年双十一专题报告: 天猫gmv高达4982亿，双十一再创新纪录," November 12, 2020.

1486. Ping An Securities, "腾讯公司发布q3业绩报告，资本开支同比增速达30%," November 15, 2020.

1487. Ping An Securities, "11 月社零同比+5.0%，线上零售占比再次达到25%," December 21, 2020.

1488. Ping An Securities, "金融科技行业周报," December 21, 2020.

1489. Ping An Securities, "反垄断持续加码，推动线上经济健康发展," December 27, 2020.†

1490. Ping An Securities, "金融行业周报," December 28, 2020.

1491. Ping An Securities, "中央会议强调种业部署，政策向好+供需红利迎新机遇," January 3, 2021.

1492. Ping An Securities, "阿里反垄断处罚落地，平台经济进入新发展阶段," April 10, 2021.

1493. Ping An Securities, "糖酒会呈现酱香热，阿里巴巴遭反垄断重罚," April 11, 2021.

1494. Ping An Securities, "金融科技行业周报," April 11, 2021.

1495. Ping An Securities, "公有云市场集中度提升，白盒硬件占比或反弹," April 25, 2021.

1496. Raymond James & Associates, "Solid Sept Quarter; Reiterate As Top Large Cap Pick; $280 Target," November 1, 2019.

1497. Raymond James & Associates, "Alibaba Reports Strong Singles Day Growth Of 26% Y/Y; Reiterate As Top Pick," November 11, 2019.

1498. Raymond James & Associates, "Morning Brew: November 11, 2019," November 11, 2019.

1499. Raymond James & Associates, "Internet | Key Internet Advertising & Ecommerce Takeaways From Rj Tech Conf," December 16, 2019.

1500. Raymond James & Associates, "Strong November China Ecommerce Growth Driven By Singles Day," December 16, 2019.

1501. Raymond James & Associates, "Internet | 4Q19 Digital Advertising & Ecommerce Data Points And Top Picks," January 7, 2020.

1502. Raymond James & Associates, "Look For Strong Dec Qtr Results; Expect Focus On Investments &," February 10, 2020.

1503. Raymond James & Associates, "Strong Dec Qtr; Negative March Qtr Impact From Coronavirus As Expected; Strong Buy; $310 Pt," February 13, 2020.

1504. Raymond James & Associates, "China Jan-Feb Online Sales +3% Y/Y; Sales Tracking In Line With March Qtr Estimates," March 16, 2020.

1505. Raymond James & Associates, "Analyzing Recent Ecommerce Data Points & Traffic Trends," April 8, 2020.

1506. Raymond James & Associates, "China Ecommerce Growth Improves To +11% In March; Strong Buy/ Lower Pt To $290," April 17, 2020.

1507. Raymond James & Associates, "China Ecommerce Growth Approaching Pre-Covid Levels; Reiterate Strong Buy," May 15, 2020.

1508. Raymond James & Associates, "Alibaba Group Holding Ltd. (Baba-Nyse)*Acf: Core Growth Back To Pre-Covid Levels; We Would Be Buyers On Pullback; $290 Target Price," May 22, 2020.

1509. Raymond James & Associates, "Raymond James Morning Notes," May 26, 2020.

1510. Raymond James & Associates, "Reiterate As Top Pick Ahead Of June Qtr; Accelerating Ecommerce Growth & Attractive Valuation," August 19, 2020.

1511. Raymond James & Associates, "Core Growth Fully Recovered; Reiterate As Top Large Cap Internet Pick; $320 Pt," August 20, 2020.

1512. Raymond James & Associates, "Morning Brew - August 20, 2020," August 20, 2020.

1513. Raymond James & Associates, "Analyst Day Highlights Core Strength & Robust Growth In Emerging Areas; Reiterate Strong Buy," September 30, 2020.

1514. Raymond James & Associates, "Exploring Marketplace 2.0: Managed, B2B, Visual, Service Based," October 2, 2020.

1515. Raymond James & Associates, "Alibaba Group Holding Ltd. (Baba-Nyse): Adjusting Estimates For Slower Sep Qtr Ecommerce Growth; Strong Buy/Increase Pt To $335," November 3, 2020.

1516. Raymond James & Associates, ""In Line 2Q; Reiterate As Top Megacap Pick; Strong Buy/$330 Pt"," November 5, 2020.

1517. Raymond James & Associates, "Thoughts On Antitrust Guidelines; Recommend Buying On Pullback," November 10, 2020.

1518. Raymond James & Associates, "Alibaba Reports Solid 26% Y/Y Growth For Singles Day Period," November 11, 2020.

1519. Raymond James & Associates, "Chinese Equity Delisting Bill Passes Congress - Gds, Baba Implications," December 2, 2020.

1520. Raymond James & Associates, "Chinese Equity Delisting Bill Passes Congress - Gds, Baba Implications," December 2, 2020.

1521. Raymond James & Associates, "China To Launch Investigation Into Alibaba For Monopolistic Practices," December 24, 2020.

1522. Raymond James & Associates, "Morning Brew: December 28, 2020," December 28, 2020.

1523. Raymond James & Associates, "Alibaba Fined $2.8B By Samr; Lower Fy22/23 Est For Grocery & Local Investing; Pt To $330," April 12, 2021.

1524. RBC Capital Markets, "Attractive Fundamental Backdrop," October 27, 2019.

1525. RBC Capital Markets, "Strutting Into Singles Day," November 1, 2019.

1526. RBC Capital Markets, "Strong Singles Day For Alibaba," November 11, 2019.

1527. RBC Capital Markets, "Reflections From The Timt Conference," December 2, 2019.

1528. RBC Capital Markets, "Transferring Research Coverage Baba Us; Gddy Us; Wix Us," January 2, 2020.

1529. RBC Capital Markets, "Alibaba Group Holding Limited: December Quarter Preview & Cheat Sheet," February 10, 2020.

1530. RBC Capital Markets, "Alibaba Group Holding Limited: Strong Fundamentals But Ncov Headwinds," February 13, 2020.

1531. RBC Capital Markets, "March Quarter Preview & Cheat Sheet," May 18, 2020.

1532. RBC Capital Markets, "Alibaba Group Holding Limited: Strong Outlook Coming Out Of Covid," May 22, 2020.

1533. RBC Capital Markets, "June '20Q Preview & Cheat Sheet," August 17, 2020.

1534. RBC Capital Markets, "A V-Shape Recovery," August 20, 2020.

1535. RBC Capital Markets, "Alibaba Group Holding Limited: Top 10 Questions For Alibaba'S Investor Day," September 22, 2020.

1536. RBC Capital Markets, "Alibaba Investor Day Takeaways – Day 1," September 28, 2020.

1537. RBC Capital Markets, "Alibaba Group Holding Limited: Alibaba Investor Day Takeaways – Day 2," September 29, 2020.

1538. RBC Capital Markets, "Alibaba Investor Day Takeaways – Day 3," September 30, 2020.

1539. RBC Capital Markets, "Alibaba Group Holding Limited Sept '20Q Preview & Cheat Sheet," November 2, 2020.

1540. RBC Capital Markets, "Alibaba Group Holding Limited Retail Moderates, Cloud Momentum Continues," November 5, 2020.

1541. RBC Capital Markets, "Doubling Up On Double 11," November 11, 2020.

1542. Refinitiv, "The Day Ahead," November 12, 2019.

1543. Refinitiv, "North America: The Day Ahead," November 14, 2019.

1544. Refinitiv, "The Day Ahead North America (May 26)," May 26, 2020.

1545. Refinitiv, "The Day Ahead: For Friday, August 21, 2020," August 21, 2020.

1546. Refinitiv, "The Day Ahead North America (November 30)," November 30, 2020.

1547. Robert W. Baird & Co., Inc., "F2Q Recap: Solid Results, Aggressive Spend Will Continue," November 1, 2019.

1548. Robert W. Baird & Co., Inc., "Singles Day Growth Reflects Modest Deceleration," November 11, 2019.

1549. Robert W. Baird & Co., Inc., "Alibaba Group Holding Limited (Baba): Near-Term Headwinds Not A Surprise; Long Term Remains Bright," February 13, 2020.

1550. Robert W. Baird & Co., Inc., "Alibaba Group Holding Limited (Baba): Fine-Tuning Estimates As Signs Of Improvement Emerge," April 14, 2020.

1551. Robert W. Baird & Co., Inc., "Alibaba Group Holding Limited (Baba): Growth Remains Top Priority, Even After First Trillion Dollar Year," May 22, 2020.

1552. Robert W. Baird & Co., Inc., "Solid China Consumer Recovery Likely To Drive F1Q Upside," July 16, 2020.

1553. Robert W. Baird & Co., Inc., "Solid Results Across The Board," August 20, 2020.

1554. Robert W. Baird & Co., Inc., "Recapping Alibaba Investor Day (#1 Of 3)," September 28, 2020.

1555. Robert W. Baird & Co., Inc., "Recapping Alibaba Investor Day (#2 Of 3)," September 29, 2020.

1556. Robert W. Baird & Co., Inc., "Balancing Innovation With Profit Growth; Investor Day 3 Recap," September 30, 2020.

1557. Robert W. Baird & Co., Inc., "Alibaba Group Holding Limited (Baba): Previewing F2Q Results," November 4, 2020.

1558. Robert W. Baird & Co., Inc., "Full Steam Ahead For Digitalization Push," November 5, 2020.

1559. Robert W. Baird & Co., Inc., "Lowering Price Target On Regulatory Uncertainty; Fundamentals Remain Intact," December 27, 2020.

1560. S&P Global Market Intelligence, "Southeast Asia E-Money Market Report," January 2021.

1561. S3 Partners, "S3 Analytics: U.S. Based China Shares Shorted Activity," January 29, 2020.

1562. S3 Partners, "S3 Analytics: Bear Time-Out," May 14, 2020.

1563. S3 Partners, "S3 Analytics: July Hk – China Short Selling Recap," July 13, 2020.

1564. S3 Partners, "S3 Analytics: Hk-China Short Side Recap," September 17, 2020.

1565. Savills, "业主加强租金优惠," October 10, 2020.

1566. Savills, "整体租赁活力有待提升," October 10, 2020.

1567. Sealand Securities, "电子票据系统建设进入高峰期，订单明显增长," September 20, 2020.

1568. Sealand Securities, "旅游市场火热，离岛免税热度不减," October 9, 2020.

1569. Sealand Securities, "国家推动量子科技发展，加速底层技术弯道超车," October 19, 2020.

1570. Sealand Securities, "景区餐饮业绩继续改善，"双 11"销售有望再创新高," October 19, 2020.

1571. Sealand Securities, "板块调整幅度较大，关注被错杀的优质个股," October 26, 2020.

1572. Sealand Securities, "内需聚焦线上及可选，国货美妆竞争力持续," November 2, 2020.

1573. Sealand Securities, "建议关注中高档白酒消费复苏," November 15, 2020.

1574. Sealand Securities, "光伏，新能源车基本面持续向好," November 29, 2020.

1575. Sealand Securities, "爱茉莉太平洋：研发与品牌推动成长的韩妆龙头," December 2, 2020.

1576. Sealand Securities, "我国推出量子计算机，实现量子优越性," December 5, 2020.

1577. Sealand Securities, "关注 B2B 电商与产业互联网," December 20, 2020.

1578. Sealand Securities, "芒果内容电商开启新征程 看贺岁春节双档重燃需求 关注优质影院院线三剑客," December 20, 2020.

1579. Sealand Securities, "关注去中心化电商 Saas 投资机会," April 12, 2021.

1580. Seneca ESG, "India Imposing Cap On Market Share Of Mobile," October 8, 2019.

1581. Seneca ESG, "Alipay Refutes Binance, Claims Restrict Cryptocurrency Transactions," October 11, 2019.

1582. Seneca ESG, "Cac Releases List Of 309 Registered Blockchain Service Providers," October 21, 2019.

1583. Seneca ESG, "Alibaba Reportedly Will List In Hong Kong This November," October 31, 2019.

1584. Seneca ESG, "Alibaba Receives Lawsuit From Galanz Over," November 6, 2019.

1585. Seneca ESG, "Alipay Allows Limited E-Wallet Use Of Foreign Cards," November 6, 2019.

1586. Seneca ESG, "Alibaba To Hold Roadshow For Hong Kong Listing Next Week," November 8, 2019.

1587. Seneca ESG, "Aliexpress To Deliver Goods Faster Via Direct China-Russia Flights," November 8, 2019.

1588. Seneca ESG, "Alibaba Reaches Out To More Banks For Hkex Ipo," November 11, 2019.

1589. Seneca ESG, "Alibaba Sales Hit Rmb100Bn In First Hour Of," November 11, 2019.

1590. Seneca ESG, "Alibaba Allows 5% Bitcoin Cashback For Lolli'S Users On Singles' Day," November 13, 2019.

1591. Seneca ESG, "Alibaba Receives Hkex Approval For Secondary Listing," November 13, 2019.

1592. Seneca ESG, "Alibaba Subscribes To Meinian Onehealth'S Shares Worth Rmb1.84Bn," November 15, 2019.

1593. Seneca ESG, "Alibaba Partners With Adb On Digital Agriculture In China," November 20, 2019.

1594. Seneca ESG, "Alibaba Prices Shares At Hkd176 Ahead Of Its Ipo," November 21, 2019.

1595. Seneca ESG, "Alibaba Debuts On Hkex With Shares Up 6.9% At," November 26, 2019.

1596. Seneca ESG, "Alibaba Health 1H19 Earnings Report: Revenue Soars 119% Yoy," November 27, 2019.

1597. Seneca ESG, "Mybank Obtains Approval From Cbirc To Increase Capital," December 12, 2019.
1598. Seneca ESG, "Alibaba-Backed Fliggy Set Up Alliance Of Monomer Hotels," December 18, 2019.
1599. Seneca ESG, "Alibaba Prepares Rmb2Bn Red Packets For," January 14, 2020.
1600. Seneca ESG, "Ant Financial To Sell Shares Privately At Valuation Of Usd200Bn," January 21, 2020.
1601. Seneca ESG, "Alibaba'S Taopiaopiao Vows Free Cancellation For Wuhan Movie Tickets," January 23, 2020.

1602. Seneca ESG, "Alibaba Launches 20 Measures To Support Smes," February 11, 2020.
1603. Seneca ESG, "Alibaba'S Taobao Sets Up Rmb1Bn Fund To Help Farmers," February 13, 2020.
1604. Seneca ESG, "Alibaba 3Qfy20 Earnings Report: Revenue Grows 38% Yoy," February 14, 2020.
1605. Seneca ESG, "Alibaba Logistics And Delivery Units Return To," March 11, 2020.
1606. Seneca ESG, "Alipay Extends Mobile Payment Services To 40M Merchants," March 11, 2020.
1607. Seneca ESG, "Alibaba Teams Up With Taihe Music On Music Content Copyrights," March 12, 2020.

1608. Seneca ESG, "M&A: Ant Financial Acquires 25.04% Stake In Canzhou," March 17, 2020.
1609. Seneca ESG, "Alibaba, Zhejiang Collaborate On Digitalization Of Manufacturing Industry," April 8, 2020.

1610. Seneca ESG, "Alibaba Cloud To Invest Rmb200Bn In New Infrastructure Development," April 21, 2020.

1611. Seneca ESG, "Alibaba Cloud Allocates Usd30M To Assist Smes With Web," April 24, 2020.
1612. Seneca ESG, "Alibaba Launches Luxury Outlet Platform Amid Pandemic Backlogs," May 8, 2020.
1613. Seneca ESG, "Alibaba Partners With State Agencies To Promote Digital," May 14, 2020.
1614. Seneca ESG, "Alibaba Fy2020 Earnings Report: Revenue Grows 35% Yoy," May 25, 2020.
1615. Seneca ESG, "Alibaba And Bytedance Add Office Space In Hong Kong," June 12, 2020.
1616. Seneca ESG, "Alibaba Cloud To Invest Rmb2Bn To Deepen Cloud Strategy," June 17, 2020.
1617. Seneca ESG, "Alibaba's Weride Debuts Robotaxi In Guangzhou," June 24, 2020.
1618. Seneca ESG, "Moa, Alibaba Collaborate To Build More Digital Agricultural Bases," June 30, 2020.
1619. Seneca ESG, "Alibaba Sets Up Two Farm Goods Consolidated Processing," July 1, 2020.
1620. Seneca ESG, "Alibaba Cloud To Build Third Data Center In Indonesia," July 3, 2020.
1621. Seneca ESG, "Ant Group Begins Concurrent Ipo Process In Hong Kong,," July 21, 2020.
1622. Seneca ESG, "Alipay Uses Nose Print Recognition For Pet Insurance Products," July 22, 2020.
1623. Seneca ESG, "Alipay, Vodacom To Develop Financial Services App In South Africa," July 22, 2020.
1624. Seneca ESG, "Ant Group Launches New Blockchain Service Amid Ipo Negotiations," July 24, 2020.
1625. Seneca ESG, "Alibaba Involved In Indian Litigation For Corporate Malpractice," July 27, 2020.
1626. Seneca ESG, "Best Considers Listing Express, Freight Delivery Units In Hong Kong," August 13, 2020.

1627. Seneca ESG, "Trump Administration To Pressure More Chinese Firms, Specifically Alibaba," August 17, 2020.

1628. Seneca ESG, "Autox Collaborates With Letzgo To Launch Robotaxi Fleet," August 20, 2020.
1629. Seneca ESG, "Alibaba Denies Planning To Boost Stake In Yto," August 28, 2020.
1630. Seneca ESG, "Ant Group Reportedly To Launch Ipo In Mid-October," September 4, 2020.
1631. Seneca ESG, "Ant Group Receives Sse Enquiries On Star Market Listing," September 8, 2020.
1632. Seneca ESG, "Cbirc Putting Online Mutual Aid Platforms Under Insurance-Like Regulations," September 9, 2020.
1633. Seneca ESG, "Alibaba, China Mobile Mull Rmb3Bn Investment In Blacklisted Dahua," September 17, 2020.

1634. Seneca ESG, "Perfect Diary Completes New Funding Round With Usd4Bn Valuation," September 21, 2020.

1635. Seneca ESG, "Ant Group Applies For Star Market Registration," September 23, 2020.

1636. Seneca ESG, "Cainiao Guoguo To Double Mainland Logistics Stations Next Year," September 23, 2020.

1637. Seneca ESG, "Ant Group Reportedly To Raise Usd17.5Bn In Hong Kong Listing," September 24, 2020.

1638. Seneca ESG, "Ant Bank (Hong Kong) Commences Operation," September 28, 2020.

1639. Seneca ESG, "Gic, Temasek To Jointly Invest Usd3.5Bn In Ant'S Dual-Listing," October 9, 2020.

1640. Seneca ESG, "Alibaba Plans To Open 1,000 Fair-Price Goods Shops," October 12, 2020.

1641. Seneca ESG, "Daily Pulse: Csrc Delays Ant'S Ipo Amid Investigation," October 14, 2020.

1642. Seneca ESG, "Daily Pulse: Us Considers Adding Ant To Blacklist," October 15, 2020.

1643. Seneca ESG, "Hong Kong Brokers Offer Lower Interest Rates To Ant Ipo Investors," October 15, 2020.

1644. Seneca ESG, "Taobao Taiwan Exiting Local Market By End Of 2020," October 16, 2020.

1645. Seneca ESG, "Alibaba To Buy Majority Stake Of Sun Art Retail With Usd3.6Bn," October 19, 2020.

1646. Seneca ESG, "Ant Group Gets Hkex Green Light For Offshore Listing," October 20, 2020.

1647. Seneca ESG, "Ant Wins Csrc Final Approval For Star Market Ipo," October 22, 2020.

1648. Seneca ESG, "Alibaba Employs Social Engagement To Reduce Covid-19 Impacts," November 5, 2020.

1649. Seneca ESG, "Samr Drafts Guidance To Prevent Monopolistic Behavior From Internet Platforms," November 12, 2020.

1650. Seneca ESG, "Overview Of Ant Forest Initiative'S Environmental And Social Performance," November 19, 2020.

1651. Seneca ESG, "Alibaba, Tencent, Hive Box Fined For Monopolistic Practices," December 17, 2020.

1652. Seneca ESG, "Alibaba Fined Rmb18.2Bn For Violating Anti- Monopoly Law," April 12, 2021.

1653. Shanghai Securities, "发改委鼓励老旧汽车置换；特斯拉公布 Q3 财报," October 27, 2020.

1654. Shanghai Securities, "游戏板块阶段性调整，对买量无需过度悲观," November 4, 2020.

1655. Shanxi Securities, "国庆档顺利收官，关注 Q4 新游戏上线及双 11 营销板块催化," October 9, 2020.

1656. Shanxi Securities, "三季报披露完毕，回暖显著," November 2, 2020.

1657. Shanxi Securities, "电商狂欢购物节下的旅游行业略显暗淡," November 8, 2020.

1658. Shanxi Securities, "博纳 Ipo 过会快手递交上市申请，继续把握业绩主线," November 10, 2020.

1659. Shanxi Securities, "2020 双十一战报点评," November 12, 2020.

1660. Shanxi Securities, ""双十一"快递行业数据点评," November 13, 2020.

1661. Shanxi Securities, "战线拉长、赛道延伸，店铺自播提升流量转化," November 13, 2020.

1662. Shanxi Securities, "2020 双十一战报出炉，家具建材全网销售额 Top6," November 15, 2020.

1663. Shanxi Securities, "可选消费增长提速，双 11 赛道延伸助力品牌增长," November 16, 2020.

1664. Shanxi Securities, "上汽打造智己汽车，探索高端化与智能化汽车," November 30, 2020.

1665. Shanxi Securities, "网络直播监管新规出台，12 月新片供给回暖," December 3, 2020.

1666. Shanxi Securities, "社区团购新规出台事件点评," December 23, 2020.

1667. Shanxi Securities, "电影市场迎强势开局，关注游戏&影视等文娱消费," January 5, 2021.

1668. Shanxi Securities, "密切关注美对中国科技股打压升级态势之进展," January 8, 2021.†

1669. Shengang Securities, "5G 与工业互联网大有可为," September 20, 2020.

1670. Shengang Securities, "复盘过去 10 年高速公路信息化建设的 3 点结论," October 10, 2020.

1671. Shengang Securities, "上汽联合阿里冲击高端 发力品牌向上," November 29, 2020.

1672. Sinolink Securities Co., Ltd, ""人 - 货 - 场 - 媒 - 数"，数字时代的商业地基," March 25, 2020.

1673. Sinolink Securities Co., Ltd, "系列深度 1：阿里究竟是一家做什么的公司？," April 2, 2020.

1674. Sinolink Securities Co., Ltd, "阿里业绩前瞻：疫情影响有限，不改长期价值," May 1, 2020.

1675. Sinolink Securities Co., Ltd, "光伏从强周期走向强成长，工博会看工控数字化转型," September 20, 2020.

1676. Sinolink Securities Co., Ltd, "原神 9.28 公测，期待我和我的家乡上映," September 20, 2020.

1677. Sinolink Securities Co., Ltd, "《万国觉醒》上线，游戏 Cp 议价能力增强," September 27, 2020.

1678. Sinolink Securities Co., Ltd, "《原神》首月流水或超 20 亿，关注三季报," October 9, 2020.

1679. Sinolink Securities Co., Ltd, "《荣耀大天使》获版号，关注芒果季风剧场," October 19, 2020.

1680. Sinolink Securities Co., Ltd, "玩心不改，潮流出圈," November 25, 2020.

1681. Sinolink Securities Co., Ltd, "数据解读潮玩帝国," December 10, 2020.

1682. Sinolink Securities Co., Ltd, "国际品牌销售靓丽，本土品牌继续分化," December 15, 2020.

1683. Sinolink Securities Co., Ltd, "涨价依旧，不应低估高运价下的集运业绩弹性," January 10, 2021.

1684. Sinolink Securities Co., Ltd, "反垄断大势所趋，提升商家经营体验突围," April 30, 2021.

1685. Smart Research Insights, "Company Profile - Alibaba Group Holding Limited," October 1, 2019.

1686. Soochow Securities, "业绩再超预期，增长动能强劲——Fy2020Q2 点评," November 3, 2019.

1687. Soochow Securities, "基本盘稳健，本地服务、新零售、云计算高 速增长，疫情不改公司长期发展态势," February 15, 2020.

1688. Soochow Securities, "产业互联网大幕拉起，传统与新兴产业的动能接续," February 20, 2020.

1689. Soochow Securities, "4月份消费、电商表现最佳 5月十大金股组合调入海尔电器(01169)," May 10, 2020.

1690. Soochow Securities, "核心商业受疫情冲击，新业务渐成关注点," May 22, 2020.

1691. Soochow Securities, "阿里巴巴甚么时候加入港股通？," June 1, 2020.

1692. Soochow Securities, "核心商业盈利能力恢复，新业务减亏初见成效," August 21, 2020.

1693. Soochow Securities, "本周专题：阿里云进入 2.0 时代，云计算产业链加速推进，持续重点关注 Idc、光模块、物联网等机会," September 20, 2020.

1694. Soochow Securities, "本周专题：Ibm 重组聚焦云计算，建议关注云计算、Idc 产业链投资机会," October 11, 2020.

1695. Soochow Securities, "用户渗透或出现瓶颈，主动加大下沉市场投入力度长期有助稳固竞争地位," November 6, 2020.

1696. Soochow Securities, "科技板块外部因素逐步明朗的当前时点," November 8, 2020.

1697. Soochow Securities, "苹果首次推出搭载自研 M1 芯片 Macbook，产业链有望充分受益," November 14, 2020.

1698. Soochow Securities, "双十一之惑：Gmv 口径变化，双十一增速愈发趋近全年增速," November 15, 2020.

1699. Soochow Securities, "11 月第三周批发同比+14%，全面看多," November 29, 2020.

1700. Soochow Securities, "电动车年底排产旺盛，光伏年底抢装明," November 29, 2020.

1701. Soochow Securities, "游戏行业专题：渠道变迁与流量争夺下的买量市场新常," November 30, 2020.

1702. Soochow Securities, "本周专题：产业互联网已进入快速发展期，持续关注产业数字化转型相关标的," December 13, 2020.

1703. Soochow Securities, "发改委牵头多部委强调加快构建全国一体化大数据中心创新体系，关注新基建、云计算、大数据等行业投资机会," December 28, 2020.

1704. Soochow Securities, "看好行业底部改善机会，把握短视频、游戏、电商、Saas、潮玩等成长赛道," December 29, 2020.

1705. Soochow Securities, "中国优质供应链品牌化强势崛起，低利率大环境下消费估值中枢抬升," December 30, 2020.

1706. Soochow Securities, "本周专题：政策持续支持，流量带动板块向上，持续关注主设备、Idc、光模块等新基建赛道优质标的," January 3, 2021.

1707. Soochow Securities, "阿里巴巴被罚，对电商行业意味着什么，未来发展方向几何？," April 11, 2021.

1708. Southwest Securities, "阿里巴巴最快本周招股 美国下月再减息机率低," November 11, 2019.

1709. Southwest Securities, "阿里巴巴明天上市 褐色书难有惊喜 黑色星期五降临," November 25, 2019.

1710. Southwest Securities, "经济大国疫情舒缓但美洲中东国家仍严峻 恒指季检或纳入阿里巴巴," May 11, 2020.

1711. SPDB International Securities Limited, "阿里巴巴：攻守有道，内外兼修," July 31, 2020.

1712. SPDB International Securities Limited, "阿里巴巴（9988.Hk）1Qfy21 业绩：业绩超预期，核心电商依然稳固," August 27, 2020.

1713. SPDB International Securities Limited, "从李佳琦 2020 双十一直播清单看护肤美妆消费趋势," October 20, 2020.

1714. SPDB International Securities Limited, "阿里巴巴（9988.Hk）：复盘双十一，细分品类畅销榜梳理," November 17, 2020.

1715. SPDB International Securities Limited, "2021 年互联网行业展望：全面拥抱数字时代," December 8, 2020.

1716. SPDB International Securities Limited, "阿里巴巴（9988.Hk）：182 亿罚款事件解读：利空出尽？," April 12, 2021.

1717. Stifel Nicolaus and Company, Incorporated, "China Ecommerce C3Q:19 Preview," October 24, 2019.

1718. Stifel Nicolaus and Company, Incorporated, "Alibaba F2Q:20 Quick Look," November 1, 2019.

1719. Stifel Nicolaus and Company, Incorporated, "Heads Down Focused; Buy, $220," November 1, 2019.

1720. Stifel Nicolaus and Company, Incorporated, "Alibaba Group Holding Limited: Takeaways From Company Meeting; Reiterate Buy," December 12, 2019.

1721. Stifel Nicolaus and Company, Incorporated, "China Ecommerce C4Q19 Preview," January 28, 2020.

1722. Stifel Nicolaus and Company, Incorporated, "Global Financial Liquidity May Or May Not Offset Virus Lockdown; Buy, $230 Pt," February 13, 2020.

1723. Stifel Nicolaus and Company, Incorporated, "Q1 China Ecommerce Preview – Stabilizing Fundamentals Offset By Rising Perceived Political Risks," April 19, 2020.

1724. Stifel Nicolaus and Company, Incorporated, "Adjusting F4Q:20 Epads For Below-The-Line Items," April 20, 2020.

1725. Stifel Nicolaus and Company, Incorporated, "F2021 Guide Points To Healthy Fundamentals; Pt $230, Buy," May 22, 2020.

1726. Stifel Nicolaus and Company, Incorporated, "C2Q:20 China Ecommerce Preview," July 16, 2020.

1727. Stifel Nicolaus and Company, Incorporated, "Alibaba Group Holding Limited: Strong Results Across The Board; Buy, $300 Pt," August 20, 2020.

1728. Stifel Nicolaus and Company, Incorporated, "Strong Results Across The Board; Buy, $300 Pt," August 20, 2020.

1729. Stifel Nicolaus and Company, Incorporated, "Multi-Decade Growth Story Continues At Analyst Event; Buy, $330 Pt," September 30, 2020.

1730. Stifel Nicolaus and Company, Incorporated, "C3Q20 China Ecommerce Preview," October 20, 2020.

1731. Stifel Nicolaus and Company, Incorporated, "Anticipating Better News Flow; Buy, $330 Pt`," November 5, 2020.

1732. Susquehanna Financial Group LLLP, "Alibaba Group: Continued Strong Execution," November 4, 2019.

1733. Susquehanna Financial Group LLLP, "The Newsfeed," January 17, 2020.

1734. Susquehanna Financial Group LLLP, "Upcoming Week Of Internet Earnings," February 10, 2020.

1735. Susquehanna Financial Group LLLP, "Alibaba Group: Coronavirus Impacting The Near Term, But Long-Term Story Still Intact," February 18, 2020.

1736. Susquehanna Financial Group LLLP, "Ramp And Baba Earnings Preview," May 20, 2020.

1737. Susquehanna Financial Group LLLP, "Alibaba Group: Continues To See Solid Trends, As Recovery Underway," May 26, 2020.

1738. Susquehanna Financial Group LLLP, "Morning Summary," May 26, 2020.

1739. Susquehanna Financial Group LLLP, "Upcoming Week Of Internet Earnings," August 10, 2020.

1740. Susquehanna Financial Group LLLP, "Alibaba Group: Strong Trends As Rebound Continues," August 24, 2020.

1741. Susquehanna Financial Group LLLP, "The Newsfeed," September 4, 2020.

1742. Susquehanna Financial Group LLLP, "Alibaba Group: Takeaways From The Analyst Day," October 8, 2020.

1743. Susquehanna Financial Group LLLP, "Alibaba Group: Baba Earnings Preview," November 2, 2020.

1744. Susquehanna Financial Group LLLP, "Baba Earnings Preview," November 4, 2020.

1745. Susquehanna Financial Group LLLP, "Alibaba Group: A Bit Mixed But Generally Fine," November 6, 2020.

1746. T.H. Capital Research, "Baba Adopting Data Analytics To Compete Smartly; Positive On Fy2Q20E Performance; Maintain Buy," October 9, 2019.

1747. T.H. Capital Research, "Operational Efficiency Driving Better Earnings In Fy2Q20; Maintain Buy," October 25, 2019.

1748. T.H. Capital Research, "T. H. Data Flash - Alibaba Group - November 2019 & Fy3Q20E Nimble To The Market With New Initiatives; Traffic And Traffic Conversions Are Positive; Raise Price Target," January 7, 2020.

1749. T.H. Capital Research, "Nimble To The Market Driving Strong Fy3Q20; While Coronavirus Outbreak Is Likely To Put Pressure On Its Growth In The Very Near Term, The Longer Term Outlook Is Positive; Maintain Buy," February 10, 2020.

1750. T.H. Capital Research, "Alibaba Group: Online Commerce Is Leading Economic Recovery Post Covid-19; Baba'S Platform Is Enabling More Business Activities Online," May 11, 2020.

1751. T.H. Capital Research, "Strong E-Commerce In 2Q20 Fueled By Discounts, Live Streaming And Hungry Consumers; But What'S More Important Is The High Level Issues - What Is Going On In The Market?," July 10, 2020.

1752. T.H. Capital Research, "New Initiatives To Enable A Strong Fy3Q21; Fy2Q21 Continued Its Momentum From Fy1Q21," November 2, 2020.

1753. The Benchmark Company LLC, "China Ecommerce: Weekly News And Comps," October 3, 2019.

1754. The Benchmark Company LLC, "Morning Call," October 3, 2019.

1755. The Benchmark Company LLC, "China Ecommerce -- Weekly News & Comps," October 16, 2019.

1756. The Benchmark Company LLC, "China Ecommerce Weekly News & Comps," October 24, 2019.

1757. The Benchmark Company LLC, "China Ecommerce," October 30, 2019.

1758. The Benchmark Company LLC, "Robust Growth Set To Be Empowered By Digital Economy," November 4, 2019.

1759. The Benchmark Company LLC, "China Ecommerce," November 7, 2019.

1760. The Benchmark Company LLC, "China Ecommerce," November 13, 2019.

1761. The Benchmark Company LLC, "China Ecommerce," November 29, 2019.

1762. The Benchmark Company LLC, "Morning Call," November 29, 2019.

1763. The Benchmark Company LLC, "China Ecommerce: Weekly News And Comps," December 4, 2019.

1764. The Benchmark Company LLC, "China Ecommerce -- Weekly News & Comps," December 11, 2019.

1765. The Benchmark Company LLC, "China Ecommerce," December 18, 2019.

1766. The Benchmark Company LLC, "China Ecommerce," December 18, 2019.

1767. The Benchmark Company LLC, "China Ecommerce -- Weekly News & Comps," December 27, 2019.

1768. The Benchmark Company LLC, "Morning Call," December 27, 2019.

1769. The Benchmark Company LLC, "China Ecommerce," January 10, 2020.

1770. The Benchmark Company LLC, "China Ecommerce," January 16, 2020.

1771. The Benchmark Company LLC, "China Ecommerce," January 23, 2020.

1772. The Benchmark Company LLC, "Near Term Disruption From Virus Outbreak, But Long Term Fundamentals Intact; Pt To $275," February 13, 2020.

1773. The Benchmark Company LLC, "China Ecommerce -- Weekly News & Comps," February 20, 2020.

1774. The Benchmark Company LLC, "China Ecommerce: Weekly News And Comps," February 26, 2020.

1775. The Benchmark Company LLC, "China Ecommerce: Weekly News And Comps," March 12, 2020.

1776. The Benchmark Company LLC, "China Ecommerce Weekly News & Comps," March 18, 2020.

1777. The Benchmark Company LLC, "China Ecommerce," March 25, 2020.

1778. The Benchmark Company LLC, "China Ecommerce Weekly News & Comps," April 2, 2020.

1779. The Benchmark Company LLC, "China Ecommerce Weekly News & Comps," April 8, 2020.

1780. The Benchmark Company LLC, "China Ecommerce: Weekly News & Comps," April 15, 2020.

1781. The Benchmark Company LLC, "China Ecommerce," April 23, 2020.

1782. The Benchmark Company LLC, "Raising F4Q20 Estimates Due To Better March Recovery (Corrected)," April 27, 2020.

1783. The Benchmark Company LLC, "China Ecommerce," May 13, 2020.

1784. The Benchmark Company LLC, "Solid Recovery Post Covid-19; Lt Growth Set To Benefit From Accelerated Digitalization; Buy," May 26, 2020.

1785. The Benchmark Company LLC, "China Ecommerce," June 10, 2020.

1786. The Benchmark Company LLC, "China Ecommerce," June 17, 2020.

1787. The Benchmark Company LLC, "China Ecommerce: Weekly News And Comps," June 24, 2020.

1788. The Benchmark Company LLC, "China Ecommerce," July 17, 2020.

1789. The Benchmark Company LLC, "China Ecommerce Weekly News & Comps," August 5, 2020.

1790. The Benchmark Company LLC, "China Ecommerce," August 12, 2020.

1791. The Benchmark Company LLC, "Robust Recovery Of Core Commerce; Raise Pt To $290," August 21, 2020.

1792. The Benchmark Company LLC, "China Ecommerce," September 16, 2020.

1793. The Benchmark Company LLC, "Baba Analyst Day; Key Takeaways Of Day 1," September 28, 2020.

1794. The Benchmark Company LLC, "Alibaba Group Holding Ltd. (Baba): Best Positioned To Capture The Digitalization Transformation; Pt To $355," September 30, 2020.

1795. The Benchmark Company LLC, "China Ecommerce," October 21, 2020.

1796. The Benchmark Company LLC, "China Ecommerce," October 28, 2020.

1797. The Benchmark Company LLC, "China Ecommerce," November 4, 2020.

1798. The Benchmark Company LLC, "Alibaba Group Holding Ltd. (Baba): Continued Solid Execution," November 6, 2020.

1799. The Benchmark Company LLC, "China Ecommerce: Weekly News And Comps," December 9, 2020.

1800. The Benchmark Company LLC, "China Ecommerce Weekly News & Comps," December 16, 2020.

1801. The Benchmark Company LLC, "F3Q21 Preview; Lower Pt To $315," January 13, 2021.

1802. The Benchmark Company LLC, "F4Q21 Preview; Lower Pt To $310," April 9, 2021.

1803. The Benchmark Company LLC, "Antitrust Investigation Results In A Fine Of $2.8B," April 12, 2021.

1804. The Business Research Company, "Alibaba Group Holding Limited Alibaba ) Company Briefing (Covid 19 Update)," September 1, 2020.

1805. The Business Research Company, "Alibaba Group Holding Limited Alibaba ) Company Briefing (Covid 19 Update)," September 1, 2020.

1806. Tianfeng Securities Brokerage Co., Ltd, "技术赋能协同，大象再次起舞-Fy2Q20 业绩点评," November 4, 2019.

1807. Tianfeng Securities Brokerage Co., Ltd, "阿里什么时候能纳入港股通？," November 22, 2019.

1808. Tianfeng Securities Brokerage Co., Ltd, "阿里巴巴 Cy19Q4：各项业务强劲增长贡献营收超预期，阿里数字经济体已迈向全新的高度," February 14, 2020.

1809. Tianfeng Securities Brokerage Co., Ltd, "业绩再超预期，短期疫情不改龙头价值-Fy3Q20 业绩点评," February 16, 2020.

1810. Tianfeng Securities Brokerage Co., Ltd, "商贸零售 阿里巴巴20财报：短期疫情不改长期向好趋势，数字基建&零售商业加速全面融合," May 25, 2020.

1811. Tianfeng Securities Brokerage Co., Ltd, "阿里巴巴 20 财报：短期疫情不改长期向好趋势，数字基建&零售商业加速全面融合," May 25, 2020.

1812. Tianfeng Securities Brokerage Co., Ltd, "阿里巴巴（Baba.Us） - 解锁万亿美元里程碑，阿里商业体扬帆再起航," June 3, 2020.

1813. Tianfeng Securities Brokerage Co., Ltd, "Fy1Q21A 回顾：业绩表现超预期，新业务全面开花," August 22, 2020.

1814. Tianfeng Securities Brokerage Co., Ltd, "九月策略：财报检验前期推荐龙头业绩兑现," August 30, 2020.

1815. Tianfeng Securities Brokerage Co., Ltd, "计算机 阿里加码，5G工业软件大风已起," September 16, 2020.

1816. Tianfeng Securities Brokerage Co., Ltd, "一周观点：持续提示的后疫情板块表现较强，关注 Q3 业绩兑现," September 20, 2020.

1817. Tianfeng Securities Brokerage Co., Ltd, "本周专题：木浆价格近期波动简析，持续看好文化纸龙头太阳纸业及家居产业链," September 20, 2020.

1818. Tianfeng Securities Brokerage Co., Ltd, "液冷有望成为温控散热大趋势，重点关注三季报预期," September 20, 2020.

1819. Tianfeng Securities Brokerage Co., Ltd, "蚂蚁上市临近，持续看好金融科技板块," September 20, 2020.

1820. Tianfeng Securities Brokerage Co., Ltd, "核心软件国产化率几何？," September 21, 2020.

1821. Tianfeng Securities Brokerage Co., Ltd, "一周观点：节前平淡节后不悲观，重点关注基本面变化，芒果东财绩优股持续推荐," September 27, 2020.

1822. Tianfeng Securities Brokerage Co., Ltd, "周度全渠道销额增速上升，8 月彩电尺寸结构加速大屏化——W38 周观点," September 27, 2020.

1823. Tianfeng Securities Brokerage Co., Ltd, "深度 | 京东 自营为主平台为辅的电商龙头，社会化物流服务开启第二成长曲线," September 27, 2020.

1824. Tianfeng Securities Brokerage Co., Ltd, "环抱跨境电商物流稀缺资源，看好民航中期景气," September 27, 2020.

1825. Tianfeng Securities Brokerage Co., Ltd, "计算机 "云、库、链"技术风起，看好金融科技持续落地," September 27, 2020.

1826. Tianfeng Securities Brokerage Co., Ltd, "家用电器 黄金周大家电销售复苏，线上厨小电和清洁电器领跑市场——2020W39周观点," October 8, 2020.

1827. Tianfeng Securities Brokerage Co., Ltd, "策略·专题 1分钟了解假期大事兼论q3预告中的高景气," October 8, 2020.

1828. Tianfeng Securities Brokerage Co., Ltd, "纺织服装 十一数据跟踪：降温开启羽绒服销售旺季，长假催化户外运动消费," October 8, 2020.

1829. Tianfeng Securities Brokerage Co., Ltd, "国内家电企业如何在海外市场"乘风破浪"," October 9, 2020.

1830. Tianfeng Securities Brokerage Co., Ltd, "传媒 一周观点：积极关注q3兑现及q4景气度，价值白马双十一," October 11, 2020.

1831. Tianfeng Securities Brokerage Co., Ltd, "国内 5G 建设加速推进，上调光棒反倾销税率供需持续改善," October 11, 2020.

1832. Tianfeng Securities Brokerage Co., Ltd, "蚂蚁集团梳理：金融科技巨头、全球最大规模 Ipo 日渐临近," October 13, 2020.

1833. Tianfeng Securities Brokerage Co., Ltd, "传媒 一周观点：稀缺绩优龙头持续推荐，关注新游上线及双十一电商预热," October 18, 2020.

1834. Tianfeng Securities Brokerage Co., Ltd, "通信 国内5G手机出货保持高占比，我国持续推进车联网发展进程," October 18, 2020.

1835. Tianfeng Securities Brokerage Co., Ltd, "20年双十前瞻：从三国杀到群雄逐鹿，这次有何不同," October 20, 2020.

1836. Tianfeng Securities Brokerage Co., Ltd, "通信 运营商业绩整本维持改善趋势，聚焦三季报超预期个股," October 24, 2020.

1837. Tianfeng Securities Brokerage Co., Ltd, "一周观点：成长板块整体偏弱，季报绩优龙头维持推荐," October 25, 2020.

1838. Tianfeng Securities Brokerage Co., Ltd, "双十一清洁电器预售销量突出，继续看好小家电板块," October 25, 2020.

1839. Tianfeng Securities Brokerage Co., Ltd, "政策再提"加快推进 5G 网络建设"，真金白银加大支持力度," November 1, 2020.

1840. Tianfeng Securities Brokerage Co., Ltd, "月度观点：顺周期广告板块效应明显，关注双十一背后竞争力," November 1, 2020.

1841. Tianfeng Securities Brokerage Co., Ltd, "商业贸易," November 2, 2020.

1842. Tianfeng Securities Brokerage Co., Ltd, "月饼销售规模随节日热潮回落," November 5, 2020.

1843. Tianfeng Securities Brokerage Co., Ltd, "处罚落地，龙头再起航，重心回到基本面," April 13, 2021.

1844. Truist Securities, "Alibaba Group Holding Limited (Baba): F2Q20 To Show Strong Momentum Heading Into 11.11; Maintain Buy/$210 Pt," October 29, 2019.

1845. Truist Securities, "Solid F2Q20 Beat/Outlook Despite Slowing Macro; Maintain Buy/Pt To $212," November 1, 2019.

1846. Truist Securities, "Solid 11.11 Performance Shows Healthy Consumption Despite Macro Head Winds; Maintain Buy$212 Pt," November 11, 2019.

1847. Truist Securities, "Alibaba Group Holding Limited (Baba): First Look - Stronger Print Amidst Continued Headwinds," February 13, 2020.

1848. Truist Securities, "Constructive On Baba As We Look Past Negative Impact Of Coronavirus St; Maintain Buy/Pt To $250," February 14, 2020.

1849. Truist Securities, "March/April Data Shows Gradual Chinese Recovery/Accelerating Shift To Online; Maintain Buy/$250 Pt," May 20, 2020.

1850. Truist Securities, "Alibaba Group Holding Limited (Baba): China'S On The Rebound From Covid-19 And Baba'S Set To Benefit; Maintain Buy/Pt To $240 From $250," May 22, 2020.

1851. Truist Securities, "First Look - F4Q20 Results Better Than Covid-Induced Muted Expectations," May 22, 2020.

1852. Truist Securities, "Daily Spotlight," August 17, 2020.

1853. Truist Securities, "Putting Covid Behind/Chinese Ecom Data Shows Re-Accelerating Growth Throughout F1Q21; Maintain Buy," August 17, 2020.

1854. Truist Securities, "China'S On The Rebound From C-19 And Baba'S A Primary Beneficiary; Maintain Buy/Pt To $285 From $242," August 20, 2020.

1855. Truist Securities, "First Look - F1Q21 Ahead Of Expectations," August 20, 2020.

1856. Truist Securities, "Key Takeaways From Day 1 Of Baba'S 5H Annual Investor Day," September 28, 2020.

1857. Truist Securities, "Maintain Buy On Baba/Pt To $308 Post Investor Day; Riding The," September 30, 2020.

1858. Truist Securities, "Ant Group Ipo Postponed In Shanghai," November 3, 2020.

1859. Truist Securities, "Expecting Favorable Macro Trends To Drive Strong F2Q21 Results; Ant Upcoming Ipo Likely Catalyst Noisy Gaap Eps Likely From Ant'S Upwardly Revised Valuation/Ipo," November 3, 2020.

1860. Truist Securities, "Solid 2Q21 Results Show China'S Back To Pre-Covid Growth Levels, With Baba As Primary Beneficiary," November 5, 2020.

1861. Truist Securities, "Reiterate Buy/$308 Pt (Dcf-Derived) In Face Of Regulatory Scrutiny: Lowering Sotp Value To $294 From $307/Share On Ant'S Re- Evaluation," December 29, 2020.

1862. Truist Securities, "Baba Fined $2.8B By Regulators; Changes To Have No Material Impact On Financials," April 11, 2021.

1863. Truist Securities, "Maintain Buy On Baba Ahead Of F4Q21 Results; Pt To $315 From $330: Adjusting Our Ests To Account For Higher Level Of Investment In Growth Initiatives," April 19, 2021.

1864. Truist Securities, "Research Summary, April 19, 2021," April 19, 2021.

1865. UBS Equities, "Alibaba Group: F2Q20 Earnings Preview: Solid Core Growth And Potential For Profitability Upside," October 15, 2019.

1866. UBS Equities, "F2Q20 Earnings Quick Take: For The First Time In 5 Years Ebitda Margins Improved To Flat Yoy," November 1, 2019.

1867. UBS Equities, "Alibaba Group: F2Q20 Earnings Review: We Are Not Concerned By Cfo'S "Aggressively Reinvesting" Comment," November 4, 2019.

1868. UBS Equities, "Alibaba Group Hong Kong Listing Should Attract More Investors Over Time," November 12, 2019.

1869. UBS Equities, "2020 Greater China Conference Takeaways: More Positive View On Monetization And Cost Control," January 16, 2020.

1870. UBS Equities, "Alibaba Group: F3Q20 Earnings Quick Take: Overall In-Line Results But Slower Commissions Growth," February 13, 2020.

1871. UBS Equities, "F3Q20 Earnings Review: Significant Impact From Virus Outbreak But Business Recovering," February 14, 2020.

1872. UBS Equities, "F3Q20 Earnings Review: Significant Impact From Virus Outbreak But Business Recovering," February 14, 2020.

1873. UBS Equities, "Alibaba Group: F4Q20 Earnings Preview: Mar Q Demand Better Than Initial Expectations," April 13, 2020.

1874. UBS Equities, "F4Q20 Earnings Quick Take: Better Than Expected Core Growth And Earnings," May 22, 2020.

1875. UBS Equities, "F4Q20 Earnings Review: Fewer Covid-19 Concerns But Geopolitical Tension Rising Again," May 25, 2020.

1876. UBS Equities, "F1Q21 Earnings Preview: Strong Gmv Growth Translates Into Some Revenue Upside," July 9, 2020.

1877. UBS Equities, "F1Q21 Earnings Quick Take: Results Beat As Expected Driven By 6/18 Shopping Festival," August 20, 2020.

1878. UBS Equities, "F1Q21 Earnings Review: Solid Quarter With More Catalysts To Come Near Term," August 21, 2020.

1879. UBS Equities, "Read Through From Ant Ipo Filing To Alibaba And Tencent," September 3, 2020.

1880. UBS Equities, "China Express Delivery Marketing Feedback: What Are The Key Concerns?," September 24, 2020.

1881. UBS Equities, "Investor Day 1/3: Improving Shopping Experience Drives Higher Engagement And Revenue Per User," September 28, 2020.

1882. UBS Equities, "Investor Day 2/3: New Online/Offline Business Models Expanding The Tam," September 29, 2020.

1883. UBS Equities, "Investor Day 3/3: Earnings Growth Sustainable Despite Competition And Long Term Investments," September 30, 2020.

1884. UBS Equities, "Alibaba Group F2Q21 Earnings Preview: Sep Q Is Seasonally Lighter But We Like Baba For A Strong Dec Q," October 12, 2020.

1885. UBS Equities, "Em Sector Keys Conference Call Invitation," October 14, 2020.

1886. UBS Equities, "Alibaba Takes A Controlling Stake In Sun Art, And Increases Supermarket Category Exposure," October 20, 2020.

1887. UBS Equities, "F2Q21 Earnings Quick Take: In Line Revenues But Weaker Taobao/Tmall Margins," November 5, 2020.

1888. UBS Equities, "Alibaba Group: F2Q21 Earnings Review: Ant And E-Commerce Investments Somewhat Offset A Strong 11/11 Shopping Festival," November 6, 2020.

1889. UBS Equities, "F2Q21 Earnings Review: Ant And E-Commerce Investments Somewhat Offset A Strong 11/11 Shopping Festival," November 6, 2020.

1890. UBS Equities, "China Internet Sector: Regulation Catching Up To Innovation: Initial Reaction To A Wave Of Potential New Regulation," November 11, 2020.

1891. UBS Equities, "China Internet Sector: 11/11 Shopping Festival In Line To Slightly Ahead Of Expectations," November 12, 2020.

1892. UBS Equities, "China Equity Strategy: Rcep: Early Read Across," November 17, 2020.

1893. UBS Equities, "Initiating Coverage On 9988.Hk With Buy Rating And Pt Of Hk$333," November 20, 2020.

1894. UBS Equities, "China Equity Strategy: 2021 Outlook: Spring Around The Corner," November 27, 2020.

1895. UBS Equities, "China Internet Sector: Takeaways From Expert Calls On Anti-Monopoly Guidelines," December 1, 2020.

1896. UBS Equities, "F3Q21 Earnings Preview: No Regulatory Impact So Far But Fundamentals Weaker Than Expected," January 7, 2021.

1897. UBS Equities, "Anti Monopoly Fine Lifts One Of The Key Overhangs On The Stock," April 12, 2021.

1898. Univdatos Market Insights, "Global Digital Advertisement," October 2020.

1899. UOB Kay Hian Pte Ltd, "Strategy Alpha Picks Greater China November Conviction List," November 1, 2019.

1900. UOB Kay Hian Pte Ltd, "2Qfy20: Solid Beat On Strong Top-Line Growth And Disciplined Cost Control," November 4, 2019.

1901. UOB Kay Hian Pte Ltd, "2Qfy20: Solid Beat On Strong Top-Line Growth And Disciplined Cost Control," November 4, 2019.

1902. UOB Kay Hian Pte Ltd, "E-Commerce Evolving With Massive Data And New Business Models," December 9, 2019.

1903. UOB Kay Hian Pte Ltd, "Market Strategy," December 11, 2019.

1904. UOB Kay Hian Pte Ltd, "Alpha Picks: January Conviction Calls," January 3, 2020.

1905. UOB Kay Hian Pte Ltd, "China – Internet: Multiple Drivers Continue To Boost China'S E-Commerce Growth," January 20, 2020.

1906. UOB Kay Hian Pte Ltd, "Alpha Picks: February Conviction Calls," February 4, 2020.

1907. UOB Kay Hian Pte Ltd, "3Qfy20: Anther Solid Quarter, Mixed Impact From The Coronavirus Outbreak," February 14, 2020.

1908. UOB Kay Hian Pte Ltd, "Greater China Daily," February 14, 2020.

1909. UOB Kay Hian Pte Ltd, "Gradual Recovery In March While Potential Consumption Downgrading May Change The Competitive Dynamics In E-Commerce," April 15, 2020.

1910. UOB Kay Hian Pte Ltd, "Alibaba Group 4Qfy20 In-Line Results; Fy21 Revenue Growth Guided At 28% Yoy," May 25, 2020.

1911. UOB Kay Hian Pte Ltd, "Greater China Daily Monday, May 25, 2020," May 25, 2020.

1912. UOB Kay Hian Pte Ltd, "Regional Morning Notes," May 25, 2020.

1913. UOB Kay Hian Pte Ltd, "Greater China Daily," July 7, 2020.

1914. UOB Kay Hian Pte Ltd, "New Initiatives Fueling Growth Recovery," July 7, 2020.

1915. UOB Kay Hian Pte Ltd, "China Internet: Fintech Ant In The Midst Of Ipo Process. ," July 31, 2020.

1916. UOB Kay Hian Pte Ltd, "Internet – China Fintech: Ant In The Midst Of Ipo Process," August 3, 2020.

1917. UOB Kay Hian Pte Ltd, "1Qfy21 Results Preview: Maintaining Its Position As Market Leader; Well Positioned With Multiple Catalysts," August 17, 2020.

1918. UOB Kay Hian Pte Ltd, "Greater China Daily Monday, August 17, 2020," August 17, 2020.

1919. UOB Kay Hian Pte Ltd, "1Qfy21: Excellent Results, Encouraging Outlook Ahead," August 21, 2020.

1920. UOB Kay Hian Pte Ltd, "China Internet  Accelerated Digital Transformation Post Covid-19," September 7, 2020.

1921. UOB Kay Hian Pte Ltd, "Greater China Daily Monday, September 7, 2020," September 7, 2020.

1922. UOB Kay Hian Pte Ltd, "Company Update Alibaba Group (Baba Us)," September 30, 2020.

1923. UOB Kay Hian Pte Ltd, "Greater China Daily," September 30, 2020.

1924. UOB Kay Hian Pte Ltd, "China Internet  Nbs Data Shows Slower Sequential Recovery In Sep 20 Retail Sales Than In Previous Months.," October 20, 2020.

1925. UOB Kay Hian Pte Ltd, "Fintech: A Tale Of Two Fintech Giants," November 3, 2020.

1926. UOB Kay Hian Pte Ltd, "Alibaba Group (Baba Us): 2Qfy21: Solid Core Commerce Revenue Growth, Margin Miss On Investment In New Initiatives," November 6, 2020.

1927. UOB Kay Hian Pte Ltd, "Draft Anti-Monopoly Rules For Digital Economy To Promote Sustainable Development," November 12, 2020.

1928. UOB Kay Hian Pte Ltd, "Fintech: Potential Impact Of Policy Tightening On Fintech Companies," November 13, 2020.

1929. UOB Kay Hian Pte Ltd, "Business On Track; Short-Term Regulation Overhang," January 5, 2021.

1930. UOB Kay Hian Pte Ltd, "Greater China Daily: Tuesday, April 13, 2021," April 13, 2021.

1931. UOB Kay Hian Pte Ltd, "Samr Penalty Decision Finally Settled; Healthier Growth; Investment Continues," April 13, 2021.

1932. Vanho Securities, "证券行业动态点评：金控监管靴子落地，金融监管进一步完善," September 15, 2020.

1933. Vanho Securities, "万和证券行业点评：金融科技监管方向明确，财富管理助力资本市场投资端建设," December 30, 2020.

1934. Vermilion Technical Research, "Upgrading Discretionary, Downgrading Staples," July 7, 2020.

1935. VRS (Valuation & Research Specialists), "Technical Analysis On Alibaba Group," January 10, 2020.

1936. Wanlian Securities, "在线音乐市场硝烟再起，影院上座率限制放宽至75%," September 20, 2020.

1937. Wanlian Securities, "珠海将出"芯"政支持ic产业，雅克科技成为并购转型样本," September 20, 2020.

1938. Wanlian Securities, "纺服零售额增速年内首次转正，继续关注化质运动鞋服企业," September 21, 2020.

1939. Wanlian Securities, "阿里发布工业大脑3.0，国家网络安全宣传周举办," September 21, 2020.

1940. Wanlian Securities, "消费回暖，纺服个股基本面持续修复," September 28, 2020.

1941. Wanlian Securities, "易果生鲜破产重组，名创优品赴美上市——商贸零售行业周观点报告," October 18, 2020.

1942. Wanlian Securities, "板块表现分化，游戏板块回调不改成长逻辑," October 25, 2020.

1943. Wanlian Securities, "阿里控股高鑫零售，双11预售开启," October 25, 2020.

1944. Wanlian Securities, "海南前三季度旅游业恢复六成，新东方香港二次上市过聆讯," October 26, 2020.

1945. Wanlian Securities, "纺服零售额同比增长8.3%，行业迎来销售旺季," October 26, 2020.

1946. Wanlian Securities, "远景目标建这," November 9, 2020.

1947. Wanlian Securities, "天猫4982亿京东2715亿，双十一电商数据亮眼," November 16, 2020.

1948. Wanlian Securities, "监管再度加码直播规范，广电总局发文剑指虚假刷量," November 23, 2020.

1949. Wanlian Securities, "上汽、浦东新区、阿里三方联合打"智己汽车"," November 29, 2020.

1950. Wanlian Securities, "纺服需求持续释放，毛纺板块表现较好," December 5, 2020.

1951. Wanlian Securities, "三部委联合发文，深入推进"互联网+医疗健康"," December 14, 2020.

1952. Wanlian Securities, "五粮浓香发布牛年生肖酒，习酒跨国百亿大关," December 14, 2020.

1953. Wanlian Securities, "工信部公布"十四五"时期5G发展规划," December 27, 2020.

1954. Wanlian Securities, "金融科技监管和反垄断信号持续坚强," December 28, 2020.

1955. Wanlian Securities, "小商品城甲请"免税经营资质"，海南免税市场多元化," January 3, 2021.

1956. Wanlian Securities, "我国蜂窝物联网全球占比超过75%," January 10, 2021.

1957. Wanlian Securities, "影视从业者呼吁版权保护，平台反垄重则阿里," April 11, 2021.

1958. Wedbush Securities, "Tmt: Political Backdrop + Regulatory Swirls In China = Positives For Us Tech Stocks," November 13, 2020.

1959. William O'Neil + Co., "Alibaba Group Hldg Ads (Baba)," November 29, 2019.

1960. William O'Neil + Co., "Why You Should Add $Baba On A Break Above $231," June 24, 2020.

1961. William O'Neil + Co., "China Releases Draft Antitrust Guidelines: What Should You Do With Your China Internet Plays?," November 11, 2020.

1962. William O'Neil + Co., "Alibaba Group Hldg Ads (Baba)," December 24, 2020.

1963. Wilsons Advisory and Stockbroking Ltd., "3Q19 Result: Digital Economy Continues To Prosper," November 4, 2019.

1964. Yuanta Research, "China E-Commerce Industry: An Unreversed Uptrend," April 28, 2021.

1965. Yuanta Research, "Priced For The Worst," April 28, 2021.

1966. Yuanta Research, "現價反映最壞情況," April 29, 2021.

1967. Yuekai Securities, "【粤开策略】2020 年 10 月十大金股 及市场展望," October 8, 2020.

1968. Zacks Equity Research, "Alibaba Group (Baba)," October 16, 2019.

1969. Zacks Equity Research, "Alibaba Group (Baba)," November 7, 2019.

1970. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," November 27, 2019.

1971. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," December 12, 2019.

1972. Zacks Equity Research, "Alibaba Group (Baba)," December 27, 2019.

1973. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," January 14, 2020.

1974. Zacks Equity Research, "Alibaba Group (Baba)," February 10, 2020.

1975. Zacks Equity Research, "Alibaba Group (Baba)," February 12, 2020.

1976. Zacks Equity Research, "Alibaba Group (Baba)," March 6, 2020.

1977. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," March 12, 2020.

1978. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," April 13, 2020.

1979. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," April 16, 2020.

1980. Zacks Equity Research, "Alibaba Group (Baba)," May 5, 2020.
1981. Zacks Equity Research, "Alibaba Group (Baba)," May 11, 2020.
1982. Zacks Equity Research, "Alibaba Group (Baba)," May 19, 2020.
1983. Zacks Equity Research, "Alibaba Group (Baba)," May 26, 2020.
1984. Zacks Equity Research, "Alibaba Group (Baba)," June 3, 2020.
1985. Zacks Equity Research, "Alibaba Group (Baba)," June 24, 2020.
1986. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," June 29, 2020.

1987. Zacks Equity Research, "Alibaba Group (Baba)," July 7, 2020.
1988. Zacks Equity Research, "Alibaba Group (Baba)," July 9, 2020.
1989. Zacks Equity Research, "Alibaba Group (Baba)," July 17, 2020.
1990. Zacks Equity Research, "Alibaba Group (Baba)," July 22, 2020.
1991. Zacks Equity Research, "Alibaba Group (Baba)," August 24, 2020.
1992. Zacks Equity Research, "Alibaba Group (Baba)," August 26, 2020.
1993. Zacks Equity Research, "Alibaba Group (Baba)," September 9, 2020.
1994. Zacks Equity Research, "Alibaba Group (Baba)," October 1, 2020.
1995. Zacks Equity Research, "Alibaba Group (Baba) ," October 21, 2020.
1996. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," November 4, 2020.

1997. Zacks Equity Research, "Alibaba Group (Baba)," November 12, 2020.
1998. Zacks Equity Research, "Alibaba Group Holding Limited(Baba) Zacks Company Report," December 8, 2020.

1999. Zacks Equity Research, "Alibaba Group (Baba)," December 28, 2020.
2000. Zacks Equity Research, "Alibaba Group (Baba)," December 30, 2020.
2001. Zacks Equity Research, "Alibaba Group (Baba)," April 13, 2021.
2002. Zacks Equity Research, "Alibaba Group (Baba)," April 21, 2021.
2003. Zacks Equity Research, "Alibaba Group (Baba)," April 29, 2021.
2004. Zephirin Group, Inc., "Updating The Universe…!," March 1, 2020.
2005. Zephirin Group, Inc., "Updating The Universe," March 9, 2020.
2006. Zephirin Group, Inc., "Baba Dominate At 43%..!," July 12, 2020.
2007. Zheshang Securities Co. Ltd., "国网、阿里入局广电，盛路通信聚焦主赛道," August 31, 2020.

2008. Zheshang Securities Co. Ltd., "8 月单量同比增长 36%，龙头份额集中趋势不改," September 20, 2020.

2009. Zheshang Securities Co. Ltd., "关注数据中心液冷产业发展," September 20, 2020.
2010. Zheshang Securities Co. Ltd., "白酒行业景气度提升显著，啤酒销量环比下降," October 15, 2020.

2011. Zheshang Securities Co. Ltd., "证券银行 It 高景气，关注信创及网络安全," October 19, 2020.
2012. Zheshang Securities Co. Ltd., "受双节线上前置性消费影响," November 8, 2020.
2013. Zheshang Securities Co. Ltd., "阶段性顺周期为王," November 8, 2020.
2014. Zheshang Securities Co. Ltd., "持续重点关注 Idc 温控、模块化领域机会," November 29, 2020.

2015. Zheshang Securities Co. Ltd., "白酒集中化趋势加剧，啤酒销量环比提升," December 5, 2020.
2016. Zheshang Securities Co. Ltd., "科技驱动数据&算法进化，新流量激发产业新机遇," December 15, 2020.

2017. Zheshang Securities Co. Ltd., "受春节旺季较晚来临影响，白酒销量同比下降," January 7, 2021.

2018. Zheshang Securities Co. Ltd., "反垄断调查靴子落地，估值将回归基本面驱动——阿里巴巴反垄断事件点评," April 2021.

2019. Zhongtai Securities, "阿里巴巴 20Q1 财报解读 -核心电商稳健，看好生态协同," May 27, 2020.

2020. Zhongtai Securities, "阿里巴巴 20Q2 财报解读," August 20, 2020.

2021. Zhongtai Securities, "我们如何理解阿里云 2.0？," September 20, 2020.

2022. Zhongtai Securities, "打造"飞轮效应"，规模经济释放," October 12, 2020.

2023. Zhongtai Securities, "淡季小品牌放量," October 18, 2020.

2024. Zhongtai Securities, "深度对比丨蚂蚁集团与京东数科：科技、金融、财务与模," October 20, 2020.

2025. Zhongtai Securities, "纺企订单饱满，品牌 9 月及十一表现亮眼," October 20, 2020.

2026. Zhongtai Securities, "通信基金持仓新低，关注低估值 Q3 高增长个股," November 1, 2020.

*Other Publicly Available Documents*

1. "Alibaba Group Announces June Quarter 2020 Results," *Businesswire,* August 20, 2020, available at https://www.businesswire.com/news/home/20200820005395/en/Alibaba-Group-Announces-June-Quarter-2020-Results.

2. "Alibaba Group Announces September Quarter 2020 Results," *Businesswire,* November 5, 2020 available at https://www.businesswire.com/news/home/20201105005549/en/Alibaba-Group-Announces-September-Quarter-2020-Results.

3. "Alibaba Group Holding Limited Special Call, April 12 2021, 1:00 AM GMT," *S&P Global Market Intelligence,* April 12, 2021.

4. "Alibaba Group Launches Hong Kong Initial Public Offering," *Businesswire,* November 14, 2019, available at https://www.businesswire.com/news/home/20191114005921/en/Alibaba-Group-Launches-Hong-Kong-Initial-Public-Offering.

5. "Alibaba Group to Host Investor Day," *Businesswire*, September 18, 2020, available at https://www.businesswire.com/news/home/20200917006061/en/Alibaba-Group-to-Host-Investor-Day.

6. "Call Transcript of Alibaba Analyst/Investor Day, September 30, 2020, 2:00 AM GMT," *S&P Global Market Intelligence*.

7. "How Investigations work," *SEC.gov,* available at https://www.sec.gov/enforcement/how-investigations-work.

8. "Investor Bulletin: SEC Investigations," *SEC.gov,* October 22, 2014, available at https://www.sec.gov/oiea/investor-alerts-bulletins/ib_investigations.

9. "Volatility Index Methodology: CBOE Volatility Index," *CBOE,* 2023, available at https://cdn.cboe.com/api/global/us_indices/governance/Volatility_Index_Methodology_Cboe_Volatility_Index.pdf.

10. Brief of Former SEC Officials as *Amici Curiae* in Support of Respondents, *Goldman Sachs Group, Inc., et al., Petitioners, v. Arkansas Teacher Retirement System, et. al., Respondents,* No. 20-222, Supreme Court of the United States.

11. Huang, Kimi, "Double 11: The Biggest Online Shopping Festival in the World," *Chinahighlights.Com,* available at https://www.chinahighlights.com/travelguide/double-eleven.htm.

12. Vipond, Tim, "Equity Research Report: A Recommendation to Buy, Sell, or Hold Shares of a Public Company," *Corporate Finance Institute,* available at https://corporatefinanceinstitute.com/resources/valuation/equity-research-report/.

*Databases*

1. Bloomberg.

2. DeepL Translate.
3. OptionMetrics.
4. Refinitiv.
5. S&P Capital IQ.

**<u>Notes</u>**:

[1] For some news providers, Factiva includes reprinted articles for different regions to which that provider circulates. As such, certain articles may appear more than once in the list above.

[2] The news articles and analysts' reports followed by a dagger (†) are also listed in the certified translations section.

[3] In the list above, the date published on the analysts' report is listed. If no date is listed on the document itself, the date listed in the source database (either S&P Capital IQ or Refinitiv) is listed above instead.

[4] Please note that analysts' reports cited in the foregoing expert report which were obtained from S&P are subject to the following terms: *Data obtained from S&P Global Market Intelligence (and/or its affiliates, as applicable) (individually and collectively, "S&P"). This data is only for use in the instant litigation. S&P reserves all rights with respect to the S&P information. No further distribution or reproduction is permitted without S&P's prior written permission. A reference to or any observation concerning a particular investment, security or credit rating in the S&P information is not a recommendation to buy, sell, or hold such investment or security or make any other investment decisions. S&P, its affiliates, and its third party licensors: (1) do not guarantee the accuracy, completeness, timeliness or availability of any information and are not responsible for any errors or omissions or for the results obtained from the use of such content and (2) give no express or implied warranties of any kind. In no event shall S&P, its affiliates, or its third party licensors be liable for any damages, including, without limitation, direct and indirect damages in connection with any use of the S&P information.*

**Appendix D.1**
**Selected Quotes from Analysts' Reports Indicating**
**Lack of Surprise at the Purported Revelation of Alibaba Practicing Exclusivity and Awareness of the Associated Antitrust Risks**
*December 23, 2020 – January 14, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 1 | Bank of America | 12/24/2020 | Potential regulation impact on promotion seasons & marketing | "Although the recent draft of anti-trust regulation on the Internet sector covers a broad scope and does not have quantitative definitions or specific targets on market share and biz operations, leaving room for regulators' interpretation, it's not a big surprise to us that eCommerce (eC) emerged as a focus area... 3) There has been more media attention on the eC market's practices than other online biz. Predatory pricing, price discrimination, and especially, forced exclusive supply deals with merchants, are some of the frequently reported areas. E.g. JD launched a complaint against Alibaba on forced exclusivity in Nov 17." |
| 2 | Oppenheimer & Co., Inc. | 12/24/2020 | Core Value Holds Despite Near-Term Regulatory Headwinds | "We'd note that, even if the antitrust investigation outcome turns out to be unfavorable to BABA, the impact will likely be less meaningful than expected. Based on our understanding, most exclusive merchants on BABA maintain their exclusivity primarily due to BABA's strong eCommerce ecosystem, and BABA's exclusivity practice plays a less meaningful role." |
| 3 | Raymond James & Associates | 12/24/2020 | China to Launch Investigation into Alibaba for Monopolistic Practices | "As we noted in our November 10 published note…we felt the biggest risk from the Antitrust Guidelines was the practice of exclusive relationships. As such, we are not surprised by the announcement of the investigation." |
| 4 | Nomura Securities Co. Ltd. | 12/28/2020 | The regulator initiates anti-trust probe into BABA | "[Choose One of Two] is prevalent in China's internet space beyond the ecommerce vertical, as dominant platforms often use it to maintain exclusivity on certain product offerings. Most internet giants run big portfolios of diversified businesses, so many of them are both beneficiaries of the [Choose One of Two] tactic in areas where they lead, and victims in those where they lag behind." |
| 5 | Truist Securities | 12/29/2020 | Reiterate Buy/$308 PT (DCF-Derived) in Face of Regulatory Scrutiny: Lowering SOTP Value to $294 from $307/share on Ant's Re- Evaluation | "It's important to note that one of the key issues being raised by regulators is the practice of [Choose One of Two], a practice of forced exclusivity, which BABA has been accused of for several years already. We note that this practice of forcing online merchants to choose only one platform as their exclusive distribution channel is not specific to BABA and is being used by many other leading Internet companies across ecommerce, food delivery and other online services, and so regulators are likely to use BABA as a way to regulate the online industry as a whole." |
| 6 | Goldman Sachs | 1/4/2021 | Mapping the regulatory challenges; attractive valuation offsets sector-wide regulatory headwind; reiterate Buy (on CL) | "Based on the major lawsuits and allegations against internet platforms, we note that for e-commerce platforms like BABA, the claims have centered around exclusivity agreements where dominant platforms have allegedly leveraged their scale over merchants to select only one platform (e.g. Tmall) over others (e.g. JD, PDD and VIPS) in establishing its exclusive official store." |
| 7 | Needham & Company Inc. | 1/8/2021 | More Investments In F3Q21 & Regulation Updates | "In our opinion, although exclusive deals between brands and e-commerce platforms were common in the past, the numbers of brands who are willing to sign exclusive deals with a single platform have decreased meaningfully as a result of increased competition within the e-commerce industry. Additionally, through our conversation with industry participants, we found that sellers who engage with a platform for exclusive contracts often establish another entity/brand name to operate on different platforms, avoiding losing out on hundreds of millions of potential customers. In our opinion, this offers a perspective into the competitive landscape of China's ecommerce industry, and particularly, Alibaba's strong but not monopolistic market position." |

**Appendix D.1**
**Selected Quotes from Analysts' Reports Indicating**
**Lack of Surprise at the Purported Revelation of Alibaba Practicing Exclusivity and Awareness of the Associated Antitrust Risks**
*December 23, 2020 – January 14, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 8 | J.P. Morgan | 1/12/2021 | Concerns on anti-trust investigation overdone | "Many brands formed exclusive relationships with Tmall to ensure their business terms won't be at a disadvantage against competitors, which are usually forced to follow. The anti-trust investigation may change the business practice, leading some merchants to become more open to building an online presence with other ecommerce platforms such as JD/PDD." |

**Source**: Alibaba Analysts' Report Universe.

**Appendix D.2**
**Selected Quotes from Analysts' Reports on the**
**Expected Long-Term Impact of the SAMR Investigation on Alibaba's Revenue, Value Creation, and Merchant Retention**
*December 23, 2020 – January 14, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 1 | Guotai Junan Securities Co. Ltd. | 12/24/2020 | The State Administration for Market Regulation Opens Anti-Monopoly Law Investigation on Alibaba-SW | "Despite short-term headwinds for the Company's share price, we think that the Company's fundamentals are still solid, therefore, we maintain our investment rating as 'Buy'. Meanwhile, we believe that the Company will adjust its development strategy to align with anti-monopoly laws." |
| 2 | Oppenheimer & Co., Inc. | 12/24/2020 | Core Value Holds Despite Near-Term Regulatory Headwinds | "While we believe the investigation will pressure the shares in the near term, we remain positive on BABA's core value and see the current valuation... attractive for an industry leader growing at ~30%." <br><br> "We'd note that, even if the antitrust investigation outcome turns out to be unfavorable to BABA, the impact will likely be less meaningful than expected. Based on our understanding, most exclusive merchants on BABA maintain their exclusivity primarily due to BABA's strong eCommerce ecosystem, and BABA's exclusivity practice plays a less meaningful role." |
| 3 | Robert W. Baird & Co., Inc. | 12/27/2020 | Lowering Price Target on Regulatory Uncertainty; Fundamentals Remain Intact | "Importantly, we believe that Alibaba's long-term growth is still aligned with the Chinese government's broader goals for economic development, and the company's scale and infrastructure provide sustainable long-term competitive advantages regardless of regulatory disruptions." <br><br> "Alibaba has the scale, reach, infrastructure and technology/engineering sophistication to maintain, in our view, a wide competitive moat, with or without exclusive access to suppliers." |
| 4 | Truist Securities | 12/29/2020 | Reiterate Buy/$308 PT (DCF-Derived) in Face of Regulatory Scrutiny: Lowering SOTP Value to $294 from $307/share on Ant's Re-Evaluation | "While lack of clarity into these issues may keep the stock range-bound ST, we remain big fans of BABA and believe that 1) barring a breakup (unlikely), BABA has reached a size/scale, which makes it a-must for shoppers/merchants, even if 'forced exclusivity' is eliminated..." <br><br> "Despite the potential headwinds created by recent regulatory developments, our outlook on the fundamentals of the business remain strong... Our BABA estimates remain unchanged." |
| 5 | Goldman Sachs | 1/4/2021 | Mapping the regulatory challenges; attractive valuation offsets sector-wide regulatory headwind; reiterate Buy (on CL) | "We select the top 149 leading brands under 16 different verticals from Tmall single's day shopping festival and after screening these brands across Tmall, JD and PDD, our screen shows that 77% of the brands are available across all 3 platforms... only 11% of the brands are exclusively available on Tmall (of which 4 are in fact automakers), the rest being predominately apparel brands [...] Even if strictly implemented, we believe the long-term impact is not as detrimental as the market fears..." |
| 6 | UBS Equities | 1/7/2021 | F3Q21 earnings preview: No regulatory impact so far but fundamentals weaker than expected | "As e-commerce has evolved in the last few years, merchants already have more choice of platforms today, and platforms have to show their value vs. any ability to force exclusivity." |
| 7 | HSBC | 1/8/2021 | Buy: Fundamentals remain intact, risks look priced in | "While the implementation of the guidelines may cap the re-rating potential on weaker investor sentiment, we believe it is unlikely to have a material impact on Alibaba's fundamentals and earnings." |

**Appendix D.2**
**Selected Quotes from Analysts' Reports on the**
**Expected Long-Term Impact of the SAMR Investigation on Alibaba's Revenue, Value Creation, and Merchant Retention**
*December 23, 2020 – January 14, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 8 | Needham & Company Inc. | 1/8/2021 | More Investments In F3Q21 & Regulation Updates | "From our perspective, we believe Alibaba's core e-commerce business operates in a highly competitive and multi-polar industry, and users of different e-commerce platforms often look for different values. We believe Alibaba's access to over 880 million MAUs will remain a competitive edge even if exclusive deals were to be banned due to regulations." |
| 9 | Barclays | 1/11/2021 | Waiting for the Dust to Settle | "The biggest overhang on the stock is the ongoing investigation, but we think the Street's reaction is overdone. As defined in the anti-trust guideline, a fine could be 1%-10% of the company's last year sales. This means the worst case scenario is about CNY50bn one-off penalty." |
| 10 | Oppenheimer & Co., Inc. | 1/11/2021 | Investing in Lower-Tier Cities and E-Grocery, Long-term Thesis Intact; Maintain Outperform | "In our view, the antitrust investigation remains a sentiment overhang, but the potential impact is likely minimal." |
| 11 | J.P. Morgan | 1/12/2021 | Concerns on anti-trust investigation overdone | "[W]e believe 1) financial impact from the anti-trust investigation is limited and 2) the anti-trust investigation is an isolated case for Alibaba, similar to impact on Tencent from game approval suspension in 2018."<br><br>"The anti-trust investigation may change the business practice, leading some merchants to become more open to building an online presence with other ecommerce platforms such as JD/PDD. Our bear-case scenario implies 10-20% of these 2 categories' GMV will be lost, which is aggressive, as these brands/merchants will still maintain their presence on Tmall given the established ecosystem and consumers' perception of Tmall as the go-to place for mid/high-end branded products." |

**Source**: Alibaba Analysts' Report Universe.

**Appendix D.3**
**Selected Quotes from Analysts' Reports on the**
**Uncertainty, Regulatory Overhang, and Ongoing Risks Associated with the SAMR Investigation Announcement**
*December 23, 2020 – January 14, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 1 | Bank of America | 12/24/2020 | Potential regulation impact on promotion seasons & marketing | "Although the recent draft of anti-trust regulation on the Internet sector covers a broad scope and does not have quantitative definitions or specific targets on market share and biz operations, leaving room for regulators' interpretation, it's not a big surprise to us that eCommerce (eC) emerged as a focus area." <br><br> "We see a headline risk before the investigation closes, but China's consumption trend to continue delivering growth for the eC leaders and hence keep Buy, assuming possible fines and/ or changes in processes, contracts or mgmt. but not a breakup or an existence threat." |
| 2 | Guotai Junan Securities Co. Ltd. | 12/24/2020 | The State Administration for Market Regulation Opens Anti-Monopoly Law Investigation on Alibaba-SW | "[W]e don't think that Chinese regulators are aiming to resist the development of internet businesses in China. On the other hand, Chinese regulators are trying to deter inappropriate acts by Internet enterprises, pushing Internet enterprises to adjust their expansion strategies." <br><br> "Despite short-term headwinds for the Company's share price, we think that the Company's fundamentals are still solid, therefore, we maintain our investment rating as 'Buy'. Meanwhile, we believe that the Company will adjust its development strategy to align with anti-monopoly laws." |
| 3 | Oppenheimer & Co., Inc. | 12/24/2020 | Core Value Holds Despite Near-Term Regulatory Headwinds | "While we believe the investigation will pressure the shares in the near term, we remain positive on BABA's core value and see the current valuation (15x FY22 EBITDA or 20x PE) attractive for an industry leader growing at ~30% […] We'd note that, even if the antitrust investigation outcome turns out to be unfavorable to BABA, the impact will likely be less meaningful than expected." |
| 4 | William O'Neil + Co. | 12/24/2020 | Alibaba Group Hldg Ads (BABA) | "The short- and long-term fundamental picture is also clouded, making it increasingly difficult to forecast future cash flows. Although the BABA investment story has merits, given the company's dominance in what remains a nascent and potentially lucrative ecommerce industry and faster-than-expected growth and profitability in the AliCloud business, there is considerable uncertainty around regulation in China. This has seeped through into the technicals, hence the breakdown. We liquidate our positions and wait for an improvement in the fundamental and technical picture." |
| 5 | Kaiyuan Securities | 12/27/2020 | The importance of content has increased in the anti-monopoly trend of the platform economy, and attention is paid to New Year's Eve Gala | "Risk warning: The development of the pandemic and the impact on the length of online and offline entertainment remain uncertain; the final go-live time of scheduled games may still change; and the anti-monopoly impact of the platform economy remains uncertain." |

**Appendix D.3**
**Selected Quotes from Analysts' Reports on the**
**Uncertainty, Regulatory Overhang, and Ongoing Risks Associated with the SAMR Investigation Announcement**
*December 23, 2020 – January 14, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 6 | Robert W. Baird & Co., Inc. | 12/27/2020 | Lowering Price Target on Regulatory Uncertainty; Fundamentals Remain Intact | "We are lowering our price target to $285 using a higher discount rate on future projected cash flows given uncertainty around government oversight and potential for direct regulatory action in the coming year. On Thursday, the government announced an anti-trust investigation into Alibaba and its relationships with suppliers."<br><br>"Regulatory impact remains unclear, long-term growth drivers still solid. While it is very hard to predict the outcome of the Chinese government's ongoing investigation into Alibaba and other large consumer Internet platforms, we believe the bigger picture is Alibaba's e-commerce, cloud, and fulfillment platforms are still aligned with the government's interests in improving the standard of living for Chinese citizens." |
| 7 | Nomura Securities Co. Ltd. | 12/28/2020 | The regulator initiates anti-trust probe into BABA | "SAMR particularly pointed out in its 43-word announcement regarding BABA that the ongoing probe was initiated in response to complaints received, which in our view has scotched speculation that BABA was purposely targeted […] Along this line, we think SAMR could identify, upon the completion of its probe, some of BABA's business practices as [Choose One of Two], and demand amends. It is difficult to forecast at the moment what, if any, additional penalty the authority may impose on BABA." |
| 8 | Truist Securities | 12/29/2020 | Reiterate Buy/$308 PT (DCF-Derived) in Face of Regulatory Scrutiny: Lowering SOTP Value to $294 from $307/share on Ant's Re- Evaluation | "BABA managed through the pandemic with flying colors, but it's finishing CY20 on a low note with the Ant IPO getting pushed back indefinitely, and Alibaba itself coming under regulatory scrutiny. While lack of clarity into these issues may keep the stock range-bound ST, we remain big fans of BABA..." |
| 9 | Soochow Securities | 12/30/2020 | Retail & Education Industries Annual Strategy for 2021 –China's high-quality supply chain branding is greatly rising, with consumption valuation rising in a low-interest rate environment | "Large scale, high monetization rate, and year-over-year high performance, but recent antitrust matters need to be further observed..."<br><br>"Policy risks: Risks such as recent anti-monopoly investigations involving Alibaba.." |
| 10 | Goldman Sachs | 1/4/2021 | Mapping the regulatory challenges; attractive valuation offsets sector-wide regulatory headwind; reiterate Buy (on CL) | "Although tightening regulation could extend well into 2021, regulators in Zhejiang province completing the on-site investigation of potential monopolistic activities of BABA on 27 Dec, could mark a transitory subside in sentiment around regulatory headwind in our view. In the long run, we believe ROI across platforms will be the determinant for merchants' decisions, which should be in favor of BABA given its leading stance."<br><br>"In light of investor concerns around regulatory headwinds, we have made a reasonable attempt to triangulate the potential impact on BABA through a sensitivity analysis assuming a bear-case scenario, where: 1) advertising + commission: revenue growth decelerates to -1% in 2022E (vs. GSe 22%), core commerce multiple drops to 10X (from current 18X), which assumes some GMV dilution to other platforms and potential stagnation or loss in future take-rate hikes." |

**Appendix D.3**
**Selected Quotes from Analysts' Reports on the**
**Uncertainty, Regulatory Overhang, and Ongoing Risks Associated with the SAMR Investigation Announcement**
*December 23, 2020 – January 14, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 11 | UOB Kay Hian Pte Ltd | 1/5/2021 | Business On Track; Short-term Regulation Overhang | "Due to the short-term regulatory overhang and concerns on intense competition in the commerce space, we continue to expect an unfavourable valuation for BABA." |
| 12 | Citi | 1/7/2021 | Business Update, Assess Regulatory Risk and FY3Q21E Preview | "[W]e believe uncertainties of formalization of the proposal or announcement of new guidelines will continue to be viewed as a share price overhang for the entire sector and likely to weigh on 2021 profit growth for the impacted companies. As we are awaiting the announcement of the outcome of the investigation from the government, we do not have visibility into the timing of when such an announcement could be released. That said, we believe it is highly likely that BABA will be fined for certain penalty charges and the amount could range from millions to tens of millions of dollars." |
| 13 | Nomura Securities Co. Ltd. | 1/7/2021 | 3QFY21 preview: a largely in-line quarter | "BABA shares could trade under pressure in the near term due to the regulatory overhang, on which we have detailed discussion in our Dec 28 report." |
| 14 | UBS Equities | 1/7/2021 | F3Q21 earnings preview: No regulatory impact so far but fundamentals weaker than expected | "While anti monopoly regulations, Ant's postponed IPO, and geopolitical tension remain near term overhangs, we believe community group purchase and Southbound Stock Connect are still potential catalysts." "What's priced in? Investors see Alibaba as a leading internet platform in China. However, within e-commerce, there are concerns regarding competition, especially in lower tier cities. Uncertainty around e-commerce and fintech regulation lingering issues." |
| 15 | HSBC | 1/8/2021 | Buy: Fundamentals remain intact, risks look priced in | "We think regulatory headwinds and market concerns on share loss have already been largely priced-in by share price correction of c30% since 2020 peak." |
| 16 | Barclays | 1/11/2021 | Waiting for the Dust to Settle | "Although there is still no clear timeline for the investigations or visibility of potential final decisions, the major marketplaces have proactively cleaned up some issues highlighted by the regulators, such as the '2-select-1' exclusivity, and possibly price manipulation." "The biggest overhang on the stock is the ongoing investigation, but we think the Street's reaction is overdone. As defined in the anti-trust guideline, a fine could be 1%-10% of the company's last year sales." |
| 17 | Oppenheimer & Co., Inc. | 1/11/2021 | Investing in Lower-Tier Cities and E-Grocery, Long-term Thesis Intact; Maintain Outperform | "In our view, the antitrust investigation remains a sentiment overhang, but the potential impact is likely minimal." |
| 18 | J.P. Morgan | 1/12/2021 | Concerns on anti-trust investigation overdone | "While the stock may not outperform for 3-6 months until more clarity on the anti-trust investigation unfolds, we suggest investors accumulate the shares on weakness for long-term upside." |
| 19 | Credit Suisse | 1/13/2021 | 3Q FY21 preview: Business outlook would be the key focus | "While the uncertainty over the investigation outcome and impact on earnings… are likely to drag the share price, we see attractive valuation for longer-term investor at the current level." |

**Source**: Alibaba Analysts' Report Universe.

**Appendix D.4**
**Selected Quotes from Analysts' Reports on the Resolution of Uncertainty and Risk Following the April Investigation Conclusion**
*April 9, 2021 – May 3, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 1 | Jefferies | 4/10/2021 | A New Starting Point | "We believe market concerns over the anti-monopoly investigation on BABA are addressed by SAMR's recent decision and penalties." |
| 2 | Nomura Securities Co. Ltd. | 4/10/2021 | SAMR concludes anti-trust investigation | "On a positive note, the conclusion of this anti-trust investigation allows Baba to move on from this regulatory turmoil and to recast its focus on the business. It also helps lift the regulatory overhang for Baba shares, as it scotched speculation on a possible breakup of Baba." |
| 3 | J.P. Morgan | 4/11/2021 | Finally, the closure: Expect positive share price reaction to the conclusion of anti-trust investigation | "We believe Alibaba's share price will respond positively to the penalty decision issued by the State Administration for Market Regulation (SAMR) as a sizable fine along with a correction of wrongdoing of monopolistic behavior such as forced exclusivity is widely anticipated by the investment community, in our view. Therefore, the event will serve as a closure of investors' concern on Alibaba's core commerce regulatory risks." |
| 4 | Loop Capital Markets | 4/11/2021 | Anti-Monopoly Investigation Closes with $1/sh Fine and Message of Unity | "We think commentary from both Alibaba and the party's journalistic outlet suggests mutual alignment and should quiet concern about a lengthy period of ongoing friction. While competitive and spending overhangs will likely remain near-term, we think the dark cloud of regulatory uncertainty should begin to clear and investor sentiment can begin to repair. Reiterate Buy." |
| 5 | Morgan Stanley | 4/11/2021 | Regulators Impose Record Fine for Anti-monopoly Violations | "[W]e think the regulatory decision should lift a major overhang on Alibaba that has pressured its share price, which has fallen 16% (vs. CSI Overseas China Internet index at +2%) since SAMR first started to seek public opinions on antitrust guidelines in November 2020. In addition, the decision came without Alibaba having to make significant organizational restructuring and asset divestitures that might jeopardize the company's core competence." |
| 6 | Bank of America | 4/12/2021 | Stepping up reinvestment in eCommerce; factoring in antitrust fine in FY22E, cut PO | "Keep Buy on its large user base and LT opportunities of Cloud, Cainiao and overseas. The fine also reduces regulation uncertainty." |
| 7 | The Benchmark Company LLC | 4/12/2021 | Antitrust Investigation Results in a Fine of $2.8B | "We view the news as a clearing event on the regulatory overhang. While the Company's fundamental turnaround may take quarters to prove, we believe that BABA's shares may have factored in such expectations." |
| 8 | CGS-CIMB Research | 4/12/2021 | Alibaba Group: Removal of a major overhang | "We believe the fine will not materially affect Alibaba's fundamentals and will reduce market uncertainty about Alibaba's policy risk. We consider this to be a good opportunity to buy the stock. Reiterate Add." |
| 9 | China Merchants Securities (HK) Co., Ltd | 4/12/2021 | Overhanging sword has fallen, market concerns could fade | "Going forward, we believe this penalty indicates the anti-monopoly investigation on BABA has temporarily come to an end, which should gradually appease the market concerns and drive BABA's revaluation." |
| 10 | China Renaissance Securities | 4/12/2021 | Turn the Page: Antitrust investigation concludes while business development continues | "Turning the page. With SAMR's investigation concluded, we see limited remaining specific regulatory risks for BABA for now." |

## Appendix D.4
## Selected Quotes from Analysts' Reports on the Resolution of Uncertainty and Risk Following the April Investigation Conclusion
*April 9, 2021 – May 3, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 11 | Credit Suisse | 4/12/2021 | China Internet: BABA received record anti-trust fine; initial take from our discussion with legal contact | "Overall, we believe that the goal for the Central government is to promote a heathy market but not to limit growth. Our pecking order: Tencent (visibility on earnings with catalysts of game launch), BABA (near-term overhang removed, low earnings expectation leaves room to beat), PDD, Meituan, and JD." |
| 12 | Deutsche Bank | 4/12/2021 | Antitrust fine: one overhang resolved | "Antitrust fine of RM18.2bn equals to 4% of 2019 revenue […] one overhang resolved." |
| 13 | Goldman Sachs | 4/12/2021 | SAMR penalties bring closure, removing overhang: Reiterate Buy (on CL) | "The State Administration for Market Regulation's (SAMR) announced administrative penalties on Alibaba's platform exclusivity... on 10 April, bringing closure to the anti-trust regulatory scrutiny that commenced in Dec 2020."<br><br>"We reiterate our Buy rating (on CL) and positive stance on BABA, as we expect limited further headline-driven risks given the period of low visibility on regulatory overhang should now largely come to an end." |
| 14 | Guosheng Securities | 4/12/2021 | Face the problem head on, make adjustments and start again | "We believe that the policy certainty of regulatory authorities to promote the healthy development of the platform has been highlighted, and the growth brought by Alibaba through content scenarios and digital upgrades of the supply chain deserves attention." |
| 15 | Guotai Junan Securities Co. Ltd. | 4/12/2021 | Finalized Anti-Monopoly Investigation; Expecting to Increase Strategic Investment and Spending | "Along with the finalized investigation from Chinese regulators, we think part of the uncertainty has been removed." |
| 16 | Haitong International Research Limited | 4/12/2021 | Regulation Overhang Lifts; Positive despite Lower Growth Expectations | "We maintain an Outperform rating on 1) unchanged leadership in China's EC industry; 2) current fund positioning 3) current regulation overhang has been removed, 4) market expectation drops further with messages sent by management." |
| 17 | HSBC | 4/12/2021 | Buy: Overhang removed, refocus on fundamentals | "We believe the regulatory risks have been largely priced in, and the concerns over the anti-trust penalty should now be put to rest. There should be no fundamental impact on the business or GMV, as this antitrust case affects only a number of Tmall flagship stores that are directly operated by brands, but actually nowadays all merchants already have multi-platform strategies." |
| 18 | ICBC International Securities Limited | 4/12/2021 | Battle in the community group buying business | "We view the fine kind of a settlement and the headwind from regulatory side on the e-commerce business is likely to be mild going forward." |
| 19 | Macquarie Research | 4/12/2021 | Regulator's final ruling – paying dues and moving on | "Investors have also been focused on whether new oversight would further impair Alibaba's ability to compete effectively in the market going forward. We expect some discussion on this topic in the upcoming call. The qualitative nature of how they address the competitive outlook should contribute to whether the stock has a strong or mild positive reaction to the resolution of this 'anti-trust investigation' overhang risk."<br><br>"We maintain our Marquee Buy status on Alibaba. We believe the current share price has largely priced in recent regulatory overhang, and the final ruling could be perceived as reassurance to broader investors." |

**Appendix D.4**
**Selected Quotes from Analysts' Reports on the Resolution of Uncertainty and Risk Following the April Investigation Conclusion**
*April 9, 2021 – May 3, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 20 | Morgan Stanley | 4/12/2021 | Conference Call Takeaways on Administrative Penalty Decision | "We believe this removes a major overhang on BABA." |
| 21 | Morgan Stanley | 4/12/2021 | Research Tactical Idea | "[W]e think the regulatory decision should lift a major regulatory overhang on Alibaba that has pressured the share price (-16% vs. CSI Overseas China Internet index +2%) since SAMR started to seek public opinion on antitrust guidelines in Nov 2020. Alibaba management has suggested that the impact on its business from the penalty will be limited and said that it is not aware of any outstanding investigations beyond M&A." |
| 22 | SPDB International Securities Limited | 4/12/2021 | Alibaba (9988.HK): Interpretation of the 18.2 billion fine incident: Are all the shortcomings gone? | "We believe that the implementation of the penalty has further reduced the market's concerns about policy and regulatory uncertainty, and the focus may return to the company's fundamentals, which will promote a return to valuations." |
| 23 | Raymond James & Associates | 4/12/2021 | Alibaba Fined $2.8B by SAMR; Lower FY22/23 Est for Grocery & Local Investing; PT to $330 | "On April 10, 2021, Alibaba was fined $2.8B by the State Administration for Market Regulation of China (SAMR), as part of the anti-monopoly investigation. Positively, Alibaba does not expect further investigations on this matter, and we believe the removal of this overhang could be a positive for shares." |
| 24 | UBS Equities | 4/12/2021 | Anti monopoly fine lifts one of the key overhangs on the stock | "Fine was in line with our expectations and should be a positive catalyst. This fine brings a conclusion to SAMR's anti monopoly investigation into Alibaba, which lifts one of several overhangs on the stock." |
| 25 | CMB International Securities | 4/13/2021 | Investment for long-term growth | "Regarding AML risks, BABA stated little material effect on business, apart from administrative penalty. We view this result as better-than-feared, without asset disposal or significant adjustment. After major regulation overhang has gone, market would focus more on its new initiatives and competition landscape." |
| 26 | Credit Suisse | 4/13/2021 | China Internet: Ant to initiate five rectification measures; initial take from industry expert | "In our view, the government's goal is to promote a healthy market and control systematic risk. We believe that the regulator will continue to strike a balance between promoting innovation and global competitiveness, and systematic risk. An[d] removal of overhang both on Ant and anti-trust investigations are positive for BABA, in our view." |
| 27 | Credit Suisse | 4/13/2021 | China Internet Sector: Investors' thought and positioning beyond BABA's anti-trust fine | "Long BABA for removal of overhang from the regulatory front, relatively under-owned, undemanding valuation (vs peers), and the bottoming of earnings (in the near term) amid street's recent aggressive cut." |
| 28 | DBS Group Research | 4/13/2021 | Cloud of uncertainty is lifted | "As Alibaba's share price has dropped by c.16% since the anti-monopoly investigation and suspension of Ant Group IPO, the results of the investigation and the completion of formulation of Ant's rectification plan should help to relieve pressure on its share price. We believe Alibaba would now have lower regulatory risk as it has gained a better understanding of the government's requirements." |
| 29 | Guosen Securities Co., Ltd. | 4/13/2021 | The State Administration of Market Regulation penalizes Alibaba, eliminating uncertainty in the short-term, and maintaining negative impact in the medium and long-term | "The company's short-term uncertainty is eliminated after the fine is imposed." |

**Appendix D.4**
**Selected Quotes from Analysts' Reports on the Resolution of Uncertainty and Risk Following the April Investigation Conclusion**
*April 9, 2021 – May 3, 2021*

| # | Contributor | Date | Title | Excerpt |
|---|---|---|---|---|
| 30 | Industrial Securities | 4/13/2021 | Alibaba's Opportunities and Challenges after its Heavy Fine | "Investment advice: Maintain 'Buy' rating. After the penalties are implemented, the uncertainty will gradually be eliminated." |
| 31 | Morningstar, Inc. | 4/13/2021 | Wide-Moat Alibaba Is Unprecedentedly Cheap; Regulatory Overhang Largely Removed | "We think the overhang on Alibaba's stock price is largely removed with the finalization of the investigation by Chinese regulators over anticompetitive practices." |
| 32 | OCBC Investment Research Pte Ltd. | 4/13/2021 | Market Pulse: Morning Call, 13 Apr 2021 | "In our view, the conclusion of the [SAMR investigation] should act as a re-rating catalyst for Alibaba, as per what we have written on previously." |
| 33 | Tianfeng Securities Brokerage Co., Ltd | 4/13/2021 | The punishment is implemented, the leader sets sail again, and the focus returns to the fundamentals | "As anti-monopoly supervision becomes normalized (not just for Alibaba), we believe that pessimism about Alibaba will weaken, and focus will return to fundamentals." |
| 34 | UOB Kay Hian Pte Ltd | 4/13/2021 | SAMR Penalty Decision Finally Settled; Healthier Growth; Investment Continues | "The penalty decision by SAMR has ended the uncertainty for Alibaba. It is now required to submit reports on self-regulation to SAMR for three consecutive years. Meanwhile, Alibaba will continue to focus on strengthening value creation and experience improvement for customers." |
| 35 | ABCI Securities Company Limited | 4/14/2021 | Alibaba (9988 HK/BABA US): Poise to rebound | "With regulatory uncertainties gradually dissipating, investors are likely to refocus on Alibaba's fundamentals, in our view." |
| 36 | Bank of America | 4/14/2021 | Manageable impact of anti-trust penalties; prefer belly of BABA curve | "We see reduced near-term regulatory risk on BABA. (1) In our view, the overhang as a result of the investigation by the SAMR (commenced in Dec'20) has been largely removed." |
| 37 | Truist Securities | 4/19/2021 | Maintain Buy on BABA Ahead of F4Q21 Results; PT to $315 from $330: Adjusting our Ests to Account for Higher Level of Investment in Growth Initiatives | "Greater clarity around the anti-monopoly issue following the SAMR fine... The company held a call with analysts to discuss the recent development, as well as actions the company will be taking going forward, from which we came encouraged by the increased clarity we now have around the SAMR's view of BABA's competitive position." |
| 38 | Yuanta Research | 4/28/2021 | China E-commerce Industry: An unreversed uptrend | "On 10 Apr 2021, [SAMR] imposed a fine of RMB18.228 bn (~US$2.8 bn) on Alibaba for breaching China anti-monopoly regulations, with the amount of the fine set at 4% of Alibaba's China sales in FY2019. We do not believe the fine will result in a heavy financial burden on Alibaba, as it had net cash of RMB355 bn as at end-Dec, 2020. In fact, the [SAMR] decision alleviates uncertainty on Alibaba's future." |
| 39 | Yuanta Research | 4/28/2021 | Priced for the worst | "Much less regulatory risk following the recent end of China's anti-monopoly investigation of the company." "Following the recent conclusion of the Chinese government's anti-monopoly investigation of Alibaba, we believe the company's regulatory risk is now limited." |

**Source**: Alibaba Analysts' Report Universe.