Exhibit 7

9/27/23, 9:09 AM

Case 1:20-cv-09568-GBD-JW Document 108-7 Filed 01/19/24 Page 2 of 4

The State Administration for Market Regulation has launched an investigation into Alibaba Group's suspected monopolistic practices in accordance with the law  in accordance with the law

Announcement: As the State Administration of Market Supervision and Administration relocated its office, the office address has been changed to: No. 9, Madian East Road, Haidian District, Beijing; postal code changed to: 100088; contact number has been changed to 822

Wednesday, September 27, 2023

Official | Official | Shar | Acce

# State Administration for Market Regulation

### State Administration for Market Regulation

Search

| Homepage | Institution | News | Government affairs | Serve | Interactive | Topic |

Your location: Home Page >

## The State Administration for Market Regulation has Launched an Investigation into Alibaba Group's Suspected Monopolistic Practices in Accordance with the Law

Published on: 2020-12-24 08:30    Source of information: General

Recently, based on complaints, the State Administration for Market Regulation launched an investigation into Alibaba Group Holding Co., Ltd.'s suspected monopolistic practices including "Choose One From Two" in accordance with the law.

**Related Links**

Chinese Government Network

Department of State Council

Agency bureau

National Medical Products Administration

National Intellectual Property Office

Contact

Sitemap

Website

[QR code:] Official WeChat

[QR code:] Official Weibo

Copyright:  State Administration for Market Regulation

Website identification code bm30000012 Jing ICP Bei 18022388No.[ [logo:]Jing Gong Wang An Bei No. 11010202008101

Address：No. 9, Madian East Road, Haidian District, Beijing Postal Code: 100088

[logo:] Party government agency

[logo:] Government website

Find errors

[logo] Suitable Accessible

公告：因国家市场监督管理总局搬迁办公地点，自2023年9月25日起，办公地址变更为：北京市海淀区马甸东路9号；邮编变更为：100088；联系电话变更为822

2023年09月27日 星期三　　　　🔵官方微信　⚪官方微博　⚙分享　无障



### 国家市场监督管理总局
#### State Administration for Market Regulation

请输入要查询的内容

首页　　机构　　新闻　　政务　　服务　　互动　　专题

你的位置:首页 > 新闻 > 总局

# 市场监管总局依法对阿里巴巴集团
# 涉嫌垄断行为立案调查

发布时间：2020-12-24 08:30　　信息来源：市场监管总局

　　近日，市场监管总局根据举报，依法对阿里巴巴集团控股有限公司实施"二选一"等涉嫌垄断行为立案调查。

---

**相关链接**　　中国政府网　　国务院部门　　机关司局

国家药品监督管理局　　国家知识产权局

---

联系方式　　网站地图　　网站声明

版权所有：国家市场监督管理总局

网站标识码bm30000012　京ICP备18022388号　🔴京公网安备 11010202008101号

地址：北京市海淀区马甸东路9号　邮政编码：100088

　
官方微信　官方微博

　政府网站找错　适无障



I, Karen Lee, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled "The State Administration for Market Regulation has Launched an Investigation into Alibaba Group's Suspected Monopolistic Practices in Accordance with the Law, December 24, 2020" from Chinese to English.

_____
Karen Lee

Sworn to before me this
11th day of January 2024

_____
Signature, Notary Public

KEVIN T. MULRYAN
Notary Public, State of New York
Reg. No. 02MU6375986
Qualified in New York County
Commission Expires _6l4l2o2b_
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE