# Exhibit 8

China fines Alibaba record $2.75 bln for anti-monopoly violations | Reuters

Learn more about **LSEG**

REUTERS®

 My View        Following        Saved

Retail & Consumer

# China fines Alibaba record $2.75 bln for anti-monopoly violations

By **Reuters**, **Scott Murdoch** and **David Stanway**

April 9, 2021 6:24 PM PDT · Updated 3 years ago

market position.

Feedback

**Summary**     Companies

- Penalty equals some 4% of Alibaba's 2019 China revenue
- SAMR says Alibaba 'abusing market dominance' since 2015
- Alibaba accepts decision, says it will implement rulings
- Alibaba to hold conference call on Monday to discuss penalty

SHANGHAI, April 10 (Reuters) - China slapped a record 18 billion yuan ($2.75 billion) fine on Alibaba Group Holding Ltd on Saturday, after an anti-monopoly probe found the e-commerce giant had abused its dominant market position for several years.

The fine, about 4% of Alibaba's 2019 domestic revenues, comes amid a crackdown on technology conglomerates and indicates China's antitrust enforcement on internet platforms has entered a new era after years of laissez-faire approach.

Advertisement · Scroll to continue

The Alibaba business empire has come under intense scrutiny in China since billionaire founder Jack Ma's stinging public criticism of the country's regulatory system in October. read more

A month later, authorities scuttled a planned $37 billion IPO by Ant Group, Alibaba's internet finance arm, which was set to be the world's biggest ever. The State Administration for Market Regulation (SAMR) announced its antitrust probe into the company in December.

Advertisement · Scroll to continue

While the fine brings Alibaba a step closer to resolving its antitrust woes, Ant still needs to agree to a regulatory-driven revamp that is expected to sharply cut its valuations and rein in some of its freewheeling businesses.

"This penalty will be viewed as a closure to the anti-monopoly case for now by the market. It's indeed the highest profile anti-monopoly case in China," said Hong Hao, head of research BOCOM International in Hong Kong.

Advertisement · Scroll to continue

Feedback

"The market has been anticipating some sort of penalty for some time ... but people need to pay attention to the measures beyond the anti-monopoly investigation."

The SAMR said it had determined that Alibaba, which is listed in New York and Hong Kong, had been "abusing market dominance" since 2015 by preventing its merchants from using other online e-commerce platforms.

The practice, which the SAMR has previously spelt out as illegal, violates China's antimonopoly law by hindering the free circulation of goods and infringing on the business interests of merchants, the regulator added. read more

Advertisement · Scroll to continue

Besides imposing the fine, which ranks among the highest ever antitrust penalties globally, the regulator ordered Alibaba to make "thorough rectifications" to strengthen internal compliance and protect consumer rights.

Alibaba said in a statement that it accepts the penalty and "will ensure its compliance with determination". The company will hold a conference call on Monday to discuss the penalty.

"We will tackle it openly and work through it together," CEO Daniel Zhang said in a memo to staff seen by Reuters. "Let's improve ourselves and start again together as one."



[1/3] FILE PHOTO: The logo of Alibaba Group is seen at its office in Beijing, China January 5, 2021. REUTERS/Thomas Peter
*Acquire Licensing Rights* 

The fine is more than double the $975 million paid in China by Qualcomm (QCOM.O) , the world's biggest supplier of mobile phone chips, in 2015 for anticompetitive practices.

"There has been weakness in China's big tech stocks and I think this fine will be seen as a benchmark for any other penalties which could be applied to the other companies," said Louis Tse, managing director at Wealthy Securities in Hong Kong.

'CLEAR POLICY SIGNAL'

The hefty penalty on Alibaba also comes against the backdrop of regulators globally, including in the United States and Europe, carrying out tougher antitrust reviews of tech giants such as Alphabet Inc's Google (GOOGL.O) and Facebook Inc (FB.O) .

With the fine on one of its most successful private enterprises, Beijing is making good on threats to clamp down on the "platform economy" and rein in the behemoths that play a dominant role in the country's consumer sector. read more

"What comes after Alibaba's fine is the likelihood that there will be damage to China's other internet giants," said Francis Lun, CEO of GEO Securities, Hong Kong.

"Their growth has been enormous, and the government has turned a blind eye and allowed them to carry out uncompetitive practices. They can no longer do that."

China's big technology firms have been stepping up hiring of legal and compliance experts and setting aside funds for potential fines, amid the antitrust and data privacy crackdown by regulators, Reuters reported in February. read more

Chinese official media hailed the penalty imposed on Alibaba, saying it would set an example and bolster awareness about antimonopolistic practices and the need to adhere to related laws.

The fine has released a "clear policy signal", Shi Jianzhong, antitrust consultant committee member of the State Council and professor of China University of Political Science and Law, wrote in the state-backed Economic Times.

Wium Malan, an analyst at Propitious Research in Cape Town, who publishes on the Smartkarma platform, echoed the sentiment, describing the fine as a "clear statement of intent".

For Alibaba, Malan said, the fine was "affordable" but that the market was still "waiting to see what the ultimate impact would be from the Ant Group restructuring, which still leaves a lot of uncertainty".

($1 = 6.5522 yuan)

Reporting by Cheng Leng and David Stanway; Editing by Himani Sarkar

Our Standards: **The Thomson Reuters Trust Principles.**

**Acquire Licensing Rights**



**Scott Murdoch**
Thomson Reuters

Scott Murdoch has been a journalist for more than two decades working for Thomson Reuters and News Corp in Australia. He has specialised in financial journalism for most of his career and covers equity and debt capital markets across Asia and Australian M&A. He is based in Sydney.

  



**David Stanway**
Thomson Reuters

Reports on climate and environmental topics, including the state of the oceans and the long transition to clean energy. Spent 21 years in China as a correspondent covering energy, mining, the country's war on pollution and the growing impact of climate change on cities and ecosystems, as well as the outbreak and origins of COVID-19.

 

Feedback

## Read Next