# Exhibit 12

**J.P.Morgan**

Asia Pacific Equity Research
10 November 2020

# China Internet

## Implications from the guidelines on anti-trust activities regarding Internet platforms

- **What has happened:** On 10 November 2020, the State Administration for Market Regulation released a consultation paper on the guidelines on anti-trust activities regarding Internet platforms. Many regulations related to this topic have been rolled out since the Chinese government passed the Anti-Trust Law in 2008. For example, the E-commerce Law (effective on 1 January, 2019) also regulates anti-trust activities by e-commerce platforms. However, it's the first time that the authorities have released a series of detailed guidelines specifically designed for anti-trust activities in the Internet space. On 6 November, the State Administration for Market Regulation, together with the Central Cyberspace Affairs Commission and State Taxation Administration, also held a meeting with 27 major Internet platforms, on the administrative guidance for the online economy, targeted at regulating monopoly, unfair competition, counterfeit products, etc.

- **JPM's view:** We view the guidance as an interpretation of the existing Anti-Trust Law in the Internet space. While transaction-based platform leaders such as Alibaba and Meituan look susceptible to the introduction of these guidelines, other dominant internet operators such as Baidu, Ctrip and Tencent could also be forced to alter their operations with varying financial impact. Nonetheless, the real impact on Internet leaders' operational and financial outlook hinges on enforcement of the relevant rules, which has proven to be difficult so far. **We expect the introduction of such guidelines to trigger negative share price reactions in the near-term, particularly for Alibaba and Meituan,** as investors take profits in these platform leaders. While the real impact from this guidance is unclear to us at the moment, the introduction of a series of new regulations in the Internet space over the past few days indicates a further tightening of the online economy, which used to enjoy a relatively relaxed regulatory environment vs. offline. We expect the share prices of platform leaders to be under pressure in the near term. **We recommend investors accumulate Tencent on (1) hardly any financial impact even if it alters part of the Wexin operation, (2) solid gaming outlook, and (3) under-appreciated Fintech outlook. We also recommend buying JD on dips due to insignificant impact from these policies.**

- **Listed names that could be affected:** We divide the related listed companies into three groups based on the potential impact from the event: **1) Potentially negative: Alibaba/Meituan**, which have dominant positions in their respective market segments (e-commerce/local consumer services), and have been accused of forced exclusivity by merchants. **Huya/Douyu's** ongoing merger may be under more scrutiny too, leading to some uncertainties; **2) Potentially positive: Pinduoduo/JD/Vipshop**, whose cooperation with brands (especially in the apparel space) could be improved **3) Limited or insignificant impact: Tencent/TME/Baidu/Trip.com,** that do not enjoy as much direct economic benefits from their dominant positions in their core market segments.

- **Business activities that could be affected: :** Forced exclusivity, promotions

**Internet**

**Alex Yao** AC
(852) 2800-8535
alex.yao@jpmorgan.com
**Bloomberg** JPMA YAO <GO>
J.P. Morgan Securities (Asia Pacific) Limited/
J.P. Morgan Broking (Hong Kong) Limited

**Andre Chang, CFA**
(86-21) 6106 6362
andre.ch.chang@jpmorgan.com
SAC Registration Number: S1730520080002
J.P. Morgan Securities (China) Company
Limited

**Allen Li**
(86-21) 6106 6358
allen.f.li@jpmorgan.com
SAC Registration Number: S1730520030004
J.P. Morgan Securities (China) Company
Limited

**Binbin Ding**
(86-21) 6106 6363
binbin.ding@jpmorgan.com
SAC Registration Number: S1730520040003
J.P. Morgan Securities (China) Company
Limited

**Daniel Chen**
(852) 2800-8579
daniel.q.chen@jpmorgan.com
J.P. Morgan Securities (Asia Pacific) Limited/
J.P. Morgan Broking (Hong Kong) Limited

**See page 3 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

Asia Pacific Equity Research
10 November 2020

J.P.Morgan

with unfair pricing, M&A, bundled sales, price discrimination for different consumers, and blocking traffic are the existing practices by Internet platforms that may be regulated by the guidelines. However, the guidelines only govern these activities if they are based on a platform's monopolistic market position and are used to benefit the platform (i.e. aggressive price subsidies by a market leader will be subject to the guidelines, but subsidies by a small player will not. The latter will be regulated by other rules such as the E-commerce Law).

- **Implications for listed companies' financials:** Directionally, the implementation of the rules will limit market leaders' operational flexibility. The most obvious example is of forced exclusivity, which has been an effective strategy to limit the ability of smaller competitors to expand the merchant universe/product offerings with competitive prices. Many merchants would be interested in having a presence on multiple platforms if their traffic on the main platform is not affected. Nonetheless, the real financial impact depends on: 1) the financial exposure to business activities subject to anti-trust guidelines; 2) enforcement of the guidelines. After all, it's still a draft at this stage, so there may be changes to the contents. More importantly, the enforcement of similar regulations in the Internet space (especially for e-commerce) has proven to be difficult. The E-commerce Law was released in January 2019, but we have seen insignificant changes to e-commerce incumbents' operations and financials.

- **Implications for share prices: Expect potential direct negative impact** on Internet platform leaders, especially Alibaba and Meituan, as investors take profits in these outperformers. However, given the ambiguity of the enforcement and historical precedence of weak e-commerce law enforcement, the draft is unlikely to trigger a large scale or prolonged sell-off, in our view. The introduction of the anti-trust guidelines will likely become a share price overhang on relevant stocks in the next few months with a binary outlook for future development: 1) a gradual diminishing of the overhang if the operating environment remains largely unchanged over the next few quarters, 2) a further share price correction on strong enforcement with meaningful earnings impact. Again, it's all about enforcement.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

Asia Pacific Equity Research
10 November 2020

J.P.Morgan

**Companies Discussed in This Report** (all prices in this report as of market close on 10 November 2020, unless otherwise indicated)
Alibaba Group Holding Limited(BABA/$290.53[09 November 2020]/OW), JD.com, Inc.(JD/$84.86[09 November 2020]/OW), Meituan (3690)(3690.HK/HK$300.00/N), Tencent (0700)(0700.HK/HK$595.00/OW)

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of JD.com, Inc..

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Alibaba Group Holding Limited, JD.com, Inc..

- **Market Maker/ Liquidity Provider (Hong Kong):** J.P. Morgan Securities (Asia Pacific) Limited and/or J.P. Morgan Broking (Hong Kong) Limited and/or an affiliate is a market maker and/or liquidity provider in the securities of Alibaba Group Holding Limited, Meituan (3690), Tencent (0700), JD.com, Inc. and/or warrants or options thereon, which are listed or traded on The Stock Exchange of Hong Kong Limited.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for Alibaba Group Holding Limited, Tencent (0700) within the past 12 months.

- **Analyst Position:** The covering analyst, member of the coverage team, non-fundamental analyst who may produce trade recommendations, or a member of their respective household(s) has a financial interest in the debt or equity securities of Alibaba Group Holding Limited.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Alibaba Group Holding Limited, Meituan (3690), Tencent (0700), JD.com, Inc..

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Alibaba Group Holding Limited, Tencent (0700).

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Alibaba Group Holding Limited, Meituan (3690), Tencent (0700), JD.com, Inc..

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Alibaba Group Holding Limited.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Alibaba Group Holding Limited, Tencent (0700).

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Alibaba Group Holding Limited, Meituan (3690), Tencent (0700).

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Alibaba Group Holding Limited, Meituan (3690), Tencent (0700), JD.com, Inc..

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Alibaba Group Holding Limited, Meituan (3690), Tencent (0700), JD.com, Inc., if any.

- This document does not constitute or form part of any offer, solicitation or invitation to subscribe for or purchase any securities nor shall it or any part of it form the basis of or be relied upon in connection with any contract or commitment whatsoever. Any update regarding the valuation, view or forecast on Alibaba Group Holdings Ltd in this document does not take into consideration the information regarding Ant Group Co., Ltd.. Any valuation or forecast on Ant Group Co., Ltd. is not updated in this document.

3

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

**Asia Pacific Equity Research**
10 November 2020

J.P.Morgan

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**Alibaba Group Holding Limited (BABA, BABA US) Price Chart**



| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 02-Feb-18 | OW | 192.22 | 220 |
| 06-May-18 | OW | 188.89 | 230 |
| 24-Aug-18 | OW | 172.23 | 215 |
| 10-Oct-18 | OW | 146.94 | 210 |
| 04-Nov-18 | OW | 147.59 | 190 |
| 31-Jan-19 | OW | 166.82 | 200 |
| 16-Aug-19 | OW | 166.97 | 205 |
| 23-Oct-19 | OW | 169.89 | 230 |
| 03-Nov-19 | OW | 176.46 | 235 |
| 13-Jan-20 | OW | 223.83 | 240 |
| 12-Feb-20 | OW | 217.21 | 260 |
| 20-Feb-20 | OW | 222.14 | 280 |
| 24-May-20 | OW | 199.70 | 295 |
| 10-Jul-20 | OW | 261.58 | 300 |
| 15-Oct-20 | OW | 301.04 | 350 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Oct 29, 2014. All share prices are as of market close on the previous business day.

**Meituan (3690) (3690.HK, 3690 HK) Price Chart**



| Date | Rating | Price (HK$) | Price Target (HK$) |
|---|---|---|---|
| 13-Oct-18 | OW | 59.30 | 90 |
| 23-Nov-18 | OW | 61.05 | 80 |
| 10-Feb-19 | OW | 57.90 | 75 |
| 12-Mar-19 | N | 58.90 | 55 |
| 24-May-19 | OW | 58.15 | 75 |
| 25-Aug-19 | OW | 70.00 | 85 |
| 23-Oct-19 | OW | 90.55 | 110 |
| 22-Nov-19 | OW | 91.90 | 125 |
| 20-Feb-20 | OW | 100.40 | 120 |
| 26-May-20 | OW | 125.80 | 165 |
| 21-Jul-20 | N | 188.40 | 200 |
| 23-Aug-20 | N | 245.20 | 225 |
| 15-Oct-20 | N | 278.40 | 235 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Oct 12, 2018. All share prices are as of market close on the previous business day.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

Asia Pacific  Equity Research
10 November 2020

J.P.Morgan



**Tencent (0700) (0700.HK, 700 HK) Price Chart**

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Feb 07, 2010. All share prices are as of market close on the previous business day.

| Date | Rating | Price (HK$) | Price Target (HK$) |
|---|---|---|---|
| 16-Nov-17 | OW | 383.00 | 435 |
| 18-Jan-18 | OW | 449.00 | 500 |
| 22-Mar-18 | OW | 462.60 | 485 |
| 17-May-18 | OW | 396.20 | 500 |
| 31-Jul-18 | OW | 367.20 | 480 |
| 16-Aug-18 | OW | 336.00 | 460 |
| 10-Oct-18 | OW | 293.80 | 400 |
| 15-Nov-18 | OW | 272.20 | 345 |
| 08-Jan-19 | OW | 317.60 | 375 |
| 22-Mar-19 | OW | 363.00 | 415 |
| 03-May-19 | OW | 391.40 | 470 |
| 26-Jul-19 | OW | 372.40 | 460 |
| 15-Aug-19 | OW | 340.00 | 450 |
| 14-Nov-19 | OW | 327.40 | 415 |
| 12-Feb-20 | OW | 409.00 | 530 |
| 14-May-20 | OW | 429.60 | 550 |
| 09-Jun-20 | OW | 430.00 | 600 |
| 13-Aug-20 | OW | 520.50 | 620 |

**JD.com, Inc. (JD, JD US) Price Chart**

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Apr 26, 2015. All share prices are as of market close on the previous business day.

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 15-Nov-17 | OW | 38.90 | 50 |
| 05-Mar-18 | OW | 43.80 | 48 |
| 26-Apr-18 | OW | 35.88 | 45 |
| 09-May-18 | N | 36.94 | 38 |
| 17-Aug-18 | N | 31.97 | 32 |
| 10-Oct-18 | N | 23.78 | 28 |
| 20-Nov-18 | N | 21.11 | 24 |
| 10-Feb-19 | N | 23.99 | 23 |
| 01-Mar-19 | N | 27.71 | 30 |
| 30-Apr-19 | OW | 29.86 | 38 |
| 13-May-19 | OW | 28.17 | 40 |
| 14-Aug-19 | OW | 30.66 | 42 |
| 18-Nov-19 | OW | 33.55 | 43 |
| 20-Feb-20 | OW | 42.95 | 50 |
| 03-Mar-20 | OW | 43.30 | 52 |
| 18-May-20 | OW | 50.85 | 60 |
| 21-Jul-20 | OW | 63.40 | 77 |
| 18-Aug-20 | OW | 66.98 | 80 |
| 15-Oct-20 | OW | 81.10 | 100 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

**Asia Pacific Equity Research**
10 November 2020

J.P.Morgan

does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Yao, Alex**: Alibaba Group Holding Limited (BABA), Baidu.com (BIDU), Bilibili (BILI), China Literature Limited (0772) (0772.HK), Focus Media - A (002027.SS), Huifu Payment (1806) (1806.HK), Jianpu Technology (JT), Kingsoft Cloud (KC), Meituan (3690) (3690.HK), NetEase (NTES), OneConnect Financial Technology (OCFT), Tencent (0700) (0700.HK), Tencent Music Entertainment (TME), Tongdao Liepin Group (6100.HK), Trip.com Group Ltd (TCOM)

**J.P. Morgan Equity Research Ratings Distribution, as of October 10, 2020**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 39% | 14% |
| IB clients* | 52% | 49% | 37% |
| JPMS Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 75% | 70% | 55% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months. Please note that the percentages might not add to 100% because of rounding.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of J.P. Morgan Securities LLC, may not be registered as research analysts under FINRA rules, may not be associated persons of J.P. Morgan Securities LLC, and may not be subject to FINRA Rule 2241 or 2242 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR, China; Taiwan, China; and Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

6

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

Asia Pacific  Equity Research
10 November 2020

J.P.Morgan

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch, which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG ("JPM AG"), which is a member of the Frankfurt Stock Exchange, is authorised by the European Central Bank ("ECB") and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with a registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange (KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan

7

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

Asia Pacific Equity Research
10 November 2020

J.P.Morgan

Securities Singapore Private Limited (JPMSS) [MCI (P) 018/04/2020 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 052/09/2020], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK and European Economic Area (EEA)**: J.P. Morgan Securities plc ("JPMS plc") is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. Unless specified to the contrary, material is distributed in the UK and the EEA by JPMS plc. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "relevant persons". This material must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this material relates is only available to relevant persons and will be engaged in only with relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the

8

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group

Alex Yao
(852) 2800-8535
alex.yao@jpmorgan.com

**Asia Pacific Equity Research**
10 November 2020

J.P.Morgan

basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material.

"Other Disclosures" last revised October 10, 2020.

**Copyright 2020 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:39:01 AM Alibaba Group