# Exhibit 13

**Morgan Stanley** | RESEARCH

UPDATE

*November 11, 2020 01:59 AM GMT*

## China Internet and Other Services | Asia Pacific

# Government Seeks Opinions on New Antitrust Regulations

Potential implementation of new antitrust regulations is negative for most major Internet companies, particularly in e-commerce and food delivery – although competition has already intensified with reduced market dominance across segments in recent years, which could be a mitigant.

**Overview of draft guidelines:** On November 10, the State Administration for Market Regulation (SAMR) released a draft to seek public opinions on antitrust guidelines against the monopolistic practices in the Internet industry. Previously, in January 2020, SMAR unveiled Draft Amendments to Anti-Monopoly Law (first enforced in 2008), expanding on criteria used to judge a company's control of a market and mentioned Internet companies for the first time. The new draft is proposed in accordance with the provisions of the Anti-Monopoly Law in January with more detailed regulations on Internet platforms. Specifically, the draft guidelines attempt to define monopolistic practices, including price discrimination among consumers based on user data, bundle sales, predatory pricing, and restricting businesses to sell or offer services on rival platforms ("2-choose-1"). The guidelines also seek to quantify market dominance and for the first time expand the scope of scrutiny scope to cover companies with VIE structure.

**Negative for most major Internet companies, although already intensified competition could be a mitigant:** We believe potential implementation of the new antitrust regulations has negative implications for major Internet companies with dominant positions across segments, considering rising risks of intensifying competition from existing "challengers," lower barriers to entry, and higher hurdles for industry consolidation from future M&A. That said, competition has already intensified in recent years, with "incumbents" (e.g., Alibaba, Tencent) losing market share to "disruptors" (e.g. Pinduoduo, Bytedance), so the consequences will likely be less meaningful given reduced dominance across segments compared to a few years ago.

**E-commerce and food delivery in focus:** Among the segments, we believe e-commerce (Alibaba, Pinduoduo, JD) and food delivery (Meituan, Alibaba) could be in focus, given the specific mentions of practices around "2-choose-1" policy and aggressive subsides, among others. Stricter scrutiny of "2-choose-1" policy to merchants could have a negative impact on Alibaba and Meituan, although merchants and restaurants have increasingly been using multiple platforms given intensifying competition in both e-commerce and food delivery in recent years. Moreover, aggressive subsides – such as "Rmb10bn subsidy" promotions previously used by major e-commerce platforms, particularly for Pinduoduo – could be viewed as anti-competitive practices by setting price below cost.

MORGAN STANLEY ASIA LIMITED+

**Gary Yu**
EQUITY ANALYST
Gary.Yu@morganstanley.com    +852 2848-6918

**Eddy Wang, CFA**
EQUITY ANALYST
Eddy.Wang@morganstanley.com    +852 2239-7339

**Alex Poon**
EQUITY ANALYST
Alex.Poon@morganstanley.com    +852 3963-3838

**Alex Ko**
EQUITY ANALYST
Alex.Ko@morganstanley.com    +852 2239-1225

**Steven Tsai**
RESEARCH ASSOCIATE
Steven.Tsai@morganstanley.com    +852 2848-7217

**Sara Wang**
EQUITY ANALYST
Sara.Wang@morganstanley.com    +852 2239-1230

**Devilla Zhang**
RESEARCH ASSOCIATE
Devilla.H.Zhang@morganstanley.com    +852 2848-7365



Asia Research
Click Here for Collection >

**China Internet and Other Services**

Asia Pacific
**IndustryView**                    **Attractive**

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to FINRA restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Morgan Stanley** | RESEARCH



# Key Charts: China – Internet: Market Share

**Exhibit 1:** China's Internet market share by segment



Source: Company data, GPC, IDC, iResearch, StatCounter, Trustdata, Morgan Stanley Research estimates

**Exhibit 2:** China – Internet: total time spent share



Source: QuestMobile, Morgan Stanley Research

**Exhibit 3:** Paying user base of online entertainment platforms as of 2019



Source: Company data, Morgan Stanley Research. Note: Excluding overlapping users, for illustration only

2

**Morgan Stanley** | **RESEARCH**

**UPDATE**

**Exhibit 4:** E-commerce: market share



Source: Company data, iResearch, Morgan Stanley Research (E) estimates

**Exhibit 5:** Food delivery: market share



Source: Company data, Morgan Stanley Research (E) estimates. Note: Ele.me announced to acquire Baidu Delivery in 2H17

**Exhibit 6:** Online games: market share



Source: Company data, GPC, IDC, Morgan Stanley Research (E) estimates

**Exhibit 7:** Online music: revenue market share



Source: iResearch, Morgan Stanley Research estimates

**Exhibit 8:** OTAs: market share by domestic room nights sold



Source: Trustdata, Morgan Stanley Research

**Exhibit 9:** Live streaming: revenue market share



Source: Morgan Stanley Research estimates

3

Morgan Stanley | RESEARCH

# Company Implications

### Alibaba

In e-commerce, complaints over merchant exclusivity have been raised from time to time about and from platforms, large or small. Although regulatory authorities announced initiatives to crack down such practices in August 2019, we have not seen any visible impact on major e-commerce platforms so far.

However, the draft this time involves more clarity on scope and definitions regarding such exclusivity, which could imply implementation down the road and thus more competition.

That said, we think that this will not have as much impact as if it had been implemented years earlier. This is because of the already fierce competitive environment in e-commerce nowadays. Alibaba's GMV should have 59% market share in 2020e, down from 76% in 2014. based on our estimates. In addition, we have seen increasing overlap among brands, merchants, and products over time among platforms despite news reports on 2-choose-1.

In addition, the draft mentions that the use of subsidies, discounts, and traffic support provided by platforms, despite favouring consumers, may potentially deter fair competition among market participants (i.e., by setting prices below costs). This could affect Alibaba's promotional activities, although to what extent such subsidies will be regarded as a violation of antitrust rules remains uncertain.

Some investors are also concerned that the mentions regarding personalized targeting based on user behavioral data could affect the ramp-up of recommendation feeds. That said, we think Alibaba's recommendations are based on individual preference for different product segments instead of discriminatory pricing. The draft also adds that providing new users with special coupons is not a violation of price discrimination.

For cloud computing, we see limited risk regarding potential below-cost pricing claim on AliCloud because the public cloud market in China is less concentrated than many other segments with AliCloud accounting for less than 50% IaaS market share (42.8% as of 1H20). Besides, although AliCloud generally charges less than peers like Tencent Cloud for elastic computing, it is justified by its leading scale. On the other hand, Tencent Cloud has lower pricing on CDN than AliCloud.

### Pinduoduo

Should the rules eventually limit the use of subsidies provided by platforms, we think that the potential limitation will affect Pinduoduo in particular, because "Rmb10bn subsidy" is one of its central strategies to drive user engagement.

As for the use of data, similar to Alibaba, we are not aware of Pinduoduo's personalized recommendations being used for price discrimination. Rather, they are for better fitting individual preference.



## JD

We believe JD is less affected by the rules of the draft antitrust regulation. For example, even though JD also employs "Super Rmb10bn subsidy" as a promotional activity, we don't think such promotion for JD plays as crucial a role as it does for Pinduoduo.

However, with JD's use of a 1P business model for its key categories such as 3C, smartphones, home appliances, and FMCG, its large procurement scale in such categories actually gives JD very strong bargaining power over its suppliers. The new rules prevent procurement pricing to be decline to levels that are obviously lower than the cost decline of suppliers. This could limit JD's bargaining power over its suppliers in the future.

## Meituan

In food delivery, merchant exclusivity used to be one of the key battlefields between Meituan and Ele.me. Meituan solidified market share via capturing a higher portion of exclusive restaurants in the past. We note the potential implementation of new antitrust regulations could also weigh on Meituan's take rate charged to merchants. For perspective, back in April 2020, the Restaurant and Service Industry Association in Guangdong urged Meituan to cancel its restrictive terms in exclusive partnerships and to provide more subsidies to merchants during the pandemic. Meituan then agreed to open up its delivery platform, widen the commission rebate range for quality merchants in Guangdong with broader coverage, and extended the measure for at least two more months.

On the other hand, Meituan has been shifting gears to focus on promoting a food delivery membership program to cultivate user behavior and raise order frequency. Ele.me also mentioned that fewer restaurants are opting for exclusivity and tend to list on both platforms following the pandemic.

We think the latest developments bode well for the segment, and could mitigate certain concerns about the new antitrust regulations.

## Tencent

In the online gaming and social network segments, Tencent commands leading market share, leveraging its WeChat traffic and ecosystem. Tencent is also leading in online music (Tencent Music), online video (Tencent Video), and online reading (China Literature). However, Tencent's focus on online entertainment involves a wide range of content innovation and can be less relevant to antitrust scrutiny. Thus, the impact on Tencent could be relatively manageable except for the potential misuse of user data across platforms, or blocking competitors access to the WeChat ecosystem.

We think intensifying competition in share of time spent could also alleviate certain concerns over Tencent capturing a majority of user mind share in China. For perspective, following the rise of ByteDance, Tencent's share of time spent has declined from 48% as of March 2018 to 41% as of September 2020.



Last but not least, we recognize that the potential implementation of new antitrust regulations could create higher hurdles for Tencent with regard to future M&A, which has been an effective method for Tencent to build up its ecosystem.

## Tencent Music / Tencent Video & iQIYI / China Literature

The online music, online video. and online reading segments each have players with high market share. However, we expect manageable impact on the leaders from the new rules for the time being.

For perspective, Tencent Music has been adhering to the antitrust investigation on master licensing with the agreements ending in 2020-21.

Tencent Video and iQIYI collectively command dominant market share, but remain loss-making, so the platforms have been working on initiatives such as early access to cover sizable content costs incurred.

We note iQIYI's recently announced price hike could trigger certain PR or regulatory concerns, and we will closely monitor if competitors like Tencent Video would follow suit with price hikes.

China Literature hasn't changed its pricing for online reading for a long time and has been sharing 50% of revenue with authors. Previously there were some concerns from authors about contract terms regarding IP adaptation and free reading revenue, but new management has responded by providing new contract terms that protect authors' benefits.

Morgan Stanley | RESEARCH

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared or are disseminated by Morgan Stanley Asia Limited (which accepts the responsibility for its contents) and/or Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research), and/or Morgan Stanley Taiwan Limited and/or Morgan Stanley & Co International plc, Seoul Branch, and/or Morgan Stanley Australia Limited (A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents), and/or Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents), and/or Morgan Stanley India Company Private Limited, regulated by the Securities and Exchange Board of India ("SEBI") and holder of licenses as a Research Analyst (SEBI Registration No. INH000001105); Stock Broker (BSE Registration No. INB011054237 and NSE Registration No. INB/INF231054231), Merchant Banker (SEBI Registration No. INM000011203), and depository participant with National Securities Depository Limited (SEBI Registration No. IN-DP-NSDL-372-2014) which accepts the responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research, and/or PT. Morgan Stanley Sekuritas Indonesia and their affiliates (collectively, "Morgan Stanley").

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Alex Ko; Alex Poon; Eddy Wang, CFA; Sara Wang; Gary Yu.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of October 30, 2020, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: 51job, Inc., Alibaba Group Holding, HUYA Inc, IQIYI Inc, JD.com, Inc., JOYY Inc., Meituan Dianping, Pinduoduo, Trip.com Group Ltd, Vipshop Holdings Ltd.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Alibaba Group Holding, KE Holdings Inc, Tencent Holdings Ltd., Tongcheng-Elong Holdings Ltd, Tongdao Liepin Group.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Alibaba Group Holding, DouYu International Holdings Limited, KE Holdings Inc, Tencent Holdings Ltd..

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from 51job, Inc., Alibaba Group Holding, Autohome Inc, Baidu Inc, Bilibili Inc, DouYu International Holdings Limited, JOYY Inc., KE Holdings Inc, Meituan Dianping, Momo Inc., Tencent Holdings Ltd., Tongcheng-Elong Holdings Ltd, Tongdao Liepin Group, Weibo Corp.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from 51job, Inc., Alibaba Group Holding, Baidu Inc, Bilibili Inc, DouYu International Holdings Limited, JOYY Inc., Meituan Dianping, NetEase, Inc, Tencent Holdings Ltd., Tongcheng-Elong Holdings Ltd, Trip.com Group Ltd, Weibo Corp, Yunji Inc.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: 51job, Inc., Alibaba Group Holding, Autohome Inc, Baidu Inc, Bilibili Inc, DouYu International Holdings Limited, JOYY Inc., KE Holdings Inc, Meituan Dianping, Momo Inc., Tencent Holdings Ltd., Tongcheng-Elong Holdings Ltd, Tongdao Liepin Group, Weibo Corp.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: 51job, Inc., Alibaba Group Holding, Baidu Inc, Bilibili Inc, DouYu International Holdings Limited, JD.com, Inc., JOYY Inc., Meituan Dianping, NetEase, Inc, Tencent Holdings Ltd., Tongcheng-Elong Holdings Ltd, Tongdao Liepin Group, Trip.com Group Ltd, Vipshop Holdings Ltd, Weibo Corp, Yunji Inc.

Morgan Stanley & Co. LLC makes a market in the securities of 51job, Inc., Alibaba Group Holding, Autohome Inc, Baidu Inc, Bilibili Inc, Bitauto Holdings Ltd, DouYu International Holdings Limited, JD.com, Inc., JOYY Inc., Momo Inc., NetEase, Inc, Sohu.Com Inc, Trip.com Group Ltd, Vipshop Holdings Ltd, Weibo Corp, Yunji Inc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

# Morgan Stanley | RESEARCH

**UPDATE**

(as of October 31, 2020)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1358 | 40% | 361 | 45% | 27% | 597 | 40% |
| Equal-weight/Hold | 1462 | 43% | 357 | 44% | 24% | 681 | 45% |
| Not-Rated/Hold | 4 | 0% | 1 | 0% | 25% | 3 | 0% |
| Underweight/Sell | 539 | 16% | 85 | 11% | 16% | 220 | 15% |
| TOTAL | 3,363 | | 804 | | | 1501 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Alibaba Group Holding, Baidu Inc, Bilibili Inc, JD.com, Inc., JOYY Inc., Momo Inc., Tencent Holdings Ltd..

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing

8

# Morgan Stanley | RESEARCH



and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Certain information in Morgan Stanley Research was sourced by employees of the Shanghai Representative Office of Morgan Stanley Asia Limited for the use of Morgan Stanley Asia Limited.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary

**Morgan Stanley** | **RESEARCH**

UPDATE

Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

Morgan Stanley Hong Kong Securities Limited is the liquidity provider/market maker for securities of Alibaba Group Holding, JD.com, Inc., Meituan Dianping, NetEase, Inc, Tencent Holdings Ltd. listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

**INDUSTRY COVERAGE: China Internet and Other Services**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (11/10/2020) |
|---|---|---|
| **Alex Ko** | | |
| Sohu.Com Inc (SOHU.O) | E (08/01/2020) | US$19.00 |
| Weibo Corp (WB.O) | E (01/08/2019) | US$46.42 |
| **Alex Poon** | | |
| Bilibili Inc (BILI.O) | O (05/27/2020) | US$43.70 |
| DouYu International Holdings Limited (DOYU.O) | ++ | US$13.61 |
| HUYA Inc (HUYA.N) | ++ | US$19.91 |
| JOYY Inc. (YY.O) | O (05/20/2020) | US$96.51 |
| Momo Inc. (MOMO.O) | E (09/04/2020) | US$14.88 |
| NetEase, Inc (NTES.O) | O (12/06/2018) | US$87.55 |
| Tongcheng-Elong Holdings Ltd (0780.HK) | O (01/04/2019) | HK$14.30 |
| Trip.com Group Ltd (TCOM.O) | E (09/10/2019) | US$36.13 |
| **Eddy Wang, CFA** | | |
| 51job, Inc. (JOBS.O) | E (12/11/2019) | US$71.99 |
| Autohome Inc (ATHM.N) | O (12/13/2017) | US$102.10 |
| Bitauto Holdings Ltd (BITA.N) | O (12/13/2017) | US$15.94 |
| JD.com, Inc. (JD.O) | O (04/15/2020) | US$80.08 |
| Pinduoduo (PDD.O) | O (01/15/2019) | US$103.09 |
| Tongdao Liepin Group (6100.HK) | E (12/11/2019) | HK$19.48 |
| Vipshop Holdings Ltd (VIPS.N) | U (09/28/2020) | US$20.69 |
| Yunji Inc (YJ.O) | E (02/05/2020) | US$1.87 |
| **Gary Yu** | | |
| Alibaba Group Holding (BABA.N) | O (11/21/2019) | US$266.54 |
| Baidu Inc (BIDU.O) | E (09/07/2020) | US$143.25 |
| IQIYI Inc (IQ.O) | E (04/23/2020) | US$26.36 |
| KE Holdings Inc (BEKE.N) | E (09/07/2020) | US$67.70 |
| Meituan Dianping (3690.HK) | O (03/31/2020) | HK$300.00 |
| Tencent Holdings Ltd. (0700.HK) | O (03/19/2020) | HK$595.00 |

Stock Ratings are subject to change. Please see latest research for each company.

* Historical prices are not split adjusted.

© 2020 Morgan Stanley

10