# Exhibit 16

# *US Stock Futures Rise on Vaccine News -- Market Talk*

Dow Jones Institutional News

November 16, 2020 Monday 12:48 PM GMT

Copyright 2020 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2020, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 737 words

## Body

1148 GMT - US stock futures rise to start the week after a second company releases positive study results regarding a Covid-19 vaccine. Moderna's experimental coronavirus vaccine was 94.5% effective at protecting people from symptomatic Covid-19, an early look at pivotal study results showed. Moderna shares climb 15% in premarket trading. Shares of travel companies rise on hopes the economy can be fully reopened once the treatments are widely available, while companies that have benefited from the restrictions are trading lower early. S&P futures rise 36.25 points, after the index closed at a fresh high last week. (*patrick.sullivan@wsj.com*)

1055 GMT - PNC Financial Services would benefit from a planned $11.6 billion takeover of BBVA 's U.S. banking business, Jefferies says. PNC has been looking to use its excess capital and buying BBVA USA Bancshares would allow it to expand in several U.S. states, the brokerage says. The all-cash deal would use more capital than a traditional stock-for-stock transaction, Jefferies says. "That said, PNC sits on a mountain of excess capital relative to its business model following the sale of its BlackRock stake earlier this year and BBVA USA also has a very strong capital base," Jefferies analyst Ken Usdin says. (*philip.waller@wsj.com*)

1038 GMT - BBVA 'ssale of its U.S. arm comes at a better-than-expected price for the Spanish bank and has a sound strategic rationale, UBS says. "BBVA lacked scale in the US to enhance returns in a sustained manner and hence make the local unit become a more transformational part of the Group," the Swiss bank says. Moreover, "the trade-off between capital generated and earnings loss [appears] quite compelling." (*pietro.lombardi@dowjones.com*; @pietrolombard10)

0958 GMT - BBVA 's sale of its U.S. arm is positive for all parties involved, the Spanish bank's Executive Chairman Carlos Torres Vila says. "The deal enhances our already strong financial position. We will have ample flexibility to profitably deploy capital in our markets strengthening our long-term growth profile and supporting economies in the recovery phase, and to increase distributions to shareholders," he says. In a presentation, BBVA said that a sizeable buyback is an attractive option, given current share prices. Shares in the bank rise 16% to EUR3.68, but are still down roughly 26% so far this year. (*pietro.lombardi@dowjones.com*; @pietrolombard10)

0947 GMT - BBVA has agreed to sell its U.S. subsidiary to PNC Financial Services Group for $11.6 billion, a valuation significantly above consensus expectations, Renta 4 Banco analyst Nuria Alvarez says. Given that the

US Stock Futures Rise on Vaccine News -- Market Talk

EUR3.8 billion ($4.5 billion) consensus was for the Spanish bank's entire U.S. business, while the sale to PNC doesn't include some businesses, like corporate and investment banking services, the valuation is much higher than expected, she says. (*pietro.lombardi@dowjones.com*; @pietrolombard10)

0930 GMT - BBVA 's sale of the majority of its U.S. business BBVA Bancshares to PNC Financial Services for EUR9.7bn ($11.6B) could lead to capital returns or merger and acquisition activity by the Spanish bank, says Jefferies. Investors have long awaited the sale of the U.S. business and with the price looking reasonable in the current environment, it's likely to be welcomed, the brokerage says. "Questions however will immediately turn to deployment of that capital--buybacks are on the table but so too is deploying capital in existing markets--M&A speculation (Sabadell, further Garanti stake etc) is likely to be top of Q&A agenda," says analyst Benjie Creelan-Sandford. Shares rise 13%. (*philip.waller@wsj.com*)

0826 GMT - Pinduoduo and JD.com may benefit from China's recent draft antimonopoly rules for online platforms, which will likely significantly curb the market dominance of the two e-commerce companies' largest rival, Alibaba, Citi says. Beijing's newly proposed regulations will prevent companies from signing exclusive agreements with business partners to avoid competition, a move that Alibaba has adopted to keep popular merchants and brands on its own platforms, Citi notes. If authorities move to ban such arrangements, some major brands may open up official flagship online stores with JD and Pinduoduo, which would help these two companies attract users and transactions, Citi projects. (*yifan.wang@wsj.com*)

(END) Dow Jones Newswires

November 16, 2020 07:48 ET (12:48 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** November 24, 2022

**End of Document**