# Exhibit 25

# Alibaba Group Holding Limited (BABA)

## Lowering Price Target on Regulatory Uncertainty; Fundamentals Remain Intact



**Baird's take:** We are lowering our price target to $285 using a higher discount rate on future projected cash flows given uncertainty around government oversight and potential for direct regulatory action in the coming year. On Thursday, the government announced an anti-trust investigation into Alibaba and its relationships with suppliers. Importantly, we believe that Alibaba's long-term growth is still aligned with the Chinese government's broader goals for economic development, and the company's scale and infrastructure provide sustainable long-term competitive advantages regardless of regulatory disruptions.

- **Regulatory impact remains unclear, long-term growth drivers still solid**. While it is very hard to predict the outcome of the Chinese government's ongoing investigation into Alibaba and other large consumer Internet platforms, we believe the bigger picture is Alibaba's e-commerce, cloud, and fulfillment platforms are still aligned with the government's interests in improving the standard of living for Chinese citizens. As in other regions, some oversight over powerful platforms of this scale is probably warranted, and companies need to act fairly to foster competitive environments. But Alibaba has the scale, reach, infrastructure and technology/engineering sophistication to maintain, in our view, a wide competitive moat, with or without exclusive access to suppliers.

- **Increased competition could have a modest impact on growth rates**. We anticipate the government's investigation will not likely result in significant changes to the company's core business, but new regulatory frameworks may open the door for competitors, including smaller regional players, to gain market share. Alibaba continues to capture an outsized share of incremental Chinese e-commerce spending growth, and we note future share gains may come under further scrutiny given the government's focus on anti-trust.

- **Adjusting valuation for regulatory uncertainty**. While we remain confident in the long-term growth opportunity presented by the ongoing "digitization" of the Chinese economy, including further gains in e-commerce, cloud, and digital media, we acknowledge the market is likely to apply a higher discount rate to future expected revenues and cash flows given the risk of more direct regulatory action. Our new $285 price target reflects a higher discount rate in our DCF analysis, as well as a 20x FY22E EV/EBITDA multiple, roughly in line with marketplace comparables. We note this still implies ~27% upside from current levels, with further gains possible as visibility improves around specific regulatory actions.

This document does not constitute or form part of any offer, solicitation or invitation to subscribe for or purchase any securities nor shall it or any part of it form the basis of or be relied upon in connection with any contract or commitment whatsoever. Any update regarding the valuation, view or forecast on Alibaba in this document does not take into consideration the information regarding ANT Group. Any valuation or forecast on ANT Group is not updated in this document.

## LOWERING PRICE TARGET

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Higher Risk |
| Price Target/Previous: | ▼$285/$325 |
| Price (12/24/20): | $222.00 |
| Market Cap (mil): | $580,308 |
| Shares Out (mil): | 2,614.0 |
| Average Daily Vol (mil): | 20.00 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Mar | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 12.55 A | 14.82 A | 19.06 E |
| Q2 | 13.10 A | 17.97 A | 17.02 E |
| Q3 | 18.19 A | 20.90 E | 25.92 E |
| Q4 | 9.20 A | 12.37 E | 14.51 E |
| **Fiscal EPS** | **49.65 A** | **64.81 E** | **76.50 E** |
| Fiscal P/E | | | |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

**Please refer to Appendix - Important Disclosures and Analyst Certification**

**Alibaba is the largest online commerce platform in the world, as defined by reported GMV, while generating profits exceeding Amazon and eBay combined.**

**Colin Sebastian**
Sr. Research Analyst
csebastian@rwbaird.com
415.364.3350

**Dalton Kern**
Research Associate
dgkern@rwbaird.com
414.298.1960

**Andrew Fallon**
Research Analyst
afallon@rwbaird.com
414.298.7682

# Investment Thesis

**Our $285 price target is supported by a combination of our multi-year DCF as well as a 20x FY22E EV/EBITDA multiple**, in line with marketplace comparables 10-30x) given the lack of visibility around specific regulatory concerns. We note Alibaba's revenue growth rate, marketplace model with strong margin profile, and increasingly diversified business portfolio remain key drivers of longer-term expansion.

**Global leader in online marketplaces.** Alibaba is the largest online commerce business on a global basis, generating roughly $1 trillion in GMV this year - or double our estimate for Amazon's global volume. Alibaba has formidable e-commerce market share in China. Moreover, the company continues to experience rapid revenue and GMV growth, a trend we expect to continue as Alibaba invests aggressively in its domestic and international marketplaces, builds out its mobile platforms, and ramps emerging business segments including cloud computing, logistics/transportation, omni-channel retail, and digital media. From a secular growth standpoint, we expect significant ongoing potential growth tailwinds from the growth of Internet and mobile penetration across China, which stand to-date at roughly half the population (vs. 80%+ in most developed markets), despite near-term macro headwinds.

**Diversified platform.** While Alibaba is a growing e-commerce company in the world's most populous country, the company's influence across the digital landscape continues to expand. In particular, we note internal (organic) innovations as well as strategic investments continue to broaden the revenue mix and investment profile. Besides its dominant online marketplace platform, Alibaba has leading cloud services, logistics, local commerce/delivery, and digital media/entertainment, among other areas.

**Strong organic growth.** The interactions between buyers and merchants on Alibaba's marketplaces create a beneficial network effect, as more merchants attract more customers, and more customers attract more merchants, driving strong organic growth. In fact, Tmall's largest upstream source of traffic is the Taobao marketplace, driving approximately 7% of total unique visits. We believe this creates an environment where vendors and customers actively participate across platforms, cementing Alibaba's value proposition to both buyers and sellers. Secondarily, and like all successful online platform companies, Alibaba's sites are not dependent on external search engine traffic for growth.

**Proprietary logistics network.** Similar to Alibaba's model of coordinating transactions, rather than selling directly to consumers, Alibaba's logistics network exists to coordinate deliveries, rather than make deliveries themselves. One of the most significant challenges of logistics in China is the fragmentation of population, as there are 127 cities with populations of over one million. In our view, Cainao represents is a meaningful competitive advantage over many other e-commerce players, with the ability to process over 30 million packages per day, overseeing the shipment of over five billion packages (54% of total) in 600 cities last year with an approximate three-day average delivery time.

**AliCloud already among top global players.** Cloud computing remains a small portion of Alibaba's revenues, but already serves over 3 million paying customers and is the largest public cloud platform in China. In our view, many investors currently undervalue Aliyun's long-term market opportunity, and we believe Alibaba is well positioned to be the cloud computing leader in China due to government policy, regional focus, domain expertise from operating the core Alibaba marketplace sites, and an inherent advantage among SMEs due to Taobao and Tmall.

# Risks & Caveats

**Macro/political risks**. While we believe that the bulk of the company's growth will be derived from secular trends in e-commerce, online advertising and digital media, Alibaba is likely not immune from slower China GDP and current trade uncertainty.

**Diverse and dynamic competitive landscape.** E-commerce is a fast-growing and lucrative, but extremely competitive, industry. Over the next five years, given the rapid shift to online retail, we expect the overall market will remain very competitive as small and large Internet companies invest aggressively in product selection and customer acquisition. While Tencent and JD.com likely remain Alibaba's most formidable competitors, we note a number of vertical as well as horizontal players in the market.

**Concern over fake or "gray-market goods" may affect growth prospects.** Many premium brands are hesitant to open storefronts on Tmall due to a "discount retailer atmosphere," which is a direct result of unauthorized vendors that sell discounted or fake products on Alibaba's platform. If Alibaba fails to combat gray-market vendors, it could hinder the company's growth prospects by deterring branded retailers from operating shops or allowing their goods to be sold on Tmall. To the company's credit, Alibaba appears to be combating counterfeit and unauthorized retailers on Tmall, removing over 160 million fraudulent listings in the past year. Alibaba has a task force of at least 2,000 employees dedicated to consumer and IP protection on Taobao, a marketplace where any user can set up a storefront.

**International expansion risks.** Although Alibaba has the scale and capital to compete on an international level, this expansion comes with inherent operating risks. We would note that any expansion in the U.S. market (one of Alibaba's stated goals), may prove to be extremely difficult given the market share and appeal of Amazon with a significant loyal customer base. As a result, we believe that Alibaba may face the same difficulties penetrating the U.S. market that Amazon China currently faces in attempting to take share from Alibaba in China.

**Regulatory and litigation risks.** China's economy differs from many developed countries with respect to government involvement and allocation of resources, as China's government regularly plays a significant role in regulating industry development. Additionally, Alibaba is frequently involved in litigation related to third-party intellectual property infringement claims, due to the "gray-market goods" that appear on its websites. While Alibaba has been actively addressing these issues with automatic removals and suspension of listings, as a publicly listed company with a high profile, it may face additional exposure to lawsuits both inside and outside of China.

# Company Description

Alibaba is the largest online commerce platform in the world, as defined by reported GMV, while generating profits exceeding Amazon and eBay combined. As a platform, Alibaba drives large sales volumes at a low cost through an asset-light marketplace model similar to eBay, and at its core, resembles a software company more than a traditional retailer.

# Appendix - Important Disclosures and Analyst Certification

Approved on 27 December 2020 22:41EST/ Published on 27 December 2020 22:46EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of Alibaba Group Holding Limited in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from Alibaba Group Holding Limited in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of BABA.

**Appendix – Important Disclosures and Analyst Certification**
Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.
**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.
**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings.
**A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.
**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.
**Distribution of Investment Ratings.** As of November 30, 2020, Baird U.S. Equity Research covered 729 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 13% of Outperform/Buy-rated and 4% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.
**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; and (4) compliance with all of Baird's internal policies

and procedures. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Research analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The senior research analyst(s) certifies that the views expressed in this research report and/or financial model accurately reflect such senior analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to,

**Baird**                                                                                                                                                      5

and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2020 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                        Click here to unsubscribe