# Exhibit 27

[logo:] Glossary of Terms    [logo:] Website map    [logo:] RSS subscription    [logo:]Accessible browsing[logo:] English Version

**[logo:]THE PEOPLE'S BANK OF CHINA**

**THE PEOPLE'S BANK OF CHINA**

| Disclosure of Information | Press releases | Laws and regulations | Currency policy | Macro prudence | Credit policy | Financial markets | Financial stability | Survey statistics | Bank accounting | Payment system |
|---|---|---|---|---|---|---|---|---|---|---|
| | Financial technology | RMB | Manager treasury | International interactions | Personnel recruitment | Academic exchange | Credit management | Anti-money laundering | Party construction | Union work |
| Service interaction | Government affairs | Policy analyzing | Official news | Graphic and text live | Central bank research | Audio video | Market dynamics | Online showroom | Report download | Newspaper yearbook |
| | Web delivery notice | Office hall | Online filing | Download center | Online survey | Solicitation of comments | Financial knowledge | About Us | | |

Wednesday, December 13, 2023 | My Location: Home > Communication > News

## The financial management department will interview Ant Group in the near future

Font Size Large Medium Small                    Article source: Communication                    2020-12-24  08:29:54

Print this page Close window

The People's Bank of China, the China Banking and Insurance Regulatory Commission, the China Securities Regulatory Commission, and the State Administration of Foreign Exchange will interview Ant Group in the near future to urge and guide Ant Group to implement financial supervision, engage in fair competition, and protect the legal rights and interests of consumers, and standardize financial business operation and development,  in accordance with the principles of marketization and rule of law.

Print this page Close window

Legal Notice | Contact Us | Set as Homepage | Add to Favorites | Site Map

Jing ICP Bei No. 05073439 website identification code: bm25000001 Jing Gong Wang An Bei No. 11010202000016

Website organizer: General Office of the People's Bank of China  Best resolution: 1024*768

[logo:] Government website

Discover errors



| 信息公开 | 新闻发布 | 法律法规 | 货币政策 | 宏观审慎 | 信贷政策 | 金融市场 | 金融稳定 | 调查统计 | 银行会计 | 支付体系 |
| | 金融科技 | 人民币 | 经理国库 | 国际交往 | 人员招录 | 学术交流 | 征信管理 | 反洗钱 | 党建工作 | 工会工作 |
| 服务互动 | 政务公开 | 政策解读 | 公告信息 | 图文直播 | 央行研究 | 音频视频 | 市场动态 | 网上展厅 | 报告下载 | 报刊年鉴 |
| | 网送文告 | 办事大厅 | 在线申报 | 下载中心 | 网上调查 | 意见征集 | 金融知识 | 关于我们 | | |

2023年12月13日 星期三 ｜ 我的位置:首页 ＞ 沟通交流 ＞ 新闻

---

## 金融管理部门将于近日约谈蚂蚁集团

字号 大 中 小                   文章来源：沟通交流                   2020-12-24 08:29:54

打印本页        关闭窗口

　　中国人民银行、中国银保监会、中国证监会、国家外汇管理局将于近日约谈蚂蚁集团，督促指导蚂蚁集团按照市场化、法治化原则，落实金融监管、公平竞争和保护消费者合法权益等要求，规范金融业务经营与发展。

打印本页        关闭窗口



法律声明 ｜ 联系我们 ｜ 设为首页 ｜ 加入收藏 ｜ 网站地图

京ICP备05073439号 网站标识码：bm25000001 京公网安备 11010202000016号

网站主办单位：中国人民银行办公厅 最佳分辨率：1024*768





I, Karen Lee, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled "The financial management department will interview Ant Group in the near future, December 24, 2020" from Chinese to English.

_____
Karen Lee

Sworn to before me this
9th day of January 2024

_____
Signature, Notary Public

KEVIN T. MULRYAN
Notary Public, State of New York
Reg. No. 02MU6375986
Qualified in New York County
Commission Expires 6|4|2026

_____
Stamp, Notary Public