# Exhibit 29



**Alibaba Pledges Cooperation as Regulators Start Antitrust Investigation**

By Yifan Wang
206 words
23 December 2020
22:56
Dow Jones Newswires Chinese (English)
RTNW
English
Copyright © 2020, Dow Jones & Company, Inc.

Alibaba Group Holding Ltd. has said it will cooperate with Chinese regulators after they opened an antitrust investigation into the e-commerce giant.

"Alibaba will actively cooperate with the regulators on the investigation," the Chinese company said Thursday.

The response came after China's antimonopoly regulator, the State Administration for Market Regulation, said that day that it opened the investigation based on reports that Alibaba pressures merchants who sell goods on its platforms to commit to not selling on its competitors' platforms.

Alibaba's e-commerce platforms, Taobao and Tmall, compete with domestic rivals JD.com Inc. and Pinduoduo Inc.

Alibaba said its business operations remain normal.

Chinese regulators separately said they will summon Alibaba's financial arm, Ant Group, for discussions on competition and consumer rights.

The two moves mark the strongest enforcement action yet by Beijing against the country's biggest technology group, and sent Alibaba's stock tumbling in Asia morning trade.

Shares slumped as much as 8.9% and were last down 8.7% at 226.80 Hong Kong dollars (US$29.25).

Write to Yifan Wang at yifan.wang@wsj.com

(END) Dow Jones Newswires

24-12-20 0356GMT

Document RTNW000020201224egco0002c

Page 50 of 141 © 2023 Factiva, Inc. All rights reserved.