# Exhibit 30

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

BABA.N - Alibaba Group Holding Ltd Investor Day (Day 3) - CFO Session

EVENT DATE/TIME: SEPTEMBER 30, 2020 / 1:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



SEPTEMBER 30, 2020 / 1:00AM, BABA.N - Alibaba Group Holding Ltd Investor Day (Day 3) - CFO Session

## CORPORATE PARTICIPANTS

**Wei Wu** *Alibaba Group Holding Limited - CFO, Head of Strategic Investments & Director*

## PRESENTATION

**Wei Wu** *- Alibaba Group Holding Limited - CFO, Head of Strategic Investments & Director*

Hello, everyone. Thank you for joining me on our financial and investment discussion. I will segment it in 4 parts. As usual, I will start off with our financial review for the last 12 months ended June, and then I'll talk about our value proposition to consumers and merchants. I would also like to share with you on how we continuously innovate and invest to grow our business and then how to value our businesses.

In the past 12 months, our consumer base has seen robust growth. We added 140 million consumers globally and reached 1 billion milestone for our AAC, annual active consumers. So in China market, we have over 800 million of AAC, and there's another 200 million in the overseas markets.

For the financial highlights in the past 12 months, our total revenue has witnessed strong growth of 34% year-on-year and reached RMB 550 billion. Our core commerce business contributed RMB 470 billion with 33% year-on-year growth. And if you look at many new businesses that we have been investing into, they all show strong growth: New Retail, cloud computing and Cainiao. If you look at New Retail, the growth rate is over 100% and revenue already reached RMB 100 billion in 12 months. And Alibaba cloud computing, showing 60% year-on-year growth, and then Cainiao showing over 50% year-on-year growth.

We also see healthy profit growth for the group as the total adjusted EBITDA grew 29% year-over-year to almost RMB 150 billion. Our free cash flow grew 35% year-over-year to over RMB 140 billion, so that is USD 20 billion. If you think about it, it's a very strong operating cash flow that could support our reinvestment back to our business for longer-term growth.

If you compare against our global technology peers, Alibaba's robust growth in both revenue and profit exceeded all of our global peer companies. In the case of Facebook, please note that they have a special item in the prior period. If taken that out, their net profit grew 7% year-on-year.

Next, I would like to dedicate a session to talk about our value proposition to consumers and merchants. This is our core value, and this is how we make it easy to do business anywhere and how we could achieve sustainable growth.

Alibaba is an important driver of China consumption. Our digital economy GMV reached RMB 7.3 trillion, which is over USD 1 trillion. And if you look at the net adds, it's over RMB 900 billion in 12 months' time. So back in 2015, we accounted for about 10% of this total China consumption. And then as China consumption continues to grow, we have now expanded to accounting for 18% of the total pie.

Let's take a look at the demographic of China -- Chinese consumers. So China has 1.4 billion population, and we estimate that there is about 1.2 billion total addressable consumer base. This number is taking out people above 80 years old and under 10. So our AAC in China retail marketplace is 742 million.

If you separate it into the high -- what we call the developed areas and less developed areas, our penetration for developed areas is about 90%, very high; and 45%, less than 50%, in the less developed areas, which means there is still a big potential for us to further penetrate. So the average ARPU for our annual active consumers on the platform is RMB 9,000, which is around USD 1,300.

Let's take a further look at the quality of these consumers. If we separate it into 2 big groups, one is the ARPU spending is over RMB 7,000 per annum. For this group, we have 190 million AACs. So you may ask, why RMB 7,000? There is a reason. There is a recent survey that have been quoted by many people, company, including experts, and it says that there are about 230 million consumers who has an annual income of above RMB 36,000.

2

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



So if you take a look at this number and times the 20% online penetration, it gives you around RMB 7,000. So then this is the high spending group. For this part of the consumers on our platform, their retention rate is as high as 98%. Of course, blended ARPU, the spending level is much higher than that RMB 7,000, and it tells you that once people come to our platform, they will stay.

Right-hand side, you will see 550 million of consumers whose spending level is less than RMB 7,000. If we further divide them into 2 groups, so for the group that spend less than RMB 2,000 per annum, this is most likely the year 1, year 2 consumers, their retention on our platform is about 67%. And for the group that -- whose annual spending is between RMB 2,000 to RMB 7,000, their retention rate is 96%, also very high.

Okay. Longer consumers stay with us, more spending they will make and higher stickiness and engagement they have shown. So for year 1, consumers whose average spending level is RMB 2,500, if you look at the year 5, their spending will go up to RMB 10,000. This is not only a case for the past year, but also for the past years. And they made 30 orders in year 1, but 93 orders in year 5. And they've purchased like 7 categories, and then in year 5, this number of categories go up to 19.

There is a uniqueness about Alibaba digital economy. There are many businesses within this ecosystem, so that longer the people stay, more they -- more activities they have conducted. And you've seen synergy actually could increase our consumer engagement.

So the left-hand chart shows that for consumers who use one of our services, one of our platforms, they averagely spend 10 days in a month on our platform. And for the consumers who use 5 of our services or more than 5, Youku, Alimama and AutoNavi, et cetera, they spend 27 days a month on our platform. So very sticky. And then when you look at our 88 VIP members, this is our loyalty program for the high end of consumer, these people spend 9x more than the overall users, and they visited 3x more categories than overall users.

Now let's take a look at our value creation for merchants. Merchants are customers who pays us directly. And for those of you who attended our 2016 Investor Day, you might still remember that this merchant P&L I illustrated when I talk about our value creation for merchants.

So typically, every $100 revenue these merchants generated, they spent around $55 in the cost of sales including cost of inventory, logistics. And they spent another $20 in the distribution costs and then $10 in the sales and marketing expenses, and then they also have spendings in R&D, customer service and financial services. So by the end of the day, they have around $4 left as their net profit, which means approximately 4% of margin.

If you look at the list of the icon in the middle of this slide, all of these are products and services our Alibaba Group provided to these merchants to help them operate at a higher efficiency, at a higher productivity. To give you an example, like Cainiao logistics, it provides digital logistics infrastructures to help these merchants to provide better consumer experience, deliver faster.

Taobao and Tmall, they are not only providing distribution value to our merchants to help them reach GMV, but they're also providing services to help them acquire new consumers, retain these consumers, help their brand building and help their new products launching. So there, a whole set of the value at the sales and marketing and customer service that we provided to the merchants.

We also provide IT infrastructures to these merchants. For example, Ali Cloud, where we offer differentiated solutions to these customers across all of these industries, and our DingTalk also enhance the office communication and collaborations. So you can tell that GMV is not our TAM. Merchants cost and expenditures, these are our TAM. We aim to enable these merchants to operate at a higher efficiency. And when they realize and recognize this value we provided to them, they will pay us and our revenue will grow.

As of now, we have around 3.9 million of paying merchants in our China retail marketplaces and over 3 million paying enterprises on Ali Cloud. Our digital economy platforms has provided services -- multi services to more than 60% of the companies listed in Asia market in China.

Now through Alibaba Business Operating Systems, which we'll call ABOS, we provide our merchants with so many various services and products to enable them to operate better. It's not only the distribution costs, but also sales, marketing, but also help them to do this branding and product launching, product development, channel management, et cetera.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



And we, at the same time, through [Mai] provide financial service and provide technology-related Ali Cloud service and also logistics services by Cainiao, all of these help the merchants and then they could contain sales growth. And then accordingly, they will pay us and our revenue will also grow.

Back in 2014 IPO road show, so one of the most asked question is about our take rate, right? So you asked us about how much our take rate can further grow. At that time, by the way, we had 2.5% of our take rate, and you asked whether we could go up to 4%, 5%. Okay. So as of June 2017, our take rate went up to 3.3%, and as of June quarter this year, the -- our take rate is 4.5%. So take rate went up is not because we charge higher fee rate. It's because we provide broader value to our merchants.

So if you look at the 4.5% take rate, actually, there are 2 parts. The 4% coming from the CMR and the commission, this is our traditional revenue sources, and 0.5% coming from Cainiao logistics services and also local services. Okay. So this increased rate represent the incremental value, and going forward, we're going to continue to broaden the value provision to our merchants.

So companies in the market talk about GMV growth. We believe that revenue and profit growth tells you more about the value creation, about how much value the company provided to its customers.

Next, I want to talk about how our revenue composition has evolved. Our overall business has become more diversified, which provides multi engine driver for revenue growth. So in 2015, CMR and commission as a percentage of total revenue was 77%, very significant. And when you look at the last 12 months, the CMR plus commission contributed less than 50% of our total revenue to 47%.

Besides 47% revenue contribution from CMR and commission, we have evolved to add other businesses, such as New Retail and direct sales now accounting for 18% of total revenue; Cainiao, 5%; local consumer services, 5%; and cloud has grown to 8% of total revenue. Even within customer management revenue, we have evolved and launched new formats, which if you look at the number, it contributes around 20% of CMR revenue now, but in 5 years ago, it was 0.

So here, we listed some of these new formats, such as super recommendation. This is chao ji tui jian, which is a recommendation feed. And (foreign language), this is a product promotion which helps brands to attract new consumers. Well, it is monetized based on the GMV transacted.

We also have Taobao Live, Taobao (foreign language), you're familiar with this, and this is the largest e-commerce live streaming platform in China. And several others like Juhuasuan subsidy program and also Tmall farm. Historically, we have presented our financials by separating marketing and distribution aspects of our revenue stream between CMR and commission. But increasingly, we see merchants treating the fees they pay us as something related to holistic packages and services that we provided to them, not only increase the sell-through, but also help them to acquire and retain users -- consumers, which results in more sales in the future. So therefore, you can see the changes.

And we also noticed there are blur lines to draw between the CMR and commission. For example, like (foreign language), right, it's GMV-based such as commission revenue type. However, its function is to acquire new consumers for the brands. Therefore, we have made a decision that instead of thinking about marketing and distribution separately, we will not make an artificial distinction between the CMR and the commission.

Going forward, on a reporting basis, we will [fold] the commission revenue stream into customer management revenue because commissions generated today are the results of our platform's effective customer management services provided yesterday.

We believe the reason why we can have multi-engine growth is because we continuously innovate and invest for the future. While other companies work for next quarters, today, we work for the next 3 to 5 years and setting 10 years goal, 15 years goal. We have the ability to innovate continuously and incubate the growth organically. This is because as a large-scale platform company and with the clear mission, vision and value, we're able to recruit best talent who's attracted to solve the world-class challenges through solving this technology and business problems for our customers.

You should be very familiar with this slide that we show every quarter in our earnings announcement. In the last 12 months, we have seen losses narrowing in our developing businesses. And if you look at adjusted EBITDA growth, which is 29% year-over-year, that represents both the growth from our core business and also the narrowing of our losses in the developing businesses.

4

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



I want to highlight some of the progress of these businesses that we nurtured over the years. Hema has 65% of GMV generated online in June, and its same-store sales growth reached 32% for June quarter. Cainiao, its package level from Guoguo and Cainiao Post grew 110% in the past 12 months. Our overseas business, Lazada, has 80 million AACs and over 100% order growth. We have also had 290 million annual active consumers of our local services and 2.5 million merchants on Ele.me and Koubei.

So for Ali Cloud, over 3 million paying enterprises are using our services, driving robust Ali Cloud revenue growth of 60% for the 12 months ended June. And our Youku witnessed narrowing losses in the last 12 months and also the member growth.

To put these new businesses into historical context, you can see that over the past 20 years, we have always innovated and developed new businesses organically as the primary driver of revenue growth. So more than 20 years ago, we set up our B2B business, which is the wholesale business. We started from Alibaba.com and then 1688. And later on, we have established this Taobao Marketplace, which becomes the largest shopping mall in the whole world. So every day, there are more than 300 million people coming to Taobao app.

And then Alipay was born after this Taobao because of the demands for the trust and payment services. Now it's already grown into the biggest tech fin company as Ant.

And then you've seen Cloud, right, and this is the #1 cloud service provider in Asia. And we have our B2C commerce export marketplace, AliExpress. And we have the #1 new retail business, Hema. Well, on the other hand, our core marketplaces business also keeps innovating and evolving to maintain leadership in the e-commerce area.

Our products and services are often followed and copied by other companies, but there is one thing hard to be copied or cannot be copied. This is the innovation in our DNA. In the past few years, we have invested over RMB 100 billion each year in technology, research and development. As I laid out in this slide, we have launched so many new businesses and services along these years: Taobao, Tmall, Alimama, Cainiao, Hema, Lingshoutong, Fliggy and so many of them. We made each one of them from the first one to #1. This is all because we have always set the first priority as helping merchants and our customers to solve their problems and to operate at higher efficiency through our technology and solutions.

This slide shows that we see the development of our business in 3 phases: seed, traction and profitability. We have multiple businesses that are in each of these development stages. Our core marketplace businesses like Taobao, Tmall and our wholesale business, they are highly profitable, and they generate strong cash flow, which could enable us to reinvest this profit to incubate the new businesses that have tens of millions or hundreds of millions of users, such as New Retail, local services, import, international businesses. They have gained traction. This really positioned them well for the future profitability and cash flow. Underneath these tree trunks and grass stems, their roots are being nurtured by the soil enriched by our technology and consumer insights, and this is how our business can continue to prosper.

Today, we want to make an important announcement about 2 of our important businesses that's seeing great traction and are about to be graduated to a profitability phase. So here it is. We expect Ali Cloud to turn profitable within fiscal 2021. The Cainiao is expected to generate positive operating cash flow in fiscal 2021.

On top of investing in our organic business growth, we also leverage M&A and targeted strategic important investment areas and companies. Here is our rationale. We separate them into 3 buckets. First, for the core strategic business like Ant, Cainiao and AliHealth, we made additional investment in the past year to further increase our equity interest in these companies. This not only reflects their strategically important position within our ecosystem, but also shows our strong confidence in this business.

So the second bucket, we made investment to strengthen our core businesses. For example, we have user acquisition. We have user experience enhancement, like we acquired Kaola to further enhance our leading position in the cross-border e-commerce business. We invested in express delivery services to enhance the consumer experience in logistic areas. And we have put in emphasizes on the synergy between our businesses and these investee companies, which when we make such investment later on, we're going to follow up to generate more value, make it 1 plus 1 more than 10 effect.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



The third bucket. We are also making investment in these new areas which could become significant in our long-term development. We make investment in EV, like Xiaopeng [G3]. And we make investment in real estate sector, and we also invested in music.

Our investment has generated significant synergy. For example, we invested in Sun Art, the largest hypermarket in China. It's a chain hypermarket business, and we helped Sun Art to digitize their business and operations. We're bringing online traffic and synchronize its online/off-line inventory management capability and added to their last mile fulfillment capability. Last quarter, Sun Art's online business contributed approximately 15% of total sales, which is a big leap from the 6.5% last year.

During last year's Investor Day, we shared that our e-home off-line furniture malls have been connected to our digital operation systems and together, we enabled consumers to have an O2O shopping experience. This year, we increased our cooperation with them and incubated new business called Tangping, which is a platform providing professional tools and designers and merchants to ensure better user experience, better consumer experience. So under the cooperation, we plan to integrate the value going end-to-end from design to merchant sales, realizing the vision of a one-stop shopping destination in this category.

ALOG and Bestlyn are 2 leading e-commerce warehousing and supply chain providers. Through acquisition and integration with Cainiao, we're able to improve operating efficiency to reduce Tmall supermarket warehouse costs by 10%. Xiaopeng is a newly listed EV company, and they are very closely working with our team. So this Juhuasuan recent promotions helped Xiaopeng efficiently attracted over 6,000 orders within 5 days time from online.

Okay. Finally, let's take a look at valuation. Since we report our financials in 4 segment, let's take a look at each segment one by one. First, let's dig deeper into our core commerce businesses. We have so many businesses within this core commerce. In the last 12 months, our marketplace-based platform generated USD 29 billion of adjusted EBITDA. So the marketplace-based business is our core, providing profitability and cash flow.

We also list out our peer groups and companies multiples and valuation method. Let's pick the lowest multiples used on peers. If we apply 25x multiple on this adjusted EBITDA, then the equity value of our China retail core, core business alone would be USD 725 billion, which approaches the current BABA market cap. Please note that this valuation is before we assign any value to our promising new businesses within this core commerce segment, such as Freshippo, local services, Lazada, Tmall Global, Cainiao logistics.

So if you look at these new businesses, each of them occupied a leading position in their sector. Freshippo is the leading FMCG retailer in China. It is more efficient and grows faster than traditional FMCG retailers with much higher efficiency measured by sales per square meter per annum. And the same-store sales growth has multiple times than the other off-line businesses.

Cainiao is the leading digital logistics service provider. They're handling package volume at almost 2x of the total U.S. country's volumes. It also has the largest last mile delivery network and the largest crowdsourcing package delivery platform in China.

Tmall Global is the #1 in cross-border e-commerce market, and it is the biggest import platform in whole China, including online/off-line. And they're still growing at more than 40% year-on-year in GMV. Lazada is positioned well in Southeast Asia e-commerce market with more than 80 million AACs and more than 100 million MAUs. And at the same time, it doubled its order from prior year. So it has continued showing strong growth in the past few quarters.

So the point I want to make here is that the market is reflecting only the value of our core, core commerce businesses and not yet give any credit to any of our other businesses within the core. So if you want to get a sense of the valuation of new businesses with this core commerce segment, at the bottom of the slide, we have laid out some of these peer companies with market valuations and map to these new businesses.

Now coming back to a full view of all of the business segments, let's look at cloud computing. Based on the last quarter revenue of USD 1.7 billion, this business is growing nearly 60% year-on-year and running at an annual revenue run rate of USD 7 billion, assuming no growth at all in the subsequent quarters.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



What is our cloud computing business worth? It seems that the market has not assigned -- basically assigned a very little value to our cloud business. Next, the market is also assigning very little value to our stake in Ant Group. Well, since many of you want to invest in Ant and you're looking for allocation, you know the valuation, and the market will soon tell the valuation.

Now take a look at our cash and strategic investments. As of June 30, we had USD 36 billion in net cash and USD 45 billion in strategic investment. These are measured by the fair market value. So without Ant, based on these publicly traded values, you've seen USD 45 billion in this investee portfolios.

To summarize, a sum of the part approach to value our company suggests that the market is not assigning much value to many parts of our business. From the new businesses in the core to cloud computing, to our stake in Ant Group, to our value in the investee companies, we believe that these businesses will produce strong growth drivers for our tomorrow's growth.

I do hope the above discussion is helpful for you to think about our overall business. I would like to end today's presentation by reiterating our conviction in our ability to innovate, investment for the future and deliver robust growth for our shareholders. This is all from me today. Thank you very much.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2020, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

