Exhibit 31

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer
Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934**

**November 5, 2020
Commission File Number: 001-36614**

# Alibaba Group Holding Limited

(Registrant's name)

**c/o Alibaba Group Services Limited
26/F Tower One, Times Square
1 Matheson Street
Causeway Bay
Hong Kong**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**EXHIBITS**

Exhibit 99.1 – Press Release – Alibaba Group Announces September Quarter 2020 Results

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**ALIBABA GROUP HOLDING LIMITED**

Date: November 5, 2020

By:     /s/ Maggie Wei WU
Name:   Maggie Wei WU
Title:  Chief Financial Officer

**Exhibit 99.1**



**Alibaba Group Announces September Quarter 2020 Results**

**Hangzhou, China, November 5, 2020** — Alibaba Group Holding Limited (NYSE: BABA and HKEX: 9988, "Alibaba" or "Alibaba Group") today announced its financial results for the quarter ended September 30, 2020.

"Alibaba had another strong quarter. We continued to help businesses recover and find new opportunities for growth through digitalization in the post-pandemic landscape. The solid performance of our core commerce and robust growth of Alibaba Cloud are the direct results of our commitment to value creation for customers," said Daniel Zhang, Chairman and Chief Executive Officer of Alibaba Group. "We remain focused on our three long-term growth engines — domestic consumption, cloud computing and data intelligence, and globalization — to effectively capture opportunities from the ongoing changes in consumer demand and acceleration of digitalization of businesses across our digital economy."

"We delivered another solid quarter, with revenue growth of 30% year-over-year and adjusted EBITDA up 28% year-over-year," said Maggie Wu, Chief Financial Officer of Alibaba Group. "Our domestic core commerce business continued to grow steadily during the post-COVID-19 environment in China through higher purchase frequency and consumer spending, while cloud computing revenue grew 60% year-over-year, driven by the acceleration in digitalization across all industries and businesses of all sizes in China. We are happy to see that our strategic investments are starting to see improving operational efficiencies and the effect of scale."

**BUSINESS HIGHLIGHTS**

**In the quarter ended September 30, 2020:**

- **Revenue** was RMB155,059 million (US$22,838 million), an increase of 30% year-over-year.
- **Annual active consumers** on our China retail marketplaces reached 757 million, an increase of 15 million from the twelve months period ended June 30, 2020.
- **Mobile MAUs** on our China retail marketplaces reached 881 million in September 2020, an increase of 7 million over June 2020.
- **Income from operations** was RMB13,634 million (US$2,008 million), a decrease of 33% year-over-year due to a RMB15,753 million increase in share-based compensation expense related to Ant Group share-based awards granted to our employees. Excluding this impact, our income from operations would have increased 44% year-over-year, from RMB20,667 million in the quarter ended September 30, 2019 to RMB29,690 million (US$4,373 million) in the quarter ended September 30, 2020.
- **Adjusted EBITDA**, a non-GAAP measurement, increased 28% year-over-year to RMB47,525 million (US$7,000 million). **Adjusted EBITA**, a non-GAAP measurement, increased 28% year-over-year to RMB41,216 million (US$6,070 million).

1

**SEPTEMBER QUARTER OPERATIONAL AND FINANCIAL RESULTS**

**Revenue**

Revenue for the quarter ended September 30, 2020 was RMB155,059 million (US$22,838 million), an increase of 30% compared to RMB119,017 million in the same quarter of 2019. The increase was mainly driven by the robust revenue growth of our China commerce retail, cloud computing and Cainiao logistics services businesses.

The following table sets forth a breakdown of our revenue by segment for the periods indicated:

| | Three months ended September 30, | | | | | |
| | 2019 | | 2020 | | | |
| | RMB | % of Revenue | RMB | US$ | % of Revenue | YoY % Change |
|---|---|---|---|---|---|---|
| | | | (in millions, except percentages) | | | |
| **Core commerce:** | | | | | | |
| China commerce retail | | | | | | |
| – Customer management[1] | 57,576 | 49% | 69,338 | 10,212 | 45% | 20% |
| – Others[2] | 18,210 | 15% | 26,132 | 3,849 | 17% | 44% |
| | 75,786 | 64% | 95,470 | 14,061 | 62% | 26% |
| China commerce wholesale | 3,283 | 3% | 3,637 | 536 | 2% | 11% |
| International commerce retail | 6,007 | 5% | 7,789 | 1,147 | 5% | 30% |
| International commerce wholesale | 2,434 | 2% | 3,510 | 517 | 2% | 44% |
| Cainiao logistics services | 4,759 | 4% | 8,226 | 1,212 | 5% | 73% |
| Local consumer services | 6,835 | 6% | 8,839 | 1,302 | 6% | 29% |
| Others | 2,116 | 1% | 3,451 | 508 | 2% | 63% |
| Total core commerce | 101,220 | 85% | 130,922 | 19,283 | 84% | 29% |
| Cloud computing | 9,291 | 8% | 14,899 | 2,194 | 10% | 60% |
| Digital media and entertainment[3] | 7,442 | 6% | 8,066 | 1,188 | 5% | 8% |
| Innovation initiatives and others[3] | 1,064 | 1% | 1,172 | 173 | 1% | 10% |
| Total | 119,017 | 100% | 155,059 | 22,838 | 100% | 30% |

(1) Starting this quarter, we have grouped our commission revenue as previously reported into the customer management revenue in order to better reflect our value proposition to merchants on our platforms. Comparative figures have also been revised to conform to the current presentation.

(2) "Others" revenue under China commerce retail is primarily generated by our New Retail and direct sales businesses, comprising mainly Tmall Supermarket, Freshippo, direct import and Intime.

(3) Starting from the quarter ended June 30, 2020, we reclassified revenue from our self-developed online games business, which was previously reported under the innovation initiatives and others segment, as revenue from digital media and entertainment segment because it has moved beyond the incubation stage. This reclassification conforms to the way that we manage and monitor segment performance. Comparative figures have also been reclassified to conform to the current presentation.

**Core commerce**

- ***China commerce retail business***

  Revenue from our China commerce retail business in the quarter ended September 30, 2020 was RMB95,470 million (US$14,061 million), an increase of 26% compared to RMB75,786 million in the same quarter of 2019. Customer management revenue grew 20% year-over-year, primarily due to robust growth in revenue from new monetization formats, such as recommendation feeds, an increase in the volume of paid clicks in search monetization, as well as the 21% year-over-year growth of Tmall online physical goods GMV, excluding unpaid orders.

8

**WEBCAST AND CONFERENCE CALL INFORMATION**

Alibaba Group's management will hold a conference call to discuss the financial results at 7:30 a.m. U.S. Eastern Time (8:30 p.m. Hong Kong Time) on November 5, 2020.

Details of the conference call are as follows:

International: +65 6713 5330

U.S.: +1 347 549 4094

U.K.: +44 203 713 5084

Hong Kong: +852 3018 8307

China Landline: 800 8700 532

China Mobile: 400 624 0407

Conference ID: 6140225 (English)

Conference ID: 6438996 (simultaneous interpretation in Chinese, listen only mode)

A live webcast of the earnings conference call can be accessed at http://www.alibabagroup.com/en/ir/earnings. An archived webcast will be available through the same link following the call. A replay of the conference call will be available for one week (dial-in number: +61 2 8199 0299; same conference ID as shown above).

Our results announcement and accompanying slides are available at Alibaba Group's Investor Relations website at http://www.alibabagroup.com/en/ir/home on November 5, 2020.

**ABOUT ALIBABA GROUP**

Alibaba Group's mission is to make it easy to do business anywhere. The company aims to build the future infrastructure of commerce. It envisions that its customers will meet, work and live at Alibaba, and that it will be a good company that lasts for 102 years.

**CONTACTS**

**Investor Relations Contact:**

Rob Lin

investor@alibabagroup.com

**Media Contacts:**

Brion Tingler

brion.tingler@alibaba-inc.com

Cathy Yan

cathy.yan@alibaba-inc.com

**SAFE HARBOR STATEMENTS**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "potential," "continue," "ongoing," "targets," "guidance" and similar statements. In addition, statements that are not historical facts, including statements about Alibaba's strategies and business plans, Alibaba's beliefs, expectations and guidance regarding the growth of its business and its revenue, the business outlook and quotations from management in this announcement, as well as Alibaba's strategic and operational plans, are or contain forward-looking statements. Alibaba may also make forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in announcements made on the website of The Stock Exchange of Hong Kong Limited (the "Hong Kong Stock Exchange"), in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: impact of the COVID-19 pandemic, Alibaba's expected revenue growth; Alibaba's goals and strategies; Alibaba's future business development; Alibaba's ability to maintain the trusted status of its digital economy; risks associated with sustained investments in Alibaba's business and strategic acquisitions and investments; Alibaba's ability to maintain or grow its revenue or business; Alibaba's ability to continue to compete effectively and maintain and improve the network effects of its digital economy; company culture; Alibaba's ability to continue to innovate; risks and challenges associated with operating a complex and large-scale company, risks associated with international and cross-border businesses and operations, including protectionist or national security policies; uncertainties arising from competition among countries and geopolitical tensions; changes in laws, regulations and regulatory environment that affect Alibaba's business operations; privacy and regulatory concerns; security breaches; risks associated with the performance of our business partners, including but not limited to Ant Group; and fluctuations in general economic and business conditions in China and globally and assumptions underlying or related to any of the foregoing. Further information regarding these and other risks is included in Alibaba's filings with the SEC and announcements on the website of the Hong Kong Stock Exchange. All information provided in this results announcement is as of the date of this results announcement and are based on assumptions that we believe to be reasonable as of this date, and Alibaba does not undertake any obligation to update any forward-looking statement, except as required under applicable law.