# Exhibit 32

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## FORM 6-K

**Report of Foreign Private Issuer**

**Pursuant to Rule 13a-16 or 15d-16 of**

**the Securities Exchange Act of 1934**

**December 18, 2020**

**Commission File Number: 001-36614**

# Alibaba Group Holding Limited

(Registrant's name)

**c/o Alibaba Group Services Limited**

**26/F Tower One, Times Square**

**1 Matheson Street**

**Causeway Bay**

**Hong Kong**

(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**EXPLANATORY NOTE**

As an issuer listed on the Hong Kong Stock Exchange under Chapter 19C of the Hong Kong Listing Rules, we are required to prepare an interim report in respect of the first six months of each fiscal year (the "Interim Report") pursuant to Rule 13.48(1) of the Hong Kong Listing Rules. We are furnishing our Interim Report in respect of the first six months of the fiscal year ending March 31, 2021 as Exhibit 99.1 of this Current Report on Form 6-K.

**EXHIBITS**

Exhibit 99.1 — Hong Kong Interim Report for Fiscal Year 2021

3

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**ALIBABA GROUP HOLDING LIMITED**

Date: December 18, 2020

By:       /s/ Timothy A. Steinert

Name:     Timothy A. Steinert

Title:    Company Secretary

4



**Alibaba Group Holding Limited**

NYSE: BABA    HKEX: 9988

**Fiscal Year 2021 Interim Report**

## OPERATIONAL AND FINANCIAL RESULTS

### Revenue

Revenue for the six months ended September 30, 2020 was RMB308,810 million (US$45,483 million), an increase of 32% compared to RMB233,941 million in the same period of 2019. The increase was mainly driven by the robust revenue growth of our China commerce retail, cloud computing and Cainiao logistics services businesses.

The following table sets forth a breakdown of our revenue by segment for the periods indicated:

| | Six months ended September 30, | | | | | |
| | 2019 | | 2020 | | | |
| | RMB | % of Revenue | RMB | US$ | % of Revenue | YoY % Change |
| --- | --- | --- | --- | --- | --- | --- |
| | | (in millions, except percentages) | | | | |
| Core commerce: | | | | | | |
| China commerce retail | | | | | | |
| – Customer management[1] | 116,432 | 50% | 140,553 | 20,701 | 46% | 21% |
| – Others[2] | 34,955 | 15% | 56,238 | 8,283 | 18% | 61% |
| | 151,387 | 65% | 196,791 | 28,984 | 64% | 30% |
| China commerce wholesale | 6,275 | 3% | 7,121 | 1,049 | 3% | 13% |
| International commerce retail | 11,574 | 5% | 14,801 | 2,180 | 5% | 28% |
| International commerce wholesale | 4,679 | 2% | 6,714 | 989 | 2% | 43% |
| Cainiao logistics services | 9,764 | 4% | 15,939 | 2,348 | 5% | 63% |
| Local consumer services | 13,015 | 5% | 15,940 | 2,348 | 5% | 22% |
| Others | 4,070 | 2% | 6,934 | 1,020 | 2% | 70% |
| Total core commerce | 200,764 | 86% | 264,240 | 38,918 | 86% | 32% |
| Cloud computing | 17,078 | 7% | 27,244 | 4,013 | 9% | 60% |
| Digital media and entertainment[3] | 13,868 | 6% | 15,060 | 2,218 | 5% | 9% |
| Innovation initiatives and others[3] | 2,231 | 1% | 2,266 | 334 | 0% | 2% |
| Total | 233,941 | 100% | 308,810 | 45,483 | 100% | 32% |

(1)   We presented our commission revenue as part of customer management revenue in order to better reflect our value proposition to merchants on our platforms. Comparative figures were presented in the same manner accordingly.

(2)   "Others" revenue under China commerce retail is primarily generated by our New Retail and direct sales businesses, comprising mainly Tmall Supermarket, Freshippo, direct import and Intime.

(3)   Beginning on April 1, 2020, we reclassified revenue from our self-developed online games business, which was previously reported under the innovation initiatives and others segment, as revenue from digital media and entertainment segment because it has moved beyond the incubation stage. This reclassification conforms to the way that we manage and monitor segment performance. Comparative figures were reclassified to conform to this presentation.

5

**Core commerce**

- ***China commerce retail business***

    Revenue from our China commerce retail business for the six months ended September 30, 2020 was RMB196,791 million (US$28,984 million), an increase of 30% compared to RMB151,387 million for the same period of 2019. Customer management revenue grew 21% year-over-year, primarily due to robust growth in revenue from new monetization formats, such as recommendation feeds, an increase in the volume of paid clicks in search monetization, as well as the 24% year-over-year growth of Tmall online physical goods GMV, excluding unpaid orders.

    "Others" revenue under China commerce retail business was RMB56,238 million (US$8,283 million), achieving year-over-year growth of 61% compared to RMB34,955 million for the same period of 2019. The increase was primarily driven by contributions from our direct sales businesses, including Tmall Supermarket and Freshippo.

    We expect that the proportion of revenue of our direct sales businesses will continue to increase as we further implement our New Retail strategy, particularly after we began to consolidate Sun Art Retail Group Limited ("Sun Art") in October 2020.

- ***China commerce wholesale business***

    Revenue from our China commerce wholesale business for the six months ended September 30, 2020 was RMB7,121 million (US$1,049 million), an increase of 13% compared to RMB6,275 million for the same period of 2019. The increase was primarily due to an increase in average revenue from paying members on 1688.com.

- ***International commerce retail business***

    Revenue from our international commerce retail business for the six months ended September 30, 2020 was RMB14,801 million (US$2,180 million), an increase of 28% compared to RMB11,574 million for the same period of 2019. The increase was primarily due to the growth in revenue generated by Lazada and Trendyol, which was partially offset by the decrease in revenue from AliExpress as a result of the deconsolidation of the AliExpress Russia business in October 2019.

- ***International commerce wholesale business***

    Revenue from our international commerce wholesale business for the six months ended September 30, 2020 was RMB6,714 million (US$989 million), an increase of 43% compared to RMB4,679 million for the same period of 2019. The increase was primarily due to an increase in the number of paying members on Alibaba.com, as well as an increase in revenue generated by cross-border related value-added services.

6

## SAFE HARBOR STATEMENTS

This Interim Report contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "potential," "continue," "ongoing," "targets," "guidance" and similar statements. In addition, statements that are not historical facts, including statements about Alibaba's strategies and business plans, Alibaba's beliefs, expectations and guidance regarding the growth of its business and its revenue, the business outlook and quotations from management in this Interim Report, as well as Alibaba's strategic and operational plans, are or contain forward-looking statements. Alibaba may also make forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "**SEC**"), in announcements made on the website of The Stock Exchange of Hong Kong Limited (the "**Hong Kong Stock Exchange**"), in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: impact of the COVID-19 pandemic, Alibaba's expected revenue growth; Alibaba's goals and strategies; Alibaba's future business development; Alibaba's ability to maintain the trusted status of its digital economy; risks associated with sustained investments in Alibaba's business and strategic acquisitions and investments; Alibaba's ability to maintain or grow its revenue or business; Alibaba's ability to continue to compete effectively and maintain and improve the network effects of its digital economy; company culture; Alibaba's ability to continue to innovate; risks and challenges associated with operating a complex and large-scale company, risks associated with international and cross-border businesses and operations, including protectionist or national security policies; uncertainties arising from competition among countries and geopolitical tensions; changes in laws, regulations and regulatory environment that affect Alibaba's business operations; privacy and regulatory concerns; security breaches; risks associated with the performance of our business partners, including but not limited to Ant Group; and fluctuations in general economic and business conditions in China and globally and assumptions underlying or related to any of the foregoing. Further information regarding these and other risks is included in Alibaba's filings with the SEC and announcements on the website of the Hong Kong Stock Exchange. All information provided in this results announcement is as of the date of this Interim Report and are based on assumptions that we believe to be reasonable as of this date, and Alibaba does not undertake any obligation to update any forward-looking statement, except as required under applicable law.

## NON-GAAP FINANCIAL MEASURES

To supplement our consolidated financial statements, which are prepared and presented in accordance with GAAP, we use the following non-GAAP financial measures: for our consolidated results, adjusted EBITDA (including adjusted EBITDA margin), adjusted EBITA (including adjusted EBITA margin), marketplace-based core commerce adjusted EBITA, non-GAAP net income, non-GAAP diluted earnings per share/ADS and free cash flow. For more information on these non-GAAP financial measures, please refer to the section entitled "Information by Segments" and the table captioned "Reconciliations of Non-GAAP Measures to the Nearest Comparable U.S. GAAP Measures" in this Interim Report.