Exhibit 34

Case 1:20-cv-09568-GBD-JW   Document 138-34   Filed 01/19/24   Page 2 of 7

6-K 1 a20-29076_16k.htm 6-K

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16 of**
**the Securities Exchange Act of 1934**

**August 20, 2020**
**Commission File Number: 001-36614**

# Alibaba Group Holding Limited

**(Registrant's name)**

**c/o Alibaba Group Services Limited**
**26/F Tower One, Times Square**
**1 Matheson Street**
**Causeway Bay**
**Hong Kong**
**(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F  ☒  Form 40-F  ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(1):  ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(7):  ☐

**EXHIBITS**

Exhibit 99.1 — Press Release — Alibaba Group Announces June Quarter 2020 Results

2

Case 1:20-cv-09568-GBD-JW Document 138-34 Filed 01/19/24 Page 4 of 7

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**ALIBABA GROUP HOLDING LIMITED**

Date: August 20, 2020

By: /s/ Maggie Wei WU

Name: Maggie Wei WU

Title: Chief Financial Officer

3

**Exhibit 99.1**



**Alibaba Group Announces June Quarter 2020 Results**

**Hangzhou, China, August 20, 2020** — Alibaba Group Holding Limited (NYSE: BABA and HKEX: 9988, "Alibaba" or "Alibaba Group") today announced its financial results for the quarter ended June 30, 2020.

"Alibaba delivered excellent results this past quarter. We were well positioned to capture growth from the ongoing digital transformation, which has been accelerated by the pandemic, in both consumption and enterprise operations," said Daniel Zhang, Chairman and Chief Executive Officer of Alibaba Group. "We mobilized our entire digital infrastructure to support the economic recovery of businesses across a wide range of sectors, while broadening and diversifying our consumer base by addressing their changing preferences in a post-COVID-19 environment. Despite these unusual times, we remain focused on the long term, on fulfilling our mission, and on creating true value for our consumers and business customers."

"We delivered a very strong start to our new fiscal year, with revenue growing 34% year-over-year and adjusted EBITDA growing 30% year-over-year," said Maggie Wu, Chief Financial Officer of Alibaba Group. "Our domestic core commerce business has fully recovered to pre-COVID-19 levels across the board, while cloud computing revenue grew 59% year-over-year. Our strong profit growth and cash flow enable us to continue to strengthen our core business and invest for long term growth."

**BUSINESS HIGHLIGHTS**

**In the quarter ended June 30, 2020:**

- **Revenue** was RMB153,751 million (US$21,762 million), an increase of 34% year-over-year.
- **Annual active consumers** on our China retail marketplaces reached 742 million, an increase of 16 million from the 12-month period ended March 31, 2020.
- **Mobile MAUs** on our China retail marketplaces reached 874 million in June 2020, an increase of 28 million over March 2020.
- **Income from operations** was RMB34,705 million (US$4,912 million), an increase of 42% year-over-year. **Adjusted EBITDA**, a non-GAAP measurement, increased 30% year-over-year to RMB51,039 million (US$7,224 million). **Adjusted EBITA**, a non-GAAP measurement, increased 31% year-over-year to RMB45,372 million (US$6,422 million).
- **Net income attributable to ordinary shareholders** was RMB47,591 million (US$6,736 million), and **net income** was RMB46,437 million (US$6,573 million). **Non-GAAP net income** was RMB39,474 million (US$5,587 million), an increase of 28% year-over-year.

1

**JUNE QUARTER OPERATIONAL AND FINANCIAL RESULTS**

**Revenue**

Revenue for the quarter ended June 30, 2020 was RMB153,751 million (US$21,762 million), an increase of 34% compared to RMB114,924 million in the same quarter of 2019. The increase was mainly driven by the robust revenue growth of our China commerce retail and cloud computing businesses.

The following table sets forth a breakdown of our revenue by segment for the periods indicated:

| | Three months ended June 30, | | | | | |
| | 2019 | | 2020 | | | |
| | RMB | % of Revenue | RMB | US$ | % of Revenue | YoY % Change |
|---|---|---|---|---|---|---|
| | | | (in millions, except percentages) | | | |
| Core commerce: | | | | | | |
| China commerce retail | | | | | | |
| - Customer management | 41,954 | 37% | 51,434 | 7,280 | 33% | 23% |
| - Commission | 16,902 | 15% | 19,781 | 2,800 | 13% | 17% |
| - Others[1] | 16,745 | 14% | 30,106 | 4,261 | 20% | 80% |
| | 75,601 | 66% | 101,321 | 14,341 | 66% | 34% |
| China commerce wholesale | 2,992 | 3% | 3,484 | 493 | 2% | 16% |
| International commerce retail | 5,567 | 5% | 7,012 | 992 | 5% | 26% |
| International commerce wholesale | 2,245 | 2% | 3,204 | 454 | 2% | 43% |
| Cainiao logistics services | 5,005 | 4% | 7,713 | 1,092 | 5% | 54% |
| Local consumer services | 6,180 | 5% | 7,101 | 1,005 | 5% | 15% |
| Others | 1,954 | 2% | 3,483 | 493 | 2% | 78% |
| Total core commerce | 99,544 | 87% | 133,318 | 18,870 | 87% | 34% |
| Cloud computing | 7,787 | 7% | 12,345 | 1,747 | 8% | 59% |
| Digital media and entertainment[2] | 6,426 | 5% | 6,994 | 990 | 4% | 9% |
| Innovation initiatives and others[2] | 1,167 | 1% | 1,094 | 155 | 1% | (6)% |
| Total | 114,924 | 100% | 153,751 | 21,762 | 100% | 34% |

(1) "Others" revenue under China commerce retail is primarily generated by our New Retail and direct sales businesses, comprising mainly Tmall Supermarket, Freshippo, direct import and Intime.

(2) Starting this quarter, we reclassified revenue from our self-developed online games business, which was previously reported under the innovation initiatives and others segment, as revenue from digital media and entertainment segment because it has moved beyond the incubation stage. This reclassification conforms to the way that we manage and monitor segment performance. Comparative figures have also been reclassified to conform to current year's presentation.

**Core commerce**

- *China commerce retail business*

   Revenue from our China commerce retail business in the quarter ended June 30, 2020 was RMB101,321 million (US$14,341 million), an increase of 34% compared to RMB75,601 million in the same quarter of 2019. Revenue from our China retail marketplaces recorded a strong recovery compared to March 2020 quarter. Combined customer management and commission revenues grew 21% year-over-year, reflecting an increase of 23% in customer management revenue and an increase of 17% in commission revenue. The growth of customer management revenue was primarily due to increased revenue contribution from new monetization formats, including recommendation feeds, as well as the increase in volume of paid clicks in search monetization.

8

**CONTACTS**
**Investor Relations Contact:**
Rob Lin
investor@alibabagroup.com
**Media Contacts:**
Brion Tingler
brion.tingler@alibaba-inc.com
Cathy Yan
cathy.yan@alibaba-inc.com

**SAFE HARBOR STATEMENTS**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "potential," "continue," "ongoing," "targets," "guidance" and similar statements. In addition, statements that are not historical facts, including statements about Alibaba's strategies and business plans, Alibaba's beliefs, expectations and guidance regarding the growth of its business and its revenue, the business outlook and quotations from management in this announcement, as well as Alibaba's strategic and operational plans, are or contain forward-looking statements. Alibaba may also make forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in announcements made on the website of The Stock Exchange of Hong Kong Limited (the "Hong Kong Stock Exchange"), in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: impact of the COVID-19 pandemic, Alibaba's expected revenue growth; Alibaba's goals and strategies; Alibaba's future business development; Alibaba's ability to maintain the trusted status of its digital economy; risks associated with sustained investments in Alibaba's business and strategic acquisitions and investments; Alibaba's ability to maintain or grow its revenue or business; Alibaba's ability to continue to compete effectively and maintain and improve the network effects of its digital economy; company culture; Alibaba's ability to continue to innovate; risks and challenges associated with operating a complex and large-scale company, risks associated with international and cross-border businesses and operations, including protectionist or national security policies; uncertainties arising from competition among countries and geopolitical tensions; changes in laws, regulations and regulatory environment that affect Alibaba's business operations; privacy and regulatory concerns; security breaches; risks associated with the performance of our business partners, including but not limited to Ant Group; and fluctuations in general economic and business conditions in China and globally and assumptions underlying or related to any of the foregoing. Further information regarding these and other risks is included in Alibaba's filings with the SEC and announcements on the website of the Hong Kong Stock Exchange. All information provided in this results announcement is as of the date of this results announcement and are based on assumptions that we believe to be reasonable as of this date, and Alibaba does not undertake any obligation to update any forward-looking statement, except as required under applicable law.

18