Exhibit 35

Case 1:20-cv-09568-GBD-JW   Document 138-35   Filed 01/19/24   Page 2 of 6

6-K 1 a19-10031_16k.htm 6-K

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16 of**
**the Securities Exchange Act of 1934**

**May 15, 2019**
**Commission File Number: 001-36614**

# Alibaba Group Holding Limited

(Registrant's name)

**c/o Alibaba Group Services Limited**
**26/F Tower One, Times Square**
**1 Matheson Street**
**Causeway Bay**
**Hong Kong**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K on paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Case 1:20-cv-09568-GBD-JW   Document 138-35   Filed 01/19/24   Page 3 of 6

**EXHIBITS**

Exhibit 99.1 — Press Release — Alibaba Group Announces March Quarter and Full Fiscal Year 2019 Results

2

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**ALIBABA GROUP HOLDING LIMITED**

| | | |
|---|---|---|
| Date: May 15, 2019 | By: | /s/ Maggie Wei WU |
| | Name: | Maggie Wei WU |
| | Title: | Chief Financial Officer |

3

**Exhibit 99.1**



**Alibaba Group Announces March Quarter and Full Fiscal Year 2019 Results**

**Hangzhou, China, May 15, 2019** — Alibaba Group Holding Limited (NYSE: BABA) today announced its financial results for the quarter and fiscal year ended March 31, 2019.

"More and more, Alibaba is becoming synonymous with everyday consumption in China, growing our base to 654 million annual active consumers and extending our penetration in less-developed cities," said Daniel Zhang, Chief Executive Officer of Alibaba Group. "Our cloud and data technology and tremendous traction in New Retail have enabled us to continuously transform the way businesses operate in China and other emerging markets, which will contribute to our long-term growth."

"We delivered another strong quarter and excellent fiscal year, led by fiscal year revenue growth of 51% as well as robust user growth and engagement across our ecosystem. Excluding the effects of consolidating acquired businesses, revenue would have increased by 39% year-over-year," said Maggie Wu, Chief Financial Officer of Alibaba Group. "Over the years, our steady profit growth and cash flow have enabled us to strengthen our core business, invest in new businesses and create unique value for our customers. These investments have expanded our total addressable market and positioned us well for long-term growth. Looking ahead to fiscal 2020, we expect revenue to be over RMB500 billion, reflecting our confidence and positive momentum going forward."

**BUSINESS HIGHLIGHTS**

**In the quarter ended March 31, 2019:**

- **Revenue** was RMB93,498 million (US$13,932 million), an increase of 51% year-over-year.
- **Annual active consumers** on our China retail marketplaces reached 654 million, an increase of 18 million from the 12-month period ended December 31, 2018.
- **Mobile MAUs** on our China retail marketplaces reached 721 million in March 2019, an increase of 22 million over December 2018.
- **Income from operations** was RMB8,765 million (US$1,306 million), a decrease of 5% year-over-year mainly due to our US$250 million settlement of a U.S. federal class action lawsuit. **Adjusted EBITDA** increased 29% year-over-year to RMB25,166 million (US$3,750 million).
- **Adjusted EBITA for core commerce** was RMB27,484 million (US$4,095 million), an increase of 24% year-over-year. Our **marketplace-based core commerce adjusted EBITA** (see definition at the end of this results announcement), a non-GAAP measurement, increased 38% year-over-year to RMB34,688 million (US$5,169 million).

1

**WEBCAST AND CONFERENCE CALL INFORMATION**

Alibaba Group's management will hold a conference call to discuss the financial result at 7:30 a.m. U.S. Eastern Time (7:30 p.m. Hong Kong Time) on May 15, 2019.

Details of the conference call are as follows:

International: +65 6713 5090

U.S.: +1 845 675 0437

U.K.: +44 203 621 4779

Hong Kong: +852 3018 6771

Conference ID: 2579018

A live webcast of the earnings conference call can be accessed at http://www.alibabagroup.com/en/ir/earnings. An archived webcast will be available through the same link following the call. A replay of the conference call will be available for one week (dial-in number: +61 2 8199 0299; conference ID: 2579018).

Our results announcement and accompanying slides are available at Alibaba Group's Investor Relations website at http://www.alibabagroup.com/en/ir/home on May 15, 2019.

**ABOUT ALIBABA GROUP**

Alibaba Group's mission is to make it easy to do business anywhere and the company aims to achieve sustainable growth for 102 years. For fiscal year ended March 2019, the company reported revenue of US$56 billion.

**CONTACTS**

Investor Relations Contact

Rob Lin

investor@alibabagroup.com

Media Contacts

Brion Tingler

brion.tingler@alibaba-inc.com

Adam Najberg

adam.najberg@alibaba-inc.com

**SAFE HARBOR STATEMENTS**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "potential," "continue," "ongoing," "targets," "guidance" and similar statements. In addition, statements that are not historical facts, including statements about Alibaba's strategies and business plans, Alibaba's beliefs, expectations and guidance regarding the growth of its business and its revenue, the business outlook and quotations from management in this announcement, as well as Alibaba's strategic and operational plans, are or contain forward-looking statements. Alibaba may also make forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: Alibaba's expected revenue growth; Alibaba's goals and strategies; Alibaba's future business development; Alibaba's ability to maintain the trusted status of its ecosystem, reputation and brand; risks associated with increased investments in Alibaba's business and new business initiatives; risks associated with strategic acquisitions and investments; Alibaba's ability to retain or increase engagement of consumers, merchants and other participants in its ecosystem and enable new offerings; Alibaba's ability to maintain or grow its revenue or business; risks associated with limitation or restriction of services provided by Alipay; changes in laws, regulations and regulatory environment that affect Alibaba's business operations; privacy and regulatory concerns; competition; security breaches; the continued growth of the e-commerce market in China and globally; risks associated with the performance of our business partners, including but not limited to Ant Financial; and fluctuations in general economic and business conditions in China and globally and assumptions underlying or related to any of the foregoing. Further information regarding these and other risks is included in Alibaba's filings with the SEC. All information provided in this results announcement is as of the date of this results announcement and are based on assumptions that we believe to be reasonable as of this date, and Alibaba does not undertake any obligation to update any forward-looking statement, except as required under applicable law.