UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | Case No. 1:20-cv-09568-GBD-JW |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Kara M. Wolke, hereby declare as follows:

1. I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Salem Gharsalli, named plaintiffs Laura Ciccarello and Dineshchandra Makadia, and additional movant Wusheng Hu (collectively, "Plaintiffs" or the proposed "Class Representatives"), and Court-appointed Lead Counsel for the proposed Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth herein and if called upon to testify with respect thereto, I could and would do so truthfully and accurately.

2. I make this declaration, together with the attached exhibits, in support of Plaintiffs' Reply in Further Support of their Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Reply").

3. For the Court's ease of reference, I have numbered the attached exhibits consecutively from my declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel, which attached 10 exhibits (ECF No. 101).

4. Attached hereto as Exhibit 11 is a true and correct copy of the Expert Reply Report

1

of David I. Tabak, Ph.D, dated April 19, 2024.

5.      Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the deposition transcript of Dr. David Tabak, taken on November 2, 2023.

6.      Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the deposition transcript of Dr. Robert Glenn Hubbard, taken on March 21, 2024.

7.      Attached hereto as Exhibit 14 is a true and correct copy of a November 3, 2015 Reuters article titled, "Alibaba 'strongly denies' accusations in JD.com complaint," available at https://www.reuters.com/article/idUSKCN0SS1FZ/.

8.      Attached hereto as Exhibit 15 is a true and correct copy of a September 28, 2017 Women's Wear Daily article titled, "Alibaba Denies Pressuring 44 Brands to Leave JD.com," available at https://wwd.com/feature/jd-brands-closing-pressure-alibaba-11008899/.

9.      Attached hereto as Exhibit 16 is a true and correct copy of a June 26, 2019 Nomura report titled, "Signs of upcoming regulatory headwinds."

10.     Attached hereto as Exhibit 17 is a true and correct copy of a November 5, 2019 The Paper article titled, "Director of the Department of Supervision and Administration of Online Trading of the State Administration for Market Regulation: Anti-Monopoly Investigation Will be Conducted on 'Choose One of Two' According to the Law" together with a Certified English Translation.

11.     Exhibit 18 is intentionally left blank.

12.     Attached hereto as Exhibit 19 is a true and correct copy of a January 6, 2020 Bloomberg article titled, "China Targets Internet Giants in Antitrust Law Overhaul" available at https://www.bloomberg.com/news/articles/2020-01-07/china-targets-internet-giants-in-sweeping-antitrust-law-overhaul.

13.     Attached hereto as Exhibit 20 is a true and correct copy of a January 13, 2020 Financial Times article titled, "Sellers asked to choose in battle between Alibaba and Pinduoduo" bearing the bates stamp BABA_AML00002081_00026-27 and available at https://www.ft.com/content/b55d0e0a-33a1-11ea-9703-eea0cae3f0de.

14.     Defendants' Exhibit 10 is a November 10, 2020 Financial Times article titled, "China draws up first antitrust rules to curb power of tech companies" and states that "China's ecommerce industry has long been known for its aggressive tactics. Some online sellers have said for instance that Alibaba unfairly forces them to sell exclusively on its platform, in a tactic known in China as erxuanyi, or 'pick one of two,…'" Defendants' Exhibit 10 is available at https://www.ft.com/content/1a4a5001-6411-45fa-967c-0fd71ba9300b: The words "have said" hyperlink to the January 13, 2020 Financial Times article "Sellers asked to choose in battle between Alibaba and Pinduoduo," available at https://www.ft.com/content/b55d0e0a-33a1-11ea-9703-eea0cae3f0de (both articles last accessed on April 18, 2024).

15.     Attached hereto as Exhibit 21 is a true and correct copy of a July 6, 2020 Goldman Sachs report titled "Takeaways from meeting with CFO: The market leader remains well positioned and committed" bearing the bates stamp BABA_AML00002855.

16.     Attached hereto as Exhibit 22 is a true and correct copy of a July 17, 2020 The Paper article titled, "20 Internet platform companies jointly promise to maintain a good market order and promote healthy industry development" together with a Certified English Translation.

17.     Attached hereto as Exhibit 23 is a true and correct copy of an October 19, 2020 Civil Ruling of Beijing Internet Court in the matter of *Xiao Qiao versus Zhejiang Taobao Network Co., Ltd. and Zhejiang Tmall Network Co., Ltd.*, together with a Certified English Translation.

18.     Attached hereto as Exhibit 24 is a true and correct copy of an October 24,2020

China Market Regulation News article titled, "Internet Platform Enterprises Fulfill Their Commitments, Compete Fairly and Regulate Development | Assume Responsibilities, Starting from Upholding Their Commitments" together with a Certified English Translation.

19.     Attached hereto as Exhibit 25 is a true and correct copy of an October 28, 2020 China Consumer News article titled "Assuming Responsibility Starts with Fulfilling Commitments: An Exclusive Interview with Hongbing Gao, the Vice President of Alibaba Group and the President of Alibaba Research Institute" together with a Certified English Translation.

20.     Attached hereto as Exhibit 26 is a true and correct copy of an October 28, 2020 Sohu.com article titled, "Hongbing Gao: Assuming Responsibility Starts with Fulfilling Commitments!" together with a Certified English Translation.

21.     Attached hereto as Exhibit 27 is a true and correct copy of a November 10, 2020 The Wall Street Journal article titled, "China Targets Alibaba, Other Homegrown Tech Giants with Antimonopoly Rules; New rules targeting online platforms could constrain internet companies" bearing the bates stamp BABA_AML00002071_00012-13.

22.     Attached hereto as Exhibit 28 is a true and correct copy of a November 10, 2020 Business Insider article titled, "Alibaba slides 9% as regulatory pressure overshadows Singles Day blowout (BABA)" bearing the bates stamp BABA_AML00002071_00016-17.

23.     Attached hereto as Exhibit 29 is a true and correct copy of a November 10, 2020 Citi Research report titled, "China Internet Alert: New Antitrust Guidelines for Marketplace Platforms" bearing the bates stamp BABA_AML00002674.

24.     Attached hereto as Exhibit 30 is a true and correct copy of a November 11, 2020 Macau Daily Times article titled, "Antitrust – China clampdown on big tech puts more billionaires on notice" bearing the bates stamp BABA_AML0002070_00063-64.

4

25.    Attached hereto as Exhibit 31 is a true and correct copy of a November 11, 2020 KeyBank Capital Markets report titled, "Research Summary" bearing the bates stamp BABA_AML00003207.

26.    Attached hereto as Exhibit 32 is a true and correct copy of a November 12, 2020 email bearing the bates stamp BABA_AML00001855.

27.    Attached hereto as Exhibit 33 is a true and correct copy of a November 20, 2020 Morgan Stanley report titled, "Virtual Asia Pacific Summit Feedback" bearing the bates stamp BABA_AML00002334.

28.    Attached hereto as Exhibit 34 is a true and correct copy of a November 23, 2020 Reuters article titled, "UPDATE 2 – Alibaba CEO says China's scrutiny of internet platforms is needed" bearing the bates stamp BABA_AML00002081_00192.

29.    Attached hereto as Exhibit 35 is a true and correct copy of a November 25, 2020 Goldman Sachs report titled, "Alibaba Group (BABA): A compliant BABA, aligned with China's LT goals; reiterate Buy (CL)" bearing the bates stamp BABA_AML00002870.

30.    Attached hereto as Exhibit 36 is a true and correct copy of a November 25, 2020 J.P.Morgan report titled, "8th Global TMT conference takeaways" bearing the bates stamp BABA_AML00003090.

31.    Attached hereto as Exhibit 37 is a true and correct copy of a November 27, 2020 Goldman Sachs report titled, "GS TWIG Notes: This Week in Global Research – November 27, 2020" bearing the bates stamp BABA_AML00002871.

32.    Attached hereto as Exhibit 38 is a true and correct copy of a December 16, 2020 Goldman Sachs report titled, "Takeaways from meeting with CFO: Business on track; reiterate Buy (on CL)" bearing the bates stamp BABA_AML00002872.

33.     Attached hereto as Exhibit 39 is a true and correct copy of an April 12, 2021 Goldman Sachs report titled, "SAMR penalties bring closure, removing overhang: Reiterate Buy (on CL)" bearing the bates stamp BABA_AML00002874.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April, 2024 in Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 19, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2024, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke
