# EXHIBIT 12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 1:20-cv-09568-GBD-JW

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE: ALIBABA GROUP HOLDING LTD. SECURITIES

LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

CORRECTED

VIDEO DEPOSITION OF DAVID TABAK, Ph.D

NEW YORK, NEW YORK

THURSDAY, NOVEMBER 2, 2023

REPORTED BY:

DANIELLE GRANT

JOB NO.: 6168491

Page 1

Dr. Tabak

A   No.   Whether prior to -- I mean, for example, if Monday, the government says, Companies must cease this activity, and Tuesday, Alibaba says, We have ceased the activity, that Tuesday statement may not have a big effect on the market if everyone believes that, when the government speaks, companies will follow.

So I don't -- the question is before Alibaba's statement, what was the market thinking about the likelihood that the conduct would cease?

Q   So you've added a hypothetical to my hypothetical, it sounds like?

A   Well, I would say that your hypothetical wasn't complete enough for me to give an answer.

Q   Okay.  Let me see how you changed your -- what you added here.  All right.

So if the market understood that Alibaba was engaged in illegal conduct, and then Alibaba says something that gives the implication that the conduct has ceased, and the market believes that Alibaba has, in

Page 74

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127