# EXHIBIT 14

Learn more about **LSEG**

  **REUTERS®**

My View          Following          Saved

Technology

# Alibaba 'strongly denies' accusations in JD.com complaint

**Reuters**

November 3, 2015 4:42 AM PST · Updated 8 years ago

Aa

SHANGHAI, Nov 3 (Reuters) - China's Alibaba Group Holding Ltd "strongly denies" accusations that the country's second-largest e-commerce company JD.com Inc made in a letter of complaint it sent to a Chinese anti-trust regulator.

"We strongly deny the accusations," Alibaba spokesman Rico Ngai said. "Alibaba welcomes competition as it benefits consumers, merchants and service providers."

JD.com's complaint concerned a State Administration for Industry and Commerce (SAIC) regulation which forbids e-commerce platforms from limiting or barring their merchants from participating in promotions on other platforms.

The regulation came into effect on Oct. 1.

Reporting by John Ruwitch; writing by Adam Rose in Beijing; editing by Jason Neely

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Acquire Licensing Rights

## Read Next

Space
**Plans to ship human ashes, drink container to Moon spark legal debate**
10:48 PM UTC



Disrupted
**Meta to start labeling AI-generated images from companies like OpenAI, Google**
9:13 PM UTC



Technology
**Tencent working on mobile version of hit console game 'Elden Ring', sources say**
February 6, 2024



Human Rights
**Google calls out spyware firms and advocates for tighter regulation**
10:06 PM UTC



# LSEG Workspace

# The next-generation human interface for financial professionals.

## Sponsored Content

Dianomi ▷



**Leverage TradeStation's platform to trade across asset classes.**

Sponsored by
TradeStation



**7 Tips for First-Time Home Buyer**

Sponsored by
Charles Schwab



**Early Internet Millionaire: This Is the Secret**

Sponsored by
Stansberry Research

## Sponsored Content

Di

**California: The List Of The Top Financial Advisor Firms Is Out**
Sponsored by smartasset



**Make every move matter with payment processing solutions**
Sponsored by Bank of America



**9 Ways To Get Money Without Getting A Job**
Sponsored by FinanceBuzz



**A Masters Program That Fits Your Schedule and Lifestyle**
Sponsored by Carey Business School



**Tax Filing: Are You Ready?**
Sponsored by Charles Schwab



**50-Year Wall Street Legend: "You Have Just Weeks To Move Your Money"**
Sponsored by Chaikin Analytics



Feedback

**Sponsored Content**

Dianomi ▷

**6 Things Not to Do When Selecting a Financial Advisor**

Sponsored by smartasset



**Stock Advisor's Top Stocks For 2024**

Sponsored by The Motley Fool



**6 Odd Things Millionaires Do With Money, But Most of Us Haven't Tried**

Sponsored by The Penny Hoarder



**Make every move matter with payment processing solutions**

Sponsored by Bank of America



**100% online MBA program. Complete in as little as 2 years.**

Sponsored by Carey Business School



**5 Life Events That Can Affect Your Taxes**

Sponsored by Charles Schwab



Technology ❯

Feedback

# Security startup Wiz adds former Zscaler COO, plans hiring spree

Technology · February 5, 2024

Cybersecurity startup Wiz has hired Dali Rajic, former chief operating officer and president at Zscaler , as the four-year-old startup seeks to keep growing at a fast clip and eyes an eventual public listing, the company told Reuters.

Technology

**Palantir forecasts strong 2024 profit on robust AI demand, shares jump (Feb. 5)**

5:00 AM PST

Technology

**Check Point's Shwed to step down as CEO to become 'active' executive chair**

7:01 AM PST

Technology

**Nintendo hikes Switch forecast as hardware launch expectations rise**

3:50 AM PST

Disrupted

**Microsoft partners with Semafor for AI-assisted news content**

February 5, 2024

## Sponsored Content

| | | |
|---|---|---|
| **6 Odd Things Millionaires Do With Money, But Most of Us Haven't Tried**<br>Sponsored by The Penny Hoarder  | **7 Retirement Income Strategies Once Your Portfolio Reaches $500k**<br>Sponsored by Fisher Investments  | **The 5 Dumbest Things We Keep Spending Too Much Money On**<br>Sponsored by The Penny Hoarder  |
| **6 Things Not to Do When Selecting a Financial Advisor**<br>Sponsored by smartasset  | **50-Year Wall Street Legend: "You Have Just Weeks To Move Your Money"**<br>Sponsored by Chaikin Analytics  | **Early Internet Millionaire: This Is the Secret**<br>Sponsored by Stansberry Research  |

## Sponsored Content

| | | |
|---|---|---|
| **5 Surprise Retirement Expenses**<br>Sponsored by Charles Schwab | **100% online MBA program. Complete in as little as 2 years.**<br>Sponsored by Carey Business School | **Leverage TradeStation's platform to t across asset classes.**<br>Sponsored by TradeStation |
| **Got $1,000 to Invest? Here's our Idea: AI's Invisible Goldmines**<br>Sponsored by The Motley Fool | **10 Lucrative Dividend Stocks With Double Digit Dividend Yields**<br>Sponsored by Liberty Through Wealth | **Banks Offering Over 4% Interest Savi Accounts**<br>Sponsored by SavingsAccounts.com |

Feedback

**Latest**

Home
Authors
Topic sitemap

Media

Videos
Pictures
Graphics

**Browse**

World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports

Science

Lifestyle

About Reuters

**About Reuters** ⎋

**Careers** ⎋

**Reuters News Agency** ⎋

**Brand Attribution Guidelines** ⎋

**Reuters Leadership** ⎋

**Reuters Fact Check** ⎋

**Reuters Diversity Report** ⎋

Stay Informed

**Download the App (iOS)** ⎋

**Download the App (Android)** ⎋

**Newsletters** ⎋

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

---

Thomson Reuters Products

**Westlaw** ⎋

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⎋

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⎋

The industry leader for online information for tax, accounting and finance professionals.

---

LSEG Products

**Workspace** ⎋

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue** ⎋

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** ⎋

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Feedback

**Advertise With Us** ⎋   **Advertising Guidelines** ⎋   **Coupons** ⎋   **Acquire Licensing Rights** ⎋

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⎋   **Terms of Use** ⎋   **Privacy** ⎋   **Digital Accessibility** ⎋   **Corrections** ⎋   **Site Feedback** ⎋
**Do Not Sell or Share My Personal Information and Limit the Use of My Sensitive Personal Information**

© 2024 Reuters. All rights reserved