# EXHIBIT 21

**Goldman Sachs** | Equity Research

6 July 2020 | 9:13PM HKT

# Alibaba Group (BABA)

## Takeaways from meeting with CFO: The market leader remains well positioned and committed

Buy CL

| | | | |
|---|---|---|---|
| **BABA** | 12m Price Target: **$276.00** | Price: **$223.60** | Upside: **23.4%** |
| **9988.HK** | 12m Price Target: **HK$276.00** | Price: **HK$225.40** | Upside: **22.4%** |

Our discussion with Maggie Wu, Alibaba Group CFO, last Friday reinforced our view that the company holds the pole position in China ecommerce. Management remains **committed to investing in the expansion of its market leadership**, leveraging its two flywheels: ecommerce and payments. Further, as the first mover in ecommerce live streaming, **Taobao Live is in the driver's seat as this sales channel goes mainstream** in 2020 and captures c.30% (GSe) of the incremental GMV in the industry. Finally, CFO noted the **profitability potential at AliCloud** as the business continues to scale. We expect **1)** increasing visibility of potential profit from cloud to narrow the valuation gap between AliCloud (GS Val: US$93bn, 8x FY2022E Rev) and AWS (GS Val: US$830bn, 14x 2021E Rev); and **2)** greater synergy with **Ant Technology** (33% owned, GS Val: US$205bn) to drive its value realization at BABA.

In this note, we summarize our takeaways following **1)** Meeting with CFO Maggie Wu and **2)** 2020 Alibaba Cloud Summit.

We reiterate our **Buy (on CL)** on Alibaba given its **1) industry leading position**, manifested by the 6.18 performance where GMV of Rmb698.2bn was 2.6x of that at JD and a recovery in GMV share in 2Q; **2) aggressiveness in defending its turf**, evidenced by a total of **Rmb14bn** consumption coupons issued by Alibaba together with local governments/brands during 6.18, equivalent to **2% of GMV**; **3) Softbank overhang removal**, as the 26% stake shareholder retains a board seat; **4) prospects for Southbound inclusion** after the August 4 HSI inclusion; and finally **5) attractive valuation vs. its growth prospects,** where the core currently trades at 12.5x FY22E (overall 19.0x). Our 12-month SOTP-based target prices remains at US$276/HK$276, implying 23%/22% upside. We value China core commerce (excluding Cainiao/Local

**Piyush Mubayi**
+852-2978-1677 | piyush.mubayi@gs.com
Goldman Sachs (Asia) L.L.C.

**Elsie Cheng**
+852-2978-1666 | elsie.cheng@gs.com
Goldman Sachs (Asia) L.L.C.

**Ronald Keung, CFA**
+852-2978-0856 | ronald.keung@gs.com
Goldman Sachs (Asia) L.L.C.

**Wendy Chen**
+852-2978-2672 | wendy.chen@gs.com
Goldman Sachs (Asia) L.L.C.

### Key Data

| | |
|---|---|
| Market cap: | $597.9bn |
| Enterprise value: | $570.5bn |
| 3m ADTV: | $3.9bn |
| | China |
| | Asia Internet |
| M&A Rank: | 3 |
| Leases incl. in net debt & EV?: | No |
| | Asia ex. Japan Conviction List |

### GS Forecast

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Revenue (Rmb mn) | 509,711.0 | 676,203.3 | 861,042.6 | 1,055,865.1 |
| EBITDA (Rmb mn) | 157,083.0 | 200,419.7 | 274,554.3 | 347,595.8 |
| EPS (Rmb) | 52.97 | 67.42 | 88.27 | 109.50 |
| P/E (X) | 24.3 | 23.4 | 17.9 | 14.4 |
| P/B (X) | 4.6 | 4.7 | 3.8 | 3.1 |
| Dividend yield (%) | NM | NM | NM | NM |
| N debt/EBITDA (ex lease,X) | (1.6) | (1.6) | (1.6) | (1.8) |
| CROCI (%) | 18.6 | 23.6 | 27.1 | 29.8 |
| FCF yield (%) | 3.7 | 3.0 | 4.5 | 5.8 |

| | 3/20 | 6/20E | 9/20E | 12/20E |
|---|---|---|---|---|
| EPS (Rmb) | 9.20 | 15.11 | 15.35 | 22.37 |

### GS Factor Profile




Percentile  20th  40th  60th  80th  100th

■ BABA relative to Asia ex. Japan Coverage
■ BABA relative to Asia Internet

*Source: Company data, Goldman Sachs Research estimates.*
*See disclosures for details.*

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

Goldman Sachs

Alibaba Group (BABA)

## Alibaba Group (BABA)

Buy CL
Rating since May 8, 2015

### Ratios & Valuation

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| P/E (X) | 24.3 | 23.4 | 17.9 | 14.4 |
| P/B (X) | 4.6 | 4.7 | 3.8 | 3.1 |
| FCF yield (%) | 3.7 | 3.0 | 4.5 | 5.8 |
| EV/EBITDAR (X) | 20.8 | 20.2 | 14.5 | 11.0 |
| EV/EBITDA (excl. leases) (X) | 20.8 | 20.2 | 14.5 | 11.0 |
| CROCI (%) | 18.6 | 23.6 | 27.1 | 29.8 |
| ROE (%) | 21.2 | 20.6 | 22.5 | 22.8 |
| Net debt/equity (%) | (37.5) | (38.6) | (43.2) | (48.3) |
| Net debt/equity (excl. leases) (%) | (37.5) | (38.6) | (43.2) | (48.3) |
| Interest cover (X) | 23.7 | 26.8 | 29.9 | 32.3 |
| Days inventory outst, sales | – | – | – | – |
| Receivable days | – | – | – | – |
| Days payable outstanding | 217.9 | 190.9 | 174.8 | 171.6 |
| DuPont ROE (%) | 15.1 | 16.5 | 18.3 | 18.9 |
| Turnover (X) | 0.4 | 0.4 | 0.5 | 0.5 |
| Leverage (X) | 1.5 | 1.5 | 1.4 | 1.4 |
| Gross cash invested (ex cash) (Rmb) | 793,342.0 | 914,309.8 | 1,044,109.0 | 1,180,660.1 |
| Average capital employed (Rmb) | 519,087.0 | 626,225.3 | 715,299.0 | 798,485.2 |
| BVPS (Rmb) | 283.10 | 339.08 | 418.35 | 517.26 |

### Growth & Margins (%)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Total revenue growth | 35.3 | 32.7 | 27.3 | 22.6 |
| EBITDA growth | 28.8 | 27.6 | 37.0 | 26.6 |
| EPS growth | 38.0 | 27.3 | 30.9 | 24.1 |
| DPS growth | NM | NM | NM | NM |
| EBIT margin | 24.1 | 24.2 | 26.6 | 27.6 |
| EBITDA margin | 30.8 | 29.6 | 31.9 | 32.9 |
| Net income margin | 26.0 | 25.6 | 27.2 | 28.0 |

### Price Performance

BABA ($)    S&P 500

| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | 18.4% | 1.7% | 27.4% |
| Rel. to the S&P 500 | (4.4)% | 5.9% | 21.1% |

*Source: FactSet. Price as of 2 Jul 2020 close.*

### Income Statement (Rmb mn)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Total revenue | 509,711.0 | 676,203.3 | 861,042.6 | 1,055,965.1 |
| Cost of goods sold | (275,045.0) | (369,920.3) | (456,352.6) | (554,329.2) |
| SG&A | (61,386.0) | (82,047.6) | (102,593.9) | (123,756.2) |
| R&D | (36,144.0) | (47,971.4) | (58,640.9) | (69,797.5) |
| Other operating inc./(exp.) | 19,947.0 | 24,155.7 | 31,099.1 | 39,613.6 |
| **EBITDA** | **157,083.0** | **200,419.7** | **274,554.3** | **347,595.8** |
| Depreciation & amortization | (34,487.0) | (36,909.5) | (45,769.6) | (56,488.8) |
| **EBIT** | **122,596.0** | **163,510.3** | **228,784.7** | **291,107.0** |
| Net interest inc./(exp.) | 67,776.0 | 8,235.1 | 11,332.2 | 16,512.4 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **143,958.0** | **191,085.9** | **267,618.7** | **341,873.2** |
| Provision for taxes | (20,562.0) | (29,468.7) | (43,587.8) | (55,821.2) |
| Minority interest | 9,083.0 | 11,488.0 | 10,000.0 | 10,000.0 |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **132,479.0** | **173,105.2** | **234,030.9** | **296,052.0** |
| Post-tax exceptionals | 16,954.0 | (39,373.1) | (52,333.3) | (64,266.6) |
| **Net inc. (post-exceptionals)** | **149,433.0** | **133,732.1** | **181,697.6** | **231,785.5** |
| **EPS (basic, pre-except) (Rmb)** | **50.43** | **64.45** | **86.18** | **107.83** |
| **EPS (diluted, pre-except) (Rmb)** | **49.65** | **63.30** | **84.65** | **105.92** |
| **EPS (basic, post-except) (Rmb)** | **56.88** | **49.79** | **66.91** | **84.42** |
| **EPS (diluted, post-except) (Rmb)** | **56.00** | **48.90** | **65.72** | **82.93** |
| DPS (Rmb) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |

### Balance Sheet (Rmb mn)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Cash & cash equivalents | 345,982.0 | 435,896.5 | 595,438.4 | 817,099.4 |
| Accounts receivable | 0.0 | 0.0 | 0.0 | 0.0 |
| Inventory | – | – | – | – |
| Other current assets | 116,941.0 | 143,626.3 | 169,627.2 | 198,267.7 |
| **Total current assets** | **462,923.0** | **579,522.9** | **765,065.6** | **1,015,367.2** |
| Net PP&E | 103,387.0 | 127,918.0 | 158,813.9 | 195,222.5 |
| Net intangibles | 337,729.0 | 342,802.5 | 348,638.4 | 355,351.3 |
| Total investments | 350,961.0 | 412,970.2 | 484,280.7 | 562,722.2 |
| Other long-term assets | 57,985.0 | 76,355.8 | 94,255.3 | 122,193.5 |
| **Total assets** | **1,312,985.0** | **1,539,569.2** | **1,851,053.8** | **2,250,856.8** |
| Accounts payable | 184,740.0 | 202,120.5 | 234,869.9 | 286,429.6 |
| Short-term debt | 5,154.0 | 10,885.1 | 15,060.7 | 18,485.2 |
| Short-term lease liabilities | – | – | – | – |
| Other current liabilities | 51,978.0 | 68,838.0 | 86,102.4 | 104,684.0 |
| **Total current liabilities** | **241,872.0** | **281,843.6** | **336,032.9** | **409,598.8** |
| Long-term debt | 39,660.0 | 47,488.6 | 56,157.2 | 68,926.6 |
| Long-term lease liabilities | – | – | – | – |
| Other long-term liabilities | 151,802.0 | 158,746.5 | 178,012.8 | 202,303.7 |
| **Total long-term liabilities** | **191,462.0** | **206,235.1** | **234,170.0** | **271,230.2** |
| **Total liabilities** | **433,334.0** | **488,078.8** | **570,203.0** | **680,829.1** |
| Preferred shares | 9,103.0 | 9,103.0 | 9,103.0 | 9,103.0 |
| Total common equity | 755,401.0 | 927,240.4 | 1,156,600.9 | 1,445,777.7 |
| **Minority interest** | **115,147.0** | **115,147.0** | **115,147.0** | **115,147.0** |
| **Total liabilities & equity** | **1,312,985.0** | **1,539,569.2** | **1,851,053.8** | **2,250,856.8** |
| Net debt, adjusted | (320,543.0) | (396,897.9) | (543,595.5) | (749,062.6) |

### Cash Flow (Rmb mn)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Net income | 149,433.0 | 133,732.1 | 181,697.6 | 231,785.5 |
| D&A add-back | 52,247.0 | 36,909.5 | 45,769.6 | 56,488.8 |
| Minority interest add-back | (9,083.0) | (11,488.0) | (10,000.0) | (10,000.0) |
| Net (inc)/dec working capital | (3,533.0) | (10,815.6) | 6,113.3 | 13,562.6 |
| Other operating cash flow | (4,357.0) | 49,595.3 | 57,662.9 | 67,391.4 |
| **Cash flow from operations** | **184,707.0** | **197,933.3** | **281,243.3** | **359,228.3** |
| Capital expenditures | (56,275.0) | (66,513.9) | (82,501.4) | (99,610.4) |
| Acquisitions | (53,921.0) | (62,009.2) | (71,310.5) | (78,441.6) |
| Divestitures | 11,708.0 | – | – | – |
| Others | (9,584.0) | – | – | – |
| **Cash flow from investing** | **(108,072.0)** | **(128,523.0)** | **(153,812.0)** | **(178,052.0)** |
| Repayment of lease liabilities | – | – | – | – |
| Dividends paid (common & pref) | – | – | – | – |
| Inc/(dec) in debt | 10,206.0 | 20,504.2 | 32,110.5 | 40,484.8 |
| Other financing cash flows | 60,647.0 | 0.0 | 0.0 | 0.0 |
| **Cash flow from financing** | **70,853.0** | **20,504.2** | **32,110.5** | **40,484.8** |
| **Total cash flow** | **147,488.0** | **89,914.5** | **159,541.8** | **221,661.1** |
| Free cash flow | 128,432.0 | 131,419.5 | 198,741.9 | 259,617.9 |

*Source: Company data, Goldman Sachs Research estimates.*

6 July 2020

2

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00002

services) at 18x P/E, or US$523bn. **Sensitivity:** At 20x core, BABA's SOTP would rise to US$294 for the ADS and HK$295 for the HK listed entity. Key risks: Slower GMV growth, lower monetization, and more intense competition.

# Committed to its market leadership expansion

The Alibaba Digital Economy captured **Rmb7trn** GMV in FY2020, of which Rmb6.6trn came from China online marketplaces. CFO noted that the company **remains committed to investing in the expansion of its market leadership,** and expects to **grow GMV by "more than Rmb1trn"** in China online retail marketplaces in FY2021. We forecast additional GMV of Rmb1.2trn in FY2021, vs. a COVID-19 adjusted GMV add of Rmb1.1trn (GSe) a year go.

### Growth trend recovery and GMV at Alibaba still multiple times larger than the second largest peer

China consumption growth has been recovering post COVID-19, where F&B and groceries remain resilient, and cosmetics, apparel and jewelry rebounded rapidly. During the 6.18 Shopping Festival, Alibaba achieved a GMV of **Rmb698.2bn**, which was **2.6x** that at JD.com, the same ratio as the share of 2019 GMV addition (Rmb1.06trn/0.41trn). The company worked together with local governments and merchant partners to stimulate consumption throughout China, together issuing a total of Rmb14bn consumption coupons, or **2% of the festival's GMV**. **The large scale coupon-ing signals the company's aggressiveness to defend its market leading positioning**, in our view.

**Exhibit 1: China online retail penetration increased on the back of COVID-19, with rapid growth recovery in cosmetics, apparel and jewelry**
Left: total retail sales growth yoy and online retail penetration; Right: by category retail sales growth yoy



Source: NBS

### User engagement continue to improve and lead ahead the market

Time spent on Taobao continues to improve and lead ahead of its peers. According to data from QuestMobile, average daily time spent per active user on Taobao in May 2020 is 26min (+13% yoy), vs. 21min/17min at PDD/JD. Meanwhile, *Taobao Deals* ("淘宝特卖") is also growing rapidly, reaching a MAU scale of 26mn in May 2020.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00003

**Exhibit 2: Daily time spent per user at Taobao continue to lead the market**
Monthly Avg. Daily Time Spent/User (iOS & Android)



Source: QuestMobile

**Exhibit 3: Taobao Deals is ramping up quickly in active users post app-revamp**
Monthly Active Users (iOS & Android)



Source: QuestMobile

### Alibaba's key strengths remain unchallenged with its top league services/solutions, despite competition

On competition, management acknowledges that merchants and brands will **always** try new sales channels, while BABA will remain focused on driving value-add across the whole Alibaba Economy, providing comprehensive solutions to both merchants and consumers. As per management, Alibaba has accumulated multiple years of expertise and know-how in online retail, including price management, SKUs selection, user interaction, content/review sharing and platform governance (esp. in the area of IP protection against counterfeit products), **all of which are of crucial importance to merchant operations in a longer-term perspective.**

In the live streaming ecommerce vertical specifically, Alibaba's Taobao Live hosts the top KOLs in the industry, and will continue to support the ecosystem, as per management. BABA also noted that alliances GMV (e.g. GMV from Kuaishou/Douyin) continues to grow rapidly, cooperation + competition situation is likely to persist in the long term, and BABA will balance the ecosystem value vs. benefits to BABA from the value creation.

Management also stressed that online retail is more about long-term business operations, and less about short-term sales. Alibaba will continue to push the innovative frontier of digitalized business operations in China retail, including offline operations of well-penetrated categories as well as lowly penetrated categories such as home furnishing/real-estate. For instance, the "**A100 Program**" (announced in early 2019) is one of the key initiatives aiming to help brands with overall business digital transformation. Via providing an "**Alibaba Operating Ecosystem**", the company provides solutions/services that not only cover online retail operations but almost every other aspect of businesses including branding, product strategy, sales, marketing, channel management, manufacturing, customer services, supply chain, organization, tech and finance (e.g. leveraging Ant's solutions including consumer products such as *Huabei* and *JieBei* and merchant products such as SME/Supply chain loans).

On **recommendation feed**, BABA continues to expand the testing of the format and overall feed traffic monetization remains low (at c.10%), and it is also in the process of

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00004

further spreading the applications to more merchants (currently only applicable to selective merchants). We note that Search now contributes c.70% of CMG, with the Feed contribution in the teens, as per company in 4QFY2020.

### Significant synergy to be unlocked with Ant

On top of Alibaba's 5-year plan of serving over 1bn consumers and generating north of Rmb10trn GMV by fiscal 2024, <u>Ant Technology Group's strategic upgrade</u> earlier this year also further expanded the overall TAM of Alibaba Economy, as per management. Taobao/Tmall together currently serve 10-15mn merchants online, while in the offline space Ant Technology targets to serve another 40mn services providers across industries such as consumer retail, food & beverage, transportation, hotels and healthcare. According to BABA, **much of the synergistic value between Ant and BABA is yet to be unlocked**, especially in the area of data management.

We note that Mr. Wang Lei, President of Alibaba Local Services Company, has previously mentioned in March 2020 that the company aim to differentiate its merchant value proposition from peers by enabling omni-channel traffic management. While re-directing public/in-app traffic (c.100mn daily visitors), Ele.me/Koubei will also help merchants to build their private traffic ecosystem (via mini programs, membership management, etc.). Mr. Wang has also reiterated the company's **commitment to invest capital and resources** in the business.

We value **Ant Technology** at US$205bn in our SOTP. Together with new retail initiatives, we think the **offline retail/services industry will provide the next Rmb10trn opportunity for BABA in 5-10 years' time**.

## 2020 Alibaba Cloud Summit: The Pulse of Digitalization

AliCloud revenue grew a robust 62% yoy to Rmb40bn in FY2020, and CFO Maggie Wu noted **future profitability potential as the business continues to scale.** AliCloud leads the China public cloud market with a c.42% share in 2019 (as per IDC), and we expect its FY2021 revenue to grow 49% yoy to Rmb59.6bn (c. US$8.3bn). We forecast AliCloud's non-GAAP operating margin turning profitable some time in FY2022E, with a long-term margin potential in the low 20s, vs. high 20s at AWS in 2019. We value AliCloud at 8x FY2022E revenue (vs. 14x at AWS; AMZN covered by Heath Terry), or **US$93bn.** Below we summarize key highlights of the *2020 Alibaba Cloud Summit: The Pulse of Digitalization* held online on July 2, 2020.

Mr. Jeff Zhang, President of AliCloud Intelligence and Head of DAMO Academy, shared a few key industry trends during the opening remarks:

1. **Global digitalization is evolving rapidly**, breaking barriers in time, distance and changing the practices of various industries.

2. **Digitalization is becoming the most fundamental force to drive new economy.** Enterprises across major industries such as public services, finance, healthcare and many others increasingly recognize the importance of digitalization. During

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00005

COVID-19, DingTalk, BABA's communication and collaboration platform, facilitated remote working needs of more than 200mn employees, and hosted online courses for 130mn students nationwide. Internationally, DingTalk is available in 150 countries/regions, and is also selected by UNESCO as recommended online education tool. Mr. Zhang expects online education, remote working and online healthcare to become the new norm.

3. **Massive untapped potentials in Asia Pacific/Worldwide:** Asia Pacific will contribute 60% of the global GDP and half of the global internet users by end-2030, according to Mr. Zhang. AliCloud has 20 years of experience in Asia working with ecosystem partners, and is the largest cloud service provider in the Asia Pacific region and 3rd largest globally, currently operating 63 availability zones in 21 regions worldwide and supporting the needs of businesses in over 200 countries. As of 2019, 38% of Fortune 500 companies use AliCloud. In the next three years, AliCloud plans to invest US$28bn (Rmb200bn) to strengthen its infrastructure/solutions and expand its product portfolio.

More specifically in **South East Asia (SEA)**, AliCloud noted strong demand for cloud intelligence solutions, underpinned by **1)** higher % of younger generation populations who are digital-savvy; **2)** accelerated internet penetration post COVID-19; and **3)** government cloud-first initiatives. This will render massive untapped opportunities for AliCloud to address. During the Summit, AliCloud also announced that it will:

- Launch **a third data center in Indonesia** in early 2021;

- Form a cloud ecosystem alliance in **the Philippines**, through supporting 5k Philippine enterprises throughout digital transformation, training 50k cloud services providers and 10k certified talents in next 3 years.

**Exhibit 4: AliCloud also announced an upgrade of its flagship solution China Gateway to 2.0, aiming to help multinational brands (MNCs) set up online operations in China, leveraging BABA's diverse cloud solutions, local expertise, access to the entire ecosystem, and strong know-hows in regulations and compliance.**



AliCloud New product launches

1. *PolarDB* : the next-generation relational distributed database which is 100% compatible with MySQL; and *ApsaraDB for PolarDB*, a cloud-native relational database compatible with MySQL, PostgreSQL, and Oracle.

2. *Analytic DB* and *AliCloud Data Lake Analytics (DLA)* : an interactive analytics service that utilizes serverless architecture.

3. *Generation 7 of Elastic Compute Service* , which is based on the X-Dragon architecture to fuel cloud applications and hosting needs with improved computing power and low latency.

4. *Hologres* : a real time cloud-native data warehouse that provides an enterprise-class unified data storage and real time analytics service.

5. Two open projects: *Application Real-Time Monitor Service* , an open-source monitoring system and alarm framework collates real-time series data and supports multiple charts and data dashboards; and *EDAS 3.0* , an application PaaS designed for distributed application.

6. *Smart Access Gateway (SAG) 2.0* : a software-defined wide area network (SD-WAN) solution based on cloud-native technologies. SAG 2.0 provides a more intelligent, reliable, and secure approach for enterprises to migrate their workloads to Alibaba Cloud.

Source: Company data

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00006

# Disclosure Appendix

## Reg AC

I, Piyush Mubayi, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

## The rating(s) for Alibaba Group (ADR) and Alibaba Group (H) is/are relative to the following companies in its coverage universe:

58.com Inc., Baidu.com Inc., Bilibili Inc., Dada Nexus Ltd., Huya Inc., JD.com Inc. (ADR), JD.com Inc. (H), JOYY Inc., Kingsoft Cloud, Kingsoft Corp., MOMO.COM Inc., Meituan Dianping, NetEase Inc. (ADR), NetEase Inc. (H), OneConnect Financial, PChome Online Inc., Pinduoduo Inc., SINA Corp., Sea Ltd., Singapore Post, Sogou Inc., Tencent Holdings, Tencent Music Entertainment Group, Tongcheng-Elong Holdings, Trip.com Group, Uxin Ltd., Vipshop Holdings, Weibo Corp., Xiaomi Corp., iQIYI Inc.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the second most recent month end: Alibaba Group (ADR) ($240.00) and Alibaba Group (H) (HK$232.40)

Goldman Sachs has received compensation for investment banking services in the past 12 months: Alibaba Group (ADR) ($240.00) and Alibaba Group (H) (HK$232.40)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Alibaba Group (ADR) ($240.00) and Alibaba Group (H) (HK$232.40)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Alibaba Group (ADR) ($240.00) and Alibaba Group (H) (HK$232.40)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Alibaba Group (ADR) ($240.00) and Alibaba Group (H) (HK$232.40)

Goldman Sachs makes a market in the securities or derivatives thereof: Alibaba Group (ADR) ($240.00) and Alibaba Group (H) (HK$232.40)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 46% | 39% | 15% | 65% | 57% | 52% |

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00007

As of April 9, 2020, Goldman Sachs Global Investment Research had investment ratings on 3,023 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage Universe and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)





## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00008

Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00009

trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© **2020 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 09:37:14 AM Alibaba Group

BABA_AML00002855_00010