# EXHIBIT 22

## The Paper

**"20 Internet platform companies jointly promise to maintain a good market order and promote healthy industry development."**

Market News  + Focus

2020-07-17 19:15 Beijing  Source: The Paper · The Paper ID Number · Government Affairs

Recently, the State Administration for Market Regulation held a symposium on "Maintaining a Good Market Order in Platform Economy and Promoting Healthy Industry Development." Representatives from 20 major domestic Internet platform companies, including Baidu, JD.com, Kuaishou, Qihoo 360, Sogou, Meituan, 58.com, Sina Weibo, ByteDance, Gome, Ctrip, Pinduoduo, Xiaohongshu, Suning.com, Alibaba, Yunji, Mogujie, Beibei.com, VIP.com, and Tencent, signed the "Commitment of Internet Platform Companies to Maintain a Good Market Order and Promote Healthy Industry Development" at the meeting, solemnly pledging to operate in compliance with laws and regulations, uphold mutual benefits, participate in market competition fairly, strengthen platform governance, enhance corporate self-governance, and strengthen communication and coordination.

---

Commitment Letter

Commitment of Internet Platform Companies to Maintain
a Good Market Order and Promote Healthy Industry Development

In order to continuously optimize the business environment, promote the sustainable and healthy development of the platform economy, safeguard the legitimate rights and interests of consumers and all entities in the platform economy, maintain a good consumer environment and fair competition order in the Internet era, we, after full consultation, solemnly make the following commitments to the society:

1. Compliance with laws and regulations to promote orderly industry development. Abide by laws and regulations, uphold social morality and business ethics, conduct business honestly and fairly, fulfill legal obligations diligently, effectively implement legal responsibilities, actively assume more social and moral responsibilities, and jointly maintain a good order in the online market.

---

*Translator's Note: Ads and other irrelevant content on source document are not translated.*

2. Adhere to mutual benefit and win-win cooperation for common development. Follow the basic principles of voluntary participation, equality, fairness, and honesty, respect the independent choice of platform operators within the platform, do not compel platform operators to engage in "exclusive cooperation" or "exclusive authorization," and do not impose unreasonable restrictions or attach unreasonable conditions on platform operators' choice of platforms.

3. Fair participation in market competition, maintaining a good competitive order. Do not use technical means to hinder or disrupt the normal operation of network products or services legally provided by other operators, by influencing user choices or through other methods. Do not fabricate or disseminate false or misleading information to harm the business reputation or product reputation of competitors.

4. Fulfill platform responsibilities, strengthen platform governance. In accordance with the law, strictly regulate and effectively govern the behaviors of platform operators, including engaging in business activities without relevant administrative licenses, selling counterfeit and inferior products, click farming and credit inflating, engaging in false advertising or deceptive pricing behavior to mislead consumers, and excluding or restricting consumer rights through contract terms, etc. Strictly implement the seven-day unconditional return policy according to relevant regulations, effectively protect consumer rights, strengthen intellectual property protection, establish rules for intellectual property protection, take necessary measures against infringements discovered, and actively assist law enforcement agencies in investigating infringement actions.

5. Uphold correct values, strengthen corporate self-governance, comply with social norms and regulations, and consciously establish a good corporate management philosophy. Conduct legal training for employees on relevant laws such as the E-commerce Law, Anti-Monopoly Law, Anti-Unfair Competition Law; strengthen internal management, never tolerate direct or indirect involvement of internal personnel in improper competitive behavior.

6. Strengthen communication and coordination, safeguard their own interests according to law. When discovering clues of illegal or irregular behavior in the market environment, report to government regulatory departments through proper channels in a timely manner, and actively cooperate with investigations and handling, or take legal action to protect their own rights and interests.

We will fulfill the above commitments, consciously accept public supervision, jointly create a safer and more trustworthy, fair and orderly online market environment.

The meeting was conducted via video, with the State Administration for Market Regulation as the main venue and Shanghai, Jiangsu, Zhejiang, Guangdong, and Shenzhen as sub-venues. The meeting fully communicated and exchanged views on the current development of the Internet industry and the problems existing in industry

*Translator's Note: Ads and other irrelevant content on source document are not translated.*

competition, forming a consensus on maintaining fair competition order and promoting healthy industry development. Yizhi Qin, Deputy Director (Minister-level) of the State Administration for Market Regulation, attended the meeting and delivered a speech at the main venue. Relevant bureaus of the State Administration and responsible officials from the Beijing, Shanghai, Jiangsu, Zhejiang, Guangdong, and Shenzhen Market Supervision Bureaus also attended the meeting.

In his speech, Yizhi Qin  affirmed the positive contribution of the platform economy to coordinating epidemic prevention and control with economic and social development. He congratulated platform companies on achieving new development results under the dual pressure of economic downturn and epidemic prevention and control. At the same time, he also pointed out issues such as unfair competition, consumer rights infringement, and damage to public interests in the development of the platform economy. He hoped that platform companies would deeply study and implement the spirit of General Secretary Xi Jinping's important speeches on the Internet, implement the decisions and arrangements of the Party Central Committee and the State Council on Internet economic development, strictly regulate their own behavior, strive to be models of fair competition, strictly abide by legal provisions, fulfill platform legal responsibilities, actively establish industry conventions, enhance their own governance capabilities, take proactive social responsibilities, consciously serve the overall development, turn consensus into action, fulfill commitments, and jointly promote the stable and healthy development of the Internet economy.

The representatives of the platform companies attending the meeting all stated that through industry conventions, giving full play to the self-discipline role of platform companies to regulate industry order and prevent disorder in the Internet market is a more efficient and feasible way, and also a concrete manifestation of social governance. In the current situation, the State Administration for Market Regulation advocates that platforms make commitments, which is a proactive measure based on industry realities, leveraging the initiative of enterprises and social supervision. Platform companies will adhere to their commitments, operate in compliance, fully support the market supervision department's supervision and law enforcement work, and accept social supervision, jointly creating a benign and healthy industry competition environment and promoting the sustainable and healthy development of the platform economy.

The market regulatory departments will strengthen supervision of platform companies' fulfillment of commitments, urge enterprises to fulfill the contents of the commitment letter, and, at the same time, adhere to bottom-line thinking, and for violations of the Anti-Monopoly Law, Anti-Unfair Competition Law, E-commerce Law, and other laws and regulations, conduct investigations and enforcement in accordance with the law to maintain a good industry order.

*Translator's Note: Ads and other irrelevant content on source document are not translated.*

---------------------------------------Special Statement--------------------------------------

This article is uploaded and published by the author or institution on The Paper, representing only the views of the author or institution and not those of The Paper. The Paper provides only an information publishing platform. If you wish to apply for The Paper ID Number, please visit http://renzheng.thepaper.cn using a computer.

*Translator's Note: Ads and other irrelevant content on source document are not translated.*

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )    Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of **"20 Internet platform companies jointly promise to maintain a good market order and promote healthy industry development." The Paper, July 17, 2020.**

### Specific Description of the Document

**<u>"20 Internet platform companies jointly promise to maintain a good market order and promote healthy industry development." The Paper, July 17, 2020.</u>**

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>5th of April 2024</u> in <u>Los Angeles</u>, California.


<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators


<u>Signature</u>

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com

# 20家互联网平台企业共同承诺：维护良好市场秩序 促进行业健康发展

 市说新语　|　＋ 关注

2020-07-17 19:15　北京　来源：澎湃新闻·澎湃号·政务　　　　　　　　字号▼

近日，市场监管总局召开"维护平台经济良好市场秩序促进行业健康发展"座谈会，百度、京东、快手、奇虎360、搜狗、美团、58同城、新浪微博、字节跳动、国美、携程、拼多多、小红书、苏宁易购、阿里巴巴、云集、蘑菇街、贝贝网、唯品会、腾讯共20家国内主要互联网平台企业代表在会上签署了《互联网平台企业关于维护良好市场秩序 促进行业健康发展的承诺》，向社会郑重承诺将依法合规经营、坚持互利共赢、公平参与市场竞争、强化平台治理、加强企业自治、加强沟通协调。

反馈

# 承　诺　书

### 互联网平台企业关于维护良好市场秩序
### 促进行业健康发展的承诺

为持续优化营商环境，推动平台经济持续健康发展，保障广大消费者、平台经济各方主体合法权益，维护互联网领域良好消费环境和公平竞争秩序，我们经充分协商，郑重向社会作出以下承诺：

一、依法合规，促进行业有序发展。遵守法律法规，恪守社会公德和商业道德，诚实守信、公平竞争，认真履行法定义务，切实落实法定责任，主动承担起更多社会责任、道德责任，共同维护网络市场良好秩序。

二、坚持互利共赢，实现共同发展。遵循自愿、平等、公平、诚实信用的基本原则，尊重平台内经营者的自主选择权。不强制要求平台内经营者进行"独家合作""独家授权"，不对平台内经营者的选择平台行为实施不合理限制或者附加不合理条件。

三、公平参与市场竞争，维护良好竞争秩序。不利用技术手段，通过影响用户选择或者其他方式，实施妨碍、破坏其他经营

- 1 -

反馈

者合法提供的网络产品或者服务正常运行的行为。不编造、传播虚假信息或者误导性信息，损害竞争对手的商业信誉、商品声誉。

四、落实平台责任，强化平台治理。对平台内经营者未取得相关行政许可从事经营活动、销售假冒伪劣商品、刷单炒信、虚假宣传、以不正当价格行为误导消费者、通过合同格式条款排除或限制消费者权利等行为，依法进行严格规范和有效治理。认真落实七日无理由退货有关规定，切实保护消费者权益。强化知识产权保护，建立知识产权保护规则，对发现的侵犯知识产权行为采取必要措施，并积极协助执法部门查处侵权行为。

五、坚持正确价值观，加强企业自治。遵守社会道德规范，自觉树立企业良好经营价值观。对企业员工开展《电子商务法》《反垄断法》《反不正当竞争法》等相关法律培训；加强企业内部管理，决不纵容企业内部人员直接或间接参与不当竞争行为。

六、加强沟通协调，依法维护自身利益。当发现涉嫌违法违规行为线索时，通过正当途径及时向政府监管部门举报，并积极配合调查处理，或采取诉讼等方式维护自身权益。

我们将践行以上承诺，自觉接受社会公众监督，共同营造更加安全放心、公平有序的网络市场环境。

- 2 -

会议以视频方式进行，市场监管总局设主会场，上海、江苏、浙江、广东、深圳设分会场。会议围绕当前互联网行业的发展情况、行业竞争存在的问题充分交流沟通，在维护公平竞争秩序、促进行业健康发展方面形成共识。市场监管总局副局长（正部长级）秦宜智在主会场出席会议并讲话。总局相关司局以及北京、上海、江苏、浙江、广东及深圳市场监管局相关负责同志出席会议。

秦宜智在讲话中肯定平台经济在统筹推进疫情防控和经济社会发展工作中作出的积极贡献，祝贺平台企业在经济下行和疫情防控双重压力下取得新的发展成绩，同时也指出平台经济发展中出现的不正当竞争行为、损害消费者权益和社会公共利益等问题。他希望各家平台企业深入学习贯彻习近平总书记关于互联网系列重要讲话精神，贯彻落实党中央、国务院关于互联网经济发展的各项决策部署，严格规范自身行为、争当公平竞争榜样，严格遵守法律规定、落实平台法律责任，积极建立行业公约、提升自身治理能力，主动担当社会责任、自觉服务发展大局，把共识化为行动，将承诺践行到底，共同推动互联网经济行稳致远、健康发展。

与会平台企业代表均表示，通过行业公约，充分发挥平台企业自律作用来规范行业秩序、防止互联网市场失序，是更为高效和可行的方式，也是社会共治的具体体现，在当前形势下，市场监管总局倡导各平台作出承诺，是立足行业实际、发挥企业主动性和社会监督作用的积极措施，平台企业将恪守承诺，合规经营，全力支持市场监管部

反馈

门的监管执法工作，接受社会监督，共同营造良性健康的行业竞争环境，推动平台经济持续健康发展。

市场监管部门将加强对平台企业履行承诺的监督工作，督促企业践行承诺书的内容，同时，坚持底线思维，对违反《反垄断法》《反不正当竞争法》《电子商务法》等法律法规的违法行为，依法进行查处，维护行业良好秩序。

──── 特别声明 ────

本文为澎湃号作者或机构在澎湃新闻上传并发布，仅代表该作者或机构观点，不代表澎湃新闻的观点或立场，澎湃新闻仅提供信息发布平台。申请澎湃号请用电脑访问http://renzheng.thepaper.cn。

0     收藏                                                         我要举报

**相关推荐**



厦门海沧一企业发生闪爆，3人死亡3人受伤



00:58

"001号员工"社交平台宣布"离开"，京东回应系正常退休



2023年12月，国内诞生4家独角兽企业，涉及人形机器人、电商零售等领域 I 看图

评论  （0）



写评论

0 / 800     发表

已经到底了

反馈