# EXHIBIT 24

# Internet Platform Enterprises Fulfill Their Commitments, Compete Fairly, and Regulate Development | Assume Responsibilities, Starting from Upholding Their Commitments

China Market Regulation News
2020.10.24 18:43

Focus

In Alibaba's vision, there is a statement that reads, "Alibaba does not pursue big or strong; Alibaba aspires to become a good company that survives for 102 years."

A good company entails embracing responsibility, taking responsibility, and displaying kindness. In a time when the profound impact of the Internet on the economy, society and humanity is evident, to realize its vision, Alibaba must not only face and fulfill its responsibilities nicely but also uphold them consistently; it must not only harbor ambition but also initiate action from the very first step; and it must not only bear the weight of these responsibilities but also persistently move forward.

Recently, with topics related to commitments made and fulfilled, responsibilities embraced and taken, Internet governance, and others in mind, the reporter conducted an exclusive interview with Hongbing Gao, the Vice President of Alibaba Group and the President of Alibaba Research Institute.

**Question**

Reporter:  During the symposium on "Maintaining a Healthy Market Order of the Platform Economy and Promoting the Industry's Sound Development" hosted by the State Administration for Market Regulation, Alibaba and other 20 Internet platform enterprises signed the "Commitment of Internet Platform Enterprises to Maintain a Healthy Market Order and Promote Industry's Sound Development," solemnly pledging to society that they would operate in compliance with the law, uphold mutual benefit and shared success, engage in fair market

1

competition, strengthen platform governance, enhance enterprise autonomy, and strengthen communication and coordination. Regarding the six aspects of the commitment, what specific measures has Alibaba taken primarily to fulfill them? What was the effect??

**Answer**

Hongbing Gao: Under the strong guidance of the State Administration for Market Regulation, Alibaba strictly regulates its own behavior, aims to be an example of fair competition, proactively assumes societal responsibility, and consciously serves overall development.

The first is to comply with laws and regulations and promote the orderly development of the industry. Alibaba consistently adheres to laws and regulations and strictly upholds societal morals and business ethics. Following the signing of the commitment letter, Alibaba has conducted multiple training sessions and assessments of laws and regulations such as the Anti-Unfair Competition Law, the E-commerce Law, and the Anti-Monopoly Law within the Group, while continuously enhancing its management system and review processes, and refusing to tolerate any acts of unfair competition, whether participated directly or indirectly by internal personnel. For example, Alibaba has launched the "Fat Boy Says Compliance" campaign within the company, which simplifies the relevant provisions of the Anti-Monopoly Law in plain language and widely promotes and publicizes them within the company.

Second, adhere to mutual benefit and shared success and achieve common development. Alibaba has always considered "making it easy to do business in the world" as its mission. While assisting small- and micro-sized merchants in overcoming difficulties, Alibaba has consistently upheld the fundamental principles of voluntariness, equity, fairness, and good faith, vehemently opposed the use of technical means to compel or coerce merchants into signing exclusive agreements, ensured that merchants maintain equal bargaining positions in e-commerce operational activities, and preserved their rights to independent operation and choices. Alibaba has also adamantly opposed unfair competition tactics on the platform that prohibit catering

2

merchants from using other online takeout platforms, fully respects merchants' right to make their own choices, and refrains from forcing or imposing interference in their business activities across different platforms. Simultaneously, Alibaba is committed to enhancing merchants' understanding of digital retail and improving their ability to use digital retail tools. By enhancing its ability to serve merchants, the platform's appeal is increased, enabling healthy competition with other platforms and igniting industry innovation through fair competition.

The third aspect is to implement platform responsibilities and strengthen platform governance. Alibaba has consistently placed significant emphasis on platform governance and has established a governance system that encompasses entity access, commodity management, monitoring of advertising and operational behavior, and so on, all leveraged by the Internet and digital technology; has streamlined the channel of consumer rights protection, continuously enhanced the after-sales experience, and created the ultimate after-sales experience and after-sales service guarantee; has worked towards establishing a social co-governance mechanism, linked law enforcement authorities and brand owners to form a "big data anti-counterfeiting alliance", and formed an integrated online and offline intellectual property protection mechanism; and by relying on mechanisms like people's mediation and general public review, has handled relevant disputes and controversies, strived to "keep conflicts within the online realm network," and crafted a "new Maple Bridge experience" in the digital era.

**Question**

Reporter: What are the primary methods that Alibaba employs to resolve business disputes between platform enterprises and platform operators, and those among platform enterprises? How is the effect of these methods? Any suggestions for further improving the dispute resolution mechanism?

**Answer**

3

Hongbing Gao: While serving consumers, Alibaba has always considered serving merchants and aiding in their growth as its core objective.

Business cooperation between the platform and a merchant on the platform is based on the contract signed by both parties. In the event of a dispute, Alibaba typically seeks to resolve the problem through friendly negotiations with the merchant. In exceptional circumstances with significant disagreements between the parties, Alibaba may resort to litigation or other methods in accordance with the dispute resolution provision in the contract.

Alibaba actively collaborates with regulatory and law enforcement efforts and welcomes market regulatory authorities to oversee and promptly deter and correct industry irregularities. Regarding issues involving Alibaba, we will steadfastly implement and actively rectify issues in line with regulatory authority requirements.

Digital economic innovation is developing rapidly, and new business cooperation models are constantly emerging. During the initial stages of innovation of a new model, some conflicts of interest may arise between platform companies and platform operators within the platform, as well as those among platform companies. Under the guidance of the State Administration for Market Regulation, we have actively explored innovative approaches to resolving disputes between platform companies and platform operators within the platform, as well as those among platform companies, and have achieved positive results. The State Administration for Market Regulation adheres to the regulatory principle of "toleration and prudence" and, with respect to particular issues, employs soft approaches such as coordination for specific issues and corporate commitments, which are not only more conducive to helping companies resolve disputes but also contribute to the healthy and rapid development of our country's digital economy.

**Question**

Reporter: What specific suggestions are available for strengthening communication and coordination with government regulatory authorities?

4

**Answer**

Hongbing Gao: Alibaba has established an effective communication mechanism with the State Administration for Market Regulation and market regulatory authorities at all levels, provided periodic business reports, and followed guidance from regulatory bodies.

The Internet and digitalization represent the prevailing trend and a new direction for addressing societal governance issues. As a creator of digital economic infrastructure, Alibaba is very willing to leverage its digital and technological advantages to closely link up with market regulatory authorities, strengthen collaboration, help shape a favorable ecosystem for development and oversight, and collectively construct a new governance model that merges effective markets with a government of actions.

**Question**

Reporter: What plans and specific measures does your company have for the future to actively participate in building a new development scheme?

**Answer**

Hongbing Gao: Building a new development scheme necessitates Alibaba's continued harnessing of the immense potential of digitalization based on new infrastructure. Next, Alibaba will provide buyers with RMB 150 billion of interest-free credit to purchase financial services, establish industrial belt service centers in 30 cities nationwide, create more than 100 industrial belt education centers and 1,000 industrial belt live broadcast centers, and significantly empower factories' digitization. At the same time, we have launched the Rhino Smart Manufacturing Platform, implemented a new manufacturing strategy, and initiated operations with small batches, at multiple frequencies, and with precision to enhance the modernization level of our country's industrial and supply chains as well as promote the development of a scheme in which

internal circulation takes precedence, while domestic and international dual circulations complement each other.

Based on this new vision, Alibaba will uphold the core concept of assuming responsibility for society as a whole and creating value, and move forward with determination!

**Reporter's Notes**

Alibaba's innovative contribution to the Internet industry is beyond question. After 20 years of development, Alibaba has gained widespread recognition for its remarkable performance and has seen its reputation and influence extend worldwide.

With great fame comes great responsibility. During the interview, Hongbing Gao consistently conveyed to the reporter the concept that fulfilling societal responsibilities constitutes the innermost core competitiveness of an enterprise and that Alibaba's societal responsibilities are not only integrated into its business model but also embedded in its corporate culture.

To fulfill societal responsibilities, it is essential to have not only a long-term goal in mind but also implementation step by step; when making commitments, it's crucial to ensure that they are upheld with tangible actions and to genuinely live up to what is promised, delivering results through these actions. We believe that Alibaba, committed to becoming a good company, can withstand the scrutiny of consumers and the long-term test of the market.

China Market Supervision

News reporter Xian Pang

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )    Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of **"Internet Platform Enterprises Fulfill Their Commitments, Compete Fairly, and Regulate Development | Assume Responsibilities, Starting from Upholding Their Commitments" China Market Regulation News, October 24, 2020.**

### Specific Description of the Document

**<u>"Internet Platform Enterprises Fulfill Their Commitments, Compete Fairly, and Regulate Development | Assume Responsibilities, Starting from Upholding Their Commitments" China Market Regulation News, October 24, 2020.</u>**

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>3rd of April 2024</u> in <u>Los Angeles</u>, California.


<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators



_____
Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com

# 互联网平台企业践行承诺 公平竞争 规范发展 | 担当责任，从践行承诺开始



中国市场监管报

2020.10.2418:43



在阿里巴巴的愿景中，有这样的表述——阿里巴巴不追求大，不追求强，阿里巴巴追求成为一家活 102 年的好公司。

好公司是担当，是责任，是善良。在互联网释放出的巨大动能深刻影响着经济社会以及全人类的当下，阿里巴巴要想实现愿景，对于担当和责任，不仅要做得漂亮，更要时时坚持；不仅要心存高远，更要始于足下；不仅要扛在肩上，更要执着向前。

近日，聚焦承诺践诺，围绕担当和责任以及互联网治理等话题，记者专访了阿里巴巴集团副总裁、阿里研究院院长高红冰。

**问**

记者：在市场监管总局召开的"维护平台经济良好市场秩序促进行业健康发展"座谈会上，阿里巴巴等 20 家互联网平台企业签署了《互联网平台企业关于维护良好市场秩序促进行业健康发展的承诺》，向社会郑重承诺依法合规经营、坚持互利共赢、公平参与市场竞争、强化平台治理、加强企业自治、加强沟通协调。践行承诺的 6 方面内容，阿里巴巴主要采取了哪些具体措施？成效如何？

**答**

高红冰：在市场监管总局的大力引导下，阿里巴巴严格规范自身行为，争当公平竞争榜样，主动担当社会责任，自觉服务发展大局。

一是依法合规、促进行业有序发展。阿里巴巴始终遵守法律法规，恪守社会公德和商业道德。签署承诺书后，阿里巴巴在集团内多次开展《反不正当竞争法》《电子商务法》《反垄断法》等法律法规培训和考核，同时不断完善管理制度和审核流程，绝不纵容企业内部人员直接或间接参与不正当竞争行为。比如，阿里巴巴在企业内部推出"小胖说合规"活动，针对《反垄断法》相关规定，以简要的语言提炼，在企业内部广泛推送、宣传。

二是坚持互利共赢，实现共同发展。一直以来，阿里巴巴都以"让天下没有难做的生意"为自己的使命。在帮扶小微商家纾困的同时，阿里巴巴始终坚持自愿、平等、公平、诚实信用的基本原则，坚决反对利用技术手段强制、胁迫商家签订独家协议的行为，保护商家在电子商务经营活动中享有平等的谈判地位，保护商家的自主经营权和选择权。阿里巴巴也坚决反对平台强迫餐饮商户不得上线其他外卖平台的不正当竞争手段，充分尊重商家的自主选择权，不强迫、不干预商家在不同平台开展经营活动。同时，阿里巴巴致力于提高商家理解数字化零售、更好地利用好数字化零售工具的能力，通过提高自身服务商家的能力，增强平台的吸引力，以此与其他平台形成良性竞争，以公平竞争激发行业创新活力。

三是落实平台责任，强化平台治理。阿里巴巴一直重视平台治理，依托互联网与数字技术，构建涵盖主体准入、商品管理、广告与经营行为监测等三位一体的治理体系；畅通消费维权通道，持续优化售后体验，打造极致售后体验与售后服务保障；推动建立社会共治机制，联动执法部门、品牌方建立"大数据打假联盟"，形成线上线下一体化的知识产权保护机制；依托人民调解、大众评审等机制，处理有关纠纷与争议，力求"矛盾不出网"，打造数字时代"新枫桥经验"。

**问**

记者：针对平台企业与入驻平台经营者之间、平台企业之间的经营纠纷，阿里巴巴主要采取哪些解决方式？效果如何？对于进一步完善纠纷解决机制有何建议？

**答**

高红冰：阿里巴巴服务消费者的同时，一直把服务商家、帮助商家成长作为自己的核心目标。

平台与平台内商家之间的商业合作依据双方签订的合同开展。如果出现纠纷，大多数情况下，阿里巴巴通过与商户友好协商的方式解决问题。遇到特殊情况双方出现严重分歧时，阿里巴巴会依据合同约定的争议解决方式选择诉讼或其他方式。

阿里巴巴积极配合监管执法工作，欢迎市场监管部门监督并及时制止、纠正行业乱象。涉及阿里巴巴的问题，我们会按照监管部门的要求，坚决落实、积极整改。

数字经济创新迭代迅速，新商业合作模式不断涌现。在新模式创新之初，平台企业与平台内经营者、平台企业之间可能会产生一些利益冲突。在市场监管总局的引导下，我们积极探索解决平台企业与平台内经营者、平台企业之间纠纷的新路径，取得了良好效果。市场

监管总局坚持"包容审慎"监管原则，采取针对特定问题进行协调、企业承诺等柔性处理方式，更利于帮助企业解决纠纷，也更利于我国数字经济的健康快速发展。

**问**

记者：对于加强与政府监管部门的沟通协调，有哪些具体建议？

**答**

高红冰：阿里巴巴与市场监管总局以及各级市场监管部门建立了良好的沟通机制，不定期进行业务汇报，接受监管部门的指导。

互联网和数字化是大势所趋，是解决社会治理问题的新方向。阿里巴巴作为数字经济基础设施建设者，非常愿意通过自身数字化和技术优势，与市场监管部门紧密联动，加强协作，助力形成发展与监管的良性生态，共同构建有效市场和有为政府相结合的治理新模式。

**问**

记者：对于积极参与构建新发展格局，贵公司未来有哪些计划和具体措施？

**答**

高红冰：构建新发展格局，要求阿里巴巴以新基建为基础，持续释放数字化的巨大能量。下一步，阿里巴巴将为采购商提供 1500 亿元免息赊购金融服务，在全国 30 个城市建立产业带服务中心，打造超 100 家产业带教育中心和 1000 个产业带直播中心，深度赋能工厂数字化。同时，我们推出犀牛智造平台，实施新制造战略，从小批量、多频次、精准化入手，提升我国产业链供应链的现代化水平，促进形成以内循环为主体、国内国际双循环相互促进的发展格局。

基于崭新的愿景，阿里巴巴将秉持为全社会担当责任、创造价值的核心理念，坚定前行！

**记者手记**

阿里巴巴对于互联网行业的创新贡献是毋庸置疑的。走过 20 年的历程，阿里巴巴以骄人的发展业绩声名远扬，其名气和影响力辐射全世界。

名气越大，责任越大。采访过程中，高洪冰始终传递给记者这样一种理念——履行社会责任是企业的最核心竞争力，阿里巴巴的社会责任不仅融入商业模式，更融入到企业文化中。

履行社会责任，不仅需要有着眼长远目标的胸怀，更需要落实在一件一件的事情上；作出承诺就必须用实实在在的行动践诺，真正做到言必行，行必果。我们相信，致力于成为好公司的阿里巴巴，能够经得起消费者的检视和市场的长期考验。

中国市场监管报记者 庞仙