# EXHIBIT 31

# KeyBanc
# Capital Markets

Today's Topics: PLYM, HXL, COP, MCFT

## Focus Research

### China Internet - ALERT: Initial Thoughts on New Regulatory Guideline about Anti-Monopoly

*Hans Chung, CFA - (503) 821-3944 - hchung@key.com*

Recently, the Chinese government issued a new anti-trust guideline (but not a law) for the internet platform economy, which specifies details about compliance of business practice in competition. This appears to create market concern on potential impact to leading internet companies such as BABA, Tencent, Meituan, Trip.com, to lesser extent on JD, PDD, VIPS, BIDU etc. That said, we believe the intention of regulators is to assure development of innovations through fair environment for competition instead of breaking up the internet giants. Despite potential impact on their business if those internet companies fully comply with the guideline, we don't expect significant changes in either those companies' core business or the industry landscape as we believe core competence of the leading companies is not replying on unfair competition, but on management of business operation, technology, product development, strategic investment, and so on. This is supported by our quick conversations with a few brand merchants on the e-commerce side. All of our interviewees are positive about the guideline as they can cooperate with other platforms without potential pressure from Alibaba; that said, they also believe it will create incremental sales rather than share shift from Alibaba to other platforms as customers are different and Alibaba still remains the top choice channel given its topnotch capabilities of digital marketing, data analytics, and business operation. Therefore, we think there is more headline risk than real risk to the core business for those leading companies.

Full report

### PLYM: Continued Execution on External Growth, Disc. Valuation + Premium Divy, Updating Estimates

Market Cap (M): $342.0 - Price: $13.47 - Target: $16 - Overweight
*Craig Mailman - (917) 368-2316 - cmailman@key.com*
*Jordan Sadler - (917) 368-2280 - jsadler@key.com*

PLYM posted a slight 3Q20 FFO miss, reinstated 2020 FFO guidance, and continued execution on the external growth front. Overall, we remain OW rated given: 1) PLYM's niche secondary market class B strategy and external growth potential; 2) discounted valuation (8.5x 2021 AFFO vs. 28.9x for industrial peers); and 3) a premium dividend yield (5.9% vs 3.0% for industrial peers and 4.7% for REITs overall). In addition, PLYM could stand to benefit as capital continues rotating to more value/higher beta names in a vaccine-driven trade.

Full report

### HXL - ALERT: Takeout Pending?

*Philip Gibbs - (216) 689-0312 - pgibbs@key.com*

This morning, Street Insider is reporting that Hexcel Corporation (HXL) received a "takeover approach" from Solvay SA (SOLB.BR), a competitor in the carbon fiber-based composites space for aerospace and defense applications. Hexcel,

## Key Revisions

**Focus Research EPS Estimate Changes***

| | 2020E | | | 2021E | | |
|---|---|---|---|---|---|---|
| Symbol | Old | New | Cons. | Old | New | Cons. |
| PLYM | $1.81 | $1.84 | $1.83 | $1.81 | $1.87 | $1.73 |

*\*FFO/share is shown for REITs*

---

**For analyst certification and important disclosures, please refer to the Disclosure Appendix.**

BABA_AML00003207_00001

Solvay, and Japanese-based Toray represent the heart of the carbon-fiber based composites global oligopoly. At the current price of $46, HXL would be trading ~12x EV/EBITDA on our 2022 recovery view, representing the midpoint of historical normalized range of 11-13x. In our last report in late October when HXL was at ~$32 (report link here), we suggested HXL could nearly double over time. $60-$65 would represent ~15x EV/EBITDA on our 2022 view (still cyclically depressed earnings), roughly the same multiple at which Solvay acquired Cytec several years ago.

Full report

## BABA, JD - ALERT: Summary on the 11.11 Singles Day Promotion Results

*Hans Chung, CFA - (503) 821-3944 - hchung@key.com*
The sales event (November 1-11) appeared to close on a strong note with both BABA and JD reporting solid growth in GMV. BABA's Tmall GMV grew 85% y/y in the period of 11.1-11.11 as it has a different setup for the event this year; on a comparable basis, it grew 26% y/y. According to the historical patterns, it would imply 24%+ y/y growth in Tmall GMV in C4Q, higher than our estimates and consensus of +23% y/y. As for JD, GMV during the period grew 33% y/y, which would imply high-20s % growth in 4Q revenue according to the historical patterns, above consensus of 27% y/y growth.

Full report

# Other Research

## Consumer

### MCFT: F1Q21 Recap; Reiterate SW Rating

*Brett Andress, CFA - (216) 689-0360 - bandress@key.com*
Results came in firmly above expectations, and while we come away with greater conviction around the retail/wholesale trajectory of the business into CY21, we believe there are still a few innings to go in terms of MCFT's NT earnings power recovery relative to peers as it works through NauticStar's turnaround and the Aviara plant ramp, putting a greater onus on execution. We see multiple recovery (for both MCFT and the industry) dependent on climbing the wall of worry around demand sustainability in the quarters ahead. Reiterate SW.

Full report

| Estimates | Current Year | Out Year |
|---|---|---|
| **EPS (Net)** | **$2.45** | **$2.75** |
| *Previous* | *$1.95* | *$2.45* |
| Cons. EPS | $1.98 | $2.67 |
| **EBITDA (M)** | **$74.0** | **$83.0** |
| *Previous* | *$63.0* | *$76.0* |
| Cons. EBITDA | $67.6 | $79.2 |

## Energy

### COP - ALERT: Announced a New 300-1,140 Bcfe Gas Condensate Discovery Offshore Norway; Expect Slight Positive Reaction Today

*Leo Mariani, CFA - (512) 872-7875 - leo.mariani@key.com*
We expect shares of COP to have a slight positive reaction today to its announcement of a 300-1,140 Bcfe gas condensate discovery in the Norwegian North Sea, though further appraisal will be needed to determine the ultimate size. This estimate of ultimately recoverable resource was also bigger than the 120-1,060 Bcfe that was ascribed to this discovery by the Norwegian Petroleum Directorate.

Full report

BABA_AML00003207_00002

## KeyBanc Capital Markets Upcoming Events

| Date | Event |
|---|---|
| 11/9 - 11/11 | **Group Meetings at the Virtual Edison Electric Institute (EEI) Financial Conference** |
| 11/11 | **KBR, Inc. (KBR) Stuart Bradie, CEO, and Alison Vasquez, IR** |
| 11/11 | **Virtual Fireside Chat: APIs & CPaaS** |
| 11/12 | **Arista Networks, Inc. (ANET) Virtual Company Meeting (NDR) with Ita Brennan, CFO, and Charles Yager, Dir. Product and Investor Advocacy** |
| 11/12 | **Domino's Pizza, Inc. (DPZ) Sell-Side Q&A** |
| 11/12 | **Clearwater Paper Corporation (CLW) Virtual Company Meeting (NDR) with Arsen Kitsch, CEO, and Michael Murphy, CFO** |
| 11/12 | **EMCOR Group, Inc. (EME) One-on-One Meetings** |
| 11/16 | **The Middleby Corporation (MIDD) Virtual Company Meeting (NDR) with Bryan Mittelman, CFO** |
| 11/17 | **Whiting Petroleum Corporation (WLL) Virtual Company Meeting (NDR) with Lynn Peterson, CEO, and Jimmy Henderson, CFO** |
| 11/17 | **Advanced Energy Industries, Inc. (AEIS) Virtual Company Meeting (NDR) with Yuval Wasserman, CEO, and Paul Oldham, CFO & EVP** |
| 11/17 | **Dassault Systemes SA (DSY-FR) Capital Markets Day** |
| 11/17 - 11/20 | **Autodesk, Inc. (ADSK) University** |
| 11/17 | **Luxfer Holdings PLC (LXFR) Virtual Company Meeting (NDR) with Alok Maskara, CEO, and Heather Harding, CFO** |
| 11/17 | **Gentex Corporation (GNTX) Virtual Company Meeting (NDR)** |
| 11/18 | **YETI Holdings, Inc. (YETI) Virtual Company Meeting (NDR) with Paul Carbone, CFO; Matt Reintjes, CEO; and Tom Shaw, IR** |
| 11/19 | **Berry Corporation (BRY) Virtual Company Meeting (NDR)** |
| 11/19 | **Blue Prism Group plc (PRSMB.L) Virtual Company Meeting (NDR) with Tom Hull, Head of IR** |

## Earnings Releases

| Date | Company | Symbol | Revenue (M) | EPS | Time |
|---|---|---|---|---|---|
| 11/11/2020 | MasterCraft Boat Holdings, Inc. | MCFT | | $0.33 | BMO |
| 11/11/2020 | Adient PLC | ADNT | $3643.90 | $0.96 | BMO |
| 11/11/2020 | Tetra Tech, Inc. | TTEK | $581.90 | $0.82 | AMC |
| 11/11/2020 | Revolve Group, Inc. | RVLV | $152.30 | | AMC |
| 11/11/2020 | Purple Innovation, Inc. | PRPL | $182.00 | $0.10 | BMO |
| 11/11/2020 | Alcon Inc. | ALC | $1601.50 | $0.22 | BMO |
| 11/12/2020 | Meritor, Inc. | MTOR | $719.30 | $0.01 | BMO |
| 11/12/2020 | Tencent Holdings Ltd. | 700.HK | 126566.58 RMB | 3.68 HK$ | BMO |
| 11/12/2020 | Farfetch Limited | FTCH | $374.10 | ($0.42) | AMC |
| 11/12/2020 | Wix.com LTD | WIX | $248.50 | ($0.21) | BMO |
| 11/12/2020 | Despegar.com, Corp. | DESP | $8.90 | | BMO |
| 11/12/2020 | Endava plc | DAVA | £93.63 | 22.00 p | BMO |
| 11/12/2020 | Cisco Systems, Inc. | CSCO | $11832.00 | $0.70 | AMC |
| 11/12/2020 | Applied Materials, Inc. | AMAT | $4604.00 | $1.17 | AMC |
| 11/12/2020 | Pinduoduo Inc. | PDD | 12413.37 RMB | ($0.06) | BMO |

BABA_AML00003207_00003

**Research Summary**

| 11/12/2020 | Globant S.A. | GLOB | $203.89 | $0.59 | AMC |
|---|---|---|---|---|---|
| 11/12/2020 | Berkeley Lights, Inc. | BLI | $15.30 | ($0.24) | AMC |
| 11/12/2020 | OncoCyte Corporation | OCX | $0.70 | ($0.09) | AMC |
| 11/13/2020 | CCL Industries Inc. | CCL.B | | C$0.76 | BMO |
| 11/13/2020 | Vipshop Holdings Ltd | VIPS | 21787.24 RMB | $0.28 | BMO |
| 11/16/2020 | AECOM | ACM | $1532.20 | | BMO |
| 11/16/2020 | Baidu, Inc. | BIDU | 27817.36 RMB | $1.88 | AMC |
| 11/16/2020 | iQIYI, Inc. | IQ | 7239.04 RMB | ($0.37) | AMC |
| 11/16/2020 | JD.com, Inc. | JD | 169707.22 RMB | $0.44 | BMO |
| 11/17/2020 | Walmart Inc. | WMT | $133654.00 | $1.19 | BMO |
| 11/17/2020 | Home Depot, Inc. (The) | HD | $32395.00 | $3.15 | BMO |
| 11/17/2020 | La-Z-Boy Incorporated | LZB | $447.20 | $0.55 | AMC |
| 11/18/2020 | PagSeguro Digital Ltd. | PAGS | 1704.71 R$ | | AMC |
| 11/18/2020 | NVIDIA Corporation | NVDA | $4425.44 | $2.58 | AMC |
| 11/18/2020 | Lowe's Companies, Inc. | LOW | $21387.00 | $2.16 | BMO |
| 11/18/2020 | Target Corporation | TGT | $20435.90 | $1.38 | BMO |
| 11/18/2020 | L Brands, Inc. | LB | $2678.80 | $0.04 | AMC |
| 11/18/2020 | Jack in the Box Inc. | JACK | $253.90 | $1.12 | AMC |

## Analyst Event/Days

| Date | Company | Symbol | Location |
|---|---|---|---|
| 11/11 | Verizon Communications Inc. | VZ | Virtual |
| 11/17 | Trinity Industries, Inc. | TRN | Virtual |

## Conferences and Trade Shows

| Date | Event | Location |
|---|---|---|
| 11/17 - 11/19 | Virtual NAREIT Meetings | Virtual |

BABA_AML00003207_00004

# Disclosure Appendix

## Important Disclosures

Important disclosures for the companies mentioned in this report can be found at https://key2.bluematrix.com/sellside/Disclosures.action.

Please refer to the analysts' recently published reports for company-specific valuation and risks.

## Reg A/C Certification

The research analyst(s) responsible for the preparation of this research report certifies that:(1) all the views expressed in this research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this research report.

## Rating Disclosures

| Distribution of Ratings/IB Services Firmwide and by Sector | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **KeyBanc Capital Markets** | | | | | **Consumer Energy Basic Materials Real Estate** | | | | |
| | | | IB Serv/Past 12 Mos. | | | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent | Rating | Count | Percent | Count | Percent |
| Overweight [OW] | 283 | 48.46 | 67 | 23.67 | Overweight [OW] | 38 | 49.35 | 10 | 26.32 |
| Sector Weight [SW] | 290 | 49.66 | 56 | 19.31 | Sector Weight [SW] | 39 | 50.65 | 1 | 2.56 |
| Underweight [UW] | 11 | 1.88 | 1 | 9.09 | Underweight [UW] | 0 | 0.00 | 0 | 0.00 |

## Rating System

**Overweight** - We expect the stock to outperform the analyst's coverage sector over the coming 6-12 months.

**Sector Weight** - We expect the stock to perform in line with the analyst's coverage sector over the coming 6-12 months.

**Underweight** - We expect the stock to underperform the analyst's coverage sector over the coming 6-12 months.

BABA_AML00003207_00005

**Disclosure Appendix (cont'd)**

---

### *Other Disclosures*

KeyBanc Capital Markets is a trade name under which corporate and investment banking products and services of KeyCorp and its subsidiaries, KeyBanc Capital Markets Inc., Member FINRA/SIPC ("KBCMI"), and KeyBank National Association ("KeyBank N.A."), are marketed.

KeyBanc Capital Markets Inc. ("KBCMI") does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This report has been prepared by KBCMI. The material contained herein is based on data from sources considered to be reliable; however, KBCMI does not guarantee or warrant the accuracy or completeness of the information. It is published for informational purposes only and should not be used as the primary basis of investment decisions. Neither the information nor any opinion expressed constitutes an offer, or the solicitation of an offer, to buy or sell any security. The opinions and estimates expressed reflect the current judgment of KBCMI and are subject to change without notice. This report may contain forward-looking statements, which involve risk and uncertainty. Actual results may differ significantly from the forward-looking statements. This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the specific needs of any person or entity.

No portion of an analyst's compensation is based on a specific banking transaction; however, part of his/her compensation may be based upon overall firm revenue and profitability, of which investment banking is a component. Individuals associated with KBCMI (other than the research analyst(s) listed on page 1 of this research report) may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(A), financial interest, if any, by any research analysts listed on page 1 of this report will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosure Appendix. KBCMI itself may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(F), if KBCMI, or its affiliates, beneficially own 1% or more of any class of common equity securities in the subject company(ies) in this research report, it will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosures Appendix. This communication is intended solely for use by KBCMI clients. The recipient agrees not to forward or copy the information to any other person without the express written consent of KBCMI.

Please refer to the analysts' recently published reports for company-specific valuation and risks.

BABA_AML00003207_00006