# EXHIBIT 32

# RE: IR message regarding regulations

**From:**   Michael Yao (姚允仁) <michaelyao@alibaba-inc.com>
**To:**   Rob Lin <rob.lin@alibaba-inc.com>; 武卫 <maggiewu@alibaba-inc.com>
**Cc:**   邱喆 <qiuzhe.qz@alibaba-inc.com>; Joe Tsai <joe@alibaba-inc.com>
**Date:**   Thu, 12 Nov 2020 13:48:33 +0800

Thanks.  I have been conveying these messages particularly the last one.

**From:** Rob Lin <rob.lin@alibaba-inc.com>
**Sent:** Thursday, November 12, 2020 1:43 PM
**To:** Michael <michaelyao@alibaba-inc.com>; Maggie <maggiewu@alibaba-inc.com>
**Cc:** Aviva <qiuzhe.qz@alibaba-inc.com>; Joe <joe@alibaba-inc.com>
**Subject:** Re: IR message regarding regulations

Thanks Maggie, based on your suggestions, I've made modifications to the response.  Please see below.  Rob

**\*\*\* IR Message \*\*\***

Before commenting on the proposed Guidance, it should be pointed out that the government is still seeking feedback on the draft Guidance.  The draft Guidance encompasses all types of industries including commerce, social, gaming, local services, travel and entertainment.

Our preliminary view is that we believe regulations that promote innovation and healthy and sustainable growth for the industry is positive.

**First,** Alibaba shares the same KPI with the government.  China's top leaders want China to be stronger and more stable i.e. healthy and sustainable growth.  Our business goals and KPIs are aligned with those of the government's including: domestic consumption (contribute 50%+ incremental GMV), trade (largest import and export platform), innovation (leading), advanced technology (alicloud, country's tech champion), rural development (D11 380k sellers from rural areas), help SMEs (10m+), poverty alleviation.

**Second,** the draft Guidance also put emphasis on platforms' protection of consumers and merchants.  Alibaba has 20 years of platform governance experience and we have always focused on improving ourselves to add value to consumers and our customers.  Not only have we been leading the industry in terms of technology advancement and commerce innovations, we have also built robust / healthy platform governance standards to self regulate in order to protect the interests of consumers and merchants.  These industry leading standards include:
- consumer rights protection
- merchant enablement
- data protection
- product and food safety
- brand / IP protection

**Lastly**, in terms of market's question regarding exclusivity. We DO NOT run our businesses through exclusivity. Merchants see the abudance of value on our platform and this is the reason they continue to do business on our platform. Additionally, given our strong and industry leading platform governance standards, we have protected the interests for the majority of our merchants by minimizing bad behaviors and abuses of small % of merchants on our marketplaces. These efforts have ensured solid and healthy long-term growth for Alibaba.

------------------------------------------------------------------

Sender:Maggie <maggiewu@alibaba-inc.com>
Sent At:2020 Nov. 12 (Thu.) 12:50
Recipient:Rob Lin <rob.lin@alibaba-inc.com>; Michael <michaelyao@alibaba-inc.com>
Cc:Aviva <qiuzhe.qz@alibaba-inc.com>; Joe <joe@alibaba-inc.com>
Subject:RE: IR message regarding regulations

FYI, the Guidance (《关于平台经济领域的反垄断指南》)is in its draft and seeking for feedbacks, and is expected to be finalized by the end of Dec. Our BU, GR, PG, Legal teams are working on the feedback to be submitted to the regulators, so this period of time is critical and sensitive that we don't want to over-communicate with capital market.

I think your proposed IR message below is appropriate for current stage. When I talk to investors, I normally emphasize two things:

1.  Shared same KPI with gov.
    What government or top leaders care about is to make China stronger and more stable, i.e. healthy and sustainable growth. Our business goals align with government goals and KPI : domestic consumption (contribute 50%+ incremental GMV), import/export (largest platform), innovation (leading), advance tech (cloud, country's 名片), help rural/Agriculture product (yesterday D11 380k sellers from rural poor areas), help SMEs (10m+), 扶贫Poverty alleviation ….

2.  Our 20 year efforts on platform governance
    We have built a robust/healthy platform in terms of consumer protection, merchant enablement, data security, brand/IP protection etc.

Copy Joe for your talk to investors.
Rob, we should also prepared if people ask about the detailed terms in the guidance.

Maggie
**From:** Rob Lin <rob.lin@alibaba-inc.com>
**Sent:** 2020年11月12日 12:00
**To:** Maggie <maggiewu@alibaba-inc.com>; Michael <michaelyao@alibaba-inc.com>
**Cc:** Aviva <qiuzhe.qz@alibaba-inc.com>
**Subject:** IR message regarding regulations

Maggie and Michael, below is a draft of how we should message the regulations. The below is trying to point out a few things:
  • regulations is positive if it supports both innovation and healthy growth

HIGHLY CONFIDENTIAL

- not only about ecommerce - many other industries and players will be impacted like TX and MT
- not only about exclusivity - 二选一 is only one of the many regulations put in place.  there's too much attention here by the market
- tell others our industry leading standards especially in consumer protection and platform governance - fake and brushed orders are very apparent in other platforms.  This point has been written off by almost all investors / analysts that ask us these questions.  We should be proactive here.

Please let me know if you have anything else to add.  The IR team is getting a lot questions from investors and analysts.  We want to set them straight with strong message. Thanks

**\*\*\* Draft written response \*\*\***
We believe regulations that promote innovation and create healthy and sustainable growth for the industry is positive.  First, the draft regulations encompass all types of industries including ecommerce, social, gaming, local services, travel and entertainment, etc.

Alibaba has always been very focused on improving ourselves to add value to consumers and our customers.  Not only have we been leading the industry in terms of commerce innovations, we have also continued to set higher standards to self regulate ourselves to improve value to consumers and customers.  These industry leading standards include:

- consumer rights protection
- consumer data protection
- Product and food safety
- data security
- brands and merchant IP protections
- among others

In terms of the favorite question, we do not run our businesses through exclusivity.  Merchants see the abudance of value on our platform and this is the reason they continue to do business on our platform.   Additionally, for merchants, not only do we provide a lot of value added services, we have also strive to protect the interests for the majority of our merchants through strong platform governance.  Our platform governance team has been leading the industry to minimize bad behaviors and abuses on our marketplaces in order to protect the interests of the majority of the merchants.

HIGHLY CONFIDENTIAL

BABA_AML00001855_00003