# EXHIBIT 35

**Goldman Sachs** | Equity Research

25 November 2020 | 2:32AM HKT

# Alibaba Group (BABA): A compliant BABA, aligned with China's LT goals; reiterate Buy (CL)

We hosted Alibaba for investor meetings on Nov. 23, 2020. Alibaba **remains compliant with all rules** in the Draft Guidelines published on Nov 11, 2020 (see note here), and management expects limited impact on their growth trajectory. Alibaba's strong market position in ecommerce is based on its core merchant offering and reinforces our Buy rating (Conviction List) with 12-month SOTP-based target prices of US$362/HK$352 (34%/30% upside); our TP implies a 21.3X fwd P/E, and the last close, 10X the core advertising and commission segment. We remain encouraged by its ability to leverage the unparalleled infrastructure setup in new business development and the group's meaningful progression in new initiatives.

Piyush Mubayi
+852-2978-1677 |
piyush.mubayi@gs.com
Goldman Sachs (Asia) L.L.C.

Elsie Cheng
+852-2978-1666 | elsie.cheng@gs.com
Goldman Sachs (Asia) L.L.C.

Ronald Keung, CFA
+852-2978-0856 | ronald.keung@gs.com
Goldman Sachs (Asia) L.L.C.

Lucy Li, CFA
+852-2978-1537 | wen.li@gs.com
Goldman Sachs (Asia) L.L.C.

Mika Fu
+852-2978-6539 | mika.fu@gs.com
Goldman Sachs (Asia) L.L.C.

Zoey Zhang
+852-2978-6461 | zoey.x.zhang@gs.com
Goldman Sachs (Asia) L.L.C.

Lynn Li
+852-2978-0233 | lynn.li@gs.com
Goldman Sachs (Asia) L.L.C.

**Key Takeaways from conference call**

**1) Anti-monopoly law: Alibaba is compliant, and aligned with China's long-term goals**

BABA remains compliant with rules, with its continuous efforts toward eliminating fraudulent/misconduct behavior on its platform, e.g. brushing, fake products. Further, no merchants are being restricted on their platform. While regulators are soliciting feedback on the guidelines published on Nov 11, 2020 (see our note here), Alibaba expects limited impact on its growth trajectory.

- The Draft Guidance serves as a refinement of previous anti-monopoly law and is designed to tighten controls.
- It aims to promote healthy and stable growth in the industry from multiple perspectives including customer rights and data protection, product safety and brand IP protection etc., rather than focusing on *just* anti-monopoly.
- The rule looks to address the concentration problem in various internet verticals, whereas ecommerce actually resides in the lower end in terms of concentration ratios (see Exhibits 1 and 2).
- BABA's interest is well aligned with what the draft rules aim to achieve, in light of their contribution to domestic consumption, promotion of trade and innovations etc.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00001

Goldman Sachs                                                                                          Alibaba Group (BABA)

**Exhibit 1: China ecommerce traffic concentration is low**
Industry traffic concentration/market share among major internet players across key verticals



Source: QuestMobile

**Exhibit 2: China ecommerce spending is among the least concentrated across the key verticals**
Industry concentration/market share among major internet players across key verticals, based on spending



Source: Companies

**2) Advertising and commission margin pressure in 2QFY21** was due four particular areas:

- **Investment in Taobao Deal** as BABA is still in the process of growing mind share among price sensitive customers. Taobao Deal achieved 100mn AAC (Active Annual Customers) in November, within which the concurrent Taobao users demonstrated higher purchase frequencies.

- **Spending on customer acquisition and retention**, as well as enhancement of existing users' purchasing frequency and ARPPU. New AAC reached over 10mn in 2QFY21. Management still sees ample room ahead in light of the current gap between MAU and AAC. They are looking at leveraging the Taobao Deal to help convert MAU through capturing more price sensitive customer cohort, as well as the whole Alibaba digital economy ecosystem to reach a wider range of internet users.

- **Increasing contribution from 1P business**, which has seen more quarterly fluctuation in margin vs 3P.

- **Increase in sales and marketing expenses** incurred from Singles' Day Festival, whose shopping windows spread over to early November this year.

**3) Community group buying** is an integral part of the holistic new retail business and is critical, to be consolidated with the existing businesses as:

- **Overlapping infrastructure:** The well-established new retail infrastructure with Hema, Ele.me, Cainiao etc., and more important AliCloud enables BABA to provide deeper and wider services to both sellers and buyers, as well as cover a full

25 November 2020                                                                                                              2

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00002

spectrum of customer/city segment.

■ **Customer acquisition:** In addition to multiple apps with sizable traffic to capitalize on, BABA sees particular value in the offline stores within their new retail ecosystem compared with pure front warehouse models. The stores could help to bring on customer traffic and interactions, as per management.

■ **Sourcing:** Specifically for agricultural products, BABA expects to integrate multiple business line, including Tmall rural support program, RT mart and Freshippo, to form higher bargaining power in procurement process and satisfy different customer needs with one-stop services. With the comprehensive new retail infrastructure, BABA is also looking at deepening collaboration with production bases/farmers through the enablement and digitalization of the market.

**4). Livestreaming** witnessed triple-digit growth in both GMV and users, as per management. Despite being an efficient way to supplement customer reach and expedite the transactions, livestreaming remains a diversified tool for merchants and won't be adopted in isolation. On that account, BABA sees limited competition from livestreaming platforms, which are still significantly behind the curve in terms customer mind share, SKUs and the ability to satisfy customized/on-time demand. These platforms serve as gateways for BABA to reach and monetize broader customer base. Management remains focused on life-time value of customers. Instead of being only a pure platform, the company also provides training for merchants and KOLs.

**5. AliCloud:** At the BABA Investor Day (see here), management guided AliCloud to turn profitable (at adj. EBITA level) in FY21. Profitability is due to :

■ High operating leverage;

■ Increasing revenue mix of non-IaaS business through cross-selling, especially of high value added vertical solution. The company sees both rising pricing power and increasing customer paying willingness, as the company scales up and extends its reach into competitive verticals. Meanwhile, the retention ratio at AliCloud is expected to improve on increasing adoption of higher tech products.

**6. Local services:** Unit economics of Ele.me. remain positive in 2Q21FY although decreased sequentially vs. 1Q21FY, largely attributable to higher subsidy and higher rider cost during the summer. The company stressed a more nimble subsidy strategy adjustable to customer groups/city segments, as well as the focus on operating efficiency including delivery time shortening and product matching enhancement. Management expects stable subsidy policies with the operating system maturing.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00003

### Exhibit 3: Alibaba Sum of Parts

The current stock price implies the core ad & commission segment trades at 10X

| SOTP (avg(FY22+FY23)) | Description | US$ mn | EV/Rev | PE (X) | Value | To BABA | Value to BABA | US$/sh | % of NAV | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| A. CORE | | FY22E-23E ave | | | | | | | | |
| 1  China commerce | | 109,530 | 5.6 | 18.2 | 608,873 | 99.5% | 605,954 | 217.4 | 60% | |
|    Advertising + commission | | 61,761 | 9.4 | 18.0 | 578,080 | 100.0% | 578,080 | 207.4 | 57% | 18x PER |
|    New retail/Other | | 45,300 | 0.6 | | 26,527 | 89.0% | 23,608 | 8.5 | 2% | 0.6x sales |
|       Sunart | | 29,196 | 0.4 | | 10,423 | 72.0% | 7,504 | 2.7 | | Market cap |
|       ex -Sunart | | 16,104 | 1.0 | | 16,104 | 100.0% | 16,104 | 5.8 | | 1x sales |
|    Wholesale | | 2,469 | 1.7 | 12.0 | 4,266 | 100.0% | 4,266 | 1.5 | 0% | 12x PER |
| 2  Cainiao | Logistics | 7,722 | 3.7 | (14.7) | 28,554 | 63.0% | 17,989 | 6.5 | 2% | Last transaction |
| 3  Local services | O2O | 8,356 | 5.0 | 112.5 | 41,779 | 72.0% | 30,081 | 10.8 | 3% | 5x sales |
| 4  International commerce | | 10,549 | 4.2 | 40.7 | 44,575 | 87.4% | 38,938 | 14.0 | 4% | |
|    Lazada | ASEAN ecomm. | 4,753 | 7.0 | | 33,162 | 83.0% | 27,524 | 9.9 | 3% | DCF |
|    Others | Int'l wholesale, Int retail ex Laz) | 5,796 | 2.0 | 10.0 | 11,413 | 100.0% | 11,413 | 4.1 | 1% | 10x PER |
| 5  Youku | Online video | 2,406 | 4.3 | | 10,436 | 100.0% | 10,436 | 3.7 | 1% | DCF |
|    Cloud, other | | 20,392 | 10.4 | | 211,457 | 100.0% | 211,457 | 75.9 | 21% | |
| 6  Cloud Computing | Aliyun | 17,370 | 12.0 | | 208,435 | 100.0% | 208,435 | 74.8 | 21% | 12x sales |
| 7  Other | UC Web, Autonavi | 3,022 | 1.0 | | 3,022 | 100.0% | 3,022 | 1.1 | 0% | 1x Sales |
| Total Core | | 157,440 | 5.8 | 27 | | | 914,855 | 328.2 | 91% | 27.5x PER |
| B. Associate/investments | | | | | | | | | | |
| Total Associate/Investments | | | | | 609,615 | | 135,561 | 48.6 | 13% | |
| C. Net cash | | | | | | | 71,824 | 25.8 | 7% | FY22E |
| Total | | | | | | | 1,122,240 | 402.6 | 111% | |
| D.  Less holdco discount | | | | | | 10% | (112,224) | (40.3) | -11% | |
| NAV :  BABA US, in US$ | FY22E | | | 28.6 | | | 1,010,016 | 362.0 | 100% | 22.6x FY23E PE |
| NAV :  9988.HK, in HK$ | FY23E | | | 22.6 | | | 7,857,925 | 352.0 | 100% | |
| Spot BABA US | | | | 21.3 | | | 752,936 | 270.1 | 34.0% | |
| Spot 9988 HK | | | | | | | | 264.0 | 33.3% | |

Source: Company data, Goldman Sachs Global Investment Research

### Exhibit 4: BABA P/E band



Source: Bloomberg

**Key risks**: Slower GMV growth, lower monetization, and more intense competition.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00004

Goldman Sachs                                                                                      Alibaba Group (BABA)

| | | | |
|---|---|---|---|
| **BABA** | 12m Price Target: **$362.00** | Price: **$270.11** | Upside: **34.0%** |
| **9988.HK** | 12m Price Target: **HK$352.00** | Price: **HK$270.00** | Upside: **30.4%** |

Buy CL

Market cap: $740.3bn
Enterprise value: $709.7bn
3m ADTV: $4.9bn
China
Asia Internet
M&A Rank: 3
Leases incl. in net debt & EV?: No
Asia ex. Japan Conviction List

## GS Forecast

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Revenue (Rmb mn) | 509,711.0 | 716,116.3 | 961,198.3 | 1,168,775.8 |
| EBITDA (Rmb mn) | 157,659.0 | 213,140.8 | 284,369.3 | 360,893.6 |
| EPS (Rmb) | 52.97 | 67.97 | 87.17 | 108.97 |
| P/E (X) | 24.3 | 26.1 | 20.4 | 16.3 |
| P/B (X) | 4.6 | 5.1 | 4.2 | 3.4 |
| Dividend yield (%) | NM | NM | NM | NM |
| N debt/EBITDA (ex lease,X) | (1.6) | (1.5) | (1.7) | (1.9) |
| CROCI (%) | 15.2 | 24.9 | 28.6 | 33.0 |
| FCF yield (%) | 4.0 | 3.7 | 4.0 | 5.2 |

| | 6/20 | 9/20E | 12/20E | 3/21E |
|---|---|---|---|---|
| EPS (Rmb) | 14.82 | 17.97 | 21.17 | 14.02 |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 23 Nov 2020 close.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00005

# Disclosure Appendix

## Reg AC

I, Piyush Mubayi, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

## The rating(s) for Alibaba Group (ADR) and Alibaba Group (H) is/are relative to the other companies in its/their coverage universe:

Alibaba Group (ADR), Alibaba Group (H), Baidu.com Inc., Bilibili Inc., Dada Nexus Ltd., Huya Inc., JD.com Inc. (ADR), JD.com Inc. (H), JOYY Inc., KE Holdings, Kingsoft Cloud, Kingsoft Corp., Lufax Holdings, MOMO.COM Inc., Meituan, NetEase Inc. (ADR), NetEase Inc. (H), OneConnect Financial, PChome Online Inc., Pinduoduo Inc., SINA Corp., Sea Ltd., Singapore Post, Sogou Inc., Tencent Holdings, Tencent Music Entertainment Group, Tongcheng-Elong Holdings, Trip.com Group, Uxin Ltd., Vipshop Holdings, Weibo Corp., Xiaomi Corp., iQIYI Inc.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 5% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: Alibaba Group (ADR) ($270.11) and Alibaba Group (H) (HK$270.00)

Goldman Sachs has received compensation for investment banking services in the past 12 months: Alibaba Group (ADR) ($270.11) and Alibaba Group (H) (HK$270.00)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Alibaba Group (ADR) ($270.11) and Alibaba Group (H) (HK$270.00)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Alibaba Group (ADR) ($270.11) and Alibaba Group (H) (HK$270.00)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Alibaba Group (ADR) ($270.11) and Alibaba Group (H) (HK$270.00)

Goldman Sachs makes a market in the securities or derivatives thereof: Alibaba Group (ADR) ($270.11) and Alibaba Group (H) (HK$270.00)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | Investment Banking Relationships | | |
|--------|-----|------|------|-----|------|------|
|  | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 49% | 35% | 16% | 64% | 57% | 54% |

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00006

As of October 1, 2020, Goldman Sachs Global Investment Research had investment ratings on 3,122 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)





## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00007

Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Goldman Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research. **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a  stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).** Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable.  **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00008

trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2020 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:05 AM Alibaba Group

BABA_AML00002870_00009