# EXHIBIT 36

# J.P.Morgan

Asia Pacific Equity Research                                                              25 November 2020

# China Internet

## 8th Global TMT conference takeaways

We hosted our 8th Global TMT conference last week with a wide range of Internet and Technology firms participating. Our key takeaways are as follows:

- While smaller companies are generally excited about introduction of the anti-trust law in the Internet space, platform leaders (i.e. Alibaba and Tencent) are not too concerned about it as: 1) their core-core businesses operate in a highly competitive environment, and 2) their business model and key competitive advantages are not built on misuse of dominant market position.

- Ecommerce companies with domain knowledge and operational resources in grocery retailing (i.e. Alibaba and JD) are relatively less enthusastic about community group-buy than Meituan and PDD, as the former haven't been able to identify ways to create value in the local grocery supply chain, in a scalable fashion.

- Ecommerce companies are generally positive on near term business momentum, particularly for the late-cycle recovery category (i.e. apparel).

- Competition in China's IAAS cloud market has rationalized with a stable pricing trend YTD.

- Although development of China's Central Bank Digital Currency (CBDC) could have a profound impact on the financial system, industry experts expect insignificant impact to encumbent leading payment operators.

**JPM view**

The conference makes us more positive on near term earnings momentum of JD and Vipshop. Nonetheless, we view Vipshop's strong business momentum in 2H20 as cyclical rather than structural. **JD is our top pick in the China ecommerce space**.

While  Tencent's Fintech growth will be managed at a controlled pace in the near term, we expect its gaming operation to continue to outperform market expectation in the coming quarters. We believe Alibaba's diversified platform remains fundamentally healthy and we remain OW on a 12 month view. However, its near term outlook is dampened by overhang on anti-trust law and core-core investment. **Between the two platform leaders, we prefer Tencent to Alibaba on a six month view.**

We view Alibaba's rational competition strategy in food delivery a positive to Meituan's core food delivery business, which could lead to better-than-expected segment results in the near future. On the other hand, Meituan is likely to step up investment intensity in the coming quarters in community group-buy initiative. Given the uncertain financial outlook, we reiterate our Neutral rating on Meituan on a 12 month view. **However, positive food delivery momentum in 2H20 as a result of a benign competitive environment could lead to near term share price upside, in our view.**

We expect Vipshop's positive business momentum to continue into 4Q20. However, the cyclical and short-lived nature of the business momentum doesn't change our view on 2021 and beyond. **We reiterate our Neutral rating but expect upside to the current share price in the near future.**

## Tencent

We hosted James Mitchell, Chief Strategy Officer and Senior Vice President of Tencent, at a fireside chat during our 8th Annual Global TMT Conference. Below is a summary of the insights from the conversation:

- **General corporate strategy.** Management provided a few guidelines on how Tencent determines to conduct a business in-house or via making investments. Management believes that the businesses that are a better fit

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00001

with Tencent's pragmatic culture include those that 1) require **creativity over cost control**, regardless of capital intensity. For example, Tencent Video is a capital intensive business but has great creativity element, therefore Tencent runs long-form video business in-house; 2) business which requires **less headcount** (software being an exception). Based on such guidelines, management believes that **activities that better fit Tencent's core strength include online games, long-form video and digital payment; while those which are a less optimal fit include ecommerce, food delivery, and so on**.

- **Ecommerce.** James believes the increasing ecommerce penetration in China will benefit first-party ecommerce solutions (i.e. 1P model), as the model will become more powerful when consumption intensity increases. He thinks that offline retail infrastructure will evolve with the improvement in ecommerce penetration, which can be seen by the coexistence of Shopify and Amazon in the overseas market. Tencent's mission is to support offline retailers for continued online migration through mini-programs and smart retail initiatives.

- **Anti-monopoly guidelines.** James believes that: 1) the intention of the anti-trust regulations is to enable smaller companies to be able to compete with big companies. A lot of Tencent's investment portfolio companies are smaller companies, e.g. PDD, which should benefit from the regulations. 2) This round of anti-monopoly regulation's focus is more on transactional platforms. **For Tencent's core business, he doesn't think this should be a concern**, because 1) the gaming market is incredibly competitive with changing market share on a daily basis due to product launches; 2) social networking's market share is relatively stable but also competitive given that there are alternative choices such as Weibo. Tencent seeks to make its social networks more open and cooperative by working with a large number of partner companies. 3) Weixin's ecommerce initiative is far from monopolistic.

- **Long-term growth potential of the mobile games market**. James is positive on long-term growth of the mobile games market and offers perspectives by taking Honor of Kings (HoK) as an example.

  o From a **user engagement** perspective, HoK is under-monetized relative to its user engagement. HoK has achieved 10bn minutes of user engagement a day (100m DAU and over 100mins per DAU), which is higher than Taobao, Baidu, iQiyi and Tencent Video. From a monetization perspective, however, HoK's revenue per DAU per day (RMB ~1) is much less than Taobao and Baidu, which suggests that theoretically there are ample monetization opportunities in HoK through ads, although James indicates that so far they don't have a plan to do so.

  o By **revenue per DAU**, HoK is approximately half of Fortnite and slightly higher than that of FreeFire. China's GDP per capita is at US$~10k, similar to global GDP per capita. Fortnite is a global game but users are skewed towards North America and Europe which have a higher GDP per capita. FreeFire's users are more geared towards Southeast Asia which has a much lower GDP per capita which should suggest a lower rev per DAU, but as a matter of fact, the gap between rev per DAU of Freefire and HoK is narrowing quickly. This suggests that HoK also hasn't been fully monetized relative to the global benchmark.

  o From an **industry perspective**, the no. 1 player in many sectors usually takes a ~40% market share in the global market (e.g. Universal in the music label industry and Disney in the movie industry), suggesting that Tencent could continue to gain more market share in the global game market.

- **Change of smartphone games revenue sharing with Android channels.** James has already seen significant progress with revenue share with channels moving from 50% to 30%, but it doesn't lead to an immediate financial benefit, because 1) there is a time lag between cash receipts and accounting revenue, and 2) change of revenue share is structured in a progressive fashion. Therefore, the impact is a compromise between Tencent's objective to achieve a more logical and rational revenue sharing level and distribution channels' demand to maintain profit generation capability. Examples of change include 1) progressive revenue share cut on monthly basis, 2) new games' revenue share remains at a high level and diminishes over time as the game ages. Meanwhile, James believes that the fast-growing market size of smartphone game revenue will also offset the negative impact on channels.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00002

- **Fintech.** Tencent's management plans to operate the Fintech business in a way that takes consideration of the current regulatory environment, as well as potential future changes. This explains why Tencent is not involved in high-risk P2P lending products, and is self-restrained on structured financing products to grow loan book in a controlled manner. Tencent's Fintech profit is diversified across payment, financial product distribution and online lending. James indicated driving profit generation Fintech is not a high priority strategy as they have other major business lines (i.e. games and ads) that generate sizable profits.

- **Online ads.** James pointed out that re-targeting and video advertising has become the trend of online ads. It is encouraging that China has a higher portion of ad revenue online than the rest of the world, but the way to sell ad inventories is a few years behind. Tencent has been active in terms of providing high-technology and algorithm-based solutions to advertisers. For example, clients had to choose the inventories from different media vehicles on Tencent's ads platform separately in the past but they can now manage ads budget allocation across all of these properties through a centralized algorithm-based system. Therefore, Tencent has managed to increase its wallet share of advertisers as well as in the ad networks market.

## Alibaba

- **Potential impact from anti-trust guidelines.** The authorities are still gathering feedback and Alibaba has been in close contact with the regulators. Management believes the guidelines help stable industry development, and Alibaba has been the industry benchmark in terms of platform governance (such as restricting brushing transactions) vs. smaller competitors, in their view. Alibaba is facing the most pressure simply because it's the market leader. Despite many accusing Alibaba for using forced exclusivity, the fact is that most brands also have stores on other platforms. In addition, offering exclusive products is not only Alibaba's issue but the entire industry's issue.

- **View on online grocery/fresh foods.** Alibaba considers the business a high priority. Freshippo, Taoxianda, Cainiao Posts, Tmall Small Stores are all contributing to online grocery development. Some competitors attracted strong interest by expanding aggressively in the online fresh food space through the community group purchase model. However, Alibaba believes the online grocery/fresh food market is not just about traffic, but more about logistic infrastructure (both inter/intra-city) and supply chain, where Alibaba has established a solid foundation and has rich experience. With the support of this backbone system, Alibaba can try different models, some of which may work and some may not, but eventually Alibaba will be able to capture the benefits of rising online penetration in the segment.

- **On investments and margins.** Management reiterated that the September quarter was a weak quarter in terms of seasonality, so the impact on margin from extra spending/investments was amplified. The impact will be much more mitigated in the December quarter. The core-core margin pressure in the September quarter was partly due to the impact from business mix shift. For example, faster growth of B2B business led to lower margins due to higher sales commission. In addition, user acquisition for Taobao Deal achieved good ROI in terms of cost per active user.

- **On user growth and competition against Pinduoduo.** Taobao Deals' active buyers reached over 100m with lower user acquisition cost than the industry average, reflecting Alibaba's ecosystem synergy and differentiated product offering (value for money and many are not on Taobao). A user of both Toabao and Taobao Deals spent more on Alibaba's platform. Management questioned the competitor's ability to attract more brands as the competitor's aggressive pricing strategy could hurt relationship with brands. Alibaba continues to lead the industry in terms of user retention rate and cost to acquire/maintain users.

- **On search vs. recommendation feeds.** Feeds contributed 15%-20% of CMR revenue last quarter, with more traffic than search, which was driven by targeted consumption behavior vs. the higher frequency browsing of feeds. Alibaba didn't see search and feeds cannibalizing each other, as total paying merchants/PPC are still growing and search demand was not affected, since many consumers' search/feeds behaviors have been formed already.

- **On local consumer services.** Eleme cut subsidies in the June quarter and increased subsidy in September due to favorable seasonality. Unit economics have been on an improving trend despite seasonal fluctuation (June quarter enjoys lower cost vs. September). However, management doesn't think subsidy is the long-term sustainable strategy. Instead, its focus is on optimizing infrastructure, merchant quality, etc.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00003

- **On cloud services.** Alibaba can build strong PaaS/SaaS exposure because there's a lack of these services in China, unlike the strong SaaS market in the US. There's no need to debate whether AliCloud can be profitable, as even smaller players such as Kingsoft Cloud already turned profitable, and it's a business with high operating leverage. Tencent's comment that infrastructure can't make money is simply because its technology is not good enough.

## JD

- **Re-investments into 4Q20/2021 may affect near-term margins.** The company reiterated its strategy to invest more aggressively into 4Q20, as the solid profitability in the first nine months gives them plenty of buffer from a full-year budget basis. Investors should expect a more meaningful margin contraction sequentially into 4Q20, similar to what happened in 4Q19, in their view. The company hasn't completed the budgeting for 2021, but will continue to invest in three areas: omni-channels, lower-tier cities, and supply chain. Management also reminded investors that there were some one-off tailwinds for margins in both 2019 and 2020 (VAT cut in 2019 and waiving part of the social security expenses related to delivery staff during/post pandemic period). Nonetheless, management expects 4Q20 margin to increase YoY due to a more streamlined cost structure.

- **Still more upside for growth.** While management saw solid progress in 4Q20 so far, including the sales during Double 11, which was helped by Alibaba's move to extend the promotion period in-line with JD's, they don't want to jump to the conclusion that 4Q20 revenue growth will accelerate vs. 3Q20, as the consumption pattern may become more concentrated, potentially leading to weaker sales in December, similar to weaker online retail sales in 3Q20 post 6.18 promotion. Yet the company is confident about growth in the coming quarters, as there are still plenty of users in lower-tier cities asking for JD's better product quality/fulfillment efficiency, rather than just cheap prices. JD just finished the internal restructuring efforts by mid-2019, and started to drive user growth for about one year, so there are still many areas it can improve on to help user acquisition, such as personalization of user interface, etc. Category-wise, electronic/home appliance should enjoy some tailwinds into 4Q20/2021 on delayed new model launches, and better adoption of 5G phones, while the accelerating online penetration for its online supermarket business will be a structural catalyst for many years to come, and this should become its single largest category in a few years.

- **Focus on own strength in online supermarket space.** JD believes the faster online penetration of grocery/fresh foods lowered the entry barrier for new buyers in lower-tier cities, and multiple online grocery/fresh foods models may co-exist in the long-run, but all models will need the support from strong infrastructure and execution, which are JD's strength. JD will continue to deepen its strength in the B2C online supermarket model, while exploring other models on a small scale until it can confirm the viability. JD will continue to prioritize growth over profitability in this segment.

- **JD Logistics' profitability should continue to improve along with its scale in the long-run.** JDL turned profitable at the operating level in 2Q20, as its external orders maintained healthy growth (close to 50% of total orders in September), but it returned to a loss in 3Q20 due to seasonality and re-investment. While continuous investments to improve the infrastructure in lower-tier cities will still put pressure on JDL's margins, it should see margin improvement over time if it maintains solid growth to drive economy of scale. Management highlighted that JDL offers integrated logistics services, especially on the inventory management front, which is something the pure express delivery companies can provide, so JDL's profitability has been improving in recent years while the express delivery companies have been facing continuous pressure on margins.

- **Potential impact from the draft of ant-trust guidelines.** JD always follows its philosophy to offer an open platform, hence management expects hardly any negative impact. Instead, the guidelines could benefit JD's business in certain categories which suffered from forced exclusivity in the past.

## Vipshop

- **Growth momentum to continue on the back of merchandising capability.** Management believes the strong user/revenue growth momentum in 3Q20 should last into 4Q20 and even 2021, despite that the tailwinds from de-stocking demand post the pandemic may turn a bit weaker into 2021. They believe the acceleration of growth was mainly due to its better merchandising, and less about marketing, despite the fact that Vipshop did

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00004

increase sales & marketing expenses, mostly to remind/educate consumers on the differentiation of Vipshop vs. other platforms. Vipshop can further improve its strength in merchandising.

- **Positive user metrics.** The 36% YoY growth in quarterly active buyers in 3Q20 was a mix of new users and reactivated dormant users. The retention rate of new users after the first month has increased 5%-10% YoY in 3Q20. While new users/reactivated users' ARPU are significantly lower than loyal users, the former group's ARPU can double into the second year (and grow further after year 2) based on historical cohort. The company still thinks its market share of 10-15% in terms of China apparel inventory has upside, and its targeted population is up to 300m.

- **Margin may still see upside despite prioritizing growth over profitability.** The company re-emphasized that the current adjusted net margin level of 5%-6% is considered healthy internally, and Vipshop will try to re-invest the incremental margins to drive growth. However, the impact from the introduction of RMB 88 free-shipping (leading to lower ticket size per order and higher expense ratio) since late 2019 will no longer lead to YoY pressure into 2021. Sales and marketing expense ratio of 4-5% is already high in their view, while other expenses should remain largely stable with room to improve as its scale grows.

- **Offline: Some positives, some negatives.** Shan Shan outlets delivered revenue growth well above the blended level in 3Q20, as most Chinese consumers can't travel overseas and thus visited outlets with open spaces more often and spent more here. Vipshop will stick to its pipeline to open more outlets in the next three years. On the other hand, Vipshop/Vipmax offline discount stores suffered from lower traffic to shopping malls. The company has stopped expansion on this front and will evaluate how to improve the operation of existing stores first.

- **Potential impact from the draft of anti-trust guidelines.** Vipshop believes the guidelines should help smaller ecommerce players such as Vipshop, which suffered from large platforms' forced exclusivity for some brands. However, management also acknowledges that enforcement may be difficult.

## China IaaS

We hosted a meeting with Kingsoft Cloud CEO Yulin Wang, and UCloud founder and CEO Xinhua Ji, talking about key trends in the China cloud market, and their positioning and growth strategy in this fast-growing but also highly competitive market.

- **Both companies believe that the China cloud market is not a "winter takes all" market.** Although the entry barrier of the China cloud market continues to lift, an increasing amount of clients choose to adopt a multi-cloud strategy to minimize the dependency on a single cloud service provider and avoid potential conflicts of interest. It creates market opportunity for independent cloud companies.

- **Different positioning compared with leading players.** Both Kingsoft Cloud and UCloud position themselves as independent cloud service players. Kingsoft Cloud adopts a premium customer strategy, focusing on leading enterprises within selected verticals such as video, public services and financial services. UCloud differentiates itself by its unique product offering and direct sale strategy.

- **Key drivers of the China cloud market.** Cloud consumption from Internet companies should remain robust in the future. Meanwhile, digitalization of public services and traditional industries should accelerate post the pandemic outbreak. Thirdly, both companies think overseas market is a new growth opportunity for China's cloud companies, and their initial focus is to support Chinese companies' business expansion in Southeast Asia markets.

- **Expecting less intense price war.** The price of cloud services is decided by three things: technology advancement, scale and competition. Both companies see industry competition turning more benign, and expect competition-driven price cuts to moderate in the future.

- **Enterprise cloud is gaining traction.** The pandemic has stimulated demand for digitalization among traditional industries. Due to data security concerns, most public organizations and corporates choose to adopt hybrid or private cloud solutions. Enterprise cloud has higher margin than public cloud as 1) enterprise clients are willing to pay a higher price for solutions to address their security concerns, 2) equipment cost is borne by clients and 3) clients need to pay extra for customized deployment.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00005

## e-CNY

We hosted a meeting with Yang Ji, an assistant professor of Xiamen University, Stanley Yong, Head of Product Design APAC for Coins and Clearing from J.P. Morgan, and Andrew Work, Co-Founder and Director of The Lion Rock Institute, a think tank, to discuss the potential development of e-CNY and the implications to related players such as online payment platforms.

- **e-CNY's development may have binary outcomes: a total success or a total failure.** Professor Yang pointed out that e-CNY is the only retail CBDC (Central Bank Digital Currency) rather than a wholesale one. PBOC has explicitly stated that the intention is for e-CNY to replace a portion of physical cash (i.e. an alternative form of M0), and e-CNY is not designed to encroach on M1 or M2. As a form of M0, e-CNY is not interest bearing. Her model, however, suggests either e-CNY will have no impact at all due to unsuccessful adoption, or e-CNY will become very successful, leading to a more profound impact beyond the PBOC's expectation, i.e. encroaching into M1 and M2. Successful adoption of e-CNY requires digital payment as infrastructure, which will inevitably cause substitution though.

- **The impact from e-CNY may be limited as large internet finance platforms can offer services beyond payments.** All speakers agreed that e-CNY so far is just a product, while the leading internet finance platforms are more like financial supermarkets (for example, Weixin offers products across loan, investments, and insurance, rather than just Tenpay), so these platforms still offer strong value proposition to their users. As for the impact on the payment cost, the speakers had different views on whether the theoretical zero transaction cost of e-CNY will be reflected in merchants' cost and incentivize their adoption of e-CNY.

- **e-CNY should be used more to address domestic issues such as shadow banking rather than push the internationalization of RMB.** Mr. Work believes that China's focus on capital control is unlikely to change in the foreseeable future, and this will continue to affect the internationalization of the RMB. In his view, e-CNY can largely help authorities' visibility and enforcement around capital control, shadow banking, corruption, etc., and shadow banking may face the most direct impact from e-CNY, but it's not clear where the current demand for shadow banking will go.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00006

**Internet**

**Alex Yao** [AC]

(852) 2800-8535

alex.yao@jpmorgan.com

**Bloomberg** JPMA YAO <GO>

J.P. Morgan Securities (Asia Pacific) Limited/ J.P. Morgan Broking (Hong Kong) Limited

**Andre Chang, CFA**

(86-21) 6106 6362

andre.ch.chang@jpmorgan.com

SAC Registration Number: S1730520080002

J.P. Morgan Securities (China) Company Limited

**Binbin Ding**

(86-21) 6106 6363

binbin.ding@jpmorgan.com

SAC Registration Number: S1730520040003

J.P. Morgan Securities (China) Company Limited

**Allen Li**

(86-21) 6106 6358

allen.f.li@jpmorgan.com

SAC Registration Number: S1730520030004

J.P. Morgan Securities (China) Company Limited

**Daniel Chen**

(852) 2800-8579

daniel.q.chen@jpmorgan.com

J.P. Morgan Securities (Asia Pacific) Limited/ J.P. Morgan Broking (Hong Kong) Limited

**www.jpmorganmarkets.com**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00007

**Companies Discussed in This Report** (all prices in this report as of market close on 23 November 2020, unless otherwise indicated)
Alibaba Group Holding Limited(BABA/$270.11/OW), JD.com, Inc.(JD/$87.56/OW), Meituan (3690)(3690.HK/HK$303.40[24 November 2020]/N), Tencent (0700)(0700.HK/HK$584.00[24 November 2020]/OW), Vipshop(VIPS/$24.80/N)

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of JD.com, Inc..
- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to JD.com, Inc., Alibaba Group Holding Limited, Vipshop.
- **Market Maker/ Liquidity Provider (Hong Kong):** J.P. Morgan Securities (Asia Pacific) Limited and/or J.P. Morgan Broking (Hong Kong) Limited and/or an affiliate is a market maker and/or liquidity provider in the securities of JD.com, Inc., Alibaba Group Holding Limited, Tencent (0700), Meituan (3690) and/or warrants or options thereon, which are listed or traded on The Stock Exchange of Hong Kong Limited.
- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for Alibaba Group Holding Limited, Tencent (0700) within the past 12 months.
- **Analyst Position:** The covering analyst, member of the coverage team, non-fundamental analyst who may produce trade recommendations, or a member of their respective household(s) has a financial interest in the debt or equity securities of Alibaba Group Holding Limited.
- **Beneficial Ownership (1% or more):** J.P. Morgan beneficially owns 1% or more of a class of common equity securities of Alibaba Group Holding Limited.
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: JD.com, Inc., Alibaba Group Holding Limited, Tencent (0700), Meituan (3690).
- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Alibaba Group Holding Limited, Tencent (0700).
- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: JD.com, Inc., Alibaba Group Holding Limited, Tencent (0700), Meituan (3690).
- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Alibaba Group Holding Limited.
- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Alibaba Group Holding Limited, Tencent (0700).
- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Alibaba Group Holding Limited, Tencent (0700), Meituan (3690).
- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from JD.com, Inc., Alibaba Group Holding Limited, Tencent (0700), Meituan (3690).
- **Debt Position:** J.P. Morgan may hold a position in the debt securities of JD.com, Inc., Alibaba Group Holding Limited, Tencent (0700), Meituan (3690), Vipshop, if any.
- This document does not constitute or form part of any offer, solicitation or invitation to subscribe for or purchase any securities nor shall it or any part of it form the basis of or be relied upon in connection with any contract or commitment whatsoever. Any update regarding the valuation, view or forecast on Alibaba Group Holdings Ltd in this document does not take into consideration the information regarding Ant Group Co., Ltd.. Any valuation or forecast on Ant Group Co., Ltd. is not updated in this document.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00008

0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

### JD.com, Inc. (JD, JD US) Price Chart

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Apr 26, 2015. All share prices are as of market close on the previous business day.

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 05-Mar-18 | OW | 43.80 | 48 |
| 26-Apr-18 | OW | 35.88 | 45 |
| 09-May-18 | N | 36.94 | 38 |
| 17-Aug-18 | N | 31.97 | 32 |
| 10-Oct-18 | N | 23.78 | 28 |
| 20-Nov-18 | N | 21.11 | 24 |
| 10-Feb-19 | N | 23.99 | 23 |
| 01-Mar-19 | N | 27.71 | 30 |
| 30-Apr-19 | OW | 29.86 | 38 |
| 13-May-19 | OW | 28.17 | 40 |
| 14-Aug-19 | OW | 30.66 | 42 |
| 18-Nov-19 | OW | 33.55 | 43 |
| 20-Feb-20 | OW | 42.95 | 50 |
| 03-Mar-20 | OW | 43.30 | 52 |
| 18-May-20 | OW | 50.85 | 60 |
| 21-Jul-20 | OW | 63.40 | 77 |
| 18-Aug-20 | OW | 66.98 | 80 |
| 15-Oct-20 | OW | 81.10 | 100 |

### Alibaba Group Holding Limited (BABA, BABA US) Price Chart

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Oct 29, 2014. All share prices are as of market close on the previous business day.

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 02-Feb-18 | OW | 192.22 | 220 |
| 06-May-18 | OW | 188.89 | 230 |
| 24-Aug-18 | OW | 172.23 | 215 |
| 10-Oct-18 | OW | 146.94 | 210 |
| 04-Nov-18 | OW | 147.59 | 190 |
| 31-Jan-19 | OW | 166.82 | 200 |
| 16-Aug-19 | OW | 166.97 | 205 |
| 23-Oct-19 | OW | 169.89 | 230 |
| 03-Nov-19 | OW | 176.46 | 235 |
| 13-Jan-20 | OW | 223.83 | 240 |
| 12-Feb-20 | OW | 217.21 | 260 |
| 20-Feb-20 | OW | 222.14 | 280 |
| 24-May-20 | OW | 199.70 | 295 |
| 10-Jul-20 | OW | 261.58 | 300 |
| 15-Oct-20 | OW | 301.04 | 350 |

### Tencent (0700) (0700.HK, 700 HK) Price Chart

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Feb 07, 2010. All share prices are as of market close on the previous business day.



| Date | Rating | Price (HK$) | Price Target (HK$) |
|---|---|---|---|
| 18-Jan-18 | OW | 449.00 | 500 |
| 22-Mar-18 | OW | 462.60 | 485 |
| 17-May-18 | OW | 396.20 | 500 |
| 31-Jul-18 | OW | 367.20 | 480 |
| 16-Aug-18 | OW | 336.00 | 460 |
| 10-Oct-18 | OW | 293.80 | 400 |
| 15-Nov-18 | OW | 272.20 | 345 |
| 08-Jan-19 | OW | 317.60 | 375 |
| 22-Mar-19 | OW | 363.00 | 415 |
| 03-May-19 | OW | 391.40 | 470 |
| 26-Jul-19 | OW | 372.40 | 460 |
| 15-Aug-19 | OW | 340.00 | 450 |
| 14-Nov-19 | OW | 327.40 | 415 |
| 12-Feb-20 | OW | 409.00 | 530 |
| 14-May-20 | OW | 429.60 | 550 |
| 09-Jun-20 | OW | 430.00 | 600 |
| 13-Aug-20 | OW | 520.50 | 620 |
| 13-Nov-20 | OW | 577.00 | 655 |

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00009

**Meituan (3690) (3690.HK, 3690 HK) Price Chart**



| Date | Rating | Price (HK$) | Price Target (HK$) |
|------|--------|-------------|--------------------|
| 13-Oct-18 | OW | 59.30 | 90 |
| 23-Nov-18 | OW | 61.05 | 80 |
| 10-Feb-19 | OW | 57.90 | 75 |
| 12-Mar-19 | N | 58.90 | 55 |
| 24-May-19 | OW | 58.15 | 75 |
| 25-Aug-19 | OW | 70.00 | 85 |
| 23-Oct-19 | OW | 90.55 | 110 |
| 22-Nov-19 | OW | 91.90 | 125 |
| 20-Feb-20 | OW | 100.40 | 120 |
| 26-May-20 | OW | 125.80 | 165 |
| 21-Jul-20 | N | 188.40 | 200 |
| 23-Aug-20 | N | 245.20 | 225 |
| 15-Oct-20 | N | 278.40 | 235 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Oct 12, 2018. All share prices are as of market close on the previous business day.

**Vipshop (VIPS, VIPS US) Price Chart**



| Date | Rating | Price ($) | Price Target ($) |
|------|--------|-----------|-------------------|
| 29-Jan-18 | OW | 17.65 | 22 |
| 14-Feb-18 | OW | 17.49 | 23 |
| 16-May-18 | OW | 12.08 | 22 |
| 27-Jun-18 | OW | 10.97 | 18 |
| 15-Aug-18 | OW | 7.55 | 11 |
| 10-Oct-18 | N | 5.34 | 6 |
| 22-Feb-19 | N | 6.30 | 6.5 |
| 30-Apr-19 | OW | 8.12 | 11 |
| 27-Oct-19 | OW | 11.47 | 15 |
| 14-Nov-19 | OW | 11.40 | 16 |
| 20-Feb-20 | OW | 13.67 | 17 |
| 06-Mar-20 | OW | 16.66 | 20 |
| 29-May-20 | OW | 15.77 | 22 |
| 21-Jul-20 | OW | 21.68 | 25 |
| 20-Aug-20 | N | 19.26 | 20 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Mar 25, 2013. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Yao, Alex**: Alibaba Group Holding Limited (BABA), Baidu.com (BIDU), Bilibili (BILI), China Literature Limited (0772) (0772.HK), Focus Media - A (002027.SS), Huifu Payment (1806) (1806.HK), Jianpu Technology (JT), Kingsoft Cloud (KC), Meituan (3690) (3690.HK), NetEase (NTES), OneConnect Financial Technology (OCFT), Tencent (0700) (0700.HK), Tencent Music Entertainment (TME), Tongdao Liepin Group (6100.HK), Trip.com Group Ltd (TCOM)

**J.P. Morgan Equity Research Ratings Distribution, as of October 10, 2020**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|------|------|------|------|
| J.P. Morgan Global Equity Research Coverage | 47% | 39% | 14% |

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00010

| | | | |
|---|---|---|---|
| IB clients* | 52% | 49% | 37% |
| JPMS Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 75% | 70% | 55% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months. Please note that the percentages might not add to 100% because of rounding.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of J.P. Morgan Securities LLC, may not be registered as research analysts under FINRA rules, may not be associated persons of J.P. Morgan Securities LLC, and may not be subject to FINRA Rule 2241 or 2242 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR, China; Taiwan, China; and Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **China**: J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch, which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG ("JPM AG"), which is a member of the Frankfurt Stock Exchange, is authorised by the European Central Bank ("ECB") and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with a registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange (KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 018/04/2020 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 052/09/2020], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK and European Economic Area (EEA)**: J.P. Morgan Securities plc ("JPMS plc") is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. Unless specified to the contrary, material is distributed in the UK and the EEA by JPMS plc. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "relevant persons". This material must not be acted on or relied on by persons who are not relevant

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00012

persons. Any investment or investment activity to which this material relates is only available to relevant persons and will be engaged in only with relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material.

"Other Disclosures" last revised October 10, 2020.

**Copyright 2020 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:06 AM Alibaba Group

BABA_AML00003090_00013