# EXHIBIT 37

**Goldman Sachs** | Equity Research

27 November 2020 | 3:27PM EST

# GS TWIG Notes: This Week in Global Research - November 27, 2020

## Macro issues we're watching:

### Timeline to Normal: focus on May for many, a bit later for all

- In the US, we expect the first available vaccine doses to go to high-risk groups from mid-December onwards, leading to significant public health benefits beginning in 1Q21, with widespread vaccination commencing in April, writes Daan Struyven in "Vaccinating the Population: A Timeline." Salveen Richter echoes a similar timeline in "**MRNA**: The math of its COVID-19 vaccine." And Dr. Moncef Slaoui, the Chief Scientific Adviser for Operation Warp Speed, anticipates the US can likely achieve herd immunity (on vaccinating ~70% of the US population) in the month of May.  See also Keyur Parekh's "**AZN** Covid-19 vaccine: Half dose-full dose regimen delivers encouraging efficacy and Terence Flynn's "**REGN**: FDA issues EUA for COVID-19 antibody cocktail" for more on the road to a vaccine and treatments for the virus.

- And in Europe, on the back of the recent notable decline in new daily cases of the virus, Jari Stehn raises our GDP growth forecasts in 4Q20 (to -2.1% from -2.3%) and 1Q21 (to +0.9% from +0.5%) in a fresh European Views "An Earlier Spring."  By contrast in the US, however, where the number of new cases continues to rise, David Choi and Spencer Hill lower our GDP growth expectations in 4Q20 and 1Q21 to +3.5% and +1.0% (qoq, annualized) in "Winter Growth Update: Darker Before Dawn." We maintain our view, however, that the availability of a vaccine will significantly boost growth in 2Q21 and beyond even as Alec Phillips also trims our expectations for additional fiscal stimulus "Fiscal Stimulus: A Longer Delay Is Likely to Mean a Smaller Bill." The surge in cases we are seeing now is not being met by Congressional action, and by the time Congress does meet, the benefits of a vaccine may be more apparent. Finally, Praveen Korapaty believes that this difficult near-term outlook of no fiscal stimulus and lower growth driven by rising cases is likely to suppress US Treasury yields in "Near-term headwinds cap yields."

### The rotation is underway… albeit unevenly

- In US Credit, Amanda Lynam maintains our positive view on CCC bonds amidst a still-severe valuation discount and ahead of a vaccine that should allow groups upended by the COVID-19 disruption to return to a more normal backdrop for

Chris Hussey
+1(212)902-7564 | chris.hussey@gs.com
Goldman Sachs & Co. LLC

Tarun Lalwani, CFA
+1(212)934-5821 |
tarun.lalwani@gs.com
Goldman Sachs India SPL

Sarah Herr
+1(212)357-0094 | sarah.herr@gs.com
Goldman Sachs & Co. LLC

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00001

business operations in "Credit Notes: Vaccination rotation: Sectors vs. ratings." Well positioned: Gaming. Separately in Japan, Kazunori Tatebe seeks out stocks that should maintain strong earnings momentum in a cyclical recovery in "Riding cyclical recovery wave post 2Q results." And looking at Gold, Mikhail Sprogis remains positive as real rates decline, inflation should eventually grow, and broad commodity prices rise in "Gold struck by rotation without reflation."

## Central bank update: FOMC, ECB, and PBoC still accommodative after all these years…

- Based on the FOMC's lengthy discussion of asset purchases in the November minutes, Jan Hatzius and team continue to expect the FOMC to extend the average maturity of its asset purchases at the December meeting, alongside introducing outcome-based forward guidance in "November FOMC Minutes Discuss Asset Purchase Plans." And in Europe, Jari Stehn and team look for the ECB to lengthen the terms of its QE programs in an effort to fend off the growth suppression effects of rising COVID cases in "Euro Area: Account of October ECB Meeting." Look for an extension of the pandemic QE program (PEPP) and the eligibility of the attractive TLTRO terms to the end of 2021 at its December meeting.  Finally in China, Zhennan Li looks for the PBoC to maintain a broadly supportive stance of slower but still-decent credit growth and stable policy rates in "China: PBOC Q3 monetary policy report suggests policy normalization."

## The important issues our Sector analysts are watching:

### We launch coverage of China's Energy sector

- In China, Nikhil Bhandari and Amber Cai weigh in on the Energy sector from the well-head to the home is two separate deep-dive reports where we launch coverage: "Initiate on Chinese oil majors; focus on FCF sustainability" and "Gas: Positioned for mid-decade demand acceleration." An expected rise in oil prices should favor producers over refiners although increasing competition is a key headwind for oil majors. We also focus on ESG. Favorite stock **CNOOC**. And looking at nat gas distributors, heightened competition at the well coupled with liberalizing reforms in China should drive greater nat gas supply, driving down costs for distributors and boosting margins. Look also for top-line growth acceleration as consumers switch from coal to gas. Favorite stocks: **ENN** and **China Gas**.

### Seeking out the innovators in a world enamoured with growth

- James Wang launches coverage with a positive view across a range of Taiwan-based Tech companies in three company notes: "**Lotes**: Accelerating CPU socket upgrades to drive earnings," "**Kinsus**: A beneficiary of both ABF and BT substrate growth," and "**GCE**: Solid cloud skill set the key differentiator." We focus on idiosyncratic stories tied to greater adoption of cloud-based solutions and growing computer component demand in a world increasingly tethered to the nuts and bolts of Tech.

- The path to electric vehicle adoption remains a focus of our analysts across regions and sectors. In Europe, a new finding that plug-in hybrid vehicles are less fuel efficient in practice than theory raises the potential that adoption of PHEV's could

27 November 2020                                                                                                2

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00002

ramp slower than what we model write George Galliers in "Europe Automobiles: PHEV debate could pose risk to flexible powertrain approach" and Kota Yuzawa in "Japan Automobiles: PHEV fuel economy under the spotlight in Europe." Most exposed to a drop-off in PHEVs: **BMW**, **Daimler**, and **Mitsubishi**. (see also Yuzawa's "Auto battery technological innovation unlikely to proceed in a straight line"). Separately, Jerry Revich weighs in further on the use of electric motors in trucks in "Investor feedback on the Future of Trucking."

- Finally, David Fishman dives deep into the small US market for renewable natural gas (produced from farm animal waste) and its potential role in reducing carbon emissions in "The Future of Energy Demand: Renewable Natural Gas." Buy: **DTE**.

## We held our US Metals & Mining and Australia Private Healthcare Conferences over the internet

- Emily Chieng and Karl Blunden present highlights from our Metals & Mining Conference held last week in two notes: "Takeaways from our Global Metals and Mining Conference" and "Takeaways from the GS Metals & Mining Conference: (1) Demand, (2) Supply (3) Operations, (4) Balance Sheet." Corporations at the conference struck a positive tone on sustained demand. Focus on: an attractive outlook for copper and nickel, plus potential consolidation within the sector.

- In Australia, Ashley Dalziell lays out the highlights from our 2nd GS ANZ Private Healthcare Conference in "Australia Healthcare: Key Takeaways." COVID has accelerated take-up and increased open-mindedness surrounding a range of alternative care models like Telehealth.

## Single Stock ideas from around the globe

- **Worley.** Look for the Australian services provider to increasingly shift from designing and maintaining complex traditional energy/chemicals projects to projects focused on the green energy transition writes Alex Karpos in "Buy, add to CL."

- **Omega Geracao.** Pablo Manfredini highlights how the Brazilian renewable energy company's mandate to acquire operational alternative energy assets is key to its existing growth story in "Initiate at Buy."

- **H&M.** The European apparel company has benefited from ongoing 'at-home' and casualization clothing trends, while its multi-year investment trends continue to drive growth and margin expansion writes Richard Edwards in "Up to Buy."

- **Kojamo Oyj.** An increased development backlog and activity, enhanced focus on its digital platform, and recent underperformance set the stage for growth at the Finnish real estate company writes Jonathan Kownator in "Up to Buy."

- **BABA.** Piyush Mubayi believes the Chinese internet company is compliant with China's new anti-monopoly rules, limiting regulatory overhangs, and expects upside from accelerating Livestreaming and cloud in "Reiterate Buy (CL)."

- **CSGP.** George Tong highlights how CoStar's announced acquisition of Homesnap expands the real estate company's suite of real estate agent tools at an opportune time in "Expanding into residential real estate services."

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00003

## GS Conferences & Conference Calls

### Upcoming Virtual & In-Person Conferences

- **November 30-December 2nd: 12th Annual Industrials Conference** | Visit Conference Website

- **December 3-4th: 12th Annual Autos Conference** | Visit Conference Website

- **December 3rd: Credit Outlook Conference: Insights into 2021** | Visit Conference Website

- **December 8-9th: US Financial Services Conference** | Visit Conference Website

### Upcoming Conference Calls & Webcasts

- **December 1st @ 10 AM ET - Previewing What's Ahead: Expectations for the President's First 100 Days in Office,** with Andrew Card, White House Chief of Staff (2001-2006); Mayor Rahm Emanuel, 55th Mayor of Chicago; Margaret Anadu, GS; Kim Posnett, GS; Dina Powell McCormick, GS;  Moderated by Joe Wall, GS | Click here to register: U.S. Election Dynamics: Unpacking What's Ahead

- **December 1st @ 10-3 PM ET – GS Credit Outlook Call/Webcast: 2021 Outlook Series Day 1: High Yield Sector Views and Best Ideas – Tech, TMT,  Energy, Building, Gaming and Power & Utilities** with Frank Jarman, Jason Kim, Karl Blunden, Kwaku Abrokwah, Komal Patel & Sandeep Sama | Click here to access webcast | Password: 2021creditoutlook

- **December 2nd @ 10-2 PM ET – GS Credit Outlook Call/Webcast: 2021 Outlook Series Day 1: High Yield Sector Views and Best Ideas – Autos/Industrials, Metals & Mining, Basic Materials, Healthcare & Specialty Finance** with Komal Patel, Karl Blunden, Travis Edwards, Frank Karman & Kwaku Abrokwah | Click here to access webcast | Password: 2021creditoutlook

- **December 8th @ 11 AM ET – GS Research Call/Webcast: After the Polyethylene Margin Surge…Where to Now?** with Brian Pruett & Kim Haberkost, Chemical Data; hosted by Bob Koort| Dial in: 973-528-0056 | Passcode: 567200 | Click here to access webcast

### Conference Call & Webcast Replays & Podcasts

- **Global Opportunity Asset Allocator Outlook 2021: Rotation Inoculation** with Peter Oppenheimer, Kamakshya Trivedi, Praveen Korapaty, Damien Courvalin & Amanda Lynam; moderated by Christian Mueller-Glissmann | | Click here to access podcast

- Please visit our **"Audibles"** page for all of our Webcast replays

### Recent Podcasts

- Research Unplugged: ESG Sector Roadmaps - Focus on Utilities with Sandra Lawson, Michael Lapides & Alberto Gandolfi

- Research Unplugged: A View from the Sector Specialist Desk: Focus on Financials - a conversation with Sarah Cha

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00004

## Resource Corner

Click the bullets below to access our landing pages for the latest research on:

**In the News**

- US Election
- Future of Work
- Coronavirus Impact
- Reopening the Economy
- China's Restart
- Climate Change
- Brexit

**Innovation**

- 5G
- Cars: The Road Ahead
- Cloud Computing
- Genome medicine
- Healthcare Innovation
- Blockchain & Cryptocurrencies

**Market Themes**

- Macro Themes
- The New Oil Order
- ESG
- China and the Future

**Publications & Features**

- Research Unplugged
- Top of Mind
- Mindcraft
- Venture Capital Horizons



**Subscribe for monthly updates on long-lived research. For the complete library, see our Themes page.**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00005

# Disclosure Appendix

## Reg AC

We, Chris Hussey, Tarun Lalwani, CFA and Sarah Herr, hereby certify that all of the views expressed in this report accurately reflect our personal views, which have not been influenced by considerations of the firm's business or client relationships.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures
## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|        | Rating Distribution | | | Investment Banking Relationships | | |
|--------|------|------|------|------|------|------|
|        | Buy  | Hold | Sell | Buy  | Hold | Sell |
| Global | 49%  | 35%  | 16%  | 64%  | 57%  | 54%  |

As of October 1, 2020, Goldman Sachs Global Investment Research had investment ratings on 3,122 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Regulatory disclosures
## Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00006

## Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Goldman Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research. **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risk warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis.

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00007

Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2020 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

michaelyao@alibaba-inc.com Michael Yao 07/06/22 11:55:49 AM Alibaba Group

BABA_AML00002871_00008