# EXHIBIT 39

# Goldman Sachs | Equity Research

12 April 2021 | 8:23PM HKT

Buy CL

# Alibaba Group (BABA)

## SAMR penalties bring closure, removing overhang: Reiterate Buy (on CL)

| | | | |
|---|---|---|---|
| **BABA** | 12m Price Target: **$350.00** | Price: **$223.31** | Upside: **56.7%** |
| **9988.HK** | 12m Price Target: **HK$340.00** | Price: **HK$232.20** | Upside: **46.4%** |

The State Administration for Market Regulation's (SAMR) announced <u>administrative penalties</u> on Alibaba's **platform exclusivity** ("*choose one between two*") on 10 April, **bringing closure** to the anti-trust regulatory scrutiny that commenced in Dec 2020. The ruling is broadly in line with our previous views in our <u>deep dive/expert call takeaway</u> reports. SAMR seeks to protect the rights of both merchants and consumers, while recognizing the role that this platform (and others) will continue to play in China's economic growth and social development. Specifically **1)** A **fine of Rmb18.2bn** (**4%** of BABA's China revenue of Rmb456bn in CY2019) is imposed, equivalent to **5.8**% of BABA's cash and cash equivalents as of end-Dec 2020 and c.**12%** of FY21E Non-GAAP operating income (GSe). **2) Exclusivity practices to stop:** Alibaba is to stop prohibiting merchants from opening stores or conducting promotional activities on other platforms. While the exclusivity practice historically covered certain Tmall flagship stores and allowed strengthened competitive advantage at BABA during shopping festivals such as "6.18" and "11.11", merchant retention at BABA has largely been a result of continued value-add to merchants, in our view. On the back of a **98% annual retention rate of consumers** on the platform (as disclosed by SAMR), BABA noted in its <u>reply</u> that the company will continue to focus on customer value creation and customer experience, targeting to lower entry barriers and business operating costs for business partners across its platforms. **We expect potentially higher tech spend to improve merchant ROI, and also a recovery in BABA's incremental GMV market share in CY2021 (from 36% in 2020).**

**Piyush Mubayi**
+852-2978-1677 | piyush.mubayi@gs.com
Goldman Sachs (Asia) L.L.C.

**Elsie Cheng**
+852-2978-1666 | elsie.cheng@gs.com
Goldman Sachs (Asia) L.L.C.

**Ronald Keung, CFA**
+852-2978-0856 | ronald.keung@gs.com
Goldman Sachs (Asia) L.L.C.

**Steve Qiu**
+852-2978-2672 | steve.qiu@gs.com
Goldman Sachs (Asia) L.L.C.

## Key Data

Market cap: $612.0bn
Enterprise value: $579.7bn
3m ADTV: $4.3bn
China
Asia Internet
M&A Rank: 3
Leases incl. in net debt & EV?: No
Asia ex. Japan Conviction List

## GS Forecast

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| **Revenue (Rmb mn) New** | **509,711.0** | **711,592.2** | **958,112.4** | **1,167,989.6** |
| Revenue (Rmb mn) Old | 509,765.0 | 719,321.8 | 959,669.2 | 1,163,085.0 |
| EBITDA (Rmb mn) | 157,659.0 | 192,271.2 | 266,992.5 | 341,236.4 |
| **EPS (Rmb) New** | **52.97** | **68.15** | **81.20** | **102.08** |
| EPS (Rmb) Old | 52.99 | 68.62 | 84.43 | 105.56 |
| P/E (X) | 24.3 | 21.5 | 18.0 | 14.3 |
| P/B (X) | 4.6 | 4.1 | 3.4 | 2.8 |
| Dividend yield (%) | NM | NM | NM | NM |
| CROCI (%) | 15.2 | 22.9 | 26.7 | 31.1 |

| | 6/20 | 9/20 | 12/20E | 3/21E |
|---|---|---|---|---|
| EPS (Rmb) | 14.82 | 17.97 | 22.03 | 13.34 |

## GS Factor Profile



| Percentile | 20th | 40th | 60th | 80th | 100th |
|---|---|---|---|---|---|

Growth
Financial Returns
Multiple
Integrated

BABA relative to Asia ex. Japan Coverage
BABA relative to Asia Internet

*Source: Company data, Goldman Sachs Research estimates.*
*See disclosures for details.*

---

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

Goldman Sachs

Alibaba Group (BABA)

## Alibaba Group (BABA)

**Buy** CL
Rating since May 8, 2015

### Ratios & Valuation

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| P/E (X) | 24.3 | 21.5 | 18.0 | 14.3 |
| P/B (X) | 4.6 | 4.1 | 3.4 | 2.8 |
| FCF yield (%) | 4.0 | 4.7 | 4.4 | 5.8 |
| EV/EBITDAR (X) | 20.7 | 19.5 | 13.6 | 10.2 |
| EV/EBITDA (excl. leases) (X) | 20.7 | 19.5 | 13.6 | 10.2 |
| CROCI (%) | 15.2 | 22.9 | 26.7 | 31.1 |
| ROE (%) | 21.2 | 21.1 | 20.5 | 21.3 |
| Net debt/equity (%) | (37.5) | (37.9) | (43.8) | (50.2) |
| Net debt/equity (excl. leases) (%) | (37.5) | (37.9) | (43.8) | (50.2) |
| Interest cover (X) | 23.8 | 33.2 | 33.6 | 35.0 |
| Days inventory outst, sales | – | – | – | – |
| Receivable days | – | – | – | – |
| Days payable outstanding | 217.9 | 201.9 | 198.3 | 204.7 |
| DuPont ROE (%) | 15.1 | 16.6 | 16.9 | 17.8 |
| Turnover (X) | 0.4 | 0.4 | 0.5 | 0.5 |
| Leverage (X) | 1.5 | 1.5 | 1.5 | 1.5 |
| Gross cash invested (ex cash) (Rmb) | 773,486.0 | 901,517.9 | 974,126.8 | 1,068,064.4 |
| Average capital employed (Rmb) | 519,087.0 | 643,525.0 | 735,161.7 | 787,607.3 |
| BVPS (Rmb) | 283.10 | 352.96 | 425.33 | 517.50 |

### Growth & Margins (%)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Total revenue growth | 35.3 | 39.6 | 34.6 | 21.9 |
| EBITDA growth | 29.3 | 22.0 | 38.9 | 27.8 |
| EPS growth | 38.0 | 28.7 | 19.1 | 25.7 |
| DPS growth | NM | NM | NM | NM |
| EBIT margin | 24.2 | 21.5 | 22.8 | 24.0 |
| EBITDA margin | 30.9 | 27.0 | 27.9 | 29.2 |
| Net income margin | 26.0 | 25.5 | 23.0 | 24.0 |

### Price Performance

BABA ($)                                                           S&P 500

| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | (5.5)% | (25.5)% | 13.7% |
| Rel. to the S&P 500 | (12.4)% | (37.3)% | (23.2)% |

*Source: FactSet. Price as of 9 Apr 2021 close.*

### Income Statement (Rmb mn)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Total revenue | 509,711.0 | 711,592.2 | 958,112.4 | 1,167,989.6 |
| Cost of goods sold | (275,045.0) | (394,930.9) | (536,239.6) | (644,730.3) |
| SG&A | (68,104.0) | (112,848.8) | (138,903.5) | (167,718.6) |
| R&D | (29,426.0) | (37,171.6) | (50,057.5) | (58,686.8) |
| Other operating inc./(exp.) | 20,523.0 | 25,630.2 | 34,080.7 | 44,382.4 |
| **EBITDA** | **157,659.0** | **192,271.2** | **266,992.5** | **341,236.4** |
| Depreciation & amortization | (34,487.0) | (39,375.5) | (48,925.7) | (60,415.0) |
| **EBIT** | **123,172.0** | **152,895.6** | **218,066.8** | **280,821.4** |
| Net interest inc./(exp.) | 67,776.0 | 71,682.7 | 10,921.5 | 15,720.0 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **143,958.0** | **201,087.6** | **258,632.1** | **331,110.9** |
| Provision for taxes | (20,562.0) | (25,463.2) | (43,176.8) | (55,852.4) |
| Minority interest | 9,083.0 | 6,006.0 | 5,000.0 | 5,503.0 |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **132,479.0** | **181,630.3** | **220,455.3** | **280,761.6** |
| Post-tax exceptionals | 16,954.0 | (19,316.1) | (62,541.1) | (73,601.0) |
| **Net inc. (post-exceptionals)** | **149,433.0** | **162,314.3** | **157,914.2** | **207,160.6** |
| **EPS (basic, pre-except) (Rmb)** | **50.43** | **67.20** | **80.76** | **101.83** |
| **EPS (diluted, pre-except) (Rmb)** | **49.65** | **66.08** | **79.42** | **100.14** |
| **EPS (basic, post-except) (Rmb)** | **56.88** | **60.05** | **57.85** | **75.14** |
| **EPS (diluted, post-except) (Rmb)** | **56.00** | **59.06** | **56.89** | **73.89** |
| DPS (Rmb) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |

### Balance Sheet (Rmb mn)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Cash & cash equivalents | 345,982.0 | 437,880.3 | 605,410.5 | 836,911.9 |
| Accounts receivable | 0.0 | 0.0 | 0.0 | 0.0 |
| Inventory | – | – | – | – |
| Other current assets | 116,941.0 | 167,987.8 | 224,055.6 | 262,070.8 |
| **Total current assets** | **462,923.0** | **605,868.1** | **829,466.1** | **1,098,982.7** |
| Net PP&E | 103,387.0 | 128,991.4 | 163,894.8 | 203,607.6 |
| Net intangibles | 337,729.0 | 332,794.8 | 327,465.8 | 321,710.5 |
| Total investments | 350,961.0 | 455,305.0 | 495,305.0 | 537,305.0 |
| Other long-term assets | 57,985.0 | 96,934.8 | 141,605.0 | 179,240.8 |
| **Total assets** | **1,312,985.0** | **1,619,894.1** | **1,957,736.7** | **2,340,846.7** |
| Accounts payable | 184,740.0 | 252,212.4 | 330,434.4 | 392,674.9 |
| Short-term debt | 5,154.0 | 6,511.5 | 9,330.2 | 11,275.9 |
| Short-term lease liabilities | – | – | – | – |
| Other current liabilities | 51,978.0 | 71,910.4 | 95,647.3 | 113,856.9 |
| **Total current liabilities** | **241,872.0** | **330,634.2** | **435,411.9** | **517,807.7** |
| Long-term debt | 39,660.0 | 45,580.6 | 52,871.2 | 63,896.7 |
| Long-term lease liabilities | – | – | – | – |
| Other long-term liabilities | 151,802.0 | 149,324.2 | 164,488.1 | 183,944.8 |
| **Total long-term liabilities** | **191,462.0** | **194,904.7** | **217,359.3** | **247,841.5** |
| **Total liabilities** | **433,334.0** | **525,539.0** | **652,771.2** | **765,649.2** |
| Preferred shares | 9,103.0 | 9,103.0 | 9,103.0 | 9,103.0 |
| Total common equity | 755,401.0 | 970,105.1 | 1,180,715.5 | 1,450,947.5 |
| **Minority interest** | **115,147.0** | **115,147.0** | **115,147.0** | **115,147.0** |
| **Total liabilities & equity** | **1,312,985.0** | **1,619,894.1** | **1,957,736.7** | **2,340,846.7** |
| Net debt, adjusted | (320,543.0) | (405,163.2) | (562,584.1) | (781,114.4) |

### Cash Flow (Rmb mn)

| | 3/20 | 3/21E | 3/22E | 3/23E |
|---|---|---|---|---|
| Net income | 149,433.0 | 162,314.3 | 157,914.2 | 207,160.6 |
| D&A add-back | 42,427.0 | 39,375.5 | 48,925.7 | 60,415.0 |
| Minority interest add-back | (9,083.0) | (6,006.0) | (5,000.0) | (5,503.0) |
| Net (inc)/dec working capital | 21,418.0 | (2,591.9) | 1,221.0 | 4,799.2 |
| Other operating cash flow | (19,488.0) | 58,395.9 | 57,696.2 | 68,574.4 |
| **Cash flow from operations** | **184,707.0** | **251,487.8** | **260,757.0** | **335,446.2** |
| Capital expenditures | (45,386.0) | (60,045.8) | (78,500.1) | (94,372.5) |
| Acquisitions | (24,488.0) | (104,344.0) | (40,000.0) | (42,000.0) |
| Divestitures | 78.0 | – | – | – |
| Others | (38,276.0) | – | – | – |
| **Cash flow from investing** | **(108,072.0)** | **(164,389.8)** | **(118,500.1)** | **(136,372.5)** |
| Repayment of lease liabilities | – | – | – | – |
| Dividends paid (common & pref) | 11,049.0 | – | – | – |
| Inc/(dec) in debt | (155.0) | 4,800.3 | 25,273.2 | 32,427.8 |
| Other financing cash flows | 59,959.0 | 0.0 | 0.0 | 0.0 |
| **Cash flow from financing** | **70,853.0** | **4,800.3** | **25,273.2** | **32,427.8** |
| **Total cash flow** | **147,488.0** | **91,898.3** | **167,530.2** | **231,501.5** |
| Free cash flow | 139,321.0 | 191,442.0 | 182,256.9 | 241,073.6 |

*Source: Company data, Goldman Sachs Research estimates.*

12 April 2021

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00002

**Exhibit 1: Changes to our BABA estimates**

| | New FY21E | Chg | New FY22E | Chg | New FY23E | Chg |
|---|---|---|---|---|---|---|
| Rmb mn | | | | | | |
| Total revenues | 711,592 | -1.1% | 958,112 | -0.2% | 1,167,990 | 0.4% |
| Non-GAAP Net income | 181,630 | -0.7% | 220,465 | -3.9% | 280,762 | -3.4% |

Source: Goldman Sachs Global Investment Research

We fine-tune our earning's estimates to factor in the incremental spending tied to the growth initiatives on lower tier cities and BABA providing its merchants with better tech support. We reiterate our positive stance on BABA. Our 12-month SOTP-based TP is US$350/HK$340, lowered 3% on higher spending assumptions. **Maintain Buy** (on CL).

# Key takeaways from the update call with management

**Management believes the regulatory scrutiny related to Anti-monopoly law is largely behind**

Alibaba hosted a call at 8AM at 12 April 2021 to discuss the outcome of the regulatory investigation, and growth initiatives rooted in value creation for merchants and consumers as they move away from 2-for-1 exclusivity (on its Tmall and Taobao online shopping platforms). In particular:

- **Regarding outcomes of the ruling**: SAMR concludes that Alibaba has breached article 17 Clause 4 of the Anti-monopoly law, resulting in the following two actions:
    - BABA should stop practicing exclusivity misconduct of limiting merchants to do business with other platforms. BABA will strictly comply with the regulators' requirement. Meanwhile, management believes the impact is manageable as exclusivity only covers a few Tmall flagship stores, whereas merchants **have already adapted to the previous competitive landscape with different working arrangements/contracts,** such as distributors opening stores on the other platforms. The overall impact should be manageable.
    - The monetary penalties of 4% of BABA CY2019 domestic revenue is <20% of BABA LTM FCF. Accounting-wise, the associated fines will be reflected in 4QFY21E GAAP net income, within G&A expenses, which will be added back in Non-GAAP net income.
- **Regulatory headwind behind us**. During the call, management added that other than the review on a few M&A cases, a measure that is also applicable to other Internet peers, BABA is not aware of additional ongoing regulatory investigation. BABA will submit a self-evaluation report on 30 April providing continuous communication on the progress of exclusivity and platform improvement.
- **Focus on tech enabling merchants.** As BABA moves away from competing on exclusivity, the company will provide merchants with technology support going forward. BABA has already started offering **tech services and software for free to its merchants** in the March quarter, essentially waiving some technology services fees. Though BABA will simultaneously introduce more premium services, the

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00003

initiative will forego certain revenue opportunities in the commission revenue line, while incurring incremental costs. Management estimates that the overall sum impact will be <Rmb10bn, far less significant compared to spending on growth initiatives on **1)** expanding in lower tier cities and increasing purchase frequency, including Taobao Deals and Taobao Grocery as well as **2)** categories expansion and new brand incubation.

# Reading through the SAMR penalty notice

Adhering to our take on the Feb 2021 Anti-Monopoly guidelines, SAMR has followed a 3-step process for defining Alibaba's monopolistic misconducts: Definitions of the relevant market (相关市场界定),;Definitions of the format, mechanism and identification of what forges a monopoly agreement (垄断协议); and Descriptions of how to identify market dominance and define monopolistic behavior by evaluating a specific market condition/transaction situation (滥用市场支配地位). Below we outline key thinking highlighted by the regulator when establishing the case:

## 1. Defining the China online retail platform service market as relevant market.

While the market previously estimated that BABA could have some leeway on dissecting the revenue generated by the B2C (Tmall) and C2C (Taobao) models as the 2-choose-1 practices are primarily conducted by Tmall, SAMR viewed the business holistically and that both merchants in the B2C and C2C models are essentially hosting operators on the platform. The online retail platform provides a set of services such as online business premises, transaction matching, and information to help operators and consumers on the platform execute transactions under both models. Hence, in SAMR's view there is no essential difference in platform services between B2C and C2C online retail models. Meanwhile, SAMR believes the relevant geographic market is China for the purposes of its investigation.

## 2. SAMR believes Alibaba holds a dominant position in the relevant market.

SAMR concludes that Alibaba holds a dominant position based on: **1)** Its relatively high market share during 2015-2019, on both revenue and GMV metrics; **2)** The platform commands high market recognition and consumer stickiness, and **3)** The migration cost of merchants across different platforms is relatively high. BABA accepted SAMR's judgment. Specifically:

### I. Dominant market share

SAMR said Alibaba held a dominant market share (over 50%) in the China e-commerce segment during 2015~2019, on both GMV and revenue.

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00004

Goldman Sachs

**Exhibit 2: As per SAMR, from 2015 to 2019, BABA's online retail platform service revenue accounted for 86.07%, 75.77%, 78.51%, 75.44%, and 71.17% of the total service revenue of 10 major online retail platforms in China.**

**Exhibit 3: As per SAMR, from 2015 to 2019, BABA's GMV accounted for 76.21%, 69.96%, 63.58%, 61.70%, and 61.83% of the total domestic online physical goods GMV**





Source: SAMR

Source: SAMR

**High entry barrier of e-commerce sector.** SAMR believes entering the segment requires a large capital outlay to build a platform and establish a logistics system, payment system, data system and other facilities, but also requires continuous investment in brand reputation, marketing and promotion. Meanwhile, e-commerce platforms must acquire enough users, within an industry where customer acquisition cost (CAC) of E-commerce platforms is increasing year by year, introducing difficulties for potential entrants to reach critical scale.

### II. Influence over China ecommerce market

SAMR believes BABA commands strong **market influence** on account of: **1) Pricing power** with its transaction commission rate and the annual marketing promotion fee. **2)** Allocating traffic to merchants on the platform based on search ranking by setting algorithms; **3)** Controlling merchants sales channels on the platform, as physical goods GMV on Taobao and Tmall platforms account for more than 50% of the total online physical goods GMV in China.

In additional to BABA's strong financial resources, SAMR believes BABA holds advanced technical capabilities, based on **1)** Large number of merchants and consumers on the platform, along with massive amounts of transaction, logistics, payment and other data; **2)** Advanced algorithms that can achieve personalized search ranking strategies; and **3)** Largest public cloud service provider in China, BABA has strong computing power, that enables large-scale computing and big data analysis.

### III. High switching costs for merchants.

**1)** BABA commands a strong network effect and lock-in effect on the merchants on the platform, amid a number of consumers with an ARPPU higher than competition. Meanwhile, BABA's consumers are highly sticky, with a **12-month retention rate of 98%**, as per SAMR; **2)** In addition to being a marketplace, BABA is also an important channel for brand marketing that receives a high degree of recognition by merchants

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00005

and consumers. According to merchants interviewed by SAMR, BABA's platform has the greatest influence and consumer recognition; **3) The intangible assets**, as merchants guide numerous users on to BABA's platforms, they simultaneously accumulated a large amount of data on transactions, payments, and users. The cost of losing these important data points from switching platforms also plays a key role in stopping merchants from switching platforms.

### 3. Basis of SAMR's conclusion on BABA abusing its dominant position.

SAMR believes Alibaba has abused its dominant position, primarily through 2 practices including, prohibiting merchants to open stores and participating in important promotion activities on other platforms.

### I. Prohibiting merchants from opening stores on other competitive platforms.

By grading its merchants from level 1 to 7 based on various metrics, **1)** BABA has prohibited a small portion of its core merchants (that rank between level 5 to 7) to open stores on competitive platforms, and **2)** in most cases, BABA raises requirements for core merchants to essentially limit their exposures on competitive platforms through various practices (downgrading flagship stores to non-flagship stores, limiting number of stores and SKUs, etc) with oral agreements.

### II. Prohibit on-platform operators to participate in other competitive platforms' promotion activities.

Akin to the first measure, SAMR believes BABA approaches its core merchants regarding exclusivity through a combination of written and oral agreements, ultimately to limit merchants' participation on other platforms' promotional activities. As such, adherence/rejection of BABA's arrangement tend to lead to different outcomes for merchants, namely resources skewing towards the former/shifting away from the latter, such as:

**1)** Reducing resource support for BABA's promotional activities. Some merchants participating in promotional activities on competing platforms saw their priority display position within a promotional venue cancelled on BABA.

**2)** Canceling merchants' qualification to participate in BABA's promotional activities. BABA formulated a penalty list for merchants who open stores on other competitive platforms or participate in other competitive platform promotion activities.

**3)** Lowering search traffic allocation, which directly causes merchant' products on the platform to be ranked lower or even unable to be searched.

**4)** Canceling other major rights and interests of the merchants such as canceling the KA qualification or terminating relevant cooperation agreement for the merchants.

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00006

Goldman Sachs                                                    Alibaba Group (BABA)

# Valuation

We reiterate our Buy rating (on CL) and positive stance on BABA, as we expect limited further headline-driven risks given the period of low visibility on regulatory overhang should now largely come to an end. With BABA reshuffling its growth engine from leveraging its scale, to focus on expanding into lower tier cities and increasing purchase frequency, while enhancing merchants with technology support, we expect BABA is well-positioned to deliver 35%/22% yoy revenue growth for FY2022/23E.

We note the Rmb18.2bn monetary penalty is a one-off item included in the G&A expense abd is adjusted on a Non-GAAP basis. Meanwhile, we fine-tune our earnings estimates, while leaving our revenue estimates largely unchanged; we trim down our Non-GAAP net income by 3~4% for FY22E-23E, primarily factoring in 1) a 9~10% increase in sales and marketing expenses and 2) 6~7% increases in R&D expenses, with both being tied to BABA's incremental spending on growth initiatives into lower tier cities and grocery business, and forgoing a small portion of commission revenue and associated costs related to providing merchants with better technology support. We also tweaked down our FY2021E revenue and Non-GAAP net income estimates by 1.1% /0.7% to factor in competition and higher spending on new initiatives. Our 12-m SOTP-based TPs are adjusted to **US$350/HK$340,** implying 57%/56% upside. The stock is trading below historical lows at 2 SD below its 12-month forward PER median. **Maintain Buy** (On CL).

**Exhibit 4: Key changes to our BABA estimates**

| Rmb mn | New FY21E | Chg | New FY22E | Chg | New FY23E | Chg |
|---|---|---|---|---|---|---|
| Total revenues | 711,592 | -1.1% | 958,112 | -0.2% | 1,167,990 | 0.4% |
| Non-GAAP Net Income | 181,630 | -0.7% | 220,455 | -3.9% | 280,762 | -3.4% |

Source: Company data, Goldman Sachs Global Investment Research

**Exhibit 5: BABA P/E Band**

Trading below historical low multiples (2 s.d. below median) vs. its past



Price as of Apr 9, 2021

Source: Bloomberg, Goldman Sachs Global Investment Research

12 April 2021                                                                    7

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00007

**Goldman Sachs**                                                                                           Alibaba Group (BABA)

## Exhibit 6: BABA-Sum of the parts

| SOTP (avg(FY22+FY23)) | Description | US$ mn | EV/Rev | PE (X) | Value | To BABA | to BABA | US$/sh | % of NAV Comment |
|---|---|---|---|---|---|---|---|---|---|
| A. CORE | FY22E, FY23E avg | | | | | | | | |
| 1  China commerce | | 122,620 | 5.0 | 17.5 | 613,348 | 97.4% | 597,308 | 213.0 | 61% |
| Customer Management: Advertising + commission | | 63,640 | 8.6 | 18.0 | 549,850 | 100.0% | 549,850 | 196.1 | 56% 18x PER |
| New retail/Other | | 46,859 | 1.3 | | 59,036 | 72.8% | 42,996 | 15.3 | 4% 1.3x sales |
| Sunart | | 30,525 | 0.3 | | 10,423 | 72.0% | 7,504 | 2.7 | Market cap |
| Intime, Freshippo, Kaola, Tmall Global | | 11,128 | 1.0 | | 11,128 | 100.0% | 11,128 | 4.0 | 1x sales |
| Wholesale | | 2,579 | 1.7 | 12.0 | 4,462 | 100.0% | 4,462 | 1.6 | 0% 12x PER |
| 2  Cainiao | Logistics | 8,400 | 3.4 | nm | 28,554 | 63.0% | 17,989 | 6.4 | 2% Last transaction |
| 3  Local services | O2O | 7,791 | 5.0 | 101.8 | 38,954 | 72.0% | 28,047 | 10.0 | 3% 5x sales |
| 4  International commerce | | 10,935 | 5.4 | 50.2 | 58,836 | 86.5% | 50,910 | 18.2 | 5% |
| Lazada | ASEAN ecomm. | 5,117 | 9.1 | | 46,624 | 83.0% | 38,698 | 13.8 | 4% DCF, Shopee $90bn, S.Pay $26bn |
| Others | Int'l wholesale, Int retail ex Laz) | 5,818 | 2.1 | 10.0 | 12,212 | 100.0% | 12,212 | 4.4 | 1% 10x PER |
| 5  Youku | Online video | 2,634 | 4.2 | 41.0 | 11,027 | 100.0% | 11,027 | 3.9 | 1% DCF |
| 6  Cloud Computing | Aliyun | 17,478 | 12.0 | 253.4 | 209,735 | 100.0% | 209,735 | 74.8 | 21% 12x sales |
| 7  Other | UC Web, Autonavi | 3,230 | 2.0 | | 6,460 | 100.0% | 6,460 | 2.3 | 1% 2x Sales |
| **Total Core** | | 161,941 | 5.7 | 26 | | | 921,476 | 328.7 | 94% 25.9x PER |
| **B. Associate/investments** | | | | | | | | | |
| **Total Associate/Investments** | | | | | 517,534 | | 94,969 | 33.9 | 10% |
| **C. Net cash** | | | | | | | 73,598 | 26.2 | 7% FY22E |
| **Total** | | | | | | | 1,090,042 | 388.8 | 111% |
| **D. Less holdco discount** | | | | | | 10% | (109,004) | (38.9) | -11% |
| NAV : BABA US, in US$ | FY22E | | | 26.9 | | | 981,038 | 350.0 | 100% 22.7x FY23E PE |
| NAV : 9988.HK, in HK$ | FY23E | | | 22.7 | | | 7,632,476 | 340.0 | 100% |
| FDS # of shares | | | | | | | | 2,804 | FY22E/23E average |

Source: Goldman Sachs Global Investment Research

## Exhibit 7: Key financial drivers

| CONSOLIDATED INCOME STATEMENT | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E | 1QFY20 | 2QFY20 | 3QFY20 | 4QFY20 | 1QFY21 | 2QFY21 | 3QFY21 | 4QFY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| China Retail GMV + GTV | 4,947,426 | 5,922,964 | 6,823,274 | 8,223,589 | 9,638,385 | 11,161,074 | 1,600,134 | 1,660,107 | 2,156,772 | 1,406,261 | 1,874,308 | 1,931,983 | 2,531,111 | 1,886,206 |
| Take rate | 3.4% | 4.1% | 4.4% | 4.7% | 5.1% | 5.4% | 4.5% | 4.3% | 4.7% | 4.1% | 4.8% | 4.7% | 5.0% | 4.3% |
| 1  Core Commerce | 214,020 | 323,400 | 436,104 | 614,529 | 827,896 | 994,755 | 99,544 | 101,220 | 141,475 | 93,865 | 133,318 | 130,922 | 195,541 | 154,748 |
| yoy | 59.9% | 51.1% | 34.8% | 40.9% | 34.7% | 20.2% | 43.9% | 39.7% | 37.8% | 19.0% | 33.9% | 29.3% | 38.2% | 64.9% |
| a. China Commerce | 190,482 | 290,546 | 392,850 | 550,508 | 740,930 | 876,664 | 89,773 | 90,663 | 128,925 | 83,484 | 119,619 | 116,172 | 177,218 | 137,499 |
| yoy | 59.0% | 52.5% | 35.2% | 40.1% | 34.8% | 18.3% | 44.4% | 39.8% | 38.0% | 19.1% | 33.2% | 28.1% | 37.5% | 64.7% |
| Retail | 176,559 | 247,615 | 332,750 | 468,396 | 632,364 | 741,223 | 75,601 | 75,766 | 110,458 | 70,905 | 101,321 | 95,470 | 153,679 | 117,926 |
| Customer Management | 160,810 | 207,531 | 246,482 | 303,680 | 376,331 | 450,990 | 58,856 | 57,576 | 84,644 | 45,406 | 71,215 | 69,338 | 101,919 | 61,208 |
| Customer Mgmt Revenue (CMR) | 114,285 | 145,684 | 175,398 | 220,606 | 267,178 | 315,274 | 41,954 | 41,301 | 61,235 | 30,906 | 51,434 | 50,080 | 76,993 | 42,099 |
| Commission Revenue (CR) | 46,525 | 61,847 | 71,085 | 83,074 | 109,152 | 135,717 | 16,902 | 16,275 | 23,409 | 14,500 | 19,781 | 19,258 | 24,926 | 19,109 |
| Others | 15,749 | 40,084 | 86,268 | 164,715 | 256,033 | 290,233 | 16,745 | 18,210 | 25,814 | 25,499 | 30,106 | 26,132 | 51,760 | 56,717 |
| Intime | 6,411 | 8,365 | 9,420 | 9,319 | 10,236 | 11,483 | 2,200 | 1,587 | 3,145 | 1,487 | 1,090 | 1,540 | 3,903 | 2,496 |
| Freshippo | 5,240 | 20,284 | 44,562 | 57,104 | 70,657 | 86,372 | 8,342 | 9,954 | 11,735 | 14,921 | 14,032 | 11,742 | 14,280 | 17,049 |
| Kaola | | | 9,914 | 17,978 | 20,132 | 22,524 | | 1,337 | 5,476 | 3,090 | 3,900 | 4,056 | 6,572 | 3,450 |
| Tmall Global | 4,098 | 11,436 | 23,482 | 39,685 | 51,148 | 61,377 | 6,203 | 5,731 | 5,457 | 6,092 | 10,194 | 8,794 | 11,570 | 9,137 |
| Sunart | | | | 40,620 | 103,861 | 108,477 | | | | | | | 16,035 | 24,585 |
| Wholesale (1688) | 7,164 | 9,988 | 12,427 | 14,125 | 15,823 | 17,705 | 2,992 | 3,283 | 3,365 | 2,787 | 3,484 | 3,637 | 3,831 | 3,173 |
| Cainiao Logistics Services | 6,759 | 14,885 | 22,233 | 35,875 | 47,599 | 61,599 | 5,085 | 4,759 | 7,518 | 4,951 | 7,713 | 8,226 | 11,360 | 8,576 |
| Consumer Services (Ele.me) | | 18,058 | 25,440 | 32,113 | 45,145 | 56,136 | 6,189 | 6,835 | 7,584 | 4,841 | 7,101 | 6,839 | 8,348 | 7,825 |
| b. International commerce | 20,841 | 27,725 | 33,917 | 48,488 | 62,170 | 79,987 | 7,812 | 8,441 | 9,853 | 7,811 | 10,216 | 11,299 | 13,920 | 13,053 |
| yoy | 56.3% | 33.0% | 22.3% | 43.0% | 28.2% | 28.7% | 27.0% | 30.1% | 23.0% | 10.4% | 30.8% | 33.9% | 41.3% | 67.1% |
| Retail (AliExpress, Lazada) | 14,216 | 19,558 | 24,323 | 34,571 | 45,469 | 60,113 | 5,567 | 6,007 | 7,396 | 5,353 | 7,012 | 7,789 | 10,158 | 9,612 |
| Wholesale (Alibaba.com) | 6,625 | 8,167 | 9,594 | 13,917 | 16,701 | 19,874 | 2,245 | 2,434 | 2,457 | 2,458 | 3,204 | 3,510 | 3,762 | 3,441 |
| c. Other Core Commerce (incl. Alihealth) | 2,697 | 5,129 | 9,337 | 15,533 | 24,796 | 35,104 | 1,954 | 2,116 | 2,697 | 2,570 | 3,483 | 3,451 | 4,403 | 4,196 |
| yoy | 257.2% | 90.2% | 82.0% | 66.4% | 59.6% | 53.7% | 122.6% | 89.9% | 87.9% | 51.0% | 78.2% | 63.1% | 63.3% | 63.3% |
| 2  Cloud | 13,390 | 24,702 | 40,016 | 61,807 | 92,729 | 134,484 | 7,787 | 9,291 | 10,721 | 12,217 | 12,345 | 14,899 | 16,115 | 18,448 |
| yoy | 101.0% | 84.5% | 62.0% | 54.5% | 50.0% | 45.0% | 65.8% | 63.9% | 62.2% | 58.1% | 58.5% | 60.4% | 50.3% | 51.0% |
| 3  Others (DME, Innov) | 22,856 | 28,742 | 33,591 | 35,256 | 37,487 | 38,751 | 7,593 | 8,506 | 9,280 | 8,232 | 8,988 | 9,238 | 9,428 | 8,502 |
| a. Digital media and entertainment | 19,564 | 24,077 | 27,840 | 30,327 | 32,065 | 32,787 | 6,426 | 7,442 | 8,048 | 5,944 | 6,994 | 8,066 | 8,079 | 7,188 |
| Youku | 12,851 | 14,570 | 14,589 | 14,521 | 16,812 | 17,633 | 3,692 | 3,793 | 3,791 | 3,313 | 3,425 | 3,655 | 3,737 | 3,705 |
| Other (UCWeb, sports, music) | 6,713 | 9,507 | 13,251 | 15,806 | 15,453 | 15,154 | 2,734 | 3,649 | 4,237 | 2,631 | 3,569 | 4,411 | 4,342 | 3,454 |
| b.  Innovation initiatives (AutoNavi, Yunos) | 3,292 | 4,665 | 5,751 | 4,929 | 5,422 | 5,964 | 1,167 | 1,064 | 1,232 | 2,288 | 1,094 | 1,172 | 1,349 | 1,314 |
| TOTAL REVENUE | 250,266 | 376,844 | 509,711 | 711,582 | 958,112 | 1,167,990 | 114,924 | 119,017 | 161,456 | 114,314 | 153,751 | 155,059 | 221,084 | 181,698 |
| % yoy | 58.1% | 50.8% | 35.3% | 39.6% | 34.6% | 21.9% | 42.0% | 39.8% | 37.7% | 22.3% | 33.8% | 30.3% | 36.9% | 58.9% |
| Gross profit, non-GAAP | 148,727 | 178,830 | 234,666 | 316,661 | 421,373 | 523,259 | 56,684 | 55,504 | 78,809 | 43,669 | 71,162 | 70,496 | 101,959 | 73,044 |
| % gross margin | 59.4% | 47.5% | 46.0% | 44.5% | 44.0% | 44.8% | 49.3% | 46.6% | 48.8% | 38.2% | 46.3% | 45.5% | 46.1% | 40.2% |
| **Operating expenses** | | | | | | | | | | | | | | |
| Product development expenses | (22,754) | (37,435) | (43,080) | (59,690) | (73,462) | (85,627) | (10,478) | (10,938) | (11,077) | (10,587) | (11,082) | (19,245) | (13,607) | (15,756) |
| Sales and marketing expenses | (27,299) | (39,780) | (50,673) | (74,865) | (108,787) | (131,285) | (10,698) | (11,996) | (15,800) | (12,179) | (13,852) | (17,371) | (25,343) | (18,499) |
| General and administrative expenses | (16,241) | (24,899) | (28,197) | (55,807) | (47,050) | (56,677) | (6,320) | (6,591) | (7,415) | (7,871) | (6,837) | (11,961) | (6,692) | (28,317) |
| Amortization of intangible assets | (7,120) | (10,727) | (13,388) | (13,745) | (14,845) | (16,033) | (3,066) | (3,006) | (3,272) | (4,044) | (2,952) | (2,888) | (5,172) | (4,733) |
| Impairment of goodwill and intangible assets | (494) | - | (576) | - | - | - | - | (576) | - | - | - | - | - | - |
| Yahoo TIPLA amendment payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | (73,908) | (112,831) | (135,914) | (204,108) | (244,064) | (289,622) | (30,562) | (33,107) | (37,564) | (34,681) | (34,523) | (51,465) | (50,814) | (67,306) |
| Operating profit, non-GAAP | 59,883 | 84,575 | 123,749 | 152,896 | 218,067 | 280,821 | 31,490 | 29,085 | 47,390 | 15,763 | 42,420 | 38,328 | 58,051 | 32,295 |
| % operating margin, non-GAAP | 35.9% | 25.1% | 24.3% | 21.5% | 22.8% | 24.0% | 27.4% | 24.4% | 29.4% | 13.8% | 27.6% | 24.7% | 26.3% | 17.8% |
| % yoy change | 40% | 5% | 31% | 24% | 43% | 29% | 29% | 42% | 40% | -1% | 35% | 32% | 23% | 105% |
| Adjusted EBITA | 97,003 | 106,981 | 137,136 | 166,641 | 232,912 | 296,854 | 34,556 | 32,091 | 50,662 | 19,827 | 45,372 | 41,215 | 61,253 | 37,028 |
| % Adj. EBITA margin | 38.8% | 28.4% | 26.9% | 23.4% | 24.3% | 25.4% | 30.1% | 27.0% | 31.4% | 17.3% | 29.5% | 26.6% | 27.7% | 20.4% |
| % yoy change | 40% | 10% | 28% | 22% | 40% | 27% | 30% | 39% | 39% | -4% | 31% | 28% | 21% | 87% |

Source: Company data, Goldman Sachs Global Investment Research

**Key risks:** Slower GMV growth, lower monetization, and more intense competition.

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00008

# Disclosure Appendix

## Reg AC

I, Piyush Mubayi, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

## The rating(s) for Alibaba Group (ADR) and Alibaba Group (H) is/are relative to the other companies in its/their coverage universe:

Alibaba Group (ADR), Alibaba Group (H), Baidu.com Inc. (ADR), Baidu.com Inc. (H), Bilibili Inc. (ADR), Bilibili Inc. (H), Dada Nexus Ltd., Huya Inc., JD.com Inc. (ADR), JD.com Inc. (H), JOYY Inc., KE Holdings, Kingsoft Cloud, Kingsoft Corp., Lufax Holding Ltd., Meituan, NetEase Inc. (ADR), NetEase Inc. (H), OneConnect Financial, Pinduoduo Inc., Sea Ltd., Sogou Inc., Tencent Holdings, Tencent Music Entertainment Group, Tongcheng-Elong Holdings, Trip.com Group, Vipshop Holdings, Weibo Corp., Xiaomi Corp., iQIYI Inc.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: Alibaba Group (ADR) ($223.31) and Alibaba Group (H) (HK$232.20)

Goldman Sachs beneficially owned 5% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: Alibaba Group (ADR) ($223.31) and Alibaba Group (H) (HK$232.20)

Goldman Sachs has received compensation for investment banking services in the past 12 months: Alibaba Group (ADR) ($223.31) and Alibaba Group (H) (HK$232.20)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Alibaba Group (ADR) ($223.31) and Alibaba Group (H) (HK$232.20)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Alibaba Group (ADR) ($223.31) and Alibaba Group (H) (HK$232.20)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Alibaba Group (ADR) ($223.31) and Alibaba Group (H) (HK$232.20)

Goldman Sachs makes a market in the securities or derivatives thereof: Alibaba Group (ADR) ($223.31) and Alibaba Group (H) (HK$232.20)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00009

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 49% | 35% | 16% | 64% | 57% | 54% |

As of January 1, 2021, Goldman Sachs Global Investment Research had investment ratings on 3,072 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)





## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act,

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00010

unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Goldman Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research. **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union and United Kingdom:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council (including as that Delegated Regulation is implemented into United Kingdom domestic law and regulation following the United Kingdom's departure from the European Union and the European Economic Area) with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a  stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

Effective from the date of the United Kingdom's departure from the European Union and the European Economic Area ("Brexit Day") the following information with respect to distributing entities will apply:

Goldman Sachs International ("GSI"), authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA, has approved this research in connection with its distribution in the United Kingdom.

**European Economic Area:** GSI, authorised by the PRA and regulated by the FCA and the PRA, disseminates research in the following jurisdictions within the European Economic Area: the Grand Duchy of Luxembourg, Italy, the Kingdom of Belgium, the Kingdom of Denmark, the Kingdom of Norway, the Republic of Finland, Portugal, the Republic of Cyprus and the Republic of Ireland; GS -Succursale de Paris (Paris branch) which, from Brexit Day, will be authorised by the French Autorité de contrôle prudentiel et de resolution ("ACPR") and regulated by the Autorité de contrôle prudentiel et de resolution and the Autorité des marches financiers ("AMF") disseminates research in France; GSI - Sucursal en España (Madrid branch) authorized in

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00011

Spain by the Comisión Nacional del Mercado de Valores disseminates research in the Kingdom of Spain; GSI - Sweden Bankfilial (Stockholm branch) is authorized by the SFSA as a "third country branch" in accordance with Chapter 4, Section 4 of the Swedish Securities and Market Act (Sw. lag (2007:528) om värdepappersmarknaden) disseminates research in the Kingdom of Sweden; Goldman Sachs Bank Europe SE ("GSBE") is a credit institution incorporated in Germany and, within the Single Supervisory Mechanism, subject to direct prudential supervision by the European Central Bank and in other respects supervised by German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht, BaFin) and Deutsche Bundesbank and disseminates research in the Federal Republic of Germany and those jurisdictions within the European Economic Area where GSI is not authorised to disseminate research and additionally, GSBE, Copenhagen Branch filial af GSBE, Tyskland, supervised by the Danish Financial Authority disseminates research in the Kingdom of Denmark; GSBE - Sucursal en España (Madrid branch) subject (to a limited extent) to local supervision by the Bank of Spain disseminates research in the Kingdom of Spain;  GSBE - Succursale Italia (Milan branch) to the relevant applicable extent, subject to local supervision by the Bank of Italy (Banca d'Italia) and the Italian Companies and Exchange Commission (Commissione Nazionale per le Società e la Borsa "Consob") disseminates research in Italy; GSBE - Succursale de Paris (Paris branch), supervised by the AMF and by the ACPR disseminates research in France; and GSBE - Sweden Bankfilial (Stockholm branch), to a limited extent, subject to local supervision by the Swedish Financial Supervisory Authority (Finansinpektionen) disseminates research in the Kingdom of Sweden.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2021 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

michaelyao@alibaba-inc.com Michael Yao 10/10/23 06:48:07 AM Alibaba Group

BABA_AML00002874_00012