**Appendix A**
**Additional Materials Considered**

*Case Documents*
1. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, January 19, 2024.
2. Expert Reply Report of David I. Tabak, Ph.D., April 19, 2024, and the Associated Production Materials.
3. Expert Report of Glenn Hubbard, January 19, 2024, and the Associated Production Materials.
4. Plaintiffs' Opposition to Alibaba Defendants' Motion to Dismiss, *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, October 21, 2022.
5. Plaintiffs' Reply in Further Support of Their Motion for Class Certification, *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, April 19, 2024.

*Deposition*
1. Videotaped Deposition of Robert Glenn Hubbard, *In re: Alibaba Group Holding Ltd. Securities Litigation,* No. 1:20-CV-09568-GBD-JW, United States District Court for the Southern District of New York, March 21, 2024.

*SEC Filing*
1. EMQQ The Emerging Markets Internet & Ecommerce ETF, "Schedule of Investments, May 31, 2020 (Unaudited)," Form NPORT-P, July 28, 2020, available at https://www.sec.gov/Archives/edgar/data/1452937/000175272420146201/s126488_nport-ex.htm.