**Appendix B**
**Comparison of Alibaba's Return to Competitors' Returns on November 10, 2020**

| # | Company Name | Traded in U.S. | Market Capitalization Before Proposed Class Period ($M)[2] | 11/10/2020 Actual Return[3] |
|---|---|---|---|---|
| | **Alibaba Group Holding Ltd** | **Y** | **$701,747** | **-8.26%** |
| 1 | Meituan | N | $158,462 | -10.50% |
| 2 | Baozun | Y | $2,899 | -5.91% |
| 3 | JD.com Inc | Y | $104,084 | -5.63% |
| 4 | Bilibili Inc | Y | $16,660 | -5.08% |
| 5 | Kingdee International Software Group Co Ltd | N | $8,390 | -5.00% |
| 6 | Douyu International Holdings Ltd | Y | $4,334 | -4.69% |
| 7 | Tencent Holdings Ltd | N | $694,128 | -4.42% |
| 8 | Vipshop Holdings Ltd | Y | $15,197 | -3.32% |
| 9 | JOYY Inc | Y | $6,667 | -3.19% |
| 10 | PDD Holdings Inc | Y | $108,086 | -2.87% |
| 11 | NetDragon Websoft Holdings Ltd | N | $1,837 | -1.83% |
| 12 | Qutoutiao Inc | Y | $1,199 | -1.69% |
| 13 | Trip.com Group Ltd | Y | $15,954 | -1.20% |
| 14 | Autohome Inc | Y | $10,476 | -1.09% |
| 15 | So-Young International Inc | Y | $1,627 | -1.00% |
| 16 | 51job Inc | Y | $4,764 | -0.81% |
| 17 | Hello Group Inc | Y | $4,377 | -0.80% |
| 18 | Baidu Inc | Y | $36,135 | -0.65% |
| 19 | NetEase Inc | Y | $66,789 | -0.33% |
| 20 | PChome Online Inc | N | $541 | -0.31% |
| 21 | SINA Corporation | Y | $2,628 | 0.42% |
| 22 | Yunji Inc | Y | $628 | 1.08% |
| 23 | Tongcheng Travel Holdings Ltd | N | $4,093 | 5.15% |

**Notes**:

[1] Competitors listed in this appendix are determined by the following criteria: (i) the company is mentioned as comparable to Alibaba in the analysts' reports that contain the keyword "peer" or "competitor" in the Alibaba Analysts' Report Universe; (ii) the company was publicly traded as of November 2020; (iii) company was included in the documentation for the EMQQ Emerging Markets Internet Index ("EMQQ"), the same index Dr. Tabak uses, before the Proposed Class Period; (iv) the company was classified as being based in China, Hong Kong, or Taiwan in the documentation for EMQQ; and (v) the company is not a subsidiary of a publicly traded company.

[2] Market Capitalization Before Proposed Class Period ($M) is from Bloomberg. I understand that Bloomberg converts the market capitalization for non-U.S.-traded companies to USD using the closing exchange rate on July 9, 2020.

[3] The Actual Return on November 10, 2020 is the percentage change between the closing price on November 9, 2020 and November 10, 2020. Closing price is from Bloomberg.

**Sources**:
[A] Alibaba Analysts' Report Universe.
[B] Bloomberg.
[C] EMQQ The Emerging Markets Internet & Ecommerce ETF, "Schedule of Investments, May 31, 2020 (Unaudited)," Form NPORT-P, July 28, 2020, available at https://www.sec.gov/Archives/edgar/data/1452937/000175272420146201/s126488_nport-ex.htm.
[D] Expert Report of David I. Tabak, Ph.D., October 6, 2023, ¶ 42.