UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | Case No. 1:20-cv-09568-GBD-JW |

**NOTICE OF PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' SUR-REPLY AND SUR-REPLY DECLARATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Strike Portions of Defendants' Sur-Reply and Sur-Reply Declaration, undersigned counsel, on behalf of Plaintiffs and the proposed Class, hereby moves this Court, before the Honorable George B. Daniels United States District Judge, in connection with the hearing scheduled in this matter on June 20, 2024 at 10:00 a.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, for an Order striking portions of Defendants' Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification and the Supplemental Expert Declaration of Glenn Hubbard (ECF Nos. 117, 118) as impermissibly containing new arguments and evidence. As discussed in the accompanying Memorandum, Plaintiffs seek to strike:

- Hubbard Supplemental Declaration ¶¶11-15, 19-21; and

- Defendants' Sur-Reply from the top of page 8 to the top of page 9 until the beginning of Subsection III.C (discussing Alibaba competitor returns following the Draft Guidelines and discussing for the first time analyst reports from KeyBanc, Morgan Stanley, Goldman Sachs, and J.P. Morgan which were in Defendants' possession and known to their expert prior to the filing of the Opposition).

1

Dated: May 28, 2024                                      **GLANCY PRONGAY & MURRAY LLP**

                                                        By: */s/ Kara M. Wolke*
                                                        Kara M. Wolke (*pro hac vice*)
                                                        Melissa C. Wright (*pro hac vice*)
                                                        GLANCY PRONGAY & MURRAY LLP
                                                        1925 Century Park East, Suite 2100
                                                        Los Angeles, California 90067
                                                        Telephone: (310) 201-9150
                                                        kwolke@glancylaw.com
                                                        mwright@glancylaw.com

                                                        *Lead Counsel and proposed Class Counsel*

                                                        Jeremy A. Lieberman
                                                        Jonathan D. Park
                                                        POMERANTZ LLP
                                                        600 Third Avenue
                                                        New York, New York 10016
                                                        Telephone: (212) 661-1100
                                                        jalieberman@pomlaw.com
                                                        jpark@pomlaw.com

                                                        Patrick V. Dahlstrom
                                                        POMERANTZ LLP
                                                        10 South LaSalle Street, Suite 3505
                                                        Chicago, Illinois 60603
                                                        Telephone: (312) 377-1181
                                                        pdahlstrom@pomlaw.com

                                                        Peretz Bronstein
                                                        BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
                                                        60 East 42nd Street, Suite 4600
                                                        New York, New York 10165
                                                        Telephone: (212) 697-6484
                                                        peretz@bgandg.com

                                                        Frank R. Cruz
                                                        THE LAW OFFICES OF FRANK R. CRUZ
                                                        1999 Avenue of the Stars
                                                        Suite 1100
                                                        Los Angeles, CA 90067
                                                        Telephone: (310) 914-5007
                                                        info@frankcruzlaw.com

Lesley Portnoy
THE PORTNOY LAW FIRM
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: 310-692-8883
lesley@portnoylaw.com

*Additional Counsel*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 28, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2024, at Los Angeles, California.

_s/ Kara M. Wolke_
Kara M. Wolke

4