UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALIBABA GROUP HOLDING LTD. SECURITIES LITIGATION | Case No. 1:20-cv-09568-GBD-JW |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' SUR-REPLY AND SUR-REPLY DECLARATION**

I, Kara M. Wolke, hereby declare as follows:

1.    I am a partner with the law firm Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Plaintiffs and the proposed Class in the above-captioned action.  I am an attorney duly licensed to practice law in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth herein and if called upon to testify with respect thereto, I could and would do so truthfully and accurately.

2.    I make this declaration, together with the attached exhibit, in support of Plaintiffs' Motion to Strike Portions of Defendants' Sur-Reply and Sur-Reply Declaration.

3.    For the Court's ease of reference, I have numbered the attached exhibit consecutively from my declaration in support of Plaintiffs' Reply in Further Support of their Motion for Class Certification and Appointment of Class Representatives and Class Counsel, which attached Exhibits 11-39 (ECF No. 114).

4.    Attached hereto as Exhibit P-40 is a true and correct copy of excerpts of the deposition transcript of Dr. Robert Glenn Hubbard, taken on March 21, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed this 28th day of May, 2024 in Los Angeles, California.

/s/ *Kara M. Wolke*
Kara M. Wolke

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 28, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2024, at Los Angeles, California.

    *s/ Kara M. Wolke*
    Kara M. Wolke