**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: ALIBABA GROUP HOLDING LTD.
SECURITIES LITIGATION

No.: 1:20-cv-09568-GBD-JW

---

### DECLARATION OF STEPHEN BLAKE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE

I, STEPHEN P. BLAKE, declare as follows:

1.      I am a member of the Bar of the State of New York and of this Court, and I am a partner at Simpson Thacher & Bartlett LLP, 2475 Hanover Street, Palo Alto, CA 94304, counsel for Defendants Alibaba Group Holding Limited ("Alibaba"), Daniel Yong Zhang and Maggie Wei Wu in this action.  I have personal knowledge of all facts set forth herein and could testify competently to all of them if called to do so.  I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Strike Portions of Defendants' Sur-reply and Sur-reply Declaration.

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Dr. Glenn Hubbard, taken on March 21, 2024.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed on June 11, 2024.

/s/ Stephen P. Blake
Stephen P. Blake