# Exhibit 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

IN RE: ALIBABA GROUP HOLDING LTD.

SECURITIES LITIGATION

Case No.:

1:20-cv-09568-GBD-JW

----------------------------------x

**PORTIONS OF THE TRANSCRIPT HAVE BEEN**

**DESIGNATED AS CONFIDENTIAL**

VIDEOTAPED DEPOSITION of ROBERT GLENN HUBBARD, held at the law offices of Pomerantz LLP, 600 Third Avenue, New York, New York, on the above date and time, before Judith Thaten, a Certified Livenote Reporter and Notary Public of the State of New York, commencing at 9:21 a.m., Thursday, March 21, 2024.

JOB No. 6588696

PAGES 1 - 202

Page 1

HUBBARD

pattern of a Morgan Stanley report with the very same analyst, again, two weeks prior, at a specific alternative view.

We can talk about that one too if you'd like.

Q    Why did you not include a discussion of this Goldman Sachs analyst report in your discussion of the evidence that -- that you believe would have informed market knowledge during this period after publication of the draft guidelines?

A    I think I've answered to you that I don't think it does.  I think you and I are reading the document differently.

And I looked at what the analysts had just very recently said, so I didn't come to the same conclusion you do.

Q    So you rejected this subsequent report that provided more detail on Alibaba's use of exclusivity?

MR. BLAKE:  Objection to

Page 155

HUBBARD

form.

A   Well, I'm not sure I would characterize it that way, but I did reject the report, yes.

Q   And you rejected the Morgan Stanley report that was similar to this?

MR. BLAKE:  Objection.

A   It's not quite similar.  But of the ones that you might consider useful, it's, in that sense, similar.

Q   Well, you brought it up.

A   Well, I'm sure you have it in your folder, and we can look at it. I'm just saying it suffers from the same flaw.

Q   So you rejected two analyst reports that had contrary opinions from what you have described as two of the biggest investment firms on Wall Street?

A   I think I cited both of those investment teams.

Q   But not these reports that

Page 156

HUBBARD

are contrary to your view?

A      It's --

MR. BLAKE:  Objection to form.

A      It's not that they're contrary to my view.  I told you how I considered and read them.  I read them differently from you.

Neither one of us is the finder of fact, and we'll have to see.

MS. WOLKE:  Okay.  We can go off the record.

VIDEOGRAPHER:  The time is 12:27 p.m.  This marks the end of Media Unit Number 2.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER:  The time is 1:50 p.m., and this begins Media Unit Number 3.

Q      Dr. Hubbard, you understand you're still under oath, correct?

A      Correct.  Thank you.

Q      Prior to the lunch break, you

Page 157

C E R T I F I C A T I O N

I, JUDITH THATEN, Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That ROBERT GLENN HUBBARD, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that this transcript of such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of March, 2024.

- - - - - - - - - - - -

JUDITH THATEN

Page 198