# EXHIBIT P-41

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

IN RE: ALIBABA GROUP HOLDING LTD.

SECURITIES LITIGATION

Case No.:

1:20-cv-09568-GBD-JW

--------------------------------x

**PORTIONS OF THE TRANSCRIPT HAVE BEEN**

**DESIGNATED AS CONFIDENTIAL**

VIDEOTAPED DEPOSITION of ROBERT GLENN HUBBARD, held at the law offices of Pomerantz LLP, 600 Third Avenue, New York, New York, on the above date and time, before Judith Thaten, a Certified Livenote Reporter and Notary Public of the State of New York, commencing at 9:21 a.m., Thursday, March 21, 2024.

JOB No. 6588696

PAGES 1 - 202

Page 1

HUBBARD

is a way of providing financial information to clients.

Whether that information is valuable or not is depending on what the bank wants or what the client wants.  But that's the reason for having them.

(Pause.)

Q    So in banks like that scenario that you were describing, they provide the information for the clients.

Do the banks in-house brokers also receive these analysts reports, correct?

A    Of course.

Q    Are you familiar with the phrase "consensus estimate"?

A    Yes.

Q    And what's your understanding of a "consensus estimate"?

A    Well, they are a variety of analysts that may cover a stock.

So, for example, globally,

Page 40

HUBBARD

there are, I think, more than that 100 that cover Alibaba stock.

A "consensus estimate" refers to taking a metric like earnings per share or something like that and looking at a summary statistic.  So it could be -- depending on who's reporting it, it could be a median, it could be an average.

But it's designed to be a summary statistic, as opposed to a range.

(Clarification by the reporter.)

Q    When you say "summary statistic," do you mean like an average view of the analysts?

A    Yes.  As I said, it could be a median and not an average, but something like that.

Q    And in your -- in your experience, does the market rely on such consensus estimates similarly as the market relies on individual analyst

Page 41

HUBBARD

reports?

A    I'm not sure how to answer a question like that.  The market is an integral over millions of individual investors, each of whom, as an individual or an institution, is reading a lot of things.

So I would say that all of that is in the information set for investors.

I, as Glenn Hubbard, might think I only want to read the Morgan Stanley report.  Others may prefer something else; others may look at a consensus.

So it's all part of the information set for investors.

Q    And in an efficient market, all of that information would be baked into the stock price?

A    Correct.  Any publicly available information, of which that would be a category, should be in the stock price.

Page 42

HUBBARD

Q    In the sentence -- so we just covered your review of market commentary.

Now, on your statistical analysis, what statistical analysis are you referring to here?

A    This is the November 10th analysis, the draft guidelines analysis.

Q    And when you say "the market was aware," what do you mean by "the market"?

A    I think I define this earlier in -- around the report that I'm using analysts news commentary as a proxy for "the market."

Q    So does your report opine on whether the entire market believed Alibaba was aware that -- or whether the entire market believed that Alibaba was continuing to practice exclusivity during the class period?

A    If I'm understanding your question, it would not be answerable

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HUBBARD

nor relevant.

The question is whether information is in the information set, which determines market prices.  So it's both not doable and not economically interesting as a question.

(Clarification by the reporter.)

Q    So when you -- did you say the information set, which determines market proxies or --

A    Prices.

Q    Prices.  Right.

So information in that information set which supports your conclusion that the market was aware about ongoing exclusivity and information in the information set that's contrary to that opinion that the market was aware about Alibaba practicing exclusivity would both be reflected in the market prices?

A    Anything that's publicly available information should be in the

Page 96

HUBBARD

market price, yes.

Q    And is it your theory that there's no price impact -- if investors were aware that Alibaba was practicing exclusivity, that there's no price impact, because those investors would have already priced any associated risks into the share price they were willing to pay?

A    I don't follow the question.

Are we talking about November 10th, or is this a general question?

Q    In general.  Like, in general, why is there no price impact by virtue of investors being aware that Alibaba was already practicing exclusivity?

Is it because they priced that knowledge into the price they were willing to pay?

A    Not quite.  If I'm understanding the question -- and correct me if I'm not where you want me

Page 97