# Simpson Thacher & Bartlett LLP

2475 HANOVER STREET
PALO ALTO, CA 94304

TELEPHONE: +1-650-251-5000
FACSIMILE: +1-650-251-5002

Direct Dial Number
+1-650-251-5153

E-mail Address
sblake@stblaw.com

**SO ORDERED**

**BY ECF**

The oral argument scheduled for June 20, 2024 is adjourned to July 23, 2024 at 9:30 a.m.

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Courtroom 11A
New York, New York 10007

JUN 18 2024

*George B. Daniels*

Re:   *In Re: Alibaba Group Holding Ltd., Securities Litigation*,
      Master File No. 1:20-cv-09568-GBD-JW

Dear Judge Daniels:

The undersigned write jointly on behalf of Plaintiffs and Defendants (the "Parties") to respectfully request rescheduling of the June 20, 2024 hearing on Plaintiff's Motion for Class Certification (the "Motion," Dkt. Nos. 99-101).

**Background for the Parties' Request**

On March 27, 2024, the Parties filed a joint letter requesting modification of the briefing schedule on the Motion, among other things. Dkt. No. 111. On April 2, 2024, the Court entered an order granting the Parties' request to modify the briefing schedule. Dkt. No. 112. On April 26, 2024, the Parties filed a joint letter requesting that the Court reschedule the June 11, 2024 hearing on the Motion due to Lead Counsel for Defendants' unavailability on June 11, 2024. Dkt. 115. The Court granted the Parties' request, rescheduling the hearing for June 20, 2024. Dkt. 116.

**The Current Schedule**

- Oral argument scheduled for June 20, 2024.

**Relief Requested**

The Parties respectfully request that the hearing currently scheduled for June 20, 2024 be rescheduled for July 23, 2024, subject to the Court's availability. The Parties regret any inconvenience to the Court and thank the Court for its consideration of the above rescheduling request. Counsel are available at the Court's convenience should Your Honor have any questions.

Simpson Thacher & Bartlett LLP

Hon. George B. Daniels  - 2 -  June 17, 2024

Respectfully submitted,

*/s/ Stephen P. Blake*  */s/ Kara M. Wolke*
Stephen P. Blake  Kara M. Wolke
*Counsel for Defendants*  *Counsel for Plaintiffs*

cc: All Counsel