**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
IN RE: ALIBABA GROUP HOLDING LTD.      :          <u>ORDER</u>
SECURITIES LITIGATION                            :
                                                        :          20 Civ. 9568 (GBD) (JW)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, District Judge:

The Clerk of Court is directed to close the open motions at ECF No. 99 and ECF No. 119,

without prejudice to the parties to renew the motions.

The conference scheduled for October 9, 2024, is adjourned to November 6, 2024, at 10:00

a.m.

Dated: New York, New York                    SO ORDERED.
       September 26, 2024

                                                        GEORGE B. DANIELS
                                                        United States District Judge