**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ALIBABA GROUP LTD. SECURITIES LITIGATION | Master File No. 1:20-CV-09568-GBD-JW |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND
(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Kara M. Wolke, declare the following pursuant to 28 U.S.C. §1746:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a partner with the law firm of Glancy Prongay & Murray LLP, Lead Counsel for Lead Plaintiff Salem Gharsalli, named plaintiffs Laura Ciccarello and Dineshchandra Makadia, and additional class representative movant Wusheng Hu (collectively, "Plaintiffs") in the above-entitled action.  I make this declaration in support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class.  I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated December 7, 2023.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Edward Flores and Svetlana Starykh, and titled, *Recent Trends in Securities Class Action Litigation: 2023 Full-Year Review*.

4.      Attached as Exhibit 3 is a true and correct copy of a report from ISS Securities Class Action Services titled, *The Top 100 U.S. Class Action Settlements of All-Time as of December 31, 2023*.

5.      Attached as Exhibit 4 is a true and correct copy of Lead Counsel's firm resume.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 25th day of October, 2024, in Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

_/s/ Kara M. Wolke_
Kara M. Wolke

2