# EXHIBIT 3



# THE TOP 100

## U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

AS OF DECEMBER 31, 2023







ISSGOVERNANCE.COM/SCAS

© 2023 | Institutional Shareholder Services and/or its affiliates



# EXECUTIVE SUMMARY

2023 delivered a banner year for investor recoveries. The $7.9 billion in settlement proceeds across the globe was the highest total in the past five years.[1] Recorded settlement funds in 2023 surpassed last year's robust year by approximately $600 million.

In the U.S. alone, $5.85 billion was secured in securities-related class action settlements[2] for eligible class members in 2023, up 23% from 2022.[3] ISS Securities Class Action Services ("ISS SCAS") verified 127 approved monetary securities-related class action settlements in the United States in 2023. While the number of approved settlements decreased by 10% from last year, the average value of the settlement increased significantly to $46.1 million or by 27%.

The record year was driven in part by thirteen mega settlements (equal to or greater than $100 million), which amounted to more than $4.4 billion for investors. For the first time since 2020, four settlements in the calendar year delivered significant enough value to be included within this Top 100 publication of the largest U.S. settlements of all-time. These four settlements in the aggregate amounted to $3.4 billion in shareholder recoveries or over 58% of the total value from all U.S. class action settlements in 2023.

 These four class action resolutions include:

- **Wells Fargo – $1 Billion**: The $1 billion settlement against Wells Fargo & Co. resolves allegations that the bank concealed its inability to clean up its act in the wake of years of scandal. In 2018 and 2019, Wells Fargo is alleged to have repeatedly told investors that it was implementing governance reforms imposed by federal regulators after a decades-long history of "reckless" and "unsound" practices. In reality, however, Wells Fargo's compliance overhaul allegedly failed to get off the ground and was nowhere near meeting the federal regulators' requirements.

- **Dell – $1 Billion:** The $1 billion settlement with shareholders of Dell Technologies Inc. resolves allegations that they were short-changed billions of dollars for their Class V stock in connection with a 2018 transaction that turned Dell into a public company. In the asserted transaction valued at $24 billion, Dell's controlling shareholders—Michael Dell, Egon Durban, and the private equity firm Silver Lake—allegedly expropriated $10.7 billion from public Class V shareholders by forcing them to convert their shares into cash or privately held shares of Class C common stock at an unfair price.

---

[1] This figure includes shareholder-related class actions across the globe, as well as investor-related antitrust settlements and SEC fair funds.
[2] This figure excludes antitrust settlements, SEC fair funds and settlements outside the United States.
[3] The numbers in this paragraph were updated on February 13, 2024.



- **Kraft Heinz – $450 Million:** The $450 million settlement against Kraft Heinz Co. resolves allegations that the company misled investors about cost-savings following the 2015 merger that created the company. For years following the merger, 3G Capital Partners and Kraft purportedly touted $1.5 billion in cost-savings to the market, reiterating that they were committed to sustainable cost-cutting and brand investment. However, there allegedly were fewer savings to be had, and Kraft Heinz had instead implemented extreme cost-cutting measures that decimated its supply chain and innovation. This allegedly led to a massive $15.4 billion impairment write-down in 2019.

- **Wells Fargo - $300 Million:** This settlement against Wells Fargo resolves allegations that the bank hid from investors that it was unnecessarily charging thousands of customers for auto-collision protection insurance. The practices allegedly pushed approximately 274,000 of its customers into delinquency and resulted in 27,000 vehicle repossessions. The complaint alleges that Wells Fargo was aware of the illicit practices by 2016 but concealed these issues from investors for more than a year.

Of the 127 U.S. settlements in 2023, 96 cases received judgment in federal courts amounting to $3.9 billion, while cases that received judgment in state courts amounted to $1.9 billion. There was a significant rise in the value of state court settlements in 2023, as the $1.9 billion total in state court is the highest recorded by ISS SCAS in a calendar year.

In reviewing the average length of litigation, the average time it took for the settlement to be reached was up over last year. The 127 settlements averaged 3.8 years from the initial filed complaint to final approval of the settlement, compared to 3.65 years in 2022. However, on a case-by-case basis, the time it took to reach resolution often varied widely.

| NUMBER OF SETTLEMENTS | DOLLAR VALUE OF SETTLEMENTS | AVERAGE SETTLEMENT VALUE | AVERAGE LIFECYCLE |
|---|---|---|---|
| 127 | $5,852,385,745 | $46,081,778 | 3.8 Years |

ISS SCAS also identified the following insights into the 127 settlements during 2023:

- 33 class action complaints alleged stock sales by company insiders.
- 18 alleged violations of Generally Accepted Accounting Principles ("GAAP").
- 10 companies allegedly restated their financials.
- 29 alleged violations of Section 11 of the Securities Act of 1933 and 85 alleged violations of Section 10(b) under the Securities Exchange Act of 1934.
- 12 of the 85 cases concurrently asserted Section 11 and 10(b) claims.
- 17 companies are (or were) listed in the S&P 500 index, representing $2.8 billion in aggregate settlement value.



In addition to the significant settlements, 2023 was a robust year for disbursements, that is the funds distributed to eligible investors. Class action settlements representing $6.5 billion in aggregate value made initial disbursements in 2023 across the globe ($4.9 billion in the US). Both the global and U.S. figures are the highest recorded in a calendar year since 2019, where the $3 billion Petrobras settlement initially disbursed.[4] Notable disbursements in 2023 include the $1.6 billion global Steinhoff settlement and the $1.2 billion settlement with Valeant Pharmaceuticals.

Looking ahead, ISS SCAS expects that 2024 will continue to deliver meaningful shareholder recoveries. A few significant settlements have already been announced and await court approval including: Rite Aid ($192.5 million) and Envision ($177.5 million). In addition, a $612.4 million jury verdict against the Federal Housing Finance Agency was secured on behalf of Fannie Mae and Freddie Mac shareholders in September 2023. There are also several noteworthy settlements that may be disbursed back to investors in 2024, including the $809.5 million Twitter settlement and the $200 million SEC fair fund on behalf of shareholders of General Electric Company.

As with all of this continued activity within the securities litigation landscape, institutional investors and members of the financial and legal community can count on ISS Securities Class Action Services to continue to monitor these developments and/or manage the claim filing process.

# # # # #

---

[4] Disbursements generally take 16-to-18 months on average from the claim deadline to make their way back to investors.

**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



# Contents

EXECUTIVE SUMMARY ........................................................................................................................ 2

THE TOP 100 SETTLEMENTS ............................................................................................................ 6

NUMBER OF SETTLEMENTS BY YEAR IN THE TOP 100 ...................................................... 10

TOP 50 SEC DISGORGEMENTS ...................................................................................................... 11

NUMBER OF SETTLEMENTS BY YEAR IN THE TOP 50 SEC DISGORGEMENTS ................................. 13

TOP 10 U.S. ANTITRUST CLASS ACTION SETTLEMENTS ...................................................... 14

TOP 10 CLASS ACTION DISBURSEMENTS OF 2023 ............................................................... 15

SETTLEMENTS REPRESENTED BY INSTITUTIONAL LEAD PLAINTIFF ................................ 16

TOP 5 INSTITUTIONAL LEAD PLAINTIFFS PARTICIPATION IN THE SCAS TOP 100 ......... 17

MOST FREQUENT LEAD COUNSEL IN THE SCAS TOP 100 .................................................. 18

MOST FREQUENT COURT VENUES IN THE SCAS TOP 100 ................................................. 32

METHODOLOGY ............................................................................................................................... 32

SETTLEMENT CATEGORIZATION ................................................................................................. 33

GLOSSARY ......................................................................................................................................... 35



# THE TOP 100 SETTLEMENTS

| RANK | COMPANY NAME | COURT | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|------|--------------|-------|-----------------|-------------------------|
| 1 | Enron Corp. | S.D. Tex. | 2010 | $7,242,000,000 |
| 2 | WorldCom, Inc. | S.D.N.Y. | 2012 | $6,194,100,714 |
| 3 | Cendant Corp. | D. N.J. | 2000 | $3,319,350,000 |
| 4 | Tyco International, Ltd. | D. N.H. | 2007 | $3,200,000,000 |
| 5 | Petroleo Brasileiro S.A. - Petrobras | S.D.N.Y. | 2018 | $3,000,000,000 |
| 6 | AOL Time Warner, Inc. | S.D.N.Y. | 2006 | $2,500,000,000 |
| 7 | Bank of America Corporation | S.D.N.Y. | 2013 | $2,425,000,000 |
| 8 | Household International, Inc. | N.D. Ill. | 2016 | $1,575,000,000 |
| 9 | Valeant Pharmaceuticals International, Inc. | D. N.J. | 2021 | $1,210,000,000 |
| 10 | Nortel Networks Corp. | S.D.N.Y. | 2006 | $1,142,775,308 |
| 11 | Royal Ahold, N.V. | D. Md. | 2006 | $1,100,000,000 |
| 12 | Nortel Networks Corp. | S.D.N.Y. | 2006 | $1,074,265,298 |
| 13 | Merck & Co., Inc. | D. N.J. | 2016 | $1,062,000,000 |
| 14 | McKesson HBOC Inc. | N.D. Cal. | 2013 | $1,052,000,000 |
| 15 | American Realty Capital Properties, Inc. | S.D.N.Y. | 2020 | $1,025,000,000 |
| 16 | American International Group, Inc. | S.D.N.Y. | 2013 | $1,009,500,000 |
| 17 | Wells Fargo & Company | S.D.N.Y. | 2023 | $1,000,000,000 |
| 17 | Dell Technologies, Inc. | Del. Chancery Court | 2023 | $1,000,000,000 |
| 19 | American International Group, Inc. | S.D.N.Y. | 2015 | $970,500,000 |
| 20 | UnitedHealth Group, Inc. | D. Minn. | 2009 | $925,500,000 |
| 21 | Twitter, Inc. | N.D. Cal. | 2022 | $809,500,000 |
| 22 | HealthSouth Corp. | N.D. Ala. | 2010 | $804,500,000 |
| 23 | Xerox Corp. | D. Conn. | 2009 | $750,000,000 |
| 24 | Lehman Brothers Holdings, Inc. | S.D.N.Y. | 2014 | $735,218,000 |



| 25 | Citigroup Bonds | S.D.N.Y. | 2013 | $730,000,000 |
|---|---|---|---|---|
| 26 | Lucent Technologies, Inc. | D. N.J. | 2003 | $667,000,000 |
| 27 | Wachovia Preferred Securities and Bond/Notes | S.D.N.Y. | 2011 | $627,000,000 |
| 28 | Countrywide Financial Corp. | C.D. Cal. | 2011 | $624,000,000 |
| 29 | Cardinal Health, Inc. | S.D. Ohio | 2007 | $600,000,000 |
| 30 | Citigroup, Inc. | S.D.N.Y. | 2013 | $590,000,000 |
| 31 | IPO Securities Litigation (Master Case) | S.D.N.Y. | 2012 | $585,999,996 |
| 32 | Bear Stearns Mortgage Pass-Through Certificates | S.D.N.Y. | 2015 | $500,000,000 |
| 32 | Countrywide Financial Corp. | C.D. Cal. | 2013 | $500,000,000 |
| 34 | BankAmerica Corp. | E.D. Mo. | 2004 | $490,000,000 |
| 35 | Pfizer, Inc. | S.D.N.Y. | 2016 | $486,000,000 |
| 36 | Wells Fargo & Company | N.D. Cal. | 2018 | $480,000,000 |
| 37 | Adelphia Communications Corp. | S.D.N.Y. | 2013 | $478,725,000 |
| 38 | Merrill Lynch & Co., Inc. | S.D.N.Y. | 2009 | $475,000,000 |
| 39 | Dynegy Inc. | S.D. Tex. | 2005 | $474,050,000 |
| 40 | Schering-Plough Corp. | D. N.J. | 2013 | $473,000,000 |
| 41 | Raytheon Company | D. Mass. | 2004 | $460,000,000 |
| 42 | Waste Management Inc. | S.D. Tex. | 2003 | $457,000,000 |
| 43 | The Kraft Heinz Company | N.D. Ill. | 2023 | $450,000,000 |
| 44 | Global Crossing, Ltd. | S.D.N.Y. | 2007 | $447,800,000 |
| 45 | Qwest Communications International, Inc. | D. Colo. | 2009 | $445,000,000 |
| 46 | Teva Pharmaceutical Industries Limited | D. Conn. | 2022 | $420,000,000 |
| 47 | Federal Home Loan Mortgage Corp. (Freddie Mac) | S.D.N.Y. | 2006 | $410,000,000 |
| 48 | Marsh & McLennan Companies, Inc. | S.D.N.Y. | 2009 | $400,000,000 |
| 48 | Pfizer, Inc. | S.D.N.Y. | 2015 | $400,000,000 |
| 50 | Cobalt International Energy, Inc. | S.D. Tex. | 2019 | $389,600,000 |
| 51 | J.P. Morgan Acceptance Corp. I (Mortgage Pass-Through Certificates) | S.D.N.Y. | 2015 | $388,000,000 |

**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



| 52 | Cendant Corp. (PRIDES) | D. N.J. | 2006 | $374,000,000 |
|----|------------------------|---------|------|--------------|
| 53 | Refco, Inc. | S.D.N.Y. | 2011 | $358,300,000 |
| 54 | First Solar, Inc. | D. Ariz. | 2020 | $350,000,000 |
| 55 | IndyMac Mortgage Pass-Through Certificates | S.D.N.Y. | 2015 | $346,000,000 |
| 56 | RALI Mortgage (Asset-Backed Pass-Through Certificates) | S.D.N.Y. | 2015 | $335,000,000 |
| 56 | Bank of America Corporation (MERS and MBS) | S.D.N.Y. | 2016 | $335,000,000 |
| 58 | Rite Aid Corp. | E.D.Pa. | 2003 | $319,580,000 |
| 59 | Merrill Lynch Mortgage Investors, Inc. (Mortgage Pass-Through Certificates) | S.D.N.Y. | 2012 | $315,000,000 |
| 60 | Williams Companies, Inc. | N.D. Ok. | 2007 | $311,000,000 |
| 61 | Caremark, Rx, Inc. f/k/a MedPartners, Inc. | Alabama Circuit Court | 2016 | $310,000,000 |
| 62 | General Motors Corp. | E.D. Mich. | 2009 | $303,000,000 |
| 63 | Oxford Health Plans Inc. | S.D.N.Y. | 2003 | $300,000,000 |
| 63 | DaimlerChrysler AG | D. Del. | 2004 | $300,000,000 |
| 63 | Bristol-Myers Squibb Co. | S.D.N.Y. | 2004 | $300,000,000 |
| 63 | General Motors Company | E.D. Mich. | 2016 | $300,000,000 |
| 63 | Wells Fargo & Company | N.D. Cal. | 2023 | $300,000,000 |
| 68 | Bear Stearns Companies, Inc. | S.D.N.Y. | 2012 | $294,900,000 |
| 69 | El Paso Corporation | S.D. Tex. | 2007 | $285,000,000 |
| 70 | Tenet Healthcare Corp. | C.D. Cal. | 2008 | $281,500,000 |
| 71 | J.P. Morgan Acceptance Corp. I (Mortgage Pass-Through Certificates) | E.D.N.Y. | 2014 | $280,000,000 |
| 71 | BNY Mellon, N.A. | E.D. OK. | 2012 | $280,000,000 |
| 73 | HarborView Mortgage Loan Trust | S.D.N.Y. | 2014 | $275,000,000 |
| 73 | Activision Blizzard, Inc. | Del Chancery Court | 2015 | $275,000,000 |
| 75 | GS Mortgage Securities Corp. | S.D.N.Y. | 2016 | $272,000,000 |
| 76 | Massey Energy Company | S.D. Va. | 2014 | $265,000,000 |
| 77 | 3Com Corp. | N.D. Cal. | 2001 | $259,000,000 |

# THE TOP 100
## U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



| 78 | Allergan, Inc. | C.D. Cal. | 2018 | $250,000,000 |
|---|---|---|---|---|
| 78 | Alibaba Group Holding Limited | S.D.N.Y. | 2019 | $250,000,000 |
| 80 | Signet Jewelers Limited | S.D.N.Y. | 2020 | $240,000,000 |
| 81 | Bernard L. Madoff Investment Securities LLC (Greenwich/Fairfield) | S.D.N.Y. | 2016 | $235,250,000 |
| 82 | Charles Schwab & Co., Inc. (Schwab YieldPlus Fund) | N.D. Cal. | 2011 | $235,000,000 |
| 83 | MF Global Holdings Ltd. | S.D.N.Y. | 2016 | $234,257,828 |
| 84 | Comverse Technology, Inc. | E.D.N.Y. | 2010 | $225,000,000 |
| 85 | Waste Management Inc. | N.D. Ill. | 1999 | $220,000,000 |
| 86 | Bernard L. Madoff Investment Securities LLC (Beacon Associates LLC I and II) | S.D.N.Y. | 2013 | $219,857,694 |
| 87 | Genworth Financial, Inc. | E.D. Va. | 2016 | $219,000,000 |
| 88 | Washington Mutual, Inc. | W.D. Wash. | 2016 | $216,750,000 |
| 89 | Sears, Roebuck & Co. | N.D. Ill. | 2006 | $215,000,000 |
| 89 | Merck & Co., Inc. | D. N.J. | 2013 | $215,000,000 |
| 89 | HCA Holdings, Inc. | M.D. Tenn. | 2016 | $215,000,000 |
| 92 | Salix Pharmaceuticals, Ltd. | S.D.N.Y. | 2017 | $210,000,000 |
| 92 | Wilmington Trust Corporation | D. Del. | 2018 | $210,000,000 |
| 94 | The Mills Corp. | E.D. Va. | 2009 | $202,750,000 |
| 95 | CMS Energy Corp. | E.D. Mich. | 2007 | $200,000,000 |
| 95 | Kinder Morgan, Inc. | Kansas District Court | 2010 | $200,000,000 |
| 95 | Motorola, Inc. | N.D. Ill. | 2012 | $200,000,000 |
| 95 | WellCare Health Plans, Inc. | M.D. Fla. | 2011 | $200,000,000 |
| 99 | Safety-Kleen Corp. | D. S.C. | 2006 | $197,622,944 |
| 100 | MicroStrategy Inc. | E.D. Va. | 2001 | $192,500,000 |
| 100 | SCANA Corporation | D.S.C | 2020 | $192,500,000 |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/



# NUMBER OF SETTLEMENTS BY YEAR
# IN THE TOP 100



The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

# TOP 50 SEC DISGORGEMENTS

| RANK | SETTLEMENT NAME | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|---|---|---|---|
| 1 | American International Group, Inc. | 2008 | $800,000,000 |
| 2 | WorldCom, Inc. | 2003 | $750,000,000 |
| 3 | Wyeth/Elan Corporation, plc | 2016 | $601,832,697 |
| 4 | BP p.l.c. | 2012 | $525,000,000 |
| 5 | Wells Fargo & Company | 2020 | $500,000,000 |
| 6 | GTV Media Group, Inc. | 2021 | $455,439,194 |
| 7 | Enron Corp. | 2008 | $450,000,000 |
| 8 | Banc of America Capital Management, LLC | 2007 | $375,000,000 |
| 9 | Federal National Mortgage Association | 2007 | $350,000,001 |
| 10 | Invesco Funds | 2008 | $325,000,000 |
| 11 | Time Warner Inc. | 2005 | $308,000,000 |
| 12 | Citigroup Global Markets Inc. | 2017 | $287,550,000 |
| 13 | Morgan Stanley & Co. LLC | 2014 | $275,000,000 |
| 14 | Prudential Securities | 2010 | $270,000,000 |
| 15 | Qwest Communications International Inc. | 2006 | $252,869,388 |
| 16 | Alliance Capital Management L.P. | 2008 | $250,000,000 |
| 16 | PBHG Mutual Funds | 2004 | $250,000,000 |
| 16 | Bear Stearns | 2008 | $250,000,000 |
| 19 | NYSE Specialist Firms | 2004 | $247,557,023 |
| 20 | Jay Peak Receivership Entities | 2019 | $236,834,964 |
| 21 | Massachusetts Financial Services Co. | 2007 | $225,629,143 |
| 22 | J.P. Morgan Securities LLC | 2017 | $222,415,536 |
| 23 | The Boeing Company (2022) (SEC Fair Fund) | 2022 | $201,000,000 |
| 24 | JPMorgan Chase & Co. | 2015 | $200,000,000 |
| 24 | General Electric Company | 2020 | $200,000,000 |
| 26 | Computer Sciences Corporation | 2015 | $190,948,984 |

# THE TOP 100
## U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



| RANK | SETTLEMENT NAME | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|---|---|---|---|
| 27 | Millennium Partners, L.P. | 2007 | $180,575,005 |
| 28 | ASTA/MAT and Falcon Strategies Funds (SEC Fair Fund) | 2015 | $179,562,328 |
| 29 | Soundview Home Loan Trust 2007-OPT1 | 2013 | $153,754,774 |
| 30 | Putnam Investment Management, LLC | 2007 | $153,524,387 |
| 31 | Weatherford International, plc | 2016 | $152,204,174 |
| 32 | Bristol-Myers Squibb Co. | 2004 | $150,000,001 |
| 32 | Bank of America Corporation | 2010 | $150,000,001 |
| 34 | Strong Capital Management, Inc. | 2009 | $140,750,000 |
| 35 | Columbia Funds | 2007 | $140,000,000 |
| 36 | American International Group, Inc. | 2004 | $126,366,000 |
| 37 | Canadian Imperial Holdings, Inc. / CIBC World Markets Corp. | 2010 | $125,000,000 |
| 38 | Royal Dutch Petroleum / Shell Transport | 2008 | $120,000,000 |
| 39 | Bank of America Mortgage Obligations Distribution Fund (SEC) | 2014 | $115,840,000 |
| 40 | Dell Inc. (SEC Fair Fund) | 2012 | $110,962,734 |
| 41 | Charles Schwab Investment | 2011 | $110,000,000 |
| 42 | Convergex Global Markets | 2015 | $109,440,738 |
| 43 | Credit Suisse Securities | 2012 | $101,747,769 |
| 44 | Morgan Keegan Funds (SEC Fair Fund) | 2013 | $100,300,000 |
| 45 | Capital Consultants, LLC | 2002 | $100,000,000 |
| 45 | HealthSouth Corp. | 2007 | $100,000,000 |
| 45 | Janus Capital Management LLC | 2008 | $100,000,000 |
| 45 | Facebook, Inc. | 2019 | $100,000,000 |
| 49 | Adelphia Communications Corp. | 2009 | $95,000,000 |
| 50 | Petroleo Brasileiro SA - Petrobras (SEC Fair Fund) | 2018 | $85,320,000 |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/



# NUMBER OF SETTLEMENTS BY YEAR IN THE TOP 50 SEC DISGORGEMENTS[5]



The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

[5] ISS SCAS tracks SEC Disgorgements (Fair Fund settlements) in real-time, however does not officially include these cases within the "Settlement" stage until the Plan of Distribution becomes public.



## TOP 10 U.S. ANTITRUST CLASS ACTION SETTLEMENTS

| RANK | CASE NAME | TOTAL SETTLEMENT AMOUNT |
|:---:|---|---:|
| 1 | Foreign Exchange Benchmark Rates | $2,310,275,000 |
| 2 | Credit Default Swaps | $1,864,650,000 |
| 3 | Relevant LIBOR-Based Financial Instruments (U.S. Dollar) | $873,149,000 |
| 4 | Euro Interbank Offered Rate | $651,500,000 |
| 5 | ISDAfix Transactions | $504,500,000 |
| 6 | GSE Bonds | $386,500,000 |
| 7 | State AG LIBOR/Euribor | $381,350,000 |
| 8 | Euroyen-Based Derivatives | $329,500,000 |
| 9 | Relevant LIBOR-Based Financial Instruments (Eurodollar Futures) | $187,000,000 |
| 10 | Bank Bill Swap Rate Based Derivatives | $185,875,000 |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



# TOP 10 CLASS ACTION DISBURSEMENTS OF 2023

| RANK | CASE NAME | INITIAL DISBURSEMENT DATE | TOTAL SETTLEMENT AMOUNT |
|---|---|---|---|
| 1 | Valeant Pharmaceuticals International, Inc. (2015) (D.N.J.) (Former and Named Defendants) | July 12, 2023 | $1,210,000,000 |
| 2 | Teva Pharmaceutical Industries Limited (2016) (D. Conn.) | July 24, 2023 | $420,000,000 |
| 3 | Relevant LIBOR-Based Fin. Instruments (Eurodollar Futures) (Antitrust) (BB/BOA/CGM/DB/HSBC/JPM/SG) | December 15, 2023 | $187,000,000 |
| 4 | Luckin Coffee Inc. (S.D.N.Y.) | May 26, 2023 | $175,000,000 |
| 5 | NovaStar Mortgage Funding Trusts | April 17, 2023 | $165,000,000 |
| 6 | BlackBerry Limited (BlackBerry) | March 30, 2023 | $165,000,000 |
| 7 | SIBOR- and/or SOR-Based Derivatives (Antitrust) (Citi/JPMorgan) | September 25, 2023 | $155,458,000 |
| 8 | Granite Construction Incorporated (N.D. Cal.) | January 31, 2023 | $129,000,000 |
| 9 | GCI Liberty, Inc. | June 16, 2023 | $110,000,000 |
| 10 | Stamps.com, Inc. | April 5, 2023 | $100,000,000 |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/



## SETTLEMENTS REPRESENTED BY
## INSTITUTIONAL LEAD PLAINTIFF IN THE SCAS TOP 100



The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/



# TOP 5 INSTITUTIONAL LEAD PLAINTIFFS PARTICIPATION IN THE SCAS TOP 100

| INSTITUTIONAL LEAD PLAINTIFF \| CASE NAME | RANK | TOTAL SETTLEMENT AMOUNT | NUMBER OF SETTLEMENTS |
|---|---|---|---|
| New York State Common Retirement Fund | | $ 11,025,450,714 | 4 |
| WorldCom, Inc. | 2 | $ 6,194,100,714 | |
| Cendant Corp. | 3 | $ 3,319,350,000 | |
| McKesson HBOC Inc. | 14 | $ 1,052,000,000 | |
| Raytheon Company | 41 | $ 460,000,000 | |
| Regents of the University of California | | $ 7,716,050,000 | 2 |
| Enron Corp. | 1 | $ 7,242,000,000 | |
| Dynegy Inc. | 39 | $ 474,050,000 | |
| State Teachers Retirement System of Ohio | | $ 5,417,300,000 | 7 |
| Bank of America Corporation (Equity Securities) | 7 | $ 2,425,000,000 | |
| American International Group, Inc. | 16 | $ 1,009,500,000 | |
| Merrill Lynch & Co., Inc. | 38 | $ 475,000,000 | |
| Global Crossing, Ltd. | 44 | $ 447,800,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 47 | $ 410,000,000 | |
| Marsh & McLennan Companies, Inc. | 48 | $ 400,000,000 | |
| Allergan, Inc. (Section 14(e)) | 78 | $ 250,000,000 | |
| Ohio Public Employees Retirement System | | $ 4,292,300,000 | 4 |
| Bank of America Corporation (Equity Securities) | 7 | $ 2,425,000,000 | |
| American International Group, Inc. | 16 | $ 1,009,500,000 | |
| Global Crossing, Ltd. | 44 | $ 447,800,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 47 | $ 410,000,000 | |
| Louisiana State Employees Retirement System | | $ 4,250,000,000 | 3 |
| Tyco International, Ltd. | 4 | $ 3,200,000,000 | |
| Xerox Corp. | 23 | $ 750,000,000 | |
| Bristol-Myers Squibb Co. | 63 | $ 300,000,000 | |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

**ISS SCAS**
SECURITIES CLASS ACTION SERVICES

# MOST FREQUENT LEAD COUNSEL IN THE SCAS TOP 100



The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

**ISS SCAS**
SECURITIES CLASS ACTION SERVICES

# LEAD COUNSEL PARTICIPATION RANKED BY SETTLEMENT AMOUNT IN THE SCAS TOP 100

| LEAD / CO-LEAD COUNSEL | CASE NAME | RANK | TOTAL SETTLEMENT AMOUNT |
|---|---|---|
| **Bernstein Litowitz Berger & Grossmann** | | **$27,491,591,840** |
| WorldCom, Inc. | 2 | $6,194,100,714 |
| Cendant Corp. | 3 | $3,319,350,000 |
| Bank of America Corporation | 7 | $2,425,000,000 |
| Nortel Networks Corp. | 12 | $1,074,265,298 |
| Merck & Co., Inc. | 13 | $1,062,000,000 |
| McKesson HBOC Inc. | 14 | $1,052,000,000 |
| Wells Fargo & Company | 17 | $1,000,000,000 |
| HealthSouth Corp. | 22 | $804,500,000 |
| Lehman Brothers Holdings, Inc. | 24 | $735,218,000 |
| Citigroup Bonds | 25 | $730,000,000 |
| Lucent Technologies, Inc. | 26 | $667,000,000 |
| Wachovia Preferred Securities and Bond/Notes | 27 | $627,000,000 |
| Bear Stearns Mortgage Pass-Through Certificates | 32 | $500,000,000 |
| Wells Fargo & Company | 36 | $480,000,000 |
| Schering-Plough Corp. | 40 | $473,000,000 |
| The Kraft Heinz Company | 43 | $450,000,000 |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 47 | $410,000,000 |
| Cobalt International Energy, Inc. | 50 | $389,600,000 |
| Refco, Inc. | 53 | $358,300,000 |
| Merrill Lynch Mortgage Investors, Inc. (Mortgage Pass-Through Certificates) | 59 | $315,000,000 |
| Williams Companies, Inc. | 60 | $311,000,000 |
| Bristol-Myers Squibb Co. | 63 | $300,000,000 |
| General Motors Company | 63 | $300,000,000 |
| DaimlerChrysler AG | 63 | $300,000,000 |



| | | |
|---|---|---|
| El Paso Corporation | 69 | $285,000,000 |
| J.P. Morgan Acceptance Corp. I (Mortgage Pass-Through Certificates) | 71 | $280,000,000 |
| 3Com Corp. | 77 | $259,000,000 |
| Allergan, Inc. | 78 | $250,000,000 |
| Signet Jewelers Limited | 80 | $240,000,000 |
| MF Global Holdings Ltd. | 83 | $234,257,828 |
| Genworth Financial, Inc. | 87 | $219,000,000 |
| Washington Mutual, Inc. | 88 | $216,750,000 |
| Merck & Co., Inc. | 89 | $215,000,000 |
| Salix Pharmaceuticals, Ltd. | 92 | $210,000,000 |
| Wilmington Trust Corporation | 92 | $210,000,000 |
| The Mills Corp. | 94 | $202,750,000 |
| WellCare Health Plans, Inc. | 95 | $200,000,000 |
| SCANA Corporation | 100 | $192,500,000 |
| **Robbins Geller Rudman & Dowd** | | **$18,827,550,000** |
| Enron Corp. | 1 | $7,242,000,000 |
| Household International, Inc. | 8 | $1,575,000,000 |
| Valeant Pharmaceuticals International, Inc. | 9 | $1,210,000,000 |
| American Realty Capital Properties, Inc. | 15 | $1,025,000,000 |
| UnitedHealth Group, Inc. | 20 | $925,500,000 |
| Twitter, Inc. | 21 | $809,500,000 |
| HealthSouth Corp. | 22 | $804,500,000 |
| Wachovia Preferred Securities and Bond/Notes | 27 | $627,000,000 |
| Cardinal Health, Inc. | 29 | $600,000,000 |
| Countrywide Financial Corp. | 32 | $500,000,000 |
| Dynegy Inc. | 39 | $474,050,000 |
| Qwest Communications International, Inc. | 45 | $445,000,000 |
| Pfizer, Inc. | 48 | $400,000,000 |
| J.P. Morgan Acceptance Corp. I (Mortgage Pass-Through Certificates) | 51 | $388,000,000 |
| First Solar, Inc. | 54 | $350,000,000 |
| Wells Fargo & Company | 63 | $300,000,000 |



| | | |
|---|---|---|
| GS Mortgage Securities Corp. | 75 | $272,000,000 |
| Massey Energy Company | 76 | $265,000,000 |
| HCA Holdings, Inc. | 89 | $215,000,000 |
| Kinder Morgan, Inc. | 95 | $200,000,000 |
| Motorola, Inc. | 95 | $200,000,000 |
| **Barrack, Rodos & Bacine** | | **$13,107,700,714** |
| WorldCom, Inc. | 2 | $6,194,100,714 |
| Cendant Corp. | 3 | $3,319,350,000 |
| McKesson HBOC Inc. | 14 | $1,052,000,000 |
| American International Group, Inc. | 19 | $970,500,000 |
| Merrill Lynch & Co., Inc. | 38 | $475,000,000 |
| Bank of America Corporation (MERS and MBS) | 56 | $335,000,000 |
| DaimlerChrysler AG | 63 | $300,000,000 |
| 3Com Corp. | 77 | $259,000,000 |
| The Mills Corp. | 94 | $202,750,000 |
| **Kessler Topaz Meltzer & Check** | | **$9,554,575,690** |
| Tyco International, Ltd. | 4 | $3,200,000,000 |
| Bank of America Corporation (Equity Securities) | 7 | $2,425,000,000 |
| Lehman Brothers Holdings, Inc.(Equity/Debt Securities) | 24 | $735,218,000 |
| Wachovia Preferred Securities and Bond/Notes | 27 | $627,000,000 |
| IPO Securities Litigation (Master Case) | 31 | $585,999,996 |
| Countrywide Financial Corp. | 32 | $500,000,000 |
| The Kraft Heinz Company | 43 | $450,000,000 |
| Tenet Healthcare Corp. | 70 | $281,500,000 |
| BNY Mellon, N.A. | 71 | $280,000,000 |
| Allergan, Inc. | 78 | $250,000,000 |
| Bernard L. Madoff Investment Securities LLC (Beacon Associates LLC I and II) | 86 | $219,857,694 |
| **Milberg** | | **$9,353,855,304** |
| Tyco International, Ltd. | 4 | $3,200,000,000 |
| Nortel Networks Corp. (I) | 10 | $1,142,775,308 |
| Merck & Co., Inc. | 13 | $1,062,000,000 |



| | | |
|---|---|---|
| Xerox Corp. | 23 | $750,000,000 |
| Lucent Technologies, Inc. | 26 | $667,000,000 |
| IPO Securities Litigation (Master Case) | 31 | $585,999,996 |
| Raytheon Company | 41 | $460,000,000 |
| Rite Aid Corp. | 58 | $319,580,000 |
| Oxford Health Plans Inc. | 63 | $300,000,000 |
| 3Com Corp. | 77 | $259,000,000 |
| Sears, Roebuck & Co. | 89 | $215,000,000 |
| CMS Energy Corp. | 95 | $200,000,000 |
| MicroStrategy Inc. | 100 | $192,500,000 |
| **Grant & Eisenhofer** | | **$6,207,722,944** |
| Tyco International, Ltd. | 4 | $3,200,000,000 |
| Pfizer, Inc. | 35 | $486,000,000 |
| Global Crossing, Ltd. | 44 | $447,800,000 |
| Marsh & McLennan Companies, Inc. | 48 | $400,000,000 |
| Refco, Inc. | 53 | $358,300,000 |
| General Motors Corp. | 62 | $303,000,000 |
| Oxford Health Plans Inc. | 63 | $300,000,000 |
| DaimlerChrysler AG | 63 | $300,000,000 |
| Merck & Co., Inc. (2008) | 89 | $215,000,000 |
| Safety-Kleen Corp. | 99 | $197,622,944 |
| **Labaton Keller Sucharow** | | **$5,908,400,000** |
| American International Group, Inc. | 16 | $1,009,500,000 |
| Dell Technologies, Inc. | 17 | $1,000,000,000 |
| HealthSouth Corp. | 22 | $804,500,000 |
| Countrywide Financial Corp. | 28 | $624,000,000 |
| Schering-Plough Corp. | 40 | $473,000,000 |
| Waste Management Inc. | 42 | $457,000,000 |
| General Motors Corp. | 62 | $303,000,000 |
| Bear Stearns Companies, Inc. | 68 | $294,900,000 |
| El Paso Corporation | 69 | $285,000,000 |

# THE TOP 100
## U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



| | | |
|---|---|---|
| Massey Energy Company | 76 | $265,000,000 |
| WellCare Health Plans, Inc. | 95 | $200,000,000 |
| SCANA Corporation | 100 | $192,500,000 |
| **Pomerantz** | | **$3,225,000,000** |
| Petroleo Brasileiro S.A. - Petrobras | 5 | $3,000,000,000 |
| Comverse Technology, Inc. | 84 | $225,000,000 |
| **Kaplan Fox & Kilsheimer** | | **$3,159,000,000** |
| Bank of America Corporation | 7 | $2,425,000,000 |
| Merrill Lynch & Co., Inc. | 38 | $475,000,000 |
| 3Com Corp. | 77 | $259,000,000 |
| **Cohen Milstein Sellers & Toll** | | **$2,610,000,000** |
| Wells Fargo & Company | 17 | $1,000,000,000 |
| Countrywide Financial Corp. | 32 | $500,000,000 |
| Bear Stearns Mortgage Pass-Through Certificates | 32 | $500,000,000 |
| RALI Mortgage (Asset-Backed Pass-Through Certificates) | 56 | $335,000,000 |
| HarborView Mortgage Loan Trust | 73 | $275,000,000 |
| **Heins Mills & Olson** | | **$2,500,000,000** |
| AOL Time Warner, Inc. | 6 | $2,500,000,000 |
| **Stull Stull & Brody** | | **$2,137,999,996** |
| Merck & Co., Inc. | 13 | $1,062,000,000 |
| IPO Securities Litigation (Master Case) | 31 | $585,999,996 |
| BankAmerica Corp. | 34 | $490,000,000 |
| **Entwistle & Cappucci** | | **$1,989,600,000** |
| Royal Ahold, N.V. | 11 | $1,100,000,000 |
| Cobalt International Energy, Inc. | 50 | $389,600,000 |
| DaimlerChrysler AG | 63 | $300,000,000 |
| CMS Energy Corp. | 95 | $200,000,000 |
| **Berman Tabacco** | | **$1,975,900,000** |
| Xerox Corp. | 23 | $750,000,000 |
| IndyMac Mortgage Pass-Through Certificates | 55 | $346,000,000 |
| Bristol-Myers Squibb Co. | 63 | $300,000,000 |



| | | |
|---|---|---|
| Bear Stearns Companies, Inc. | 68 | $294,900,000 |
| El Paso Corporation | 69 | $285,000,000 |
| **Kirby McInerney** | | **$1,662,725,000** |
| Citigroup, Inc. | 30 | $590,000,000 |
| Adelphia Communications Corp. | 37 | $478,725,000 |
| Cendant Corp. (PRIDES) II | 52 | $374,000,000 |
| Waste Management Inc. | 85 | $220,000,000 |
| **Brower Piven** | | **$1,062,000,000** |
| Merck & Co., Inc. | 13 | $1,062,000,000 |
| **Berger & Montague** | | **$1,014,580,000** |
| Merrill Lynch & Co., Inc. | 38 | $475,000,000 |
| Rite Aid Corp. | 58 | $319,580,000 |
| Waste Management Inc. | 85 | $220,000,000 |
| **Hahn Loeser & Parks** | | **$1,009,500,000** |
| American International Group, Inc. | 16 | $1,009,500,000 |
| **Quinn Emanuel Urquhart & Sullivan** | | **$1,000,000,000** |
| Dell Technologies, Inc. | 17 | $1,000,000,000 |
| **Bernstein Liebhard** | | **$985,999,996** |
| IPO Securities Litigation (Master Case) | 31 | $585,999,996 |
| Marsh & McLennan Companies, Inc. | 48 | $400,000,000 |
| **The Miller Law Firm** | | **$970,500,000** |
| American International Group, Inc. | 19 | $970,500,000 |
| **Abbey Spanier Rodd Abrams & Paradis** | | **$968,725,000** |
| BankAmerica Corp. | 34 | $490,000,000 |
| Adelphia Communications Corp. | 37 | $478,725,000 |
| **Bleichmar Fonti & Auld** | | **$873,257,828** |
| Teva Pharmaceutical Industries Limited | 46 | $420,000,000 |
| MF Global Holdings Ltd. | 83 | $234,257,828 |
| Genworth Financial, Inc. | 87 | $219,000,000 |
| **Motley Rice** | | **$809,500,000** |
| Twitter, Inc. | 21 | $809,500,000 |



| | | |
|---|---|---|
| **Cunningham Bounds** | | **$804,500,000** |
| HealthSouth Corp. | 22 | $804,500,000 |
| **Chitwood Harley Harnes** | | **$790,000,000** |
| BankAmerica Corp. | 34 | $490,000,000 |
| Oxford Health Plans Inc. | 63 | $300,000,000 |
| **Wolf Haldenstein Adler Freeman & Herz** | | **$778,499,996** |
| IPO Securities Litigation (Master Case) | 31 | $585,999,996 |
| MicroStrategy Inc. | 100 | $192,500,000 |
| **Johnson & Perkinson** | | **$750,000,000** |
| Xerox Corp. | 23 | $750,000,000 |
| **Girard Gibbs** | | **$735,218,000** |
| Lehman Brothers Holdings, Inc. | 24 | $735,218,000 |
| **Howard B. Sirota, Esq.** | | **$585,999,996** |
| IPO Securities Litigation (Master Case) | 31 | $585,999,996 |
| **Wolf Popper** | | **$515,250,000** |
| J.P. Morgan Acceptance Corp. I | 71 | $280,000,000 |
| Bernard L. Madoff Investment Securities LLC | 81 | $235,250,000 |
| **Green Schaaf & Jacobson** | | **$490,000,000** |
| BankAmerica Corp. | 34 | $490,000,000 |
| **Barrett & Weber** | | **$410,000,000** |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 47 | $410,000,000 |
| **Waite, Schneider, Bayless & Chesley** | | **$410,000,000** |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 47 | $410,000,000 |
| **Francis Law** | | **$310,000,000** |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 61 | $310,000,000 |
| **Somerville** | | **$310,000,000** |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 61 | $310,000,000 |
| **Hare, Wynn, Newell & Newton** | | **$310,000,000** |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 61 | $310,000,000 |
| **Lite, DePalma, Greenberg & Rivas** | | **$281,500,000** |
| Tenet Healthcare Corp. | 70 | $281,500,000 |



| | | |
|---|---|---|
| **Nix, Patterson & Roach** | | **$280,000,000** |
| BNY Mellon, N.A. | 71 | $280,000,000 |
| **Bragar Eagel & Squire** | | **$275,000,000** |
| Activision Blizzard, Inc. | 73 | $275,000,000 |
| **Friedlander & Gorris** | | **$275,000,000** |
| Activision Blizzard, Inc. | 73 | $275,000,000 |
| **The Rosen Law Firm** | | **$250,000,000** |
| Alibaba Group Holding Limited | 78 | $250,000,000 |
| **Lovell Stewart Halebian Jacobson** | | **$235,250,000** |
| Bernard L. Madoff Investment Securities LLC | 81 | $235,250,000 |
| **Boies, Schiller & Flexner** | | **$235,250,000** |
| Bernard L. Madoff Investment Securities LLC | 81 | $235,250,000 |
| **Hagens Berman Sobol Shapiro** | | **$235,000,000** |
| Charles Schwab & Co., Inc. | 82 | $235,000,000 |
| **Abbey, Gardy & Squitieri** | | **$220,000,000** |
| Waste Management Inc. | 85 | $220,000,000 |
| **Lowey Dannenberg Cohen & Hart** | | **$219,857,694** |
| Bernard L. Madoff Investment Securities LLC | 86 | $219,857,694 |
| **Saxena White** | | **$210,000,000** |
| Wilmington Trust Corporation | 92 | $210,000,000 |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/



# MOST FREQUENT CLAIMS ADMINISTRATORS IN THE SCAS TOP 100[6]



*Includes settlements under Garden City Group.
**Includes settlements administered by Complete Claims Solution.

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

[6] Totals exceed 100 as several partial settlements were administered by another Claims Administrator.



# CLAIMS ADMINISTRATOR PARTICIPATION
# IN THE SCAS TOP 100

| CLAIMS ADMINISTRATOR \| CASES | RANK | CASE SETTLEMENT AMT | TOTAL SETTLEMENT AMOUNT |
|---|---|---|---|
| **Epiq Global** | | | **$36,190,697,782** |
| WorldCom, Inc. | 2 | $6,194,100,714 | |
| Tyco International, Ltd. | 4 | $3,200,000,000 | |
| Petroleo Brasileiro S.A. - Petrobras | 5 | $3,000,000,000 | |
| Bank of America Corporation (Equity Securities) | 7 | $2,425,000,000 | |
| Nortel Networks Corp. (I) | 10 | $1,142,775,308 | |
| Royal Ahold, N.V. | 11 | $1,100,000,000 | |
| Nortel Networks Corp. (II) | 12 | $1,074,265,298 | |
| Merck & Co., Inc. (2003) | 13 | $1,062,000,000 | |
| Wells Fargo & Company (2020) | 17 | $1,000,000,000 | |
| Twitter, Inc. | 21 | $809,500,000 | |
| Lehman Brothers Holdings, Inc. (Equity/Debt Securities)[7] | 24 | $735,218,000 | |
| Citigroup Bonds | 25 | $730,000,000 | |
| Lucent Technologies, Inc. | 26 | $667,000,000 | |
| Wachovia Preferred Securities and Bond/Notes | 27 | $627,000,000 | |
| Citigroup, Inc. | 30 | $590,000,000 | |
| IPO Securities Litigation (Master Case) | 31 | $585,999,996 | |
| Bear Stearns Mortgage Pass-Through Certificates | 32 | $500,000,000 | |
| Countrywide Financial Corp. | 32 | $500,000,000 | |
| Pfizer, Inc. | 35 | $486,000,000 | |
| Wells Fargo & Company (2016) | 36 | $480,000,000 | |
| Schering-Plough Corp. | 40 | $473,000,000 | |
| Global Crossing, Ltd. | 44 | $447,800,000 | |
| Teva Pharmaceutical Industries Limited | 46 | $420,000,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 47 | $410,000,000 | |
| Cobalt International Energy, Inc. | 50 | $389,600,000 | |
| Refco, Inc. | 53 | $358,300,000 | |
| RALI Mortgage (Asset-Backed Pass-Through Certificates) | 56 | $335,000,000 | |

[7] Formerly Administered by Garden City Group



| | | | |
|---|---|---|---|
| Merrill Lynch Mortgage Investors, Inc. (Mortgage Pass-Through Certificates) | 59 | $315,000,000 | |
| Williams Companies, Inc. | 60 | $311,000,000 | |
| General Motors Corp. | 62 | $303,000,000 | |
| Oxford Health Plans Inc. | 63 | $300,000,000 | |
| Bristol-Myers Squibb Co.[8] | 63 | $300,000,000 | |
| General Motors Company | 63 | $300,000,000 | |
| DaimlerChrysler AG | 63 | $300,000,000 | |
| Bear Stearns Companies, Inc. | 68 | $294,900,000 | |
| Tenet Healthcare Corp. | 70 | $281,500,000 | |
| BNY Mellon, N.A. | 71 | $280,000,000 | |
| J.P. Morgan Acceptance Corp. I (Mortgage Pass-Through Certificates) (2008) | 71 | $280,000,000 | |
| Allergan, Inc. (Section 14(e)) | 78 | $250,000,000 | |
| MF Global Holdings Ltd. | 83 | $234,257,828 | |
| Bernard L. Madoff Investment Securities LLC (Beacon Associates LLC I and II) | 86 | $219,857,694 | |
| Genworth Financial, Inc. | 87 | $219,000,000 | |
| Washington Mutual, Inc. | 88 | $216,750,000 | |
| Merck & Co., Inc. (2008) | 89 | $215,000,000 | |
| Sears, Roebuck & Co. | 89 | $215,000,000 | |
| Wilmington Trust Corporation | 92 | $210,000,000 | |
| Salix Pharmaceuticals, Ltd. | 92 | $210,000,000 | |
| The Mills Corp. | 94 | $202,750,000 | |
| WellCare Health Plans, Inc. | 95 | $200,000,000 | |
| CMS Energy Corp. | 95 | $200,000,000 | |
| Kinder Morgan, Inc. | 95 | $200,000,000 | |
| Safety-Kleen Corp. (Bondholders) | 99 | $197,622,944 | |
| SCANA Corporation | 100 | $192,500,000 | |
| **Gilardi & Co.** | | | **$21,158,130,000** |
| Enron Corp. | 1 | $7,242,000,000 | |
| AOL Time Warner, Inc. | 6 | $2,500,000,000 | |
| Household International, Inc. | 8 | $1,575,000,000 | |
| Valeant Pharmaceuticals International, Inc. | 9 | $1,210,000,000 | |
| American Realty Capital Properties, Inc. | 15 | $1,025,000,000 | |
| American International Group, Inc. | 19 | $970,500,000 | |

[8] Formerly Administered by Garden City Group



| | | | |
|---|---|---|---|
| UnitedHealth Group, Inc. | 20 | $925,500,000 | |
| Xerox Corp. | 23 | $750,000,000 | |
| Cardinal Health, Inc. | 29 | $600,000,000 | |
| Dynegy Inc. | 39 | $474,050,000 | |
| Qwest Communications International, Inc. | 45 | $445,000,000 | |
| Pfizer, Inc. | 48 | $400,000,000 | |
| J.P. Morgan Acceptance Corp. I (Mortgage Pass-Through Certificates) (2009) | 51 | $388,000,000 | |
| First Solar, Inc. | 54 | $350,000,000 | |
| Rite Aid Corp. | 58 | $319,580,000 | |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 61 | $310,000,000 | |
| Wells Fargo & Company | 63 | $300,000,000 | |
| GS Mortgage Securities Corp. | 75 | $272,000,000 | |
| 3Com Corp. | 77 | $259,000,000 | |
| Charles Schwab & Co., Inc. (Schwab YieldPlus Fund) | 82 | $235,000,000 | |
| HCA Holdings, Inc. | 89 | $215,000,000 | |
| Motorola, Inc. | 95 | $200,000,000 | |
| MicroStrategy Inc. | 100 | $192,500,000 | |
| **Heffler, Radetich & Saitta, L.L.P.** | | | **$4,364,350,000** |
| Cendant Corp. | 3 | $3,319,350,000 | |
| BankAmerica Corp. | 34 | $490,000,000 | |
| Bank of America Corporation (MERS and MBS) | 56 | $335,000,000 | |
| Waste Management Inc. | 85 | $220,000,000 | |
| **Rust Consulting, Inc.** | | | **$4,351,250,000** |
| American International Group, Inc. | 16 | $1,009,500,000 | |
| HealthSouth Corp. | 22 | $804,500,000 | |
| Countrywide Financial Corp. | 28 | $624,000,000 | |
| Merrill Lynch & Co., Inc. | 38 | $475,000,000 | |
| Waste Management Inc. | 42 | $457,000,000 | |
| Marsh & McLennan Companies, Inc. | 48 | $400,000,000 | |
| IndyMac Mortgage Pass-Through Certificates | 55 | $346,000,000 | |
| Bernard L. Madoff Investment Securities LLC (Greenwich/Fairfield) | 81 | $235,250,000 | |
| **A.B. Data, Ltd.** | | | **$2,285,218,000** |
| Dell Technologies, Inc. | 17 | $1,000,000,000 | |



| | | | |
|---|---|---|---|
| Lehman Brothers Holdings, Inc. (Equity/Debt Securities)[9] | 24 | $735,218,000 | |
| El Paso Corporation | 69 | $285,000,000 | |
| Massey Energy Company | 76 | $265,000,000 | |
| **Analytics, Inc.** | | | **$1,512,000,000** |
| McKesson HBOC Inc.[10] | 14 | $1,052,000,000 | |
| Raytheon Company | 41 | $460,000,000 | |
| **BMC Group** | | | **$1,052,000,000** |
| McKesson HBOC Inc.[11] | 14 | $1,052,000,000 | |
| **Valley Forge Administrative Services, Inc.** | | | **$852,725,000** |
| Adelphia Communications Corp. | 37 | $478,725,000 | |
| Cendant Corp. (PRIDES) II | 52 | $374,000,000 | |
| **JND Legal Administration** | | | **$690,000,000** |
| The Kraft Heinz Company | 43 | $450,000,000 | |
| Signet Jewelers Limited | 80 | $240,000,000 | |
| **Kurtzman Carson Consultants** | | | **$550,000,000** |
| Activision Blizzard, Inc. | 73 | $275,000,000 | |
| HarborView Mortgage Loan Trust | 73 | $275,000,000 | |
| **Strategic Claims Services** | | | **$250,000,000** |
| Alibaba Group Holding Limited | 78 | $250,000,000 | |
| **Berdon Claims Administration LLC** | | | **$225,000,000** |
| Comverse Technology, Inc. | 84 | $225,000,000 | |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

[9] Administered part of the case settlement
[10] Administered part of the case settlement
[11] Administered part of the case settlement

**ISS SCAS** ▷
SECURITIES CLASS ACTION SERVICES

## MOST FREQUENT COURT VENUES IN THE SCAS TOP 100



The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

## METHODOLOGY

The ISS Securities Class Action Services' Top 100 Settlements of All-Time is an annual report that identifies the largest securities-related U.S. class action settlements filed after the passage of the Private Securities Litigation Reform Act of 1995, ranked by the total value of the settlement fund. The report includes federal and state securities settlements, as well as settlements resulting from directly asserted fiduciary duty claims. The statistics and totals from this report do not include U.S. antitrust, derivative fiduciary duty nor any securities-related settlements outside the United States. Cases with the same settlement amount are given the same ranking. For cases with multiple partial settlements, the amount indicated in the total settlement amount is computed by combining all partial settlements. The settlement year reflects the year the most recent settlement received final approval from the court. Only court approved final settlements are included.



# SETTLEMENT CATEGORIZATION

## THE TOP 100

The Top 100 U.S. Settlements of All-Time provides a wealth of information, including the settlement date, filing court, settlement fund, and identifies the key players for each settlement. The report is broken down into the following categories:

### INSTITUTIONAL LEAD PLAINTIFF PARTICIPATION

This section displays the number of cases in the Top 100 involving institutional lead plaintiffs.  It also identifies the institutional investors serving as institutional lead plaintiff.

### LEAD COUNSEL PARTICIPATION

This section lists the law firms that served as lead or co-lead counsel for each litigation in the Top 100 Settlements and identifies the most frequent lead or co-lead counsel in the Top 100 Settlements. Counsel with the same participation are given the same ranking. In addition, the list includes participation in cases where they were litigated under a previous name.

### CLAIMS ADMINISTRATION PARTICIPATION

This section lists the claims administrators who handled the Top 100 Settlements and identifies the most frequent claims administrators. It includes settlements administered from old entities.

### COURT VENUE

This section lists the settlements by location, specifically federal court vs state court, as well as the district or division (in federal cases) where the litigation and settlement took place.

## OTHER SETTLEMENTS

In addition to the Top 100 U.S. Settlements of All-Time, ISS SCAS has ranked the Top 50 SEC Disgorgements, the Top 10 Investor-Related U.S. Antitrust Class Actions, and the Top 10 U.S. Class Action Disbursements of 2023. These rankings are broken down as follows:

### TOP 50 SEC DISGORGEMENTS

This section provides a list of the largest SEC Fair Fund settlements, ranked according to the Total Settlement Amount. The Total Settlement Amount reflects the sum of disgorgement and civil penalties in settlements reached with the Securities and Exchange Commission. The Top 50 SEC Disgorgements includes only those where the distribution plan has received final approval from the SEC. Cases with the same settlement amount are given the same ranking.

### TOP 10 ANTITRUST CLASS ACTIONS

This section provides a list of the largest U.S. antitrust settlements on behalf of investors, ranked according to the Total Settlement Amount. These antitrust actions typically involve multiple partial settlements reached with defendants at different dates. The Total Settlement Amount reflects the aggregation of all partial settlements that have received final court approval in various years.



## DISBURSEMENTS
### TOP 10 CLASS ACTION DISBURSEMENTS

This section provides a list of the largest U.S. class action settlements that made initial disbursements to investors during the calendar year, ranked according to the Total Settlement Amount. ISS SCAS notes the initial disbursement may be less than the 100% of the settlement proceeds, as the class action settlements could take multiple rounds to be fully disbursed.

**ISS SCAS**
SECURITIES CLASS ACTION SERVICES

# GLOSSARY

| | |
|---|---|
| CLAIMS ADMINISTRATOR | An entity selected by the Lead Counsel or appointed by the court to manage the settlement notification and claim process. |
| DISBURSEMENT | The distribution of the settlement fund to eligible claimants in accordance with the plan of allocation. |
| DISGORGEMENT | A penalty or repayment of ill-gotten gains that is imposed by the United States Securities and Exchange Commission on wrong doers. These are often referred to as Fair Fund settlements. |
| FINAL SETTLEMENTS | Settlements that received final approval from the court. |
| INSTITUTIONAL LEAD PLAINTIFF | An institutional shareholder or group of institutional shareholders appointed by the court to represent the interests of a class or classes of similarly situated shareholders. |
| LEAD COUNSEL | Law firm, or lawyer, appointed by the court, that prosecutes a class action on behalf of the class members. |
| PARTIAL SETTLEMENT | A preliminary agreement between some of the identified defendants in the action. |
| PSLRA (PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995) | Legislation passed by Congress that implemented several substantive changes in the United States, affecting certain cases brought under the federal securities laws, including changes related to pleading, discovery, liability, class representation, and awards fees and expenses. |
| SETTLEMENT YEAR | Corresponds to the year the settlement, or the most recent partial settlement, received final approval from the court. |
| TOTAL SETTLEMENT AMOUNT | Refers to the sum of the settlement fund or the gross settlement fund approved by the court. |



## Empowering Investors to Mitigate Risk, Minimize Costs, and Effectively Maximize Recoveries.

---

### GET STARTED WITH ISS SECURITIES CLASS ACTION SOLUTIONS

Email sales@issgovernance.com or visit issgovernance.com/scas for more information.

**Managing Editor**
Jarett Sena, Esq. Director of Litigation Analysis, ISS Securities Class Action Services

**Content Editor**
Mark Lloyd Flores, Vice President of Research, ISS Securities Class Action Services
Louis Angelo Panis, Research Associate, ISS Securities Class Action Services

**Copy Editor**
Ivar Eilertsen, Global Head, ISS Securities Class Action Services
Joe Castiglione, Client Services Manager, ISS Securities Class Action Services

**Design Editor**
Claudine Ann Hernandez, Associate, Institutional Shareholder Services

---

Founded in 1985, the Institutional Shareholder Services group of companies ("ISS") is the world's leading provider of corporate governance and responsible investment solutions alongside fund intelligence and services, events, and editorial content for institutional investors, globally. ISS' solutions include objective governance research and recommendations; responsible investment data, analytics, and research; end-to-end proxy voting and distribution solutions; turnkey securities class-action claims management (provided by Securities Class Action Services, LLC); reliable global governance data and modeling tools; asset management intelligence, portfolio execution and monitoring, fund services, and media. Clients rely on ISS' expertise to help them make informed investment decisions.

This document and all of the information contained in it, including without limitation all text, data, graphs, and charts (collectively, the "Information") is the property of Institutional Shareholder Services Inc. (ISS), its subsidiaries, or, in some cases third party suppliers.

The Information has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. None of the Information constitutes an offer to sell (or a solicitation of an offer to buy), or a promotion or recommendation of, any security, financial product or other investment vehicle or any trading strategy, and ISS does not endorse, approve, or otherwise express any opinion regarding any issuer, securities, financial products or instruments or trading strategies.

The user of the Information assumes the entire risk of any use it may make or permit to be made of the Information.

ISS MAKES NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS WITH RESPECT TO THE INFORMATION AND EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES (INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF ORIGINALITY, ACCURACY, TIMELINESS, NON-INFRINGEMENT, COMPLETENESS, MERCHANTABILITY, AND FITNESS for A PARTICULAR PURPOSE) WITH RESPECT TO ANY OF THE INFORMATION.

Without limiting any of the foregoing and to the maximum extent permitted by law, in no event shall ISS have any liability regarding any of the Information for any direct, indirect, special, punitive, consequential (including lost profits), or any other damages even if notified of the possibility of such damages. The foregoing shall not exclude or limit any liability that may not by applicable law be excluded or limited.

© 2023 | Institutional Shareholder Services and/or its affiliates