UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

IN RE: ALIBABA GROUP HOLDING LTD.
SECURITIES LITIGATION

ORDER

20 Civ. 9568 (GBD) (JW)

------------------------------------x

GEORGE B. DANIELS, District Judge:

The conference scheduled for November 6, 2024 is adjourned to March 27, 2025 at 10:00 a.m. for a final Settlement Hearing before this Court to determine whether to approve the proposed class action settlement.

Dated: New York, New York
October 28, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge