UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ALIBABA GROUP LTD. SECURITIES LITIGATION | Master File No. 1:20-CV-09568-GBD-JW |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 139), on March 27, 2025, at 10:00 a.m., before the Honorable George B. Daniels, in Courtroom 11A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Lead Counsel Glancy Prongay & Murray LLP will and hereby does move the Court for entry of an Order awarding attorneys' fees in the amount of 25% of the Settlement Fund (or $108,375,000, plus interest earned at the same rate as the Settlement Fund) and reimbursement of Litigation Expenses in the total amount of $1,110,752.68 (comprised of $1,025,752.68 in out-of-pocket costs incurred by Lead Counsel, and an aggregate of $85,000 to Court-appointed lead plaintiff Salem Gharsalli ($25,000), and additional representative plaintiffs Laura Ciccarello, Dineshchandra Makadia, and Wusheng Hu ($20,000 each), as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).[1]

This motion is based on this Notice of Motion; the Memorandum of Law in support thereof; the Declaration of Kara M. Wolke in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants take no position on this motion.[2]

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement, dated October 25, 2024. *See* ECF No. 136-1.

[2] A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

1

| | |
|---|---|
| Dated: February 20, 2025 | **GLANCY PRONGAY & MURRAY LLP** |

By: */s/ Kara M. Wolke*
Robert V. Prongay (*pro hac vice*)
Kara M. Wolke (*pro hac vice*)
Joseph D. Cohen (*pro hac vice*)
Jason L. Krajcer (*pro hac vice*)
Melissa C. Wright (*pro hac vice*)
Raymond D. Sulentic (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
       kwolke@glancylaw.com
       jcohen@glancylaw.com
       jkrajcer@glancylaw.com
       mwright@glancylaw.com
       rsulentic@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

Jeremy A. Lieberman
Jonathan D. Park
**POMERANTZ LLP**
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com
       jpark@pomlaw.com

Patrick V. Dahlstrom
**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
       pdahlstrom@pomlaw.com

Peretz Bronstein
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

2

Frank R. Cruz
**THE LAW OFFICES OF FRANK R. CRUZ**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
Email:  info@frankcruzlaw.com

Lesley Portnoy
**THE PORTNOY LAW FIRM**
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: 310-692-8883
Email:  lesley@portnoylaw.com

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: February 20, 2025            */s/ Kara M. Wolke*
                                    Kara M. Wolke