# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ALIBABA GROUP LTD. SECURITIES LITIGATION | Master File No. 1:20-CV-09568-GBD-JW |

**DECLARATION OF PLAINTIFF LAURA CICCARELLO IN SUPPORT OF:**
**(1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION**
**SETTLEMENT AND PLAN OF ALLOCATION; AND**
**(2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND**
**REIMBURSEMENT OF LITIGATION EXPENSES**

I, Laura Ciccarello, declare as follows:

1.      I am a Plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including approval of my request for a payment to compensate for my time spent in connection with my representation of the Settlement Class in the prosecution of this Action.

2.      I have personal knowledge of the matters set forth herein, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.      OVERSIGHT OF THE LITIGATION

3.      I have been actively involved in this Action since I filed the initial Class Action Complaint for Violations of the Federal Securities Laws.  As the Court noted in its Order appointing Salem Gharsalli as Lead Plaintiff, though I did not move to be appointed lead plaintiff, I was willing to serve as an additional named plaintiff in the Consolidated Amended Class Action Complaint to provide additional representation to the proposed class. ECF No. 48 at 7. I also joined Plaintiffs' motion for class certification and sought the Court's approval to be appointed as a class representative. .

4.      Since the inception of this Action, I communicated closely with Plaintiffs' Counsel regarding the litigation and its progress to fulfill my responsibilities as a named Plaintiff and proposed class representative.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated October 25, 2024.  ECF No. 136-1.

5.      Throughout the litigation, I received regular status reports from Plaintiffs' Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the case, and potential settlement.  I have done my best to vigorously promote the interests of the class and to obtain the largest recovery possible under the circumstances. More specifically, the various tasks I performed include:

a.      reviewing the allegations in the initial Class Action Complaint for Violations of the Federal Securities Laws in this Action;

b.      communicating regularly with Plaintiffs' Counsel by email and telephone regarding the posture, progress, and strategy of the case;

c.      reviewing Defendants' two motions to dismiss and Plaintiffs' oppositions to the motions and discussing the motions with counsel;

d.      reviewing the Court's order on Defendants' two motions to dismiss and discussing it with counsel;

e.      consulting with counsel regarding discovery, providing information for written discovery responses, and searching for and collecting responsive documents, which resulted in my producing hundreds of pages of documents to counsel to fulfill my discovery obligations;

f.      participating in both telephonic and in-person meetings with counsel to prepare for my deposition, independently reviewing documents to prepare for my deposition, and sitting for my deposition;

g.      consulting with counsel regarding legal and factual matters relating to the drafting of Plaintiffs' motion for class certification, including reviewing and verifying my

2

declaration submitted in support of my request to be appointed a class representative;

h.    consulting with Plaintiffs' Counsel regarding the settlement negotiations; and

i.    evaluating the Settlement Amount, conferring with Plaintiffs' Counsel, and ultimately approving the proposed Settlement.

## II.    APPROVAL OF THE SETTLEMENT

6.    As detailed in the paragraphs above, through my active participation and regular discussion with my attorneys, I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this Action.

7.    Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the Settlement by the Court.

## III.    LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

### A.    Attorneys' Fees And Litigation Expenses

8.    I believe Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Settlement Class.  I believe that the requested 25% fee is justified based on the quality and amount of the work performed by the attorneys, the excellent recovery obtained for the Settlement Class, and in light of the risks Plaintiffs' Counsel bore in prosecuting this Action on a fully contingent basis, which included the fronting of all expenses.

9.    Based on my discussions with Plaintiffs' Counsel, I further believe the out-of-pocket litigation expenses for which Lead Counsel has requested reimbursement are fair and

3

reasonable. Consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

**B.      Plaintiff's Litigation-Related Costs And Expenses**

10.      I understand that reimbursement of a class representative's reasonable costs and expenses, including for time spent on the litigation, is authorized by the securities laws, subject to approval by the Court.

11.      I am Business Development Manager and the time I devoted to representing the Settlement Class in this Action was time that I otherwise would have spent at my job, investing, or on other activities and, thus, represented a cost to me.  I conservatively estimate that I devoted approximately 85 hours to the litigation-related activities described above.  Accordingly, I respectfully request reimbursement in the amount of $20,000 for the time I devoted to participating in this Action.  It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class under the circumstances. I appreciate the Court's attention to the facts presented in my declaration and respectfully ask that the Court approve my request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on _____2/14/2025_____, in New York, New York.


_____          _____
Laura Ciccarello

4