# EXHIBIT 13

# Mega-Fund ($100 Million +) Cases with Fee Awards of 25% or More

| | Case | Settlement Amount | Fee Awarded |
|---|---|---|---|
| 1 | *In re Syngenta AG MIR 162 Corn Litig.*, 357 F.Supp.3d 1094, 1110 (D. Kan. Dec. 7, 2018) | $1,510,000,000 | 33.33% |
| 2 | *In re TFT-LCD (Flat Panel) Antitrust Litig.,* MDL No. 1827, 2013 WL 1365900 at *20 (N.D. Cal. Apr. 3, 2013) | $1,080,000,000 | 28.60% |
| 3 | *Allapattah Services, Inc. v. Exxon Corp.*, 454 F. Supp. 2d 1185, 1241 (S.D. Fla. Jul. 6, 2006) | $1,060,000,000 | 31.33% |
| 4 | *In re Dell Techs. Inc. Class V S'holders Litig.*, 300 A.3d 679 (Del. Ch. Jul. 31, 2023, as revised Aug. 21, 2023) | $1,000,000,000 | 26.67% |
| 5 | *In re Urethane Antitrust Litig.,* MDL No. 1616, 2016 WL 4060156 at *4-*8 (D. Kan. Jul. 29, 2016) | $835,000,000 | 33.33% |
| 6 | *In re Brand Name Prescription Drugs Antitrust Litig.*, No. 94-cv-00897, 2000 WL 204112 at *3 (N.D. Ill. Feb. 10, 2000) | $696,667,000 | 25.00% |
| 7 | *Dahl v. Bain Capital Partners, LLC,* No. 07-cv-12388, ECF No. 1095 (D. Mass. Feb. 2, 2015) | $590,500,000 | 33.00% |
| 8 | *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 07-md-01917, 2016 WL 4126533 at *1 (N.D. Cal. Aug. 3, 2016) | $576,750,000 | 27.50% |
| 9 | *In re High Fructose Corn Syrup Antitrust Litig.*, MDL No. 1087, ECF No. 1426 (C.D. Ill. Oct. 14, 2004) | $531,000,000 | 25.00% |
| 10 | *King Drug Co. of Florence, Inc. v. Cephalon, Inc.*, No. 06-cv-01797, 2015 WL 12843830 at *6 (E.D. Pa. Oct. 15, 2015) | $512,000,000 | 27.50% |
| 11 | *In re Initial Pub. Offering Sec. Litig.,* 671 F. Supp. 2d 467, 516 (S.D.N.Y. Oct. 5, 2009) | $510,254,850 | 33.33% |
| 12 | *In re Toyota Motor Corp. Unintended Acceleration Mktg., Sales Practices, & Prods. Liab. Litig.,* No. 10-ml-02151, 2013 WL 12327929 at *39 (C.D. Cal. Jul. 24, 2013) | $500,000,000 | 40.00% |
| 13 | *Alaska Electric Pension Fund v. Bank of America Corp.,* No. 14-cv-07126, 2018 WL 6250657 at *1 (S.D.N.Y. Nov. 29, 2018) | $486,070,312 | 26.00% |
| 14 | *In re Pfizer Inc. Sec. Litig.*, No. 04-cv-9866 (LTD)(HBP), 2016 WL 11801285 at *1 (S.D.N.Y. Dec. 21, 2016) | $486,000,000 | 28.00% |

| | Case | Settlement Amount | Fee Awarded |
|---|---|---|---|
| 15 | *Spartanburg Reg'l Health Servs. Dist., Inc. v. Hillenbrand Indus., Inc.*, No. 7:03-2141-HFF, 2006 WL 8446464 at *5 (D.S.C. Aug. 15, 2006) | $468,631,200 | 25.00% |
| 16 | *In re Under Armour Sec. Litig.*, No. RBD-17-388, 2024 WL 4715511 at *1-*2 (D. Md. Nov. 7, 2024) | $434,000,000 | 25.83% |
| 17 | *San Allen, Inc. v. Buehrer, Admin., Ohio Bureau of Workers' Comp.*, No. CV-07-644950, 2014 WL 12917631 at *7 (C.P., Cuyahoga Cnty. Ohio Nov. 19, 2014) | $420,000,000 | 32.50% |
| 18 | *Benson v. DoubleDown Interactive, LLC*, No. 18-cv-0525-RSL, 2023 WL 3761929 at *1-*3 (W.D. Wash. Jun. 1, 2023) | $415,000,000 | 29.30% |
| 19 | *In re (Bank of America) Checking Account Overdraft Litig.*, 830 F. Supp. 2d 1330, 1368 (S.D. Fla. Nov. 22, 2011) | $410,000,000 | 30.00% |
| 20 | *In re Air Cargo Shipping Services Antitrust Litig.*, MDL No. 1775, ECF No. 2484 (E.D.N.Y. Oct. 2016) | $387,850,000 | 25.00% |
| 21 | *In re Natural Gas Anti-Trust Cases I, II, III, & IV*, No. JCCP4221, 2006 WL 6383836 (Cal. Superior San Diego Cnty. Jun. 27, 2006) | $377,000,000 | 42.00% |
| 22 | *Cook v. Rockwell Int'l Corp.*, No. 90-cv-00181-JLK, 2017 WL 5076498 at *8 (D. Colo. Apr. 28, 2017) | $375,000,000 | 40.00% |
| 23 | *In re Vitamins Antitrust Litig.*, No. MDL 1285, 2001 WL 34312839 at *10 (D.D.C. Jul. 16, 2001) | $359,438,032 | 34.06% |
| 24 | *Kleen Products LLC v. Int'l Paper Co.*, No. 1:10-cv-05711, ECF No. 1411 (N.D. Ill. Oct. 17, 2017) | $354,000,000 | 30.00% |
| 25 | *In Re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, MDL No. 1486, 2007 U.S. Dist. LEXIS 103027 at *2 (N.D. Cal. Aug. 16, 2007) | $326,000,000 | 25.00% |
| 26 | *Rogowski v. State Farm Life Ins. Co.*, No. 4:22-cv-00203-RK, 2023 WL 5125113 at *4-*5 (W.D. Mo. Apr. 18, 2023) | $325,000,000 | 33.33% |
| 27 | *In re Neurontin Mktg. & Sales Practices Litig.*, 58 F.Supp.3d 167, 170 (D. Mass. Nov. 10, 2014) | $325,000,000 | 28.00% |

2

|   | Case | Settlement Amount | Fee Awarded |
|---|------|-------------------|-------------|
| 28 | *In re Rite Aid Corp. Sec. Litig. (Rite Aid I)*, 146 F. Supp. 2d 706, 736 (E.D. Pa. Jun. 8, 2001) & *In re Rite Aid Corp. Sec. Litig. (Rite Aid II),* 362 F. Supp. 2d 587, 590-91 (E.D. Pa. Mar. 24, 2005)[1] | $319,641,315 | 25.00% |
| 29 | *Cooper v. IBM Personal Pension Plan*, No. CIV. 99-829-GPM, 2005 WL 1981501 at *8 (S.D. Ill. Aug. 16, 2005) | $314,290,000 | 28.30% |
| 30 | *In re Williams Sec. Litig.*, No. 02-cv-72-SPF, ECF No. 1638 (N.D. Okla. Feb. 12, 2007) | $311,000,000 | 25.00% |
| 31 | *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, MDL No. 1486, ECF No. 2234 (N.D. Cal. Jun. 27, 2014) | $310,720,000 | 25.20% |
| 32 | *Lauriello v. Caremark RX LLC*, No. 01-cv-2003-006630, ECF No. 3370 (Ala. Cir. Ct. Jefferson Cnty. Aug. 15, 2016) | $310,000,000 | 40.00% |
| 33 | *In re Apple Inc. Device Performance Litig.*, No. 18-md-02827-EJD, 2023 WL 2090981 at *12 (N.D. Cal. Feb. 17, 2023) | $310,000,000 | 26.00% |
| 34 | *In re Oxford Health Plans, Inc. Sec. Litig.*, MDL No. 1222 (CLB), 2003 U.S. Dist. LEXIS 26795 at *13 (S.D.N.Y. Jun. 12, 2003) | $300,000,000 | 28.00% |
| 35 | *Purple Mountain Tr. v. Wells Fargo & Co.*, No. 18-cv-03948-JD, 2023 WL 11872699 at *4-*5 (N.D. Cal. Sep. 26, 2023) | $300,000,000 | 25.00% |
| 36 | *In re U.S. Foodservice, Inc. Pricing Litig.*, No. 07-md-1894, ECF No. 521 (D. Conn. Dec. 9, 2014) | $297,000,000 | 33.33% |
| 37 | *Sullivan v. DB Investments, Inc.*, No. 2:04-cv-02819-SRC-MAS, ECF No. 305 (D.N.J. May 22, 2008) | $292,192,189 | 25.00% |
| 38 | *Qsberg v. Foot Locker, Inc.*, No. 07-cv-1358, ECF No. 423 (S.D.N.Y. Jun. 8, 2018) | $288,479,943 | 33.00% |
| 39 | *CompSource Oklahoma et al. v. BNY Mellon, N.A.*, No: 6:08–cv-00469–KEW, ECF No. 468 (E.D. Okla. Oct. 25, 2012) | $280,000,000 | 25.00% |
| 40 | *In re Activision Blizzard, Inc. S'holder Litig.*, No. 8885-VCL (Del. Chanc. May 20, 2015) | $275,000,000 | 26.36% |
| 41 | *Perez v. Rash Curtis & Assocs.*, No. 16-cv-03396, 2020 WL 1904533 at *15 (N.D. Cal. Apr. 17, 2020) | $267,000,000 | 33.33% |

---

[1] Combination of two partial settlements.

3

| | Case | Settlement Amount | Fee Awarded |
|---|---|---|---|
| 42 | *Hale v. State Farm Mut. Auto Ins. Co.*, 2018 WL 6606079 at *13 (S.D. Ill. Dec. 16, 2018) | $250,000,000 | 33.33% |
| 43 | *In re Tricor Direct Purchaser Antitrust Litig.*, No. 1:05-cv-00340-SLR, ECF No. 543 at 9-10 (D. Del. Apr. 23, 2009) | $250,000,000 | 33.33% |
| 44 | *In re American Continental Corp. / Lincoln Sav. & Loan Sec. Litig.*, MDL No. 834 (D. Ariz. Jul. 24, 1990) | $250,000,000 | 26.60% |
| 45 | *Christine Asia Co., Ltd. v. Yun Ma*, No. 1:15-md-02631-CM-SDA, 2019 WL 5257534 at *17 (S.D.N.Y. Oct. 16, 2019) | $250,000,000 | 25.00% |
| 46 | *In re Signet Jewelers Ltd. Sec. Litig.*, No. 1:16-cv-06728-CM-SDA, 2020 WL 4196468 at *16-*17 (S.D.N.Y. Jul. 21, 2020) | $240,000,000 | 25.00% |
| 47 | *Andrews v. Plains All Am. Pipeline L.P.*, No. 15-cv-04113, 2022 WL 4453864 at *4 (C.D. Cal. Sep. 20, 2022) | $230,000,000 | 32.00% |
| 48 | *In re Cipro Cases I and II*, No. JCCP-4154 (Cal. Superior San Diego Cnty. Apr. 21, 2017) | $225,000,000 | 33.30% |
| 49 | *In re Comverse Technology, Inc. Sec. Litig.*, No. 06-cv-1825 (NGG) (RER), 2010 WL 2653354 at *6 (E.D.N.Y. Jun. 24, 2010) | $225,000,000 | 25.00% |
| 50 | *In re Thirteen Appeals Arising Out of San Juan Dupont Plaza Hotel Fire Litig.*, 768 F.Supp.912, 931-32 (D.P.R. Jun. 21, 1991) | $220,908,550 | 30.00% |
| 51 | *In re Buspirone Antitrust Litig.*, MDL No. 1413 (JGK), 2003 U.S. Dist. LEXIS 26538 at * 11 (S.D.N.Y. Apr. 11, 2003) | $220,000,000 | 33.33% |
| 52 | *In re Genworth Financial Sec. Litig.*, 210 F. Supp. 3d 837, 840, 846 (E.D. Va. Sep. 26, 2016) | $219,000,000 | 28.00% |
| 53 | *Schuh v. HCA Holdings Inc.*, No. 3:11-cv-01033, ECF No. 563 (M.D. Tenn. Apr. 14, 2016) | $215,000,000 | 30.00% |
| 54 | *In re Merck & Co., Inc. Vytorin/Zetia Sec. Litig.*, No. 08-397 (DMC) (JAD), 2013 WL 5505744 at *3, *46 (D.N.J. Oct. 1, 2013) | $215,000,000 | 28.00% |
| 55 | *DeLoach v. Phillip Morris Co.*, No. 1:00-cv-01235, ECF No. 305 (M.D.N.C. Dec. 19, 2003) | $211,800,000 | 33.44% |
| 56 | *In re Wilmington Tr. Sec. Litig.*, No. 10-cv-0990-ER, 2018 WL 6046452 at *7-*8, *10 (D. Del. Nov. 19, 2018) | $210,000,000 | 28.00% |
| 57 | *In re Linerboard Antitrust Litig.*, MDL No. 1261, 2004 WL 1221350 at *19 (E.D. Pa. Jun. 2, 2004) | $203,000,000 | 30.00% |

4

|    | Case | Settlement Amount | Fee Awarded |
|----|------|-------------------|-------------|
| 58 | *Boston Retirement System v. Uber Technologies, Inc.*, No. 3:19-cv-06361-RS, 2024 WL 5341197 at *2 (N.D. Cal. Dec. 4, 2024) | $200,000,000 | 29.00% |
| 59 | *Silverman v. Motorola, Inc.*, No. 07 C 4507, 2012 WL 1597388, at *4 (N.D. Ill. May 7, 2012), aff'd 739 F.3d 956 (7th Cir. 2013) | $200,000,000 | 27.50% |
| 60 | *In re AremisSoft Corp. Sec. Litig.*, 210 F.R.D. 109, 131 (D.N.J. Jul. 31, 2002) | $194,000,000 | 28.00% |
| 61 | *Chabot v. Walgreens Boots Alliance, Inc.*, No. 1:18-cv-02118-JPW, 2024 WL 3250930 at *1 (M.D. Pa. Feb. 4, 2024) | $192,500,000 | 30.00% |
| 62 | *In re Neurontin Antitrust Litig.*, No. 02-cv-01830, 2014 WL 12962880 at *3 (D.N.J. Aug. 6, 2014) | $190,000,000 | 33.33% |
| 63 | *Weatherford Roofing Co. v. Employers National Ins. Co.*, No. 91-05637 (116th Dist. Ct., Dallas, Tex. Dec. 1, 1995) | $190,000,000 | 31.60% |
| 64 | *In re Lease Oil Antritrust Litig. (No II)*, MDL 1206, 186 F.R.D. 403, 448 (S.D. Tex. May 10, 1999) | $190,000,000 | 25.00% |
| 65 | *Dicker v. TuSimple Holdings, Inc.*, No. 3:22-cv-01300-BEN-MSB, 2024 WL 5181968 at *1 (S.D. Cal. Dec. 18, 2024) | $189,000,000 | 25.00% |
| 66 | *In re Merry-Go-Round Enterprises, Inc.*, 244 B.R. 327, 335 (Bankr. D. Md. Jan. 27, 2000) | $185,000,000 | 40.00% |
| 67 | *In re Home-Stake Prod. Co. Sec. Litig.*, MDL No. 153 (N.D. Okla. Jan. 2, 1990) | $185,000,000 | 30.00% |
| 68 | *In re Broiler Chicken Antitrust Litig.*, No. 16-cv-08637, 2024 WL 3292794 at *6 (N.D. Ill., Jul. 3, 2024) | $181,000,000 | 30.00% |
| 69 | *Tennille v. Western Union Co.*, No. 09-cv-00938-JLK-KMT, 2014 WL 5394624 at *2 (D. Colo. Oct. 15, 2014) | $180,000,000 | 30.00% |
| 70 | *In re Bank of New York Mellon Corp. Forex Transactions Litig.,* 148 F.Supp.3d 303, 309 (S.D.N.Y. Dec. 4, 2015) | $180,000,000 | 25.00% |
| 71 | *In re Envision Healthcare Corp. Sec. Litig.*, No. 3:17-cv-01112, 2024 WL 1270007 at *1 (M.D. Tenn. Mar. 21, 2024) | $177,500,000 | 30.00% |
| 72 | *In re Relafen Antitrust Litig.*, No. 01-12239, 2004 U.S. Dist. LEXIS 28801 at *21 (D. Mass. Apr. 9, 2004) | $175,000,000 | 33.33% |

|    | Case | Settlement Amount | Fee Awarded |
|----|------|-------------------|-------------|
| 73 | *In re Cobalt Int'l Energy, Inc. Sec. Litig.*, No. 4:14-cv-3428 (NFA), 2019 WL 6043440 at *1 (S.D. Tex. Feb. 13, 2019) | $173,800,000 | 25.00% |
| 74 | *Flynn v. Exelon Corp.*, No. 1:19-cv-08209, 2023 WL 8291661 at *1 (N.D. Ill. Sep. 8, 2023) | $173,000,000 | 26.00% |
| 75 | *In re Shell Oil Refinery*, No. 88-cv-01935, 155 F.R.D. 552, 575 (E.D. La. Oct. 20, 1993) | $170,000,000 | 33.33% |
| 76 | *In re Capacitors Antitrust Litig.*, No. 3:17-md-02801-JD, 2023 WL 2396782 at *1-*2 (N.D. Cal. Mar. 6, 2023) | $165,000,000 | 40.00% |
| 77 | *Pearlstein v. BlackBerry Ltd.,* No. 13-cv-07060, 2022 WL 4554858 at *9-*11 (S.D.N.Y. Sep. 29, 2022) | $165,000,000 | 33.33% |
| 78 | *Alaska Electric Pension Fund v. Pharmacia Corp.*, No. 03-1519 (AET), 2013 WL 12153597 at *1 (D.N.J. Jan. 30, 2013) | $164,000,000 | 27.50% |
| 79 | *Standard Iron Works v. ArcelorMittal*, No. 08-cv-5214, 2014 WL 7781572 at *1 (N.D. Ill. Oct. 22, 2014) | $163,900,000 | 33.00% |
| 80 | *In re Titanium Dioxide Antitrust Litig.*, No. 1:10-cv-00318, ECF No. 556 (D. Md. Dec. 13, 2013) | $163,500,000 | 33.33% |
| 81 | *In re (Chase Bank) Checking Account Overdraft Litig.*, No. 1:09-MD-02036, ECF No. 3134 (S.D. Fla. Dec. 19, 2012) | $162,000,000 | 30.00% |
| 82 | *In re Brocade Sec. Litig.*, No. 3:05-cv-02042-CRB, ECF No. 496-1 (N.D. Cal. Jan. 26, 2009) | $160,098,500 | 25.00% |
| 83 | *City of Pontiac Gen. Empl. Ret. Sys. v. Wal-Mart Stores, Inc.*, No. 5:12-cv-5162, ECF No. 458 (W.D. Ark. Apr. 8, 2019) | $160,000,000 | 30.00% |
| 84 | *In re Southeastern Milk Antitrust Litig.*, No. 2:08-md-1000, 2013 WL 2155387 at * 9 (E.D.Tenn. May 17, 2013) | $158,600,000 | 33.33% |
| 85 | *Simmons v. Anadarko Petroleum Corp.*, No. CJ-2004-57 (Okla. Dist. Ct., Caddo Cnty. Dec. 23, 2008) | $155,000,000 | 40.00% |
| 86 | *In re Snap Inc. Sec. Litig.*, No. 2:17-cv-03679-SVW, 2021 WL 667590 at *3 (C.D. Cal. Feb. 18, 2021) | $154,687,500 | 25.00% |
| 87 | *MBA Surety Agency, Inc. v. AT&T Mobility LLC*, No.1222-CC09746 (Mo. Cir. Ct. Mar. 7, 2013) | $152,600,000 | 25.00% |

|  | Case | Settlement Amount | Fee Awarded |
|---|---|---|---|
| 88 | *Lobo Exploration Co. v. BP Am. Prod.*, No. CJ-1997-72 (Oka. Dist. Ct., Beaver Cnty. Dec. 8, 2005) | $150,000,000 | 40.00% |
| 89 | *Savaglio v. Wal-Mart Stores, Inc.*, No. C-835687-7 (Cal. Superior Alameda Cnty. Sep. 10, 2010) | $150,000,000 | 35.00% |
| 90 | *In re Flonase Antitrust Litig.*, 951 F. Supp. 2d 739, 748-52 (E.D. Pa. Jun. 14, 2013) | $150,000,000 | 33.33% |
| 91 | *In re Managed Care Litig. v. Aetna Inc.*, No. 00-md-01334, 2003 WL 22850070 at *6 (S.D. Fla. Oct. 24, 2003) | $150,000,000 | 29.00% |
| 92 | *Bd. of Trustees of the AFTRA Ret. Fund v. JPMorgan Chase Bank, N.A.*, No. 09-cv-686(SAS), 2012 WL 2064907 at *1-*2 (S.D.N.Y Jun. 7, 2012) | $150,000,000 | 25.00% |
| 93 | *In re Broadcom Corp. Sec. Litig.*, No. SACV-01-275 DT (MLGx), 2005 WL 8153006 at *4 (C.D. Cal. Sep. 12, 2005) | $150,000,000 | 25.00% |
| 94 | *In re Polyurethane Foam Antitrust Litig.*, No. 1:10-md-2196, 2015 WL 1639269 at *6 (N.D. Ohio Feb. 26, 2015) | $147,800,000 | 30.00% |
| 95 | *In re Apollo Grp. Inc. Sec. Litig.*, No. 04-cv-02147, 2012 WL 1378677 at *7-*9 (D. Ariz. Apr. 20, 2012) | $145,000,000 | 33.33% |
| 96 | *In re Southeastern Milk Antitrust Litig.*, No. 2:08-md-1000, ECF No. 1897 (E.D. Tenn. Jul. 12, 2012) | $145,000,000 | 33.33% |
| 97 | *Evanston Police Pension Fund v. McKesson Corp.*, No. 3:18-cv-06525-CRB, ECF No. 291 (N.D. Cal. Jul. 14, 2023) | $141,000,000 | 25.00% |
| 98 | *Haddock v. Nationwide Life Ins. Co.*, No. 01-cv-01552, 2015 WL 13942222 at *15 (D. Conn. Apr. 9, 2015) | $140,000,000 | 35.00% |
| 99 | *In re ABM Industries Overtime Cases*, No. JCCP No. CJC-07-004502 (Cal. Superior San Francisco Cnty Apr. 7, 2022) | $140,000,000 | 33.00% |
| 100 | *In re (Citizens Bank) Checking Account Overdraft Litig.*, No. 1:09-MD-02036, ECF No. 3331 (S.D. Fla. Mar. 12, 2013) | $137,500,000 | 30.00% |
| 101 | *In re Computer Associates Class Action Sec. Litig.*, No. 98-cv-4839(TCP), 2003 WL 25770761 at *4 (E.D.N.Y. Dec. 8, 2003) | $136,000,000 | 25.00% |

| | Case | Settlement Amount | Fee Awarded |
|---|---|---|---|
| 102 | *Peace Officers' Annuity & Benefit Fund v. DaVita Inc.*, No. 17-cv-0304-WJM-NRN, 2021 WL 2981970 at *4 (D. Colo. Jul. 15, 2021) | $135,000,000 | 30.00% |
| 103 | *In re Informix Corp. Sec. Litig.*, No. 97-cv-01289-CRB, ECF No. 471 (N.D. Cal. Nov. 23, 1999) | $132,233,019 | 30.00% |
| 104 | *In re Wackenhut Wage and Hour Cases*, No. JCCP-4545 (Cal. Superior Los Angeles Cnty. Oct. 21, 2019) | $130,000,000 | 33.33% |
| 105 | *In re Plasma-Derivative Protein Therapies Antitrust Litig.*, MDL No. 2109, ECF No. 693 (E.D. Ill. Jan. 22, 2014) | $128,000,000 | 33.33% |
| 106 | *In re Combustion, Inc.*, No. 94-mdl-04000, 968 F. Supp. at 1136, 1142 (W.D. La. Jun. 4, 1997) | $127,000,000 | 36.00% |
| 107 | *Anwar v. Fairfield Greenwich Ltd.,* 1:09-cv-00118, ECF No. 1457 (S.D.N.Y. Nov. 20, 2015) | $125,000,000 | 30.00% |
| 108 | *In re Infant Formula Antitrust*, MDL No. 878, ECF No. 527 (N.D. Fla. Sep. 7, 1993) | $125,000,000 | 25.00% |
| 109 | *Boston Retirement System v. Alexion Pharmaceuticals, Inc.*, No. 3:16-cv-2127 (AWT), ECF No. 329 (D. Conn. Dec. 21, 2023) | $125,000,000 | 25.00% |
| 110 | *In re Optical Disk Drive Prod. Antitrust Litig.*, No. 3:10-md-2143-RS, 2016 WL 7364803 at *6 (N.D. Cal. Dec. 19, 2016) | $124,500,000 | 25.00% |
| 111 | *Kurzweil v. Philip Morris Co., Inc.*, No. 94-civ-2373 (MBM), 1999 WL 1076105 at *3 (S.D.N.Y. Nov. 30, 1999) | $123,800,000 | 30.00% |
| 112 | *Thurber v. Mattel, Inc.*, No. 99-cv-10864-MRP-Cwx, 2003 WL 27380801 at *1 (C.D. Cal. Sep. 29, 2003) | $122,000,000 | 27.00% |
| 113 | *In re Loestrin 24 Fe Antitrust Litig.*, MDL No. 2472, 2020 WL 4038942 at *9 (D.R.I. Jul. 17, 2020) | $120,000,000 | 33.33% |
| 114 | *In re Deutsche Telekom AG Sec. Litig.*, No. 00-cv-9475 (NRB), 2005 U.S. Dis. LEXIS 45798 at *12 (S.D.N.Y. Jun. 14, 2005) | $120,000,000 | 28.00% |
| 115 | *Precision Assocs., Inc. v. Panalpina World Transp. (Holding) Ltd.*, No. 08-cv-42 (JG) (VVP), 2015 WL 6964973, at *7 (E.D.N.Y. Nov. 10, 2015) | $117,774,617 | 25.00% |
| 116 | *In re Sumitomo Copper Litig.*, 74 F.Supp.2d 393, 400 (S.D.N.Y. Nov. 15, 1999) | $116,600,000 | 27.50% |

8

|  | Case | Settlement Amount | Fee Awarded |
|---|---|---|---|
| 117 | *In re Anthem, Inc. Data Breach Litig.*, No. 15-md-02617-LHK, 2018 WL 3960068 at *16 (N.D. Cal. Aug. 17, 2018) | $115,000,000 | 27.00% |
| 118 | *In re Dole Food Co., Inc. S'holder Litig.*, 2016 WL 541917 at *4 (Del. Ch. Feb. 10, 2016) | $113,000,000 | 30.00% |
| 119 | *In re OSB Antitrust Litig.*, No. 06-cv-826, ECF No. 947 (E.D. Pa. Dec. 9, 2008) | $111,275,391 | 33.33% |
| 120 | *In re Ikon Office Solutions, Inc. Sec. Litig.*, 194 F.R.D. 166, 198 (E.D. Pa. May 9, 2000) | $111,000,000 | 30.00% |
| 121 | *In re Cardizem CD Antitrust Litig.*, No. 2:99-md-01278-NGE (E.D. Mich. Nov. 26, 2002) | $110,000,000 | 30.00% |
| 122 | *Klein v. O'Neal, Inc.*, 705 F. Supp. 2d 632, 683 (N.D. Tex. Apr. 9, 2010), as modified (Jun. 14, 2010) | $110,000,000 | 30.00% |
| 123 | *In re Regions Morgan Keegan Sec. Deriv. and ERISA Litig.*, No. 2:07-cv-02784, 2016 WL 8290089 at *8 (W.D. Tenn. Aug. 2, 2016) | $110,000,000 | 30.00% |
| 124 | *New Jersey Carpenters Health Fund v. Home Equity Mortgage Trust 2006-5*, No. 1:08-cv-05653-PAC, ECF No. 277 (S.D.N.Y. May 10, 2016) | $110,000,000 | 28.00% |
| 125 | *In re Prudential Sec. Inc. Ltd. Partnerships Litig.*, 912 F.Supp. 97, 103 (S.D.N.Y. Jan. 24, 1996) | $110,000,000 | 27.00% |
| 126 | *Pirnik v. Fiat Chrysler Automobiles N.V.*, No. 15-cv-07199-JMF, ECF No. 369 (S.D.N.Y. Sep. 5, 2019) | $110,000,000 | 26.35% |
| 127 | *In re CVS Sec. Litig.*, No. 1:01-cv-11464-JLT, ECF No. 191 (D. Mass. Sep. 7, 2005) | $110,000,000 | 25.00% |
| 128 | *In re Sunbeam Sec. Litig.*, 176 F. Supp. 2d 1323, 1336 (S.D. Fla. Nov. 29, 2001) | $110,000,000 | 25.00% |
| 129 | *Knurr v. Orbital ATK, Inc.*, No. 1:16-cv-01031-TSE-MSN, 2019 WL 3317976 at *1 (E.D. Va. Jun. 7, 2019) | $108,000,000 | 28.00% |
| 130 | *In re Micro Focus Int'l PLC Sec. Litig.*, No. 18CIV01549 (Cal. Superior San Mateo Cnty. Jul. 27, 2023) | $107,500,000 | 33.33% |
| 131 | *In re Automotive Refinishing Paint Antitrust Litig.*, MDL No. 1426, 2008 WL 63269, at *8 (E.D. Pa. Jan. 3, 2008) | $105,750,000 | 32.70% |
| 132 | *City of Greenville v. Syngenta Crop Prot., Inc.*, 904 F. Supp. 2d 902, 908-09 (S.D. Ill. Oct. 23, 2012) | $105,000,000 | 33.33% |

|  | Case | Settlement Amount | Fee Awarded |
|---|---|---|---|
| 133 | *Washtenaw Cty Employees' Ret. Sys. v. Walgreen Co.*, No. 1:15-cv-3187, ECF No. 526 (N.D. Ill. Oct. 11, 2022) | $105,000,000 | 27.50% |
| 134 | *In re Lidoderm Antitrust Litig.*, No. 14-md-02521, 2018 WL 4620695 at *4 (N.D. Cal. Sep. 20, 2018) | $104,750,000 | 33.33% |
| 135 | *In re Old CCA Sec. Litig./In re Prison Realty Sec. Litig.*, No. 3:99-458, 2001 U.S. Dist. LEXIS 21942 at *3 (M.D. Tenn. Feb. 9, 2001) | $104,000,000 | 30.00% |
| 136 | *Erica P. John Fund, Inc. v. Halliburton Co.*, No. 02-cv-01152, 2018 WL 1942227 at *17 (N.D. Tex. Apr. 25, 2018) | $100,000,000 | 33.33% |
| 137 | *Cabot East Broward 2 LLC v. Cabot*, No. 16-cv-61218, 2018 WL 5905415 at *11 (S.D. Fla. Nov. 9, 2018) | $100,000,000 | 33.33% |
| 138 | *In re Novo Nordisk Sec. Litig.*, No. 3:17-cv-00209-ZNQ-LHG, ECF No. 361 (D.N.J. Jul. 13, 2022) | $100,000,000 | 29.00% |
| 139 | *In re Pattern Energy Group Inc. S'holder Litig.*, No. 2020-0357-MTZ (Del. Chanc. May 6, 2024) | $100,000,000 | 27.00% |
| 140 | *In re American Express Financial Advisors Sec. Litig.*, No. 04-cv-1773 (DAB), 2007 WL 9657979 at *4 (S.D.N.Y. Jul. 18, 2007) | $100,000,000 | 27.00% |
| 141 | *In re Chase Bank USA, N.A. "Check Loan" Contract Litig.*, No. 3-09-md-02032 MMC (JSC), ECF No. 386 (N.D. Cal. Nov. 18, 2012) | $100,000,000 | 25.00% |