EXHIBIT 14

# Securities Class Action Settlements with China-Based Companies

| | Case Name | Dkt. No. | Court | Settlement Amount |
|---|---|---|---|---|
| 1 | *In re Alibaba Grp. Ltd. Sec. Litig.* | 20-cv-09568 | S.D.N.Y. | $433,500,000 |
| 2 | *Christine Asia Co Ltd. v. Yun Ma* | 15-md-2631 | S.D.N.Y. | $250,000,000 |
| 3 | *In re Luckin Coffee Inc. Sec. Litig.* | 20-cv-01293 | S.D.N.Y. | $175,000,000 |
| 4 | *Altimeo Asset Mgmt. v. Qihoo 360 Tech. Co. Ltd.* | 19-cv-10067 | S.D.N.Y. | $29,750,000 |
| 5 | *ODS Capital LLC v. JA Solar Holdings Co., Ltd.* | 18-cv-12083 | S.D.N.Y. | $21,000,000 |
| 6 | *Athale v. Sinotech Energy Ltd.* | 11-cv-05831 | S.D.N.Y. | $20,000,000 |
| 7 | *Tsang v. LDK Solar Co., Ltd.* | 07-cv-08706 | S.D.N.Y. | $16,000,000 |
| 8 | *In re Giant Interactive Grp., Inc. Sec. Litig.* | 07-cv-10588 | S.D.N.Y. | $13,000,000 |
| 9 | *McIntire v. China Media Express Holdings, Inc.* | 11-cv-00804 | S.D.N.Y. | $12,000,000 |
| 10 | *In re PPDAI Grp. Inc. Sec. Litig.* | 18-cv-06716 | E.D.N.Y. | $9,000,000 |
| 11 | *Singh v. 21Vianet Grp., Inc.* | 14-cv-00894 | E.D. Tex. | $9,000,000 |
| 12 | *In re Puda Coal Sec. Inc. Litig.* | 11-cv-02598 | S.D.N.Y. | $8,700,000 |
| 13 | *Ramnath v. Qudian Inc.* | 17-cv-09741 | S.D.N.Y. | $8,500,000 |
| 14 | *Lea v. TAL Educ. Grp.* | 18-cv-05480 | S.D.N.Y. | $7,500,000 |
| 15 | *In re Fuqi Int'l Inc. Sec. Litig.* | 10-cv-02515 | S.D.N.Y. | $7,500,000 |
| 16 | *In re Montage Tech. Grp. Ltd Sec. Litig.* | 14-cv-00722 | N.D. Cal. | $7,250,000 |
| 17 | *Van Dongen v. CNinsure Inc.* | 11-cv-07320 | S.D.N.Y. | $6,625,000 |
| 18 | *Ho v. Duoyuan Global Water, Inc.* | 10-cv-07233 | S.D.N.Y. | $5,150,000 |
| 19 | *In re NQ Mobile, Inc. Sec. Litig.* | 13-cv-07608 | S.D.N.Y. | $5,100,000 |
| 20 | *Peters v. Jinkosolar Holding Co., Ltd.* | 11-cv-07133 | S.D.N.Y. | $5,050,000 |
| 21 | *Beltran v. SOS Limited* | 21-cv-07454 | D.N.J. | $5,000,000 |
| 22 | *Lee R. Ellenburg III v. JA Solar Holdings Co., Ltd.* | 08-cv-10475 | S.D.N.Y. | $4,500,000 |
| 23 | *Munoz v. China Expert Tech, Inc.* | 07-cv-10531 | S.D.N.Y. | $4,200,000 |
| 24 | *In re iDreamSky Tech Ltd. Sec. Litig.* | 15-cv-02514 | S.D.N.Y. | $4,150,000 |
| 25 | *P. Van Hove BVBA v. Universal Travel Grp., Inc.* | 11-cv-02164 | D.N.J. | $4,075,000 |
| 26 | *Stanger v. China Electric Motor, Inc.* | 11-cv-02794 | C.D. Cal. | $3,778,333 |
| 27 | *Lintz v. Agria Corp.* | 08-cv-03536 | S.D.N.Y. | $3,750,000 |
| 28 | *In re Focus Media Holding Ltd. Sec. Litig.* | 11-cv-09051 | S.D.N.Y. | $3,700,000 |
| 29 | *In re A-Power Energy Generation Systems, Ltd. Sec. Litig.* | 11-ml-02302 | C.D. Cal. | $3,675,000 |
| 30 | *Schutter v. Tarena Int'l, Inc.* | 21-cv-03502 | E.D.N.Y. | $3,500,000 |

|    | Case Name | Dkt. No. | Court | Settlement Amount |
|----|-----------|----------|-------|-------------------|
| 31 | *Liberty Capital Grp., Inc. v. KongZhong Corp.* | 04-cv-6746 | S.D.N.Y. | $3,500,000 |
| 32 | *Buker v. L & L Energy, Inc.* | 13-cv-06704 | S.D.N.Y. | $3,500,000 |
| 33 | *N. Port Firefighters' Pension-Local Option Plan v. Fushi Copperweld Inc.* | 11-cv-00595 | M.D. Tenn. | $3,250,000 |
| 34 | *Chan v. New Oriental Educ. & Tech. Grp. Inc.* | 16-cv-09279 | D.N.J. | $3,150,000 |
| 35 | *Augenbaum v. Tongxin Int'l, Ltd.* | 11-cv-00010 | E.D.N.Y. | $3,000,000 |
| 36 | *Hammond v. Wonder Auto Techn, Inc.* | 11-cv-03687 | S.D.N.Y. | $3,000,000 |
| 37 | *Wang v. China Finance Online Co. Ltd.* | 15-cv-07894 | S.D.N.Y. | $3,000,000 |
| 38 | *In re Lihua Int'l, Inc. Sec. Litig.* | 14-cv-05037 | S.D.N.Y. | $2,865,000 |
| 39 | *In re Camelot Information Systems Inc. Sec. Litig.* | 12-cv-00086 | S.D.N.Y. | $2,750,000 |
| 40 | *Feyko v. Yuhe Int'l, Inc.* | 11-cv-05511 | C.D. Cal. | $2,700,000 |
| 41 | *Vanleeuwen v. Keyuan Petrochemicals, Inc.* | 13-cv-06057 | S.D.N.Y. | $2,650,000 |
| 42 | *Fragala v. 500.com Ltd.* | 15-cv-01463 | C.D. Cal. | $2,500,000 |
| 43 | *Elliot v China Green Agriculture Inc.* | 10-cv-00648 | D. Nev. | $2,500,000 |
| 44 | *Brown v. China Integrated Energy, Inc.* | 11-cv-02559 | C.D. Cal. | $2,500,000 |
| 45 | *In re China Educ. Alliance, Inc. Sec. Litig.* | 10-cv-09239 | C.D. Cal. | $2,425,000 |
| 46 | *Mally v. Qiao Xing Universal Telephone, Inc.* | 07-cv-07097 | S.D.N.Y. | $2,400,000 |
| 47 | *Mikus v. Longtop Financial Techs Ltd.* | 11-cv-04402 | C.D. Cal. | $2,300,000 |
| 48 | *Lewy v. Skypeople Fruit Juice, Inc.* | 11-cv-02700 | S.D.N.Y. | $2,200,000 |
| 49 | *In re Fuwei Films Sec. Litig.* | 07-cv-09416 | S.D.N.Y. | $2,150,000 |
| 50 | *In re ShengdaTech, Inc. Sec. Litig.* | 11-cv-01918 | S.D.N.Y. | $2,150,000 |
| 51 | *Snellink v. Gulf Resources, Inc.* | 11-cv-03722 | C.D. Cal. | $2,125,000 |
| 52 | *Rose v. Deer Consumer Products, Inc.* | 11-cv-03701 | C.D. Cal. | $2,125,000 |
| 53 | *Yang v. Tibet Pharmaceuticals, Inc.* | 14-cv-03538 | D.N.J. | $2,075,000 |
| 54 | *Redwen v. Sino Clean Energy Inc.* | 11-cv-03936 | C.D. Cal. | $2,000,000 |
| 55 | *Apple v. LJ Int'l Inc.* | 07-cv-06076 | C.D. Cal. | $2,000,000 |
| 56 | *Henning v. Orient Paper, Inc.* | 10-cv-05887 | C.D. Cal. | $2,000,000 |
| 57 | *In re Focus Media Holding Ltd. Litig.* | 07-cv-10617 | S.D.N.Y. | $2,000,000 |
| 58 | *Perry v. Duoyuan Printing, Inc.* | 10-cv-07235 | S.D.N.Y. | $1,893,750 |
| 59 | *He v. China Zenix Auto Int'l Ltd.* | 18-cv-15530 | D.N.J. | $1,800,000 |
| 60 | *Likas v. ChinaCache Int'l Holdings Ltd.* | 19-cv-06942 | C.D. Cal. | $1,800,000 |
| 61 | *In re Noah Educ. Holdings Ltd. Sec. Litig.* | 08-cv-09203 | S.D.N.Y. | $1,750,000 |
| 62 | *Scott v. ZST Digital Networks Inc.* | 11-cv-03531 | C.D. Cal. | $1,700,000 |
| 63 | *Stream SICAV v. RINO Int'l Corp.* | 10-cv-08695 | C.D. Cal. | $1,685,000 |

|  | Case Name | Dkt. No. | Court | Settlement Amount |
|---|---|---|---|---|
| 64 | *In re China Commercial Credit, Inc. Sec. Litig.* | 15-cv-00557 | S.D.N.Y. | $1,588,000 |
| 65 | *In re LightInTheBox Holding Co., Ltd., Sec. Litig.* | 13-cv-06016 | S.D.N.Y. | $1,550,000 |
| 66 | *Vandevelde v. China Natural Gas, Inc.* | 10-cv-00728 | D. Del. | $1,500,000 |
| 67 | *In re China Mobile Games & Entertainment Grp., Ltd Sec. Litig.* | 14-cv-04471 | S.D.N.Y. | $1,500,000 |
| 68 | *Gudimetla v. Ambow Educ. Holding Ltd.* | 12-cv-05062 | C.D. Cal. | $1,500,000 |
| 69 | *In re China Valves Tech. Sec. Litig.* | 11-cv-00796 | S.D.N.Y. | $1,500,000 |
| 70 | *Jiajia Luo v. Sogou Inc.* | 19-cv-00230 | S.D.N.Y. | $1,450,000 |
| 71 | *Antoine de Sejournet v. Goldman Kurland and Mohidin LLP* | 13-cv-01682 | C.D. Cal. | $1,425,000 |
| 72 | *Hill v. China-Biotics, Inc.* | 10-cv-07838 | S.D.N.Y. | $1,400,000 |
| 73 | *Schuler v. NIVS IntelliMedia Tech Grp., Inc.* | 11-cv-02484 | S.D.N.Y. | $1,350,000 |
| 74 | *In re Longwei Petroleum Investment Holding Ltd. Sec. Litig.* | 13-cv-00214 | S.D.N.Y. | $1,340,000 |
| 75 | *Balon v. Agria Corp.* | 16-cv-08376 | D.N.J. | $1,300,000 |
| 76 | *Debasish Dutt v. Wins Finance Holdings, Inc.* | 17-cv-02434 | S.D.N.Y. | $1,260,000 |
| 77 | *Sun v. Han* | 15-cv-00703 | D.N.J. | $1,250,000 |
| 78 | *Vivian Oh v. Max Chan* | 07-cv-04891 | C.D. Cal. | $1,200,000 |
| 79 | *Knox v. Yingli Green Energy Holding Co. Ltd.* | 15-cv-04003 | C.D. Cal. | $1,200,000 |
| 80 | *Nisselson v. Ji* | 15-cv-00299 | D. Del. | $1,150,000 |
| 81 | *In re China Sunergy Sec. Litig.* | 07-cv-07895 | S.D.N.Y. | $1,050,000 |
| 82 | *Garcia v. Hetong Guo* | 15-cv-01862 | C.D. Cal. | $1,000,000 |
| 83 | *Guangyi Xu v. ChinaCache Int'l Holdings Ltd.* | 15-cv-07952 | C.D. Cal. | $990,000 |
| 84 | *Singh v. Tri-Tech Holding, Inc.* | 13-cv-09031 | S.D.N.Y. | $975,000 |
| 85 | *Kachun Wong v. Baker Tilly Hong Kong, Ltd.* | 14-cv-09959 | C.D. Cal. | $925,000 |
| 86 | *Omanoff v. Patrizio & Zhao LLC* | 14-cv-00723 | D.N.J. | $850,000 |
| 87 | *In re China Ceramics Co., Ltd. Sec. Litig.* | 14-cv-04100 | S.D.N.Y. | $850,000 |
| 88 | *Beno Varghese v. China Shenghuo Pharm. Holdings, Inc.* | 08-cv-07422 | S.D.N.Y. | $800,000 |
| 89 | *Katz v. China Century Media Dragon, Inc.* | 11-cv-02769 | C.D. Cal. | $778,333 |
| 90 | *In re China Medicine Corp. Sec. Litig.* | 11-cv-01061 | C.D. Cal. | $700,000 |

3

|  | Case Name | Dkt. No. | Court | Settlement Amount |
|---|---|---|---|---|
| 91 | *In re China Intelligent Lighting and Electronics, Inc. Sec. Litig.* | 11-cv-02768 | C.D. Cal. | $631,600 |
| 92 | *In re SinoHub, Inc. Sec, Litig.* | 12-cv-08478 | S.D.N.Y. | $600,000 |
| 93 | *Lance C. Provo v. China Organic Agriculture, Inc.* | 08-cv-10810 | S.D.N.Y. | $600,000 |
| 94 | *In re China Ceramics Co. Ltd. Sec. Litig.* | 14-cv-04100 | S.D.N.Y. | $310,000 |
| 95 | *Advanced Battery Technologies, Inc. Sec. Litig.* | 11-cv-02279 | S.D.N.Y. | $275,000 |
| 96 | *In re China Commercial Credit, Inc. Sec. Litig.* | 15-cv-00557 | S.D.N.Y. | $220,000 |