# EXHIBIT 15

**PROJECT ATTORNEY BIOGRAPHIES AND WORK SUMMARIES**

*IN RE ALIBABA GROUP LTD. SEC. LITIG.*, CASE NO. 1:20-CV-09568-GBD-JW

**HAOYU ZHENG** earned his undergraduate degree in Psychology from the University of California, Berkeley, and his law degree from the University of California, Hastings College of Law. While in law school, Mr. Zheng participated in the Workers' Rights Clinic and took part in the Criminal Practice Clinic, spending a semester as a law clerk in the Marin County Public Defender's Office. Following graduation from law school, Mr. Zheng worked as an associate at the Law Offices of Daniel Deng, where he interviewed and counseled clients on various criminal law issues. Mr. Zheng then worked as a contract attorney with several large law firms, where he helped conduct internal investigations into companies to assess their compliance with the Foreign Corrupt Practices Act. Mr. Zheng is admitted to practice law in California. Mr. Zheng is fluent in Mandarin Chinese and English.

EDUCATION:
      University of California, Berkeley, B.A., 2007
      University of California, Hastings College of the Law, J.D., 2010
BAR ADMISSION: California

**Work performed in the Action** (2,591.80 hours): Mr. Zheng was a member of the document review and class certification discovery teams and was involved numerous facets of Plaintiffs' fact discovery efforts. Among other tasks performed by Mr. Zheng in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed documents produced by Defendants that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted/prepared Deposition Materials[1] for potential deponents Daniel Zhang and Sara Yu; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss the relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) reviewed articles and documents about Alibaba's financial data and drafted memorandum summarizing research regarding Alibaba's financial data and market share; (6) conducted searches of documents produced by Defendants targeting specific potential deponents using their English and Chinese names; (7) analyzed and logged news articles discussing the SAMR's investigation of Alibaba; and (8) reviewed redactions that Defendants applied within the document production and created summaries of potential redaction challenges.

**FRANK LIN** is a graduate of Berkeley Law. He also earned a B.A. in Statistics from the University of California, Berkeley. Mr. Lin served as a volunteer extern to the Honorable R.J. Groh, Jr., U.S. District Court Magistrate Judge for the Central District of California. Subsequently, Mr. Lin joined private practice as an associate at the law firm of Mitchell Silberberg & Knupp LLP, a Los Angeles-based law firm. Mr. Lin represented corporations and other business organizations in numerous private and public offerings of equity and debt securities totaling over $20 billion. Mr.

---

[1] "Deposition Materials" includes a detailed outline of potential deposition questions, or lines of questioning, as well as an annotated compendium of potential deposition exhibits.

1

Lin also represented emerging growth businesses and small-to middle-market entrepreneurial clients in connection with mergers and acquisitions, corporate reorganizations, corporate governance, regulatory compliance, commercial lending and franchising. Mr. Lin is fluent in Mandarin Chinese and English.

EDUCATION:
    University of California, Berkeley, B.A., 1994
    University of California, Berkeley School of Law, J.D., 2000
BAR ADMISSION: California

**Work performed in the Action** (1,354.20 hours): Mr. Lin was primarily involved in fact discovery efforts and he also worked on the class certification discovery team. Among other tasks performed by Mr. Lin in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) researched and drafted an annotated timeline Defendant Daniel Zhang's positions within Alibaba; (4) drafted/prepared Deposition Materials, for defendant Daniel Zhang and Alibaba General Counsel, Sara Yu; (5) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (6) researched Alibaba's Investor Relations team, including each members' role in the disclosure of regulatory risks to investors; (7) prepared annotated translation and analysis of key documents from Chinese to English for review by the litigation team; and (8) drafted detailed summaries of documents produced by Defendants based on relevancy analysis.

**KUN (KURT) CHANG** is a graduate of Case Western Reserve University School of Law. Mr. Chang also earned an LL.M. and a B.A. in Business Management from Case Western Reserve University. Upon graduation in 2014, Kun Chang worked as an associate at the Law Offices of Lally and Ahn from 2014 to 2017, and later as a partner at Kurt K. Chang & Associates LLC. Mr. Chang has worked on various document review projects, including second level review and review for privilege and relevance. Mr. Chang is fluent in Mandarin Chinese and English.

EDUCATION:
    Case Western Reserve University, B.S., 2011
    Case Western Reserve University School of Law, J.D. and LL.M., 2014
BAR ADMISSION: New Jersey

**Work performed in the Action** (2,728.60 hours): Mr. Chang was primarily involved in fact discovery efforts. Among other tasks performed by Mr. Chang in fact discovery, he: (1) assisted in the creation of a review protocol for use by the entire team to reference when reviewing Defendants' production; (2) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (3) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims

2

alleged in the Action; (4) drafted memoranda summarizing (i) his analysis of documents he escalated for review by Plaintiffs' Counsel, including various issues related to Defendants' alleged conduct and Alibaba's business practices, including platform, promotion, or initial launch exclusivity; and (ii) his recommended translation corrections and his basis for each; (5) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (6) created and reviewed targeted searches within Defendants' document production, and conducted witness-specific background research, to draft/prepare Deposition Materials for various fact witnesses; (7) completed production summaries for productions within the Defendants' document production of hot documents and redaction issues; and (8) conducted quality control of other team members' review and coding work within the Defendants' document production.

**YUEDAN (GRACE) LIU** graduated from Ocean University of China's School of Law in 2001 and from California Western School of Law in 2010. She also earned an LL.M. from University of Waikato in New Zealand in 2005. Ms. Liu passed the Chinese Bar Exam in 2001 and practiced law at Qingtai Law Firm in China as an associate attorney. Her practice areas include Business and Corporate Law, International Business, and Intellectual Property. Since 2013, Ms. Liu has been working as a document review attorney for different law firms on a variety of cases, including FCPA, Banking, Class Action, Anti-trust, SEC investigation, Patent/Trade Secret Litigation, and securities class action litigation. Ms. Liu is fluent in Mandarin Chinese, English, and Japanese.

EDUCATION:
 Ocean University of China, LL.B., 2001
 University of Waikato (New Zealand), LL.M., 2005
 California Western School of Law, LL.M., 2010
BAR ADMISSION: New York, China

**Work performed in the Action** (2,858.40 hours): Ms. Liu was a member of the document review team and was primarily involved in fact discovery efforts. Among other tasks performed by Ms. Liu in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted memoranda summarizing research on topics such as the Data Security Law and the State Administration for Market Regulation (SAMR)'s periodic administrative guidance and updates to regulations under China's Anti-Monopoly Law (AML); (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) maintained an outline with facts and events ordered chronologically related to the Defendants' alleged misconduct including citations to evidentiary support; (6) drafted/prepared Deposition Materials for defendant Maggie Wu and other potential Alibaba employee deponents, including Alibaba's Director of Taobao Rules; (7) conducted research into specific business practices such as monitoring merchants on other competitive E-commerce platforms and Defendants' alleged use of a "grey list" system; and (8) maintained a detailed and annotated list of employees, custodians, and potential deponents.

**TOM WEI-TING CHEN** is a graduate of University of Southern California Law School. Mr. Chen has a B.S. in Management Science from University of California, San Diego. Mr. Chen specializes in business litigation and class action lawsuits and has worked on various cases involving anti-trust, product liability, and securities law. Mr. Chen is fluent in Mandarin Chinese and English.

EDUCATION:
    University of California, San Diego, B.S., 2007
    University of Southern California Gould Law School, J.D., 2011
BAR ADMISSION: California

**Work performed in the Action** (2,327.20 hours): Mr. Chen was primarily involved in fact discovery efforts and also worked on the class certification discovery team. Among other tasks performed by Mr. Chen in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) researched and drafted Deposition Materials for select potential deponents, including Alibaba Partner and President of Public Affairs, Winnie Jia Wen; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) reviewed articles in Chinese and English relevant to Defendants' and Plaintiffs' arguments in connection with the motion for class certification; (6) conducted research into U.S.-based merchants who had done business on Tmall for possible subpoenas to produce documents; (7) provided annotations to key documents detailing my relevancy analysis; and (8) prepared a detailed analysis of all exhibits included in the Self-Rectification Reports prepared by Alibaba in connection with the SAMR investigation.

**CHAO GU** received her Bachelor of Laws degree from Xiamen University, China. After working in Shanghai for two years, she went to study at William & Mary Law School. Ms. Gu also earned an MBA from Pepperdine University after receiving a full-tuition scholarship. Following graduation from Pepperdine University, Ms. Gu was admitted to practice law in 2012.  Ms. Gu then worked for FTI Consulting, Haven and King Law Firm, and Law Offices of William Kiang. Ms. Gu has extensive legal experience in matters involving immigration, estate planning, corporate, and litigation. Ms. Gu is admitted to practice law in New York and California. Ms. Gu is fluent in Mandarin Chinese and English.

EDUCATION:
    Xiamen University, LL.B., 2001
    College of William & Mary Law School, LL.M., 2004
    Pepperdine University, M.B.A., 2009
BAR ADMISSION: New York, California

**Work performed in the Action** (2,268.40 hours): Ms. Gu was a member of the document review team primarily involved in fact discovery efforts. Among other tasks performed by Ms. Gu in fact discovery, she: (1) reviewed and contextually analyzed electronically-produced documents in

Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (2) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss discovery findings and translation issues; (4) researched and prepared an organizational chart of Alibaba based on said research; (5) updated list of relevant individuals with descriptions of duties and responsibilities; (6) drafted/prepared Deposition Materials for several potential deponents, including Alibaba's Head of Investor Relations and Alibaba's VP of Platform Governance; (7) researched individuals responsible for Alibaba's search algorithm as well as downgrades of certain merchants and summarized research findings for Plaintiffs' Counsel; and (8) summarized documents categorized as key documents for use by litigation team.

**TING ZHANG** earned her first law degree at Shanghai International Studies University School of Law in China in 2008. After practicing law in China for three years, Ms. Zhang went to Northwestern University in Chicago for a joint program called LLM/K provided by Pritzker School of Law and Kellogg School of Business for foreign business lawyers, where she earned her LL.M. Ms. Zhang is admitted to practice law in New York as well as in China. Ms. Zhang is fluent in Mandarin Chinese and English.

EDUCATION:
        Shanghai International Studies University School of Law, J.D., 2008
        Northwestern University School of Law, LL.M., 2012
BAR ADMISSION: New York, China

**Work performed in the Action** (2,577.30 hours): Ms. Zhang was a member of the document review team primarily involved in fact discovery. Among other tasks performed, she: (1) compiled a list of merchant agreements missing from Defendants' production, which assisted Plaintiffs' Counsel in ensuring Defendants' productions were complete; (2) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (3) drafted memoranda summarizing her factual research in preparation for expert reports; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered throughout the expert discovery period; (5) researched Defendants' platform rules and summarized analysis of the progression of said rules from 2015 to 2020; (6) drafted memoranda regarding Alibaba's use of business techniques to compel merchants on its platform to choose one from two; (7) updated liability outline and evidence catalog with newly discovered relevant facts/events as well as citing to evidence supporting those facts; and (8) drafted/prepared Deposition Materials for potential deponents, including Alibaba's Director of Key Accounts and the General Manager of Tmall Beauty.

**LUNBING ALTAFFER** graduated from the University of California Davis School of Law with an LL.M. in May 2012. Ms. Altaffer earned her Juris Master (certified as equivalent to JD) from China University of Political Science and Law in Beijing, China, in June 2004. Prior to attending law school in China, Ms. Altaffer worked as an accountant. She started her law practice in

Shenzhen, China in 2004, representing clients in contracts, employment law, problem debt collection, and trademark infringement, and serving as long-term counsel for corporations as well. In January 2016, Ms. Altaffer formed Altaffer & Chen PLLC, which primarily handles civil rights cases, employment law, and other general litigation. Ms. Altaffer was admitted to practice law in Texas in November 2015. Ms. Altaffer is fluent in Mandarin Chinese and English.

EDUCATION:
    Tianjin University of Commerce, B.A.
    China University of Political Science and Law, J.D., 2004
    University of California Davis School of Law, LL.M., 2012
BAR ADMISSION: Texas

**Work performed in the Action** (1,711.10 hours): Ms. Altaffer was primarily involved in fact discovery efforts and was the lead project attorney responsible for overseeing and cataloging the translation of documents in Chinese to English. Among other tasks performed by Ms. Altaffer in fact discovery, she: (1) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (2) drafted memorandum summarizing translation corrections and her basis for those corrections for presentation to Plaintiffs' Counsel; (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss translation issues; (4) drafted/prepared Deposition Materials for specific Alibaba employees, including Tmall's head of Fast Moving Consumer Goods; (5) worked with the document production vendor to overlay translated documents onto Plaintiffs' Counsel's e-discovery platform for review by the litigation team; (6) ran targeted searches to identify specific platform exclusivity agreements used by Defendants in 2020 that were discussed in Defendants' Self-Examination Report sent to the SAMR; and (7) communicated with third-party translation company regarding specific translated documents.

**SOPHIA YIN** began her legal career after studying at the University of California, Irvine, where she earned a B.A. in Women's Studies. She earned a J.D. from Western State University College of Law, where she graduated in the top 10 of her class and received a Certificate of Specialization in Business Law. Ms. Yin clerked for Community Legal Aid SoCal (formerly, Legal Aid Society of Orange County) during law school and was the sole recipient of the 2008 Winter Bar Stipend Award from Orange County Women Lawyers Association. While in private practice, Ms. Yin specialized in construction litigation, personal injury, business and real property litigation, and her native fluency in Mandarin helped her Chinese clients navigate the U.S. justice system. Ms. Yin is fluent in Mandarin Chinese and English.

EDUCATION:
    University of California, Irvine, B.A., 2004
    Western State University College of Law, J.D., 2007
BAR ADMISSION: California, United States Supreme Court

**Work performed in the Action** (91.00 hours): Ms. Yin was a member of the document review team primarily involved in fact discovery. Among other tasks performed by Ms. Yin in fact

6

discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; and (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**WEI ZHONG** received her B.A. from the University of California, Riverside with a focus on Philosophy and Business Economics and her J.D. from Southwestern Law School. Previously, Ms. Zhong worked as a civil litigation attorney handling medical malpractice, personal injury, product liability, and business litigation matters. Ms. Zhong also worked at the Legal Aid Foundation of Los Angeles in the Asian Pacific Islander Community Outreach Unit, where she helped Chinese clients with their immigration, family, and landlord/tenant legal matters. She was also a certified law clerk at the Los Angeles County District Attorney's Office, Major Crimes Unit, conducting preliminary hearings on felony drug matters and working on high-profile murder cases. Committed to public interest, Ms. Zhong volunteers her time at community-based pro bono legal clinics. Ms. Zhong was admitted to the State Bar of California in 2010 and is a member of the Los Angeles County Bar Association, Southern California Chinese Lawyers Association, the Sacramento County Bar Association, and the San Francisco Trial Lawyers Association. Ms. Zhong is fluent in Mandarin and Cantonese and English.

EDUCATION:
    University of California, Riverside, B.A., 2006
    Southwestern Law School, J.D., 2010
BAR ADMISSION: California

**Work performed in the Action** (2,106.50 hours): Ms. Zhong was primarily involved in fact discovery efforts and she also assisted Plaintiffs' Counsel with discovery related to Plaintiffs' class certification motion. Among other tasks performed by Ms. Zhong in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (3) drafted/prepared Deposition Materals for potential deponents, including Alibaba's SVP of Corporate Finance and a member of Tmall's Merchant Business Strategy Department; (4) communicated with Plaintiffs' computer science expert regarding Alibaba's search/platform algorithms; (5) created search terms for use in requesting more documents from Defendants based on algorithm research; (6) analyzed numerous analyst reports and news articles in connection with Plaintiffs' class certification motion; and (7) researched the e-commerce platform industry generally, including how e-commerce platform companies used algorithms to limit the rights of and/or impact the behavior of merchants.

**JENNIFER GRAHAM** received her B.A. from Vanderbilt University, majoring in English. Ms. Graham graduated from University of Alabama School of Law in 2009. Ms. Graham has worked

7

for both plaintiff-side firms and large defense firms, including Milbank, Cohen Milstein, Skadden Arps, and Quinn Emanuel on long-term document review and substantive litigation projects in matters involving SEC regulations and '33/'34 Act class-action securities matters involving RMBS, including: performing document review and drafting memoranda regarding document productions, targeted case issues, and drafting witness summaries; assisting with deposition, arbitration, and trial preparation; and researching and briefing discovery and privilege related issues.

EDUCATION:
    Vanderbilt University, B.A., 2001
    University of Alabama School of Law, J.D., 2009
BAR ADMISSION: New York

**Work performed in the Action** (1,079.00 hours): Ms. Graham, as a member of the document review team and the class certification discovery team, was involved in both fact and expert discovery efforts. Among other tasks performed by Ms. Graham in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' and various third parties' discovery productions for relevance and issue spotting; (2) drafted memoranda summarizing numerous topics including: (i) her analysis of documents she specifically escalated for review by Plaintiffs' Counsel, including news articles and analyst reports relevant to the issues in dispute at class certification, and (ii) a detailed glossary of key individuals and his, her, or its role in the allegations at issue; (3) participated in telephonic meetings and other regular communications with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered and key discovery findings; (4) created and reviewed targeted searches within Defendants' document production to draft/prepare Deposition Materials for specific fact witnesses; (5) reviewed Plaintiffs' deposition transcripts for accuracy and drafted summaries of their content for litigation team's review; (6) communicated with the translation company for production of certified translations of key documents; and (7) assisted Plaintiffs' Counsel in preparation for deposing Defendants' expert, Dr. Glenn Hubbard.

**SANDRA HUNG** graduated *cum laude* from UCLA with a Bachelor of Science, majoring in Biology and minoring in Cognitive Science. Ms. Hung received her J.D. from UCLA School of Law. Ms. Hung also has a master's degree in Acupuncture and Traditional Chinese Medicine. Ms. Hung worked as a contract attorney at Irell & Manella and was an associate at Sedgwick LLP. At Irell & Manella, Ms. Hung was responsible for analyzing corporate documents in response to discovery requests, court orders, and governmental and regulatory investigations. She conducted privilege review of documents and prepared privilege logs. At Sedgwick LLP, Ms. Hung participated primarily in the defense of consumer class action cases. She was involved in day-to-day case management and strategy that included: responding to complaints; propounding and responding to discovery; drafting motions; expert witness selection; and participating in settlement negotiations and mediations. Ms. Hung has also worked as a litigation contract attorney for various Los Angeles firms including at Glancy Prongay Murray LLP. Ms. Hung also researched and drafted memoranda and motions focusing on state and federal class action related issues with a primary focus on California's Unfair Competition Law and Consumer Legal Remedies Act. Ms. Hung is a member of the California State Bar and is fluent in Mandarin and Taiwanese.

EDUCATION:
        University of California, Los Angeles, B.S., 1998
        UCLA School of Law, J.D., 2002
BAR ADMISSION: California

**Work performed in the Action** (450.60 hours): Ms. Hung was a member of the document review team involved in both fact and expert discovery efforts. Among other tasks performed by Ms. Hung in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted numerous memoranda summarizing various topics; (3) organized and annotated evidence cited in Plaintiffs' liability outline and evidence catalog; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**TANIA HORTON** received a Bachelor of Arts from New York University, majoring in Psychology. She received her J.D. from Benjamin N. Cardozo School of Law. Ms. Horton was admitted to the New York State Bar in 2002. Ms. Horton worked as an E-Discovery Permanent Project & Review Attorney Manager for legal vendors in Los Angeles, CA, including Adams & Martin Group, U.S. Legal Support, and Advanced Discovery servicing multiple national law firms in a variety of litigation areas; as a Team Lead Review Attorney at DiscoveryReady in Manhattan, New York; as an Associate Attorney at Rothman, Schneider, Soloway & Stern in Manhattan, New York; and as a Staff Attorney at the Legal Aid Society's Criminal Defense Division in Brooklyn, New York. Her experience includes trial and discovery preparation for many areas of complex litigation, including but not limited to corporate securities fraud litigation, motion research and writing, managing large review teams across multiple jurisdictions, and much more. Ms. Horton has worked at Glancy, Prongay & Murray since 2016 as an eDiscovery Attorney utilizing review platforms to assist firm and trial counsel in document review, fact research, and deposition preparation.

EDUCATION:
        New York University, B.A., 1997
        Benjamin N. Cardozo School of Law, J.D., 2001
BAR ADMISSION: New York

**Work performed in the Action** (255.20 hours): Ms. Horton was a member of the document review team involved in fact discovery efforts. Among other tasks performed, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' and various third parties' discovery productions for relevance and issue spotting; (2) drafted numerous memoranda summarizing various topics in Alibaba's merchant agreements: (3) organized and annotated evidence cited in Plaintiffs' liability outline and evidence catalog; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**MARCUS DALZINE** received a B.A. from Yale University in 1995 and a J.D. from Columbia Law School in 1999. Mr. Dalzine started his legal career by working as an associate attorney with O'Sullivan LLP (currently O'Melveny & Myers) and then Lacher & Lovell-Taylor, where he focused on financial litigation matters. Starting from 2004, Mr. Dalzine has been working as a contract attorney, where he conducted electronic and physical document reviews in a variety of corporate litigation determining responsiveness, privilege, applicable redactions, issue relevance, and levels of confidentiality. Mr. Dalzine's experience includes deposition preparation, research and memo writing, as well as privilege review and QC on several projects. Mr. Dalzine is admitted to practice law in the State of New York.

EDUCATION:
    Yale University, B.A., 1995
    Columbia University Law School, J.D., 1999
BAR ADMISSION: New York

**Work performed in the Action** (247.00 hours): Mr. Dalzine was a member of the document review team involved primarily in fact discovery efforts. Among other tasks performed by Mr. Dalzine in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' and various third parties' discovery productions for relevance and issue spotting; (2) drafted numerous memoranda summarizing various topics; (3) organized and annotated evidence cited in Plaintiffs' liability outline and evidence catalog; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**FELICIA M. GORDON** received a J.D. from New York University School of Law in 2004, where she was awarded with the Dean's Scholarship. Prior to law school, Ms. Gordon earned her B.A. in History and Literature of America from Harvard University in 1998. Ms. Gordon is admitted to California bar since 2004 and District of Columbia bar since 2012. Ms. Gordon worked as a litigation associate for Simpson Thacher & Bartlett, LLP from 2004 to 2008, where she researched and drafted memoranda on various procedural and substantive issues; drafted pleadings and memoranda of law for dispositive and non-dispositive motions. From 2008 to present, Ms. Gordon has been working as a document review attorney for various large law firms and financial institutions, where she reviews documents for relevance and privilege for litigation or variety of cases. Ms. Gordon is fluent in English and proficient in French.

EDUCATION:
    Harvard University, B.A., 1998
    New York University School of Law, J.D. 2004
BAR ADMISSION: California and District of Columbia

**Work performed in the Action** (82.50 hours): Ms. Gordon was a member of the document review team and the class certification discovery team involved in both fact and expert discovery efforts. Among other tasks performed by Ms. Gordon in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' and various third parties' discovery productions for relevance and issue spotting; (2) drafted memoranda summarizing various topics

10

including, an analysis of numerous analyst reports and news articles in connection with Plaintiffs' motion for class certification; and (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**SAM CHENG** received a Bachelor's degree in geochemistry from the University of Science and Technology in Anhui, China in 1990. Mr. Cheng also obtained a Master's degree in geochemistry from Harvard University in 1994. Finally, Mr. Cheng completed his J.D. at Howard University School of Law in 1999 and graduated cum laude with a full tuition waiver scholarship. After law school, Mr. Cheng worked at Jincheng & Tongda Law Firm in Beijing where he advised investors in fourth-round financing in an advertising company, as well as at Cadwalader Wickersham & Taft where he represented a major international pharmaceutical company in its FCPA investigation and compliance matters. Since moving back to the United States, Mr. Cheng has worked on various document review projects including employment matters, chemical industry merger and acquisition project, FTC investigation work, and class action lawsuits. Mr. Cheng is fluent in Mandarin Chinese and English.

EDUCATION:
University of Science and Technology of China, Bachelor's degree, 1990
Harvard University, Master's degree, 1994
Howard University School of Law, Juris Doctor(J.D.), 1999
BAR ADMISSION: Massachusetts

**Work performed in the Action** (1,828.00 hours): Mr. Cheng was a member of the document review team and was primarily involved in fact discovery efforts. Among other tasks performed by Mr. Cheng in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted memoranda summarizing Mr. Cheng's research of topics such as the Data Security Law and the SAMR's evolving administrative guidance and regulations under the AML; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues, (5) updated Plaintiffs' liability outline and evidence catalog with new facts and events related to the Defendants' alleged misconduct with citations to relevant supporting evidence; (6) drafted/prepared Deposition Materials for potential deponents, including the Tmall/Taobao President; (7) researched certain subsets of executives within Alibaba and their roles and responsibilities; (8) updated the list of relevant individuals with any newly-discovered pertinent information and Key Terms that help in advancing the document review search terms.

**ELEANOR WANG** received a Bachelor of Law from National Chengchi University in Taipei, Taiwan in 1994. Ms. Wang went on to complete her J.D. at the Seattle University School of Law. Ms. Wang worked as senior litigation counsel at Keller Rohrback, LLP in Seattle from 2014 to

2023, where she assisted clients in resolving disputes arising from real estate transactions, reviewed and analyzed produced documents from opposing parties and third parties to advise case counsel, and drafted agreements and commercial documents for small corporations. Before that, Ms. Wang worked as a bilingual contract attorney for Lalabela Entertainment. She acted as the team lead to coordinate and facilitate communications between trial attorneys and contract attorneys, as well as conducted research to ensure the accuracy of the document production. Ms. Wang is fluent in English, Mandarin Chinese, and Japanese.

EDUCATION:
        Bachelor of Law, National Chengchi University, 1994
        Master of Laws, University of Tokyo, 1997
        Seattle University School of Law, J.D., 2011
BAR ADMISSION: Washington

**Work performed in the Action** (1,579.70 hours): Ms. Wang was primarily involved in fact discovery efforts and she also worked on the class certification discovery team. Among other tasks performed by Ms. Wang in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) researched and drafted memoranda summarizing Defendants' potential use of manual downgrades of merchants and monitoring of merchants' prices; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) created and reviewed targeted searches within Defendants' document production, and conducted witness-specific background research, to draft/prepare Deposition Materials for specific fact witnesses, including (i) the Vice President of Alibaba Group and head of Alibaba Research, (ii) an Alibaba Partner and Chief Risk Officer, (iii) Alibaba's Director of the President's Office, and (iv) Alibaba's Tmall Business Strategy Division General Manager; (6) analyzed documents related to Alibaba's self-rectification report exhibits; and (7) added to the list of key terms in Mandarin and English in support of further search terms for review team to conduct searches in Defendants' document production.

**STEPHANIE DAY** received an LL.B. from National Taiwan University and then an LL.M. from New York University School of Law. Ms. Day built her legal career by working as intern and subsequently an associate at various law firms from 2013-2021. She focused on commercial litigation, including contract disputes, torts, employment law, bankruptcy, debt collection, personal injuries, and insurance law in federal and state courts. Ms. Day worked as a document review attorney since 2021, where she utilized various platforms to help clients preparing for upcoming litigation. Ms. Day is admitted to practice law in New York State. Ms. Day is fluent in multiple languages, including Mandarin Chinese, English, Japanese, Korean, and French.

EDUCATION:
        National Taiwan University, LL.B., 2011
        New York University School of Law, LL.M., 2015

12

BAR ADMISSION: New York

**Work performed in the Action** (641.50 hours): Ms. Day was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Ms. Day, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents incorrectly redacted within the Defendants' production; (3) drafted memoranda summarizing her analysis of documents she specifically escalated for review by Plaintiffs' Counsel, including documents reflecting ways in which Alibaba enforced exclusivity requirements and punishments; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**YIHONG HUANG** received his J.D. from University of Missouri-Kansas City School of Law in 2011. Prior to that, he earned his LL.M. with emphasis on Intellectual Property (IP) from the same school in 2008. Previously, Mr. Huang received his Master of Law from Peking University/Tokyo University School of Law and his Bachelor of Accounting and Finance from Xiamen University, Department of Accounting. Mr. Huang started his legal career by working as an associate in ZhongLun LLP's Japan Team, where he drafted memos and term sheets for clients from Japan. Mr. Huang then worked as a contract attorney with several law firms and financial agencies, where he helped review and analyze documents in English, Mandarin Chinese, and Japanese.

EDUCATION:
 Xiamen University, B.A., 2004
 Peking University/ Tokyo University School of Law, Master of Law, 2007
 University of Missouri- Kansas City School of Law, J.D., 2011
BAR ADMISSION: District of Columbia and California

**Work performed in the Action** (1,066.00 hours): Mr. Huang was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Mr. Huang in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents redacted by Defendants within their productions that appeared potentially improper and subject to potential challenge; (3) drafted memoranda summarizing his analysis of documents he specifically escalated for review by Plaintiffs' Counsel, including terms of art used in e-commerce platform businesses; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; and (5) conducted targeted searches within Defendants' document population related to Alibaba's various choose one from two business practices.

**SHUMEI SUN** received a Bachelor of Public Administration from Tongji University in 2010 and a Juris Master from the same university in 2013. Ms. Sun then graduated from University of Minnesota Law School with an LL.M. in 2015. Ms. Sun has extensive experience as document

review attorney. Ms. Sun is fluent in Mandarin Chinese and English. She is admitted to practice law in China and New York State.

EDUCATION:
    Tongji University, Bachelor of Public Administration, 2010
    Tongji University, Juris Master, 2013
    University of Minnesota Law School, LL.M., 2015
BAR ADMISSION: New York and China

**Work performed in the Action** (144.00 hours): Ms. Sun was a member of the document review team primarily involved in fact discovery. Among other tasks performed, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents redacted by Defendants within the their productions that appeared potentially improper and subject to potential challenge; and (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**RICHARD ZANE** received an M.S. from Michigan Technological University in 2000 and J.D. from Wayne State University Law School in 2007. Prior to practicing law, Mr. Zane gained 5 years of science and engineering experience working for Autoliv North America as electro-mechanical/computer/software engineer. Following his State Bar of Michigan admission in 2008, Mr. Zane worked as a document review attorney for 16 years with focus on Antitrust, Mergers and Acquisitions (M&A), FCPA/Bribery/Fraud, Pharma, SEC, FTC, FCC, Opioid, Products Liability, Medical Malpractice, Toxic Torts, Mass Torts, IP/Patent/Copyright/Trademark Infringements, and Technology related cases. Mr. Zane has also been a licensed Patent Attorney since 2006. Mr. Zane is fluent in Mandarin Chinese and English.

EDUCATION:
    Michigan Technological University, M.S., 2000
    Wayne State University Law School, J.D., 2007
BAR ADMISSION: Michigan

**Work performed in the Action** (547.50 hours): Mr. Zane was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Mr. Zane in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents redacted by Defendants within their productions that appeared potentially improper and subject to potential challenge; and (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**HELEN ZHOU** received a Bachelor of Laws (LL.B.) from Southwest University of Political Science & Law in 2005 and then Master of Laws (LL.M.) in Taxation from Boston University School of Law in 2009. Ms. Zhou started as an attorney at Mertz, Bitleman & Associates, where she focused on immigration law practice. Following that, Ms. Zhou worked on various document review projects, where she conducted electronic document reviews and served as team lead. Ms. Zhou is admitted to practice law in New York. Her areas of expertise include: contract and negotiation; corporate law; domestic and international taxation; immigration and litigation; real estate and mortgage-related legal issues. Ms. Zhou is fluent in Mandarin Chinese, Japanese, and English.

EDUCATION:
Southwest University of Political Science & Law, LL.B., 2005
Suffolk University, M.A., 2006
Boston University School of Law, LL.M., 2009
BAR ADMISSION: New York

**Work performed in the Action** (898.00 hours): Ms. Zhou was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Ms. Zhou in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents incorrectly redacted within the Defendants' production; (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; and (4) conducted targeted searches within Defendants' document population to develop evidence relating to Alibaba's choose one from two business practices as well as its market share and financial data.

**XIN ZHOU** received a J.D. with IP Law Concentration from University of the Pacific, McGeorge School of Law in 2012. Prior to that, she earned her M.D. from Fudan University Shanghai Medical College in China. Ms. Zhou has extensive experience as document review attorney since 2018, where she has performed document review, translation, privilege review and redaction for various agencies on a diversity of cases. Ms. Zhou is licensed to practice law in California. She is fluent in Mandarin Chinese, English,xi and Japanese.

EDUCATION:
Fudan University Shanghai Medical College, M.D.
University of the Pacific, McGeorge School of Law, J.D., 2012
BAR ADMISSION: California

**Work performed in the Action** (2,034.00 hours): Ms. Zhou was a member of the document review team and was primarily involved in fact discovery efforts. Among other tasks performed, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted memoranda summarizing Ms. Zhou's understanding of topics such as what

15

was discussed in audio recordings produced by Defendants as part of their internal communications; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues, (5) updated Plaintiffs' liability outline and evidence catalog with new facts and events related to the Defendants' alleged misconduct as well as annotating supporting evidence; (6) drafted/prepared Deposition Material for potential Alibaba deponents, including a Senior Government Affairs official of Alibaba; (7) conducted research into specific business practices potentially utilized by Alibaba, including methods to monitor merchants; and (8) updated the list of relevant individuals including each individual's roles and responsibilities, as well as researching each individual's nickname used within Alibaba.

**LIANG MEI** received a J.D. from George Mason University, Antonin Scalia School of Law and an LL.M. from University of California, Berkeley School of Law. Prior to coming to the U.S., Mr. Mei obtained his China CPA license in 2000 and China Lawyer's license in 2003. He practiced law as attorney, partner and managing partner in De Heng Law Firm and Rui De Law Firm in China from 2002 to 2016. After passing the California bar in 2017, Mr. Mei practiced law at the DHH Law Firm, where he served as the principal lawyer of the DHH Washington, D.C. Law Office. His practice covers corporate, regulatory, cross-border mergers and acquisitions, foreign direct investment, labor and employment, international trade/sanction and compliance, antitrust and anti-unfair competition, intellectual property rights, and immigration laws. Mr. Mei is fluent in Mandarin Chinese and English.

EDUCATION:
        Lanzhou University, B.A., 1997
        University of California at Berkeley School of Law, LL.M.
        George Mason University School of Law, J.D.
BAR ADMISSION: California

**Work performed in the Action** (565.00 hours): Mr. Mei was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Mr. Mei in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents redacted by Defendants within their production that appeared to be potentially improper; (3) drafted memoranda summarizing his analysis of documents he specifically escalated for review by Plaintiffs' Counsel, including documents relating to important new draft AML guidelines announced in November 2020; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) adding specific key terms to the list of Chinese terms found in the document production and providing suggested English translation; and (6) conducting research on specific employees and their role in Defendants' business operations as well as relationship to choose one from two practices.

**MINGRU NOWICKI** received a Bachelor of Law from Shanghai University in 1999. Ms. Nowicki then earned a Master of Laws in U.S., International, and Transnational Law in 2015 from Chicago-Kent College of Law while being active as a Chicago-Kent Land Use and Real Estate Law Society member. During law school Ms. Nowicki worked as an intern at the Department of Building for the City of Chicago where she represented the city in Administrative Court in building violation cases. Finally, Ms. Nowicki obtained her Juris Doctor (J.D.). in 2017 from the Kent College of Law, earning a Dean's Honor List in Fall 2015, Fall 2016, and Spring 2017. Ms. Nowicki has worked in China at the Shanghai LV & Li Law Form, successfully handling over 100 lawsuits in the areas of real estate law, construction contracts, corporate law, financing contracts, and employment contracts. Ms. Nowicki has also worked as a contract attorney in the U.S. where she actively participated in conducting responsive and issue coding, identifying key documents, privilege coding, redactions for privilege, and quality control review. Ms. Nowicki is fluent in Mandarin Chinese, English, and Japanese.

EDUCATION:
      Shanghai University, Bachelor of Law, 1999
      Chicago-Kent College of Law, Master of Laws 2015
      Chicago-Kent College of Law, J.D. 2017
BAR ADMISSION: Illinois

**Work performed in the Action** (770.75 hours): Ms. Nowicki was a member of the document review team and was primarily involved in fact discovery efforts. Among other tasks performed by Ms. Nowicki, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted memoranda summarizing Ms. Nowicki's understanding of topics such as Defendants' use of DingTalk in their internal communications and audio recordings attached to those DingTalk chats; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) updated Plaintiffs' liability outline and evidence catalog with new facts and events related to the Defendants' alleged misconduct as well as annotating supporting evidence; (6) drafted/prepared Deposition Materials for potential Alibaba deponents; (7) provided production summaries of Defendants' individual productions within the document production as well as summaries of all DingTalk chats and identified which conversations were the most pertinent to the case; and (8) researched all potential custodians and their exact position and role in implementing the choose one from two business strategy.

**WEIAN ZHAN** received a Master of Science in Computing from Marquette University in 2004. Mr. Zhan also earned his Juris Doctor (J.D.) from the John Marshall Law School in 2009. Mr. Zhan is a licensed attorney in Illinois and also a patent attorney registered with the United States Patent and Trademark Office. Mr. Zhan has extensive experience applying his skills in computer science and law in his roles as a contract attorney. He has conducted translation review on banking and securities investigation, participated in corporations' internal investigation, worked on document

17

reviews with privilege and issue review as well as FCPA and SEC compliance investigations. Mr. Zhan is fluent in Mandarin Chinese, Japanese, and English.

EDUCATION:
>  Beijing Jiaotong University
>  Marquette University, M.S. 2004
>  John Marshall Law School, J.D. 2009

BAR ADMISSION: Illinois

**Work performed in the Action** (1,787.00 hours): Mr. Zhan was primarily involved in fact discovery efforts and he also worked on the class certification discovery team. Among other tasks performed by Mr. Zhan in fact discovery, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (3) drafted deposition preparation kits for use in potential depositions of Defendants' suggested deponents; (4) communicated with Plaintiffs' computer science expert regarding Defendants' search and platform algorithms; (5) created search terms for use in requesting more documents from Defendants based on algorithm research; (6) reviewed and summarized deposition transcripts of the individual Plaintiffs; (7) researched the ecommerce platform industry generally and how e-commerce platforms used search algorithms to impact merchants' search results and sales; (8) read and analyzed a book published by Alibaba regarding its use of algorithms and provided chapter summaries to litigation team; and (9) drafted memoranda on various topics regarding Defendants' business operation, including Alibaba's use of different types of customer service representatives and their roles and responsibilities with respect to merchants.

**JULIE LI** received a Master from the China University of Political Science and Law. Ms. Li graduated from the Washington University School of Law in St. Louis with a Juris Doctor (J.D.). She has worked as a Mandarin and Japanese document reviewer for over 14 years, with experience in coding documents for privilege, responsiveness, and issue coding. Ms. Li has worked on a variety of matters including pharmaceutical cases, Department of Justice investigations, redaction assignments, and international business litigation. Ms. Li is fluent in Mandarin Chinese, English, and Japanese.

EDUCATION:
>  China University of Political Science and Law, LL.M/LL.B
>  Washington University School of Law, J.D.

BAR ADMISSION: Illinois

**Work performed in the Action** (1,316.00 hours): Ms. Li was primarily involved in fact discovery efforts and participated in the oversight of translation of documents in Chinese to English. Among other tasks performed by Ms. Li in fact discovery, she: (1) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (2) provided redlined translation corrections to translated documents; (3) participated

18

in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss translation issues; (4) drafted deposition preparation kits for use in potential depositions of Alibaba witnesses; (5) worked with the document production vendor to upload translated English documents into the document production for viewing by case team; (6) researched and analyzed specific merchant agreements used by Alibaba in 2020; and (7) communicated with third-party translation company regarding various translated terms and documents.

**SHAO CHEN** received a Bachelor of Science in civil and environmental engineering from Cornell University. Mr. Chen also earned a Juris Doctor (J.D.) from the University of Minnesota, while working as an editor at the Minnesota Journal of Global Trade. During law school, Mr. Chen worked as a law clerk for the city attorney of Minneapolis where he wrote industrial land use memoranda and summary judgment motions on city rezoning decisions. Mr. Chen has worked on many assignments as a litigation contract attorney involving internal investigations relating to FCPA compliance, for a class action lawsuit on car defect against large automobile manufacturer, as well as reviewed documents in antitrust investigation for an identify and software management company. Mr. Chen is fluent in Mandarin and Chinese, as well as proficient in German.

EDUCATION:
      Cornell University, B.S., 1995
      University of Minnesota, J.D., 2004
BAR ADMISSION: California

**Work performed in the Action** (240.20 hours): Mr. Chen was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Mr. Chen, he: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents redacted by Defendants within their production that appeared to be potentially improper; (3) drafted memoranda summarizing his analysis of documents he escalated for review by Plaintiffs' Counsel, including analysis of Chinese-language videos reporting on Ant Group IPO, including comments made by Jack Ma regarding Chinese banking regulations in 2020; (4) drafted/prepared Deposition Materials for potential deponents, including Alibaba's Chief Marketing Officer; and (5) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**XIAOMU TANG** received a Bachelor of Arts in English from Hangzhou University in 1996. Ms. Tang then earned a Master of Science in Telecommunications from Indiana University in Bloomington. Ms. Tang earned her Juris Doctor (J.D.) from the University of Texas School of Law and graduated with honors in 2008, while working on the Texas Intellectual Property Law Journal as well as earning the Dean's Achievement Award and the Bracewell & Giuliani L.L.P. Best Memorandum Award. Ms. Tang's work experience includes working as an investigative reporter for Zhejiang TV Station in Hangzhou where she wrote news stories and developed sources that resulted in original news stories, as well as working for China Travel, a weekly bilingual Chinese/English newspaper. Ms. Tang's legal experience included working as a summer intern for

the Honorable James Brady, as well as working as a FCPA Compliance and Due Diligence Consultant for TRACE International, where she performed legal research on U.S. and Chinese anti-bribery laws; conducted due diligence review for multinational companies. Ms. Tang is a native speaker of Chinese and is fluent in English.

EDUCATION:
        Hangzhou University, B.A., 1996
        Indiana University, M.S., 2004
        University of Texas School of Law, J.D., 2008
BAR ADMISSION: New York

**Work performed in the Action** (1,025.80 hours): Ms. Tang was primarily involved in fact discovery efforts. Among other tasks performed by Ms. Tang in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (3) drafted/prepared Deposition Materials for potential Alibaba witnesses; (4) drafted production summary reports for individual productions within Defendants' document population; and (5) drafted memoranda on various topics such as (i) the different types of customer service representatives in Defendants' business operation and (ii) the use of competitive radar and other methods by Defendants to monitor merchants' activities.

**YICHEN ZHAO** received a Bachelor of Science in Communications from Old Dominion University in 2006. Ms. Zhao completed her Juris Doctor (J.D.) at the Texas Tech School of Law in 2009, where she also received a Business Law certification and Mediation certificate. Ms. Zhao started her career at the Small Business Administration as a contract attorney at the disaster loan department for Hurricane Sandy by reviewing and processing disaster loan applications. She has since moved on to various Mandarin document reviews involving Foreign Corrupt Practices Act violations, conducting relevance and privilege review as well as quality control and translation. Ms. Zhao has also worked on shareholder lawsuits and internal investigations for compliance. Ms. Zhao is fluent in both Mandarin Chinese and English.

EDUCATION:
        Old Dominion University, B.S., 2006
        Texas Tech School of Law, J.D. 2009
BAR ADMISSION: Texas, District of Columbia

**Work performed on the Action** (775.55 hours): Ms. Zhao was a member of the document review team and was involved in fact discovery efforts. Among other tasks performed, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted/prepared Deposition Materials for potential deponents, including Taobao's Technical Director; (4) participated in telephonic meetings and communicated via email with Plaintiffs'

20

Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) researched Alibaba's use of grey lists in its business practices; (6) conducted searches on multiple deponents within the document production using the deponents' English and Chinese names; (7) logged news articles discussing the SAMR's investigation of Alibaba; and (8) reviewed redactions that Defendants applied within the document production and created summaries of what documents needed to be challenged for their redactions; and (9) created production summaries of individual productions within the Defendants' document production.

**YIMENG (TRACY) LI** received a Bachelor of Arts in psychology from the University of Texas at Dallas. Ms. Li went on to graduate with her Juris Doctor (J.D.) from the Texas A&M Law School in 2011. Ms. Li has extensive experience with various contract attorney agencies where she has reviewed, analyzed, and prepared Chinese documents for production pursuant to DOJ requests; analyzed documents for relevant compliance, regulatory, corporate, confidentiality, and internal audit issues. Ms. Li also has experience at a business immigration law firm representing all clients with immigration needs and overseeing a team of legal assistants in case preparation work. Ms. Li is fluent in Mandarin Chinese and English.

EDUCATION:
　　University of Texas at Dallas, B.A., 2005
　　Texas A&M Law School, J.D., 2011
BAR ADMISSION: Texas

**Work performed on the Action** (702.60 hours): Ms. Li was a member of the document review team and was involved in fact discovery efforts. Among other tasks performed by Ms. Li in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted/prepared Deposition Materials for potential deponents including the General Manager of Tmall Platform Operations; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) reviewed and analyzed news articles and summarized Wen Jia's statements at the November 5, 2019 meeting with State Administration of Market Regulation; (6) reviewed meet and confer letters exchanged between Plaintiffs and Defendants and analyzed productions to ensure completeness of Defendants' productions in light of the parties' agreements; (7) conducted factual research and reviewed correspondence relating to Alibaba's employee complaint/whistleblower reporting system; (8) reviewed and analyzed numerous analyst reports and news articles to assist Plaintiffs' Counsel in connection with Plaintiffs' motion for class certification; and (9) conducted research on various departments within the Defendants' organizational structure including the Public Affairs and the Government Affairs departments.

**LILY XIE** received a Bachelor of Arts degree in International Economics from UCLA in 2003. She then graduated from Loyola Law School in 2009 as a recipient of the Mabel Wilson Richards

21

Scholarship. Ms. Xie worked as an associate at Kirkland & Ellis in Shanghai advising companies on the U.S. Foreign Corrupt Practices Act and related internal investigations and government enforcement actions involving the U.S. Department of Justice, SEC, and multiple foreign enforcement agencies. Ms. Xie has also worked as an associate at K&L Gates in Century City where she assisted with periodic reporting requirements under the Securities Exchange Act of 1934, corporate governance issues, Sarbanes-Oxley, and other regulatory compliance matters. Ms. Xie is fluent in Mandarin Chinese and English.

EDUCATION:
> University of California, Los Angeles, B.A. 2003
> Loyola Law School, J.D. 2009

BAR ADMISSION: California

**Work performed on the Action** (1,454.80 hours): Ms. Xie was primarily involved in fact discovery efforts. Among other tasks performed, she: (1) helped develop the review protocol outlining Plaintiffs' allegations and a framework for the document review team to utilize in their analysis of evidence; (2) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (3) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (4) drafted memoranda summarizing her analysis of documents she specifically escalated, including various issues related to Defendants' conduct and business practices such as Defendants' methods of implementing search downgrades on merchants on Alibaba's platforms; (5) reviewed translations and proposed translation corrections; (6) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (7) created and reviewed targeted searches within Defendants' document production, and conducted witness-specific background research, to draft/prepare Deposition Material for specific fact witnesses, including a Vice President of Alibaba and Alibaba's Corporate Secretary, Timothy Steinert; (8) completed production summaries for productions within the Defendants' document production of Hot documents and redaction issues; and (9) conducted quality control of other team members' work within Defendants' document production.

**QIAN BROOK** received a Bachelor of Arts in Law from Nankai University School of Law in 2008 and proceeded to earn a Masters of Laws (LL.M.) from the Indiana University School of Law in 2009. Ms. Brook has extensive experience working as a Chinese language document reviewer and a legal translator, working on privilege log and QC matters and working on translation assignments including for copyright and trademark disputes, FCPA matters, and Trade Control investigation. Ms. Brook also worked as an associate case manager for Kroll Risk & Compliance where she performed due diligence research for risk and compliance business by conducting extensive internet-based research and analysis and synthesizing relevant information into comprehensive reports. Ms. Brook is fluent in both English and Mandarin Chinese.

EDUCATION:
> Tianjin University, B.A.

Nankai University School of Law, 2008
Indiana University School of Law, L.L.M., 2009
BAR ADMISSION: New York, District of Columbia

**Work performed on the Action** (332.00 hours): Ms. Brook was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Ms. Brook in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents redacted by Defendants within their productions that appeared potentially improper and subject to potential challenge; (3) drafted memoranda summarizing her analysis of documents she specifically escalated for review by Plaintiffs' Counsel, including certain methods used bv Alibaba to enforce exclusivity on merchants; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**ANNA SUN** earned a Bachelor of Laws from National Taipei University in 2002, attaining a class rank in the top 15 percent. Ms. Sun then graduated from Southern Methodist University in 2006 with an International Masters of Law focusing on finance, intellectual property, international business transaction, and corporate law. Ms. Sun previously worked on a variety of FCPA and antitrust cases at various firms while performing all levels of document review on antitrust cases and financial loan matters, working as a review manager in 2019 by designing various tags and preparing memos for the entire document review team as well as creating timeline for the case and preparing final Chinese version memo to clients. Ms. Sun is fluent in English, Mandarin Chinese, Taiwanese, and Japanese.

EDUCATION:
Southern Methodist University, L.L.M., 2006
National Taipei University, L.L.B., 2002
BAR ADMISSION: New York

**Work performed on the Action** (761.20 hours): Ms. Sun was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Ms. Sun, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents incorrectly redacted within the Defendants' production; (3) drafted/prepared Deposition Materials for potential deponents, including for Alibaba's Vice President and former head of Taobao; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**ROSIE ZHONG** received a Bachelor of Arts from Harvard University in Liberal Arts, graduating *cum laude* in June 2011. Ms. Zhong then graduated from Syracuse University College of Law with a Juris Doctor (J.D.) in 2015, where she was on the Dean's List at, before moving on to complete

23

her Master of Laws from Cardozo Law in 2016, gaining distinction as a Dean's Merit Scholar. Ms. Zhong has gained vast quantities of experience in contract attorney positions, serving as team lead, review manager, and other roles while working as a contract staff attorney. She has performed 1st level, 2nd level, and privilege review in English, Chinese, and Japanese, as well as performed research and review in Chinese on antitrust, data security breach, and FCPA investigations. Ms. Zhong also worked as an associate attorney at the Manchanda Law Office where she performed research, writing and court appearance on matrimonial, immigration and civil litigation related matters. Ms. Zhong is fluent in Mandarin Chinese and English.

EDUCATION:
    Harvard University, B.A., 2011
    Syracuse University, J.D., 2015
    Cardozo Law, L.L.M., 2016
BAR ADMISSION: New York

**Work performed on the Action** (911.40 hours): Ms. Zhong was primarily involved in fact discovery efforts and oversight of translation of documents from Chinese to English. Among other tasks performed by Ms. Zhong in fact discovery and translation, she: (1) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (2) redlined translation corrections to previously translated documents for review; (3) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss translation issues; (4) worked with the e-discovery vendor to overlay translated English documents onto the document review platform for litigation team; (5) identified specific terms in Chinese within key documents and suggested English translations of those terms; and (6) communicated with certified translation company regarding specific translated terms before receiving the certified translation copy.

**WEI (ANNIE) QUAN** received a B.S. in Computer Application in 1996 and worked as a research assistant at the Artificial Intelligence Laboratory and interned at the Digital and Logical Circuits Lab. Ms. Quan then completed an M.S.E. in computer science in 2002 from the Johns Hopkins University with hands-on experience through team project assignments as well as distributed systems, information retrieval/web agents, and database system. Ms. Quan received her J.D. from the University of Minnesota in 2013 and was a Dean Distinguished Scholar, working as a Research Assistant at the Robina Institute of Criminal Law and Criminal Justice. Ms. Quan participated in electronic document review projects for various legal roles and second-level review, quality control, and team leadership. Ms. Quan's responsibilities included analyzing and coding documents, identifying important information/documents, drafting memoranda to summarize key information from documents, conducting quality control, providing quality control feedback, and assisting review managers, collaborating with case team to manage Q&A processes and providing guidance to the review team. Ms. Quan is fluent in both Chinese and English.

EDUCATION:
    Jilin University, B.S., 1996
    Johns Hopkins University, M.S.E., 2002

24

University of Minnesota, J.D., 2013
BAR ADMISSION: Illinois

**Work performed on the Action** (459.90 hours): Ms. Quan was a member of the document review team and primarily involved in fact discovery. Among other tasks performed by Ms. Quan in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) drafted production summaries of the key documents, documents in need of translation, and documents redacted by Defendants within their productions that appeared potentially improper and subject to potential challenge; (3) drafted memoranda summarizing her analysis of documents she specifically escalated for review by Plaintiffs' Counsel, such as news articles discussing Alibaba's alleged control of public opinion about its business practices; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues.

**QI YANG** received a B.A. in Chinese Law in 2012 from Zhejiang University City College in Hangzhou; she then gained a Master of Laws from the University of Illinois College of Law in 2014. Ms. Yang also received her Juris Doctor (J.D.) from Fordham Law School in 2022 where she graduated Magna cum Laude and order of the coif. Ms. Yang worked at Lowenstein Sandler as a summer associate where she assisted in M&A projects, as well as drafting memoranda based on legal research for exemptions in the Investment Company Act. Ms. Yang also worked at BASF where she reviewed the California Consumer Privacy Act Regulations to ensure BASF's privacy policy. Finally, Ms. Yang worked at Weil, Gotshal & Manges where she conducted due diligence for private acquisitions, drafted diligence memoranda, disclosure schedules and updated signing and closing checklists. Upon graduating from University of Illinois in Champaign, she worked for a boutique law firm located in Fort Lee, NJ where she mainly helped clients with civil disputes. Ms. Yang is fluent in Mandarin Chinese and English.

EDUCATION:
Zhejiang University City College, B.A., 2012
University of Illinois College of Law, Master of Law, 2014
Fordham Law School, J.D., 2022
BAR ADMISSION: New York

**Work performed on the Action** (385.70 hours): Ms. Yang was a member of the document review team primarily involved in fact discovery. Among other tasks performed by Ms. Yang in expert discovery, she: (1) provided translation and analysis of important internal communications by Defendants through DingTalk; (2) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (3) drafted memoranda summarizing her factual research in preparation for expert depositions; and (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered throughout the expert discovery period; (5) conducted research into Alibaba's platform rules and progression from 2015 to 2020; (6) drafted memoranda regarding Alibaba's use of various business techniques relating to its alleged

exclusivity practices; and (7) added specific events to the case timeline as well as documents that gave evidence to those events.

**CHENXI (CHELSEA) LIU** received a Bachelor of Law from Chongqing University in Chongqing and received her Master of Laws in International Business and Economic Law at the University of Southern California Gould School of Law in 2023. Chenxi gained experience working at law offices in China by starting as a judicial clerk at the People's Court, Youyang Tujia and Miao Autonomous County in Chongqing, China in 2020. Ms. Liu then moved to the Beijing Tiantong Law Firm as an intern by drafting defense in committal proceedings and evaluating expert witnesses in appeal proceedings. Finally, Ms. Liu worked at the Shanghai Allbright Law Offices in Shanghai, China where she worked in corporate, commercial, and securities law. She has experience in commercial and securities law; tax and trade law; finance and wealth management; intellectual property; and dispute resolution. Ms. Liu participated in several IPO projects, including conducting legal research, collaborating with counsel across multiple jurisdictions, performing a detailed analysis of relevant law and drafting commercial contracts to enable clients to list on the Beijing Stock Exchange and Science and Technology Venture Board of the Shanghai Stock Exchange. Ms. Liu is fluent in both English and Mandarin Chinese.

EDUCATION:
      Chongqing University, Bachelor of Law, Chongqing, China, 2022
      University of Southern California Gould School of Law, L.L.M., 2023
BAR ADMISSION: China

**Work performed on the Action** (2,749.20 hours): Ms. Liu was a member of the document review team and was involved in fact discovery efforts and she also assisted on the class certification discovery team. Among other tasks performed by Ms. Liu in fact discovery, she: (1) reviewed, analyzed, and coded electronically-produced documents in Defendants' discovery productions for relevance and issue spotting; (2) reviewed and contextually analyzed electronically-produced documents in Defendants' discovery productions that had been translated from Chinese into English for accuracy and completeness in the context of the claims alleged in the Action; (3) drafted/prepared Deposition Materials for potential deponents, including for an executive at both Alibaba and Ant Group and a member of Tmall's Merchant Strategy Department; (4) participated in telephonic meetings and communicated via email with Plaintiffs' Counsel to discuss relevance of factual evidence uncovered, key discovery findings, and relevant translation issues; (5) reviewed articles on Defendants' financial data and completed memo to counsel regarding Alibaba's market share; (6) drafted a report on audio files produced as attachments to DingTalk files; (7) reviewed and analyzed numerous analyst reports and news articles to assist Plaintiffs' Counsel in connection with Plaintiffs' motion for class certification; and (8) researched various departments within the Alibaba's organizational structure including the Public Affairs and the Government Affairs departments.

26