# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: ALIBABA GROUP LTD.
SECURITIES LITIGATION

Master File No. 1:20-CV-09568-GBD-JW

**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING:**
**(A) MAILING/EMAILING OF NOTICE AND CLAIM FORM; (B) CLAIMS RECEIVED**
**TO DATE; AND (C) REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Adam D. Walter, declare as follows:

1.    I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.[1]  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on October 28, 2024 (ECF No. 139, the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would competently testify thereto.

2.    I submit this Declaration to supplement the Declaration of Adam D. Walter Regarding: (A) Mailing of Notice and Claim Form; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusion Received to Date, filed on February 20, 2025 (ECF No. 146-1, the "Initial Mailing Declaration").

## **UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM**

3.    As stated in the Initial Mailing Declaration, as of February 10, 2025, A.B. Data had mailed a total of 635,096 copies of (a) the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"), and (b) the Proof of Claim and Release Form (the "Claim Form"; and together, with the Notice, the "Notice Packet"), to potential members of the Settlement Class and their nominees.[2]  Initial Mailing

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated October 25, 2024 (ECF No 136-1, the "Stipulation").

[2] Of these, A.B. Data re-mailed 5,381 Notice Packets to persons and entities whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated

Declaration, ¶10.  Additionally, as noted in the Initial Mailing Declaration, Broadridge Financial Solutions confirmed to A.B. Data that as of February 10, 2025, it had emailed a link to the Notice Packet to 453,095 individuals and entities that are potential Settlement Class Members.  *Id*., ¶9.

4.      Since the execution of the Initial Mailing Declaration on February 10, 2025: (a) an additional 936 Notice Packets have been disseminated to potential Settlement Class Members and their nominees; (b) A.B. Data has not received any additional requests to email a link to the Notice Packet; and (c) A.B. Data has not emailed a link to the Notice Packet to any potential Settlement Class Members or nominees.  Accordingly, as of the date of this Declaration, a total of 1,089,127 potential Settlement Class Members and nominees were either mailed a Notice Packet or emailed a link to the Notice Packet.

## PUBLICATION OF THE SUMMARY NOTICE

5.      As set forth in the Initial Mailing Declaration, on December 9, 2024, A.B. Data caused the Summary Notice to be published once in *Investor's Business Daily* and to be transmitted electronically once over *PR Newswire*.  Initial Mailing Declaration, ¶12.

## UPDATE ON SETTLEMENT WEBSITE

6.      As noted in the Initial Mailing Declaration, on November 26, 2024, A.B. Data established the dedicated settlement website, www.AlibabaClassActionSettlement.com (the "Settlement Website"), which is accessible twenty-four hours a day, seven days a week.  A.B. Data posted downloadable copies of the Stipulation, Preliminary Approval Order, Notice, Claim Form, Complaint, and other relevant Court documents to the Settlement Website.  *Id*., ¶15.

---

addresses were either provided to A.B. Data by the USPS or ascertained through a third-party information provider.  Initial Mailing Declaration, ¶10.

7.      At the request of Lead Counsel, shortly after their filing with the Court on February 20, 2025, A.B. Data posted downloadable copies of the following documents on the Settlement Website: (a) Notice of Motion and Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 142); (b) Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 143); (c) Notice of  Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 144); (d) Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 145); and (e) Declaration of Kara M. Wolke in Support of: (I) Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 146), including the exhibits thereto.

8.      To date, the Settlement Website has received 77,325 pageviews from 42,926 unique users.

9.      The Settlement Website will continue to be updated with relevant case information and Court Documents.

**REPORT ON CLAIMS RECEIVED TO DATE**

10.      The Notice informed potential Settlement Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to A.B. Data, either online or postmarked, by March 26, 2025.  Based on A.B. Data's experience, as well as my own, I expect that the vast majority of claims will be filed at or near the deadline. However, as of the date of this Declaration, A.B. Data has received approximately 23,680 Claims, of which we have preliminarily determined 9,271 are valid Claims, 12,716 are invalid, and 2,516

are deficient Claims that Claimants will have the opportunity to cure. Based on our experience, in settlements of federal securities class actions, the claims response rate varies greatly depending on a variety of factors and can range from less than 5% to more than 20% of the total Notices mailed/emailed.

11.    The Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under A.B. Data's standard claims-processing procedures, which will identify any deficiencies in the Claims received. A.B. Data will then communicate with Claimants that have deficient, but correctable, Claims to bring those Claims into compliance. Thus, A.B. Data is unable to report on the number of valid Claims submitted at this time.

12.    Once claim-processing is complete, A.B. Data's recommendations regarding the acceptance and rejection of Claims will be presented to the Court in conjunction with Lead Counsel's Motion for Class Distribution Order. *See* Stipulation, ¶27. In our experience, approximately 30% to 50% of the Claims received in a federal securities class action will be valid.

## UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS

13.    The Notice and Summary Notice informed potential Settlement Class Members that requests for exclusion are to be mailed to the Claims Administrator such that they are received no later than March 6, 2025. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this Declaration, A.B. Data has received a total of eight (8) requests for exclusion, four (4) of which are valid.[3] An updated list containing the exclusion

---

[3] Pursuant to paragraph 78 of the Court-approved Notice, a request for exclusion must, among other things, "state the number of shares of Alibaba ADS that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period … as well as the dates and prices of each such purchase/acquisition and sale." ECF No. 146-1, Ex. A. The requests for exclusion received from Jennifer Berthold, Salman Samad, Janice Shearer and Dale Kerr (collectively, the "Opt-Outs") did not contain this information. Accordingly, A.B. Data contacted each of the Opt-Outs and explained that in order to be excluded from the Settlement Class, they

4

identification number, name, city, state, country, and date of each request is attached hereto as Exhibit A, together with a redacted copy of each request.

14.    According to the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's application for an award of Attorneys' Fees and Litigation Expenses, were required to submit their objection in writing to the Court and mail copies to Lead Counsel and Defendants' Counsel such that the papers were received on or before March 6, 2025.  As of the date of this Declaration, A.B. Data has not received any objections and is not aware of any objections being filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 18, 2025.

Adam D. Walter

---

needed to provide all of the information outlined in the Notice.  We also provided a copy of the Notice in our response.  A.B. Data has not received responses from any of the Opt-Outs.

5

# EXHIBIT A

*Alibaba Group Holdings Securities Litigation*
**Exclusion Report**

| | Name | Contact Information | Exclusion ID # | Signed | Postmark Date | Transactions between between November 13, 2019 and December 23, 2020 (include number of shares and price) |
|---|---|---|---|---|---|---|
| 1. | Jonathan D Sato | Campbell, CA 95008-1823 | 750868292 | Yes | 12/17/2024 | Purchase 11/19/2019; 20 shares at $184.00 per share |
| 2. | Jennifer Berthold | Reedley CA 93654 | 750868294 | Yes | 1/7/2025 | N/A |
| 3. | Salman Samad | ON L5N 249 Canada | 750868295 | Yes | 1/6/2025 | N/A |
| 4. | Andrea Piegari | Buenos Aires 1406 Argentina | 750868296 | Yes | 2/6/2025 | Acquire 11/28/2018:  500 shares at $154.40<br>Sold 10/15/2019: 30 Shares at $166.7714<br>Purchase 11/13/2019:  470 shares at $155.9940<br>Sold 02/25/2020: 470 shares at $213.1017<br>Acquire 03/12/2020: 242 shares at $206.25<br>Sold 01/16/2024: 242 shares at $70.1803 |
| 5. | Ahmed Sheeno | Hamilton, ON L8W 2S6 | 750868297 | Yes | 2/7/2025 | Purchased 01/29/2020: 0.0252 shares at $6.90 CAD<br>Sold 02/03/2020: 0.0252 shares at $7.14 CAD |
| 6. | Janice Shearer | McDonough, GA 30253 | 750868299 | Yes | 3/4/2025 | N/A |
| 7. | Pierre-Alain Ackermann | Switzerland | 750868300 | Yes | 2/17/2025 | Purchased 01/14/2020: 30 shares at $230.09<br>Sold 02/28/2020: 30 shares at $200.00 |
| 8. | Dale Kerr | Alberta, T1B0E2 Canada | 750868301 | Yes | 2/22/2025 | N/A |

December 17, 2024

To: *In re Alibaba Group Holding Ltd. Sec. Litigation*
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

From: Jonathan D Sato

Campbell, CA 95008-1823

Subject: Requests exclusion from the Settlement Class in *In re Alibaba Group Holding Ltd. Sec. Litigation*, Case No. 1:20-cv-09568

To Whom It May Concern:

I, Jonathan D Sato, purchased 20 shares of Alibaba ADS at $184.00 on November 19, 2019 and did not sell any shares during the Settlement Class Period between November 13, 2019 and December 23, 2020, inclusive, requests exclusion from the Settlement Class in *In re Alibaba Group Holding Ltd. Sec. Litigation*, Case No. 1:20-cv-09568.

Sincerely,

Jonathan D Sato
Enclosure (1)



**Transaction Confirmation**
**Confirm Date: November 19, 2019**

Page 1 of 1

Brokerage Account Number
[                    ]OD

**JONATHAN D SATO**

SP 01 021820 68489 H 37 ASNGLP
JONATHAN D SATO

CAMPBELL CA 95008-1823

0100021927

Online                                        Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services                         800-544-4442
8am - 11pm ET, Mon - Fri

021820 1/1

| REFERENCE NO. | TYPE | REQ.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 19323-0DV8JL | 1* | WK# | 11-19-19 | 11-21-19 | 01609W102 | 19323-N413V | | |

You Bought

20

at  184.0000

Symbol:
BABA

DESCRIPTION and DISCLOSURES
ALIBABA GROUP HOLDING LTD SPON ADS
EACH REP 8 ORD SHS
WE HAVE ACTED AS AGENT.

Principal Amount        3,680.00
Settlement Amount    3,680.00

0100021927

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



Jonathan Sato
Campbell, CA 95008-1823

SAN JOSE CA 950

17 DEC 2024 PM 4 L



*In re Alibaba Group Holding Ltd. Sec. Litigation*
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

January 6, 2025

Alibaba Securities Litigation EXCLUSIONS
c/o AB DATA Ltd.
PO Box 173001
Milwaukee, WI 53217

Hello,

My name is Jennifer Berthold and I do _NOT_ want to be a member of the class
action law suit against Alibaba. I request exclusion from the Class Action Holdings
Litigation in Case Number 1:20-cv-09568

Jennifer Berthold

Reedley CA 93654

Thank You

REEDLEY CA
93654

FRESNO CA 936
7 JAN 2025   PM 1  L

EXCLUSION FROM LITIGATION
C/O AB DATA LTD
PO BOX 173001
MILWAUKEE   WI
53217

53217-801201

January 6, 2025

Alibaba Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173006
Milwaukee, WI 53217

To Whom It May Concern:

Sub: Exclusion from Class Action Lawsuit

Please be advised that I, the undersigned, wish to **exclude** myself from the Settlement Class of the Alibaba Group Holding Ltd. Securities Litigation Class Action Lawsuit.

Thanks,

Sincerely,

Salman Samad

Mississauga, ON L5N 2R9
Canada

Bueños Aires February 6, 2025

Andrea Piegari

Buenos Aires

Argentina

Telephone No ·

I request EXCLUTION from the Settlement Class in In re Alibaba Group Holding Ltd. Securities Litigation, Case No 1:20-cv-09568-GBD-JW (S.D.N.Y)

Between november 13th 2019 trought december 23 th 2020 inclusive my total No. of Alibaba ordinary shares BABA were 712

Acquired.   500.   11/28/2018.   Price. $ 154.4

Sold.        30.   10/15/2019.   Price. $ 166.7714

Purchased  470   11/13/2019

Sold        470   02/25/2020.   Price $ 213.1017

Acquired   242   03/12/2020.   Price $ 206.25

Sold.       242   01/16/2024.   Price $ 70.1803



12 de marzo de 2018 - 31 de diciembre de 2018
ANDREA PIEGARI

| Fecha de Adquisición | Cantidad | Costo por Unidad | Base de Costo | Precio de Mercado | Valor de Mercado | Ganancia o Pérdida No Realizada | Ingresos Anuales Estimados | Rédito Estimado |
|---|---|---|---|---|---|---|---|---|

**ACCIONES**

**Acciones Ordinarias**

ALIBABA GROUP HLDG LTD SPONSORED ADR    Código de Identificación de Títulos: BABA
ISIN#US01609W1027                        CUSIP: 01609W102
Opcion de Dividendos: Efectivo
500.00 de estas acciones están en su cuenta de margen

| Fecha de Adquisición | Cantidad | Costo por Unidad | Base de Costo | Precio de Mercado | Valor de Mercado | Ganancia o Pérdida No Realizada |
|---|---|---|---|---|---|---|
| 11/26/18 | 500.000 | 155.9940 | 77,997.00 | 137.0700 | 68,535.00 | -9,462.00 |



Página 3 de 33

Go paperless

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)

1 de enero de 2019 - 31 de diciembre de 2019
ANDREA PIEGARI

| Fecha de Adquisición | Cantidad | Costo por Unidad | Base de Costo Actual | Precio de Mercado | Valor de Mercado | Ganancia o Pérdida No Realizada | Ingresos Anuales Estimados | Rédito Estimado |
|---|---|---|---|---|---|---|---|---|
| **Acciones 37.00% de Cartera** | | | | | | | | |
| **Acciones Ordinarias** | | | | | | | | |
| ALIBABA GROUP HLDG LTD SPONSORED ADR ISIN#US01609W1027 | | | Código de Identificación de Títulos: BABA | | | | | |
| Opcion de Dividendos: Efectivo | | | CUSIP: 01609W102 | | | | | |
| 470.00 de estas acciones están en su cuenta de margen | | | | | | | | |
| 11/26/18 | 470.000 | 155.9940 | 73,317.18 | 212.1000 | 99,687.00 | 26,369.82 | | |

Go paperless

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)

1 de enero de 2020 - 31 de diciembre de 2020
ANDREA PIEGARI

## Tenencias en Cartera

| Fecha de Adquisición | Cantidad | Costo por Unidad | Base de Costo Actual | Precio de Mercado | Valor de Mercado | Ganancia o Pérdida No Realizada | Ingresos Anuales Estimados | Rédito Estimado |
|---|---|---|---|---|---|---|---|---|
| **Acciones 40.00% de Cartera** | | | | | | | | |
| **Acciones Ordinarias** | | | | | | | | |
| ALIBABA GROUP HLDG LTD SPONSORED ADR ISIN#US01609W1027 | | | Código de Identificación de Títulos: BABA | | | | | |
| Opción de Dividendos: Efectivo | | | CUSIP: 01609W102 | | | | | |
| 242.00 de estas acciones están en su cuenta de margen | | | | | | | | |
| 03/10/20 | 242.000 | 208.4160 | 50,436.63 | 232.7300 | 56,320.66 | 5,884.03 | | |





Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)



| Fecha | Q Acciones |
|---|---|
| 31.12.2019 | 470 |
| 31.12.2020 | 242 |





| Fecha | Operación | Q Acciones | Precio |
|---|---|---|---|
| 25/02/2020 | Venta | 470 | 213.1017 |
| 12/03/2020 | Compra | 242 | 206.25 |

Ahmed Sheen

Hamilton, ON L8W 2S6


To whom it may concern:

I Ahmed Sheeno request to be excluded from the settlement class of the Alibaba Securities Litigation.

Masterfile No. 1:20-CV-09568-GBD-JW.
JOB#N10694-010

Please let me know of any concerns.

Thank you,

Ahmed Sheeno
Mobile:
Email:

Date: February 07, 2025

2/7/25, 11:58 AM

## #135807 Alibaba Securities Litigation - Ahmed Sheeno

| Submitted | Received via | Requester |
|---|---|---|
| February 7, 2025 at 10:13 AM | Mail | Ahmed S |

---

**Ahmed S**   February 7, 2025 at 10:13 AM

Hello,

I Ahmed Sheeno request to be excluded from the settlement class of the Alibaba Securities Litigation.

Masterfile No. 1:20-CV-09568-GBD-JW.
JOB#N10694-010

Attached to this email is the exclusion request signed by me + a copy of the mailout notice that i received. Please let me know of any concerns.

Thank you,

--
**Ahmed Sheeno**



**Wealthsimple**      **Prepared for:** Ahmed Sheeno

# February 2020 Performance Report

## $428.13

### Notes

This report details how the investments in your account have performed from February 01, 2020 to February 29, 2020. By comparing the actual performance of your investments, it can help you to evaluate your progress toward meeting your investment goals.

| Portfolio | Start date balance [1] | Deposits | Withdrawals | Change in market value [2] | End date balance [3] |
|---|---|---|---|---|---|
| **TFSA** W572709K3CAD | $290.58 | $150.00 | – | -$12.45 | $428.13 |
| Totals | $290.58 | $150.00 | – | -$12.45 | $428.13 |

| Summary of Earnings and Fees | MTD Total | YTD Total |
|---|---|---|
| Interest | – | – |
| CAD Dividends | – | – |
| Foreign Dividends | $0.04 | $0.04 |
| Non-registered account fees and taxes [9] | | |

Conversion rate $1.00 USD = $1.33950 CAD

**Wealthsimple**    **Prepared for:** Ahmed Sheeno,

## TFSA activity

| Description | Qty | Price per security | Total |
|---|---|---|---|
| Feb 03 settled Feb 05 — Sold 0.0252 of BABA - Alibaba Group Holding Limited A for 7.14 CAD | -0.0252 | $283.33 | -$7.14 |

Conversion rate $1.00 USD = $1.33950 CAD

**Wealthsimple**     **Prepared for:** Ahmed Sheeno,

## TFSA activity

| Description | Qty | Price per security | Total |
|---|---|---|---|
| Feb 03 settled Feb 05    Sold 0.0252 of BABA - Alibaba Group Holding Limited A for 7.14 CAD | −0.0252 | $283.33 | −$7.14 |

**Wealthsimple Inc.** 400 - 80 Spadina Avenue, Toronto Ontario M5V 2J4 Canada

Conversion rate $1.00 USD = $1.27300 CAD

**Wealthsimple**    Prepared for: Ahmed Sheeno,

## TFSA activity

| | Description | Qty | Price per security | Total |
|---|---|---|---|---|
| | | | | |
| Jan 27 settled Jan 29 | Bought 0.0252 of BABA - Alibaba Group Holding Limited A for 6.9 CAD | 0.0252 | $273.81 | $6.90 |

Conversion rate $1.00 USD = $1.27300 CAD

# Notes

MARCH 2, 2025

JANICE M. SHEARER

Mc DONOUGH, GA. 30253

REQUEST FOR EXCLUSION FROM SettLement CLASS

RE: ALibAbA GROUP Holding LTD. Sec: Litigation.

Janice M. Shearer

Janice Shearer

McDonough, GA 30253

ATLANTA GA RPDC 302

4 MAR 2025  PM 3  L



FREEDOM
FOREVER/USA

ALibAbA Group Holding LtD Sec Litigation
Exclusions
C/o A.B. DAtA, LtD.
P.O. Box 173001
MILWAUKEE, W.I. 53217

53217-801201

Pierre-Alain Ackermann                                     Vernier, February 16, 2025

Switzerland
Phone:

In re Alibaba Group Holding Ltd. Sec.Litigation
EXCLUSIONS
c/o A.B. Data Ltd.
P.O. Box 173001
Milwaukee, WI 53217
USA

**Requests exclusion from the Settlement Class in *In re Alibaba Group Holding Ltd. Sec. Litigation,* Case No. 1:20-cv-09568**

Dear Sir/Madam,

**I hereby confirm my wish to be excluded from the ongoing legal proceedings.**

I refer to the letter from Migros Bank AG, dated January 27, 2025, in which I was recommended to confirm my choice based on the options available in the section "Your legal rights and options in the settlement" on the website www.alibabaclassactionsettlement.com.

I have selected the option **"Exclude yourself from the settlement class by submitting a written request for exclusion"**.
Please note that Migros Bank AG was the bank through which I made the purchases and sales of the shares. I held 30 Alibaba Grp Sp ADS shares through Migros Bank AG (Postfach, 8010 Zürich) from January 14 to February 28, 2020, as detailed below:

- **Purchase** on 14.01.2020: **30** Alibaba shares (30 x USD 230.09) for USD 6'902.70
- **Sale** on 28.02.2020: **30** Alibaba shares (30 x USD 200.-) for USD 6'000.-, resulting in a loss of USD 902.70.

I do not seek any compensation or reimbursement and request to be excluded from any legal proceedings related to this matter. I also confirm that I have not filed any complaints, either individually or as part of a collective action. I am not a member of the Settlement Group and I do not want to become one.

I have not given my consent to participate in any legal proceedings and do not wish to do so.

Moreover, as I do not speak English, I wrote this letter in French and translated it into English to the best of my ability.

Thank you for considering my request for exclusion.

Yours sincerely,

Pierre-Alain Ackermann

**Attachments:**
- Stock Market Statement – Purchase of 14.01.2020
- Stock Market Statement – Sale of 28.02.2020

Banque Migros SA
Case postale
8010 Zurich
banquemigros.ch



| | | | |
|---|---|---|---|
| | **Portefeuille** | Portefeuille de placements | |
| | **Dépôt** | 80 9.932.809.07 / CHF | |

Pierre-Alain Ackermann

**Votre conseiller**
**Ligne directe**

No. de l'ordre
Date de l'ordre          14.01.2020
Genève, 14.01.2020                                   Transaction sans conseil

## Décompte de bourse - Achat

Nous avons acheté pour vous le 14.01.2020.
Place boursière: New York Stock Exchange Inc

Action nominative
Alibaba Group Holding Ltd
Sponsored American Deposit Share Repr 1 Sh
Valeur: 24409862
ISIN: US01609W1027

30    à USD 230.09  15:32:08

| | | | |
|---|---|---|---|
| Total de la valeur boursière | USD | -6'902.70 |
| Droit de timbre fédéral de négociation | USD | -10.52 |
| Net | USD | -6'913.22 |
| Courtage | CHF | -40.00 |
| **Net** | **CHF** | **-6'849.50** |
| Change USD/CHF 0.985000 | | |

Notre débit en compte 16 8.834.969.01

Nous plaçons les titres dans le dépôt 80 9.932.809.07

Valeur:        16.01.2020

Ordre issu d'appli de banque mobile, à réduction de tarif

Avec nos meilleures salutations

Banque Migros SA
Avis sans signature

*Pierre-Alain Ackermann*

*Vernier, February 16, 2025*

Banque Migros SA          CHE-105.841.533 TVA
Case postale              BIC/Swift: MIGRCHZZXXX
8010 Zurich
banquemigros.ch

**BANQUE**MIGROS

300
Monsieur
Pierre-Alain Ackermann

| | |
|---|---|
| Portefeuille | Portefeuille de placements |
| Dépôt | 80 9.932.809.07 / CHF |

Votre conseiller
Ligne directe

Genève, 28.02.2020

No. de l'ordre
Date de l'ordre          28.02.2020
                         Transaction sans conseil

## Décompte de bourse - Vente

Nous avons vendu pour vous le 28.02.2020.
Place boursière: New York Stock Exchange Inc

Action nominative
Alibaba Group Holding Ltd
Sponsored American Deposit Share Repr 1 Sh
Valeur: 24409862
ISIN: US01609W1027

30   à USD 200.00  15:32:35

| | | |
|---|---|---:|
| Total de la valeur boursière | USD | 6'000.00 |
| Droit de timbre fédéral de négociation | USD | -8.86 |
| Taxe du marché | USD | -0.13 |
| Net | USD | 5'991.01 |
| Courtage | CHF | -40.00 |
| **Net** | **CHF** | **5'663.45** |
| Change USD/CHF 0.952000 | | |

Notre crédit en compte 42 5.374.250.08

Nous prélevons les titres dans votre 80 9.932.809.07

Valeur:        03.03.2020

*Pierre-Alain Ackermann*

*Vernier, February 16, 2025*

Avec nos meilleures salutations

Banque Migros SA
Avis sans signature

Page 1 / 1

Pierre-Alain Ackermann

SWITZERLAND



**17.02.25 09:34**

CH - 1200
Genève 1

P.P. Postage Paid

1146



CHF        10.70
**PRIORITY**

Stand 2
0.024 kg

**R**

Recommandé

RD 673 511 465 CH

Please scan - Signature required

Veuillez scanner - Remise contre Signature





I REQUEST TO BE EXCLUDED FROM THE SETTLEMENT CLASS IN THE LAWSUIT AGAINST ALIBABA.

DALE C. KERR

ALBERTA

T1B0E2 CANADA

Thank you.

Dale C. Kerr

Feb. 19, 2025

DALE KERR

AB T1B0E2

CANADA



IN RE ALIBABA GROUP HLDG.LTD
    SEC. LITIGATION EXCLUSIONS
C/O A.B.DATA LTD.
PO BOX 173001
MILWAUKEE, WI 53217
                    USA

NOTICE ID:877.809396